AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

| | | |
|---|---|---|
| Luke waid | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  16-cv-10444 |
| | ) | |
| v. | ) | |
| | ) | |
| Michelle rodriguez, et al, | ) | Hon.  John Corbett O'Meara |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:      Edward Kurtz


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Hunter Shkolnik
> Napoli Shkolnik Law PLLC
> 1301 Avenue of the Americas
> 10th Floor
> New York, NY 10019


If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


*DAVID J. WEAVER, CLERK OF COURT*

By:  s/D. Worth
*Signature of Clerk or Deputy Clerk*

Date of Issuance:  September 13, 2016



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  16-cv-10444
Hon. John Corbett O'Meara

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   Edward Kurtz


Date of Service: _____


## Method of Service

_____   Personally served at this address:

_____
_____
_____


_____   Left copies at the usual place of abode with (name of person):

_____
_____
_____


_____   Other (specify):

_____
_____
_____


_____   Returned unexecuted (reason):

_____
_____
_____


## Service Fees:          Travel $_____     Service $_____    Total $_____


## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

| | | |
|---|---|---|
| Luke waid | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  16-cv-10444 |
| | ) | |
| v. | ) | |
| | ) | |
| Michelle rodriguez, et al, | ) | Hon.  John Corbett O'Meara |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:     Michigan Department of Environmental Quality


        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Hunter Shkolnik
        Napoli Shkolnik Law PLLC
        1301 Avenue of the Americas
        10th Floor
        New York, NY 10019


        If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


*DAVID J. WEAVER, CLERK OF COURT*

By:  _s/D. Worth_____
        *Signature of Clerk or Deputy Clerk*

Date of Issuance:  _September 13, 2016_____



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  16-cv-10444
Hon. John Corbett O'Meara

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Michigan Department of Environmental Quality

Date of Service:    _____

## Method of Service

____    Personally served at this address:

\_\_\_ (blank lines)

____    Left copies at the usual place of abode with (name of person):

____    Other (specify):

____    Returned unexecuted (reason):

## Service Fees:       Travel $_____     Service $_____     Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

| | | |
|---|---|---|
| Luke waid | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 16-cv-10444 |
| | ) | |
| v. | ) | |
| | ) | |
| Michelle rodriguez, et al, | ) | Hon. John Corbett O'Meara |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:     Veolia Environnement S.A.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Hunter Shkolnik
> Napoli Shkolnik Law PLLC
> 1301 Avenue of the Americas
> 10th Floor
> New York, NY 10019

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/D. Worth
_____
*Signature of Clerk or Deputy Clerk*

Date of Issuance:  September 13, 2016



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  16-cv-10444

Hon. John Corbett O'Meara

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Veolia Environnement S.A.


Date of Service:        _____


## Method of Service

____    Personally served at this address:

      _____
      _____
      _____


____    Left copies at the usual place of abode with (name of person):

      _____
      _____
      _____


____    Other (specify):

      _____
      _____
      _____


____    Returned unexecuted (reason):

      _____
      _____
      _____


## Service Fees:        Travel $_____    Service $_____    Total $_____


## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:        _____

Signature of Server:   _____

Date:                  _____

Server's Address:      _____

                        _____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

| | | |
|---|---|---|
| Luke waid | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  16-cv-10444 |
| | ) | |
| v. | ) | |
| | ) | |
| Michelle rodriguez, et al, | ) | Hon.  John Corbett O'Meara |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

### SUMMONS IN A CIVIL ACTION

To:     Veolia North America Operating Services, LLC


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Hunter Shkolnik
      Napoli Shkolnik Law PLLC
      1301 Avenue of the Americas
      10th Floor
      New York, NY 10019


If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


*DAVID J. WEAVER, CLERK OF COURT*

By:  s/D. Worth
        *Signature of Clerk or Deputy Clerk*

Date of Issuance:  September 13, 2016



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  16-cv-10444
Hon. John Corbett O'Meara

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Veolia North America Operating Services, LLC

Date of Service: _____

## Method of Service

_____   Personally served at this address:

_____
_____
_____

_____   Left copies at the usual place of abode with (name of person):

_____
_____
_____

_____   Other (specify):

_____
_____
_____

_____   Returned unexecuted (reason):

_____
_____
_____

## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

| | | |
|---|---|---|
| Luke waid | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 16-cv-10444 |
| | ) | |
| v. | ) | |
| | ) | |
| Michelle rodriguez, et al, | ) | Hon. John Corbett O'Meara |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:     Veolia North America, Inc.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Hunter Shkolnik
> Napoli Shkolnik Law PLLC
> 1301 Avenue of the Americas
> 10th Floor
> New York, NY 10019

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/D. Worth _____

*Signature of Clerk or Deputy Clerk*

Date of Issuance:  September 13, 2016 _____



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  16-cv-10444
Hon. John Corbett O'Meara

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Veolia North America, Inc.

Date of Service:    _____

## Method of Service

____    Personally served at this address:

_____
_____
_____

____    Left copies at the usual place of abode with (name of person):

_____
_____
_____

____    Other (specify):

_____
_____
_____

____    Returned unexecuted (reason):

_____
_____
_____

## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____
_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Eastern District of Michigan

| | | |
|---|---|---|
| Luke waid | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 16-cv-10444 |
| | ) | |
| v. | ) | |
| | ) | |
| Michelle rodriguez, et al, | ) | Hon. John Corbett O'Meara |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:     Veolia North America, LLC.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Hunter Shkolnik
    Napoli Shkolnik Law PLLC
    1301 Avenue of the Americas
    10th Floor
    New York, NY 10019

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: __s/D. Worth_____
    *Signature of Clerk or Deputy Clerk*

    Date of Issuance: _September 13, 2016_____



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 16-cv-10444
Hon. John Corbett O'Meara

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Veolia North America, LLC.

Date of Service: _____

## Method of Service

____    Personally served at this address:

    _____
    _____
    _____

____    Left copies at the usual place of abode with (name of person):

    _____
    _____
    _____

____    Other (specify):

    _____
    _____
    _____

____    Returned unexecuted (reason):

    _____
    _____
    _____

## Service Fees:    Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
    _____