UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LUKE WAID AND MICHELLE
RODRIGUEZ, individually and as
next friends of one minor child,
SOPHIA RODRIGUEZ-WAID,

     Plaintiffs,

v

GOVERNOR RICHARD DALE
SNYDER, in his official capacity,
and the STATE OF MICHIGAN,
for prospective relief only, *et al.*,

     Defendants.

No. 5:16-cv-10444-JCO-MKM

HON. JOHN CORBETT
O'MEARA

MAG. MONA K. MAJZOUB

## NOTICE OF APPEARANCE

Please take notice that Zachary Larsen enters his appearance as

counsel on behalf of Defendant Governor Rick Snyder and State of

Michigan.

Respectfully submitted,

| | |
|---|---|
| | /s/_____ |
| Eugene Driker (P12959) | Richard S. Kuhl (P42042) |
| Morley Witus (P30895) | Margaret A. Bettenhausen (P75046) |
| Todd R. Mendel (P55447) | Nathan A. Gambill (P75506) |
| Special Assistant Attorneys | Zachary Larsen (P72189) |
| General | Assistant Attorneys General |
| for Governor Richard D. Snyder | Counsel for Governor Richard D. |
| Barris, Sott, Denn & Driker, | Snyder and State of Michigan |
| PLLC. | Environment, Natural Resources, |

333 W. Fort Street, Suite 1200
Detroit, Michigan 48226
Phone: (313) 965-9725
EDriker@bsdd.com
MWitus@bsdd.com
TMendel@bsdd.com

and Agriculture Division
525 W. Ottawa Street
P.O. Box 30755
Lansing, MI 48909
Phone: (517) 373-7540
Fax: (517) 373-1610
kuhlr@michigan.gov
bettenhausenm@michigan.gov
gambilln@michigan.gov
larsenz@michigan.gov

Dated:  September 21, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2016, I electronically filed

the above document(s) with the Clerk of the Court using the ECF

System, which will provide electronic copies to counsel of record.

Respectfully submitted,

/s/____

Eugene Driker (P12959)
Morley Witus (P30895)
Todd R. Mendel (P55447)
Special Assistant Attorneys
General
for Governor Richard D. Snyder
Barris, Sott, Denn & Driker,
PLLC.
333 W. Fort Street, Suite 1200
Detroit, Michigan 48226
Phone: (313) 965-9725
EDriker@bsdd.com
MWitus@bsdd.com
TMendel@bsdd.com

Richard S. Kuhl (P42042)
Margaret A. Bettenhausen (P75046)
Nathan A. Gambill (P75506)
Zachary Larsen (P72189)
Assistant Attorneys General
Counsel for Governor Richard D.
Snyder and State of Michigan
Environment, Natural Resources,
and Agriculture Division
525 W. Ottawa Street
P.O. Box 30755
Lansing, MI 48909
Phone: (517) 373-7540
Fax: (517) 373-1610
kuhlr@michigan.gov
bettenhausenm@michigan.gov
gambilln@michigan.gov
larsenz@michigan.gov

Dated: September 21, 2016

S:\CEPB3\Flint-Safe Drinking Water/Flint-Waid v Gov Snyder, SOM et al  USDC, AG# 2016-0131314-A/Appearance
(Larsen)– 2016-09-21