UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

LUKE WAID and MICHELLE
RODRIGUEZ, individually and as
next friends of one minor child,
SOPHIA RODRIGUEZ-WAID,

        Plaintiffs,

vs.

GOVERNOR RICHARD DALE
SNYDER, in his official capacity, and
the STATE OF MICHIGAN for
prospective relief only; DANIEL
WYANT, LIANE SHEKTER SMITH,
ADAM ROSENTHAL, STEPHEN
BUSCH, PATRICK COOK, MICHAEL
PRYSBY, BRADLEY WURFEL, all in
their individual capacities; DARNELL
EARLEY, GERALD AMBROSE,
DAYNE WALLING, HOWARD
CROFT, MICHAEL GLASGOW and
DAUGHERTY JOHNSON, in their
individual and official capacities, and
the CITY OF FLINT, a municipal,
corporation, jointly and severally,

        Defendants.

Case No. 16-cv-10444

Hon. John Corbett O'Meara

_____

## NOTICE OF ATTORNEY APPEARANCE FOR DEFENDANT
## <u>GOVERNOR RICHARD D. SNYDER</u>

Notice is hereby given that Todd R. Mendel of Barris, Sott, Denn & Driker, PLLC enters his appearance in this matter for Defendant Governor Richard D. Snyder, for purposes of receiving papers filed with the Court, notices and orders from the Court.

TODD R. MENDEL

By:_/s/ Todd R. Mendel_____
    Eugene Driker (P12959)
    Morley Witus (P30895)
    Todd R. Mendel (P55447)
    Special Assistant Attorneys General for
    Governor Richard D. Snyder
    Barris, Sott, Denn & Driker, PLLC.
    333 W. Fort Street, Suite 1200
    Detroit, Michigan 48226
    313-965-9725
    edriker@bsdd.com
    mwitus@bsdd.com

Dated: October 6, 2016    tmendel@bsdd.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2016, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will automatically send notification of such filing to all attorneys of record registered for electronic filing.

                BARRIS, SOTT, DENN & DRIKER, P.L.L.C.

                By: /s/ Todd R. Mendel_____
                    Eugene Driker (P12959)
                    Morley Witus (P30895)
                    Todd R. Mendel (P55447)
                    Special Assistant Attorneys General for
                    Governor Richard D. Snyder
                    333 W. Fort Street, Suite 1200
                    Detroit, Michigan 48226
                    313-965-9725
                    edriker@bsdd.com
                    mwitus@bsdd.com
                    tmendel@bsdd.com