AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Eastern District of Michigan

LUKE WAID, et al

Plaintiff(s),

v.

GOVERNOR RICHARD DALE SNYDER, et al

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 5:16-CV-10444-JCO-MKM

Notice is hereby given that, subject to approval by the court, __Luke Waid, et al__ substitutes
(Party(s) Name)

__Salvatore A. Amodeo__, State Bar No. __80290__ as counsel of record in
(Name of New Attorney)

place of __Euel W. Kinsey__
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: McKeen & Associates, P.C.
Address: 645 Griswold, Suite 4200
Telephone: (313) 961-4400          Facsimile (313) 961-5985
E-Mail (Optional): samodeo@mckeenassociates.com

I consent to the above substitution.
Date:

(Signature of Party(s))
Euel Kinsey (w/ consent)

I consent to being substituted.
Date: 10/26/2016

Euel W. Kinsey (P36690)
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 10/26/2016

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: November 3, 2016

s/JOHN CORBETT O'MEARA
United States District Judge

(Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.)