UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LUKE WAID, *et al.*,

        Plaintiffs,        Case No.: 5:16-cv-10444-JCO-MKM

v.        Hon. John Corbett O'Meara

GOVERNOR RICHARD D. SNYDER, *et al.*,        Magistrate Judge Mona K. Majzoub

        Defendants.

_____/

## ORDER EXTENDING THE DEADLINE FOR RESPONSE BRIEF TO MDEQ DEFENDANTS MOTION FOR A CHANGE OF VENUE

The parties have stipulated to the entry of this Order and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that Plaintiffs shall file a response brief to Defendants Stephen Busch, Patrick Cook, Michael Prysby, Adam Rosenthal, Liane Smith, Bradley Wurfel, Daniel Wyant (collectively "MDEQ Defendants") Motion for a Change of Venue (Doc. 57) on or before December 1, 2016.

IT IS FURTHER ORDERED that MDEQ Defendants shall file a reply on or before December 31, 2016.

Date: November 14, 2016

                                            s/John Corbett O'Meara
                                            United States District Judge