UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

LUKE WAID and MICHELLE RODRIGUEZ,
Individually and as next friends of one minor
Child

        Plaintiffs,        Docket: 5:16-cv-10444-JCO-MKM
-vs-                                JUDGE JOHN CORBETT O'MEARA
                                        MAGISTRATE MAJZOUB

GOVERNOR RICHARD DALE SNYDER in his
official capacity, and the STATE OF MICHIGAN
for prospective relief only; THE MICHIGAN DEPARTMENT
OF ENVIRONMENTAL QUALITY; DANIEL WYANT, LIANE
SHEKTER SMITH, ADAM ROSENTHAL, STEPHEN BUSCH,
PATRICK COOK, MICHAEL PRYSBY, BRADLEY WURFEL all
in their individual capacities; DARNELL EARLEY, GERALD
AMBROSE, EDWARD KURTZ, DAYNE WALLING, HOWARD
CROFT, MICHAEL GLASGOW and DAUGHERTY JOHNSON,
in their individual capacities, CITY OF FLINT, a municipal
corporation, jointly and severally, LOCKWOOD, ANDREWS &
NEWNAM, P.C.; LAN INC.; LEO A. DALY COMPANY; VEOLIA
NORTH AMERICA, INC., VEOLIA NORTH AMERICA LLC;
VEOLIA WATER NORTH AMERICA OPERATING SERVICES LLC;
VEOLIA ENVIRONNEMENT S.A.;

        Defendants.
_____/

## APPEARANCE FOR DEFENDANTS
## LOCKWOOD, ANDREWS & NEWNAM, P.C. AND LIMITED APPEARANCE
## FOR LEO A. DALY COMPANY

NOW COMES the law firm of PLUNKETT COONEY by Philip A.

Erickson and hereby enters its appearance on behalf of Defendants Lockwood,

Andrews & Newnam, P.C. and Leo A. Daly Co.  Leo A. Daly Co. appears only for

the limited purpose of filing a motion to dismiss on the basis of a lack of personal jurisdiction.

                                  Respectfully submitted,

Dated:  February 1, 2017        By:/s/ Philip A. Erickson
                                    Philip A. Erickson (P37081)
                                    PLUNKETT COONEY
                                    Attorney for Lockwood Andrews &
                                    Newnam, P.C., LAN Inc. and
                                    Leo A. Daly Co.
                                    325 E. Grand River, Ste 250
                                    East Lansing, MI 48823
                                    (517) 324-5608
                                    perickson@plunkettcooney.com

## CERTIFICATE OF SERVICE

        I hereby certify that on February 1, 2017, I electronically filed an Appearance on behalf of Lockwood Andrews & Newnam, P.C., LAN Inc. and Leo A. Daly Co. with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

                                  Respectfully submitted,

Dated:  February 1, 2017        By:/s/ Philip A. Erickson
                                    Philip A. Erickson (P37081)
                                    PLUNKETT COONEY
                                    Attorney for Lockwood Andrews &
                                    Newnam, P.C., LAN Inc. and
                                    Leo A. Daly Co.
                                    325 E. Grand River, Ste 250
                                    East Lansing, MI 48823
                                    (517) 324-5608
                                    perickson@plunkettcooney.com

Open.25633.64155.18010469-1