UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LUKE WAID, *et al.*,

    Plaintiffs,

v.

GOVERNOR RICHARD DALE SNYDER,

    Defendants.
_____/

Case No. 16-10444

Hon. John Corbett O'Meara

# ORDER GRANTING VEOLIA DEFENDANTS' MOTION TO AMEND JUDGMENT

Before the court is a motion to alter or amend the judgment pursuant to Federal Rules of Civil Procedure 59(e) and 60, filed by Veolia North America, LLC, Veolia North America, Inc., and Veolia Water North America Operating Services, LLC (the "Veolia Defendants"). The court dismissed this action on February 7, 2017, finding that Plaintiffs did not have viable federal claims. The court declined to exercise supplemental jurisdiction over Plaintiffs' state claims. The Veolia Defendants contend that the court has original jurisdiction over Plaintiffs' state claims pursuant to the Class Action Fairness Act. In light of the Sixth Circuit's decision in Davenport v. Lockwood, Andrews & Newnam, P.C., Case No. 16-12875, Docket No. 31, the court finds that the Class Action Fairness

Act provides this court jurisdiction over Plaintiffs' state claims.

Accordingly, IT IS HEREBY ORDERED that the Veolia Defendants' motion to amend the judgment is GRANTED and the judgment is VACATED with respect to Plaintiffs' state claims.

                                                s/John Corbett O'Meara
                                                United States District Judge

Date: May 3, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, May 3, 2017, using the ECF system.

                                                s/William Barkholz
                                                Case Manager