UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LUKE WAID, *et al.*,

    Plaintiffs,

v.

GOVERNOR RICHARD DALE SNYDER,

    Defendants.

_____/

Case No. 16-10444

Hon. John Corbett O'Meara

## ORDER OF RECUSAL

IT IS HEREBY ORDERED that in accordance with E.D. Mich. LR 83.11(d), this case, and the following list of cases, be reassigned by blind draw to another judge of this court.

Case numbers: 16-10796; 16-11173; 16-11247; 16-13421; 16-13519; 17-10164; 17-10400; 17-10677; 17-10679; 17-10681; 17-10682; 17-10686; 17-10687; 17-10688; 17-10689; 17-10692; 17-10697; 17-10707; 17-10709; 17-10710; 17-10713; 17-10715; 17-10720; 17-10721; 17-10724; 17-10743; 17-10744; 17-10745; 17-10746; 17-10799; and 17-10996.

Date: May 12, 2017

s/John Corbett O'Meara
United States District Judge

Pursuant to this order, these cases are reassigned to Judge  **Paul D. Borman**  . Case assignment credit will be given to the appropriate Judicial Officers.

## Certificate of Service

I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date:  May 12, 2017                                       s/ S Schoenherr            
                                                                         Deputy Clerk