UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LUKE WAID, *et al.*,

    Plaintiffs,

Case No. 16-10444

v.

Hon. Robert H. Cleland

GOVERNOR RICHARD DALE SNYDER,

    Defendants.
_____/

## ORDER OF RECUSAL

IT IS HEREBY ORDERED that in accordance with E.D. Mich. LR 83.11(d), this case, and the following list of cases, be reassigned by blind draw to another judge of this court.

Case numbers: 16-10796; 16-11173; 16-11247; 16-13421; 16-13519; 17-10164; 17-10400; 17-10677; 17-10679; 17-10681; 17-10682; 17-10686; 17-10687; 17-10688; 17-10689; 17-10692; 17-10697; 17-10707; 17-10709; 17-10710; 17-10713; 17-10715; 17-10720; 17-10721; 17-10724; 17-10743; 17-10744; 17-10745; 17-10746; 17-10799; and 17-10996.

Date: May 15, 2017

s/Robert H. Cleland
Robert H. Cleland
United States District Judge

Pursuant to this order, these cases are reassigned to Judge __Judith E. Levy__. Case assignment credit will be given to the appropriate Judicial Officers.

## Certificate of Service

I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: __May 15, 2017__   ___s/ S Schoenherr_____
                               Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LUKE WAID, *et al.*,

    Plaintiffs,

Case No. 16-10444

v.

Hon. Paul D. Borman

GOVERNOR RICHARD DALE SNYDER,

    Defendants.

_____/

## ORDER OF RECUSAL

IT IS HEREBY ORDERED that in accordance with E.D. Mich. LR 83.11(d), this case, and the following list of cases, be reassigned by blind draw to another judge of this court.

Case numbers: 16-10796; 16-11173; 16-11247; 16-13421; 16-13519; 17-10164; 17-10400; 17-10677; 17-10679; 17-10681; 17-10682; 17-10686; 17-10687; 17-10688; 17-10689; 17-10692; 17-10697; 17-10707; 17-10709; 17-10710; 17-10713; 17-10715; 17-10720; 17-10721; 17-10724; 17-10743; 17-10744; 17-10745; 17-10746; 17-10799; and 17-10996.

Date: May 12, 2017

s/Paul D. Borman
Paul D. Borman
United States District Judge

Pursuant to this order, these cases are reassigned to Judge  Robert H. Cleland  . Case assignment credit will be given to the appropriate Judicial Officers.

### Certificate of Service

I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date:  May 12, 2017                                     s/ S Schoenherr                    
                                                                        Deputy Clerk