UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

LUKE WAID ET. AL.

        Plaintiff(s),         Case No. 5-16-cv-10444-JEL-MKM

v.         Judge Judith E. Levy

LOCKWOOD ANDREWS AND NEWNAM INC.     Magistrate Judge Mona K. Majzoub

        Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Leo A. Daly Company

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☑      No ☐

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: Lockwood Andrews & Newnam, Inc.
   Relationship with Named Party: Subsidiary

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☑      No ☐

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name: See Attached
   Nature of Financial Interest: See Attached

Date: May 19, 2017          /s/ Philip A. Erickson

        37081
        PLUNKETT COONEY
        325 E. Grand River Ave, Ste 250
        East Lansing MI 48823
        517-324-5608
        perickson@plunkettcooney.com

Parent Corporation/Affiliate Name: Chubb Syndicate 2488; RenaissanceRE Syndicate 1458; Hiscox Syndicate 33; Brit Syndicate 2987; Syndicate 2001, MC Amlin Corporate Member Ltd.[1]; Liberty Syndicate 4472; Swiss Re.

Nature of Financial Interest: Certain Underwrites at Lloyd's and Certain London Market Insurers subscribing to policies numbered B0146LDUSA 15404566 (primary); B0146LDUSA 1503460 (excess), primary and excess professional liability insurers of Leo A. Daly Company.

Open.25633.60363.18509169-1

---

[1] The sole underwriting member of Syndicate 2001 is MS Amlin Corporate Member Limited. The managing agent for Syndicate 2001 is MS Amlin Underwriting Limited.
MS Amlin Corporate Member Limited and MS Amlin Underwriting Limited are incorporated in England with their principal place of business in London. Both are ultimately and whole owned subsidiaries of MS Amlin plc, a company incorporated in England with its principal place of business in London.
MS Amlin plc was formerly listed on the London stock exchange. However, since February 2016 MS Amlin plc has been wholly owned subsidiary of Mitsui Sumitomo Insurance Company, Limited which is itself wholly owned by MS&AD Insurance Group Holdings, Inc. a company incorporated in Japan and listed on the Tokyo stock exchange and the Nagoya Stock Exchange.