## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

LUKE WAID, *et al.*,

                Plaintiffs,          Case No.: 5:16-cv-10444-JEL-MKM

v.                                Hon. Judith E. Levy

GOVERNOR RICHARD D. SNYDER,   Magistrate Judge Mona K. Majzoub
*et al.*,

                Defendants.

_____/

### STIPULATED EXTENSION OF TIME FOR RESPONSE BRIEFS TO LEO A. DALY COMPANY'S, LOCKWOOD, ANDREWS & NEWNAM, P.C.'S AND LOCKWOOD, ANDREWS & NEWNAM, INC.'S MOTIONS TO DISMISS

Plaintiffs and Defendant Leo A. Daly Company ("LAD") and Defendants Lockwood, Andrews & Newnam, P.C. and Lockwood, Andrews & Newnam, Inc. ("LAN Defendants") (collectively "Defendants") hereby stipulate that Plaintiffs will have until June 28, 2017 to file a response to Defendant LAD's Motion to Dismiss (Doc. 124) and the LAN Defendants' Motion to Dismiss (Doc. 125). The parties further stipulate that Defendants shall have until July 7, 2017 to file a reply.

STIPULATED AND AGREED TO:

Dated: June 14, 2017

By: _s/ Hunter Shkolnik_ #2031458NY
Hunter Shkolnik, #2031458NY
Paul J. Napoli, #2513141NY
NAPOLI SHKOLNIK PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
(212) 397-1000
hunter@napolilaw.com
pnapoli@napolilaw.com
***ATTORNEYS FOR PLAINTIFFS***

By: /s/ Wayne B. Mason (with permission)
Wayne B. Mason (SBOT 13158950)
Travis S. Gamble (SBOT 00798195)
S. Vance Wittie (SBOT 21832980)
David C. Kent (SBOT 11316400)
DRINKER, BIDDLE & REATH, LLC
1717 Main St., Suite 5400
Dallas TX 75201
(469) 227-8200
wayne.mason@dbr.com
travis.gamble@dbr.com
vance.wittie@dbr.com
david.kent@dbr.com
***ATTORNEYS FOR DEFENDANTS
LEO A. DALY COMPANY,
LOCKWOOD, ANDREWS &
NEWNAM, P.C. and LOCKWOOD,
ANDREWS & NEWNAM, INC.***

By: /s/ Philip A. Erickson(with permission)
Philip A. Erickson (P37081)
Robert G. Kamenec (P35283)
Karen Beach (P75172)
Saulius Mikalonis (P39486)
PLUNKETT COONEY
325 E. Grand River Ave, Suite 250
East Lansing, MI 48823
(517) 324-5608
perickson@plunkettcooney.com
rkamenec@plunkettcooney.com
kbeach@plunkettcooney.com
smikalonis@plunkettcooney.com
***ATTORNEYS FOR DEFENDANTS
LEO A. DALY COMPANY,
LOCKWOOD, ANDREWS & NEWNAM,
P.C. and LOCKWOOD, ANDREWS &
NEWNAM, INC.***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 14, 2017, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing upon counsel of record.


Dated: June 14, 2017

_____/s/ Patrick J. Lanciotti_____