UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LUKE WAID, *et al.*,

        Plaintiffs,        Case No.: 5:16-cv-10444

v.        Hon. Judith E. Levy

GOVERNOR RICHARD D. SNYDER,
*et al.*,

        Defendants.

_____/

**ORDER REGARDING EXTENSION OF DEADLINES ON JOINT MOTION FOR CONSOLIDATION OF CLASS ACTIONS, APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL, AND APPOINTMENT OF LIAISON COUNSEL FOR THE INDIVIDUAL ACTIONS**

The Court, having reviewed this matter, and pursuant to the parties' stipulation:

**IT IS ORDERED** that the deadline for Defendants Richard Snyder, State of Michigan, Daniel Wyant, Liane Shekter Smith, Adam Rosenthal, Stephen Busch, Patrick Cook, Michael Prysby, Bradley Wurfel, Darnell Earley, Gerald Ambrose, Howard Croft, Michael Glasgow, Daugherty Johnson, City of Flint, Michigan Department of Environmental Quality, Edward Kurtz, Dayne Walling, Nick Lyon, Andy Dillon, Jeff Wright, Michigan Department of Health and Human Services, Eden Victoria Wells, Nancy Peeler and Robert Scott to respond to the Joint Motion for Consolidation of Class Actions, Appointment of Interim Co-Lead Class

Counsel, and Appointment of Liaison Counsel for the Individual Actions (the "Joint Motion") (Dkt. No. 136) is extended to **July 11, 2017**.

**IT IS FURTHER ORDERED** that the deadline for Plaintiffs (as defined in the Joint Motion) to file Replies in support of their Joint Motion is extended to **July 21, 2017**.

Date:  June 23, 2017        s/Judith E. Levy
       United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 23, 2017.

s/Kim Grimes_____
KIM GRIMES
Case Manager Supervisor

2