## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

LUKE WAID, *et al.*; Individually and
On Behalf of All Others Similarly
Situated,

    Plaintiffs,

vs.

GOVERNOR RICHARD D. SNYDER,
*et al.*,

    Defendants.

Case No. 5:16-cv-10444-JEL-MKM

Hon. Judith E. Levy

### PLAINTIFFS' APPENDIX 1[1]
**Proposed Schedule**

| Event | Time of Event | Illustrative Date |
|---|---|---|
| Completion of Initial Disclosures; Start of Discovery | 15 Days After Entry of Schedule. | [The following dates are provided to illustrate when various things would be due.  Assuming the schedule is entered August 1, 2017, this would be August 15, 2017.  All subsequent dates will be computed from this date to give context to the schedule]. |
| Plaintiffs File | 30 Days Later | August 31, 2017 |

---

[1] Plaintiffs have submitted this filing using the *Waid* caption because, per the local rules, that is the case where Plaintiffs filed their motion for consolidation. Plaintiffs have written the discovery plan and proposed schedule with the consolidated cases in mind and, should the Court grant Plaintiffs' motion for consolidation, could provide these same documents using an updated caption.

| Consolidated Class Action Complaint | | |
|---|---|---|
| Defendants File Answers/Motions to Dismiss | 30 Days Later | October 2, 2017 |
| Plaintiffs File Opposition to Motions to Dismiss (if any) | 30 Days Later | November 1, 2017 |
| Defendants File Reply in Support of Any Motions to Dismiss | 14 Days Later | November 15, 2017 |
| Close of Discovery | 150 Days Later | April 16, 2018 |
| Plaintiffs' Motion for Class Certification and Any Supporting Expert Report | 45 Days Later | May 31, 2018 |
| Defendants' Opposition to Class Certification and Any Supporting Expert Report | 45 Days Later | July 16, 2018 |
| Plaintiffs' Class Certification Reply and Rebuttal Expert Materials | 45 Days Later | August 30, 2018 |
| Expert Merits Reports | 30 Days Following Class Certification Decision. | TBD Depending on Timing of Class Certification Decision. |
| Rebuttal Merits Reports; Close of Expert | 30 Days Later | |
| Motion(s) for Summary Judgment | 60 Days Later | |
| Opposition to Motion(s) for Summary Judgment | 45 Days Later | |
| Reply in Support of Summary Judgment | 30 Days Later | |
| Trial | 90 Days Following Decision on Motion(s) for Summary Judgment. | |