# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Luke Waid, *et al.*,

           Plaintiffs,       Case No. 16-cv-10444

v.                               Judith E. Levy
                               United States District Judge

Richard D. Snyder, *et al.*,

                               Mag. Judge Mona K. Majzoub

           Defendants.

_____/

## ORDER CLARIFYING MOTION PRACTICE IN CONSOLIDATED CLASS ACTION

On July 27, 2017, the Court consolidated eight other Flint Water class actions with this case. (Dkt. 173.) As a part of that consolidation, all pending dispositive motions in this case were denied without prejudice, and the parties were instructed to file responsive pleadings to the new master class action complaint on December 1, 2017.

On July 28, 2017, the Deputy Clerk issued an order regarding the consolidated case that required the parties to file all pending motions, responses, replies, supplemental briefs, counterclaims, cross claims, and third-party complaints from the consolidated class actions in this case.

(Dkt. 174.) Because the plaintiffs will be filing a new complaint on September 29, 2017, with a responsive pleading deadline for defendants of December 1, 2017, the parties are not required to file any papers from the consolidated cases in this case. This will ensure that the defendants are not required to file redundant or potentially moot motions before they have seen the new master class action complaint.

    IT IS SO ORDERED.

Dated: July 28, 2017            s/Judith E. Levy
Ann Arbor, Michigan           JUDITH E. LEVY
                                         United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 28, 2017.

                                           s/Shawna Burns
                                           SHAWNS BURNS
                                           Case Manager