# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re*: Flint Water Cases.

                                  Judith E. Levy
                                  United States District Judge

_____/

## ORDER SETTING STATUS CONFERENCE ON OCTOBER 25, 2017 AT 2 PM

An in-person status conference regarding all Flint Water litigation will be held on **October 25, 2017 at 2 PM** in Courtroom 1 in Ann Arbor. All parties are to submit proposed agenda items by **October 11, 2017**. Proposed agenda items will be submitted in the following manner:

All agenda items related to the consolidated class action are to be submitted on Case No. 16-cv-10444 by both plaintiffs and defendants.

All agenda items related to individual cases are to be filed on Case No. 17-cv-10164 by individual Liaison Counsel Corey Stern, who will collect all proposed agenda items from all counsel representing

individual plaintiffs and the defendants in those cases, and submit those proposed items as a single filing.[1]

The Court will issue an agenda for the status conference by **October 21, 2017**.

IT IS SO ORDERED.

Dated: September 11, 2017  s/Judith E. Levy
Ann Arbor, Michigan  JUDITH E. LEVY
 United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 11, 2017.

s/Shawna Burns
SHAWNA BURNS
Case Manager

---

[1] This requirement should not be taken as an indication that the Court has reached a determination as to the motion to file a master individual complaint filed in Case No. 17-cv-10164. Because Individual Liaison Counsel has been appointed, the Court wishes to streamline the submission process for proposed agenda items so that dozens of proposals are not filed in dozens of cases.