UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Luke Waid, et al,

       Plaintiffs,

                                         CASE NO. 5:16-CV-10444

v.                         Hon. Judith E. Levy

Governor Richard Dale Snyder, et al,

       Defendants.

---

**MCKEEN & ASSOCIATES, P.C.**
Claire D. Vergera (P77654)
Brian J. McKeen, (P34123)
645 Griswold Street
Detroit, MI, 48226
(313) 961-4400
cvergera@mckeenassociates.com

---

## SUBSTITUTION OF ATTORNEY

PLEASE TAKE NOTICE that Claire D. Vergera (P77654), has this day been substituted in the above-captioned cause in place and stead of attorney Salvatore A. Amodeo (P80290) as attorney for Plaintiffs.  I also request a withdrawal of Salvatore A. Amodeo from this case.

                                   **MCKEEN & ASSOCIATES, P.C.**

                                   By: /s/ Claire D. Vergera
                                        Claire D. Vergera (P77654)
                                        645 Griswold Street, Suite 4200
                                        Detroit, MI, 48226
                                        (313) 961-4400

Dated:  September 15, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Luke Waid, et al,

        Plaintiffs,

                              CASE NO. 5:16-CV-10444
                              Hon. Judith E. Levy

      v.

Governor Richard Dale Snyder, et al,

        Defendants.

**MCKEEN & ASSOCIATES, P.C.**
Claire D. Vergera (P77654)
Brian J. McKeen, (P34123)
645 Griswold Street
Detroit, MI, 48226
(313) 961-4400
cvergera@mckeenassociates.com

___

### **CONSENT TO SUBSTITUTION OF ATTORNEY**

I hereby consent that Claire D. Vergera be substituted in my place and stead for Plaintiffs in the above cause of action.

                              Respectfully submitted,

                              By: /s/ Salvatore A. Amodeo (w/ consent)
                                    Salvatore A. Amodeo (P80290)
                                    Abbott Nicholson, PC
                                    1900 W. Big Beaver Rd, Ste 203
                                    Troy, MI  48084
                                    (313) 566-2500

Dated:  September 15, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Luke Waid, et al,

        Plaintiffs,

CASE NO. 5:16-CV-10444
Hon. Judith E. Levy

    v.

Governor Richard Dale Snyder, et al,

        Defendants.

---

**MCKEEN & ASSOCIATES, P.C.**
Claire D. Vergera (P77654)
Brian J. McKeen, (P34123)
645 Griswold Street
Detroit, MI, 48226
(313) 961-4400
cvergera@mckeenassociates.com

---

### **ORDER PERMITTING SUBSTITUTION OF ATTORNEY**

In accordance with the foregoing written substitution of attorney;

IT IS HEREBY ORDERED that Claire D. Vergera is hereby substituted as counsel in place and stead of attorney Salvatore A. Amodeo representing Plaintiffs in the above cause of action.

SO ORDERED.


Dated: September 15, 2017        s/Judith E. Levy
       Ann Arbor, Michigan        JUDITH E. LEVY
                                  United States District Judge