## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| LUKE WAID, *et al.*; Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>GOVERNOR RICHARD D. SNYDER, *et al.*,<br><br>    Defendants. | Case No. 5:16-cv-10444-JEL-MKM<br><br>Hon. Judith E. Levy |

## NOTICE OF APPEARANCE

Please enter my appearance pursuant to L.R. 83.25 as additional counsel of record for the defendant Veolia North America, LLC.

>James M. Campbell
>Campbell Campbell Edwards & Conroy, P.C.
>One Constitution Center
>Boston, MA  02129
>(617) 241-3000
>jmcampbell@campbell-trial-lawyers.com

Attorneys Cheryl Bush and Michael Williams of the firm Bush Seyferth & Paige, PLLC, and John Grunert of my firm will continue as co-counsel for Veolia North America, LLC.

>/s/ James M. Campbell
>Campbell Campbell Edwards & Conroy
>One Constitution Center
>Boston, MA  02129
>(617) 241-3000
>jmcampbell@campbell-trial-lawyers.com

## CERTIFICATE OF SERVICE

    I hereby certify that on October 2, 2017, I electronically filed the foregoing document with the Clerk of Court by using the ECF System, which will send notification to the ECF counsel of record.

                                  /s/  James M. Campbell
                                  James M. Campbell