UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LUKE WAID, *et al.*; Individually and On Behalf of All Others Similarly Situated,<br><br>          Plaintiffs,<br><br>vs.<br><br>GOVERNOR RICHARD D. SNYDER, *et al.*,<br><br>          Defendants. | Case No. 5:16-cv-10444-JEL-MKM<br><br>Hon. Judith E. Levy |

## NOTICE OF APPEARANCE

Please enter my appearance pursuant to L.R. 83.25 as additional counsel of record for the defendants Veolia North America, LLC., Veolia North America, Inc. and Veolia Water North America Operating Services, LLC.

>John A.K. Grunert
>Campbell Campbell Edwards & Conroy, P.C.
>One Constitution Center
>Boston, MA  02129
>(617) 241-3000
>jgrunert@campbell-trial-lawyers.com

Attorneys Cheryl Bush and Michael Williams of the firm Bush Seyferth & Paige, PLLC, and James M. Campbell of my firm will continue as co-counsel for Veolia North America, LLC, Veolia North America, Inc. and Veolia Water North America Operating Services, LLC.

.

/s/John A.K. Grunert
Campbell Campbell Edwards & Conroy
One Constitution Center
Boston, MA  02129
(617) 241-3000
jgrunert@campbell-trial-lawyers.com

CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2017, I electronically filed the foregoing document with the Clerk of Court by using the ECF System, which will send notification to the ECF counsel of record.


/s/  John A.K. Grunert
John A.K. Grunert