# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

_____

In re Flint Water Cases          Civil Action No. 5:16-cv-1044
                                         Honorable Judith E. Levy
                                         Magistrate-Judge Mona K. Majzoub

_____

## ORDER REGARDING PRELIMINARY DISCOVERY

Discovery in these actions is hereby STAYED pending further order of the Court except as follows:

1. All parties shall, within 30 days, provide to all other parties (except to the extent any parties state in writing that they do not want them) copies of, or an opportunity to inspect, all documents, ESI, and physical evidence they have obtained via FOIA requests that they or their attorneys have made with respect to contamination of the Flint water supply, or the causes of such contamination, or the effects of such contamination;

2. All parties shall, within 30 days, provide to all other parties (except to the extent any parties state in writing that they do not want them) copies of their own documents (i.e., not documents obtained from others via FOIA requests or other investigative activities undertaken for purposes of this litigation) that they may use to support their claims or defenses;

3. All parties may begin serving non-party documents-only (or physical evidence-only) subpoenas without further delay, except that no such subpoenas shall be served until the parties have conferred in a good faith effort to include in a single subpoena demands by all parties for documents, ESI, and physical evidence from the recipient to that the frequency with which recipients must respond to more than a single such subpoena will be minimized. "Non-party" for purposes of this paragraph does not include spouses of individual parties, current employees, officers, and directors of

parties, and parents, subsidiaries, and affiliates of parties that are business entities.

**IT IS SO ORDERED.**

_____
Judith E. Levy
United States District Judge

DATED: _____
Ann Arbor, Michigan