UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases

Case No.: 5:16-cv-10444-JEL-MKM
(Consolidated)

Hon. Judith E. Levy
Magistrate Judge Mona K. Majzoub

**JOINT REPORT REGARDING MEET AND CONFER ITEMS REQUIRED BY THIS COURT'S NOVEMBER 17, 2017 ORDER [ECF NO. 260]**

Each of the Defendants, through their respective counsel, Named Plaintiffs in the putative class action, through their Interim Co-Lead Counsel, and Individual Plaintiffs, through their Liaison Counsel, (collectively, the "Parties") submit this report concerning the status of the Parties' discussions concerning the topics identified in ¶3 of this Court's Order Regarding Issues Discussed at the November 15, 2017 Status Conference.  ECF No. 260 (hereinafter, the "November 17 Order").[1]  The Parties have conferred at length regarding the issues identified in that Order.  This Joint Report identifies agreements the Parties have reached and issues on which the Parties have been unable to agree.  Where disagreements

---

[1] Assent to this Joint Report, and participation in the efforts that have led to it, does not constitute or have the effect of a waiver or limitation of any defense, of any immunity, or of any claim.

remain, the Parties' respective positions are set forth in separate attachments to this report.[2]

## I. PLAINTIFF'S FACT SHEET

The Parties agree to use the form of Plaintiff's Fact Sheet adopted and already in use in the Genesee County Flint Water Litigation with only minor, non-substantive edits to make it suitable for use in federal court and for both class and individual cases. The revised Fact Sheet is attached hereto as Exhibit A. It is not the intent or effect of this Fact Sheet to limit any plaintiff's or the putative class's claims to those asked about in the Fact Sheet or to limit any plaintiff's or the putative class's damages to types asked about in the Fact Sheet; nor is it the intent or effect of the Fact Sheet to define the appropriate scope of discovery in these Flint Water Cases. Any plaintiff who, before the date the Court approves the Fact Sheet attached hereto, has received for completion the Plaintiff Fact Sheet entered in the Genesee County Flint Water Litigation, may complete that Plaintiff Fact Sheet instead of the one attached hereto. The Parties agree that in *Carthan v. Snyder*, only putative class representatives named in the Consolidated Class Complaint, ECF No. 238, or in amendments to that complaint will complete and deliver Fact Sheets and related attachments. The Parties do not agree whether

---

[2] Except, pursuant to the Court's November 17 Order, ECF No. 260, the Parties will file separate briefs "discussing any disputes or issues related to a preservation order or subpoenas to be sent to non-parties."

absent class members can or should be required to produce Fact Sheets and related attachments if a motion for class certification is brought and granted. However, no agreement stated herein precludes Defendants from later moving for absent class member discovery or Plaintiffs from continuing to oppose absent class member discovery.

The Parties further agree that the timeframe for completing and delivering Fact Sheets, and what effect, if any, the Fact Sheets may have on other discovery, should be discussed and resolved at a later time as part of an overall preliminary discovery plan. The Parties have disagreements on those subjects but do not believe approval of a form of Fact Sheet should be delayed pending resolution of those disagreements.

## II.  ESI ORDER

The Parties continue to meet and confer productively regarding the ESI Order and do not believe Court intervention is necessary at this time.

## III.  CONFIDENTIALITY ORDER

The Parties are near agreement on a final confidentiality order and believe that with additional time, there is a substantial likelihood they can reach complete agreement. The Parties continue to meet and confer on this issue, and will submit a final proposed order or any disputes to the Court by December 15, 2017.

## IV. EVIDENCE PRESERVATION ORDER TO PARTIES

The Parties have met and conferred electronically and telephonically about an Evidence Preservation Order to Parties. The Parties have reached agreement on many provisions but there are some provisions on which they do not agree. A draft Evidence Preservation Order to Parties setting forth alternative proposed language is attached hereto as Exhibit B. Language agreed upon by all Parties is set forth in black font; language on which the Parties disagree is set forth in red font. The Parties' positions on alternative proposed language are set forth in each Party's separate attachment.

The Parties are unable to agree whether absent class members can or should be bound by an evidence preservation order if a motion for class certification is eventually brought and granted. The Parties do agree, however, that their differences on that issue should not delay entry of an evidence preservation order now, because the issue is not ripe.

## V. NON-PARTY PRESERVATION

The Parties have met and conferred electronically and telephonically about non-party preservation. In the interest of moving forward swiftly with non-party preservation, the Parties have agreed to the form of a request for preservation of evidence to be sent to non-parties, as well as a Proposed Order from this Court authorizing the letter. The letter and Proposed Order are attached hereto as

Exhibits G and H. Also attached is an initial list of non-parties which one or more Parties believe should appropriately be among the first non-parties to receive such requests. Ex. I. The Parties anticipate that additional non-parties who should receive evidence preservation requests will be identified in the future.

