# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases | Case No.: 5:16-cv-10444-JEL-MKM (Consolidated)<br><br>Hon. Judith E. Levy<br>Magistrate Judge Mona K. Majzoub |

# PLAINTIFF'S FACT SHEET[1]

## I.  INSTRUCTIONS AND DEFINITIONS

Please fill out a separate Fact Sheet for each plaintiff. The purpose of this Fact Sheet is to obtain accurate information about basic facts that are relevant to claims arising out of the distribution of water from the City of Flint Water Supply during and after April of 2014.[2] In completing this Fact Sheet, you are under oath and must provide information that is true and correct to the best of your knowledge. Information in the Fact Sheet may be used as evidence at the trial in this case. If you cannot provide all of the details requested, please provide as much information as you can. In addition, you must supplement your responses if you learn later that they are incomplete or incorrect in any material respect.

If you are making a claim on behalf of yourself and also on behalf of another named plaintiff (such as a minor child, as the guardian or other representative of a person who is too disabled to make a claim on his or her own behalf, or if you are making a claim as the executor, administrator, or other representative of the estate of a person who has died), you must complete a separate Fact Sheet for each such person. If you are completing a Fact Sheet on behalf of a business, please fill out Section II. 3., and complete the remainder of the form as to the business.

It may be that you do not have all the information you would need to give complete answers to some of the questions in this Fact Sheet. If that is the case, you are still required to provide all of the information you do have, even though it is not complete. It is also important to understand that, in completing the Fact Sheet, you may not rely just on your memory if you have in your possession, or easily available to you, documents, reports, e-mails, or other written information that you can consult in order to obtain the requested information. Your answers to the questions in the Fact Sheet must be as complete and accurate as you can make them, even if answering requires you to devote time and effort to finding and reviewing written information available to you. Also, please remember that you cannot object to the questions, but must provide the information requested to the best of your ability.

---

[1] "Plaintiff" includes only plaintiffs named in the caption of the Consolidated Class Action Complaint, ECF No. 238, and all plaintiffs named in the captions of individual actions included among the federal Flint Water Cases.

[2] It is not the intent or effect of this Fact Sheet to limit any plaintiff's or the putative class's claims to those asked about in the Fact Sheet or to limit any plaintiff's or the putative class's damages to types asked about in the Fact Sheet.

*In re Flint Water Litigation*
*Plaintiff's Fact Sheet*
*Page 2*

Please note that information deemed to be confidential by a protective order entered in the Flint Water Cases (including your social security number) will be treated confidentially by the parties pursuant to the terms of the protective order.

Completed Fact Sheets should be forwarded to your attorney. Please consult with your attorney as to the deadline for completion of the Fact Sheet.

In completing the Fact Sheet, please use the following definitions:

"Health care provider" means any doctor, physician's assistant, nurse practitioner, or other individual health care professional regardless of title; hospital, clinic, urgent care, ready care, medical center, physician's office, infirmary, medical or diagnostic laboratory, or other facility that provides medical care or advice; and any pharmacy, x-ray department, radiology department, laboratory, physical therapist, occupational therapist or any other persons or entities involved in the care or treatment of you, or of the person for whom you are completing the Fact Sheet.

"Plumbing" means any service lines, piping, or other fixtures or appliances through which water from the City of Flint Water Supply is or was conveyed from the municipal water main to the water faucets, showers, toilets, etc. within a residence or other building.

