UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases.        Judith E. Levy
United States District Judge

_____/

**ORDER APPROVING USE OF
PROPOSED PLAINTIFF FACT SHEET**

On December 7, 2017, pursuant to the Court's order, Interim Co-Lead Class Counsel, Individual Liaison Counsel, and defendants in the Flint Water litigation submitted a report regarding certain issues. (Dkt. 291.) Among those issues was the form and content of the "fact sheet" that the parties agree plaintiffs will need to complete as a part of this litigation.

The parties have submitted a final proposed fact sheet, and asked the Court to approve it for use in this litigation. (Case No. 16-cv-10444, Dkt. 291-1.) Following a careful review of the proposed fact sheet, the Court hereby APPROVES the use of the fact sheet in this litigation.

IT IS SO ORDERED.

Dated: December 20, 2017      s/Judith E. Levy
Ann Arbor, Michigan           JUDITH E. LEVY
                                        United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 20, 2017.

<u>s/Shawna Burns</u>
SHAWNA BURNS
Case Manager