**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

*In re* Flint Water Cases.

Judith E. Levy
United States District Judge

_________________________________/

This Order Relates To:

ALL ACTIONS
_________________________________/

**_CORRECTED_ NOTICE OF INTENT TO APPOINT SENATOR CARL LEVIN AND FORMER WAYNE COUNTY CHIEF JUDGE PRO TEM PAMELA HARWOOD AS FACILITATIVE MEDIATORS PURSUANT TO E.D. MICH LOCAL R. 16.4**

The Court previously discussed its intent to consider the appointment of a facilitative mediator pursuant to E.D. Mich. Local R. 16.4. The Court has considered several options and now informs the parties of its intent to appoint Senator Carl Levin and former Wayne County Chief Judge Pro Tem Pamela Harwood as mediators.

The parties to all Flint Water litigation will have until 10:00 A.M. on **Thursday, January 11, 2018** to file any objections to either mediator, or to submit alternative names for consideration. Objections should be filed on Case No. 16-cv-10444.

Also attached is the curriculum vitae of Judge Harwood. Judge Harwood was born in Flint and graduated from Flint Southwestern High School in 1965. Neither she nor any member of her family has resided in Flint since 1972. Judge Harwood's father worked as the Flint Water Plant manager until his retirement in 1971.

IT IS SO ORDERED.

Dated: January 10, 2018
Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 10, 2018.

s/Shawna Burns
SHAWNA BURNS
Case Manager



PAMELA R. HARWOOD

Law Offices

Pamela R. Harwood, P.L.L.C.

31700 Telegraph Road

Suite 160

Bingham Farms, MI

phone: (313 ) 510-5823

harwoodpamela@gmail.com

## SERVICES

Providing alternative dispute resolution and special master services and case processing expertise to courts, judges and attorneys.

## EDUCATION

University of Michigan, B.A., 1969

Detroit College of Law, J.D., 1976

## CURRENT POSITION

Settlement Facility, Dow Corning Trust, 2014 - present

Appeals Judge and Finance Committee Member

## FORMER JUDICIAL POSITIONS

Judge, Third Judicial Circuit Court, Wayne County, Michigan, 1989 - 2004

Chief Judge Pro Tempore, 2002 - 2003

Presiding, Asbestos Docket, 1989 - 1992

Judge, Thirty-Sixth District Court, Detroit, Michigan, 1985-1989

## PROFESSIONAL POSITIONS AND MEMBERSHIPS

State Bar of Michigan

Former Member, Judicial Qualifications Committee

Fellow, Michigan State Bar Association

Magistrate Judge Merit Selection Committee, E.D. Mich. 2014

Federal Judge Merit Selection Committee, E.D. Mich. 2017

Life Member, Sixth Circuit Judicial Conference, 2010 - present

Founding Member, Academy of Court-Appointed Masters, 2004 - present

National Dow Corning Corporation Litigation Mediator, 2007 - 2012

Michigan Retired Judges Association

Women Lawyers Association of Michigan, 1976 - present

National Association of Women Judges, 1985 - present

Faculty, National Judicial College (Caseflow Management) 1998 - 2008

## PROFESSIONAL ACTIVITIES AND ACKNOWLEDGMENTS (Partial Listing)

AV Rated, Martindale-Hubbell, 2008 - present

Life Time Judicial Achievement Award, Michigan American Board of Trial Advocates, 2014

Commissioner, Michigan Judicial Tenure Commission, 2001-2003

President, Mediation Tribunal Association, Detroit, Michigan, 2002-2003