# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases. <br> _____/ | Judith E. Levy <br> United States District Judge |

This Order Relates To:

*Carthan v. Snyder*
Case No. 16-cv-10444

_____/

## ORDER REGARDING BRIEFING ON DISCOVERY RELATED TO VEOLIA ENVIRONNEMENT, S.A.

On February 1, 2018, the Court held an on-the-record telephonic conference regarding a discovery dispute between class plaintiffs and the Veolia defendants. The dispute concerns the appropriateness of discovery directed at the named Veolia defendants that explores the relationship between those entities and their French parent company, Veolia Environnement, S.A.

As set forth on the record, class plaintiffs and the named party Veolia entities are to submit briefing, not to exceed ten pages per brief, addressing whether the Court has the discretion at this stage of the case to order limited discovery of a current party (specifically, Veolia North

America, Inc.) that may hold information regarding whether this Court has personal jurisdiction over its parent company, as identified in the complaint's factual allegations. The briefing is due on or before February 9, 2018, and will be addressed at the status conference to be held on February 20, 2018.

IT IS SO ORDERED.

Dated: February 1, 2018          s/Judith E. Levy
Ann Arbor, Michigan          JUDITH E. LEVY
                                               United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 1, 2018.

                                               s/Keisha Jackson
                                               for SHAWNA BURNS
                                               Case Manager