UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In Re* Flint Water Cases

No. 5:16-cv-10444-JEL-MKM
(consolidated)

HON. JUDITH E. LEVY

MAG. MONA K. MAJZOUB

_____/

## NOTICE OF STATE DEFENDANTS' PROPOSED AGENDA ITEMS FOR THE APRIL 16, 2018 STATUS CONFERENCE

State Defendants believe the following matters should be addressed at the April 16, 2018 status conference in these cases.

1. Discussion of issues raised in the briefing regarding a proposed preliminary discovery plan.

2. Discussion of Short Form Complaint issues, including the use of a single Short Form Complaint by multiple plaintiffs, which has made it impossible to discern the injuries claimed by specific plaintiffs.

Respectfully submitted,

*/s/ Margaret A. Bettenhausen*
Richard S. Kuhl (P42042)
Margaret A. Bettenhausen (P75046)
Nathan A. Gambill (P75506)
Zachary Larsen (P72189)
Assistant Attorneys General
Environment, Natural Resources,

1

        and Agriculture Division
Attorneys for State Defendants
P.O. Box 30755
Lansing, MI 48909
(517) 373-7540
kuhlr@michigan.gov
bettenhausenm@michigan.gov
gambilln@michigan.gov
larsenz@michigan.gov

Eugene Driker (P12959)
Morley Witus (P30895)
Todd R. Mendel (P55447)
Special Assistant Attorneys General
for Governor Richard D. Snyder
Barris, Sott, Denn & Driker, PLLC
333 W. Fort Street, Suite 1200
Detroit, MI 48226
(313) 965-9725
edriker@bsdd.com
mwitus@bsdd.com

Dated: March 22, 2018    tmendel@bsdd.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2018, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record. A copy of this document was sent via U.S. mail to the chambers of Honorable Judith E. Levy.

Respectfully submitted,

*/s/ Margaret A. Bettenhausen*

| | |
|---|---|
| Eugene Driker (P12959) | Richard S. Kuhl (P42042) |
| Morley Witus (P30895) | Margaret A. Bettenhausen (P75046) |
| Todd R. Mendel (P55447) | Nathan A. Gambill (P75506) |
| Special Assistant Attorneys General | Zachary Larsen (P72189) |
| | Assistant Attorneys General |
| for Governor Richard D. Snyder | Environment, Natural Resources, and Agriculture Division |
| Barris, Sott, Denn & Driver, PLLC | Attorneys for State Defendants |
| 333 W. Fort Street, Suite 1200 | P.O. Box 30755 |
| Detroit, MI 48226 | Lansing, MI 48909 |
| (313) 965-9725 | (517) 373-7540 |
| edriker@bsdd.com | kuhlr@michigan.gov |
| mwitus@bsdd.com | bettenhausenm@michigan.gov |
| tmendel@bsdd.com | gambilln@michigan.gov |
| | larsenz@michigan.gov |

S:\CEPB3\ENRA_FlintWater\USDC-Waid (AG# 2016-0131314-A)\Pleadings\Final (Word Versions)\~In re Flint\Proposed Agenda Items for April 16 Status Conference 2018-03-22.docx

1