# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Melissa Mays, *et al.*,

                Plaintiffs,    Case No. 15-cv-14002

v.                                   Judith E. Levy
                                   United States District Judge

Governor Rick Snyder., *et al.*,

                                   Mag. Judge Elizabeth A. Stafford

                Defendants.

_____/

## **ORDER CONSOLIDATING CASE WITH *CARTHAN V. SNYDER***

Following denial of petitions for writs of *certiorari* by the United States Supreme Court in this matter, it is hereby ordered that:

This case is consolidated with Case No. 16-cv-10444;

All subsequent papers filed after the date of this order regarding this case shall be entered in Case No. 16-cv-10444;

This case is closed for administrative purposes; and

No filing in this case need be entered in 16-cv-10444.

IT IS SO ORDERED.

Dated: April 6, 2018                  s/Judith E. Levy
Ann Arbor, Michigan          JUDITH E. LEVY
                                       United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 6, 2018.

s/Shawna Burns
SHAWNA BURNS
Case Manager
