

Cuker Law Firm, LLC.
One Commerce Square, Suite 1120
Philadelphia, PA 19103
215.531.8522
mark@cukerlaw.com

**MARK R. CUKER**

Member, Pennsylvania Bar
Member, New Jersey Bar

March 22, 2018

Pitt McGehee Palmer & Rivers, P.C.      Goodman & Hurwitz, P.C.
Trachelle C. Young & Associates          Weitz & Luxenburg, P.C.
Law Offices of Deborah Labelle           Cynthia M. Lindsey & Associates
McKeen & Associates, P.C.                Law Offices of Teresa A. Bingman

   ***Re:***   ***Flint Water Litigation***

Dear Counsel:

  I am enclosing for your reference a list of clients who have retained my firm in the flint water litigation.

  A number of my clients have received mailings and emailings from the "Flint Water Class Action Legal Team". You are not authorized to communicate directly with my clients. Please cease all further communications immediately.

              Very truly yours,

              *Mark R. Cuker*

              MARK R. CUKER

MRC/pk
Enclosure