## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

*In re* Flint Water Cases.                    Judith E. Levy
                                              United States District Judge

_____/

This Order Relates To:

*Carthan v. Snyder*
Case No. 16-cv-10444

_____/

## ORDER VACATING MAY 1, 2018 TEXT-ONLY ORDER GRANTING MOTION TO AMEND THE CONSOLIDATED CLASS ACTION COMPLAINT

On May 1, 2018, the Court issued a text-only order granting the *Boler* plaintiffs' motion to amend the consolidated class action complaint. (Dkt. 474.) This text-only order was issued in error, and is hereby vacated. The parties are to brief the motion as set forth by the Local Rules.

IT IS SO ORDERED.

Dated: May 1, 2018                    s/Judith E. Levy
Ann Arbor, Michigan                   JUDITH E. LEVY
                                      United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 1, 2018.

<u>s/Shawna Burns</u>
SHAWNA BURNS
Case Manager

2