UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases.

Judith E. Levy
United States District Judge

_____/

This Order Relates To:

ALL CASES

_____/

**ORDER REGARDING TIME AND EXPENSE ORDER BRIEFING**

The Court has now received the stipulated time and expense order, along with several objections to that order. (Case No. 16-cv-10444, Dkts. 458, 460-61, 470, 476.) No further briefing regarding this matter is necessary or permitted. However, the Court will not address the proposed time and expense order until the Motion to Remove Liaison Counsel and the Motion to Remove Interim Co-Lead Class Counsel have been decided. (Dkts. 404, 444.) Argument on those motions will take place on June 18, 2018, at 2:00 pm.

IT IS SO ORDERED.

Dated: May 7, 2018　　　　　　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 7, 2018.

s/Shawna Burns
SHAWNA BURNS
Case Manager
