UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re FLINT WATER CASES

Civil Action No. 5:16-cv-10444-JEL-MKM (consolidated)

Hon. Judith E. Levy
Mag. Mona K. Majzoub

Applies to All Cases

JOINT MOTION OF PLAINTIFFS' CO-LIAISON COUNSEL, INTERIM CO-LEAD CLASS COUNSEL, AND THE DEFENDANTS FOR ENTRY OF A FURTHER ORDER REGARDING NON-PARTY DOCUMENTS-ONLY SUBPOENAS

Plaintiffs Co-Liaison Counsel Corey Stern and Hunter Shkolnik, Interim Co-Lead Class Counsel Theodore Leopold and Michael Pitt, and all defendants, jointly move for an order, in the form attached to this motion, regulating certain logistical matters with respect to service and enforcement of documents-only subpoenas directed to non-parties. The proposed order would supplement this Court's April 17, 2018, order [Dkt. #452] regulating the process of drafting such subpoenas during the period preceding disposition of Rule 12 motions to dismiss the

1

consolidated amended class action complaint and the amended short form complaints in certain individual actions and certain other matters related to them.

*Respectfully submitted,*

/s/ Paul F. Novak
Paul F. Novak (P-39524)
Weitz & Luxenberg, P.C.
729 Griswold Street, Suite 620
Detroit, MI 48226
(313) 800-4170
pnovak@weitz-lux.com
*Counsel for the Proposed Class Plaintiffs*

/s/ James M. Campbell
James M. Campbell
John A. K. Grunert
Campbell Campbell Edwards & Conroy
One Constitution Place, 3rd Floor
Boston, MA 02129
(617) 241-3000
*Counsel for Veolia North America, Inc., Veolia North America, LLC, and Veolia Water North America Operating Services, LLC*

/s/ Margaret A. Bettenhausen
(with permission)
Margaret A. Bettenhausen (P75046)
ENRA Division
P.O. Box 30755
Lansing, MI 48909
(517) 373-7540
bettenhausenm@michigan.gov
*Attorney for the State Defendants*

/s/ Corey M. Stern
Corey M. Stern (P80794)
Levy Konigsberg, LLP
800 Third Avenue, 11th Floor
New York, NY 10022
(212) 605-6298
cstern@levylaw.com
*Plaintiffs' Co-Liaison Counsel on on behalf of Individual Plaintiffs*

/s/ Michael J. Pattwell
(with permission)
Michael J. Pattwell (P72419)
Christopher B. Clare (P39582)
Clark Hill
500 Woodward Avenue, Suite 3500
Detroit, MI 48226-3435
(313) 965-8300
mpattwell@clarkhill.com
*Attorneys for Defendants Bradley Wurfel and Daniel Wyant (with consent of other MDEQ defendants)*

/s/ Sheldon H. Klein
Frederick A. Berg, Jr. (P38002)
Sheldon H. Klein (P41062)
Butzel Long, P.C.
150 West Jefferson, Suite 100
Detroit, MI 48226
(313) 225-7000
bergf@butzel.com
klein@butzel.com
*Attorneys for the City of Flint*

/s/ Philip A. Erickson
Philip A. Erickson (P37081)
Plunkett Cooney, P.C.
325 East Grand River Ave., Suite 250
East Lansing, MI 48823
(517) 324-5608
perickson@plunkettcooney.com
*Co-Counsel for the LAN Defendants*

## CERTIFICATE OF SERVICE

I, John A. K. Grunert, hereby certify that on June 4, 2018, I electronically filed the foregoing Joint Motion of Plaintiffs' Co-Liaison Counsel, Interim Co-Lead Class Counsel, and the Defendants for Entry of a Further Order Regarding Non-Party Documents-Only Subpoenas.

By: /s/ John A. K. Grunert
jgrunert@campbell-trial-lawyers.com