# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.         Judith E. Levy
United States District Judge
_____/

This Order Relates To:

ALL CASES

_____/

## ORDER PERMITTING SERVICE OF NON-PARTY SUBPOENAS

Following the Court's April 17, 2018 order requiring Interim Co-Lead Class Counsel, Individual Co-Liaison Counsel, and counsel for all defendants to meet, confer, and submit proposed non-party subpoenas for the Court's review (Dkt. 452), those counsel submitted four proposed non-party subpoenas on May 7, 2018. (Dkt. 481.)

On review of the submitted subpoenas, the Court APPROVES service of the subpoenas on the non-parties identified in the parties' submission.

IT IS SO ORDERED.

Dated: June 5, 2018            s/Judith E. Levy
Ann Arbor, Michigan      JUDITH E. LEVY
                                      United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 5, 2018.

s/Shawna Burns<br>
SHAWNA BURNS<br>
Case Manager