UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In Re* Flint Water Cases, | No. 5:16-cv-10444-JEL-MKM (consolidated) <br><br> Hon. Judith E. Levy <br><br> Mag. Mona K. Majzoub |
| *Helen Chapman, Sade Chapman, Dionte Chapman, Tajuana Chapman, Lashonda Jones Dorothy Chapman, Shamiya Chapman and Dorothy Chapman as Conservator of the Estate of Lula Pearl Atkins-Nelson* <br> *1204 West Coldwater Road* <br> *Flint, Michigan* <br><br> *Harry Chapman* <br> *8324 Kensington Blvd* <br> *Apt. 299, Building 6* <br> *Davison, Michigan* <br><br> *Dequan Chapman* <br> *Suncrest Drive, Apt. 703* <br> *Flint, Michigan* <br><br> *Damarius Chapman* <br> *2409 Winona Street* <br> *Flint, Michigan* <br><br> *Deborah Chapman-Marshall* <br> *Fredrick Marshall* <br> *5472 Bermuda Lane* <br> *Flint, Michigan* <br><br> *Tashiana Chapman, Michael Lymon and Kyeira Howell* | |

1

31001 Suffolk Court
Flushing, Michigan

Terry Gravelle
Marilyn Doney=Gravelle and
Terry Gravelle and Marilyn Doney-Gravelle as
Parents and natural guardian of AD, a minor

Henry C. Biggs
Renita M. Coleman
776 East Philadelphia Blvd.
Flint, Michigan

Magnolia Younger
Ryan Younger
Gowan Younger
6932 Yorkshire Drive
Flint, Michigan

LaQuantus Carwell
Ravel Neal
Raven Neal as parent and natural guardian
Of minor children R.C and S.C,
1610 Fores Hill Avenue
Flint, Michigan

    Plaintiffs

v.

Governor Richard D. Snyder, et al.,

    Defendants

**ENTRY OF APPEARANCE OF CONRAD J BENEDETTO, ESQUIRE**

Kindly enter the Appearance of Conrad J. Benedetto, Esquire as Co-

2

Counsel on behalf of all Plaintiffs.

                                         Law Office of Conrad Benedetto

Dated: June 22, 2018          Conrad J. Benedetto, Esquire
                                       Law Offices of Conrad J. Benedetto
                                       1233 Haddonfield Berlin Road
                                       Suite #1
                                       Voorhees, NJ 08043
                                       856-500-2727 – Phone
                                       856-210-6227 – Fax