UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases                    Case No. 5:16-cv-10444

                                                    Hon. Judith E. Levy

Applicable to All Cases                    Mag. Mona K. Majzoub

_____/

**DANIEL WYANT'S DISCLOSURE PURSUANT TO DISCOVERY COORDINATION PROTOCOL ORDER**

    Defendant Daniel Wyant provides the following information concerning interrogatories and/or document requests from any case included within the definitions of "Federal Flint Water Cases" or "State Flint Water Cases" contained in the Discovery Coordination Protocol Order (Doc. # 566).

    1.    Mr. Wyant has participated with other parties in the service of four documents-only subpoenas to non-parties U.S. Environmental Protection Agency, Genesee County Health Department, Virginia Polytechnic Institute and State University, and Professor Marc Edwards in *In re Flint Water Cases*, Civil Action No. 5:16-cv-10444-JEL-MKM. These subpoenas were served on June 15, 2018.[1] No documents responsive to those subpoenas have been received by Mr. Wyant.

---

[1] Mr. Wyant notes that he has since been dismissed from Civil Action No. 5: 16-cv-10444 (Doc. # 546), but remains a Defendant in other cases meeting the definition of "Federal Flint Water Cases."

                                          Respectfully submitted,

                                          Clark Hill PLC

                                          By:   *s/ Michael J. Pattwell*
                                                        Michael J. Pattwell (P72419)
                                                        Jay M. Berger (P57663)
                                                        Jordan S. Bolton (P66309)
                                                        Christopher B. Clare (39582)
                                                        500 Woodward Ave., Ste. 3500
                                                        Detroit, MI 48226-3435
                                                        (313) 965-8300
                                                        mpattwell@clarkhill.com
Dated: August 30, 2018                    Counsel for Daniel Wyant

3

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2018, I electronically filed the above with the Clerk of Court using the CM/ECF System, which will provide electronic copies to counsel of record.

*s/ Christopher B. Clare*