**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**
_____

In re Flint Water Cases                    Case No.: 5:16-cv-10444-JEL-MKM

                                           Hon. Judith E. Levy

---

**MDEQ EMPLOYEE DEFENDANT'S DISCLOSURE PURSUANT TO**
**DISCOVERY COORDINATION PROTOCOL ORDER**

Defendants Stephen Busch, Liane Shekter Smith, Michael Prysby and Patrick Cook (the "MDEQ Employee Defendants") provide the following information concerning interrogatories and/or document requests from any case included within the definitions of "Federal Flint Water Cases" or "State Flint Water Cases" contained in the Discovery Coordination Protocol Order (Dkt. 566).

The MDEQ Employee Defendants participated with other parties in the service of four documents-only subpoenas to non-parties United States Environmental Protection Agency, Genesee County Health Department, Virginia Polytechnic Institute and State University and Professor Marc Edwards in *In re Flint Water Cases,* Case No. 16-cv-10444.  These subpoenas were served on June 15, 2018.  No documents responsive to those subpoenas have been received by any of the MDEQ Employee Defendants.

1

Respectfully submitted,

FOSTER SWIFT COLLINS & SMITH PC

*/s/ Charles E. Barbieri*  w/permission
Charles E. Barbieri (P31793)
Attorneys for Patrick Cook and
Michael Prysby
313 S. Washington Sq.
Lansing, Michigan 48933


FRASER TREBILCOCK DAVIS & DUNLAP PC

*/s/ Thaddeus E. Morgan*  w/permission
Thaddeus E. Morgan (P47394)
Attorneys for Liane Shekter Smith
124 W. Allegan St., Ste. 1000
Lansing, Michigan 48933

CLARK HILL PLC

*/s/ Michael J. Pattwell*  w/permission
Michael J. Pattwell (P72419)
Attorneys for Bradley Wurfel and
Daniel Wyant
212 E. Grand River Ave.
Lansing, Michigan 48906


KOTZ SANGSTER WYSOCKI PC

*/s/ Philip A. Grashoff, Jr.*
Philip A. Grashoff, Jr. (P14279)
Attorneys for Stephen Busch
36700 Woodward Ave., Suite 202
Bloomfield Hills, Michigan 48304


August 30, 2018


## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2018, I electronically filed the above with the Clerk of Court using the CM/ECF System, which will provide electronic copies to counsel of record.

*s/ Philip A. Grashoff, Jr.*


(7548.109) Doc Id 2267133

2