UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In Re* Flint Water Cases          No. 5:16-cv-10444

HON. JUDITH E. LEVY

MAG. MONA K. MAJZOUB

---

**STATE DEFENDANTS' DISCOVERY
COORDINATION PROTOCOL ORDER DISCLOSURE**

State Defendants provide the following information regarding depositions and discovery requests from cases "arising out of contamination of the City of Flint municipal water supply" as required by the Discovery Coordination Protocol Order. (Dkt. 566.)

1. State Defendants have participated with other parties in the service of four non-party, documents-only subpoenas to the U.S. Environmental Protection Agency, Genesee County Health Department, Virginia Polytechnic Institute and State University, and Professor Marc Edwards in *In re Flint Water Cases,* Case No. 5:16-cv-10444-JEL-MKM. These subpoenas were served on June 15, 2018, but documents have not yet been produced in response.

2. Counsel for Nick Khouri, Michigan State Treasurer, and the members of the Receivership Transition Advisory Board (RTAB), in their official capacity, participated in the following depositions in *Concerned Pastors for Social Action, et al., v. Khouri, et al.,* 2:16-cv-10277-DML-SDD.

| Deponent Name: | Noticed by: | Date of Deposition: | Recorded by | Confidentiality or protective order? |
|---|---|---|---|---|
| Dr. Daniel E. Giammar | Richard Kuhl on behalf of Nick Khouri and the members of the RTAB | July 27, 2016 | Transcribed | No |
| Dr. Bruce P. Lanphear | Richard Kuhl on behalf of Nick Khouri and the members of the RTAB | July 14, 2016 | Transcribed | No |
| Cynthia Roper | Richard Kuhl on behalf of Nick Khouri and the members of the RTAB | July 29, 2016 | Transcribed | No |
| Chris Kelenske | Dimple Chaudhary on behalf of NRDC[1] | July 8, 2016 | Transcribed and videotaped | No |
| JoLisa McDay | Dimple Chaudhary on behalf of NRDC | July 7, 2016 | Transcribed | No |
| Rodney Branch | Dimple Chaudhary on behalf of NRDC | July 6, 2016 | Transcribed | No |

---

[1] Natural Resources Defense Council

| Dawn Steele | Dimple Chaudhary on behalf of NRDC | July 6, 2016 | Transcribed | No |

3. Counsel for the Michigan Department of Education participated in depositions in *D.R., et al., v. Michigan Department of Education,* 2:16-cv-13694-AJT-APP. This case arguably does not "aris[e] out of contamination of the City of Flint municipal water supply," and State Defendants in the instant case are not parties in *D.R. v. MDE.* Nonetheless, State Defendants are providing the information below to promote discovery coordination.

| **Deponent Name:** | **Noticed by:** | **Date of Deposition:** | **Recorded by** | **Confidentiality or protective order?** |
|---|---|---|---|---|
| Melinda Carroll (FCS[2]) | Gregory G. Little on behalf of Plaintiffs | November 9, 2017 | Audio and videotaped | No |
| Cheri Wager (GISD[3]) | Gregory G. Little on behalf of Plaintiffs | November 20, 2017 | Audio and videotaped | No |
| Steven Polega (GISD) | Gregory G. Little on behalf of Plaintiffs | November 20, 2017 [cont'd per Plaintiffs, but objected to by GISD] | Audio and videotaped | No |
| Bilal Tawwab (FCS) | Gregory G. Little on | November 21, 2017 | Audio and videotaped | No |

