UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Elnora Carthan, et al,                   Case No 5:16-cv-10444-JEL-MKM
      Plaintiffs,                      Hon. Judith E. Levy
v.                                       Mag. Judge Mona K. Majzoub

Governor Rick Snyder, et al,
      Defendants.
_____/

### CITY DEFENDANTS' DISCLOSURE OF PRIOR DISCOVERY PURSUANT TO THE DISCOVERY COORDINATION PROTOCOL ORDER

Pursuant to the City Defendants (City of Flint, Darnell Earley, Gerald Ambrose, Dayne Walling, Howard Croft, Michael Glasgow, and Daugherty Johnson), disclose the following pursuant to paragraphs III(C)(i)-(iii) and IV(E)(i)-(ii) of the Court's August 17, 2018 Discovery Coordination Protocol Order, Dkt 566.

1. The City Defendants participated with other parties in the service of four non-party, documents-only subpoenas to the U.S. Environmental Protection Agency, Genesee County Health Department, Virginia Polytechnic Institute and State University, and Professor Marc Edwards in In re Flint Water Cases, Case No. 5:16-cv-10444-JEL-MKM. These subpoenas were served on June 15, 2018, but documents have not yet been produced in response.

2. Counsel for the City of Flint participated in the following depositions in *Concerned Pastors for Social Action, et al., v Khouri, et al.,* E.D. Mich.

Case No. 2:16-cv-10277-DML-SDD, a case arising out of the contamination of the City of Flint's water supply.

| Deponent | Noticed By: | Date of Deposition | Recording Method | Confidentiality |
|---|---|---|---|---|
| Dr. Daniel E. Giammar | Richard Kuhl on behalf of Nick Khouri/RTAB | 6/27/2016 | Transcribed | None |
| Dr. Bruce P. Lamphear | Richard Kuhl on behalf of Nick Khouri/RTAB | 6/16/2016 | Transcribed | No |
| Cynthia Roper | Richard Kuhl on behalf of Nick Khouri/RTAB | 6/29/2016 | Transcribed | No |
| Chris Kelenske | Dimple Chaudhary on behalf of NRDC | 7/8/2016 | Transcribed & videotaped | No |
| JoLisa McDay | Dimple Chaudhary on behalf of NRDC | 7/7/2016 | Transcribed | No |
| Rodney Branch | Dimple Chaudhary on behalf of NRDC | 7/6/2016 | Transcribed | No |
| Dawn Steel | Dimple Chaudhary on behalf of NRDC | 7/6/2016 | Transcribed | No |

3. In case number 16T(A-D)2850, pending in the 67th District Court, and case number 18-0425590FH, pending in the 7th Circuit Court, criminal counsel for Darnell Earley, Gerald Ambrose, Howard Croft, and Daugherty Johnson have been provided with ongoing document productions by the Michigan Attorney General's Office of Special Counsel, that are subject to a protective order, rule, statute, or privilege prohibiting any disclosure of those materials.

Respectfully Submitted,

*Attorneys for City of Flint*
Sheldon H. Klein (P41062)
Frederick A. Berg, Jr. (P38002)
Butzel Long, P.C.
150 West Jefferson, Suite 100
Detroit, MI  48226
(313) 225-7000
klein@butzel.com
bergf@butzel.com

*Attorney for City of Flint*
**/s/ William Y. Kim (P76411)**
City of Flint, Department of Law
1101 S. Saginaw, 3rd Floor
Flint, MI  48502
(810) 766-7146
wkim@cityofflint.com

*Attorney for Michael Glasgow*
**/s/ Brett T. Meyer (P75711)**
O'Neill, Wallace & Doyle, P.C.
300 St. Andrews Road, Suite 302
Saginaw, MI  48605
(989) 790-0960
bmeyer@owdpc.com

*Attorney for Daugherty Johnson*
**/s/ David Meyers (P69034)**
Law Office of Edwar A. Zeineh
2800 E. River Avenue, Suite B
Lansing, MI  48912
(517) 292-7000
davidmeyerslaw@gmail.com

*Attorneys for Gerald Ambrose*
**/s/ Barry A. Wolf (P40709)**
Law Office of Barry A. Wolf PLLC
503 S. Saginaw Street, Suite 1410
Flint, MI  48502
(810) 762-1084
bwolf718@msn.com

*Attorneys for Howard Croft*
**/s/ Alexander S. Rusek (P77581)**
White Law PLLC
2549 Jolly Road, Suite 340
Okemos, MI  48864
(517) 316-1195
alexrusek@whitelawpllc.com

*Attorneys for Darnell Earley*
**/s/ Todd Perkins (P55623)**
Perkins Law Group
615 W. Griswold Ste. 400
Detroit, MI. 48226
(313) 964-1702
tperkins@perkinslawgroup.net