UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

In re: Flint Water Cases

No. 5:16-cv-10444

Honorable Judith E. Levy

Magistrate Judge Mona K. Majzoub

_____

### ROBERT SCOTT'S DISCLOSURE PURSUANT TO DISCOVERY COORDINATION PROTOCOL ORDER

Pursuant to this Court's order in Docket Number 566, Robert Scott, through his attorney Kurt E. Krause of Chartier & Nyamfukudza, P.L.C., provides the following information concerning discovery requests in any of the Federal and State Flint Water cases. Mr. Scott has not issued any discovery requests in the above-mentioned cases.

Respectfully submitted,

09/04/2018
Date

/s/KURT E. KRAUSE
Kurt E. Krause

Certification of Service

I hereby certify that on September 4, 2018, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification to parties enrolled through the ECF system. A hard copy has been mailed via the United States Postal Service to those who are not enrolled.

/s/KURT E. KRAUSE
Kurt E. Krause
Chartier & Nyamfukudza, P.L.C.
1905 Abbot Road, Suite 1
East Lansing, MI 48823
Phone: 517.885.3305
Fax: 517.885.3363
kurt@cndefenders.com