AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| Lawrence Washington, Jr., et al. )<br>*Plaintiff* )<br>v. )<br>Richard Dale Synder, et al. )<br>*Defendant* ) | Case No. 5:16-cv-11247-JEL-MKM |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lawrence Washington, Jr., et al.

Date:   09/11/2018

/s/ Keith L. Altman
*Attorney's signature*

Keith L. Altman (P81702)
*Printed name and bar number*
Excolo Law, PLC
26700 Lahser Road, Suite 401
Southfield, MI  48033

*Address*

kaltman@excololaw.com
*E-mail address*

(516) 456-5885
*Telephone number*

(800) 529-9071
*FAX number*