UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases.   Judith E. Levy
United States District Judge
_____/

This Order Relates To:

*Carthan et al. v. Snyder et al.*
Case No. 16-cv-10444

_____/

**ORDER GRANTING EX PARTE MOTION TO WITHDRAW [615]**

On September 25, 2018, Stacy Erwin Oakes moved to withdraw as counsel of record for defendant-City of Flint. (Dkt. 615.) In accordance with local rule 83.25(b)(2), an attorney may only withdraw on order of the Court. Having considered the motion, and noting that defendant is represented by other counsel, the motion to withdraw is **GRANTED**.

IT IS SO ORDERED.

Dated: October 1, 2018          s/Judith E. Levy
Ann Arbor, Michigan             JUDITH E. LEVY
                                United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 1, 2018.

s/Shawna Burns<br>
SHAWNA BURNS<br>
Case Manager