UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

In re FLINT WATER CASES          Civil Action No. 5:16-cv-10444-JEL-MKM (consolidated)

Hon. Judith E. Levy
Mag. Mona K. Majzoub

_____

STIPULATION TO EXTEND THE DEADLINE TO RESPOND TO
STATE DEFENDANTS' MOTION FOR A STAY OF DISCOVERY

The State of Michigan, Flint Receivership Transition Advisory Board, Governor Richard D. Snyder, Nick Lyon, Eden Wells and Andrew Dillon, collectively called "the State Defendants" and Veolia Water North America Operating Services, LLC, Veolia North America, Inc. and Veolia North America, LLC, collectively called "the VNA Defendants" hereby stipulate and agree to extend the deadline for the VNA Defendants to file a response to the State Defendants' Motion for a Stay of Discovery (ECF No. 685) to December 21, 2018.

The State Defendants and the VNA Defendants further stipulate and agree to extend the deadline for the State Defendants' reply to the VNA Defendants' forthcoming response to January 4, 2019.

Pursuant to ECF Rule 11(c), the State Defendants and the VNA Defendants request that a text-only order be entered granting this stipulation.

1

STIPULATED AND AGREED TO:

*/s/ Margaret A. Bettenhausen*
(*with permission*)
Richard S. Kuhl (P42042)
Margaret A. Bettenhausen (P75046)
Nathan A. Gambill (P75506)
Zachary Larsen (P72189)
Assistant Attorneys General
Environment, Natural Resources,
and Agriculture Division
P.O. Box 30755
Lansing, MI  48909
(517) 373-7540
kuhlr@michigan.gov
bettenhausenm@michigan.gov
gambilln@michigan.gov
larsenz@michigan.gov

*Attorneys for State Defendants*

| | |
|---|---|
| */s/ James M. Campbell* | */s/ Cheryl A. Bush* |
| James M. Campbell | Cheryl A. Bush (P37031) |
| John A. K. Grunert | Michael R. Williams (P79827) |
| One Constitution Wharf, Suite 310 | 3001 W. Big Beaver Road, Suite 600 |
| Boston, MA  02129 | Troy, MI  48084 |
| (617) 241-3000 | (248) 822-7800 |
| jmcampbell@campbell-trial-lawyers.com | bush@bsplaw.com |
| jgrunert@campbell-trial-lawyers.com | williams@bsplaw.com |

*Attorneys for Veolia Water North America Operating Services, LLC*
*Veolia North America, LLC, and Veolia North America, Inc.*

## **CERTIFICATE OF SERVICE**

I, John A. K. Grunert, one of the counsel of record for the defendants Veolia Water North America Operating Services, LLC, Veolia North America, LLC, and Veolia North America, Inc., certify that on December 7, 2018, I caused the within opposition to be filed electronically with the Clerk of Courts through the Court's ECF filing system which will cause it to be served automatically by electronic means to counsel of record for all parties.

          */s/ John A. K. Grunert*
          John A. K. Grunert
          jgrunert@campbell-trial-lawyers.com