UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In Re* Flint Water Cases | No. 5:16-cv-10444-JEL-MKM |
| | (consolidated) |
| | Hon. Judith E. Levy<br>Mag. Mona K. Majzoub |

STIPULATION TO EXTEND DEADLINE TO RESPOND TO
STATE DEFENDANTS' MOTION FOR A STAY OF DISCOVERY

The State of Michigan, Flint Receivership Transition Advisory Board, Governor Richard D. Snyder, Nick Lyon, Eden Wells and Andrew Dillon, collectively referred to as "the State Defendants", and McLaren Regional Medical Center, hereby stipulate and agree to extend the deadline for McLaren to file a response to the State Defendants Motion for a Stay of Discovery (ECF No. 685) to December 21, 2018.

The State Defendants and McLaren further stipulate and agree to extend the deadline for the State Defendants' reply to McLaren's response, to January 4, 2019.

Pursuant to ECF Rule 11(c), the State Defendants and McLaren request that a text-only order be entered, granting this stipulation.

STIPULATED AND AGREED TO:

/s/ *Margaret A. Bettenhausen*
*(with permission)*
Richard S. Kuhl (P42042)
Margaret A. Bettenhausen (P75046)
Nathan A. Gambill (P75506)
Zachary Larsen (P72189)
Assistant Attorneys General
Environment, Natural Resources,
and Agriculture Division
P.O. Box 30755
Lansing, MI  48909
(517) 373-7540
kuhlr@michigan.gov
bettenhausenm@michigan.gov
gambilln@michigan.gov
larsenz@michigan.gov

*Attorneys for State Defendants*

| CLINE, CLINE & GRIFFIN | BEVERIDGE & DIAMOND, P.C. |
|---|---|
| /s/ *J. Brian MacDonald* | /s/ *Susan E. Smith* |
| J. Brian MacDonald (P-25887) | Susan E. Smith (PA Bar # 202378) |
| Megan R. Mulder (P-77597) | Attorneys for Defendant McLaren |
| Attorneys for Defendant McLaren | 1350 I Street, N.W., Suite 700 |
| 503 S. Saginaw St., Suite 1000 | Washington, D.C. 20005-3311 |
| Flint, MI  48503 | 202-789-6000 |
| (810) 232-3141 | ssmith@bdlaw.com |
| bmacdonald@ccglawyers.com | |
| mmulder@ccglawyers.com | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2018, I electronically filed the foregoing document with the Clerk of the Court using the ECF System, which will send notification of such filing to all attorneys of record.

BEVERIDGE & DIAMOND, P.C.

Dated: December 11, 2018

/s/ Susan E. Smith
Susan E. Smith (PA Bar No. 202378)
Attorneys for Defendant McLaren
1350 I Street, N.W., Suite 700
Washington, D.C. 20005-3311
202-789-6000
ssmith@bdlaw.com

11322231v1  BDFIRM 018194