# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In Re* Flint Water Cases, | No. 5:16-cv-10444-JEL-MKM (consolidated) |
| | Hon. Judith E. Levy |
| | Mag. Mona K. Majzoub |
| *Alexander, et al.,* | No. 5:16-cv-13421-JEL-MKM |
|    *Plaintiffs* | |
| v. | |
| *City of Flint, et al.,* | |
|    *Defendants* | |

## EX PARTE MOTION TO WITHDRAW

  Shawntane Williams of Williams & Associates Law Firm, PLLC, hereby moves to withdraw as counsel of record for the Alexander, et al Plaintiffs in this case because she is no longer assisting lead counsel Herbert Sanders of The Sanders Law Firm, PC. in this case. Withdrawal will not materially affect the Plaintiffs, because they have and will continue to be represented by Herbert Sanders of The Sanders Law Firm, PC and the other attorneys who have appeared on their behalf.

Mrs. Williams respectfully requests that a text-only order be entered regarding this withdrawal.

Respectfully submitted,

Dated: January 9, 2019                              Williams & Associates Law Firm, PLLC

By: /s/ Shawntane Williams (P72828)
1985 W. Big Beaver, Suite 300
Troy, MI  48084
(248) 436-2667
sw@williamspllc.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2019, I electronically filed the foregoing pleading using the ECF system which will send notification of such filing to all counsels of record.

Dated: January 9, 2019  Williams & Associates Law Firm, PLLC

By: /s/ Shawntane Williams (P72828)
1985 W. Big Beaver, Suite 300
Troy, MI  48084
(248) 436-2667
sw@williamspllc.com