**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re Flint Water Cases           Civil Action No. 5:16-cv-10444-JEL-MKM

Hon. Judith E. Levy

_____

**NOTICE OF MDEQ DEFENDANT ADAM ROSENTHAL'S**
**JOINDER IN MDEQ EMPLOYEE DEFENDANTS' PROPOSED AGENDA**
**ITEMS FOR THE FEBRUARY 6, 2019 STATUS CONFERENCE [#745]**

NOW COMES MDEQ Defendant, Adam Rosenthal, by and through his attorneys, James Burdick and Lisa Dwyer, and hereby joins in MDEQ Defendants' Proposed Agenda Items for the February 6, 2019 Status Conference.

                Respectfully submitted,

                /s/ Lisa Dwyer
                Lisa Dwyer
                LAW OFFICE OF LISA DWYER, PLLC
                Attorney for Adam Rosenthal
                400 Monroe Street, Suite 280
                Detroit, Michigan  48226
                313.962.0000

                /s/ James W. Burdick (w/consent)
                James W. Burdick
                BURDICK LAW, PC
                Attorney for Defendant Adam Rosenthal
                17600 S. Telegraph Road, Suite 300
                Bloomfield Hills, Michigan  48302
                248.335.5000

Dated:  January 24, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re Flint Water Cases	Civil Action No. 5:16-cv-10444-JEL-MKM

Hon. Judith E. Levy

_____

**CERTIFICATE OF SERVICE**

This is to certify that on 24 January 2019 the foregoing document was filed in accordance with the Court's Electronic Filing Guidelines. Notice of Electronic Filing of this document will be sent to all parties by operation of the Court's electronic filing system.

By: /s/ Lisa Dwyer