UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

In re FLINT WATER CASES

Civil Action No. 5:16-cv-10444-JEL-MKM (consolidated)

Hon. Judith E. Levy
Mag. Mona K. Majzoub

_____

## MOTION FOR RELIEF FROM LOCAL RULE 83.20(f)(2)

The defendants Veolia Water North America Operating Services, LLC, Veolia North America, Inc., and Veolia North America, LLC ("the VNA defendants") respectfully request that the Court dispense with the requirement of Local Rule 83.20(f)(2) that the VNA defendants' local counsel attend scheduled appearances on the case, including the upcoming status conference scheduled for February 6, 2019.  The Local Rule provides that the Court may dispense with the requirement "on motion or request of a party."  E.D. Mich. 83.20(f)(2).  Out-of-state counsel are members of this Court's bar, have entered appearances in all relevant cases, are familiar with the obligations and expectations of this Court, and are fully prepared to handle all aspects of any court proceedings.

Respectfully submitted,

| **CAMPBELL CONROY & O'NEIL P.C.** | **BUSH SEYFERTH & PAIGE PLLC** |
|---|---|
| By: /s/ James M. Campbell | By: /s/ Cheryl A. Bush |
| James M. Campbell | Cheryl A. Bush (P37031) |
| John A. K. Grunert | Michael R. Williams (P79827) |
| 1 Constitution Wharf, Suite 310 | 3001 W. Big Beaver Rd. Suite 600 |
| Boston, MA 02129 | Troy, MI 48084 |
| (617) 241-3000 | (248) 822-7800 |
| jmcampbell@campbell-trial-lawyers.com | bush@bsplaw.com |
| jgrunert@campbell-trial-lawyers.com | williams@bsplaw.com |

*Attorneys for Veolia North America, LLC, Veolia North America, Inc., and Veolia Water North America Operating Services, LLC*

Dated:  February 4, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2019, I electronically filed the foregoing document with the Clerk of the Court using the ECF System, which will send notification to the ECF counsel of record.

By:   /s/ Michael R. Williams
       Michael R. Williams (P79827)
       williams@bsplaw.com