UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

**ORDER GRANTING MOTION FOR RELIEF FROM LOCAL RULE 83.20(f)(2) [759]**

On February 4, 2019, defendants Veolia Water North America Operating Services, LLC, Veolia North America, Inc., and Veolia North America, LLC (the VNA defendants) filed a motion for relief from Local Rule 83.20(f)(2). (Dkt. 759.) Rule 83.20(f)(2) states that "[l]ocal counsel must attend each scheduled appearance on the case unless the Court, on its own motion or on motion or request of a party, dispenses with the requirement." The Court notes that the VNA defendants are ably represented by out-of-state counsel, and that these attorneys have appeared before the Court on a number of occasions. Accordingly, the

Court **GRANTS** the motion. Local counsel for the VNA defendants are no longer required to attend scheduled appearances.

IT IS SO ORDERED.

Dated: February 5, 2019       s/Judith E. Levy
    Ann Arbor, Michigan      JUDITH E. LEVY
                                       United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 5, 2019.

                                   s/Shawna Burns
                                   SHAWNA BURNS
                                   Case Manager