UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ELNORA CARTHAN, *et al.,* on behalf of themselves and all others similarly situated, | No. 5:16-cv-10444-JEL-MKM |
| | HON. JUDITH E. LEVY |
| Plaintiffs, | MAG. MONA K. MAJZOUB |
| v. | |
| Former GOVERNOR RICK SNYDER, in his individual capacity, *et al.,* | |
| Defendants. | |

_____/

**MOTION OF EUGENE DRIKER, MORLEY WITUS, TODD R. MENDEL, AND BARRIS, SOTT, DENN & DRIKER, P.L.L.C., TO WITHDRAW AS COUNSEL FOR DEFENDANT RICHARD D. SNYDER**

This motion is brought by Eugene Driker, Morley Witus, Todd R. Mendel, and Barris, Sott, Denn & Driker, P.L.L.C. (collectively "BSDD") to withdraw as counsel for defendant Richard D. Snyder.

1. BSDD has appeared as counsel for defendant Richard D. Snyder in his official and individual capacities.

2. The contract for BSDD's representation of former Governor Snyder expired and terminated effective December 31, 2018. Accordingly, BSDD seeks from this Court an order allowing BSDD to withdraw from

479152v1

representing former Governor Snyder in his official and individual capacities.

3. Former Governor Snyder has consented to such withdrawal of BSDD as his counsel in all capacities.

4. Former Governor Snyder will continue to be represented by counsel from the Department of the Attorney General of the State of Michigan.

Accordingly, BSDD requests that the Court enter an order of withdrawal of BSDD as defendant Richard D. Snyder's counsel and providing that BSDD's appearances as his attorneys in all capacities are discontinued in this matter. A proposed order, which will also be submitted to the Court using the ECF utilities filing process, is attached as Exhibit A.

                        BARRIS, SOTT, DENN & DRIKER, P.L.L.C.

                        By:/s/ Todd R. Mendel_____
                            Eugene Driker (P12959)
                            Morley Witus (P30895)
                            Todd R. Mendel (P55447)
                            Barris, Sott, Denn & Driker, PLLC
                            333 W. Fort Street, Suite 1200
                            Detroit, Michigan 48226
                            313-965-9725
                            edriker@bsdd.com
                            mwitus@bsdd.com
Dated: February 8, 2019       tmendel@bsdd.com

479152v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2019, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will automatically send notification of such filing to all attorneys of record registered for electronic filing.

        BARRIS, SOTT, DENN & DRIKER, P.L.L.C.

        By:/s/ Todd R. Mendel_____
         Eugene Driker (P12959)
         Morley Witus (P30895)
         Todd R. Mendel (P55447)
         Barris, Sott, Denn & Driker, PLLC.
         333 W. Fort Street, Suite 1200
         Detroit, Michigan 48226
         313-965-9725
         edriker@bsdd.com
         mwitus@bsdd.com
         tmendel@bsdd.com