UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In Re* Flint Water Cases        No. 5:16-cv-10444-JEL-MKM

HON. JUDITH E. LEVY

MAG. MONA K. MAJZOUB

**NOTICE OF STATE DEFENDANTS' PROPOSED AGENDA ITEMS FOR THE MARCH 12, 2019 STATUS CONFERENCE**

State Defendants ask that the following matters be included on the agenda for the March 12, 2019 status conference.

1. **Case Management Order:** A discussion should be held during the status conference to update all counsel on the results of the in-chambers meeting to finalize the Case Management Order and how the Court intends to proceed with respect to the issuance of that Order.

2. **Requests for Authorizations:** Establish a briefing schedule to resolve any objections to the medical authorizations sought by Defendants.

3. **Short Form Complaints:** Plaintiffs' Co-Liaison Counsel's Motion for Leave to File an Amended Master Complaint seeks to drop various counts and defendants from the litigation. If that Motion is

granted, a schedule will need to be established to amend the Short Form Complaints to either adopt those changes or to add any additional allegations, claims, or defendants.

Respectfully submitted,

/s/Richard S. Kuhl
Richard S. Kuhl (P42042)
Margaret A. Bettenhausen (P75046)
Nathan A. Gambill (P75506)
Zachary C. Larsen (P72189)
Assistant Attorneys General
Environment, Natural Resources,
and Agriculture Division
Attorneys for State Defendants
P.O. Box 30755
Lansing, MI 48909
(517) 335-7664
kuhlr@michigan.gov
bettenhausenm@michigan.gov
gambilln@michigan.gov

Dated: February 26, 2019    larsenz@michigan.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2019, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.  A copy of this document was sent via U.S. mail to the chambers of Honorable Judith E. Levy.

        Respectfully submitted,

        */s/ Richard S. Kuhl*
        Richard S. Kuhl (P42042)
        Margaret A. Bettenhausen (P75046)
        Nathan A. Gambill (P75506)
        Zachary C. Larsen (P72189)
        Assistant Attorneys General
        Environment, Natural Resources, and Agriculture Division
        Attorneys for State Defendants
        P.O. Box 30755
        Lansing, MI 48909
        (517) 335-7664
        kuhlr@michigan.gov
        bettenhausenm@michigan.gov
        gambilln@michigan.gov
        larsenz@michigan.gov

S:\CEPB3\ENRA_FlintWater\USDC-Waid (AG# 2016-0131314-A)\Pleadings\Final (Word Versions)\~In re Flint\Proposed Agenda Items for March 12, 2019 Status Conference 2019-02-26.docx