# UNITED STATES DISTRICT COURT
# IN THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ELNORA CARTHAN, et al.,
Plaintiffs,

v.

GOVERNOR RICK SNYDER, et al.,
Defendants.

Case No.: 5:16-cv-10444
Hon. Judith E. Levy
Mag. Mona K. Majzoub

## CITY DEFENDANTS' NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Defendants Darnell Earley, Gerald Ambrose, Howard Croft, Michael Glasgow, Daugherty Johnson and the City of Flint (collectively "City Defendants"), by and through their respective counsel of record, are appealing to the United States Court of Appeals for the Sixth Circuit from the Opinion and Order Granting In Part and Denying In Part Putative Class Plaintiffs' Motion for Leave to File an Amended Complaint [620] and Granting In Part and Denying In Part Defendants' Motion to Dismiss (Dkt. 798) ("Order"). This timely appeal is taken pursuant to 28 U.S.C. § 1291 as it relates to the Court's rulings regarding: (i) the applicability of the Eleventh Amendment to the City of Flint and (ii) qualified immunity under 28 USC § 1983 and 1985 with respect to Defendants Darnell Earley, Gerald Ambrose, Howard Croft, Daugherty Johnson and Michael Glasgow.

Respectfully submitted,

*Attorneys for City of Flint*

**/s/ William Y. Kim**
WILLIAM Y. KIM (P76411)
REED E. ERIKSSON (P77085)
1101 S. Saginaw, 3rd Floor
Flint, MI 48502
(810) 766-7146
wkim@cityofflint.com
reriksson@cityofflint.com

*Attorneys for City of Flint*

**/s/ Frederick A. Berg**
FREDERICK A. BERG, JR. (P38002)
SHELDON H. KLEIN (P41062)
Butzel Long, P.C.
150 West Jefferson, Suite 100
Detroit, MI 48226
(313) 225-7000
bergf@butzel.com
klein@butzel.com

*Attorneys for Defendant Michael Glasgow*

**/s/ Christopher Marker**
CHRISTOPHER J. MARKER (P81564)
O'Neill, Wallace & Doyle, P.C.
300 St. Andrews Road, Suite 302
Saginaw, MI 48605
(989) 790-0960
bmeyer@owdpc.com

*Attorneys for Defendant Darnell Earley*

**/s/ Todd Perkins**
Todd Perkins (P55623)

Perkins Law Group
615 W. Griswold Ste. 400
Detroit, MI. 48226
(313) 964-1702
tperkins@perkinslawgroup.net

*Attorneys for Defendant Gerald Ambrose*

**/s/ Barry A. Wolf**
BARRY A. WOLF (P40709)
Law Office of Barry A. Wolf PLLC
503 S. Saginaw Street, Suite 1410
Flint, MI 48502
(810) 762-1084
Bwolf718@msn.com

*Attorneys for Defendant Howard Croft*

**/s/ Alexander S. Rusek**
ALEXANDER S. RUSEK (P77581)
White Law PLLC
2549 Jolly Road, Suite 340
Okemos, MI 48864
(517) 316-1195
alexrusek@whitelawpllc.com

2

*Attorneys for Daugherty Johnson*

***/s/ Dave Meyers***
Edwar A. Zeineh (P71923)
David W. Meyers (P69034)
Law Office of Edwar A. Zeineh
2800 E. River Ave., Suite B.
Lansing, MI 48912
(517)292-7000
davidmeyerslaw@gmail.com

Dated:  April 15, 2019

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2019, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification to parties enrolled through the ECF system. A hard copy has been mailed via the United States Postal Service to those who are not enrolled.

*Attorneys for City of Flint*

***/s/ Frederick A. Berg***
FREDERICK A. BERG, JR. (P38002)
SHELDON H. KLEIN (P41062)
Butzel Long, P.C.
150 West Jefferson, Suite 100
Detroit, MI 48226
(313) 225-7000
bergf@butzel.com
klein@butzel.com