UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ELNORA CARTHAN, *et al.,* on behalf of themselves and all others similarly situated, | No. 5:16-cv-10444-JEL-MKM |
| | HON. JUDITH E. LEVY |
| Plaintiffs, | MAG. MONA K. MAJZOUB |
| v. | |
| Former GOVERNOR RICK SNYDER, in his individual capacity, *et al.,* | |
| Defendants. | |

_____/

## STATE DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER

State Defendants (former Governor Snyder, Andy Dillon, and Governor Whitmer) move to extend the time in which they must file an answer to Plaintiffs' Fourth Amended Class Complaint (Complaint).

1. State Defendants are in the process of reviewing this Court's April 1, 2019 Opinion and Order denying in part State Defendants' motion to dismiss. (Dkt. 798.)

2. The deadline for State Defendants to file a notice of appeal of the April 1, 2019 Opinion and Order is May 1, 2019.

3. State Defendants need additional time to properly and thoroughly consider the option of filing that appeal.

4. Accordingly, State Defendants respectfully request that the Court provide a short extension for State Defendants to file an answer to the Complaint to May 5, 2019.

5. Pursuant to E.D. Mich. LR 7.1(a), State Defendants' counsel emailed Plaintiffs' counsel on April 15, 2019 explaining the nature of the motion and Plaintiffs' counsel concurred in the requested extension.

Respectfully submitted,

*/s/Margaret A. Bettenhausen*
Richard S. Kuhl (P42042)
Margaret A. Bettenhausen (P75046)
Nathan A. Gambill (P75506)
Zachary C. Larsen (P72189)
Assistant Attorneys General
Environment, Natural Resources,
and Agriculture Division
Attorneys for State Defendants
P.O. Box 30755
Lansing, MI 48909
(517) 335-7664
kuhlr@michigan.gov
bettenhausenm@michigan.gov
gambilln@michigan.gov

Dated: April 15, 2019     larsenz@michigan.gov

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ELNORA CARTHAN, *et al.,* on behalf of themselves and all others similarly situated, | No. 5:16-cv-10444-JEL-MKM |
| | HON. JUDITH E. LEVY |
| Plaintiffs, | MAG. MONA K. MAJZOUB |
| v. | |
| Former GOVERNOR RICK SNYDER, in his individual capacity, *et al.*, | |
| Defendants. | |

_____/

**BRIEF IN SUPPORT OF STATE DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

State Defendants have moved for a short extension of the deadline to file an answer to the Complaint. For the reasons set forth in the accompanying motion, State Defendants respectfully request that the Court extend the deadline for State Defendants to file an answer to May 5, 2019.

1

                                        Respectfully submitted,

                                        */s/Margaret A. Bettenhausen*
                                        Richard S. Kuhl (P42042)
                                        Margaret A. Bettenhausen (P75046)
                                        Nathan A. Gambill (P75506)
                                        Zachary C. Larsen (P72189)
                                        Assistant Attorneys General
                                        Environment, Natural Resources,
                                        and Agriculture Division
                                        Attorneys for State Defendants
                                        P.O. Box 30755
                                        Lansing, MI 48909
                                        (517) 335-7664
                                        kuhlr@michigan.gov
                                        bettenhausenm@michigan.gov
                                        gambilln@michigan.gov
Dated: April 15, 2019            larsenz@michigan.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2019, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

                                        Respectfully submitted,

                                        */s/Margaret A. Bettenhausen*
                                        Richard S. Kuhl (P42042)
                                        Margaret A. Bettenhausen (P75046)
                                        Nathan A. Gambill (P75506)
                                        Zachary C. Larsen (P72189)
                                        Assistant Attorneys General
                                        Environment, Natural Resources, and Agriculture Division
                                        Attorneys for State Defendants
                                        P.O. Box 30755
                                        Lansing, MI 48909
                                        (517) 335-7664
                                        kuhlr@michigan.gov
                                        bettenhausenm@michigan.gov
                                        gambilln@michigan.gov
                                        larsenz@michigan.gov