UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELNORA CARTHAN, *et al.*,

        Plaintiffs,        Case No.: 5:16-cv-10444

v.        Hon. Judith E. Levy

GOVERNOR RICHARD D. SNYDER, *et al.*,

        Defendants.

_____/

**STIPULATION AND ORDER TO EXTEND THE TIME FOR THE MDEQ EMPLOYEE DEFENDANTS and THE MDHHS EMPLOYEE DEFENDANTS TO ANSWER THE FOURTH AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

Plaintiffs, Defendants Bradley Wurfel, Liane Shekter Smith, Stephen Busch, Patrick Cook and Michael Prysby (the "MDEQ Employee Defendants"), and Defendants, Nancy Peeler and Robert Scott (the "MDHHS Employee Defendants"), by and through their respective counsel, hereby stipulate and agree to extend the deadline for the MDEQ Employee Defendants and the MDHHS Employee Defendants to answer the Fourth Consolidated Amended Class Complaint (Dkt. 620-3) as follows:

    1.    On April 1, 2019, this Court adopted Plaintiffs' Fourth Consolidated Amended Class Complaint.

    2.    The parties agree to extend the deadline for the MDEQ Employee Defendants and MDHHS Employee Defendants to answer to the Fourth

Consolidated Amended Class Complaint until April 30, 2019 and request that the Court enter an Order to this effect.

Pursuant to ECF Rule 11(c), Plaintiffs, MDEQ Employee Defendants and MDHHS Employee Defendants request that a text-only order be entered granting this stipulation.

**STIPULATED AND AGREED TO:**

Dated April 16, 2019

*/s/ Theodore J. Leopold* (with permission)
**Theodore J. Leopold**
**Cohen Milstein Sellers & Toll PLLC**
Attorney for Plaintiffs
110 New York Ave., N.W., Suite 500
Washington, D.C. 20005
Phone: (202) 408-4600
elevens@cohenmilstein.com

*/s/ Michael L. Pitt* (with permission)
**Michael L. Pitt** (P24429)
**Pitt McGehee Palmer & Rivers PC**
Attorney for Plaintiffs
117 W. Fourth Street, Suite 200
Royal Oak, MI 48067
Phone: (248) 398-9800
mpitt@pittlawpc.com

*/s/ Philip A. Grashoff, Jr.*
**Philip A. Grashoff, Jr.** (P14279)
**Smith Haughey Rice & Roegge**
Attorneys for Defendant Stephen Busch
100 Monroe Center, NW
Grand Rapids, MI 49503
Phone: (616) 774-8000
pgrashoff@shrr.com

*/s/ Thaddeus E. Morgan* (with permission)
**Thaddeus E. Morgan** (P47394)
**Fraser Trebilcock Davis & Dunlap PC**
Attorney for Defendant Liane Shekter-Smith
124 W Allegan St Ste 1000
Lansing, MI 48933-1736
Phone: (517) 482-5800
tmorgan@fraserlawfirm.com

SHRR 4572844

*/s/ Michael S. Cafferty* (with permission)
**Michael S. Cafferty** (P36616)
**Michael S. Cafferty & Associates PC**
Attorney for Defendant Nancy Peeler
333 W. Fort St., Ste. 1400
Detroit, MI 48226-3149
Phone: (313) 628-4717
mcaffe@aol.com

*/s/ Mary Chartier-Mittendorf (*with permission)
**Mary Chartier-Mittendorf** (P65327)
**Chartier & Nyamfukudza PLC**
Attorney for Defendant Robert Scott
1905 Abbot Rd., Ste. 1
East Lansing, MI 48823-8571
Phone: (517) 885-3305
mary@cndefenders.com

*/s/ Charles E. Barbieri* (with permission)
**Charles E. Barbieri** (P31793)
**Foster Swift Collins & Smith PC**
Attorney for Defendants Patrick Cook
and Michael Prysby
313 S Washington Sq.
Lansing, MI 48933-2114
Phone: (517) 371-8155
cbarbieri@fosterswift.com

/s/ *Michael Pattwell* (with permission)
**Michael Pattwell** (P72419)
**Clark Hill PLC**
Attorney for Defendant Bradley Wurfel
500 Woodward Avenue, Suite 3500
Detroit, MI 48226-3435
Phone: (313) 965-8300
mpattwell@clarkhill.com

3