UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases.

Judith E. Levy
United States District Judge

_____/

This Order Relates To:

Carthan v. Snyder
Case No. 16-10444

_____/

**ORDER GRANTING THE STATE DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE AN ANSWER [808], AND THE MDEQ AND MDHHS EMPLOYEE DEFENDANTS' STIPULATION FOR AN EXTENSION OF TIME TO FILE AN ANSWER [810]**

On April 1, 2019, the Court entered an opinion and order granting in part and denying in part plaintiffs' motion for leave to file an amended complaint, and granting in part and denying in part defendants' motions to dismiss. (Dkt. 798.) Two weeks later, the state defendants filed an unopposed motion to extend their time to file an answer to the amended complaint. (Dkt. 808.) The state defendants requested until May 5, 2019, and plaintiffs concurred in the requested extension. (*Id.* at 2.) The next day, the MDEQ and MDHHS employee defendants similarly filed a

stipulation to extend their time to file an answer until April 30, 2019. (Dkt. 810.)

Accordingly, the state defendants' motion (Dkt. 808) is **GRANTED**. Because May 5, 2019, is a Sunday, the Court grants the state defendants until **May 6, 2019**, to answer. Similarly, the MDEQ and MDHHS employee defendants' motion (Dkt. 810) is also **GRANTED**. They have until **April 30, 2019**, to answer, as requested.

IT IS SO ORDERED.

Dated: April 25, 2019  s/Judith E. Levy
    Ann Arbor, Michigan  JUDITH E. LEVY
                                   United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 25, 2019.

                                            s/Shawna Burns
                                            SHAWNA BURNS
                                            Case Manager