# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases. <br> _____/ | Judith E. Levy <br> United States District Judge |

This Order Relates To:

ALL CASES

_____/

### ORDER REGARDING MATTERS DISCUSSED DURING APRIL 26, 2019 TELEPHONIC STATUS CONFERENCE

On April 26, 2019, the Court held a telephonic status conference. The following was decided: first, defendants McLaren Regional Medical Center and Hurley Medical Center shall each submit a brief addressing (1) whether the cases in which they are named defendants should be placed on a separate litigation track within the Flint Water Cases. And (2) assuming that these cases are not placed on a separate track, whether they should be exempt from the Case Management Order ("CMO") scheduled to be entered on April 30, 2019. Their briefs shall be submitted by **May 3, 2019**, and shall not exceed **ten pages**. Any party wishing to respond may do so by **May 10, 2019**, with a brief that shall not exceed

**ten pages**. The Court will hear argument on the issues during the upcoming status conference on May 15, 2019. (Dkt. 789.) Defendants McLaren and Hurley shall be temporarily exempt from the scope of the CMO until the Court has ruled on these issues.

Second, plaintiffs in *Walters v. Flint* will file a notice to explain what differences exist, if any, between the factual allegations contained in their proposed amended master long form complaint (Case No. 17-10164, Dkt. 185), and the recently adopted fourth amended complaint in *Carthan v. Snyder*. (Case No. 16-10444, Dkt. 798.) Plaintiffs shall do so by **May 3, 2019**. No responses will be permitted. The Court is only interested in specific differences between the factual allegations. Any legal arguments, conclusions of law, or discussion of the possible inferences that could be drawn from the factual allegations will be struck as nonconforming.

IT IS SO ORDERED.

Dated: April 26, 2019       s/Judith E. Levy
    Ann Arbor, Michigan       JUDITH E. LEVY
                                       United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 26, 2019.

s/Shawna Burns
SHAWNA BURNS
Case Manager
