UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ELNORA CARTHAN, *et al.,* on behalf of themselves and all others similarly situated, | No. 5:16-cv-10444-JEL-MKM |
| | HON. JUDITH E. LEVY |
| Plaintiffs, | MAG. MONA K. MAJZOUB |
| v. | |
| Former GOVERNOR RICK SNYDER, in his individual capacity, *et al.,* | |
| Defendants. | |

_____/

## NOTICE OF APPEAL

Notice is hereby given that Defendants former Governor RICK SNYDER, former State Treasurer ANDY DILLON, and GOVERNOR GRETCHEN WHITMER appeal to the United States Court of Appeals for the Sixth Circuit from the Opinion and Order Granting in Part and Denying in Part Putative Class Plaintiffs' Motion for Leave to File an Amended Complaint [620] and Granting in Part and Denying in Part Defendants' Motions to Dismiss (Dkt. 798) entered in this action on April 1, 2019.

                                                 Respectfully submitted,

                                                 */s/ Margaret A. Bettenhausen*
                                                 Richard S. Kuhl (P42042)
                                                 Margaret A. Bettenhausen (P75046)
                                                 Nathan A. Gambill (P75506)
                                                 Zachary C. Larsen (P72189)
                                                 Assistant Attorneys General
                                                 Environment, Natural Resources,
                                                 and Agriculture Division
                                                 Attorneys for former Governor Rick
                                                 Snyder, Andy Dillon, and Governor
                                                 Gretchen Whitmer
                                                 P.O. Box 30755
                                                 Lansing, MI 48909
                                                 (517) 335-7664
                                                 kuhlr@michigan.gov
                                                 bettenhausenm@michigan.gov
                                                 gambilln@michigan.gov
Dated: April 30, 2019                larsenz@michigan.gov

# CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2019 I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

    Respectfully submitted,

    */s/ Margaret A. Bettenhausen*
    Richard S. Kuhl (P42042)
    Margaret A. Bettenhausen (P75046)
    Nathan A. Gambill (P75506)
    Zachary C. Larsen (P72189)
    Assistant Attorneys General
    Environment, Natural Resources, and Agriculture Division
    Attorneys for former Governor Rick Snyder, Andy Dillon, and Governor Gretchen Whitmer
    P.O. Box 30755
    Lansing, MI 48909
    (517) 335-7664
    kuhlr@michigan.gov
    bettenhausenm@michigan.gov
    gambilln@michigan.gov
    larsenz@michigan.gov

S:\CEPB3\ENRA_FlintWater\USDC-Waid (AG# 2016-0131314-A)\Pleadings\Final (Word Versions)\~Carthan\Notice of Appeal 2019-04-30.docx