# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

Elnora Carthan, et al,

                Plaintiffs,

v.

Governor Rick Snyder, et al,

                Defendants.

Case No 5:16-cv-10444-JEL-MKM

Hon. Judith E. Levy

Mag. Judge Mona K. Majzoub

_____/

## CITY DEFENDANTS' AGENDA SUBMISSION FOR THE MAY 15, 2019 FLINT WATER STATUS CONFERENCE

Pursuant to this Court's March 13, 2019 Order, Dkt 788, the City Defendants (City of Flint, Darnell Earley, Gerald Ambrose, Dayne Walling, Howard Croft, Michael Glasgow, and Daugherty Johnson) propose the following as agenda items for the May 15, 2019 Status Conference:

1) Class Plaintiffs currently have a motion for reconsideration (Dkt 809) pending. City Defendants request that the Court provide an update on how it plans to address this motion.

2) Briefing on the records authorizations issue is now complete. (*See* Dkt 800, 820). City Defendants request clarification on whether the Court intends to hold oral argument on this issue at the May 15 status conference.

3) On April 19, Judge Parker issued an opinion and order in *Burges v USA*, E.D. Mich. Case No. 17-11218, denying a motion to dismiss and holding that the federal government is subject to tort liability under the FTCA. City

Defendants request clarification on whether the Court intends to explore

coordination of discovery, mediation, and other similar endeavors.

Respectfully Submitted,

*Attorneys for City of Flint*
**/s/ Sheldon H. Klein (P41062)**
FREDERICK A. BERG, JR. (P38002)
Butzel Long, P.C.
150 West Jefferson, Suite 100
Detroit, MI  48226
(313) 225-7000
klein@butzel.com
bergf@butzel.com

*Attorneys for City of Flint*
*and Dayne Walling*
**/s/ William Y. Kim (P76411)**
City of Flint, Department of Law
1101 S. Saginaw, 3rd Floor
Flint, MI  48502
(810) 766-7146
wkim@cityofflint.com

*Attorneys for Michael Glasgow*
**/s/ Christopher J. Marker (P81564)**
O'Neill, Wallace & Doyle, P.C.
300 St. Andrews Road, Suite 302
Saginaw, MI  48605
(989) 790-0960
cmarker@owdpc.com

*Attorneys for Daugherty Johnson*
**/s/ David Meyers (P69034)**
Law Office of Edwar A. Zeineh
2800 E. River Avenue, Suite B
Lansing, MI  48912
(517) 292-7000
davidmeyerslaw@gmail.com

*Attorneys for Gerald Ambrose*
**/s/ Barry A. Wolf (P40709)**
Law Office of Barry A. Wolf PLLC
503 S. Saginaw Street, Suite 1410
Flint, MI  48502
(810) 762-1084
bwolf718@msn.com

*Attorneys for Howard Croft*
**/s/ Alexander S. Rusek (P77581)**
White Law PLLC
2549 Jolly Road, Suite 340
Okemos, MI  48864
(517) 316-1195
alexrusek@whitelawpllc.com

*Attorneys for Darnell Earley*
**/s/ Todd Perkins (P55623)**
Perkins Law Group
615 W. Griswold Ste. 400
Detroit, MI. 48226
(313) 964-1702
tperkins@perkinslawgroup.net

**DATE: May 1, 2019**