## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**In re FLINT WATER CASES,**

Carthan v. Snyder

Case No.:
    5:16-cv-10444-JEL-MKM
(Consolidated)

Hon. Judith E. Levy
Mag. Judge Mona K. Majzoub

## NOTICE OF APPEAL

Notice is hereby given that MDEQ Employee Defendants, Liane Shekter Smith, Stephen Busch, Michael Prysby, Patrick Cook, and Bradley Wurfel appeal to the United States Court of Appeals for the Sixth Circuit from the Opinion and Order Granting In Part and Denying In Part Putative Class Plaintiffs' Motion for Leave to File An Amended Complaint [620] and Granting in Part and Denying In Part Defendants' Motions to Dismiss [ECF No. 798, PageID 21103-21230] entered in this action on April 1, 2019 to the extent, *inter alia*, that the order denied the motion to dismiss on the basis of "qualified immunity" to Defendants.

Dated:  May 1, 2019

Respectfully submitted,
**FRASER TREBILCOCK**
Attorneys for Defendant Shekter Smith

By: /s/ *Thaddeus E. Morgan*
    Thaddeus E. Morgan (P47394)
    Michael H. Perry (P 22890)
    124 W. Allegan, Suite 1000
    Lansing, Michigan 48933
    (517) 482-5800

**SMITH HAUGHEY RICE & ROEGGE**
Attorneys for Defendant Busch

By: */s/ Philip A. Grashoff, Jr.*
     Philip A. Grashoff, Jr. (P14279)
     100 Monroe Center Street, NW
     Grand Rapids, MI  49503-2802
     (248) 520-0257

**FOSTER, SWIFT, COLLINS & SMITH, P.C.**
Attorneys for Defendants Prysby and Cook

By    */s/ Charles E. Barbieri*
     Charles E. Barbieri (P31793)
     313 S. Washington Square
     Lansing, MI  48933
     (517) 371-8155

**CLARK HILL PLC**
Attorneys for Defendant Wurfel

By  /s/ Michael J. Patwell
     Michael J. Pattwell (P72419)
     212 E. Grand River Ave.
     Lansing, MI  48906
     (517) 318-3043
     mpattwell@clarkhill.com

## PROOF OF SERVICE

I hereby certify that on May 1, 2019, I electronically filed the above with the Clerk of the Court using the CM/ECF System, which will provide electronic copies to counsel of records.

                               /s/ Thaddeus E. Morgan
                               Thaddeus E. Morgan