# EXHIBIT B

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF GENESEE

In re FLINT WATER LITIGATION

Docket No: 17-108646-NO

Hon. Richard B. Yuille

### ORDER FOLLOWING FEBRUARY 5, 2019 STATUS CONFERENCE

At a session of said court held this ____ day of February, 2019, in the Genesee County Circuit Courtrooms, located in the City of Flint, State of Michigan.

PRESENT: HONORABLE RICHARD B. YUILLE, CIRCUIT COURT JUDGE

IT IS HEREBY ORDERED as follows:

1. I have directed Lead Counsel for Defendants to continue to meet and confer with Lead Counsel for Plaintiffs and Interim Liaison Class Counsel for Plaintiffs and Defendants, and to resubmit a proposed Discovery and Scheduling Order by Monday, February 11, 2019. If there is not complete agreement among Lead Counsel and Interim Liaison Class Counsel on a proposed order, any of them who do not agree to the submitted order will file a redlined version identifying the specific areas of disagreement and their proposed alternative language.

2. Following the filing of the proposed Discovery and Scheduling Order by Lead Counsel for Defendants on February 11, 2019, all other parties wishing to do so shall file any objections to the proposed Discovery and Scheduling Order by Friday, February 15, 2019.

3. After reviewing any objections which may be submitted by the parties, I will notify the parties if I determine that a hearing is necessary.

4. Following a hearing, or a determination that a hearing is not necessary, I will either enter the proposed Order or enter an Order prepared or modified by the Court following review of all proposals and objections.

5. I wish to clarify that the case of *Mays, et al v State of Michigan, et al*, Case No. 16-106112-CZ, and the Legionella cases with the following file numbers:

16-106199-NO
16-106517-NO
16-107681-NO
16-108271-NO
17-108688-NO
17-108772-NO
17-108773-NO
17-108886-NO
17-109337-NO
17-109338-NO
17-109339-NO
17-109340-NO
17-109493-NO
17-109557-NO
17-109854-NO
17-110226-NO
18-110423-NO
18-111193-NO
18-111666-NO

are included as cases to which the First Amended Case Management Order and Discovery and Scheduling Orders in *In re Flint Water Litigation* apply.

Hon. Richard B. Yuille
Genesee County Circuit Court

Open.25633.70607.21625292-1