UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

Carthan v. Snyder
Case No. 16-10444

_____/

## ORDER GRANTING VEOLIA'S MOTION TO AMEND THE COURT'S APRIL 1, 2019 OPINION AND ORDER [813]

On August 1, 2018, the Court granted in part and denied in part defendants' motions to dismiss the then operative complaint. 329 F. Supp. 3d 369, 424–25 (E.D. Mich. 2018). As a part of that decision, the Court dismissed the claims of several named plaintiffs against defendant Veolia. *Id.* at 424–25. This included the claims of plaintiffs Rhonda Kelso and her daughter K.E.K., and Amber Brown and her daughter K.L.D. *Id.* The Court rejected Veolia's request to have the claims of other named plaintiffs also dismissed. *Id.*

The Court later vacated its August 1 decision to consider plaintiffs' motion for leave to amend the complaint. (Dkt. 670.) On April 1, 2019,

the Court granted in part and denied in part this motion, adopted the amended complaint, and granted in part and denied in part defendants' motions to dismiss it. (Dkt. 798.) The Court again dismissed the claims of Amber Brown and her daughter K.L.D. against defendant Veolia. (*Id.* at 110–11.) However, the Court did not dismiss the claims of any other named plaintiff. (*Id.*)

As Veolia now points out (Dkt. 813), the April 1 decision incorrectly stated that "[i]n its vacated August 1, 2018 opinion and order, the Court rejected all but one of Veolia's requested dismissals." (Dkt. 798 at 110.) As just explained, the Court actually granted several of Veolia's requests to dismiss in its August 1 decision, including the claims of Rhonda Kelso and her daughter K.E.K., and Amber Brown and her daughter K.L.D. 329 F. Supp. 3d at 424–25. To the extent it makes a difference, the Court corrects this oversight pursuant to Fed. R. Civ. P. 60(a). Accordingly, Veolia's motion to amend the Court's April 1, 2019 opinion and order (Dkt. 813) is **GRANTED**. The Court's ultimate holding—only dismissing

the claims of Amber Brown and her daughter K.L.D against Veolia—remains unaffected.

Dated: May 15, 2019　　　　　　　s/Judith E. Levy
　　　Ann Arbor, Michigan　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　　United States District Judge

3