# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

Judith E. Levy
United States District Judge

_____/

This Order Relates To:

ALL CASES

_____/

## ORDER REGARDING MATTERS DISCUSSED DURING THE JULY 16, 2019 TELEPHONIC STATUS CONFERENCE

On July 16, 2019, the Court held a telephonic status conference to discuss the appointment of negotiating sub-class counsel. Pursuant to that discussion, class plaintiffs are ordered to file a motion seeking the appointment of negotiating sub-class counsel by **July 29, 2019**. Parties wishing to respond may do so by **August 5, 2019**, if at all.

IT IS SO ORDERD.

Dated: July 17, 2019
    Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge