UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

In re FLINT WATER CASES

Civil Action No. 5:16-cv-10444-JEL-MKM (consolidated)

Hon. Judith E. Levy
Mag. Mona K. Majzoub

_____

MOTION OF JOHN A. K. GRUNERT TO WITHDRAW APPEARANCE AS COUNSEL FOR DEFENDANTS VEOLIA WATER NORTH AMERICA OPERATING SERVICES LLC, VEOLIA NORTH AMERICA, INC., AND <u>VEOLIA NORTH AMERICA LLC</u>

I, John A. K. Grunert, move pursuant to Local Rule 83.25(b) for an order permitting me to withdraw my appearance as one of the several counsel of record in this matter for the defendants Veolia Water North America Operating Services, LLC, Veolia North America, Inc., and Veolia North America, LLC (collectively the "VNA Defendants").

I am retiring from the practice of law effective August 1, 2019. Two other attorneys from my present firm, James M. Campbell and Alaina N. Devine, are and will remain counsel of record for the VNA Defendants. Mr. Campbell has represented the VNA Defendants in these matters for even longer than I have, and Ms. Devine has represented them for a substantial length of time. In addition, Cheryl

1

Bush and Michael Williams, both of the firm Bush Seyferth & Paige PLLC, are and will remain counsel of record for the VNA Defendants. My withdrawal will therefore have no adverse effect on the quality of the VNA Defendants' representation and will cause no delay in the litigation or otherwise adversely affect it.

I therefore request that this motion for an order authorizing my withdrawal of my appearance in this action be allowed as promptly as possible. A proposed form of order is attached to this motion.

*Respectfully submitted,*

/s/ John A. K. Grunert
John A. K. Grunert
Campbell Conroy & O'Neil, P.C.
1 Constitution Wharf, Suite 310
Boston, MA 02129
(617) 241-3000
jgrunert@campbell-trial-lawyers.com

*Attorney for Veolia Water North America Operating Services, LLC, Veolia North America, Inc., and Veolia North America, LLC*

## CERTIFICATE OF SERVICE

    I, John A.K. Grunert, one of the counsel of record for the VNA defendants, certify that I served the within *Motion of John A.K. Grunert to Withdraw Appearance as Counsel for Defendants Veolia Water North America Operating Services, LLC, Veolia North America, Inc. and Veolia North America LLC*, on July 30, 2019, by causing it to be e-filed through the Court's CM/ECF electronic filing system which will automatically deliver electronic copies of it to counsel of record for all parties to have appeared in *In re Flint Water Cases*.

    /s/ John A.K. Grunert
    John A.K. Grunert
    jgrunert@campbell-trial-lawyers.com