UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

Elnora Carthan; Rhonda Kelso, individually and
as next of friend of K.E.K, a minor child; Darrell
and Barbara Davis; Michael Snyder, as personal
representative of the Estate of John Snyder,
deceased; Marilyn Bryson; David Munoz; Tiantha
Williams, individually and as next of friend of
T.W., a minor child; Amber Brown, as next of
friend of K.L.D., a minor child; Frances Gilcreast;
EPCO Sales, LLC; Angelo's Coney Island Palace,
Inc., on behalf of themselves and all others
similarly situated,

       Plaintiffs,

-vs-

Governor Rick Snyder, in his individual
and official capacities; the State of Michigan; the
City of Flint; Daniel Wyant, in his individual
capacity; Andy Dillon, in his individual capacity;
Nick Lyon, in his individual capacity; Nancy
Peeler, in her individual capacity; Liane Shekter-
Smith, in her individual capacity; Adam
Rosenthal, in his individual capacity; Stephen
Busch, in his individual capacity; Patrick Cook, in
his individual capacity; Michael Prysby, in his
individual capacity; Bradley Wurfel, in his
individual capacity; Jeff Wright, in his individual
capacity; Edward Kurtz, in his individual
capacity; Darnell Earley, in his individual
capacity; Gerald Ambrose, in his individual
capacity; Dayne Walling, in his individual
capacity and official capacities;  Howard Croft, in
his individual capacity; Michael Glasgow, in his
individual capacity; Daugherty Johnson, in his
individual capacity; Lockwood, Andrews &
Newnam, P.C.; Lockwood, Andrews & Newnam,
Inc.; Leo A. Daly Company; Veolia North America,

Docket:  5:16-cv-10444-
JEL-MKM

Hon. Judith E. Levy

Magistrate Judge Mona K.
Majzoub

LLC; Veolia North America, Inc.; Veolia Water
North America Operating Services, LLC,
                          Defendants.

_____/

### JOINDER OF THE LAN DEFENDANTS IN THE MOTION OF THE VNA DEFENDANTS TO STRIKE PLAINTIFFS' PROPOSED CLASSES

NOW COME Defendants Lockwood, Andrews & Newnam, Inc.,

Lockwood, Andrews & Newnam, PC, and Leo A. Daly Company (the "LAN

Defendants"), and hereby join in the Motion of Defendants Veolia North

America, LLC, Veolia North America, Inc. and Veolia Water North America

Operating Services, LLC ((the "VNA Defendants") to Strike Proposed Classes

filed on August 2, 2019. (Doc. # 914) The LAN Defendants adopt all arguments

raised by the VNA Defendants other than arguments premised upon the fact

that VWNAOS only performed work for the City of Flint in early 2015. The

LAN Defendants assert that the principal proposed class definitions and the

subclass definitions are impermissible fail-safe classes. The LAN Defendants

further assert that the principal proposed class definitions and subclass

definitions are overbroad as to them where Plaintiffs do not request

injunctive relief as to LAN. *See* Fourth Consolidated Amended Class Complaint,

¶ 581. The LAN Defendants further assert that the issue class asserted by

Plaintiffs is overbroad as to them.

Respectfully submitted,

/s/ Wayne B. Mason
Wayne B. Mason (SBOT 13158950)
Travis S. Gamble (SBOT 00798195)
S. Vance Wittie (SBOT 21832980)
David C. Kent (SBOT 11316400)
DRINKER BIDDLE & REATH LLP
1717 Main St., Suite 5400
Dallas TX 75201
(469) 227-8200
wayne.mason@dbr.com
travis.gamble@dbr.com
vance.wittie@dbr.com
david.kent@dbr.com

ATTORNEYS FOR DEFENDANTS
LOCKWOOD, ANDREWS & NEWNAM,
INC. and LOCKWOOD, ANDREWS &
NEWNAM, P.C.

/s/ Philip A. Erickson
Philip A. Erickson (P37081)
Robert G. Kamenec (P35283)
Saulius K. Mikalonis (P39486)
Karen E. Beach (P75172)
PLUNKETT COONEY
325 E. Grand River Ave, Suite 250
East Lansing, MI 48823
(517) 324-5608
perickson@plunkettcooney.com
rkamenec@plunkettcooney.com
smikalonis@plunkettcooney.com
kbeach@plunkettcooney.com

ATTORNEYS FOR DEFENDANTS
LOCKWOOD, ANDREWS & NEWNAM,
INC. and LOCKWOOD, ANDREWS &
NEWNAM, P.C.

Dated:  August 2, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2017, I electronically filed **JOINDER OF THE LAN DEFENDANTS IN THE MOTION OF THE VNA DEFENDANTS TO STRIKE PLAINTIFFS' PROPOSED CLASSES** with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

By:  /s/ Philip A. Erickson
Philip A. Erickson (P37081)
Attorney for LAN Defendants
325 East Grand River Ave., Ste 250
East Lansing, MI  48823
(517) 324-5608
perickson@plunkettcooney.com

Open.25633.72611.22569486-1