UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELNORA CARTHAN, *et al*.,

        Plaintiffs,

v.

GOVERNOR RICK SNYDER, *et al*.,

        Defendants.

Case No. 5:16-cv-10444

Hon. Judith E. Levy

Mag. Mona K. Majzoub

_____/

## MDEQ EMPLOYEE DEFENDANTS' CONCURRENCE IN MOTION OF DEFENDANTS VEOLIA NORTH AMERICA, LLC, VEOLIA NORTH AMERICA, INC., AND VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LCC TO STRIKE THE PROPOSED CLASSES

Defendants Patrick Cook, Michael Prysby, Adam Rosenthal, Stephen Busch, Liane Shekter Smith, and Bradley Wurfel ("MDEQ Employee Defendants") hereby concur and join in the Motion of Defendants Veolia North America, LLC, Veolia North America, Inc., and Veolia Water North America Operating Services, LLC to Strike the Proposed Class (Doc. # 914) ("Motion to Strike"). For the same reasons set forth in Sections I(A)(1) and II of the Motion to Strike, MDEQ Employee Defendants respectfully request that this Court strike the proposed classes because they are legally impermissible fail-safe classes.

1

Respectfully submitted,

Foster, Swift, Collins & Smith, P.C.

Attorneys for Defendants Patrick Cook,
Adam Rosenthal, and Michael Prysby

By: /s/ *Charles E. Barbieri*
*(w/permission)*
     Charles E. Barbieri (P31793)
     Allison M. Collins (P78849)
     313 S. Washington Square
     Lansing, MI 48933
     (517) 371-8100
     cbarbieri@fosterswift.com

Clark Hill PLC

Attorneys for Bradley Wurfel

By:   /s/ *Michael Pattwell*
     Jay M. Berger (P57663)
     Michael J. Pattwell (P72419)
     212 E. Grand River Ave.
     Lansing, Michigan 48906
     (517) 318-3043
     jberger@clarkhill.com
     mpattwell@clarkhill.com

Fraser, Trebilcock, Davis & Dunlap

Attorneys for Defendant Liane
Shekter Smith

By:   */s/ Thaddeus E. Morgan*
(w/permission)
     Thaddeus E. Morgan (P47394)
     124 West Allegan Street, St 1000
     Lansing, MI 48933
     (517) 482-5800
     tmorgan@fraserlawfirm.com

Smith, Haughey, Rice & Roegge.

Attorneys for Stephen Busch

By: /s/ *Phillip Grashoff* (w/permission)
     Phillip A. Grashoff, Jr. (P14279)
     213 S. Ashley, Ste. 400
     Ann Arbor, MI 49423
     (248) 520-0257
     pgrashoff@shrr.com

Dated: August 9, 2019

3

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2019, I electronically filed the above with the Clerk of Court using the CM/ECF System, which will provide electronic copies to counsel of record.

*s/ Christopher B. Clare*