UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

In re FLINT WATER CASES

Civil Action No. 5:16-cv-10444-JEL-MKM (consolidated)

Hon. Judith E. Levy
Mag. Mona K. Majzoub

_____

MOTION OF DAVID W. MEYERS TO WITHDRAW APPEARANCE AS COUNSEL FOR DEFENDANT DAUGHERTY JOHNSON

I, David W. Meyers, move pursuant to Local Rule 83.25(b) for an order permitting me to withdraw my appearance as co-counsel of record in this matter for the defendant Daugherty Johnson.

Due to a change in employment I am unable to continue my services as counsel of record in these matters. Mr. Edwar Zeineh has been and will remain lead counsel of record for Daugherty Johnson. Mr. Zeineh has represented Mr. Johnson in these matters for longer than I have and my withdrawal will therefore have no adverse effect on the quality of Mr. Johnson's representation and will cause no delay in the litigation or otherwise adversely affect it.

I therefore request that this motion for an order authorizing my withdrawal of my appearance in this action be allowed as promptly as possible. A proposed form of order is attached to this motion.

*Respectfully submitted,*

/s/     David W. Meyers
Edwar A. Zeineh (P71923)
David W. Meyers (P69034)
Attorneys for Daugherty Johnson
Law Office of Edwar A. Zeineh
2800 E. River Ave., Suite B.
Lansing, MI 48912
(517)292-7000
zeinehlaw@gmail.com
davidmeyerslaw@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2019, I directed Nicole Walker to electronically file the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

Dated: August 14, 2019              /s/     Edwar A. Zeineh
Edwar A. Zeineh (P71923)
Law Office of Edwar A. Zeineh
2800 E. River Ave., Suite B.
Lansing, MI 48912
(517)292-7000
zeinehlaw@gmail.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____
In re FLINT WATER CASES

                                                      Civil Action No. 5:16-cv-10444-JELMKM
                                                      (consolidated)

                                                      Hon. Judith E. Levy
                                                      Mag. Mona K. Majzoub

_____

ORDER GRANTING MOTION OF DAVID W. MEYERS TO WITHDRAW APPEARANCE

      The motion of David W. Meyers for leave to withdraw as one of the counsels of record for the defendant Daugherty Johnson is hereby GRANTED.

Dated:                                                      _____
Ann Arbor, Michigan                       JUDITH E. LEVY
                                                              United States District Judge