Case No. 19-1533

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

LUKE WAID, Parent and Next-Friend of SR, a minor; et al.

             Plaintiff

 and

ELNORA CARTHAN, et al,

             Plaintiffs - Appellees

v.

DARNELL EARLEY, et al.,

             Defendants

 and

ADAM ROSENTHAL

             Defendant - Appellant


   Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation(s):

      The Appellant's Brief was not filed by August 26, 2019.

   It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

             **ENTERED PURSUANT TO RULE 45(a),**
             **RULES OF THE SIXTH CIRCUIT**
             Deborah S. Hunt, Clerk

Issued:  August 28, 2019

             _____

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: August 28, 2019

Mr. Samuel R. Bagenstos
Mr. James A. Fajen
Mr. William H. Goodman
Ms. Julie H. Hurwitz
Ms. Deborah A. LaBelle
Ms. Emmy L. Levens
Ms. Cary S. McGehee
Mr. Michael L Pitt
Ms. Beth M. Rivers

Re: Case No. 19-1533, *Luke Waid, et al v. Darnell Earley, et al*
Originating Case No. 5:16-cv-10444

Dear Counsel:

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Patricia J. Elder
Senior Case Manager

cc: Mr. David J. Weaver

Enclosure

No mandate to issue