Case No. 19-1533

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

In re: FLINT WATER CASES

------------------------------

LUKE WAID, Parent and Next-Friend of SR, a minor; et al.

   Plaintiffs

 and

ELNORA CARTHAN, et al.,

   Plaintiffs - Appellees

v.

DARNELL EARLEY, et al.,

   Defendants

 and

ADAM ROSENTHAL

   Defendant - Appellant

 Upon consideration of the appellant's motion to reinstate the case,

 And it appearing that the default which led to dismissal of the appeal has been cured,

 It is **ORDERED** that the motion be and it hereby is **GRANTED**.

        **ENTERED PURSUANT TO RULE 45(a),**
        **RULES OF THE SIXTH CIRCUIT**
        Deborah S. Hunt, Clerk

Issued: September 11, 2019

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: September 11, 2019

Mr. Samuel R. Bagenstos
Mr. James William Burdick
Mr. James A. Fajen
Mr. William H. Goodman
Ms. Julie H. Hurwitz
Ms. Deborah A. LaBelle
Ms. Emmy L. Levens
Ms. Cary S. McGehee
Mr. Michael L Pitt
Ms. Beth M. Rivers

Re: Case No. 19-1533, *In re: Luke Waid, et al v. Darnell Earley, et al*
Originating Case No. 5:16-cv-10444

Dear Counsel:

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Patricia J. Elder
Senior Case Manager

cc: Mr. David J. Weaver

Enclosure