# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.                    Judith E. Levy
                                              United States District Judge
_____/

This Order Relates To:

ALL CASES

_____/

## AGENDA AND NOTICE FOR TELEPHONIC STATUS CONFERENCE

The Court will hold a telephone conference call on **Wednesday, September 18, 2019 at 2:00pm** to discuss discovery-related issues. Please use the following call-in information: **888-363-4734**; Access Code: **2541474**. This call will address the following three topics:

(1) The electronically stored information (ESI) dispute between Class Plaintiffs and LAN Defendants about the custodians from which LAN will produce emails and electronic documents.

(2) The disagreement between LAN Defendants and Counsel for Michael Glasgow and Daugherty Johnson about whether and when Glasgow and Johnson's depositions will be scheduled.

(3) The Court will also discuss a briefing schedule for issues raised by MDEQ Defendants and City Defendants related to their potential Fifth Amendment assertions at depositions and their request for a protective order.

Only the parties subject to these disputes must attend. As set forth in the Court's August 12, 2019 Order (ECF No. 918), the parties to each dispute shall submit a one-page summary of the dispute 48-hours before the call, along with the disputed discovery request, if one exists. The one-page summaries must be submitted by Monday, September 16, 2019, no later than 2:00pm.

    IT IS SO ORDERED.

Dated: September 13, 2019       s/Judith E. Levy  
    Ann Arbor, Michigan      JUDITH E. LEVY  
                                       United States District Judge