Nos. 19-1425/1472/1477/1533

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Sep 17, 2019
DEBORAH S. HUNT, Clerk

| | |
|---|---|
| In re: FLINT WATER CASES _____ LUKE WAID, Parent and Next-Friend of SR, a minor; et al.,     Plaintiffs, ELNORA CARTHAN, RHONDA KELSO, individually and as next friend of K.E.K., a minor child; DARRELL DAVIS; BARBARA DAVIS; MICHAEL SNYDER; MARILYN BRYSON; DAVID MUNOZ; TIANTHA WILLIAMS, individually and as next friend of T.W., a minor child; AMBER BROWN, individually and as next friend of K.D., a minor child; FRANCES GILCREAST; EPCO SALES, LLC; ANGELO'S CONEY ISLAND PALACE, INC.,     Plaintiffs-Appellees, v. DARNELL EARLEY; GERALD AMBROSE; HOWARD CROFT; MICHAEL GLASGOW; DAUGHERTY JOHNSON; CITY OF FLINT, MI (19-1425); RICHARD DALE SNYDER, former Governor; ANDY DILLON, former State Treasurer; GRETCHEN WHITMER, Governor (19-1472); LIANE SHEKTER SMITH; STEPHEN BUSCH; PATRICK COOK; MICHAEL PRYSBY; BRADLEY WURFEL (19-1477); ADAM ROSENTHAL (19-1533),     Defendants-Appellants. | O R D E R |

    The plaintiffs-appellees move to consolidate these four appeals for the purpose of filing a consolidated appellee brief. They further move for an extension of the word limit and an

Case 5:16-cv-10444-JEL-EAS ECF No. 950-6 PageID.24503 Filed 09/17/19 Page 2 of 3
Case: 19-1425 Document: 46-1 Filed: 09/17/2019 Page: 2 (2 of 3)

Nos. 19-1425/1472/1477/1533
-2-

adjustment of the briefing schedule, noting that of the defendants responding to their inquiry, none oppose the motion.

The motion is GRANTED. These appeals will be consolidated for submission of a single appellee brief that does not exceed 25,000 words in length. The briefing schedule will be modified by separate letter, with the appellee brief due on October 25, 2019, and all individual replies due on November 15, 2019. When filing a reply brief, the appellants are advised to file only on their respective appeal by deselecting all other appeals during the filing event.

                                        ENTERED PURSUANT TO RULE 45(a)
                                        RULES OF THE SIXTH CIRCUIT

*/s/ Deborah S. Hunt*

_____

Deborah S. Hunt, Clerk

# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: September 17, 2019

| | |
|---|---|
| Mr. Samuel R. Bagenstos | Mr. Gregory Stamatopoulos |
| Mr. Charles Edward Barbieri | Mr. Edwar Ayoub Zeineh |
| Mr. Frederick A. Berg Jr. | Mr. Alexander Stephen Rusek |
| Mr. Jay M. Berger | Mr. Christopher James Marker |
| Ms. Margaret Bettenhausen | Mr. Michael John Pattwell |
| Mr. Jordan Seth Bolton | Mr. Todd Russell Perkins |
| Mr. James William Burdick | Mr. David Wayne Meyers |
| Mr. Christopher Bradley Clare | Mr. Thaddeus E. Morgan |
| Ms. Allison Marie Collins | Mr. Zachary Chad Larsen |
| Mr. James A. Fajen | Mr. Joseph E. Richotte |
| Mr. Nathan A. Gambill | Ms. Deborah A. LaBelle |
| Mr. William H. Goodman | Ms. Krista Aimee Jackson |
| Mr. Philip A. Grashoff Jr. | Ms. Cary S. McGehee |
| Ms. Julie H. Hurwitz | Mr. William Young Kim |
| Mr. Sheldon H. Klein | Mr. Michael H. Perry |
| Mr. Richard S. Kuhl | Ms. Emmy L. Levens |
| Mr. Paul F. Novak | Ms. Beth M. Rivers |
| Mr. Michael L Pitt | Mr. Barry A. Wolf |

Re: Case No. 19-1425/19-1472/19-1477/19-1533, *In re: Flint Water Cases*
Originating Case No. 5:16-cv-10444

Dear Counsel:

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Patricia J. Elder
Senior Case Manager

cc: Mr. David J. Weaver

Enclosure