# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

*Carthan v. Snyder*
Case No. 16-10444

and

*Guertin v. Michigan*
Case No. 16-12412

_____/

## ORDER REGARDING BRIEFING SCHEDULE

On September 18, 2019, the Court held a telephone conference call and ordered a briefing schedule on the protective order sought by three City Defendants. Counsel for Gerald Ambrose, Darnell Earley, and Howard Croft are ordered to submit their motion for a protective order by September 27, 2019. Any party wishing to respond must do so by October 11, 2019, and a reply may be filed by October 18, 2019. All briefs

must conform to Local Rule 7.1.

    IT IS SO ORDERED.

Dated: September 18, 2019      s/Judith E. Levy
    Ann Arbor, Michigan      JUDITH E. LEVY
                                        United States District Judge