

SOM

# New Solicitor General Hammoud to Lead Flint Criminal Cases

Contact: Kelly Rossman-McKinney 517-373-8060

January 15, 2019

**LANSING –** Fadwa A. Hammoud, a career prosecutor who was announced earlier today as Michigan's new Solicitor General, will take the lead on the criminal cases related to the Flint water crisis.  The cases include those against former Flint emergency managers Darnell Earley and Gerald Ambrose as well as Nick Lyon, the former director of the Michigan Department of Health and Human Services and Dr. Eden Wells, Michigan's former chief medical executive and now "advisory physician."  Todd Flood, who was appointed three years ago by then-Attorney General Bill Schuette as "special prosecutor," will report to Ms. Hammoud.

"The former Attorney General chose to personally select and supervise Mr. Flood and the criminal cases, which prevented him from being engaged or even informed on any of the civil cases related to Flint, including the lawsuits against various state departments and employees and the city of Flint" said Attorney General Dana Nessel.  "These cases have gone on for years and have cost the taxpayers of this state millions of dollars.  It's time for resolution and justice for the people of Flint."

Nessel appointed Hammoud as Solicitor General yesterday and immediately assigned her to lead the Flint criminal cases.

"We don't prescribe to the idea of prosecution for profit in this office," said Nessel.  "I have worked closely with Ms. Hammoud as a prosecutor and trust her to make the right decisions and take the proper steps to ensure justice for the people of Flint.  This department has spent millions of dollars on these cases and our state residents deserve assurance that these cases are handled properly."

Nessel's appointment of Hammoud as Solicitor General received high praise from Wayne County Prosecutor Kym L. Worthy, Michigan Court of Appeals Judge Thomas Cameron, and Wayne County Circuit Court Chief Judge Timothy Kenny.

> "Attorney General Nessel's appointment of Fadwa Hammoud to serve as Michigan's next Solicitor General is a brilliant choice. She is a visionary with an excellent work ethic. This is bittersweet for the Wayne County Prosecutor's Office and me personally. Fadwa has

Case 5:16-cv-10444-JEL-EAS ECF No. 957-4, PageID.24589 Filed 09/27/19 Page 2 of 3

served all Wayne County residents with integrity, distinction, and honor. We are sad to see her leave Wayne County service, but the citizens of the entire State will be the beneficiary of her fairness and impressive reputation." *Wayne County Prosecutor Kym L. Worthy*

"While I served as a Wayne County judge, Fadwa earned the reputation of being a smart, strong, and passionate trial attorney who fought for victims' rights and as someone who could be counted on to follow the law. Fadwa's background, experience and intellect are a great fit for this new role, and I'm confident that the State of Michigan will be well-served with her as its Solicitor General." *Michigan Court of Appeals Judge Thomas Cameron*

"Fadwa Hammoud's years of dedicated public service to the Wayne County Prosecutor's Office and the Dearborn School Board demonstrate her concern for improving the lives of the citizens of the State of Michigan. She is a passionate advocate for our citizens." *Wayne County Circuit Court Chief Judge Timothy Kenny*

###

## RELATED CONTENT

Canadian commercial toll rate adjustment at International Bridge starts Oct. 1 

Michigan AG Nessel Establishes Wrongful Imprisonment Compensation Board

AG Nessel Joins Bipartisan Coalition of 21 Attorneys General Urging Congress to Pass Marijuana Banking Bill

I-69 BL (Saginaw Highway)/Marsh Road intersection improvements continue in Meridian Township

Share your thoughts with the DNR at upcoming meetings

Looking for licensed mosquito spraying companies in Michigan? MDARD has a list available online

MDHHS reports one new human case of mosquito-borne EEE in Southwest Michigan and new counties with affected animals; Eastern Equine Encephalitis remains an ongoing threat in Southwest Michigan

MDARD Reminds Industrial Hemp Growers to Test Before Harvest

Viant open house, public hearing scheduled to discuss draft consent agreement

CUSTOMER ADVISORY: All Secretary of State offices will be closed if the state government shuts down

M-33 resurfacing in Montmorency County starts Sept. 30

MDHHS continuing investigation of hepatitis A outbreak that has resulted in 920 cases in Michigan, including 30 deaths

Third Defendant Sentenced in Coldwater Child Sex Abuse Conspiracy Ring

Secretary Benson announces modernized voter registration on National Voter Registration Day

Homegrown Educator Finds Success as Region 4 Teacher of the Year in Latest #proudMIeducator Video

MIOSHA offers $250,000 in grants to keep workers safe

Animal Welfare Fund Grant Applications Being Accepted for Local Animal Shelters

Michigan PFAS Action Response Team to meet on drinking water standards, increased citizen participation

Michigan Operation Lifesaver puts focus on saving lives for Rail Safety Week

News Digest - Week of Sept. 23, 2019: UP waterfowl opener, state parks Twitter chat, 360 video trail ride

**Foreign Languages**
**Disability Resources**

**MICHIGAN.GOV HOME**
**ADA**
**MICHIGAN NEWS**
**POLICIES**

**COPYRIGHT 2019 STATE OF MICHIGAN**