# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

### AGENDA AND NOTICE FOR TELEPHONIC STATUS CONFERENCE TO BE HELD ON OCTOBER 9, 2019

The Court will hold a telephone conference call on **Wednesday, October 9, 2019 at 2:00pm** to discuss discovery-related issues. Please use the following call-in information: **888-363-4734**; Access Code: **2541474**. This call will address the dispute between Co-Liaison Counsel and Counsel for VNA Defendants regarding interrogatory responses received from bellwether plaintiffs. The parties disagree on both the timing of supplements and on the substantive responses and objections to several requests.

Only the parties subject to these disputes must attend. As set forth in the Court's August 12, 2019 Order (ECF No. 918), the parties to each

dispute shall submit a one-page summary of the dispute 48-hours before the call, along with the disputed discovery request, if one exists. The one-page summaries must be submitted by Monday, October 7, 2019, no later than 2:00pm.

    IT IS SO ORDERED.

Dated: October 3, 2019            s/Judith E. Levy
    Ann Arbor, Michigan       JUDITH E. LEVY
                                                 United States District Judge