UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BEATRICE BOLER, et al., | Case No. 5:16-cv-10444 (Consolidated) |
| Plaintiffs, | Hon. Judith E. Levy |
| | Mag. Mona K. Majzoub |
| v. | |
| DARNELL EARLEY, et al., | |
| Defendants. | |

_____/

**ORDER GRANTING MOTION FOR WITHDRAWAL
OF ATTORNEY JESSICA H. MEEDER [959]**

IT IS HEREBY ORDERED that Jessica H. Meeder be allowed to withdraw as counsel for Plaintiffs. Ms. Meeder is no longer an attorney with the law firm of Murphy, Falcon & Murphy.

William H. Murphy, Jr., William H. Murphy III, and Nicholas A. Szokoly will remain as counsel for Plaintiffs.

Dated: October 7, 2019               s/Judith E. Levy
   Ann Arbor, Michigan               JUDITH E. LEVY
                                     United States District Judge