# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

## AGENDA AND NOTICE FOR TELEPHONIC STATUS CONFERENCE TO BE HELD ON OCTOBER 23, 2019

The Court will hold a telephone conference call on **Wednesday, October 23, 2019 at 3:00pm**[1] to discuss discovery-related issues. Please use the following call-in information: **888-363-4734**; Access Code: **2541474**. This call will address (1) a dispute between Co-Liaison Counsel and VNA Defendants regarding interrogatory responses received on behalf of bellwether plaintiffs, (2) a dispute between Class Plaintiffs and VNA Defendants regarding the timeline for document production, and finally (3) a dispute between Co-Liaison Counsel and VNA Defendants

---

[1] Please note the time is 3:00pm and not 2:00pm as has been typical.

regarding responses to VNA Defendants' request for production of documents.

Only the parties subject to these disputes must attend. As set forth in the Court's August 12, 2019 Order (ECF No. 918), the parties to each dispute shall submit a one-page summary of the dispute 48-hours before the call, along with the disputed discovery request, if one exists. The one-page summaries must be submitted by Monday, October 21, 2019, no later than 2:00pm.

IT IS SO ORDERED.

Dated: October 17, 2019　　　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 17, 2019.

　　　　　　　　　　　　　　　　s/William Barkholz
　　　　　　　　　　　　　　　　WILLIAM BARKHOLZ
　　　　　　　　　　　　　　　　Case Manager