# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

Judith E. Levy
United States District Judge

_____/

This Order Relates To:

ALL CASES

_____/

## ORDER REGARDING DISCOVERY ISSUE ADDRESSED DURING OCTOBER 23, 2019 TELEPHONIC HEARING

On October 23, 2019, the Court held a telephonic hearing to address Class Plaintiffs' request that VNA Defendants produce a set of requested documents by October 31, 2019. Pursuant to the Court's order as set forth during that telephonic hearing, the Court orders as follows:

1. VNA is ordered to produce non-privileged documents identified using the search terms in Exhibit A on a rolling basis beginning October 31, 2019, subject to review for confidentiality under the Confidentiality Order. (ECF. No. 299.) VNA's search should include documents that were created, saved, received, or sent during the time period from

January 1, 2014 until January 31, 2017. The search criteria outlined herein shall be referred to as the "Search Criteria."

2. By October 31, 2019, VNA shall produce documents that meet the Search Criteria for the following custodians: William Fahey, Depin (Theping) Chen, Marvin Gnagy, Scott Edwards, and Robert Nicholas.

3. By November 8, 2019, VNA shall produce documents that meet the Search Criteria for the following custodians: Joseph Nasuta, Paul Whitmore, Jonathan Carpenter, Manshi Low, Mark Sanderson.

4. By November 22, 2019, VNA shall produce documents that meet the Search Criteria for the following custodians: David Gadis, Kevin Hagerty, Harald Jensen, Brian Clarke, Frank Crehan, Rob Arendell, Mike Byrnes, Karole Colangelo, Matt Demo, Cathy Dennis, James Good, Elinor Haider, Vincent Nicod, Sandra Sullivan, Symes, James Wood.

Dated: October 29, 2019  
Ann Arbor, Michigan

s/Judith E. Levy  
JUDITH E. LEVY  
United States District Judge

# **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 29, 2019.

<u>s/William Barkholz</u>
WILLIAM BARKHOLZ
Case Manager