# Exhibit A

Flint OR ("DWSD connect*"~45 ) OR ("DWSD reconnect*"~45 ) OR ("DWSD switch*"~45 ) OR ("DWSD change*"~45 ) OR ("DWSD quality"~45 ) OR ("DWSD expens*"~45 ) OR ("DWSD risk*"~45 ) OR ("DWSD safe*"~45 ) OR ("DWSD cost*"~45 ) OR ("DWSD politic*"~45 ) OR ("DWSD cheap*"~45 ) OR ("DWSD quick*"~45 ) OR ((DWSD "emergency manager")~45 ) OR ("DWSD concern*"~45 ) OR ("DWSD problem"~45 ) OR ("DWSD relations"~45 ) OR ("DWSD public"~45 ) OR ("DWSD price"~45 ) OR ("DWSD financial"~45 ) OR ("DWSD BD"~45 ) OR ((DWSD "business development")~45 ) OR ("DWSD option"~45 ) OR ("DWSD Nicholas"~45 ) OR ("DWSD Gadis"~45 ) OR ("DWSD Hagerty"~45 ) OR ("DWSD Nasuta"~45 ) OR ("DWSD Whitmore"~45 ) OR ("DWSD Edwards"~45 ) OR ("DWSD Gnagy"~45 ) OR (DDHD ) OR (MDEQ ) OR (KWA ) OR (FWTP ) OR (ACLU ) OR (Karegnondi ) OR (Lockwood ) OR ("LAN" ) OR ("Leo Daly"~10 ) OR (Snyder ) OR (Kurtz ) OR (Earley ) OR (Wyant ) OR (Wurfel ) OR (Crooks ) OR (Brockovich ) OR (Bowcock ) OR (Mays ) OR (Walters ) OR ("concerned pastors" ) OR ("Virginia *tech"~3 ) OR (Attisha ) OR (Walling ) OR (Croft ) OR (Valacak ) OR (Weaver ) OR (Kildee ) OR (Ananich ) OR ("Robin Winston"~10 ) OR ("Rossman McKinney"~10 ) OR ("corros* water"~10 AND train* ) OR ("corros* water"~10 AND program* ) OR ("corros* water"~10 AND government*  ) OR ("corros* water"~10 AND regulator*  ) OR ("corros* treat"~10 AND train*  ) OR ("corros* treat"~10 AND program*  ) OR ("corros* treat"~10 AND government*  ) OR ("corros* treat"~10 AND regulator* ) OR ("corros* control"~10 AND train*  ) OR ("corros* control"~10 AND program*) OR ("corros* control"~10 AND government* ) OR ("corros* control"~10 AND regulator* ) OR (("peer review" practice*)~20 ) OR (("peer review" procedure*)~20 ) OR (("peer review" polic*)~20 ) OR (("peer review" plan*)~20 ) OR ("assessment* practice*"~20 ) OR ("assessment* procedure*"~20 ) OR ("assessment* polic*"~20 ) OR ("evaluat* practice*"~20 ) OR ("evaluat* procedure*"~20 ) OR ("evaluat* polic*"~20 ) OR ( ("lesson* learn*" practice*)~20 ) OR (("lesson* learn*" procedure*)~20 ) OR (("lesson* learn*" polic*)~20 ) OR (("lesson* learn*" plan*)~20 ) OR ("Corros* paper"~500 ) OR ("Corros* present"~500 ) OR ("purif* paper"~500 ) OR ("purif* present"~500 ) OR ("practice* government*"~20 ) OR ("practice* regulator*"~20 ) OR ("procedure* government*"~20 ) OR ("procedure* regulator*"~20 )