# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases. <br> _____/ | Judith E. Levy <br> United States District Judge |

This Order Relates To:

ALL CASES

_____/

## ORDER REGARDING DISCOVERY ISSUE ADDRESSED DURING OCTOBER 23, 2019 TELEPHONIC HEARING

On October 23, 2019, the Court held a telephonic hearing to address VNA's Interrogatory Requests to Co-Liaison Counsel Corey Stern's bellwether plaintiffs. Pursuant to the Court's order as set forth during that telephonic hearing, the Court hereby Orders as follows:

1. Co-Liaison Counsel is hereby ordered to provide verification pages for the interrogatory responses for all bellwether plaintiffs within ninety (90) days, on or before January 23, 2020.

2. By December 2, 2019, Co-Liaison Counsel shall produce all responsive documents and supplemental interrogatory

responses to Interrogatory Nos. 1, 3, 4, 5, 6, 11, 14 and 18. The Court orders Co-Liaison Counsel to provide the identities of all caretakers, parents, and guardians or any other person responsible for the minor from birth to the date of filing and to identify the address where the minor claimant regularly drank tap water after April 25, 2014, such as daycares, schools, and homes. The Court denies the VNA Defendants' request for supplemental or amended responses to Interrogatory Nos. 2 and 7 and denies the VNA Defendants' request to amend the selection date for Pool 3 Bellwether Claimants.

| | |
|---|---|
| Dated: November 1, 2019<br>Ann Arbor, Michigan | s/Judith E. Levy<br>JUDITH E. LEVY<br>United States District Judge |

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 1, 2019.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager
