UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases.

Judith E. Levy
United States District Judge

_____/

This Order Relates To:

ALL CASES

_____/

### AGENDA AND NOTICE FOR TELEPHONIC STATUS CONFERENCE TO BE HELD ON NOVEMBER 20, 2019

The Court will hold a telephone conference call on **Wednesday, November 20, 2019 at 3:00pm**[1] to discuss discovery-related issues. Please use the following call-in information: **888-363-4734**; Access Code: **2541474**. This call will address Class Counsel's Motion for a Protective Order. (ECF No. 987.)

Only the parties subject to this dispute must attend. This matter is already briefed, and so parties are excused from this Court's August 12, 2019 Order (ECF No. 918) requiring submission of a one-page summary of the dispute 48-hours before the call.

---

[1] Please note the time is 3:00pm and not 2:00pm as has been typical.

IT IS SO ORDERED.

Dated: November 14, 2019         s/Judith E. Levy
Ann Arbor, Michigan              JUDITH E. LEVY
                                 United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 14, 2019.

                                 s/William Barkholz
                                 WILLIAM BARKHOLZ
                                 Case Manager