UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In Re* Flint Water Cases. | Case № 5:16-cv-10444-JEL-MKM<br>**Consolidated**<br>Hon. Judith E. Levy<br>Mag. Mona K. Majzoub |

## INDEX OF EXHIBITS

1. Subpoena to KWA

2. 1/23/19 Email Correspondence

3. 2/28/2019 Objections

4. 3/19/19 Email Correspondence

5. 3/19/19 Email Correspondence

6. Phase I Correspondence

7. Phase II Correspondence

8. Phase III Correspondence

9. Invoices for Subpoena Compliance

1252016 v1