# Exhibit 6

# Exhibit 6

**FOLEY & MANSFIELD**
30TH ANNIVERSARY

Chicago | Denver | **Detroit** | Edwardsville | Indianapolis | Kansas City | Los Angeles | Miami | Minneapolis
New Orleans | New York | Portland | St. Louis | Seattle | Tampa Bay | Walnut Creek

April 17, 2019

**Matthew T. Wise**
Direct Dial: (248) 721-8152
*mwise@foleymansfield.com*

**James M. Campbell**
**John A.K. Grunert**
Campbell, Conroy & O'Neil, P.C.
One Constitution Center
Boston, MA 02129
jmcampbell@campbell-trial-lawyers.com
jgrunert@campbell-trial-lawyers.com

**Susan E. Smith**
Beveridge & Diamond, P.C.
13501 1 Street N.W.,
Suite 700
Washington, D.C. 20005
ssmith@bdlaw.com

**Paul F. Novak**
Weltz & Luxenberg, P.C.
The Fisher Building
3011 West Grand Blvd., Ste. 2150
Detroit, MI 48202
pnovak@weitzlux.com

**J. Brian MacDonald**
Cline, Cline & Griffin, P.C.
Mott Foundation Building
503 S. Saginaw Street, Ste. 100
Flint, MI 48502
bmacdonald@ccglawyers.com

Re:     KWA Non-Party Documents-Only Subpoena

Counselors:

Attached with this correspondence you will find written responses and accompanying documents to the Non-Party Documents-Only Subpoena submitted to the Karegnondi Water Authority ("KWA"). Per our discussions and correspondences, the attachments encompass Phase I of the responses, agreed upon by the parties on or about March 19, 2019. For your reference, these documents are Bates No., "Phase I KWA NonParty SubResponse" 000001 through 001545.

As you know, I have also made available documents produced in response to putative Class Plaintiffs' First Request for Production of Documents to Jeffrey Wright. These documents include documents that are responsive to the subpoena to KWA and we have produced them again in good faith and to parties that were not a part of the original production request via e-mail and electronic link correspondence on April 4, 2019. Specifically, this production refers to Bates No. WRIGHT – 000001 through WRIGHT 578813.

FOLEY & MANSFIELD

April 17, 2019
Page 2

The Phase I production and the reproduction of the WRIGHT documents comprises documents, as indicated in the attached written responses, to the following subpoena requests:

##3, 6, 9, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 25, 31, 32, 33, 35, 34, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47.

The remainder of the subpoena responses will be produced in Phase II of the production. To that end, the second phase of production is expected to be much larger than Phase I. My client anticipates that the reasonable cost and expense of producing these items and all of the items responsive to the KWA subpoena to be between $20,000 and $30,000. As such, KWA explicitly requests and reserves its right to be reimbursed for this non-party subpoena pursuant to the Federal Rules and the Court's Order Regarding Non-Party Documents-Only Subpoenas (Dkt. 501, ¶6). These documents will be produced in the most economical means as possible.

Finally, pursuant to the Court's Order Regarding Non-Party Documents-Only Subpoenas, as the issuing attorneys receiving this non-party production, you are to notify other counsel and provide copies to them upon written request for the same. KWA nor its counsel will be making any further production of these documents to other parties in this matter.

Should any of you have any questions, please contact me.

Very truly yours,

*/s/Matthew T. Wise*

Matthew T. Wise

cc:   Gregory M. Meihn
      Kevin Kilby
      Joseph Galvin