# Exhibit 9

# Exhibit 9

# McGraw Morris P.C.

2075 West Big Beaver
Suite 750
Troy, MI 48084
248-502-4000
Tax I.D. #27-1058649

---

Attn: JOHN O'BRIEN, DEPUTY CEO
KAREGNONDI WATER AUTHORITY
KAREGNONDI WATER AUTHORITY
G-4610 BEECHER ROAD
FLINT, MI 48532

Statement Date: July 3, 2019
Statement No. 5840
Account No. 3025.100
Page: 1

RE: NON-PARTY SUBPOENA

OUR FILE #3025.1007

### Fees

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 06/03/2019 | KK | PREPARATION FOR AND ATTENDANCE AT MEETING WITH CLIENT TO REVIEW DOCUMENTS. | 10.50 | 1,312.50 |
| 06/04/2019 | KK | PREPARATION OF AND RECEIPT AND REVIEW OF 3 EMAILS AND ASSOCIATED ATTACHMENTS REGARDING SUBPOENA PRODUCTION ISSUES. | 0.40 | 50.00 |
| 06/05/2019 | KK | TELEPHONE CONFERENCE WITH ATTY LANDA REGARDING PRODUCTION ISSUES. PREPARATION FOR AND ATTENDANCE AT MEETING WITH CLIENT TO REVIEW/GATHER DOCUMENTS. | 6.00 | 750.00 |
| 06/10/2019 | KK | PREPARATION OF AND RECEIPT AND REVIEW OF 4 EMAILS AND ASSOCIATED ATTACHMENTS REGARDING SUBPOENA PRODUCTION ISSUES. | 0.50 | 62.50 |
| 06/11/2019 | KK | RECEIPT AND REVIEW OF EMAIL REGARDING SUBPOENA PRODUCTION ISSUES. | 0.10 | 12.50 |
| 06/12/2019 | KK | PREPARATION OF AND RECEIPT AND REVIEW OF 2 EMAILS AND ASSOCIATED ATTACHMENTS REGARDING SUBPOENA PRODUCTION ISSUES. | 0.20 | 25.00 |
| | | For Current Services Rendered | 17.70 | 2,212.50 |

#### Recapitulation

| Timekeeper | Hours |
|---|---|
| KEVIN KILBY | 17.70 |

| | |
|---|---|
| KAREGNONDI WATER AUTHORITY<br>Account No.   3025.1007<br>RE:  NON-PARTY SUBPOENA | Statement Date: 07/03/2019<br>Statement No.      5840<br>Page No.                2 |

### Expenses

| Date | Description | Amount |
|---|---|---:|
| 06/03/2019 | MILEAGE TO/FROM MEETING WITH CLIENT | 61.07 |
| 06/05/2019 | MILEAGE TO/FROM MEETING WITH CLIENT. | 61.07 |
| 06/06/2019 | MILEAGE TO/FROM MEETING WITH CLIENT. | 61.07 |
| 06/06/2019 | MILEAGE TO/FROM FOLEY MANSFIELD - DELIVER SUBPOENA DOCUMENTS. | 11.04 |
| | **Total Expenses** | 194.25 |
| | Previous Balance | $16,281.34 |
| | Total Current Work | 2,406.75 |

### Payments

| | | |
|---|---|---:|
| 06/27/2019 | Payment - Thank you | -16,281.34 |
| | Balance Due | $2,406.75 |

