Case No. 19-1425/19-1472/19-1477/19-1533

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

LUKE WAID, Parent and Next-Friend of SR, a minor; et al.

      Plaintiffs

and

ELNORA CARTHAN et al.,

      Plaintiffs - Appellees

v.

RICHARD DALE SNYDER, former Governor, et al.

      Defendants

and

DARNELL EARLEY, et al.,

      Defendants - Appellants

Upon consideration of the appellees' unopposed motion to dismiss Marilyn Bryson and EPCO Sales, LLC as parties on appeal,

It is therefore **ORDERED** that the motion be and it hereby is **GRANTED** and the above-named parties are hereby **DISMISSED**.

**ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: November 18, 2019

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: November 18, 2019

| | |
|---|---|
| Mr. Samuel R. Bagenstos | Mr. Gregory Stamatopoulos |
| Mr. Charles Edward Barbieri | Mr. James William Burdick |
| Mr. Frederick A. Berg Jr. | Ms. Allison Marie Collins |
| Mr. Jay M. Berger | Mr. Christopher Bradley Clare |
| Mr. Jordan Seth Bolton | Mr. Zachary Chad Larsen |
| Mr. James A. Fajen | Ms. Krista Aimee Jackson |
| Mr. Nathan A. Gambill | Mr. William Young Kim |
| Mr. William H. Goodman | Ms. Deborah A. LaBelle |
| Mr. Philip A. Grashoff Jr. | Mr. Christopher James Marker |
| Ms. Julie H. Hurwitz | Mr. Michael John Pattwell |
| Mr. Sheldon H. Klein | Mr. Todd Russell Perkins |
| Mr. Richard S. Kuhl | Mr. Alexander Stephen Rusek |
| Ms. Emmy L. Levens | Mr. Edwar Ayoub Zeineh |
| Ms. Cary S. McGehee | Mr. Joseph E. Richotte |
| Mr. David Wayne Meyers | Mr. Thaddeus E. Morgan |
| Mr. Paul F. Novak | Mr. Michael H. Perry |
| Mr. Michael L Pitt | Mr. Barry A. Wolf |
| Ms. Beth M. Rivers | |

Re: Case No. 19-1425/19-1472/19-1477/19-1533,
*Luke Waid, et al v. Richard Snyder, et al*
Originating Case No. 5:16-cv-10444

Dear Counsel:

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Patricia J. Elder
Senior Case Manager

cc: Mr. David J. Weaver

Enclosure