# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases. _____/ | Judith E. Levy<br>United States District Judge |

This Order Relates To:

ALL CASES

_____/

## ORDER DENYING MOTION FOR PROTECTIVE ORDER AS MOOT AND ABANDONED [987]

On November 20, 2019, the Court held a telephone hearing to address Class Plaintiffs' motion for a protective order. (ECF No. 987.) Counsel for Class Plaintiffs did not make an appearance at the hearing. The motion is denied as moot and abandoned.

IT IS SO ORDERED.

| | |
|---|---|
| Dated: November 21, 2019<br>Ann Arbor, Michigan | s/Judith E. Levy<br>JUDITH E. LEVY<br>United States District Judge |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's

ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 21, 2019.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager
