UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases.　　　　　　　Judith E. Levy
　　　　　　　　　　　　　　　　　　United States District Judge
_____/

This Order Relates To:

ALL CASES

_____/

## ORDER REGARDING APPLICATIONS FOR INTERIM INDIVIDUAL CO-LIAISON COUNSEL AND INTERIM CO-LEAD CLASS COUNSEL

On July 27, 2017, Theodore Leopold of Cohen Milstein Sellers & Toll PLLC and Michael Pitt of Pitt McGehee Palmer & Rivers PC were appointed as interim co-lead class counsel, and Corey Stern of Levy Konigsberg LLP and Hunter Shkolnik of Napoli Shkolnik PLLC were appointed as interim individual co-liaison counsel. (ECF No. 173.) They were reappointed on December 7, 2018. (ECF No. 696.) Their second terms will expire on **December 31, 2019**. Applications for the next one-year terms are due on or before **Wednesday, December 18, 2019**.

Accordingly, IT IS ORDERED that interested counsel should submit an application for appointment as either interim individual co-

liaison counsel *or* interim co-lead class counsel by Wednesday, December 18, 2019. Applications should be limited to a statement of interest, no longer than five pages in length, but additional appendices will be accepted if relevant to the applicant's pertinent qualifications. For a description of the roles, applicants are referred to the Court's October 26, 2017 order delineating the respective duties of interim co-lead class counsel and interim individual co-liaison counsel. (ECF No. 234.)

    IT IS SO ORDERED.

Dated: November 21, 2019  
Ann Arbor, Michigan

s/Judith E. Levy  
JUDITH E. LEVY  
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 21, 2019.

s/William Barkholz  
WILLIAM BARKHOLZ  
Case Manager

2