## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| *In Re* Flint Water Cases, | No. 5:16-cv-10444-JEL-MKM (consolidated)<br><br>Hon. Judith E. Levy<br><br>Mag. Mona K. Majzoub |
| *Estate of Odie Brown, Deceased,*<br><br>*Plaintiff*<br><br>*v.*<br><br>*Governor Rick Snyder, et al.,*<br><br>*Defendants* | No. 5:18-cv-10726-JEL-MKM |

## INDIVIDUAL LEGIONELLA PLAINTIFFS' NOTICE OF PRIOR DEPOSITIONS TAKEN AND DEPOSITIONS NOTICED BUT NOT YET TAKEN

Individual Legionella Plaintiffs have previously taken the following depositions, and noticed the following depositions that did not go forward:

## CASES ON WHICH DEPOSITIONS WERE TAKEN[1]

1. *Estate of Debra Kidd, Dec'd, Connie Taylor, Brian Kelsey & Larry Balknight v McLaren Regional Medical Center*

   GCCC Case No. 16-106199-NO

   a. Larry Balknight (Plaintiff)
      i. Noticed by McLaren / Walt Griffin

---

[1] All depositions stenographically recorded.

    ii. Deposed on 12/18/2016
    iii. No protective order

b. Linda Morris;
    i. Notice by McLaren / Walt Griffin
    ii. Deposed on 03/16/2017
    iii. No protective order

c. Brian Kelsey (Plaintiff)
    i. Noticed by McLaren / Megan Mulder
    ii. Deposed on 05/16/2018
    iii. No protective order

d. Troy Kidd (Plaintiff)
    i. Noticed by McLaren / Megan Mulder
    ii. Deposed on 05/16/2018
    iii. No protective order

e. Connie Taylor (Plaintiff)
    i. Noticed by McLaren / Walt Griffin
    ii. Deposed on 12/20/2016
    iii. No protective order

f. Henry Lobb (McLaren Employee)
    i. Noticed by Plaintiffs / Todd Weglarz
    ii. Deposed on 11/30/2016
    iii. Portions of the dep may reference records subject to a protective order

g. Raelynn Hicks (McLaren Employee)
    i. Noticed by Plaintiffs / Todd Weglarz
    ii. Deposed on 11/30/2016
    iii. Portions of the dep may reference records subject to a protective order

h. Charles Caine (Anthelio Healthcare)
    i. Noticed by Plaintiffs / Todd Weglarz
    ii. Deposed on 12/07/2016
    iii. No protective order

2. *Gregory Clemons v McLaren Regional Medical Center*
   GCCC Case No. 17-109493-NO

   a. Gregory Clemons (Plaintiff)
      i. Noticed by McLaren / Megan Mulder
      ii. Deposed on 05/14/2018
      iii. No protective order

3. *Nyla Dalrymple, Forrest Mahan Jr & Mark Runyan v McLaren Reg'l Med Ctr*
   GCCC Case No. 17-108772-NO

   a. Nyla Dalrymple (Plaintiff)
      i. Noticed by McLaren / Megan Mulder
      ii. Deposed on 9/28/2018
      iii. No protective order

   b. Forrest W. Mahan, Jr. (Plaintiff)
      i. Noticed by McLaren / Megan Mulder
      ii. Deposed on 6/19/2018
      iii. No protective order

   c. Mark Runyon (Plaintiff)
      i. Noticed by McLaren / Megan Mulder
      ii. Deposed on 4/28/2018
      iii. No protective order

   d. Judy Runyon (Plaintiff's wife)
      i. Noticed by McLaren / Megan Mulder
      ii. Deposed on 4/28/2018
      iii. No protective order

4. *Teresa Darling v McLaren Regional Medical Center*
   GCCC Case No. 17-109340-NO

   a. Teresa Darling (Plaintiff)
      i. Noticed by McLaren / Megan Mulder
      ii. Deposed on 5/15/2018
      iii. No protective order

5. *Estate of Peter Derscha Jr, Dec'd, & Estate of Brian T McHugh, Dec'd v*

*McLaren Regional Medical Center*
GCCC Case No. 17-108773-NO

    a. Audrey Derscha (Plaintiff PR)
        i. Noticed by McLaren / Megan Mulder
        ii. Deposed on 4/23/2018
        iii. No protective order

    b. Daniel McHugh (Plaintiff PR)
        i. Noticed by McLaren / Susan Smith
        ii. Deposed on 4/24/2018
        iii. No protective order

6. *Estate of Daniel Hawley, Dec'd v McLaren Reg'l Med Ctr*
   GCCC Case No. 17-110226-NO

    a. Diane Hawley (Plaintiff PR)
        i. Noticed by McLaren / Megan Mulder
        ii. Deposed on 6/20/2018
        iii. No protective order

7. *Estate of Sharon A. Hinze, Dec'd v McLaren Regional Medical Center*
   GCCC Case No. 17-108688-NO

    a. Sherrianne Smarch (Plaintiff PR)
        i. Noticed by McLaren / Megan Mulder
        ii. Deposed on 4/23/2018
        iii. No protective order

8. *Russell Hobson v. McLaren Regional Medical Center*
   GCCC Case No. 17-109557-NO

    a. Russell Hobson (Plaintiff)
        i. Noticed by McLaren / Megan Mulder
        ii. Deposed on 6/19/2018
        iii. No protective order

9. *Estate of Clayton E Hollister, Dec'd v McLaren Regional Medical Center*
   GCCC Case No. 17-109854-NO

    a. Catherine A. Young (Plaintiff PR)
       i. Noticed by McLaren / Megan Mulder
       ii. Deposed on 05/14/2018
       iii. No protective order

