## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

BROWN, et al.,

        Plaintiff,

v.

SNYDER, et al.,

Case No. 5:18-cv-10726-JEL-MKM

Hon. Judith E. Levy

_____

### INDIVIDUAL LEGIONELLA PLAINTIFFS' NOTICE OF WRITTEN DISCOVERY ISSUED

Pursuant to the Court's Second Amended Case Management Order [Doc 998],

Individual Legionella Plaintiffs submit their List of Written Discovery Issued:

1. *Estate of Debra Kidd, Dec'd, Connie Taylor, Brian Kelsey & Larry Balknight vs. McLaren Regional Medical Center*

   GCCC Case No. 16-106199-NO

   a. Plaintiffs Request Produce to Def McLaren dated 02/10/16
      i. Partial Responses Served
      ii. Subject to Protective Order dated 10/10/2016

   b. Plaintiffs Request Produce to Def McLaren dated 03/31/16
      i. Partial Responses Served (Plaintiffs' medical and partial billing records)
      ii. Not subject to protective order

   c. Plaintiffs Interrogatories Re Insurance to Def McLaren dated 04/13/16
      i. Partial Responses Served
      ii. Responses may be subject to Protective Order

d.  Plaintiffs Request Produce to Def McLaren dated 12/21/16
    i.   Partially Responded to (Schematic Diagrams of Facility Provided)
    ii.  Responses may be subject to Protective Order

e.  Plf Balknight Interrogatories / RFP Re HIPAA QPO to Def McLaren dated 04/26/17
    i.   Answers Received
    ii.  Not subject to protective order

f.  Plf Kelsey Interrogatories / RFP Re HIPAA QPO to Def McLaren dated 04/26/17
    i.   Answers Received
    ii.  Not subject to protective order

g.  Plf Kidd Interrogatories / RFP Re HIPAA QPO to Def McLaren dated 04/26/17
    i.   Answers Received
    ii.  Not subject to protective order

h.  Plf Taylor Interrogatories / RFP Re HIPAA QPO to Def McLaren dated 04/26/17
    i.   Answers received
    ii.  Not subject to protective order

i.  Plaintiffs Interrogatories / RFP Re Chlorine Testing to Def McLaren dated 03/08/18
    i.   Answers / Responses received
    ii.  May be subject to Protective Order

j.  Plaintiffs Request Produce to Def McLaren dated 03/21/18
    i.   Answers (records being assembled) / Objections received
    ii.  Not subject to protective order

k.  Plaintiffs Request Produce to Def McLaren dated 04/06/18
    i.   No Answers received / No Responses served

l.  Records Subpoena to CDC dated 12-13-17
    i.   Responsive documents received
    ii.  No protective order

m. Records Subpoena to City of Flint dated 02/09/16
    i.  No Response

n. Records Subpoena CMS (Medicare) dated 03/05/18
    i.  No Responsive documents provided / received

o. Records Subpoena to Danielle Donovan (MDHHS/McLaren) dated 03/07/18
    i.  Responsive Documents received
    ii.  Subject to protective order

p. Records Subpoena to EPA dated 03/07/18
    i.  Responsive documents received
    ii.  No protective order

q. FOIA Record Request to Genesee County Health Department dated 01/26/2016

r. Records Subpoena to Genesee County Health Department dated 02/09/16
    i.  Responsive documents provided
    ii.  No protective order

s. Records Subpoena to Genesee County Health Dept (J Henry) dated 03/28/17
    i.  Responsive documents provided
    ii.  No protective order

t. FOIA Record Request to Genesee County Health Dept dated 09/11/17
    i.  Responsive documents provided
    ii.  Subject to HIPAA (Plaintiffs' Legionella Case Reports & other medical information)

u. FOIA Record Request to Genesee County Medical Examiner dated 01/26/16
    i.  No Record Statement received
    ii.  Not subject to protective order

v. Records Subpoena to Environmental Testing & Consulting dated 03/07/18
    i.  No Responsive documents provided

    ii.  No protective order

w. Records Subpoena to GM Flint dated March 2018
    i.  No Responsive documents provided

x. Records Subpoena to Nick Lyon (MDHHS) dated 03/09/17
    i.  Responsive documents received
    ii.  Subject to Protective Order

y. Records Subpoena to MDEQ dated 02/09/16
    i.  Records Received
    ii.  Subject to Protective Order

z. Records Subpoena to MDHHS dated 05/04/16
    i.  Responsive documents received
    ii.  No protective order

