# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

## **AGENDA FOR DECEMBER 10, 2019 STATUS CONFERENCE**

The Court will hold a status conference in these cases on December 10, 2019, at 2:00pm in Ann Arbor, Michigan. The agenda will be as follows, although the Court may adjust the agenda prior to the conference if necessary:

**I.** ***In re* Flint Water Cases Discovery**

VNA Defendants request the opportunity to discuss scheduling of State Defendants' depositions following this Court's order regarding the City Defendants' joint motion for a protective order. (ECF No. 1007.)

## II. Other Discovery Coordination

The parties should come prepared to update the Court with respect to how discovery is proceeding in other state and federal actions related to the Flint Water Cases.

## III. Individual Cases

The Court will address management of individual cases in light of its opinion and order in *Walters v. Flint* (Case No. 17-cv-10164) and *Sirls v. State of Michigan.* (Case No. 17-cv-10342.) For example, some individual short form complaints name defendants that have been dismissed and counts that are no longer viable. The Court will also hear oral argument on the pending motions to dismiss in *Chapman v. Snyder* (Case No. 18-cv-10679, ECF No. 49, 50, 51) and *Alexander v. City of Flint.* (Case No. 16-cv-13421, ECF No. 150.) The Court will set a briefing schedule for any remaining claims.

## IV. Bellwether Selection

During the November 6, 2019 status conference, the Court appointed counsel to develop a proposal for the next round of bellwether selection. (ECF No. 1009, PageID.26121–PageID.26122.) *See also* Second Amended Case Management Order (ECF No. 998, PageID.25956–

PageID.25963.) The proposal will be submitted to the Court in advance of the conference and will be addressed as needed.

## V. Report from the Special Master

The Special Master will provide an update on her work since the last status conference.

## VI. Scheduling of Next Status Conference

The next status conference will be held on Wednesday, January 22, 2020 at 2:00pm in Ann Arbor, Michigan. Parties are to file proposed agenda items in Case No. 16-cv-10444 by January 8, 2020. Individual liaison counsel should collect proposed agenda items from all counsel representing individual plaintiffs and submit those proposed items as a single filing. The Court will issue an agenda by January 15, 2020.

IT IS SO ORDERED.

Dated: December 3, 2019       s/Judith E. Levy
Ann Arbor, Michigan      JUDITH E. LEVY
     United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 3, 2019.

<u>s/William Barkholz</u>
WILLIAM BARKHOLZ
Case Manager