**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

*In Re: Flint Water Cases*

Case No. 5:16-cv-10444-JEL-MKM

Honorable Judith E. Levy

_____/

**APPLICATION FOR APPOINTMENT OF**
**COREY M. STERN AS CO-LIAISON COUNSEL**

COMES NOW Corey M. Stern, and in submitting his Application for Appointment as Co-Liaison Counsel, states as follows:

1.      I am a partner with Levy Konigsberg, LLP. I specialize in cases involving children who have suffered brain damage from exposure to lead.

2.      From January 1, 2016 through the present, I have spent significant time in Flint and today my firm represents more than 2,500 individual Flint children.

3.      On November 15, 2016, I was appointed Lead Counsel for plaintiffs in the Genesee County litigation, a role I continue in today.

4.      On July 27, 2017, this Court appointed me Co-Liaison Counsel for individual claimants. The duties associated therewith were outlined in the Court's October 26, 2017 Order (ECF No. 234) and consist of coordinating the individual actions during pretrial proceedings. This includes the coordination of discovery, hearings and meetings, submitting and arguing motions, negotiating various issues with defense counsel, exploring opportunities for settlement, maintaining adequate files, and keeping other counsel for individual plaintiffs apprised of the progress of litigation and consulting them about decisions that affect their clients.

5.      On December 7, 2018, this Court reappointed me Co-Liaison Counsel for individual claimants. (ECF No. 696.)

6.      It has been an honor to serve in this role and I have become a better lawyer through the process. I believe I have performed the ascribed duties in a way that serves my clients and the litigation well.

7.      Serving in this role continues to require a significant financial commitment from my firm, which we have made and which we will continue to make.

8.      I believe that I continue to serve as an effective and integral conduit for individual attorneys depending on me to advocate for them and to provide them with important information as the litigation progresses.

9.      I have tried and will continue to endeavor to treat opposing counsel and their clients with graciousness and respect.

10.      I have always been and will continue to be honest with the Court, opposing counsel, the neutrals, the Special Master, co-Liaison Counsel, Interim Lead Counsel for the Putative Class, and with those attorneys serving in less defined roles.

11.      I remain committed to self-growth and to fearless advocacy for my clients, and for those individuals represented by others.

> Respectfully,
>
> /S/ COREY M. STERN
> Corey M. Stern (P80794)
> LEVY KONIGSBERG, LLP
> 800 Third Avenue, 11th Floor
> New York, New York 10022
> (212) 605-6298
> (212) 605-6290 (facsimile)

Dated: December 18, 2019          cstern@levylaw.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2019, the foregoing was electronically filed

with the Clerk of the Court using the CM/ECF system which will send notification of such

filing upon counsel of record.


Dated: December 18, 2019                    /S/ COREY M. STERN
                                            Corey M. Stern (P80794)
                                            LEVY KONIGSBERG, LLP
                                            800 Third Avenue, 11th Floor
                                            New York, New York 10022
                                            (212) 605-6298
                                            (212) 605-6290 (facsimile)
                                            cstern@levylaw.com