EXHIBIT B

**Fonseca, Helena**

| | |
|---|---|
| **From:** | Emmy Levens <elevens@cohenmilstein.com> |
| **Sent:** | Friday, June 21, 2019 11:45 AM |
| **To:** | Travis.Gamble@dbr.com; jweiner@cohenmilstein.com |
| **Cc:** | tleopold@cohenmilstein.com; mpitt@pittlawpc.com; jconnors@SusmanGodfrey.com; hunter@napolilaw.com; CStern@levylaw.com; Wayne.Mason@dbr.com |
| **Subject:** | RE: Carthan - LAN/LAD Response Deadline |

Travis,

As we just discussed, in light of Phil's health emergency, Class Plaintiffs are fine with this extension. We appreciate your representation that you'll work with us to diligently move discovery forward given the Court's schedule. We hope Phil is feeling better soon.

All the best,

Emmy

**From:** Gamble, Travis S. [mailto:Travis.Gamble@dbr.com]
**Sent:** Friday, June 21, 2019 9:31 AM
**To:** Jessica Weiner <jweiner@cohenmilstein.com>
**Cc:** Theodore Leopold <tleopold@cohenmilstein.com>; Mpitt <mpitt@pittlawpc.com>; jconnors@SusmanGodfrey.com; Emmy Levens <elevens@cohenmilstein.com>; hunter <hunter@napolilaw.com>; Stern, Corey <CStern@levylaw.com>; Mason, Wayne B. <Wayne.Mason@dbr.com>; Gamble, Travis S. <Travis.Gamble@dbr.com>
**Subject:** Carthan - LAN/LAD Response Deadline
**Importance:** High

Ms. Weiner,

I, along with Wayne Mason and Phil Erickson, represent the LAN and LAD defendants in the Flint litigation. As you are aware, LAN/LAD was served with Requests for Production by Plaintiffs on May 14, 2019, and obtained a brief (10 day) extension to serve its responses - making them due this Monday, June 24, 2019. Throughout the past month, Phil Erickson has been responsible for preparing LAN/LAD's responses and corresponding document production and was in the process of getting them ready for production by the current Monday deadline.

Unfortunately, we just learned this morning that Phil is experiencing a significant medical condition and was taken to the Emergency Room this morning. While I am presently unaware of his condition, out of professional courtesy, the LAN/LAD defendants would request another brief extension to finalize their discovery responses and arrangements for the corresponding document production. Although I understand from your prior emails to Phil that plaintiffs are generally wary of granting extensions, we believe this is an exceptional circumstance and would ask for an additional two weeks to get the responses/documents served.

Thank you in advance for your consideration and please let me know your position as soon as you can so that we can avoid having to draft a motion.

Travis S. Gamble
**Drinker Biddle & Reath LLP**
1717 Main Street, Ste. 5400
Dallas, TX 75201-7367
(469) 357-2534 *office*

1

(214) 766-4582 *mobile*
Travis.Gamble@dbr.com
www.drinkerbiddle.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Drinker Biddle & Reath LLP is a Delaware limited liability partnership. The partner responsible for the firm's Princeton office is Dorothy Bolinsky, and the partner responsible for the firm's Florham Park office is Andrew B. Joseph.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender at Drinker Biddle & Reath LLP by reply e-mail and delete the message. Thank you very much.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*