# EXHIBIT C

**Fonseca, Helena**

| | |
|---|---|
| **From:** | Erickson, Philip <PErickson@plunkettcooney.com> |
| **Sent:** | Wednesday, August 8, 2018 4:03 PM |
| **To:** | tleopold@cohenmilstein.com; elevens@cohenmilstein.com |
| **Cc:** | Wayne.Mason@dbr.com; travis.gamble@dbr.com |
| **Subject:** | Carthan case--Request for Extension to Answer |

Ted and Emmy,

As you know, I am co-counsel with Wayne Mason for the LAN Defendants in the Flint litigation.

I am on a working vacation this week in the Upper Peninsula of Michigan, but was informed today that our answer is *Carthan* is due 14 days from the Judge's opinion and order or by August 15, 2018.

I had been laboring under the impression that we had 30 days from the decision or until the end of the month.

Could we please have an additional 2 weeks or until August 29 in which to make our filing? My wife and I have guests arriving on Friday for the weekend and would have to cancel these plans without an extension.

Please let me know your thoughts as soon as you can.

Thanks,

Phil



**Philip A. Erickson**

Plunkett Cooney
Attorneys & Counselors at Law
T 517.324.5608    C 517.230.1450

bio | office | vcard | web | linkedin