# EXHIBIT D

## Hansel, Sarah

| | |
|---|---|
| **From:** | Erickson, Philip <PErickson@plunkettcooney.com> |
| **Sent:** | Tuesday, August 21, 2018 9:09 AM |
| **To:** | mpitt@pittlawpc.com; tleopold@cohenmilstein.com |
| **Cc:** | pnovak@weitzlux.com; rbell@pittlawpc.com; elevens@cohenmilstein.com; jweiner@cohenmilstein.com |
| **Subject:** | RE: Carthan case--Request for Extension to Answer |

Due to vacation schedules of company employees, the LAN defendants would like to request a further extension of time to answer in the Carthan case until Friday, September 21, 2018. If this is acceptable to Plaintiffs, I will prepare and circulate a proposed stip.

Thanks,

Phil

**From:** Michael Pitt [mailto:mpitt@pittlawpc.com]
**Sent:** Thursday, August 9, 2018 10:43 AM
**To:** Erickson, Philip
**Cc:** pnovak@weitzlux.com; Theodore Leopold; Mason, Wayne B.; travis.gamble@dbr.com; pgrashoff@kotzsangster.com; Regina Bell
**Subject:** Re: Carthan case--Request for Extension to Answer

Phil. August 29 for your answer is ok. I approached Phil Grasshoff on Monday suggesting that all parties confer re a post opinion schedule and I was hoping that we could do it all in one package. Given everything's vacation schedules this month getting an overall agreement may not be possible. Be well

Michael L Pitt
Pitt McGehee Palmer & Rivers PC
117 W. Fourth Street, Suite 200
Royal Oak, MI 48067
Main:     248-398-9800
Direct:   248-398-9803
Fax:      248-398-9804
Cell :    248-613-4012
mpitt@pittlawpc.com
attorneypitt1949@gmail.com
www.pittlawpc.com

On Aug 9, 2018, at 6:58 AM, Erickson, Philip <PErickson@plunkettcooney.com> wrote:

> Mike and Paul,
>
> I sent this request for extension to Ted and Emmy yesterday, but received no response.
>
> We are requesting a two-week extension of time to answer in the Carthan case.
>
> Thanks,

1

Phil

---

**From:** Erickson, Philip
**Sent:** Wednesday, August 08, 2018 3:57 PM
**To:** Theodore Leopold; Emmy Levens
**Cc:** Mason, Wayne B.; travis.gamble@dbr.com
**Subject:** Carthan case--Request for Extension to Answer

Ted and Emmy,

As you know, I am co-counsel with Wayne Mason for the LAN Defendants in the Flint litigation.

I am on a working vacation this week in the Upper Peninsula of Michigan, but was informed today that our answer is *Carthan* is due 14 days from the Judge's opinion and order or by August 15, 2018.

I had been laboring under the impression that we had 30 days from the decision or until the end of the month.

Could we please have an additional 2 weeks or until August 29 in which to make our filing? My wife and I have guests arriving on Friday for the weekend and would have to cancel these plans without an extension.

Please let me know your thoughts as soon as you can.

Thanks,

Phil



**Philip A. Erickson**

Plunkett Cooney
Attorneys & Counselors at Law
T 517.324.5608     C 517.230.1450

bio | office | vcard | web | linkedin