# EXHIBIT E

**Fonseca, Helena**

---

| | |
|---|---|
| **From:** | Campbell, James M. <jmcampbell@Campbell-trial-lawyers.com> |
| **Sent:** | Monday, December 16, 2019 12:27 PM |
| **To:** | Devine, Alaina N.; Katherine Peaslee; jconnors@susmangodfrey.com; mpitt; Theodore Leopold |
| **Cc:** | McElvaine, Bryan D. |
| **Subject:** | RE: Flint: Request for Extension to Class Plfs' 2d Rogs and 4th RFPs to VNA |

Mike, many thanks for the accommodation.

*Jim Campbell*
**Campbell Conroy & O'Neil**
1 Constitution Wharf
Boston, MA  02129
Tel:    (617) 241-3060
Cell:  (617) 797-8880
Email: jmcampbell@campbell-trial-lawyers.com

 

Note : This e-mail contains information from the law firm of Campbell Conroy & O'Neil Professional Corporation that may be proprietary, confidential, or protected under the attorney- client privilege or work-product doctrine. This e-mail is intended for the use only of the named recipient. If you are not the intended recipient named above, you are strictly prohibited from reading, disclosing, copying, or distributing this e-mail or its contents, and from taking any action in reliance on the contents of this e-mail. If you received this e-mail in error, please delete this message and respond immediately by e-mail to the author or call 617-241-3000.

---

**From:** Devine, Alaina N. <ADevine@Campbell-trial-lawyers.com>
**Sent:** Monday, December 16, 2019 12:26 PM
**To:** Katherine Peaslee <KPeaslee@susmangodfrey.com>; jconnors@susmangodfrey.com; mpitt <mpitt@pittlawpc.com>; Theodore Leopold <tleopold@cohenmilstein.com>
**Cc:** Campbell, James M. <jmcampbell@Campbell-trial-lawyers.com>; McElvaine, Bryan D. <bmcelvaine@campbelltriallawyers.com>
**Subject:** RE: Flint: Request for Extension to Class Plfs' 2d Rogs and 4th RFPs to VNA

Attorney Pitt,

I am confirming our conversation that the VNA Defendants have a one week extension to respond to the class plaintiffs' discovery requests identified below.

Thank you,

1

*Alaina N. Devine*
*Associate*
**Campbell Conroy & O'Neil**
**Professional Corporation**



One Constitution Wharf
Suite 310
Boston, MA 02129
Tel: (617) 241-3037
Fax: (617) 241-5115
Email: adevine@campbell-trial-lawyers.com

**Note** : This e-mail contains information from the law firm of Campbell Conroy & O'Neil Professional Corporation that may be proprietary, confidential, or protected under the attorney- client privilege or work-product doctrine. This e-mail is intended for the use only of the named recipient. If you are not the intended recipient named above, you are strictly prohibited from reading, disclosing, copying, or distributing this e-mail or its contents, and from taking any action in reliance on the contents of this e-mail. If you received this e-mail in error, please delete this message and respond immediately by e-mail to the author or call (617) 241-3000.

**From:** Devine, Alaina N.
**Sent:** Monday, December 16, 2019 9:54 AM
**To:** Katherine Peaslee <KPeaslee@susmangodfrey.com>; jconnors@susmangodfrey.com; mpitt <mpitt@pittlawpc.com>; Theodore Leopold <tleopold@cohenmilstein.com>
**Cc:** Campbell, James M. <jmcampbell@Campbell-trial-lawyers.com>; McElvaine, Bryan D. <bmcelvaine@campbelltriallawyers.com>
**Subject:** Flint: Request for Extension to Class Plfs' 2d Rogs and 4th RFPs to VNA

Katy,

The VNA Defendants are requesting a one week extension to respond to the Class Plaintiffs' Second Set of Interrogatories and Fourth Request for Production of Documents. Our responses would be due on or before December 23, 2019. Please advise.

Thank you,

*Alaina N. Devine*
*Associate*
**Campbell Conroy & O'Neil**
**Professional Corporation**



One Constitution Wharf
Suite 310
Boston, MA 02129
Tel: (617) 241-3037
Fax: (617) 241-5115
Email: adevine@campbell-trial-lawyers.com

2

**Note** : This e-mail contains information from the law firm of Campbell Conroy & O'Neil Professional Corporation that may be proprietary, confidential, or protected under the attorney- client privilege or work-product doctrine. This e-mail is intended for the use only of the named recipient. If you are not the intended recipient named above, you are strictly prohibited from reading, disclosing, copying, or distributing this e-mail or its contents, and from taking any action in reliance on the contents of this e-mail. If you received this e-mail in error, please delete this message and respond immediately by e-mail to the author or call (617) 241-3000.

