# EXHIBIT A

**ROBERT E. HIRSHON**
1015 Olivia Avenue
Ann Arbor, MI 48104
207-329-9471 (cell)
734-369-3160 (home)
Email: RHirshon@hotmail.com

Robert E. Hirshon is an internationally known lawyer, writer and speaker. He practiced law for 30 years in the Portland, Maine law firm of Drummond, Woodsum & MacMahon, P.A. Hirshon served on the firm's Board of Directors and was Chair of the firm's Financial Services Practice Group. Hirshon served as President and Chief Executive Officer of the Maine State Bar Association, the Maine Bar Foundation and the American Bar Association. As President of the American Bar Association, Hirshon was the spokesperson for the world's largest professional association and determined how and when the Association should speak on important national and international issues such as the profession's response to the September 11th tragedy and various corporate scandals. Under his leadership, the Association redesigned its annual meeting, automated its presidential appointment process and focused upon the issues surrounding law student debt and the professional ramifications of increasing billable hour requirements. During his three years as an officer of the ABA, he traveled to numerous countries, meeting with judges, members of the bar, and political and corporate leaders.

Hirshon served as the CEO of Tonkon Torp LLP, an Oregon law firm of 70 lawyers, eight senior managers and 90 staff members. At Tonkon, he restructured the firm's administrative departments, oversaw a major technology initiative, facilitated the adoption and implementation of the firm's strategic plan, created a speaker's bureau focusing on professionalism and helped to design and implement a system of partner peer review. Under his leadership, Tonkon Torp launched an ambitious diversity program, embraced a new pro bono policy based upon Model Rule 6.1 and redesigned its budgeting process to provide for greater transparency and accountability. During his tenure, the firm enjoyed record increases in both reserves and per partner profits.

Hirshon also served as the COO of Stoel Rives LLP, a 370 lawyer Western regional law firm with offices in 11 cities and seven states. At Stoel, his responsibilities included supervising the senior administrative directors, providing support to the firm's departments and committees, operational oversight of the firm's offices and participation in the firm's Executive and Retirement and Investment Committees.

Presently Hirshon is the Frank G. Millard Professor from Practice at the University of Michigan Law School where he teaches courses on professional responsibility and the business of lawyering. He also serves as The University of Michigan's Special Counsel on Developments in the Legal Profession. Additionally, Hirshon is the CEO of The Wein Charitable Foundation. The Foundation provides grants to nonprofit organizations which focus on medical and legal issues. Hirshon has complete management responsibility for the foundation and is directly involved in the administration of grants; he oversees the investment strategies of the endowment. Hirshon also serves as a consultant to the regional law firm, Verrill Dana, LLP. In that capacity he provides the firm with advice on ethical and law practice management issues.

Hirshon is the recipient of several honorary degrees. He has substantial litigation and legislative experience. He has represented business entities and associations, has testified in countless legislative hearings in both state legislatures and Congress and has worked closely with the members and staff of both major political parties.

| | |
|---|---|
| ***ADMITTED:*** | U.S. Supreme Court<br>U.S. Court of Appeals for the First Circuit<br>U.S. District Court, District of Maine<br>State of Maine |
| ***EDUCATION:*** | |
| Law School | University of Michigan<br>Juris Doctor<br>Editor, Michigan Journal of Law Reform |
| Undergraduate | University of Michigan<br>B.A. with Distinction<br>Major: Political Science |
| ***AFFILIATIONS:*** | American Bar Association<br>Maine State Bar Association<br>American Law Institute<br>Pi Sigma Alpha |
| ***EMPLOYMENT:*** | |
| 2014 - Present | Haim Striks School of Law, College of Management Academic Studies, Visiting Professor of Law, Israel |
| 2011 - Present | Peking University School of Transnational Law, Adjunct Professor of Law, China |
| 2009 - Present | University of Michigan Frank G. Millard Professor from Practice and Special Counsel on Developments in the Legal Profession<br><br>The Wein Charitable Foundation, CEO<br>Management and investment responsibilities |
| 2009 - 2018 | Verrill Dana LLP, Counsel, regional law firm headquartered in Portland, Maine |
| 2007 - 2008 | Stoel Rives LLP, COO<br>Administrative responsibilities for 630 employees |
| 2003 - 2007 | Tonkon Torp LLP, CEO<br>Management responsibilities for 166 person law firm |
| 2003 - 2004 | AFFECT, General Counsel |

| | |
|---|---|
| 1973 - 2003 | Drummond, Woodsum & MacMahon, P.A.<br>Business and insurance litigation, regulatory and legislative advocacy with mediation and arbitration experience.<br>Member of the firm's Board of Directors and helped create and was first Chair of Financial Services Practice Group. |
| 1988 - 1993 | Adjunct Professor of Law<br>University of Maine Law School<br>*Courses Taught:* Negotiations and Trial Practice |

