# EXHIBIT B

1. Filed Affirmation of Corey M. Stern (and the exhibits attached thereto)

2. February 13, 2019 email from Nathan Gambill (attached hereto)

3. March 1, 2019 letter to Corey Stern from Frank Monticello (attached hereto)