# EXHIBIT 2

**Stern, Corey**

---

| | |
|---|---|
| **From:** | Gambill, Nathan (AG) <GambillN@michigan.gov> |
| **Sent:** | Wednesday, February 13, 2019 11:36 AM |
| **To:** | mlmcalpine@mcalpinepc.com; Stern, Corey; Jayson Blake |
| **Cc:** | Bettenhausen, Margaret (AG); Larsen, Zachary (AG); Kuhl, Richard (AG) |
| **Subject:** | Genesee County Flint Water Litigation - Update Request |

Mark and Corey,

You are our plaintiff representative counsel for the Flint water litigation consolidated in Genesee County. Richard, Margaret, Zach, and I have replaced Noah Hall as the attorneys handling the People's suit against Veolia and LAN in that litigation. We have not received any required updates from you regarding your meetings with Judge Yuille. Could you please provide an update of your latest meeting with the judge on February 5, 2018? What did you talk about? What should we be aware of from a plaintiff's perspective? What should we focus on in the draft CMO submitted on Feb 11? What is your sense of when and how the judge will handle all of the pending dispositive motions?

Thanks,

Nate Gambill
Assistant Attorney General
Michigan Department of Attorney General
Environment, Natural Resources, and Agriculture Division
525 West Ottawa Street
P.O. Box 30755
Lansing, MI 48909
Phone: 517-335-7664
Fax: 517-241-3473

1