Register of Action

Enter New Search   Nxt Action

```
OPEN                      CASE REGISTER OF ACTIONS        12/30/19  PAGE   1
17-108646-NO JUDGE FARAH          FILE 02/23/17
          GENESEE COUNTY                      JDF
                                                          ARC# H2O
  P 001 IN RE FLINT WATER LITIGATION, VS D 001 LOCKWOOD ANDREWS & NEWNAM PC,,
       -FLINT WATER CASE,,
         ATY:STERN,COREY MAT                ATY:ERICKSON,PHILIP
          P-80794    212-605-6298            P-37081    517-324-5608
                                      D 002 LOCKWOOD ANDREWS & NEWNAM,,
                                            ATY:ERICKSON,PHILIP
                                             P-37081    517-324-5608
                                      D 003 LEO A DALY COMPANY,,
                                            ATY:ERICKSON,PHILIP
                                             P-37081    517-324-5608
                                      D 004 ROWE PROFESSIONAL SERVICES,,
                                       AKA-ROWE ENGINEERING INC,,
                                            ATY:MORAN,JENNIFER
                                             P-64864    734-658-8594
                                             SERVICE/ANS 05/14/18  ANS
                                      D 005 VEOLIA NORTH AMERICA LLC,,
                                            ATY:BUSH,CHERYL A.,
                                             P-37031    248-822-7801
                                      D 006 VEOLIA NORTH AMERICA INC,,
                                            ATY:BUSH,CHERYL A.,
                                             P-37031    248-822-7801
                                      D 007 VEOLIA WATER NORTH AMERICA,,
                                            ATY:BUSH,CHERYL A.,
                                             P-37031    248-822-7801
                                      D 008 VEOLIA ENVIRONMENT SA,,
                                      D 009 SNYDER,RICK,,GOVERNOR
                                      D 010 STATE OF MICHIGAN,,
                                            ATY:NESSEL,DANA M.,
                                             P-51346    517-335-7625
                                      D 011 WYANT,DANIEL,,
                                            ATY:PATTWELL,MICHAE
                                             P-72419    517-318-3043
                                             SERVICE/ANS 12/31/17  ROS
                                      D 012 DILLON,ANDY,,
                                            ATY:GAMBILL,NATHAN,
                                             P-75506    517-335-7664
                                      D 013 SMITH,LIANE,SCHEKTER
                                            ATY:MORGAN,THADDEUS
                                             P-47394    517-482-5800
```

```
                                SERVICE/ANS 12/31/17  ROS
                         D 014 ROSENTHAL,ADAM,
                                ATY:BARBIERI,CHARLE
                                P-31793     517-371-8155
                                SERVICE/ANS 12/31/17  ROS
                         D 015 BUSCH,STEPHEN,
                                ATY:GRASHOFF,PHILIP
                                P-14279     248-520-0257
                                SERVICE/ANS 12/31/17  ROS
                         D 016 PEELER,NANCY,
                         D 017 SCOTT,ROBERT,
                                ATY:CHARTIER-MITTEN
                                P-65327     517-885-3305
                         D 018 WRIGHT,JEFF,
                                ATY:WISE,MATTHEW,
                                P-76794     248-721-4200
                         D 019 KURTZ,EDWARD,
                         D 020 EARLEY,DARNELL,
                                ATY:MATEO,T. SANTIN
                                P-81530     313-962-3500
                                DISPOSITION 11/04/19  DIS   MAJ
                         D 021 AMBROSE,GERALD,
                                DISPOSITION 11/04/19  DIS   MAJ
                         D 022 WALLING,DAYNE,
                                DISPOSITION 11/04/19  DIS   MAJ
                         D 023 CROFT,HOWARD,
                                DISPOSITION 11/04/19  DIS   MAJ
                         D 024 GLASGOW,MICHAEL,
                                DISPOSITION 11/04/19  DIS   MAJ
                         D 025 JOHNSON,DAUGHTERY,
                                DISPOSITION 11/04/19  DIS   MAJ
                         D 026 CITY OF FLINT,,
                                DISPOSITION 11/04/19  DIS   MAJ
                         D 027 MUCHMORE,DENNIS,
                                                    04/06/17
                         D 028 COOK,PATRICK,
                                ATY:BARBIERI,CHARLE     04/06/17
                                P-31793     517-371-8155
                                SERVICE/ANS 12/31/17  ROS
                         D 029 PRYSBY,MICHAEL,
                                ATY:BARBIERI,CHARLE     04/06/17
                                P-31793     517-371-8155
                                SERVICE/ANS 12/31/17  ROS
                         D 030 WURFEL,BRADLEY,
                                ATY:PATTWELL,MICHAE     04/06/17
                                P-72419     517-318-3043
                                SERVICE/ANS 12/31/17  ROS
                         D 031 LYON,NICK,
                                                    04/06/17
                         D 032 WELLS,EDEN,VICTORIA,MD
                                                    04/06/17
IP001 KENT,DAVID,C
        1717 MAIN STREET STE 5400
        DALLAS TX 75201-7367
                         04/05/17
IP002 GAMBLE,TRAVIS,S
                         04/05/17
IP003 MASON,WAYNE,B
                         04/05/17
IP004 WITTIE,S,VANCE
                         04/05/17
```

```
                   IP005 MCELVAINE,BRYAN,D
                         3000 ATRIUM WAY
                         MT LAUREL NJ 00054
                                         04/17/17
                   IP006 PARKERSON,CHRISTOPHER,B
                         1 CONSTITUTION PLAZA
                         THIRD FLOOR
                         BOSTON MA 02129
                                         05/08/17
                   IP007 WEINER,JESSICA,B
                         1100 NEW YORK AVENUE NW
                         5TH FLOOR
                         WASHINGTON DC 20005
                                         12/29/17
                   IP008 MCALPINE,MARK,
                         -INTERIM LIAISON FOR PLTFS,,
                                         03/15/18
                   IP009 CAMPBELL,JAMES,
                         -INTERIM LIAISON FOR DEFTS,,
                         1 CONSTITUTION WHARF STE 310
                         BOSTON MA 02129
                                         03/15/18
                   IP010 GRUNERT,JOHN,A
                         1 CONSTITUTION WHARF STE 310
                         BOSTON MA 02129
                                         01/03/19
                   IP011 KUHL,RICHARD,S
                         -ASSISTANT ATTORNEY GENERAL,,
                         ATY:KUHL,RICHARD S.   02/11/19
                         P-42042   517-335-0696
                   IP012 BETTENHAUSEN,MARGARET,A
                         -ASSISTANT ATTORNEY GENERAL,,
                         ATY:BETTENHAUSEN,MA   02/11/19
                         P-75046   517-335-7664
                   IP013 GAMBILL,NATHAN,A
                         -ASSISTANT ATTORNEY GENERAL,,
                         ATY:GAMBILL,NATHAN,   02/11/19
                         P-75506   517-335-7664
                   IP014 LARSEN,ZACHARY,C
                         -ASSISTANT ATTORNEY GENERAL,,
                         ATY:LARSEN,ZACHARY   02/11/19
                         P-72189   517-373-7540
                   IP015 DEVINE,ALAINA,N
                         -PRO HAC VICE,,
                         1 CONSTITUTION WHARF STE 310
                         BOSTON MA 02129
                                         04/22/19
                   IP016 CAVANAGH,CHARLES,A
                         -ASSISTANT ATTORNEY GENERAL,,
                         ATY:CAVANAGH,CHARLE   11/26/19
                         P-79171   517-335-7664

                         Actions, Judgments, Case Notes
    ---------------------------------------------------------------------------
    Num   Date    Judge     Chg/Pty  Event Description/Comments
    ----  ------- --------- -------  -------------------------------------------
      1 02/23/17 FULLERTON          SUMMONS AND COMPLAINT FILED
                                    RECEIPT#  00444990 AMT    $260.00
      2                    P 001   JURY DEMAND FILED
                                    PLTFS' MASTER LONG-FORM
                                    COMPLAINT AND JURY DEMAND
```

```
                                         FILED
    3                    ORDER RE-ASSIGNING CASE FILED
                         (JUDICIAL ECONOMY)
    4                    SUMMONS AND COMPLAINT FILED
                         RECEIPT#  00444991  AMT    $260.00
    5        YUILLE      CASE REASSIGNMENT
                           FROM: FULLERTON,JUDITH ANNE,
                            TO: YUILLE,RICHARD B.,
    6 02/24/17           ORDER RE: LEAD COUNSEL FILED
    7 02/27/17           ORDER REGARDING APPOINTMENT OF
                         LEAD COUNSEL. FILED.
    8                    PLTFS' FIRST AMENDED
                         MASTER LONG-FORM COMPLAINT
                         AND JURY DEMAND FILED
   10 03/02/17           MOTION FOR PRO HAC VICE
                         ADMISSION OF DAVID C. KENT
                         AND CERTIFICATE OF SERVICE OF
                         SAME UPON ALL PARTIES ON
                         03/02/17 FILED
    9 03/06/17           MOTION FEE PAID
                         RECEIPT#  00445368  AMT    $20.00
                         (MOTION FEE FOR PRO HAC
                         VICE MOTION FILED 3/2/17)
   11 03/23/17           MOTION FEE PAID
                         RECEIPT#  00446225  AMT    $20.00
   12                    MDEQ DEFTS' MOTION TO STRIKE
                         MASTER COMPLAINT FILED
   13                    NOTICE OF HEARING (NO DATE
                         SET) FILED
   14                    CERTIFICATE OF SERVICE OF SAME
                         UPON ALL PARTIES ON 03/23/17
                         FILED
   15 03/28/17      D 018 APPEARANCE
                           ATTORNEY: P-13821 GALVIN
                         APPEARANCE AND NOTICE OF
                         APPEARANCE AND CERTIFICATE
                         OF SERVICE OF SAME UPON ALL
                         PARTIES ON 03/28/17 FILED
   16 04/04/17           PROOF OF SERVICE FILED
                         OF PROPOSED ORDERS FOR PRO
                         HAC VICE ADMISSION OF VANCE
                         WITTIE, DAVID KENT, WAYNE
                         MASON, AND TRAVIS GABLE UPON
                         ALL PARTIES ON 04/04/17 FILED
   17 04/05/17           ORDER GRANTING MOTION FOR
                         PRO HACE VICE ADMISSION OF
                         DAVID C. KENT FILED
   18                    ORDER GRANTING MOTION FOR
                         PRO HAC VICE ADMISSION OF
                         TRAVIS S. GAMBLE FILED
   19                    ORDER GRANTING MOTION FOR
                         PRO HACE VICE ADMISSION OF
                         WAYNE B. MASON FILED
   20                    ORDER GRANTING MOTION FOR
                         PRO HACE VICE ADMISSION OF
                         S. VANCE WITTIE FILED
   21 04/06/17           CERTIFICATE OF SERVICE OF
                         SECOND AMENDED MASTER
                         COMPLAINT UPON ALL PARTIES ON
                         03/23/17 FILED
   22                    PLTFS' SECOND AMENDED
```

|   |          | MASTER LONG-FORM COMPLAINT |
|---|----------|----------------------------|
|   |          | AND JURY DEMAND FILED |
| 23 | 04/12/17 | MOTION FEE PAID |
|   |          | RECEIPT# 00447035 AMT    $20.00 |
| 24 |          | CERTIFICATE OF SERVICE OF |
|   |          | SECOND AMENDED MASTER |
|   |          | COMPLAINT UPON ALL PARTIES ON |
|   |          | 04/07/17 FILED |
| 25 |          | MOTION FOR PRO HACE VICE |
|   |          | ADMISSION OF BRYAN D. |
|   |          | MCELVAINE AND CERTIFICATE OF |
|   |          | SERVICE OF SAME UPON ALL |
|   |          | PARTIES ON 04/11/17 FILED |
| 27 |          | SUPPLEMENTAL BRIEF IN SUPPORT |
|   |          | OF MDEQ DEFTS' MOTION TO |
|   |          | STRIKE MASTER COMPLAINT |
|   |          | FILED |
| 28 | 04/17/17 | ORDER GRANTING MOTION FOR |
|   |          | PRO HACE VICE ADMISSION OF |
|   |          | BRYAN D. MCELVAINE FILED |
| 29 | 04/18/17 | PLTF'S RESPONSE IN OPPOSITION |
|   |          | TO MDEQ DEFTS' MOTION TO |
|   |          | STRIKE MASTER COMPLAINT AND |
|   |          | CERTIFICATE OF SERVICE OF |
|   |          | SAME UPON ALL PARTIES ON |
|   |          | 04/18/17 FILED |
| 30 |          | JOINT SUBMISSION OF LEAD |
|   |          | COUNSEL FOR PLTFS' AND DEFTS' |
|   |          | REGARDING PLTF'S FACT SHEET |
|   |          | FILED |
| 31 | 04/19/17 | MDEQ DEFTS' REPLY BRIEF IN |
|   |          | SUPPORT OF MOTION TO STRIKE |
|   |          | MASTER COMPLAINT FILED |
| 32 |          | CERTIFICATE OF SERVICE OF |
|   |          | SAME UPON ALL PARTIES ON |
|   |          | 04/19/17 FILED |
| 33 | 04/20/17 | TENDER PAID OUT |
|   |          | IN THE AMOUNT OF $260.00 TO |
|   |          | ATTORNEY COREY STERN FOR |
|   |          | REIMBURSEMENT OF ADDITIONAL |
|   |          | FILING FEE PAID IN ERROR |
| 34 |          | MDEQ DEFTS' CORRECTED REPLY |
|   |          | BRIEF IN SUPPORT OF MOTION |
|   |          | TO STRIKE MASTER COMPLAINT |
|   |          | FILED |
| 35 |          | CERTIFICATE OF SERVICE OF |
|   |          | SAME UPON ALL PARTIES ON |
|   |          | 04/20/17 FILED |
| 36 | 04/24/17 | LETTER TO THE COURT FROM |
|   |          | STATE BAR - NOTIFICATION |
|   |          | PURSUANT TO MCR 8.126(A)(1)(B) |
|   |          | REGARDING BRYAN D. MCELVAINE |
|   |          | RECEIVED AND FILED |
| 37 | 05/05/17 | MOTION FEE PAID |
|   |          | RECEIPT# 00448035 AMT    $20.00 |
| 38 |          | MOTION FOR PRO HAC VICE |
|   |          | ADMISSION OF CHRISTOPHER B. |
|   |          | PARKERSON AND CERTIFICATE OF |
|   |          | SERVICE OF SAME UPON ALL |
|   |          | PARTIES ON 05/04/17 FILED |
| 39 | 05/08/17 | LETTER TO THE COURT FROM |

