UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases. _____/ | Judith E. Levy United States District Judge |

This Order Relates To:

ALL CASES

_____/

**AGENDA AND NOTICE FOR TELEPHONIC STATUS CONFERENCE TO BE HELD ON JANUARY 8, 2020**

The Court will hold an on-the-record telephonic hearing on **Wednesday, January 8, 2020 at 2:00pm** regarding discovery and other case management-related issues. Please use the following call-in information: **888-363-4734**; Access Code: **2541474**. The hearing will address the following issues:

(1) The pending motions to extend deposition timing allotted to Defendants. (ECF Nos. 1022, 1024.) In lieu of issuing a written opinion and order prior to January 6, the Court will hear brief oral argument and then issue a decision during this conference. (ECF No. 1014, PageID.26153.) Relatedly, this Court will hear from

McLaren and VNA regarding their concerns with the allocation of timing in the upcoming deposition of Defendant Michael Glasgow.

(2) The discovery issue between Class Plaintiffs and LAN Defendants following the Class Plaintiffs service of a notice of deposition pursuant to Fed. R. Civ. P. 30(b)(6) on LAN Defendants.

(3) Class Plaintiffs' pending motion to extend the class certification briefing schedule. (ECF No. 1023.)

(4) MDEQ Defendants requested clarification from the Court about their filing obligations in *Chapman v. Snyder*, 18-cv-10679, following this Court's December 10, 2019 instruction to file any motions to dismiss in the case by January 10, 2020. (ECF No. 1014, PageID.26155.) On the basis of this Court's August 7, 2019 status conference order, MDEQ Defendants have not been filing answers in individual complaints because they filed an appeal following this Court's decision in *Walters v. Flint*, 17-cv-10164, and *Sirls v. Michigan*, 17-cv-10342. (ECF No. 918.) They wish to know whether this August order pertains to filing motions to dismiss unique counts in individual cases as well.

Only the parties involved in these disputes must attend. *The parties are excused from this Court's Discovery Dispute Protocol (ECF No. 998) requiring submission of a one-page summary of the dispute before the call.*

IT IS SO ORDERED.

Dated: January 3, 2020       s/Judith E. Levy
Ann Arbor, Michigan      JUDITH E. LEVY
     United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 3, 2020.

     s/William Barkholz
     WILLIAM BARKHOLZ
     Case Manager