UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases

Civil Action No. Case No: 5:16-cv-10444 (consolidated)

Hon. Judith E. Levy
Mag. Mona K. Majzoub

APPLICABLE TO ALL CASES

### MDEQ DEFENDANTS' PROPOSED AGENDA ITEMS FOR JANUARY 22, 2020, STATUS CONFERENCE

MDEQ Defendants Michael Prysby, Patrick Cook, Stephen Busch, Daniel Wyant, Bradley Wurfel, and Liane Shekter Smith submit the following matters for consideration at the January 22, 2020, Status Conference:

1. Consideration of the proposed Protective Order discussed with certain parties regarding the deposition of Patrick Cook.

Dated:   January 8, 2020            Respectfully submitted,

Foster, Swift, Collins & Smith, P.C.          Fraser, Trebilcock, Davis & Dunlap
Attorneys for Defendant Patrick Cook          Attorneys for Defendant Liane
and Michael Prysby                             Shekter Smith

By:   /s/ *Charles E. Barbieri*               By:   /s/ *Thaddeus E. Morgan* (w/permission)
      Charles E. Barbieri (P31793)                  Thaddeus E. Morgan (P47394)
      Allison M. Collins (P78849)                   124 W. Allegan Street, Ste 1000
      313 S. Washington Square                      Lansing, MI 48933
      Lansing, MI 48933                             (517) 482-5800
      (517) 371-8155                                tmorgan@fraserlawfirm.com
      cbarbieri@fosterswift.com

| | |
|---|---|
| Clark Hill PLC<br>Attorneys for Defendants Bradley Wurfel and Daniel Wyant<br><br>By:  /s/ *Michael J. Pattwell* (w/permission)<br>      Jay M. Berger (P57663)<br>      Michael J. Pattwell (P72419)<br>      212 E. Grand River Ave.<br>      Lansing, MI 48906<br>      (517) 318-3043<br>      mpattwell@clarkhill.com | Smith Haughey Rice & Roegge<br>Attorneys for Defendant Stephen Busch<br><br>By: /s/ *Philip A. Grashoff, Jr.* (w/permission)<br>      Philip A. Grashoff, Jr. (P14279)<br>      100 Monroe Center St NW<br>      Grand Rapids, MI 49503<br>      (616) 458-3633<br>      pgrashoff@shrr.com |

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2020, I directed Wendy Paul to electronically file the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

Dated:      January 8, 2020         s/ Charles E. Barbieri
                                    Charles E. Barbieri (P31793)
                                    Foster, Swift, Collins & Smith, P.C.
                                    313 S. Washington Square
                                    Lansing, MI 48933
                                    (517) 371-8155
32972:00001:4596672-1               cbarbieri@fosterswift.com