UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In Re* Flint Water Cases | Case Nos. |
| | 18-11416 |
| | 16-13421 |
| | 18-10631 |
| | 17-13289 |
| | 17-13890 |
| | 17-10746 |
| | 17-13724 |
| | 17-10703 |
| | 18-10348 |
| | 18-11281 |
| | 17-10689 |
| | 17-11392 |
| | 17-10717 |
| | 17-10724 |
| | 17-10713 |
| | 18-10726 |
| | 18-11173 |
| | 18-11743 |
| | 18-10679 |
| | 18-10486 |
| | 18-11102 |
| | 17-10718 |
| | 18-11770 |
| | 17-12116 |
| | 17-10744 |
| | 18-11287 |
| | 17-10677 |
| | 18-11967 |
| | 17-11166 |
| | 16-11173 |
| | 16-12412 |
| | 17-10709 |
| | 17-10692 |

17-10681
17-10715
17-10699
17-12153
17-10720
17-10343
17-10696
17-12942
17-12289
18-11289
17-10725
16-10796
17-11165
17-10686
17-11481
17-10697
17-10721
17-10682
17-10707
18-10633
18-10713
17-10710
18-11298
17-10342
17-10745
17-10688
18-11841
17-10400
16-10444
17-10164
17-10679
17-10743
17-10687

HON. JUDITH E. LEVY

## MOTION OF ZACHARY C. LARSEN TO WITHDRAW AS COUNSEL FOR STATE DEFENDANTS

Attorney Zachary C. Larsen hereby moves to withdraw as counsel for State Defendants and states as follows in support:

1. Attorney Larsen has appeared in his capacity as an assistant attorney general as counsel for the State Defendants in this matter.

2. Attorney Larsen has recently accepted employment with a private law firm and will no longer be employed by the Michigan Department of Attorney General after January 10, 2020.

3. State Defendants will continue to have adequate counsel and will continue to be represented by counsel from the Michigan Department of Attorney General who have been involved in this matter.

Accordingly, attorney Zachary C. Larsen respectfully requests that this Court enter an order permitting his withdrawal as counsel for State Defendants and providing that his appearance as attorney for State Defendants is discontinued in this matter. A proposed order, which will also be submitted to the Court using the ECF utilities filing process, is attached as Exhibit A.

2

                                      Respectfully submitted,

                                      */s/Zachary C. Larsen*
                                      Richard S. Kuhl (P42042)
                                      Margaret A. Bettenhausen (P75046)
                                      Nathan A. Gambill (P75506)
                                      Zachary C. Larsen (P72189)
                                      Assistant Attorneys General
                                      Environment, Natural Resources,
                                      and Agriculture Division
                                      Attorneys for State Defendants
                                      P.O. Box 30755
                                      Lansing, MI 48909
                                      (517) 335-7664
                                      kuhlr@michigan.gov
                                      bettenhausenm@michigan.gov
                                      gambilln@michigan.gov
Dated:  January 10, 2020        larsenz@michigan.gov

# CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2020 I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

Respectfully submitted,

*/s/Zachary C. Larsen*
Richard S. Kuhl (P42042)
Margaret A. Bettenhausen (P75046)
Nathan A. Gambill (P75506)
Zachary C. Larsen (P72189)
Assistant Attorneys General
Environment, Natural Resources,
and Agriculture Division
Attorneys for State Defendants
P.O. Box 30755
Lansing, MI 48909
(517) 335-7664
kuhlr@michigan.gov
bettenhausenm@michigan.gov
gambilln@michigan.gov
larsenz@michigan.gov

S:\CEPB3\ENRA_FlintWater\~General Docs Pertaining to All Cases\Larsen-Withdrawal Motion\Motion 2020-01-10.docx

3