# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In Re* Flint Water Cases | Case Nos. |
| | 18-11416 |
| | 16-13421 |
| | 18-10631 |
| | 17-13289 |
| | 17-13890 |
| | 17-10746 |
| | 17-13724 |
| | 17-10703 |
| | 18-10348 |
| | 18-11281 |
| | 17-10689 |
| | 17-11392 |
| | 17-10717 |
| | 17-10724 |
| | 17-10713 |
| | 18-10726 |
| | 18-11173 |
| | 18-11743 |
| | 18-10679 |
| | 18-10486 |
| | 18-11102 |
| | 17-10718 |
| | 18-11770 |
| | 17-12116 |
| | 17-10744 |
| | 18-11287 |
| | 17-10677 |
| | 18-11967 |
| | 17-11166 |
| | 16-11173 |
| | 16-12412 |
| | 17-10709 |
| | 17-10692 |

17-10681
17-10715
17-10699
17-12153
17-10720
17-10343
17-10696
17-12942
17-12289
18-11289
17-10725
16-10796
17-11165
17-10686
17-11481
17-10697
17-10721
17-10682
17-10707
18-10633
18-10713
17-10710
18-11298
17-10342
17-10745
17-10688
18-11841
17-10400
16-10444
17-10164
17-10679
17-10743
17-10687

HON. JUDITH E. LEVY

## ORDER PERMITTING WITHDRAWAL

This matter coming before the Court on the motion of Zachary C. Larsen to withdraw as counsel for State Defendants, and the Court being duly advised,

IT IS HEREBY ORDERED THAT Zachary C. Larsen is withdrawn as counsel for State Defendants, and he is no longer attorney of record in any capacity. His appearance as an attorney for State Defendants is discontinued in this matter.

                                                      Honorable Judith E. Levy

Dated: _____