# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases.  _____/ | Judith E. Levy  United States District Judge |

This Order Relates To:

ALL CASES
_____/

## ORDER GRANTING MOTION FOR ZACHARY C. LARSEN TO WITHDRAW AS COUNSEL

This matter coming before the Court on the motion of Zachary C. Larsen to withdraw as counsel for State Defendants, and the Court being duly advised,

IT IS HEREBY ORDERED that Zachary C. Larsen is withdrawn as counsel for State Defendants, and he is no longer attorney of record in any capacity. His appearance as an attorney for State Defendants is discontinued in this matter.

IT IS SO ORDERED.

| | |
|---|---|
| Dated: January 14, 2020  Ann Arbor, Michigan | s/Judith E. Levy  JUDITH E. LEVY  United States District Judge |

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 14, 2020.

                                                       s/William Barkholz
                                                       WILLIAM BARKHOLZ
                                                       Case Manager