# EXHIBIT 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

In re FLINT WATER CASES

                         Civil Action No. 5:16-cv-10444-JEL-
                         MKM (consolidated)

                         Hon. Judith E. Levy
                         Mag. Mona K. Majzoub

_____

## NOTICE OF TAKING AUDIO-VISUAL DEPOSITION

**TO: Richard D. Snyder**

Attorney Eugene Driker           Richard S. Kuhl
Barris, Sott, Denn & Driker, PLLC    Assistant Attorney General
333 W. Fort Street, Suite 1200       525 West Ottawa Street
Detroit, MI 48226-328              P.O. Box 30755
                                Lansing, MI 48909

    **PLEASE TAKE NOTICE** that the undersigned attorneys for the Defendants Veolia Water North America Operating Services, LLC, Veolia North America, Inc. and Veolia North America, LLC (collectively "the VNA Defendants") pursuant to Fed. R. Civ. P. 26 and 30 will take the deposition upon oral examination, by stenographic means and audio-visual means, of the following person on the date, at the time and at the place set forth below:

| Deponent | Location | Date | Time |
|---|---|---|---|
| **Richard D. Snyder** | **TBD by Court Reporter** | **March 26-27** | **9 am** |

**PLEASE TAKE FURTHER NOTICE** that said deposition shall take place before a duly qualified Notary Public or officer authorized by law to administer oaths and shall continue from day to day until completed and in accordance with the Case Management Order and Discovery Coordination Order.  Said deposition shall cover all matters relevant to the subject matter of the within action. You are invited to attend the examination and cross-examine the witness. If the date and location is not convenient to the Deponent, the Deponent (or his or her counsel) shall contact the Noticing Party's counsel within five (5) business days to arrange an alternate date and/or location.

*Respectfully submitted,*

CAMPBELL CONROY  &
O'NEIL, P.C.
/s/ James M. Campbell
James M. Campbell
Alaina N. Devine
One Constitution Wharf, Suite 310
Boston, MA  02129
(617) 241-3000
(617) 241-3000
jmcampbell@campbell-trial-lawyers.com
adevine@campbell-trial-lawyers.com

BUSH SEYFERTH PLLC

/s/ Michael R. Williams
Michael R. Williams (P79827)
Cheryl A. Bush (P37031)
100 W. Big Beaver Road,
Suite 400
Troy, MI  48084
(248) 822-7800
bush@bsplaw.com
williams@bsplaw.com

*Attorneys for Veolia Water North America Operating Services, LLC*
*Veolia North America, LLC, and Veolia North America, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I, Alaina N. Devine, hereby certify that on January 14, 2020, I caused the within Notice of Taking Deposition to be served electronically on counsel of record for all parties to the above-captioned action at their e-mail addresses on file with the Court.

/s/ Alaina N. Devine
Alaina N. Devine
adevine@campbell-trial-lawyers.com