# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

## AGENDA AND NOTICE FOR TELEPHONIC STATUS CONFERENCE TO BE HELD ON FEBRUARY 5, 2020

The Court will hold an on-the-record telephonic hearing on **Wednesday, February 5, 2020 at 2:00pm** regarding discovery and other case management-related issues. Please use the following call-in information: **888-363-4734**; Access Code: **2541474**. The hearing will address the following issues:

(1) VNA, McLaren, and LAN Defendants' request to have a third day of testimony for Defendant Michael Prysby's upcoming deposition.

(2) LAN's request to have a third day of deposition testimony for Defendant Stephen Busch.

(3) The State Defendants' pending motion for a protective order. (ECF No. 1047.) The Court will hear oral argument and issue a decision during this conference.

(4) VNA Defendants and Co-liaison Counsel's dispute regarding scheduling of bellwether depositions and home inspections, as well as the recent deposition of a bellwether plaintiff.

(5) Docket management regarding outstanding claims in individual Flint water cases. *E.g.*, *Chapman v. Snyder*, 18-cv-10679; *Bacon v. Lockwood*, 18-cv-10348.

(6) The Court and parties will discuss the use of prior Defendant testimony from related state-court cases. The Court will circulate the state-court protective orders prior to the hearing.

Only the parties subject to these disputes must attend. As set forth in the Court's August 12, 2019 Order (ECF No. 918), the parties to each dispute shall submit a one-page summary of the dispute 48-hours before the call, along with the disputed discovery request. Parties involved in issues (2), (3), (5), and (6) are exempt from this requirement. The one-page summaries must be submitted by Monday, February 3, 2019, no later than 2:00pm.

IT IS SO ORDERED.

Dated: January 30, 2020       s/Judith E. Levy
Ann Arbor, Michigan         JUDITH E. LEVY
                                        United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 30, 2020.

                                        s/William Barkholz
                                        WILLIAM BARKHOLZ
                                        Case Manager