# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

## AGENDA AND NOTICE FOR TELEPHONIC STATUS CONFERENCE TO BE HELD ON FEBRUARY 19, 2020

The Court will hold an on-the-record telephonic hearing on **Wednesday, February 19, 2020 at 2:00pm** regarding discovery and other case management-related issues. Please use the following call-in information: **888-363-4734**; Access Code: **2541474**. The hearing will address the following issues:

(1) Class Plaintiffs and VNA Defendants' dispute regarding the waiver of privilege for VNA-produced documents.

(2) Class Plaintiffs' request that LAN Defendants add more document custodians and produce additional documents.

(3) Class Plaintiffs' and LAN Defendants' dispute over the completeness of LAN Defendant interrogatories.

(4) At the last telephone conference on February 5, 2020, several parties were ordered to meet and confer to consider whether and how to reduce the number of plaintiffs in the first bellwether pool. Parties must circulate a report to the parties and the Court in advance of this telephone conference.

(5) Following the Court's December order to show cause in all individual Flint Water Cases as to why certain Defendants should not be dismissed, *see* (ECF No. 1014, PageID.26153), Co-Liaison Counsel responded contending that Defendant Liane Shekter Smith should not be dismissed. (ECF No. 1035, PageID.26553.) The Court will hear any oral argument on this matter and make a decision on the record.

Only the parties subject to these disputes must attend. The parties to each dispute shall submit a one-page summary of the dispute by 11:59pm on **Monday, February 17, 2020**. Parties involved in issues (4) and (5) are exempt from this requirement. By request, parties involved

in issue (1) are allowed to submit a total of three pages summarizing the dispute.

IT IS SO ORDERED.

Dated: February 18, 2020       s/Judith E. Levy
Ann Arbor, Michigan            JUDITH E. LEVY
                                          United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 18, 2020.

                                          s/William Barkholz
                                          WILLIAM BARKHOLZ
                                          Case Manager