## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

*In re* Flint Water Cases.                    Judith E. Levy
                                              United States District Judge

_____/

This Order Relates To:

ALL CASES

_____/

## <u>ORDER REGARDING BRIEFING SCHEDULE</u>

On February 19, 2020, the Court held a telephone conference call and ordered a briefing schedule to address issues raised by parties concerning (1) the implications of Protective Orders filed in Judge Jennifer J. Manley's Genesee County Court cases involving certain Defendants, and (2) the issue of discovery materials obtained pursuant to investigative subpoenas. The Court is now revising the briefing schedule, and so any party wishing to file a brief on these issues must do so by March 9, 2020.

IT IS SO ORDERED.

Dated: February 27, 2020            s/Judith E. Levy
Ann Arbor, Michigan                 JUDITH E. LEVY

United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 27, 2020.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager