# EXHIBIT 3

## STATE OF MICHIGAN
## IN THE 67TH JUDICIAL CIRCUIT COURT

THE PEOPLE OF THE STATE OF MICHIGAN,

        Plaintiff,

v.

        Case No. 16TA1685
        **Honorable Jennifer J. Manley**
        District Court Judge

ADAM ROSENTHAL,

        Defendant.

| | |
|---|---|
| MICHIGAN DEPARTMENT OF ATTORNEY GENERAL<br>SAAG TODD F. FLOOD (P58555)<br>Attorney for Plaintiff<br>401 North Main Street<br>Royal Oak, Michigan 48067<br>248.547.1032 | JAMES BURDICK (P11397)<br>Burdick Law, PC<br>Attorney for Defendant ROSENTHAL<br>1760 S. Telegraph Road, Suite 300<br>Bloomfield Hills, Michigan 48302<br>248.335.5000<br><br>LISA DWYER (P47961)<br>Law Office of Lisa Dwyer, PLLC<br>Attorney for Defendant ROSENTHAL<br>400 Monroe Street, Suite 280<br>Detroit, Michigan 48226<br>313.962.0000 |

## ORDER GRANTING
## RELIEF FROM PROTECTIVE ORDER

Upon stipulation of the parties, and the Court being otherwise fully advised in the premises, the Discovery Protective Order entered into by the parties hereto for the pendency of this matter is hereby dissolved, and it is hereby

**SO ORDERED.**

        */s/ Jennifer J. Manley*
        Honorable Jennifer J. Manley
        District Court Judge

Dated: September 27, 2018

3

STATE OF MICHIGAN
IN THE 67TH JUDICIAL CIRCUIT COURT

THE PEOPLE OF THE STATE OF MICHIGAN,

    Plaintiff,

v.

ADAM ROSENTHAL,

    Defendant.

Case No. 16TA1685
**Honorable Jennifer J. Manley**
District Court Judge

| MICHIGAN DEPARTMENT OF ATTORNEY GENERAL<br>SAAG TODD F. FLOOD (P58555)<br>Attorney for Plaintiff<br>401 North Main Street<br>Royal Oak, Michigan 48067<br>248.547.1032 | JAMES BURDICK (P11397)<br>Burdick Law, PC<br>Attorney for Defendant ROSENTHAL<br>1760 S. Telegraph Road, Suite 300<br>Bloomfield Hills, Michigan 48302<br>248.335.5000<br><br>LISA DWYER (P47961)<br>Law Office of Lisa Dwyer, PLLC<br>Attorney for Defendant ROSENTHAL<br>400 Monroe Street, Suite 280<br>Detroit, Michigan 48226<br>313.962.0000 |
|---|---|

## STIPULATION FOR RELIEF FROM PROTECTIVE ORDER

NOW COME the parties hereto, by and through their respective counsel, and stipulate as follows:

1. On July 29, 2016, the OSC filed a complaint charging Adam Rosenthal with Count 1 – Misconduct in Office; Count 2 – Tampering with Evidence; Count 3 – Tampering with Evidence; and Count 4 – Willful Neglect of Duty.

2. On October 19, 2017, Adam Rosenthal entered into a plea agreement with the OSC wherein the original Counts 1 through 4 were dismissed, and he entered a co-contest plea to added Count 5 – Public Records; inspection; use; copying; removal (MCL 750.492).

3. An unopposed Motion to Dismiss Count 5 filed by Todd Flood, Special Assistant Attorney General, will have been granted by this Honorable Court the time this Stipulation is presented.

4. During the pendency of this case, the parties entered into a Discovery Protective Order.

5. In pertinent part, the Protective Order prohibits the release of "all discovery material regardless of which party produced it," including "any investigative subpoena transcript." (Protective Order, ¶ 5.)

6. This Court's authority to grant this motion lies in the fact that Defendant is no longer a party to the underlying litigation, as all charges have been dismissed. Because Defendant's original and last remaining criminal charge has been dismissed, the parties hereto, specifically Plaintiff and Defendant, seek dissolution of the protective order inasmuch as the Protective Order was to remain in effect *exclusively* during the pendency of the case.

7. The Parties concur in the relief sought.

**IT IS SO STIPULATED.**

_____
Todd Flood, S.A.A.G.
Michigan Department of Attorney General
Attorney for Plaintiff

_____
Lisa Dwyer, Esq.
James W. Burdick, Esq.
Attorneys for Defendant Rosenberg

2