# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases. _____/ | Judith E. Levy<br>United States District Judge |

This Order Relates To:

ALL CASES

_____/

## NOTICE REGARDING THE STATUS CONFERENCE TO BE HELD ON MARCH 11, 2020

The Court will hold a status conference in these cases on March 11, 2020, at 2:00pm in Ann Arbor, Michigan. The Court is aware that law firms representing parties in this case are discouraging non-essential domestic travel due to the evolving COVID-19 coronavirus situation. Accordingly, counsel may attend this conference remotely by telephone. Please use the following call-in information: **888-363-4734**; Access Code: **2541474**.

IT IS SO ORDERED.

Dated: March 10, 2020      s/Judith E. Levy
Ann Arbor, Michigan     JUDITH E. LEVY
    United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 10, 2020.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager
