UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

*In re* Flint Water Cases

Case No: 5:16-10444
Judith E. Levy, U.S. District Judge

_____/

# JOINDER BY LAN DEFENDANTS IN THE VNA DEFENDANTS' BRIEF CONCERNING MATERIALS OBTAINED PURSUANT TO INVESTIGATIVE SUBPOENAS

NOW COME Defendants (Lockwood, Andrews & Newnam, Inc., Lockwood, Andrews & Newnam P.C., and Leo A. Daly Company, by and through its attorneys, and hereby join in the VNA Defendants' Brief Concerning Materials Obtained Pursuant to Investigative Subpoenas [ECF No. 1078] filed with this Court on March 9, 2020.

Respectfully submitted,

| | |
|---|---|
| /s/ Wayne B. Mason | /s/ Philip A. Erickson |
| Wayne B. Mason (SBOT 13158950) | Philip A. Erickson (P37081) |
| Travis S. Gamble (SBOT 00798195) | Robert G. Kamenec (P35283) |
| S. Vance Wittie (SBOT 21832980) | Saulius K. Mikalonis (P39486) |
| David C. Kent (SBOT 11316400) | PLUNKETT COONEY |
| FAEGRE DRINKER BIDDLE & REATH | 325 E. Grand River Ave, Suite 250 |
| 1717 Main St., Suite 5400 | East Lansing, MI 48823 |
| Dallas TX 75201 | (517) 324-5608 |
| (469) 227-8200 | perickson@plunkettcooney.com |
| wayne.mason@faegredrinker.com | rkamenec@plunkettcooney.com |
| travis.gamble@faegredrinker.com | smikalonis@plunkettcooney.com |
| vance.wittie@faegredrinker.com | |
| david.kent@faegredrinker.com | |
| | |
| ATTORNEYS FOR DEFENDANTS LOCKWOOD, ANDREWS & NEWNAM, | ATTORNEYS FOR DEFENDANTS LOCKWOOD, ANDREWS & NEWNAM, |

| | |
|---|---|
| INC. and LOCKWOOD, ANDREWS & NEWNAM, P.C. | INC. and LOCKWOOD, ANDREWS & NEWNAM, P.C. |

Dated:  March 10, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2020, I electronically filed LAN Defendants' Joinder in the VNA Defendants' Brief Concerning Materials obtained Pursuant to Investigative Subpoenas with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

> By:  /s/ Philip A. Erickson
> Philip A. Erickson (P37081)
> Attorney for LAN Defendants
> 325 East Grand River Ave., Ste 250
> East Lansing, MI  48823
> (517) 324-5608
> perickson@plunkettcooney.com

Open.25633.72611.23766940-1