UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

In re FLINT WATER CASES

Civil Action No. 5:16-cv-10444-JEL-MKM (consolidated)

Hon. Judith E. Levy
Mag. Mona K. Majzoub

_____

**CLASS PLAINTIFFS' MOTION FOR ISSUANCE OF LETTER ROGATORY FOR INTERNATIONAL JUDICIAL ASSISTANCE IN TAKING DEPOSITION IN FRANCE**

Class Plaintiffs, by and through counsel, respectfully request this Court to sign a letter rogatory so that Class Plaintiffs may obtain judicial assistance from the relevant French court to take the deposition of Mr. Laurent Obadia in France, pursuant to the provisions of the Hague Evidence Convention, the Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, and as grounds would show:

1. Class Plaintiffs wish to take the deposition of Laurent Obadia, who counsel has indicated will not be a voluntary witness, for use at the trial of this cause and, to that end, need the assistance of the French courts to compel Mr. Obadia to sit for deposition.

1

2. As outlined in the Hague Evidence Convention, the Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, this Court may sign a letter rogatory seeking international judicial assistance from the French courts in compelling a witness to sit for deposition in France.

3. Class Plaintiffs have attached hereto a proposed Letter Rogatory prepared pursuant to the Model recommended for use in applying the Convention on the Taking of Evidence Abroad in Civil or Commercial Matters. The proposed Letter Rogatory is provided in English and in French.

WHEREFORE, Class Plaintiffs respectfully request this Court issue the attached Letter Rogatory, in both French and English versions, to the French competent authority.

# CLASS PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR ISSUANCE OF LETTER ROGATORY

Class Plaintiffs, by and through counsel, respectfully request this Court to issue a letter rogatory to obtain international judicial assistance to the French competent authority so that Class Plaintiffs may take the deposition of Mr. Laurent Obadia in France, pursuant to the provisions of the Hague Evidence Convention, the Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, Oct. 7, 1972, 23 U.S.T. 2555; 28 U.S.C. § 1781; *see also* Fed. R. Civ. P. 28(b) (permitting federal courts to issue letters rogatory to foreign countries). Class Plaintiffs' proposed Letter Rogatory regarding Mr. Obadia and exhibits thereto are attached as Exhibit 1. The letter seeks assistance from the appropriate judicial authorities in France to facilitate the gathering of testimonial evidence from Mr. Obadia.

Laurent Obadia is a communications executive with Veolia Environnement S.A. ("Veolia S.A."), the parent company of Defendants Veolia North America, LLC, Veolia North America, Inc., and Veolia Water North America Operating Services, LLC. Mr. Obadia is a key witness because he played a central role from Paris in coordinating Veolia's media campaign to spread misinformation in order to shift blame publicly for its role in causing the Flint water crisis. Class Plaintiffs reached out to counsel for Veolia S.A. and requested to depose Mr. Obadia. Counsel for Veolia S.A. refused. Accordingly, Class Plaintiffs respectfully request the Court issue the attached Letter Rogatory to the appropriate judicial authority in France.

Both France and the United States are signatories to the Hague Convention, and therefore a court in the United States is authorized to issue letters rogatory to the designated authority in France. *See* Convention on the Taking of Evidence Abroad in Civil or Commercial Matters art. 1, Oct. 7, 1972, 23 U.S.T. 2555; 28 U.S.C. § 1781; *see also* Fed. R. Civ. P. 28(b); *Société Nationale Industrielle Aérospatiale v. U.S. Dist. Ct. for the S. Dist. of Iowa*, 482 U.S. 522, 533 (1987); *United States v. Reagan*, 453 F.2d 165, 172 (6th Cir. 1971) (recognizing court's inherent authority to issue letters rogatory).

A liberal standard governs a motion for a letter rogatory, and "Convention procedures are available whenever they will facilitate the gathering of evidence by the means authorized in the Convention." *Aérospatiale*, 482 U.S. at 541. Courts considering a letter rogatory "apply the discovery principles contained in Rule 26," and consider "whether the movant makes a reasonable showing that the evidence sought may be material or may lead to the discovery of material evidence, . . . and other arguments as to breadth, relevance, and the availability of the information sought from other sources." *Lantheus Med. Imaging, Inc. v. Zurich Am. Ins. Co.*, 841 F. Supp. 2d 769, 776 (S.D.N.Y. 2012) (internal quotation marks, alteration, and citation omitted); *see also* 8 Richard L. Marcus, *Federal Practice and Procedure* § 2005.1 (3d ed. 2019) ("A court should make use of the Convention procedures whenever it is determined on a case–by–case basis that their use will facilitate discovery.").

