# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

Judith E. Levy
United States District Judge

_____/

This Order Relates To:

ALL CASES

_____/

## ORDER REGARDING ISSUES DISCUSSED AT THE MARCH 18, 2020 TELEPHONIC CONFERENCE

On March 18, 2020, the Court held a telephonic hearing and now orders the following:

(1) Co-liaison Counsel and Defendants are to meet and confer about the possibility of further bellwether pool reduction. They will report back to the Court by April 1, 2020 on how the parties wish to proceed.

(2) From now until close of business on April 1, 2020, all scheduled depositions in the Flint Water Cases are adjourned. By April 1, 2020, the parties will submit an agreed-upon deposition protocol

outlining how depositions will proceed in light of the public health issues caused by COVID-19.

IT IS SO ORDERED.

Dated: March 20, 2020            s/Judith E. Levy
Ann Arbor, Michigan           JUDITH E. LEVY
                                             United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 20, 2020.

                                             s/William Barkholz
                                             WILLIAM BARKHOLZ
                                             Case Manager