# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

Judith E. Levy
United States District Judge

_____/

This Order Relates To:

ALL CASES

_____/

## ORDER REGARDING BELLWETHER POOL REDUCTION

The Court has received a report that the parties have, to date, taken the depositions of fourteen Plaintiffs from the first bellwether group. The circumstances caused by COVID-19 necessitate a reduction of the bellwether pool. The Court now orders that the bellwether pool be reduced to the fourteen Plaintiffs who have already been deposed. The parties may further reduce the number upon agreement.

The Court previously asked for a report from the parties on the possibility of a bellwether pool reduction (ECF No. 1087), but because it has reached a decision, that report is no longer needed.

IT IS SO ORDERED.

Dated: March 23, 2020                    s/Judith E. Levy


Ann Arbor, Michigan

JUDITH E. LEVY
United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 23, 2020.

<u>s/William Barkholz</u>
WILLIAM BARKHOLZ
Case Manager