# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases. <br> _____/ | Judith E. Levy <br> United States District Judge |

This Order Relates To:

ALL CASES

_____/

## AGENDA AND NOTICE FOR TELEPHONIC CONFERENCE TO BE HELD ON APRIL 8, 2020

The Court will hold a telephonic conference on **Wednesday, April 8, 2020 at 2:00pm** regarding discovery and other case management-related issues. Please use the following call-in information: **888-363-4734**; Access Code: **2541474**. The hearing will address the following issues:

(1) By April 1, 2020, the parties were to submit an agreed-upon deposition protocol outlining how depositions will proceed in light of the public health issues caused by COVID-19. The Court has yet to receive this protocol from the parties.

(2) VNA and LAN Defendants have reached an impasse with other parties concerning remote depositions of their clients.

(3) The Court intends to issue the Third Amended Case Management Order after this conference and so any remaining issues regarding the scheduling of class certification deadlines and initial bellwether trial dates will be resolved during the conference.

Only the parties subject to these disputes must attend. As set forth in the Court's August 12, 2019 Order (ECF No. 918), the parties to each dispute shall submit a one-page summary of the dispute 48-hours before the call, along with the disputed discovery request, if one exists. The one-page summaries must be submitted by **Monday, April 6, 2020**, no later than **2:00pm**.

IT IS SO ORDERED.

Dated: April 3, 2020　　　　　　　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　　　United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 3, 2020.

                    <u>s/William Barkholz</u>
                    WILLIAM BARKHOLZ
                    Case Manager