# Exhibit 4

**Williams, Michael**

| | |
|---|---|
| **From:** | Rogers, David M. <drogers@Campbell-trial-lawyers.com> |
| **Sent:** | Tuesday, March 17, 2020 4:28 PM |
| **To:** | Stern, Corey |
| **Cc:** | Williams, Michael |
| **Subject:** | [EXTERNAL] Flint: Subpoena for House Inspection to Apricott Teed |
| **Attachments:** | Subpoena Packet to Apricott Teed (10560993-3xA7BE8).pdf; Subpoena Packet to Apricott Teed.pdf |

Corey, I wanted to alert you that a subpoena was mistakenly issued for service on Ms. Teed for a house inspection – see the attached. The mistake was made by personnel from my firm, not Mr. Williams. I am also going to forward a voice mail I received from Ms. Teed to which I did not reply. I apologize for this mix up. Please call me if you have any questions.

Dave Rogers
Campbell Conroy & O'Neil
1 Constitution Wharf, Suite 310
Boston, MA 02129
W: 617 241-3063
C: 617 285-9091

# Williams, Michael

| | |
|---|---|
| **From:** | Rogers, David M. <drogers@Campbell-trial-lawyers.com> |
| **Sent:** | Tuesday, March 17, 2020 4:29 PM |
| **To:** | Stern, Corey |
| **Cc:** | Williams, Michael |
| **Subject:** | [EXTERNAL] Flint: ShoreTel voice message from APRICOTT TEED, +18102888813 for mailbox 3063 |
| **Attachments:** | EYV8D169U.wav |

Corey, here is the voice mail message from Ms. Teed.

-----Original Message-----
From: Voicemail <Voicemail@campbell-trial-lawyers.com>
Sent: Monday, March 16, 2020 8:32 PM
To: Rogers, David M. <drogers@Campbell-trial-lawyers.com>
Subject: ShoreTel voice message from APRICOTT TEED, +18102888813 for mailbox 3063

You have received a voice mail message from APRICOTT TEED, +18102888813 for mailbox 3063.
Message length is 00:00:29. Message size is 232 KB.