# Exhibit 6

# Williams, Michael

| | |
|---|---|
| **From:** | Fraser, Michelle <MFraser@campbell-trial-lawyers.com> |
| **Sent:** | Tuesday, March 17, 2020 4:44 PM |
| **To:** | alexrusek@whitelawpllc.com; acollins@fosterswift.com; adermody@levylaw.com; ALatanision@Levylaw.com; wpaul@fosterswift.com; andrew@aboodlaw.com; carrie@aboodlaw.com; awheeler@cityofflint.com; vcooper@cityofflint.com; akresch@1800lawfirm.com; bwolf718@msn.com; brivers@pittlawpc.com; rbell@pittlawpc.com; cmcgehee@pittlawpc.com; cbechill@pittlawpc.com; cbarbieri@fosterswift.com; lharroff@fosterswift.com; Hill, Michele; Reiss, Debbie; ckern@bernripka.com; cclare@clarkhill.com; cmarker@owdpc.com; mclark@owdpc.com; cjbenedetto@benedettolaw.com; cstern@levylaw.com; abarral@levylaw.com; avieux@levylaw.com; kshah@levylaw.com; cthompson@swappc.com; droulo@sullivanwardlaw.com; shall@swappc.com; cynthia@cmlindseylaw.com; david.kent@dbr.com; caprice.corbett@dbr.com; wayne.mason@dbr.com; dhart@maddinhauser.com; csego@maddinhauser.com; david.shea@sadplaw.com; Ashley.shea@sadplaw.com; kelly.friel@sadplaw.com; Davidmeyerslaw@gmail.com; deblabelle@aol.com; anlyn.addis@gmail.com; betsyllewis@gmail.com; DGreenspan@blankrome.com; dclitigationdocketing@blankrome.com; RBrooks@blankrome.com; dhumphrey@bernllp.com; crobins@bernllp.com; jcappelli@bernllp.com; zeinehlaw@gmail.com; eschaktman@bernllp.com; crobins@bernllp.com; jcappelli@bernllp.com; elevens@cohenmilstein.com; jweiner@cohenmilstein.com; eberezofsky@motleyrice.com; promano@eblawllc.com; shansel@motleyrice.com; bergf@butzel.com; haynes@butzel.com; murdoch@butzel.com; gstamatopoulos@weitzlux.com; JBroaddus@weitzlux.com; gmeihn@foleymansfield.com; sbreznai@foleymansfield.com; gregmair@owdpc.com; dana@owdpc.com; sheryl@owdpc.com; haslawpc@gmail.com; hunter@napolilaw.com; AMorgan@NapoliLaw.com; planciotti@napolilaw.com; bmacdonald@ccglawyers.com; enaylor@ccglawyers.com; fajenlaw@fajenmiller.com; jwb@burdickpc.com; jberger@clarkhill.com; jswetlic@clarkhill.com; jeblake@mcalpinepc.com; atschnatz@mcalpinelawfirm.com; mlmcalpine@mcalpinepc.com; nllietzau@mcalpinepc.com; jmoran@swappc.com; jweiner@cohenmilstein.com; anoronha@cohenmilstein.com; efilings@cohenmilstein.com; jessica.meeder@murphyfalcon.com; karyn.slavin@murphyfalcon.com; jprior@hmelegal.com; jbroaddus@weitzlux.com; jsawin@sawinlawyers.com; jmassey@masseygail.com; jloper@masseygail.com; jrabin@hallrender.com; jbolton@clarkhill.com; cgornbein@clarkhill.com; jconnors@susmangodfrey.com; mwimmer@susmangodfrey.com; jgalvin@gcdcwws.com; jhurwitz@goodmanhurwitz.com; lseale@goodmanhurwitz.com; kjames@goodmanhurwitz.com; kaltman@lawampmmt.com; kaltman@excololaw.com; kcasey@excololaw.com; kkilby@mcgrawmorris.com; kpierson@cohenmilstein.com; kjackson@shrr.com; vkuhl@shrr.com; kurt@cndefenders.com; ksaur@hallrender.com; larry@tribelaw.com; msinkovich@excololaw.com; mbern@bernllp.com; abourke@bernllp.com; emarcowitz@bernllp.com; bettenhausenm@michigan.gov; HiarR@michigan.gov; manningp@michigan.gov; mnapoli@napolilaw.com; mlmcalpine@mcalpinepc.com; nllietzau@mcalpinepc.com; mark@cukerlaw.com; mary@cndefenders.com; lizzy@cndefenders.com; mmitchell@maddinhauser.com; mwise@foleymansfield.com; cosborn@foleymansfield.com; mperry@fraserlawfirm.com; dcoveart@fraserlawfirm.com; mgildner@sfplaw.com; lwhitney@sfplaw.com; mpattwell@clarkhill.com; jbolton@clarkhill.com; lmcpartlin@clarkhill.com; lpetrowsky@clarkhill.com; mpitt@pittlawpc.com; rbell@pittlawpc.com; Williams, Michael; Hill, Michele; Reiss, Debbie; mcaffe@aol.com; mcinneshp@aol.com; |

