# Exhibit 8

# CAMPBELL CONROY & O'NEIL
PROFESSIONAL CORPORATION

1 CONSTITUTION WHARF  
SUITE 310  
BOSTON, MA 02129  
TEL: (617) 241-3000  
FAX: (617) 241-5115

DAVID M. ROGERS  
(617) 241-3063

March 20, 2020

Corey M. Stern, Esq.  
Levy Konigsberg, LLP  
800 Third Avenue, 11th Floor  
New York, New York 10022

RE: In re Flint Water Cases, USDC for the Eastern District of Michigan  
Civil Action No. 5:16-cv-10444-JEL-MKM

Dear Mr. Stern:

This is to confirm that a subpoena was mistakenly served on your client Apricott Teed requesting an inspection of a premises which was believed to be owned by her. As counsel for the VNA defendants in this litigation, I extend my apologies to you and your client for this mistake and confirm that notice was not provided to you as counsel for Ms. Teed in advance of the subpoena being served.

Very truly yours,

*/s/ David M. Rogers*

David M. Rogers

DMR:jav

# CAMPBELL CONROY & O'NEIL
PROFESSIONAL CORPORATION

1 CONSTITUTION WHARF
SUITE 310
BOSTON, MA 02129
TEL: (617) 241-3000
FAX: (617) 241-5115

DAVID M. ROGERS
(617) 241-3063

March 20, 2020

Corey M. Stern, Esq.
Levy Konigsberg, LLP
800 Third Avenue, 11th Floor
New York, New York 10022

RE: In re Flint Water Cases, USDC for the Eastern District of Michigan
Civil Action No. 5:16-cv-10444-JEL-MKM

Dear Mr. Stern:

This is to confirm that a subpoena was mistakenly served on your client Leandre Crosby requesting an inspection of a premises which was believed to be owned by him. As counsel for the VNA defendants in this litigation, I extend my apologies to you and your client for this mistake and confirm that notice was not provided to you as counsel for Mr. Crosby in advance of the subpoena being served.

Very truly yours,

/s/ David M. Rogers

David M. Rogers

DMR:jav

# CAMPBELL CONROY & O'NEIL
PROFESSIONAL CORPORATION

1 CONSTITUTION WHARF
SUITE 310
BOSTON, MA  02129
TEL:  (617) 241-3000
FAX:  (617) 241-5115

DAVID M. ROGERS
(617) 241-3063

March 20, 2020

Hunter Shkolnik, Esq.
Napoli Shkolnik
400 Broadhollow Drive, Suite 305
Melville, NY 11747

RE:   In re Flint Water Cases, USDC for the Eastern District of Michigan
      Civil Action No. 5:16-cv-10444-JEL-MKM

Dear Mr. Shkolnik:

    This is to confirm that a subpoena was mistakenly served on your client Amanda Wheat requesting an inspection of a premises which was believed to be owned by her. As counsel for the VNA defendants in this litigation, I extend my apologies to you and your client for this mistake and confirm that notice was not provided to you as counsel for Ms. Wheat in advance of the subpoena being served.

                              Very truly yours,

                              */s/ David M. Rogers*

                              David M. Rogers

DMR:jav

# CAMPBELL CONROY & O'NEIL
PROFESSIONAL CORPORATION

1 CONSTITUTION WHARF
SUITE 310
BOSTON, MA 02129
TEL: (617) 241-3000
FAX: (617) 241-5115

DAVID M. ROGERS
(617) 241-3063

March 20, 2020

Marc J. Bern, Esquire
Marc J. Bern LLP
One Grand Central Place
60 East 42nd St., Suite 950
New York, NY 10165

RE:  In re Flint Water Cases, USDC for the Eastern District of Michigan
     Civil Action No. 5:16-cv-10444-JEL-MKM

Dear Mr. Bern:

This is to confirm that a subpoena was mistakenly served on your client George Lee requesting an inspection of a premises which was believed to be owned by him. As counsel for the VNA defendants in this litigation, I extend my apologies to you and your client for this mistake and confirm that notice was not provided to you as counsel for Mr. Lee in advance of the subpoena being served.

Very truly yours,

*/s/ David M. Rogers*

David M. Rogers

DMR:jav