# Exhibit 10



**Michael R. Williams**
williams@bsplaw.com
T/F: 269.820.4100

March 20, 2020

VIA FEDEX OVERNIGHT

Lateela L. Bonner

RE:   *In re Flint Water Cases,* No. 5:16-cv-10444-JEL (E.D. Mich.)
       **Subpoena requesting premises inspection**

Dear Ms. Bonner:

    Please be advised that the subpoena that was served on March 14, 2020 requesting permission for entry on the premises that you own for an inspection is hereby withdrawn.  No inspection will take place until further notice.  Thank you for your cooperation and patience, and I apologize for any inconvenience this has caused.

Very truly yours,



Michael R. Williams

MRW/na