# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE FLINT WATER CASES | No. 5:16-cv-10444-JEL-MKM (consolidated)<br>Hon. Judith E. Levy |

## DECLARATION OF ALAINA N. DEVINE

I, Alaina N. Devine, under penalty of perjury, hereby declare as follows:

1. I am an attorney at the law firm of Campbell Conroy & O'Neill, P.C., and I represent the VNA Defendants in the above-captioned matter. I submit this Declaration in support of the VNA Defendants' Opposition To Motion For Issuance Of Letter Rogatory For International Assistance In Taking Deposition in France. I have personal knowledge of the facts stated herein.

2. Exhibit A attached hereto is a true and correct copy of an excerpt from the transcript of the deposition of Paul Whitmore, which took place in the above-captioned matter on January 9, 2020, in Indianapolis, Indiana.

Dated:  April 10, 2020         /s/Alaina N. Devine
                               Alaina N. Devine

# EXHIBIT A



IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------) No. 5:16-cv-10444
IN RE: FLINT WATER CASES ) HON. JUDITH E. LEVY
) MAG. MONA K. MAJZOUB
)
)
------------------------------)
JENNIFER MASON, et al., )
Plaintiffs, )
vs. ) Civil Action No.:
LOCKWOOD, ANDREWS & NEWNAM, ) Case No. 16-106150-NM
PC, et al.,
Defendants. ) Hon. Richard B. Yuille
------------------------------) Volume I

*** HIGHLY CONFIDENTIAL ***

The highly confidential videotaped deposition of PAUL MATTHEW WHITMORE, called for examination, taken pursuant to the Federal Rules of Civil Procedure of the United States District Courts pertaining to the taking of depositions, before Juliana F. Zajicek, CSR, RPR, at the offices of Cohen & Malad, LLP, One Indiana Square, Indianapolis, Indiana, on the 9th day of January, 2020, commencing at 9:28 a.m.

APPEARANCES:
ON BEHALF OF THE PEOPLE:
STATE OF MICHIGAN
DANA NESSEL, ATTORNEY GENERAL
Environment, Natural Resources, and Agriculture Division
6th Floor G. Mennen Williams Building
525 West Ottawa Street
Lansing, Michigan 48909
517-335-7664
BY: CHARLES A. CAVANAGH, ESQ.
Assistant Attorney General
CavanaghC2@michigan.gov

ON BEHALF OF THE CLASS PLAINTIFFS:
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800
Seattle, Washington 98101
206-516-3814
BY: JORDAN W. CONNORS, ESQ.
jconnors@susmangodfrey.com

ON BEHALF OF INDIVIDUAL PLAINTIFFS:
LEVY KONIGSBERG, LLP
800 Third Avenue, 11th Floor
New York, New York 10022
212-605-6200
BY: RENNER KINCAID WALKER, ESQ.
rwalker@levylaw.com
(via teleconference)

ON BEHALF OF PLAINTIFF CHOLYANDA BROWN:
FIEGER LAW
19390 West 10 Mile Road
Southfield, Michigan 48075
248-355-5555
BY: DANIELLE LYNN DEZBOR, ESQ.
d.dezbor@fiegerlaw.com
(via teleconference)

APPEARANCES: (Continued)
ON BEHALF OF THE MASON STATE COURT CLASS AS LIAISON COUNSEL:
McALPINE PC
3201 University Drive, Suite 200
Auburn Hills, Michigan 48326
248-373-3700
BY: JAYSON E. BLAKE, ESQ.
jeblake@mcalpinepc.com

ON BEHALF OF THE CITY OF FLINT:
BUTZEL LONG
150 West Jefferson Avenue
Suite 100
Detroit, Michigan 48226
313-225-7040
BY: FREDERICK A. BERG, ESQ.
berg@butzel.com

ON BEHALF OF MCLAREN REGIONAL MEDICAL CENTER:
CLINE, CLINE & GRIFFIN, P.C.
503 South Saginaw Street, Suite 1000
Flint, Michigan 48502
810-232-3141
BY: MEGAN R. MULDER, ESQ.
mmulder@ccglawyers.com
(via teleconference)

ON BEHALF OF DEFENDANT LOCKWOOD ANDREWS & NEWMAN:
DRINKER BIDDLE REATH LLP
1717 Main Street, Suite 5400
Dallas, Texas 75201
469-356-2535
BY: DAVID C. KENT, ESQ.
david.kent@dbr.com
(via teleconference)

