# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

## ORDER REGARDING MATTERS DISCUSSED AT THE APRIL 15, 2020 STATUS CONFERENCE

The Court held a status conference regarding its pending Flint water litigation on April 15, 2020. The Court now orders as follows:

### I.  *In re* Flint Water Cases Discovery Coordination

The parties updated the Court on how discovery was proceeding in other state and federal actions related to the Flint Water Cases. Judge Joseph J. Farah from Genesee County Circuit Court attended the status conference and issued a separate order regarding pending state court motions.

## II. Motions to Dismiss in Individual Cases

Unless dismissed or pursuing an interlocutory appeal, Defendants must file an answer in *Marble v. Snyder*, 17-cv-12942 and *Brown v. Snyder*, 18-cv-10726 by **May 8, 2020**.

In light of the Court's ruling in *Marble* and *Brown*, Defendants have until **May 29, 2020**, to answer, file a motion to dismiss, or file some other responsive pleading in the remaining *legionella* cases. To the extent that Defendants file a motion to dismiss, they should limit their briefing to any claims or arguments not fully addressed by the Court in *Marble* and *Brown*. The timing and format of responses and replies will be in accordance with Local Rule 7.1.

## III. Video Telephonic Discovery Conferences

The following dates are set for discovery conferences as needed: **April 29, 2020** at 2:00pm and **May 6, 2020** at 2:00pm. The Court will provide Zoom connection information in the pre-conference agendas that will be entered in Case No. 16-cv-10444.

## IV. Scheduling of Next Status Conference

The Court will hold a video status conference in these cases using Zoom on **Wednesday, May 20, 2020** at 2:00pm. Attorneys who will be making an appearance but not speaking on the record should use the

following call-in information: 888-363-4734; Access Code: 2541474. This telephone line will be on mute during the conference, and so in order to make your appearance for the record, send an email to the Court's law clerk (Abigail_DeHart@mied.uscourts.gov). The Court will provide Zoom connection information prior to the hearing in Case No. 16-cv-10444.

Parties are to file proposed agenda items in Case No. 16-cv-10444 by May 6, 2020. Individual liaison counsel should collect proposed agenda items from all counsel representing individual plaintiffs and submit those proposed items as a single filing. The Court will issue an agenda by May 13, 2020.

IT IS SO ORDERED.

Dated: April 16, 2020　　　　　　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　　　United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 16, 2020.

　　　　　　　　　　　　　　　　s/William Barkholz
　　　　　　　　　　　　　　　　WILLIAM BARKHOLZ
　　　　　　　　　　　　　　　　Case Manager