UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In Re* Flint Water Cases | No. 5:16-cv-10444-JEL-MKM |
| | HON. JUDITH E. LEVY |
| | MAG. MONA K. MAJZOUB |

## NOTICE OF APPEAL

Notice is hereby given that Defendants former Governor Rick Snyder and former State Treasurer Andy Dillon appeal to the United States Court of Appeals for the Sixth Circuit from the Order Granting in Part and Denying in Part State Defendants' Motion for a Protective Order (Dkt. 1100) entered in this action on April 9, 2020.  The Court's Order requires Mr. Snyder and Mr. Dillon to be deposed even though their threshold assertions of qualified immunity have not been resolved, which is a denial of their assertions of qualified immunity.

Respectfully submitted,

*/s/ Nathan A. Gambill*
Richard S. Kuhl (P42042)
Margaret A. Bettenhausen (P75046)
Nathan A. Gambill (P75506)
Charles A. Cavanagh (P79171)
Assistant Attorneys General

1

                                                Environment, Natural Resources,
and Agriculture Division
Attorneys for former Governor
Rick Snyder and former State
Treasurer Andy Dillon
P.O. Box 30755
Lansing, MI 48909
(517) 335-7664
kuhlr@michigan.gov
bettenhausenm@michigan.gov
gambilln@michigan.gov
cavanaghc2@michigan.gov

Dated: April 22, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2020 I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

Respectfully submitted,

*/s/ Nathan A. Gambill*
Nathan A. Gambill (P75506)
Assistant Attorney General
Environment, Natural
Resources,
and Agriculture Division
Attorney for former Governor
Rick Snyder and former State
Treasurer Andy Dillon
P.O. Box 30755
Lansing, MI 48909
(517) 335-7664
gambilln@michigan.gov

S:\CEPB3\ENRA_FlintWater\US-COA-Waid (All Cases) (AG# 2016-0131314-D)\Pleadings\Final (Word Versions)\Notice of Appeal 2020-04-22.docx