# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

## AGENDA AND NOTICE FOR VIDEO CONFERENCE TO BE HELD ON APRIL 29, 2020

The Court will hold a Zoom video conference on **Wednesday, April 29, 2020 at 2:00pm** regarding discovery and other case management-related issues. The Zoom link is available here: https://us02web.zoom.us/j/86116240665?pwd=S1drQ0dGdDk4a1Q5VEl6dlBqckhoUT09. Meeting ID: 861 1624 0665; Password: 645089.

The hearing will address the following issues:

(1) The Court will address Interim Co-Lead Class Counsel's motion to amend the Second Amended Case Management Order. (ECF No. 1108.) No further briefing or responses may be filed.

(2) The VNA Defendants and Interim Co-Liaison Counsel request to discuss disputes regarding the production of investigative subpoena transcripts and related documents produced in connection with the State of Michigan's Flint Water investigation. The Court will address an approach to resolving this issue and the MDEQ and City Defendants' pending motions for protective orders (ECF Nos. 1079, 1080). Oral argument will not be needed, as Court will only focus on how the issue will be resolved.

The following is a reminder of your responsibilities and Judge Levy's policy concerning virtual court proceedings.

<u>Technical Responsibilities:</u>
- The Court will not provide technical assistance for testing or troubleshooting. Additionally, the Court will not provide time during the proceeding to troubleshoot issues.
- Participants should take time prior to the call to become familiar with Zoom. Make sure your device is working properly.
- Directions, tutorials, and technical support to test your device and network prior to the proceeding can be found at Zoom.us.
- Participants should use a good LAN, WiFi, or substantial LTE connection to ensure a quality call. (Note: mobile data users may incur cellular carrier charges which are the responsibility of the participant.)

<u>Judge Levy's Policy:</u>

- If the hearing is an in-court proceeding, it will be considered the same as the courtroom. If the hearing is on the record, then a court reporter will be present. This hearing will *not* be on the record.
- No audio or other recordings of the proceeding are permitted.
- Appropriate conduct is always required. Please be courteous and patient.
- Please take care to mute your sound when you are not speaking so as to eliminate background noise for the court reporter and participants.

Best practices for video proceedings:
- Use your full name in the display portion of the video window, if applicable. This helps the reporter to identify who is speaking.
- Mute when not speaking to eliminate background noise (*e.g.*, dog barking, kids playing, sirens, etc). This will help prevent interruptions and improve the quality of the audio for the Court Reporter.
- Unmute only when necessary to speak. For Zoom, use the space bar to temporarily unmute when saying something brief.
- Avoid rustling papers and other extraneous sounds, such as audible email notifications while unmuted.
- Speak one at a time. Just like in the courtroom, interrupting can render both speakers unintelligible.
- When speaking, try to look directly at the camera, not at the screen.
- Position the camera at eye level or slightly above eye level.
- Be mindful of what is behind you. A solid neutral wall is ideal.
- Have proper lighting. Avoid having light behind you, such as a window, or directly overhead. Ideally, position a lamp, or sit facing a window, where light is directly on your face.

IT IS SO ORDERED.

Dated: April 24, 2020                                     s/Judith E. Levy
Ann Arbor, Michigan                                       JUDITH E. LEVY

           United States District Judge

## CERTIFICATE OF SERVICE

 The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 24, 2020.

          s/William Barkholz
          WILLIAM BARKHOLZ
          Case Manager