# LETTER OF REQUEST
# COMMISSION ROGATOIRE

**Hague Convention of 18 March 1970 on the
Taking of Evidence Abroad in Civil or Commercial Matters**
*Convention de La Haye du 18 mars 1970 sur
l'obtention des preuves à l'étranger en matière civile ou commerciale*

| | | |
|---|---|---|
| 1. | **Sender**<br>*Expéditeur* | Honorable Judith E. Levy<br>United States District Court<br>Eastern District of Michigan<br>Southern Division<br>Federal Building<br>200 E. Liberty Street, Suite 300<br>Ann Arbor, Michigan 48104, USA<br>Phone: (734) 887-4700<br>Fax: (734) 887-4701 |
| 2. | **Central Authority of the Requested State**<br>*Autorité centrale de l'État requis* | MINISTÈRE DE LA JUSTICE<br>DIRECTION DES AFFAIRES CIVILES ET DU SCEAU<br>BUREAU DE L ENTRAIDE JUDICIAIRE EN MATIÈRE<br>CIVILE ET COMMERCIALE 13, PLACE VENDÔME<br>75042 PARIS CEDEX 01<br>FRANCE |
| 3. | **Person to whom the executed request is to be returned**<br>*Personne à qui les pièces constatant l'exécution de la demande doivent être renvoyées* | Theodore J. Leopold, Esq.<br>tleopold@cohenmilstein.com<br>Cohen Milstein Sellers Toll PLLC<br>2925 PGA Blvd. Suite 200<br>Palm Beach Gardens, FL 33410<br>USA<br>**(561) 151-1400** |
| 4. |  | **Specification of the date by which the requesting authority requires receipt of the response to the Letter of Request**<br>*Indiquer la date limite à laquelle l'autorité requérante désire recevoir la réponse à la commission rogatoire* |
| | **Date**<br>*Date limite* | 15 May 2020 |
| | **Reason for urgency***<br>*Raison de l'urgence* | Case is in active litigation with discovery deadlines within 60 to 90 days. |

**In conformity with Article 3 of the Convention, the undersigned applicant has the honour to submit the following request:**
*En conformité de l'article 3 de la Convention, le requérant soussigné a l'honneur de présenter la demande suivante :*

| | | |
|---|---|---|
| 5. a | **Requesting authority (Art. 3(a))**<br>*Autorité requérante (art. 3(a))* | Honorable Judith E. Levy<br>United States District Court<br>Eastern District of Michigan<br>Southern Division<br>Federal Building<br>200 E. Liberty Street, Suite 300<br>Ann Arbor, Michigan 48104, USA |
| b | **To the Competent Authority of (Art. 3(a))**<br>*À l'Autorité compétente de (art. 3(a))* | France |

| c | Names of the case and any identifying number<br>*Nom de l'affaire et numéro d'identification de l'affaire* | In re: Flint Water Cases<br>Civil Action No. 5:16-cv-10444-JEL-MKM (consolidated)<br>United States District Court<br>Eastern District of Michigan<br>Southern Division |
|---|---|---|

| 6. | Names and addresses of the parties and their representatives (including representatives in the Requested State*) (Art. 3(b))<br>*Identité et adresse des parties et de leurs représentants (y compris représentants dans l'État requis) (art. 3(b))* | |
|---|---|---|
| a | Plaintiff<br>*Demandeur* | See attached Exhibit A |
| | Representatives<br>*Représentants* | See attached Exhibit B |
| b | Defendant<br>*Défendeur* | See attached Exhibit C |
| | Representatives<br>*Représentants* | See attached Exhibit D |
| c | Other parties<br>*Autres parties* | n/a |
| | Representatives<br>*Représentants* | n/a |

| 7. a | Nature of the proceedings (divorce, paternity, breach of contract, product liability, etc.) (Art. 3(c))<br>*Nature et objet de l'instance (divorce, filiation, rupture de contrat, responsabilité du fait des produits, etc.) (art. 3(c))* | Environmental class action and individual cases involving water contamination to the City of Flint Michigan. Claims include professional negligence. |
|---|---|---|
| b | Summary of complaint<br>*Exposé sommaire de la demande* | Since 2014, city and state officials in Flint, Michigan, including the Governor of Michigan, and the engineering firms under their management, including Veolia North America and Veolia Water North America Operating Services, provided the more than 100,000 citizens and businesses of Flint with poisonous, lead-tainted drinking water. |
| c | Summary of defence and counterclaim*<br>*Exposé sommaire de la défense ou demande reconventionnelle* | n/a |
| d | Other necessary information or documents*<br>*Autres renseignements ou documents Utiles* | n/a |

