```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MICHIGAN
                         SOUTHERN DIVISION



            In Re    FLINT WATER CASES     Case No. 16-10444



     _____/

                         VIDEO CONFERENCE


            BEFORE THE HONORABLE JUDITH E. LEVY
                 UNITED STATES DISTRICT JUDGE

                         MAY 6, 2020


                 APPEARANCES IN ALPHABETICAL ORDER:

                 Charles E. Barbieri
                 Foster, Swift, Collins & Smith, P.C.
                 313 South Washington Square
                 Lansing, MI 48933

                 Frederick A. Berg
                 Butzel Long 150
                 West Jefferson, Suite 100
                 Detroit, MI 48226

                 Margaret A. Bettenhausen
                 Michigan Department of Attorney General
                 P.O. Box 30755
                 Lansing, MI 48909

                 (Appearances continued on next page)

                 For a Certified Transcript Contact:
                 Jeseca C. Eddington, RDR, RMR, CRR, FCRR
                 Federal Official Court Reporter
                 United States District Court
                 200 East Liberty Street Ann Arbor,
                 Michigan 48104
```

```
 1                      James W. Burdick
                        Burdick Law, P.C.
 2                      1760 South Telegraph Road, Suite 300
                        Bloomfield Hills, MI 48302
 3
                        Alaina N. Devine
 4                      Campbell Conroy & O'Neil, P.C.
                        1 Constitution Wharf, Suite 310
 5                      Boston, MA 02129

 6                      Philip A. Erickson
                        Plunkett & Cooney
 7                      325 East Grand River Avenue, Suite 250
                        East Lansing, MI 48823
 8
                        Nathan A. Gambill
 9                      Michigan Department of Attorney General
                        ENRA Division
10                      P.O. Box 30755
                        Lansing, MI 48909
11
                        Julie Goodwin
12                      Loevy & Loevy
                        311 North Aberdeen, 3rd Floor
13                      Chicago, IL 60607

14                      William Young Kim
                        City of Flint
15                      1101 South Saginaw Street, Third Floor
                        Flint, MI 48502
16
                        Richard S. Kuhl
17                      Michigan Department of Attorney General
                        ENRA Division, P.O. Box 30755
18                      Lansing, MI 48909

19                      Theodore J. Leopold
                        Cohen Milstein Sellers and Toll PLLC
20                      2925 PGA Boulevard, Suite 200
                        Palm Beach Gardens, FL 33410
21
                        J. Brian MacDonald
22                      Cline, Cline & Griffin
                        1000 Mott Foundation Building
23                      503 South Saginaw Street
                        Flint, MI 48502
24

25
```

| | |
|---|---|
| 1 | James Mason |
|  | Marc J. Bern & Partners, LLP |
| 2 | 225 West Washington Street, Suite 2200 |
|  | Chicago, IL 60606 |
| 3 |  |
|  | T. Santino Mateo |
| 4 | Perkins Law Group, PLLC 615 Griswold, |
|  | Suite 400 |
| 5 | Detroit, MI 48226 |
|  |  |
| 6 | Katherine M. Peaslee |
|  | Susman Godfrey L.L.P. |
| 7 | 1201 Third Avenue, Suite 3800 |
|  | Seattle, WA 98101 |
| 8 |  |
|  | David M. Rogers |
| 9 | Campbell Conroy & O'Neil, PC |
|  | 1 Constitution Wharf, Suite 310 |
| 10 | Boston, MA 02129 |
|  |  |
| 11 | Alexander S. Rusek |
|  | White Law PLLC |
| 12 | 2400 Science Parkway, Suite 201 |
|  | Okemos, MI 48864 |
| 13 |  |
|  | Susan Elizabeth Smith |
| 14 | Beveridge & Diamond, PC |
|  | 1350 I Street N.W., Suite 700 |
| 15 | Washington, DC 20050 |
|  |  |
| 16 | Corey M. Stern |
|  | Levy Konigsberg, LLP |
| 17 | 800 Third Avenue, Suite 11th Floor |
|  | New York, NY 10022 C |
| 18 |  |
|  | Cindy Tsai |
| 19 | Loevy & Loevy |
|  | 311 North Aberdeen Street, 3rd Floor |
| 20 | Chicago, IL 60607 |
|  |  |
| 21 | Todd Weglarz |
|  | Fieger, Fieger, Kenney & Harrington, PC |
| 22 | 19390 West 10 Mile Road |
|  | Southfield, MI 48075 |
| 23 |  |
|  | Jessica B. Weiner |
| 24 | Cohen Milstein Sellers & Toll PLLC |
|  | 1100 New York Avenue, NW |
| 25 | Washington, DC 20005 |

