UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases

Civil Action No. Case No: 5:16-cv-10444 (consolidated)

Hon. Judith E. Levy
Mag. Mona K. Majzoub

## MDEQ EXECUTIVE DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Defendants Daniel Wyant and Bradley Wurfel (the "MDEQ Executive Defendants") hereby respond to the Plaintiffs' Motion to Compel Production of Documents (Doc. # 1116) ("Motion"). Neither of the MDEQ Executive Defendants are specifically identified by name in the Motion or accompanying brief in support (Doc. # 1117); however, Plaintiffs' Motion broadly seeks to compel production from the "MDEQ Defendants." To the extent the Motion is meant to apply to the MDEQ Executive Defendants, the MDEQ Executive Defendants respond that they: (1) were never criminally charged as part of the State's investigation into matters related to Flint's drinking water; (2) do not have any criminal investigative materials in their possession that they did not already produce in this litigation; and (3) take no further position on the Motion.

        Respectfully submitted,

        Clark Hill PLC

        By:   *s/ Michael J. Pattwell*
               Michael J. Pattwell (P72419)
               Jay M. Berger (P57663)
               Christopher B. Clare (39582)
               500 Woodward Ave., Ste. 3500
               Detroit, MI 48226-3435
               (313) 965-8300
               mpattwell@clarkhill.com
               Counsel for Daniel Wyant and
Dated:  May 13, 2020       Bradley Wurfel

## CERTIFICATE OF SERVICE

    I hereby certify that on May 13, 2020, I electronically filed the above with the Clerk of Court using the CM/ECF System, which will provide electronic copies to counsel of record.

<em>s/ Christopher B. Clare</em>