*In Re: Flint Water Cases*
16-cv-10444
Exhibit A – Proposed Bellwether Trial Deadlines

| Bellwether Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Plaintiffs' Expert Reports and Disclosures Pursuant to Fed. R. Civ. P. 26(a)(2) and 3 dates for depositions provided | May 26, 2020 | **July 7, 2020** |
| Plaintiffs' experts shall be deposed | June 15, 2020 – August 15, 2020 | **July 27, 2020 – September 28, 2020** |
| Fed. R. Civ. P. 35 Examinations of Pool Three Claimants Begin | June 15, 2020 | **July 27, 2020** |
| The Court shall inform the parties how many bellwether plaintiffs' cases will be tried | June 26, 2020 | **August 7, 2020** |
| Discovery completion date for Pool Three Claimants | July 3, 2020 | **August 14, 2020** |
| Selection process for bellwether plaintiffs' cases for trial | July 10, 2020 | **August 21, 2020** |
| Completion of all Fed. R. Civ. P. 35 Examinations of Pool Three Claimants | July 30, 2020 | **September 10, 2020** |
| Dispositive motions | August 3, 2020 | **September 14, 2020** |
| Responses to dispositive motions | August 24, 2020 | **October 5, 2020** |
| Defendants' Expert Reports and Disclosures Pursuant to Fed. R. Civ. P. 26(a)(2) and 3 dates for depositions provided | August 26, 2020 | **October 7, 2020** |
| Replies in support of dispositive motions | September 8, 2020 | **October 20, 2020** |
| Defendants' experts shall be deposed | September 15, 2020 – November 15, 2020 | **October 27, 2020 – December 28, 2020** |
| Initial Bellwether Trial | November 28, 2020 | **January 11, 2021** |