UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| | | |
|---|---|---|
| *In re* FLINT WATER CASES | ) | Case No. 5:17-cv-10444-JEL-MKM |
| _____ | ) | |
| *Marlana Sirls et al.* | ) | |
| | ) | |
| Plaintiffs | ) | Case No. 5:17-cv-10342-JEL-EAS |
| | ) | |
| vs. | ) | |
| | ) | |
| Governor Richard Snyder et al., | ) | |
| | ) | |
| Defendants | ) | |

_____

## NOTICE OF NON-PARTIES AT FAULT

NOW COME the Defendants, [Name of Party], and hereby file their ***Notice of Non-Parties at Fault*** in this matter pursuant to MCR 2.112(K) and the Second Amended Case Management Order in the *In Re* Flint Water Cases, Case No. 5:17-cv-10444. It is appropriate to file a notice of nonparties at fault in this Court where Plaintiffs have pled a variety of state law tort claims.

In accordance with the Court's Second Amended Case Management Order, [Name of Party] incorporates and adopts in full its Notice of Non-Parties at Fault and all supplements to that notice filed in *Walters v. Flint,* Case No. 5:17-cv-10164 [ECF __ ] as if it were set forth at length herein.