# EXHIBIT 81

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases | Civil Action No. 5:16-cv-10444-JEL-MKM (consolidated)<br><br>Hon. Judith E. Levy<br>Mag. Mona K. Majzoub |
| Elnora Carthan, et al. v. Governor Rick Snyder, et al. | Civil Action No. 5:16-cv-10444-JEL-MKM |

## DECLARATION OF HOWARD HU, M.D., M.P.H., Sc.D., IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Howard Hu, M.D., M.P.H., Sc.D., state and declare as follows:

## I. INTRODUCTION

1.     My name is Howard Hu. I am a resident of Seattle, Washington. I am providing this Declaration In Support of Plaintiffs' Motion for Class Certification at the request of counsel. I am legally competent to provide this Declaration.

2.     I have been retained as a public health, epidemiology and medical expert on behalf of a putative subclass of children in the City of Flint who were exposed to, and ingested, Flint Water during the period of May 1, 2014

through January 5, 2016.  I have been asked to evaluate whether such children suffered adverse health impacts as a result of the Flint Water Crisis and, if so, whether the existence of such adverse health impacts could be established using a methodology that is common to the subclass of children. Assuming that the answer to these questions is "yes", I have also been asked to illustrate the nature of those injuries through presentation of different modeled "exemplar" levels of exposure.

## II. QUALIFICATIONS

3.    I am a physician-scientist, internist and preventive medicine specialist, with a doctoral degree in epidemiology.  As my *Curriculum Vitae* (attached as Exhibit 1) reflects, my current academic appointments are Affiliate Professor in the University of Washington and Adjunct Professor in the University of Michigan.   In 2017-2018, while on sabbatical from the University of Toronto, I was a Visiting Scholar at the University of Washington before transitioning into my current temporary position. On July 1, 2020, I will be transitioning again into my next permanent position, as a tenured Professor, Chair of the Department of Preventive Medicine, and occupant of the Flora L. Thornton Endowed Chair, Keck School of Medicine at the University of Southern California.  Previously, I had been the Founding Dean of the Dalla Lana School of Public Health and Professor of

Environmental Health, Epidemiology, Global Health, and Medicine (tenured), University of Toronto (2012-2017); the National Sanitation Foundation (NSF) International Endowed Chair of the Department of Environmental Health Sciences, Professor of Environmental Health, Epidemiology and Medicine (tenured), Founding Director of the U.S. National Institute for Environmental Health Sciences (NIEHS) Environmental Health Core Sciences Center, and Associate Physician at the University of Michigan and University of Michigan Health System (2006-2012); and Professor of Occupational & Environmental Medicine (tenured), Founding Director of the NIEHS Center for Children's Environmental Health, Director of the Occupational Medicine Residency at the Harvard School of Public Health and Associate Physician in the Brigham & Women's Hospital in Boston (1988-2006).

4.     I received my M.D. degree from the Albert Einstein College of Medicine in New York City in 1982, a Masters of Public Health in Occupational Health from the Harvard School of Public Health in 1982, a Master of Science in Epidemiology from the Harvard School of Public Health in 1986, and a Doctorate of Science in Epidemiology from the Harvard School of Public Health in 1990. I am certified as a Diplomate by the American Board of Internal Medicine and as a Diplomate in Occupational Medicine by the

American Board of Preventive Medicine. I was an Associate Professor of Medicine at the Harvard Medical School and a tenured Professor in the Department of Environmental Health at the Harvard School of Public Health until 2006 when I moved to Michigan to become Chair of the Department of Environmental Health Sciences and a tenured Professor at the University of Michigan School of Public Health. A more complete statement of my credentials is contained in my *curriculum vitae*, a copy of which is attached as Exhibit 1.

5.     In terms of specific scientific expertise, since 1990, I have led multi-institutional and international teams of scientists, students and fellows devoted to investigating the environmental, nutritional, social, psychosocial, genetic and epigenetic determinants of chronic disease and impaired child development in population-based studies in the U.S., Mexico, India (where I was a senior faculty Fulbright Scholar, 2000-2001), China, and elsewhere around the world.  Our research team's work has generated over 300 publications in the peer-reviewed literature and won several awards, such as the 1999 Progress and Achievement Award from the NIEHS, the 2009 Linus Pauling Lifetime Achievement Award, the 2011 Award of Excellence from the American Public Health Association, and the 2015 John Goldsmith Award for   Outstanding   Contributions   from   the   International   Society   for

4

Environmental Epidemiology.  In my current position, I am continuing NIEHS-funded environmental birth cohort research while also co-leading the Global Burden of Disease-Population Health initiative, which aims to improve understanding of pollution's "footprint" on the global burden of disease.  In terms of service that capitalizes on my expertise, I served on, among other entities, the Board of Population and Public Health Practice of the Institute of Medicine of the National Academy of Sciences; on the Board of Environmental Studies and Toxicology of the National Research Council; on the External Advisory Council of NIEHS; and I am currently serving as the senior epidemiologist on the Energy Research Committee of the Health Effects Institute.

6.      In terms of expertise and service specific to lead exposure and toxicity, I note that over 200 of my publications in the peer-reviewed literature have focused on investigations of lead exposure and resulting impacts on health, including research relevant to IQ, other aspects of cognition, behavior, educational attainment, physical growth and blood pressure.  For the last 20 years, I have authored the Chapter on "Heavy Metals" for each edition (including the most recent 2018 edition) of Harrison's Principles of Internal Medicine, one of the most-widely read and authoritative textbooks in the world.   As a clinician, I have also been the primary consultant in

5

occupational/environmental medicine for over 100 cases of suspected lead toxicity and have served as the Grand Rounds discussant or lecturer on the subject of lead toxicity in leading universities around the world.

7.      I have served on various scientific expert panels relating to lead for various state and federal agencies. For example, I was a member of the Ad Hoc Expert Panel to Form Medical Management Guidelines for Lead-exposed Adults for the National Institute of Occupational Safety and Health. I was a member of the Working Group on Lead and Pregnancy for the United States Centers for Disease Control. I served on the Scientific Advisory Board for the Massachusetts Division of Occupational Hygiene in connection with its lead registry project. I have served as an expert peer reviewer of U.S. government reports related to lead, such as the 2007 edition of the *Toxicological Profile of Lead* produced by the Agency for Toxic Substances and Disease Registry of the U.S. Centers for Disease Control and Prevention, and the U.S. Environmental Protection Agency's (EPA) National Center for Environmental Economics Office of Policy's draft report on *Concentration-Response Functions between Lead Exposure and Adverse Health Outcomes for Use in Benefits Analysis: Cardiovascular-Disease Related Mortality*.  I have also received grants from various federal agencies relating to my work on the health effects of lead, including grants from the NIEHS for my work

6

on measuring lead burden and childhood lead, grants from the NIEHS on the metabolic effects of pregnancy and lactation on lead burden, a grant from the National Institute of Occupational Safety and Health in connection with the Carpenters' Lead Project, a grant from the Office of Research on Women's Health of the U.S. National Institutes of Health (NIH) relating to lead and hypertension in women, among other grants. In total, I've received peer-reviewed, competitively-awarded grants in excess of $25 million for research projects directly related to the health effects of lead from NIEHS and/or NIH. I have taught and continue to teach and give lectures on health effects of lead exposure.

8.      The principles and methodology I employed in forming my opinion are based on a review of and utilization of insights gained from peer-reviewed scientific literature that are relevant to the task at hand; the interpretation and utilization of publicly available data and data obtained in the discovery process that are relevant to the task at hand; and the reliance on the expert declarations of colleagues (Dr. Larry Russell, Dr. Clifford Weisel, Dr. Panos Georgopoulos, Dr. Pierre Goovaerts and Dr. Bruce Lanphear) involved in this matter who have undertaken rigorous assessments related to exposure to lead from the Flint Water Crisis.  It is standard generally-accepted methodology for physicians, epidemiologists and toxicologists to rely on exposure

assessments prepared by other scientists who specialize in providing such assessments. Exposure assessments may be based on testing results, but in the absence of such results, it is a scientifically valid and generally accepted methodology to estimate and/or model exposure levels based on relevant environmental data, which in this case, included (but was not limited to) the extensive data available regarding water lead levels, the presence of lead service lines, galvanized interior pipes, and lead-soldered copper plumbing, and other factors in Flint.  It is also a scientifically valid and generally accepted methodology to model blood lead levels for individuals based on water lead levels, selected individual characteristics (such as age, sex, etc.) and the known pharmacokinetics of lead absorption, uptake, distribution, storage and elimination in humans.  In providing my conclusions in this declaration, I have considered the materials referenced herein, as well as the expert declarations of Dr. Larry Russell, Dr. Clifford Weisel, Dr. Panos Georgopoulos, Dr. Pierre Goovaerts and Dr. Bruce Lanphear.

III.  STATEMENT OF OPINION(S)

9.    My opinions, and their scientific bases, are contained throughout this declaration.  But summarized here are some of the most relevant considerations and opinions for purposes of presenting my analysis:

(1) My opinion is predicated upon the work presented in the declarations of Drs. Russell, Weisel, Goovaerts, and Georgopoulos, which collectively present an integrated process of assessment of exposures and associated impacts. As set forth in those declarations, there are scientifically valid approaches towards using the data that are available to determine, with a reasonable degree of precision and accuracy, that each Flint child who is a member of the subclass confronted increased lead exposure as a result of the Flint Water Crisis.

(2) For children, the scientific literature supports the view that (a) there is no known threshold of lead exposure below which such exposure is known to be safe; and (b) the greater the exposure to lead, the greater the adverse effects on health can be expected.

(3) I have reviewed the subclass definition proposed by class counsel in this case. Each child who meets the criteria proposed in the subclass definition, and as further set forth herein, the criteria on which the definition is based, will more likely than not have experienced increased lead exposure as a result of the Flint water crisis. It is my opinion that the exposure is of a sufficient duration

and magnitude such that each child will have sustained non-negligible impairment of their neurobehavioral development.

This declaration addresses the following questions proposed by counsel:

    (1)    Given the probable range of exposures presented in the Exposure Assessment Analysis, is it possible to identify a subclass of children (the "subclass of injured children"), each of whom were more likely than not to have suffered adverse impacts on health as a direct result of their exposure to Flint Water during the Flint Water Crisis period of May 1, 2014 to January 5, 2016"?  This is referred to as the "Injury Question";

    (2)    If different scenarios of exposure are assumed for exemplar individual members of the "subclass of injured children", what would be the associated individual adverse impacts on health?

The following paragraphs set out responses and recommendations, with the scientific rationale (facts or data considered) described in Section IV.

10.    At the outset, it is critical to acknowledge that the requests noted above present several major challenges.  One challenge is that "exposure" to water lead levels stemming from the Flint Water Crisis at the level of a typical residential tap can be expected to vary spatially (i.e. across locations within the city depending on the condition and type of  service line, connectors, and

10

indoor plumbing at each location an individual consumes tap water or item prepared with tap water); temporally (i.e. over time - the course of a day, week, and month, because of flushing, water flow, local pipe and interior plumbing conditions); and frequency of an individual's consumption of the tap water.  Another challenge is that even if an individual's level of exposure to tap water is known, that individual's internalized "dose" of lead, i.e., amount of lead that would be absorbed from the gastrointestinal tract into blood that, in turn, would serve as the dose of lead to target organs such as the brain, can be expected to vary based on that individual's nutritional status (e.g., low dietary iron or calcium, or fasting, can increase the amount of lead absorbed from the gastrointestinal tract) as well as biological factors (e.g., an individual's age [infants absorb more lead from the gastrointestinal tract than adults], genetics, etc).  This latter challenge can be addressed by taking direct measurements of lead in blood ("blood lead levels") at different intervals. However, a blood lead level by itself cannot inform whether the lead came from absorption of lead from tap water vs. lead that had come from other sources (e.g., soil, paint, internal stores of lead in bone).  Thus, to address the above questions in an ideal world, data would be available that could pinpoint, for each plaintiff, the exposures and resulting internal doses of lead that were a result of the Flint Water Crisis (such as, for each plaintiff, repeated measures

11

of lead in each plaintiff's tap water and venous blood taken before, during, and after the crisis, in conjunction with documentation on frequency of tap water consumption).  This would provide data with which one could directly estimate an individual's exposure to lead in tap water and the influence of the lead so ingested on the individual's blood lead levels.  By contrast, the exposure data that actually exist that are specific to individual plaintiffs are fragmentary, and in terms of time sequence, sporadic or only occurring at one point in time, and the internal dose data that actually exist that are specific to individual plaintiffs (i.e., blood lead levels) were not taken for most plaintiffs during time periods relevant to the Flint water crisis, or where available, are also sporadic or only occurring at one point in time.[1]  Nevertheless, as described in: 1) the March 2016 report of the Flint Water Advisory Task Force appointed by the Governor of Michigan[2], 2) peer-reviewed academic literature which reviews lead exposure for Flint children in detail, and 3) the Exposure Assessment Analysis presented contemporaneously with this Declaration, there is no doubt that significant lead exposure occurred on a city-wide scale, given what is known about the changes in the Flint water supply, the resulting

---

[1] The paucity of data as it relates to the exposure of children to lead in water during the Flint Water Crisis may be at least partially explained by the actions of the Defendants, who, according to the Plaintiffs' Complaint, provided assurances to the community of Flint that the water was safe to drink.

[2] Flint Water Advisory Task Force. *Final Report, Flint Water Advisory Task Force.*  March, 2016.  Office of Governor Rick Snyder, State of Michigan.

changes to the water chemistry, and the data (and analyses of that data) that are available.

11.     In conjunction with the declarations of Drs. Russell, Weisel, Goovaerts, Georgopoulos, and Lanphear, this declaration thus describes a process of "assessment of exposures and associated impacts" to meet the task at hand.  It begins by utilizing a scientifically valid approach to conducting an exposure reconstruction based on available information to determine who might have been exposed to a minimum amount of lead as a result of the Flint water crisis that could be expected to be associated with adverse impacts on health.  It then uses publicly-available data and lead level data obtained in the discovery process to select several exemplar case studies at varying levels of tap water lead levels that have been associated with the Flint water crisis, and then uses a scientifically valid approach to estimate the associated blood lead levels of children in various age groups.  It then provides estimates of the associated adverse impacts on health, focusing, in the case of children, on neurobehavioral developmental outcomes.

12.     The task inherently requires a trans-disciplinary approach that integrates principles and methods related to water quality, chemistry, materials science; civil/environment engineering, exposure science, geostatistics, biological dosimetry, toxicokinetics, environmental

13

epidemiology, and general environmental health.  Accordingly, what follows is the product of a trans-disciplinary team composed of experts who collectively provide overlapping expertise in each of the disciplines stated above (i.e., Dr. Larry Russell, Dr. Clifford Weisel, Dr. Panos Georgopoulos, Dr. Pierre Goovaerts, Dr. Lanphear and myself).  A figure summarizing each step in the proposed approach is provided in Figure 1 and detailed below.

Figure 1: Steps and Criteria for Establishing the "Subclass of Injured Children",
and Health Impacts for "Exemplar" Scenarios of Tap Water Lead Exposure

Identify "potentially-exposed plaintiffs":

-Eligible period of exposure: May 1, 2014-January 5, 2016, during which:

1. Lived or gone to school or daycare in Flint for 90+days, *and*

2. In utero or up to 10 years of age

-In addition:

3. Affidavit attesting to consumption of unfiltered Flint tap water for 14+ of the 90+days

Identify the "subclass of injured children":

4. Lived in Flint domicile built on or before 1986, *or*

5. Lived in Flint domicile with documented elevated tap water lead, *or*

6. Attended Flint school or daycare with documented elevated tap water lead

Based on various "exemplar" scenarios of exposure to various levels of lead in tap water, estimate:

- Likely blood lead level

- Associated points of IQ lost

- Possible contribution to a clinically-established behavioral disorder

13.   As a first step regarding a methodology for identifying a "subclass of injured children", I point out that, in my opinion as an expert in the

environmental epidemiology of lead exposure and adverse health impacts
(with a discussion of the associated scientific literature provided in Section IV
and as acknowledged by the Michigan Department of Environmental
Quality/EGLE), the scientific literature supports the view that (a) there is no
known threshold of lead exposure below which such exposure is known to be
safe; and (b) the greater the exposure to lead, the greater the adverse effects
on health can be expected, i.e., the lead-adverse health effect relationship
follows an incremental dose-incremental response relationship (monotonic
sequence).  As a result, the "subclass of injured children" could theoretically
include all children who were likely to have been exposed to _any_ lead as a
direct result of the Flint Water Crisis.  However, it is proposed that the
"subclass of injured children" only include those children who were likely to
have been exposed to lead as a direct result of the Flint Water Crisis over a
period of at least 90 days as more fully set forth below. (the proposed criterion
for the "eligible duration of exposure").  This helps to ensure that the "subclass
of injured children" does not include individuals with trivial, fleeting, or
unlikely lead exposure.

14.    In terms of the "assessment of exposures and associated impacts",
having considered a number of sources of information (listed below) and
having integrated the input and expertise of our trans-disciplinary team, the

definition of terms and the best scientific methodology, the following steps are proposed for identifying members of the "subclass of injured children":

15.     Consider the period of May 1, 2014 – January 5, 2016, as the "eligible period of exposure" of the Flint Water Crisis.  This is acknowledged to differ from the April 25, 2014 – October 15, 2015 time period spanning when Flint water was initially switched from, and then switched back to its original source and method of treatment.  The identification of May 1, 2014 as the beginning date of the "eligible period of exposure" is based on the expert input of Dr. Larry Russell and Dr. Clifford Weisel, which review aspects of water chemistry, the water distribution system in Flint, and other factors (see their Declarations).  The assertion that the "eligible period of exposure" extended beyond October 15, 2015 date is based on (a) the recognition that there would be a substantial delay in re-establishing the stable "passivation" layer that protects against the leaching of lead into water in Flint's water distribution system, as well as other factors (see expert declarations by Dr. Larry Russell and Dr. Clifford Weisel).  Plaintiff's counsel selected January 5, 2016 as the end date of the "eligible period of exposure".  That date coincides with Governor Snyder's emergency declaration related to Flint.  The rational and documentation for this are described in more detail in Section IV.

16.     Identify as "<u>potentially-exposed plaintiffs</u>" all individuals who meet <u>*all*</u> *<u>3</u>* of the following definitions and criteria:

17.     Criterion 1: <u>Eligible location of exposure</u>: Having lived (or been in-utero) or attended a school or day care in the city of Flint for at least 90 days during the "eligible period of exposure".

18.     Criterion 2: <u>Eligible age range</u>: Having been 0-10 years old in-utero (conception to birth) for at least 90 days (the "eligible duration of exposure") in an "eligible location of exposure" during the "eligible period of exposure".

19.     Criterion 3: <u>Eligible duration of exposure</u>: To be eligible for inclusion in the subclass, the child (or their mother if *in* utero) must have drank or ate food prepared with unfiltered Flint tap water for at least 14 of the 90 days during the "eligible period of exposure". This criterion will be met through an affidavit or sworn statement requirement from the child's parent, guardian or caretaker.

20.     I rely on the expert declarations provided by Dr. Larry Russell, Dr. Clifford Weisel, and Dr. Panos Georgopoulos for the basis for Criteria 1 and 3.  The basis for Criterion 2 is provided in Section IV.

21.     Among these "potentially exposed plaintiffs", identify as members of the "subclass of injured children" those individuals who meet <u>any one</u> of the following criteria:

17

    i.   Criterion 4: Having lived in a domicile in Flint that was built on or before 1986 when Section 1417 of the Safe Drinking Water Act was enacted. The basis for this is outlined in the declarations of Dr. Clifford Weisel and Dr. Larry Russell.

    ii.   Criterion 5: Having lived in a domicile in Flint with confirmed documentation of lead in tap water lead subsequent to May 1, 2014 through January 5, 2016, or thereafter.  This is defined as having a water lead value exceeding the minimum reporting limit of the method used. I rely on the expert report provided by Dr. Goovaerts for a compilation of parcels that had reported water lead levels[3]. To become a class member, an individual can also provide a reported water lead level from a certified monitoring laboratory, governmental agency, or a University Research laboratory which followed EPA guidelines for measuring water lead levels in a sample collected during the period specified above.

---

[3] A database of 24,173 tap water lead samples, collected between 11/19/2014 and 10/13/2016, was assembled using several sources of publically available data described in the declaration of Dr. Pierre Goovaerts. Measurements collected after the end of the "eligible period of exposure" were used since, everything else being equal, water lead levels are expected to have declined since the end of the "eligible period of exposure" of the Flint Water Crisis. These data provide information for 34.88% of the 32,863 non-vacant residential and commercial tax parcels in the City of Flint. Whenever multiple samples were collected within the same tax parcel, the maximum water lead level was selected. Detectable levels of lead were found in 58.4% of non-vacant residential and commercial tax parcels that were sampled.

iii. Criterion 6: Having attended a <u>school or daycare supplied by Flint water that was known to have lead in the water.</u>  This is defined as having been found to have water lead levels greater than "Not detected" (i.e., >0 mg/L) in the testing of water in Flint community schools conducted on October 2, 2015[4]; or the "Pre-Fixture Replacement", "Post-Fixture Replacement", or "Post-Filter Installation" testing of water in Flint schools conducted in 2016[5].  It is defined as having been found to have water lead levels greater than 1 part per billion (1 ppb) or greater in the "Post-Fixture Replacement" testing of water conducted of Flint daycares in 2016[6].

iv. I note here that I relied on the expert declarations provided by Dr. Larry Russell, Dr. Clifford Weisel, and Dr. Pierre Goovaerts for the basis for the above criteria.

v. In terms of process, I note that Dr. Goovaerts can construct a computerized "master" database that enables any individual to

[4] Government of Michigan.  *Flint Community Schools Initial Screening Results (Oct. 2, 2015).*  Available at https://www.michigan.gov/documents/deq/Flint_Community_Schools_Testing_Results__Initial_Screen_502382_7.pdf ; accessed on April 16, 2020.
[5] Government of Michigan.  *2016 Schools Testing Results.*  Available at https://www.michigan.gov/flintwater/0,6092,7-345-76292_76294_76297_77897-455439--,00.html ; accessed on April 16, 2020.
[6] Government of Michigan.  *2016 Child/Day Care Testing Results.*  Available at https://www.michigan.gov/flintwater/0,6092,7-345-76292_76294_76297_77898_77908---,00.html; accessed on May 23, 2020.

19

input his or her address, residential tax parcel number, or school, and determine if he or she meets any one of the above Criteria that determine eligibility for inclusion in the "subclass of injured children".

vi. The criteria set forth above are encapsulated in the following proposed subclass definition:

The class is defined as children who, during the period from May 1, 2014 to January 5, 2016, were (a) in utero or between the ages of 0 to 10 years old, (b) lived in an identified residence or attended an identified school or day care, and (c) were exposed through ingestion to unfiltered Flint public water at such residence, school or day care for at least 14 days within a 90 day period.

As set forth above, "exposed through ingestion to unfiltered public water" means the child (or their mother) was exposed to unfiltered tap water for at least 14 days during a 90 day period between May 1, 2014 and January 5, 2016, through any combination of the following ways:

(1)    For childhood exposure: the child drank unfiltered Flint tap water (or beverages prepared with unfiltered tap water, including infant formula), and/or ate food prepared with unfiltered Flint tap water;

(2)　　For *in utero* exposure, the mother drank unfiltered

Flint tap water (or beverages prepared with unfiltered tap

water), and/or ate food prepared with unfiltered Flint tap

water, while pregnant.

22.　　In the paragraphs above, I have thus responded to the first question

posed at the outset by laying out a set of criteria and a process for identifying

a subclass of children, each of whom, in my opinion, more likely than not

suffered adverse impacts on health as a direct result of their exposure to Flint

Water during the Flint Water Crisis period of May 1, 2014 to January 5, 2016

(i.e., the "Injury Question").   Specifically, children who meet these minimum

criteria are expected to have experienced lead exposure as a result of the Flint

water crisis of a sufficient duration and magnitude to have sustained non-

negligible impairment of their neurobehavioral development.

As noted at the outset, the second question is: If different scenarios of

exposure are assumed for exemplar individual members of the "subclass of

injured children", what would be the associated individual adverse impacts on

health?  Accomplishing this task requires 3 separate steps:

a.  First, I rely on input from Dr. Clifford Weisel and Dr. Pierre

Goovaerts to describe the range of water lead levels that have been

experienced among Flint residents during the Flint water crisis, and to

select various levels of tap water lead across this range as exemplars of exposure scenarios.

b. Next, to extrapolate the likely blood lead levels that would result in relation to these different exposure scenarios of levels of lead contamination in tap water, I rely on the application by Dr. Panos Georgopoulos of (a) EPA's Integrated Exposure and Uptake Biokinetic (IEUBK) model for children from 0 to 7 years of age; and (b) an alternative model proposed by Dr. Georgopoulos for adult women from 20 to 25 years old (to provide estimates of in-utero exposures, since lead is known to freely cross the placenta) (see declaration by Dr. Panos Georgopoulos).   These extrapolations include the likely "baseline blood lead levels", i.e., the blood lead levels for children of different age groups that would result if the water lead level is below the detectable limit (i.e., indistinguishable from 0).   It is noted here that the associated blood lead levels are not necessarily 0, since there are also assumed levels of exposure from other sources, such as dust and soil.   The estimated "baseline blood lead level" can then be subtracted from the estimated blood lead levels associated with a given tap water lead level to calculate the estimated

blood lead level specific for the contribution of the Flint water crisis, i.e., the "Flint water crisis-associated elevation in blood lead level".

c. Finally, for each of several exemplar cases, I use the estimates of "Flint water crisis-associated elevation in blood lead level" to estimate the associated impacts on decrements in IQ.  For this calculation, I use the dose-response estimation of 0.51 points of IQ lost per 1 µg/dL elevation in blood lead generated by Lanphear et al. (2005[7], 2019[8]). In my opinion, such an impact more likely than not is causal.   In addition, it is my opinion that it is reasonable to apply the same dose-response relationship associated with children exposed from age 4-10 years old (the age range associated with the blood lead-IQ relationships studied by Lanphear et al.) to children exposed in -utero as well as from 0 to 4 years of age.

---

[7] Lanphear BP, Hornung R, Khoury J, Yolton K, Baghurst P, Bellinger DC, Canfield RL, Dietrich KN, Bornschein R, Greene T, Rothenberg SJ, Needleman HL, Schnaas L, Wasserman G, Graziano J, Roberts R. Low-level environmental lead exposure and children's intellectual function: an international pooled analysis. Environ Health Perspect. 2005 Jul;113(7):894-9. doi: 10.1289/ehp.7688. Erratum in: Environ Health Perspect. 2019 Sep;127(9):99001. PMID: 16002379; PMCID: PMC1257652.
[8] Lanphear BP, Hornung R, Khoury J, Yolton K, Baghurst P, Bellinger DC, Canfield RL, Dietrich KN, Bornschein R, Greene T, Rothenberg SJ, Needleman HL, Schnaas L, Wasserman G, Graziano J, Roberts R. Erratum: "Low-Level Environmental Lead Exposure and Children's Intellectual Function: An International Pooled Analysis". Environ Health Perspect. 2019 Sep;127(9):99001. doi: 10.1289/EHP5685. Epub 2019 Sep 17. Erratum for: Environ Health Perspect. 2005 Jul;113(7):894-9. PMID: 31526192; PMCID: PMC6792371.

Table 1

BLL estimates (µg/dL) from IEUBK (for ages up to 7 years) and from AALM-Leggett (for 90 days exposure of 20,23,25 years-old female subjects) for representative WLLs ( µg/L )

| | | | | | | | BLL (µg/dL) | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Age (years) | | | | | |
| | WLL (µg/L) | WLL increase (µg/L) over pre-crisis level | 0.5-1 | 1-2 | 2-3 | 3-4 | 4-5 | 5-6 | 6-7 | | 20 | 23 | 25 |
| Pre-Crisis Levels | 1.00 | | 1.85 | 1.97 | 1.81 | 1.70 | 1.40 | 1.19 | 1.07 | | 1.71 | 2.10 | 2.27 |
| | 2.00 | 1.00 | 1.90 | 2.06 | 1.90 | 1.79 | 1.49 | 1.28 | 1.15 | | 1.77 | 2.16 | 2.37 |
| | 3.00 | 2.00 | 1.95 | 2.15 | 1.99 | 1.87 | 1.57 | 1.36 | 1.23 | | 1.80 | 2.20 | 2.41 |
| | 5.00 | 4.00 | 2.05 | 2.32 | 2.16 | 2.04 | 1.74 | 1.53 | 1.39 | | 1.84 | 2.26 | 2.49 |
| | 10.00 | 9.00 | 2.30 | 2.76 | 2.60 | 2.47 | 2.17 | 1.95 | 1.79 | | 1.95 | 2.42 | 2.69 |
| | 20.00 | 19.00 | 2.78 | 3.60 | 3.45 | 3.30 | 2.99 | 2.76 | 2.57 | | 2.18 | 2.74 | 3.09 |
| | 50.00 | 49.00 | 4.16 | 5.95 | 5.82 | 5.62 | 5.31 | 5.07 | 4.77 | | 2.85 | 3.71 | 4.30 |
| | 100.00 | 99.00 | 6.27 | 9.35 | 9.27 | 9.04 | 8.76 | 8.51 | 8.08 | | 3.98 | 5.33 | 6.30 |
| | 200.00 | 199.00 | 9.88 | 14.82 | 14.85 | 14.64 | 14.48 | 14.26 | 13.66 | | 6.24 | 8.54 | 10.12 |
| | 300.00 | 299.00 | 12.92 | 19.18 | 19.29 | 19.16 | 19.13 | 18.97 | 18.26 | | 8.48 | 11.36 | 13.48 |

In Table 1, Dr. Panos Georgopoulos has provided a matrix of water lead levels and associated blood lead levels. The water lead levels span the levels of lead observed in Flint water during the Flint water crisis, with references citing the sources of the data (see declaration by Dr. Georgopoulos). The blood lead levels were calculated by Dr. Georgopoulos based on the water lead levels and application of the U.S. Environmental Protection Agency's Integrated Environmental Uptake and Biokinetic (IEUBK) model for children 0 to 7 years old, and on application of a specific model recommended by Dr. Georgopoulos for adult women 20 to 25 years old. In my opinion, it is

24

reasonable to assume that the blood lead levels of the adult women approximate the lead levels that would be seen in umbilical cord blood samples if the women were pregnant and had given birth. From this matrix, I have then highlighted (in red circles) four "exemplars" with which to illustrate impacts of the Flint water crisis, i.e. children 1-2, 3-4, and 6-7 years old with water lead levels of 200, 20, and 2 µg/L, respectively; and a 23 year old mother with a water lead level of 5 µg/L. For each of these individuals, the blood lead level attributable to the Flint water crisis can be calculated by subtracting the "baseline" blood lead level (i.e. the first row in the table, which represents the likely blood lead level before the Flint water crisis) from the modeled blood lead level associated with a given water lead level. For the 1-2, 3-4, and 6-7 year old children and the 23 year old mother consuming water at levels of 200, 20, 2 and 5 µg/L, respectively, the blood lead levels attributable to the Flint water crisis are calculated to be 12.85, 1.6, 0.08, and 0.15 µg/dL.[9]

Applying the effect estimates generated by Lanphear et al. (2019) of 0.51 points of IQ lost for every 1 µg/dL increase in blood lead, the afore-mentioned

---

[9] As a cross-comparison, I note that in their geospatial analysis of measured blood lead levels, Hanna-Attisha et al. (2016[9]) estimated that children living in Flint's Ward 5 had a mean elevation in blood lead attributable to the Flint water crisis of 0.51 µg/dL. In Table 1, this would fall within the range of estimated increased blood leads associated with drinking water contaminated with 10 µg/L lead in a 0.5-1 year old infant (0.45 µg/dL) and a 4-5 year old child (0.77 µg/dL). Hanna-Attisha M, LaChance J, Sadler RC, Champney Schnepp A. Elevated Blood Lead Levels in Children Associated With the Flint Drinking Water Crisis: A Spatial Analysis of Risk and Public Health Response. Am J Public Health. 2016 Feb;106(2):283-90. doi: 10.2105/AJPH.2015.303003. Epub 2015 Dec 21. PMID: 26691115; PMCID: PMC4985856.

exemplar cases of individuals with elevations in blood lead can be seen to be associated with decrements in IQ of 6.6, 0.82, 0.04, and 0.08 points of IQ. I note that although some critics have questioned the importance of small decrements in the IQs of individual children[10], as noted by Rogan and Ware in an editorial in the New England Journal of Medicine: "...these measures (IQ) are blunt instruments for detecting subtle changes in brain function; any detectable effect occurring from a widespread exposure is cause for concern. Relatively small changes in the mean IQ of a large number of children will dramatically increase the proportion of the population below any fixed level of concern such as an IQ of 80 and decrease the proportion above any 'gifted' level, such as 120.[11]" In addition, it is noted that the estimated decrements in IQ are calculated in relation to exposure to lead, the measurement of which is typically estimated using a single blood lead level at one point of time (or, at most, two or three blood lead levels spaced months to years apart). Given that actual lead exposures for most individuals likely fluctuate over time, these few blood lead levels likely estimate "true" lead exposure with random (AKA "classical") error. Random error, in turn, is well known to bias estimates of

---

[10] Kaufman AS. Do low levels of lead produce IQ loss in children? A careful examination of the literature. Arch Clin Neuropsychol. 2001 May;16(4):303-41. PMID: 14590165.

[11] Rogan WJ, Ware JH. Exposure to lead in children--how low is low enough? N Engl J Med. 2003 Apr 17;348(16):1515-6. doi: 10.1056/NEJMp030025. PMID: 12700370.

effect towards the null[12] (i.e., towards seeing a diminished effect, or none at all).   Thus, the "true" blood lead-IQ relationship, i.e., the estimate of the magnitude of the effect if the blood lead level that best summarized an individual's lead exposure throughout childhood were known, is likely higher than what has been estimated by Lanphear et al. (2015).   Finally, an opinion could theoretically be rendered regarding impacts of "Flint water crisis-associated elevation in blood lead levels" on an individual's diagnosis of a neurobehavioral disorder.   This would depend on the specific diagnosis that is established as well as the timing of onset or worsening of the condition in relation to the individual's period of exposure.

IV.   FACTS OR DATA CONSIDERED

23.     As noted in paragraph 14, the scientific literature supports the view that (a) there is no known threshold of lead exposure below which such exposure is known to be safe; and (b) the greater the exposure to lead, the greater the adverse effects on health can be expected, i.e., the lead-adverse health effect relationship follows an incremental dose-incremental response relationship (monotonic sequence).   The evidence supporting (a) and (b) includes specific

---

[12] Sheppard L, Burnett RT, Szpiro AA, Kim SY, Jerrett M, Pope CA 3rd, Brunekreef B. Confounding and exposure measurement error in air pollution epidemiology. Air Qual Atmos Health. 2012 Jun;5(2):203-216. doi: 10.1007/s11869-011-0140-9. Epub 2011 Mar 23. PMID: 22662023; PMCID: PMC3353104.

analyses[13], meta-analyses[14], and reviews[15] of epidemiologic studies relating blood lead levels, going down to a level of 1 µg/dL, with decrements in IQ in children.  In addition, in terms of governmental review, the 22 members of the U.S. Centers for Disease Control and Prevention's Advisory Committee on Childhood Lead Poisoning Prevention and it's Blood lead Level Work Group concluded that "Because no measurable level of blood lead is known to be without deleterious effects, and because once engendered, the effects appear to be irreversible in the absence of any other interventions, public health, environmental and housing policies should encourage prevention of all exposures to lead[16]."  In its June 2012 systematic review of the health effects of low-level lead exposure, the U.S. National Toxicology Program

---

[13] Such as: (a) Schnaas L, Rothenberg SJ, Flores MF, Martinez S, Hernandez C, Osorio E, Velasco SR, Perroni E. Reduced intellectual development in children with prenatal lead exposure. Environ Health Perspect. 2006 May;114(5):791-7. PubMed PMID: 16675439; PubMed Central PMCID: PMC1459938; (b) Chiodo LM, Covington C, Sokol RJ, Hannigan JH, Jannise J, Ager J, Greenwald M, Delaney-Black V. Blood lead levels and specific attention effects in young children. Neurotoxicol Teratol. 2007 Sep-Oct;29(5):538-46. Epub 2007 Apr 21. PubMed PMID: 17553667; (c) Searle AK, Baghurst PA, van Hooff M, Sawyer MG, Sim MR, Galletly C, Clark LS, McFarlane AC. Tracing the long-term legacy of childhood lead exposure: a review of three decades of the port Pirie cohort study. Neurotoxicology. 2014 Jul;43:46-56. doi: 10.1016/j.neuro.2014.04.004. Epub 2014 Apr 28. PubMed PMID: 24785378.

[14] Such as: (a) Schwartz J. Low-level lead exposure and children's IQ: a meta-analysis and search for a threshold. Environ Res. 1994 Apr;65(1):42-55. PubMed PMID: 8162884; and (b).Budtz-Jørgensen E, Bellinger D, Lanphear B, Grandjean P; International Pooled Lead Study Investigators. An international pooled analysis for obtaining a benchmark dose for environmental lead exposure in children. Risk Anal. 2013 Mar;33(3):450-61. doi: 10.1111/j.1539-6924.2012.01882.x. Epub 2012 Aug 24. PubMed PMID: 22924487.

[15] Such as: (a) Jakubowski M. Low-level environmental lead exposure and intellectual impairment in children--the current concepts of risk assessment. Int J Occup Med Environ Health. 2011 Mar;24(1):1-7. doi: 10.2478/s13382-011-0009-z. Epub 2011 Feb 16. Review. PubMed PMID: 21468897; and (b) Carlisle JC, Dowling KC, Siegel DM, Alexeeff GV. A blood lead benchmark for assessing risks from childhood lead exposure. J Environ Sci Health A Tox Hazard Subst Environ Eng. 2009 Oct;44(12):1200-8. doi: 10.1080/10934520903139829. Review. PubMed PMID: 19847706.

[16] ACCLPP, 2012.  *Low Level Lead Exposure Harms Children: A Renewed Call for Primary Prevention.*  Report of the Advisory Committee on Childhood Lead Poisoning Prevention of the Centers for Disease Control and Prevention.  January 4, 2012.

concluded that "In children, there is sufficient evidence that blood Pb levels <5 µg/dL are associated with decreases in broad based and specific indices of cognitive function and an increase in attention-related behavioral problems and antisocial behavioral problems."[17]  In its 2013 Scientific Opinion on Lead in Food, the Panel on Contaminants in the Food Chain Panel of the European Food Safety Authority identified developmental neurotoxicity in young children as one of the critical effects for its risk assessment.  As such, the Panel concluded that "… the current PTWI  [provisional tolerable weekly intake] of 25 µg/kg body weight is no longer appropriate as there is no evidence for a threshold for critical lead-induced effects."[18]  The State of Michigan acknowledges that "no level of lead in the blood is safe."[19]

24.    As noted in paragraph 15.a, the period of May 1, 2014 – January 5, 2016, is proposed as the designated "eligible period of exposure" of the Flint Water Crisis (this is acknowledged to differ from the April 25, 2014 – October 15, 2015 time period spanning when Flint water was initially switched from, and then switched back to it original source and method of treatment).  The

---

[17] NTP Monograph.  *Health Effects of Low-Level Lead.*  US Department of Health and Human Services, National Toxicology Program.  June 2012.  Available at:
https://ntp.niehs.nih.gov/ntp/ohat/lead/final/monographhealtheffectslowlevellead_newissn_508.pdf ; accessed on April 13, 2020.
[18] EFSA.  *Scientific Opinion on Lead in Food.*  European Food Safety Authority Panel on Contaminants in the Food Chain (CONTAM).  Updated on March 22, 2013; available at: https://www.efsa.europa.eu/en/efsajournal/pub/1570 ; accessed on April 13, 2020.
[19] https://www.michigan.gov/documents/egle/tou-LCRWorkshopPresentation-OverviewRevisions_656454_7.pdf, p.6.

evidence supporting May 1, 2014 as the designated start of the eligible period of exposure is discussed in the expert declarations provided by Dr. Larry Russell and Dr. Clifford Weisel, which review aspects of water chemistry, the water distribution system in Flint, and other factors.   Extension of the exposure period beyond the October 16, 2015 date (the date Flint reconnected to Detroit water) is based on   (a) the recognition that there would be a substantial delay in re-establishing the stable "passivation" layer that protects against the leaching of lead into water in Flint's water distribution system, as well as other factors (see expert declarations by Dr. Larry Russell and Dr. Clifford Weisel).  The proposed eligibility period end date of January 5, 2016, coincides with the day that Governor Rick Snyder issued his emergency declaration[20]. .

25.    As noted in paragraph 15.b.i. (Criterion 1), having lived (or been in-utero) or attended a school or daycare in the city of Flint for at least 90 days during the "eligible period of exposure" is proposed as the "eligible location of exposure".  The 90 day requirement helps to ensure that the "subclass of injured children" does not include individuals with trivial, fleeting, or unlikely lead exposure.   It also makes it possible, within the "subclass of injured

---

[20] Snyder R.  *Proclamation: Declaration of Emergency.*  January 5, 2016, 4:00pm.  State of Michigan, Executive Office.

children", to use established scientific approaches, such as the U.S. Environmental Protection Agency's Integrated Exposure Uptake Biokinetic (IEUBK) model, which is based on exposure over a minimum period of 90 days, to translate levels of lead in water (the lead "exposure") to levels of lead in blood (the internalized lead "dose). Further discussion of this rationale is provided in the expert Declaration of Dr. Panos Georgopoulos.

26.     As noted in paragraph 15.b.ii. ("Criterion 2"), having been 0-10 years old or in-utero (conception to birth) for at least 90 days (the "eligible duration of exposure") in an "eligible location of exposure" during the "eligible period of exposure" is proposed as the "eligible age range" . This age range is chosen because it is very clear from the scientific literature that lead is toxic to neurodevelopment and has other adverse consequences when exposure occurs during the prenatal period[21] as well as during childhood[22]; in addition the age range of the children included in the 7 international pooled studies analyzed by Lanphear et al. (2005) and that provided the best source of guidance on the dose-response relationship between blood lead levels and IQ loss ranged from 4 to 10 years of age.

---

[21] Centers for Disease Control and Prevention (CDC). Work Group on Lead and Pregnancy. Ettinger AS and Wengrowitz AG, Editors. *Guidelines for the Identification and Management of Lead Exposure in Pregnant and Lactating Women*. Atlanta: Centers for Disease Control. November, 2010. Available at: https://www.cdc.gov/nceh/lead/prevention/pregnant.htm ; accessed May 20, 2020
[22] ACCLLP, 2012, ibid.; NTP, 2012, ibid.

27.     The evidence for specifying "unfiltered Flint tap water" in paragraph

15.b.iii (Criterion 3) is provided in the declaration by Dr. Clifford

28.     The evidence for paragraph 15.c.i. (Criterion 4) is provided in the

Declarations of Dr. Clifford Weisel and Dr. Larry Russel.

29.     The evidence for paragraph 15.c.ii. (Criterion 5) is provided in the

Declarations of Drs. Larry Russell, Pierre Goovaerts, and Clifford Weisel.

30.     The evidence for paragraph 15.c.iii. (Criterion 6) is provided in the

documents that can be accessed on the State of Michigan website as noted in

the associated footnotes.

31.     The evidence for paragraph 17.a., that is, the range of water lead levels

experienced among Flint residents during the Flint water crisis, is described

in the expert declarations of Dr. Clifford Weisel and Pierre Goovaerts.

32.     The evidence for paragraph 17.b., that is, the approach for estimating

likely elevations in blood lead levels as a result of various exposure scenarios

of level of lead contamination in tap water across different age groups of

children is described in the expert declaration of Dr. Panos Georgopoulos.

33.     The evidence for paragraph 17.c., that is, the recommendation and

methodology for expressing the impact of lead exposure on health in terms of

IQ for the several exemplar cases, is as follows:

32

a. I recommend focusing on IQ since there is a robust literature on the economic consequences of points of IQ lost as well as the need for special education services.

b. With regards to estimating the points of IQ lost for an individual Flint child who had experienced exposure to the elevated lead in Flint water, there are several issues that make it impossible to make such estimates by simply measuring the IQ of an individual Flint child: (a) any one child is unlikely to have had "baseline", i.e., pre-exposure IQ testing with which one could then conduct post-exposure IQ testing and deduce change in IQ; (b) even if such pre- and post-testing were available, if the magnitude of lead exposure and resulting impact on IQ is modest, such pre- and post-testing may not be able to reliably distinguish "true" changes in IQ from the random "noise" that typically occurs when IQ tests are repeated in the same individual (random measurement error); (c) scientific evidence indicates that the adverse impact of lead exposure on intelligence can be expected to occur regardless of whether an individual has a low, medium (i.e., average), or high IQ.  Thus, for example, the effect of lead exposure on an individual who might otherwise have had a high IQ could be expected to result in that individual's IQ decreasing into

the average range.  Such an effect cannot be accurately and precisely determined directly by assessing an individual based on a single IQ test.

c. In my opinion, determination of what an individual child's IQ decrement attributable to the Flint Water Crisis is best determined by extrapolating from population-based data the expected loss of IQ points based on the degree of lead exposure as quantified by each individual's blood lead level.  In other words, it is preferable, in my opinion, to rely on the quantitative dose-response relationships between blood lead levels and child IQ that have been generated by rigorous population-based epidemiologic research.

d. Through the execution of rigorously standardized research protocols for measuring blood lead levels, IQ (and other cognitive outcomes), and covariates (i.e., potential confounders, such as maternal age, maternal education, maternal IQ, marital status, child's sex, birth weight, birth order, prenatal smoking status, prenatal alcohol use), and then carefully conducting multivariate analyses that are able to focus on the relationship of blood lead levels and IQ that is independent of the covariate/potential confounders, this kind of research offers the best available data for estimating points of IQ lost associated with specific levels of lead in blood.  In particular, I recommend the "International Pooled Analysis"

of blood lead levels and IQ conducted by Lanphear et al. (2005), which examined, pooled, and analyzed data that had been collected from 1,333 children who participated in seven rigorous international population-based longitudinal cohort studies, followed from birth or infancy until 5–10 years of age.  The US EPA has relied on the analyses conducted by Lanphear et al. (2005) for its risk assessment of lead exposure[23] and I and others view this study as "the most complete and compelling evidence" of the quantitative nature and shape of the relationship between children's blood lead levels and intelligence.  This study found that of several blood lead level metrics measured (concurrent, peak, early childhood, lifetime average), blood lead levels taken concurrently with the IQ tests (which were measured between 4 years, 10 months and 7 years of age) were the most predictive of IQ score.  In subsequent analyses using this metric (concurrent blood lead level), the analysis that is most relevant to the current subject is the one of children with blood lead levels less than 7.5 µg/dL.  This is because even though studies have demonstrated that the switch of Flint's water supply from Detroit to Flint

---

[23] US EPA.  *Lead: Human Exposure and Health Risk Assessments for Selected Case Studies.  Volume I. Human Exposure and Health Risk Assessments – Full-scale.*  October, 2007, page 2-10.  Research Triangle Park, North Carolina: US Environmental Protection Agency, Office of Air Quality Planning and Standards.

was associated with a general increase in blood lead levels[24],[25], overall, the majority of children's blood lead levels (95% or greater) remained less than 5 µg/dL before, during, and after the Flint water crisis. Regarding children with blood lead levels less than 7.5 µg/dL, Lanphear found that an increase in blood lead levels from 2.5 to 7.5 µg/dL was associated with a loss of 2.53 IQ points[26].   Assuming a linear dose-response relationship in the interval of 2.5 to 7.5 µg/dL (an assumption that is aligned with the piece-wise linear approach, which gives the best-fitting models of the relationship between blood lead levels and IQ[27]), an increase in blood lead of 1 µg/dL could therefore be expected to be associated with a 2.53/5.0=0.51 points of IQ loss.   In my opinion, it is thus reasonable to assume this quantitative relationship between blood

---

[24] Hanna-Attisha M, LaChance J, Sadler RC, Champney Schnepp A. Elevated Blood Lead Levels in Children Associated With the Flint Drinking Water Crisis: A Spatial Analysis of Risk and Public Health Response. Am J Public Health. 2016 Feb;106(2):283-90. doi: 10.2105/AJPH.2015.303003. Epub 2015 Dec 21. PubMed PMID: 26691115; PubMed Central PMCID: PMC4985856

[25] Kennedy C, Yard E, Dignam T, Buchanan S, Condon S, Brown MJ, Raymond J, Rogers HS, Sarisky J, de Castro R, Arias I, Breysse P. Blood Lead Levels Among Children  Aged <6 Years - Flint, Michigan, 2013-2016. MMWR Morb Mortal Wkly Rep. 2016 Jul 1;65(25):650-4. doi: 10.15585/mmwr.mm6525e1. PubMed PMID: 27359350.

[26] The authors originally calculated an associated loss of 2.94 IQ points.  They subsequently published a correction and found the applicable IQ decrement to be 2.53 points of IQ.  Lanphear BP, Hornung R, Khoury J, Yolton K, Baghurst P, Bellinger DC, Canfield RL, Dietrich KN, Bornschein R, Greene T, Rothenberg SJ, Needleman HL, Schnaas L, Wasserman G, Graziano J, Roberts R. Erratum: "Low-Level Environmental Lead Exposure and Children's Intellectual Function: An International Pooled Analysis". Environ Health Perspect. 2019 Sep;127(9):99001. doi: 10.1289/EHP5685.

[27] Budtz-Jørgensen E, Bellinger D, Lanphear B, Grandjean P; International Pooled Lead Study Investigators. An international pooled analysis for obtaining a benchmark dose for environmental lead exposure in children. Risk Anal. 2013 Mar;33(3):450-61. doi: 10.1111/j.1539-6924.2012.01882.x. Epub 2012 Aug 24. PubMed PMID: 22924487.

lead level and points of IQ loss for children 5-10 years old, given that this is the age range studied by Lanphear et al. (2005, 2019).

e.  The estimate of the IQ decrement effect averages across the population affected.  Practically-speaking, it means that, given an example of a child with an estimated elevation in blood lead from the Flint water crisis of 1 µg/dL, although the mean "expected" loss of IQ points projected by Lanphear et al. (2005, 2019) is 0.51 points of IQ, there may be some children who would lose only 0.31 point of IQ, yet other who lose 0.71 points of IQ, based on inter-individual variations in susceptibility.  The statistical procedures used by Lanphear et al. essentially integrate across the spectrum of children to produce an estimate of the "average" points of IQ lost per unit increase in blood lead level.

f.  The evidence for the opinion that it is reasonable to assume that the quantitative relationship between blood lead level and points of IQ loss described above for children 4-10 years old (0.51 points of IQ for every 1 µg/dL increase in blood lead) will apply to children exposed between the ages of 0-4 years and children exposed in-utero, is grounded in the available most rigorous studies of the blood lead level-IQ relationship at these particular stages of life.

g. With regards to the age range of 0-4 years, in the Lanphear et al. (2005) analyses, a separate analysis of the relationship of blood lead levels in early childhood (defined as 6 months to 24 months of age) and declines in IQ was not reported for individuals with blood lead levels less than 7.5 µg/dL.  Nevertheless, the impacts of blood lead levels in early childhood (6 months to 24 months) v. concurrent blood lead levels (4 to 10 years of age) were compared for the full set of individuals.  This demonstrated that the estimates of the magnitude of the adverse effect on IQ of blood lead levels in early childhood v. concurrent blood lead levels were similar (within 17%)[28].  The research conducted by my own team also generated effect estimates of the impact of blood lead levels at 2 years of age on measures of intelligence measured at 4 years of age that were similar in magnitude as that reported by Lanphear et al. for concurrent blood lead levels (age 4-10 years).  In our study, of which the median blood lead level in our children at 2 years of age was 4.6 µg/dL, a 1 µg/dL increase in blood lead at 2 years of age was associated with a decrease in General

---

[28] Mean adjusted changes in full-scale IQ score associated with an increase in blood lead concentration (log scale), from the 5th to 95th percentile of the concurrent blood lead level at the time of IQ testing, comparing early childhood blood lead levels v. concurrent blood lead levels: -2.21 (95% confidence interval, -3.38 to -1.04) v. -2.65 (95% confidence interval: -3.69 to -1.61), respectively.  Table 4, Lanphear BP, Hornung R, Khoury J, Yolton K, Baghurst P, Bellinger DC, Canfield RL, Dietrich KN, Bornschein R, Greene T, Rothenberg SJ, Needleman HL, Schnaas L, Wasserman G, Graziano J, Roberts R. Erratum: "Low-Level Environmental Lead Exposure and Children's Intellectual Function: An International Pooled Analysis". Environ Health Perspect. 2019 Sep;127(9):99001. doi: 10.1289/EHP5685.

Cognitive Index scores on the McCarthy Scales of Children's Abilities (a general measure of IQ at age 4) of from 0.54 to 0.65 points[29], which is higher than the 0.51 points of IQ per 1 µg/dL increase in blood lead level proposed in this declaration.  Thus, in my opinion, the assumption of a 0.51 points of IQ decline per 1 µg/dL increase in blood lead level for children 0-4 years of age is reasonable.

h.  With regards to children exposed in-utero, an expert Committee convened by the U.S. Centers for Disease Control and Prevention (of which I was a member) concluded in 2010[30] that "A large number of studies provide convincing evidence that prenatal lead exposure impairs children's neurodevelopment…".   Although the U.S. National Toxicology Program's review of the literature concluded that the evidence for prenatal lead exposure's adverse impact on measures of offspring cognitive function at low blood lead levels (less than 5 µg/dL) existed but was "limited", in my opinion, the evidence more likely than not indicates an adverse effect.  However, the literature that can provide

---

[29] Table 3, adjusted change in 4 year General Cognitive Index score with a 10 ug/dL increase in child blood lead concentrations, focusing on the 2 year old child blood lead level, and extrapolating from 10 to 1 ug/dL.  Braun JM, Hoffman E, Schwartz J, Sanchez B, Schnaas L, Mercado-Garcia A, Solano-Gonzalez M, Bellinger DC, Lanphear BP, Hu H, Tellez-Rojo MM, Wright RO, Hernandez-Avila M. Assessing windows of susceptibility to lead-induced cognitive deficits in Mexican children. Neurotoxicology. 2012 Oct;33(5):1040-7. doi: 10.1016/j.neuro.2012.04.022. Epub 2012 May 10. PMID: 22579785; PMCID: PMC3576696.

[30] Centers for Disease Control and Prevention (CDC). Work Group on Lead and Pregnancy. Ettinger AS and Wengrowitz AG, Editors.  *Guidelines for the Identification and Management of Lead Exposure in Pregnant and Lactating Women*.  Atlanta: Centers for Disease Control.  November, 2010.  Available at: https://www.cdc.gov/nceh/lead/prevention/pregnant.htm ; accessed May 20, 2020

specific quantitative estimates of the impact of prenatal lead exposure on off-spring IQ in the course of rigorously-conducted research and focusing on blood lead levels below 10 µg/dL is somewhat limited and inconsistent.  Overall, the quantitative estimates of the effect have varied over a fairly wide range, with, for example, one recent study[31] among children whose mothers during pregnancy had blood lead levels ranging from 0.14 to 4.14 µg/dL showing a profound effect on boys (with a 1 µg/dL increase in umbilical cord blood lead associated with a 2.65 point decline in IQ) but not on girls; another showing a 4 to 7 point decrement in the IQs of boys and girls age 4-7 years associated with a one unit increase in the natural log of maternal blood lead levels during pregnancy among mothers whose pregnancy-associated blood lead levels were around 5 µg/dL[32] ; another showing a 4.13 point decrement in the IQs of boys and girls 6-10 years of age associated with a one unit natural log increase in maternal blood lead levels at 28 weeks of pregnancy[33] among mothers who had 28 week pregnancy blood lead levels with a geometric

---

[31] Table 4, Effect modification by gender.  Desrochers-Couture M, Oulhote Y, Arbuckle TE, Fraser WD, Séguin JR, Ouellet E, Forget-Dubois N, Ayotte P, Boivin M, Lanphear BP, Muckle G. Prenatal, concurrent, and sex-specific associations between blood lead concentrations and IQ in preschool Canadian children. Environ Int. 2018 Dec;121(Pt 2):1235-1242. doi: 10.1016/j.envint.2018.10.043. Epub 2018 Nov 2. PubMed PMID: 30392942.
[32] Wasserman GA, Liu X, Popovac D, Factor-Litvak P, Kline J, Waternaux C, LoIacono N, Graziano JH. The Yugoslavia Prospective Lead Study: contributions of prenatal and postnatal lead exposure to early intelligence. Neurotoxicol Teratol. 2000 Nov-Dec;22(6):811-8. PubMed PMID: 11120386.
[33] Schnaas L, Rothenberg SJ, Flores MF, Martinez S, Hernandez C, Osorio E, Velasco SR, Perroni E. Reduced intellectual development in children with prenatal lead exposure. Environ Health Perspect. 2006 May;114(5):791-7. PubMed PMID: 16675439; PubMed Central PMCID: PMC1459938.

mean of 7.8 µg/dL; and another showing weak (in boys) or no (in girls) adverse impacts of prenatal blood lead levels on the IQ of children at 4 and 8 years of age among mothers with a median blood lead level during pregnancy of 3.7 µg/dL[34].  Overall, in my opinion, the inconsistency of results is a reflection of the relative paucity of rigorous studies on this topic (rather than an indication of a weak effect of prenatal lead exposure).  Given that most lines of toxicological evidence indicate that the developing fetal nervous system is particularly vulnerable to the toxicity of lead[35],[36], in my opinion, it is reasonable to assume that the quantitative estimate of effect for the impact of prenatal lead exposure (as reflected by maternal blood lead levels during pregnancy) is the same as the quantitative estimate of effect for the impact of postnatal (i.e., children's) blood lead levels on their IQ's, i.e., 0.51 points of IQ per 1 µg/dL elevation in blood lead.

34.     Finally, Paragraph 18, sets forth that for children who are members of the "subclass of injured children", an opinion could be rendered regarding

---

[34] Taylor CM, Kordas K, Golding J, Emond AM. Effects of low-level prenatal lead exposure on child IQ at 4 and 8 years in a UK birth cohort study. Neurotoxicology. 2017 Sep;62:162-169. doi: 10.1016/j.neuro.2017.07.003. Epub 2017 Jul 4. PubMed PMID: 28687448; PubMed Central PMCID: PMC5630203.

[35] Lidsky TI, Schneider JS. Lead neurotoxicity in children: basic mechanisms and clinical correlates. Brain. 2003 Jan;126(Pt 1):5-19. doi: 10.1093/brain/awg014. PMID: 12477693.

[36] Neuwirth LS, Phillips GR, El Idrissi A. Perinatal Pb2+ exposure alters the expression of genes related to the neurodevelopmental GABA-shift in postnatal rats. J Biomed Sci. 2018 May 24;25(1):45. doi: 10.1186/s12929-018-0450-4. PMID: 29793500; PMCID: PMC5967126.

impacts of "Flint water crisis-associated elevation in blood lead levels" on an individual's diagnosis of a neurobehavioral disorder.  This would specifically require clear      evidence of having developed an attention-related behavioral diagnosis or significant worsening of an existing attention-related behavioral diagnosis a minimum of 90 days after their exposure to lead-contaminated Flint tap water began, as well as an individual assessment of the plaintiff to conduct a process of differential etiology with the goal of determining if the exposure more likely than not was a substantial contributing factor to their diagnosis or significant worsening of their diagnosis.  In my opinion, the evidence for entertaining this possibility is grounded in the available most rigorous studies of lead exposure and behavior.  For example, in a study my team conducted among children 6-13 years of age with a mean blood lead level of 3.4 µg/dL, a 1 µg/dL increase in blood lead was associated with significantly higher scores on a well-validated diagnostic instrument measuring Hyperactivity and Restless-Impulsivity[37].  Similar results have been seen in other studies with respect to blood lead levels less than 5 µg/dL

---

[37] Huang S, Hu H, Sánchez BN, Peterson KE, Ettinger AS, Lamadrid-Figueroa H, Schnaas L, Mercado-García A, Wright RO, Basu N, Cantonwine DE, Hernández-Avila M, Téllez-Rojo MM. Childhood Blood Lead Levels and Symptoms of Attention Deficit Hyperactivity Disorder (ADHD): A Cross-Sectional Study of Mexican Children. Environ Health Perspect. 2016 Jun;124(6):868-74. doi: 10.1289/ehp.1510067. Epub 2015 Dec 8. PMID: 26645203; PMCID: PMC4892926.

and symptoms of Attention Deficit Hyperactivity Syndrome[38],[39],[40],[41].   As noted earlier, in its June 2012 systematic review of the health effects of low-level lead exposure, the U.S. National Toxicology Program concluded that "In children, there is sufficient evidence that blood Pb levels <5 µg/dL are associated with decreases in broad based and specific indices of cognitive function and *an increase in attention-related behavioral problems and antisocial behavioral problems*."[42] More recent systematic reviews arrived at the same conclusion with respect to low-level lead exposure (i.e., blood lead levels less than 5 or 10 µg/dL) and Attention-Deficit/Hyperactivity Disorder [43],[44].   I note, however, that the scientific literature examining the dose-response quantitative relationship between levels of lead exposure and either

---

[38] Braun JM, Kahn RS, Froehlich T, Auinger P, Lanphear BP. Exposures to environmental toxicants and attention deficit hyperactivity disorder in U.S. children. Environ Health Perspect. 2006 Dec;114(12):1904-9. doi: 10.1289/ehp.9478. PMID: 17185283; PMCID: PMC1764142.

[39] Hong SB, Im MH, Kim JW, Park EJ, Shin MS, Kim BN, Yoo HJ, Cho IH, Bhang SY, Hong YC, Cho SC. Environmental lead exposure and attention deficit/hyperactivity disorder symptom domains in a community sample of South Korean school-age children. Environ Health Perspect. 2015 Mar;123(3):271-6. doi: 10.1289/ehp.1307420. Epub 2014 Oct 3. PMID: 25280233; PMCID: PMC4348739.

[40] Ha M, Kwon HJ, Lim MH, Jee YK, Hong YC, Leem JH, Sakong J, Bae JM, Hong SJ, Roh YM, Jo SJ. Low blood levels of lead and mercury and symptoms of attention deficit hyperactivity in children: a report of the children's health and environment research (CHEER). Neurotoxicology. 2009 Jan;30(1):31-6. doi: 10.1016/j.neuro.2008.11.011. Epub 2008 Nov 30. PMID: 19100765.

[41] Nigg JT, Knottnerus GM, Martel MM, et al. Low blood lead levels associated with clinically diagnosed attention-deficit/hyperactivity disorder and mediated by weak cognitive control. Biol Psychiatry. 2008;63(3):325- 331. doi:10.1016/j.biopsych.2007.07.013

[42] NTP Monograph.  *Health Effects of Low-Level Lead.*  US Department of Health and Human Services, National Toxicology Program.  June 2012.  Available at: https://ntp.niehs.nih.gov/ntp/ohat/lead/final/monographhealtheffectslowlevellead_newissn_508.pdf ; accessed on April 13, 2020.

[43] He J, Ning H, Huang R. Low blood lead levels and attention-deficit hyperactivity disorder in children: a systematic review and meta-analysis. Environ Sci Pollut Res Int. 2019 Jun;26(18):17875-17884. doi: 10.1007/s11356-017-9799-2. Epub 2017 Aug 5. PMID: 28780688.

[44] Donzelli G, Carducci A, Llopis-Gonzalez A, Verani M, Llopis-Morales A, Cioni L, Morales-Suárez-Varela M. The Association between Lead and Attention-Deficit/Hyperactivity Disorder: A Systematic Review. Int J Environ Res Public Health. 2019 Jan 29;16(3):382. doi: 10.3390/ijerph16030382. PMID: 30700018; PMCID: PMC6388268.

the risk of developing behavioral diagnoses that meet diagnostic criteria or the levels of behavioral symptoms experienced/signs observed is not as robust as it is for lead and IQ.  Moreover, unlike IQ, levels of behavioral symptoms are difficult to translate into economic terms.  Thus, given that, similar to the blood lead level-IQ relationship, a threshold for lead's adverse impact on behavioral has not been seen even with respect to blood lead levels below 3 µg/dL[45], it is my opinion that lead exposure enough to establish an individual as a member of the injured class could very well be enough to have constituted a substantial contributor to a diagnosis of an attention disorder or significant worsening of an existing attention disorder if it can be established that the disorder or significant worsening of the disorder occurred 90 days or more after that individual's onset of lead exposure related to the Flint water crisis, and if the process of differential diagnosis and etiologic assessment was consistent with lead exposure as a substantial contributing factor.

35.     I reserve the right to amend my expert report and update my opinions if new or additional information becomes available.

## V.     LIST OF PUBLICATIONS

1.     See Exhibit 2 attached hereto.

---

[45] He J, Ning H, Huang R. Low blood lead levels and attention-deficit hyperactivity disorder in children: a systematic review and meta-analysis. Environ Sci Pollut Res Int. 2019 Jun;26(18):17875-17884. doi: 10.1007/s11356-017-9799-2. Epub 2017 Aug 5. PMID: 28780688.

VI.    LIST OF ALL CASES

    1.    See Exhibit 3 attached hereto.

VII.   STATEMENT OF COMPENSATION PAID

    1.    See Exhibit 4 attached hereto.

VIII.  LIST OF REFERENCES

    1.    See Exhibit 5 attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection.

Executed this 29th day of June, 2020, in Seattle, WA.

By: _____

Howard Hu, M.D., M.P.H., Sc.D.

# EXHIBIT 1

CURRICULUM VITAE            Date Prepared: May, 2020

NAME:                      Howard Hu
HOME ADDRESS:              12544 42nd Avenue NE, Seattle, WA; 98125, USA
DATE OF BIRTH:             June 12, 1956

PRIMARY AFFILIATION:    School of Public Health, University of Washington
SECONDARY AFFILIATION:  School of Public Health, University of Michigan

CONTACT:                   Howard Hu, M.D, M.P.H., Sc.D.
                           Email: hhu5@uw.edu
LINKS:
Faculty:        https://deohs.washington.edu/node/20961
Publications :  https://www.ncbi.nlm.nih.gov/myncbi/1vwnVYvgxfEAw/bibliography/public/

TABLE OF CONTENTS

| SUBJECT | PAGE |
|---|---|
| EDUCATION | 2 |
| POSTDOCTORAL TRAINING | 2 |
| CERTIFICATION AND LICENSURE | 2 |
| ACADEMIC APPOINTMENTS | 2 |
| ADMINISTRATIVE APPOINTMENTS | 3 |
| CLINICAL APPOINTMENTS | 4 |
| OTHER ACADEMIC POSITION/VISITING APPOINTMENTS | 4 |
| MAJOR RESEARCH INTERESTS | 5 |
| GRANTS | 5 |
| HONORS AND AWARDS | 9 |
| MEMBERSHIPS | 10 |
| EDITORIAL POSITIONS AND BOARDS | 10 |
| PEER REVIEW SERVICE | 11 |
| TEACHING | 11 |
| COMMITEE, ORGANIZATIONAL, VOLUNTEER SERVICE | 17 |
| OTHER PUBLIC SERVICE | 22 |
| CONSULTING POSITIONS | 22 |
| VISITING PROFESSORSHIPS | 23 |
| SEMINARS AND EXTRAMURAL INVITED PRESENTATIONS | 23 |
| BIBLIOGRAPHY | 31 |

CV: Howard Hu, M.D., M.P.H., Sc.D.

2

EDUCATION:

| | | | |
|---|---|---|---|
| 9/1973-6/1976 | Biology | B.Sc. | Brown University |
| 9/1977-6/1982 | Medicine | M.D. | Albert Einstein College of Medicine |
| 9/1979-6/1980 (degree in 6/1982*) | | M.P.H. (Occ Hlth) | Harvard School of Public Health |
| 9/1985-6/1986 | Epidemiology | M.S. | Harvard School of Public Health |
| 7/1986-6/1990 | Epidemiology | Sc.D. | Harvard School of Public Health |

* Awarding of the Harvard M.P.H. to medical students is delayed until the M.D. degree is conferred

POSTDOCTORAL TRAINING:

Research Fellowships

| | |
|---|---|
| 7/1987-6/1988 | Occupational Health Research Fellow, Dept. of Environmental Health Harvard School of Public Health |

Internship and Residencies

| | | |
|---|---|---|
| 7/1982-6/1983 | Intern in Medicine | Boston City Hospital |
| 7/1983-6/1984 | Junior Assistant Resident, Internal Medicine | Boston City Hospital |
| 7/1984-6/1985 | Senior Assistant Resident, Internal Medicine | Boston City Hospital |
| 7/1985-6/1987 | Resident, Occupational Medicine | Harvard School of Public Health |

CERTIFICATION AND LICENSURE:

| | |
|---|---|
| 1984 | Massachusetts Medical License Registration |
| 1985 | American Board of Internal Medicine, Diplomate |
| 1987 | American Board of Preventive Medicine, Diplomate (Occupational Medicine) |
| 2006 | Michigan Medical License Registration |
| 2013 | College of Physicians & Surgeons of Ontario |
| 2018 | Washington State Medical License Registration |

ACADEMIC APPOINTMENTS:

| | |
|---|---|
| 9/1988-6/1992 | Instructor in Medicine Department of Medicine, Harvard Medical School |
| 9/1988-6/2006 | Associate Physician (Clinical and Research), Channing Laboratory, Department of Medicine, Brigham & Women's Hospital |
| 9/1990-6/1994 | Assistant Professor of Occupational Medicine Department of Environmental Health, Harvard School of Public Health |
| 7/1992-6/1997 | Assistant Professor of Medicine Department of Medicine, Harvard Medical School |

CV: Howard Hu, M.D., M.P.H., Sc.D.

3

| | |
|---|---|
| 7/1994-6/2002 | Associate Professor of Occupational Medicine |
| | Department of Environmental Health, Harvard School of Public Health |
| 7/1997-8/2006 | Associate Professor of Medicine |
| | Department of Medicine, Harvard Medical School |
| 7/2002-8/2006 | Professor of Occupational and Environmental Medicine (tenured) |
| | Department of Environmental Health, Harvard School of Public Health |
| 9/2006-6/2012 | Chair and Professor of Environmental Health Sciences (tenured), Department of Environmental Health Sciences, University of Michigan School of Public Health |
| 9/2006-8/2009 | Adjunct Professor of Occupational and Environmental Medicine |
| | Department of Environmental Health, Harvard School of Public Health |
| 9/2006-6/2012 | Research Associate Physician, Channing Laboratory, Department of Medicine, Brigham & Women's Hospital |
| 5/2007-2012 | Professor of Epidemiology, University of Michigan School of Public Health |
| 5/2007-2012 | Professor of Internal Medicine, University of Michigan Medical School |
| 1/2009-2012 | NSF International Endowed Department Chair, University of Michigan School of Public Health, Department of Environmental Health Sciences |
| 7/2012-2018 | Professor of Environmental Health, Epidemiology and Global Health (tenured) Dalla Lana School of Public Health, University of Toronto, Toronto, Ontario, Canada (on sabbatical/administrative leave, 2017-2018) |
| 7/2012-2018 | Professor, School of Medicine, University of Toronto, Toronto, Ontario, Canada |
| 7/2012- | Adjunct Professor, Department of Environmental Health Sciences, University of Michigan School of Public Health |
| 7/2012-2013 | Director, Dalla Lana School of Public Health, University of Toronto, Toronto, Ontario, Canada |
| 7/2013-6/2017 | Founding Dean, Dalla Lana School of Public Health, a Faculty of the University of Toronto, Toronto, Ontario, Canada |
| 7/2017- | Affiliate Professor (started as a Visiting Scholar, transitioned in 2018), Department of Occupational and Environmental Health Sciences, University of Washington School of Public Health, Seattle, WA |

ADMINISTRATIVE APPOINTMENTS:

| | |
|---|---|
| 7/1991-6/2006 | (Founding) Director, Metals Epidemiology Research Group, Channing Laboratory, Department of Medicine, Brigham and Women's Hospital, Harvard Medical School, and Department of Environmental Health, Harvard School of Public Health |
| 7/1992-6/1995 | Director, Commission to Investigate the Health and Environmental Effects of Nuclear Weapons Production, International Physicians for the Prevention of Nuclear War |
| 7/1996-6/2006 | Director, Residency Program in Occupational and Environmental Medicine, Harvard School of Public Health |
| 7/1996-8/2006 | Director, Occupational and Environmental Medicine Core, National Institute for Occupational Safety and Health Educational Resource Center at the Harvard School of Public Health |
| 7/1998-6/2004 | (Founding) Medical Editor, Environmental Health Perspectives (official journal of NIEHS) |
| 7/2000-8/2006 | Associate Director, the Harvard NIEHS Environmental Sciences Center, Harvard |

CV: Howard Hu, M.D., M.P.H., Sc.D.

4

School of Public Health
7/2004-6/2009 (Founding) Principal Investigator and Director, Harvard Center for Children's
Environmental Health and Disease Prevention Research (co-PI and co-Director after
9/1/08)
9/2006-6/2012 Chair, Department of Environmental Health Sciences, University of
Michigan School of Public Health
9/2006-2012   Director, Occupational Epidemiology Core, NIOSH Education and Research Center,
University of Michigan
9/2006-2012   Co-Director, Michigan-Harvard/Harvard-Michigan Metals Epidemiology Research
Group
7/2009-2011 Director, NIA T32 Training Grant in Aging and Public Health, University of Michigan
School of Public Health
1/2010-2012 Chair, Faculty Steering Committee on Global Health, University of Michigan School of
Public Health
4/2011-2012 (Founding PI) and Director, University of Michigan NIEHS P30 Core Center.
7/2012-2013 Director, Dalla Lana School of Public Health, University of Toronto, Toronto,
Ontario, Canada
7/2013-6/2017 Founding Dean, Dalla Lana School of Public Health, a Faculty of the University
of Toronto, Toronto, Ontario, Canada

CLINICAL APPOINTMENTS:

7/1985-6/1987 Attending Physician, Emergency Department, Whidden Memorial Hospital
7/1985-6/1988 Assistant Visiting Physician, Department of Medicine, Boston City Hospital
1/1985-6/2006 Consultant in Occupational and Environmental Medicine, Center for Occupational
and Environmental Medicine, Northeast Specialty Hospital (formerly known as the
Olympus Specialty Hospital, the Massachusetts Respiratory Hospital, and Norfolk
County Hospital).
3/1987-9/1987 Attending Physician, Occupational Health Program, University Hospital/Boston
University Medical Center
7/1988-9/2006 Associate Physician, Brigham and Women's Hospital
7/1990-6/1995 Occupational/Environmental Medicine Consultant, Brigham and Women's Hospital
Employee Health Services
7/2007-2012 Associate Physician, Division of General Medicine, Department of Medicine,
University of Michigan Health System
1/2019-present Staff Physician, RotaClinic-Lake City, Seattle, WA

OTHER ACADEMIC POSITIONS and MAJOR VISITING APPOINTMENTS:

7/1987-6/1990 Visiting Physician, South Cove Health Center, Boston (Chinatown)
7/1996-8/2006 Associate, Center for Health and the Global Environment, Harvard Medical School
2/1997        Alice Hamilton Visiting Professor, Division of Occupational and Environmental
Medicine, Department of Medicine, University of California at San Francisco
11/2000-      Visiting Scientist, Sri Ramachandra Medical College and Research Institute
7/2010-       Senior Consultant, Tianjin Centers for Disease Control and Prevention, Tianjin,

CV: Howard Hu, M.D., M.P.H., Sc.D.

5

|            | China |
| 10/2012-   | Visiting Professor, Shanghai Key Laboratory of Children's Environmental Health, Xinhua Hospital, Shanghai Jiao-Tung University, China |
| 7/2013-6/2016 | Visiting Professor, Shanghai Jiao Tong School of Medicine, China |
| 5/2015-    | Affiliate Scientist to the Li Ka Shing Knowledge Institute, St. Michael's Hospital, Toronto, Canada |

## MAJOR RESEARCH INTERESTS:

1. Environmental and molecular epidemiologic research related to heavy metals, potential endocrine disruptors, other neurotoxicants, carcinogens, etc.
2. Gene-environment interactions; epigenetic dysregulation
3. Fetal/early life exposures and long-term effects
4. Aging-environment interactions
5. Environmental health, health inequities and health disparities, human rights
6. Health and the global environment
7. "Big Data" for population health
8. Environmental sensitivities/Multiple chemical sensitivities

## GRANTS (as PI, Co-PI, or primary mentor only):

Past Funding:

| 1980 (summer) | Montefiore Hospital, Bronx NY,PI; $2,000 (approx) |
|               | A study of rural and occupational health in Tulua, Colombia, South America |
| 1982 (summer) | Albert Einstein College of Medicine, PI; $3,000 (approx) |
|               | A study of occupational/environmental health in Shanghai, China |
| 7/1987-6/1989 | NIEHS Center Grant ES00002 Pilot Project, PI; $12,000 |
|               | The Long-term Renal and Neurologic Effects of Childhood Plumbism |
| 7/1989-6/1990 | NIEHS subcontract 7083-1, PI; $50,000 (approx) |
|               | The Use of X-Ray Fluorescence to Measure Lead Burden and Childhood Lead Exposure |
| 7/1990-6/1992 | Agency for Toxic Substances and Disease Registry, PI; $150,000 (approx) |
|               | "Clinical Environmental/ Occupational Medicine Research Fellowship Award", |
| 7/1990-6/1991 | NIEHS Center Grant ES00002 Pilot Project, PI; $12,000 |
|               | The Metabolic Effects of Pregnancy and Lactation on Lead Burden |
| 7/1990-6/1991 | Harvard School of Public Health Basic, PI |
|               | Research Support Grant; $10,000 |
|               | K-X-Ray Fluorescence Measured Lead Burden |
| 10/1991-11/1991 | NIOSH Special Grants, PI; $50,000 (approx) |
|               | The Carpenters Lead Project |
| 4/1991-3/1996 | NIEHS/R01, PI; $2,200,000 (approx) |
|               | The Epidemiology of Lead, Diet and Blood Pressure |
| 7/1991-6/1996 | NIEHS/R01 supplement, PI; $240,000 (approx) |

CV: Howard Hu, M.D., M.P.H., Sc.D.

| | The Epidemiology of Lead, Diet and Blood Pressure--Research Supplement for Minority Investigator |
|---|---|
| 7/1992-6/1995 | NIEHS/R01 (Office of Research on Women), PI; $200,000 (approx) Lead and Hypertension in Women |
| 7/1993-6/1996 | NIEHS/subcontract, PI; $150,000 (approx) Exposure to Neurotoxins as Risk Factors for Amyotrophic Lateral Sclerosis |
| 7/1995-6/1998 | State of Washington, Department of Labor, PI; $350,000 (approx) SPECT Imaging of the Brain in Patients with Multiple Chemical Sensitivity Syndrome and Controls |
| 7/1996-6/1997 | NIEHS Center Grant ES00002 Pilot Project, PI; $15,000 Electrocardiographic abnormalities in association with low-level lead exposure among middle-aged to elderly men: the Normative Aging Study |
| 4/1995-3/2000 | NIEHS Project PI (Program Project PI: Richard Monson); $1,800,000 (approx) Lead Exposure, Accumulation in Bone, and Reproductive Toxicity Among Men and Women In Mexico |
| 4/1995-3/2000 | NIEHS Project PI (Program Project PI: Richard Monson); $1,900,000 (approx) Lead Exposure, Accumulation in Bone, and Cognitive Toxicity Among Elderly Men and Women |
| 6/1997-5/2002 | NIEHS/R01 ES05257 PI; $2,312,274 Lead Biomarkers, Aging, and Chronic Disease |
| 7/1997-6/1999 | NIEHS Center Grant ES00002 Pilot Project, PI; $10,000 The effect of genetic polymorphisms of metallothionein-IIA on mRNA levels in middle-aged to elderly men: the Normative Aging Study |
| 7/1998-6/2003 | NIEHS/R01 PI (with no-cost extension; 5R01ES007821); $2,291,833 Lead Dose Biomarkers, Reproduction, and Infant Outcomes |
| 7/1999-6/2000 | NIEHS Center Grant ES00002 Pilot Project, co-PI; $14,000 Magnetic Resonance Spectroscopy in the Evaluation of Lead Neurotoxicity: the Normative Aging Study |
| 7/2000-6/2001 | MAVERIC (Massachusetts Area Veterans Epidemiology Resource and Institute Center) Pilot Project PI (with Dr. Robert Wright, co-PI); $10,000 The Use of Magnetic Resonance Spectroscopy in Lead Poisoning |
| 7/2000-6/2001 | NIOSH Center Grant Pilot Project, PI (with Dr. Robert Wright, co-PI); $12,000 Interaction between ApoE Genotype and Lead Exposure in the Development of Cognitive Impairment |
| 7/2002-6/2004 | The Rasmussen Foundation/Health Care Without Harm; $50,000 Medical Use of Phthalate Containing Products in the Neonatal Intensive Care Unit and Biomarkers of Neonatal Phthalate Metabolites |
| 7/2002-6/2003 | NIEHS Center Grant Pilot Project, PI; $8,000 Vitamin D Receptor Gene and Bone Lead in Reproduction |
| 3/2004-2/2005 | The Critelli Family Foundation; $10,000 Review of Environmental Cadmium Exposure and Toxicity |
| 4/2000-3/2007 | NIEHS Project Leader (Program Project PI: Richard Monson; 5P01ES05947); $2,472,677; Controlled Trial in Pregnancy of Dietary Supplements for the Suppression of Bone Resorption and Mobilization of Lead into Plasma (no cost extension) |

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                          7

4/2000-3/2007 NIEHS Project co-Leader (Program Project PI: Richard Monson; 5P01ES05947); $1,210,000 (approx); A Community-Based Study of Lead Exposure Pathways, Biomarkers of Dose, Health Effects, and Phytoremediation Strategies at the Tar Creek Superfund Site (no cst extension)

4/2002-9/2007 NIEHS/R01 PI (5R01ES010798); $3,011,295
Gene-Metal Interactions and Parkinson's Disease

10/2003-9/2007 NCMHI/P20 Project Leader (MD000501-01; Hughes Harris, PI); $828,781(Project) "FAMU and Harvard Center for Health and Health Care Disparities"

8/2003-7/2008 NIEHS/R01 PI (2R01ES05257-11A2); $3,357,424 (bécame co-PI in 2007 after move to University of Michigan)
Lead-Gene Interactions and Cognition

6/2004-3/2009 NIEHS/P01 PI (5 P01ES012874-01); $6,662,670 (became co-PI in 2006 after move to University of Michigan)
Metals Mixtures and Children's Health (Center for Children's Environmental Health and Disease Prevention Research)

7/2002-12/2009 NIH/R03 PI (1R03TW005914; no cost ext through 2008); $192,000 (approx)
Lead, Genes, and Cognition in Children in Chennai, India

9/2006-7/2011 NIEHS/R01 PI (R01ES007821); $3,116,831
Fetal Origins of Neurobehavior: Lead and Cholesterol Metabolism Interactions

7/2006-6/2011 NIEHS/R01 co-PI (R01ES013744; PI Wright), $3,200,000
Stress, Lead, Iron Deficiency and Neurodevelopment

7/2006-6/2011 NIEHS/R01 co-PI (RO1ES014930; PI Wright), $2,800,000
Metal Mixtures and Neurodevelopment

2/2008-2/2010 Michigan Institute for Clinical and Health Research (MICHR; home of the UM CTSA; UL1RR024986) Pilot Project PI; $26,000 (no cost extension)
Epigenetics of Early Life Events and Environmental Toxicants

4/2009-4/2010 Michigan Alzheimer's Disease Research Center Pilot Project PI, $25,000
Environment, Epigenetics and Alzheimer's Disease (no cost extension)

12/2009-12/2010 University of Michigan Center for Global Health Pilot Project PI, $25,000
Climate Variability and Impacts on Mortality and Morbidity in Chennai, India: A Pilot Project Stemming from the 2009 U.S.-India Workshop on Climate Change and Public Health, Goa India (no cost extension)

9/2009-9/2010 Michigan Institute for Clinical and Health Research (MICHR; home of the UM CTSA; UL1RR024986) Pilot Project PI; $26,000 (no cost extension)
Epigenetics and Epigenomics in the Etiology of Alzheimer Disease

7/2008-6/2011 NIA/T32 PI (T32AG027708); $450,000
Interdisciplinary Training Program in Aging and Public Health

4/2010-3/2015 NIEHS P42 Superfund Co-Inv, Project 2, Co-investigator (P42ES017198; PI: Alshawabkeh, Project 2 Leader: Meeker) Puerto Rico Testsite For Exploring Contaminant Threats, $12,000,000

4/1/2011-6/2015 NIEHS Core Environmental Health Sciences Center, Founding PI and Director (until 2012; now consultant; P30 ES017885), $ 4,620,100;
"Lifestage Exposures and Adult Disease"

4/2010-3/2014 NIEHS/EPA P20 Co-PI and Clin Health Specialist (P20 ES018171; PI Peterson)

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                                    8

           Formative Children's Environmental Health and Disease Prevention Center, $1,959,960; "Perinatal Exposures, Epigenetics, Child Obesity & Sexual Maturation"

7/1/2013-6/30/2014  CIHR, Canadian Institute for Health Services and Policy Research; Planning Grants-Priority Announcement:Partnerships for Health System Improvement; PI, $24,992 "The Surviving Opioid Overdose with Naloxone (SOON) Project and Roundtable"

07/1/11-06/30/16  NIEHS K01 ES019909  (co-mentor; PI: Somers)
       "Immune dysfunction associated with early life heavy metal exposure"

4/1/12-3/30/17     NIEHS R01ES013744 (consultant; PI: Wright; Mt Sinai School of Medicine) "Stress-Lead Interactions and Child Development"

7/1/2012-7/1/2017 European Commission (EC), Funded under FP7-Health, Project 304925, co-Investigator; PI, epidemiologic studies, $6,000,000 E
"A novel micronutrient-based strategy to prevent hearing impairments: test and road to market for age-related hearing loss and preservation of residual hearing"

## Current Funding

3/24/2020-2/28/2021 Pilot Project Proposal for Rapid Response Funding, University of Michigan NIEHS P30 Core Sciences Center (co-PI); $6,250, "Environmental Cadmium and Influenza-related Mortality in NHANES: An Environment-Infectious Disease Interaction Study with Implications for Strategies for Reducing COVID-19-related Morbidity and Mortality"

6/1/2012-7/1/2019, in NCE 1R01ES021446, PI, $4,140,000 (parent + supplement awards); "Prenatal and Childhood Exposure to Fluoride and Neurodevelopment"

5/15/2015-5/15/2019, in NCE Health Canada; PI, $200,000 (Phase 1); $1,400,000 (proposed Phase 2) "A Community-based First Nation Study of Cancer and the Environment in Northern Ontario"

4/1/13-3/31/23NIEHS/EPA P01ES022844 (co-inv; PI: Peterson at the University of Michigan) "Lifecourse Exposures & Diet: Epigenetics, Maturation & Metabolic Syndrome."

7/1/16-6/30/21     CIHR (co-PI; Director; PI: Jeffrey Brook at the Dalla Lana School of Public Health) $4,700,000 CNDN
"CANadian Urban Environmental (CANUE) Health Research Consortium"

9/1/16-8/31/21 NIH 5R01ES026033-02, (Consultant/Co-investigator; PI: Arora at Mt. Sinai School of Medicine) $648,000  "Novel Biomarker to Identify Critical Windows of Susceptibility to Metal Mixture"

9/1/17-6/30/22  NIH R24ES028502 (Consultant/Co-investigator; PI: Peterson at the University of Michigan, "E3GEN: Multigenerational Effects of Toxicant Exposures on Life Course Health and Neurocognitive Outcomes in the ELEMENT Birth Cohorts"; $2,009,022

## Applications Under Review

Wellcome Trust, co-investigator (PI: P Landrigan)
       "Quantifying the Cognitive and Economic Benefits of Reducing Air Pollution to Achieve Climate Change Mitigation"

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                       9

R01ES031820 (app # pending), multiple PI, $3,086,477
      Perinatal Maternal Heavy Metal Burden and Offspring Blood Pressure

Competitive Renewal Applications In Progress

R01ES021446-01, PI, $4,140,000
      A Prospective Study of Early Life Exposure to Fluoride, Thyroid Function, and
      Neurobehavioral Outcomes

Amended Application In Progress


New Application in Progress

Wellcome Trust, xxx, multiple-PI
      Addressing Two Critical Gaps in Understanding the Impacts of Lead Exposure on the
      Global Burden of Disease: (a) Impacts on Cardiovascular Disease; (b) Exposures and
      Sources in Low and Middle-Income Countries


HONORS AND AWARDS:

| | |
|---|---|
| 1978-1982 | National Health Service Corps Scholarship |
| 1985-1988 | National Research Service Award |
| 1990-1992 | Agency for Toxic Substances and Disease Registry Clinical Environmental Medicine Award |
| 1994 | Will Solimene Award of Excellence, American Medical Writers Association, for: Chivian E, McCally M, Hu H, Haines H, eds. *Critical Condition: Human Health and the Environment*. Cambridge: The MIT Press, 1993. |
| 1997 | Alice Hamilton Lecturer, University of California at San Francisco |
| 1998 | First Prize for Best Infant Nutrition Research, Instituto Danone, Mexico (for González-Cossío T, Peterson KE, Sanín L, Fishbein SE, Palazuelos E, Aro A, Hernández-Avila M, Hu H. "Decrease in birth weight in relation to maternal bone lead burden." Published in *Pediatrics*) |
| 1999 | National Institute for Environmental Health Sciences "Progress and Achievement of the Year Award", 1998-1999 |
| 1999 | True Memorial Lecturer, Maine Medical Center, Portland ME. |
| 2000-2001 | Faculty Sabbatical Award, Harvard School of Public Health |
| 2000-2001 | Senior Fulbright Scholar in India |
| 2001 | Hoopes Prize, Faculty Mentorship (for Senior Thesis of Charles Lin, "More than Black and White: Lead Poisoning as an Environmental Justice Issue in Boston") |
| 2003 | Best Paper in Preventive Medicine by a Medical Student (for Senior Thesis of Vanitha Janakiraman; Janakiraman V, Hu H, Mercado-Garcia A, Hernandez-Avila M. A randomized crossover trial of nocturnal calcium supplements to suppress bone resorption |

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                          10

|      | during pregnancy.  Am J Prev Med 2003;24:260-4.). American College of Preventive Medicine, Ulrich and Ruth Frank Foundation for International Health. |
|------|------|
| 2004 | Das Travel Grant Award, The South Asia Initiative, Harvard University (for Travel in India) |
| 2005 | Adolph G. Kammer Merit in Authorship Award, the American College of Occupational and Environmental Medicine (for Rhodes D, Spiro A, Aro A, Hu H "Relationship of Bone and Blood Lead Levels to Psychiatric Symptoms: The Normative Aging Study", Published in the *Journal of Occupational and Environmental Medicine*) |
| 2006 | Teacher of the Year Award, Occupational/Environmental Medicine Residents, Harvard School of Public Health |
| 2006 | Harriett Hardy Award, the New England College of Occupational and Environmental Medicine |
| 2009 | Linus Pauling Award for Lifetime Achievements, American College for the Advancement of Medicine |
| 2011 | Award for Excellence, American Public Health Association |
| 2015 | John R. Goldsmith Award for Outstanding Contributions to Environmental Epidemiology, International Society for Environmental Epidemiology |
| 2016 | Election to Fellowship, Canadian Academy of Health Sciences |

## MEMBERSHIPS IN PROFESSIONAL SOCIETIES

Memberships

| 1981-     | American Public Health Association (APHA) |
|-----------|------|
| 1982-2006 | Massachusetts Coalition for Occupational Safety and Health |
| 1983-1989 | American College of Physicians |
| 1985-     | Physicians for Social Responsibility |
| 1987-     | Physicians for Human Rights |
| 1990-     | International Society for Environmental Epidemiology (ISEE) |
| 1990-2000 | American Association for the Advancement of Science |
| 1990-2006 | Association of Occupational and Environmental Clinics (AOEC) |
| 1991-     | International Physicians for the Prevention of Nuclear War (IPPNW) |
| 1994-1996 | Society for Occupational and Environmental Health (SOEH) |
| 2000-2012 | American College of Occupational and Environmental Medicine (ACOEM) |
| 2009-2012 | Society of Toxicology |
| 2012-     | Canadian Public Health Association (CPHA) |
| 2020-     | Washington State Medical Association |

Committee Assignments

| 1981-1982 | Program Committee, Occupational Safety and Health Section, APHA |
|-----------|------|
| 1987-1988 | Program Committee, Asian-American Caucus, APHA |
| 1992-1998 | Membership Committee, ISEE |

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                        11

1995-1998 Quality Assurance Committee, AOEC
1997-1998 Program Committee, 1998 Superfund Basic Research Program, Annual National Meeting
2001-2006 Program Committee, New England College of Occupational and Environmental Medicine
          Annual Meetings


EDITORIAL POSITIONS AND BOARDS:

1977-1982 Einstein Community Health Newsletter
1988-1992 Bookreview Co-Editor, Section on Occupational Safety and Health, Am Public Health
          Assoc.
1993-     Journal of Health and Human Rights
1998-     Environmental Health Perspectives (Founding Medical Editor, 1998-2004; Associated
          Editor, 2004- )
2004-     American Journal of Industrial Medicine
2007-2009 Faculty of 1000 Medicine
2017-     Current Environmental Health Reports
2017-     Faculty of 1000 Medicine


PEER REVIEW SERVICE

American Journal of Epidemiology
American Journal of Industrial Medicine
Archives of Environmental and Occupational Health
Biomed Central
Circulation
Environmental Health
Environmental Health Perspectives
Environment International
Environmental Research
Epidemiology
Indian Journal of Medical Research
Journal of Health and Human Rights
Journal of the American Medical Association
Kidney International
Lancet
New England Journal of Medicine
Pediatrics
PLOS One
Science of the Total Environment


TEACHING:
CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                          12


1. LOCAL CONTRIBUTIONS (at the Harvard School of Public Health, 1985-2006)

| | |
|---|---|
| 1985- | "Toxicology of the Kidney and Urinary Tract"<br>Guest Lecturer for TOX204a,b |
| 1988- | "Occupational Health"<br>Guest Lecturer for EH201a,b |
| 1989-1992 | "Lead Toxicology"<br>Guest Lecturer for TOX204a,b |
| 1990- | <u>Grand Rounds in Occupational/Environmental Medicine</u><br>Director |
| 1990-2000 | <u>Introduction to Occupational and Environmental Medicine (EH232c,d)</u><br>Course director, lecturer |
| 1990- | "The Epidemiology of Lead Exposure, Dose, and Toxicity"<br>Guest Lecturer for EPE215c,d and EPE215t |
| 1990- | "Solvent toxicity"<br>Fundamentals of Industrial Hygiene, Continuing Education Department |
| 1992 | "Current Research on Lead", Metals Epidemiology Research Group Seminar<br>Presenter |
| 1992 | "Lead Poisoning Without a Known Source in a Hyperthyroid Patient"<br>Case discussant, Grand Rounds in Occupational and Environmental Medicine |
| 1992- | "Biological Markers of Lead Dose"<br>Guest Lecturer, EHE280c,d |
| 1994- | "Screening for Lead Toxicity"<br>Guest lecturer, EPI227d |
| 1994- | "Lead Exposure and Biological Monitoring"<br>Guest Lecturer, ID263b |
| 1994- | "Case Study: Lead"<br>Guest Lecturer and Case Discussant, EH202d |
| 1996- | <u>Introduction to Environmental Health (EH201b)</u><br>Course director and lecturer |
| 1997- | <u>Human Health and Global Environment Change (EH278a,b)</u><br>Course Co-developer, Co-director, and lecturer |

<u>Hospital courses and Invited Teaching Presentations (Harvard-affiliated Hospitals)</u>

| | |
|---|---|
| 1990 | Guest Lecturer on Occupational Medicine<br>Residency Program, Department of Medicine, Brigham and Women's Hospital |
| 1994 | Speaker, Grand Rounds; "Is Lead a Ticking Time Bomb?"<br>Department of Obstetrics and Gynecology, Brigham and Women's Hospital |
| 1994 | Speaker, Grand Rounds; "Is Lead a Ticking Time Bomb?"<br>Department of Medicine, Brockton V.A. Hospital |
| 1994 | Speaker, Symposium on Preventive Medicine and Clinical Epidemiology,; "Is Lead a Ticking Time Bomb"; Brigham and Women's Hospital |
| 1995 | Discussant, "Multiple Chemical Sensitivity", Occupational/Environmental Medicine |

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                  13

|      |      |
|------|------|
| | Grand Rounds, Occupational Health Program, Harvard School of Public Health |
| 1996 | Guest lecturer, "Lead Toxicity as a Paradigm for a Regional and Global Health Hazard", Environmental Health Student Group, Holmes Society, Harvard Medical School |
| 1997 | Speaker, "Mobilization of maternal bone lead as a hazard to the fetus", Grand Rounds, Dept. of Neonatology, Beth Israel Hospital, Boston, MA |
| 2000 | Guest lecturer, "Update on Lead Toxicity Research", Program in Pediatric Toxicology, Children's Hospital |
| 2000 | Discussant, "Adult Lead Toxicity", Weekly Case Round, Department of Medicine, Brigham and Women's Hospital, Boston. |
| 2000 | Lecturer, "Update on Lead Toxicity, Hypertension, and Chronic Renal Failure", Renal Rounds, Division of Nephrology, Department of Medicine, Brigham and Women's Hospital, Boston. |
| 2002 | Lecturer, "Maternal Bone Lead as a Threat to Fetal Development", Program in Neonatology, Beth Israel-Deaconness Hospital, Boston, MA |

Doctoral student committees
Chair and member:

| Dr. Rokho Kim | Dr.P.H. Occupational Health and Epidemiology, '96 |
| Dr. Yawen Cheng | Sc.D. Epidemiology, '98 |
| Dr. Sharon Tsaih | Sc.D. Epidemiology, '99 |
| Dr. Hung Yi Chuang | Sc.D. Occupational Health, '99 |
| Dr. Adrienne Ettinger | Sc.D. Environmental Health, '03 |
| Dr. Florence Wang | Sc.D. Environmental Health, '05 |
| Dr. Sung K. Park | Sc.D. Environmental Health, '05 |
| Dr. Pradeep Rajan, | Sc.D. Occupational Health, '06 |

Member/Advisor:

| Dr. How Ran Guo | Sc.D. Occupational Health, '94 |
| Dr. Joshua Cohen | Sc.D. Health Policy and Management, '94 |
| Dr. Jane Hoppin | Sc.D. Environmental Health, '95 |
| Dr. Salma Elreedy | Sc.D. Environmental Health, '97 |
| Dr. Mary Jean Brown | Sc.D. Maternal and Child Health, '00 |
| Dr. Brisa Sanchez | Sc.D. Biostatistics, '06 |
| Dr. Ami Zota | Sc.D. Environmental Health, '07 |
| Dr. Ananya Roy | Sc.D. Environmental Health, '08 |
| Dr. Elissa Wilker | Sc.D. Environmental Health, '09 |

Post-doctoral fellow mentor:
Dr. Marinelle Payton (Channing Lab), Dr. Susan Korrick (Channing Lab), Dr. Rokho Kim (Channing Lab), Dr. Viji Potula (HSPH Research Fellow), Dr. Barbara Nowak (Visiting Scientist from Silesian University School of Medicine, Poland), Dr. Robert Wright (Channing Lab), Dr. Ming Tsuang Wu (HSPH Research Fellow), Dr. Yawen Cheng (Channing Lab), Dr. Geeta Mathur (neonatology fellow at the Brigham and Women's Hospital), Dr. Sri Hari Bojja (HSPH Research
CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                      14

Fellow), Dr. Hae-Kwan Cheong (Visiting Scientist from Dongguk University School of Medicine, S. Korea), Dr. Sahar Elmarsafawy (HSPH Research Fellow), Dr. Jing Lu (Visiting Scientist from the Chinese Academy of Preventive Medicine), Dr. Dieter Affeln (Occ/Env Med Fellow), Dr. Ahmed Gomaa (Occ/Env Med Fellow), Dr. Chris Leffler (Occ/Env Med Fellow), Dr. Ronald Dykeman (Occ/Env Med Fellow), Dr. Uma Dhanabalan (Occ/Env Med Fellow), Dr. Hsien-Wen Hsu (Occ/Env Med Fellow), Dr. Betty Ann Cohen (Occ/Env Med Fellow), Dr. Arvin Chin (Occ/Env Med Fellow), Dr. Daniel Rhodes (Occ/Env Med Fellow), Dr. Richard Wittman (Occ/Env Med Fellow), Dr. Sun-Dong Lee (Visiting Scientist from Sangji University, Korea), Dr. Ronald Green (Occ/Env Med Fellow), Dr. Erma Lawson (Environmental Health Fellow), Dr. Marc Weisskopf (Environmental Health Fellow), Dr. Bridget Bagert (Occ/Env Med Fellow), Dr. John Jarrell (Visiting Scientist from University of Calgary), Dr. Jennifer Weuve (Environmental Health Fellow), Dr. Karen Chou (Visiting Scientist from Michigan State), Dr. Nitin Jain (Channing Laboratory Fellow), Dr. Adrienne Ettinger (Children's Center Scientist), Dr. Sam Myers (Fellow in Alternative and Complementary Medicine), Dr. Marcelo Targino (Occ/Env Med Fellow), Dr. Manish Arora (Post-doctoral fellow from University of Sydney), Dr. Huiling Nie (Post-doctoral fellow from McMaster University).

Other faculty mentorship:
Elizabeth Rubinstein (HMS Summer research), Alicia Marier (HMS Summer research), Vanitha Janakiraman (HMS Summer research), Young-Sook Lim (Harvard College Summer research), Charles Lin (Harvard College Senior thesis research), Ed Hsieh (Harvard College Summer research), Naveen Thomas (Emory University Medical School Senior thesis research). Shreekrishna Akilesh (Harvard Dental School summer research), Christine Pace (HMS Summer research)

Advisory and supervisory responsibilities
| | |
|---|---|
| 1985-1987 | Attending Physician, outpatient general medicine clinic, Boston City Hospital; weekly precepting for housestaff and medical students |
| 1990-2006 | Preceptor, Residency in Occupational and Environmental Medicine, Harvard School of Public Health at the Mass Respiratory Hospital |
| 1990-2006 | Advisor to general M.P.H. students, Harvard School of Public Health. |

2. LOCAL CONTRIBUTIONS (at the University of Michigan, 2006-2012)

| | |
|---|---|
| 2006- | Principles of Environmental Health (EHS-500) |
| | Course director and lecturer |
| 2006- | Environmental Epidemiology (EHS-608) |
| | Guest lecturer on birth cohorts and environmental epidemiology |
| 2006- | Occupational and Environmental Disease (EHS-501) |
| | Guest lecturer on metals exposure and health effects; Course Director (2009-) |
| 2007- | Metals Exposure, Biomarkers and Toxicity: A Multi-disciplinary Environmental Epidemiology Approach (EHS-698 reading course) |
| | Course director and lecturer |
| 2008-2009, | Topics in Environmental Health Sciences (EHS-688) |
| 2010-2011 | Course director and lecturer |
| 2009 | Occupational and Environmental Disease (EHS-501) |

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                          15

| 2009- | Course director and lecturer<br>On-line (Long-distance Foundations in Public Health Certificate Program): Principles of Environmental Health (EHS-500-801) |
| 2009 | Course director and lecturer<br>Introduction to Public Health (HMP-200) |
| 2009- | Guest lecturer on environmental health<br>Seminars in Aging and Public Health (EPID 813) |
| 2011 | Course director and lecturer<br>Seminar on Public Health in China (HMP-xxx)<br>Guest lecturer on "Environmental Health in China" |

Post-doctoral fellow mentor:
Dr. Sung Kyun Park (Environmental Health Sciences Fellow, now Research Assistant Professor), Dr. Brisa Sanchez (Biostats Research Assistant Professor, now Assistant Professor), Dr. Richard Pilsner (Robert Wood Johnson Health & Society Fellow), Dr. Aimin Zhang (Environmental Health Sciences Fellow, Toxicology Training Grant), Dr. Ananya Roy (Environmental Health Sciences Fellow), Dr. David Cantonwine (Reproductive Sciences Fellow).

Doctoral Student Advisor (principal)

| David Cantonwine | Ph.D. | Environmental Health Sciences (2009) |
| Myriam Afeiche | Ph.D. | Environmental Health Sciences (co-mentor with Karen Peterson; 2010) |
| Yoon-Hyeong Choi | Ph.D. | Environmental Health Sciences (co-mentor with Sung Kyun Park; 2011) |
| Katie F. Bush | Ph.D. | Environmental Health Sciences (co-mentor with Marie O'Neill; 2011) |
| Kelly Bakulski | Ph.D. | Environmental Health Sciences (2012) |
| Gamola Fortenberry | Ph.D. | Environmental Health Sciences (co-mentor with John Meeker; 2013) |
| Siying Huang | Ph.D. | Environmental Health Sciences (2013) |
| Deena Thomas | Ph.D. | Environmental Health Sciences (2014) |
| Rebecca Tutino | Ph.D. | Environmental Health Sciences (2015) |
| Zishaan Farooqui | Ph.D. | MD-PhD Medical Scientist Training Program (2015) |

Masters Student Thesis Advisor
Bradley Lampe (OEE), Troy Meissner (OEE), Pheba Alexander (OEE), Brian Davis (OEE & HBHE), Aaron Leftwich (OJOC program), Suengwon Lee (Nutrition), Allen Zhong (OEE), Graham Newman (OEE), Jacqueline Barkoski (OEE)

Undergraduate Thesis Advisor
Lauren Schwartz (Neuroscience, LSA)

3. LOCAL CONTRIBUTIONS (at the University of Toronto, 2012-present)

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                          16

| | |
|---|---|
| 2012 | Determinants of Community Health (Faculty of Medicine) Guest lecturer on 'The Future of Medicine & Public Health in a Crowded, Diverse, Aging, Stratified, Urbanized, Polluted, Hot, Thirsty, Hungry, Debt-Ridden World". |
| 2012- | CHL5004H Introduction to Public Health Guest lecturer on "The Future of Public Health (and Your Role !) in a Hot, Flat, Crowded…and Diverse, Aging, Stratified, Urbanized, Polluted, Thirsty, Hungry, Debt-Ridden World". "What is Public Health?", "Climate Change and Health" |
| 2012- | CHL 5912F Industrial Toxicology. Guest lecturer on the "Toxicology of Metals". |
| 2013-2014 | Department of Family & Community Medicine "Building Blocks" (short course for International post-graduate primary care trainees); Guest lecturer on "Public Health & Primary Care" |
| 2013- | CHL5701H Doctoral Seminar, Collaborative Doctoral Program in Global Health Guest lecturer on 'The Challenges of Environmental Health in a Rapidly-Changing World, from the Molecular to the Global". |
| 2014 | JCR1000 "Interdisciplinary Approach to Global Challenges" Guest lecturer on "Global Environmental Health" |
| 2014- | PHS100H1 "Grand Opportunities in Global Health"; Guest lecturer on "Urban Environments" |
| 2015 | Public Health & Preventive Medicine Residency Rounds "Physicians, Climate, and other Global Environmental Changes: Our Role" |
| 2016 | CHL5004H Introduction to Public Health, Course Co-Director (with Professor Erica DiRuggierro) |
| 2016 | CHL 7001H F6 Environmental-Molecular Epidemiology, Course Co-Moderator (with Professor Morteza Bashash) |
| 2016 | CHL5701H Doctoral Seminar, Collaborative Doctoral Program in Global Health, Course Co-Director (with Professors Erica DiRuggierro and Abdallah Daar) |
| 2016 | Joint Seminar, "The Impact on Intelligence, Behaviour, and Society of Lead Exposure: A Case Study of a Global Pollutant and On-going Research"; Collaborative Program in Neurosciences and Collaborative Global Health Doctoral Program, University of Toronto |
| 2016 | CHL5420H "Global Health Research Methods" Guest lecturer on "The Early Life Exposures in Mexico to Environmental Toxicants Project (ELEMENT): A Global Health Collaboration Case Study" |

Masters student research advisor
Maelle Marchand

Doctoral student advisor
Adele Carty

Doctoral student thesis committee member
Laura Bogaert

Doctoral student thesis examination committee member

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                    17

       Claudie CY Wong (doctoral student in epidemiology, Jockey School of Public Health and Primary Care, Chinese University of Hong Kong)
       Zilong Zhang (doctoral student in epidemiology, Jockey School of Public Health and Primary Care, Chinese University of Hong Kong)

       <u>Post-doctoral fellow mentor</u>:
       Siying Huang, Ph.D.; Morteza Bashash, Ph.D.; Roman Pabayo, Sc.D. (Harvard School of Public Health); Tripler Pell, M.D., M.P.H.

4. LOCAL CONTRIBUTIONS (at the University of Washington, 2017-present)

       <u>Doctoral student thesis research mentor</u>
       Megan Suter

       <u>Doctoral student special projects advisor</u>
       Rachel Shaffer
       Joey Frostad
       Rebecca De Buen

5. <u>NIH K-grant mentorship:</u>

   Robert Wright, M.D., M.P.H. (K-23 ES000381, "*Neurochemical and Genetic Markers of Lead Toxicity*"), 2000-2005; Dr. Wright is now Prof of Pediatrics, Mt. Sinai School of Medicine
   Marc Weisskopf, Ph.D. (K-01 ES012653, "*New Biomarkers of Neurotoxicity*"), 2004-2009; Dr. Weisskopf is now Associate Prof of Occup Health, Harvard Sch Public Health
   Sung Kyun Park, Sc.D. (K-01 ES016587; "*Environment, Novel Aging Outcomes, and Genetics*"), 2009-2014; Dr. Park is now Assistant Prof, Department of Epidemiology, University of Michigan Sch Public Health
   Emily Somers, Ph.D. (K-01 ES019909; "*Immune Dysfunction Associated with Early Life Heavy Metals Exposure*"), 2011-2016; Dr. Somers is now Associate Prof, Division of Rheumatology, Department of Internal Medicine, University of Michigan Medical School


COMMITTEE, ORGANIZATIONAL, AND VOLUNTEER SERVICE

National/International

   1978-1982 Taskforce on Occupational and Environmental Health, Co-coordinator, Am Med Stu Assoc
   1989        Ad Hoc Study Committee, National Institute for Environmental Health Sciences Council
   1989-2006 Association of Occupational and Environmental Medicine Clinics (AOEC)-- (through the Northeast Specialty Hospital Center for Occupational and Environmental Medicine)
   1989-1990 Member, Relative Risk Reduction Strategies Committee, Science Advisory Board, U.S. Environmental Protection Agency
CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                          18

1989-1992 Member, Board of Directors, Physicians for Human Rights, Boston, MA
1991        National Institutes of Health, General Clinical Research Center Program, Site Visit Team
1992-2019 Member, National Advisory Committee, Physicians for Human Rights, Boston, MA
1992        Special Study Section member (R3/S1/B3), National Institutes of Health
1994        Ad Hoc Reviewer, National Institutes of Health, General Dental Research Center
            Program
1994-       Advisory Board, Institute for Energy and Environmental Research
1994-1996 Associate, Project on Global Environmental Change and Health, Physicians for Social
            Responsibility
1995        Ad Hoc Reviewer, National Institutes of Health, Diagnostic Radiology Study Section
1996-       Membor, Editorial Board, Health and Human Rights—an International Journal
1995-1998 Advisory Committee, Consortium for Environmental Education in Medicine, Cambridge,
            MA.
1996-1997 Reviewer, Agency for Toxic Substances and Disease Registry
1997-1998 Program Committee, Annual Mtg, NIEHS Superfund Basic Research Group Centers
1998-2013 (Founding) Medical Editor (1998-2004); Associated Medical Editor (2004- ),
            Environmental Health Perspectives (official journal of NIEHS)
2001        Ad Hoc Reviewer, National Institutes of Health, R-13 applications
2002-2006 External Advisory Committee, Program Project on Lead and Osteoporosis,
            University of Rochester
2003-2005 Member, Ad-Hoc Expert Panel to Form Medical Management Guidelines for
            Lead-Exposed Adults, (supported by NIOSH and AOEC)
2003-2009 Member, Working Group on Lead and Pregnancy, Advisory Committee on Childhood
            Lead Poisoning Prevention, U.S. Centers for Disease Control and Prevention
2004        Ad Hoc Reviewer, National Institutes of Health, K-23 applications
2004        Ad Hoc Reviewer, Draft of "Immunization Safety Review: Vaccines and Autism"
            Immunization Safety Review Committee, Institute of Medicine, National Academies of
            Science
2004        Finalist (one of 8), Search for Director, National Institute for Environmental Health
            Sciences, U.S. National Institutes of Health
2005        Member, Strategic Planning Conference, National Institute for Environmental Health
            Sciences, Research Triangle Park, NC
2006        Ad Hoc Reviewer, Draft of "Preterm Birth: Causes, Consequence, and Prevention"
            Committee on Understanding Premature Birth and Assuring Health Outcomes, Institute
            of Medicine, National Academies of Science
2006        Member, External Advisory Committee, NIEHS Center, University of Rochester
2007        Member, Ad Hoc Study Section, Special Emphasis Panel/Scientific Review Group
            2007/05 ZES1 JAB-C (DI) (NIEHS Discover Centers)
2007-2010 Member, Board on Population Health and Public Health Practice, Institute of Medicine,
            National Academies, Washington DC.
2007        Member, Ad Hoc Review Panel, Centers of Excellence Program, Swedish Council for
            Working Life and Social Research.
2007-2008 Member, Search Committee for Director of Extramural Research, NIEHS
2007        Special Consultant, Ad Hoc Study Section, Special Emphasis Panel/Scientific Review
CV: Howard Hu, M.D., M.P.H., Sc.D.

Group 2008/01 ZAR1 CHW-G (NIAMS Arthritis Centers)

2008     Report Reviewer, Draft National Research Council Report, "The National Children's Study Research Plan: A Review", National Academies

2008     Report Reviewer, Draft National Research Council Report, "Gulf War and Health: Updated Literature Review of Depleted Uranium", Institute of Medicine, National Academies

2008-2009 Data Safety Monitoring Board, "d-Penicillamine Chelation in lead-poisoned Children—A Phase II/III Trial" (R01FD003361; PI: Michael Shannon)

2008     Subcommittee to review Draft Report on Bisphenol A, Science Board, Food and Drug Administration

2008     Planning Committee, International Symposium on the Environmental and Health Consequences of Metal Mining and Smelting

2008-2009 Co-Chair, Planning Committee, "Climate Change Impacts on Public Health in India", Workshop that took place in Goa, India in Aug-Sept 2009 co-sponsored by UM Center for Global Health, the US Centers for Disease Control and Prevention and the Indian Council for Medical Research

2008     Finalist (one of 2), Search for Director, National Institute for Environmental Health Sciences, U.S. National Institutes of Health

2009-2012 Member, Board on Environmental Studies and Toxicology, National Research Council

2009     Reviewer, NIH Challenge Grants, Special Emphasis Panel/Scientific Review Group 2009/10 ZRG1 GGG-F

2009-2010 External Member, Academic Program Review Site Visit Committee, Department of Environmental and Occupational Health Sciences, University of Washington School of Public Health

2010-2012 Member, External Advisory Committee, University of Rochester NIEHS P30 Core Center

2010     Member, Ad-hoc review committee, National Health Research Institutes of Taiwan, Special Emphasis Panel—NHRI-Kaoshiung Medical College Program Project on ": "Gene Environment Interaction in the Genesis of Asthma and Allergic Diseases"

2010-2012 Member, Advisory Board, Institute of Public Health, Florida Agricultural & Mechanical University, Tallahassee, FL

2011     Reviewer, NIEHS Career Development Awards, Special Emphasis Panel/Scientific Review Group 2011/05 ZES1 LKB-J (K9)

2011-2016 Member, NIEHS National Advisory Environmental Health Sciences Council

2012     Member, Editorial Board, Journal of Alzheimer's Disease

2015     Member and External Reviewer, School of Population and Public Health Review Committee, University of British Columbia, Vancouver, B.C.

2016-     Chair, Board of Directors, Canadian Urban Environmental Health Research Consortium, (National Consortium based out of the Dalla Lana School of Public Health)

2017-     Member, Energy Research Committee, Health Effects Institute, Boston, MA

2017-2018 Executive Co-Chair, Workshop on the Global Burden of Disease-Pollution and Health Initiative, March 1-2, 2018, Institute for Health Metrics and Evaluation, Seattle, WA

2017-     Executive Co-Leader, Global Burden of Disease-Pollution and Health Initiative

2019-     Member, Research Advisory Committee, Centre of Environmental Health, The Public

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                          20

|      |      |
|------|------|
|      | Health Foundation of India and the Tata Institute of Social Sciences, New Delhi, India |
| 2019 | Reviewer, draft report on trace metals levels in pregnancy women, Agency for Toxic Substances and Disease Registry, Centers for Disease Control and Prevention, Atlanta |
| 2019 | Reviewer, draft report on Concentration-Response Functions between Lead Exposure and Adverse Health Outcomes for Use in Benefits Analysis: Cardiovascular-Disease Related Mortality", EPA National Center for Environmental Economics Office of Policy |
| 2019- | Member, Advisory Council, Physicians for Human Rights, New York, NY |
| 2019 | Reviewer, Special Emphasis Panel/Scientific Review Group 2020/01 ZES1 LAT-S (K9) Applications, Center for Scientific Review, U.S. National Institutes of Health |
| 2019- | Member, Board of Advisors Taskforce, Marilyn Brachman Hoffman Foundation, Dallas, TX |
| 2020- | Member, External Advisory Committee, New York University/NIEHS Environmental Health Core Sciences Centter, New York, NY |
| 2020- | Member, NIEHS DR2 Work Group SARS-CoV-2/COVID-19 Environmental Health Research Needs Panel. |

Regional

|           |      |
|-----------|------|
| 1988-1990 | Health Facilities Appeals Board, Member, Dept. Public Health, Comm. Of Mass. |
| 1988-2006 | Advisory Board, Massachusetts Department of Public Health, Sentinel Event Notification System for Occupational Risks (SENSOR) Project |
| 1989-1995 | Advisory Board, Massachusetts Division of Occupational Hygiene, Lead Registry Project |
| 1990-1992 | Board of Directors, Member, Health Care for All, Boston, Massachussetts |
| 1993-1995 | Faculty Council, Member, Harvard School of Public Health |
| 1995-2006 | Faculty Advisory Committee, Public Health Practice Program, Harvard School of Public Health |
| 1996-2006 | Advisory Board, Boston VA Environmental Hazards Center, Boston |
| 1997-2001 | Faculty Steering Committee, Center for Children's Health, Harvard School of Public Health |
| 1996-2006 | Senior Epidemiology Consultant, Massachusetts Veterans Epidemiology Research and Information Center, Boston. |
| 1996-2006 | Associate, Center for Health and the Global Environment, Harvard Medical School |
| 1997-2002 | Faculty Advisory Committee on Continuing Professional Education, Harvard School of Public Health |
| 1998-2006 | Faculty Steering Committee, Masters of Public Health program, Harvard School of Public Health |
| 2001-2003 | Board of Directors, New England College of Occupational and Environmental Medicine |
| 2001-2006 | Associate Director, Harvard NIEHS Environmental Sciences Center, Harvard School of Public Health |
| 2001-2006 | Senior Advisory Council Member, Lowell Center for Sustainable Production, University of Massachusetts, Lowell, MA |
| 2003-2006 | Member, Human Subjects Committee, Harvard School of Public Health |
| 2003-2006 | Advisory Committee, Occupational Health Services Research Program, Harvard School |

CV: Howard Hu, M.D., M.P.H., Sc.D.

|  | of Public Health |
|---|---|
| 2006 | Study Section Review Committee, Pilot Project Program, Graham Environmental Sustainability Institute, School of Natural Resources and Environment, University of Michigan |
| 2006-2007 | Chair, Planning Committee, Health Sector, May 8-10, 2007 National Summit on Coping with Climate Change, University of Michigan |
| 2007-2009 | Member, Advisory Committee, SPH Practice Committee, University of Michigan School of Public Health |
| 2007-2012 | Member, Residency Advisory Committee, General Preventive Medicine Residency, University of Michigan School of Public Health |
| 2008-2009 | Member, Steering Committee, NIA T32 Training Grant on Aging Research (PI: Mary Haan), University of Michigan School of Public Health |
| 2008-2013 | Member, Advisory Committee, Outstanding New Environmental Scientist Awardee (Marie O'Neill), NIEHS |
| 2008-2009 | Member, Search Committee for Director of the Risk Science Center, University of Michigan School of Public Health |
| 2009 | Co-Chair, Planning Committee, Workshop on Predicting and Preventing Climate Change Impacts on Public Health, Goa, India (Collaboration with the UM Center for Global Health, the US Centers for Disease Control and Prevention, and the Indian Council for Medical Research) |
| 2009-2011 | Director and PI, NIA T32 Training Grant on Aging Research, University of Michigan School of Public Health |
| 2009-2010 | Member, Planning Committee, University Research Corridor (U of M, Michigan State, Wayne State) symposium on environmental health sciences in January 2010 |
| 2009-2012 | Faculty Associate, Center for Global Health, University of Michigan |
| 2009-2012 | Member, Internal Advisory Board, Cancer Epidemiology Education in Special Populations Program, University of Michigan School of Public Health |
| 2009-2011 | Chair, Steering Committee on Global Health, University of Michigan School of Public Health |
| 2010-2012 | Member, Executive Committee, Graham Environmental Sustainability Institute, University Of Michigan |
| 2010-2012 | Member, Committee on Diversity, University of Michigan School of Public Health |
| 2012-2017 | Chair, Executive Committee, Dalla Lana School of Public Health, University of Toronto |
| 2012-2017 | Chair, Tenure Committee, Dalla Lana School of Public Health, University of Toronto |
| 2012-2017 | Chair, Decanal Promotions Committee, Dalla Lana School of Public Health, University of Toronto |
| 2012-2017 | Chair, Executive Advisory Committee, Institute for Global Health Equity & Innovation, Dalla Lana School of Public Health, University of Toronto |
| 2013-2015 | Interim Director, Institute for Global Health Equity & Innovation, Dalla Lana School of Public Health, University of Toronto |
| 2013-2014 | Co-Chair, Research Committee, Dalla Lana School of Public Health, University of Toronto |
| 2014-2017 | Chair, Executive Advisory Committee, Institute for Health Policy Management and Evaluation, University of Toronto |

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                          22

| 2014 | Chair, Ad-hoc Committee to create an Institute for Indigenous Health (based on a $10 million endowment gift made to DLSPH), Dalla Lana School of Public Health, University of Toronto; Chair, Executive Advisory Committee beginning 2015 |
| 2015-2017 | Chair, Executive Advisory Committee, Joint Centre for Bioethics, University of Toronto |
| 2015- | Chair (2015-2017); Member (2017-present), Taskforce on Environmental Health, Ministry of Health and Longterm Care, Province of Ontario |
| 2016-2017 | Chair, Executive Advisory Committee, Centre for Critical Qualitative Health Research, University of Toronto |
| 2017-2018 | Executive Co-Chair, Workshop on the Global Burden of Disease-Pollution and Health Initiative (a collaboration between the Global Alliance on Health and Pollution and the Institute for Health Metrics), Seattle, WA |

### Hospital

| 1982-1985 | Occupational Safety and Health Committee, Member, Boston City Hospital, Boston |
| 1983-1984 | House Officers Association, Treasurer, Boston City Hospital |
| 1984-1985 | House Officers Association, Co-President, Boston City Hospital |

## OTHER PUBLIC SERVICE

| 1987 | Member, Fact-finding tour on "The Health Effects of Massive Exposure to Tear Gas", Seoul, South Korea, July 11-18 (Sponsored by Physicians for Human Rights, American College of Physicians) |
| 1988 | Member, Fact-finding tour on "Chemical Weapons and the Iraqi Kurdish refugees", Turkey Oct 6-16 (Sponsored by Physician for Human Rights and the MacArthur Foundation) |
| 1990 | Leader, Fact-finding tour on "Health and Human Rights in Burma (Myanmar)", Thailand-Burma Dec. 26-Jan 6 (Sponsored by Physician for Human Rights and the MacArthur Foundation) |
| 2009 | Consultant and senior advisor, Fact-finding tour on "Mining and Potential Exposures and Health Effects in Guatemala", August 2009 (Sponsored by Physicians for Human Rights) |

## CONSULTING POSITIONS

| 1987-1989 | Consultant, "In-Vivo Total Body Lead Analysis by X-Ray Fluorescence", NIH/SBIR Grant 2R44ES03918-02 |
| 1988-1989 | Consultant, "Boston Area Health Coalition Demonstration Project", DHHS/MP000003-A1 |
| 1993-1995 | Consultant, Employee Health Services, Brigham and Women's Hospital |
| 1994 | Consultant, Public Welfare Foundation, Washington, DC (review of Environmental Programs) |
| 1997-2006 | Consultant, Pediatric Environmental Health Center, Children's Hospital, Boston, MA |

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                     23

2000        Consultant, Doris Duke Foundation, New York, NY (review of potential Environment and Medicine programs)
2009-2010 Consultant and Member, Academic Program Review Site Visit Committee, Department of Environmental and Occupationa Health Sciences, University of Washington School of Public Health, Seattle, WA
2011        Consultant, JPB Foundation, New York, NY (review of Environmental Health programs)
2014-2016 Advisor, Hearing Health Sciences, Ann Arbor MI and Amsterdam, Netherlands
2020        Consultant on Environment, Pollution and Health, United Nations Environment Programme, Nairobi, Kenya


VISITING PROFESSORSHIPS
1997        Alice Hamilton Visiting Professor, University of California at San Francisco
2000-2001 Visiting Professor, Sri Ramachandra Medical College & Research Institute, Chennai, India
2004        Visiting Professor, Department of Environmental Medicine, University of Rochester
2013        Visiting Professor, Shanghai Key Laboratory, Shanghai Jiao-Tung University


SEMINARS AND EXTRAMURAL INVITED PRESENTATIONS (last 15 years, since 2004; prior presentations upon request)

2004    Speaker, "New Frontiers in Understanding the Toxicity of Lead", Department of Environmental Medicine, University of Rochester, Rochester, NY.
2003    Presenter, "Lead Exposure During Pregnancy: Mobilization of Maternal Bone Lead Stores and Their Threat to the Fetus", Semi-annual meeting of the Childhood Lead Poisoning Prevention Branch, Centers for Disease Control and Prevention, Baltimore, MD
2004    Presenter, "Environmental Medicine", Annual meeting of the Editorial Board, *Environmental Health Perspectives*, Baltimore MD
2003    Plenary speaker, "Metals, Genes, and Neurodegeneration: the Approach of the Metals Epidemiology Research Group at the Harvard School of Public Health", National Institute for Environmental Health Sciences Conference on Neurodegeneration.
2004    Discussant, "Suspected Lead Toxicity" Grand Rounds in Occupational/Environmental Medicine, Harvard School of Public Health
2004    Discussant, "Mercury Exposure in a Metal Worker", Grand Rounds in Occupational/Environmental Medicine, Harvard School of Public Health
2004    Presenter, "Effects of Our Environment on Intellect, Behavior, Life and Death," Leadership Council meeting, Harvard School of Public Health
2004    Guest Speaker, "Biomarkers, Genes, Interactions and Lead: New Insights from Research on an Old Hazard", Department of Environmental Health, University of Michigan School of Public Health
2004    Guest Speaker, "Medicine, Public Health, and the Great American Melting Pot: A Second-Generation Chinese-American Reflects on His Personal Odyssey", Sponsored by
CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                     24

the Asian Student Association, Harvard School of Public Health

2004    Speaker, "Aging, the Environment and Genetics: Recent Insights from Epidemiologic Studies of Environmental Lead Exposure", Annual Leadership Retreat, National Institute for Environmental Health Sciences, Pinehurst, NC.

2004    Plenary Speaker, "Guidelines for the Management of Lead-Exposed Adults: Recommendations by a National Expert Panel Based on Recent Research", New England College of Occupational and Environmental Medicine Annual Meeting

2004    Lecturer, "Biomarkers, Genes, Interactions and Lead: New Insights from Research on an Old Hazard", Sri Ramachandra Medical College and Research Institute, Chennai, Tamil Nadu, India

2005    Lecturer, "Your Child's IQ, Behavior and Neuropathology: Genes or Environment?", the Harvard Club of Boston, Boston, MA

2005    Guest Speaker, "Metals, Neurodevelopment, and Neurodegeneration: The Work of the Metals Epidemiology Research Group at HSPH", Neurostatistics Working Group, Harvard School of Public Health, Boston, MA.

2005    Plenary Speaker, "Aging, the Environment and Genetics: Recent Insights from Epidemiologic Cohort Studies of Environmental Lead Exposure", NIEHS Symposium on Aging and the Environment, Duke University, Durham, NC.

2005    Plenary Speaker, "SPECT Imaging and Chemical Intolerance", NIEHS/NIAA symposium on "Chemical Intolerance and Addiction: a Shared Etiology?", Research Triangle Park, NC

2005    Workshop Presenter, "Social and Environmental Threats: the Unnecessary Epidemics", Harvard School of Public Health Leadership Council Annual Conference, Boston, MA

2005    Keynote Speaker, "Our Food, Our Water, Our Homes: Toxic Metals", The Boston Foundation, Boston, MA.

2006    Invited Speaker (invited by David Schwartz, NIEHS Director), "Goal IV: Improve and Expand Community-Linked Research", Roundtable on Environmental Health Sciences, Research, and Medicine; Institute of Medicine, National Academy of Sciences, Wash DC.

2006    Speaker, "The Future of Environmental Health Sciences at the University of Michigan", Dean's Advisory Board, University of Michigan School of Public Health, Ann Arbor, MI

2006    Keynote Speaker and Harriett Hardy Annual Lecturer, "The 'E' in Occupational/ Environmental Medicine: the Present and the Future", New England College of Occupational Medicine Annual Meeting, New Bedford, MA

2007    Speaker, "The Future of Environmental Health Sciences at the University of Michigan", Meetings of the UMSPH Alumni Council and the EHS Emeritus Faculty, Ann Arbor, MI

2007    Moderator and Speaker, "The Normative Aging Study: Health Effects of Lead", Symposium on the Health Effects of Lead, 2007 Annual Meeting of the International Society for Environmental Epidemiology, Mexico City, Sept 8, 2007

2007    Guest Lecture, "Uncovering the Impact of the Environment on Disease: Big Opportunities for Physician-Scientists", Medical Scientist Training Program, University of Michigan Medical School

2007    Guest Lecture, "Industrialization, Pollution and Public Health in India: Can India Survive Modernization?", Osher Institute, Ann Arbor, MI

2007    Plenary Speaker, "Environmental Equity: Local and Global Challenges and the Balance Between Research and Advocacy", Michigan's Premier Public Health Conference,

CV: Howard Hu, M.D., M.P.H., Sc.D.

    October 16, 2007, Dearborn, MI

2007    Board Member Lecture, "Metals, Genes, Health and Human Rights: from the Molecular to the Global", Fall Meeting of the Board of Population Health and Public Health Practice, Institute of Medicine, National Academies of Science, Washington DC, Dec 13, 2007.

2008    Speaker, "MDs as Leaders for Change in Environmentalism", 2008 Annual Regional Political Leadership Institute, American Medical Student Association, University of Michigan Medical School, February 16, 2008

2008    Speaker, Grand Rounds, "The Impact of Environmental Pollutants on Disease: New Insights and Implications for Research and Medical Practice" Department of Medicine, University of Michigan Health System.

2008    Guest Lecture, "Emerging Insights into the Pervasive Influence of Environment Toxicants on Reproductive Outcomes and Offspring Development: Lead as a Case Study", Reproductive Sciences Program, University of Michigan

2008    Panelist, "Environmental Health in China", Public Health Grand Rounds, Division of Health Practice, University of Michigan School of Public Health

2008    Keynote Speaker, "Human Health and the Role of Water", Symposium on Water, Health & The Environment, Graham Environmental Sustainability Institute, University of Michigan

2008    Guest Speaker, "Lead Exposure and Toxicity: New Insights Using Molecular Epidemiology" Wadswoth Laboratories and SUNY-Albany

2008    Speaker: "Impact of Climate Change on Human Health: Vulnerability"  5th AKKA World Kannada Conference, Chicago IL

2008    Speaker, "The 'E' in Occupational/Environmental Medicine: the Present and the Future", Michigan Occupational/Environmental Medicine Annual Meeting, Mackinac Island, MI

2008    Speaker, "Impact of Climate Change on Human Health", University of Michigan Chapter of the American Medical Student Association, Ann Arbor, MI

2008    Speaker, "Early Life Origins of Adult Chronic Disease: Environmental Health and Toxicology at a Crossroads" Michigan Chapter fo the Society for Toxicology, Ann Arbor, MI

2009    Speaker, "Evidence for Lead as an Environmental Stressor of Alzheimer's Disease and the Role of Epigenetics", Symposium Panel, Annual Meeting of the Society for Toxicology, Baltimore, MD

2009    Keynote Speaker, "Lead, Late-Life and Early Life Effects, and the Emerging Field of Environmental Epigenetics: Looking Ahead", Annual Meeting of the American College for the Advancement of Medicine, San Diego, CA

2009    Speaker, "Lead Toxicity and Mechanistically-Oriented Molecular Epidemiology: Targeting the Epigenetics of Alzheimer's Disease", Seminar Series, Institute for Environmental Health Sciences, Wayne State University, Detroit, MI

2009    Speaker, "Climate Change Impacts on Health in the Developing World", Research Discussion Series, University of Michigan Center for Global Health

2009    Speaker, "Autism, Aggressive Behavior, Anxiety, and Alzheimer's: are Environmental Toxicants Playing a Major Etiologic Role?", Department of Psychology, University of Michigan

2009    Speaker, "Early Life Exposures and Endocrine Disruption: Evidence from Molecular Epidemiology", Pediatric Endocrine Seminar, University of Michigan Medical School

CV: Howard Hu                                                                                           26

2009    Distinguished Speaker, "Lead Toxicity: Twenty Years of Research On The Poison That Keeps on Poisoning" 10th Anniversary of the Department of Microbiology and Environmental Toxicology, University of California at Santa Cruz

2010    Speaker, "The Centers for Disease Control and Prevention & the Environmental Protection Agency: Potential Funding Opportunities for Regional Collaboration in Michigan", University Research Corridor Symposium on Environmental Health, Detroit, MI.

2010    Speaker, "The Future of Public Health", University of Washington School of Public Health

2010    Speaker, "The Environment Meets the Epigenome: Is This Where Autoimmunity Begins?" Symposium on Autoimmunity and Epigenetics, University of Michigan

2010    Keynote Speaker, "A New Twist to an Old Story: The Evidence for Early Life Lead Exposure as a Risk Factor for Alzheimer's Disease through Epigenetic Programming", NIEHS Environmental Health Sciences Center and Toxicology Training Program Retreat, University of Rochester, NY

2010    Speaker, "Lead Toxicity: Twenty Years of Research on The Poison That Keeps on Poisoning" and "Environmental Health Sciences at the University of Michigan", Tianjin Centers for Disease Control, Tianjin, China

2010    Speaker, "Pediatric Lead Toxicity", Xinhua Hospital and the Shanghai Jiao-Tung Medical University Department of Pediatrics, Shanghai, China

2010    Speaker, "Environmental Health Sciences at the University of Michigan", Fudan University, Shanghai, China

2010    Speaker, "Alzheimer's Disease, Epigenetics and the Environment", Symposium Update, Alzheimer's Disease Association, Ann Arbor, MI

2010    Speaker, "Environmental Justice, Progress (and the Lack Thereof) and the Role of Research", Roundtable on Environmental Health Sciences, Research and Medicine, Institute of Medicine, National Academies, Washington DC.

2010    Speaker, "White Coats, Population Science and Poison Gas: A Life Spent at the Intersection of Academic Medicine, Global Health & Human Rights", Robert Wood Johnson Clinical Fellows Program, University of Michigan Medical School, Ann Arbor, MI

2011    Speaker, "The Three Most Difficult Challenges to Molecular Epidemiologic Research on Gene-Environment Interactions: Lead Toxicity as a Case Study." Department of Human Genetics, University of Michigan Medical School, Ann Arbor, MI

2011    Speaker, "The Integration of Data on Environmental Carcinogens with Population and Genetic Resources", "Opportunities & Challenges for Translational Research on Cancer Prevention", Translational Cancer Prevention & Biomarkers Workshop, Mazamdur-Shaw Cancer Center, Bangalore, India.

2011    Speaker, "Success in the Academy", Faculty Panel, Students of Color of Rackham, Rackham Graduate School, University of Michigan

2011    Speaker, "White Coats, Population Science and Poison Gas: Fact-Finding Missions by Health Professionals for Human Rights" , Sujal Parikh Memorial Symposium, University of Michigan Medical School.

2011    Speaker, "The Analysis of Biomarker Data to Ascertain the Contribution of Environmental Exposures to the Etiology of Disease: Lead Exposure and Toxicity as a Case Study", Department of Computational Medicine and Bioinformatics, University of Michigan Medical School.

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                                        27

2012    Speaker, "Research and Analysis Linking Upstream and Downstream Disparities Work", Webinar hosted by the Health & Environmental Funders Network, Bethesda, MD, with 52 Foundations related Health.

2012    Keynote Speaker, "The Future of Public Health & Medicine in a Crowded, Diverse, Stratified, Hot, Urbanized, Polluted, Thirsty, Hungry and Debt-Ridden World".  E.J. Van Liere Memorial Convocation and Health Sciences Center Research Day, West Virginia University, Morgantown, West Virginia

2012    Plenary Speaker, "Transgenerational Impacts of Pollutants on Offspring: Recent Insights and Case Studies", Connaught Global Challenge International Symposium, University of Toronto.

2012    Speaker, "Environmental Impacts on Aging (+ an update on the Dalla Lana School of Public Health)", Community Medicine Rounds, University of Toronto

2012    Speaker, "The Environment & Public Health in a Research-Intensive University: Opportunities for Scholarship in a Crowded, Diverse, Stratified, Hot, Urbanized, Polluted, Thirsty, Hungry and Debt-Ridden World", School for the Environment, University of Toronto

2012    Speaker, "Big Public Health Challenges (& Opportunities) in a Crowded, Diverse, Aging, Stratified, Urbanized, Polluted, Hot, Thirsty, Hungry, Debt-Ridden World", External Advisory Meeting, Public Health Ontario, Toronto

2012    Speaker, "Canadian Public Health Schools (in a Crowded, Diverse, Aging, Stratified, Urbanized, Polluted, Hot, Thirsty, Hungry, Debt-Ridden World): The View from Toronto, External Advisory Board Meeting, Institute for Population and Public Health, Canadian Institutes for Health Research, Toronto

2012    Speaker, "Sustainable Development and Health: The Global Mining Industry", Canadian Society for International Health Annual Meeting, Ottawa

2012    Speaker, "Big Public Health Challenges (& Opportunities) in a Crowded, Diverse, Aging, Stratified, Urbanized, Polluted, Hot, Thirsty, Hungry, Debt-Ridden World", Xinhua Hospital/Shanghai Jiao-Tung University, Shanghai, China.

2012    Speaker, "The Impact of Population-Wide Lead Exposure and Gene-Lead Interactions on Chronic Disease", Genetic Grand Rounds, Sick Kids Hospital, Toronto.

2012    Speaker, "Looking behind the curtain: Lead Toxicity as a Case Study of Methodologic Challenges in Gene-Environment Interactions Research", Strategic Training in Advanced Genetic Epidemiology (STAGE), Dalla Lana School of Public Health, University of Toronto.

2012    Keynote speaker: "Public Health—the Next Frontier in Health Professions Education". Council of Health Sciences annual retreat, University of Toronto.

2013    Speaker, "White Coats, Population Science and Poison Gas: Lessons from a Life Spent at the Intersection of Academic Medicine, Global Health & Human Rights", Joint Center for Bioethics, University of Toronto

2013    Speaker, "Gauging environmental impact on the development of chronic inflammation", Connaught Global Challenge Workshop, University of Toronto.

2013    Speaker, "The Future of Public Health & Medicine in a Crowded, Diverse, Aging, Stratified, Urbanized, Polluted, Hot, Thirsty, Hungry, Debt-Ridden World", Grand Rounds, Department of Medicine, University of Toronto.

2013    Speaker, "Metals, Mega-trends, and Me: Reflections on Research and the Vision for the

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                              28

Dalla Lana SPH", Occupational and Environmental Medicine Grand Rounds, St. Michael's Hospital, Toronto, ON.

2013    Speaker, "Air pollution and Cardiovascular Disease: Health Impacts, Mechanisms, and Research Opportunities", UniversityofToronto & FMUSP-InCor SymposiumonCardiology, Sao Paolo, Brazil.

2013    Speaker: "Lead Exposure's Impact on Health and Policy: A History of Neglect and Missed Opportunities", Public Health Policy Rounds, CIHR Strategic Training Program in Public Health Policy, University of Toronto.

2013    Speaker: "Lead Toxicity: The Long Tail of Health Impacts (and On-going Research Opportunities!) From an Historical Environmental Air Pollutant", Southern Ontario Centre for Air Pollution and Aerosol Research, University of Toronto.

2013    Speaker: "Water and Sanitation", Water, Sanitation and Hygiene (WASH) Canada, Toronto, Ontario, Canada

2014    Speaker: "Conflict and Public Health", Ontario Medical Association, Toronto, Canada

2014    Panelist: "Judging Evidence: Finding a Place for Variation in an Evidence-Based World", Health Quality Ontario, Toronto, Canada

2014    Speaker: "The Grand Convergence: Creating Health in a Globalized World", Special meeting of the Canadian Chamber of Commerce in Shanghai

2014    Speaker: "The Grand Convergence: Creating Health in a Globalized World", Jockey School of Public Health and Primary Care, Chinese University of Hong Kong, Hong Kong, China

2015    Speaker: "The Grand Convergence: Creating Health in a Globalized World", School of Public Health and the ASEAN Institute, Mahidol University, Bangkok, Thailand

2015    Speaker: "Gene-environment Interactions and the Role of Big Data in Environmental Health" Seminar series, School of the Environment, University of Toronto, Toronto, Canada

2015    Speaker: "Global Health Security", Ill with Illness—Economic, Social & Security Barriers to the Provision of Global Health, Munk School of Global Affairs, University of Toronto, Toronto, Canada

2015    Speaker: "The Dalla Lana School of Public Health: Big Ideas and Initiatives for Creating Health in a Globalized World", Speaker Series, University of Toronto Alumni of Toronto.

2015    Speaker: "Unique Scientific Opportunities for the Precision Medicine Initiative National Research Cohort: Exposomics, Data Linkage, and Global Collaborations". Working group on President Obama's Precision Medicine Initiative (Chaired by Francis Collins, Director, NIH)

2015    Speaker: "What is the Role of Schools of Public Health in the 21st Century?" 50th Anniversary Celebration of the Department of Epidemiology, Biostatistics and Occupational Health, McGill University, Montreal, Quebec.

2015    Welcoming Address: "Global Public Health and Mental Health", Going Glo-cal for Mental Health conference, Centre for Addictions and Mental Health/Department of Psychiatry/Dalla Lana School of Public Health, Toronto, ON

2015    John Goldsmith Memorial Lecture: "Big Data, Environmental (and Social) Epidemiology, Power and Politics", Opening Plenary Session, International Society for Environmental Epidemiology Annual Meeting, Sao Paulo, Brazil

2015    Inaugural Speaker: "The Future of Public Health and Medicine in a Crowded and Complex World", Global Health Leadership Series, PSG Medical School & the Shanti Ashram Foundation, Coimbature, Tamil Nadu, India

CV: Howard Hu, M.D., M.P.H., Sc.D.

2016    Speaker "The Future of Public Health & Medicine in a Crowded, Diverse, Aging, Stratified, Urbanized, Polluted, Hot, Thirsty, Hungry, Debt-Ridden World", Indian Institutes of Public Health—Hyderabad, Hyderabad, India

2016    Speaker "Integration of Public Health & Health Care: The Unmet Agenda for a Truly Sustainable Health System", Board of Directors Retreat, Toronto East General Hospital, Toronto

2016    Plenary speaker: "Health Promotion, Prevention and Health Protection: Innovative Initiatives", 6th Asia-Pacific Conference on Public Health | 1st ASEAN Health Promotion Conference Bangkok, August

2016    Speaker: "Big Data, Environmental (and Social) Epidemiology, Power and Politics", Mount Sinai School of Medicine, New York, NY

2016    Plenary Speaker: "The Impact of Environmental Toxicants on Health: Recent Epidemiologic Approaches & Advances", International College of Integrative Medicine Annual Meeting, Toronto, ON

2016    Plenary Speaker: "Big Data and Implications for Environmental Health", 15th Anniversary Conference, Jockey Club School of Public Health & Primary Care, Chinese University of Hong Kong, Hong Kong

2016    Plenary Speaker: "Innovations in Assessing Lead Poisoning and Child Health: Policy & Clinical Implications", Chinese University of Hong Kong-Fudan-Oxford International Symposium on Health Impacts of Environmental Exposures", Hong Kong

2016    Speaker: "Addressing a Changing Environment (and Impacts on Health, AKA Can India Survive Modernization?", Indian Institutes of Technology Alumni, Canada, International Conference 2016, Toronto.

2016    Plenary Speaker, "Hidradenitis Suppurativa: Research Directions from a Population Health Perspective", Symposium on Hidradenitis Suppurativa Advances, Toronto.

2016    Plenary Speaker, "Children's Environmental Health", The 2016 Annual National Conference on Children's Healthcare, Shanghai, China

2016    Special Guest Speaker, "Big Data, Environmental (and Social) Epidemiology, Power and Politics", Shanghai Municipal Center for Disease Control, Shanghai, China

2016    Lecturer, "Lead and Human Health: Recent Research and Associated Lessons for Science & Policy", Fudan University School of Public Health, Shanghai, China

2017    Lecturer, "The Impact of Environmental Toxicants on Health: Recent Epidemiologic Approaches & Advances", Saw Swee Hock School of Public Health, National University of Singapore, Singapore

2017    Lecturer, "The Future of Academic Public Health", Saw Swee Hock School of Public Health, National University of Singapore, Singapore

2017    Lecturer, "Recent Advances in Understanding, Preventing, and Reversing the Impact of Environmental Factors on Health", Society of Chinese Bioscientists in America, Li Ka Shing Knowledge Institute, St. Michael's Hospital, Toronto, ON

2017    Lecturer, "Environmental Epidemiology in the Era of Exposomics, Lifecourse Epidemiology, Big Data and Big Science", Department of Environmental Health, Harvard School of Public Health, Boston, MA

2017    Speaker, "The Role of a Re-emergent Canadian School of Public Health in a Hot, Hungry, Polluted, Aging, Polarized World Prone to Pandemics, Chronic Disease, and Unsustainable

Health Systems", Royal Canadian Institute for Science, Toronto, ON

2017    Speaker, "The Early Life Exposures in Mexico to Environmental Toxicants (ELEMENT) Birth Cohort Study: Current Research on Fluoride and Neurodevelopment", Seminar Series in Environmental Epidemiology, University of Washington School of Public Health, Seattle, WA

2017    Plenary Speaker: "New realities arising from the extractive industries and agri-business: the Pollution and health perspective," Hong Kong Summit of Global Health Leaders.  University of Hong Kong, Hong Kong

2018    Plenary Speaker: "The GBD-Pollution and Health Initiative: Challenges & Opportunities", Workshop on the Global Burden of Disease-Pollution and Health Initiative, Institute for Health Metrics, University of Washington, Seattle, WA

2018    Guest Lecturer: "Partnerships, Local Responsiveness, National and Global Impacts", University of Iowa College of Public Health, Iowa City, IA

2018    Plenary Speaker: "Current Research on Fluoride and Neurodevelopment: The Early Life Exposures in Mexico to Environmental Toxicants (ELEMENT) Birth Cohort Study", Annual meeting of the International Academy of Oral Medicine and Toxicology, Denver, CO

2018    Speaker, "Recent Epidemiologic Research on Lead Toxicity: New Surprises regarding an Old Global Pollutant", Department of Environmental and Occupational Health Sciences Seminar Series, University of Washington School of Public Health, Seattle, WA

2018    Speaker: "The Early Life Exposures in Mexico to Environmental Toxicants (ELEMENT) Birth Cohort Study: Current Research on Fluoride and Neurodevelopment", Symposium on Fluoride research, Annual meeting of the International Society for Environmental Epidemiology/International Society for Exposure Science, Ottawa, ON

2018    Panelist, "The Fluoridation Decision: Considering the Evidence for Benefits, Possible Risks as well as Ethical World Views", Annual meeting of the International Society for Environmental Epidemiology/International Society for Exposure Science, Ottawa, ON

2018    Speaker: "Grand Opportunities", The UC-Irvine School of Population Health and the Samueli College of Health Sciences, Irvine, CA

2018    Speaker, "The Global Burden of Disease-Pollution and Health Initiative", Office of the Director and the Global Environmental Health Program, U.S. National Institute for Environmental Health Sciences, Research Triangle Park, NC

2019    Speaker, "Evaluating, treating and managing disabilities of patients with chemical intolerance", Symposium on Chemical Intolerance—A Way Forward, Marilyn Brachman Hoffman Foundation and the Hoffman Program on Chemicals and Health at the Harvard T.H. Chan School of Public Health, Dallas, TX

2019    Guest Lecturer: "The Global Burden of Disease-Pollution and Health Initiative", Center for Population Health Sciences, Stanford University, Palo Alto, CA

2019    Guest Lecturer: "Lead and Fluoride: Old and New Toxicant Issues and the Global Burden of Disease", British Columbia Centre for Disease Control, Vancouver, BC, Canada

2019    Guest Lecturer: "Lead and Fluoride: Old and New Toxicant Issues and the Global Burden of Disease", University of California, Davis, CA, USA

2019    Symposium Speaker, "A Framework for Adding Environmental Exposure-Outcome Pairs to the Global Burden of Disease: The Global Burden of Disease-Pollution and Health Initiative", 2019 Annual Meeting of the International Society for Environmental

Epidemiology, Utrecht, Netherlands
2019   Workshop speaker, "The Global Burden of Disease – Pollution and Health Initiative: Impacts on Human Capital", Air Pollution, Health and Human Capital Nexus in Chinese Cities Scoping Meeting, Institute of Urban Environments, Chinese Academy of Sciences, Xiamen, China
2019   Speaker, "Toxic Chemicals, Human Health, and Human Rights", A Human Right to Health: Pathways and Responses, Seattle University Law School, Seattle, WA
2020   Guest Lecturer: "The Herbert Wertheim School of Public Health at UC San Diego: Grand Opportunities."  Universitiy of California at San Diego, San Diego, CA


INVENTIONS/PATENTS: n/a


BIBLIOGRAPHY: (H-index, as of March, 2020, Google Scholar: 88; 39,899 citations)

NCBI : https://www.ncbi.nlm.nih.gov/myncbi/1vwnVYvgxfEAw/bibliography/public/

Peer-reviewed journals

1.  Hu H, Markowitz SB.  A case-study of industrial bladder cancer.  Einstein Quarterly Review of Biology and Medicine 1982;1:29-35.

2.  Hu H. Benzene and myelofibrosis. Annals of Internal Medicine 1987;106:171-172

3.  Hu H, Milder FL, Burger DE.  X-Ray Fluorescence: Issues surrounding the application of a new tool for measuring burden of lead. Environmental Research 1989;49:295-317.

4.  Hu H, Fine J, Epstein P, Kelsey K, Reynolds P, Walker B.  Tear Gas: Harrassing agent or toxic chemical weapon?  JAMA 1989;262:660-663.

5.  Hu H, Cook-Deegan R, Shukri A.  The use of chemical weapons: Conducting an investigation using survey epidemiology. JAMA 1989;262:640-643.

6.  Hu H, Tosteson T, Aufderheide AC, Wittmers L, Burger DE, Milder FL, Schidlovsky G, Jones KW. Distribution of lead in human bone: I. Atomic absorption measurements.  Basic Life Sci 1990;55:267-274.

7.  Burger DE, Milder FL, Morsillo PR, Adams BB, Hu H.  Automated bone lead analysis by k-x-ray fluorescence for the clinical environment.  Basic Life Sci 1990;55:287-292.

8.  Schidlovsky G, Jones KW, Burger DE, Milder FL, Hu H.  Distribution of lead in human bone: II. Proton microprobe measurements. Basic Life Sci 1990;55:275-280.

CV: Howard Hu, M.D., M.P.H., Sc.D.

9. Jones KW, Schidlovsky G, Burger DE, Milder FL, Hu H.  Distribution of lead in human bone: III. Synchrotron x-ray microscope measurements. Basic Life Sci 1990;55:281-286.

10.  Hu H, Milder FL, Burger DE.  X-ray fluorescence measurements of lead burden in subjects with low-level community lead exposure.  Arch Environ Health 1990;45:335-341.

11. Hu H, Win KU, W, Arnison ND.  Burma: Health and human rights. Lancet 1991;337:1335.

12. Hu H.  A 50-year follow-up of childhood plumbism: hypertension, renal function, and hemoglobin levels among survivors. Am J Dis Child 1991;145:681-687.

13. Hu H.  Knowledge of diagnosis and reproductive history among survivors of childhood plumbism. Am J Publ Health 1991;81:1070-1072.

14. Hu H, Milder FL, Burger DE.  The use of K-X-Ray Fluorescence for measuring lead burden in epidemiological studies: high and low lead burdens and measurement uncertainty.  Environ Health Perspect 1991;94:107-110.

15. Hu H, Pepper L, Goldman R.  Effect of repeated occupational exposure to lead, cessation of exposure, and chelation on levels of lead in bone.  Am J Ind Med 1991;20:723-735.

16. Hu H.  Toxic weapons, epidemiology, and human rights.  Polit Politics and Life Sci 1992;February:3-4.

17. Hu H, Sparrow D, Weiss S.  Association of serum albumin with blood pressure in the Normative Aging Study. Am J Epidemiol 1992;136:1465-1473.

18. Hu H, Christiani D.  Reactive airways dysfunction after exposure to tear gas.  Lancet 1992;339:1535.

19. Hu H.  Physicians, IPPNW, and the Environment.  PSR Quarterly 1993;3:79-87.

20. White RF, Diamond R, Proctor S, Morey C, Hu H.  Residual cognitive deficits 50 years after lead poisoning during childhood.  Br J Industr Med 1993;50:613-622.

21. Hu H, Beckett L, Kelsey K, Christiani D.  The left-sided predominance of asbestos-related pleural disease.  Am Rev Resp Dis 1993;148:981-984.

22. Payton M, Hu H, Sparrow D, Young JB, Landsberg L, Weiss ST.  Relation between blood lead and urinary biogenic amines in community-exposed men.  Am J Epidemiol 1993;138:815-825.

23. Hu H, Kotha S.  Ethics and epidemiology: International Guidelines.  Polit Life Sci 1993;February:29-30.

CV: Howard Hu, M.D., M.P.H., Sc.D.

24. Goldman RH, White R, Kales SN, Hu H. Lead poisoning from mobilization of bone stores during thyrotoxicosis. Am J Industr Med 1994;25:417-424.

25. Bellinger D, Hu H, Titlebaum L, Needleman HL. Attentional correlates of dentin and bone lead levels in adolescents. Arch Environ Health 1994;49:98-105.

26. Watanabe H, Hu H, Rotnitzky A. Correlates of bone and blood lead levels in carpenters. Am J Industr Med 1994;26:255-264.

27. Hu, H. Decision-making in human health impact assessments: a clinician's perspective. Environ Impact Assess Rev 1994;14:439-450.

28. Hu H, Watanabe H, Payton M, Korrick S, Rotnitzky A. The relationship between bone lead and hemoglobin. JAMA 1994;272:1512-1517.

29. Payton M, Hu H, Sparrow D, Weiss ST. Low-level lead exposure and renal function in the Normative Aging Study. Am J Epidemiol 1994;140:821-829.

30. Aro ACA, Todd AC, Amarasiriwardena C, Hu H. Improvements in the calibration of [109]Cd K x-ray fluorescence systems for measuring bone lead *in vivo*. Phys Med Biol 1994;39:2263-2271.

31. Guo H-R, Chiang H-S, Hu H, Lipsitz SR, Monson RR. Arsenic in drinking water and urinary cancers: a preliminary report. Environ Geochem Health 1994;s16:119-128.

32. Hoppin JA, Aro ACA, Williams PL, Hu H, Ryan PB. Validation of K-xrf bone lead measurements in young adults. Environ Health Perspect 1995;103:78-83.

33. Smith CM, Wang X, Hu H, Kelsey KT. A polymorphism in the δ-Aminolevulinic acid dehydratase gene may modify the pharmacokinetics and toxicity of lead. Environ Health Perspect 1995;103:248-253.

34. Hu H, Aro A, Rotnitzky A. Bone lead measured by X-ray fluorescence: Epidemiological methods. Environ Health Perspect 1995;103(Suppl 1):105-110.

35. Kim R, Aro A, Rotnitzky A, Amarasiriwadena C, Hu H. K x-ray fluorescence measurements of bone lead concentration: the analysis of low-level data. Phys Med Biol 1995;40:1475-1485.

36. Kim R, Hu H, Rotnitzky A, Bellinger D, Needleman H. A longitudinal study of chronic lead exposure and physical growth in Boston children. Environ Health Perspect 1995;103:952-957.

37. Hu H, Kotha S, Brennan T. The role of nutrition in mitigating environmental insults: policy and ethical issues. Environ Health Perspect 1995;103(Suppl 6):185-190.

38. Smith CM, Hu H, Wang X, Kelsey K. Delta-aminolevulinic acid dehydratase genotype is not

associated with hematocrit or hemoglobin levels among construction trade workers exposed to low levels of lead.  Medicine Lavoro 1995;86:229-235.

39.  Makhijani A, Hu H, Yih K.  Nuclear wastelands: Nuclear weapons production worldwide and its environmental and health effects.  Med Global Surv 1995;2:26-34.

40.  Potula V, Hu H.  Occupational and lifestyle determinants of blood lead levels among men in Madras, India.  Int J Occup Environ Health 1996;2:1-4.

41.  Hu H, Hashimoto D, Besser M.  Levels of lead in blood and bone of women giving birth in a Boston hospital.  Arch Environ Health 1996;51:52-58.

42.  Hu H, Aro A, Payton M, Korrick S, Sparrow D, Weiss ST, Rotnitzky A.  The relationship of bone and blood lead to hypertension: The Normative Aging Study. JAMA 1996;275:1171-1176.

43.  Kim R, Rotnitzky A, Sparrow D, Weiss ST, Wager C, Hu H.  A longitudinal study of low-level lead exposure and impairment of renal function: The Normative Aging Study.  JAMA 1996;275:1177-1181.

44.  Proctor SP, Rotnitzky A, Sparrow D, Weiss ST, Hu H.  The relationship of blood lead and dietary calcium to blood pressure in the Normative Aging Study.  International Journal of Epidemiology 1996;25:528-536.

45.  Kim R, Hu H, Rotnitzky A, Bellinger D, Needleman H.  Longitudinal relationship between dentin lead levels in childhood and bone lead levels in young adulthood.  Arch Environ Health 1996;51:375-382.

46.  Hu H, Payton M, Korrick S, Aro A, Sparrow D, Weiss ST, Rotnitzky A.  Determinants of bone and blood lead levels among community-exposed middle-aged to elderly men: the Normative Aging Study. Am J Epidemiol  1996;144:749-759.

47.  Hernandez-Avila M, Gonzalez-Cossio T, Palazuelos E, Romieu I, Aro A, Fishbein E, Peterson K, Hu H.  Dietary and environmental determinants of blood and bone lead levels in lactating postpartum women living in Mexico City.  Environ Health Perspect 1996;104:1076-1082.

48.  Potula V, Hu H.  Relationship of hemoglobin to occupational exposure to motor vehicle exhaust. Tox Industr Health 1996;12:629-637.

49.  Kim R, Hu H, Sparrow D, Weiss S.  The relationship between low-level lead exposure and uric acid concentration in the serum: the Normative Aging Study.  Korean J Occup Med 1996;8:490-498.

50.  Guo H-R, Chiang H-S, Hu H, Lipsitz SR, Monson RR.  Arsenic in drinking water and incidence of urinary cancers.  Epidemiology 1997;8:545-550.

CV: Howard Hu, M.D., M.P.H., Sc.D.

51.  Kim R, Landrigan C, Mossman P, Sparrow D, Hu H.  Age and secular trends in bone lead levels in middle-aged and elderly men: three-year longitudinal follow-up in the Normative Aging Study. Am J Epidem 1997;146:586-591.

52.  Hoppin JA, Aro A, Hu H, Ryan PB.  In vivo bone lead measurement in suburban teenagers. Pediatrics 1997;100:365-370.

53.  González-Cossío T, Peterson KE, Sanín L, Fishbein SE, Palazuelos E, Aro A, Hernández-Avila M, Hu H.  Decrease in birth weight in relation to maternal bone lead burden.  Pediatrics 1997;100:856-862.

54.  Hu H, Rabinowitz M, Smith D.  Bone lead as a biological marker in epidemiologic studies of chronic toxicity: Conceptual paradigms.  Environ Health Persp 1998;106:1-8.

55.  Payton M, Riggs KM, Spiro A, Weiss ST, Hu H.  Relations of bone and blood lead to cognitive function: The VA Normative Aging Study.  Neurotox Teratol 1998;20:19-27.

56.  Amarasiriwardena C, Lupoli N, Potula V, Korrick S, Hu H.  Determination of total arsenic concentration in human urine by inductively coupled plasma mass spectrometry: a comparison of the accuracy of three analytical methods.  Analyst 1998;123:441-445.

57.  Gassert TH, Hu H, Kelsey KT, Christiani DC.  Long-term health and employment outcomes of occupational asthma and their determinants.  J Occup Environ Med 1998;40:481-491.

58.  Hu H.  Grand rounds in environmental and occupational medicine.  Environ Health Persp 1998;106:A262.

59.  Cheng Y, Willett W, Schwartz J, Sparrow D, Weiss ST, Hu H.  The relation of nutrition to bone lead levels in middle-aged to elderly men: The Normative Aging Study.  Am J Epidemiol 1998;147:1162-1174.

60.  Wright RO, Hu H, Maher TJ, Amarasiriwardena C, Chaiyakul P, Woolf AD, Shannon MW.  Effect of iron deficiency anemia on lead distribution after intravenous dosing in rats.  Tox Industr Health 1998;14:547-551.

61.  Cheng Y, Schwartz J, Vokonas P, Weiss ST, Aro A, Hu H.  Electrocardiographic conduction disturbances in association with low level lead exposure: the Normative Aging Study.  Am J Cardiol 1998;82:594-599.

62. González-Cossío T, Sanín LH, Hernández-Avila M, Rivera J, Hu H.  Longitud y peso al nacer:  El papel de la nutrición materna.  [Length and weight at birth: The role of maternal nutritional status.]  Salud Pública Mex [Public Health in Mexico] 40:119-126, 1998.

63.  Hernandez-Avila M, Smith D, Meneses F, Sanin LH, Hu H.  The influence of bone and blood lead

on plasma lead levels in environmentally exposed adults.  Environ Health Perspect1998;106:473-477.

64. Hu H. Bone lead as a new biologic marker of lead dose: Recent findings and implications for public health.  Environ Health Perspect 1998;106(Suppl 4):961-967.

65. Farias P, Hu H, Rubenstein E, Meneses-Gonzalez F, Fishbein E, Palazuelos E, Aro A, Hernandez-Avila M.  Determinants of bone and blood lead levels among teenagers living in urban areas with high lead exposure.  Environ Health Perspect 1998;106:733-737.

66. Kales SN, Aldrich JM, Polyhronopoulos GN, Artzeronian D, Gassert T, Hu H, Kelsey K, Sweet C, Christiani DC.  Fitness for duty evaluations in hazardous material firefighters.  J Occup Environ Med 1998;40:925-931.

67. Guo HR, Lipsitz S, Hu H, Monson R.  Using ecological data to estimate a regression model for individual data: the association between arsenic in drinking water and incidence of skin cancer. Environ Res 1998;79:82-93.

68. Amarasiriwardena CJ, Lupoli N, Potula V, Korrick S, Hu H.  Determination of the total arsenic concentration in human urine by inductively coupled plasma mass spectrometry: a comparison of the accuracy of three analytical methods. Analyst. 1998;123:441-5.

69. Korrick SA, Hunter DJ, Rotnitzky A, Hu H, Speizer FE.  Lead and hypertension in a sample of middle-aged women.  Am J Public Health 1999;89:330-335.

70. Wright RO, Shannon MW, Wright RJ, Hu H.  Association between iron deficiency and Low-level lead poisoning in an urban primary care clinic.  Am J Public Health 1999;89:1049-1053.

71. Potula V, Serrano J, Sparrow D, Hu H.  Relationship of lead in drinking water to bone lead levels twenty years later in Boston men: the Normative Aging Study.  J Occup Environ Med 1999;41:349-355.

72. Elreedy S, Krieger N, Ryan PB, Sparrow D, Weiss ST, Hu H.  Individual and census measures of socioeconomic position as determinants of bone lead concentrations among community-exposed men: the Normative Aging Study. Am J Epidem 1999;150:129-141.

73. Aguilar-Madrid G, Piacitelli G, Juarez-Perez CA, Vazquez-Grameix JH, Hu H, Hernadez-Avila M. Chronic occupational exposure to inorganic lead at a printing press in Mexico City.  Salud Publica 1999;41:42-54.

74. Moy E, Hu H, Christiani DC.  A retired shipyard worker with rapidly progressive pulmonary interstitial fibrosis.  Environ Health Perspect 1999;107:321-327.

75. Chuang HY, Lee, M-L T, Chao KY, Wang JD, Hu H.  The relationship of personal hygiene habits

to blood lead levels in a longitudinal study of battery workers in Taiwan: 1991-1997.  Am J Industr Med 1999;35:595-603.

76.  Tsaih SW, Schwartz J, Lee ML, Amarasiriwardena C, Aro A, Sparrow D, Hu H.  The interrelationships of lead in bone and blood to lead in urine among middle-aged to elderly men: the Normative Aging Study.  Environ Health Persp 1999;107:391-396.

77.  Hu H, Stern A, Rotnitzky A, Schlesinger L, Proctor S, Wolfe J.  Development of a brief questionnaire for screening for multiple chemical sensitivity syndrome.  Tox Industr Health 1999;15:582-588.

78.  Kales SN, Aldrich JM, Polyhronopoulos GN, Leitao EO, Artzerounian D, Gassert G, Hu H, Kelsey KT, Sweet C, Christiani DC.  Correlates of fitness for duty in hazardous materials firefighters.  Am J Industr Med 1999;36:618-629.

79.  Guang L, Wang X, Hu H, Xu X.  A comparitive study on the lead levels in capillary and venous blood.  J Environ Health (China) 1999;16:103-105.

80.  Aro A, Amarasiriwardena C, Lee M-L, Kim R, Hu H.  Validation of K x-ray fluorescence bone lead measurements by inductively coupled plasma mass spectrometry in cadaver legs.  Med Phys 2000;27:119-123.

81.  Hoppin JA, Aro A, Hu H, Ryan PB.  Measurement variability associated with KXRF bone lead measurement in young adults.  Environ Health Persp 2000;108:239-242.

82.  Hernandez-Avila H, Villalpando CG, Palazuelos E, Hu H, Villalpando ME, Martinez R.  Determinants of blood lead levels across the menopause transition.  Arch Environ Health 2000;55:355-360.

83.  Shadick NA, Kim R, Weiss S, Liang MH, Sparrow D, Hu H. Effect of low level lead exposure on hyperuricemia and gout among middle aged and elderly men: the normative aging study. J Rheumatol. 2000 Jul;27(7):1708-12. PubMed PMID: 10914856.

84.  Counter SA, Buchanan LH, Ortega F, Amarasiriwardena C, Rifai N, Hu H.  Environmental lead contamination and pediatric lead intoxication in an Ecuadoran village.  Int J Occup Environ Health 2000;6:169-176.

85.  Brown MJ, Hu H, González-Cossío T, Peterson KE, Sanín LH, Kageyama, ML, Palazuelos E, Aro A, Schnaas L, Hernández-Avila M.  Determinants of bone and blood lead concentrations in the early postpartum period.  Occup Environ Med 57:535-541, 2000.

86.  Chuang HY, Schwartz J, Tsai S-Y, Lee M-L T, Wang J-D, Hu H.  Vibration perception thresholds in workers with long-term lead exposure.  Occup Environ Med 2000;57:588-594.

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                      38

87. Wu M-T, Demple B, Bennett RAO, Christiani DC, Fan R, Hu H.  Individual variability in the zinc inducibility of metallothionein-IIA mRNA in human lymphocytes.  Toxicol Environ Health 2000; 61A:553-567.

88. Vig EK, Hu H.  Lead toxicity in older adults.  J Am Geriatrics Soc. 2000;48:1501-1506.

89. Cheng Y, Schwartz J, Sparrow D, Aro A, Weiss ST, Hu H.  A prospective study of bone lead level and hypertension: the Normative Aging Study.  Am J Epidem 2001;153:164-171.

90. Hu H.  Poorly-controlled hypertension in a painter with chronic lead toxicity.  Environ Health Perspec 2001;109:95-99.

91. Brown MJ, Gardner J, Sargent JD, Swartz K, Hu H, Timeri R.  Prevention effectiveness of housing policies to reduce lead exposure: risk factors associated with recurrent pediatric lead poisoning in addresses with lead poisoned children in the past.  Am J Public Health 2001;91:621-624.

92. Chuang HY, Hu H, Schwartz J, Palazuelos E, Aro A, Amarasiriwardena C, Hernandez-Avila M.  The inter-relationships between lead levels in maternal venous blood, maternal bone, and umbilical cord blood: implications for plasma lead.  Environ Health Perspec 2001;109:527-532.

93. Potula V, Hegarty-Steck M, Hu H.  A pilot study of blood lead levels in relation to paint and dust lead levels: the Lead-Safe Cambridge Program.  Am J Public Health 2001;91:1973-1975.

94. Sanín LH, González-Cossío T, Romieu I, Peterson KE, Ruíz S, Palazuelos E, Hernández-Avila M, Hu H.  Effect of maternal lead burden on infant weight and weight gain at one-month of age among breastfed infants. Pediatrics 107:1016-1023, 2001.

95. Hu H, Aro A, Sparrow D, Kelsey K.  The relationship of bone and blood lead levels to polymorphisms of amino-levulinic acid dehydratase among middle-aged to elderly men: the Normative Aging Study.  Environ Health Perspec 2001;109:827-832.

96. Tsaih SW, Korrick S, Lee M-L T, Schwartz J, Amarasiriwardena C, Aro A, Sparrow D, Hu H.  The influence of bone resorption on the mobilization of lead from bone among middle-aged to elderly men: the Normative Aging Study.  Environ Health Perspec 2001;109:995-999.

97. Hu H.  Progress in research on lead toxicity research: Peeling the onion.  Biomedicine 2001;21(2&3): 1-17.

98. Guo H-R, Yu H-S, Hu H, Lipsitz SR, Monson RR.  Arsenic in drinking water and skin cancers: cell-type specificity.  Cancer Causes and Controls 2001;12:909-16.

99. Téllez-Rojo MM, Hernández-Avila M, González-Cossío T, Romieu I, Aro A, Palazuelos E, Schwartz J, Hu H.  Impact of breastfeeding on the mobilization of lead from bone.  Am J Epidemiol 2002;155:420-428.

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                      39

100. Dykeman R, Aguilar-Madrid G, Smith T, Juarez-Perez A, Piacitelli G, Hu H, Hernandez-Avila M. Lead exposure in Mexican radiator repair workers.  Am J Industrial Med 2002;41:179-187.

101. Smith D, Hernandez-Avila M, Tellez-Rojo MM, Mercado A, Hu H.  The relationship between lead in plasma and whole blood in women.  Environ Health Persp 2002;110:263-268.

102. Hernandez-Avila M, Peterson KE, Gonzalez-Cossio T, Sanin LH, Aro A, Schnaas L, Hu H.  Effect of maternal bone lead on length and head circumference of newborns and 1-month-old infants. Arch Environ Health 2002;57:482-8.

103. Wolfe J, Erickson DJ, Proctor SP, Hu H.  Risk factors for the development of multisymptom illness in U.S. veterans of the Gulf War: the Ft. Devens Cohort study.  J Occup Environ Med 2002;44:271-281.

104. Gomaa A, Hu H, Bellinger D, Schwartz J, Tsaih S-W, González-Cossío T, Schnaas L, Peterson K, Aro A, Hernández-Avila M.  Maternal bone lead as an independent risk factor for fetal neurotoxicity: A prospective study.  2002;Pediatrics 110:110-118.

105. Kamel F, Umbach DM, Munsat TL, Shefner JM, Hu H, Sandler DP.  Lead exposure and amyotrophic lateral sclerosis (ALS).  Epidemiology 2002;13:311-319.

106. Elmarsafawy SF, Tsaih SW, Korrick S, Dickey JH, Sparrow D, Hu H. Occupational determinants of bone and blood lead levels in middle aged and elderly men from the general community: the Normative Aging Study.  Am J Industrial Med 2002;42:38-49.

107.  Korrick SA, Schwartz J, Tsaih SW, Hunter DJ, Aro A, Rosner B, Speizer FE, Hu H. Correlates of bone and blood lead levels among middle-aged and elderly women. Am J Epidemiol. 2002 Aug 15;156(4):335-43. PubMed PMID: 12181103.

108. Wittman R, Hu H.  Cadmium exposure and nephropathy in a 28-year old female metals worker. Env Health Persp 2002;110:1261-6.

109.   Hu H, Hernandez-Avila M.  Lead, bones, and pregnancy: the poison within?  Am J Epidem (Commentary) 2002;156:1088-91.

110.   Oliveira S, Aro A, Sparrow D, Hu H.  Seasonality as a modifier of the relationship between bone lead levels and blood lead levels: the Normative Aging Study.  Arch Env Health 2002;57:466-72.

111.   Wright RO, Tsaih S-W, Schwartz J, Wright R, Hu H.  Association between iron deficiency and blood lead level in a longitudinal analysis of children followed in an urban primary care clinic.  J Peds 2003;142:9-14.

112.   Wu MT, Kelsey K, Schwartz J, Sparrow D, Weiss S, Hu H.   A δ-aminolevulinic acid
CV: Howard Hu, M.D., M.P.H., Sc.D.

dehydratase (ALAD) polymorphism may modify the relationship of low-level lead exposure to uricemia and renal function: the Normative Aging Study.  Env Health Persp 2003;111:335-41.

113.   Hernandez-Avila M, Gonzalez-Cossio T, Hernandez-Avila JE, Romier I, Peterson KE, Aro A, Palazuelos E, Kageyama Escobar ML, Hu H.  Dietary calcium supplements to lower blood lead levels in lactating women: a randomized placebo-controlled trial.  Epidemiology 2003;14:206-12.

114.   Hu H, Brown MJ.  Effectiveness of environmental health policies: a new frontier for epidemiologists.  (Commentary).  Epidemiology 2003;14:257-258.

115.   Janakiraman V, Hu H, Mercado-Garcia A, Hernandez-Avila M.  A randomized crossover trial of nocturnal calcium supplements to suppress bone resorption during pregnancy.  Am J Prev Med 2003;24:260-4.

116.   Latorre FG, Hernandez-Avila M, Orozco JT, Medina AA, Aro A, Palazuelos E, Hu H.  The relationship of blood and bone lead to menopause and bone mineral density among middle-aged women in Mexico City.  Environ Health Persp 2003;111:631-6.

117.   Wright RO, Tsaih SW, Schwartz J, Spiro A 3rd, McDonald K, Weiss ST, Hu H. Lead exposure biomarkers and mini-mental status exam scores in older men. Epidemiology. 2003 Nov;14(6):713-8. PubMed PMID: 14569188.

118.   Kamel F, Umbach DM, Lehman TA, Park LP, Munsat TL, Shefner JM, Sandler DP, Hu H, Taylor JA.   Amyotrophic lateral sclerosis, lead, and genetic susceptibility: polymorphisms in the delta-aminolevulinic acid dehydratase and vitamin D receptor genes. Environ Health Perspect. 2003;111:1335-9.

119.   Rhodes D, Spiro A 3rd, Aro A, Hu H. Relationship of bone and blood lead levels to psychiatric symptoms: the normative aging study. J Occup Environ Med. 2003 Nov;45(11):1144-51. PubMed PMID: 14610395.

120.   Wright RO, Hu H, Silverman EK, Tsaih SW, Schwartz J, Bellinger D, Weiss ST, Palazuelos E, Hernandez-Avila M. Apolipoprotein E genotype predicts 24-month infant Bayley Scale score Pediatric Research 2003; 54(6):819-25.

121.   Guerra-Tamayo JL, Hernandez-Cadena L, Tellez-Rojo MM, Mercado-Garcia Adel S, Solano-Gonzalez M, Hernandez-Avila M, Hu H.  Time to pregnancy and lead exposure. Salud Publica Mex. 2003;45 Suppl 2:S189-95.

122.   Guo H-R, Wang N-S, Hu H, Monson RR.  Cell-type specificity of lung cancer associated with arsenic ingestion.  Cancer Epidemiology, Biomarkers, and Prevention 2004 Apr;13(4):638-43.

123.   Weisskopf MG, Hu H, Mulkern RV, White R, Aro A, Oliveira S, Wright RO.  Cognitive deficits
CV: Howard Hu, M.D., M.P.H., Sc.D.

and magnetic resonance spectroscopy in adult monozygotic twins with lead poisoning.  Environ
Health Perspect 2004; 112:620-625.

124.    Wright RO, Silverman EK, Schwartz J, Tsaih ST, Senter J, Sparrow D, Weiss ST,  Aro A, Hu H.
         Association between hemochromatosis genotype and lead exposure among elderly men: the
        Normative Aging Study.  Environ Health Perspect 2004;112:746-750.

125.    Juarez-Perez CA, Aguilar-Madrid G, Smith DR, Lacasana-Navarro M, Tellez-Rojo MM,
        Piacittelle G, Hu H, Hernandez-Avila M.  Predictors of plasma lead levels in printing press
        workers.  Am J Industr Med 2004;46:245-52.

126.    Ettinger AS, Tellez-Rojo MM, Amarasiriwardena C, Gonzalez-Cossio T, Peterson KE, Aro A,
        Hu H, Hernandez-Avila M.  Levels of lead in breast milk and their relation to maternal blood and
        bone lead levels at one-month postpartum.  Environ Health Perspec 2004;112:926-931.

127.    Lin C, Tsaih S, Kim R, Sparrow D, Hu H.  Bone and blood lead levels and their determinants
        amongst minority subjects living in the Boston area.  Environ Health Perspec 2004;112:1147-
        1151.

128.    Tellez-Rojo MM, Hernandez-Avila M, Lamadrid-Figueroa H, Smith D, Hernandez-Cadena L,
        Mercado A, Aro A, Schwartz J, Hu H.  Impact of bone lead on plasma lead levels during
        pregnancy.  Am J Epidem 2004;160:668-78.

129.    Ettinger AS, Tellez-Rojo MM, Amarasiriwardena C, Gonzalez-Cossio T, Peterson KE, Aro A,
        Hu H, Hernandez-Avila M.  Effect of breast milk lead on infant blood lead levels at 1 month of
        age.  Environ Health Perspec 2004;112:1381-185.

130.    Tsaih SW, Korrick S, Schwartz J, Amarasiriwardena C, Aro A, Sparrow D, Hu H. Lead,
        diabetes, hypertension, and renal function: the normative aging study. Environ Health Perspect.
        2004 Aug;112(11):1178-82. PubMed PMID: 15289163; PubMed Central PMCID:
        PMC1247478.

131.    Weisskopf MG, Wright RO, Schwartz J, Spiro III A, Sparrow D, Aro A, Hu H.   Cumulative
        lead exposure and prospective change in cognition among elderly men: the VA Normative Aging
        Study.  Am J Epidem 2004;160:1184-1193.

132.    Schaumberg DA, Mendes F, Balaram M, Dana MR, Sparrow D, Hu H.  Accumulated lead
        exposure and risk of age-related cataract extraction in men: the Normative Aging Study.  JAMA
        2004;292:2750-2754.

133.    Terry P,  Umbach DM, Munsat TL, Shefner JM, Hu H, Sandler DP, Kamel F.  VEGF promoter
        haplotype and amyotrophic lateral sclerosis (ALS).  J Neurogenetics 2004;18:1-6.

134.    Thurston SW, Williams PL, Hauser R, Hu H, Spiegelman D.  A comparison of regression
CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                    42

calibration approaches for main study/internal validation study designs.  J Stat Plan Inference 2005;131:175-190.

135.   Farias P, Echavarria M, Hernandez-Avila M, Villanueva C, Amarasiriwardena C, Hernandez L, Aro A, Hu H. Bone, blood and semen lead in environmentally exposed Mexican men. Int  J Environ Health Res 2005;15:21-31.

136.   Bellinger D, Hu H, Kartigeyan V, Thomas N, Rajan P, Sankar S, Ramaswamy P, Balakrishnan K. A pilot study of blood lead levels and neurobehavioral function in children living in Chennai, India.  Int J Occ Environ Health 2005;11:138-143.

137.   Jarrell J, Chan S, Hauser R, Hu H.  Longitudinal Assessment of PCBs and Pesticides in Pregnant Women from Western Canada.  Environ Health 2005;4:10 (1-8).

138.   Hu H, Balakrishnan K.  The Environment and Health: an Emerging Area of Research in India. Indian J Med Res.  2005;121:711-715.

139.   Sanchez BN, Budtz-Jorgensen E, Ryan LM, Hu H.  Structural equation models.  A review with applications to environmental epidemiology.  J Am Stat Assoc  2005;100:1443-1455.

140.   Green R, Hauser R, Calafat AM, Weuve J, Schettler T, Ringer S, Huttner K, Hu H.  Use of di(2-ethylhexyl) phthalate-containing medical products and urinary levels of mono(2-ethylhexyl) phthalate in neonatal intensive care unit infants. Environ Health Perspect. 2005;113:1222-5.

141.   Oken E, Wright RO, Kleinman KP, Bellinger D, Amarasiriwardena C, Hu H,  Gillman MW. Fish as brain food:  maternal fish consumption, hair mercury, and infant cognition in a US cohort.  Environ Health Perspec 2005;113:1376-80.

142.   Kamel F, Umbach DM, Hu H, Munsat TL, Shefner JM, Taylor JA, Sandler DP.  Lead exposure as a risk factor for Amyotrophic Lateral Sclerosis (ALS).  Neurodegen Dis  2005;2:195-201.

143.   Ettinger AS, Téllez-Rojo MM, Amarasiriwardena C, Schwartz J, Peterson KE, Aro A, Hu H, Hernández-Avila M.  Influence of maternal bone lead burden, breastfeeding practices, and calcium intake on levels of lead in breast milk over the course of lactation.  Am J Epidem 2005;163:48-56.

144.   Schwartz BS, Rischitelli G, Hu H.  The Future of Environmental Medicine in *Environmental Health Perspectives*: Where Should We Be Headed?  Environ Health Persp 2005;113:A574-6.

145    Lamadrid-Figueroa H, Téllez-Rojo MM, Hernández-Cadena L, Mercado-García A, Smith D, Solano-González M, Hernández-Avila M, Hu H. Biological markers of fetal lead exposure at each stage of pregnancy. J Toxicol Environ Health A. 2006 Oct;69(19):1781-96. PubMed PMID: 16905508.

CV: Howard Hu, M.D., M.P.H., Sc.D.

146.    Jain NB, Hu H.  Childhood correlates of blood lead levels in Mumbai and Delhi.  Environ Health Persp 2006;114:466-70.

147.    Jarrell J,  Weisskopf M ,Weuve J, Tellez-Rojo MM, Hu H, Hernandez-Avila M.  Maternal lead exposure and the sex ratio of offspring.  Human Reproduction 2006;21:1901-6.

148.    Tellez-Rojo MM, Bellinger DC, Lamadrid-Figueroa H, Schaas-Arrieta L, Arroyo-Quiroz C, Mercado-Garcia A, Wright RO, Hernandez-Avila M, Hu H.  Longitudinal associations between blood lead concentration <10 µg/dL and neurobehavioral development in environmentally-exposed children in Mexico City.  Pediatrics 2006 Aug;118:e323-30. .

149.    Elmarsafawy SF, Jain N, Schwartz J, Sparrow D, Aro A, Hu H.  Dietary calcium as a potential modifier of the relationship of lead burden to blood pressure: the Normative Aging Study.  Epidemiology 2006;17:531-537.

150.    Weuve J, Sanchez BN, Calafat AM, Schettler T, Green R, Hu H, Hauser R.  Exposure to phthalates in neonatal intensive care unit infants.  Environ Health Perspec 2006; 114:1424–1431.

151.    Weuve, J; Kelsey KT; Schwartz J, Bellinger D, Rajan P, Spiro A, Sparrow D, Aro A, Hu H.  Delta-aminolevulinic acid dehydratase (ALAD) polymorphism and the relation between low-level lead exposure and cognitive function in older men:  the Normative Aging Study.  Occup Environ Med 2006;63:746-53.

152.    Hu H, Téllez-Rojo MM, Bellinger D, Smith D, Ettinger AS, Lamadrid-Figueroa H, Schwartz J, Schnaas L, Mercado-García A, Hernández-Avila M.  Fetal lead exposure at each stage of pregnancy as a predictor of infant mental development.  Environ Health Perspec 2006;114:1730-1735.

153.    Park SK, Schwartz J, Weisskopf M, Wright RO, Coull B, Sparrow D, Vokonas P, Nie H, Hu H.  Low-level lead exposure, metabolic syndrome and heart rate variability: the VA Normative Aging Study.   Environ Health Perspec 2006;114:1718-1724

154.    Schwartz BS, Parker C, Glass TA, Hu H.  Global Environmental Change: What Should Clinicians and the Environmental Health Community Do?  Environ Health Perspec 2006;114:1807-1812.

155.    Park SK, O'Neill MS, Wright RO, Hu H, Vokonas PS, Sparrow D, Suh, H, Schwartz, J. HFE Genotype, Particulate Air Pollution, and Heart Rate Variability: A Gene-Environment Interaction. Circulation 2006;114:2798-2805.

156.    Hu H, Wright RO, Shine J.  The challenge posed to children's health by mixtures of toxic waste: the Tar Creek Superfund Site as a case-study.  Ped Clin North America  2007;54:155-175. PMID: 17306689

157.    Schwartz BS, Hu H.  Adult Lead Exposure: Time for Change – Introduction to the Mini-
CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                 44

monograph.  Environ Health Perspec 2007;115:451-454.. PMID: 17431498

158.    Hu H, Shih R, Rothenberg S, Schwartz BS.  The Epidemiology of Lead Toxicity in Adults: Measuring Dose and Consideration of Other Methodological Issues.  Environ Health Perspec 2007;115:455-462. PMID: 17431499

159.    Shih R, Hu H, Weisskopf MG, Schwartz BS.  Cumulative Lead Dose and Cognitive Function in Adults: a Review of Studies that Measured Both Blood Lead and Bone Lead.  Environ Health Perspec 2007;115:483-492. PMID: 17431502

160.    Kosnett MJ, Wedeen RP, Rothenberg SJ, Hipkins KL, Materna BL, Schwartz BS, Hu H, Woolf A.  Recommendations for medical management of adult lead exposure.  Environ Health Perspec 2007;115:463-471. PMID: 17431500

161.    Weisskopf MG, Proctor SP, Wright RO, Schwartz J, Spiro A 3rd, Sparrow D, Nie H, Hu H. Cumulative lead exposure and cognitive performance among elderly men.  Epidemiology.  2007;18:59-66. PMID: 17130688

162.    Ettinger AS, Hu H, Hernandez-Avila M.  Dietary calcium supplementation to lower blood lead levels in pregnancy and lactation.  J Nutr Biochem 2007;18:172-178. PMID: 17296490

163.    Zhou H, Chen J, Rissanen TH, Korrick SA, Hu H, Salonen JT, Longnecker MP.  Outcome-dependent sampling: an efficient sampling and inference procedure for studies with a continuous outcome.  Epidemiology. 2007;18:461-468. PMID: 17568219

164.    Weisskopf MG, Hu H, Sparrow D, Lenkinski R, Wright RO.  [1]H magnetic resonance spectroscopic evidence of glial effects of cumulative lead exposure in the adult human hippocampus. Environ Health Perspec 2007;115(4):519-23. PMID: 17450218

165.    Jain NB, Potula V, Schwartz J, Vokonas PS, Sparrow D, Wright RO, Nie H, Hu H.  Lead levels and ischemic heart disease in a prospective study of middle-aged and elderly men: the Normative Aging Study.  Environ Health Perspec 2007;115:871-875. PMID: 17589593

166.    Grandjean P, Bellinger D, Bergman A, Cordier S, Davey-Smith G, Eskenazi B, Gee D, Gray K, Hanson M, van den Hazel P, Heindel JJ, Heinzow B, Hertz-Picciotto I, Hu H, Huang TT, Jensen TK, Landrigan PJ, McMillen IC, Murata K, Ritz B, Schoeters G, Skakkebaek NE, Skerfving S, Weihe P. The faroes statement: human health effects of developmental exposure to chemicals in our environment. Basic Clin Pharmacol Toxicol. 2008 Feb;102(2):73-5. PubMed PMID: 18226057.

167.    Peters JL, Kubzansky L, McNeely E, Schwartz J, Wright RO, Spiro A, Sparrow D, Nie H, Hu H. Stress as a potential modifier of the impact of lead exposure on blood pressure: the Normative Aging Study.  Environ Health Perspec 2007 Aug;115(8):1154-9.  PMID: 17687441.

168.    Wang FT, Hu H, Schwartz J, Weuve J, Spiro A, Sparrow D, Silverman EK, Weiss ST, Wright

CV: Howard Hu, M.D., M.P.H., Sc.D.

RO.  Modifying effects of hemochromatosis polymorphisms on the association between lead burden and cognitive decline.  Environ Health Perspec 2007 Aug;115(8):1210-5. PMID: 17687449.

169.    Rajan P, Kelsey KT, Schwartz JD, Bellinger DC, Sparrow D, Spiro A, Smith RJ, Nie H, Hu H, Wright RO.  Prospective Study of Lead and Psychiatric Symptoms and the Modifying Influence of the Delta-Aminolevulinic Acid Dehydratase (ALAD) Polymorphism:  the Normative Aging Study.  Am J Epidem  2007 Dec 15;166(12):1400-8. Epub 2007 Sep 6.  PMID: 17823382

170.    Perlstein T, Weuve J, Schwartz J, Sparrow D, Wright R, Litonjua A, Nie H, Hu H.  Bone and blood lead levels in relation to pulse pressure in community-exposed men: the Normative Aging Study. Environ Health Perspec 2007 Dec;115(12):1696-700.  PMID: 18087585.

171.    Lamadrid-Figueroa H, Téllez-Rojo MM, Hernández-Ávila M, Solano-González M, Smith D, Hu H, Wright RO. Association between the plasma fraction of circulating lead and history of abortion in Mexican pregnant women  Biomed Central Pregnancy and Childbirth 2007 Sep 27;7:22.  PMID: 17900368

_____

2008 and after (must comply with NIH Public Access Policy, applied to any paper accepted for publication in a journal on or after April 7, 2008; must supply PubMed Central ID number, PMCID for any article resulting from research sponsored by NIH; see: http://publicaccess.nih.gov/index.htm)

* journal that automatically submits *All* NIH-Funded *Final Published Articles* to PubMed Central, as of 8/27/08 (http://publicaccess.nih.gov/submit_process_journals.htm)

172.    Surkan PJ, Schnaas L, Wright RJ, Tellez-Rojo MM, LaMadrid H, Hu H, Hernandez-Avila M, Bellinger DC, Schwartz J, Perroni E, Wright RO.  Coopersmith self-esteem, lead and neurodevelopment. Neurotoxicology 2008;Mar;29(2):278-85. PMID: 18261800; PMCID: PMC2495770

173.    Arora M, Ettinger AS, Peterson KE, Schwartz J, Hu H, Hernandez-Avila M, Wright RO. Maternal dietary intake of saturated and polyunsaturated fatty acids modifies the relationship between lead levels in bone and breast milk.  J Nutrition 2008 Jan;138(1):73-9. PMID: 18156407; PMCID: PMC2628754.

174.    Park SK, O'Neill MS, Vokonas PS, Sparrow D, Wright RO, Coull B, Nie H, Hu H, Schwartz J. Air pollution and heart rate variability: effect modification by chronic lead exposure. Epidemiology. 2008 Jan;19(1):111-20. PMID: 18091001; PMCID: PMC2671065.

175.    Navas-Acien A, Schwartz BS, Rothenberg SJ, Hu H, Silbergeld EK, Guallar E.  Bone lead levels and blood pressure endpoints – a meta-analysis. Epidemiology 2008 May;19(3):496-504. PMID: 18414090; PMCID: pending

176.    Nie H, Hu H, Chettle D.  Application and Methodology of *in vivo* K X-ray Fluorescence of Pb in Bone.  X Ray Spectrometry 2008;37:69-75.  PMID: n/a; PMCID: pending

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                          46

177.   Oken E, Radesky JS, Wright RO, Bellinger DC, Amarasiriwardena CJ, Kleinman KP, Hu H, Gillman MW.  Maternal fish intake during pregnancy, blood mercury, and child cognition at age 3 years in a US cohort.  Amer J Epid 2008 May 15;167(10):1171-81. PMID: 18353804; PMCID: pending

178.   Rajan P, Kelsey KT, Schwartz JD, Bellinger DC, Weuve J, Spiro A, Sparrow D, Smith TJ, Nieh H, Hu H, Wright RO.  Interaction of the delta-aminolevulinic acid dehydratase (ALAD) polymorphism and lead exposure on cognitive function:  the Normative Aging Study.  J Occup Environ Med 2008; 50(9):1053-61. PMID: 18784554; PMCID: pending

179.   Park SK, O'Neill MS, Vokonas PS, Sparrow D, Spiro A, Tucker K, Suh H, Hu H, Schwartz J. Traffic-related particles are associated with elevated homocysteine: the VA Normative Aging Study. *Am J Resp Crit Care Med  2008 Aug 1;178(3):283-9. PMID: 18467508; PMCID: PMC2542426.

180.   Kamel F, Umbach DM, Stallone L, Richards M, Hu H, Sandler DP.  Association of Lead Exposure with Survival in Amyotrophic Lateral Sclerosis (ALS). *Environ Health Perspec 2008; 2008 Jul;116(7):943-7.  PMID: 18629318; PMCID: PMC2453164.

181.   Hopkins M, Ettinger AS, Hernandez-Avila M, Schwartz J, Tellez-Rojo MM, Bellinger D, Hu H, Wright RO. Variants in iron metabolism genes predict blood and bone lead levels among postpartum women and their children.  *Environ Health Perspec 2008 Sep;116(9):1261-6.PMID: 18795173. PMCID: PMC2535632.

182.   Lampe BJ, Park SK, Robins T, Mukherjee B, Litonjua AA, Amarasiriwardena C, Weisskopf M, Sparrow D, Hu H.  Association between 24-Hour Urinary Cadmium and Pulmonary Function Among Community-Exposed Men: The VA Normative Aging Study.  *Environ Health Perspec 2008 Sep;116(9):1226-30.PMID: 18795167.  PMCID: PMC2535626.

183.   Rahman S, Hu H, McNeely E, Rahman SMM, Krieger N, Waterman P, Peters J, Harris C, Harris CH, Prothrow-Stith D, Gibbs B, Brown PC, Johnson G, Burgess A, Gragg RD.  Social and environmental risk factors for hypertension in minorities.  Fl Publ Health Rev 2008;5:64-72. PMID: 19966946;  PMCID: PMC2788965

184.   Zota AR, Ettinger AS, Bouchard M, Amarasiriwardena CJ, Schwartz J, Hu H, Wright RO. Association of maternal blood manganese levels with infant birth weight.  Epidemiology 2009;20(3):367-73. PMID: 19289966.  PMCID: pending.

185.   Park SK, Hu H, Wright RO, Schwartz J, Cheng Y, Sparrow D, Vokonas PS, Weisskopf M. Iron Metabolism Genes, Low-Level Lead Exposure and QT Interval.  *Environ Health Perspec 2009 Jan;117(1):80-5.  PMID: 19165391; PMCID: PMC2627870.

185.   Ettinger AS, Lamadrid-Figueroa H, Téllez-Rojo MM, Mercado-García A, Peterson K, Schwartz J, Hu H, Hernández-Avila M.  Effect of Calcium Supplementation on Blood Lead Levels in Pregnancy: A Randomized Control Trial.  *Environ Health Perspec 2009 Jan;117(1):26-31. Epub 2008 Sep 2.PMID: 19165383; PMCID: PMC2627861.

CV: Howard Hu, M.D., M.P.H., Sc.D.

186.    Eamranond PP, Hu H.  Environmental and occupational exposures in immigrant health.  Environ Health Insights (in press; available at http://www.la-press.com).  PMIC: pending; PMCID: pending.

187     Park SK, Tucker KL, O'Neill MS, Sparrow D, Vokonas PS, Hu H, Schwartz J.  Fruit, vegetable, and fish consumption and heart rate variability: the Veterans Administration Normative Aging Study. Am J Clin Nutr. 2009 Mar;89(3):778-86. PMID: 19158214; PMCID: PMC2714396.

188.    Weuve J, Korrick SA, Weisskopf MA, Ryan L, Schwartz J, Nie H, Grodstein F, Hu H.  Cumulative exposure to lead in relation to cognitive function in older women,  *Environ Health Perspec 2009 Apr;117(4):574-80. Epub 2008 Dec 11.  PMID: 19440496. PMCID: PMC2679601

189.    Calafat AM, Weuve J, Ye X, Jia T, Hu H, Ringer S, Hauser R.  Exposure to Bisphenol A and other Phenols in Neonatal Intensive Care Unit Infants.  *Environ Health Perspec 2009 Apr;117(4):639-44. Epub 2008 Dec 10.PMID: 19440505.  PMCID: PMC2679610.

190.    Avendano-Badillo D, Hernandez-vaila M, Koplan K, Hernandez-Cadena L, Rueda-Hernandez G, Solano-Gonzalez M, Ibarra LG, Hu H, Tellez-Rojo MM.  High dietary calcium intake decreases bone mobilization during pregnancy in human.  Salud Publica 2009;51 Suppl 1:S100-7.  PMID: 19287883; PMCID: pending.

191.    Kordas K, Ettinger S, Lamadrid-Figueroa H, Tellez-RojoM, Hernandez-Avila M, Hu H, Wright RO.  MTHFR C677T, A1298C, and G1793A genotypes, and the relationship between maternal folate intake, tibia lead and infant size at birth.  Br J Nutr. 2009 Sep;102(6):907-14. Epub 2009 Apr 2.PMID: 19338708; PMCID: pending.

192.    Pilsner JR, Hu H, Ettinger A, Sanchez BN, Wright RO, Cantonwine D, Lazarus A, Lamadrid-Figueroa H, Mercado-Garcia A, Tellez-Rojo MM, Hernandez-Avila M.  Influence of Prenatal Lead Exposure on Genomic DNA Methylation of Umbilical Cord Blood.  *Environ Health Perspec Environ Health Perspect. 2009 Sep;117(9):1466-71. Epub 2009 Mar 25.PMID: 19750115.  PMCID: PMC2737027.

193.    Nie H, Sanchez BN, Wilker E, Weisskopf M, Schwartz J, Sparrow D, Hu H.  Bone lead and endogenous exposure in an environmentally exposed elderly population: the Normative Aging Study.  J Occup Environ Med 2009 Jul;51(7):848-57.PMID: 1952882.  PMCID: pending.

194.    Ettinger AE, Zota AR, Amarasiriwardena CJ, Hopkins MR, Schwartz J, Hu H, Wright RO.  Maternal Arsenic Exposure and Impaired Glucose Tolerance during Pregnancy.  *Environ Health Perspect 2009 Jul;117(7):1059-64. Epub 2009 Mar 11.PMID: 19654913.  PMCID: PMC2717130.

195.    Weisskopf MG, Jain N, Nie H, Sparrow D, Vokonas P, Schwartz J, Hu H.  A prospective study of bone lead concentration and death from all causes, cardiovascular diseases, and cancer in the

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                        48

VA Normative Aging Study.  Circulation 2009;120:1056-64.  PMID: 19738141.  PMCID: PMC2760410

196.    Arora M, Weuve J, Weisskopf MG, Sparrow D, Nie H, Garcia RI, Hu H.  Cumulative Lead Exposure and Tooth Loss in Men: The Normative Aging Study.  *Environ Health Perspec 2009 Oct;117(10):1531-4. Epub 2009 Jun 15.PMID: 20019902; PMCID: PMC2790506

197.    Meeker JD, Hu H, Cantonwine DE, LaMadrid-Figueroa H, Calafat AM, Ettinger A, Hernandez-Avila M, Loch-Caruso R, Tellez-Rojo M.  Pilot study of urinary phthalate metabolites in relation to preterm birth in Mexico City.  *Environ Health Perspec 2009 Oct;117(10):1587-92. Epub 2009 Jun 16.PMID: 20019910.  PMCID: PMC2790514

198.    Roy A, Bellinger D, Hu H, Schwartz J, Ettinger AS, Wright R, Bouchard M, Palaniappan K, Balakrishnan K.  Lead exposure and behavior among young children in Chennai, India.  *Environ Health Perspec 2009 Oct;117(10):1607-11. Epub 2009 Jun 26.PMID: 20019913; PMCID: PMC2790517

199.    Roy A, Hu H, Bellinger DC, Wright RO, Schwartz J, Mukherjee B, Pallaniappan K, Balakrishnan K.  Predictors of blood lead among 3-7 year old children in Chennai, India.  Internat J Occup and Environ Health 2009 Oct-Dec;15(4):351-9.  PMID: 19886345.  PMCID: pending.

200.    Park SK, Mukherjee B, Xia X, Sparrow D, Weisskopf MG, Nie H, Hu H.  Bone Lead Level Prediction Models and Their Application to Examining the Relationship of Lead Exposure and Hypertension in the Third National Health and Nutrition Examination Survey (NHANES-III) J Occup and Environ Medicine 2009 Dec;51(12):1422-36.  PMID: 19952788.  PMCID: pending.

201.    Meeker JD, Hu H, Cantonwine DE, Lamadrid-Figueroa H, Calafat AM, Ettinger AS, Hernandez-Avila M, Loch-Caruso R, Téllez-Rojo MM. Urinary phthalate metabolites in relation to preterm birth in Mexico city. Environ Health Perspect. 2009 Oct;117(10):1587-92. Epub 2009 Jun 16. PubMed PMID: 20019910; PubMed Central PMCID: PMC2790514.

202.    Leiba A, Hu H, Zheng A, Kales SN. A safe strategy to decrease fetal lead exposure in a woman with chronic intoxication. J Matern Fetal Neonatal Med. 2010 Aug;23(8):932-4. PubMed PMID: 20459344.

203.    Peters JL, Weisskopf MG, Spiro A 3rd, Schwartz J, Sparrow D, Nie H, Hu H, Wright RO, Wright RJ. Interaction of stress, lead burden, and age on cognition in older men: the VA Normative Aging Study. Environ Health Perspect. 2010 Apr;118(4):505-10. Epub 2009 Nov 6. PubMed PMID: 20064786; PubMed Central PMCID: PMC2854727.

204.    Claus Henn B, Ettinger AS, Schwartz J, Téllez-Rojo MM, Lamadrid-Figueroa H, Hernández-Avila M, Schnaas L, Amarasiriwardena C, Bellinger DC, Hu H, Wright RO. Early postnatal blood manganese levels and children's neurodevelopment. Epidemiology. 2010 Jul;21(4):433-9.

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                                49

PubMed PMID: 20549838.

205.    Wright RO, Schwartz J, Wright RJ, Bollati V, Tarantini L, Park SK, Hu H, Sparrow D, Vokonas
        P, Baccarelli A. Biomarkers of lead exposure and DNA methylation within retrotransposons.
        Environ Health Perspect. 2010 Jun;118(6):790-5. Epub 2010 Jan 11. PubMed PMID: 20064768;
        PubMed Central PMCID:  PMC2898855.

206.    Zhang A, Park SK, Wright RO, Weisskopf MG, Mukherjee B, Nie H, Sparrow D, Hu H. HFE
        H63D polymorphism as a modifier of the effect of cumulative lead exposure on pulse pressure:
        the Normative Aging Study. Environ Health Perspect. 2010 Sep;118(9):1261-6. Epub 2010 May
        14. PubMed PMID: 20478760; PubMed Central PMCID: PMC2944087.

207.    Roy A, Hu H, Bellinger DC, Mukherjee B, Modali R, Nasaruddin K, Schwartz J, Wright RO,
        Ettinger AS, Palaniapan K, Balakrishnan K. Hemoglobin, Lead Exposure, and Intelligence
        Quotient: Effect Modification by the DRD2 Taq IA Polymorphism. Environ Health Perspect.
        2011 Jan;119(1):144-9. PubMed PMID: 21205584.

208.    Cantonwine D, Meeker JD, Hu H, Sanchez BN, Lamadrid-Figueroa H, Mercado-Garcia A,
        Fortenberry GZ, Calafat AM, Tellez-Rojo MM. Bisphenol A exposure in Mexico City and risk
        of prematurity: a pilot nested case control study. Environ Health.  2010 Oct 18;9(1):62. [Epub
        ahead of print] PubMed PMID: 20955576.

209.    Cantonwine D, Hu H, Téllez-Rojo MM, Sánchez BN, Lamadrid-Figueroa H, Ettinger AS,
        Mercado-García A, Hernández-Avila M, Wright RO. HFE gene variants modify the association
        between maternal lead burden and infant birthweight: a prospective birth cohort study in Mexico
        City, Mexico. Environ Health. 2010 Jul 26;9:43. PubMed PMID: 20659343; PubMed Central
        PMCID: PMC2916893.

210.    Pilsner JR, Hu H, Wright RO, Kordas K, Ettinger AS, Sánchez BN, Cantonwine D, Lazarus AL,
        Cantoral A, Schnaas L, Téllez-Rojo MM, Hernández-Avila M. Maternal MTHFR genotype and
        haplotype predict deficits in early cognitive development in a lead-exposed birth cohort in
        Mexico City. Am J Clin Nutr. 2010 Jul;92(1):226-34. Epub 2010 May 26. PubMed PMID:
        20504979; PubMed Central PMCID: PMC2884326.

211.    Weisskopf MG, Weuve J, Nie H, Saint-Hilaire M-H, Sudarsky L, Simon DK, Hersh B, Schwartz
        J, Wright RO, Hu H.  Association of Cumulative Lead Exposure with Parkinson's Disease.
        *Environ Health Perspec 2010; 118:1609–1613, PMID: 20807691; PMCID: PMC2974701

212.    Basu N, Abare M, Buchanan S, Cryderman D, Nam D-H, Sirkin S, Schmitt S, Hu H.  A
        combined ecological and epidemiologic investigation of metals exposure amongst indigenous
        peoples near the Marlin Mine in Western Guatemala.  Sci Total Environ 2010 Dec 1;409(1):70-
        7. Epub 2010 Oct 16. PubMed PMID: 20952048.

213.    Lee MS, Park SK, Hu H, Lee S. Cadmium exposure and cardiovascular disease in the 2005
CV: Howard Hu, M.D., M.P.H., Sc.D.

Korea National Health and Nutrition Examination Survey. Environ Res. 2011 Jan;111(1):171-6. Epub 2010 Nov 5. PubMed PMID: 21055738.

214. Cantonwine D, Hu H, Sanchez BN, Lamadrid-Figueroa H, Smith D, Ettinger AS, Mercado-Garcia A, Hernandez-Avila M, Wright RO, Tellez-Rojo MM.  Critical Windows of Fetal Lead Exposure: Adverse Impacts on Length of Gestation and Risk of Premature Delivery.  J Occup Environ Med. 2010 Nov;52(11):1106-11. PubMed PMID: 21063188; PubMed Central PMCID: PMC3003442.

215. Lamadrid-Figueroa H, Téllez-Rojo MM, Angeles G, Hernández-Ávila M, Hu H. Bias correction by use of errors-in-variables regression models in studies with K-X-ray fluorescence bone lead measurements. Environ Res. 2011 Jan;111(1):17-20.  Epub 2010 Nov 18. PubMed PMID: 21092947; PubMed Central PMCID: PMC3026095.

216. Pan CH, Shih TS, Chen CJ, Hsu JH, Wang SC, Huang CP, Kuo CT, Wu KY, Hu H, Chan CC. Reduction of cooking oil fume exposure following an engineering intervention in Chinese restaurants. Occup Environ Med. 2011 Jan;68(1):10-5. Epub 2010 Sep 30. PubMed PMID: 20884797.

217. Sánchez BN, Hu H, Litman HJ, Téllez-Rojo MM. Statistical Methods to Study Timing of Vulnerability with Sparsely Sampled Data on Environmental Toxicants.  *Environ Health Perspec Environ Health Perspect. 2011 Mar;119(3):409-15. PubMed PMID: 21362588.

218. Park SK, Elmarsafawy S, Mukherjee B, Spiro A 3rd, Vokonas PS, Nie H, Weisskopf MG, Schwartz J, Hu H. Cumulative lead exposure and age-related hearing loss: the VA Normative Aging Study.  Hear Res. 2010 Oct 1;269(1-2):48-55. Epub 2010 Jul 16. PubMed PMID: 20638461; PubMed Central PMCID: PMC2934752.

219. Lee SD, Shin HT, Park HM, Ko SG, Kook YB, Ryu JY, Kim H, Hu H, Park SK.  Metal concentrations of Chinese herbal medicine products in the United States.  Oriental Pharm Exp Med 2010; 10(4):294-303.

220. Weuve J, Glymour MM, Hu H, Sparrow D, Spiro A 3rd, Vokonas PS, Litonjua AA. Forced expiratory volume in 1 second and cognitive aging in men. J Am Geriatr Soc. 2011 Jul;59(7):1283-92. doi: 10.1111/j.1532-5415.2011.03487.x. Epub 2011 Jun 30. PubMed PMID: 21718272.

221. Bush KF, Luber G, Kotha SR, Dhaliwal RS, Kapil V, Pascual M, Brown DG, Frumkin H, Dhiman RC, Hess J, Wilson ML, Balakrishnan K, Eisenberg J, Kaur T, Rood R, Batterman S, Joseph A, Gronlund CJ, Agrawal A, Hu H. Impacts of climate change on public health in India: future research directions.  *Environ Health Perspect. 2011 Jun;119(6):765-70. Epub 2011 Jan 27. PubMed PMID: 21273162; PubMed Central PMCID: PMC3114809.

222. Kordas K, Ettinger AS, Bellinger DC, Schnaas L, Téllez Rojo MM, Hernández-Avila M, Hu H,

Wright RO. A Dopamine Receptor (DRD2) but Not Dopamine Transporter (DAT1) Gene Polymorphism is Associated with Neurocognitive Development of Mexican Preschool Children with Lead Exposure. J Pediatr. 2011 Oct;159(4):638-43. Epub 2011 May 17. PubMed PMID: 21592505; PubMed Central PMCID: PMC3158955.

223.   Eum KD, Nie LH, Schwartz J, Vokonas PS, Sparrow D, Hu H, Weisskopf MG. Prospective cohort study of lead exposure and electrocardiographic conduction disturbances in the Department of Veterans Affairs Normative Aging Study.  *Environ Health Perspect. 2011 Jul;119(7):940-4. Epub 2011 Mar 16. PubMed PMID: 21414889.

224.   Wilker E, Korrick S, Nie LH, Sparrow D, Vokonas P, Coull B, Wright RO, Schwartz J, Hu H. Longitudinal Changes in Bone Lead Levels: The VA Normative Aging Study. J Occup Environ Med. 2011 Aug;53(8):850-855. PubMed PMID: 21788910; PubMed Central PMCID: PMC3159960.

225.   Palaniappan K, Roy A, Balakrishnan K, Gopalakrishnan L, Mukherjee B, Hu H, Bellinger DC. Lead exposure and visual-motor abilities in children from Chennai, India. Neurotoxicology. 2011 Aug;32(4):465-70. Epub 2011 Apr 8. PubMed PMID: 21510976; PubMed Central PMCID: PMC3115626.

226.   Choi YH, Hu H, Tak S, Mukherjee B, Park SK. Occupational noise exposure assessment using O*NET and its application to a study of hearing loss in the US general population. Occup Environ Med. 2012 Mar;69(3):176-83. doi: 10.1136/oem.2011.064758. Epub 2011 Jul 1. PubMed PMID: 21725070; PubMed Central PMCID: PMC3277688..

227.   Afeiche M, Peterson KE, Sánchez BN, Cantonwine D, Lamadrid-Figueroa H, Schnaas L, Ettinger AS, Hernández-Avila M, Hu H, Téllez-Rojo MM. Prenatal lead exposure and weight of 0- to 5-year-old children in Mexico city. Environ Health Perspect. 2011 Oct;119(10):1436-41. Epub 2011 Jun 29. PubMed PMID: 21715242; PubMed Central PMCID: PMC3230436.

228.   Claus Henn B, Schnaas L, Ettinger AS, Schwartz J, Lamadrid-Figueroa H, Hernández-Avila M, Amarasiriwardena C, Hu H, Bellinger DC, Wright RO, Téllez-Rojo MM. Associations of Early Childhood Manganese and Lead Co-exposure with Neurodevelopment. Environ Health Perspect. 2012 Jan;120(1):126-31. doi: 10.1289/ehp.1003300. Epub 2011 Sep 1. PubMed PMID: 21885384; PubMed Central PMCID: PMC3261931.

229.   Peters JL, Kubzansky LD, Ikeda A, Spiro A 3rd, Wright RO, Weisskopf MG, Kim D, Sparrow D, Nie LH, Hu H, Schwartz J. Childhood and adult socioeconomic position, cumulative lead levels, and pessimism in later life: the VA Normative Aging Study. Am J Epidemiol. 2011 Dec 15;174(12):1345-53. Epub 2011 Nov 9. PubMed PMID:22071587; PubMed Central PMCID: PMC3276297.

230.   Hicken M, Gragg R, Hu H. How cumulative risks warrant a shift in our approach to racial health disparities: the case of lead, stress, and hypertension.  Health Aff (Millwood). 2011

Oct;30(10):1895-901. PubMed PMID: 21976332.

231.    Zhang A, Hu H, Sánchez BN, Ettinger AS, Park SK, Cantonwine D, Schnaas L, Wright RO, Lamadrid-Figueroa H, Tellez-Rojo MM. Association between Prenatal Lead Exposure and Blood Pressure in Female Offspring. Environ Health Perspect. 2012 Mar;120(3):445-50. doi: 10.1289/ehp.1103736. Epub 2011 Sep 21. PubMed PMID: 21947582; PubMed Central PMCID: PMC3295346.

232.    Bakulski KM, Rozek LS, Dolinoy DC, Paulson HL, Hu H. Alzheimer's disease and environmental exposure to lead: the epidemiologic evidence and potential role of epigenetics. Curr Alzheimer Res. 2012 Jun;9(5):563-73. PubMed PMID: 22272628.

233.    Mordukhovich I, Wright RO, Hu H, Amarasiriwardena C, Baccarelli A, Litonjua A, Sparrow D, Vokonas P, Schwartz J. Associations of Toenail Arsenic, Cadmium, Mercury, Manganese and Lead with Blood Pressure in the Normative Aging Study. Environ Health Perspect. 2012 Jan;120(1):98-104. doi: 10.1289/ehp.1002805. Epub 2011 Aug 30. PubMed PMID: 21878420; PubMed Central PMCID: PMC3261928.

234.    Afeiche M, Peterson KE, Sánchez BN, Schnaas L, Cantonwine D, Ettinger AS, Solano-González M, Hernández-Avila M, Hu H, Téllez-Rojo MM. Windows of lead exposure sensitivity, attained height, and body mass index at 48 months. J Pediatr. 2012 Jun;160(6):1044-9. Epub 2012 Jan 28. PubMed PMID: 22284921; PubMed  Central PMCID: PMC3360798.

235.    Peters JL, Kubzansky LD, Ikeda A, Fang SC, Sparrow D, Weisskopf MG, Wright RO, Vokonas P, Hu H, Schwartz J. Lead Concentrations in Relation to Multiple Biomarkers of Cardiovascular Disease: the Normative Aging Study. Environ Health Perspect. Mar;120(3):361-6. doi: 10.1289/ehp.1103467. Epub 2011 Dec 5. PubMed PMID: 22142875; PubMed Central PMCID: PMC3295335.

236.    Bakulski KM, Dolinoy DC, Sartor MA, Paulson HL, Konen JR, Lieberman AP, Albin RL, Hu H, Rozek LS. Genome-wide DNA methylation differences between late-onset Alzheimer's disease and cognitively normal controls in human frontal cortex. J Alzheimers Dis. 2012;29(3):571-88. PubMed PMID: 22451312.

237.    Claus Henn B, Kim J, Wessling-Resnick M, Tellez-Rojo MM, Jayawardene I, Ettinger AS, Hernandez-Avila M, Schwartz J, Christiani DC, Hu H, Wright RO. Associations of iron metabolism genes with blood manganese levels: a population-based study with validation data from animal models. Environ Health. 2011 Nov 10;10(1):97-107. [Epub ahead of print] PubMed PMID: 22074419.

238.    Fortenberry GZ, Hu H, Turyk M, Barr DB, Meeker JD. Association between urinary 3, 5, 6-trichloro-2-pyridinol, a metabolite of chlorpyrifos and chlorpyrifos-methyl, and serum T4 and TSH in NHANES 1999–2002, Science of The Total Environment, 2012; 424:351-355.   doi: 10.1016/j.scitotenv.2012.02.039. Epub 2012 Mar 17. PubMed PMID: 22425279; PubMed

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu 53

Central PMCID: PMC3327766.

239.  Eum KD, Korrick SA, Weuve J, Okereke O, Kubzansky LD, Hu H, Weisskopf MG. Relation of cumulative low-level lead exposure to depressive and phobic anxiety symptom scores in middle-age and elderly women. Environ Health Perspect. 2012 Jun;120(6):817-23. doi: 10.1289/ehp.1104395. Epub 2012 Feb 29. PubMed PMID: 22538241; PubMed Central PMCID: PMC3385437.

240.  Hicken MT, Gee GC, Morenoff J, Connell CM, Snow RC, Hu H. A novel look at racial health disparities: the interaction between social disadvantage and environmental health. Am J Public Health. 2012 Dec;102(12):2344-51. doi: 10.2105/AJPH.2012.300774. Epub 2012 Oct 18. PubMed PMID: 23078461.

241.  Choi YH, Hu H, Mukherjee B, Miller J, Park SK. Environmental cadmium and lead exposures and hearing loss in U.S. adults: the National Health and Nutrition Examination Survey, 1999 to 2004. Environ Health Perspect. 2012 Nov;120(11):1544-50. doi: 10.1289/ehp.1104863. Epub 2012 Jul 31. PubMed PMID: 22851306; PubMed Central PMCID: PMC3556613.

242.  Braun JM, Hoffman E, Schwartz J, Sanchez B, Schnaas L, Mercado-Garcia A, Solano-Gonzalez M, Bellinger DC, Lanphear BP, Hu H, Tellez-Rojo MM, Wright RO, Hernandez-Avila M. Assessing windows of susceptibility to lead-induced cognitive  deficits in Mexican children. Neurotoxicology. 2012 Oct;33(5):1040-7. doi: 10.1016/j.neuro.2012.04.022. Epub 2012 May 10. PubMed PMID: 22579785.

243.  Weuve J, Press DZ, Grodstein F, Wright RO, Hu H, Weisskopf MG. Cumulative exposure to lead and cognition in persons with Parkinson's disease. Mov Disord. 2013 Feb;28(2):176-82. doi: 10.1002/mds.25247. Epub 2012 Nov 9. PubMed PMID: 23143985; PubMed Central PMCID: PMC3581753.

245.  Hicken MT, Gee GC, Connell C, Snow RC, Morenoff J, Hu H. Black-white blood pressure disparities: depressive symptoms and differential vulnerability to blood lead. Environ Health Perspect. 2013 Feb;121(2):205-9. doi: 10.1289/ehp.1104517. Epub 2012 Oct 25. PubMed PMID: 23127977; PubMed Central PMCID: PMC3569674.

246.  Xu J, Shen LX, Yan CH, Hu H, Yang F, Wang L, Kotha SR, Zhang LN, Liao XP, Zhang J, Ouyang FX, Zhang JS, Shen XM. Personal characteristics related to the risk of adolescent internet addiction: a survey in Shanghai, China. BMC Public Health. 2012 Dec 22;12:1106. doi: 10.1186/1471-2458-12-1106. PubMed PMID: 23259906; PubMed Central PMCID: PMC3563549.

247.  Lim SS, Vos T, Flaxman AD, Danaei G, Shibuya K, Adair-Rohani H, Amann M, Anderson HR, Andrews KG, Aryee M, Atkinson C, Bacchus LJ, Bahalim AN, Balakrishnan K, Balmes J, Barker-Collo S, Baxter A, Bell ML, Blore JD, Blyth F, Bonner C, Borges G, Bourne R, Boussinesq M, Brauer M, Brooks P, Bruce NG, Brunekreef B, Bryan-Hancock C, Bucello C,

CV: Howard Hu, M.D., M.P.H., Sc.D.

Buchbinder R, Bull F, Burnett RT, Byers TE, Calabria B, Carapetis J, Carnahan E, Chafe Z, Charlson F, Chen H, Chen JS, Cheng AT, Child JC, Cohen A, Colson KE, Cowie BC, Darby S, Darling S, Davis A, Degenhardt L, Dentener F, Des Jarlais DC, Devries K, Dherani M, Ding EL, Dorsey ER, Driscoll T, Edmond K, Ali SE, Engell RE, Erwin PJ, Fahimi S, Falder G, Farzadfar F, Ferrari A, Finucane MM, Flaxman S, Fowkes FG, Freedman G, Freeman MK, Gakidou E, Ghosh S, Giovannucci E, Gmel G, Graham K, Grainger R, Grant B, Gunnell D, Gutierrez HR, Hall W, Hoek HW, Hogan A, Hosgood HD 3rd, Hoy D, Hu H, Hubbell BJ, Hutchings SJ, Ibeanusi SE, Jacklyn GL, Jasrasaria R, Jonas JB, Kan H, Kanis JA, Kassebaum N, Kawakami N, Khang YH, Khatibzadeh S, Khoo JP, Kok C, Laden F, Lalloo R, Lan Q, Lathlean T, Leasher JL, Leigh J, Li Y, Lin JK, Lipshultz SE, London S, Lozano R, Lu Y, Mak J, Malekzadeh R, Mallinger L, Marcenes W, March L, Marks R, Martin R, McGale P, McGrath J, Mehta S, Mensah GA, Merriman TR, Micha R, Michaud C, Mishra V, Hanafiah KM, Mokdad AA, Morawska L, Mozaffarian D, Murphy T, Naghavi M, Neal B, Nelson PK, Nolla JM, Norman R, Olives C, Omer SB, Orchard J, Osborne R, Ostro B, Page A, Pandey KD, Parry CD, Passmore E, Patra J, Pearce N, Pelizzari PM, Petzold M, Phillips MR, Pope D, Pope CA 3rd, Powles J, Rao M, Razavi H, Rehfuess EA, Rehm JT, Ritz B, Rivara FP, Roberts T, Robinson C, Rodriguez-Portales JA, Romieu I, Room R, Rosenfeld LC, Roy A, Rushton L, Salomon JA, Sampson U, Sanchez-Riera L, Sanman E, Sapkota A, Seedat S, Shi P, Shield K, Shivakoti R, Singh GM, Sleet DA, Smith E, Smith KR, Stapelberg NJ, Steenland K, Stöckl H, Stovner LJ, Straif K, Straney L, Thurston GD, Tran JH, Van Dingenen R, van Donkelaar A, Veerman JL, Vijayakumar L, Weintraub R, Weissman MM, White RA, Whiteford H, Wiersma ST, Wilkinson JD, Williams HC, Williams W, Wilson N, Woolf AD, Yip P, Zielinski JM, Lopez AD, Murray CJ, Ezzati M. A comparative risk assessment of burden of disease and injury attributable to 67 risk factors and risk factor clusters in 21 regions, 1990-2010: a systematic analysis for the Global Burden of Disease Study 2010. Lancet. 2012 Dec 15;380(9859):2224-60. doi: 10.1016/S0140-6736(12)61766-8. PubMed PMID: 23245609.

248.   Grashow R, Spiro A, Taylor KM, Newton K, Shrairman R, Landau A, Sparrow D, Hu H, Weisskopf M. Cumulative lead exposure in community-dwelling adults and fine motor function: comparing standard and novel tasks in the VA normative aging study. Neurotoxicology. 2013 Mar;35:154-61. doi: 10.1016/j.neuro.2013.01.005. Epub 2013 Jan 28. PubMed PMID: 23370289; PubMed Central PMCID: PMC3602137.

249.   Amarasiriwardena CJ, Jayawardene I, Lupoli N, Barnes RM, Hernandez-Avila M, Hu H, Ettinger
       AS. Comparison of digestion procedures and methods for quantification of trace lead in breast milk by isotope dilution inductively coupled plasma mass  spectrometry. Anal Methods. 2013;5(7):1676-1681. PubMed PMID: 24808927; PubMed Central PMCID: PMC4010228.

250.   Grashow R, Miller MW, McKinney A, Nie LH, Sparrow D, Hu H, Weisskopf MG. Lead exposure and fear-potentiated startle in the VA Normative Aging Study: a pilot study of a novel physiological approach to investigating neurotoxicant effects.  Neurotoxicol Teratol. 2013 Jul-Aug;38:21-8. doi: 10.1016/j.ntt.2013.04.003. Epub 2013 Apr 17. PubMed PMID: 23603705; PubMed Central PMCID: PMC3774537.

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                                55

251.   Roy A, Ettinger AS, Hu H, Bellinger D, Schwartz J, Modali R, Wright RO, Palaniappan K, Balakrishnan K. Effect modification by transferrin C2 polymorphism on lead exposure, hemoglobin levels, and IQ. Neurotoxicology. 2013 Sep;38:17-22. doi: 10.1016/j.neuro.2013.05.005. Epub 2013 May 31. PubMed PMID: 23732512; PubMed Central PMCID: PMC3770761.

252.   Bellinger DC, Burger J, Cade TJ, Cory-Slechta DA, Finkelstein M, Hu H, Kosnett M, Landrigan PJ, Lanphear B, Pokras MA, Redig PT, Rideout BA, Silbergeld E, Wright R, Smith DR. Health risks from lead-based ammunition in the environment. Environ Health Perspect. 2013 Jun;121(6):A178-9. doi: 10.1289/ehp.1306945. PubMed PMID: 23732085; PubMed Central PMCID: PMC3672933.

253.   Téllez-Rojo MM, Cantoral A, Cantonwine DE, Schnaas L, Peterson K, Hu H, Meeker JD. Prenatal urinary phthalate metabolites levels and neurodevelopment in children at two and three years of age. Sci Total Environ. 2013 Sep 1;461-462:386-90. doi: 10.1016/j.scitotenv.2013.05.021. Epub 2013 Jun 5. PubMed PMID: 23747553; PubMed Central PMCID: PMC3735862.

254.   Fortenberry GZ, Meeker JD, Sánchez BN, Barr DB, Panuwet P, Bellinger D, Schnaas L, Solano-González M, Ettinger AS, Hernandez-Avila M, Hu H, Tellez-Rojo MM. Urinary 3,5,6-trichloro-2-pyridinol (TCPY) in pregnant women from Mexico City: distribution, temporal variability, and relationship with child attention and hyperactivity. Int J Hyg Environ Health. 2014 Mar;217(2-3):405-12. doi: 10.1016/j.ijheh.2013.07.018. Epub 2013 Aug 13. PubMed PMID: 24001412; PubMed Central PMCID: PMC3946926.

255.   Eum KD, Wang FT, Schwartz J, Hersh CP, Kelsey K, Wright RO, Spiro A, Sparrow D, Hu H, Weisskopf MG. Modifying roles of glutathione S-transferase polymorphisms on the association between cumulative lead exposure and cognitive function. Neurotoxicology. 2013 Dec;39:65-71. doi: 10.1016/j.neuro.2013.08.002. Epub 2013 Aug 16. PubMed PMID: 23958642; PubMed Central PMCID: PMC3844089.

256.   Choi YH, Miller JM, Tucker KL, Hu H, Park SK. Antioxidant vitamins and magnesium and the risk of hearing loss in the US general population. Am J Clin Nutr. 2014 Jan;99(1):148-55. doi: 10.3945/ajcn.113.068437. Epub 2013 Nov 6. PubMed PMID: 24196403.

257.   Power MC, Korrick S, Tchetgen Tchetgen EJ, Nie LH, Grodstein F, Hu H, Weuve J, Schwartz J, Weisskopf MG. Lead exposure and rate of change in cognitive function in older women. Environ Res. 2014 Feb;129:69-75. doi: 10.1016/j.envres.2013.12.010. Epub 2014 Jan 29. PubMed PMID: 24529005; PubMed Central PMCID: PMC3951744.

258.   Ettinger AS, Roy A, Amarasiriwardena CJ, Smith D, Lupoli N, Mercado Garcia A, Lamadrid-Figueroa H, Tellez-Rojo MM, Hu H, Hernandez-Avila M.  Maternal blood, plasma, and breast milk lead: Lactational transfer and contribution to infant exposure.  Environ Health Perspec 2014

CV: Howard Hu, M.D., M.P.H., Sc.D.

Jan;122(1):87-92. doi: 10.1289/ehp.1307187. Epub 2013 Oct 30. PubMed PMID: 24184948; PubMed Central PMCID: PMC3888576.

259.   Chatwood S, Bytautas J, Darychuk A, Bjerregaard P, Brown A, Cole D, Hu H, Jong M, King M, Kvernmo S, Veillard J. Approaching a collaborative research agenda for health systems performance in circumpolar regions. Int J Circumpolar Health. 2013 Aug 14;72. doi: 10.3402/ijch.v72i0.21474. eCollection 2013. PubMed PMID: 23961514; PubMed Central PMCID: PMC3745603.

260.   Bush KF, O'Neill MS, Li S, Mukherjee B, Hu H, Ghosh S, Balakrishnan K. Associations between extreme precipitation and gastrointestinal-related hospital  admissions in Chennai, India. Environ Health Perspect. 2014 Mar;122(3):249-54. doi: 10.1289/ehp.1306807. Epub 2013 Dec 16. PubMed PMID: 24345350; PubMed Central PMCID: PMC3948034.

261.   Xu J, Shen LX, Yan CH, Hu H, Yang F, Wang L, Kotha SR, Ouyang F, Zhang LN, Liao XP, Zhang J, Zhang JS, Shen XM. Parent-adolescent interaction and risk of adolescent internet addiction: a population-based study in Shanghai. BMC Psychiatry. 2014 Apr 15;14:112. doi: 10.1186/1471-244X-14-112. PubMed PMID: 24731648; PubMed Central PMCID: PMC3999889.

262.   Fortenberry GZ, Meeker JD, Sánchez BN, Bellinger D, Peterson K, Schnaas L, Solano-González M, Ettinger AS, Hernandez-Avila M, Hu H, Maria Tellez-Rojo M. Paraoxonase I polymorphisms and attention/hyperactivity in school-age children from Mexico City, Mexico. Environ Res. 2014 Jul;132:342-9. doi: 10.1016/j.envres.2014.04.010. Epub 2014 May 14. PubMed PMID: 24834831.

263.   Arora M, Austin C, Sarrafpour B, Hernández-Ávila M, Hu H, Wright RO, Tellez-Rojo MM. Determining prenatal, early childhood and cumulative long-term lead exposure using micro-spatial deciduous dentine levels. PLoS One. 2014 May 19;9(5):e97805. doi: 10.1371/journal.pone.0097805. eCollection 2014. PubMed PMID: 24841926; PubMed Central PMCID: PMC4026445.

264.   Braun JM, Wright RJ, Just AC, Power MC, Tamayo Y Ortiz M, Schnaas L, Hu H, Wright RO, Tellez-Rojo MM. Relationships between lead biomarkers and diurnal salivary cortisol indices in pregnant women from Mexico City: a cross-sectional study. Environ Health. 2014 Jun 10;13(1):50. doi: 10.1186/1476-069X-13-50. PubMed PMID: 24916609; PubMed Central PMCID: PMC4068833.

265.   Bakulski KM, Park SK, Weisskopf MG, Tucker KL, Sparrow D, Spiro A, Vokonas PS, Nie LH, Hu H, Weuve J. Lead Exposure, B Vitamins, and Plasma Homocysteine in Men  55 Years of Age and Older: The VA Normative Aging Study. Environ Health Perspect. 2014 Oct;122(10):1066-74. doi: 10.1289/ehp.1306931. Epub 2014 Jun 4. PubMed PMID: 24905780; PubMed Central PMCID: PMC4181916.

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                                          57

266.   Ji JS, Schwartz J, Sparrow D, Hu H, Weisskopf MG. Occupational determinants of cumulative lead exposure: analysis of bone lead among men in the VA normative aging study. J Occup Environ Med. 2014 Apr;56(4):435-40. doi: 10.1097/JOM.0000000000000127. PubMed PMID: 24709766; PubMed Central PMCID: PMC3982188.

267.   Basu N, Tutino R, Zhang Z, Cantonwine DE, Goodrich JM, Somers EC, Rodriguez L, Schnaas L, Solano M, Mercado A, Peterson K, Sánchez BN, Hernández-Avila M, Hu H,  Maria Téllez-Rojo M. Mercury levels in pregnant women, children, and seafood from Mexico City. Environ Res. 2014 Sep 25;135C:63-69. doi: 10.1016/j.envres.2014.08.029. [Epub ahead of print] PubMed PMID: 25262076.

268.   Eum KD, Seals RM, Taylor KM, Grespin M, Umbach DM, Hu H, Sandler DP, Kamel F, Weisskopf MG. Modification of the association between lead exposure and amyotrophic lateral sclerosis by iron and oxidative stress related gene polymorphisms. Amyotroph Lateral Scler Frontotemporal Degener. 2014 Oct 8:1-8. [Epub ahead of print] PubMed PMID: 25293352.

269.   Karwowski MP, Just AC, Bellinger DC, Jim R, Hatley EL, Ettinger AS, Hu H, Wright RO. Maternal iron metabolism gene variants modify umbilical cord blood lead levels by gene-environment interaction: a birth cohort study. Environ Health. 2014 Oct 6;13:77. doi: 10.1186/1476-069X-13-77. PubMed PMID: 25287020.

270.   Eum K-D, Weisskopf MG, Nie LH, Hu H, Korrick SA. Cumulative Lead Exposure and Age at Menopause in the Nurses' Health Study Cohort. Environmental Health Perspectives. 2014;122(3):229-234. doi:10.1289/ehp.1206399.

271.   Goodrich JM, Sánchez BN, Dolinoy DC, Zhang Z, Hernández-Ávila M, Hu H, Peterson KE, Téllez-Rojo MM. Quality control and statistical modeling for environmental epigenetics: A study on in utero lead exposure and DNA methylation  at birth.  Epigenetics. 2015 Jan 2;10(1):19-30. doi: 10.4161/15592294.2014.989077. Epub 2015 Jan 27. PubMed PMID: 25580720.

272.   Ji JS, Power MC, Sparrow D, Spiro III A, Hu H, Louis ED, Weisskopf MG.  Lead Exposure and Tremor among Older Men: The VANormative Aging Study.  Environ Health Perspectives 2015 May;123(5):445-50. doi: 10.1289/ehp.1408535. Epub 2015 Jan 23.  PubMed PMID: 25633720; PubMed Central PMCID: PMC4421770.

273.   Ettinger AS, Lamadrid-Figueroa H, Mercado-Garcia A, Kordas K, Wood RJ, Peterson KE, Hu H, Hernandez-Avila M, Tellez-Rojo MM.  Effect of Calcium Supplementation on Bone Resorption in Pregnancy and the Early Postpartum: A Randomized Controlled Trial in Mexican Women.  Nutrition Journal Nutr J. 2014 Dec 16;13(1):116. doi: 10.1186/1475-2891-13-116. PubMed PMID: 25511814; PubMed Central PMCID: PMC4289552.

274.   Jhun MA, Hu H, Schwartz J, Weisskopf MG, Nie LH, Sparrow D, Vokonas PS, Park SK.  Effect modification by Vitamin D receptor genetic polymorphisms in the association between cumulative lead exposure and pulse pressure: a longitudinal study.  Environ Health 2015 Jan

CV: Howard Hu, M.D., M.P.H., Sc.D.

13;14:5. doi: 10.1186/1476-069X-14-5. PubMed PMID: 25582168; PubMed Central PMCID: PMC4417283.

275.   Cantoral A, Tellez-Rojo MM, Ettinger AS, Hu H, Hernandez-Avila M, Peterson K.  Early introduction and cumulative consumption of sugar-sweetened beverages during the pre-school period and risk of obesity at 8–14 years of age.  Pediatr Obesity 2015 Apr 17. doi: 10.1111/ijpo.12023. [Epub ahead of print] PubMed PMID: 25891908.

276.   Orkin AM, Bingham K, Klaiman M, Leece P, Buick JE, et al. (2015) An Agenda for Naloxone Distribution Research and Practice: Meeting Report of the Surviving Opioid Overdose with Naloxone (SOON) International Working Group. J Addict Res Ther 6:212. doi:10.4172/2155-6105.1000212

277.   Xu J, Hu H, Wright R, Sánchez BN, Schnaas L, Bellinger DC, Park SK, Martínez  S, Hernández-Avila M, Téllez-Rojo MM, Wright RO. Prenatal Lead Exposure Modifies the Impact of Maternal Self-Esteem on Children's Inattention Behavior. J Pediatr. 2015 Aug;167(2):435-41. doi: 10.1016/j.jpeds.2015.04.057. Epub 2015 Jun 3. PubMed PMID: 26047683.

278.   Kotha SR, Jadad AR, Hu H.  Creating a Pandemic of Health: Opportunities and Lessons for a University Initiative at the Intersection of Health, Equity, and Innovation.  Harvard Publ Hlth Review 2015;5:1-8.  (available at http://harvardpublichealthreview.org/wp-content/uploads/2015/04/HPHRv5-Kotha-Jadad-Hu-Creating-a-Pandemic.pdf).

279.   Weisskopf MG, Sparrow D, Hu H, Power MC. Biased Exposure-Health Effect Estimates from Selection in Cohort Studies: Are Environmental Studies at Particular Risk? Environ Health Perspect. 2015 Nov;123(11):1113-22. doi: 10.1289/ehp.1408888. Epub 2015 May 8. PubMed PMID: 25956004; PubMed Central PMCID: PMC4629739.

280.   Grashow R, Kim J, Sparrow D, Hu H, Wessling-Resnick M, Weisskopf MG.  Cumulative lead exposure is associated with reduced olfactory function in elderly men: the Normative Aging Study.  Neurotoxicology 2015 Jul;49:158-64. doi: 10.1016/j.neuro.2015.06.006. Epub 2015 Jun 26. PubMed PMID: 26121922; PubMed Central PMCID: PMC4523435.

281.   Kim WB, Sibbald RG, Hu H, Bashash M, Anooshirvani N, Coutts P, Alavi A. Clinical Features and Patient Outcomes of Hidradenitis Suppurativa: A Cross-Sectional Retrospective Study. J Cutan Med Surg. 2016 Jan;20(1):52-7. doi:  10.1177/1203475415602840. Epub 2015 Aug 28. PubMed PMID: 26318545.

282.   Global Burden of Disease Study 2013 Collaborators, Vos T, Barber RM, Bell B…Hu H…Zunt JR, Salomon JA, Murray CJ. Global, regional, and national incidence, prevalence, and years lived with disability for 301 acute and chronic diseases and injuries in 188 countries, 1990-2013: a systematic analysis  for the Global Burden of Disease Study 2013. Lancet. 2015 Aug 22;386(9995):743-800. doi: 10.1016/S0140-6736(15)60692-4. Epub 2015 Jun 7.  Review. PubMed PMID: 26063472; PubMed Central PMCID: PMC4561509.

CV: Howard Hu, M.D., M.P.H., Sc.D.

283.  GBD 2013 Risk Factors Collaborators, Forouzanfar MH, Alexander L, Anderson HR…Hu H…
      Lopez AD, Vos T, Murray CJ. Global, regional, and national comparative risk assessment of 79
      behavioural, environmental and occupational, and metabolic risks or clusters of risks in 188
      countries, 1990-2013: a systematic analysis for the Global Burden of Disease Study 2013.
      Lancet. 2015 Dec 5;386(10010):2287-323. doi: 10.1016/S0140-6736(15)00128-2. Epub 2015
      Sep 11. PubMed PMID: 26364544; PubMed Central PMCID: PMC4685753.

284.  Huang S, Hu H, Sánchez BN, Peterson KE, Ettinger AS, Lamadrid-Figueroa H, Schnaas L,
      Mercado-García A, Wright RO, Basu N, Cantonwine DE, Hernández-Avila M, Téllez-Rojo MM.
      Childhood Blood Lead Levels and Symptoms of Attention Deficit Hyperactivity Disorder
      (ADHD): A Cross-Sectional Study of Mexican Children. Environ Health Perspect. 2016
      Jun;124(6):868-74. doi: 10.1289/ehp.1510067. PubMed PMID: 26645203; PubMed Central
      PMCID: PMC4892926.

285.  Taylor KM, Saint-Hilaire MH, Sudarsky L, Simon DK, Hersh B, Sparrow D, Hu H, Weisskopf
      MG. Head injury at early ages is associated with risk of Parkinson's disease. Parkinsonism Relat
      Disord. 2016 Feb;23:57-61. doi: 10.1016/j.parkreldis.2015.12.005. PubMed PMID: 26725141;
      PubMed Central PMCID: PMC4787263.

286.  Cantoral A, Téllez-Rojo MM, Levy TS, Hernández-Ávila M, Schnaas L, Hu H, Peterson KE,
      Ettinger AS. Differential association of lead on length by zinc status in two-year old Mexican
      children. Environ Health. 2015 Dec 30;14:95. doi: 10.1186/s12940-015-0086-8. PubMed PMID:
      26715556; PubMed Central PMCID: PMC4696318.

287.  Watkins DJ, Fortenberry GZ, Sánchez BN, Barr DB, Panuwet P, Schnaas L, Osorio-Valencia E,
      Solano-González M, Ettinger AS, Hernández-Ávila M, Hu H, Téllez-Rojo MM, Meeker JD.
      Urinary 3-phenoxybenzoic acid (3-PBA) levels among pregnant women in Mexico City:
      Distribution and relationships with child neurodevelopment. Environ Res. 2016 May;147:307-
      13. doi: 10.1016/j.envres.2016.02.025. PubMed PMID: 26922411; PubMed Central PMCID:
      PMC4821665.

288.  Specht AJ, Lin Y, Weisskopf M, Yan C, Hu H, Xu J, Nie LH. XRF-measured bone lead (Pb) as a
      biomarker for Pb exposure and toxicity among children diagnosed with Pb poisoning.
      Biomarkers. 2016 Jun;21(4):347-52. doi: 10.3109/1354750X.2016.1139183. Epub 2016 Feb 9.
      PubMed PMID: 26856822.

289.  Tamayo Y Ortiz M, Téllez-Rojo MM, Hu H, Hernández-Ávila M, Wright R, Amarasiriwardena
      C, Lupoli N, Mercado-García A, Pantic I, Lamadrid-Figueroa H.  Lead in candy consumed and
      blood lead levels of children living in Mexico City. Environ Res. 2016 May;147:497-502. doi:
      10.1016/j.envres.2016.03.007. Epub 2016 Mar 11. PubMed PMID: 26974363.

290.  Thomas DB, Basu N, Martinez-Mier EA, Sánchez BN, Zhang Z, Liu Y, Parajuli RP, Peterson K,
      Mercado-Garcia A, Bashash M, Hernández-Avila M, Hu H, Téllez-Rojo MM.  Urinary and

plasma fluoride levels in pregnant women from Mexico City. Environ Res. 2016 Oct;150:489-95. doi: 10.1016/j.envres.2016.06.046. PubMed PMID: 27423051.

291.   Ding N, Wang X, Weisskopf MG, Sparrow D, Schwartz J, Hu H, Park SK. Lead-Related Genetic Loci, Cumulative Lead Exposure and Incident Coronary Heart Disease: The Normative Aging Study. PLoS One. 2016 Sep 1;11(9):e0161472. doi: 10.1371/journal.pone.0161472. PubMed PMID: 27584680; PubMed Central PMCID: PMC5008632.

292.   Goodrich JM, Dolinoy DC, Sanchez BN, Zhang Z, Meeker JD, Mercado-Garcia A, Solano-Gonzalez M, Hu H, Tellez-Rojo MM, Peterson KE.  Adolescent epigenetic profiles and environmental exposures from early life through peri-adolescence.  Environmental Epigenetics, 2016; 2(3)1–11, doi: 10.1093/eep/dvw018

293.   Xu J, Yan CH, Hu H, Wu MQ, Shen XM. Prenatal Maternal Occupational Exposure and Postnatal Child Exposure to Elemental Mercury. Pediatr Emerg Care. 2016 Mar;32(3):175-9. doi: 10.1097/PEC.0000000000000305. PubMed PMID: 25415760.

294.   Prada D, Colicino E, Power MC, Weisskopf MG, Zhong J, Hou L, Spiro A 3rd, Vokonas P, Brenan K, Herrera LA, Schwartz J, Wright RO, Hu H, Baccarelli AA. APOE ε4 allele modifies the association of lead exposure with age-related cognitive decline in older individuals. Environ Res. 2016 Nov;151:101-105. doi: 10.1016/j.envres.2016.07.034. Epub 2016 Jul 27. Erratum in: Environ Res. 2017 Nov 25;:. PubMed PMID: 27474937; PubMed Central PMCID: PMC5071136.

295.   Farooqui Z, Bakulski KM, Power MC, Weisskopf MG, Sparrow D, Spiro A 3rd, Vokonas PS, Nie LH, Hu H, Park SK. Associations of cumulative Pb exposure and longitudinal changes in Mini-Mental Status Exam scores, global cognition and domains of cognition: The VA Normative Aging Study. Environ Res. 2017 Jan;152:102-108. doi: 10.1016/j.envres.2016.10.007. PubMed PMID: 27770710; PubMed Central PMCID: PMC5135609.

296.   Somers EC, Monrad SU, Warren JS, Solano M, Schnaas L, Hernandez-Avila M, Tellez-Rojo M, Hu H. Antinuclear antibody prevalence in a general pediatric cohort from Mexico City: discordance between immunofluorescence and multiplex assays. Clin Epidemiol. 2016 Dec 20;9:1-8. doi: 10.2147/CLEP.S121632. eCollection 2017. PubMed PMID: 28053555; PubMed Central PMCID: PMC5192054.

297.   Bashash M, Connors JM, Gascoyne RD, Meissner B, Schuetz JM, Leach S, Slack GW, Berry R, Hu H, Sehn LH, Brooks-Wilson AR, Spinelli JJ. Genetic polymorphism at BCL2 as a predictor for rituximab, cyclophosphamide, doxorubicin, vincristine and prednisone efficacy in patients with diffuse large B-cell lymphoma. Haematologica. 2017 May;102(5):e199-e202. doi: 10.3324/haematol.2016.159087. Epub 2017 Feb 2. PubMed PMID: 28154089; PubMed Central PMCID: PMC5477624.

298.   Hu H, Galea S, Rosella L, Henry D. Big Data and Population Health: Focusing on the Health

CV: Howard Hu                                                                                              61

Impacts of the Social, Physical, and Economic Environment.  Epidemiology. 2017 Nov;28(6):759-762. doi: 10.1097/EDE.0000000000000711. PubMed PMID: 28682850.

299.    Wang X, Ding N, Tucker KL, Weisskopf MG, Sparrow D, Hu H, Park SK. A Western Diet Pattern Is Associated with Higher Concentrations of Blood and Bone Lead among Middle-Aged and Elderly Men. J Nutr. 2017 Jul;147(7):1374-1383. doi: 10.3945/jn.117.249060. Epub 2017 Jun 7. PubMed PMID: 28592514; PubMed Central PMCID: PMC5483966.

300.    Bashash M, Thomas D, Hu H, Martinez-Mier EA, Sanchez BN, Basu N, Peterson KE, Ettinger AS, Wright R, Zhang Z, Liu Y, Schnaas L, Mercado-Garcia A, Téllez-Rojo MM, Hernández-Avila M.  Prenatal Fluoride Exposure and Cognitive Outcomes in Children at 4 and 6-12 Years of Age in Mexico.  Environ Health Perspec 2017  Environ Health Perspect. 2017 Sep 19;125(9). doi: 10.1289/EHP655. PubMed PMID: 28937959.

301.    Ge E, Fan M, Qiu H, Hu H, Tian L, Wang X, Xu G, Wei X. Ambient sulfur dioxide levels associated with reduced risk of initial outpatient visits for tuberculosis: A population based time series analysis. Environ Pollut. 2017 Sep;228:408-415. doi: 10.1016/j.envpol.2017.05.051. Epub 2017 May 26. PubMed PMID: 28554030.

302.    Tse LA, Lee PMY, Ho WM, Lam AT, Lee MK, Ng SSM, He Y, Leung KS, Hartle JC, Hu H, Kan H, Wang F, Ng CF. Bisphenol A and other environmental risk factors for prostate cancer in Hong Kong. Environ Int. 2017 Oct;107:1-7. doi: 10.1016/j.envint.2017.06.012. Epub 2017 Jun 20. PubMed PMID: 28644961.

303.    Liu SH, Bobb JF, Lee KH, Gennings C, Claus Henn B, Bellinger D, Austin C, Schnaas L, Tellez-Rojo MM, Hu H, Wright RO, Arora M, Coull BA. Lagged kernel machine regression for identifying time windows of susceptibility to exposures of complex mixtures. Biostatistics. 2018 Jul 1;19(3):325-341. doi: 10.1093/biostatistics/kxx036. PubMed PMID: 28968676; PubMed Central PMCID: PMC5991212.

304.    Mehdizadeh A, Alavi A, Alhusayen R, Bauer B, Bechara FG, Bourcier M, Brassard A, Djamei V, Dutz J, George R, Ghias M, Gooderham M, Hamzavi I, Hoffman LK, Hou A, Hu H, Kimball AB, Kirchhof M, Kryzskaya D, Liy Wong MDC, Lowes MA, Lynde CW, McLellen C, Prens E, Prens L, Rogalska T, Sibbald RG, Sisic M, Tan MG, Wong DD. Proceeding report of the Symposium on Hidradenitis Suppurativa Advances (SHSA). Exp Dermatol. 2018 Jan;27(1):104-112. doi: 10.1111/exd.13445. Epub 2017 Nov 15. PubMed PMID: 28898476.

305.    Claus Henn B, Austin C, Coull BA, Schnaas L, Gennings C, Horton MK, Hernández-Ávila M, Hu H, Téllez-Rojo MM, Wright RO, Arora M. Uncovering neurodevelopmental windows of susceptibility to manganese exposure using dentine microspatial analyses. Environ Res. 2018 Feb;161:588-598. doi: 10.1016/j.envres.2017.12.003. PubMed PMID: 29247915; PubMed Central PMCID: PMC5965684.

306.    Mehdizadeh A, Rosella L, Alavi A, Sibbald G, Farzanfar D, Hazrati A, Vernich L, Laporte A,

Hu H, Bashash M. A Canadian Population-Based Cohort to the Study Cost and Burden of Surgically Resected Hidradenitis Suppurativa. J Cutan Med Surg. 2018 May/Jun;22(3):312-317. doi: 10.1177/1203475418763536. Epub 2018 Mar 11. PubMed PMID: 29528753.

307.   Jansen EC, Zhou L, Song PXK, Sánchez BN, Mercado A, Hu H, Solano M, Peterson KE, Tellez-Rojo MM. Prenatal lead exposure in relation to age at menarche: results from a longitudinal study in Mexico City. J Dev Orig Health Dis. 2018 Apr 30:1-6. doi: 10.1017/S2040174418000223. [Epub ahead of print] PubMed PMID: 29706142. 308.

308.   Brook JR, Setton EM, Seed E, Shooshtari M, Doiron D; CANUE – The Canadian Urban Environmental Health Research Consortium. The Canadian Urban Environmental Health Research Consortium - a protocol for building a national environmental exposure data platform for integrated analyses of urban form and health. BMC Public Health. 2018 Jan 8;18(1):114. doi: 10.1186/s12889-017-5001-5. PubMed PMID: 29310629; PubMed Central PMCID: PMC5759244.

309.   Hu H, Baines C.  Recent Insights and Opportunities for Three Under-recognized Conditions: Myalgic Encephalomyelitis/ Chronic Fatigue Syndrome, Fibromyalgia and Environmental Sensitivities/ Multiple Chemical Sensitivity.  Can Fam Physician. 2018 Jun;64(6):413-415. PubMed PMID: 29898928; PubMed Central PMCID: PMC5999262.

310.   Landrigan PJ, Fuller R, Hu H, Caravanos J, Cropper ML, Hanrahan D, Sandilya K, Chiles TC, Kumar P, Suk WA. Pollution and Global Health – An Agenda for Prevention. Environ Health Perspect. 2018 Aug 6;126(8):084501. doi: 10.1289/EHP3141. eCollection 2018 Aug. PubMed PMID: 30118434; PubMed Central PMCID: PMC6108842.

311.   Hu H, Landrigan PJ, Fuller R, Lim SS, Murray CJL. New Initiative aims at expanding Global Burden of Disease estimates for pollution and climate. Lancet Planet Health. 2018 Oct;2(10):e415-e416. doi: 10.1016/S2542-5196(18)30189-X. PubMed PMID: 30318094.

312.   Wang W, Moroi S, Bakulski K, Mukherjee B, Weisskopf MG, Schaumberg D, Sparrow D, Vokonas PS, Hu H, Park SK. Bone Lead Levels and Risk of Incident Primary Open-Angle Glaucoma: The VA Normative Aging Study. Environ Health Perspect. 2018  Aug 8;126(8):087002. doi: 10.1289/EHP3442. eCollection 2018 Aug. PubMed PMID: 30102601; PubMed Central PMCID: PMC6108844.

313.   Xu J, Hu H, Wright R, Schnaas L, Bellinger DC, Park SK, Wright RO, Téllez-Rojo MM. Prenatal lead exposure modifies the association of maternal self-esteem with child adaptive ability. Int J Hyg Environ Health. 2019 Jan;222(1):68-75. doi: 10.1016/j.ijheh.2018.08.005. Epub 2018 Aug 23. PubMed PMID: 30146178.

314.   Horton MK, Hsu L, Claus Henn B, Margolis A, Austin C, Svensson K, Schnaas L, Gennings C, Hu H, Wright R, Rojo MMT, Arora M. Dentine biomarkers of prenatal and early childhood exposure to manganese, zinc and lead and childhood behavior. Environ Int. 2018 Dec;121(Pt

1):148-158. doi: 10.1016/j.envint.2018.08.045. Epub  2018 Sep 8. PubMed PMID: 30205321.

315.    Zhang Z, Braun TM, Peterson KE, Hu H, Téllez-Rojo MM, Sánchez BN. Extending Tests of Random Effects to Assess for Measurement Invariance in Factor Models.  Stat Biosci. 2018 Dec;10(3):634-650. doi: 10.1007/s12561-018-9222-7. Epub 2018 Sep 29. PubMed PMID: 30805035; PubMed Central PMCID: PMC6385881.

316.    Bashash M, Marchand M, Hu H, Till C, Martinez-Mier EA, Sanchez BN, Basu N, Peterson KE, Green R, Schnaas L, Mercado-García A, Hernández-Avila M, Téllez-Rojo MM. Prenatal fluoride exposure and attention deficit hyperactivity disorder (ADHD) symptoms in children at 6-12 years of age in Mexico City. Environ Int. 2018 Dec;121(Pt 1):658-666. doi: 10.1016/j.envint.2018.09.017. Epub 2018 Oct 10.  PubMed PMID: 30316181.

317.    GBD 2017 Risk Factor Collaborators. Global, regional, and national comparative risk assessment of 84 behavioural, environmental and occupational, and metabolic risks or clusters of risks for 195 countries and territories, 1990-2017: a systematic analysis for the Global Burden of Disease Study 2017. Lancet. 2018 Nov 10;392(10159):1923-1994. doi: 10.1016/S0140-6736(18)32225-6. Epub 2018 Nov 8.  PubMed PMID: 30496105; PubMed Central PMCID: PMC6227755.

318.    Zheutlin AR, Hu H, Weisskopf MG, Sparrow D, Vokonas PS, Park SK. Low-Level Cumulative Lead and Resistant Hypertension: A Prospective Study of Men Participating in the Veterans Affairs Normative Aging Study. J Am Heart Assoc. 2018 Nov 6;7(21):e010014. doi: 0.1161/JAHA.118.010014. PubMed PMID: 30608198.

319.    Green R, Till C, Al-Hakeem H, Cribbie R, Téllez-Rojo MM, Osorio E, Hu H, Schnaas L. Assessment of neuropsychological performance in Mexico City youth using the Cambridge Neuropsychological Test Automated Battery (CANTAB). J Clin Exp Neuropsychol. 2018 Oct 18:1-11. doi: 10.1080/13803395.2018.1529229. [Epub ahead of print] PubMed PMID: 30336715.

320.    Pantic I, Tamayo-Ortiz M, Rosa-Parra A, Bautista-Arredondo L, Wright RO, Peterson KE, Schnaas L, Rothenberg SJ, Hu H, Téllez-Rojo MM. Children's Blood Lead Concentrations from 1988 to 2015 in Mexico City: The Contribution of Lead in Air and Traditional Lead-Glazed Ceramics. Int J Environ Res Public Health. 2018 Sep 30;15(10). pii: E2153. doi: 10.3390/ijerph15102153. PubMed PMID: 30274368; PubMed Central PMCID: PMC6210390.

321.    Ding N, Wang X, Tucker KL, Weisskopf MG, Sparrow D, Hu H, Park SK. Dietary patterns, bone lead and incident coronary heart disease among middle-aged to elderly men. Environ Res. 2019 Jan;168:222-229. doi: 10.1016/j.envres.2018.09.035. Epub 2018 Sep 27. PMID: 30317107; PMCID: PMC6263823.

322.    Prada D, Colicino E, Power MC, Weisskopf MG, Zhong J, Hou L, Spiro A 3rd, Vokonas P, Brennan K, Herrera LA, Schwartz J, Wright R, Hu H, Baccarelli AA. Corrigendum to "APOE ε4 allele modifies the association of lead exposure with age-related cognitive decline in older

individuals" [Environ. Res. 151 (2016) 101-105]. Environ Res. 2018 Aug;165:504. doi: 0.1016/j.envres.2017.11.022. Epub 2017 Nov 26. PubMed PMID: 29183624.  (*correct citation [first in this CV] for earlier publication that was missing co-authors*).

323. Wu Y, Jansen EC, Peterson KE, Foxman B, Goodrich JM, Hu H, Solano-González M, Cantoral A, Téllez-Rojo MM, Martinez-Mier EA. The associations between lead exposure at multiple sensitive life periods and dental caries risks in permanent teeth. Sci Total Environ. 2019 Mar 1;654:1048-1055. doi:10.1016/j.scitotenv.2018.11.190. Epub 2018 Nov 14. PubMed PMID: 30841379; PubMed Central PMCID: PMC6407640.

324. Lin Y, Huang L, Xu J, Specht AJ, Yan C, Geng H, Shen X, Nie LH, Hu H. Blood lead, bone lead and child attention-deficit-hyperactivity-disorder-like behavior.  Sci Total Environ. 2019 Apr 1;659:161-167. doi: 10.1016/j.scitotenv.2018.12.219. Epub 2018 Dec 15. PubMed PMID: 30597466.

325. Liu Y, Téllez-Rojo M, Hu H, Sánchez BN, Martinez-Mier EA, Basu N, Mercado-García A, Solano-González M, Peterson KE. Fluoride exposure and pubertal development in children living in Mexico City. Environ Health. 2019 Mar 29;18(1):26. doi: 10.1186/s12940-019-0465-7. PubMed PMID: 30922319; PubMed Central PMCID: PMC6439980.

326. Cantoral A, Luna-Villa LC, Mantilla-Rodriguez AA, Mercado A, Lippert F, Liu Y, Peterson KE, Hu H, Téllez-Rojo MM, Martinez-Mier EA. Fluoride Content in Foods and Beverages From Mexico City Markets and Supermarkets. Food Nutr Bull. 2019 Jul 25:379572119858486. doi: 10.1177/0379572119858486. [Epub ahead of print] PubMed PMID: 31342782.

327. Jansen EC, Dunietz GL, Dababneh A, Peterson KE, Chervin RD, Baek J, O'Brien L, Song PXK, Cantoral A, Hu H, Téllez-Rojo MM. Cumulative Childhood Lead Levels in Relation to Sleep During Adolescence. J Clin Sleep Med. 2019 Oct 15;15(10):1443-1449. doi: 10.5664/jcsm.7972. PubMed PMID: 31596209; PubMed Central PMCID: PMC6778356.

328. Perng W, Tamayo-Ortiz M, Tang L, Sánchez BN, Cantoral A, Meeker JD, Dolinoy DC, Roberts EF, Martinez-Mier EA, Lamadrid-Figueroa H, Song PXK, Ettinger AS, Wright R, Arora M, Schnaas L, Watkins DJ, Goodrich JM, Garcia RC, Solano-Gonzalez M, Bautista-Arredondo LF, Mercado-Garcia A, Hu H, Hernandez-Avila M, Tellez-Rojo MM, Peterson KE. Early Life Exposure in Mexico to ENvironmental Toxicants (ELEMENT) Project. BMJ Open. 2019 Aug 26;9(8):e030427. doi: 10.1136/bmjopen-2019-03 27. PubMed PMID: 31455712; PubMed Central PMCID: PMC6720157.

329. Liu Y, Ettinger AS, Téllez-Rojo MM, Sánchez BN, Zhang Z, Cantoral A, Hu H, Peterson KE. Prenatal lead exposure, type 2 diabetes and cardiometabolic risk factors in children at age 10-18 years: a birth cohort study in Mexico City.  J Clin Endocrinol Metab. 2019 Oct 14. pii: dgz038. doi: 10.1210/clinem/dgz038. [Epub ahead of print] PubMed PMID:31608940.

330. Shaffer RM, Sellers SP, Baker MG, de Buen Kalman R, Frostad J, Suter MK, Anenberg SC,

Balbus J, Basu N, Bellinger DC, Birnbaum L, Brauer M, Cohen A, Ebi KL, Fuller R, Grandjean P, Hess JJ, Kogevinas M, Kumar P, Landrigan PJ, Lanphear B, London SJ, Rooney AA, Stanaway JD, Trasande L, Walker K, Hu H.  Improving and Expanding Estimates of the Global Burden of Disease due to Environmental Health Risk Factors.  2019 Oct;127(10):105001. doi: 10.1289/EHP5496. Epub 2019 Oct 18. PubMed PMID: 31626566.

331.    Hu H. From Air Pollution to the Anthropocene and Planetary Health: Implications for Clinicians, Researchers, and Society. Ann Am Thorac Soc. 2019 Oct 29. doi: 10.1513/AnnalsATS.201910-730PS. [Epub ahead of print] PubMed PMID: 31661632.

332.    Colicino E, Just A, Kioumourtzoglou MA, Vokonas P, Cardenas A, Sparrow D, Weisskopf M, Nie LH, Hu H, Schwartz JD, Wright RO, Baccarelli AA. Blood DNA methylation biomarkers of cumulative lead exposure in adults. J Expo Sci Environ Epidemiol. 2019 Oct 21. doi: 10.1038/s41370-019-0183-9. [Epub ahead of print]PubMed PMID: 31636367.

333.    Wang X, Kim D, Tucker KL, Weisskopf MG, Sparrow D, Hu H, Park SK. Effect of Dietary Sodium and Potassium Intake on the Mobilization of Bone Lead among Middle-Aged and Older Men: The Veterans Affairs Normative Aging Study. Nutrients. 2019 Nov 13;11(11):2750. doi: 10.3390/nu11112750. PMID: 31766133; PMCID: PMC6893449.

334.    Mehdizadeh A, Alavi A, Piguet V, Sibbald G, Vernich L, Marchand M, Rosella L, Hu H, Laporte A, Bashash M. Surgically resected hidradenitis suppurativa: a population-based cost analysis. Br J Dermatol. 2019 Nov 27. doi: 10.1111/bjd.18738. Epub ahead of print. PMID: 31774145.

335.    Cantoral A, Montoya A, Luna-Villa L, Roldán-Valadez EA, Hernández-Ávila M, Kershenobich D, Perng W, Peterson KE, Hu H, Rivera JA, Téllez-Rojo MM. Overweight and obesity status from the prenatal period to adolescence and its association with Non-alcoholic fatty liver disease in young adults: cohort study. BJOG. 2020 Mar 7. doi: 10.1111/1471-0528.16199. Epub ahead of print. PMID: 32145139.

336.    Bakulski KM, Seo YA, Hickman RC, Brandt D, Vadari HS, Hu H, Park SK.  Heavy metals exposure and Alzheimer's disease and related dementias.  J Alzheimers Dis  (accepted).

337.    Rygiel CA, Goodrich JM, Perng W, Jones TR, Solano M, Hu H, Tellez-Rojo MM, Peterson KE, Dolinoy DC.  Trimester-Specific Associations of Prenatal Lead (Pb) Exposure with Infant Cord Blood DNA Methylation at Birth.  Epigenetics Insights (in press).

338.    Norris J, Yepes J, Vinson LQ, Eckert G, Hu H, Wu Y, Jansen E, Peterson KE, Téllez-Rojo MM, Martinez-Mier E.  Blood Levels of Lead and Dental Caries.  J Publ Health Dentistry (in press).

CV: Howard Hu                                                                                    66

Other Peer-reviewed Publication

1.      Hu H.  Investigating allegations using survey epidemiology.  Proceedings of the International
        Conference on Combatting the Use of Chemical and Biological Weapons. Geneva May 24-27,
        1989. International Commission of Health Professionals: Geneva.

2.      Kim R, Hu H.  New biomarkers of lead dose and toxicity.  Proceedings of the Pacific Basin
        Conference on Hazardous Waste, Edmonton, Alberta, May 7-12, 1995.  East-West Center:
        Honolulu.

3.      Hu H, Kim R, Payton M, Korrick S, Sparrow D, Weiss ST.  The relationship of bone and blood
        lead to hypertension: further analyses of the normative aging study data.  Proceedings of the
        1996 Pacific Basin Conference on Hazardous Waste, Nov 4-8, 1996.  East-West Center:
        Honolulu.

4.      Hu H, Kim R, Fleischaker G, Aro A.  K-X-ray fluorescence: measuring bone lead as a biomarker
        of cumulative lead dose.   Proceeding of "Biomarkers, the Genome, and the Individual:
        Workplace and Medical Implications of a Rapidly Evolving Technology".  May, 1997,
        Charleston, SC.

5.      Hu H, Johnson K, Heldman R, Jones K, Komaroff AL, Schacterle R, Barsky A, Becker A,
        Holman L.  A comparison of single photon emission computed tomography in normal controls,
        in subjects with multiple chemical sensitivity syndrome and in subjects with chronic fatigue
        syndrome.  Department of Labor and Industries, State of Washington.  1999 (peer-reviewed
        technical report).

6.      Wright R, Mulkern R, White R, Aro A, Hu H.  Magnetic resonance spectroscopy in the
        neurologic assessment of adult lead poisoning.  Proceeding of the Silver Anniversary
        International Conference on Heavy Metals in the Environment.  August, 2000, Ann Arbor, MI.

7.      Tsaih S-W, Korrick S, Schwartz J, Amarasiriwardena C, Aro A, Sparrow D, Hu H.  Influence of
        dietary ascorbic acid intake on lead mobilized from bone among middle-aged and elderly men:
        the Normative Aging Study.   Proceeding of the Silver Anniversary International Conference on
        Heavy Metals in the Environment. August 2000, Ann Arbor, MI.

8.      Hu H, O'Neill M, Ebi K, Kotha R, Patz J, Keeler J, Erdmann C, Xi C, Ebi K.  Coping with
        Climate Change: Public Health Sector Synthesis.  Proceedings of the National Summit on
        Coping with Climate Change, University of Michigan, Ann Arbor, 8-10 May 2007

Non-peer reviewed publications

1.      Hu H.  Occupational health: on the job training for medical students.  The New Physician, May
        1979:24-25.
CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                67

2.    Hu H, Shaffer N. Trade unionism for doctors.  (Letter to the Editor).  N Engl J Med 1985;323:926.

3.    Kern D, Christiani DC, Kelsey KT, Hu H, Frumkin H, Kreiss K, Rose C, Newman LS, Jarvis J, Garabrant D.  Asbestos related diseases.  (Letter to the Editor).  N Engl J Med 1991;324:195-196.

3.    Hu H.  Physicians, IPPNW, and the Environment.  PSR Quarterly  1993;3:141-142 (reply to letter).

4.    Hoppin JA, Ryan PB, Hu H, Aro ACA.  Bone lead levels and delinquent behavior (letter to the editor).  J Am Med Assoc 1996;275:1727.

5.    Hu H, Aro A, Payton M, Korrick S, Weiss S, Sparrow D.  Lead and hypertension (reply to Letters to the Editor).  J Am Med Assoc 1996;276:1038.

6.    Hu H.  Inorganic lead exposure: Metabolism and intoxication.  (book review).  Am J Epi 1997;145:382-383.

7.    Hu H. The exportation of hazardous industries, products, and wastes: globally-distributed chemicals and associated toxins.  Our Planet.  United Nations Environmental Program North America (Suppl) 1997;8:3-4.

8.    Sumner D, Hu H, Woodward A.  Health risks of ionizing radiation.  Science for Democratic Action  2000;8:1-4.

9.    Schwartz BS, Stewart W, Hu H.  Critique of Goodman et al.: Lead and neurobehavioral test scores in adults.  OEM Online - Occupational and Environmental Medicine, May 8, 2002 (http://oem.bmjjournals.com/cgi/eletters/59/4/217).

10.   Mitchell CS, Moline J, Avery AN, Baker D, Blessman JE, Carson AI, Cosby O, Darcey D, Ducatman A, Emmett EA, Forst L, Gerr F, Gochfeld M, Guidotti TL, Harber P, Hu H, Hegmann KT, Kipen HM, Levin J, McGrail MP, Meyer JD, Mueller KL, Prince S, Rubin R, Schwerha JJ, Sprince NL, Taiwo O, Upfal M.   In response to the 2002, vol. 22, no. 4 article entitled "The rise and fall of occupational medicine in the United States". Am J Prev Med. 2002;23:307-9.

11.   Ettinger AS, Hu H.  Lead and its impact on children—the Environmental Health dimension.  Contact  2005;179:13-15.

12.   Hu H, Tellez-Rojo M, LaMadrid-Figueroa H, Mercado-Garcia A, Herandez-Avila M, Bellinger D, Smith D, Ettinger AS, Schnaas L.  Response to Letter to the Editor by Ronchetti.  Environ Health Perpec 2007;115:A186-187.

CV: Howard Hu, M.D., M.P.H., Sc.D.

13.     Weisskopf MG, Weuve J, Jarrell J, Hu H, Tellez-Rojo MM, Hernandez-Avila M.  Reply to Letter to the Editor by Jongbloet.  Hum Reprod. 2007 Oct;22(10):2792-3. Epub 2007 Jun 28.

14.     Aguilar Madrid G, Beaudry M, Bell W, Bowes D, Brophy J, Burdorf A, Carlsten C, Castleman B, Chaturvedi S, Conti ME, Corra L, Corrêa Filho HR, Cranor CF, Cullen E, Dalvie A, Dickson RC, Digon A, Egilman D, Eisner Falvo C, Fischer E, Frank AL, Frank E, Gee D, Giannasi F, Goldstein BD, Greenberg M, Guidotti TL, Harris WA, Hindry M, Houlson A, Hu H, Huff J, Infante PF, Thambyappa J, Juarez Perez CA, Jeebhay MF, Joshi TK, Keith M, Keyserlingk JR, Khatter K, King D, Kodeih N, Kristensen J, Kulsomboon V, Landrigan PJ, Lee CW, Leigh J, Lemen RA, Lippman A, London L, Matzopoulos R, McCulloch J, McDiarmid MA, Mehrdad R, Mirabelli D, Moshammer H, Notebaert É, Nycz Z, Oberta AF, O'Connor J, O'Neill R, Orris P, Ozonoff D, Paek D, Rickard C, Rodriguez EJ, Sass J, Sentes KE, Simpson IM, Soffritti M, Soskolne CL, Sparling SP, Spiegel J, Takahashi K, Takaro TK, Terracini B, Thébaud-Mony A, Trosic I, Turcotte F, Vakil C, Van Der Walt A, Waterman YR, Watterson A, Wegman DH, Welch LS, Weiss SH, Winston R, Yassi A. Statement in response to asbestos industry efforts to prevent a ban on asbestos in Pakistan: chrysotile asbestos use is not safe and must be banned. Arch Environ Occup Health. 2013;68(4):243-9. doi: 10.1080/19338244.2013.780807. PubMed PMID: 23697697.

15.     Prada D, Colicino E, Power MC, Weisskopf MG, Zhong J, Hou L, Spiro A 3rd, Vokonas P, Brennan K, Herrera LA, Schwartz J, Wright R, Hu H, Baccarelli AA.  Corrigendum to "APOE ε4 allele modifies the association of lead exposure with age-related cognitive decline in older individuals" [Environ. Res. 151 (2016) 101-105]. Environ Res. 2017 Nov 25. pii: S0013-9351(17)31700-0. doi:10.1016/j.envres.2017.11.022. [Epub ahead of print] PubMed PMID: 29183624.

16.     Hu H.  Reply to Igor Gonda's Comment on "From Air Pollution to the Anthropocene and Planetary Health".  Annals Am Thoracic Soc.  (accepted).

<u>Book Chapters (peer-reviewed)</u>

1.     Hu H.  Renal and urinary tract disorder.  In: Levy B, Wegman D, eds., *Occupational Health: Recognizing and Preventing Work-Related Disease*, Boston: Little, Brown, 1983

2.     Hu H.  Other physical hazards.  In: Levy B, Wegman D, eds., *Occupational Health: Recognizing and Preventing Work-Related Disease*, Boston: Little, Brown, 1983

3.     Frumkin H, Hu H.  Training and career opportunities, Appendix In: Levy B, Wegman D, eds., *Occupational Health: Recognizing and Preventing Work-Related Disease*, Boston: Little, Brown, 1983

4.     Hu H.  Other physical hazards. In: Levy B, Wegman D, eds. *Occupational Health: Recognizing and Preventing Work-Related Disease*. 2nd edition. Boston: Little, Brown, 1988:263-279.

CV: Howard Hu, M.D., M.P.H., Sc.D.

CV: Howard Hu                                                                         69

5.      Frumkin H, Hu H, Travers P.  Training and career opportunities, Appendix In: Levy B, Wegman D, eds., *Occupational Health: Recognizing and Preventing Work-Related Disease*, Boston: Little, Brown, 1988.

6.      Hu H.  The effects of ultraviolet radiation. In: Upton R, Positano R, eds. Med Clin N Amer: Environmental Medicine. March 1990;74:509-514.

7.      Hu H.  Non-ionizing radiation. In: Levy B, Weeks J, eds., *Control of Occupational Diseases; Center for Disease Control.*  Washington, D.C.: American Public Health Association:1991:508-515.

8.      Hu H.  Toxicodynamics of riot control agents (lacrimators).  In:  Somani SM, ed.  *Chemical Warfare Agents*. New York: Academic Press, 1992;271-288.

9.      Hu H, Besser M.  Other physical hazards. In: Paul M, ed. *Occupational and Environmental Reproductive Hazards: A Guide for Clinicians*.  Philadelphia: Williams & Wilkins, 1992:218-232.

10.     Hu H.  Ultraviolet radiation.  *The Encyclopedia of the Environment*.  Boston: Houghton Mifflin Co.  1993:750.

11.     Hu H, Kim N.  Drinking water pollution and human health.  In: Chivian E, McCally M, Hu H, Haines H, eds.  Human Health and the Environment--A Doctor's Report.  Cambridge: The MIT Press, 1993:31-48.

12.     Bowen E, Hu H.  Food Contamination Due to Environmental Pollution.  In: Chivian E, McCally M, Hu H, Haines H, eds. *Human Health and the Environment--A Doctor's Report*.  Cambridge: The MIT Press 1993:49-69.

13.     Kales S, Hu H.  Other physical hazards. In: Levy B, Wegman D, eds. *Occupational Health: Recognizing and Preventing Work-Related Disease*.  3rd edition. Boston: Little, Brown, 1994:337-354.

14.     Hu H, Speizer F.  Physicians and Environmental/Occupational Hazards.  In: Isselbacher KJ, Braunwald E, Wilson JD, Martin JB, Fauci AS, Kasper D, eds. *Harrison's Principles of Internal Medicine*, (13th edition). New York: McGraw-Hill, Inc., 1994:2439-2441.

15.     Frumkin H, Hu H, Travers PH.  Training and Career Opportunities.  In: Levy B, Wegman D, eds. *Occupational Health: Recognizing and Preventing Work-Related Disease*.  Boston:Little, Brown, Co. 1994:16-24.

16.     Hu H. Health Effects from Lead Exposure: A Review.   In: Hernandez-Avila M, Palazuelos Rendon E, ed. *Lead Pollution in Mexico: Prevention and Control*.  Cuernavaca: National Institute of Public Health.  1995.

CV: Howard Hu, M.D., M.P.H., Sc.D.

17.    Hu H, Kim R, Fleischaker G, Aro A.  Measuring bone lead as a biomarker of cumulative lead dose using K X-ray fluorescence.  In: *Biomarkers: Medical and Workplace Applications*.  ML Mendelsohn, LC Mohr, JP Peeters, Ed.  Washington DC: Joseph Henry Press.  1998.  pp. 71-86.

18.    Hu H, Speizer F.  Influence of Environmental and Occupational Hazards on Disease.  In: Fauci AS, Braunwald E, Isselbacher KJ, Wilson JD, Martin JB, Kasper D, Hauser SL,  Longo DL, eds. *Harrison's Principles of Internal Medicine*, (14th edition). New York: McGraw-Hill 1998:18-21.

19.    Hu H, Speizer F.  Specific Environmental and Occupational Hazards.  In:Fauci AS, Braunwald E, Isselbacher KJ, Wilson JD, Martin JB, Kasper D, Hauser SL,  Longo DL, eds.  *Harrison's Principles of Internal Medicine,* (14th edition). New York: McGraw-Hill 1998:2521-2523.

20.    Hu H.  Heavy Metals.  In: Fauci AS, Braunwald E, Isselbacher KJ, Wilson JD, Martin JB, Kasper D, Hauser SL,  Longo DL, eds. *Harrison's Principles of Internal Medicine*, (14th edition). New York: McGraw-Hill 1998:2564-2569.

21.    Leffler C, Hu H.  Other physical hazards. In: Levy B, Wegman D, eds. *Occupational Health: Recognizing and Preventing Work-Related Disease and Injury*. 4th edition.  Philadelphia: Lippincott Williams & Wilkins.  2000.

22.    Hu H.  Exposure to Metals.  In: LaDou J, ed.  Occupational Medicine.  *Primary Care: Clinics in Office Practice*. 2000 Dec;27(4):983-96.

23.    Hu H, Speizer F.  Influence of Environmental and Occupational Hazards on Disease.  In: Braunwald E, Fauci AS, Kasper DL, Hauser SL,  Longo DL, Jameson JL, eds. *Harrison's Principles of Internal Medicine*, (15th edition). New York: McGraw-Hill 2001.

24.    Hu H, Speizer F.  Specific Environmental and Occupational Hazards. In: Braunwald E, Fauci AS, Kasper DL, Hauser SL,  Longo DL, Jameson JL, eds. *Harrison's Principles of Internal Medicine*, (15th edition). New York: McGraw-Hill 2001.

25.    Hu H.  Heavy Metals.  In: Braunwald E, Fauci AS, Kasper DL, Hauser SL,  Longo DL, Jameson JL, eds. *Harrison's Principles of Internal Medicine*, (15th edition). New York: McGraw-Hill 2001.

26.    Goldman RH, Hu H. Overview of Adult Lead Poisoning. *UpToDate in Medicine*. Primary Care Section. (CD-ROM/Internet publication).  Begun in 2000, updated annually.

27.    Hu H.  Human Health and Toxic Metals.  Chapter in: *Life Support: the Environment and Human Health.*  M McCally, Editor.  MIT Press, 2002.

28.    Chivian E, Epstein PR, Ford TE, Goodenough DA, Hu H.  Bringing global issues to medical training.  (Letter to Editor).  Lancet 2002;359:714.

CV: Howard Hu                                                                                      71

29.    Hu H, Woolf A.  Introduction: Environmental Medicine as an emerging discipline.  In: *Grand Rounds in Environmental Medicine*.  Hu, H (Editor).  Research Triangle Park: National Institute for Environmental Health Sciences.  2003.

30.    Hu H, Speizer F.  Influence of Environmental and Occupational Hazards on Disease.  In:  Kasper DL, Braunwald E, Fauci AS, Hauser SL,  Longo DL, Jameson JL, eds. *Harrison's Principles of Internal Medicine*, (16th edition). New York: McGraw-Hill 2005.

31.    Hu H.  Heavy Metals.  In: Kasper DL, Braunwald E, Fauci AS, Hauser SL,  Longo DL, Jameson JL, eds. *Harrison's Principles of Internal Medicine*, (16th edition). New York: McGraw-Hill 2005.

32.    Perry M, Hu H.  Workplace Safety and Health.  In *Environmental Health: From Local to Global*. Frumkin H, Editor.  Jossey-Bass.  2005.

33.    Fischbein A, Hu H.  Occupational and environmental exposure to lead.  In *Environmental and Occupational Medicine, Fourth Edition,* edited by William N. Rom. Lippincott–Raven Publishers, Philadelphia 2006.

34.    Weisskopf MG, Wright RO, Hu H.  Early life environmental exposure and neurologic outcomes in adults.  In: DB Bellinger, Ed.  *Human Developmental Neurotoxicology.*  The Taylor and Francis Publishing Group 2006.

35.    Hu H.  Heavy Metals.  In: Kasper DL, Braunwald E, Fauci AS, Hauser SL,  Longo DL, Jameson JL, eds. *Harrison's Principles of Internal Medicine*, (17th edition). New York: McGraw-Hill 2008.

36.    Perry M, Hu H.  Workplace Safety and Health.  In *Environmental Health: From Local to Global*. Frumkin H, Editor.  Jossey-Bass.  2nd Edition, 2009

37.    Hu H.  Heavy Metals.  In: Kasper DL, Braunwald E, Fauci AS, Hauser SL,  Longo DL, Jameson JL, eds. *Harrison's Principles of Internal Medicine*, (18th edition). New York: McGraw-Hill 2011.

38.    Hu H.  Heavy Metals.  In: Kasper DL, Braunwald E, Fauci AS, Hauser SL,  Longo DL, Jameson JL, eds. *Harrison's Principles of Internal Medicine*, (19th edition). New York: McGraw-Hill 2014.

39.    Bush KF, Balakrishnan K, Hu H.  Global Climate Change: Case Study of India.  In *Climate Change and Health.*  London: Oxford University Press.  (in press)

40.    (Hu H et al. ).  Epilogue: 'Global Health, Governance and Education'.  In *Global Population Health and Well-Being in the 21st Century: Toward NewParadigms, Policy and Practice.*

CV: Howard Hu, M.D., M.P.H., Sc.D.

George Lueddeke, Editor.  Springer, 2015.

41. Anderson G, Buckle R, Favrin G, Friend S, Geschwind D, Hu H, Oliver S, Peterson R, Rossor M, St. George-Hyslop P, Zhang B.  Big Data Approaches to Dementia: Opportunities and Challenges.  In *Dementia Research and Care: Can Big Data Help?*  G Anderson, J Oderkirk, Ed. OECD Publishing, Paris. 2015.  http://dx.doi.org/10.1787/9789264228429-en

42. Hu H.  Heavy Metal Poisoning.  In: Jameson JL, Fauci AS, Kasper DL, Hauser SL,  Longo DL, Loscalzo J, eds. *Harrison's Principles of Internal Medicine*, (20th edition). New York: McGraw-Hill 2018.

43. Hu H.  Childhood Lead Toxicity.  In: Levy, B, ed.  *Social Injustice and Public Health,* (3rd edition).  New York: Oxford University Press 2019.

44. Bakulski K, Hu H, Park SK.  Lead, Cadmium, and Alzheimer's Disease.  In: *The Neuroscience of Dementia: Genetics, Neurology, Behavior and Diet.*  VR Preedy, CR Martin, Ed.  Elsevier (in progress).

45. Hu H.  Heavy Metal Poisoning.  In: Jameson JL, Fauci AS, Kasper DL, Hauser SL,  Longo DL, Loscalzo J, eds. *Harrison's Principles of Internal Medicine*, (21st edition). New York: McGraw-Hill (in progress).

Books, Monographs, Reports

1. Frumkin H, Hu H, eds. *Occupational and Environmental Health: A Resource Guide for Health Science Students* (National Institute of Occupational Safety and Health), March 1980; Publication # 90-118.

2. Physicians for Human Rights.  *The Use of Tear Gas in the Republic of Korea: A Report by Health Professionals.*  Somerville: Physicians for Human Rights.  July 27, 1987.  Available at: https://s3.amazonaws.com/PHR_Reports/korea-1987-use-of-tear-gas-in-republic-of-korea.pdf

3. Hu H, Cook-Deegan R, Shukri A.  *Winds of Death: Iraq's Use of Poison Gas Against its Kurdish Population*. Somerville, Massachusetts: Physicians for Human Rights, February 1989.  Available at: https://s3.amazonaws.com/PHR_Reports/winds-of-death-iraq-kurds-1989.pdf

4. Korman P, Hu H, Planatamura D.  *Lead Abatement Manual: A Union Training Course for Workers and Supervisors.*  Commonwealth of Massachusetts, Department of Industrial Accidents, 1991.

5. Hu H, Win UK, Arnison A.  *Health and Human Rights in Burma (Myanmar): 1988 to the present.*  Somerville, Massachusetts: Physicians for Human Rights, 1991.

CV: Howard Hu, M.D., M.P.H., Sc.D.

6.      Hu H, Makhijani A, Yih K.  *Plutonium: Deadly Gold of the Nuclear Age*.  The International Commission for the Investigation of the Health and Environmental Effects of Nuclear Weapons Production.  Cambridge: the International Physicians for the Prevention of Nuclear Weapons, 1992.

7.      Chivian E, McCally M, Hu H, Haines H, eds.  *Critical Condition: Human Health and the Environment*.  Cambridge: The MIT Press, 1993.

8.      Makhijani A, Hu H, Yih K.  *Nuclear Wastelands.  A Global Guide to Nuclear Weapons Production and Its Health and Environmental Effects*.  The International Commission for the Investigation of the Health and Environmental Effects of Nuclear Weapons Production. Cambridge: The MIT Press, 1995.

9.      Hu, H.  (Editor).  *Grand Rounds in Environmental Medicine*.  Research Triangle Park: National Institute for Environmental Health Sciences.  2003.

10.     Basu N, Hu H.  *Toxic Metals and Indigenous Peoples Near the Marlin Mine in Western Guatemala: Potential Exposures and Impacts on Health*.  A report for Physicians for Human Rights.  March, 2010  (http://physiciansforhumanrights.org/library/report-2010-05-18.html).

11.     Centers for Disease Control and Prevention (CDC). Work Group on Lead and Pregnancy (Hu: member). Ettinger AS and Wengrowitz AG, Editors.  *Guidelines for the Identification and Management of Lead Exposure in Pregnant and Lactating Women.*  Atlanta: Centers for Disease Control.  November, 2010.  Available at: https://www.cdc.gov/nceh/lead/prevention/pregnant.htm ; accessed May 20, 2020

12.     Taskforce on Environmental Health (Hu: Taskforce Chair).  *Time for Leadership: Recognizing and Improving Care for those with ME/CFS, FM and ES/MCS*.  Interim Report.  Ministry of Health and Longterm Care, Province of Ontario.  July, 2017

13.     Energy Research Committee (Hu: Member).  *Potential Human Health Effects Associated with Unconventional Oil and Gas Development: A Systematic Review of the Epidemiology Literature*.  Health Effects Institute, September 2019.  Available at: https://hei-energy.org/publication/potential-human-health-effects-associated-unconventional-oil-and-gas-development

14.     Hu, H. *Environment, Health and Pollution: A Review of WHO's Guidelines for Pollution in Relation to Recent Evidence on Pollution Trends and Health Impacts*.  March, 2020.  Nairobi: United Nations Environment Programme.

Abstracts of Work (Upon request)


CV: Howard Hu, M.D., M.P.H., Sc.D.

# EXHIBIT 2

**Howard Hu, M.D., M.P.H., Sc.D.**

**List of all publications authored by Dr. Hu, or on which Dr. Hu is listed as an author, in the previous 10 years.**

### A. <u>Original articles in peer-reviewed journals</u>

1.  Leiba A, Hu H, Zheng A, Kales SN. A safe strategy to decrease fetal lead exposure in a woman with chronic intoxication. J Matern Fetal Neonatal Med. 2010 Aug;23(8):932-4. PubMed PMID: 20459344.

2.  Peters JL, Weisskopf MG, Spiro A 3rd, Schwartz J, Sparrow D, Nie H, Hu H, Wright RO, Wright RJ. Interaction of stress, lead burden, and age on cognition in older men: the VA Normative Aging Study. Environ Health Perspect. 2010 Apr;118(4):505-10. Epub 2009 Nov 6. PubMed PMID: 20064786; PubMed Central PMCID: PMC2854727.

3.  Claus Henn B, Ettinger AS, Schwartz J, Téllez-Rojo MM, Lamadrid-Figueroa H, Hernández-Avila M, Schnaas L, Amarasiriwardena C, Bellinger DC, Hu H, Wright RO. Early postnatal blood manganese levels and children's neurodevelopment. Epidemiology. 2010 Jul;21(4):433-9. PubMed PMID: 20549838.

4.  Wright RO, Schwartz J, Wright RJ, Bollati V, Tarantini L, Park SK, Hu H, Sparrow D, Vokonas P, Baccarelli A. Biomarkers of lead exposure and DNA methylation within retrotransposons. Environ Health Perspect. 2010 Jun;118(6):790-5. Epub 2010 Jan 11. PubMed PMID: 20064768; PubMed Central PMCID:  PMC2898855.

5.  Zhang A, Park SK, Wright RO, Weisskopf MG, Mukherjee B, Nie H, Sparrow D, Hu H. HFE H63D polymorphism as a modifier of the effect of cumulative lead exposure on pulse pressure: the Normative Aging Study. Environ Health Perspect. 2010 Sep;118(9):1261-6. Epub 2010 May 14. PubMed PMID: 20478760; PubMed Central PMCID: PMC2944087.

6.  Roy A, Hu H, Bellinger DC, Mukherjee B, Modali R, Nasaruddin K, Schwartz J, Wright RO, Ettinger AS, Palaniapan K, Balakrishnan K. Hemoglobin, Lead Exposure, and Intelligence Quotient: Effect Modification by the DRD2 Taq IA Polymorphism. Environ Health Perspect. 2011 Jan;119(1):144-9. PubMed PMID: 21205584.

7.  Cantonwine D, Meeker JD, Hu H, Sanchez BN, Lamadrid-Figueroa H, Mercado-Garcia A, Fortenberry GZ, Calafat AM, Tellez-Rojo MM. Bisphenol A exposure in Mexico City and risk of prematurity: a pilot nested case control study. Environ Health.  2010 Oct 18;9(1):62. [Epub ahead of print] PubMed PMID: 20955576.

8.  Cantonwine D, Hu H, Téllez-Rojo MM, Sánchez BN, Lamadrid-Figueroa H, Ettinger AS, Mercado-García A, Hernández-Avila M, Wright RO. HFE gene variants modify the association between maternal lead burden and infant birthweight: a prospective birth cohort study in Mexico City, Mexico. Environ Health. 2010 Jul 26;9:43. PubMed PMID: 20659343; PubMed Central PMCID: PMC2916893.

9.  Pilsner JR, Hu H, Wright RO, Kordas K, Ettinger AS, Sánchez BN, Cantonwine D, Lazarus AL, Cantoral A, Schnaas L, Téllez-Rojo MM, Hernández-Avila M. Maternal MTHFR genotype and haplotype predict deficits in early cognitive development in a lead-exposed birth cohort in Mexico City. Am J Clin Nutr. 2010 Jul;92(1):226-34. Epub 2010 May 26. PubMed PMID: 20504979; PubMed Central PMCID: PMC2884326.

10.   Weisskopf MG, Weuve J, Nie H, Saint-Hilaire M-H, Sudarsky L, Simon DK, Hersh B, Schwartz J, Wright RO, Hu H.  Association of Cumulative Lead Exposure with Parkinson's Disease.  *Environ Health Perspec 2010; 118:1609–1613, PMID: 20807691; PMCID: PMC2974701

11.   Basu N, Abare M, Buchanan S, Cryderman D, Nam D-H, Sirkin S, Schmitt S, Hu H.  A combined ecological and epidemiologic investigation of metals exposure amongst indigenous peoples near the Marlin Mine in Western Guatemala.  Sci Total Environ 2010 Dec 1;409(1):70-7. Epub 2010 Oct 16. PubMed PMID: 20952048.

12,   Lee MS, Park SK, Hu H, Lee S. Cadmium exposure and cardiovascular disease in the 2005 Korea National Health and Nutrition Examination Survey. Environ Res. 2011 Jan;111(1):171-6. Epub 2010 Nov 5. PubMed PMID: 21055738.

13.   Cantonwine D, Hu H, Sanchez BN, Lamadrid-Figueroa H, Smith D, Ettinger AS, Mercado-Garcia A, Hernandez-Avila M, Wright RO, Tellez-Rojo MM.  Critical Windows of Fetal Lead Exposure: Adverse Impacts on Length of Gestation and Risk of Premature Delivery.  J Occup Environ Med. 2010 Nov;52(11):1106-11. PubMed PMID: 21063188; PubMed Central PMCID: PMC3003442.

14.   Lamadrid-Figueroa H, Téllez-Rojo MM, Angeles G, Hernández-Ávila M, Hu H. Bias correction by use of errors-in-variables regression models in studies with K-X-ray fluorescence bone lead measurements. Environ Res. 2011 Jan;111(1):17-20.  Epub 2010 Nov 18. PubMed PMID: 21092947; PubMed Central PMCID: PMC3026095.

15.   Pan CH, Shih TS, Chen CJ, Hsu JH, Wang SC, Huang CP, Kuo CT, Wu KY, Hu H, Chan CC. Reduction of cooking oil fume exposure following an engineering intervention in Chinese restaurants. Occup Environ Med. 2011 Jan;68(1):10-5. Epub 2010 Sep 30. PubMed PMID: 20884797.

16.   Sánchez BN, Hu H, Litman HJ, Téllez-Rojo MM. Statistical Methods to Study Timing of Vulnerability with Sparsely Sampled Data on Environmental Toxicants.  *Environ Health Perspec Environ Health Perspect. 2011 Mar;119(3):409-15. PubMed PMID: 21362588.

17.   Park SK, Elmarsafawy S, Mukherjee B, Spiro A 3rd, Vokonas PS, Nie H, Weisskopf MG, Schwartz J, Hu H. Cumulative lead exposure and age-related hearing loss: the VA Normative Aging Study.  Hear Res. 2010 Oct 1;269(1-2):48-55. Epub 2010 Jul 16. PubMed PMID: 20638461; PubMed Central PMCID: PMC2934752.

18.   Lee SD, Shin HT, Park HM, Ko SG, Kook YB, Ryu JY, Kim H, Hu H, Park SK.  Metal concentrations of Chinese herbal medicine products in the United States.  Oriental Pharm Exp Med 2010; 10(4):294-303.

19.   Weuve J, Glymour MM, Hu H, Sparrow D, Spiro A 3rd, Vokonas PS, Litonjua AA. Forced expiratory volume in 1 second and cognitive aging in men. J Am Geriatr Soc. 2011 Jul;59(7):1283-92. doi: 10.1111/j.1532-5415.2011.03487.x. Epub 2011 Jun 30. PubMed PMID: 21718272.

20.   Bush KF, Luber G, Kotha SR, Dhaliwal RS, Kapil V, Pascual M, Brown DG, Frumkin H, Dhiman RC, Hess J, Wilson ML, Balakrishnan K, Eisenberg J, Kaur T, Rood R, Batterman S, Joseph A, Gronlund CJ, Agrawal A, Hu H. Impacts of climate change on public health in India: future research directions. *Environ Health Perspect. 2011 Jun;119(6):765-70. Epub 2011 Jan 27. PubMed PMID: 21273162; PubMed Central PMCID: PMC3114809.

21.   Kordas K, Ettinger AS, Bellinger DC, Schnaas L, Téllez Rojo MM, Hernández-Avila M, Hu H, Wright RO. A Dopamine Receptor (DRD2) but Not Dopamine Transporter (DAT1) Gene Polymorphism is Associated with Neurocognitive Development of Mexican Preschool Children with Lead Exposure. J

3

Pediatr. 2011 Oct;159(4):638-43. Epub 2011 May 17. PubMed PMID: 21592505; PubMed Central PMCID: PMC3158955.

22.   Eum KD, Nie LH, Schwartz J, Vokonas PS, Sparrow D, Hu H, Weisskopf MG. Prospective cohort study of lead exposure and electrocardiographic conduction disturbances in the Department of Veterans Affairs Normative Aging Study.  *Environ Health Perspect. 2011 Jul;119(7):940-4. Epub 2011 Mar 16. PubMed PMID: 21414889.

23.   Wilker E, Korrick S, Nie LH, Sparrow D, Vokonas P, Coull B, Wright RO, Schwartz J, Hu H. Longitudinal Changes in Bone Lead Levels: The VA Normative Aging Study. J Occup Environ Med. 2011 Aug;53(8):850-855. PubMed PMID: 21788910; PubMed Central PMCID: PMC3159960.

24.   Palaniappan K, Roy A, Balakrishnan K, Gopalakrishnan L, Mukherjee B, Hu H, Bellinger DC. Lead exposure and visual-motor abilities in children from Chennai, India. Neurotoxicology. 2011 Aug;32(4):465-70. Epub 2011 Apr 8. PubMed PMID: 21510976; PubMed Central PMCID: PMC3115626.

25.   Choi YH, Hu H, Tak S, Mukherjee B, Park SK. Occupational noise exposure assessment using O*NET and its application to a study of hearing loss in the US general population. Occup Environ Med. 2012 Mar;69(3):176-83. doi: 10.1136/oem.2011.064758. Epub 2011 Jul 1. PubMed PMID: 21725070; PubMed Central PMCID: PMC3277688..

26.   Afeiche M, Peterson KE, Sánchez BN, Cantonwine D, Lamadrid-Figueroa H, Schnaas L, Ettinger AS, Hernández-Avila M, Hu H, Téllez-Rojo MM. Prenatal lead exposure and weight of 0- to 5-year-old children in Mexico city. Environ Health Perspect. 2011 Oct;119(10):1436-41. Epub 2011 Jun 29. PubMed PMID: 21715242; PubMed Central PMCID: PMC3230436.

27.   Claus Henn B, Schnaas L, Ettinger AS, Schwartz J, Lamadrid-Figueroa H, Hernández-Avila M, Amarasiriwardena C, Hu H, Bellinger DC, Wright RO, Téllez-Rojo MM. Associations of Early Childhood Manganese and Lead Co-exposure with Neurodevelopment. Environ Health Perspect. 2012 Jan;120(1):126-31. doi: 10.1289/ehp.1003300. Epub 2011 Sep 1. PubMed PMID: 21885384; PubMed Central PMCID: PMC3261931.

28.   Peters JL, Kubzansky LD, Ikeda A, Spiro A 3rd, Wright RO, Weisskopf MG, Kim D, Sparrow D, Nie LH, Hu H, Schwartz J. Childhood and adult socioeconomic position, cumulative lead levels, and pessimism in later life: the VA Normative Aging Study. Am J Epidemiol. 2011 Dec 15;174(12):1345-53. Epub 2011 Nov 9. PubMed PMID:22071587; PubMed Central PMCID: PMC3276297.

29.   Hicken M, Gragg R, Hu H. How cumulative risks warrant a shift in our approach to racial health disparities: the case of lead, stress, and hypertension.  Health Aff (Millwood). 2011 Oct;30(10):1895-901. PubMed PMID: 21976332.

30.   Zhang A, Hu H, Sánchez BN, Ettinger AS, Park SK, Cantonwine D, Schnaas L, Wright RO, Lamadrid-Figueroa H, Tellez-Rojo MM. Association between Prenatal Lead Exposure and Blood Pressure in Female Offspring. Environ Health Perspect. 2012 Mar;120(3):445-50. doi: 10.1289/ehp.1103736. Epub 2011 Sep 21. PubMed PMID: 21947582; PubMed Central PMCID: PMC3295346.

31.   Bakulski KM, Rozek LS, Dolinoy DC, Paulson HL, Hu H. Alzheimer's disease and environmental exposure to lead: the epidemiologic evidence and potential role of epigenetics. Curr Alzheimer Res. 2012 Jun;9(5):563-73. PubMed PMID: 22272628.

32.   Mordukhovich I, Wright RO, Hu H, Amarasiriwardena C, Baccarelli A, Litonjua A, Sparrow D,

Vokonas P, Schwartz J. Associations of Toenail Arsenic, Cadmium, Mercury, Manganese and Lead with Blood Pressure in the Normative Aging Study. Environ Health Perspect. 2012 Jan;120(1):98-104. doi: 10.1289/ehp.1002805. Epub 2011 Aug 30. PubMed PMID: 21878420; PubMed Central PMCID: PMC3261928.

33.   Afeiche M, Peterson KE, Sánchez BN, Schnaas L, Cantonwine D, Ettinger AS, Solano-González M, Hernández-Avila M, Hu H, Téllez-Rojo MM. Windows of lead exposure sensitivity, attained height, and body mass index at 48 months. J Pediatr. 2012 Jun;160(6):1044-9. Epub 2012 Jan 28. PubMed PMID: 22284921; PubMed Central PMCID: PMC3360798.

34.   Peters JL, Kubzansky LD, Ikeda A, Fang SC, Sparrow D, Weisskopf MG, Wright RO, Vokonas P, Hu H, Schwartz J. Lead Concentrations in Relation to Multiple Biomarkers of Cardiovascular Disease: the Normative Aging Study. Environ Health Perspect. Mar;120(3):361-6. doi: 10.1289/ehp.1103467. Epub 2011 Dec 5. PubMed PMID: 22142875; PubMed Central PMCID: PMC3295335.

35.   Bakulski KM, Dolinoy DC, Sartor MA, Paulson HL, Konen JR, Lieberman AP, Albin RL, Hu H, Rozek LS. Genome-wide DNA methylation differences between late-onset Alzheimer's disease and cognitively normal controls in human frontal cortex. J Alzheimers Dis. 2012;29(3):571-88. PubMed PMID: 22451312.

36.   Claus Henn B, Kim J, Wessling-Resnick M, Tellez-Rojo MM, Jayawardene I, Ettinger AS, Hernandez-Avila M, Schwartz J, Christiani DC, Hu H, Wright RO. Associations of iron metabolism genes with blood manganese levels: a population-based study with validation data from animal models. Environ Health. 2011 Nov 10;10(1):97-107. [Epub ahead of print] PubMed PMID: 22074419.

37.   Fortenberry GZ, Hu H, Turyk M, Barr DB, Meeker JD. Association between urinary 3, 5, 6-trichloro-2-pyridinol, a metabolite of chlorpyrifos and chlorpyrifos-methyl, and serum T4 and TSH in NHANES 1999–2002, Science of The Total Environment, 2012; 424:351-355.   doi: 10.1016/j.scitotenv.2012.02.039. Epub 2012 Mar 17. PubMed PMID: 22425279; PubMed Central PMCID: PMC3327766.

38.   Eum KD, Korrick SA, Weuve J, Okereke O, Kubzansky LD, Hu H, Weisskopf MG. Relation of cumulative low-level lead exposure to depressive and phobic anxiety symptom scores in middle-age and elderly women. Environ Health Perspect. 2012 Jun;120(6):817-23. doi: 10.1289/ehp.1104395. Epub 2012 Feb 29. PubMed PMID: 22538241; PubMed Central PMCID: PMC3385437.

39.   Hicken MT, Gee GC, Morenoff J, Connell CM, Snow RC, Hu H. A novel look at racial health disparities: the interaction between social disadvantage and environmental health. Am J Public Health. 2012 Dec;102(12):2344-51. doi: 10.2105/AJPH.2012.300774. Epub 2012 Oct 18. PubMed PMID: 23078461.

40.   Choi YH, Hu H, Mukherjee B, Miller J, Park SK. Environmental cadmium and lead exposures and hearing loss in U.S. adults: the National Health and Nutrition Examination Survey, 1999 to 2004. Environ Health Perspect. 2012 Nov;120(11):1544-50. doi: 10.1289/ehp.1104863. Epub 2012 Jul 31. PubMed PMID: 22851306; PubMed Central PMCID: PMC3556613.

41.   Braun JM, Hoffman E, Schwartz J, Sanchez B, Schnaas L, Mercado-Garcia A, Solano-Gonzalez M, Bellinger DC, Lanphear BP, Hu H, Tellez-Rojo MM, Wright RO, Hernandez-Avila M. Assessing windows of susceptibility to lead-induced cognitive  deficits in Mexican children. Neurotoxicology. 2012 Oct;33(5):1040-7. doi: 10.1016/j.neuro.2012.04.022. Epub 2012 May 10. PubMed PMID: 22579785.

42.   Weuve J, Press DZ, Grodstein F, Wright RO, Hu H, Weisskopf MG. Cumulative exposure to

lead and cognition in persons with Parkinson's disease. Mov Disord. 2013 Feb;28(2):176-82. doi: 10.1002/mds.25247. Epub 2012 Nov 9. PubMed PMID: 23143985; PubMed Central PMCID: PMC3581753.

43.    Hicken MT, Gee GC, Connell C, Snow RC, Morenoff J, Hu H. Black-white blood pressure disparities: depressive symptoms and differential vulnerability to blood lead. Environ Health Perspect. 2013 Feb;121(2):205-9. doi: 10.1289/ehp.1104517. Epub 2012 Oct 25. PubMed PMID: 23127977; PubMed Central PMCID: PMC3569674.

44.    Xu J, Shen LX, Yan CH, Hu H, Yang F, Wang L, Kotha SR, Zhang LN, Liao XP, Zhang J, Ouyang FX, Zhang JS, Shen XM. Personal characteristics related to the risk of adolescent internet addiction: a survey in Shanghai, China. BMC Public Health. 2012 Dec 22;12:1106. doi: 10.1186/1471-2458-12-1106. PubMed PMID: 23259906; PubMed Central PMCID: PMC3563549.

45.    Lim SS, Vos T, Flaxman AD, Danaei G, Shibuya K, Adair-Rohani H, Amann M, Anderson HR, Andrews KG, Aryee M, Atkinson C, Bacchus LJ, Bahalim AN, Balakrishnan K, Balmes J, Barker-Collo S, Baxter A, Bell ML, Blore JD, Blyth F, Bonner C, Borges G, Bourne R, Boussinesq M, Brauer M, Brooks P, Bruce NG, Brunekreef B, Bryan-Hancock C, Bucello C, Buchbinder R, Bull F, Burnett RT, Byers TE, Calabria B, Carapetis J, Carnahan E, Chafe Z, Charlson F, Chen H, Chen JS, Cheng AT, Child JC, Cohen A, Colson KE, Cowie BC, Darby S, Darling S, Davis A, Degenhardt L, Dentener F, Des Jarlais DC, Devries K, Dherani M, Ding EL, Dorsey ER, Driscoll T, Edmond K, Ali SE, Engell RE, Erwin PJ, Fahimi S, Falder G, Farzadfar F, Ferrari A, Finucane MM, Flaxman S, Fowkes FG, Freedman G, Freeman MK, Gakidou E, Ghosh S, Giovannucci E, Gmel G, Graham K, Grainger R, Grant B, Gunnell D, Gutierrez HR, Hall W, Hoek HW, Hogan A, Hosgood HD 3rd, Hoy D, Hu H, Hubbell BJ, Hutchings SJ, Ibeanusi SE, Jacklyn GL, Jasrasaria R, Jonas JB, Kan H, Kanis JA, Kassebaum N, Kawakami N, Khang YH, Khatibzadeh S, Khoo JP, Kok C, Laden F, Lalloo R, Lan Q, Lathlean T, Leasher JL, Leigh J, Li Y, Lin JK, Lipshultz SE, London S, Lozano R, Lu Y, Mak J, Malekzadeh R, Mallinger L, Marcenes W, March L, Marks R, Martin R, McGale P, McGrath J, Mehta S, Mensah GA, Merriman TR, Micha R, Michaud C, Mishra V, Hanafiah KM, Mokdad AA, Morawska L, Mozaffarian D, Murphy T, Naghavi M, Neal B, Nelson PK, Nolla JM, Norman R, Olives C, Omer SB, Orchard J, Osborne R, Ostro B, Page A, Pandey KD, Parry CD, Passmore E, Patra J, Pearce N, Pelizzari PM, Petzold M, Phillips MR, Pope D, Pope CA 3rd, Powles J, Rao M, Razavi H, Rehfuess EA, Rehm JT, Ritz B, Rivara FP, Roberts T, Robinson C, Rodriguez-Portales JA, Romieu I, Room R, Rosenfeld LC, Roy A, Rushton L, Salomon JA, Sampson U, Sanchez-Riera L, Sanman E, Sapkota A, Seedat S, Shi P, Shield K, Shivakoti R, Singh GM, Sleet DA, Smith E, Smith KR, Stapelberg NJ, Steenland K, Stöckl H, Stovner LJ, Straif K, Straney L, Thurston GD, Tran JH, Van Dingenen R, van Donkelaar A, Veerman JL, Vijayakumar L, Weintraub R, Weissman MM, White RA, Whiteford H, Wiersma ST, Wilkinson JD, Williams HC, Williams W, Wilson N, Woolf AD, Yip P, Zielinski JM, Lopez AD, Murray CJ, Ezzati M. A comparative risk assessment of burden of disease and injury attributable to 67 risk factors and risk factor clusters in 21 regions, 1990-2010: a systematic analysis for the Global Burden of Disease Study 2010. Lancet. 2012 Dec 15;380(9859):2224-60. doi: 10.1016/S0140-6736(12)61766-8. PubMed PMID: 23245609.

46.    Grashow R, Spiro A, Taylor KM, Newton K, Shrairman R, Landau A, Sparrow D, Hu H, Weisskopf M. Cumulative lead exposure in community-dwelling adults and fine motor function: comparing standard and novel tasks in the VA normative aging study. Neurotoxicology. 2013 Mar;35:154-61. doi: 10.1016/j.neuro.2013.01.005. Epub 2013 Jan 28. PubMed PMID: 23370289; PubMed Central PMCID: PMC3602137.

47.    Amarasiriwardena CJ, Jayawardene I, Lupoli N, Barnes RM, Hernandez-Avila M, Hu H, Ettinger AS. Comparison of digestion procedures and methods for quantification of trace lead in breast milk by isotope dilution inductively coupled plasma mass spectrometry. Anal Methods. 2013;5(7):1676-1681. PubMed PMID: 24808927; PubMed Central PMCID: PMC4010228.

48.   Grashow R, Miller MW, McKinney A, Nie LH, Sparrow D, Hu H, Weisskopf MG. Lead exposure and fear-potentiated startle in the VA Normative Aging Study: a pilot study of a novel physiological approach to investigating neurotoxicant effects.  Neurotoxicol Teratol. 2013 Jul-Aug;38:21-8. doi: 10.1016/j.ntt.2013.04.003. Epub 2013 Apr 17. PubMed PMID: 23603705; PubMed Central PMCID: PMC3774537.

49.   Roy A, Ettinger AS, Hu H, Bellinger D, Schwartz J, Modali R, Wright RO, Palaniappan K, Balakrishnan K. Effect modification by transferrin C2 polymorphism on lead exposure, hemoglobin levels, and IQ. Neurotoxicology. 2013 Sep;38:17-22.  doi: 10.1016/j.neuro.2013.05.005. Epub 2013 May 31. PubMed PMID: 23732512; PubMed Central PMCID: PMC3770761.

50.   Bellinger DC, Burger J, Cade TJ, Cory-Slechta DA, Finkelstein M, Hu H, Kosnett M, Landrigan PJ, Lanphear B, Pokras MA, Redig PT, Rideout BA, Silbergeld E, Wright R, Smith DR. Health risks from lead-based ammunition in the environment. Environ Health Perspect. 2013 Jun;121(6):A178-9. doi: 10.1289/ehp.1306945. PubMed PMID: 23732085; PubMed Central PMCID: PMC3672933.

51.   Téllez-Rojo MM, Cantoral A, Cantonwine DE, Schnaas L, Peterson K, Hu H, Meeker JD. Prenatal urinary phthalate metabolites levels and neurodevelopment in children at two and three years of age. Sci Total Environ. 2013 Sep 1;461-462:386-90. doi:  10.1016/j.scitotenv.2013.05.021. Epub 2013 Jun 5. PubMed PMID: 23747553; PubMed Central PMCID: PMC3735862.

52.   Fortenberry GZ, Meeker JD, Sánchez BN, Barr DB, Panuwet P, Bellinger D, Schnaas L, Solano-González M, Ettinger AS, Hernandez-Avila M, Hu H, Tellez-Rojo MM. Urinary 3,5,6-trichloro-2-pyridinol (TCPY) in pregnant women from Mexico City: distribution, temporal variability, and relationship with child attention and hyperactivity. Int J Hyg Environ Health. 2014 Mar;217(2-3):405-12. doi: 10.1016/j.ijheh.2013.07.018. Epub 2013 Aug 13. PubMed PMID: 24001412; PubMed Central PMCID: PMC3946926.

53.   Eum KD, Wang FT, Schwartz J, Hersh CP, Kelsey K, Wright RO, Spiro A, Sparrow D, Hu H, Weisskopf MG. Modifying roles of glutathione S-transferase polymorphisms on the association between cumulative lead exposure and cognitive function. Neurotoxicology. 2013 Dec;39:65-71. doi: 10.1016/j.neuro.2013.08.002. Epub 2013 Aug 16. PubMed PMID: 23958642; PubMed Central PMCID: PMC3844089.

54.   Choi YH, Miller JM, Tucker KL, Hu H, Park SK. Antioxidant vitamins and magnesium and the risk of hearing loss in the US general population. Am J Clin Nutr. 2014 Jan;99(1):148-55. doi: 10.3945/ajcn.113.068437. Epub 2013 Nov 6. PubMed PMID: 24196403.

55.   Power MC, Korrick S, Tchetgen Tchetgen EJ, Nie LH, Grodstein F, Hu H, Weuve J, Schwartz J, Weisskopf MG. Lead exposure and rate of change of cognitive function in older women. Environ Res. 2014 Feb;129:69-75. doi: 10.1016/j.envres.2013.12.010. Epub 2014 Jan 29. PubMed PMID: 24529005; PubMed Central PMCID: PMC3951744.

56.   Ettinger AS, Roy A, Amarasiriwardena CJ, Smith D, Lupoli N, Mercado Garcia A, Lamadrid-Figueroa H, Tellez-Rojo MM, Hu H, Hernandez-Avila M.  Maternal blood, plasma, and breast milk lead: Lactational transfer and contribution to infant exposure.  Environ Health Perspec 2014 Jan;122(1):87-92. doi: 10.1289/ehp.1307187. Epub 2013 Oct 30. PubMed PMID: 24184948; PubMed Central PMCID: PMC3888576.

57.   Chatwood S, Bytautas J, Darychuk A, Bjerregaard P, Brown A, Cole D, Hu H, Jong M, King M, Kvernmo S, Veillard J. Approaching a collaborative research agenda for health systems performance in circumpolar regions. Int J Circumpolar Health. 2013 Aug 14;72. doi: 10.3402/ijch.v72i0.21474. eCollection 2013. PubMed PMID: 23961514; PubMed Central PMCID: PMC3745603.

58.   Bush KF, O'Neill MS, Li S, Mukherjee B, Hu H, Ghosh S, Balakrishnan K. Associations between extreme precipitation and gastrointestinal-related hospital admissions in Chennai, India. Environ Health Perspect. 2014 Mar;122(3):249-54. doi: 10.1289/ehp.1306807. Epub 2013 Dec 16. PubMed PMID: 24345350; PubMed Central PMCID: PMC3948034.

59.   Xu J, Shen LX, Yan CH, Hu H, Yang F, Wang L, Kotha SR, Ouyang F, Zhang LN, Liao XP, Zhang J, Zhang JS, Shen XM. Parent-adolescent interaction and risk of adolescent internet addiction: a population-based study in Shanghai. BMC Psychiatry. 2014 Apr 15;14:112. doi: 10.1186/1471-244X-14-112. PubMed PMID: 24731648; PubMed Central PMCID: PMC3999889.

60.   Fortenberry GZ, Meeker JD, Sánchez BN, Bellinger D, Peterson K, Schnaas L, Solano-González M, Ettinger AS, Hernandez-Avila M, Hu H, Maria Tellez-Rojo M. Paraoxonase I polymorphisms and attention/hyperactivity in school-age children from Mexico City, Mexico. Environ Res. 2014 Jul;132:342-9. doi: 10.1016/j.envres.2014.04.010. Epub 2014 May 14. PubMed PMID: 24834831.

61.   Arora M, Austin C, Sarrafpour B, Hernández-Ávila M, Hu H, Wright RO, Tellez-Rojo MM. Determining prenatal, early childhood and cumulative long-term lead exposure using micro-spatial deciduous dentine levels. PLoS One. 2014 May 19;9(5):e97805. doi: 10.1371/journal.pone.0097805. eCollection 2014. PubMed PMID: 24841926; PubMed Central PMCID: PMC4026445.

62.   Braun JM, Wright RJ, Just AC, Power MC, Tamayo Y Ortiz M, Schnaas L, Hu H, Wright RO, Tellez-Rojo MM. Relationships between lead biomarkers and diurnal salivary cortisol indices in pregnant women from Mexico City: a cross-sectional study. Environ Health. 2014 Jun 10;13(1):50. doi: 10.1186/1476-069X-13-50. PubMed PMID: 24916609; PubMed Central PMCID: PMC4068833.

63.   Bakulski KM, Park SK, Weisskopf MG, Tucker KL, Sparrow D, Spiro A, Vokonas PS, Nie LH, Hu H, Weuve J. Lead Exposure, B Vitamins, and Plasma Homocysteine in Men 55 Years of Age and Older: The VA Normative Aging Study. Environ Health Perspect. 2014 Oct;122(10):1066-74. doi: 10.1289/ehp.1306931. Epub 2014 Jun 4. PubMed PMID: 24905780; PubMed Central PMCID: PMC4181916.

64.   Ji JS, Schwartz J, Sparrow D, Hu H, Weisskopf MG. Occupational determinants of cumulative lead exposure: analysis of bone lead among men in the VA normative aging study. J Occup Environ Med. 2014 Apr;56(4):435-40. doi: 10.1097/JOM.0000000000000127. PubMed PMID: 24709766; PubMed Central PMCID: PMC3982188.

65.   Basu N, Tutino R, Zhang Z, Cantonwine DE, Goodrich JM, Somers EC, Rodriguez L, Schnaas L, Solano M, Mercado A, Peterson K, Sánchez BN, Hernández-Avila M, Hu H, Maria Téllez-Rojo M. Mercury levels in pregnant women, children, and seafood from Mexico City. Environ Res. 2014 Sep 25;135C:63-69. doi: 10.1016/j.envres.2014.08.029. [Epub ahead of print] PubMed PMID: 25262076.

66.   Eum KD, Seals RM, Taylor KM, Grespin M, Umbach DM, Hu H, Sandler DP, Kamel F, Weisskopf MG. Modification of the association between lead exposure and amyotrophic lateral sclerosis by iron and oxidative stress related gene polymorphisms. Amyotroph Lateral Scler Frontotemporal Degener. 2014 Oct 8:1-8. [Epub ahead of print] PubMed PMID: 25293352.

67.   Karwowski MP, Just AC, Bellinger DC, Jim R, Hatley EL, Ettinger AS, Hu H, Wright RO. Maternal iron metabolism gene variants modify umbilical cord blood lead levels by gene-environment interaction: a birth cohort study. Environ Health. 2014 Oct 6;13:77. doi: 10.1186/1476-069X-13-77. PubMed PMID: 25287020.

68.   Eum K-D, Weisskopf MG, Nie LH, Hu H, Korrick SA. Cumulative Lead Exposure and Age at

Menopause in the Nurses' Health Study Cohort. Environmental Health Perspectives. 2014;122(3):229-234. doi:10.1289/ehp.1206399.

69.    Goodrich JM, Sánchez BN, Dolinoy DC, Zhang Z, Hernández-Ávila M, Hu H, Peterson KE, Téllez-Rojo MM. Quality control and statistical modeling for environmental epigenetics: A study on in utero lead exposure and DNA methylation at birth. Epigenetics. 2015 Jan 2;10(1):19-30. doi: 10.4161/15592294.2014.989077. Epub 2015 Jan 27. PubMed PMID: 25580720.

70.    Ji JS, Power MC, Sparrow D, Spiro III A, Hu H, Louis ED, Weisskopf MG.  Lead Exposure and Tremor among Older Men: The VANormative Aging Study.  Environ Health Perspectives 2015 May;123(5):445-50. doi: 10.1289/ehp.1408535. Epub 2015 Jan 23.  PubMed PMID: 25633720; PubMed Central PMCID: PMC4421770.

71.    Ettinger AS, Lamadrid-Figueroa H, Mercado-Garcia A, Kordas K, Wood RJ, Peterson KE, Hu H, Hernandez-Avila M, Tellez-Rojo MM.  Effect of Calcium Supplementation on Bone Resorption in Pregnancy and the Early Postpartum: A Randomized Controlled Trial in Mexican Women.  Nutrition Journal Nutr J. 2014 Dec 16;13(1):116. doi: 10.1186/1475-2891-13-116. PubMed PMID: 25511814; PubMed Central PMCID: PMC4289552.

72.    Jhun MA, Hu H, Schwartz J, Weisskopf MG, Nie LH, Sparrow D, Vokonas PS, Park SK.  Effect modification by Vitamin D receptor genetic polymorphisms in the association between cumulative lead exposure and pulse pressure: a longitudinal study.  Environ Health 2015 Jan 13;14:5. doi: 10.1186/1476-069X-14-5. PubMed PMID: 25582168; PubMed Central PMCID: PMC4417283.

72.    Cantoral A, Tellez-Rojo MM, Ettinger AS, Hu H, Hernandez-Avila M, Peterson K.  Early introduction and cumulative consumption of sugar-sweetened beverages during the pre-school period and risk of obesity at 8–14 years of age.  Pediatr Obesity 2015 Apr 17. doi: 10.1111/ijpo.12023. [Epub ahead of print] PubMed PMID: 25891908.

73.    Orkin AM, Bingham K, Klaiman M, Leece P, Buick JE, et al. (2015) An Agenda for Naloxone Distribution Research and Practice: Meeting Report of the Surviving Opioid Overdose with Naloxone (SOON) International Working Group. J Addict Res Ther 6:212. doi:10.4172/2155-6105.1000212

74.    Xu J, Hu H, Wright R, Sánchez BN, Schnaas L, Bellinger DC, Park SK, Martínez  S, Hernández-Avila M, Téllez-Rojo MM, Wright RO. Prenatal Lead Exposure Modifies the Impact of Maternal Self-Esteem on Children's Inattention Behavior. J Pediatr. 2015 Aug;167(2):435-41. doi: 10.1016/j.jpeds.2015.04.057. Epub 2015 Jun 3. PubMed PMID: 26047683.

75.    Kotha SR, Jadad AR, Hu H.  Creating a Pandemic of Health: Opportunities and Lessons for a University Initiative at the Intersection of Health, Equity, and Innovation.  Harvard Publ Hlth Review 2015;5:1-8.  (available at http://harvardpublichealthreview.org/wp-content/uploads/2015/04/HPHRv5-Kotha-Jadad-Hu-Creating-a-Pandemic.pdf).

76.    Weisskopf MG, Sparrow D, Hu H, Power MC. Biased Exposure-Health Effect Estimates from Selection in Cohort Studies: Are Environmental Studies at Particular Risk? Environ Health Perspect. 2015 Nov;123(11):1113-22. doi: 10.1289/ehp.1408888. Epub 2015 May 8. PubMed PMID: 25956004; PubMed Central PMCID: PMC4629739.

77.    Grashow R, Kim J, Sparrow D, Hu H, Wessling-Resnick M, Weisskopf MG.  Cumulative lead exposure is associated with reduced olfactory function in elderly men: the Normative Aging Study. Neurotoxicology 2015 Jul;49:158-64. doi: 10.1016/j.neuro.2015.06.006. Epub 2015 Jun 26. PubMed PMID: 26121922; PubMed Central PMCID: PMC4523435.

78.    Kim WB, Sibbald RG, Hu H, Bashash M, Anooshirvani N, Coutts P, Alavi A. Clinical Features

and Patient Outcomes of Hidradenitis Suppurativa: A Cross-Sectional Retrospective Study. J Cutan Med Surg. 2016 Jan;20(1):52-7. doi:  10.1177/1203475415602840. Epub 2015 Aug 28. PubMed PMID: 26318545.

79.    Global Burden of Disease Study 2013 Collaborators, Vos T, Barber RM, Bell B…Hu H…Zunt JR, Salomon JA, Murray CJ. Global, regional, and national incidence, prevalence, and years lived with disability for 301 acute and chronic diseases and injuries in 188 countries, 1990-2013: a systematic analysis  for the Global Burden of Disease Study 2013. Lancet. 2015 Aug 22;386(9995):743-800. doi: 10.1016/S0140-6736(15)60692-4. Epub 2015 Jun 7.  Review. PubMed PMID: 26063472; PubMed Central PMCID: PMC4561509.

80.    GBD 2013 Risk Factors Collaborators, Forouzanfar MH, Alexander L, Anderson HR…Hu H… Lopez AD, Vos T, Murray CJ. Global, regional, and national comparative risk assessment of 79 behavioural, environmental and occupational, and metabolic risks or clusters of risks in 188 countries, 1990-2013: a systematic analysis for the Global Burden of Disease Study 2013. Lancet. 2015 Dec 5;386(10010):2287-323. doi: 10.1016/S0140-6736(15)00128-2. Epub 2015 Sep 11. PubMed PMID: 26364544; PubMed Central PMCID: PMC4685753.

81.    Huang S, Hu H, Sánchez BN, Peterson KE, Ettinger AS, Lamadrid-Figueroa H, Schnaas L, Mercado-García A, Wright RO, Basu N, Cantonwine DE, Hernández-Avila M, Téllez-Rojo MM. Childhood Blood Lead Levels and Symptoms of Attention Deficit Hyperactivity Disorder (ADHD): A Cross-Sectional Study of Mexican Children. Environ Health Perspect. 2016 Jun;124(6):868-74. doi: 10.1289/ehp.1510067. PubMed PMID: 26645203; PubMed Central PMCID: PMC4892926.

82.    Taylor KM, Saint-Hilaire MH, Sudarsky L, Simon DK, Hersh B, Sparrow D, Hu H, Weisskopf MG. Head injury at early ages is associated with risk of Parkinson's disease. Parkinsonism Relat Disord. 2016 Feb;23:57-61. doi: 10.1016/j.parkreldis.2015.12.005. PubMed PMID: 26725141; PubMed Central PMCID: PMC4787263.

83.    Cantoral A, Téllez-Rojo MM, Levy TS, Hernández-Ávila M, Schnaas L, Hu H, Peterson KE, Ettinger AS. Differential association of lead on length by zinc status in two-year old Mexican children. Environ Health. 2015 Dec 30;14:95. doi: 10.1186/s12940-015-0086-8. PubMed PMID: 26715556; PubMed Central PMCID: PMC4696318.

84.    Watkins DJ, Fortenberry GZ, Sánchez BN, Barr DB, Panuwet P, Schnaas L, Osorio-Valencia E, Solano-González M, Ettinger AS, Hernández-Ávila M, Hu H, Téllez-Rojo MM, Meeker JD. Urinary 3-phenoxybenzoic acid (3-PBA) levels among pregnant women in Mexico City: Distribution and relationships with child neurodevelopment. Environ Res. 2016 May;147:307-13. doi: 10.1016/j.envres.2016.02.025. PubMed PMID: 26922411; PubMed Central PMCID: PMC4821665.

85.    Specht AJ, Lin Y, Weisskopf M, Yan C, Hu H, Xu J, Nie LH. XRF-measured bone lead (Pb) as a biomarker for Pb exposure and toxicity among children diagnosed with Pb poisoning. Biomarkers. 2016 Jun;21(4):347-52. doi: 10.3109/1354750X.2016.1139183. Epub 2016 Feb 9. PubMed PMID: 26856822.

86.    Tamayo Y Ortiz M, Téllez-Rojo MM, Hu H, Hernández-Ávila M, Wright R, Amarasiriwardena C, Lupoli N, Mercado-García A, Pantic I, Lamadrid-Figueroa H.  Lead in candy consumed and blood lead levels of children living in Mexico City. Environ Res. 2016 May;147:497-502. doi: 10.1016/j.envres.2016.03.007. Epub 2016 Mar 11. PubMed PMID: 26974363.

87.    Thomas DB, Basu N, Martinez-Mier EA, Sánchez BN, Zhang Z, Liu Y, Parajuli RP, Peterson K, Mercado-Garcia A, Bashash M, Hernández-Avila M, Hu H, Téllez-Rojo MM.  Urinary and plasma fluoride levels in pregnant women from Mexico City. Environ Res. 2016 Oct;150:489-95. doi: 10.1016/j.envres.2016.06.046. PubMed PMID: 27423051.

88.     Ding N, Wang X, Weisskopf MG, Sparrow D, Schwartz J, Hu H, Park SK. Lead-Related Genetic Loci, Cumulative Lead Exposure and Incident Coronary Heart Disease: The Normative Aging Study. PLoS One. 2016 Sep 1;11(9):e0161472. doi: 10.1371/journal.pone.0161472. PubMed PMID: 27584680; PubMed Central PMCID: PMC5008632.

89.     Goodrich JM, Dolinoy DC, Sanchez BN, Zhang Z, Meeker JD, Mercado-Garcia A, Solano-Gonzalez M, Hu H, Tellez-Rojo MM, Peterson KE.  Adolescent epigenetic profiles and environmental exposures from early life through peri-adolescence.  Environmental Epigenetics, 2016; 2(3)1–11, doi: 10.1093/eep/dvw018

90.     Xu J, Yan CH, Hu H, Wu MQ, Shen XM. Prenatal Maternal Occupational Exposure and Postnatal Child Exposure to Elemental Mercury. Pediatr Emerg Care. 2016 Mar;32(3):175-9. doi: 10.1097/PEC.0000000000000305. PubMed PMID: 25415760.

91.     Prada D, Colicino E, Power MC, Weisskopf MG, Zhong J, Hou L, Spiro A 3rd, Vokonas P, Brenan K, Herrera LA, Schwartz J, Wright RO, Hu H, Baccarelli AA. APOE ε4 allele modifies the association of lead exposure with age-related cognitive decline in older individuals. Environ Res. 2016 Nov;151:101-105. doi: 10.1016/j.envres.2016.07.034. Epub 2016 Jul 27. Erratum in: Environ Res. 2017 Nov 25;:. PubMed PMID: 27474937; PubMed Central PMCID: PMC5071136.

92.     Farooqui Z, Bakulski KM, Power MC, Weisskopf MG, Sparrow D, Spiro A 3rd, Vokonas PS, Nie LH, Hu H, Park SK. Associations of cumulative Pb exposure and longitudinal changes in Mini-Mental Status Exam scores, global cognition and domains of cognition: The VA Normative Aging Study. Environ Res. 2017 Jan;152:102-108. doi: 10.1016/j.envres.2016.10.007. PubMed PMID: 27770710; PubMed Central PMCID: PMC5135609.

93.     Somers EC, Monrad SU, Warren JS, Solano M, Schnaas L, Hernandez-Avila M, Tellez-Rojo M, Hu H. Antinuclear antibody prevalence in a general pediatric cohort from Mexico City: discordance between immunofluorescence and multiplex assays. Clin Epidemiol. 2016 Dec 20;9:1-8. doi: 10.2147/CLEP.S121632. eCollection 2017. PubMed PMID: 28053555; PubMed Central PMCID: PMC5192054.

94.     Bashash M, Connors JM, Gascoyne RD, Meissner B, Schuetz JM, Leach S, Slack GW, Berry R, Hu H, Sehn LH, Brooks-Wilson AR, Spinelli JJ. Genetic polymorphism at BCL2 as a predictor for rituximab, cyclophosphamide, doxorubicin, vincristine and prednisone efficacy in patients with diffuse large B-cell lymphoma. Haematologica. 2017 May;102(5):e199-e202. doi: 10.3324/haematol.2016.159087. Epub 2017 Feb 2. PubMed PMID: 28154089; PubMed Central PMCID: PMC5477624.

95.     Hu H, Galea S, Rosella L, Henry D. Big Data and Population Health: Focusing on the Health Impacts of the Social, Physical, and Economic Environment.  Epidemiology. 2017 Nov;28(6):759-762. doi: 10.1097/EDE.0000000000000711. PubMed PMID: 28682850.

95.     Wang X, Ding N, Tucker KL, Weisskopf MG, Sparrow D, Hu H, Park SK. A Western Diet Pattern Is Associated with Higher Concentrations of Blood and Bone Lead among Middle-Aged and Elderly Men. J Nutr. 2017 Jul;147(7):1374-1383. doi: 10.3945/jn.117.249060. Epub 2017 Jun 7. PubMed PMID: 28592514; PubMed Central PMCID: PMC5483966.

96.     Bashash M, Thomas D, Hu H, Martinez-Mier EA, Sanchez BN, Basu N, Peterson KE, Ettinger AS, Wright R, Zhang Z, Liu Y, Schnaas L, Mercado-Garcia A, Téllez-Rojo MM, Hernández-Avila M. Prenatal Fluoride Exposure and Cognitive Outcomes in Children at 4 and 6-12 Years of Age in Mexico. Environ Health Perspec 2017  Environ Health Perspect. 2017 Sep 19;125(9). doi: 10.1289/EHP655. PubMed PMID: 28937959.

97.     Ge E, Fan M, Qiu H, Hu H, Tian L, Wang X, Xu G, Wei X. Ambient sulfur dioxide levels associated with reduced risk of initial outpatient visits for tuberculosis: A population based time series analysis. Environ Pollut. 2017 Sep;228:408-415. doi: 10.1016/j.envpol.2017.05.051. Epub 2017 May 26. PubMed PMID: 28554030.

98.     Tse LA, Lee PMY, Ho WM, Lam AT, Lee MK, Ng SSM, He Y, Leung KS, Hartle JC, Hu H, Kan H, Wang F, Ng CF. Bisphenol A and other environmental risk factors for prostate cancer in Hong Kong. Environ Int. 2017 Oct;107:1-7. doi: 10.1016/j.envint.2017.06.012. Epub 2017 Jun 20. PubMed PMID: 28644961.

99.     Liu SH, Bobb JF, Lee KH, Gennings C, Claus Henn B, Bellinger D, Austin C, Schnaas L, Tellez-Rojo MM, Hu H, Wright RO, Arora M, Coull BA. Lagged kernel machine regression for identifying time windows of susceptibility to exposures of complex mixtures. Biostatistics. 2018 Jul 1;19(3):325-341. doi: 10.1093/biostatistics/kxx036. PubMed PMID: 28968676; PubMed Central PMCID: PMC5991212.

100.    Mehdizadeh A, Alavi A, Alhusayen R, Bauer B, Bechara FG, Bourcier M, Brassard A, Djamei V, Dutz J, George R, Ghias M, Gooderham M, Hamzavi I, Hoffman LK, Hou A, Hu H, Kimball AB, Kirchhof M, Kryzskaya D, Liy Wong MDC, Lowes MA, Lynde CW, McLellen C, Prens E, Prens L, Rogalska T, Sibbald RG, Sisic M, Tan MG, Wong DD. Proceeding report of the Symposium on Hidradenitis Suppurativa Advances (SHSA). Exp Dermatol. 2018 Jan;27(1):104-112. doi: 10.1111/exd.13445. Epub 2017 Nov 15. PubMed PMID: 28898476.

101.    Claus Henn B, Austin C, Coull BA, Schnaas L, Gennings C, Horton MK, Hernández-Ávila M, Hu H, Téllez-Rojo MM, Wright RO, Arora M. Uncovering neurodevelopmental windows of susceptibility to manganese exposure using dentine microspatial analyses. Environ Res. 2018 Feb;161:588-598. doi: 10.1016/j.envres.2017.12.003. PubMed PMID: 29247915; PubMed Central PMCID: PMC5965684.

102.    Mehdizadeh A, Rosella L, Alavi A, Sibbald G, Farzanfar D, Hazrati A, Vernich L, Laporte A, Hu H, Bashash M. A Canadian Population-Based Cohort to the Study Cost and Burden of Surgically Resected Hidradenitis Suppurativa. J Cutan Med Surg. 2018 May/Jun;22(3):312-317. doi: 10.1177/1203475418763536. Epub 2018 Mar 11. PubMed PMID: 29528753.

102.    Jansen EC, Zhou L, Song PXK, Sánchez BN, Mercado A, Hu H, Solano M, Peterson KE, Tellez-Rojo MM. Prenatal lead exposure in relation to age at menarche: results from a longitudinal study in Mexico City. J Dev Orig Health Dis. 2018 Apr 30:1-6. doi: 10.1017/S2040174418000223. [Epub ahead of print] PubMed PMID: 29706142. 308.

103.    Brook JR, Setton EM, Seed E, Shooshtari M, Doiron D; CANUE – The Canadian Urban Environmental Health Research Consortium. The Canadian Urban Environmental Health Research Consortium - a protocol for building a national environmental exposure data platform for integrated analyses of urban form and health. BMC Public Health. 2018 Jan 8;18(1):114. doi: 10.1186/s12889-017-5001-5. PubMed PMID: 29310629; PubMed Central PMCID: PMC5759244.

104.    Hu H, Baines C.  Recent Insights and Opportunities for Three Under-recognized Conditions: Myalgic Encephalomyelitis/ Chronic Fatigue Syndrome, Fibromyalgia and Environmental Sensitivities/ Multiple Chemical Sensitivity.  Can Fam Physician. 2018 Jun;64(6):413-415. PubMed PMID: 29898928; PubMed Central PMCID: PMC5999262.

105.    Landrigan PJ, Fuller R, Hu H, Caravanos J, Cropper ML, Hanrahan D, Sandilya K, Chiles TC, Kumar P, Suk WA. Pollution and Global Health – An Agenda for Prevention. Environ Health Perspect. 2018 Aug 6;126(8):084501. doi: 10.1289/EHP3141. eCollection 2018 Aug. PubMed PMID: 30118434; PubMed Central PMCID: PMC6108842.

106.   Hu H, Landrigan PJ, Fuller R, Lim SS, Murray CJL. New Initiative aims at expanding Global Burden of Disease estimates for pollution and climate. Lancet Planet Health. 2018 Oct;2(10):e415-e416. doi: 10.1016/S2542-5196(18)30189-X. PubMed PMID: 30318094.

107.   Wang W, Moroi S, Bakulski K, Mukherjee B, Weisskopf MG, Schaumberg D, Sparrow D, Vokonas PS, Hu H, Park SK. Bone Lead Levels and Risk of Incident Primary Open-Angle Glaucoma: The VA Normative Aging Study. Environ Health Perspect. 2018  Aug 8;126(8):087002. doi: 10.1289/EHP3442. eCollection 2018 Aug. PubMed PMID: 30102601; PubMed Central PMCID: PMC6108844.

108.   Xu J, Hu H, Wright R, Schnaas L, Bellinger DC, Park SK, Wright RO, Téllez-Rojo MM. Prenatal lead exposure modifies the association of maternal self-esteem with child adaptive ability. Int J Hyg Environ Health. 2019 Jan;222(1):68-75. doi: 10.1016/j.ijheh.2018.08.005. Epub 2018 Aug 23. PubMed PMID: 30146178.

109.   Horton MK, Hsu L, Claus Henn B, Margolis A, Austin C, Svensson K, Schnaas L, Gennings C, Hu H, Wright R, Rojo MMT, Arora M. Dentine biomarkers of prenatal and early childhood exposure to manganese, zinc and lead and childhood behavior. Environ Int. 2018 Dec;121(Pt 1):148-158. doi: 10.1016/j.envint.2018.08.045. Epub  2018 Sep 8. PubMed PMID: 30205321.

110.   Zhang Z, Braun TM, Peterson KE, Hu H, Téllez-Rojo MM, Sánchez BN. Extending Tests of Random Effects to Assess for Measurement Invariance in Factor Models.  Stat Biosci. 2018 Dec;10(3):634-650. doi: 10.1007/s12561-018-9222-7. Epub 2018 Sep 29. PubMed PMID: 30805035; PubMed Central PMCID: PMC6385881.

111.   Bashash M, Marchand M, Hu H, Till C, Martinez-Mier EA, Sanchez BN, Basu N, Peterson KE, Green R, Schnaas L, Mercado-García A, Hernández-Avila M, Téllez-Rojo MM. Prenatal fluoride exposure and attention deficit hyperactivity disorder (ADHD) symptoms in children at 6-12 years of age in Mexico City. Environ Int. 2018 Dec;121(Pt 1):658-666. doi: 10.1016/j.envint.2018.09.017. Epub 2018 Oct 10.  PubMed PMID: 30316181.

112.   GBD 2017 Risk Factor Collaborators. Global, regional, and national comparative risk assessment of 84 behavioural, environmental and occupational, and metabolic risks or clusters of risks for 195 countries and territories, 1990-2017: a systematic analysis for the Global Burden of Disease Study 2017. Lancet. 2018 Nov 10;392(10159):1923-1994. doi: 10.1016/S0140-6736(18)32225-6. Epub 2018 Nov 8.  PubMed PMID: 30496105; PubMed Central PMCID: PMC6227755.

113.   Zheutlin AR, Hu H, Weisskopf MG, Sparrow D, Vokonas PS, Park SK. Low-Level Cumulative Lead and Resistant Hypertension: A Prospective Study of Men Participating in the Veterans Affairs Normative Aging Study. J Am Heart Assoc. 2018 Nov 6;7(21):e010014. doi:  0.1161/JAHA.118.010014. PubMed PMID: 30608198.

114.   Green R, Till C, Al-Hakeem H, Cribbie R, Téllez-Rojo MM, Osorio E, Hu H, Schnaas L. Assessment of neuropsychological performance in Mexico City youth using the Cambridge Neuropsychological Test Automated Battery (CANTAB). J Clin Exp Neuropsychol. 2018 Oct 18:1-11. doi: 10.1080/13803395.2018.1529229. [Epub ahead of print] PubMed PMID: 30336715.

115.   Pantic I, Tamayo-Ortiz M, Rosa-Parra A, Bautista-Arredondo L, Wright RO, Peterson KE, Schnaas L, Rothenberg SJ, Hu H, Téllez-Rojo MM. Children's Blood Lead Concentrations from 1988 to 2015 in Mexico City: The Contribution of Lead in Air and Traditional Lead-Glazed Ceramics. Int J Environ Res Public Health. 2018 Sep 30;15(10). pii: E2153. doi: 10.3390/ijerph15102153. PubMed PMID: 30274368; PubMed Central PMCID: PMC6210390.

116.   Ding N, Wang X, Tucker KL, Weisskopf MG, Sparrow D, Hu H, Park SK. Dietary patterns,

bone lead and incident coronary heart disease among middle-aged to elderly men. Environ Res. 2019 Jan;168:222-229. doi: 10.1016/j.envres.2018.09.035. Epub 2018 Sep 27. PMID: 30317107; PMCID: PMC6263823.

117. Prada D, Colicino E, Power MC, Weisskopf MG, Zhong J, Hou L, Spiro A 3rd, Vokonas P, Brennan K, Herrera LA, Schwartz J, Wright R, Hu H, Baccarelli AA. Corrigendum to "APOE ε4 allele modifies the association of lead exposure with age-related cognitive decline in older individuals" [Environ. Res. 151 (2016) 101-105]. Environ Res. 2018 Aug;165:504. doi: 0.1016/j.envres.2017.11.022. Epub 2017 Nov 26. PubMed PMID: 29183624.  (*correct citation [first in this CV] for earlier publication that was missing co-authors*).

118. Wu Y, Jansen EC, Peterson KE, Foxman B, Goodrich JM, Hu H, Solano-González M, Cantoral A, Téllez-Rojo MM, Martinez-Mier EA. The associations between lead exposure at multiple sensitive life periods and dental caries risks in permanent teeth. Sci Total Environ. 2019 Mar 1;654:1048-1055. doi:10.1016/j.scitotenv.2018.11.190. Epub 2018 Nov 14. PubMed PMID: 30841379; PubMed Central PMCID: PMC6407640.

119. Lin Y, Huang L, Xu J, Specht AJ, Yan C, Geng H, Shen X, Nie LH, Hu H. Blood lead, bone lead and child attention-deficit-hyperactivity-disorder-like behavior.  Sci Total Environ. 2019 Apr 1;659:161-167. doi: 10.1016/j.scitotenv.2018.12.219. Epub 2018 Dec 15. PubMed PMID: 30597466.

120. Liu Y, Téllez-Rojo M, Hu H, Sánchez BN, Martinez-Mier EA, Basu N, Mercado-García A, Solano-González M, Peterson KE. Fluoride exposure and pubertal development in children living in Mexico City. Environ Health. 2019 Mar 29;18(1):26. doi: 10.1186/s12940-019-0465-7. PubMed PMID: 30922319; PubMed Central PMCID: PMC6439980.

121. Cantoral A, Luna-Villa LC, Mantilla-Rodriguez AA, Mercado A, Lippert F, Liu Y, Peterson KE, Hu H, Téllez-Rojo MM, Martinez-Mier EA. Fluoride Content in Foods and Beverages From Mexico City Markets and Supermarkets. Food Nutr Bull. 2019 Jul 25:379572119858486. doi: 10.1177/0379572119858486. [Epub ahead of print] PubMed PMID: 31342782.

122. Jansen EC, Dunietz GL, Dababneh A, Peterson KE, Chervin RD, Baek J, O'Brien L, Song PXK, Cantoral A, Hu H, Téllez-Rojo MM. Cumulative Childhood Lead Levels in Relation to Sleep During Adolescence. J Clin Sleep Med. 2019 Oct 15;15(10):1443-1449. doi: 10.5664/jcsm.7972. PubMed PMID: 31596209; PubMed Central PMCID: PMC6778356.

123. Perng W, Tamayo-Ortiz M, Tang L, Sánchez BN, Cantoral A, Meeker JD, Dolinoy DC, Roberts EF, Martinez-Mier EA, Lamadrid-Figueroa H, Song PXK, Ettinger AS, Wright R, Arora M, Schnaas L, Watkins DJ, Goodrich JM, Garcia RC, Solano-Gonzalez M, Bautista-Arredondo LF, Mercado-Garcia A, Hu H, Hernandez-Avila M, Tellez-Rojo MM, Peterson KE. Early Life Exposure in Mexico to ENvironmental Toxicants (ELEMENT) Project. BMJ Open. 2019 Aug 26;9(8):e030427. doi: 10.1136/bmjopen-2019-03 27. PubMed PMID: 31455712; PubMed Central PMCID: PMC6720157.

124. Liu Y, Ettinger AS, Téllez-Rojo MM, Sánchez BN, Zhang Z, Cantoral A, Hu H, Peterson KE. Prenatal lead exposure, type 2 diabetes and cardiometabolic risk factors in children at age 10-18 years: a birth cohort study in Mexico City.  J Clin Endocrinol Metab. 2019 Oct 14. pii: dgz038. doi: 10.1210/clinem/dgz038. [Epub ahead of print] PubMed PMID:31608940.

125. Shaffer RM, Sellers SP, Baker MG, de Buen Kalman R, Frostad J, Suter MK, Anenberg SC, Balbus J, Basu N, Bellinger DC, Birnbaum L, Brauer M, Cohen A, Ebi KL, Fuller R, Grandjean P, Hess JJ, Kogevinas M, Kumar P, Landrigan PJ, Lanphear B, London SJ, Rooney AA, Stanaway JD, Trasande L, Walker K, Hu H.  Improving and Expanding Estimates of the Global Burden of Disease due to Environmental Health Risk Factors.  2019 Oct;127(10):105001. doi: 10.1289/EHP5496. Epub 2019 Oct 18. PubMed PMID: 31626566.

126.   Hu H. From Air Pollution to the Anthropocene and Planetary Health: Implications for Clinicians, Researchers, and Society. Ann Am Thorac Soc. 2019 Oct 29. doi: 10.1513/AnnalsATS.201910-730PS. [Epub ahead of print] PubMed PMID: 31661632.

127.   Colicino E, Just A, Kioumourtzoglou MA, Vokonas P, Cardenas A, Sparrow D, Weisskopf M, Nie LH, Hu H, Schwartz JD, Wright RO, Baccarelli AA. Blood DNA methylation biomarkers of cumulative lead exposure in adults. J Expo Sci Environ Epidemiol. 2019 Oct 21. doi: 10.1038/s41370-019-0183-9. [Epub ahead of print]PubMed PMID: 31636367.

128.   Wang X, Kim D, Tucker KL, Weisskopf MG, Sparrow D, Hu H, Park SK. Effect of Dietary Sodium and Potassium Intake on the Mobilization of Bone Lead among Middle-Aged and Older Men: The Veterans Affairs Normative Aging Study. Nutrients. 2019 Nov 13;11(11):2750. doi: 10.3390/nu11112750. PMID: 31766133; PMCID: PMC6893449.

129.   Mehdizadeh A, Alavi A, Piguet V, Sibbald G, Vernich L, Marchand M, Rosella L, Hu H, Laporte A, Bashash M. Surgically resected hidradenitis suppurativa: a population-based cost analysis. Br J Dermatol. 2019 Nov 27. doi: 10.1111/bjd.18738. Epub ahead of print. PMID: 31774145.

130.   Cantoral A, Montoya A, Luna-Villa L, Roldán-Valadez EA, Hernández-Ávila M, Kershenobich D, Perng W, Peterson KE, Hu H, Rivera JA, Téllez-Rojo MM. Overweight and obesity status from the prenatal period to adolescence and its association with Non-alcoholic fatty liver disease in young adults: cohort study. BJOG. 2020 Mar 7. doi: 10.1111/1471-0528.16199. Epub ahead of print. PMID: 32145139.

131.   Bakulski KM, Seo YA, Hickman RC, Brandt D, Vadari HS, Hu H, Park SK.  Heavy metals exposure and Alzheimer's disease and related dementias.  J Alzheimers Dis  (accepted).

**Book Chapters, Peer-reviewed**

132.   Leffler C, Hu H.  Other physical hazards. In: Levy B, Wegman D, eds. Occupational Health: Recognizing and Preventing Work-Related Disease and Injury. 4th edition.  Philadelphia: Lippincott Williams & Wilkins.  2000.

132.   Hu H.  Exposure to Metals.  In: LaDou J, ed.  Occupational Medicine.  Primary Care: Clinics in Office Practice. 2000 Dec;27(4):983 96.

133.   Hu H, Speizer F.  Influence of Environmental and Occupational Hazards on Disease.  In: Braunwald E, Fauci AS, Kasper DL, Hauser SL,  Longo DL, Jameson JL, eds. Harrison's Principles of Internal Medicine, (15th edition). New York: McGraw-Hill 2001.

134.   Hu H, Speizer F.  Specific Environmental and Occupational Hazards. In: Braunwald E, Fauci AS, Kasper DL, Hauser SL,  Longo DL, Jameson JL, eds. Harrison's Principles of Internal Medicine, (15th edition). New York: McGraw-Hill 2001.

135.   Hu H.  Heavy Metals.  In: Braunwald E, Fauci AS, Kasper DL, Hauser SL,  Longo DL, Jameson JL, eds. Harrison's Principles of Internal Medicine, (15th edition). New York: McGraw-Hill 2001.

136.   Goldman RH, Hu H. Overview of Adult Lead Poisoning. UpToDate in Medicine. Primary Care Section. (CD ROM/Internet publication).  Begun in 2000, updated annually.

137.   Hu H.  Human Health and Toxic Metals.  Chapter in: Life Support: the Environment and Human Health.  M McCally, Editor.  MIT Press, 2002.

138.    Hu H, Woolf A.  Introduction: Environmental Medicine as an emerging discipline.  In: Grand Rounds in Environmental Medicine.  Hu, H (Editor).  Research Triangle Park: National Institute for Environmental Health Sciences.  2003.

139.    Hu H, Speizer F.  Influence of Environmental and Occupational Hazards on Disease.  In:  Kasper DL, Braunwald E, Fauci AS, Hauser SL,  Longo DL, Jameson JL, eds. Harrison's Principles of Internal Medicine, (16th edition). New York: McGraw-Hill 2005.

140.    Hu H.  Heavy Metals.  In: Kasper DL, Braunwald E, Fauci AS, Hauser SL,  Longo DL, Jameson JL, eds. Harrison's Principles of Internal Medicine, (16th edition). New York: McGraw-Hill 2005.

141.    Perry M, Hu H.  Workplace Safety and Health.  In Environmental Health: From Local to Global. Frumkin H, Editor.  Jossey-Bass.  2005.

142.    Fischbein A, Hu H.  Occupational and environmental exposure to lead.  In Environmental and Occupational Medicine, Fourth Edition, edited by William N. Rom. Lippincott–Raven Publishers, Philadelphia 2006.

143.    Weisskopf MG, Wright RO, Hu H.  Early life environmental exposure and neurologic outcomes in adults.  In: DB Bellinger, Ed.  Human Developmental Neurotoxicology.  The Taylor and Francis Publishing Group 2006.

144.    Hu H.  Heavy Metals.  In: Kasper DL, Braunwald E, Fauci AS, Hauser SL,  Longo DL, Jameson JL, eds. Harrison's Principles of Internal Medicine, (17th edition). New York: McGraw-Hill 2008.

145.    Perry M, Hu H.  Workplace Safety and Health.  In Environmental Health: From Local to Global. Frumkin H, Editor.  Jossey-Bass.  2nd Edition, 2009

146.    Hu H.  Heavy Metals.  In: Kasper DL, Braunwald E, Fauci AS, Hauser SL,  Longo DL, Jameson JL, eds. Harrison's Principles of Internal Medicine, (18th edition). New York: McGraw-Hill 2011.

147.    Hu H.  Heavy Metals.  In: Kasper DL, Braunwald E, Fauci AS, Hauser SL,  Longo DL, Jameson JL, eds. Harrison's Principles of Internal Medicine, (19th edition). New York: McGraw-Hill 2014.

148.    Bush KF, Balakrishnan K, Hu H.  Global Climate Change: Case Study of India.  In Climate Change and Health.  London: Oxford University Press.  (in press)

149.    (Hu H et al. ).  Epilogue: 'Global Health, Governance and Education'.  In Global Population Health and Well-Being in the 21st Century: Toward NewParadigms, Policy and Practice.  George Lueddeke, Editor.  Springer, 2015.

150.    Anderson G, Buckle R, Favrin G, Friend S, Geschwind D, Hu H, Oliver S, Peterson R, Rossor M, St. George-Hyslop P, Zhang B.  Big Data Approaches to Dementia: Opportunities and Challenges.  In Dementia Research and Care: Can Big Data Help?  G Anderson, J Oderkirk, Ed.  OECD Publishing, Paris. 2015.  http://dx.doi.org/10.1787/9789264228429-en

151.    Hu H.  Heavy Metal Poisoning.  In: Jameson JL, Fauci AS, Kasper DL, Hauser SL,  Longo DL, Loscalzo J, eds. Harrison's Principles of Internal Medicine, (20th edition). New York: McGraw-Hill 2018.

152.    Hu H.  Childhood Lead Toxicity.  In: Levy, B, ed.  Social Injustice and Public Health, (3rd edition).  New York: Oxford University Press 2019.

153.    Bakulski K, Hu H, Park SK.  Lead, Cadmium, and Alzheimer's Disease.  In: The Neuroscience

of Dementia: Genetics, Neurology, Behavior and Diet.  VR Preedy, CR Martin, Ed.  Elsevier (in progress).

154.  Hu H.  Heavy Metal Poisoning.  In: Jameson JL, Fauci AS, Kasper DL, Hauser SL,  Longo DL, Loscalzo J, eds. Harrison's Principles of Internal Medicine, (21st edition). New York: McGraw-Hill (in progress).

**Books, Monographs, Reports**

155.  Basu N, Hu H.  *Toxic Metals and Indigenous Peoples Near the Marlin Mine in Western Guatemala: Potential Exposures and Impacts on Health.*  A report for Physicians for Human Rights. March, 2010  (http://physiciansforhumanrights.org/library/report-2010-05-18.html).

156.  Centers for Disease Control and Prevention (CDC). Work Group on Lead and Pregnancy (Hu: member). Ettinger AS and Wengrowitz AG, Editors.  *Guidelines for the Identification and Management of Lead Exposure in Pregnant and Lactating Women.*  Atlanta: Centers for Disease Control.  November, 2010.  Available at: https://www.cdc.gov/nceh/lead/prevention/pregnant.htm ; accessed May 20, 2020

157.  Taskforce on Environmental Health (Hu: Taskforce Chair).  Time for Leadership: Recognizing and Improving Care for those with ME/CFS, FM and ES/MCS.  Interim Report.  Ministry of Health and Longterm Care, Province of Ontario.  July, 2017

158.  Energy Research Committee (Hu: Member).  Potential Human Health Effects Associated with Unconventional Oil and Gas Development: A Systematic Review of the Epidemiology Literature. Health Effects Institute, September 2019.  Available at: https://hei-energy.org/publication/potential-human-health-effects-associated-unconventional-oil-and-gas-development

159.  Hu, H. *Environment, Health and Pollution: A Review of WHO's Guidelines for Pollution in Relation to Recent Evidence on Pollution Trends and Health Impacts.* March, 2020.  Nairobi: United Nations Environment Programme.

**Other Publications (correspondence, etc.)**

159.  Chivian E, Epstein PR, Ford TE, Goodenough DA, Hu H.  Bringing global issues to medical training.  (Letter to Editor).  Lancet 2002;359:714.

160.  Aguilar Madrid G, Beaudry M, Bell W, Bowes D, Brophy J, Burdorf A, Carlsten C, Castleman B, Chaturvedi S, Conti ME, Corra L, Corrêa Filho HR, Cranor CF, Cullen E, Dalvie A, Dickson RC, Digon A, Egilman D, Eisner Falvo C, Fischer E, Frank AL, Frank E, Gee D, Giannasi F, Goldstein BD, Greenberg M, Guidotti TL, Harris WA, Hindry M, Houlson A, Hu H, Huff J, Infante PF, Thambyappa J, Juarez Perez CA, Jeebhay MF, Joshi TK, Keith M, Keyserlingk JR, Khatter K, King D, Kodeih N, Kristensen J, Kulsomboon V, Landrigan PJ, Lee CW, Leigh J, Lemen RA, Lippman A, London L, Matzopoulos R, McCulloch J, McDiarmid MA, Mehrdad R, Mirabelli D, Moshammer H, Notebaert É, Nycz Z, Oberta AF, O'Connor J, O'Neill R, Orris P, Ozonoff D, Paek D, Rickard C, Rodriguez EJ, Sass J, Sentes KE, Simpson IM, Soffritti M, Soskolne CL, Sparling SP, Spiegel J, Takahashi K, Takaro TK, Terracini B, Thébaud-Mony A, Trosic I, Turcotte F, Vakil C, Van Der Walt A, Waterman YR, Watterson A, Wegman DH, Welch LS, Weiss SH, Winston R, Yassi A. Statement in response to asbestos industry efforts to prevent a ban on asbestos in Pakistan: chrysotile asbestos use is not safe and must be banned. Arch Environ Occup Health. 2013;68(4):243-9. doi: 10.1080/19338244.2013.780807. PubMed PMID: 23697697.

161.  Prada D, Colicino E, Power MC, Weisskopf MG, Zhong J, Hou L, Spiro A 3rd, Vokonas P,

Brennan K, Herrera LA, Schwartz J, Wright R, Hu H, Baccarelli AA.  Corrigendum to "APOE ε4 allele modifies the association of lead exposure with age-related cognitive decline in older individuals" [Environ. Res. 151 (2016) 101-105]. Environ Res. 2017 Nov 25. pii: S0013-9351(17)31700-0. doi:10.1016/j.envres.2017.11.022. [Epub ahead of print] PubMed PMID: 29183624.

162.  Hu H.  Reply to Igor Gonda's Comment on "From Air Pollution to the Anthropocene and Planetary Health".  Annals Am Thoracic Soc.  (accepted).

EXHIBIT 3

Howard Hu, M.D., M.P.H., Sc.D.
Consultant in Occupational and Environmental Medicine & Epidemiology[1]
Depositions, Trials, in US federal or state court cases, the last 5 years (2015-present, as of May, 2020)

DESCRIPTION: In each of these cases, Dr. Hu served as either a consultant in occupational and environmental medicine & epidemiology who evaluated a particular patient and rendered an expert opinion, and/or as a consultant in occupational and environmental medicine & epidemiology who reviewed the literature on a particular issue with respect to causality and rendered a scientific opinion.

| DATE | TYPE | CASE | CLIENT |
|------|------|------|--------|
| 8/17/17 | Deposition | Buckler v. JCI | Burg, Simpson, Eldredge, Hersh, Jardine PC, Attorneys at Law, Englewood, CO |
| 5/16/19 | Deposition | A.O.A., et al. v. Doe Run Resources Corporation, et al., Case No. 4:11-CV-00044-CDP | Schlichter, Bogard & Denton, LLP, St. Louis, MO |
| 9/16/19-9/17/19 | Deposition | Don Strong et al., v. Republic Services, Inc., et al. | Humphrey, Farrington & McClain, P.C., Independence, MO |
| 9/24/19 | Deposition | Food & Water Watch, Inc., et al, v. United States Environmental Protection Agency (US EPA), et al. | Non-retained expert, testifying on the work and results of my epidemiologic research team on the potential neurodevelopmental impacts of fluoride, in response to subpoena from the U.S. EPA., arranged by Waters Kraus Paul, P.C., Segundo, CA |
| 10/9/19 | Deposition | Pamela Butler, et al. v. Mallinckrodt, Inc., et al. | Humphrey, Farrington & McClain, P.C., Independence, MO |
| 2/8/20 | Trial | USA v. Gary Spengler, M.D. | Oberheiden & McMurrey, Dallas, TX 75240 |

---

[1] Current academic position, as of July 1, 2020: Professor and the Flora L. Thornton Chair of the Department of Preventive Medicine, Keck School of Medicine, University of Southern California, Los Angeles, CA.

# EXHIBIT 4

*Howard Hu, M.D., M.P.H., Sc.D.*
*Consulting Expert in Occupational/Environmental Medicine, Internal Medicine & Epidemiology*
*Affiliate Professor, University of Washington*
*LinkedIn: https://www.linkedin.com/in/howard-hu-059703a/*

*Consultant contact: 12544 42nd Avenue, Seattle, WA, 98125, USA*
*Email: howardhu2225@gmail.com*

## Consulting rates for legal expert work, as of January 2018

Pre-deposition and pre-trial work (reviewing documents, analyzing data, preparing reports, communications, etc.)

$600 US/hr

Deposition testimony

$1,000 US/hr

Trial testimony (at relevant location)

$8,000 US/day + travel expenses

Travel: $200 US/hr (door to door)

NOTE: Payments to be submitted as checks in USD from a US-based bank account or wire transfers to a U.S. bank account

# EXHIBIT 5

# LIST OF
# REFERENCES

**Exhibit**          **Description**


1          Flint Water Advisory Task Force.  *Final Report, Flint Water Advisory Task Force.*  March, 2016.  Office of Governor Rick Snyder, State of Michigan.


2          Government of Michigan.  *Flint Community Schools Initial Screening Results (Oct. 2, 2015).*  Available at https://www.michigan.gov/documents/deq/Flint_Community_Schools_Testing_Results__Initial_Screen_502382_7.pdf ; accessed on April 16, 2020.


3          Government of Michigan.  *2016 Schools Testing Results.* Available at https://www.michigan.gov/flintwater/0,6092,7-345-76292_76294_76297_77897-455439--,00.html ; accessed on April 16, 2020.


4          Government of Michigan. *2016 Child/Day Care Testing Results*. Available at https://www.michigan.gov/flintwater/0,6092,7-345-76292_76294_76297_77898_77908---,00.html; accessed on May 23, 2020.


5          Lanphear BP, Hornung R, Khoury J, Yolton K, Baghurst P, Bellinger DC, Canfield RL, Dietrich KN, Bornschein R, Greene T, Rothenberg SJ, Needleman HL, Schnaas L, Wasserman G, Graziano J, Roberts R. Low-level environmental lead exposure and children's intellectual function: an international pooled analysis. Environ Health Perspect. 2005 Jul;113(7):894-9. doi: 10.1289/ehp.7688. Erratum in: Environ Health Perspect. 2019 Sep;127(9):99001. PMID: 16002379; PMCID: PMC1257652.


6          Lanphear BP, Hornung R, Khoury J, Yolton K, Baghurst P, Bellinger DC, Canfield RL, Dietrich KN, Bornschein R,

Greene T, Rothenberg SJ, Needleman HL, Schnaas L, Wasserman G, Graziano J, Roberts R. Erratum: "Low-Level Environmental Lead Exposure and Children's Intellectual Function: An International Pooled Analysis". Environ Health Perspect. 2019 Sep;127(9):99001. doi: 10.1289/EHP5685

7    Hanna-Attisha M, LaChance J, Sadler RC, Champney Schnepp A. Elevated Blood Lead Levels in Children Associated With the Flint Drinking Water Crisis: A Spatial Analysis of Risk and Public Health Response. Am J Public Health. 2016 Feb;106(2):283-90. doi: 10.2105/AJPH.2015.303003. Epub 2015 Dec 21. PubMed PMID: 26691115; PubMed Central PMCID: PMC4985856

8    Schnaas L, Rothenberg SJ, Flores MF, Martinez S, Hernandez C, Osorio E, Velasco SR, Perroni E. Reduced intellectual development in children with prenatal lead exposure. Environ Health Perspect. 2006 May;114(5):791-7. PubMed PMID: 16675439; PubMed Central PMCID: PMC1459938

9    Chiodo LM, Covington C, Sokol RJ, Hannigan JH, Jannise J, Ager J, Greenwald M, Delaney-Black V. Blood lead levels and specific attention effects in young children. Neurotoxicol Teratol. 2007 Sep-Oct;29(5):538-46. Epub 2007 Apr 21. PubMed PMID: 17553667

10   Searle AK, Baghurst PA, van Hooff M, Sawyer MG, Sim MR, Galletly C, Clark LS, McFarlane AC. Tracing the long-term legacy of childhood lead exposure: a review of three decades of the port Pirie cohort study. Neurotoxicology. 2014 Jul;43:46-56. doi: 10.1016/j.neuro.2014.04.004. Epub 2014 Apr 28. PubMed PMID: 24785378

11   Schwartz J. Low-level lead exposure and children's IQ: a meta-analysis and search for a threshold. Environ Res. 1994 Apr;65(1):42-55. PubMed PMID: 8162884

12   Budtz-Jørgensen E, Bellinger D, Lanphear B, Grandjean P; International Pooled Lead Study Investigators. An international pooled analysis for obtaining a benchmark dose

for environmental lead exposure in children. Risk Anal. 2013 Mar;33(3):450-61. doi: 10.1111/j.1539-6924.2012.01882.x. Epub 2012 Aug 24. PubMed PMID: 22924487.

13    Jakubowski M. Low-level environmental lead exposure and intellectual impairment in children--the current concepts of risk assessment. Int J Occup Med Environ Health. 2011 Mar;24(1):1-7. doi: 10.2478/s13382-011-0009-z. Epub 2011 Feb 16. Review. PubMed PMID: 21468897

14    Carlisle JC, Dowling KC, Siegel DM, Alexeeff GV. A blood lead benchmark for assessing risks from childhood lead exposure. J Environ Sci Health A Tox Hazard Subst Environ Eng. 2009 Oct;44(12):1200-8. doi: 10.1080/10934520903139829. Review. PubMed PMID: 19847706

15    ACCLPP, 2012. *Low Level Lead Exposure Harms Children: A Renewed Call for Primary Prevention.* Report of the Advisory Committee on Childhood Lead Poisoning Prevention of the Centers for Disease Control and Prevention. January 4, 2012.

16    NTP Monograph. *Health Effects of Low-Level Lead.* US Department of Health and Human Services, National Toxicology Program. June 2012. Available at: https://ntp.niehs.nih.gov/ntp/ohat/lead/final/monographhealtheffectslowlevellead_newissn_508.pdf ; accessed on April 13, 2020

17    EFSA. *Scientific Opinion on Lead in Food.* European Food Safety Authority Panel on Contaminants in the Food Chain (CONTAM). Updated on March 22, 2013; available at: https://www.efsa.europa.eu/en/efsajournal/pub/1570 ; accessed on April 13, 2020

18    Centers for Disease Control and Prevention (CDC). Work Group on Lead and Pregnancy. Ettinger AS and Wengrowitz AG, Editors. *Guidelines for the Identification and Management of Lead Exposure in Pregnant and Lactating*

*Women*.  Atlanta: Centers for Disease Control.  November, 2010.  Available at: https://www.cdc.gov/nceh/lead/prevention/pregnant.htm ; accessed May 20, 2020

19      Watt KJ, O'Carroll RE. Evaluating methods for estimating premorbid intellectual ability in closed head injury. J Neurol Neurosurg Psychiatry. 1999 Apr;66(4):474-9. PubMed PMID: 10201419; PubMed Central PMCID: PMC1736288

20      Joseph AC, Lippa SM, McNally SM, Garcia KM, Leary JB, Dsurney J, Chan L.  Estimating premorbid intelligence in persons with traumatic brain injury: an examination of the Test of Premorbid Functioning. Appl Neuropsychol Adult. 2019 Sep 13:1-9. doi: 10.1080/23279095.2019.1661247. [Epub ahead of print] PubMed PMID: 31519111; PubMed Central PMCID: PMC7067634

21      Strauss E, Sherman EMS, Spreen O.  *A Compendium of Neuropsychological Tests—Administration, Norms and Commentary.*  3rd Ed.  Oxford University Press.  2006

22      US EPA.  *Lead: Human Exposure and Health Risk Assessments for Selected Case Studies.  Volume I. Human Exposure and Health Risk Assessments – Full-scale.*  October, 2007, page 2-10.  Research Triangle Park, North Carolina: US Environmental Protection Agency, Office of Air Quality Planning and Standards

23      Kennedy C, Yard E, Dignam T, Buchanan S, Condon S, Brown MJ, Raymond J, Rogers HS, Sarisky J, de Castro R, Arias I, Breysse P. Blood Lead Levels Among Children  Aged <6 Years - Flint, Michigan, 2013-2016. MMWR Morb Mortal Wkly Rep. 2016 Jul 1;65(25):650-4. doi: 10.15585/mmwr.mm6525e1. PubMed PMID: 27359350

24      Kaufman AS. Do low levels of lead produce IQ loss in children? A careful examination of the literature. Arch Clin Neuropsychol. 2001 May;16(4):303-41. PMID: 14590165

25        Rogan WJ, Ware JH. Exposure to lead in children--how low is
          low enough? N Engl J Med. 2003 Apr 17;348(16):1515-6. doi:
          10.1056/NEJMp030025. PMID: 12700370

26        Sheppard L, Burnett RT, Szpiro AA, Kim SY, Jerrett M, Pope
          CA 3rd, Brunekreef B. Confounding and exposure
          measurement error in air pollution epidemiology. Air Qual
          Atmos Health. 2012 Jun;5(2):203-216. doi: 10.1007/s11869-
          011-0140-9. Epub 2011 Mar 23. PMID: 22662023; PMCID:
          PMC3353104

27        Braun JM, Hoffman E, Schwartz J, Sanchez B, Schnaas L,
          Mercado-Garcia A, Solano-Gonzalez M, Bellinger DC,
          Lanphear BP, Hu H, Tellez-Rojo MM, Wright RO,
          Hernandez-Avila M. Assessing windows of susceptibility to
          lead-induced cognitive deficits in Mexican children.
          Neurotoxicology. 2012 Oct;33(5):1040-7. doi:
          10.1016/j.neuro.2012.04.022. Epub 2012 May 10. PMID:
          22579785; PMCID: PMC3576696

28        Desrochers-Couture M, Oulhote Y, Arbuckle TE, Fraser WD,
          Séguin JR, Ouellet E, Forget-Dubois N, Ayotte P, Boivin M,
          Lanphear BP, Muckle G. Prenatal, concurrent, and sex-specific
          associations between blood lead concentrations and IQ in
          preschool Canadian children. Environ Int. 2018 Dec;121(Pt
          2):1235-1242. doi: 10.1016/j.envint.2018.10.043. Epub 2018
          Nov 2. PubMed PMID: 30392942

29        Wasserman GA, Liu X, Popovac D, Factor-Litvak P, Kline J,
          Waternaux C, LoIacono N, Graziano JH. The Yugoslavia
          Prospective Lead Study: contributions of prenatal and
          postnatal lead exposure to early intelligence. Neurotoxicol
          Teratol. 2000 Nov-Dec;22(6):811-8. PubMed PMID:
          11120386

30        Taylor CM, Kordas K, Golding J, Emond AM. Effects of low-
          level prenatal lead exposure on child IQ at 4 and 8 years in a
          UK birth cohort study. Neurotoxicology. 2017 Sep;62:162-
          169. doi: 10.1016/j.neuro.2017.07.003. Epub 2017 Jul 4.

PubMed PMID: 28687448; PubMed Central PMCID: PMC5630203

31          Lidsky TI, Schneider JS. Lead neurotoxicity in children: basic mechanisms and clinical correlates. Brain. 2003 Jan;126(Pt 1):5-19. doi: 10.1093/brain/awg014. PMID: 12477693

32          Neuwirth LS, Phillips GR, El Idrissi A. Perinatal Pb2+ exposure alters the expression of genes related to the neurodevelopmental GABA-shift in postnatal rats. J Biomed Sci. 2018 May 24;25(1):45. doi: 10.1186/s12929-018-0450-4. PMID: 29793500; PMCID: PMC5967126

33          Huang S, Hu H, Sánchez BN, Peterson KE, Ettinger AS, Lamadrid-Figueroa H, Schnaas L, Mercado-García A, Wright RO, Basu N, Cantonwine DE, Hernández-Avila M, Téllez-Rojo MM. Childhood Blood Lead Levels and Symptoms of Attention Deficit Hyperactivity Disorder (ADHD): A Cross-Sectional Study of Mexican Children. Environ Health Perspect. 2016 Jun;124(6):868-74. doi: 10.1289/ehp.1510067. Epub 2015 Dec 8. PMID: 26645203; PMCID: PMC4892926

34          Braun JM, Kahn RS, Froehlich T, Auinger P, Lanphear BP. Exposures to environmental toxicants and attention deficit hyperactivity disorder in U.S. children. Environ Health Perspect. 2006 Dec;114(12):1904-9. doi: 10.1289/ehp.9478. PMID: 17185283; PMCID: PMC1764142

35          Hong SB, Im MH, Kim JW, Park EJ, Shin MS, Kim BN, Yoo HJ, Cho IH, Bhang SY, Hong YC, Cho SC. Environmental lead exposure and attention deficit/hyperactivity disorder symptom domains in a community sample of South Korean school-age children. Environ Health Perspect. 2015 Mar;123(3):271-6. doi: 10.1289/ehp.1307420. Epub 2014 Oct 3. PMID: 25280233; PMCID: PMC4348739

36          Ha M, Kwon HJ, Lim MH, Jee YK, Hong YC, Leem JH, Sakong J, Bae JM, Hong SJ, Roh YM, Jo SJ. Low blood levels of lead and mercury and symptoms of attention deficit hyperactivity in children: a report of the children's health and

environment research (CHEER). Neurotoxicology. 2009 Jan;30(1):31-6. doi: 10.1016/j.neuro.2008.11.011. Epub 2008 Nov 30. PMID: 19100765

37      Nigg JT, Knottnerus GM, Martel MM, et al. Low blood lead levels associated with clinically diagnosed attention-deficit/hyperactivity disorder and mediated by weak cognitive control. Biol Psychiatry. 2008;63(3):325-331. doi:10.1016/j.biopsych.2007.07.013

38      He J, Ning H, Huang R. Low blood lead levels and attention-deficit hyperactivity disorder in children: a systematic review and meta-analysis. Environ Sci Pollut Res Int. 2019 Jun;26(18):17875-17884. doi: 10.1007/s11356-017-9799-2. Epub 2017 Aug 5. PMID: 28780688

39      Donzelli G, Carducci A, Llopis-Gonzalez A, Verani M, Llopis-Morales A, Cioni L, Morales-Suárez-Varela M. The Association between Lead and Attention-Deficit/Hyperactivity Disorder: A Systematic Review. Int J Environ Res Public Health. 2019 Jan 29;16(3):382. doi: 10.3390/ijerph16030382. PMID: 30700018; PMCID: PMC6388268

40      *Carthan et al. v. Snyder et al.*, 5:16-cv-10444-JEL-MKM, *Fourth Consolidated Amended Class Complaint for Injunctive and Declaratory Relief, Money Damages, and Jury Demand*, ECF No. 620-3, PageID.17802-18022 (E.D. Mich. Oct. 5, 2018).