# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

Judith E. Levy
United States District Judge

_____/

This Order Relates To:

ALL CASES

_____/

## ORDER REGARDING MATTERS ADDRESSED DURING THE JULY 8, 2020 VIDEO CONFERENCE

On July 8, 2020, the Court held a video conference to address discovery and other case management-related issues. The Court now orders as follows:

The Court will allow a third day for the deposition of Dr. Marc Edwards, for a total of seven (7) additional hours. Five (5) hours will be allotted to Defendant McLaren and two (2) hours will be allocated between the parties as set forth in the Fourth Amended Case Management Order (ECF No. 1162), except McLaren is not to be included in the division of time between the Defendants.

The Court will hold a video conference on Wednesday, July 15, 2020, to address the issue between the State of Michigan and Putative Class Plaintiffs regarding the recent motion for class certification. Parties may submit proposals for how to proceed with class certification briefing while the Court does not have jurisdiction over former Governor Snyder and former Treasurer Andy Dillon. These proposals are not to exceed five pages and should be submitted to the Court's law clerk by email no later than Monday, July 13, 2020 at 5:00pm. Other issues may be added to the agenda pursuant to the protocol set forth in the Fourth Amended CMO.

IT IS SO ORDERED.

Dated: July 9, 2020　　　　　　　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 9, 2020.

　　　　　　　　　　　　　　　　　s/William Barkholz
　　　　　　　　　　　　　　　　　WILLIAM BARKHOLZ
　　　　　　　　　　　　　　　　　Case Manager