# EXHIBIT 4

| | |
|---|---|
| **From:** | Alexander, Michael (DEQ) |
| **Sent:** | Tuesday, March 26, 2013 3:20 PM |
| **To:** | Busch, Stephen (DEQ) |
| **Cc:** | Alexander, Christine (DEQ); Creal, William (DEQ) |
| **Subject:** | RE: Flint River Intake Location |

Hi Steve,

Based on the listing from Michigan's 2012 Integrated Report, the Flint River from just upstream of the City of Flint to the upstream end of the Holloway Reservoir is not meeting its designated uses for;

Fish consumption due to PCB in fish tissue and water column
Total and partial body contact due to E. coli in water column
Other indigenous aquatic life due to nutrients and phosphorus in the water column

These are just the major categories for the designated uses currently not being met within this subject stretch of the Flint River. If you would like the complete lists or any additional information regarding these listing please let me know.

Mike


Michael Alexander, Chief
Lakes Erie, Huron and Superior Unit
Surface Water Assessment Section
Water Resources Division
Department of Environmental Quality
Office Phone 517-335-4189
alexanderm2@michigan.gov

---

**From:** Busch, Stephen (DEQ)
**Sent:** Tuesday, March 26, 2013 12:08 PM
**To:** Alexander, Christine (DEQ); Alexander, Michael (DEQ)
**Subject:** Flint River Intake Location

Mike and Chris,

Sorry, I forgot to hit send. See red dot on attached picture.

Stephen Busch, P.E.
Lansing and Jackson District Supervisor
Office of Drinking Water and Municipal Assistance
MDEQ
517-643-2314

**EXHIBIT**

**Muchmore 8**