## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: July 22, 2020

Mr. David J. Weaver
Eastern District of Michigan at Ann Arbor
P.O. Box 8199
Ann Arbor, MI 48107-0000

Re: Case No. 19-1472, *Luke Waid, et al v. Richard Snyder, et al*
Originating Case No. : 5:16-cv-10444

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Maddison R Edelbrock
For Patricia Elder

cc: Mr. Samuel R. Bagenstos
    Ms. Margaret Bettenhausen
    Mr. Nathan A. Gambill
    Mr. William H. Goodman
    Ms. Julie H. Hurwitz
    Mr. Richard S. Kuhl
    Ms. Emmy L. Levens

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 19-1472

_____

Filed: July 22, 2020

In re: FLINT WATER CASES

-------------------------------

LUKE WAID, Parent and Next-Friend of SR, a minor; et al.

      Plaintiff

 and

ELNORA CARTHAN; RHONDA KELSO, individually and as next friend of K.E.K., a minor child; DARRELL DAVIS; BARBARA DAVIS; MICHAEL SNYDER; MARILYN BRYSON; DAVID MUNOZ; TIANTHA WILLIAMS, individually and as next friend of T.W., a minor child; AMBER BROWN, individually and as next friend of K.D., a minor child; FRANCES GILCREAST; EPCO SALES, LLC; ANGELO'S CONEY ISLAND PALACE, INC.

      Plaintiffs - Appellees

v.

DARNELL EARLEY; GERALD AMBROSE; HOWARD CROFT; MICHAEL GLASGOW; DAUGHERTY JOHNSON; CITY OF FLINT, MI

      Defendants

 and

RICHARD DALE SNYDER, former Governor; ANDY DILLON, former State Treasurer; GRETCHEN WHITMER, Governor

      Defendants - Appellants

## MANDATE

Pursuant to the court's disposition that was filed 05/22/2020 the mandate for this case hereby issues today.

COSTS: None