# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases. | Judith E. Levy |
| | United States District Judge |
| _____/ | |

This Order Relates To:

ALL CASES

_____/

# ORDER REGARDING THE MDEQ DEFENDANTS' PROPOSED SCHEDULE

MDEQ Defendants proposed that they be placed on the same schedule as the State Defendants as set forth in the stipulated motion submitted by the parties detailing the Court's order in ECF No. 1215. Since the MDEQ submitted their proposed schedule, the State Defendants and Putative Class Plaintiffs stipulated to an extension of time on the schedule set forth by the Court. The Court granted this extension (ECF No. 1220), and now extends the MDEQ Defendants' schedule so that they are on the same schedule as the State Defendants. The schedule for filing motions for summary judgment will be determined on a later date.

IT IS SO ORDERED.

Dated: August 3, 2020      s/Judith E. Levy
Ann Arbor, Michigan     JUDITH E. LEVY
                                      United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 3, 2020.

                               s/William Barkholz
                               WILLIAM BARKHOLZ
                               Case Manager