*In Re: Flint Water Cases*
16-cv-10444
Exhibit A – Proposed Bellwether Trial Deadlines

| Bellwether Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Plaintiffs' Expert Reports and Disclosures Pursuant to Fed. R. Civ. P. 26(a)(2) and 3 dates for depositions provided | **August 7, 2020** | **August 10, 2020** |
| Plaintiffs' experts shall be deposed | **August 27, 2020 – October 28, 2020** | **August 31, 2020 – November 2, 2020** |
| Fed. R. Civ. P. 35 Examinations of Pool Three Claimants Begin | **August 27, 2020** | **September 1, 2020** |
| The Court shall inform the parties how many bellwether plaintiffs' cases will be tried | **September 8, 2020** | **September 11, 2020** |
| Discovery completion date for Pool Three Claimants | **September 14, 2020** | **September 17, 2020** |
| Selection process for bellwether plaintiffs' cases for trial | **September 21, 2020** | **September 24, 2020** |
| Completion of all Fed. R. Civ. P. 35 Examinations of Pool Three Claimants | **October 12, 2020** | **October 15, 2020** |
| Dispositive motions | **October 14, 2020** | **October 19, 2020** |
| Responses to dispositive motions | **November 5, 2020** | **November 9, 2020** |
| Defendants' Expert Reports and Disclosures Pursuant to Fed. R. Civ. P. 26(a)(2) and 3 dates for depositions provided | **November 9, 2020** | **November 12, 2020** |
| Replies in support of dispositive motions | **November 20, 2020** | **November 23, 2020** |
| Defendants' experts shall be deposed | **November 27, 2020 – January 28, 2020** | **November 30, 2020 – February 1, 2021** |
| Initial Bellwether Trial | **February 25, 2021** | **March 1, 2021** |