MIED (Rev. 5/05) Statement of Disclosure of Corporate Affiliations and Financial Interest

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Elnora Carthan, et al.

Plaintiff(s),

Case No. 5:16-cv-10444

v.

Judge Judith E. Levy

Rick Snyder, et al.

Magistrate Judge Mona K. Majzoub

Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, __635 S. Saginaw LLC__

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐    No ☑

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: N/A
   Relationship with Named Party: N/A

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐    No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name: N/A
   Nature of Financial Interest: N/A

Date: August 11, 2020

/s/ Paul F. Novak

Paul F. Novak - P39524
Weitz & Luxenberg, P.C.
3011 W. Grand Boulevard
24th Floor
Detroit, MI 48202
313-800-4170
pnovak@weitzlux.com