UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

In re FLINT WATER CASES

Civil Action No. 5:16-cv-10444-JEL-MKM
(consolidated)

Hon. Judith E. Levy
Mag. Mona K. Majzoub

_____

APPLICABLE TO ALL CASES

_____

VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC,'s
VEOLIA NORTH AMERICA, INC.'s, AND VEOLIA NORTH AMERICA,
PROPOSED AGENDA ITEMS FOR THE AUGUST 26, 2020
<u>STATUS CONFERENCE</u>

The defendants Veolia Water North America Operating Services, LLC,

Veolia North America, Inc., and Veolia North America, LLC believe the following

matters should be among those addressed at the August 26, 2020 status conference.

1.      The Selection Process for Bellwether Plaintiff Cases for Trial, including the
September 11, 2020 deadline for the Court to inform the parties how many
bellwether plaintiffs' cases will be tried.

2.      The timing and coordination of Bellwether Plaintiff Expert Depositions.

*Respectfully submitted,*

CAMPBELL CONROY &
O'NEIL, P.C.

BUSH SEYFERTH PLLC

/s/ James M. Campbell
James M. Campbell
Alaina N. Devine
One Constitution Wharf, Suite 310
Boston, MA  02129
(617) 241-3000
jmcampbell@campbell-trial-lawyers.com
adevine@campbell-trial-lawyers.com

/s/ Michael R. Williams
Cheryl A. Bush (P37031)
Michael R. Williams (P79827)
100 W. Big Beaver Road, Suite 400
Troy, MI  48084
(248) 822-7800
bush@bsplaw.com
williams@bsplaw.com

*Attorneys for Veolia Water North America Operating Services, LLC, Veolia North America, LLC, and Veolia North America, Inc.*

Dated:  August 12, 2020

## CERTIFICATE OF SERVICE

I, Alaina N. Devine, one of the counsel of record for the VNA defendants, certify that I served the within Proposed Agenda Items on August 12, 2020, by causing it to be e-filed through the Court's CM/ECF electronic filing system which will automatically deliver electronic copies of it to counsel of record for all parties to have appeared in *In re Flint Water Cases*.

/s/  Alaina N. Devine
Alaina N. Devine
adevine@campbell-trial-lawyers.com

2