# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In Re* Flint Water Cases, | No. 5:16-cv-10444-JEL-MKM (consolidated) |
| | Hon. Judith E. Levy |
| | Mag. Mona K. Majzoub |
| *Walters, et al.,* | No. 5:17-cv-10164-JEL-MKM |
|     *Plaintiffs* | |
| v. | |
| *City of Flint, et al.,* | |
|     *Defendants* | |

## PLAINTIFFS' LIAISON COUNSEL'S PROPOSED AGENDA FOR AUGUST 26, 2020 STATUS CONFERENCE

In accordance with the Court's Order, ECF No. 1219, Plaintiffs' Liaison Counsel[1] respectfully submit the following agenda items for the August 26, 2020 status conference.

---

[1] Pursuant to the Court's Order, ECF. No. 1219, this proposed agenda is filed on behalf of all individual cases.

1.	Counsel for *Brown* and *Rogers* respectfully request time to discuss clarification of the Fourth Amended CMO Addendum that counsel for *legionella* Plaintiffs can serve record subpoenas directly, as opposed to service by Co-Liaison Counsel for the Individual Plaintiffs.

2.	Counsel for *Lee* respectfully request time to discuss service of pleadings in the Genesee County Circuity Court litigation.

Dated: August 12, 2020							Respectfully submitted,

| **NAPOLI SHKOLNIK PLLC** | **LEVY KONIGSBERG, LLP** |
|---|---|
| By: /s/ Hunter Shkolnik<br>Hunter J. Shkolnik, Esq.<br>360 Lexington Avenue, 11th Floor<br>New York, NY, 10017<br>(212) 397-1000<br>hunter@napolilaw.com | By: /s/ Corey M. Stern<br>Corey M. Stern, Esq.<br>800 Third Avenue<br>Suite 11th Floor<br>New York, NY, 10022<br>(212) 605-6200<br>cstern@levylaw.com<br><br>*Co-Liaison Counsel for Individual Plaintiffs* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2020, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing upon counsel of record.

Dated: August 12, 2020

_____/s/ Patrick J. Lanciotti_____