**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| LUKE WAID, et al., | Case No. 5:16-cv-10444-JEL-MKM |
| *Plaintiffs,* | Hon. Judith E. Levy |
| v. | |
| GOVERNOR RICHARD D. SNYDER, et al., | |
| *Defendants.* | |

**NOTICE OF APPEARANCE**

Please enter my appearance pursuant to L.R. 83.25 as additional counsel of record for the defendants Veolia North America, LLC, Veolia North America, Inc. and Veolia Water North America Operating Services, LLC.

        Mark R. Ter Molen
        Mayer Brown LLP
        71 S. Wacker Dr.
        Chicago, IL 60606
        (312) 701-7307
        mtermolen@mayerbrown.com

Attorneys Cheryl Bush and Michael Williams of the firm Bush Seyferth PLLC, 100 W. Big Beaver Rd., Suite 400, Troy, MI 48084, will continue to serve as local counsel for the aforementioned defendants.

        /s/ *Mark R. Ter Molen*
        Mark R. Ter Molen
        Mayer Brown LLP
        71 S. Wacker Dr.
        Chicago, IL 60606
        (312) 701-7307
        mtermolen@mayerbrown.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the Court's ECF system, which will send notification to all counsel of record that have appeared in this case.

      /s/ *Mark R. Ter Molen*
      *Counsel for VNA Defendants*