# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

## AGENDA FOR VIDEO CONFERENCE TO BE HELD ON SEPTEMBER 2, 2020

The Court will hold a video teleconference on **Wednesday, September 2, 2020 at 2:00pm** regarding discovery and other case management-related issues. The hearing will address the following issues:

(1) The dispute between the VNA Defendants and Interim Co-Liaison Counsel regarding the provision of bellwether expert data pursuant to Fed. R. Civ. P. 26(a)(2)(B).

(2) The dispute between VNA Defendants and Interim Co-Liaison Counsel regarding the length of the bellwether expert depositions. VNA Defendants are seeking a minimum of two days for each of the

bellwether plaintiff experts, and for some experts they are seeking up to five days of testimony.

(3) The VNA Defendants are seeking to depose LeeAnne Walters as a fact witness in the bellwether cases, and they are seeking to reserve the right to later depose Ms. Walters as a Plaintiff. Ms. Walters' counsel objects.

(4) The VNA Defendants seek the Court's guidance on how to proceed with missing authorizations and fact sheets from Group 2 bellwether adult plaintiffs who were required to submit such materials under the Court's Case Management Order.

Only the parties subject to these disputes must attend. The parties to each dispute shall submit a one-page summary of the dispute 48-hours before the call, along with the disputed discovery request. The one-page summaries must be submitted by Monday, August 31, 2020, no later than 2:00pm.

    IT IS SO ORDERED.

Dated: August 28, 2020           s/Judith E. Levy
Ann Arbor, Michigan           JUDITH E. LEVY
                                             United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 28, 2020.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager
