UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

In re FLINT WATER CASES	Civil Action No. 5:16-cv-10444-JEL-MKM (consolidated)

Hon. Judith E. Levy
Mag. Mona K. Majzoub

_____

## NOTICE OF APPEARANCE BY INTERESTED PARTY

PLEASE TAKE NOTICE that attorney Leslie M. Kroeger of Cohen Milstein Sellers & Toll PLLC files this notice of appearance for purposes of coordinating related cases and addressing matters pertaining to the *In re Flint Water Cases* consolidated class case, on behalf of proposed class plaintiffs in the *In re Flint Water Cases* consolidated class case, *Carthan v. Snyder*, 5:16-cv-10444-JEL-MKM.

Dated: September 2, 2020	Respectfully submitted,

*/s/ Leslie M. Kroeger*
Leslie M. Kroeger
**COHEN MILSTEIN SELLERS & TOLL PLLC**
2925 PGA Blvd, Suite 200
Palm Beach Gardens, FL 33410
(561) 515-1400
lkroeger@cohenmilstein.com

2

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was filed with the U.S. District Court through the ECF filing system and that all parties to the above case were served via the ECF filing system on September 2, 2020.

Dated: September 2, 2020

*/s/ Leslie M. Kroeger*
Leslie M. Kroeger
**COHEN MILSTEIN SELLERS & TOLL PLLC**
2925 PGA Blvd, Suite 200
Palm Beach Gardens, FL 33410
(561) 515-1400
lkroeger@cohenmilstein.com