# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.                Judith E. Levy
                                          United States District Judge
_____/

This Order Relates To:

ALL CASES

_____/

## AGENDA AND NOTICE FOR VIDEO CONFERENCE TO BE HELD ON SEPTEMBER 23, 2020

The Court will hold a video teleconference on **Wednesday, September 23, 2020 at 2:00pm** regarding discovery and other case management-related issues. The hearing will address the following issues:

1. The dispute between the VNA Defendants, interim co-lead class counsel, and the State of Michigan regarding the coordination and scope of the Fed. R. Civ. P. 30(b)(6) notices directed to VNA.

2. The dispute between the VNA Defendants, LAN Defendants and interim co-lead class counsel regarding the Defendants' proposed

      property inspection protocol for the putative class Plaintiffs' property inspections.

3. Update from the parties regarding the second bellwether group of adult Plaintiffs.

4. The VNA Defendants seek guidance regarding production of data from the bellwether neuropsychology expert, where the original production deadline was September 9, 2020.

5. The dispute between co-liaison counsel, interim co-lead class counsel and the VNA Defendants regarding the continued deposition of Marvin Gnagy.

    IT IS SO ORDERED.

Dated: September 18, 2020       s/Judith E. Levy
Ann Arbor, Michigan       JUDITH E. LEVY
     United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 18, 2020.

     s/Karri Sandusky on behalf of
     WILLIAM BARKHOLZ
     Case Manager