# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

## AGENDA AND NOTICE FOR VIDEO CONFERENCE TO BE HELD ON OCTOBER 6, 2020

The Court will hold a video teleconference on **Tuesday, October 6, 2020 at 1:00pm**[1] regarding discovery and other case management-related issues. The hearing will address whether Interim Class Counsel for the Putative Class may participate in the deposition of one of Co-Liaison Plaintiff's experts, who will be testifying as to the four bellwether trial minor plaintiffs.

Only the lawyers involved in these disputes must attend. As set forth in the Court's August 12, 2019 Order (ECF No. 918), the parties to this dispute may submit a summary of the dispute (not to exceed one

---

[1] Note date and time change.

page, single-spaced) in advance, along with the disputed discovery request, if one exists. The one-page summaries must be submitted by email to Leslie Calhoun **Monday, October 5, 2020**, no later than **2:00pm**.

IT IS SO ORDERED.

Dated: October 2, 2020  s/Judith E. Levy
Ann Arbor, Michigan  JUDITH E. LEVY
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 2, 2020.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager