# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases. | Judith E. Levy |
| | United States District Judge |
| _____/ | |

This Order Relates To:

ALL CASES

_____/

## ORDER GRANTING
## MOTION FOR PROTECTIVE ORDER [1281]

This case is before the Court on Co-Liaison Counsel for Individual Plaintiffs' motion for a protective order limiting access to certain depositions of expert witnesses and excluding persons who are not counsel of record for a party in *Gaddy v. Flint*, No. 17-11166 and *Meeks v. Flint*, No. 17-11165. (ECF No. 1281.) On Friday October 2, 2020, a hearing was held by video conference and oral argument was heard. For the reasons set forth on the record, Co-Liaison Counsel for Individual Plaintiffs' motion is GRANTED.

Further, the discovery conference scheduled for Tuesday October 6, 2020 is cancelled.

IT IS SO ORDERED.

Dated: October 2, 2020       s/Judith E. Levy
Ann Arbor, Michigan       JUDITH E. LEVY
     United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 2, 2020.

     s/William Barkholz
     WILLIAM BARKHOLZ
     Case Manager