# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

## ORDER REGARDING ISSUES DISCUSSED AT THE OCTOBER 21, 2020 CONFERENCE

On October 21, 2020, the Court held a hearing via video teleconference and now orders the following:

For the reasons set forth on the record, copies of the transcript of Dr. Aaron Spect's deposition that have been disseminated to any counsel who is not counsel of record in the four bellwether cases must be destroyed.

IT IS SO ORDERED.

Dated: October 21, 2020
Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

2

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 21, 2020.

                                                  s/William Barkholz
                                                  WILLIAM BARKHOLZ
                                                  Case Manager