UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In Re* Flint Water Cases          No. 5:16-cv-10444-JEL-MKM

HON. JUDITH E. LEVY

MAG. MONA K. MAJZOUB

**STIPULATION TO EXTEND STAY OF PROCEEDINGS RELATING TO THE STATE DEFENDANTS AND MDEQ DEFENDANTS**

The State Defendants, MDEQ Defendants, Putative Class Plaintiffs, and Individual Plaintiffs, by and through their respective counsel, hereby agree and stipulate to this Court extending the stay of proceedings, with respect to the State Defendants and MDEQ Defendants, that the Court entered by text-only order on September 1, 2020. Specifically, these parties agree to extend the stay of all proceedings as to only the State Defendants and MDEQ Defendants to allow these Defendants to focus on finalizing the settlement agreement. This stay would extend to November 16, 2020.

As provided in ECF Rule 11(c), the State Defendants, MDEQ Defendants, Putative Class Plaintiffs, and Individual Plaintiffs request that a text-only order be entered granting this stipulation.

**STIPULATED AND AGREED TO:**

By:*/s/Hunter Shkolnik*
*(with permission)*
Hunter Shkolnik
Napoli Shkolnik Law PLLC
Attorney for Plaintiffs
1301 Avenue of the Americas
10th Floor
New York, NY 10019
(212) 397-1000
(646) 843-7603
hunter@napolilaw.com

By:*/s/Margaret A. Bettenhausen*
Richard S. Kuhl (P42042)
Margaret A. Bettenhausen (P75046)
Nathan A. Gambill (P75506)
Charles A. Cavanagh (P79171)
Assistant Attorneys General
Environment, Natural Resources,
and Agriculture Division
Attorneys for State Defendants
P.O. Box 30755
Lansing, MI 48909
(517) 335-7664
kuhlr@michigan.gov
bettenhausenm@michigan.gov
gambilln@michigan.gov
cavanaghc2@michigan.gov

By:*/s/Corey M. Stern*
*(with permission)*
Cory M. Stern
Levy Konigsberg, LLP
Attorney for Plaintiffs
800 Third Avenue
Suite 11th Floor
New York, NY 10022
(212) 605-6298
cstern@levylaw.com

By:*/s/Charles E. Barbieri*
*(with permission)*
Charles E. Barbieri
Foster Swift Collins & Smith
Attorney for Patrick Cook and
Michael Prysby
313 S. Washington Square
Lansing, MI 48933-2193
(517) 371-8100
cbarbieri@fosterswift.com

By:*/s/Theodore J. Leopold*
*(with permission)*
Theodore J. Leopold
Cohen Milstein Sellers & Toll, PLLC
Attorney for Plaintiffs
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410

By:*/s/Thaddeus E. Morgan*
(with permission)
Thaddeus E. Morgan
Fraser, Trebilcock,
Attorney for Defendant Liane Shekter Smith
124 W. Allegan Street, Suite 1000
Lansing, MI 48933

(561) 515-1400
tleopold@cohenmilstein.com

By:*/s/Michael L. Pitt*
*(with permission)*
Michael L. Pitt
Pitt, McGehee, Palmer, Bonanni, & Rivers PC
Attorney for Plaintiffs
117 W. Fourth Street, Suite 200
Royal Oak, MI 48067-3804
(248) 398-9800
mpitt@pittlawpc.com

(517) 482-5800
tmorgan@fraserlawfirm.com

By:*/s/Phillip A. Grashoff, Jr.*
*(with permission)*
Philip A. Grashoff, Jr.
Smith Haughey Rice & Roegge
Attorney for Defendant Stephen Busch
100 Monroe Center, NW
Grand Rapids, MI 48304
(616) 774-8000
pgrashoff@shrr.com

By:*/s/Michael J. Pattwell*
*(with permission)*
Michael J. Pattwell
Clark Hill, PLC
Attorney for Defendants Bradley Wurfel and Daniel Wyant
212 E. Cesar E. Chavez Avenue
Lansing, MI 48906
(517) 318-3043
mpattwell@clarkhill.com

By:*/s/James A. Fajen*
*(with permission)*
James A. Fajen
Attorney for Defendant Adam Rosenthal
2950 S. State Street, Suite 380
Ann Arbor, MI 48104
(734) 995-0181
fajenlaw@fajenmiller.com

Dated:  October 22, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2020, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

> Respectfully submitted,
>
> */s/Margaret A. Bettenhausen*
> Richard S. Kuhl (P42042)
> Margaret A. Bettenhausen (P75046)
> Nathan A. Gambill (P75506)
> Charles A. Cavanagh (P79171)
> Assistant Attorneys General
> Environment, Natural Resources,
> and Agriculture Division
> Attorneys for State Defendants
> P.O. Box 30755
> Lansing, MI 48909
> (517) 335-7664
> kuhlr@michigan.gov
> bettenhausenm@michigan.gov
> gambilln@michigan.gov
> cavanaghc2@michigan.gov