# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In Re* Flint Water Cases, | No. 5:16-cv-10444-JEL-MKM (consolidated) |
| | Hon. Judith E. Levy |
| | Mag. Mona K. Majzoub |
| *Alexander, et al.,*<br>*Plaintiffs*<br>v.<br>*City of Flint, et al.,*<br>*Defendants* | No. 5:16-cv-13421-JEL-MKM |

### ALEXANDER PLAINTIFFS' JOINDER AND CONCURRENCE WITH ANDERSON PLAINTIFFS' MOTION FOR REMOVAL OF CURRENT CO-LIAISON COUNSEL

NOW COME the Alexander Plaintiffs, by and through their Attorney, Herbert A. Sanders of THE SANDERS LAW FIRM, P.C., and for their Joinder and Concurrence with *Anderson Plaintiffs' Motion for Removal of Current Co-Liaison Counsel*, they state as follows:

The undersigned, on behalf of the Alexander Plaintiffs, join and concur with the *Anderson Plaintiffs' Motion for Removal of Current Co-Liaison Counsel*.

1

Further, the undersigned incorporates by reference the Anderson Plaintiff's Motion as if it were set forth herein word for word herein.

                                                        Respectfully Submitted,

Date: October 25, 2020                  /s/Herbert A. Sanders
                                              Herbert A. Sanders
                                              The Sanders Law Firm, P.C.
                                              Attorney for Plaintiff
                                              615 Griswold, Suite 913
                                              Detroit, MI 48226
                                              Phone: (313) 962-0099
                                              Fax: (313) 962-0044
                                              haslawpc@gmail.com

**PROOF OF SERVICE**

The undersigned certifies that on October 28, 2020, a copy of the foregoing instrument was served upon the Court and the attorneys of record of all parties to the above cause by electronic filing of same to them at their respective business addresses as disclosed by the pleadings of record herein. I declare that the statement above is true to the best of my information, knowledge and belief.

            /s/Herbert A. Sanders
            **Herbert A. Sanders**