UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In Re Flint Water Cases, | ) | |
| | ) | Case No.: 16-cv-10444-JEL-MKM |
| | ) | (consolidated with 16-cv-11247) |
| | ) | |
| | ) | Hon. Judith E. Levy |
| _____ | ) | |
| *Washington,* et al., | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| *City of Flint,* et al., | ) | |
|     Defendants, | ) | |

**WASHINGTON PLAINTIFF'S JOINDER AND CONCURRENCE WITH ANDERSON PLAINTIFFS' MOTION FOR REMOVAL OF CURRENT CO-LIAISON COUNSEL**

NOW COME the Washington Plaintiffs, by and through their attorneys, MARC J. BERN & PARTNERS, LLP, and for their Joinder and Concurrence with Anderson Plaintiff's Motion For Removal Of Current Co-Liaison Counsel ("the Anderson Motion") [Dkt. No. 1293], states as follows:

The undersigned, on behalf of the Washington Plaintiffs, join and concur with the Anderson Motion. The undersigned incorporates by reference the Anderson Motion as if it were set forth in full herein.

WHEREFORE, the Washington Plaintiffs, by and through their counsel, pray that this Honorable Court grant the Anderson Motion, and for any other relief that this Court deems just and proper.

Dated: October 29, 2020

Respectfully Submitted,

/s Stephen F. Monroe
Stephen F. Monroe
Joseph J. Cappelli

1

2

>Marc J. Bern & Partners, LLP
>225 West Washington Street, Suite 2200
>Chicago, IL 60606
>Phone: (312) 894-7941
>Fax:    (312) 873-4537
>Email: smonroe@bernllp.com

## PROOF OF SERVICE

The undersigned certifies that on October 29, 2020, a copy of the foregoing document was served upon the Court and all attorneys of record via the Court's CM/ECF electronic filing system, which sends notice and copy of the filing to each CM/ECF participant, and declares that this statement is true to best of his information, knowledge and belief.

/s Stephen F. Monroe

Stephen F. Monroe

2