UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In Re* Flint Water Cases, | No. 5:16-cv-10444-JEL-MKM (consolidated) |
| | Hon. Judith E. Levy |
| | Mag. Mona K. Majzoub |
| *Helen Chapman, et al.* | No. 5:18-cv-10679-MKM |
|       *Plaintiffs* | |
| v. | |
| *City of Flint, et al.,* | |
|       *Defendants* | |

**CHAPMAN PLAINTIFFS' JOINDER AND COCURRENCE
WITH ANDERSON PLAINTIFFS' MOTION FOR REMOVAL
OF CURRENT CO-LIAISON COUNSEL**

NOW COME the Chapman Plaintiffs, by and through their Attorney, Mark R. Cuker of Cuker Law Firm, LLC and for their Joinder and Concurrence with *Anderson Plaintiffs' Motion for Removal of Current Co-Liaison Counsel*, they state as follows:

The undersigned, on behalf of the Chapman Plaintiffs, join and concur with the *Anderson Plaintiffs' Motion for Removal of Current Co-Liaison Counsel*.

1

Further, the undersigned incorporates by reference the Anderson Plaintiff's Motion as if it were fully set forth herein.

Respectfully submitted,

Dated: October 29, 2020                /s/ *Mark R. Cuker*
                                       MARK R. CUKER
                                       CUKER LAW FIRM, LLC
                                       One Logan Square
                                       Suite 1200
                                       Philadelphia, PA  19103
                                       Phone:  (215) 531-8522
                                       mark@cukerlaw.com

## PROOF OF SERVICE

The undersigned certifies that on October 29, 2020, a copy of the foregoing instrument was served upon the Court and the attorneys of record of all parties to the above cause by electronic filing of same to them at their respective business addresses as disclosed by the pleadings of record herein.  I declare that the statement above is true to the best of my information, knowledge and belief.

  */s/ Mark R. Cuker*
  MARK R CUKER