# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

## AGENDA AND NOTICE FOR VIDEO CONFERENCE TO BE HELD ON THURSDAY NOVEMBER 5, 2020

The Court will hold a video teleconference on **Thursday, November 5, 2020 at 2:00pm** regarding discovery and other case management-related issues. The hearing will address the following issue:

1. The dispute between the VNA Defendants and co-liaison counsel regarding the sufficiency of Plaintiffs' responses to Defendants' requests for admission.

As set forth in the Court's August 12, 2019 Order (ECF No. 918), the parties to this dispute may submit a summary of the dispute (not to exceed one page, single-spaced) in advance, along with the disputed discovery request, if one exists. The one-page summaries must be

submitted by email to Leslie Calhoun **Monday, November 2, 2020**, no later than **2:00pm**.

IT IS SO ORDERED.

Dated: October 30, 2020         s/Judith E. Levy
Ann Arbor, Michigan             JUDITH E. LEVY
                                United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 30, 2020.

s/Karri Sandusky on behalf of
WILLIAM BARKHOLZ
Case Manager