# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases. _____/ | Judith E. Levy<br>United States District Judge |

This Order Relates To:

ALL CASES

_____/

## CORRECTED ORDER REGARDING MOTION FOR REMOVAL [1293]

This case is before the Court on the Anderson Plaintiffs' Motion for Removal of Co-Liaison Counsel for Individual Plaintiffs. (ECF No. 1293.) The Alexander Plaintiffs, Washington Plaintiffs, and Chapman Plaintiffs filed joinders to the motion. (ECF Nos. 1296, 1299, and 1300, respectively). Co-Liaison Counsel for Individual Plaintiffs responded to the motion (ECF No. 1298) and filed a supplemental response (ECF No. 1301).

On Friday October 30, 2020, a hearing was held by video conference and oral argument was heard. For the reasons set forth on the record, the Court finds that the motion and concurrences have no merit. During the

hearing, counsel for the Anderson Plaintiffs, Chapman Plaintiffs, and Washington Plaintiffs withdrew their motions. For the reasons set forth on the record, the Alexander Plaintiffs' reply (ECF No. 1302) is stricken, and their joinder/concurrence is DENIED. (ECF No.1296)

IT IS SO ORDERED.

Dated: October 30, 2020  s/Judith E. Levy
Ann Arbor, Michigan  JUDITH E. LEVY
  United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 30, 2020.

  s/J. McCoy for
  WILLIAM BARKHOLZ
  Case Manager

2