UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In Re* Flint Water Cases

No. 5:16-cv-10444-JEL-MKM

HON. JUDITH E. LEVY

MAG. MONA K. MAJZOUB

**STIPULATION AS TO DOCKET ENTRIES 1079, 1116, AND 1080**

The MDEQ Defendants, Individual City Defendants, criminal side of the Michigan Attorney General's Office conflict wall (AG criminal), and Individual Plaintiffs, by and through their respective counsel, hereby agree and stipulate that the matters raised in Dkt. No. 1079 (MDEQ Defendant's Motion for Protective Order), Dkt. No. 1080 (Individual City Defendant's Motion for Protective Order), and Dkt. No. 1116 (Individual Plaintiff's Motion to Compel) have been resolved by agreement of the parties to the respective disputes and no longer require a decision by this Court.

As provided in ECF Rule 11(c), the MDEQ Defendants, Individual City Defendants, and Individual Plaintiffs request that a text-only order be entered in accord with this stipulation.

**STIPULATED AND AGREED TO:**

1

/s/ *Hunter Shkolnik* (w/consent)
Hunter Shkolnik
Napoli Shkolnik Law PLLC
Attorney for Plaintiffs
1301 Avenue of the Americas
10th Floor
New York, NY 10019
(212) 397-1000
(646) 843-7603
hunter@napolilaw.com

/s/ *Corey M. Stern* (w/consent)
Cory M. Stern
Levy Konigsberg, LLP
Attorney for Plaintiffs
800 Third Avenue
Suite 11th Floor
New York, NY 10022
(212) 605-6298
cstern@levylaw.com

/s/ *Philip A. Grashoff, Jr.* (w/consent)
Philip A. Grashoff, Jr.
Smith Haughey Rice & Roegge
Attorney for Defendant Stephen Busch
100 Monroe Center, NW
Grand Rapids, MI 48304
(616) 774-8000
pgrashoff@shrr.com

/s/ *Charles E. Barbieri*
Charles E. Barbieri
Foster Swift Collins & Smith
Attorney for Patrick Cook and Michael Prysby
313 S. Washington Square
Lansing, MI 48933-2193
(517) 371-8100
cbarbieri@fosterswift.com

/s/ *Thaddeus E. Morgan* (w/consent)
Thaddeus E. Morgan
Fraser, Trebilcock,
Attorney for Defendant Liane Shekter Smith
124 W. Allegan Street
Suite 1000
Lansing, MI 48933
(517) 482-5800
tmorgan@fraserlawfirm.com

/s/ *Daniel J. Ping* (w/consent)
Daniel J Ping (P81482)
Assistant Attorney General
3030 W. Grand Boulevard
Detroit, Michigan 48202
(313) 456-3870
PingD@michigan.gov

/s/ *Fadwa A. Hammoud* (w/consent)
Solicitor General
3030 W. Grand Boulevard
Detroit, Michigan 48202
(313) 456-3870

2

/s/ Todd Perkins (w/consent)
Todd Perkins (P55623)
Perkins Law Group
Attorney for Darnell Earley
615 W. Griswold, Suite 400
Detroit, MI 48226
(313) 964-1702
tperkins@perkinslawgroup.net

/s/ Barry A. Wolf (w/consent)
Barry A. Wolf (P40709)
Law Office of Barry A. Wolf, PLLC
Attorney for Gerald Ambrose
503 S. Saginaw Street, Suite 1410
Flint, MI 48502
(810) 762-1084
Bwolf718@msn.com

/s/ Edwar A. Zeineh (w/consent)
Edwar A. Zeineh (P71923)
Law Office of Edwar A. Zeineh
Attorney for Daugherty Johnson
2800 E. River Ave., Suite B
Lansing, MI 48912
(517) 292-7000
zeinehlaw@gmail.com

/s/ Christopher Marker (w consent)
Christopher Marker (P81564)
O'Neill, Wallace & Doyle, P.C.
Attorney for Michael Glasgow
300 St. Andrews Road, Suite 302
Saginaw, MI 48605
(989) 790-0960
cmarker@owdpc.com

/s/ Alexander S. Rusek (w/consent)
Alexander S. Rusek (P77581)
White Law PLLC
Attorney for Howard Croft
2549 Jolly Road, Suite 340
Okemos, MI 48864
(517) 316-1195
alexrusek@whitelawpllc.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2020, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

/s/ Charles E. Barbieri
Charles E. Barbieri (P31793)
Foster, Swift, Collins & Smith, P.C.
313 S. Washington Square
Lansing, MI 48933
(517) 371-8155
cbarbieri@fosterswift.com