UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In Re* Flint Water Cases | No. 5:16-cv-10444-JEL-MKM |
| | HON. JUDITH E. LEVY |
| | MAG. MONA K. MAJZOUB |

**PLAINTIFFS' *EX PARTE* MOTION TO EXTEND THE PAGE LIMIT OF THE MEMORANDUM IN SUPPORT OF THEIR MOTION FOR SETTLEMENT APPROVAL**

Plaintiffs respectfully move the Court to allow Plaintiffs to file a memorandum in support of their Motion to Establish Settlement Claims Procedures and Allocation and for Preliminary Approval of Class Settlement Components ("Motion for Settlement Approval") that exceeds the limit of twenty-five pages set by E.D. Mich. LR 7.1(d)(3)(A) for the reasons explained in the memorandum attached hereto.

Dated: November 17, 2020　　　　　　　　Respectfully submitted,

*/s/ Corey M. Stern*
Corey M. Stern
**LEVY KONIGSBERG, LLP**
800 Third Avenue,
11th Floor
New York, NY 10022
(212) 605-6298 Telephone
cstern@levylaw.com

*/s/ Hunter Shkolnik*
Hunter Shkolnik
**NAPOLI SHKOLNIK PLLC**
270 Munoz Rivera Avenue,
Suite 201
Hato Rey, Puerto Rico 00918
(787) 493-5088 Telephone
hunter@napolilaw.com

*/s/ Theodore J. Leopold*
Theodore J. Leopold
**COHEN MILSTEIN SELLERS & TOLL PLLC**
11780 U.S. Highway One
Suite N500
Palm Beach Gardens, FL 33408
(561) 515-1400 Telephone
tleopold@cohenmilstein.com

*/s/ Michael L. Pitt*
Michael L. Pitt
**PITT MCGEHEE PALMER BONANNI & RIVERS, P.C.**
117 West 4th Street
Suite 200
Royal Oak, MI 48067
(248) 398-9800 Telephone
mpitt@pittlawpc.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In Re* Flint Water Cases | No. 5:16-cv-10444-JEL-MKM |
| | HON. JUDITH E. LEVY |
| | MAG. MONA K. MAJZOUB |

**MEMORANDUM IN SUPPORT OF PLAINTIFFS'** *EX PARTE* **MOTION TO EXTEND THE PAGE LIMIT OF THEIR MEMORANDUM IN SUPPORT OF THEIR MOTION FOR SETTLEMENT APPROVAL**

Pursuant to E.D. Mich. LR 7.1, Plaintiffs respectfully apply to file a memorandum of sixty pages in support of their Motion to Establish Settlement Claims Procedures and Allocation and for Preliminary Approval of Class Settlement Components ("Motion for Settlement Approval").

The Motion for Settlement Approval will explain in detail the terms of the Settlement Agreement, and will seek approval for different parts of the Settlement Agreement, including procedures related to Minors and Legally Incapacitated or Incompetent Individuals, wrongful death claims, settlement allocation, and preliminary approval of the Class portions of the Settlement. Due to the detailed

1

nature of the Settlement Agreement and brief, Plaintiffs respectfully request the Court grant them permission to file a brief of sixty pages.

## CONCLUSION AND REQUEST FOR RELIEF

Plaintiffs seek leave to exceed the twenty-five-page limit and file a memorandum in support of their Motion to Establish Settlement Claims Procedures and Allocation and for Preliminary Approval of Class Settlement Components that does not exceed sixty pages.

Dated: November 17, 2020

/s/ Corey M. Stern
Corey M. Stern
**LEVY KONIGSBERG, LLP**
800 Third Avenue,
11th Floor
New York, NY 10022
(212) 605-6298 Telephone
cstern@levylaw.com

/s/ Hunter Shkolnik
Hunter Shkolnik
**NAPOLI SHKOLNIK PLLC**
270 Munoz Rivera Avenue,
Suite 201
Hato Rey, Puerto Rico 00918
(787) 493-5088 Telephone
hunter@napolilaw.com

Respectfully submitted,

/s/ Theodore J. Leopold
Theodore J. Leopold
**COHEN MILSTEIN SELLERS & TOLL PLLC**
11780 U.S. Highway One
Suite N500
Palm Beach Gardens, FL 33408
(561) 515-1400 Telephone
tleopold@cohenmilstein.com

/s/ Michael L. Pitt
Michael L. Pitt
**PITT MCGEHEE PALMER BONANNI & RIVERS, P.C.**
117 West 4th Street
Suite 200
Royal Oak, MI 48067
(248) 398-9800 Telephone
mpitt@pittlawpc.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was filed with the U.S. District Court through the ECF filing system and that all parties to the above case were served via the ECF filing system on November 17, 2020.

Dated: November 17, 2020          */s/ Jessica B. Weiner*
                                             Jessica B. Weiner
                                             **COHEN MILSTEIN SELLERS & TOLL PLLC**
                                             1100 New York Ave. NW
                                             Suite 500
                                             Washington, DC 20005
                                             (202) 408-4600 Telephone
                                             jweiner@cohenmilstein.com