UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In Re* Flint Water Cases | No. 5:16-cv-10444-JEL-MKM |
| | HON. JUDITH E. LEVY |
| | MAG. MONA K. MAJZOUB |

**DECLARATION OF THEODORE J. LEOPOLD IN SUPPORT OF PLAINTIFFS' MOTION TO ESTABLISH SETTLEMENT CLAIMS PROCEDURES AND ALLOCATION AND FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT COMPONENTS**

Pursuant to 28 U.S.C. § 1746, I, Theodore J. Leopold, declare as follows:

1. I am a partner of the law firm Cohen Milstein Sellers & Toll PLLC and I, along with Michael L. Pitt of the law firm Pitt McGehee Palmer Bonanni & Rivers, P.C., serve as Court-appointed Interim Co-Lead Class Counsel in the above captioned matter. I have personal knowledge of the matters stated in this Declaration.

2. Attached as Exhibit A is a true and correct copy of the Amended Settlement Agreement executed November 16, 2020 ("MSA").

3. Attached as Exhibit B is a true and correct copy of MSA Exhibits 1a, 2-13a, and 14-21. MSA Exhibits 1b and 13b will be filed separately because, as explained in Plaintiffs' Motion to Seal Documents filed November 17, 2020, they may contain confidential information.

4. Attached as Exhibit C is a slip sheet for confidential MSA Exhibit 1b. This Exhibit is filed as a slip sheet pending resolution of the Motion to Seal filed

November 17, 2020. An unsealed copy of MSA Exhibit 1b, which contains a list of Individual Plaintiffs who have filed a claim in any court but have not provided a date of birth and therefore may be minors, was filed concurrently with the Motion to Seal pursuant to Local Rule 5.3(b).

5. Attached as Exhibit D is a slip sheet for confidential MSA Exhibit 13b. This Exhibit is filed as a slip sheet pending resolution of the Motion to Seal filed November 17, 2020. An unsealed copy of MSA Exhibit 13b, which contains a list of Persons that have retained an attorney but have not filed a claim or have filed a notice of intention to file a claim, and have not provided a date of birth and therefore may be minors, was filed concurrently with the Motion to Seal pursuant to Local Rule 5.3(b).

6. Attached as Exhibit E is a true and correct copy of the Declaration of Larry E. Coben in Support of Class Plaintiffs' Motion for Certification of a Settlement Class.

7. Attached as Exhibit F is a true and correct copy of the Declaration of Reed Colfax in Support of Class Plaintiffs' Motion for Certification of a Settlement Class.

8. Attached as Exhibit G is a true and correct copy of the Declaration of Seth R. Lesser in Support of Class Plaintiffs' Motion for Certification of a Settlement Class.

9. Attached as Exhibit H is a true and correct copy of the Declaration of Sarah R. London in Support of Class Plaintiffs' Motion to Certify Settlement Class.

10. Attached as Exhibit I is a true and correct copy of the Declaration of Dennis C. Reich in Support of Class Plaintiffs' Motion for Certification of a Settlement Class.

11. Attached as Exhibit J is a true and correct copy of the Declaration of Vincent J. Ward in Support of Class Plaintiffs' Motion for Certification of a Settlement Class.

12. Attached as Exhibit K is a true and correct copy of the Declaration of Cameron R. Azari, Esq. on Settlement Notice Plan including its two Attachments: Attachment 1, Hilsoft's Notifications curriculum vitae; and Attachment 2, a copy of the proposed Settlement Program Overview Notice and Long Form Notice.

13. Attached as Exhibit L is a true and correct copy of the Declaration of Scott H. Freeman on Behalf of ARCHER Systems, LLC.

14. Attached as Exhibit M is a true and correct copy of the Proposed Order submitted to the Court.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on November 17, 2020
Palm Beach, Florida

                                                  */s/ Theodore J. Leopold*
                                                  Theodore J. Leopold

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was filed with the U.S. District Court through the ECF filing system and that all parties to the above case were served via the ECF filing system on November 17, 2020.

Dated: November 17, 2020 　　　　　*/s/ Emmy L. Levens*
　　　　　　　　　　　　　　　　　Emmy L. Levens
　　　　　　　　　　　　　　　　　**COHEN MILSTEIN SELLERS**
　　　　　　　　　　　　　　　　　**& TOLL PLLC**
　　　　　　　　　　　　　　　　　1100 New York Ave. NW
　　　　　　　　　　　　　　　　　Suite 500
　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　(202) 408-4600 Telephone
　　　　　　　　　　　　　　　　　elevens@cohenmilstein.com