# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In Re* Flint Water Cases, | No. 5:16-cv-10444-JEL-MKM (consolidated) |
| | Hon. Judith E. Levy |
| | Mag. Mona K. Majzoub |
| *Estate of Odie Brown, Deceased,* <br> *Plaintiff* <br> v. <br> *Governor Rick Snyder, et al.,* <br> *Defendants* | No. 5:18-cv-10726-JEL-MKM |

### INDIVIDUAL PLAINTIFFS BROWN & ROGERS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO ESTABLISH SETTLEMENT CLAIMS PROCEDURES AND ALLOCATION AND FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT COMPONENTS

Individual Plaintiffs Estate of Odie Brown and Gradine Rogers move[1] this Court, pursuant to FRCP 6(b) and LR 7.1(g), to request a fourteen day extension to respond to Plaintiffs' Motion to Establish Settlement Claims Procedures and Allocation and for Preliminary Approval of Class Settlement Components, and in

---

[1] Pursuant to Local Rule 7.1, counsel for Individual Plaintiffs Brown and Rogers sought consent to the relief requested in this motion from Liaison counsel and counsel for Defendant McLaren, both of whom objected to said request.

support thereof, submit as follows:

1. On November 17, 2020, Plaintiffs filed their seventy-nine (79) page Motion to Establish Settlement Claims Procedures and Allocation and for Preliminary Approval of Class Settlement Components (ECF 1318).

2. Plaintiffs' Motion requests the Court to approve a one-thousand page settlement proposed by Class counsel, Liaison counsel, and counsel for settling Defendants, which was filed on November 18, 2020, just a few days before the week of the Thanksgiving holiday.

3. Not only are the 1,100 pages of attachments to the lengthy motion voluminous, but the Motion and Memorandum in Support reference and rely upon sixty-seven different authorities. In order to permit sufficient time to review, analyze, and understand the terms of the parties' one thousand page settlement agreement, how those terms affect the rights and claims of Individual Plaintiffs, and the law recited and argued in support of same, counsel for Brown and Rogers respectfully requests an additional fourteen days to respond to Plaintiffs' Motion.

4. The undersigned counsel's request and reasons therefore are not unique, as it is counsel's understanding that for the same reasons, counsel for other Individual Plaintiffs have similarly requested (to no avail) extensions to respond to Plaintiffs' Motion.

WHEREFORE, for the reasons stated above, counsel for Individual Plaintiffs Brown and Rogers respectfully requests this Honorable Court to permit an additional fourteen (14) days during which to respond to Plaintiffs' Motion to Establish Settlement Claims Procedures and Allocation and for Preliminary Approval of Class Settlement Components.

Respectfully submitted,

Fieger, Fieger, Kenney & Harrington, P.C.

*/s/ Todd J. Weglarz*
TODD J. WEGLARZ (P48035)
Attorneys for Plaintiff
19390 West Ten Mile Road
Southfield, MI 48075
(248) 355-5555

Dated:    November 30, 2020

3

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In Re* Flint Water Cases, | No. 5:16-cv-10444-JEL-MKM (consolidated) |
| | Hon. Judith E. Levy |
| | Mag. Mona K. Majzoub |
| *Estate of Odie Brown, Deceased,* | |
| Plaintiff | No. 5:18-cv-10726-JEL-MKM |
| v. | |
| *Governor Rick Snyder, et al.,* | |
| Defendants | |

**<u>BRIEF IN SUPPORT OF INDIVIDUAL PLAINTIFFS BROWN & ROGERS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO ESTABLISH SETTLEMENT CLAIMS PROCEDURES AND ALLOCATION AND FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT COMPONENTS</u>**

For the reasons set stated in the motion, Individual Plaintiffs Brown and Rogers submit that pursuant to FRCP 6(b) and LR 7.1(g), good cause exists to permit Plaintiffs an additional fourteen days to respond to Plaintiffs' Motion to Establish Settlement Claims Procedures and Allocation and for Preliminary Settlement

4

Approval of Class Settlement Components. Plaintiffs Brown and Rogers respectfully that this Honorable Court enter the attached order consistent with the relief requested herein.

        Respectfully submitted,

        Fieger, Fieger, Kenney & Harrington, P.C.

        */s/ Todd J. Weglarz*
        TODD J. WEGLARZ (P48035)
        Attorneys for Plaintiff
        19390 West Ten Mile Road
        Southfield, MI 48075
        (248) 355-5555

Dated: November 30, 2020

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument(s) was/were served upon all parties to the above cause to each of the attorneys of record herein on November 30, 2020 by efiling same with this Court.

*/s/ Judy L. Holland*