UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In Re* Flint Water Cases, | No. 5:16-cv-10444-JEL-MKM (consolidated)<br><br>Hon. Judith E. Levy |
| *Estate of Odie Brown, Deceased,*<br><br>*Plaintiff*<br><br>v.<br><br>*Governor Rick Snyder, et al.,*<br><br>*Defendants* | No. 5:18-cv-10726-JEL-MKM |

# EXHIBIT A

## ORDER GRANTING INDIVIDUAL PLAINTIFFS BROWN & ROGERS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO ESTABLISH SETTLEMENT CLAIMS PROCEDURES AND ALLOCATION AND FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT COMPONENTS

This matter, having come before the Court on Individual Plaintiffs Brown and Rogers' Motion for Extension of Time to Respond to Plaintiffs' Motion to Establish Settlement Claims Procedures and Allocation and for Preliminary Approval of Class Settlement Components, and the Court being fully advised in the premises;

b

IT IS HEREBY ORDERED that Plaintiffs' Motion is granted, and Individual Plaintiffs Brown and Rogers shall have through Wednesday, December 16, 2020, to file their joint response to Plaintiffs' Motion to Establish Settlement Claims Procedures and Allocation and for Preliminary Approval of Class Settlement Components (ECF No. 1318).

IT SO ORDERED

_____<br>
HON. JUDITH E. LEVY<br>
United States District Judge

Dated:

2