UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases.

Judith E. Levy
United States District Judge

_____/

This Order Relates To:

ALL CASES

_____/

## ORDER GRANTING IN PART INDIVIDUAL PLAINTIFFS BROWN AND ROGERS' MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL [1329]

Before the Court is Individual Plaintiffs Estate of Odie Brown and Gradine Rogers' motion for an extension of time to respond to Plaintiffs' motion to establish settlement claims procedures and allocation and preliminary approval of class settlement complaints ("motion for preliminary approval"). (ECF No. 1329.)

Under E.D. Mich. L.R. 7.1(e), responses to non-dispositive motions, such as the motion for preliminary approval, are due fourteen days from

the motion filing date. In the Court's discretion under L.R. 7.1, the Court grants Plaintiffs Brown and Rogers' motion in part.[1]

Any responses to the motion for preliminary approval must be filed no later than **Wednesday December 9, 2020**.

Replies, if any, must be filed no later than **Wednesday December 16, 2020**.

All other local rules apply.

IT IS SO ORDERED.

Dated: December 1, 2020  s/Judith E. Levy
Ann Arbor, Michigan  JUDITH E. LEVY
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 1, 2020.

s/William Barkholz
Case Manager

---

[1] The Court acknowledges that counsel for Ms. Brown and Ms. Rogers have indicated that interim co-liaison counsel and counsel for McLaren did not concur in the relief sought. (ECF No. 1329, PageID.4151, fn. 1.) And indeed, the fourteen day response time would also apply to this motion. However, the Court makes this ruling in the interest of time, efficiency, and in its discretionary power to manage its own docket.