# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

## AGENDA AND NOTICE FOR VIDEO CONFERENCE TO BE HELD ON DECEMBER 16, 2020

The Court, joined by Hon. Joseph J. Farah of Genesee County Circuit Court, will hold a video teleconference on **Wednesday, December 16, 2020 at 2:00pm** regarding discovery and other case management-related issues. The hearing will address the following topics:

1. The dispute between the LAD and LAN Defendants, interim co-lead class counsel, and the State of Michigan regarding the coordination and scope of the Fed. R. Civ. P. 30(b)(6) notices directed to LAN and LAD. This topic includes LAN and LAD's motion for a protective

order, which was filed on November 20, 2020 in Genesee County Circuit Court.

2. The status of VNA and LAD's motion for clarification regarding the Court's order granting a partial stay pending finalization of settlement. (ECF No. 1328.)

3. VNA and the State of Michigan's dispute regarding the State's request that VNA defendants' bellwether expert reports be produced;

4. Co-liaison counsel and VNA's dispute regarding VNA's bellwether expert reports' production to governmental entities; and

5. Co-liaison counsel and VNA's dispute regarding seventeen expert reports and disclosures submitted on November 25, 2020.[1]

Only the lawyers involved in these disputes must attend. As set forth in the Court's August 12, 2019 Order (ECF No. 918), the parties to this dispute may submit a summary of the dispute (not to exceed one page, single-spaced) in advance, along with the disputed discovery request, if one exists. The one-page summaries must be submitted by

---

[1] The Court will hear this topic only if the parties confirm prior to the conference that they held a meet and confer and the dispute was not resolved.

email to Leslie Calhoun **Monday, December 14, 2020**, no later than **2:00pm**.

    IT IS SO ORDERED.

Dated: December 11, 2020        s/Judith E. Levy
Ann Arbor, Michigan           JUDITH E. LEVY
                                      United States District Judge

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 11, 2020.

                                        s/William Barkholz
                                        WILLIAM BARKHOLZ
                                        Case Manager