# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In Re* Flint Water Cases | No. 5:16-cv-10444-JEL-MKM |
| | HON. JUDITH E. LEVY |
| | MAG. MONA K. MAJZOUB |

## STIPULATION TO EXTEND TIME TO FILE RESPONSE TO MOTION TO INTERVENE

On December 18, 2020, Doris Collins et al ("Collins Plaintiffs") filed a Motion to Intervene by Limited Appearance to Object to the Proposed Amended Settlement and/or Motion to Intervene in These Proceedings if This Court Reclaims Jurisdiction Over the *Collins* State Case "Unjust Enrichment" Claim. ECF No. 1355 ("Motion to Intervene"). Pursuant to the Eastern District of Michigan Local Rules, the deadline to respond to the Motion to Intervene is January 4, 2021. LR 7.1(e)(2)(b). Class Plaintiffs, Individual Plaintiffs, and the Collins Plaintiffs, by and through their respective counsel, hereby stipulate and agree to extend the time in which Class and Individual Plaintiffs must file a response to the Motion to Intervene by four days, to January 8, 2021.

Pursuant to ECF Rule 11(b), Plaintiffs request that a text-only order be entered granting this stipulation.

**STIPULATED AND AGREED TO:**

Dated: December 29, 2020                                  Respectfully submitted,

*/s/ Theodore J. Leopold*  
Theodore J. Leopold  
**COHEN MILSTEIN SELLERS & TOLL PLLC**  
11780 U.S. Highway One  
Suite N500  
Palm Beach Gardens, FL 33408  
(561) 515-1400 Telephone  
tleopold@cohenmilstein.com

*/s/ Michael L. Pitt*  
Michael L. Pitt  
**PITT MCGEHEE PALMER BONANNI & RIVERS, P.C.**  
117 West 4th Street  
Suite 200  
Royal Oak, MI 48067  
(248) 398-9800 Telephone  
mpitt@pittlawpc.com

*/s/ Corey M. Stern*  
Corey M. Stern  
**LEVY KONIGSBERG, LLP**  
800 Third Avenue, 11th Floor  
New York, NY 10022  
(212) 605-6298 Telephone  
cstern@levylaw.com

*/s/ Hunter Shkolnik*  
Hunter Shkolnik  
**NAPOLI SHKOLNIK PLLC**  
270 Munoz Rivera Avenue,  
Suite 201  
Hato Rey, Puerto Rico 00918  
(787) 493-5088 Telephone  
hunter@napolilaw.com

/s/ *Loyst Fletcher, Jr.*  
**LOYST FLETCHER, JR.** (P29799)  
Attorney for Collins Plaintiffs  
718 Beach Street  
Flint, MI 48502  
(810) 238-4410  
fletcher@loystlaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was filed with the U.S. District Court through the ECF filing system and that all parties to the above case were served via the ECF filing system on December 29, 2020.

Dated: December 29, 2020         */s/ Jessica B. Weiner*
                                                        Jessica B. Weiner
                                                        **COHEN MILSTEIN SELLERS & TOLL PLLC**
                                                        1100 New York Ave. NW
                                                        Suite 500
                                                        Washington, DC 20005
                                                        (202) 408-4600 Telephone
                                                        jweiner@cohenmilstein.com