UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

## AGENDA FOR JANUARY 13, 2021 STATUS CONFERENCE

The Court will hold a status conference on these cases on January 13, 2021 at 2:00pm in Ann Arbor, Michigan via video conference. The agenda will be as follows, although the Court may adjust the agenda prior to the conference if necessary.

1. The status of the selection of the Second Bellwether Group of Adult Plaintiffs.

2. Planning for the June 1, 2021 bellwether trial date in light of the current state of the COVID-19 pandemic.

3. Scheduling of VNA expert depositions in the bellwether cases given the current expert deposition deadline of February 15, 2021.

4. Report from Special Master Greenspan.

IT IS SO ORDERED.

Dated: January 6, 2021      s/Judith E. Levy
Ann Arbor, Michigan     JUDITH E. LEVY
    United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 6, 2021.

    s/William Barkholz
    WILLIAM BARKHOLZ
    Case Manager