The Parties are unable to agree whether additional preservations measures should be taken with respect to non-parties or about the timeframe for preliminary discovery with respect to issuing non-party document subpoenas. Some Defendants argue preliminary discovery should not commence until the Court has resolved the issues previously briefed. Other Defendants do not object to the Court's authorizing service of non-party documents-only subpoenas to begin promptly. Plaintiffs contend that third-party discovery should begin promptly, and that in the alternative, the Parties should be permitted to issue document preservation subpoenas. Pursuant to the Court's November 2017 Order, the Parties will file separate briefing on this issue. The Parties agree, however, that approval of the request attached to this Joint Statement should not be delayed pending decision on what *additional* measures should be taken with respect to non-parties.

Dated: December 7, 2017                             Respectfully submitted,


*/s/ Theodore J. Leopold*                           */s/ Michael L. Pitt*
Theodore J. Leopold                                 Michael L. Pitt
**COHEN MILSTEIN SELLERS**                          Cary S. McGehee
 **& TOLL PLLC**                                    **Pitt McGehee Palmer & Rivers, P.C.**

5

2925 PGA Boulevard, Suite 220
Palm Beach Gardens, FL 33410
(561) 515-1400 Telephone
tleopold@cohenmilstein.com

*Interim Co-Lead Counsel for the Proposed Class*

Hunter J. Shkolnik
Paul J. Napoli
Patrick J. Lanciotti
**Napoli Shkolnik, PLLC**
360 Lexington Avenue
11th Floor
New York, NY 10017
(212) 397-1000 Telephone
hshkolnik@napoli.com
pnapoli@napoli.com
planciotti@napoli.com

*Liaison Counsel for Individual Personal Injury and Property Damage Cases*

117 West 4th Street
Suite 200
Royal Oak, MI 48067
(248) 398-9800 Telephone
mpitt@pittlawpc.com
cmcgehee@pittlawpc.com

*Interim Co-Lead Counsel for the Proposed Class*

Corey M. Stern (P80794)
Anna Kull
Daniel B. Weiss
**Levy Konigsberg, LLP**
800 Third Avenue, 11th Floor
New York, New York 10022
(212) 605-6298 Telephone
cstern@levylaw.com
akull@levylaw.com
dweiss@levylaw.com

*Liaison Counsel for Individual Personal Injury and Property Damage Cases*

/s/ *Margaret A. Bettenhausen* (P75046)
Richard S. Kuhl (P42042)
Margaret A. Bettenhausen (P75046)
Nathan A. Gambill (P75506)
Zachary C. Larsen (P72189)
Assistant Attorneys General
**Michigan Department of Attorney General**
**Environment, Natural Resources, and Agriculture Division**
6th Floor, G. Mennen Williams Building
P.O. Box 30755
Lansing, MI 48909

/s/ *James M. Campbell*
James M. Campbell
John A. K. Grunert
**Campbell Campbell**
**Edwards & Conroy, P.C.**
One Constitution Center, 3rd Floor
Boston, MA 02129
(617) 241-3000 Telephone
jmcampbell@campbell-trial-lawyers.com
jgrunert@campbell-trial-lawyers.com

*Attorneys for Veolia Water North America Operating Services, LLC,*

6

(517) 373-7540 Telephone
(517) 373-1610 Facsimile
kuhlr@michigan.gov
bettenhausenm@michigan.gov
gambilln@michigan.gov
larsenz@michigan.gov

*Attorneys for State of Michigan, Governor Richard Snyder, Andy Dillon, and Nick Lyon*

Eugene Driker (P12959)
Morley Witus (P30895)
Todd R. Mendel (P55447)
**Barris, Sott, Denn & Driker, PLLC.**
333 W. Fort Street, Suite 1200
Detroit, Michigan 48226
Phone: (313) 965-9725
EDriker@bsdd.com
MWitus@bsdd.com
TMendel@bsdd.com

*Special Assistant Attorneys General for Governor Richard D. Snyder*

*/s/ Thaddeus E. Morgan* (w/permission)
Thaddeus E. Morgan (P47394)
**Fraser, Trebilcock, Davis & Dunlap**
124 West Allegan Street, St 1000
Lansing, MI 48933
(517) 482-5800 Telephone
tmorgan@fraserlawfirm.com

*Attorney for MDEQ Employee Defendant Liane Shekter Smith*

*Veolia North America, Inc., and Veolia North America, LLC*


*/s/ Wayne B. Mason* (SBOT 13158950)
Wayne B. Mason (SBOT 13158950)
Travis S. Gamble (SBOT 00798195)
David C. Kent (SBOT 11316400)
S. Vance Wittie (SBOT 21832980)
**Drinker, Biddle & Reath LLP**
1717 Main St., Suite 5400
Dallas, TX 75201
(469) 227-8200 Telephone
wayne.mason@dbr.com
travis.gamble@dbr.com
david.kent@dbr.com
vance.wittie@dbr.com