## II. **QUESTIONNAIRE**

1. **CASE INFORMATION [to be completed by your attorney]**

    a. PLAINTIFF: _____

    b. CASE NAME: _____

    d. CASE NUMBER: _____

    e. LAW FIRM: _____

    f. TYPE OF ALLEGED INJURY/INJURIES OR DAMAGE (fill in all that apply to the plaintiff to whom this Fact Sheet applies):

    _____ CHILD PERSONAL INJURY

    _____ ADULT PERSONAL INJURY

    _____ PROPERTY DAMAGE/LOSS

    _____ WATER BILLS

    _____ OTHER: _____

*In re Flint Water Litigation*
*Plaintiff's Fact Sheet*
*Page 3*

**2.     INFORMATION ABOUT PERSON COMPLETING THIS FACT SHEET**

    a.     Full Name: _____
                       (Last Name)        (First Name)        (Middle Initials)

    b.     Previous Names: _____
                       (Last Name)        (First Name)        (Middle Initials)

    c.     Date of Birth: _____
                       (Month/Day/Year)

    d.     Place of Birth: _____

    e.     Social Security Number: _____

    f.     Male or Female:   ___ Male        ___ Female

    g.     Present Residential Address: _____
                   Street Address (including any apartment or unit number)

                   _____
                   City/ Town        State        Zip Code

    h.     Dates at this Address: _____
                   From        To

**3.     INFORMATION ABOUT BUSINESS COMPLETING THIS FACT SHEET**

    a.     Name of Business: _____

    b.     Taxpayer ID No.: _____

    c.     Business Address: _____
                   Street Address (including any apartment or unit number)

                   _____
                   City/ Town        State        Zip Code

    d.     Dates at this Address: _____
                   From        To

    e.     Prior Addresses since April 2014: _____
                   Street Address (including any apartment or unit number)

*In re Flint Water Litigation*
*Plaintiff's Fact Sheet*
*Page 4*

                                      City/ Town            State          Zip Code

f.   Dates at Each Address: _____
                                 From          To

**4.**     **REPRESENTATION OF ANOTHER PERSON**

*If you are completing this Fact Sheet for yourself or for your business, please skip to Section 5.*

If you are completing this Fact Sheet in a representative capacity (i.e., on behalf of the estate of a deceased person, an incapacitated person or a minor), please complete the following:

a.   Describe the capacity in which you are representing the individual or estate (e.g., parent, guardian, personal representative of estate): _____

b.   If you were appointed as a representative by a court, state:

      The court which appointed you: _____

      The date of your appointment: _____

c.   What is your relationship to the individual you represent?: _____

d.   If you represent a deceased person's estate, please state:

      The date of the decedent's death: _____

      The address(es) at which the decedent lived from April 2014 to the date of death:

      _____

      _____

e.   If you are making a claim regarding the death of a family member, please identify any and all family members, beneficiaries, heirs or next of kin, including their relationship to the decedent: _____

_____

4

*In re Flint Water Litigation*
*Plaintiff's Fact Sheet*
*Page 5*

    f.    If you are completing this Fact Sheet as a representative, please provide the following information regarding the person for whom you are filling out the Fact Sheet:

        i.    Full Name: _____
                      (Last Name)   (First Name)   (Middle Initials)

        ii.   Previous Names: _____
                      (Last Name)   (First Name)   (Middle Initials)

        iii.  Date of Birth: _____
                           (Month/Day/Year)

        iv.  Place of Birth: _____

        v.   Social Security Number: _____

        vi.  Male or Female: ____Male    ____Female

        vii. Present Residential Address: _____
                                    Street Address (including any apartment or unit number)

                                    _____
                                    City/ Town    State    Zip Code

        viii. Dates at this Address: _____
                                  From      To

        ix.  Prior Addresses Since April 2014: _____
                                  Street Address (including any apartment or unit number)

                                    _____
                                    City/ Town    State    Zip Code

        x.   Dates at Each Address: _____
                                  From      To

5. **INFORMATION REGARDING WATER TESTING**

   *All plaintiffs should complete this section.*

   a. For all addresses where your residence (or, if you are filing on behalf of another person, that other person) or your business was located during or after April of 2014, please provide the following information:

      Address: _____

      Does this property have lead plumbing?

      YES_____ NO_____ I DO NOT KNOW _____

      Has the water at this property been tested for lead or other contaminants since April 25, 2014?