---

[2] Flint Community Schools

[3] Genesee Intermediate School District

| | | | | |
|---|---|---|---|---|
| | behalf of Plaintiffs | | | |
| Teri Chapman (MDE) | Gregory G. Little on behalf of Plaintiffs | November 21, 2017 | Audio and videotaped | No |
| Harmonee Costello (MDE) | Gregory G. Little on behalf of Plaintiffs | November 22, 2017 | Audio and videotaped | No |
| Dr. David J. Schretlen (MDE expert) | Gregory G. Little on behalf of Plaintiffs | November 22, 2017 | Audio and videotaped | No |
| Kristine Keranen (lay witness) | Travis Comstock on behalf of MDE | November 22, 2017 | Audio | Yes |
| Eddie Thomas (FCS) | Gregory G. Little on behalf of Plaintiffs | [adjourned - date TBD] | | |
| Maria Boyd-Springer (FCS) | Gregory G. Little on behalf of Plaintiffs | [adjourned - date TBD] | | |
| Joyce Pratt (FCS) | Gregory G. Little on behalf of Plaintiffs | [adjourned - date TBD] | | |
| Shelley Umphrey (FCS) | Gregory G. Little on behalf of Plaintiffs | [adjourned - date TBD] | | |
| GISD's Rule 30(b)(6) deponent | Gregory G. Little on behalf of Plaintiffs | [adjourned - date TBD] | | |
| MDE's Rule 30(b)(6) deponent(s) – Joanne Winkleman; Jessica | Gregory G. Little on behalf of Plaintiffs | [adjourned - date TBD] | | |

4

| | | | | |
|---|---|---|---|---|
| Brady; and Jeanne Anderson Tippett | | | | |
| Dr. Theodore Lidsky | Zach Larsen on behalf of MDE | [adjourned – date TBD] | | |
| Dr. Vicky Sudhalter | Zach Larsen on behalf of MDE | [adjourned – date TBD] | | |

In addition, Zach Larsen, counsel for MDE served a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action on the Genesee County Health Department on or about October 17, 2017.  Responses to the subpoena were produced, which were subject to a protective order.

                Respectfully submitted,

Eugene Driker (P12959)
Morley Witus (P30895)
Todd R. Mendel (P55447)
Special Assistant Attorneys General for Governor Richard D. Snyder
Barris, Sott, Denn & Driker, PLLC
333 W. Fort Street, Suite 1200
Detroit, MI 48226
(313) 965-9725
edriker@bsdd.com
mwitus@bsdd.com
tmendel@bsdd.com

Dated:  August 31, 2018

*/s/Margaret A. Bettenhausen*
Richard S. Kuhl (P42042)
Margaret A. Bettenhausen (P75046)
Nathan A. Gambill (P75506)
Zachary C. Larsen (P72189)
Assistant Attorneys General
Environment, Natural Resources, and Agriculture Division
Attorneys for State Defendants
P.O. Box 30755
Lansing, MI 48909
(517) 373-7540
kuhlr@michigan.gov
bettenhausenm@michigan.gov
gambilln@michigan.gov
larsenz@michigan.gov

5

# CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2018 I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.  A copy of this document was sent via U.S. mail to the chambers of Honorable Judith E. Levy.

Respectfully submitted,

*/s/ Margaret A. Bettenhausen*

| | |
|---|---|
| Eugene Driker (P12959) | Richard S. Kuhl (P42042) |
| Morley Witus (P30895) | Margaret A. Bettenhausen (P75046) |
| Todd R. Mendel (P55447) | Nathan A. Gambill (P75506) |
| Special Assistant Attorneys General for Governor Richard D. Snyder | Zachary C. Larsen (P72189) Assistant Attorneys General Environment, Natural Resources, and Agriculture Division Attorneys for State Defendants |
| Barris, Sott, Denn & Driker, PLLC | |
| 333 W. Fort Street, Suite 1200 | P.O. Box 30755 |
| Detroit, MI 48226 | Lansing, MI 48909 |
| (313) 965-9725 | (517) 373-7540 |
| edriker@bsdd.com | kuhlr@michigan.gov |
| mwitus@bsdd.com | bettenhausenm@michigan.gov |
| tmendel@bsdd.com | gambilln@michigan.gov |
| | larsenz@michigan.gov |

S:\CEPB3\ENRA_FlintWater\USDC-Waid (AG# 2016-0131314-A)\Pleadings\Final (Word Versions)\~In re Flint\Discovery Coordination Protocol Disclosure 2018-08-31.docx