Approved By [signature]
For Payment   KWA - Reimbursable
Date Approved  7/5/19

# McGraw Morris P.C.

2075 WEST BIG BEAVER
SUITE 750
TROY, MI 48084
248-502-4000
Tax I.D. #27-1058649

Attn: JOHN O'BRIEN, DEPUTY CEO
KAREGNONDI WATER AUTHORITY
KAREGNONDI WATER AUTHORITY
G-4610 BEECHER ROAD
FLINT, MI 48532

Statement Date: June 6, 2019
Statement No.: 5784
Account No.: 3025.100
Page: 1

RE: NON-PARTY SUBPOENA

OUR FILE #3025.1007

## Fees

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/01/2019 | KK | PREPARATION OF AND RECEIPT AND REVIEW OF A TOTAL OF 3 EMAILS AND ASSOCIATED ATTACHMENTS. | 0.60 | 75.00 |
| | TDL | REVIEW AND ANALYSIS OF SUBPOENA IN REGARD TO PREPARATION FOR EMAIL REVIEW; PLAN AND PREPARE FOR EMAIL REVIEW PURSUANT SUBPOENA | 3.00 | 375.00 |
| | CEL | REVIEW AND ANALYSIS OF NON-PARTY SUBPOENA | 1.50 | 187.50 |
| 05/02/2019 | KK | PREPARATION OF AND RECEIPT AND REVIEW OF A TOTAL OF 2 EMAILS AND ASSOCIATED ATTACHMENTS REGARDING SUBPOENA REVIEW. | 0.40 | 50.00 |
| | TDL | REVIEW AND ANALYSIS OF EMAILS RE DWSD FOR PRODUCTION UNDER SUBPOENA. | 6.30 | 787.50 |
| | CEL | CONFERENCE WITH ATTY KK REGARDING PROCEDURES OF OUR RESPONSE TO SUBPOENA | 0.50 | 62.50 |
| | MO | REVIEW AND ANALYSIS OF NON-PARTY SUBPOENA IN PREPARATION OF EMAIL REVIEW IN RESPONSE TO NON-PARTY SUBPOENA | 2.50 | 312.50 |
| | MO | CONFERENCE WITH ATTORNEYS TL AND CL REGARDING NON-PARTY SUBPOENA. | 1.10 | 137.50 |
| 05/03/2019 | KK | TELEPHONE CONFERENCES WITH M. ATTY LANDA REGARDING SUBPOENA PRODUCTION. PREPARATION OF AND RECEIPT AND REVIEW OF A TOTAL OF 6 EMAILS AND ASSOCIATED ATTACHMENTS REGARDING SUBPOENA PRODUCTION. | 2.00 | 250.00 |

KAREGNONDI WATER AUTHORITY  
Account No.   3025.1007  
RE: NON-PARTY SUBPOENA

Statement Date: 06/06/2019  
Statement No.         5784  
Page No.                 2

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
|  | TDL | REVIEW AND ANALYSIS OF EMAILS PERTAINING TO GLWA IN REGARD TO PRODUCTION UNDER SUBPOENA. | 6.00 | 750.00 |
|  | CEL | REVIEW EMAILS REGARDING NON-PARTY SUBPOENA | 8.00 | 1,000.00 |
| 05/07/2019 | MO | REVIEW EMAILS REGARDING NON-PARTY SUBPOENA. | 6.00 | 750.00 |
| 05/08/2019 | MO | REVIEW OF EMAILS REGARDING NON-PARTY SUBPOENA. | 6.00 | 750.00 |
| 05/09/2019 | CEL | REVIEW EMAILS REGARDING NON-PARTY SUBPOENA | 8.00 | 1,000.00 |
|  | MO | REVIEW OF EMAILS REGARDING NON-PARTY SUBPOENA. | 6.00 | 750.00 |
| 05/10/2019 | KK | FINALIZE DOCUMENT REVIEW. PHOTOCOPY, DOWNLOAD AND PREPARE DOCUMENTS FOR DELIVERY TO ATTY WISE. | 12.10 | 1,512.50 |
|  | TDL | PLAN, PREPARE FOR AND ATTENDANCE AT MEETING TO REVIEW KWA DOCUMENTS FOR SUBPOENA. | 8.30 | 1,037.50 |
|  | KK | RECEIPT AND REVIEW OF EMAIL REGARDING SUBPOENA ISSUES. | 0.10 | 12.50 |
|  | CEL | REVIEW EMAILS REGARDING NON-PARTY SUBPOENA | 8.00 | 1,000.00 |
|  | MO | FINALIZE REVIEW OF EMAILS REGARDING NON-PARTY SUBPOENA. | 6.00 | 750.00 |
| 05/13/2019 | KK | RECEIPT AND REVIEW OF EMAIL REGARDING SUBPOENA ISSUES. | 0.10 | 12.50 |
| 05/15/2019 | KK | PREPARATION OF AND RECEIPT AND REVIEW OF A TOTAL OF 8 EMAILS AND ASSOCIATED ATTACHMENTS REGARDING SUBPOENA ISSUES. | 1.00 | 125.00 |
| 05/16/2019 | KK | FINALIZED ALL PRODUCTION. REVIEWED AND HAND-DELIVERED TO ATTY WISE. PREPARATION OF AND RECEIPT AND REVIEW OF A TOTAL OF 5 EMAILS AND ASSOCIATED ATTACHMENTS REGARDING SUPOENA ISSUES. | 12.80 | 1,600.00 |
| 05/17/2019 | KK | RECEIPT OF EMAIL REGARDING SUBPOENA ISSUES. | 0.10 | 12.50 |
| 05/20/2019 | TDL | REVIEW AND ANALYSIS OF JEFF WRIGHT SUBPOENA. | 1.00 | 125.00 |
|  | CEL | REVIEW OF JEFF WRIGHT SUBPOENA REGARDING KWA ISSUES | 1.50 | 187.50 |
| 05/21/2019 | KK | TELEPHONE CONFERENCE WITH ATTY WISE AND ATTY GALVIN REGARDING SUBPOENA ISSUES. SECOND TELEPHONE CONFERENCE WITH ATTY WISE REGARDING PRODUCTION. ANOTHER TELEPHONE CONFERENCE WITH FOLEY MANSFIELD IT DEPARTMENT REGARDING DOCUMENTS. PREPARATION OF AND RECEIPT AND REVIEW OF A TOTAL OF 17 EMAILS AND ASSOCIATED ATTACHMENTS REGARDING PRODUCTION ISSUES. PREPARATION OF PRIVILEGED LOG. | 6.80 | 850.00 |