10. *Estate of Thomas Mulcahy, Dec'd, Estate of Arthur L Percy, Dec'd, & Estate of Nelda Hunt, Dec'd v McLaren Regional Medical Center*

    GCCC Case No. 16-106517-NO

    a. Lorraine M. Kelly (Plaintiff PR)
       i. Noticed by McLaren / Walt Griffin
       ii. Deposed on 01/30/2017
       iii. No protective order

    b. Michael T. Mulcahy (Plaintiff PR)
       i. Noticed by McLaren / Megan Mulder
       ii. Deposed on 01/30/17
       iii. No protective order

    c. Mary E Percy (Plaintiff PR)
       i. Noticed by McLaren / Walt Griffin
       ii. Deposed on 12/20/2016
       iii. No protective order

11. *Betty Perdue v McLaren Regional Medical Center*
    GCCC Case No. 17-109339-NO

    a. Betty J. Purdue (Plaintiff)
       i. Noticed by McLaren / Megan Mulder
       ii. Deposed on 09/27/2018
       iii. No protective order

12. *Estate of Patricia Schaffer, Dec'd v McLaren Regional Medical Center*
    GCCC Case No. 16-108271-NO

    a. Tresa M. Renaud (Plaintiff PR)
       i. Noticed by McLaren / Megan Mulder
       ii. Deposed on 04/24/2018
       iii. No protective order

13. *Patrick Seeley v McLaren Regional Medical Center*
    GCCC Case No. 18-110423-No

    a. Patrick Seeley (Plaintiff)
        i. Noticed by McLaren / Megan Mulder
        ii. Deposed on 06/21/18
        iii. No protective order

14. *Estate of Charles Tower v McLaren Regional Medical Center*
    GCCC Case No. 17-109337-NO

    a. Rebecca L. Tower (Plaintiff PR)
        i. Noticed by McLaren / Megan Mulder
        ii. Deposed on 04/25/18
        iii. No protective order

## DEPOSITIONS NOTICED BUT NOT TAKEN

1. *Estate of Debra Kidd, Dec'd, et al v McLaren Regional Medical Center*
   GCCC Case No. 16-106199-NO

   a. Noticed by Plaintiff's Counsel (Todd Weglarz, 248-355-5555, tweglarz@fiegerlaw.com):

        i. Susan Capal (GCHD) - Noticed for 04/13/2018

        ii. CDC – PMK Re Legionella Testing in Flint – Noticed for 04/11/2018

        iii. Danielle Donovan (MDHHS) – Noticed for 04/17/2018

        iv. McLaren Employee who Drafted Health Dept Call Spreadsheet – Noticed for 06/20/2018

        v. Nicole Greenway (Shiawassee Cty Health Dept [SCHD]) – Noticed for 04/18/2017

        vi. Shurooq Hasan (GCHD) – Noticed for 04/25/2017

      vii.  James Henry (GCHD) – Noticed for 05/07/2018
     viii.  Larry Johnson (SCHD) – Noticed for 04/18/2017
      ix.  Denise Kremlick, RN (GCHD) – Noticed for 02/12/2018
       x.  Nick Lyon (MDHHS) – Noticed for 04/18/2017
      xi.  Shawn McElmurry – Noticed for 04/20/2018
     xii.  Jeff McManus (CMS) – Noticed for 05/03/2018
    xiii.  Angela Minicuci (MDHHS) – Noticed for 04/23/2018

    xiv.  Janet Stout (Special Path Labs) – Noticed for 06/18/2017

     xv.  James Westcott (Env'l Testing & Consulting) – Noticed for 04/26/2018

b. Noticed by Defense Counsel (Walt Griffin, 810-232-3141, wgriffin@ccglawyers.com):

       i.  Michael Glasgow – Noticed for 03/09/2017
      ii.  Corinne Miller – Noticed for 03/15/2017
     iii.  Eden Wells, MD – Noticed for 03/30/2017

2. *Hollister v Mclaren,* GCCC Case No. 17-109865-NO

a. Noticed by Plaintiff Counsel Todd Weglarz, 248-355-5555, tweglarz@fiegerlaw.com:

       i.  McLaren PMK Re Decedent's Sputum Culture - Noticed for 05/04/2018

3. *Percy v McLaren,* GCCC Case No. 16-106517-NO

a. Noticed by Defense Counsel Megan Mulder, 810-232-3141, mmulder@ccglawyers.com

       i.  Christine Percy – Notice for 07/13/2017
      ii.  Todd Percy – Noticed for 07/13/2017

4. *Mulcahy v McLaren*, GCCC Case No. 16-106517-NO

a. Noticed by Plaintiff Counsel Todd Weglarz, 248-355-5555,

twglarz@fiegerlaw.com:

i.  William Lo, MD – Noticed for 06/21/2018

Respectfully submitted,

Fieger, Fieger, Kenney & Harrington, P.C.

/s/ Todd J. Weglarz
TODD J. WEGLARZ (P48035)
Attorneys for Plaintiff
19390 West Ten Mile Road
Southfield, MI 48075
Dated:   December 2, 2019          (248) 355-5555

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served
upon each of the attorneys of record on December 2, 2019 by:

☐ *U.S. Mail*          ☐ *Fax*
☐ *Hand Delivered*     ☐ *Overnight Carrier*
☐ *Certified Mail*     ☒ *Electronic filing*

/s/ Todd J. Weglarz
Todd J. Weglarz