aa. Records Subpoena to MDHHS dated 03/12/18
    i.  Responsive documents received
    ii.  Subject to HIPAA protective order

bb. FOIA Record Requests to MI AG Office dated 06/27/17 (re Cook, Miller, Peeler, Rosenthal & Scott)
    i.  No Responsive documents received

cc. FOIA Record Request to MIOSHA dated 04/06/18
    i.  Responsive documents provided
    ii.  No protective order

dd. Records Subpoena to Shiawassee County Health Dept dated 03/28/17
    i.  Responsive documents provided
    ii.  No protective order

ee. Records Subpoena to Janet Stout PhD dated 04/26/17
    i.  No responsive documents provided

ff. Records Subpoena to Eden Wells, M.D. sent 3/17/17
    i.  No responsive documents provided

gg. Records subpoena to Marcus J. Zervos, M.D. dated 12/15/17

          i.  No responsive documents provided

2.   *Gregory Clemons v. McLaren Regional Medical Center*
     GCCC Case No. 17-109493-NO

      a.  Plaintiff's Request Produce to Def McLaren dated 12/15/17
          i.  Responsive documents provided
          ii.  Subject to HIPAA privilege

      b.  Plaintiff's Request Produce to Def McLaren dated 03/08/18
          i.  No Response provided

3.   *Nyla Dalrymple, Forrest Mahan, Jr & Mark Runyan v. McLaren Regional Medical Center*

     GCCC Case No. 17-108772-NO

      a.  Plaintiffs' Interrogatories Re Insurance to Def McLaren dated 4/26/17
          i.  Partial Responses Served
          ii.  Responses may be subject to Protective Order

      b.  Plaintiffs' Interrogatories / RFP Re HIPAA QPO 4/26/17
          i.  Responses served
          ii.  No protective order

      c.  Plaintiffs Request Produce to Def McLaren dated 04/26/17
          i.  No Responses served

      d.  Plaintiffs Request Admit / Interrogatories to Def McLaren dated 4/26/17
          i.  Responses served
          ii.  No protective order

      e.  Plaintiffs Request Produce to Def McLaren dated 11/30/17 (Medical & Billing Records)
          i.  Responses served
          ii.  No protective order

      f.  Plaintiffs Interrogatories Lay & Expert Witnesses to Def McLaren
          i.  Non-Responsive Objections served

      g.  Plaintiffs Request Produce to Def McLaren dated 03/08/18
          i.  No Response provided

4.  *Teresa Darling v McLaren Regional Medical Center*
    GCCC Case No. 17-109340-NO

      a.  Plaintiff's Request Produce to Def McLaren dated 12/09/17
          i.  Responses served
          ii.  No protective order

      b.  Plaintiff's Request Produce to Def McLaren dated 03/08/18
          i.  No Response provided

5.  *Estate of Peter Derscha, Jr. Dec'd & Estate of Brian T McHugh, Dec'd, v McLaren Regional Medical Center*
    GCCC Case No. 17-108773-NO

      a.  Plaintiffs' Interrogatories Re Insurance to Def McLaren dated 04/26/17
          i.  Partial Responses Served
          ii.  Responses may be subject to Protective Order

      b.  Plaintiffs Interrogatories / RFP Re HIPPA QPO
          i.  Responses served
          ii.  No protective order

      c.  Plaintiffs Request Produce to Def McLaren dated 04/26/17
          i.  No Responses served

      d.  Plaintiffs' Request Admit / Interrogatories to Def McLaren (answered)
      e.  Plaintiffs Request Produce to Def McLaren dated 03/13/18 (answered)

6.  *Estate of Charles Tower, Dec'd v. McLaren Regional Medical Center*
    GCCC Case No. 17-109337-NO
      a.  Plaintiff's Request Produce to Def McLaren dated 03/13/18 (answered)

      b.  Plaintiff's request produce to Def McLaren dated 03/08/18 (not answered)

7. *Estate of Sharon A. Hinze, Dec'd, v. McLaren Regional Medical Center*
   GCCC Case No. 17-108688-NO

   a. Plaintiff's Request to Produce to Def McLaren dated 03/13/18 (answered)

   b. Plaintiff's insurance interrogatories and requests to produce dated 4/26/17 (answered)

   c. Plaintiff's interrogatories and request for production regarding HIPAA qualified protective order dated 4/26/17 (answered)

   d. Plaintiff's request for admissions to Defendant McLaren dated 4/26/17 (answered)

   e. Plaintiff's request to produce to Defendant McLaren dated 03/8/18 (not answered)

   f. Plaintiff's request to produce to Defendant McLaren dated 4/26/17 (not answered)