**From:** Katherine Peaslee <KPeaslee@susmangodfrey.com>
**Sent:** Thursday, November 14, 2019 7:34 PM
**To:** Devine, Alaina N. <ADevine@Campbell-trial-lawyers.com>; Campbell, James M. <jmcampbell@Campbell-trial-lawyers.com>; Cheryl A. Bush <bush@bsplaw.com>; Michael R. Williams <Williams@bsplaw.com>
**Cc:** abarral@levylaw.com; abourke@bernllp.com; acollins@fosterswift.com; Devine, Alaina N. <ADevine@Campbell-trial-lawyers.com>; ahuller@hmelegal.com; akresch@1800lawfirm.com; alexrusek@whitelawpllc.com; AMorgan@NapoliLaw.com; andrew@aboodlaw.com; anlyn.addis@gmail.com; anoronha@cohenmilstein.com; Ringstad, Andreas <aringstad@campbell-trial-lawyers.com>; atoupin@swappc.com; atschnatz@mcalpinelawfirm.com; avieux@levylaw.com; awheeler@cityofflint.com; bergf@butzel.com; betsyllewis@gmail.com; bettenhausenm@michigan.gov; bgoodman@goodmanhurwitz.com; bmacdonald@ccglawyers.com; McElvaine, Bryan D. <bmcelvaine@campbelltriallawyers.com>; bmeyer@owdpc.com; brivers@pittlawpc.com; bush@bsplaw.com; bwolf718@msn.com; caprice.corbett@dbr.com; carrie@aboodlaw.com; cbarbieri@fosterswift.com; cbechill@pittlawpc.com; cciullo@kotzsangster.com; cclare@clarkhill.com; cgornbein@clarkhill.com; cjbenedetto@benedettolaw.com; ckern@bernripka.com; cmarker@owdpc.com; cmcgehee@pittlawpc.com; Oliveira, Christine E. <coliveira@Campbell-trial-lawyers.com>; cosborn@foleymansfield.com; Renaud, Chrissie A. <CRenaud@Campbell-trial-lawyers.com>; crobins@bernllp.com; csego@maddinhauser.com; CStern@levylaw.com; cthompson@swappc.com; Cynthia@cmlindseylaw.com; d.dezbor@fiegerlaw.com; dana@owdpc.com; david.kent@dbr.com; david.shea@sadplaw.com; davidj@butzel.com; davidmeyerslaw@gmail.com; DBerger@blankrome.com; dclitigationdocketing@blankrome.com; dcoveart@fraserlawfirm.com; deblabelle@aol.com; degan@kotzsangster.com; dfh@burdickpc.com; dgjonaj@weitzlux.com; DGreenspan@blankrome.com; dhart@maddinhauser.com; dhumphrey@bernllp.com; driker@bsdd.com; dweiss@levylaw.com; eberezofsky@motleyrice.com; efilings@cohenmilstein.com; elevens@cohenmilstein.com; enaylor@ccglawyers.com; erin.sofinowski@murphyfalcon.com; eschaktman@bernllp.com; fajenlaw@fajenmiller.com; frank.aiello@sadplaw.com; gambilln@michigan.gov; gibsonj16@michigan.gov; gmeihn@foleymansfield.com; gregmair@owdpc.com; gstamatopoulos@weitzlux.com; gzellers@hallrender.com; haslawpc@gmail.com; hassan.murphy@murphyfalcon.com; haynes@butzel.com; hfonseca@motleyrice.com; HiarR@michigan.gov; hill@bsplaw.com; hunter@napolilaw.com; j.fanson@fiegerlaw.com; jberger@clarkhill.com; jbolton@clarkhill.com; JBroaddus@weitzlux.com; jcappelli@bernllp.com; jdelaney@cityofflint.com; jeblake@mcalpinepc.com; jessica.meeder@murphyfalcon.com; jgalvin@gcdcwws.com; Grunert, John A. <JGrunert@Campbell-trial-lawyers.com>; jhurwitz@goodmanhurwitz.com; jloper@masseygail.com; jmason@bernlllp.com; jmassey@masseygail.com; Campbell, James M. <jmcampbell@Campbell-trial-lawyers.com>; jmoran@swappc.com; joann.autry@murphyfalcon.com; Penhallegon, John R. <jpenhallegon@campbelltriallawyers.com>; jprior@hmelegal.com; jrabin@hallrender.com; jsawin@sawinlawyers.com; jswetlic@clarkhill.com; jwb@burdickpc.com; jweiner@cohenmilstein.com; kaltman@excololaw.com; kaltman@lawampmmt.com; karyn.slavin@murphyfalcon.com; kbeach@plunkettcooney.com; kcasey@excololaw.com; kchen@nrdc.org; Dupre, Kristin M. <KDupre@Campbell-trial-lawyers.com>; kelly.friel@sadplaw.com; kjackson@kotzsangster.com; kjackson@shrr.com; kjames@goodmanhurwitz.com; kkilby@mcgrawmorris.com; klane@mcgrawmorris.com; Klein@butzel.com; kpierson@cohenmilstein.com; kpiper@owdpc.com; ksaur@hallrender.com; kshah@levylaw.com; Stemrich, Katelyn R. <KStemrich@campbell-trial-lawyers.com>; kuhlr@michigan.gov; kurt@cndefenders.com; lalfano@fraserlawfirm.com; larry@tribelaw.com; larsenz@michigan.gov; larson@butzel.com; lcuomo@cohenmilstein.com; LCushman@plunkettcooney.com; lharroff@fosterswift.com; lizzy@cndefenders.com; LJensen@hallrender.com; lmandara@motleyrice.com; lmcpartlin@clarkhill.com; lpetrowsky@clarkhill.com; lrobbins@plunkettcooney.com; lseale@goodmanhurwitz.com; lwhitney@sfplaw.com; m.duda@fiegerlaw.com; mail@goodmanhurwitz.com; manningp@michigan.gov; mark@cukerlaw.com; mary@cndefenders.com; mbern@bernllp.com; mcaffe@aol.com; mcampbell@cohenmilstein.com; mcinneshp@aol.com; mcuker@wcblegal.com; mgildner@sfplaw.com; Michelle