***SERVICE TO THE LEGAL PROFESSION:***

Current positions within the American Bar Association:

- Advisor, Committee on Issues of Concern to the Legal Profession
- Member, Standing Committee on Ethics and Professional Responsibility
- Member, House of Delegates
- Member, ABA/TIPS Committee, Tort Trial and Insurance Practice Section

Other positions:

- Volunteer commentator for Michigan Supreme Court Board of Law Examiners (Ethics and Professional Responsibility)
- Michigan's State Bar's 21st Century Practice Task Force

Previously held positions within the American Bar Association:

- President (2001 - 2002)
- President, ABA Fund for Justice and Education
- Chair, ALI-ABA Committee on Continuing Professional Education
- Ex-Officio Director, American Bar Endowment
- Advisor, Standing Committee on Delivery of Legal Services
- Chair, Steering Committee of ABA Blueprints Project
- Member, Board of Directors, American Bar Foundation
- Ex Officio, Executive Council, National Conference of Bar Presidents
- Chair, Membership Task Force, Section of Legal Educ. & Admissions to the Bar
- Chair, Second Season Commission
- Chair, Standing Committee on Membership
- Chair, Tort & Insurance Practice Section
- Member, Advisory Committee on Law Library of Congress
- Member, Asian Law Advisory Council
- Member, Asian Law Initiative Council
- Member, Special Committee on Electronic Citation Issues
- Member, Standing Committee of Legal Aid and Indigent Defendants
- Member, Commission on the Renaissance of Idealism in the Legal Profession
- Chair, Section Officers Conference Planning Committee
- Nominating Committee, House of Delegates
- Chair, Standing Committee on Lawyers' Public Service Responsibility (Pro Bono Committee)
- Chair, Steering Committee for the Center for Pro Bono
- Vice Chair, Public Regulation of Insurance Law, Tort & Insurance Practice Section
- Chair, Int'l Tort & Insurance Law Practice Committee, Tort & Ins. Practice Section

Previously held positions within the State of Maine:

- President and Director, Maine Bar Foundation
- Chair, Maine Bar Foundation's Bankers' Advisory Committee
- President, Maine State Bar Association
- Member and Chair, Continuing Legal Education Committee, Maine State Bar Association
- Member, Steering Committee to Study Maine Legal Needs
- Member, Maine Legal Needs Study Implementation Committee
- Member, State of Maine Governor's Judicial Selection Committee
- Member, State of Maine's Judicial Committee on Court-Bar Relations

***SERVICE TO THE COMMUNITY:***

- Member, Board of Visitors, Lewis and Clark Law School
- Member, Campaign Cabinet, United Way of the Columbia-Willamette
- Board of Trustees, Oregon Independent College Foundation, Inc.
- Member, Board of Directors, National Constitution Center
- Member, Dean's Advisory Council, University of Michigan Law School
- Chair, Board of Trustees, Breakwater School
- Member, Vice-Chair, Zoning Board of Appeals, Town of Cape Elizabeth, Maine

***HONORS:***

2014 A.W. Brian Simpson Memorial Award, Student Funded Fellowships (SFF) University of Michigan Law School
2005 Distinguished Service Award, The National Judicial College
Muskie Access to Justice Award, The Muskie Fund for Legal Service
Special Award for Support of Military Reservists, Standing Committee of Legal Aid to Military
Muskie Award for Public Service, American Bar Association
Honorary Degree, Suffolk University School of Law, Boston, Massachusetts
Honorary Degree, Willamette College of Law, Salem, Oregon
Honorary Degree, University of Denver School of Law
Fellow, Maine Bar Foundation
Howard Dana Pro Bono Award, Maine Bar Foundation
Reece Smith Special Service Award, National Association of Pro Bono Coordinators
Fellow and State Chairperson, American Bar Foundation
Joint Legislative Resolution honoring contributions made to community and legal profession, Maine Senate and Maine House of Representatives
Award for support of Pro Bono Legal Services, Voluntary Legal Services of Northern California
Award of Honor, Armenian Assembly of America
Award for promotion of equal access to justice, American Bar Association Fund for Justice and Education
Listed in Who's Who in America
Listed in Who's Who in American Law

***RECENT PRESENTATIONS AND PUBLICATIONS***

***PRESENTATIONS:***

Maine State Bar Association Annual Meeting: Speaker – The Disruption of the Legal Profession