|    |          |       | STATE BAR OF MICHIGAN RE: |
|----|----------|-------|---------------------------|
|    |          |       | NOTIFICATION PURSUANT TO |
|    |          |       | MCR 8.126(A)(1)(B) RECEIVED |
|    |          |       | AND FILED |
| 40 |          |       | ORDER GRANTING MOTION FOR PRO |
|    |          |       | HAC VICE ADMISSION OF |
|    |          |       | CHRISTOPHER B. PARKERSON |
|    |          |       | FILED |
| 41 | 05/11/17 |       | ORDER APPROVING PLTF'S FACT |
|    |          |       | SHEET FILED |
| 42 | 05/23/17 |       | ORDER DENYING MOTION TO STRIKE |
|    |          |       | MASTER COMPLAINT FILED |
| 43 | 05/31/17 |       | MOTION FEE PAID |
|    |          |       | RECEIPT# 00449104 AMT    $20.00 |
| 44 |          |       | PLTFS' MOTION TO AMEND CASE |
|    |          |       | MANAGEMENT ORDER #1 FILED |
| 45 |          |       | CERTIFICATE OF SERVICE OF SAME |
|    |          |       | UPON ALL PARTIES ON 05/31/17 |
|    |          |       | FILED |
| 46 | 06/05/17 | D 017 | APPEARANCE |
|    |          |       |   ATTORNEY: P-65327 CHARTIER-MIT |
|    |          |       | APPEARANCE OF COUNSEL FILED |
| 47 |          |       | MOTION FEE PAID |
|    |          |       | RECEIPT# 00449286 AMT    $20.00 |
| 48 |          |       | DEFTS' MOTION TO AMEND CASE |
|    |          |       | MANAGEMENT ORDER #1 ON MASTER |
|    |          |       | AND SHORT FORM PLEADINGS, |
|    |          |       | BRIEF IN SUPPORT, AND PROOF |
|    |          |       | OF SERVICE OF SAME UPON ALL |
|    |          |       | PARTIES ON 06/05/17 FILED |
| 49 | 06/08/17 |       | VERIFIED RETURN OF SERVICE OF |
|    |          |       | SUBPOENA ORDER TO APPEAR AND/ |
|    |          |       | OR PRODUCE UPON UNIVERSITY OF |
|    |          |       | MICHIGAN-FLINT, TROY |
|    |          |       | ROSENCRANTS, GEOGRAPHICS |
|    |          |       | INFORMATION SYSTEMS CENTER |
|    |          |       | ON 05/31/17 BY PERSONAL |
|    |          |       | SERVICE FILED |
| 50 |          |       | SUBPOENA ORDER TO APPEAR AND/ |
|    |          |       | OR PRODUCE (UNIVERSITY OF |
|    |          |       | MICHIGAN-FLINT, TROY |
|    |          |       | ROSENCRANTS, GEOGRAPHIC |
|    |          |       | INFORMATION SYSTEMS CENTER) |
|    |          |       | FILED |
| 51 | 06/13/17 |       | SUBPOENA ORDER TO APPEAR |
|    |          |       | AND/OR PRODUCE (UNIVERSITY |
|    |          |       | OF MICHIGAN - TIMOTHY LYNCH) |
|    |          |       | FILED |
| 52 |          |       | PROOF OF SERVICE FILED |
|    |          |       | OF SUBPOENA ORDER TO APPEAR |
|    |          |       | UPON UNIVERSITY OF MICHIGAN |
|    |          |       | TIMOTHY LYNCH ON 05/18/17 |
|    |          |       | BY PERSONAL SERVICE FILED |
| 53 | 06/15/17 |       | STIPULATION AND ORDER TO |
|    |          |       | EXTEND TIME FOR ALL DEFTS |
|    |          |       | TO FILE THEIR RESPONSIVE |
|    |          |       | PLEADINGS TO THE MASTER |
|    |          |       | COMPLAINT FILED (ON OR BEFORE |
|    |          |       | 06/22/17) |
| 54 |          |       | STIPULATION AND ORDER TO |
|    |          |       | EXTEND TIME FOR ALL DEFTS |

| | | |
|---|---|---|
| | | TO FILE THEIR RESPONSIVE PLEADINGS TO THE MASTER COMPLAINT FILED (ON OR BEFORE 08/14/17) |
| 55 | | CERTIFICATE OF SERVICE OF PLTF. FACT SHEETS FOR THE CASES LISTED ON EXHIBIT A UPON ALL PARTIES ON 6/14/17 FILED |
| 56 | | CERTIFICATE OF SERVICE OF PLTF. FACT SHEETS FOR THE CASES LISTED ON EXHIBIT A UPON ALL PARTIES ON 06/14/17 FILED |
| 57 | 06/30/17 | JOINT SUBMISSION OF LEAD COUNSEL FOR PLAINTIFFS AND DEFENDANTS PROPOSING FIRST AMENDED CASE MANAGEMENT ORDER FILED |
| 58 | 07/07/17 | FORMAL WITHDRAWAL OF SUBPOENAS AND CERTIFICATE OF SERVICE OF SAME UPON ALL PARTIES ON 06/07/17 FILED |
| 59 | 07/14/17 | OBJECTIONS BY THE CITY OF FLINT, DARNELL EARLY, AND MICHAEL GLASGOW TO THE PROPOSED FIRST AMENDED CASE MANAGEMENT ORDER - EXHIBIT A FILED |
| 60 | | OBJECTIONS BY THE CITY OF FLINT, DARNELL EARLY, AND MICHAEL GLASGOW TO THE PROPOSED FIRST AMENDED CASE MANAGEMENT ORDER AND CERTIFI- CATE OF SERVICE OF SAME UPON ALL PARTIES ON 07/13/17 FILED |
| 61 | | MDEQ NON-PARTIES' OBJECTIONS TO PROPOSED AMENDED CASE MANAGEMENT ORDER - HEARING REQUESTED - FILED |
| 62 | | CERTIFICATE OF SERVICE OF SAME UPON ALL PARTIES ON 07/14/17 FILED |
| 63 | 07/17/17 | CERTIFICATE OF SERVICE OF PLTF. FACT SHEETS UPON ALL PARTIES ON 07/14/17 FILED |
| 64 | 07/26/17 | HEARING REQUESTED - MOTION FOR ENTRY OF AN ORDER SCHEDULING A HEARING REGARDING OBJECTIONS FILED BY THE CITY OF FLINT, DARNELL EARLY AND MICHAEL GLASGOW TO THE PROPOSED FIRST AMENDED CASE MANAGEMENT ORDER AND CERTIFICATE OF SERVICE OF SAME UPON ALL PARTIES ON 07/25/17 FILED |
| 65 | | RESPONSE OF VEOLIA WATER NORTH AMERICA OPERATING SERVICES LLC VEOLIA NORTH AMERICA LLC AND VEOLIA NORTH AMERICA INC TO THE SUPPLEMENT TO MASON |

|    |          |                                        |
|----|----------|----------------------------------------|
|    |          | PLTFS' MOTION FOR AMENDMENT OF         |
|    |          | CASE MANAGEMENT ORDER AND              |
|    |          | CERTIFICATE OF SERVICE OF SAME         |
|    |          | UPON ALL PARTIES ON 07/25/17           |
|    |          | FILED                                  |
| 66 | 07/27/17 | RESPONSE OF LAN DEFTS. TO THE          |
|    |          | MOTION BY CITY OF FLINT TO             |
|    |          | SCHEDULING HEARING REGARDING           |
|    |          | OBJECTIONS TO PROPOSED FIRST           |
|    |          | AMENDED CASE MANAGEMENT ORDER          |
|    |          | FILED                                  |
| 67 | 08/02/17 | RESPONSE OF THE LAN DEFTS. TO          |
|    |          | THE SUPPLEMENT FILED BY THE            |
|    |          | MASON PLTFS. TO THEIR MOTION           |
|    |          | FOR AMENDMENT OF CASE                  |
|    |          | MANAGEMENT ORDER AND PROOF             |
|    |          | OF SERVICE OF SAME UPON ALL            |
|    |          | PARTIES ON 08/02/17 FILED              |
| 68 | 08/08/17 | SET NEXT DATE FOR: 09/07/17  9:00 AM   |
|    |          |   MOTION HEARING                       |
|    |          |   HON. RICHARD B. YUILLE               |
|    |          | OBJECTIONS TO PROPOSED ORDER           |
|    |          | ORDER SCHEDULING A HEARING             |
|    |          | REGARDING OBJECTIONS TO THE            |
|    |          | PROPOSED FIRST AMENDED                 |
|    |          | CASE MANAGEMENT ORDER FILED            |
| 70 | 08/09/17 | STATE DEFTS' MOTION TO STAY            |
|    |          | PENDING APPEAL FILED                   |
| 71 |          | BRIEF IN SUPPORT OF STATE              |
|    |          | DEFTS' MOTION TO STAY PENDING          |
|    |          | APPEAL FILED                           |
| 72 |          | NOTICE OF HEARING FILED                |
|    |          | (NO DATE SET)                          |
| 73 |          | PROOF OF SERVICE FILED                 |
|    |          | OF SAME UPON ALL PARTIES ON            |
|    |          | 08/09/17 FILED                         |
| 69 | 08/10/17 | MOTION FEE PAID                        |
|    |          | RECEIPT#  00451951  AMT     $20.00     |
| 74 | 08/24/17 | CERTIFICATE OF SERVICE OF              |
|    |          | PLTF. FACT SHEETS UPON ALL             |
|    |          | PARTIES ON 08/24/17 FILED              |
| 75 | 08/31/17 | SUPPLEMENTAL BRIEF SUPPORTING          |
|    |          | CITY DEFTS' OBJECTION TO               |
|    |          | PROPOSED FIRST AMENDED CASE            |
|    |          | MANAGEMENT ORDER FILED                 |
| 76 |          | SUPPLEMENTAL BRIEF SUPPORTING          |
|    |          | CITY DEFTS' OBJECTIONS TO              |
|    |          | PROPOSED FIRST AMENDED                 |
|    |          | CASE MANAGEMENT ORDER FILED            |
| 77 | 09/05/17 | SUPPLEMENTAL BRIEF SUPPORTING          |
|    |          | CITY DEFTS' OBJECTIONS TO              |
|    |          | PROPOSED FIRST AMENDED CASE            |
|    |          | MANAGEMENT ORDER FILED                 |
| 79 | 09/06/17 | LAN'S RESPONSE TO CITY OF              |
|    |          | FLINT'S SUPPLEMENTAL BRIEF             |
|    |          | SUPPORTING ITS OBJECTIONS TO           |
|    |          | THE PROPOSED FIRST AMENDED             |
|    |          | CASE MANAGEMENT ORDER FILED            |
| 80 |          | AMENDED COLOR EXHIBITS TO LAN          |
|    |          | RESPONSE TO CITY OF FLINT              |
|    |          | DEFTS' OBJECTIONS TO THE               |