In conducting this inquiry, courts "will not ordinarily weigh the evidence to be elicited by deposition and will not determine whether the witness will be able to give the anticipated testimony." *Brake Parts, Inc. v. Lewis*, Civil Action No. 09-132-KSF, 2009 WL 1939039, at *2 (E.D. Ky. July 6, 2009); *In re Urethane Antitrust Litig.*, 267 F.R.D. 361, 364 (D. Kan. 2010) (same). Further, "some good reason must be shown by the opposing party for a court to deny an application for a letter rogatory." *Brake Parts*, 2009 WL 1939039, at *2.

Courts regularly grant motions to issue letters rogatory where, as here, the moving party seeks relevant evidence from a nonparty in a foreign jurisdiction who will not voluntarily submit to discovery. *See, e.g.*, *id.* at *2; *Equal Emp't Opportunity Comm'n v. Stein World, LLC*, No. 06-2478 Ml/P, 2007 WL 9706311, at *2 (W.D. Tenn. June 14, 2007); *In re Urethane*, 267 F.R.D. at 364 ("Resort to using the procedures of the Hague Convention is particularly appropriate when, as here, a litigant seeks to depose a foreign non-party who is not subject to the court's jurisdiction.").

As detailed in Class Plaintiffs' one-page submission to the Court on March 6, 2020, documents produced to date indicate that Mr. Obadia played a key role in Veolia's media campaign surrounding the Flint water crisis. He appears on nearly 500 documents produced by the Veolia Defendants and on 80 additional documents withheld as privileged. The attached Letter Rogatory also explains Mr. Obadia's relevance to this case, and sets forth the process by which Class Plaintiffs intend to

3

obtain evidence from Mr. Obadia. Accordingly, Class Plaintiffs respectfully request that the Court grant this motion and issue the attached Letter Rogatory to the appropriate French authority.

Dated: March 12, 2020

Respectfully submitted,

*/s/ Theodore J. Leopold*
Theodore J. Leopold
**COHEN MILSTEIN SELLERS & TOLL PLLC**
2925 PGA Boulevard
Suite 220
Palm Beach Gardens, FL 33410
(561) 515-1400 Telephone
tleopold@cohenmilstein.com

Joseph M. Sellers
Kit A. Pierson
Emmy L. Levens
Jessica B. Weiner
Alison S. Deich
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW
Suite 500
Washington, DC 20005
(202) 408-4600 Telephone
jsellers@cohenmilstein.com
kpierson@cohenmilstein.com
elevens@cohenmilstein.com
jweiner@cohenmilstein.com
adeich@cohenmilstein.com

Vineet Bhatia
Shawn Raymond
**SUSMAN GODFREY, L.L.P.**

*/s/ Michael L. Pitt*
Michael L. Pitt
Cary S. McGehee
**PITT MCGEHEE PALMER & RIVERS, P.C.**
117 West 4th Street
Suite 200
Royal Oak, MI 48067
(248) 398-9800 Telephone
mpitt@pittlawpc.com
cmcgehee@pittlawpc.com

Paul Novak (P39524)
Diana Gjonaj (P74637)
Gregory Stamatopoulos (P74199)
**WEITZ & LUXENBERG, P.C.**
3011 West Grand Boulevard
Suite 2150
Detroit, MI 48226
(313) 800-4170 Telephone
pnovak@weitzlux.com
dgjonaj@weitzlux.com
gstamatopoulos@weitzlux.com

Robin L. Greenwald
**WEITZ & LUXENBERG, P.C.**
700 Broadway
New York, NY 10003
(212) 558-5500 Telephone
rgreenwald@weitzlux.com

4

1000 Louisiana Street
Suite 5100
Houston, TX 77002
(713) 651-3666 Telephone
vbhatia@susmangodfrey.com
sraymond@susmangodfrey.com

Stephen Morrissey
Jordan Connors
**SUSMAN GODFREY, L.L.P.**
1201 Third Ave.
Suite 3800
Seattle, WA 98101
(206) 516-3880 Telephone
smorrissey@susmangodfrey.com
jconnors@susmangodfrey.com