| | |
|---|---|
| **To:** | GambillN@michigan.gov; mitosinkaa@michigan.gov; nick.szokoly@murphyfalcon.com; erin.sofinowski@murphyfalcon.com; sara.rahmjoo@murphyfalcon.com; pnovak@weitzlux.com; gstamatopoulos@weitzlux.com; pgeske@mcgpc.com; perickson@plunkettcooney.com; lcushman@plunkettcooney.com; lrobbins@plunkettcooney.com; pgrashoff@shrr.com; vkuhl@shrr.com; rwalker@levylaw.com; kuhlr@michigan.gov; rkamenec@plunkettcooney.com; rmclaughlin@hmelegal.com; sfletcher@thefletcherlawfirmpllc.com; klein@butzel.com; larson@butzel.com; sradner@excololaw.com; solomonradner@gmail.com; klane@mcgrawmorris.com; smorrissey@susmangodfrey.com; nkustok@susmangodfrey.com; shart@hmelegal.com; ahuller@hmelegal.com; ssmith@bdlaw.com; sburke@burkepllc.com; tbingman@tbingmanlaw.com; tmorgan@fraserlawfirm.com; lalfano@fraserlawfirm.com; tleopold@cohenmilstein.com; efilings@cohenmilstein.com; lcuomo@cohenmilstein.com; tmcgraw@mcgrawmorris.com; tweglarz@fiegerlaw.com; d.dezbor@fiegerlaw.com; j.fanson@fiegerlaw.com; m.duda@fiegerlaw.com; tperkins@perkinslawgroup.net; Val@vlwlegal.com; trina@vlwlegal.com; Zena@vlwlegal.com; bgoodman@goodmanhurwitz.com; mail@goodmanhurwitz.com; hassan.murphy@murphyfalcon.com; joann.autry@murphyfalcon.com; karyn.slavin@murphyfalcon.com; wkim@cityofflint.com; vcooper@cityofflint.com; kpiper@owdpc.com; sruddockharris@weitzlux.com; lmandara@motleyrice.com; shimony@bgandg.com; cstritmatter@sfplaw.com; tsantinomateo@gmail.com; smonroe@bernllp.com; cplummer@bernllp.com; kpeaslee@susmangodfrey.com; McElvaine, Bryan D.; frank.aiello@sadplaw.com; Zachary.bialick@sadplaw.com; mclark@owdpc.com; hfonseca@motleyrice.com; Ashley.shea@sadplaw.com; adeich@cohenmilstein.com; Ringstad, Andreas; prataj@maddinhauser.com; Rogers, David M.; lawoffice2800@gmail.com; haslawpc@gmail.com; Campbell, James M.; Oliveira, Christine E.; Renaud, Chrissie A.; Michitson, Mary M.; paralegal@burdickpc.com; davidj@butzel.com; yoskovich@butzel.com; O'Donnell, Jack J.; Penhallegon, John R.; jgilliam@foleymansfield.com; sthrasher@hallrender.com; michelle-wimmer-0217@ecf.pacerpro.com; brittanyb@owdpc.com; civilrights@excololaw.com; pharma@excololaw.com; Dupre, Kristin M.; 8521552420@filings.docketbird.com; rdedene@foleymansfield.com; mquirk@motleyrice.com; Franciscotty, Alexis; Peretz@bgandg.com; Campbell, Richard P.; 7271308420@filings.docketbird.com; Kliffel@butzel.com; johnsonl@butzel.com; s.sofer@fiegerlaw.com; d.dawson@fiegerlaw.com; c.gerish@fiegerlaw.com; cplummer@bernllp.com; ljensen@hallrender.com; sraymond@susmangodfrey.com; jdolan@SusmanGodfrey.com |
| **Cc:** | Fraser, Michelle; Devine, Alaina N. |
| **Subject:** | [EXTERNAL] Flint:  Rule 45 Subpoenas for House Inspections |
| **Attachments:** | Subpoena Packet to Genesee County Land Bank - 350 E. Marengo Ave..pdf; Subpoena Packet to Genesee County Land Bank - 606 Ruth Ave..pdf; Subpoena Packet to Genesee County Land Bank - 3507 Davison Rd..pdf; Subpoena Packet to George Lee.pdf; Subpoena Packet to Jeffery Chadwell.pdf; Subpoena Packet to Joseph Hampton.pdf; Subpoena Packet to Lateela Bonner (10561015-2xA7BE8).pdf; Subpoena Packet to Lateela Bonner.pdf; Subpoena Packet to Leandre Crosby.pdf; Subpoena Packet to Montoriya Brown.pdf; Subpoena Packet to Steven Thomason (10562944xA7BE8).pdf; Subpoena Packet to Wynn McCree.pdf; Subpoena Packet to Alexis Reed.pdf; Subpoena Packet to Amanda Wheat.pdf; Subpoena Packet to Apricott Teed (10560993-3xA7BE8).pdf; Subpoena Packet to Apricott Teed.pdf; Subpoena Packet to Carrie Haugh (10562315xA7BE8).pdf; Subpoena Packet to Elalamin.pdf; Subpoena Packet to Flint Housing Commission.pdf |

Dear Counsel,

Attached are Rule 45 Subpoenas for House Inspections directed to the current owners of houses in which some of the Bellwether plaintiffs formally lived along with a cover letter to each owner and the agreed upon house inspection protocol.

Thank you.

*Michelle Fraser*
*Legal Assistant*
**Campbell Conroy & O'Neil**
**Professional Corporation**



1 Constitution Wharf
Suite 310
Boston, MA 02129
Tel: (617) 241-3014
Fax: (617) 241-5115
Email: mfraser@campbell-trial-lawyers.com

**Note** : This e-mail contains information from the law firm of Campbell Conroy & O'Neil, Professional Corporation that may be proprietary, confidential, or protected under the attorney- client privilege or work-product doctrine. This e-mail is intended for the use only of the named recipient. If you are not the intended recipient named above, you are strictly prohibited from reading, disclosing, copying, or distributing this e-mail or its contents, and from taking any action in reliance on the contents of this e-mail. If you received this e-mail in error, please delete this message and respond immediately by e-mail to the author or call (617) 241-3000.