APPEARANCES: (Continued)
ON BEHALF OF THE VEOLIA NORTH AMERICA DEFENDANTS:
CAMPBELL CONROY & O'NEIL, P.C.
1 Constitution Wharf, Suite 310
Boston, Massachusetts 02129
617-241-3063
BY: BRYAN D. McELVAINE, ESQ.
bmcelvaine@campbell-trial-lawyers.com;
KRISTIN M. DUPRE, ESQ.
kdupre@campbell-trial-lawyers.com;
CHRISTOPHER DAVIDSON FLETCHER, ESQ.
(via teleconference)
cfletcher@campbell-trial-lawyers.com

ON BEHALF OF DEFENDANT DARNELL EARLEY:
THE FURTON LAW FIRM
290 Town Center Drive, Suite 420L
Dearborn, Michigan 48126
228-217-3678
BY: JOSEPH R. FURTON, JR., ESQ.
jfurton@furtonlaw.com
(via teleconference)

ALSO PRESENT:
MR. FRANCIS X. FERRARA,
Senior VP & Deputy General Counsel
Veolia North America

THE VIDEOGRAPHER:
MR. BEN STANSON,
Golkow Litigation Services.

Page 5

```
 1              I N D E X
 2   WITNESS:                          PAGE:
 3   PAUL MATTHEW WHITMORE
 4       EXAM BY MR. CONNORS..................   9
 5       EXAM BY MR. BLAKE....................  238
 6       EXAM BY MR. CAVANAGH.................  280
 7       EXAM BY MS. MULDER...................  301
 8
 9              *****
10
11            E X H I B I T S
12   WHITMORE EXHIBIT            MARKED FOR ID
13   No. 1   E-mail w/attachment;         74
             VWNAOS085786 - 792
14
     No. 2   E-mail w/attachment;         87
15           VWNAOS086166 - 189
16   No. 3   E-mail chain; VWNAOS085927 - 930   89
17   No. 4   E-mail chain w/attachment;   93
             VWNAOS086051 - 060
18
     No. 5   E-mail; VWNAOS020806         99
19
     No. 6   E-mail chain w/attachment;  103
20           VWNAOS022940 - 954
21   No. 7   E-mail chain; VWNAOS023021 - 024  110
22   No. 8   E-mail chain w/attachment;  118
             VWNAOS087787 - 817
23
     No. 9   E-mail chain w/attachment;  121
24           VWNAOS086092 - 097
```

Page 6

```
 1          E X H I B I T S (Continued)
 2   WHITMORE EXHIBIT              MARKED FOR ID
 3   No. 10   E-mail chain; VWNAOS085931 - 934   125
 4   No. 11   E-mail chain; VWNAOS042302 - 304   129
 5   No. 12   E-mail chain; VWNAOS042299 - 301   134
 6   No. 13   E-mail; VWNAOS020282 - 283         136
 7   No. 14   E-mail chain w/attachment;         148
              VWNAOS087970 - 8028
 8
     No. 15   TIMELINE: Water Contamination in   167
 9            Flint, Michigan, January 28, 2016;
              VWNAOS161559 - 563
10
     No. 16   E-mail chain w/attachment;         168
11            VWNAOS085835 - 840
12   No. 17   Q&A; VWNAOS161565 - 566            179
13   No. 18   Q&A; VWNAOS161570 - 573            182
14   No. 19   Q&A; VWNAOS161574 - 579            183
15   No. 20   General Statement; VWNAOS164205    187
16   No. 21   Press Release, 23 June 2016;       196
              VWNAOS164705
17
     No. 22   E-mail w/attachment;               203
18            VWNAOS258441 - 442
19   No. 23   E-mail chain; VWNAOS258879         207
20   No. 24   Extracted Text of VWNAOS091608     222
21   No. 25   E-mail chain; VWNAOS018654 - 656   223
22   No. 26   E-mail; VWNAOS020258               231
23   No. 27   E-mail w/attachment;               232
              VWNAOS086137 - 142
24
```