| 8. a | Evidence to be obtained or other judicial act to be performed (Art. 3(d))<br>*Actes d'instruction ou autres actes judiciaires à accomplir (art. 3(d))* | Deposition of Laurent Obadia, employee of Veolia Environnement SA, a company of French origin, located in Paris, France. |
|---|---|---|
| b | Purpose of the evidence or judicial act sought<br>*But des actes à accomplir* | Deposition to develop evidence for use at trial of above-captioned case. |

Permanent Bureau July 2017

| 9. | **Identity and address of any person to be examined (Art. 3(e))\*** *Identité et adresse des personnes à entendre (art. 3(e))* | Laurent Obadia<br>Director of Communications<br>Veolia Environnement SA<br>21, rue la Boetie – 750008<br>Paris, France |
|---|---|---|
| 10. | **Questions to be put to the persons to be examined or statement of the subject matter about which they are to be examined (Art. 3(f))\*** *Questions à poser ou faits sur lesquels les personnes susvisées doivent être entendues (art. 3(f))* | Examination regarding the actions and inactions of Veolia Environnement SA and its subsidiary companies, Veolia North America, LLC, Veolia North America, Inc., and Veolia Water North America Operating Services, LLC, with regard to the water contamination in Flint, Michigan. |
| 11. | **Documents or other property to be inspected (Art. 3(g))\*** *Documents ou objets à examiner (art. 3(g))* | n/a |
| 12. | **Any requirement that the evidence be given on oath or affirmation and any special form to be used (Art. 3(h))\*** *Demande de recevoir la déposition sous serment ou avec affirmation et, le cas échéant, indication de la formule à utiliser (art. 3(h))* | The deposition is to be given under oath or affirmation. |
| 13. | **Special methods or procedure to be followed (e.g., oral or in writing, verbatim transcript or summary, cross-examination, etc.) (Arts 3(i) and 9)\*** *Formes spéciales demandées (déposition orale ou écrite, procès-verbal sommaire ou intégral, "cross-examination", etc.) (art. 3(i) et 9)* | In person deposition in which the parties' attorneys conduct the direct, cross, and rebuttal examinations of the witness in English, if possible, or with the aid of a translator, while the deposition is video recorded and transcribed verbatim. The deposition will be limited to seven hours of testimony, excluding breaks, if taken in English, and 14 hours if taken with the use of a French translator. Mr. Obadia may have his own counsel present at the deposition.<br>Proposed date and location of deposition (or any other date or location if not possible to held the deposition at such date and place) : July 8, 2020 at 9:00a.m.<br>Kramer Levin Naftalis & Frankel LLP<br>47 avenue Hoche<br>75008 Paris, France<br>+33 (0)1 44 09 46 00 |
| 14. | **Request for notification of the time and place for the execution of the Request and identity and address of any person to be notified (Art. 7)\*** *Demande de notification de la date et du lieu de l'exécution de la requête, de l'identité et de l'adresse de la ou des personnes à informer (art. 7)* | Counsel for the parties are to be present at the deposition. Please notify:<br><br>Theodore J. Leopold, Esq.<br>tleopold@cohenmilstein.com<br>Cohen Milstein Sellers Toll PLLC<br>2925 PGA Blvd. Suite 200<br>Palm Beach Gardens, FL 33410<br>USA<br>**(561) 151-1400** |
| 15. | **Request for attendance or participation of judicial personnel of the requesting authority at the execution of the Letter of Request (Art. 8)\*** *Demande d'assistance ou de participation des magistrats de l'autorité requérante à l'exécution de* | n/a |