1      Matthew Wise
       Foley & Mansfield, PLLP
2      130 East 9 Mile Road
       Ferndale, MI 48220
3
       Edwar A. Zeineh
4      Law Office of Edwar A. Zeineh, PLLC
       2800 East Grand River Avenue, Suite B
5      Lansing, MI 48912

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23     <u>To Obtain a Certified Transcript Contact:</u>
       Jeseca C. Eddington, RDR, RMR, CRR, FCRR
24     Federal Official Court Reporter
       United States District Court
25     200 East Liberty Street - Ann Arbor, Michigan 48104

**I N D E X**

MISCELLANY

    Proceedings..................................3
    Certificate.................................11

```
 1                    P R O C E E D I N G S
 2           THE CLERK:  Now calling the Flint Water Cases.
 3           THE COURT:  Okay.  Well, welcome to everyone.
 4           I asked my court reporter, Jeseca, to be present for
 5   the hearing today in the event that we need to put something
 6   on the record.  So what we'll do is start with appearances in
 7   case that eventuality take place.  We'll then go off the
 8   record to see whether we can resolve the disputes that have
 9   come up since our last discovery dispute resolution call.  And
10   if we can come to a resolution and it needs to be on the
11   record, we'll put it on the record.  And either way if we need
12   to put something on the record, she'll remain available to us.
13             Is there anybody currently on the call who would like
14   to take position that the entire call or meeting should be on
15   the record?  Okay.
16           Well, why don't we do this then.  We'll have
17   appearances.  And we'll begin at the beginning of the case
18   caption with co-liaison counsel, if present.
19           MR. STERN:  Yes, Your Honor.  Good afternoon.  Corey
20   Stern on behalf of individual plaintiffs.
21           THE COURT:  Thank you.  Is anyone else present for
22   co-liaison?  And if not, then any other individual plaintiffs
23   counsel?
24           MS. TSAI:  Cindy Tsai on behalf of the Marble
25   plaintiffs.
```

| | |
|---|---|
| 1 | THE COURT: Thank you. |
| 2 | MS. GOODWIN: And Julie Goodwin also on behalf of the |
| 3 | Marble plaintiffs. |
| 4 | MR. WEGLARZ: Good afternoon, Your Honor. Todd |
| 5 | Weglarz for plaintiffs Brown and Rogers. |
| 6 | THE COURT: Okay. Thank you. And co-lead class |
| 7 | counsel or any other class counsel. |
| 8 | MR. LEOPOLD: Good afternoon, Your Honor. Ted |
| 9 | Leopold on behalf of the punitive class. |
| 10 | THE COURT: Thank you. |
| 11 | MR. LEOPOLD: I don't believe Mr. Pitt is on today, |
| 12 | if I'm not mistaken. |
| 13 | THE COURT: All right. Okay. Well then let's start |
| 14 | with State of Michigan defendants. |
| 15 | MR. KUHL: Good afternoon, Your Honor. This is |
| 16 | Richard Kuhl also on behalf of Mr. Feedler today. |
| 17 | THE COURT: Oh, thank you. |
| 18 | MS. BETTENHAUSEN: Good afternoon, Your Honor. This |
| 19 | is Margaret Bettenhausen of state defendants in this |
| 20 | proceeding. |
| 21 | THE COURT: Thank you. |
| 22 | MR. GAMBILL: And this is Nathan Gambill on behalf of |
| 23 | the state defendants and the People. |
| 24 | THE COURT: Okay. I saw Jessica Weinr show up on my |
| 25 | screen as speaking but I didn't hear a voice. Okay. Then |

```
 1    let's go to MDEQ defendants.
 2              MR. BARBIERI:  Charles Barbieri for MDEQ defendants
 3    with the exception of Mr. Rosenthal.
 4              MR. BURDICK:  My name is James Burdick for Mr.
 5    Rosenthal.
 6              THE COURT:  Thank you.  And for City of Flint.
 7              MR. BERG:  Good afternoon, Your Honor.  Rick Berg
 8    here for the City of Flint.
 9              THE COURT:  Thank you.
10              MR. KIM:  And good afternoon.  William Kim here as
11    well for the City of Flint.
12              MR. RUSEK:  Good afternoon, Your Honor.  This is
13    Alexander Rusek for Howard Croft.
14              THE COURT:  Great.  Thank you.
15              MR. ZEINEH:  Good afternoon, Your Honor.  Edwar
16    Zeineh for Daugherty Johnson.
17              MR. MATEO:  Good afternoon, Your Honor.  Santino
18    Mateo on behalf of Darnell Earley.
19              THE COURT:  Thank you. Okie dokie.  Then let's go to
20    VNA defendants.
21              MS. DEVINE:  Good afternoon, Your Honor.  Alaina
22    Devine on behalf of the VNA defendants.
23              MR. ROGERS:  And also David Rogers, Your Honor, good
24    afternoon, for VNA defendants.
25              THE COURT:  Great.  Thank you.  And for LAN.
```