*/s/ Philip A. Erickson* (P37081)
Philip A. Erickson (P37081)
Robert G. Kamenec (P35283)
**Plunkett Cooney**
325 E. Grand River, Ste 250
East Lansing, MI 48823
(517) 324-5608 Telephone
perickson@plunkettcooney.com
rkamenec@plunkettcooney.com

*Attorneys for Lockwood, Andrews, & Newnam, P.C., Lockwood, Andrews & Newnam, Inc., and Leo A. Daly Company*


*/s/ William Y. Kim* (P76411)
William Y. Kim (P76411)
Reed E. Eriksson (P77085)
Assistant City Attorneys
**City of Flint Dept. of Law**
1101 S. Saginaw, 3rd Floor

7

/s/ *Michael Pattwell* (w/ permission)
Jay M. Berger (P57663)
Michael J. Pattwell (P72419)
**Clark Hill PLC**
212 E. Grand River Ave.
Lansing, Michigan 48906
(517) 318-3043 Telephone
jberger@clarkhill.com
mpattwell@clarkhill.com

*Attorneys for Bradley Wurfel and Daniel Wyant*


/s/ *Barry A. Wolf* (P40709)
**Law Office of Barry A. Wolf, PLLC**
503 S. Saginaw St., Suite 1410
Flint, MI 48502
(810) 762-1084 Telephone
bwolf718@msn.com

*Attorney for Gerald Ambrose*


/s/ *Brett T. Meyer* (P75711)
**O'Neil, Wallace, & Doyle, P.C.**
300 St. Andrews Rd., Suite 302
Saginaw, MI 48605
(989)790-0960 Telephone
bmeyer@owdpc.com

*Attorney for Michael Glasgow*


/s/ *Michael J. Gildner* (P49732)
**Simen, Figura & Parker, PLC**
5206 Gateway Centre
Suite 200
Flint, MI 48507
(810) 235-9000 Telephone

Flint, MI 48502
(810)766-7146 Telephone
wkim@cityofflint.com

*Attorneys for City of Flint and Dayne Walling*


/s/ *Frederick A. Berg, Jr.* (P38002)
Frederick A. Berg, Jr. (P38002)
Sheldon H. Klein (P41062)
**BUTZEL LONG, P.C.**
150 W. Jefferson Ave., Suite 100
Detroit, MI 48226
(313)225-7000 Telephone
bergf@butzel.com
klein@butzel.com

*Attorneys for City of Flint*


/s/ *Charles E. Barbieri* (P31793)
Charles E. Barbieri (P31793)
Allison M. Collins (P78849)
**Foster, Swift, Collins & Smith, P.C.**
313 S. Washington Square
Lansing, MI 48933
(517) 371-8100 Telephone
cbarbieri@fosterswift.com

*Attorneys for MDEQ Employee Defendants Patrick Cook, Adam Rosenthal, and Michael Prysby*


/s/ *Phillip Grashoff* (w/ permission)
Philip A. Grashoff, Jr. (P14279)
**Kotz Sangster Wysocki, P.C.**
36700 Woodward Ave., Suite 202
Bloomfield Hills, MI 48304

8

mgildner@sfplaw.com

*Attorney for Edward Kurtz*


*/s/ Todd Perkins* (P55623)
Todd Perkins (P55623)
PERKINS LAW GROUP
615 W. Griswold Ste. 400
Detroit, MI 48226
(313)964-1702 Telephone
tperkins@perkinslawgroup.net

*Attorney for Darnell Earley*


*/s/ Alexander S. Rusek* (P77581)
**White Law PLLC**
2549 Jolly Rd., Suite 340
Okemos, MI 48664
(517) 316-1195 Telephone
alexrusek@whitelawpllc.com

*Attorney for Howard Croft*


*/s/ Matthew T. Wise* (P76794)
**Foley & Mansfield PLLP**
130 E. Nine Mile Road
Ferndale, MI 48220
(248) 721-4200 Telephone
mwise@foleymansfield.com

*Attorney for Jeff Wright*


*/s/ Michael S. Cafferty* (P36613)
**Cafferty & Associates, P.C.**
333 W. Fort Street, Suite 1400
Detroit, MI 48226

(248) 646-1050 Telephone
pgrashoff@kotzsangster.com

*Attorney for MDEQ Employee Defendant Stephen Busch*


*/s/ David W. Meyers* (P69034)
**Law Office of Edwar A. Zeineh**
2800 E. River Ave., Suite B.
Lansing, MI 48912
(517) 292-7000 Telephone
davidmeyerslaw@gmail.com

*Attorney for Daugherty Johnson*

9

(313) 628-4717 Telephone
(313) 965-2439 Facsimile
mcaffe@aol.com

*Attorney for Nancy Peeler*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was filed with the U.S. District Court through the ECF filing system and that all parties to the above case were served via the ECF filing system on December 7, 2017.

*/s/ Jessica Weiner*