      YES_____ NO_____ I DO NOT KNOW _____

      If you answered yes to the preceding question, state to the best of your knowledge the date(s) when water lead testing was done, the person requesting the sampling/testing, the person taking the sample, the facility or laboratory which performed the testing and the test results:

      Date tested: _____

      Person requesting sampling/testing: _____

      Person who obtained sample: _____

      Facility/Lab which performed test: _____

      Results: _____

   b. **Please attach copies of any water lead test results in your possession or control.**

6. **CHILD PERSONAL INJURY CLAIMS**

   *Complete this section only if you allege personal injuries on behalf of a child. In this section, "you" refers to the child.*

   a. Do you claim that you have been injured as a result of exposure to lead in water distributed by the City of Flint Water Supply at any time since April 25, 2014?

*In re Flint Water Litigation*
*Plaintiff's Fact Sheet*
*Page 7*

        YES _____  NO _____

b. If you answered yes, state to the best of your knowledge every date on which you have undergone testing of blood lead levels, identify who took the sample to be tested and provide the reported results of the testing.

    Date tested: _____

    Type of Test (select one): \_\_\_\_Intravenous  \_\_\_\_Finger Prick

    Results: _____

    Facility/Lab: _____

If additional testing was done, please attach additional information.

c. **Please attach copies of any blood lead test results in your possession or control**.

d. In addition, if you have been told at any time by any health care provider that you have been injured as a result of lead in water distributed by the City of Flint Water Supply, please identify the health care provider, state what you were told to the best of your ability and provide the date you were told this. (Attach additional sheets as necessary.)

e. Do you claim that you have suffered from Legionnaire's Disease (Legionella) as a result of exposure to water distributed by the City of Flint Water Supply at any time since April 25, 2014?

        YES _____  NO _____

f. If you have been told by any health care provider at any time that you have suffered from Legionnaire's Disease (Legionella) at any time, please identify the health care provider(s) and provide the date(s) you were told this. (Attach additional sheets as necessary.)

g. Do you claim you have suffered from any other illness as a result of exposure

        to water distributed by the City of Flint Water Supply at any time since April 25, 2014?

        YES _____        NO _____

h.    If you answered yes to the preceding question, please state what illness(es) you allege you have suffered as a result of exposure to water distributed by the City of Flint Water Supply.

i.    If you answered yes to section 6. g., please state whether you have been told by any health care provider that you have suffered from an illness which you believe was caused by exposure to water distributed by the City of Flint Water Supply at any time since April 25, 2014. If so, please identify the health care provider(s), state what you were told to the best of your ability and provide the date(s) you were told this. (Attach additional sheets as necessary).

j.    **Please identify each of your health care providers from January 1, 2004 to the present and attach signed and dated authorizations for release of medical records directed to each of these health care providers.**

k.    Are you currently enrolled in school?    \_\_\_Yes    \_\_\_No

l.    What is the highest level of education that you have completed:

m.    Please list any schools you have attended (elementary, middle, junior high or high schools, junior colleges, vocational schools, universities, institutes or seminaries):

        i.    _____
                Name of School

                Address

                Years of Attendance

                Degree or Certificate (if any) Received

ii.        Name of School

                Address

                Years of Attendance

                Degree or Certificate (if any) Received

iii.       Name of School

                Address

                Years of Attendance

                Degree or Certificate (if any) Received

*Please attach any additional information on a separate sheet.*

n. **Attach signed and dated authorizations for release of education records directed to each school attended using the attached form.**

o. Have you applied for or received social security disability benefits at any time since April 25, 2014?

    YES_____    NO_____

p. If so, state the date when you submitted an application for social security disability

      benefits and the dates, if any, for which such benefits were received:

      _____
      Date Application Was Submitted

      _____
      Dates for Which Benefits Received

q. **If applicable, please attach a signed and dated authorization for release of social security disability records using the attached form.**

r. Are you claiming lost wages as a result of exposure to water distributed by the City of Flint Water Supply at any time since April 25, 2014?