KAREGNONDI WATER AUTHORITY  
Account No.   3025.1007  
RE: NON-PARTY SUBPOENA

Statement Date: 06/06/2019  
Statement No.      5784  
Page No.             3

|  |  |  | Hours |  |
|---|---|---|---|---|
|  | TDL | REVIEW AND ANALYSIS OF MULTIPLE EMAILS RE PHASE II PRODUCTION. | 0.50 | 62.50 |
|  | CEL | COMMUNICATION/5X EMAILS REGARDING PHASE II OF SUBPOENA PRODUCTION | 0.80 | 100.00 |
| 05/23/2019 | KK | RECEIPT AND REVIEW OF EMAIL REGARDING PRODUCTION ISSUES. | 0.10 | 12.50 |
| 05/28/2019 | KK | RECEIPT AND REVIEW OF EMAIL REGARDING PRODUCTION ISSUES. | 0.10 | 12.50 |
| 05/29/2019 | KK | RECEIPT AND REVIEW OF EMAIL REGARDING PRODUCTION ISSUES. REVIEW OF ADDITIONAL HARD DOCUMENTS. | 5.30 | 662.50 |
| 05/31/2019 | KK | REVIEW OF FIRST BATCH OF EMAILS PROVIDED FROM K. SYLVESTER'S COMPUTER. | 6.20 | 775.00 |
|  |  | For Current Services Rendered | 128.70 | 16,087.50 |

Recapitulation

| Timekeeper | Hours |
|---|---|
| CHARLES E LOVELL | 28.30 |
| KEVIN KILBY | 47.70 |
| TOM LANDA | 25.10 |
| MICHAEL OLCESE | 27.60 |

Expenses

| 05/10/2019 | MILEAGE TO/FROM MEETING WITH CLIENT REGARDING SUBPOENA | 61.07 |
|---|---|---|
| 05/16/2019 | MILEAGE TO/FROM MEETING WITH CLIENT AND DELIVER DOCUMENTS TO ATTY WISE. | 71.70 |
| 05/31/2019 | MILEAGE TO/FROM CLIENT TO REVIEW K. SYLVESTER FIRST BATCH OF EMAILS | 61.07 |
|  | Total Expenses | 193.84 |