8. *Estate of Daniel Hawley v McLaren Regional Medical Center*
   GCCC Case No. 17-110226-NO

   a. Plaintiff's Request Produce Def McLaren dated 12/19/17 (partially answered; no protective order)

   b. Plaintiff's Request Produce to Defendant McLaren dated 03/08/18 (not answered)

9. *Russell Hobson v. McLaren Regional Medical Center*
   GCCC Case No. 17-109557-NO

   a. Plaintiffs request to produce to Defendant McLaren dated 12/19/17 (partially answered; no protective order)

   b. Plaintiff's request to produce to Defendant McLaren dated 03/08/18 (not answered)

    c.  Plaintiff's Interrogatories Re Insurance (partially answered; may be subject to protective order)

10.  *Estate of Clayton E. Hollister, Dec'd, v. McLaren Reg'l Med Center*
    GCCC Case No. 17-109854-NO

    a.  Plaintiff's Request Produce to Defendant McLaren (answered)

11.  *Estate of Thomas Mulcahy, Dec;d, Estate of Arthur L. Percy, Dec'd, and Estate of Nelda Hunt, Dec'd, v. McLaren Regional Medical Center*
    GCCC Case No. 16-106517-NO

    a.  Plaintiffs Interrogatories & request for production regarding HIPAA qualified protective order to Defendant McLaren dated 4/26/17 (answered)

    b.  Plaintiffs request for admissions directed to Defendant McLaren dated 4/26/17 (answered)

    c.  Plaintiffs' insurance interrogatories to Def McLaren dated 4/13/16 (partially answered; may be subject to protective order)

    d.  Plaintiff's request to produce directed to Defendant McLaren dated 04/26/17 (answered)

    e.  Plaintiff's request to produce directed to Defendant McLaren dated 03/8/18 (not answered)

    f.  Records subpoena to MDEQ dated 04/13/16 (answered)
    g.  Records subpoena to City of Flint dated 04/13/16 (not answered)
    h.  Records subpoena to Genesee County Health Department dated 4/13/16 (not answered)

12.  *Betty Perdue v. McLaren Regional Medical Center*
    GCCC Case No. 17-109339-NO
    a.  Plaintiff's insurance interrogatories and request for production of documents to Defendant McLaren (not answered)
    b.  Plaintiff's request to produce to Defendant McLaren (not answered)

    c. Plaintiff's request to produce to Defendant McLaren dated 3/8/18 (not answered)

13. *Gradine Rogers v. McLaren Regional Medical Center*
    GCCC Case No. 17-109338-NO

    a. Plaintiff's request to produce to Defendant McLaren dated 3/8/18 (answered)

14. *Estate of Patricia Schaffer, Dec'd, v. McLaren Regional Medical Center*
    GCCC Case No. 16-108271-NO

    a. Plaintiff's insurance interrogatories and requests to produce to Defendant McLaren (answered)
    b. Plaintiff's notice of non-party at fault interrogatories and request to produce to Def McLaren dated 05/4/17 (evasive answers provided)
    c. Plaintiff's interrogatories and request for production regarding HIPAA qualified protective order dated 4/26/17 (answered)
    d. Plaintiff's request to produce directed to Defendant McLaren dated 04/26/17 (not answered)
    e. Plaintiff's request for admissions directed to Defendant McLaren dated 4/26/17 (answered)
    f. Plaintiff's request to produce directed to Defendant McLaren dated 03/08/18 (not answered)

15. *Patrick Seeley v. McLaren Regional Medical Center*
    GCCC Case No. 18-110423-NO

    a. Plaintiff's request to produce to Defendant McLaren dated 3/8/18 (not answered)

    b. Plaintiff's insurance interrogatories with companion requests to produce directed to Defendant McLaren dated 2/19/18 (answered)

    c. Plaintiff's requests to produce to Defendant McLaren dated 3/19/18 (not answered)

Respectfully submitted,


*/s/ Todd J. Weglarz*
TODD J. WEGLARZ (P48035)
Attorneys for Plaintiff
19390 West Ten Mile Road
Southfield, MI 48075
Dated:   December 2, 2019          (248) 355-5555


PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served
upon each of the attorneys of record on December 2, 2019 by:

☐ *U.S. Mail*          ☐ *Fax*
☐ *Hand Delivered*     ☐ *Overnight Carrier*
☐ *Certified Mail*     ☒ *Electronic filing*


*/s/ Todd J Weglarz*
Todd J Weglarz