Wimmer <MWimmer@susmangodfrey.com>; mitosinkaa@michigan.gov; mlmcalpine@mcalpinepc.com; mmitchell@maddinhauser.com; mnapoli@napolilaw.com; mpattwell@clarkhill.com; mperry@fraserlawfirm.com; mpitt@pittlawpc.com; msinkovich@excololaw.com; murdoch@butzel.com; mwise@foleymansfield.com; mwitus@bsdd.com; nick.szokoly@murphyfalcon.com; nllietzau@mcalpinepc.com; p.milman@fiegerlaw.com; peretz@bgandg.com; PErickson@plunkettcooney.com; pgeske@mcgpc.com; pgrashoff@shrr.com; PLanciotti@NapoliLaw.com; pmajher@maddinhauser.com; pnovak@weitzlux.com; promano@eblawllc.com; rbell@pittlawpc.com; RBrooks@blankrome.com; reiss@bsplaw.com; RKamenec@plunkettcooney.com; rmclaughlin@hmelegal.com; Campbell, Richard P. <rpcampbell@Campbell-trial-lawyers.com>; rsharp@bernllp.com; RWalker@Levylaw.com; sara.rahmjoo@murphyfalcon.com; sbreznai@foleymansfield.com; sburke@burkepllc.com; scrawford@perkinslawgroup.net; sfletcher@thefletcherlawfirmpllc.com; shall@swappc.com; shansel@motleyrice.com; shart@hmelegal.com; sheryl@owdpc.com; shimony@bgandg.com; smonroe@bernllp.com; solomonradner@gmail.com; sradner@excololaw.com; sruddockharris@weitzlux.com; SSmith@bdlaw.com; stacyleoakes@cityofflint.com; tbingman@tbingmanlaw.com; tleopold@cohenmilstein.com; tmcgraw@mcgrawmorris.com; tmendel@bsdd.com; tmorgan@fraserlawfirm.com; tperkins@perkinslawgroup.net; trina@vlwlegal.com; tweglarz@fiegerlaw.com; Val@vlwlegal.com; vcooper@cityofflint.com; vkuhl@shrr.com; wayne.mason@dbr.com; williams@bsplaw.com; wkim@cityofflint.com; wpaul@fosterswift.com; zachary.bialick@sadplaw.com; zeinehlaw@gmail.com; Zena@vlwlegal.com

**Subject:** Flint - Class Plfs' 2d Rogs and 4th RFPs to VNA

Counsel,

This email provides service of the following attached documents:

- Class Plaintiffs' Second Set of Interrogatories to Defendants Veolia North America, Inc., Veolia North America, LLC, and Veolia Water North American Operating Services; and
- Class Plaintiffs' Fourth Requests for Production of Documents to Defendants Veolia North America, LLC; Veolia North America, Inc.; and Veolia Water North American Operating Services, LLC

Best,
Katy

**Katherine M. Peaslee**
SUSMAN GODFREY L.L.P.
(206) 505-3828 (direct)
kpeaslee@susmangodfrey.com

---

This email has been scanned for spam and viruses. Click here to report this email as spam.