College of Management Academic Studies, Israel: Speaker – The Future of the Legal Profession: A Global View

American Bar Association, Delivery of Legal Services Committee Meeting: Speaker – Modalities for the Effective Delivery of Legal Services

University of Michigan Law School: Speaker – The Future of the Legal Profession: Scarier than you Think

National Conference of Bar Presidents: Speaker – The Future of the Legal Profession: A Snapshot (regional program)

National Conference of Bar Presidents: Speaker – The Future of the Legal Profession: Why You Should Be Afraid (annual program)

ABA mid-year meeting: Speaker – Alternative Approaches to the Delivery of Legal Services

The Maryland State Bar Association: Keynote Speaker – The New Reality for Law School Graduates, Law Schools and the Bar

John Waldo Ballou Inn of Court: Keynote Speaker – Law Office Management in the 21st Century: Dealing with a Changing Professional Landscape

University of Maine Law School, Maine Law Review Symposium: Moderator – Connecting Law and Legislature: The Legacy of Senator Edmund Muskie

The David Weiner Center for Lawyer's Ethics and Professional Responsibility: Keynote Speaker - The Future of the Legal Profession

University of Michigan Law School: Speaker – Why a Diamond May Not be a Law Student's Best Friend

Barry University, Dwayne O. Andreas School of Law, Florida: Speaker - Branding in Legal Education

Florida Bar Association: Speaker - Law Careers: The Dynamics of an Evolving Profession

Michigan Bar Association and the University of Michigan Law School: Co-Director - Professionalism in Action Program

ABA House of Delegates: Moderator - Legal Education: The States Get Involved

ABA House of Delegates: Moderator - Future of Legal Education

University of Michigan: Moderator - Richard W. Pogue Law Leaders Panel

Shenzhen All Lawyers Association: Speaker - Where We Are Headed: The Ride Down

University of Michigan: Speaker - Morality and Ethics: Not Necessarily the Same

Voluntary Committee of Lawyers: Panelist - Marijuana and Federalism: Is California a Test Case?

Maine State Bar Association: Speaker - Ethical Dilemmas Confronted

Oregon State Bar: Presenter - Futures Conference

International Association of Defense Counsel: Moderator - Alternative Billing Protocols

Hildebrandt International: Panelist - Building Practice Groups in a Mid-Sized Firm

ABA Law Practice Management Section: Panelist - Law Management at a Mid-Sized Firm

Owen M. Panner American Inn of Court: Keynote Speaker - Executive Power Out of Control

Northwestern School of Law of Lewis and Clark College Professionalism Roundtable: Participant in Panel Presentation - Billing Issues and the Ethical Lawyer

Arlington Club: Keynote Speaker - American Judges: Under Attack

ABA Day in Washington: Participant in a Panel Presentation - Student Loan Forgiveness for Public Interest Attorneys

National Judicial College Jackson Lecture Series: Speech - Under Siege: America's Independent Judiciary

Oregon Independent College Foundation and the University of Portland 2004 Ethics Symposium: Panelist - Best Practices Discussion

Oregon Paralegal Association: Speaker - Ethical Rules and Guidelines

Challenges to the Legal Profession: Participant of the Discussion by Members of the University of the Pacific McGeorge School of Law Managing Partners & Faculty

University of the Pacific McGeorge School of Law Faculty: Keynote Speaker

Campaign for Equal Justice 13th Annual Awards Luncheon: Introduction of Keynote Speaker, Oregon Congressman David Wu

Lake Oswego Rotary Club: Keynote Luncheon Speaker

Arlington Club: Keynote Speaker - Travels of an ABA President

Address to the Memphis Bar Foundation: Keynote Speaker

CPR Fall Meeting, Chicago: Speaker - The Unintended Consequences of the Billable Hour

Spring 2003 ABA National Legal Malpractice Conference: Speaker

2003 Equal Justice Conference: Speaker

University of Virginia School of Law: Keynote Address - Take Back the Future

Greater Dayton Volunteers Lawyers Project: Keynote Address - Exclamation Point or Question Mark: What Are You?