|   |   |   |
|---|---|---|
|   |   | FIRST AMENDED CASE MANAGEMENT |
|   |   | ORDER FILED |
| 78 | 09/07/17 | MOTION HEARING |
|   |   | ATTYS PRESENT FOR OBJECTIONS |
|   |   | TO PROPOSED ORDER. ARGUMENTS |
|   |   | HEARD. COURT TO RULE ON MATTER |
|   |   | BY NEXT MONDAY. 09/11/2017. |
| 81 | 09/08/17 | ORDER GRANTING STAY OF |
|   |   | PROCEEDINGS FILED |
|   |   | (PERTAINING ONLY TO |
|   |   | 16-106112-CZ) |
| 83 | 09/11/17 | PLTFS' RESPONSE IN OPPOSITION |
|   |   | TO STATE DEFTS' MOTION TO |
|   |   | STAY PENDING APPEAL AND PROOF |
|   |   | OF SERVICE OF SAME UPON ALL |
|   |   | PARTIES ON 08/29/17 FILED |
| 88 | 09/12/17 | AMENDED COLOR EXHIBITS TO |
|   |   | LAN RESPONSE TO CITY OF FLINT |
|   |   | DEFTS' OBJECTIONS TO FIRST |
|   |   | AMENDED CASE MANAGEMENT |
|   |   | ORDER FILED |
| 84 | 09/13/17 | ORDER RE: CASE MANAGEMENT |
|   |   | FILED |
| 85 |   | PROOF OF SERVICE FILED |
|   |   | OF STATE DEFTS' REPLY TO |
|   |   | PLTFS' RESPONSE TO STATE |
|   |   | DEFTS' MOTION TO STAY PENDING |
|   |   | APPEAL UPON ALL PARTIES ON |
|   |   | 09/13/17 FILED |
| 86 |   | STATE DEFTS' REPLY TO PLTFS' |
|   |   | RESPONSE TO STATE DEFTS' |
|   |   | MOTION TO STAY PENDING APPEAL |
|   |   | FILED |
| 87 | 09/14/17 | JOINT SUBMISSION OF LEAD |
|   |   | COUNSEL FOR PLTFS. AND DEFTS. |
|   |   | PROPOSING A FIRST AMENDED |
|   |   | CASE MANAGEMENT ORDER AS |
|   |   | REVISED FOLLOWING SUBMISSION |
|   |   | OF OBJECTIONS AND COMMENTS BY |
|   |   | THE CITY OF FLINT DEFT'S AND |
|   |   | THE MDEQ EMPLOYEE DEFTS FILED |
| 89 | 09/28/17 | PLTFS' MOTION FOR |
|   |   | RECONSIDERATION OF ORDER |
|   |   | GRANTING STAY OF PROCEEDINGS |
|   |   | OR ALTERNATIVELY, A REQUEST |
|   |   | FOR CLARIFICATION FILED |
| 90 |   | PROOF OF SERVICE FILED |
|   |   | OF SAME UPON ALL PARTIES ON |
|   |   | 09/28/17 FILED |
| 91 | 10/10/17 | STIPULATION AND ORDER GRANTING |
|   |   | EXTENSION OF TIME FOR ALL |
|   |   | DEFTS. TO FILE THEIR |
|   |   | RESPONSIVE PLEADINGS TO THE |
|   |   | MASTER COMPLAINT FILED |
|   |   | (ON OR BEFORE 12/1/17) |
| 92 |   | FIRST AMENDED CASE MANAGEMENT |
|   |   | ORDER FILED |
| 93 | 10/23/17 | PROOF OF SERVICE FILED |
|   |   | OF STIPULATED PROTECTIVE |
|   |   | ORDER UPON ALL PARTIES ON |
|   |   | 10/23/17 FILED |

| | | | |
|---|---|---|---|
| 94 | 10/25/17 | | STIPULATED PROTECTIVE ORDER FILED |
| 95 | 11/02/17 | | NOTICE OF SCREENING DEVICE FILED |
| 96 | | | PROOF OF SERVICE FILED OF SAME UPON ALL PARTIES ON 11/02/17 FILED |
| 97 | 11/08/17 | | PLTFS' MASTER SHORT FORM COMPLAINT AND JURY DEMAND FILED |
| 98 | 11/09/17 | | APPLICATION FOR LEAVE TO APPEAL BY PETITIONERS CITY OF FLINT, DARNELL EARLY AND MICHAEL GLASGOW AND AMENDED PROOF OF SERVICE TO MI COURT OF APPEALS RECEIVED AND FILED |
| 99 | | | APPLICATION FOR LEAVE TO APPEAL BY PETITIONERS CITY OF FLINT, DARNELL EARLEY AND MICHAEL GLASGOW EXHIBITS A & B TO ORDER ON APPEAL FIRST AMENDED CASE MANAGEMENT ORDER TO MI COURT OF APPEALS FILED |
| 100 | | | PLTF'S SHORT FORM COMPLAINT MARGARET A. BACON PLTF. FILED |
| 101 | | | PLTFS' AMENDED MASTER SHORT FORM COMPLAINT AND JURY DEMAND FILED (FILED IN 17-110098-NO) |
| 102 | 11/13/17 | | EXHIBIT A - IN RE: FLINT WATER SUPPLY SERVICE LIST - GENESEE COUNTY MATTERS FILED |
| 103 | | | EXHIBIT A - IN RE: FLINT WATER SUPPLY SERVICE LIST - GENESEE COUNTY MATTERS FILED |
| 104 | | | PLTFS' MASTER SHORT FORM COMPLAINT AND JURY DEMAND FILED |
| 105 | | | PETITION AND ORDER FOR APPOINTMENT OF NEXT FRIEND FILED |
| 106 | 11/17/17 | | PROOF OF SERVICE FILED OF STIPULATED PROTECTIVE ORDER UPON ALL PARTIES ON 11/17/17 FILED |
| 107 | 12/04/17 | | STIPULATED PROTECTIVE ORDER FILED |
| 108 | 12/05/17 | D 004 | APPEARANCE ATTORNEY: P-64864 MORAN NOTICE OF APPEARANCE, APPEARANCE, AND PROOF OF SERVICE OF SAME UPON ALL PARTIES ON 12/05/17 FILED |
| 109 | 12/11/17 | | STIPULATION REGARDING JURISDICTIONAL DISCOVERY OF THE LEO A. DALY COMPANY AND PROOF OF SERVICE OF SAME UPON ALL PARTIES ON 12/11/17 FILED |
| 121 | 12/29/17 | | STIPULATION AND ORDER TO |

Register of Actions

```
                                  EXTEND TIME FOR ALL DEFTS. TO
                                  FILE THEIR RESPONSIVE
                                  PLEADINGS TO THE MASTER
                                  COMPLAINT FILED (ON OR BEFORE
                                  01/24/18)
        122                       ORDER GRANTING MOTION FOR PRO
                                  HACE VICE ADMISSION OF JESSICA
                                  B. WEINER FILED
        110 12/31/17   D 011      RETURN OF SERVICE
                                      ATTORNEY: P-72419 PATTWELL
                                  MDEQ DEFTS' ACKNOWLEDGMENT
                                  OF SERVICE OF PLTF'S FIRST
                                  AMENDED SHORT FORM COMPLAINT
                                  FILED (FILED ON 01/04/18)
        111           D 030      RETURN OF SERVICE
                                      ATTORNEY: P-72419 PATTWELL
        112           D 013      RETURN OF SERVICE
                                      ATTORNEY: P-47394 MORGAN
        113           D 014      RETURN OF SERVICE
                                      ATTORNEY: P-31793 BARBIERI
        114           D 015      RETURN OF SERVICE
                                      ATTORNEY: P-14279 GRASHOFF
        115           D 028      RETURN OF SERVICE
                                      ATTORNEY: P-31793 BARBIERI
        116           D 029      RETURN OF SERVICE
                                      ATTORNEY: P-31793 BARBIERI
        117 01/08/18             APPEARANCE ON BEHALF OF
                                  DEFTS. PATRICK COOK, MICHAEL
                                  PRYSBY AND ADAM ROSENTHAL
                                  AND CERTIFICATE OF SERVICE OF
                                  SAME UPON ALL PARTIES ON
                                  01/08/18 FILED
        118 01/16/18             NOTIFICATION PURSUANT TO
                                  MCR 8.126(A)(1)(B) FILED
        119 01/23/18             STIPULATION AND ORDER TO
                                  EXTEND TIME FOR ALL DEFTS.
                                  TO FILE THEIR RESPONSIVE
                                  PLEADINGS TO THE MASTER
                                  COMPLAINT AND SHORT FORM
                                  COMPLAINTS FILED (ON OR BEFORE
                                  2/23/18)
        120 01/25/18             TRANSCRIPT OF PROCEEDINGS FILED
                                  MOTION HEARING - 09/07/17
                                  1 VOLUME
        123 01/30/18             NOTICE OF FILING JOINT
                                  REMOVAL TO FEDERAL COURT AND
                                  CERTIFICATE OF SERVICE OF
                                  SAME UPON ALL PARTIES ON
                                  01/30/18 FILED
        124                       EXHIBIT A TO NOTICE OF
                                  REMOVAL FILED
        126 02/21/18             PLTFS' AMENDED MASTER SHORT
                                  FORM COMPLAINT AND JURY
                                  DEMAND FILED
                                  EXHIBIT 1 FILED
                                  EXHIBIT 2 FILED
        127 02/22/18             STIPULATION AND ORDER TO
                                  EXTEND TIME FOR ALL DEFTS.
                                  TO FILE THEIR RESPONSIVE
                                  PLEADINGS TO THE MASTER
                                  COMPLAINT AND SHORT FORM
```

```
                        COMPLAINTS (ON OR BEFORE
                        03/23/18) AND CERTIFICATE OF
                        SERVICE OF SAME UPON ALL
                        PARTIES ON 02/22/18 FILED
128 02/27/18            MOTION FEE PAID
                        RECEIPT#  00459300  AMT     $20.00
129                     JOINT MOTION OF LEAD COUNSEL
                        TO ENTER CONFIDENTIALITY
                        ORDER, BRIEF IN SUPPORT, AND
                        PROOF OF SERVICE OF SAME
                        UPON ALL PARTIES ON 02/27/18
                        FILED
                        EXHIBIT A FILED
130                     JOINT MOTION OF LEAD COUNSEL
                        TO ENTER EVIDENCE
                        PRESERVATION ORDER, BRIEF
                        IN SUPPORT, AND PROOF OF
                        SERVICE OF SAME UPON ALL
                        PARTIES ON 02/27/18 FILED
                        EXHIBIT A FILED
131                     JOINT MOTION OF LEAD COUNSEL
                        TO ENTER ORDER ADOPTING
                        DOCUMENT PRODUCTION
                        PROTOCOL, BRIEF IN SUPPORT,
                        AND PROOF OF SERVICE OF SAME
                        UPON ALL PARTIES ON
                        02/27/18 FILED
                        EXHIBIT A FILED
132                     JOINT MOTION OF LEAD COUNSEL
                        TO ENTER ORDER REGARDING
                        DISCOVERABILITY OF
                        COMMUNICATIONS WITH AND DRAFT
                        REPORTS OF EXPERTS, BRIEF
                        IN SUPPORT, AND PROOF OF
                        SERVICE OF SAME UPON ALL
                        PARTIES ON 02/27/18 FILED
                        EXHIBIT A FILED
133 03/09/18            EVIDENCE PRESERVATION ORDER
                        FILED
134 03/13/18            MOTION FEE PAID
                        RECEIPT#  00459822  AMT     $20.00
135                     JOINT MOTION OF LEAD COUNSEL
                        TO ENTER ORDER ESTABLISHING
                        PROCEDURES RELATING TO SHORT-
                        FORM COMPLAINTS AND EXTENDING
                        DEADLINES FOR RESPONSIVE
                        PLEADINGS AND PROOF OF
                        SERVICE OF SAME UPON ALL
                        PARTIES ON 03/13/18 FILED
136 03/14/18            PROOF OF SERVICE FILED
                        OF PRESERVATION ORDER UPON
                        ALL PARTIES ON 3/13/17 FILED
137 03/15/18            MOTION FEE PAID
                        RECEIPT#  00459902  AMT     $20.00
138                     CORRECTED JOINT MOTION OF LEAD
                        COUNSEL TO ENTER ORDER
                        ADOPTING DOCUMENT PRODUCTION
                        PROTOCOL (CORRECTED ONLY TO
                        ADD EXHIBIT A TO PROPOSED
                        ORDER), BRIEF IN SUPPORT, AND
                        PROOF OF SERVICE OF SAME UPON
```