Peretz Bronstein
Shimon Yiftach
**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
60 East 42nd Street
Suite 4600
New York, NY 10165
(212) 697-6484 Telephone
peretz@bgandg.com
shimony@bgandg.com

Bradford M. Berry
Anson C. Asaka
**NAACP**
4805 Mt. Hope Dr.
Baltimore, MD 21215
(410) 580-5777 Telephone
bberry@naacpnet.org
aasaka@naacpnet.org

Kathryn P. Hoek
**SUSMAN GODFREY, L.L.P.**
1901 Avenue of the Stars

Esther E. Berezofsky
**MOTLEY RICE LLC**
210 Lake Drive East
Suite 101
Cherry Hill, NJ 08002
(856) 667-0500 Telephone
eberezofsky@motleyrice.com

Teresa Caine Bingman (P56807)
**THE LAW OFFICES OF TERESA A. BINGMAN, PLLC**
120 N. Washington Square
Suite 327
Lansing, MI 48933
(877) 957-7077 Telephone
tbingman@tbingmanlaw.com

William Goodman (P14173)
Julie H. Hurwitz (P34720)
Kathryn Bruner James (P71374)
**GOODMAN & HURWITZ PC**
1394 E. Jefferson Ave.
Detroit, MI 48207
(313) 567-6170 Telephone
bgoodman@goodmanhurwitz.com
jhurwitz@goodmanhurwitz.com
kjames@goodmanhurwitz.com

Deborah A. LaBelle (P31595)
**LAW OFFICES OF DEBORAH A. LABELLE**
221 N. Main St.
Suite 300
Ann Arbor, MI 48104
(734) 996-5620 Telephone
deblabelle@aol.com

Trachelle C. Young (P63330)
**TRACHELLE C. YOUNG & ASSOCIATES PLLC**

5

Suite 950
Los Angeles, CA 90067
(310) 789-3100 Telephone
khoek@susmangodfrey.com

Neal H. Weinfield
**THE DEDENDUM GROUP**
(312) 613-0800 Telephone
nhw@dedendumgroup.com

Cirilo Martinez (P65074)
**LAW OFFICE OF CIRILO MARTINEZ, PLLC**
3010 Lovers Lane
Kalamazoo, MI 49001
(269) 342-1112 Telephone
martinez_cirilo@hotmail.com

David J. Shea
**SHEA AIELLO, PLLC**
26100 American Drive
2nd Floor
Southfield, MI 48034
(248) 354-0224 Telephone
david.shea@sadplaw.com

Mark L. McAlpine (P35583)
Jayson E. Blake (P56128)
**MCALPINE PC**
3201 University Drive
Suite 100
Auburn Hills, MI 48326
(248) 373-3700 Telephone
mlmcalpine@mcalpinelawfirm.com
jeblake@mcalpinelawfirm.com

2501 N. Saginaw St.
Flint, MI 48505
(810) 239-6302 Telephone
trachelleyoung@gmail.com

Brian McKeen (P34123)
Claire Vergara (P77654)
**McKEEN & ASSOCIATES, PC**
645 Griswold Street
Suite 4200
Detroit, MI 48226
(313) 961-4400 Telephone
bjmckeen@mckeenassociates.com
cvergara@mckeenassociates.com

Cynthia M. Lindsey (P37575)
Shermane T. Sealey (P32851)
**CYNTHIA M. LINDSEY & ASSOCIATES, PLLC**
8900 E. Jefferson Avenue
Suite 612
Detroit, MI 48214
(248) 766-0797 Telephone
cynthia@cmlindseylaw.com
shermane@cmlindseylaw.com

Andrew P. Abood (P43366)
**ABOOD LAW FIRM**
246 East Saginaw Street
Suite One
East Lansing, Michigan 48823
(517) 332-5900 Telephone
andrew@aboodlaw.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was filed with the U.S. District Court through the ECF filing system and that all parties to the above case were served via the ECF filing system on March 12, 2020.

Dated: March 12, 2020   */s/ Jessica B. Weiner*

Jessica B. Weiner
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW
Suite 500
Washington, DC 20005
(202) 408-4600
jweiner@cohenmilstein.com