Page 7

```
 1          E X H I B I T S (Continued)
 2   WHITMORE EXHIBIT              MARKED FOR ID
 3   No. 28   E-mail w/attachment;         252
              VWNAOS022696 - 708
 4
     No. 29   E-mail chain w/attachment;   257
 5            VWNAOS022801 - 813
 6   No. 30   E-mail chain; VWNAOS328371 - 373   271
 7   No. 31   E-mail; VWNAOS258389 - 390         273
 8   No. 32   Press Release, 27 June 2016;       277
              VWNAOS090983 - 984
 9
     No. 33   E-mail chain; VWNAOS005196         287
10
     No. 34   E-mail chain; VWNAOS006014         291
```

Page 8

 1    THE VIDEOGRAPHER: We are now on the record. My
 2    name is Ben Stanson. I am the videographer with
 3    Golkow Technologies.
 4        Today's date is January 9th, 2020, and the
 5    time is 9:28 a.m.
 6        This video deposition is being held in
 7    Indianapolis, Indiana, in the matter of the Flint
 8    water cases, Case No. 5:16-CV-10444.
 9        The deponent is Paul Whitmore.
10        Will counsel please identify yourselves
11    for the record.
12        MR. CONNORS: Jordan Connors from Susman Godfrey
13    on behalf of the Carthan Plaintiffs.
14        MR. BLAKE: Jayson Blake, counsel for the State
15    Court Punitive Class Plaintiffs.
16        MR. CAVANAGH: Charlie Cavanagh, Assistant
17    Attorney General, on behalf of the People.
18        MR. BERG: Frederick Berg of Butzel Long on
19    behalf of the City of Flint.
20        MS. DUPRE: Kristin Dupre for Veolia North
21    America, Inc. and Veolia North America, LLC and Veolia
22    Water North America Operating Services.
23        MR. McELVAINE: Bryan McElvaine, also for Veolia
24    North America, Inc., Veolia North America, LLC, and

Page 269

1  told you, does that sound like there is an
2  inconsistency between those statements and the
3  documents that we've read?
4      MR. McELVAINE: Objection.
5      You can answer.
6  BY THE WITNESS:
7      A.  Without further documentation I can't say
8  that there is an inconsistency, were -- were the lead
9  and copper tests that he reviewed were 20 years old,
10 that would still mean that... I mean...
11 BY MR. BLAKE:
12     Q.  There were some questions about France and
13 your involvement with France and how much they were
14 aware of things that were going on.
15         Do you recall those questions a few
16 moments ago?
17     A.  Yes.
18     Q.  I would like you to look at Exhibit 16,
19 please. Exhibit 16 is the press release for release
20 February 10th, 2015, entitled Flint Hires
21 International Urban Water Experts.
22         Do you see that?
23     A.  Yes.
24     Q.  And if you go to the end of that press

Page 270

1  release, there is a paragraph that says: "Veolia
2  group is the global leader in optimized resource
3  management. With over 187,000 employees worldwide,"
4  and then it -- it goes on and provides additional
5  information.
6         Do you see that?
7     A.  Yes.
8     Q.  That company that it's talking about there
9  is the parent company in France, correct?
10    A.  I believe it's talking about every Veolia
11 company that makes up the parent company.
12    Q.  Because the North American company does
13 not have 187,000 employees worldwide, right?
14    A.  That's correct.
15    Q.  And if you go further down in that
16 paragraph, it says: "Veolia Environnement (listed on
17 Paris Euronext: VIE) recorded consolidated revenues
18 of 32.3 billion in 2013."
19        Do you see that?
20    A.  Yes.
21    Q.  And that's talking, again, about the
22 parent company in France?
23    A.  Yes.
24    Q.  And they are cited at the end of the press

Page 271

1  release on February 10th, 2015, announcing the hiring
2  of Veolia to work in Flint?
3      A.  Yes.
4      Q.  Okay. I'm going to have you look at a
5  couple more documents.
6          (WHEREUPON, a certain document was
7           marked Paul Whitmore Deposition
8           Exhibit No. 30, for identification,
9           as of 01/09/2020.)
10 BY MR. BLAKE:
11     Q.  Exhibit 30, Bates No. VWNAOS328371. It is
12 a two-page e-mail chain. Take a look at that
13 document.
14         The subject is "NewsClip: Emergency scene
15 at Veolia steam facility under control following
16 explosion in Philly," and it is dated June 17th, 2016.
17         Do you see that?
18     A.  Yes.
19     Q.  And if you look down in this, it -- the
20 e-mail includes somebody named Laurent Obadia.
21         Is that the person in Flint -- in France
22 you were talking about a few moments ago as a contact
23 person?
24     A.  Yes.