| | | *la commission rogatoire (art. 8)* |
|---|---|---|
| 16. | **Specification of privilege or duty to refuse to give evidence under the law of the Requesting State (Art. 11(b))\*** <br> *Spécification des dispenses ou interdictions de déposer prévues par la loi de l'État requérant (art. 11(b))* | n/a |
| 17. | **The fees and costs incurred which are reimbursable under the second paragraph of Article 14 or under Article 26 of the Convention will be borne by:\*** <br> *Les taxes et frais donnant lieu à remboursement en vertu de l'article 14, alinéa 2 et de l'article 26 seront réglés par :* | Plaintiffs through Theodore J. Leopold, Esq. <br> Cohen Milstein Sellers & Toll, PLLC <br> 2925 PGA Blvd., Suite 200 <br> Palm Beach Gardens, FL 33410 <br> USA <br> tleopold@cohenmilstein.com |

| **Date of request** <br> *Date de la requête* | 05/04/2020 |
|---|---|
| **Signature and seal of the requesting authority** <br> *Signature et sceau de l'autorité requérante* | s/Judith E. Levy |

*\*Omit if not applicable / Ne remplir qu'en cas de nécessité*



**EXHIBIT A**

Elnora Carthan; Rhonda Kelso, individually and as next of friend of K.E.K, a minor child

Darrell and Barbara Davis

Michael Snyder, as personal representative of the Estate of John Snyder, deceased

Marilyn Bryson

David Munoz

Tiantha Williams, individually and as next of friend of T.W., a minor child

Amber Brown, as next of friend of K.L.D, a minor child

Frances Gilcreast

EPCO Sales, LLC

Angelo's Coney Island Palace, Inc.,

on behalf of themselves and all others similarly situated,



**EXHIBIT B**

Theodore J. Leopold
**COHEN MILSTEIN SELLERS & TOLL PLLC**
2925 PGA Boulevard
Suite 220
Palm Beach Gardens, FL 33410
(561) 515-1400 Telephone
tleopold@cohenmilstein.com

Joseph M. Sellers
Kit A. Pierson
Emmy L. Levens
Jessica B. Weiner
Alison S. Deich
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW
Suite 500
Washington, DC 20005
(202) 408-4600 Telephone
jsellers@cohenmilstein.com
kpierson@cohenmilstein.com
elevens@cohenmilstein.com
jweiner@cohenmilstein.com
adeich@cohenmilstein.com

Vineet Bhatia Shawn
Raymond
**SUSMAN GODFREY, L.L.P.**
1000 Louisiana Street
Suite 5100
Houston, TX 77002
(713) 651-3666 Telephone
vbhatia@susmangodfrey.com
sraymond@susmangodfrey.com

Stephen Morrissey
Jordan Connors
**SUSMAN GODFREY, L.L.P.**
1201 Third Ave.
Suite 3800

Michael L. Pitt
Cary S. McGehee
**PITT MCGEHEE PALMER & RIVERS, P.C.**
117 West 4th Street
Suite 200
Royal Oak, MI 48067
(248) 398-9800 Telephone
mpitt@pittlawpc.com
cmcgehee@pittlawpc.com

Paul Novak (P39524)
Diana Gjonaj (P74637)
Gregory Stamatopoulos (P74199)
**WEITZ & LUXENBERG, P.C.**
3011 West Grand Boulevard
Suite 2150
Detroit, MI 48226
(313) 800-4170 Telephone
pnovak@weitzlux.com
dgjonaj@weitzlux.com
gstamatopoulos@weitzlux.com

Robin L. Greenwald
**WEITZ & LUXENBERG, P.C.**
700 Broadway
New York, NY 10003
(212) 558-5500 Telephone
rgreenwald@weitzlux.com

Esther E. Berezofsky
**MOTLEY RICE LLC**
210 Lake Drive East
Suite 101
Cherry Hill, NJ 08002
(856) 667-0500 Telephone
eberezofsky@motleyrice.com

Teresa Caine Bingman (P56807)
**THE LAW OFFICES OF TERESA A. BINGMAN, PLLC**

Seattle, WA 98101
(206) 516-3880 Telephone
smorrissey@susmangodfrey.com
jconnors@susmangodfrey.com

Peretz Bronstein
Shimon Yiftach
**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
60 East 42nd Street
Suite 4600
New York, NY 10165
(212) 697-6484 Telephone
peretz@bgandg.com
shimony@bgandg.com

Bradford M. Berry
Anson C. Asaka
**NAACP**
4805 Mt. Hope Dr. Baltimore,
MD 21215
(410) 580-5777 Telephone
bberry@naacpnet.org
aasaka@naacpnet.org