1     MR. ERICKSON: Your Honor, Philip Erickson for LAN.
2     THE COURT: Thank you. Then McLaren.
3     MS. SMITH: Your Honor, Susan Smith here for McLaren.
4     THE COURT: Okay. Thank you.
5     MR. MACDONALD: Good afternoon, Your Honor. Brian
6 MacDonald on behalf of McLaren as well.
7     THE COURT: Okay. Thank you. Okay. Who have I
8 missed? Would anybody else like to make an appearance? Let's
9 put it that way.
10     MR. WISE: Your Honor, Matt Wise on behalf of Jeff
11 Wright.
12     THE COURT: Okay. Great. Okay. All right. Well
13 that's plenty of lawyers. So thank you.
14     And so Jeseca, what we'll do is that for the moment
15 we'll go off the record, get our meeting underway, and we'll
16 let you know if we're going to put something on the record and
17 we'll have the appearances taken care of.
18     (Off The Record)
19     THE COURT: We're back on the record having had about
20 an hour of Zoom telephonic -- video telephonic hearing
21 regarding some discovery coordination issues.
22     The State of Michigan counsel has requested from the
23 Court a decision on whether I would like to or entertain a
24 motion for protective order regarding the depositions of
25 former Governor Snyder and former State Treasurer Andy Dillon.

1     The State of Michigan counsel has informed the Court
2     that they have already filed an appeal of an earlier order on
3     this arguing that both are -- should be -- should not be
4     disposed until the issue of their qualified immunity as
5     defendants in the case is resolved.
6     From my perspective, the depositions should go
7     forward on June 25th and 26th when they are currently
8     scheduled because I am not viewing them as defendants with a
9     qualified immunity defense for these depositions.
10    They certainly have that argument pending in the
11    Carthan appeal and in the Walters and Sirls appeal.  But
12    insofar as June 25th and 26th are concerned, I'm viewing them
13    as third party witnesses to the Guertin case and all other
14    cases where the litigation is going forward.
15    So I'm not viewing them as defendants with a
16    qualified immunity defense.  I think they would be deposed
17    regardless of that defense and regardless of the decision that
18    the Court of Appeals makes in its current consideration of the
19    Carthan case in the Walters and Sirls cases.
20    So from my perspective filing an additional motion
21    for a protective order would be futile.  And to the extent the
22    State of Michigan counsel wished to appeal that, this will be
23    the record that they can bring to the attention of the Court
24    of Appeals.
25    MR. LEOPOLD:  Thank you, your Honor.

1  MR. GAMBILL:  And just to clarify, we would be filing
2  a motion for stay in the Court of Appeals.  Not a motion --
3  THE COURT:  Okay.  A motion for a stay.  Okay.  And
4  so I think that -- if you were to bring that to me first, that
5  would also be futile.
6  MR. GAMBILL:  Thanks Your Honor.
7  THE COURT:  Okay.  Thanks, Jeseca.  We'll be off the
8  record.

(Off The Record)

(Proceedings Concluded)

- - -

### CERTIFICATE OF OFFICIAL COURT REPORTER

I, Jeseca C. Eddington, Federal Official Court Reporter, do hereby certify the foregoing 11 pages are a true and correct transcript of the above entitled proceedings.

/s/ JESECA C. EDDINGTON_____            5/8/2020
Jeseca C. Eddington, RDR, RMR, CRR, FCRR        Date