    YES _____     NO _____

s. If yes, please describe the lost wages suffered by you, and identify each employer, state the relevant time period and estimate of the amount of your lost wages?

t. **If applicable, please attach signed and dated authorizations for the release of employment records directed to each employer as to whom you claim lost wages**.

u. Please provide for each of your health insurers since January 1, 2004 (attach additional sheets if necessary):

    i. _____
       Name of Insurer

    ii. _____
       Dates You Had Coverage with this Insurer

    iii. _____
       Name of Insurer

    iv. _____
       Dates You Had Coverage with this Insurer

v. **Please attach signed and dated authorizations for the release of records from all health insurers identified in your response to question 6. u. using the**

**attached form.**

7. **ADULT PERSONAL INJURY CLAIMS**

   *Complete this section only if you allege (or are representing an adult who alleges) personal injuries. In this section, "you" means either you or an adult whom you represent.*

   a. Do you claim that you have been injured as a result of exposure to lead in water distributed by the City of Flint Water Supply at any time since April 25, 2014?

      YES _____    NO _____

   b. If you answered yes, state to the best of your knowledge every date on which you have undergone testing of blood lead levels, identify who took the sample to be tested and provide the reported results of the testing.

      Date Tested: _____

      Type of Test (select one):    \_\_\_\_Intravenous    \_\_\_\_Finger Prick

      Results: _____

      Facility/Lab: _____

      If additional testing was done, please attach additional information.

   c. **Please attach copies of any blood lead test results in your possession or control**.

   d. In addition, if you have been told at any time by any health care provider that you have been injured as a result of lead in water distributed by the City of Flint Water Supply, please identify the health care provider, state what you were told to the best of your ability and provide the date you were told this. (Attach additional sheets as necessary.)

   e. Do you claim that you have suffered from Legionnaire's Disease (Legionella) as a result of exposure to water distributed by the City of Flint Water Supply at any time since April 25, 2014?

      YES _____    NO _____

    f.    If you have been told by any health care provider at any time that you have suffered from Legionnaire's Disease (Legionella) at any time, please identify the health care provider(s) and provide the date(s) you were told this. (Attach additional sheets as necessary.)

    g.    Do you claim you have suffered from any other illness as a result of exposure to water distributed by the City of Flint Water Supply at any time since April 25, 2014?

           YES _____    NO _____

    h.    If you answered yes to the preceding question, please state what illness you allege you have suffered as a result of exposure to water distributed by the City of Flint Water Supply.

    i.    If you answered yes to section 6. g., please state whether you have been told by any health care provider that you have suffered from an illness which you believe was caused by exposure to water distributed by the City of Flint Water Supply at any time since April 25, 2014. If so, please identify the health care provider(s), state what you were told to the best of your ability and provide the date(s) you were told this. (Attach additional sheets as necessary).

    j.    **Please identify each of your health care providers from January 1, 2004 to the present and attach signed and dated authorizations for release of medical records directed to each of these health care providers.**

    k.    Are you currently enrolled in school?    ___Yes    ___No

    l.    What is the highest level of education that you have completed:

    m.    Please list any schools you have attended (elementary, middle, junior high or high schools, junior colleges, vocational schools, universities, institutes or seminaries):

        i.

                Name of School

                Address

                Years of Attendance

                Degree or Certificate (if any) Received

        ii.

                Name of School

                Address

                Years of Attendance

                Degree or Certificate (if any) Received

        iii.

                Name of School

                Address

                Years of Attendance

                Degree or Certificate (if any) Received

    *Please attach any additional information on separate sheet.*

n. **Attach signed and dated authorizations for release of education records directed to each school attended using the attached form.**

o. Have you applied for or received social security disability benefits at any time since April 25, 2014?