Previous Balance $3,450.00

Total Current Work 16,281.34

Payments

| 05/28/2019 | Payment - Thank you | -3,450.00 |
|---|---|---|

Balance Due $16,281.34

Approved By [signature]  
For Payment  
Date Approved 6/10/19

Reimbursable

# McGraw Morris P.C.

2075 West Big Beaver
Suite 750
Troy, MI 48084
248-502-4000
Tax I.D. #27-1058649

---

Attn: JOHN O'BRIEN, DEPUTY CEO
KAREGNONDI WATER AUTHORITY
KAREGNONDI WATER AUTHORITY
G-4610 BEECHER ROAD
FLINT, MI 48532

Statement Date: May 8, 2019
Statement No. 5714
Account No. 3025.100
Page: 1

RE: NON-PARTY SUBPOENA

OUR FILE #3025.1007

### Fees

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/04/2019 | KK | TELEPHONE CONFERENCE WITH ATTY WISE REGARDING SUBPOENA. PREPARATION OF AND RECEIPT AND REVIEW OF A TOTAL OF 2 EMAILS AND ASSOCIATED ATTACHMENTS REGARDING DOCUMENT REVIEW. | 0.40 | 50.00 |
|  | TDL | CONFERENCE WITH ATTORNEY KILBY RE SUBPOENA DOCUMENT REVIEW; REVIEW SUBPOENA IN REGARD TO PREPARATION FOR DOCUMENT REVIEW. | 1.50 | 187.50 |
| 04/06/2019 | KK | PREPARATION OF AND RECEIPT AND REVIEW OF 3 EMAILS AND ASSOCIATED ATTACHMENTS REGARDING DOCUMENT REVIEW. | 0.30 | 37.50 |
|  | KK | REVIEW OF EMAILS TO/FROM STATE OF MICHIGAN. | 5.80 | 725.00 |
| 04/07/2019 | KK | REVIEW OF EMAILS TO/FROM STATE OF MICHIGAN. | 6.30 | 787.50 |
| 04/08/2019 | KK | TELEPHONE CONFERENCE WITH ATTY LOVELL AND ATTY LANDA REGARDING EMAIL REVIEW AND M. HORGAN REGARDING DOCUMENTS. PREPARATION OF AND RECEIPT AND REVIEW OF 5 EMAILS AND ASSOCIATED ATTACHMENTS REGARDING DOCUMENT REVIEW. | 1.20 | 150.00 |
| 04/09/2019 | KK | PREPARATION OF AND RECEIPT AND REVIEW OF 5 EMAILS AND ASSOCIATED ATTACHMENTS. PREPARATION OF MEMORANDUM TO ATTY WISE REGARDING PRODUCTION I. COMPILED AND TRANSMITTED DOCUMENTS TO MR. WISE VIA GOOGLE DOCUMENTS. | 3.60 | 450.00 |
| 04/13/2019 | KK | REVIEW OF EMAILS TO/FROM STATE OF MICHIGAN. | 6.10 | 762.50 |
| 04/15/2019 | KK | RECEIPT OF EMAIL REGARDING DOCUMENT REVIEW. | 0.10 | 12.50 |

KAREGNONDI WATER AUTHORITY  
Account No.   3025.1007  
RE: NON-PARTY SUBPOENA

Statement Date: 05/08/2019  
Statement No.       5714  
Page No.                 2

|            |     |                                                                                                                                                 | Hours |          |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 04/17/2019 | KK  | PREPARATION OF AND RECEIPT AND REVIEW OF 2 EMAILS AND ASSOCIATED ATTACHMENTS REGARDING DOCUMENT PRODUCTION                                      | 0.20  | 25.00    |
| 04/19/2019 | TDL | CONFERENCE WITH ATTORNEY LOVELL AND ATTORNEY OLCESE RE SCOPE OF SUBPOENA REVIEW AND PREPARATION FOR PRODUCTION OF DOCUMENT PURSUANT TO SUBPOENA. | 1.20  | 150.00   |
|            | CEL | REVIEW AND ANALYSIS OF SUBPOENA                                                                                                                 | 0.50  | 62.50    |
| 04/23/2019 | KK  | TELEPHONE CONFERENCE WITH M. HORGAN AND J. ASBRIDGE REGARDING DOCUMENTS. RECEIPT OF EMAIL REGARDING DOCUMENT PRODUCTION.                        | 0.30  | 37.50    |
| 04/24/2019 | KK  | RECEIPT OF EMAIL REGARDING DOCUMENT PRODUCTION.                                                                                                 | 0.10  | 12.50    |
|            |     | For Current Services Rendered                                                                                                                   | 27.60 | 3,450.00 |

### Recapitulation

| Timekeeper       | Hours |
|------------------|-------|
| CHARLES E LOVELL | 0.50  |
| KEVIN KILBY      | 24.40 |
| TOM LANDA        | 2.70  |

Total Current Work                                                                                                             3,450.00

Balance Due                                                                                                                    $3,450.00

APPROVED  
FOR  
Payment — Note reimbursable  
DATE 5/14/19