The Alexander F. Morrison Lecture, State Bar of California Annual Meeting: Address - Beyond the Billable Hour

ABA General Practice, Solo and Small Firm Section Meeting: Keynote Address - Renaissance Weekend

15' National Workshop for Lawyer Assistance Program: Keynote Address - Leave No One Behind

1st Annual Creating Equal Justice in Montana Conference: Address-The Role of the Organized Bar in Pursuit of Equal Justice

West Virginia Bar Association 116th Annual Meeting: Address - Role of the Profession in Establishing the Rule of Law

Columbia University: Keynote Address - The Constitution One Year After 9/11

Maine Humanities Council and Portland Public Library: Keynote Address - Law and Terrorism

South African Conference of the International Bar Association: Address - Human Rights - An American Perspective

American Bar Association Silver Gavel Awards Assembly Luncheon: Remarks

American Bar Association's Commission on Mental and Physical Disability Law and National Organization on Disability: Presentation of Hearne Award

American Bar Association Pro Bono Luncheon: Remarks

American Bar Association: Address to House of Delegates

American Bar Association Continuing Legal Ed. Program: Remarks - Terrorism in the Rule of Law

John Marshall Award at Supreme Court of the United States: Remarks

17th Annual Livingston Hall Juvenile Justice Award: Address

Dialogue on Freedom: Participation in Program

Billable Hour Task Force Continuing Legal Education Program: Remarks

American Bar Association's Opening Assembly: Remarks

Central Eastern European Law Initiative Annual Luncheon: Remarks

American Bar Association: Keynote Address - Center on Children and the Law

National Conference of Bar Presidents: Opening Remarks - Loan Repayment Workshop

Illustre Colegio des Abogados de Madrid: Lecture on Terrorism

New York County Lawyers' Association: Rededication Ceremony

National Association of Unemployment Insurance Appellate Boards: Keynote Address

Conference of Chief Justices and Conference of State Court Administrators: Keynote Address

Chattanooga Rotary Club: Keynote Address - 28th National Conference on Corporate Responsibility

Willamette College of Law Commencement: Commencement Address

University of Colorado School of Law Commencement: Commencement Address

Dallas Bar Association Annual Meeting: Keynote Address

Equal Justice Conference: Keynote Address

22nd Annual Cohen Lecture, George Washington School of Law: Keynote Address

Fisk University, Nashville, Tennessee: Discussion with students and faculty

Memphis Rotary Club: Keynote Address

New England Juvenile Defender Center Meeting: Keynote Address

Maine State Bar Association Annual Meeting Panel: Mobilization of the Bar to Provide Legal Help to Military Personnel/Reservists

Maine State Bar Association Annual Meeting Awards Banquet: Keynote Address

Maine Bar Foundation Awards Luncheon: Keynote Address

University of Denver School of Law: Commencement Address

National League of Cities: Keynote Address - Homeland Defense

ALI-ABA Committee on Professional Education: Keynote Address

ABA Commission on Billable Hours: A Billable Hours Speech to In-House Counsel

U.S. Commission on Ocean Policy: Member, Panel of Ocean, Research, Ed. & Policy Organizations

Seeking Common Ground: A General Counsel Roundtable: Address to Participants

Philadelphia Bar Association Tenth Anniversary Public Interest Section Dinner: Keynote Address

ABA Loan Forgiveness and Repayment Fall Meeting: Keynote Address

Equal Justice Conference: Keynote Address

Dispute Resolution Annual CLE Program: Implications for ADR in the Growth of Interdisciplinary Practice

Alliance of American Insurers: Address - Class Actions: Regulation by Litigation

ABA Insurance Industry Project: Address - Staff Counsel Involvement

Armenian Assembly of America Banquet: Keynote Address

University of Denver Law School: Address to Faculty and Students

American Chiropractic Association: Keynote Address to House of Delegates

National Lawyer Referral Symposium: Keynote Address - Referral Systems in the 21s Century

Penobscot County Bar Association: Luncheon Address - Making the Law Work for Everyone

National Conference on Unbundled Legal Services: Keynote Address - Changing the Face of Legal Practice

State Farm Corporate Law Division Program: Address - Your Bar Assoc. - Making it Work for You

The New Jersey Association of Professional Mediators 7th Annual Conference: The Politics of Mediation: Keynote Address

Volunteer Lawyers Project Annual Reception: Keynote Address

Maine State Bar Association: Keynote Address - Bridging the Gap Program

Western Regional Meeting on Improving Legal Services for the Poor: Keynote Address

University of Michigan Law School Inspiring Paths Speakers Series: Keynote Address

Michigan Legal Aid and Defenders Association 90th Anniversary: Keynote Address

American Association of Law Schools: Address to House of Delegates

Maine State Bar Association Winter Meeting: Keynote Address

Maine Volunteer Lawyers Project Annual Meeting Awards Banquet: Keynote Address

Commercial Law Affiliates / 2001 Annual Meeting: Keynote Address

Massachusetts Legal Assistance Corporation: Keynote Address

New Hampshire Bar Foundation: Keynote Address - Judicial Independence

University of Michigan Law School: Commencement Address

The Muskie Access to Justice Award: Keynote Address

Washburn University School of Law: Commencement Address

Salt Lake Regional Meeting on Improving Legal Services for the Poor: Keynote Address