| | | |
|---|---|---|
| | | ALL PARTIES ON 03/14/18 FILED |
| 139 | | CORRECTED JOINT MOTION OF LEAD |
| | | COUNSEL TO ENTER ORDER |
| | | ESTABLISHING PROCEDURES |
| | | RELATING TO SHORT-FORM |
| | | COMPLAINTS AND EXTENDING DEAD- |
| | | LINES FOR RESPONSIVE PLEADINGS |
| | | (CORRECTED ONLY TO ADD EXHIBIT |
| | | A TO PROPOSED ORDER) BRIEF IN |
| | | SUPPORT AND PROOF OF SERVICE |
| | | OF SAME ON 03/15/18 FILED |
| 140 | | ORDER ESTABLISHING PROCEDURES |
| | | RELATING TO SHORT-FORM |
| | | COMPLAINTS AND EXTENDING |
| | | DEADLINES FOR RESPONSIVE |
| | | PLEADINGS FILED |
| 141 | | CONFIDENTIALITY ORDER FILED |
| 142 | | ORDER GRANTING APPOINTMENT OF |
| | | INTERIM LIAISON CLASS COUNSEL |
| | | FOR PLTFS AND DEFTS. FILED |
| | | (MARK MCALPINE OF MCALPINE & |
| | | ASSOCIATES FOR PLTFS. AND |
| | | JAMES CAMPBELL OF CAMPBELL, |
| | | CAMPBELL EDWARDS AND CONROY |
| | | PC FOR DEFTS) |
| 143 | | ORDER REGARDING |
| | | DISCOVERABILITY OF |
| | | COMMUNICATIONS WITH AND DRAFT |
| | | REPORTS OF EXPERTS FILED |
| 144 | | ORDER FOR ENTRY AND ADOPTION |
| | | OF DOCUMENT PRODUCTION |
| | | PROTOCOL FILED |
| 145 | 04/02/18 | STATE OF MICHIGAN COURT OF |
| | | APPEALS ORDER GRANTING LATE |
| | | ANSWERS AND DENYING LEAVE TO |
| | | APPEAL FOR FAILURE TO PERSUADE |
| | | THE COURT OF THE NEDD FOR |
| | | IMMEDIATE APPELLATE REVIEW |
| | | FILED |
| 146 | 04/20/18 | NOTICE OF FAILURE TO FILE |
| | | SHORT FORM COMPLANT AND |
| | | CERTIFICATE OF SERVICE OF |
| | | SAME UPON ALL PARTIES ON |
| | | 04/20/18 FILED |
| 147 | 04/23/18 | NOTICE OF FAILURE TO FILE |
| | | SHORT-FORM COMPLAINT AND |
| | | PROOF OF SERVICE OF SAME UPON |
| | | ALL PARTIES ON 04/20/18 FILED |
| 148 | | NOTICE OF FAILURE TO FILE |
| | | SHORT-FORM COMPLAINT AND |
| | | PROOF OF SERVICE OF SAME UPON |
| | | ALL PARTIES ON 04/20/18 FILED |
| 149 | | NOTICE OF FAILURE TO FILE |
| | | SHORT-FORM COMPLAINT AND |
| | | PROOF OF SERVICE OF SAME UPON |
| | | ALL PARTIES ON 04/20/18 FILED |
| 150 | | NOTICE OF FAILURE TO FILE |
| | | SHORT-FORM COMPLAINT AND |
| | | PROOF OF SERVICE OF SAME UPON |
| | | ALL PARTIES ON 04/20/18 |
| | | FILED |

```
151          NOTICE OF FAILURE TO FILE
             SHORT-FORM COMPLAINT AND
             PROOF OF SERVICE OF SAME UPON
             ALL PARTIES ON 04/20/18
             FILED
152          NOTICE OF FAILURE TO FILE
             SHORT-FORM COMPLAINT AND
             PROOF OF SERVICE OF SAME UPON
             ALL PARTIES ON 04/20/18 FILED
153 04/26/18 PLTFS' MASTER SHORT FORM
             COMPLAINT AND JURY DEMAND
             FILED
154 05/03/18 PLTFS' AMENDED MASTER SHORT
             FORM COMPLAINT AND JURY DEMAND
             FILED
155          PLTFS' AMENDED MASTER SHORT
             FORM COMPLAINT AND JURY
             DEMAND FILED
156 05/07/18 NOTICE OF FAILURE TO FILE
             SHORT-FORM COMPLAINT FILED
157 05/10/18 PLTFS' CERTIFICATE OF SERVICE
             OF MURPHY,ADAM SHORT FORM
             COMPLAINT AND JURY DEMAND
             UPON ALL PARTIES ON 05/09/18
             FILED
158          PLTFS' MASTER SHORT FORM
             COMPLAINT AND JURY DEMAND
             FILED
159          PROOF OF SERVICE FILED
             OF SAME UPON ALL PARTIES ON
             05/10/18 FILED
160          PLTFS' MASTER SHORT FORM
             COMPLAINT AND JURY DEMAND
             FILED
             EXHIBIT A FILED
161          PROOF OF SERVICE FILED
             OF SAME UPON ALL PARTIES ON
             05/10/18 FILED
162          PLTFS' MASTER SHORT FORM
             COMPLAINT AND JURY DEMAND
             FILED
             EXHIBIT A FILED
163          PROOF OF SERVICE FILED
             OF SAME UPON ALL PARTIES ON
             05/10/18 FILED
164          PLTFS' MASTER SHORT FORM
             COMPLAINT AND JURY DEMAND
             FILED
             EXHIBIT A FILED
165          PROOF OF SERVICE FILED
             OF SAME UPON ALL PARTIES ON
             05/10/18 FILED
166          PLTFS' MASTER SHORT FORM
             COMPLAINT AND JURY DEMAND
             FILED
             EXHIBIT A FILED
             EXHIBIT B FILED
167          PROOF OF SERVICE FILED
             OF SAME UPON ALL PARTIES ON
             05/10/18 FILED
168          PLTFS' MASTER SHORT FORM
```

|     |          |       |                                       |
|-----|----------|-------|---------------------------------------|
|     |          |       | COMPLAINT AND JURY DEMAND             |
|     |          |       | FILED                                 |
|     |          |       | EXHIBIT A FILED                       |
| 169 |          |       | PROOF OF SERVICE FILED                |
|     |          |       | OF SAME UPON ALL PARTIES ON           |
|     |          |       | 05/10/18 FILED                        |
| 170 | 05/14/18 |       | CITY DEFTS' BRIEF IN SUPPORT          |
|     |          |       | OF MOTION FOR SUMMARY DISP.           |
|     |          |       | OF SHORT-FORM COMPLAINTS OF           |
|     |          |       | PLTFS. VANESSA SINGLETON-HILL         |
|     |          |       | AND MARGARET BACON PURSUANT           |
|     |          |       | TO MCR 2.116(C)(7) AND                |
|     |          |       | MCR 2.116(C)(8) - INDEX OF            |
|     |          |       | EXHIBITS FILED                        |
| 171 |          |       | CITY DEFTS' BRIEF IN SUPPORT          |
|     |          |       | OF MOTION FOR SUMMARY DISP.           |
|     |          |       | OF SHORT-FORM COMPLAINTS OF           |
|     |          |       | PLTFS. VANESSA SINGLETON-HILL         |
|     |          |       | AND MARGARET BACON PURSUANT           |
|     |          |       | TO MCR 2.116(C)(7) AND                |
|     |          |       | MCR 2.116(C)(8) FILED                 |
| 172 |          |       | CITY DEFTS' MOTION FOR SUMMARY        |
|     |          |       | DISP. OF SHORT-FORM                   |
|     |          |       | COMPLAINTS OF PLTS VANESSA            |
|     |          |       | SINGLETON-HILL AND MARGARET           |
|     |          |       | BACON PURSUANT TO MCR                 |
|     |          |       | 2.116(C)(7) AND MCR 2.116(C)          |
|     |          |       | (8) FILED                             |
| 173 |          |       | MOTION FEE PAID                       |
|     |          |       | RECEIPT# 00462106 AMT $20.00          |
| 174 |          | D 004 | ANSWER FILED                          |
|     |          |       | DEFT. ROWE PROFESSIONAL               |
|     |          |       | SERVICES CO'S ANSWER TO PLTF'S        |
|     |          |       | MASTER SHORT FORM COMPLAINT           |
|     |          |       | IN CASE NO. 17-110098-NO AND          |
|     |          |       | CASE NOS. IDENTIFIED IN               |
|     |          |       | EXHIBIT 1, AFFIRMATIVE                |
|     |          |       | DEFENSES, RELIANCE ON JURY            |
|     |          |       | DEMAND AND PROOF OF SERVICE           |
|     |          |       | OF SAME UPON ALL PARTIES ON           |
|     |          |       | 05/14/18 FILED                        |
| 175 |          | D 003 | DEFT. LEO A. DALY CO'S MOTION         |
|     |          |       | FOR SUMMARY DISP. FOR LACK OF         |
|     |          |       | PERSONAL JURISDICTION UNDER           |
|     |          |       | MCR 2.116(C)(1) AND                   |
|     |          |       | ALTERNATIVELY UNDER MCR               |
|     |          |       | 2.116(C)(8) AND MOTION FOR            |
|     |          |       | MORE DEFINITE STATEMENT UNDER         |
|     |          |       | MCR 2.115(1), BRIEF IN SUPPORT        |
|     |          |       | PROOF OF SERVICE OF SAME UPON         |
|     |          |       | ALL PARTIES ON 2/14/18 FILED          |
| 176 |          |       | EXHIBIT A FILED                       |
| 177 |          |       | EXHIBIT B FILED                       |
| 178 |          |       | EXHIBIT D                             |
| 179 |          |       | EXHIBIT C FILED                       |
| 180 |          |       | EXHIBIT E FILED                       |
| 181 |          |       | EXHIBIT F FILED                       |
| 182 |          |       | MOTION FEE PAID                       |
|     |          |       | RECEIPT# 00462112 AMT $20.00          |
| 183 |          | D 001 | LOCKWOOD ANDREWS & NEWNAM INC         |
|     |          |       | AND LOCKWOOD ANDREWS &                |