Page 272

1      Q.  And it also includes a person named
2  Sandrine Guendoul.
3          Do you see that?
4      A.  Yes.
5      Q.  She is also a person in France who you
6  interacted with?
7      A.  Yes.
8      Q.  And you're -- you're copied on some of
9  these e-mails as well, correct? The second one, for
10 instance, you are copied on.
11     A.  On the --
12     Q.  The first one you are copied on?
13     A.  Yes.
14     Q.  Okay. And this is talking about an
15 emergency plant explosion at a plant in Philadelphia.
16         Do you see that?
17     A.  Yes.
18     Q.  And the people in France are involved in
19 discussions as to what to do regarding that, is that
20 right?
21     A.  Yes.
22     Q.  And in the very first e-mail at the top,
23 Elinor Haider says to Karole Colangelo and you:
24         "You'll love this. We have a PR firm on

Page 273

1  retainer. Our account POC is in Chicago and has been
2  working on Flint. You can't make it up."
3      So this e-mail chain also mentions Flint,
4  correct?
5      A.  It does.
6      Q.  I'm going to have you look at another
7  e-mail chain.
8          (WHEREUPON, a certain document was
9           marked Paul Whitmore Deposition
10          Exhibit No. 31, for identification,
11          as of 01/09/2020.)
12 BY MR. BLAKE:
13     Q.  Sorry.
14         Exhibit 31, Bates No. VWNAOS258389. Take
15 a look at that. This, in fact, looks like -- well,
16 can you tell me what this is?
17     A.  I believe this is a -- a Google chat.
18     Q.  Google chat, okay.
19         And you are having a conversation with
20 somebody named Matt Demo?
21     A.  Yes.
22     Q.  Okay. What's Mr. Demo's job?
23     A.  Matt Demo is -- was Veolia's -- one of
24 Veolia's communications directors.

Page 274

1      Q.  He is no longer there?
2      A.  Correct.
3      Q.  And the first message says: "Just sent a
4  media request re Flint, making sure you received" on
5  June 22nd, 2016.
6      A.  Yes.
7      Q.  Do you see that?
8      A.  Yes.
9      Q.  Okay. And then in this there is a whole
10 discussion about Flint and how to respond to a media
11 request, is that right?
12     A.  Yes.
13     Q.  Okay. And then if you get to the second
14 page towards the end, the third thing from the bottom,
15 you are saying on June 22nd, 2016, at 10:33: "Minor
16 changes to the statement from Paris. Can you update
17 the website, please?"
18         Do you see that?
19     A.  Yes.
20     Q.  So Paris is sending you some updates to
21 a -- a statement that is being released?
22     A.  Yes.
23     Q.  And do you know what the website is that
24 they are referencing here?

Page 275

1      A.  Yes. It is a website where we placed all
2  of our public response information to the Attorney
3  General's filing on June 22nd, 21st, whenever that
4  was.
5      Q.  Is that the website that Veolia put in
6  place to essentially give its side of the story on the
7  Flint issue?
8      A.  Yes.
9      Q.  And you were involved in setting that site
10 up?
11     A.  I was involved in preparing some content
12 for it and making sure that Matt got updated
13 information in order to put it on the site.
14     Q.  Was Matt the main person that was in
15 charge of setting that site up?
16     A.  Matt was in charge of the technical aspect
17 of it. He was in Chicago, I was Indianapolis -- in
18 Indianapolis and provided him information in order to
19 put the -- to get it up onto the site.
20     Q.  Okay. But do you know who provided the
21 content that was put on the site?
22     A.  The content would have come from a variety
23 of sources. The content included a media statement,
24 the content included the final water quality report of