Kathryn P. Hoek
**SUSMAN GODFREY, L.L.P.**
1901 Avenue of the Stars
Suite 950
Los Angeles, CA 90067
(310) 789-3100 Telephone
khoek@susmangodfrey.com

Neal H. Weinfield
**THE DEDENDUM GROUP**
(312) 613-0800 Telephone
nhw@dedendumgroup.com

Cirilo Martinez (P65074)
**LAW OFFICE OF CIRILO MARTINEZ, PLLC**
3010 Lovers Lane

120 N. Washington Square
Suite 327
Lansing, MI 48933
(877) 957-7077 Telephone
tbingman@tbingmanlaw.com

William Goodman (P14173)
Julie H. Hurwitz (P34720)
Kathryn Bruner James (P71374)
**GOODMAN & HURWITZ PC**
1394 E. Jefferson Ave.
Detroit, MI 48207
(313) 567-6170 Telephone
bgoodman@goodmanhurwitz.com
jhurwitz@goodmanhurwitz.com
kjames@goodmanhurwitz.com

Deborah A. LaBelle (P31595)
**LAW OFFICES OF DEBORAH A. LABELLE**
221 N. Main St.
Suite 300
Ann Arbor, MI 48104
(734) 996-5620 Telephone
deblabelle@aol.com

Trachelle C. Young (P63330)
**TRACHELLE C. YOUNG & ASSOCIATES PLLC**
2501 N. Saginaw St.
Flint, MI 48505
(810) 239-6302 Telephone
trachelleyoung@gmail.com

Brian McKeen (P34123)
Claire Vergara (P77654)
**McKEEN & ASSOCIATES, PC**
645 Griswold Street
Suite 4200
Detroit, MI 48226
(313) 961-4400 Telephone
bjmckeen@mckeenassociates.com
cvergara@mckeenassociates.com

Kalamazoo, MI 49001
(269) 342-1112 Telephone
martinez_cirilo@hotmail.com

David J. Shea
**SHEA AIELLO, PLLC**
26100 American Drive
2nd Floor
Southfield, MI  48034
(248) 354-0224 Telephone
david.shea@sadplaw.com

Mark L. McAlpine (P35583)
Jayson E. Blake (P56128)
**MCALPINE PC**
3201 University Drive
Suite 100
Auburn Hills, MI  48326
(248) 373-3700 Telephone
mlmcalpine@mcalpinelawfirm.com
jeblake@mcalpinelawfirm.com

Cynthia M. Lindsey (P37575)
Shermane T. Sealey (P32851)
**CYNTHIA M. LINDSEY & ASSOCIATES,
PLLC**
8900 E. Jefferson Avenue
Suite 612
Detroit, MI 48214
(248) 766-0797 Telephone
cynthia@cmlindseylaw.com
shermane@cmlindseylaw.com

Andrew P. Abood (P43366)
**ABOOD LAW FIRM**
246 East Saginaw Street
Suite One
East Lansing, Michigan 48823
(517) 332-5900 Telephone
andrew@aboodlaw.com



**EXHIBIT C**

Governor Rick Snyder, in his individual and official capacities

the State of Michigan

the City of Flint

Daniel Wyant, in his individual capacity

Andy Dillon, in his individual capacity

Nick Lyon, in his individual capacity

Nancy Peeler, in her individual capacity

Liane Shekter-Smith, in her individual capacity

Adam  Rosenthal, in his individual capacity

Stephen Busch, in his individual capacity

Patrick Cook, in his  Individual capacity

Michael Prysby, in his individual capacity

Bradley Wurfel, in his individual capacity

Jeff Wright, in his individual capacity

Edward Kurtz, in his individual capacity

Darnell Earley, in his individual capacity

Gerald Ambrose, in his individual capacity

Dayne Walling, in his individual and  official capacities

Howard Croft, in his individual capacity

Michael Glasgow, in his individual capacity

Daugherty Johnson, in his individual capacity

Lockwood, Andrews & Newnam, P.C.

Lockwood, Andrews & Newnam, Inc.

Leo A. Daly Company

Veolia North America, LLC

Veolia North America, Inc.