  YES: _____  NO: _____

p. If so, state the date when you submitted an application for social security disability benefits and the dates, if any, for which such benefits were received:

  _____
  Date Application Was Submitted

  _____
  Dates for Which Benefits Received

q. **If applicable, please attach a signed and dated authorization for release of social security disability records using the attached form.**

r. Are you claiming lost wages as a result of exposure to water distributed by the City of Flint Water Supply at any time since April 25, 2014?

  YES _____  NO _____

s. If yes, please describe the lost wages suffered by you, and identify each employer, state the relevant time period and estimate of the amount of your lost wages?




t. **If applicable, please attach signed and dated authorizations for the release of employment records directed to each employer as to whom you claim lost wages.**

u. Please provide for each of your health insurers since January 1, 2004 (attach additional sheets if necessary):

  i. _____
   Name of Insurer

  ii. _____
   Dates You Had Coverage With This Insurer

  iii. _____
   Name of Insurer

  iv. _____
   Dates You Had Coverage With This Insurer

 v. **Please attach signed and dated authorizations for the release of records from all health insurers identified in your response to question 6. t. using the attached form.**

8. **PROPERTY DAMAGE/LOSS CLAIMS**

    *Complete this section only if: (1) you own or have owned a property or residence since April 25, 2014, or (2) the person on whose behalf you are executing this fact sheet owns or has owned a property or residence since April 25, 2014; and (3) you allege on behalf of yourself or another person damage to real estate or associated plumbing as a result of the distribution of water from the City of Flint Water Supply since April 25, 2014, and/or a related loss of income or value.*

    a. Please provide the address of each piece of real estate where you claim you have suffered such damage, state the dates of ownership of the property by you, and describe the nature of the damage:

    b. Do you claim to have suffered a loss of rental or other income as a result of the distribution of water from the City of Flint Water Supply since April 25, 2014?

     YES _____  NO _____

    c. If you answered yes to the preceding question, state the address of each piece of real estate for which you claim to have lost rental or other income since April 25, 2014.

    e. Do you claim to have suffered a reduction or diminution of property value as a result of the distribution of water from the City of Flint Water Supply since April 25, 2014?

YES _____    NO _____

f.  If you answered yes to the preceding question, state the address of each piece of real estate for which you claim to have suffered a reduction or loss of property value since April 25, 2014.

g.  Do you claim to have incurred out of pocket costs (such as costs to repair or replace damaged property) as a result of the distribution of water from the City of Flint Water Supply since April 25, 2014?

YES _____    NO _____

h.  If you answered yes to the preceding question, state the address of each piece of real estate for which you claim to have incurred out of pocket costs since April 25, 2014.

9. **WATER BILL CLAIMS**

*Please complete this section only if you allege on behalf of yourself or another person that you or the person on whose behalf this Fact Sheet is being executed are entitled to reimbursement and/or other damages relating to the payment of water bills for water from the City of Flint Water Supply since April 25, 2014.*

a.  Please state the address for the property(s) for which you seek reimbursement of water bills.

b.  Is the account referred to in 9a in your name?  YES _____ or NO _____

    c.    Did you notify the City of Flint of concerns regarding the quality of the water provided to you? If so, please state when the notice occurred, who provided the notice, whether the notice was oral or written and provide any documents in your possession or control documenting such notice.

    d.    Have you attempted to challenge or negotiate in any way your water bills with the City of Flint's Water Department? If so, please describe what you have done to contest your water bills with the City.

I understand that the information I have provided in this Plaintiff Fact Sheet will be used in connection with the lawsuit that has been filed on behalf of
_____
[INSERT NAME OF PLAINTIFF TO WHOM THE FACT SHEET PERTAINS]

in the United States District Court for the Eastern District of Michigan.

I declare under penalty of perjury under the laws of the State of Michigan and the United States of America that the foregoing information is true and correct to the best of my knowledge and belief.

Date: _____

_____
Name of Plaintiff

_____
Signature of Plaintiff

Or

Date: _____

_____
Name of Representative

_____
Signature of Representative