Florida Bar Access to Justice Retreat and Conference: Keynote Address

***PUBLICATIONS:***

Op-Ed Pieces

Legalizing Marijuana: An Issue that Just Won't Go Away (April 2010)

Independent Judiciary: Vital to Democracy (May 2005)

Honoring Military Lawyers on Memorial Day (May 2002)

Lawyers Volunteers Enrich Communities All Over the Country (May 2002)

Law Day's Dialogue on Freedom (May 2002)

A Victory for Law School Admissions (April 2002)

Billable Hours - Boon or Bane? (April 2002)

On Balance: In a Media-Centric World, Debate Must Balance Emotion with Objectivity (April 2002)

Justice Must Not Be for Sale (Spring 2002)

The Search for Death Penalty Answers Shouldn't Stop in Illinois (March 2002)

Patient's Bill of Rights May Offer Ineffective Remedies (March 2002)

Judicial Elections Ready for Reform (March 2002)

Military Tribunals (February 2002)

Kentucky Juvenile Executions (February 2002)

Judicial Elections (February 2002)

Bring Terrorists to Trial the American Way (February 2002)

Lawyers Must do More to Help Children (February 2002)

Children Alone: The INS and Unaccompanied Minors (Jan. 2002)

Dialogue on Freedom (Jan. 2002)

ABA Task Force Says Use of Military Commissions Justified: Urges Narrow, Limited Use;

Adherence to Military, International Law (Jan. 2002)

Fighting the War on Drugs: Winning the War on Pain (Submitted with AMA President) (Jan. 2002)

Personal View of Pro Bono (December 2001)

End Unfair Tax Penalties for Military Personnel (November 2001)

A Message to Lawyers: Help Those Who Defend America (November 2001)

Calling on Lawyers to Help Assist Victims Families Post 9/11 (November 2001)

Rule of Law Our Strongest Weapon: Response to Terrorism (October 2001)

Suggestions to Ensure That Charitable Giving (Post 9/11) Is Legitimate and Goes Where You Want It to Go (October 2001)

Encouraging Corporations to Provide Assistance for Victims of Domestic Violence (October 2001)

Encouraging Lawyers to Help Victims of Domestic Violence (October 2001)

Lawyers Can Help: Domestic Violence Awareness Month (October 2001)

Giving with Confidence (Fall 2001)

Supporting Affirmative Action in Law School Admissions (September 2001)

Supporting Effective Regulation of Oxycontin Prescriptions for Pain (Submitted with American Medical Association President) (September 2001)

Encouraging Lawyers to Offer Pro Bono Assistance To Reservists Being Called To Duty Post 9/11 (September 2001)

Encouraging Lawyers to Help Children (August 2001)

"Pro Bono: Aiding Poor, Minorities," (February 2000)

***Additional Publications***

"The Legacy of Senator Edmund Muskie," 67 Maine L. Rev. 2 (2015)

"The Billable Hour is Dead. Long Live ...?" GPSolo (January/February 2013)

"America's Judges Under Siege," Maine Bar Journal (Summer, 2005)

"Reforming Immigration Proceedings for Children: A Speech by the President of the American Bar Association," Journal of Law and Border Studies (Volume 2, 2002)

"A Few Thoughts on the Importance of an Independent Judiciary," The Journal of Appellate Practice and Process (Fall 2002)

"A Dangerous Precedent," The European Lawyer (September 2002)

"Easing Debt Encourages Public Service Careers," Wisconsin Lawyer (July 2002)

"Billable Hours and the In-House Counsel - A US Perspective," The Australian Corporate Lawyer (March/June 2002)

"Providing All Americans with a Key to the Courthouse," Judges' Journal (Winter 2001)

"Pro Bono: How to Establish a Solid, Vital Program," 16 Bar Leader 3 (July-August 1991)

"How and When to Intervene in the Insurance Rate-Setting Process," 3 The Brief 48 (Spring 1991)

"Multi-Party Toxic Litigation," 2 Maine Trial Practice 21 (February 1986)

"Release of Defendants in Multi-Party Litigation," 26 For the Defense 27 (February 1984)

"Pierringer Release: Single Tortfeasor Settlements in Multi-Party Litigation," 16 Maine Bar Bulletin 1 (January 1982)

"Anti-Competitive Covenants," 12 Maine Bar Bulletin 1 (January 1978)

"The Interrelationship Between Exclusionary Zoning and Exclusionary Subdivision Control," 5 Journal of Law Reform 2 (1972)