Register of Action

```
                                        NEWNAM PC'S MOTION FOR SUMMARY
                                        DISP. OR IN THE ALTERNATIVE,
                                        MOTION FOR MORE DEFINITE
                                        STATEMENT -ORAL ARGUMENT
                                        REQUESTED - BRIEF IN SUPPORT
                                        FILED
    184                                 CERTIFICATE OF SERVICE OF
                                        SAME UPON ALL PARTIES ON
                                        05/14/18 FILED
    185                                 MOTION FEE PAID
                                        RECEIPT#  00462117  AMT     $20.00
    186                  D 005          NOTICE OF HEARING, VEOLIA
                                        NORTH AMERICA LLC, VEOLIA
                                        NORTH AMERICA INC AND
                                        OPERATING SERVICES MOTION FOR
                                        SUMMARY DISP, BRIEF IN
                                        SUPPORT, AND CERTIFICATE OF
                                        SERVICE OF SAME UPON ALL
                                        PARTIES ON 05/14/18 FILED
                                        EXHIBIT A FILED
    187 05/15/18                        SERVICE LIST FOR VEOLIA NORTH
                                        AMERICA LLC, VEOLIA NORTH
                                        AMERICA INC, AND VEOLIA WATER
                                        NORTH AMERICA OPERATING
                                        SERVICES INC'S MOTION FOR
                                        SUMMARY DISP. FILED
    188                                 AMENDED EXHIBIT B TO LEO A.
                                        DALY MOTION TO DISMISS FILED
                                        ON 5/14/18 AND CERTIFICATE OF
                                        SERVICE OF SAME UPON ALL
                                        PARTIES ON 05/15/18 FILED
    189 05/17/18                        MOTION FEE PAID
                                        RECEIPT#  00462236  AMT     $20.00
    190                                 JOINT MOTION TO AMEND ORDER
                                        DATED 03/15/18 AND PROOF OF
                                        SERVICE OF SAME UPON ALL
                                        PARTIES ON 05/17/18 FILED
    191 06/05/18                        AMENDED PROVISION 6 OF
                                        ORDER EXTENDING DEADLINES FOR
                                        RESPONSIVE PLEADINGS DATED
                                        03/15/18 FILED (60 DAYS AFTER
                                        ENTRY OF THIS ORDER OR 45 DAYS
                                        AFTER FILING AND SERVICE OF
                                        SHORT-FORM COMPLAINT)
    192 06/06/18                        CORRECTED CERTIFICATE OF
                                        SERVICE OF LETTER TO THE
                                        COURT RE: STATUS OF HOLD
                                        UPON ALL PARTIES ON 06/05/18
                                        FILED
    193                                 CITY DEFTS' OBJECTIONS TO
                                        PROPOSED ORDER REGARDING
                                        MEET AND CONFER ISSUES AND
                                        CERTIFICATE OF SERVICE OF SAME
                                        UPON ALL PARTIES ON 06/06/18
                                        FILED
    194 06/11/18         D 001          APPEARANCE
                                          ATTORNEY: P-37081 ERICKSON
                                        NOTICE OF APPEARANCE FOR
                                        DEFTS. LOCKWOOD ANDREWS &
                                        NEWNAM INC, LOCKWOOD ANDREWS &
                                        NEWNAM PC, AND LIMITED
```

```
                                    APPEARANCE FOR LEO A. DALY CO.
                                    AND CERTIFICATE OF SERVICE OF
                                    SAME UPON ALL PARTIES ON
                                    06/11/18 FILED
195                    D 002       APPEARANCE
                                       ATTORNEY: P-37081 ERICKSON
196                    D 003       APPEARANCE
                                       ATTORNEY: P-37081 ERICKSON
197                                MEMORANDUM OF THE LAN DEFTS
                                    IN RESPONSE TO THE MOTION TO
                                    DISMISS FILED BY THE CITY OF
                                    FLINT AND CERTIFICATE OF
                                    SERVICE OF SAME UPON ALL
                                    PARTIES ON 6/11/18 FILED
198 06/15/18                       SET NEXT DATE FOR: 07/10/18  1:00 PM
                                       MISCELLANEOUS HEARING
                                       HON. RICHARD B. YUILLE
                                    (IF NEEDED)
                                    ORDER REGARDING MEET AND
                                    CONFER ISSUES FILED
199 06/18/18           D 018       APPEARANCE
                                       ATTORNEY: P-76794 WISE
                                    APPEARANCE AND PROOF OF
                                    SERVICE OF THE SAME UPON
                                    ATTY'S OF RECORD ON 6/13/18
                                    FILED
200                    D 018       FROM: GALVIN,JOSEPH F.,
                                       TO: WISE,MATTHEW,
201 06/22/18                       STIPULATION FOR EXTENSION OF
                                    TIME FOR RESPONSIVE PLEADINGS
                                    FILED (UNTIL 08/03/18)
203 07/05/18                       AMENDED ORDER REGARDING MEET
                                    AND CONFER ISSUES FILED
204 07/09/18                       REMOVE NEXT EVENT: 07/10/18  1:00 PM
                                       MISCELLANEOUS HEARING
                                       HON. RICHARD B. YUILLE
205                                NOTICE SENT FOR:   07/17/18 10:30 AM
                                       MISCELLANEOUS HEARING
                                       HON. RICHARD B. YUILLE
                                    (IF NEEDED)
206 07/12/18                       SET NEXT DATE FOR: 08/07/18  1:00 PM
                                       MISCELLANEOUS HEARING
                                       HON. RICHARD B. YUILLE
                                    (IF NEEDED)
                                    SECOND AMENDED ORDER REGARDING
                                    MEET AND CONFER ISSUES
                                    FILED
207                                SET NEXT DATE FOR: 07/26/18  3:00 PM
                                       MISCELLANEOUS HEARING
                                       HON. RICHARD B. YUILLE
                                    STATUS CONFERENCE PER ORDER
208                                ORDER REGARDING TELEPHONE
                                    HEARING ON JULY 17, 2018
                                    FILED
210 07/13/18                       STIPULATION FOR EXTENSION
                                    OF TIME FOR RESPONSIVE
                                    PLEADINGS FILED (08/10/18)
212 07/17/18                       MISCELLANEOUS HEARING
                                    PHONE CONFERENCE HELD WITH
                                    COUNSEL FOR ALL PARTIES
                                    PARTICIPATING. MOTION BY ATTY
```

```
                              LAVELLE TO LIFT STAY HEARD.
                              COURT STATED WILL DECIDE CASE
                              BY FRIDAY 7/20/18. COURT
                              REQUESTED MOTIONS AND BRIEF
                              THAT NEED TO BE ADDRESSED BE
                              EMAILED TO THE COURT. COURT
                              WILL REVIEW AND MAIL RESPONSE
                              WITH DECISION BY END OF THE
                              WEEK.
        211 07/21/18          PLTFS' OMNIBUS BRIEF IN
                              OPPOSITION TO DEFTS' MOTIONS
                              TO DISMISS AND MOTIONS FOR
                              SUMMARY DISP. AND CERTIFICATE
                              OF SERVICE OF SAME UPON ALL
                              PARTIES ON 07/20/18 FILED
        213 07/26/18          SET NEXT DATE FOR: 08/30/18  9:30 AM
                                MISCELLANEOUS HEARING
                                HON. RICHARD B. YUILLE
                              ORAL ARGUMENT ON MOTION FOR
                              SUMMARY DISPOSITION
                              (INDIVIDUAL CASES)
        214                   SET NEXT DATE FOR: 09/13/18 10:00 AM
                                MISCELLANEOUS HEARING
                                HON. RICHARD B. YUILLE
                              ORAL ARGUMENT ON MOTION FOR
                              SUMMARY DISPOSITION
                              (CLASS CASES)
        215 07/27/18          ORDER LIFTING STAY OF
                              PROCEEDINGS FILED
        216 08/06/18          REMOVE NEXT EVENT: 08/07/18  1:00 PM
                                MISCELLANEOUS HEARING
                                HON. RICHARD B. YUILLE
        217                   INTERIM SCHEDULING ORDER FILED
        218 08/08/18          PROPOSED AMENDMENTS TO THE
                              FIRST AMENDED CASE MANAGEMENT
                              ORDER AND CERTIFICATE OF
                              SERVICE OF SAME UPON ALL
                              PARTIES ON 08/08/18 FILED
        219                   PROPOSED AMENDMENTS TO THE
                              FIRST AMENDED CASE MANAGEMENT
                              ORDER AND CERTIFICATE OF
                              SERVICE OF SAME UPON ALL
                              PARTIES ON 08/08/18 FILED
        220                   PROPOSED AMENDMENTS TO THE
                              FIRST AMENDED CASE MANAGEMENT
                              ORDER AND CERTIFICATE OF
                              SERVICE OF SAME UPON ALL
                              PARTIES ON 08/08/18 FILED
        221 08/10/18          LOCKWOOD, ANDREWS & NEWNAM
                              INC AND LOCKWOOD, ANDREWS &
                              NEWNAM PC'S REPLY BRIEF IN
                              SUPPORT OF MOTION FOR SUMMARY
                              DISP. OR IN THE ALTERNATIVE,
                              MOTION FOR MORE DEFINITE
                              STATEMENT FILED
        222                   REPLY BRIEF IN SUPPORT OF
                              DEFT. LEO A. DALY CO'S
                              MOTION FOR SUMMARY DISP. FOR
                              LACK OF PERSONAL JURSIDICTION
                              UNDER MCR 2.116(C)(1) AND
                              ALTERNATIVELY UNDER MCR 2.116
```

|     |          |                                      |
|-----|----------|--------------------------------------|
|     |          | (C)(8) AND MOTION FOR MORE           |
|     |          | DEFINITE STAEMENT UNDER              |
|     |          | MCR 2.115(A) & PROOF OF              |
|     |          | SERVICE ON 08/10/18 FILED            |
| 223 | 08/14/18 | STATE DEFTS' OBJECTIONS TO THE       |
|     |          | PROPOSED CASE MANAGEMENT             |
|     |          | ORDER FILED                          |
| 224 |          | PROOF OF SERVICE FILED               |
|     |          | OF SAME UPON ALL PARTIES ON          |
|     |          | 08/14/18 FILED                       |
| 225 |          | OBJECTION OF THE LAN DEFTS'          |
|     |          | TO THE PROPOSED AMENDMENTS           |
|     |          | TO THE FIRST AMENDED CASE            |
|     |          | MANAGEMENT ORDER SUBMITTED           |
|     |          | BY LEAD OCUNSEL AND LIASON           |
|     |          | COUNSEL ON 08/08/18 AND PROOF        |
|     |          | OF SERVICE OF SAME UPON ALL          |
|     |          | PARTIES ON 08/14/18 FILED            |
| 226 |          | PLTFS' LEAD COUNSEL'S                |
|     |          | OBJECTION TO CASE MANAGEMENT         |
|     |          | ORDER AMENDMENTS AND                 |
|     |          | CERTIFICATE OF SERVICE OF            |
|     |          | SAME UPON ALL PARTIES ON             |
|     |          | 08/14/18 FILED                       |
| 227 |          | PROOF OF SERVICE FILED               |
|     |          | OF OBJECTIONS BY CITY OF             |
|     |          | FLINT, DARNELL EARLY, GERALD         |
|     |          | AMBROSE, DAYNE WALLING, HOWARD       |
|     |          | CROFT, DAUGHERTY JOHNSON AND         |
|     |          | MICHAEL GLASGOW UPON ALL             |
|     |          | PARTIES ON 08/14/18 FILED            |
| 228 |          | OBJECTIONS BY THE CITY OF            |
|     |          | FLINT, DARNELL EARLY, GERALD         |
|     |          | AMBROSE, DAYNE WALLING, HOWARD       |
|     |          | CROFT, DAUGHERTY JOHNSON AND         |
|     |          | MICHAEL GLASGOW TO THE               |
|     |          | PROPOSED AMENDMENT TO THE            |
|     |          | FIRST AMENDED CASE MANAGEMENT        |
|     |          | ORDER FILED                          |
| 229 |          | OBJECTIONS TO PROPOSED               |
|     |          | AMENDMENTS TO THE FIRST              |
|     |          | AMENDED CASE MANAGEMENT              |
|     |          | ORDER AND CERTIFICATE OF             |
|     |          | SERVICE OF SAME UPON ALL             |
|     |          | PARTIES ON 8/14/18 FILED             |
| 230 |          | POSITION OF INTERIM LIAISON          |
|     |          | CLASS COUNSEL FOR PLTFS              |
|     |          | REGARDING PROPOSED AMENDMENTS        |
|     |          | TO THE FIRST AMENDED                 |
|     |          | CASE MANAGEMENT ORDER AND            |
|     |          | CERTIFICATE OF SERVICE OF            |
|     |          | SAME UPON ALL PARTIES ON             |
|     |          | 8/14/18 FILED                        |
| 231 |          | OBJECTIONS OF DEFTS. VEOLIA          |
|     |          | WATER NORTH AMERICA OPERATING        |
|     |          | SERVICES LLC, VEOLIA NORTH           |
|     |          | AMERICA INC AND VEOLIA NORTH         |
|     |          | AMERICA LLC TO PROPOSED              |
|     |          | AMENDMENTS TO THE FIRST              |
|     |          | AMENDED CASE MANAGEMENT ORDER        |
|     |          | AND CERTIFICATE OF SERVICE OF        |