Page 276

1  March 12th. It -- it came from a variety of places.
2      Q.  And Paris made changes to that from time
3  to time?
4      A.  I don't know that Paris was involved in
5  the site. Paris had, on the -- the second news
6  release, I don't remember which exhibit it was, they
7  were listed on there as a contact person, so it's my
8  belief that that's the statement that we're -- we're
9  referring to in this conversation here.
10     Q.  They were listed on the website as contact
11 people?
12     A.  They were listed on whenever -- one of
13 these exhibits.
14     Q.  Did the two names, I think Laurent and
15 Sandrine, did they participate in setting up of the
16 website?
17     A.  No.
18     Q.  Did they participate in reviewing any of
19 the content before it went on the website?
20     A.  I don't think so.
21     Q.  Do you recall for sure?
22     A.  I don't -- I don't recall if they did or
23 did not have any review of it -- of that.
24     Q.  And did you do anything to confirm the

Page 277

1  accuracy of any of the information on that website?
2    A.  No.
3    Q.  All right.  I'm going to have you look at
4  Exhibit 32.
5        (WHEREUPON, a certain document was
6         marked Paul Whitmore Deposition
7         Exhibit No. 32, for identification,
8         as of 01/09/2020.)
9  BY MR. BLAKE:
10   Q.  Exhibit 32 is Bates No. VWNA0S090983.  It
11 is a press release.  I can tell you there is some
12 handwriting on the middle which you should just
13 ignore.  That's not part of the press release.  The
14 press release is the printed part.
15       Do you see that document?
16   A.  I do.
17   Q.  And do you recall if you worked on this
18 document or not?
19       Let me just tell you, your name is at the
20 end of it on the second page.
21   A.  Yes, it is.
22       I -- I was involved in -- in some of it as
23 a -- as a group editing document as many of our items
24 are.

Page 278

1    Q.  Okay.  In this contact information on this
2  lists four people -- well, actually, four different
3  numbers.  The Press Relations Group Veolia, Laurent
4  Obadia and Sandrine Guendoul.
5        Do you see that?
6    A.  Yes.
7    Q.  And actually Stephane or Stephane Galfre
8  as well.
9        Do you know that person?
10   A.  I don't.
11   Q.  That's somebody from France, though?
12   A.  I don't know where she is from.
13   Q.  She is listed at the same telephone
14 address as the other two people.  It is probably safe
15 to say she -- she or he is there?
16   A.  Yeah, I would -- I would make that
17 assumption.
18   Q.  Okay.  And then they've got you below,
19 Press Relations North America, Veolia North America,
20 they've got your boss Karole Colangelo on there.
21       Do you see that?
22   A.  Yes.
23   Q.  And then there is somebody from Analyst &
24 Investor Relations over on the side, Ronald Wasylec

Page 279

1  and Ariane de Lamaze.
2        Do you see that?
3    A.  I do.
4    Q.  I probably said all of those names wrong,
5  but that's what they look like.  Okay.
6        And so France was involved in and was
7  listed as a contact information on this press release
8  as well?
9    A.  Yes.
10   Q.  Okay.
11   MR. BLAKE:  I want to take a quick break,
12 please.
13   THE VIDEOGRAPHER:  We are off the record at
14 4:31 p.m.
15       (WHEREUPON, a recess was had
16         from 4:31 to 4:33 p.m.)
17   THE VIDEOGRAPHER:  We are back on the record at
18 4:33 p.m.
19   MR. BLAKE:  Thank you, Mr. Whitmore.  I am going
20 to retain the balance of my time for rebuttal and I'm
21 going to pass the witness along at this time.
22   MR. CAVANAGH:  Sorry, but can we go off again so
23 I can move over and get set up.
24   THE VIDEOGRAPHER:  We are back off the record at

Page 280

1  4:33 p.m.
2        (WHEREUPON, a recess was had
3         from 4:33 to 4:36 p.m.)
4    THE VIDEOGRAPHER:  We are back on the record at
5  4:36 p.m.
6            EXAMINATION
7  BY MR. CAVANAGH:
8    Q.  Good afternoon, Mr. Whitmore.  Again, my
9  name is Charlie Cavanagh.  I am an Assistant Attorney
10 General.  I represent the People of the State of
11 Michigan.
12       My questions should be brief.  I'll try
13 and -- try and be as brief as I can.  If you could
14 turn to Exhibit 1 that we started with today, and that
15 was the Flint key messages document and the frequently
16 asked questions.
17       Do you remember that document?
18   A.  I do.
19   Q.  Okay.  You had testified that that was a
20 document that was created basically to inform staff
21 members of a high level of the project as well as
22 provide, if you will, canned answers for questions
23 they might get from either city officials or the
24 public.