Veolia Water North America Operating Services, LLC,



**EXHIBIT D**

Eugene Driker
Barris, Sott,
333 W. Fort Street
Suite 1200
Detroit, MI 48226-3281
313-965-9725
Email: edriker@bsdd.com



Margaret A. Bettenhausen
Michigan Department of Attorney General
525 West Ottawa St.
P. O. Box 30755
Lansing, MI 48909
517-373-7540
Fax: 517-373-1610
Email: bettenhausenm@michigan.gov

Christopher B. Clare
Clark Hill PLC
601 Pennsylvania Ave. NW, N. Building
Suite 1000
Washington, DC 20004
202-572-8671
Fax: 202-572-8691
Email: cclare@clarkhill.com

Michael H. Perry
Fraser, Trebilcock
124 W. Allegan Street Suite 1000
Lansing, MI 48933-1716
517-482-5800 Fax: 517-482-0887
Email: mperry@fraserlawfirm.com

Allison M. Collins
Charles E. Barbieri
Foster, Swift, Collins & Smith, P.C.
313 S. Washington Square
Lansing, MI 48933
517-371-8124
Fax: 517-371-8200

Email: acollins@fosterswift.com
cbarbieri@fosterswift.com

Philip A. Grashoff, Jr.
Kotz, Sangster, Wysocki, P.C.
36700 Woodward Avenue
Suite 202
Bloomfield Hills, MI  48304
248-646-2073 Fax: 248-646-1054
Email: pgrashoff@kotzsangster.com

Dennis K. Egan
Kotz, Sangster, Wysocki, P.C.
400 Renaissance Center
Suite 3400
Detroit, MI  48243
313-259-8784Fax:  313-259-1451
Email:  degan@kotzsangster.com

Todd Russell Perkins
615 Griswold
Suite 400
Detroit, MI 48226
313-964-1702 Fax: 313-964-1980
Email: tperkins@perkinslawgroup.net

Barry A. Wolf
Barry A. Wolf, Attorney at Law, PLLC
503 S. Saginaw Street, Suite 1410
Flint, MI 48502
810-762-1084
Fax: 810-244-1650
Email: bwolf718@msn.com

Alexander S. Rusek
White Law PLLC
2400 Science Parkway
Suite 201
Okemos, MI 48864
517-316-1195 Fax: 517-316-1197
Email: alexrusek@whitelawpllc.com



William Young Kim
City of Flint
1101 S. Saginaw Street
Third Floor
Flint, MI 48502
810-766-7146 Fax: 810-232-2114
Email: wkim@cityofflint.com(McMillian only)

Brett T. Meyer
O'Neill, Wallace & Doyle, P.C.
Four Flags Office Center
300 St. Andrews Road, Ste. 302
P.O. Box 1966
Saginaw, MI 48605
989-790-0960
Fax: 989-790-6902
Email: bmeyer@owdpc.com



Edwar A. Zeineh
Law Office of Edwar A. Zeineh, PLLC
2800 E. Grand River Ave.
Suite B
Lansing, MI 48912
517-292-7000
Fax: 866-475-4449
Email: zeinehlaw@gmail.com

Frederick A. Berg
Butzel Long
150 West Jefferson
Suite 100
Detroit, MI 48226
313-225-7000 Fax: 313-225-7080
Email: bergf@butzel.com

Michael J. Gildner
Simen, Figura,
5206 Gateway Centre
Suite 200
Flint, MI 48507
810-235-9000
Email: mgildner@sfplaw.com

Cheryl A. Bush
Michael R. Williams
Bush, Seyferth & Paige, PLLC
3001 W. Big Beaver Road
Suite 600
Troy, MI 48084
248-822-7800 Fax: 248-822-7001
Email: bush@bsplaw.com
williams@bsplaw.com

Philip A. Erickson
Plunkett & Cooney
325 E. Grand River Avenue
Suite 250
East Lansing, MI 48823
517-324-5608
Email:perickson@plunkettcooney.com

Wayne B. Mason
Drinker, Biddle & Reath LLC
1717 Main Street
Suite 5400
Dallas, TX 75201
(469)227-8200
wayne.mason@dbr.com

Zachary C. Larsen
Michigan Department of Attorney General
P.O. Box 30755
Lansing, MI 48909
517-373-7540
Fax: 517-373-1610
Email: larsenz@michigan.gov (Lowery)