| | | |
|---|---|---|
| | | SAME UPON ALL PARTIES ON 08/14/18 FILED |
| 232 | 08/17/18 | CITY DEFTS' REPLY BRIEF IN SUPPORT OF THEIR MOTION FOR SUMMARY DISP. OF SHORT-FORM COMPLAINT OF PLTF. SINGLETON-HILL AND CERTIFICATE OF SERVICE OF SAME UPON ALL PARTIES ON 08/17/18 FILED |
| 233 | | EXHIBIT "A" TO CITY DEFTS' REPLY BRIEF IN SUPPORT OF THEIR MOTION FOR SUMMARY DISP. OF SHORT FORM COMPLAINT OF PLTF. SINGLETON-HILL - PART 1 OF 5 OF EXHIBIT A FILED |
| 234 | | EXHIBIT "A" TO CITY DEFTS' REPLY BRIEF IN SUPPORT OF THEIR MOTION FOR SUMMARY DISP. OF SHORT FORM COMPLAINT OF PLTF. SINGLETON-HILL - PART 2 OF 5 OF EXHIBIT A FILED |
| 235 | | EXHIBIT "A" TO CITY DEFTS' REPLY BRIEF IN SUPPORT OF THEIR MOTION FOR SUMMARY DISP. OF SHORT FORM COMPLAINT OF PLTF. SINGLETON-HILL - PART 3 OF 5 OF EXHIBIT A FILED |
| 236 | | EXHIBIT "A" TO CITY DEFTS' REPLY BRIEF IN SUPPORT OF THEIR MOTION FOR SUMMARY DISP. OF SHORT FORM COMPLAINT OF PLTF. SINGLETON-HILL - PART 4 OF 5 OF EXHIBIT A FILED |
| 237 | | EXHIBIT "A" TO CITY DEFTS' REPLY BRIEF IN SUPPORT OF THEIR MOTION FOR SUMMARY DISP. OF SHORT FORM COMPLAINT OF PLTF. SINGLETON-HILL - PART 5 OF 5 OF EXHIBIT A FILED |
| 238 | | REPLY BRIEF IN SUPPORT OF VEOLIA NORTH AMERICA LLC, VEOLIA NORTH AMERICA INC, AND VEOLIA WATER NORTH AMERICA OPERATING SERVICES LLC'S MOTION FOR SUMMARY DISP. AND CERTIFICATE OF SERVICE OF SAME UPON ALL PARTIES ON 08/17/18 FILED |
| 240 | 08/21/18 | RESPONSE OF THE LAN DEFTS. TO OBJECTIONS TO THE PROPOSED SECOND AMENDED CASE MANAGEMENT ORDER |
| 241 | | RESPONSE OF DEFTS. VEOLIA WATER NORTH AMERICA OPERATING SERVICES LLC, VEOLIA NORTH AMERICA INC AND VEOLIA NORTH AMERICA LLC TO OBJECTIONS TO PROPOSED AMENDMENTS TO THE FIRST AMENDED CASE MANAGEMENT ORDER AND CERTIFICATE OF SERVICE OF SAME UPON ALL |

```
                        PARTIES ON 8/21/18 FILED
239 08/22/18            MOTION FEE PAID
                        RECEIPT# 00465647 AMT    $20.00
242                     MOTION FOR SUMMARY DISP. OF
                        GOVERNOR SNYDER, STATE OF
                        MICHIGAN, AND ANDY DILLON
                        UNDER MCR 2.116(C)(6) (C)(7)
                        AND (C)(8) FILED
243                     BRIEF IN SUPPORT FILED
244                     PROOF OF SERVICE FILED
                        OF SAME UPON ALL PARTIES ON
                        08/22/18 FILED
245 08/23/18            MOTION FEE PAID
                        RECEIPT# 00465727 AMT    $20.00
247 08/24/18            POTENTIALLY UNOPPOSED MOTION
                        TO EXEMPT STATE DEFTS. FROM
                        LEAD COUNSEL ARRANGMENT FILED
248                     BRIEF IN SUPPORT FILED
249                     PROOF OF SERVICE FILED
                        OF SAME UPON ALL PARTIES ON
                        08/24/18 FILED
250 08/28/18            CITY DEFTS' CONCURRENCE IN AND
                        JOINDER IN STATE DEFTS'
                        UNOPPOSED MOTION TO EXEMPT
                        STATE DEFTS. FROM LEAD COUNSEL
                        ARRANGMENT FILED
                        BRIEF IN SUPPORT FILED
                        PROOF OF SERVICE OF SAME UPON
                        ALL PARTIES ON 08/27/18 FILED
251                     CITY DEFTS' CONCURRENCE IN AND
                        JOINDER IN STATE DEFTS'
                        UNOPPOSED MOTION TO EXEMPT
                        STATE DEFTS FROM LEAD COUNSEL
                        ARRANGEMENT FILED
                        BRIEF IN SUPPORT FILED
                        PROOF OF SERVICE OF SAME UPON
                        ALL PARTIES ON 08/27/18 FILED
252                     MEMORANDUM OF THE LAN DEFTS
                        IN RESPONSE TO THE MOTION OF
                        THE STATE DEFTS. TO BE
                        EXEMPT FROM THE LEAD COUNSEL
                        ARRANGMENT AND PROOF OF
                        SERVICE OF SAME UPON ALL
                        PARTIES ON 08/28/18 FILED
253                     MEMORANDUM OF THE LAN DEFTS
                        IN RESPONSE TO THE MOTION OF
                        THE STATE DEFTS TO BE EXEMPT
                        FROM THE LEAD COUNSEL
                        ARRANGMENT AND PROOF OF
                        SERVICE OF SAME UPON ALL
                        PARTIES ON 08/28/18 FILED
246 08/29/18            CITY DEFTS' CONCURRENCE IN
                        AND JOINDER IN STATE DEFTS
                        "UNOPPOSED" MOTION TO EXEMPT
                        STATE DEFTS FROM LEAD COUNSEL
                        ARRANGEMENT FILED
254 09/10/18            MASON PLTFS' SUPPLEMENTAL
                        BRIEF IN OPPOSITION TO THE
                        MOTIONS FOR SUMMARY DISP.
                        FILED BY DEFTS. AND
                        CERTIFICATE OF SERVICE OF
```

```
                              SAME UPON ALL PARTIES ON
                              09/07/18 FILED
255 09/14/18                  STATE DEFTS' MOTON FOR STAY
                              AND PROOF OF SERVICE OF SAME
                              UPON ALL PARTIES ON 09/14/18
                              FILED
256 09/24/18                  MOTION FEE PAID
                              RECEIPT#  00466989  AMT     $20.00
257                           JOINT MOTION OF LEAD COUNSEL
                              TO ENTER DISCOVERY
                              COORDINATION PROTOCOL ORDER
                              AND PROOF OF SERVICE OF SAME
                              UPON ALL PARTIES ON 09/24/18
                              FILED
                              EXHIBIT A FILED
                              EXHIBIT B FILED
258 09/26/18                  TRANSCRIPT OF PROCEEDINGS FILED
                              MOTION - 08/30/18
259                           TRANSCRIPT OF PROCEEDINGS FILED
                              STATUS CONFERENCE - 07/17/18
261 09/28/18                  VEOLIA WATER NORTH AMERICA
                              OPERATING SERVICES LLC,
                              VEOLIA NORTH AMERICA INC,
                              AND VEOLIA NORTH AMERICA
                              LLC'S OPPOSITION TO STATE
                              DEFTS' MOTION FOR STAY AND
                              CERTIFICATE OF SERVICE OF
                              SAME UPON ALL PARTIES ON
                              09/28/18 FILED
260 10/01/18                  STIPULATION AND ORDER FOR
                              EXTENSION OF TIME TO FILE
                              RESPONSIVE PLEADINGS AS TO
                              ALL DEFTS. FILED
                              (EXTENDED TO: 01/15/19)
262 10/02/18                  DISCOVERY COORDINATION
                              PROTOCOL ORDER FILED
263                           STATE DEFTS' REPLY IN SUPPORT
                              OF THEIR RENEWED MOTION TO
                              STAY FILED
                              PROOF OF SERVICE OF SAME UPON
                              ALL PARTIES ON 10/02/18 FILED
264 11/28/18                  NOTICE BY LIAISON DEFENSE
                              CLASS COUNSEL OF INTENT TO
                              FILE PROPOSED AMENDMENTS TO
                              THE CASE MANAGEMENT ORDER ON
                              OR BEFORE FEBRUARY 1, 2019 AND
                              PROOF OF SERVICE OF SAME UPON
                              ALL PARTIES ON 11/28/18 FILED
265                           NOTICE BY LIAISON DEFENSE
                              CLASS COUNSEL OF INTENT TO
                              FILE PROPOSED AMENDMENTS TO
                              THE CASE MANAGEMENT ORDER ON
                              OR BEFORE FEBRUARY 1, 2019 AND
                              PROOF OF SERVICE OF SAME UPON
                              ALL PARTIES ON 11/28/18 FILED
266 01/03/19                  NOTICE OF CHANGE IN FIRM
                              NAME FILED (JAMES M CAMPBELL
                              & JOHN A GRUNERT)
267 01/09/19                  MCLAREN REGIONAL MEDICAL
                              CETNER'S NOTICE OF NON-PARTY
                              FAULT FILED
```

```
268 01/14/19          PROOF OF SERVICE FILED
                      OF MCLAREN REGIONAL MEDICAL
                      CENTER'S NOTICE OF NONPARTY
                      FAULT UPON ATTY'S OF RECORD
                      BY MAIL ON 1/9/19.
270 02/01/19          MAYS PLTFS' MOTION FOR ON THE
                      RECORD SCHEDULING CONFERENCES
                      TO ALLOW MEANINGFUL
                      CONSULTATION WITH ALL COUNSEL
                      OF RECORD FILED
269 02/04/19          MOTION FEE PAID
                      RECEIPT#  00471390  AMT    $20.00
271 02/05/19          INTERIM LIAISON CLASS COUNSEL
                      FOR PLTFS' PROPOSED CASE
                      MANAGEMENT ORDER AND
                      CERTIFICATE OF SERVICE OF SAME
                      UPON ALL PARTIES ON 02/04/19
                      FILED
272                   SUBMISSION OF LEAD COUNSEL
                      FOR DEFTS. IN SUPPORT OF
                      PROPOSED DISCOVERY AND
                      SCHEDULING ORDER AND
                      CERTIFICATE OF SERVICE OF SAME
                      UPON ALL PARTIES ON 02/04/19
                      FILED
273                   SUBMISSION OF LEAD COUNSEL
                      FOR DEFTS IN SUPPORT OF
                      PROPOSED DISCOVERY AND
                      SCHEDULING ORDER AND
                      CERTIFICATE OF SERVICE OF SAME
                      UPON ALL PARTIES ON 02/04/19
                      FILED
274 02/08/19          ORDER FOLLOWING FEBRUARY 5,
                      2019 STATUS CONFERENCE FILED
275                   MOTION FEE PAID
                      RECEIPT#  00471623  AMT    $20.00
276                   MOTION OF EUGENE DRIKER,
                      MAROLEY WITUS, TODD R.
                      MENDEL, AND BARRIS, SOTT,
                      DENN & DRIKER PLLC TO
                      WITHDRAW AS COUNSEL FOR DEFT.
                      RICHARD D. SNYDER AND
                      CERTIFICATE OF SERVICE OF
                      SAME UPON ALL PARTIES ON
                      02/08/19 FILED
277 02/11/19    D 010 APPEARANCE
                       ATTORNEY: P-51346 NESSEL
                      SUBSTITUTION OF COUNSEL FOR
                      STATE OF MICHIGAN FILED (FROM
                      SCHUETTE TO DANA NESSEL)
278                   SUBSTITUTION OF COUNSEL FOR
                      STATE OF MICHIGAN FILED (FROM
                      SCHUETTE TO DANA NESSEL)
279                   SUBSTITUTION OF COUNSEL FOR
                      STATE OF MICHIGAN FILED (FROM
                      SCHUETTE TO DANA NESSEL)
280                   SUBSTITUTION OF COUNSEL FOR
                      STATE OF MICHIGAN FILED (FROM
                      SCHUETTE TO DANA NESSEL)
281                   JOINT SUBMISSION OF LEAD
                      COUNSEL REGARDING DISCOVERY
```

| | | |
|---|---|---|
| | | AND SCHEDULING ORDER AND |
| | | CERTIFICATE OF SERVICE OF SAME |
| | | UPON ALL PARTIES ON 02/11/19 |
| | | FILED |
| | | EXHIBIT A FILED |
| | | EXHIBIT B FILED |
| 282 | 02/13/19 | MEMORANDUM OF THE LAN DEFTS' |
| | | IN RESPONSE TO THE MOTION OF |
| | | THE MAYS PLTFS' FOR ON THE |
| | | RECORD STATUS CONFERENCES AND |
| | | PROOF OF SERVICE OF SAME UPON |
| | | ALL PARTIES ON 02/13/19 FILED |
| 283 | 02/15/19 | DEFT MCLAREN'S OBJECTION |
| | | & MOTION SEEKING RELIEF FROM |
| | | ORDER FOLLOWING 2/5/19 |
| | | STATUS CONFERENCE FILED |
| 284 | | OBJECTIONS BY THE CITY OF |
| | | FLINT, DARNELL EARLEY, |
| | | GERALD AMBROSE, DAYNE WALLING, |
| | | HOWARD CROFT, DAUGHERTY |
| | | JOHNSON AND MICHAEL GLASGOW |
| | | TO THE PROPOSED DISCOVERY |
| | | AND SCHEDULING ORDER FILED |
| 285 | | CARTHAN PLTFS' OBJECTIONS TO |
| | | SUBMISSION REGARDING DISCOVERY |
| | | AND SCHEDULING ORDER AND |
| | | CERTIFICATE OF SERVICE OF SAME |
| | | UPON ALL PARTIES ON 02/15/19 |
| | | FILED |
| 286 | | MAYS PLTFS' OBJECTIONS TO |
| | | SUBMISSION REGARDING DISCOVERY |
| | | AND SCHEDULING ORDER AND |
| | | CONCURRENCE IN CARTHAN PLTFS' |
| | | OBJECTIONS AND CERTIFICATE OF |
| | | SERVICE OF SAME UPON ALL |
| | | PARTIES ON 02/15/19 FILED |
| 287 | | OBJECTIONS BY BOTH THE STATE |
| | | DEFTS IN THE MAYS PUTATIVE |
| | | CLASS ACTION AND THE PEOPLE |
| | | IN THE PARENS PATRIAE ACTION |
| | | AGAINST THE VEOLIA AND LAN |
| | | DEFTS. FILED |
| 288 | | CORRECTED OBJECTIONS BY BOTH |
| | | THE STATE DEFTS. IN THE MAYS |
| | | PUTATIVE CLASS ACTION AND THE |
| | | PEOPLE IN THE PARENS PATRIAE |
| | | ACTION AGAINST THE VEOLIA AND |
| | | LAN DEFTS. FILED |
| 291 | | OBJECTION OF THE DEFTS. VEOLIA |
| | | WATER NORTH AMERICA OPERATING |
| | | SERVICES, VEOLIA NORTH |
| | | AMERICA INC, AND VEOLIA NORTH |
| | | AMERICA LLC TO PLTFS' LIAISON |
| | | CLASS COUNSEL'S PROPOSED |
| | | SCHEDULE FOR PROCEEDINGS WITH |
| | | RESPECT TO CLASS CERTIFICATION |
| | | FILED |
| 289 | 02/19/19 | DEFT. MCLAREN'S OBJECTIONS TO |
| | | PROPOSED DISCOVERY AND |
| | | SCHEDULING ORDER SUBMITTED |
| | | ON 02/11/19 FILED |

| | | |
|---|---|---|
| 290 | | DEFT. MCLAREN'S OBJECTION AND MOTION SEEKING RELIEF FROM ORDER FOLLOWING FEBRUARY , 2019 STATUS CONFERENCE FILED EXHIBIT 1 FILED EXHIBIT 2 FILED EXHIBIT 3 FILED EXHIBIT 4 FILED EXHIBIT 5 FILED EXHIBIT 6 FILED EXHIBIT7 FILED |
| 292 | | OBJECTION OF LEGIONELLA PLTF DENNIS BAESE TO THE COURT'S ORDER FOLLOWING FEBRUARY 5, 2019 STATUS CONFERENCE IN DOCKET NUMBER 17 108646 NO FILED |
| 293 | | OBJECTION OF LEGIONELLA PLTF DENNIS BAESE TO THE COURT'S ORDER FOLLOWING FEBRUARY 5, 2019 STATUS CONFERENCE IN DOCKET NUMBER 17 108646 NO (FILED IN CASE 16 107681 NO) |
| 295 | 02/25/19 | MOTION OF LEAD COUNSEL FOR DEFTS FOR LEAVE TO FILE SUBMISSION REGARDING OBJECTIONS TO DISCOVERY AND SCHEDULING ORDER, BRIEF IN SUPPORT, AND CERTIFICATE OF SERVICE OF SAME UPON ALL PARTIES ON 02/25/19 FILED |
| 296 | | SUBMISSION OF LEAD COUNSEL FOR DEFTS. REGARDING OBJECTIONS TO DISCOVERY AND SCHEDULING ORDER FILED |
| 294 | 02/26/19 | MOTION FEE PAID RECEIPT#  00472248  AMT     $20.00 |
| 297 | 02/27/19 | PLTFS' CONCURRENCE AND CERTIFICATE OF SERVICE OF SAME UPON ALL PARTIES ON 11/02/18 FILED |
| 298 | 02/28/19 | PLTFS' LIAISON CLASS COUNSEL'S MOTION FOR LEAVE TO FILE SUBMISSION REGARDING OBJECTIONS TO DISCOVERY AND SCHEDULING ORDER AND CERTIFICATE OF SERVICE OF SAME UPON ALL PARTIES ON 02/27/19 FILED |
| 299 | | PLTFS' LIAISON CLASS COUNSEL'S SUBMISSION REGARDING OBJECTIONS TO DISCOVERY AND SCHEDULING ORDER FILED |
| 300 | | INDIVIDUAL PLTFS. DALRYMPLE, KIDD, RUNYUN, ET AL'S PARTIAL CONCURRENCE WITH DEFT. MCLAREN'S OBJECTION AND MOTION SEEKING RELIEF FROM ORDER FOLLOWING 02/05/19 STATUS CONFERENCE FILED |
| 301 | 03/04/19 | PLTFS' LIAISON CLASS COUNSEL'S MOTION FOR LEAVE TO FILE |