Gregory M. Meihn
Foley & Mansfield, PLLP
130 East Nine Mile Road
Ferndale, MI 48220
248-721-4200
Fax: 248-721-4201
Email: gmeihn@foleymansfield.com (Mays)





N° Varieturlm/20-2728
Signature :
Date : 11/03/2020

**PIÈCE A**

Elnora Carthan ; Rhonda Kelso, à titre individuel et en qualité de proche représentant de K.E.K, enfant mineur

Darrell et Barbara Davis

Michael Snyder, en qualité de représentant personnel de la Succession de John Snyder, décédé

Marilyn Bryson

David Munoz

Tiantha Williams, à titre individuel et en qualité de proche représentant de T.W., enfant mineur

Amber Brown, en qualité de proche représentant de K.L.D, enfant mineur

Frances Gilcreast

EPCO Sales, LLC

Angelo's Coney Island Palace, Inc.,

en leur nom et au nom de toutes les autres personnes se trouvant dans une situation similaire,

PIÈCE B

Theodore J. Leopold
**COHEN MILSTEIN SELLERS & TOLL PLLC**
2925 PGA Boulevard
Suite 220
Palm Beach Gardens, Floride 33410
Tél. : (561) 515-1400
tleopold@cohenmilstein.com

Joseph M. Sellers
Kit A. Pierson
Emmy L. Levens
Jessica B. Weiner
Alison S. Deich
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW
Suite 500
Washington, District de Columbia
20005
Tél. : (202) 408-4600
jsellers@cohenmilstein.com
kpierson@cohenmilstein.com
elevens@cohenmilstein.com
jweiner@cohenmilstein.com
adeich@cohenmilstein.com

Vineet Bhatia Shawn Raymond
**SUSMAN GODFREY, L.L.P.**
1000 Louisiana Street
Suite 5100
Houston, Texas 77002
Tél. : (713) 651-3666
vbhatia@susmangodfrey.com
sraymond@susmangodfrey.com

Stephen Morrissey
Jordan Connors
**SUSMAN GODFREY, L.L.P.**
1201 Third Ave.
Suite 3800

Michael L. Pitt
Cary S. McGehee
**PITT MCGEHEE PALMER & RIVERS, P.C.**
117 West 4th Street
Suite 200
Royal Oak, Michigan 48067
Tél. : (248) 398-9800
mpitt@pittlawpc.com
cmcgehee@pittlawpc.com

Paul Novak (P39524)
Diana Gjonaj (P74637)
Gregory Stamatopoulos (P74199)
**WEITZ & LUXENBERG, P.C.**
3011 West Grand Boulevard
Suite 2150
Détroit, Michigan 48226
Tél. : (313) 800-4170
pnovak@weitzlux.com
dgjonaj@weitzlux.com
gstamatopoulos@weitzlux.com

Robin L. Greenwald
**WEITZ & LUXENBERG, P.C.**
700 Broadway
New York, New York 10003
Tél. : (212) 558-5500
rgreenwald@weitzlux.com

Esther E. Berezofsky
**MOTLEY RICE LLC**
210 Lake Drive East
Suite 101
Cherry Hill, New Jersey 08002
Tél. : (856) 667-0500
eberezofsky@motleyrice.com

Teresa Caine Bingman (P56807)
**THE LAW OFFICES OF TERESA A. BINGMAN, PLLC**

Seattle, Washington 98101
Tél. : (206) 516-3880
smorrissey@susmangodfrey.com
jconnors@susmangodfrey.com


Peretz Bronstein
Shimon Yiftach
**BRONSTEIN, GEWIRTZ &
GROSSMAN, LLC**
60 East 42nd Street
Suite 4600
New York, New York 10165
Tél. : (212) 697-6484
peretz@bgandg.com
shimony@bgandg.com


Bradford M. Berry
Anson C. Asaka
**NAACP**
4805 Mt. Hope Dr. Baltimore,
Maryland 21215
Tél. : (410) 580-5777
bberry@naacpnet.org
aasaka@naacpnet.org


Kathryn P. Hoek
**SUSMAN GODFREY, L.L.P.**
1901 Avenue of the Stars
Suite 950
Los Angeles, Californie 90067
Tél. : (310) 789-3100
khoek@susmangodfrey.com


Neal H. Weinfield
**THE DEDENDUM GROUP**
Tél. : (312) 613-0800
nhw@dedendumgroup.com