|     |          |                                          |
|-----|----------|------------------------------------------|
|     |          | SUBMISSION REGARDING                     |
|     |          | OBJECTIONS TO DISCOVERY AND              |
|     |          | SCHEDULING ORDER AND                     |
|     |          | CERTIFICATE OF SERVICE OF                |
|     |          | SAME UPON ALL PARTIES ON                 |
|     |          | 02/27/19 FILED                           |
|     |          | EXHIBIT A FILED                          |
| 302 |          | PLTFS' LIAISON CLASS COUNSEL'S           |
|     |          | SUBMISSION REGARDING                     |
|     |          | OBJECTIONS TO DISCOVERY AND              |
|     |          | SCHEDULING ORDER FILED                   |
| 303 | 03/08/19 | DEFT. MCLAREN'S REPLY TO THE             |
|     |          | RESPONSE OF THE LAN DEFTS AND            |
|     |          | THE VEOLIA DEFTS. TO MOTION              |
|     |          | SEEKING RELIEF FROM ORDER                |
|     |          | FOLLOWING 02/05/19 STATUS                |
|     |          | CONFERENCE AND CERTIFICATE               |
|     |          | OF SERVICE OF SAME UPON ALL              |
|     |          | PARTIES ON 03/08/19 FILED                |
| 304 | 03/14/19 | STATE DEFTS' RESPONSE TO                 |
|     |          | PLTFS' MOTION FOR STAY AND               |
|     |          | PROOF OF SERVICE OF SAME UPON            |
|     |          | ALL PARTIES ON 03/14/19 FILED            |
| 305 | 03/20/19 | MOTION FEE PAID                          |
|     |          | RECEIPT# 00473073 AMT    $20.00          |
| 306 |          | MOTION FOR PRO HACE VICE                 |
|     |          | ADMISSION OF ALAINA N. DEVINE            |
|     |          | AND CERTIFICATE OF SERVICE               |
|     |          | OF SAME UPON ALL PARTIES ON              |
|     |          | 03/19/19 FILED                           |
|     |          | EXHIBIT 4 FILED                          |
| 307 | 03/27/19 | ORDER OF WITHDRAWAL AS COUNSEL           |
|     |          | FOR DEFT. RICHARD D. SNYDER              |
|     |          | FILED                                    |
| 308 | 03/29/19 | MOTION FEE PAID                          |
|     |          | RECEIPT# 00473445 AMT    $20.00          |
| 309 |          | REQUEST FOR MOTION HEARING               |
|     |          | FILED                                    |
| 310 |          | MEMORANDUM OF LAW IN SUPPORT             |
|     |          | OF PLTFS' MOTION TO DISQUALIFY           |
|     |          | THE MICHIGAN ATTORNEY GENERALS           |
|     |          | OFFICE FROM THE IN RE FLINT              |
|     |          | WATER LITIGATION MATTERS AND             |
|     |          | CERTIFICATE OF SERVICE OF SAME           |
|     |          | UPON ALL PARTIES ON 03/29/19             |
|     |          | FILED                                    |
| 311 |          | NOTICE OF MOTION TO                       |
|     |          | DISQUALIFY THE MICHIGAN                   |
|     |          | ATTORNEY GENERALS OFFICE FROM            |
|     |          | ALL STATE COURT LITIGATION               |
|     |          | PART OF IN RE FLINT WATER                |
|     |          | LITIGATION CASE NO. 17-108646-           |
|     |          | NO AND CERTIFICATE OF SERVICE            |
|     |          | OF SAME UPON ALL PARTIES ON              |
|     |          | 03/29/19 FILED                           |
| 312 |          | AFFIRMATION OF COREY M.                   |
|     |          | STERN FILED                              |
| 313 |          | EXPERT DECLARATION OF ROBERT             |
|     |          | E. HIRSHON FILED                         |
| 314 | 04/09/19 | NOTIFICATION PURSUANT TO                 |
|     |          | MCR 8.126(A)(1)(B) FILED                 |

| | | |
|---|---|---|
| 315 | 04/10/19 | NOTICE OF SUPPLEMENTAL AUTHORITY FILED |
| 316 | | PROOF OF SERVICE FILED OF SAME UPON ALL PARTIES ON 04/10/19 FILED |
| 317 | 04/12/19 | THE STATE OF MICHIGAN'S RESPONSE TO INDIVIDUAL PLTFS' MOTION TO DISQUALIFY THE MICHIGAN DEPT. OF ATTORNEY GENERAL FILED |
| 318 | | JOINDER BY THE LAN DEFTS. IN THE MOTION OF LEAD COUNSEL FOR PLTFS. TO DISQUALIFY THE MICHIGAN ATTORNEY GENERAL'S OFFICE FROM ALL STATE COURT LITIGATION IN RE: FLINT WATER LITIGATION AND CERTIFICATE OF SERVICE OF SAME UPON ALL PARTIES ON 04/12/19 FILED |
| 319 | | LETTER FROM ATTORNEY GENERAL DATED 4-12-19 RECEIVED AND FILED |
| 320 | | FIRST AMENDED COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL FOR CASE 16-107576 FILED EXHIBIT A FILED EXHIBIT U FILED EXHIBIT O FILED EXHIBIT GG FILED EXHIBIT G FILED |
| 321 | | PROOF OF SERVICE FILED OF SAME UPON ALL PARTIES ON 04/12/19 FILED |
| 322 | 04/15/19 | DEFT. MCLAREN'S JOINDER AND CONCURRENCE IN INDIVIDUAL PLTFS' MOTION TO DISQUALIFY THE MICHIGAN DEPT. OF ATTORNEY GENERAL FILED |
| 323 | 04/16/19 | LETTER FROM ATTY JAMES CAMPBELL DATED 04-16-19 RECEIVED AND FILED |
| 324 | | LETTER FROM ASSISTANT ATTY GENERAL ZACHARY LARSEN DATED 04/16/19 RECEIVED AND FILED |
| 325 | | FIRST AMENDED COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL FILED EXHIBIT GG FILED EXHIBIT A FILED EXHIBIT U FILED EXHIBIT G FILED EXHIBIT O FILED |
| 326 | | PROOF OF SERVICE FILED OF SAME UPON ALL PARTIES ON 04/16/19 FILED |
| 327 | 04/22/19 | ORDER GRANTING MOTION FOR PRO HAC VICE ADMISSIONS OF ALAIN N. DEVINE FILED |
| 328 | | REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF PLTFS' |

Page 1 of Action

```
                             MOTION TO DISQUALIFY THE
                             MICHIGAN ATTORNEY GENERAL'S
                             OFFICE FROM THE IN RE FLINT
                             WATER LITIGATION MATTERS
                             AND CERTIFICATE OF SERVICE OF
                             SAME UPON ALL PARTIES ON
                             04/19/19 FILED
       329                   LETTER TO COURT FROM ATTY
                             JAMES CAMPBELL FILED IN
                             LOWER CASE 16-107576-NM.
       330 04/25/19          MOTION FEE PAID
                             RECEIPT#  00474397  AMT      $20.00
       331                   THE STATE OF MICHIGAN'S MOTION
                             TO FILE SUR-REPLY FILED
       332                   PROOF OF SERVICE FILED
                             OF SAME UPON ALL PARTIES ON
                             04/25/19 FILED
       333                   THE STATE'S SUPPLEMENTAL
                             OBJECTIONS TO THE DISCOVERY
                             AND SCHEDULING ORDER FILED
       334                   PROOF OF SERVICE FILED
                             OF SAME UPON ALL PARTIES ON
                             04/25/19 FILED
       335 05/02/19          AMENDED REQUEST FOR MOTION
                             HEARING AND CERTIFICATE OF
                             SERVICE OF SAME UPON ALL
                             PARTIES ON 05/02/19 FILED
       336 05/03/19          RESPONSE OF LEAD COUNSEL FOR
                             DEFTS' TO THE STATE'S
                             SUPPLEMENTAL OBJECTIONS TO THE
                             PROPOSED DISCOVERY AND
                             SCHEDULING ORDER FILED
       337 05/07/19          RESPONSE TO (AMENDED) REQUEST
                             FOR MOTION HEARING AND PROOF
                             OF SERVICE OF SAME UPON ALL
                             PARTIES ON 5/07/19 FILED
       338 05/09/19          LEAD COUNSEL'S OPPOSITION TO
                             THE STATE OF  MICHIGAN'S
                             MOTION TO FILE SUR-REPLY TO
                             PLTFS' MOTION TO DISQUALIFY
                             THE MICHIGAN ATTORNEY GENERAL
                             OFFICE FROM THE IN RE FLINT
                             WATER LITIGATION MATTERS AND
                             CERTIFICATE OF SERVICE OF SAME
                             UPON ALL PARTIES ON 05/09/19
                             FILED
       339 05/28/19          JOINT SUBMISSION OF LEAD
                             AND LIAISON COUNSEL FOR PLTFS
                             AND DEFTS REGARDING PROPOSED
                             DISCOVERY AND SCHEDULING ORDER
                             AND CERTIFICATE OF SERVICE OF
                             SAME UPON ALL PARTIES ON
                             05/24/19 FILED
                             EXHIBIT A FILED
       340                   NOTICE OF HEARING - VEOLIA
                             NORTH AMERICA LLC, VEOLIA
                             NORTH AMERICA INC, AND VEOLIA
                             WATER NORTH AMERICA OPERATING
                             SERVICES LLC'S MOTION FOR
                             SUMMARY DISP. AND CERTIFICATE
                             OF SERVICE OF SAME UPON ALL
```

```
                            PARTIES ON 05/28/19 FILED
                            (PERTAINS TO: 16-107576-NM)
341 05/30/19                MOTION FEE PAID
                            RECEIPT#  00475673  AMT       $20.00
342                         NOTICE OF HEARING (DATE TO BE
                            SET BY THE COURT) FILED
343                         DEFT. LEO A. DALY CO'S
                            MOTION FOR SUMMARY DISP. FOR
                            LACK OF PERSONAL JURISDICTION
                            UNDER MCR 2.116(C)(1) AND
                            ALTERNATIVELY UNDER MCR
                            2.116(C)(8) - ORAL ARGUMENT
                            REQUESTED; BRIEF IN SUPPORT
                            AND PROOF OF SERVICE OF SAME
                            UPON ALL PARTIES ON 05/30/19
                            FILED  (16-107576)
344 05/31/19                LAN DEFTS' MOTION FOR SUMMARY
                            DISP. AND TO DISMISS FIRST
                            AMENDED COMPLAINT AND BRIEF
                            IN SUPPORT FILED (16-107576)
345                         NOTICE OF HEARING ON MOTION
                            FOR SUMMARY DISP. FILED
                            (DATE TO BE SET BY THE COURT)
                            (16-107576)
346 06/03/19                STATE'S OBJECTIONS TO THE
                            DRAFT DISCOVERY AND SCHEDULING
                            ORDER SUBMITTED BY THE
                            INDIVIDUAL PLTFS, CLASS
                            PLAINTIFFS, AND ENGINEERING
                            DEFTS. AND PROOF OF SERVICE
                            OF SAME UPON ALL PARTIES ON
                            06/03/19 FILED
347                         CITY DEFTS' OBJECTIONS TO
                            PROPOSED DISCOVERY AND
                            SCHEDULING ORDER AND PROOF
                            OF SERVICE OF SAME UPON
                            ALL PARTIES ON 06/03/19 FILED
348                         MAYS PLTFS' OBJECTIONS TO
                            SUBMISSION REGARDING DISCOVERY
                            AND SCHEDULING ORDER AND
                            CERTIFICATE OF SERVICE OF
                            SAME UPON ALL PARTIES ON
                            06/03/19 FILED
349 06/13/19                NOTICE OF SUPPLEMENTAL
                            AUTHORITY FILED
350                         PROOF OF SERVICE FILED
                            OF SAME UPON ALL PARTIES ON
                            06/13/19 FILED
351 07/12/19                PLTF. ATTORNEY GENERAL DANA
                            NESSEL ON BEHALF OF PEOPLE OF
                            STATE OF MICHIGAN'S RESPONSE
                            AND BRIEF IN OPPOSITION TO
                            LEO A. DALY'S MOTION FOR
                            SUMMARY DISP. AND PROOF OF
                            SERVICE OF SAME UPON ALL
                            PARTIES ON 07/12/19 FILED
352                         PLTF. ATTORNEY GENERAL DANA
                            NESSEL ON BEHALF OF PEOPLE
                            OF STATE OF MICHIGAN'S
                            RESPONSE AND BRIEF IN
                            OPPOSITION TO VEOLIA'S
```