Cirilo Martinez (P65074)
**LAW OFFICE OF CIRILO MARTINEZ, PLLC**
3010 Lovers Lane

120 N. Washington Square
Suite 327
Lansing, Michigan 48933
Tél. : (877) 957-7077
tbingman@tbingmanlaw.com


William Goodman (P14173)
Julie H. Hurwitz (P34720)
Kathryn Bruner James (P71374)
**GOODMAN & HURWITZ PC**
1394 E. Jefferson Ave.
Détroit, Michigan 48207
Tél. : (313) 567-6170
bgoodman@goodmanhurwitz.com
jhurwitz@goodmanhurwitz.com
kjames@goodmanhurwitz.com


Deborah A. LaBelle (P31595)
**LAW OFFICES OF DEBORAH A. LABELLE**
221 N. Main St.
Suite 300
Ann Arbor, Michigan 48104
Tél. : (734) 996-5620
deblabelle@aol.com


Trachelle C. Young (P63330)
**TRACHELLE C. YOUNG & ASSOCIATES PLLC**
2501 N. Saginaw St.
Flint, Michigan 48505
Tél. : (810) 239-6302
trachelleyoung@gmail.com


Brian McKeen (P34123)
Claire Vergara (P77654)
**McKEEN & ASSOCIATES, PC**
645 Griswold Street
Suite 4200
Détroit, Michigan 48226
Tél. : (313) 961-4400
bjmckeen@mckeenassociates.com
cvergara@mckeenassociates.com

Kalamazoo, Michigan 49001
Tél. : (269) 342-1112
martinez_cirilo@hotmail.com

David J. Shea
**SHEA AIELLO, PLLC**
26100 American Drive
2nd Floor
Southfield, Michigan 48034
Tél. : (248) 354-0224
david.shea@sadplaw.com

Mark L. McAlpine (P35583)
Jayson E. Blake (P56128)
**MCALPINE PC**
3201 American Drive
Suite 100
Auburn Hills, Michigan 48326
Tél. : (248) 373-3700
mlmcalpine@mcalpinelawfirm.com
jeblake@mcalpinelawfirm.com

Cynthia M. Lindsey (P37575)
Shermane T. Sealey (P32851)
**CYNTHIA M. LINDSEY &
ASSOCIATES, PLLC**
8900 E. Jefferson Avenue
Suite 612
Détroit, Michigan 48214
Tél. : (248) 766-0797
cynthia@cmlindseylaw.com
shermane@cmlindseylaw.com

Andrew P. Abood (P43366)
**ABOOD LAW FIRM**
246 East Saginaw Street
Suite One
East Lansing, Michigan 48823
Tél. : (517) 332-5900
andrew@aboodlaw.com



**PIÈCE C**

Gouverneur Rick Snyder, à titre individuel et es qualité

l'État du Michigan

la Ville de Flint

Daniel Wyant, à titre individuel

Andy Dillon, à titre individuel

Nick Lyon, à titre individuel

Nancy Peeler, à titre individuel

Liane Shekter-Smith, à titre individuel

Adam Rosenthal, à titre individuel

Stephen Busch, à titre individuel

Patrick Cook, à titre individuel

Michael Prysby, à titre individuel

Bradley Wurfel, à titre individuel

Jeff Wright, à titre individuel

Edward Kurtz, à titre individuel

Darnell Earley, à titre individuel

Gerald Ambrose, à titre individuel

Dayne Walling, à titre individuel et es qualité

Howard Croft, à titre individuel

Michael Glasgow, à titre individuel

Daugherty Johnson, à titre individuel

Lockwood, Andrews & Newnam, P.C.

Lockwood, Andrews & Newnam, Inc.

Leo A. Daly Company

Veolia North America, LLC

Veolia North America, Inc.