|     |          |                                                     |
| --- | -------- | --------------------------------------------------- |
|     |          | MOTION FOR SUMMARY DISP. AND                        |
|     |          | PROOF OF SERVICE OF SAME UPON                       |
|     |          | ALL PARTIES ON 07/12/19 FILED                       |
| 353 |          | PLTF. ATTORNEY GENERAL DANA                         |
|     |          | NESSEL ON BEHALF OF PEOPLE OF                       |
|     |          | STATE OF MICHIGAN'S RESPONSE                        |
|     |          | AND BRIEF IN OPPOSITION TO                          |
|     |          | LOCKWOOD, ANDREWS & NEWNAM'S                        |
|     |          | MOTION FOR SUMMARY DISP. UNDER                      |
|     |          | MCR 2.116(C)(8) AND PROOF OF                        |
|     |          | SERVICE OF SAME UPON ALL                            |
|     |          | PARTIES ON 07/12/19 FILED                           |
| 354 | 07/30/19 | MOTION FEE PAID                                     |
|     |          | RECEIPT# 00477789 AMT    $20.00                     |
| 355 |          | MOTION OF JOHN A. K. GRUNERT                        |
|     |          | TO WITHDRAW APPEARANCE AS                           |
|     |          | PRO HAC VICE COUNSEL FOR                            |
|     |          | DEFTS. VEOLIA WATER NORTH                           |
|     |          | AMERICA OPERATING SERVICES                          |
|     |          | LLC, VEOLIA NORTH AMERICA INC                       |
|     |          | AND VEOLIA NORTH AMERICA LLC                        |
|     |          | AND PROOF OF SERVICE OF SAME                        |
|     |          | UPON ALL PARTIES ON 07/30/19                        |
|     |          | FILED                                               |
| 356 |          | ORDER GRANTING MOTION OF JOHN                       |
|     |          | A. GRUNERT TO WITHDRAW                              |
|     |          | APPEARANCE AS PRO HAC VICE                          |
|     |          | FILED                                               |
| 357 | 08/02/19 | DEFT. LEO A. DALY CO'S REPLY                        |
|     |          | BRIEF IN SUPPORT OF MOTION FOR                      |
|     |          | SUMMARY DISP. FOR LACK OF                           |
|     |          | PERSONAL JURISDICTION UNDER                         |
|     |          | MCR 2.116(C)(1) AND                                 |
|     |          | ALTERNATIVELY UNDER MCR                             |
|     |          | 2.116(C)(1) - ORAL ARGUMENT                         |
|     |          | REQUESTED - AND PROOF OF                            |
|     |          | SERVICE UPON ALL PARTIES ON                         |
|     |          | 08/02/19 FILED                                      |
| 358 |          | REPLY IN SUPPORT OF VEOLIA                          |
|     |          | NORTH AMERICA LLC, VEOLIA                           |
|     |          | NORTH AMERICA INC AND VEOLIA                        |
|     |          | WATER NORTH AMERICA                                 |
|     |          | OPERATING SERVICES LLC'S                            |
|     |          | MOTION FOR SUMMARY DISP. AND                        |
|     |          | CERTIFICATE OF SERVICE OF                           |
|     |          | SAME UPON ALL PARTIES ON                            |
|     |          | 08/02/19 FILED                                      |
| 359 |          | LAN DEFTS' REPLY BRIEF IN                           |
|     |          | SUPPORT OF ITS MOTION FOR                           |
|     |          | SUMMARY DISP. AND TO DISMISS                        |
|     |          | FIRST AMENDED COMPLAINT                             |
|     |          | AND PROOF OF SERVICE OF SAME                        |
|     |          | UPON ALL PARTIES ON 08/02/19                        |
|     |          | FILED                                               |
| 360 | 10/02/19 | DEFT. CITY OF FLINT'S MOTION                        |
|     |          | FOR SUMMARY DISPOSITION                             |
|     |          | PURSUANT TO MCR 2.116(C)(8) -                       |
|     |          | ORAL ARUGMENT REQUESTED &                           |
|     |          | BRIEF IN SUPPORT FILED                              |
| 361 |          | EXHIBITS FILED                                      |
| 362 |          | NOTICE OF HEARING ON DEFT.                          |

|     |          |       |                                                                                                                                                                                                                 |
|-----|----------|-------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|     |          |       | CITY OF FLINT'S MOTION FOR SUMMARY DISP. PURSUANT TO MCR 2.116(C)(8) - ORAL ARGUMENT REQUESTED FILED |
| 363 |          |       | PROOF OF SERVICE FILED OF SAME UPON ALL PARTIES ON 10/02/19 FILED |
| 364 |          |       | RE-NOTICE OF HEARING ON DEFT. CITY OF FLINT'S MOTION FOR SUMMARY DISP. PURSUANT TO MCR 2.116(C)(8) - ORAL ARGUMENT REQUESTED FILED |
| 365 |          |       | DEFT. CITY OF FLINT'S MOTION FOR SUMMARY DISP. PURSUANT TO MCR 2.116(C)(8) - ORAL ARGUMENT REQUESTED AND BRIEF IN SUPPORT FILED |
| 366 |          |       | EXHIBITS FILED |
| 367 |          |       | PROOF OF SERVICE FILED OF SAME UPON ALL PARTIES ON 10/02/19 FILED |
| 368 | 10/03/19 |       | PROOF OF SERVICE FILED OF PROPOSED ORDER SETTING HEARING ON DEFT. CITY OF FLINT'S MOTION FOR SUMMARY DISP. UPON ALL PARTIES ON 10/03/19 FILED |
| 369 | 10/08/19 |       | DEFT. CITY OF FLINT'S MOTION TO STRIKE (1) PLTFS' MOTION TO AMEND COMPLAINT AND (B) RENEWED MOTION TO CERTIFY CLASS AND REQUEST FOR ENTRY OF ORDER SETTING HEARING DATE & BRIEF IN SUPPORT, AND CERTIFICATE OF SERVICE OF SAME UPON ALL PARTIES ON 10/08/19 FILED |
| 370 | 11/04/19 | D 020 | APPEARANCE ATTORNEY: P-81530 MATEO APPEARANCE AND PROOF OF SERVICE OF SAME UPON ALL PARTIES ON 11/04/19 FILED |
| 371 |          |       | OPINION AND ORDER CONCERNING MULTIPLE MOTIONS FOR SUMMARY DISPOSITION RELATING TO FLINT WATER CASES (INDIVIDUAL PLTFS) FILED |
| 372 |          | D 020 | MISCELLANEOUS ACTION BY JUDGE DISMISSED |
| 373 |          | D 021 | MISCELLANEOUS ACTION BY JUDGE DISMISSED |
| 374 |          | D 022 | MISCELLANEOUS ACTION BY JUDGE DISMISSED |
| 375 |          | D 023 | MISCELLANEOUS ACTION BY JUDGE DISMISSED |
| 376 |          | D 024 | MISCELLANEOUS ACTION BY JUDGE DISMISSED |
| 377 |          | D 025 | MISCELLANEOUS ACTION BY JUDGE DISMISSED |
| 378 |          | D 026 | MISCELLANEOUS ACTION BY JUDGE DISMISSED |

| | | | |
|---|---|---|---|
| 379 | 11/08/19 | | OPINION AND ORDER DENYING DEFT. LEO A. DALY'S MOTION FOR SUMMARY DISPOSITION FOR LACK OF PERSONAL JURISDICTION FILED |
| 380 | | | OPINION AND ORDER GRANTING IN PART AND DENYING IN PART DEFTS' MOTIONS FOR SUMMARY DISPOSITION FILED |
| 381 | 11/09/19 FARAH | | CASE REASSIGNMENT FROM: YUILLE,RICHARD B., TO: FARAH,JOSEPH J., WATER CASE REASSIGNMENT ORDER EFFECTIVE 11/12/19 REASSIGNED BY CHIEF JUDGE, DATED 11/06/19 |
| 382 | 11/22/19 | | MOTION FEE PAID RECEIPT# 00482171 AMT $20.00 |
| 383 | | | STATE DEFTS' RESPONSE TO PLTFS' MOTION FOR RECONSIDERATION OF THE COURT'S NOVEMBER 4, 2019 OPINION AND ORDER DISMISSING PLTFS' COMPLAINT FILED |
| 384 | | | PROOF OF SERVICE FILED OF SAME UPON ALL PARTIES ON 11/22/19 FILED |
| 385 | | D 010 | MOTION TO RESPOND TO PLTFS' MOTION FOR RECONSIDERATION FILED |
| 386 | | | PROOF OF SERVICE FILED OF SAME UPON ALL PARTIES ON 11/22/19 FILED |
| 387 | | D 012 | RE-ASSIGNED PRO-PER TO GAMBILL |
| 388 | 11/25/19 | P 001 | NOTICE OF MOTION FOR RECONSIDERATION AND REHEARING AND CERTIFICATE OF SERVICE OF SAME UPON ALL PARTIES ON 11/25/19 FILED |
| 389 | | P 001 | MEMORANDUM OF LAW IN SUPPORT OF INDIVIDUAL PLTFS' MOTION FOR RECONSIDERATION AND REHEARING FILED |
| 390 | 11/26/19 | D 001 | MOTION FOR RECONSIDERATION BY LOCKWOOD, ANDREWS & NEWNAM INC LOCKWOOD ANDREWS & NEWNAM PC, AND LEO A DALY CO. FROM NUISANCE RULING FOUND IN OPINION AND ORDER CONCERNING MULTIPLE MOTIONS FOR SUMMARY DISP. RELATING TO FLINT WATER CASES DATED 11/04/19 - ORAL ARGUMENT REQUESTED; BRIEF |
| 391 | | | IN SUPPORT AND PROOF OF SERVICE OF SAME UPON ALL PARTIES ON 11/25/19 FILED |
| 392 | | D 010 | APPEARANCE OF CHARLES A. CAVANAGH FILED |
| 393 | | | PROOF OF SERVICE FILED OF SAME UPON ALL PARTIES ON 11/26/19 FILED |

```
394 11/27/19        D 005   APPEARANCE
                              ATTORNEY: P-37031 BUSH
                            NOTICE OF APPEARANCE OF ALAINA
                            N. DEVINE FOR DEFTS. VEOLIA
                            NORTH AMERICA INC, VEOLIA
                            NORTH AMERICA LLC AND VEOLIA
                            WATER NORTH AMERICA OPERATING
                            SERVICES LLC ALONG WITH CHERYL
                            BUSH AND CERTIFICATE OF
                            SERVICE OF SAME UPON ALL
                            PARTIES ON 11/27/19 FILED
395                 D 006   APPEARANCE
                              ATTORNEY: P-37031 BUSH
396                 D 007   APPEARANCE
                              ATTORNEY: P-37031 BUSH
397 12/02/19                THE PEOPLE'S MOTION FOR
                            RECONSIDERATION OF THE COURT'S
                            11-08-19 OPINION AND ORDER
                            GRATNING IN PART AND DENYING
                            IN PARTY DEFTS' MOTIONS FOR
                            SUMMARY DISP. FILED
398                         BRIEF IN SUPPORT
399                         PROOF OF SERVICE FILED
                            OF SAME UPON ALL PARTIES ON
                            12/02/19 FILED
400                         MOTION FOR RECONSIDERATION
                            BY LOCKWOOD, ANDREWS & NEWNAM
                            INC, LOCKWOOD ANDREWS &
                            NEWNAM PC AND LEO A DALY CO.
                            FROM UNJUST ENRICHMENT RULING
                            IN OPINION AND ORDER GRANTING
                            IN PART AND DENYING IN PART
                            DEFTS' MOTIONS FOR SUMMARY
                            DISP. DATED 11/08/19 - ORAL
                            ARGUMENT REQUESTED - BRIEF
401                         IN SUPPORT AND PROOF OF
                            SERVICE OF SAME UPON ALL
                            PARTIES ON 12/02/19 FILED
402 12/05/19                STIPULATION AND ORDER
                            EXTENDING TIME TO FILE
                            RESPONSIVE PLEADINGS ON
                            BEHALF OF DEFTS. LOCKWOOD,
                            ANDREWS & NEWNAM INC, LOCKWOOD
                            ANDREWS & NEWNAM PC AND LEO
                            A. DALY CO. FILED (DUE BY
                            12/24/19)
............................. END OF SUMMARY  .............................
```

**Enter New Search**

**Disclaimer**