Veolia Water North America Operating Services, LLC,



PIÈCE D

Eugene Driker
Barris, Sott,
333 W. Fort Street
Suite 1200
Détroit, Michigan 48226-3281
(313) -965-9725
E-mail : edriker@bsdd.com



Margaret A. Bettenhausen
Département du Procureur Général du Michigan
525 West Ottawa St.
P. O. Box 30755
Lansing, Michigan 48909
(517) -373-7540
Fax : 517-373-1610
E-mail : bettenhausenm@michigan.gov

Christopher B. Clare
Clark Hill PLC
601 Pennsylvania Ave. NW, N. Building
Suite 1000
Washington, District de Columbia 20004
202-572-8671
Fax : 202-572-8691
E-mail : cclare@clarkhill.com

Michael H. Perry
Fraser, Trebilcock
124 W. Allegan Street Suite 1000
Lansing, Michigan 48933-1716
517-482-5800 Fax : 517-482-0887
E-mail : mperry@fraserlawfirm.com

Allison M. Collins
Charles E. Barbieri
Foster, Swift, Collins & Smith, P.C.
313 S. Washington Square
Lansing, Michigan 48933
517-371-8124
Fax : 517-371-8200
E-mail : acollins@fosterswift.com
cbarbieri@fosterswift.com



Philip A. Grashoff, Jr.
Kotz, Sangster, Wysocki, P.C.
36700 Woodward Avenue
Suite 202
Bloomfield Hills, MI 48304
248-646-2073 Fax : 248-646-1054
E-mail : pgrashoff@kotzsangster.com

Dennis K. Egan
Kotz, Sangster, Wysocki, P.C.
400 Renaissance Center
Suite 3400
Détroit, Michigan 48243
313-259-8784 Fax : 313-259-1451
E-mail : degan@kotzsangster.com

Todd Russell Perkins
615 Griswold
Suite 400
Détroit, Michigan 48226
313-964-1702 Fax : 313-964-1980
E-mail                           :
tperkins@perkinslawgroup.net

Barry A. Wolf
Barry A. Wolf, Attorney at Law, PLLC
503 S. Saginaw Street, Suite 1410
Flint, Michigan 48502
810-762-1084
Fax : 810-244-1650
E-mail : bwolf718@msn.com

Alexander S. Rusek
White Law PLLC
2400 Science Parkway
Suite 201
Okemos, Michigan 48864
517-316-1195 Fax : 517-316-1197
E-mail : alexrusek@whitelawpllc.com

William Young Kim
Ville de Flint
1101 S. Saginaw Street
Third Floor
Flint, Michigan 48502
810-766-7146 Fax : 810-232-2114
E-mail : wkim@cityofflint.com  (McMillian
uniquement)



Brett T. Meyer
O'Neill, Wallace & Doyle, P.C.
Four Flags Office Center
300 St. Andrews Road, Ste. 302
P.O. Box 1966
Saginaw, Michigan 48605
989-790-0960
Fax : 989-790-6902
E-mail : bmeyer@owdpc.com

Edwar A. Zeineh
Law Office of Edwar A. Zeineh, PLLC
2800 E. Grand River Ave.
Suite B
Lansing, Michigan 48912
517-292-7000
Fax : 866-475-4449
E-mail : zeinehlaw@gmail.com

Frederick A. Berg
Butzel Long
150 West Jefferson
Suite 100
Détroit, Michigan 48226
313-225-7000 Fax : 313-225-7080
E-mail : bergf@butzel.com

Michael J. Gildner
Simen, Figura,
5206 Gateway Centre
Suite 200
Flint, Michigan 48507
810-235-9000
E-mail : mgildner@sfplaw.com

Cheryl A. Bush
Michael R. Williams
Bush, Seyferth & Paige, PLLC
3001 W. Big Beaver Road
Suite 600
Troy, Michigan 48084
248-822-7800 Fax : 248-822-7001
E-mail : bush@bsplaw.com
williams@bsplaw.com



Philip A. Erickson
Plunkett & Cooney
325 E. Grand River Ave.
Suite 250
East Lansing, Michigan 48823
517-324-5608
E-mail : perickson@plunkettcooney.com

Wayne B. Mason
Drinker, Biddle & Reath LLC
1717 Main Street
Suite 5400
Dallas, Texas 75201
(469)227-8200
wayne.mason@dbr.com

Zachary C. Larsen
Département du Procureur Général du
Michigan
P.O. Box 30755
Lansing, Michigan 48909
517-373-7540
Fax : 517-373-1610
E-mail : larsenz@michigan.gov (Lowery)

Gregory M. Meihn
Foley & Mansfield, PLLP
130 East Nine Mile Road
Ferndale, Michigan 48220
248-721-4200
Fax : 248-721-4201
E-mail : gmeihn@foleymansfield.com (Mays)