# EXHIBIT 9

COF_FED_0540536

\* financial projections - aiming for Fri 2/13

   revenue projections

   Status quo spending going forward

   inform budget priorities al spending plan

Planning + Dev                good EDC meeting

\* communications- dept newsletter + constant contact

\* steering cmte for Atwtn Choice grant

DPW                    BioWork

→ ☐ monthly metrics      Swedish BioGas:

                  Chevy, RRS

public information campaign

Finance

\* budget process

OFFICE OF THE CITY COUNCIL PRESIDENT

**JOSHUA M. FREEMAN**
COUNCILMAN - WARD 4



February 3, 2015

Ms. Sue F McCormick, Director
City of Detroit
Water and Sewerage Department
735 Randolph St
Detroit MI 48226-2830

Ms. McCormick

I wanted to thank you for attending our City Council meeting on January 26th and again expressing your willingness to work with the City of Flint to provide a possible alternative source for drinking water.

As your letter dated January 12th indicated, you have proposed a specific rate for providing water should the City of Flint be interested in a "long term arrangement with DWSD."

While I fully understand the rates you provided for actual use of the system ($846,700 fixed fee and $14.92/Mcf), I do have a few questions as it relates to your offer.

First, how do the recent rate increases that you are proposing affect this proposal?

Second, are the rates that you have proposed for the City of Flint or are they for Genesee County? As you may or may not know, we sold a portion of the pipeline that was previously used by us to conduct water from your system to ours. As a result, we may now have to purchase water from Genesee County as we have no direct connection to your system. Are you proposing these rates to them as well?

Third, is this rate good for a short term use? Again, as you know, we are scheduled to start receiving water from the KWA sometime next June and it is anticipated, should we choose to return to your system, that we would no longer need to purchase water from DWSD. So what is the shortest period that you would consider when making this offer?

Fourth, what are the specific requirements or steps that you would demand the City of Flint accomplish prior to reconnecting to your system? It seems overly simplistic to say

COF_FED_0540538

COF_FED_0540540

2/5/15   DPW

— Quarterly Report + Notice
        mailing recommendation

— Customer Satisfaction
   FTE + prof services
   public info + customer support

— Snow Removal
   areas for improvement

☐ Citywide call center, status?

⇒ ☐ data on billing + treating

COF_FED_0540542

2/6/15   EM

- Water Advisory Board
  20 approx

- GM requested ~~reduced~~ credit adjustment
  EM, look at it

- Council - Dept Process
  and resolutions
    Thurs or Fri prior to Council
  Mar test run

- Scarves
  is there a legal preadit?
  can we reiterate case by case

- Legal
  ordinance on streets/ safety
  emergency
  board + commissioner appointment

☐ recommendation on DDA

- HR: MML, Joyce Parker is lead
          open ~~posted~~ in March
  Fire
  Treasurer
  Finance

COF_FED_0540544

2/9/15   Exec

Council issues master planning steering cmte
   MTA, EDC appointmts Council
   special order - EM on water consultants
considering ordinance list
Strategic Plan
   also collect performance metrics
SAFER?
Meetings
*efficient use of time * dates + next steps
*email notes
Water
*DHS/Headstart
* Burton, water customer of City
Legal
*CA order
* Council cmte structure order + Council presidt authori
   . consolidates
   (in concert w/ prior orders)
   public comment before agenda (3 min ea.)
   drop 5 min. at end of mtg
*DDA boundaries
→ incl Megan
→ Mar, Planning & Developmt
*Charter Commission costs   $100K+ in 1974
→ email from Pete
* CFGF, ways to help

## Flint Emergency Manager Task Chart                    9-Feb

| | Item | Who | 7 Pt. Plan | Completion Date |
|---|---|---|---|---|
| Planning | Conduct Historic District Public Hearing | mh | | 1/16/2015 Complete |
| Finance | Present FY15 2nd Qtr Report to City Council | ds | 7 | 1/21/2015 Complete |
| Public Safety | ICMA Study - Presentation to PS Cmte. and Implementation Plan | jt de | 7 | 1/22/2015 Complete |
| Admin | Begin Executive search (HR, Tr, Fin) | | | 1/22/2015 Complete |
| Finance | Present FY14 Audit to City Council | ds | 7 | 1/26/2015 Complete |
| Admin | Conduct Strategic Planning Workshop (staff) | | | 1/26/2015 Complete |
| Planning | Adopt CIP | mh | | 1/26/2015 Complete |
| Council | Approval of Financial Ordinances | | 7 | 1/26/2015 Complete |
| Admin | Conduct Strategic Planning Wkshop (Council) | ja | | 1/28/2015 Complete |
| Admin | Provide a Letter on Council Training Plan | ja | 7 | 1/28/2015 Complete |
| Finance | Complete Single Audit | ds | 7 | 1/28/2015 Complete |
| Personnel | Make Interim Assignments HR, Finance | ja | | 1/30/2015 Complete |
| Admin | Enact Council Organizational Order | pb ja | | 2/1/2015 Complete |
| Finance | Enact FY15 Budget Amendment | ds ja | | 2/1/2015 Complete |
| Admin | Select Consultant for water issues | ja/em/dw | | 2/3/2015 Complete |
| Admin | Identify issues to go before Council | exec team | | 2/9/2015 |
| Admin | Decide which ordinances need to be completed | ja pb jf | | 2/9/2015 |
| Admin | Depts submit Strategic Plan Objectives | ja | | 2/9/2015 |
| Finance | Complete Strategic Plan Update | ja | 7 | 2/10/2015 |
| Fire | Decide on applying for SAFER Grant | dc lm | | 2/10/2015 |
| IT | Implement IT Governance Model | pk | | 2/10/2015 |
| Finance | Complete Five year Financial Projections | ja | | 2/13/2015 |
| Communic | Complete Website Punch-list | jl | | 2/15/2015 |
| Facilities | Complete Purchasing Relocation | hc | | 2/15/2015 |
| Admin | Enact Organizational Reporting Order | pb,ja | | 2/16/2015 |
| Admin | Extend Cornerstone Contract | ja | | 2/16/2015 |
| DPW | Define specific Infrastructure projects | hc | | 2/16/2015 |
| Finance | Establish Budget Prep Timeline | ds | | 2/16/2015 |
| Police/IT | Complete SRMS Implementation Charter | jt pk | | 2/16/2015 |
| MML | Complete Profiles for FD, TR, HR, (Fire?) | | | 2/20/2015 |
| DPW/Fin | Complete RFC analysis of utility revenues | ja | | 2/18/2015 |
| Admin | Enact Purchasing Ordinance | ja | 7 | 2/20/2015 |
| Finance | Council to Adopt budget priorities | ja | | 2/23/2015 |
| Admin | Evaluate Alternate DEP structure | ja | | 2/23/2015 |
| Admin | Decide Council Pay / Mayoral Pay | ja | | 2/23/2015 |
| Admin | City Administrator Starts | ja | | 2/23/2015 |
| Finance | Update financial projections to Council | ds | 7 | 2/23/2015 |

COF_FED_0540546

| | Item | Who | 7 Pt. Plan | Completion Date |
|---|---|---|---|---|
| Finance | Complete Court Consolidation MOU | ja | | 2/28/2015 |
| Finance | Finalize MERS transition | ds | | 3/1/2015 |
| Admin | Begin drafing Final Order | pb,ja | | 3/1/2015 |
| Facilities | Complete Law Office Renovation | hc | | 3/1/2015 |
| Legal | Complete Tower Transfer to GC 9-1-1 | lm | | 3/10/2015 |
| Legal | Complete Tower Property Lease | pb | | 3/10/2015 |
| HR/Legal | Complete MOU for 9-1-1 Personnel | dj jc | | 3/10/2015 |
| Legal | Complete MOU for 9-1-1 | pb | | 3/10/2015 |
| Admin | Adopt other Final Ordinances | ja jf pd | 7 | 3/15/2015 |
| Admin | Complete RTAB Confirmation | ja ww | | 3/15/2015 |
| IT/ Clerk | Update City Council Chamber's technology | ib jf pk | | 3/15/2015 |
| MML | Complete Advertisements for Positions | | | 3/20/2015 |
| MML | Selct finalists | | | 4/3/2015 |
| Finance | Provide 3rd qtr Strategic Plan Update | em | | 4/6/2015 |
| Finance | Provide 3rd qtr Budget Update | ds | | 4/6/2015 |
| Finance | Present FY16 Budget Update To City Council | ds | 7 | 4/6/2015 |
| Finance | Present FY17 Budget to City Council | ds | 7 | 4/6/2015 |
| Public Safety | Develop Public Safety Implementation Plan | jt dc | | 4/6/2015 |
| Econ Dev | Complete Smith Village Development | ta | | 4/6/2015 |
| Admin | Enact Final Order | ja pb lm | 7 | 4/8/2015 |
| Admin | Tell the Story of the Flint EM Period | ja lm eric s | | 4/10/2015 |
| Finance | Present FY15 3rd Qtr Report to City Council | ds | 7 | 4/15/2015 |
| MML/Admin | Complete Reference Checks and Interviews | | | 4/24/2015 |
| MML/Admin | Make Appointments | | | 5/1/2015 |
| Clerk | Plan for Charter Commission Support | ib pb | | 5/1/2015 |
| Clerk | Hold Charter Commission Election | ib pb | | 5/12/2015 |
| MML/Admin | New Appointees (FD,TR,HR) start | | | 5/15/2015 |
| Personnel | Complete Executive Search | ja nh | | 5/15/2015 |
| Police | Manage 911 Move | jt | | 7/1/2015 |
| Finance | Present FY15 4th Qtr Report to City Council | ds | | 7/15/2015 |
| HR | Participate in SEI 3-Day Workshop | hc | | 4/6-8/15 |
| Utilities | Progress on Water Quality issues, inlcuding prep. for additional notifications | hc,dw,lm,j a,pb | | Monitor |
| Legal/ Util | Monitor Chevy in the Hole Grant Contract | pb ja dj | | Monitor |
| Treasury | Progress on Water Theft investigation | am | | Monitor |
| Planning | Complete CSX transfer for trail | mh | | Monitor |

COF_FED_0540548



| | Item | Who | 7 Pt. Plan | Completion Date |
|---|---|---|---|---|
| Finance | MERS to complete pension valuations | ds | | Monitor |
| Planning/Clerk | Complete Business Lic. Plan and Implementation | pb mh ib | | Monitor |
| Admin | Implementation of Public Safety Rec. | ja em | | Monitor |
| Admin | Progress of executive recruitment | ja em | | Monitor |
| Admin | Progress of P&M finance projects | ja ds | | Monitor |
| Admin | Progress of Council Training | ja | | Monitor |

**Gerald Ambrose**
**Emergency Manager**

**Dayne Walling**
**Mayor**

**Jason Lorenz**
***Public Information Officer***
**(810) 237-2039**
**jlorenz@cityofflint.com**

**For Immediate Release**

## Flint Hires International Urban Water Experts of
## Veolia North America to Assess City's Water Issues

***Flint, Michigan – February 10, 2015 –*** The City of Flint has retained a team of urban water experts from Veolia North America to conduct an analysis of the city's water system. Veolia, which is the world's largest water services and technology company,  will assess how Flint's water is tested and distributed, including reviewing water treatment processes and operations, laboratory testing and analysis, and engineering reports that detail the city's treatment and distribution systems.

"We understand the frustration and urgency in Flint," said David Gadis, vice president of Veolia North America's Municipal & Commercial Business.  "We are honored to support your community with our technical expertise so that together we can ensure water quality for the people of the city of Flint."

Veolia anticipates its analysis to take less than two weeks, at which time they will present findings to City officials, including the Mayor, City Council and the Emergency Manager. Once the findings are presented, city officials will determine how to move forward.

"Addressing the City's water challenges are the top priority right now and it is important to bring in an independent, highly qualified team to work with us to address the safety and quality issues," said Mayor Dayne Walling.

–CONTINUE–

COF_FED_0540552



Gerald Ambrose
Emergency Manager

CITY OF FLINT, MICHIGAN
1855

Dayne Walling
Mayor

"Until we have completed our analysis, we cannot say for certain how long it will take to provide solutions to Flint's current water situation," said Gadis. "We have extensive experience handling challenging river water sources, reducing leaks and contaminants and in managing discolored water."

"Veolia worked diligently to respond to our Request For Proposal in a thorough, professional way and demonstrated the ability to immediately support us as we ensure safe, clean water for our residents," said Emergency Manager Jerry Ambrose.

The Veolia team hit the ground running Tuesday morning, meeting with water officials to provide an overview of the work to be conducted. "We look forward to helping Flint's team find ways to address and improve the city's drinking water operation," Gadis said.

The company designs and provides water, waste and energy management solutions to communities and industries across the country, including providing water and wastewater services to 530 communities in North America.   More information is available at www.veolianorthamerica.com.

–END–

COF_FED_0540554

COF_FED_0540556

2/10/15 Veolia

public, no confidence
notice garnered attention
is problem solvable in the short term?
extraordinarily high rates

2 at plant
   equipment, maintenance
   water process          also employee
                             training
   Standard operating procedures
   distribution & lines

also customer service, public info

need budget + org chart
~~customer feedback~~
advisory group

water hotline
   customer service rep.
meet and discuss first
produce draft report for review
take a holistic look
   components need to talk
   Sequence

COF_FED_0540558

initial ideas

Cedar St offline

test water upstream

meter replacement

meter storm sewer

split test samples

COF_FED_054060

2/10/15   Water

Veolia
   issues al challenges are not unlike other commities
   appreciation for tough job

Question about LAN
   Veolia, we're operators, develop resiliency
   will review LAN report
   bring worldwide knowledge + experience

timeframe
   individuals at plant today
   will come back in next week for discussion
   following week will provide report
resume
   work in 900 communities per year
   used to day to day problems
Cost of Solutions
   committed to delivering quality water
range of problems - confidence in fix
   problems are fixable
   issue is timing
Scope of Work
   limited engagement, 2 weeks   $40,000
   talk about implementation
river and future transition
   look at both

COF_FED_0540562

Customer engag—t
will recommend citizen advisory group
citizen involved al informl
also technical advisory group
· need to call al get citizen complaints
upset citizens
yes, experienced it
dealt with thousals of complaints
taste, odor, businesses
Cost concerns
Common expectation to reduce costs
not at trading off quality
focus on efficiency, starting w/ clean water (not) (good)
citizens to know
we take water seriously, its essential
Council Feb 18 presentation

2/12 draft

| Potential Water Advisory Committee Members | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Josh Freeman | City Council President | | | | | | | | | |
| Jackie Popular | Chair Public Works Cmte. | | | Genesee COGIC | | | | | | |
| | Rep. Concerned Pastors | | | | | | | | | |
| Tim Herman | CEO Chamber of Commerce | | | | | | | | | |
| Melanie Gavulic | CEO Hurley Medical Center | | | | | | | | | |
| Jamie Gaskin | Executive Director United Way | | | | | | | | | |
| Reta Stanley | Executive Director Big Brothers/Big Sisters | | | | | | | | | |
| | Flint Community Schools rep. | | | | | | | | | |
| | GC Health Dept. rep | | | | | | | | | |
| Bryant Nolden | GC Commissioner | | | | | | | | | |
| Dr. Sam Dismond | Local Phsicina, Former Hurley Chief of Staff | | | | | | | | | |
| | U of M Flint rep | | | | | | | | | |
| Kevin Keane | Consumers Energy | | | | | | | | | |
| → Jack Minore | Flint River Watershed Coalition, former State Rep and City Council Mbr | | | | | | | | | |
| Clarence Pierce | CEO Hamilton Community Health Network | | | | | | | | | |
| Jason Caya | Downtown resident, owner downtown brewery | | | | | | | | | |
| | Master Plan Infrasructure team: V.Morckel, B. Hill, S. Severn | | | | | | | | | |
| | Kettering Scientist - Dr. Stacy Seeley - Dept Head Chem and Biochem | | | | | | | | | |
| Jeff Wright | GC Drain Commissioner | | | | | | | | | |
| Mike Melenbrink | The Torch restaurant owner/ city resident | | | | | | | | | |
| Fr. Phil Schmitter | Community Activist → FACT | | | | | | | | | |
| Joe King | Flint MTA appointee  — President Flint Neighborhoods United (executive committee) | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

Technical — GM
Co. Health Dept.
MDEQ
→ EPA
Drain Commissioner

MSW/Rose
GFHC
MCC
Kettering

when is best time

reach out
to IGA

COF_FED_0540564



City of Flint Mail's Fwd: Draft of Water Quality Advisory Group List

**Email**

Dayne Walling <dwalling@cityofflint.com>

# Fwd: Draft of Water Quality Advisory Group List

**Dayne Walling** <dwalling@cityofflint.com>
To: Gerald Ambrose <gambrose@cityofflint.com>
Cc: Howard Croft <hcroft@cityofflint.com>, Kelly Rossman-McKinney <krossman@truscottrossman.com>, Elizabeth Murphy <emurphy@cityofflint.com>

Fri, Feb 6, 2015 at 5:20 PM

I would suggest a 20 member group with a majority of Flint residents. This will add a great deal of credibility to the board. The group should also have technical expertise. This balance of community leadership and expertise worked well in the master planning process. I also strongly urge that the group operate under the open meetings act.

Here are some names/sectors that I would recommend be included
person chairing the master plan implementation team on infrastructure
Kettering scientist
instead of Jim Henry from Health Department I would want Health Dept Director
suggest Rev. Fuller as faith representative. he is a city resident and president of the statewide baptist convention
Drain Commissioner Jeff Wright
GM engineer
restaurant owner

On Fri, Feb 6, 2015 at 10:18 AM, Gerald Ambrose <gambrose@cityofflint.com> wrote:
[Quoted text hidden]

—
**Dayne Walling**
Mayor, City of Flint
City Hall, 1101 S. Saginaw St.
Flint, MI 48502
810-766-7346
mayor@cityofflint.com

COF_FED_0540566



City of Flint
**Email**

Dayne Walling <dwalling@cityofflint.com>

# Fwd: Draft of Water Quality Advisory Group List

**Dayne Walling** <dwalling@cityofflint.com>

To: Gerald Ambrose <gambrose@cityofflint.com>

Cc: Howard Croft <hcroft@cityofflint.com>, Kelly Rossman-McKinney <krossman@truscottrossman.com>, Elizabeth Murphy <emurphy@cityofflint.com>

Sun, Feb 8, 2015 at 10:26 PM

I have been giving this more thought this weekend. My primary concern is that the group as we are considering constituting it now is unlikely to be able to fundamentally change the confidence level of the wider public, especially the large number of lower income individuals who are not trusting of large stakeholder organizations. I believe that this group would respond better to an effort that included the White House, SC2, Congressman Kildee, etc.

Therefore, I am recommending that we actually convene 2 groups. One would be an Expert Review Board headed by a federal official representing President Obama. The second would be the Community Advisory Committee, largely the group we have been discussing.

Expert Review Board could include: EPA, US Dept of Health and Human Services, CDC, White House/SC2 along with State DEQ, County Drain Commission, State/County Health Department

Community Advisory Committee would be the list we have been working on with a few additional pastors, business leaders, and neighborhood leaders such as Father Schmitter (Christ the King and FACT), Joe King (president of Flint Neighborhoods United, MTA board member), member of Democracy Defense League. I think making it more community based will add legitimacy too

I would think we could put these in place by the end of the week and be a good complement to the announcment of the consultants coming on board and starting their work

[Quoted text hidden]

COF_FED_0540568

**List of Potential Water Quality Advisory Committee Members**             **February 6, 2015**

Josh Freeman – Council President

Jackie Poplar – Chair Public Works Cmte.

Pastor Al Harris – Community Water Activist

Tim Herman – CEO Chamber of Commerce

Melanie Gavulic – CEO Hurley Medical Center

Jamie Gaskin – Exec. Director United Way

Reta Stanley – Exec. Director Big Brothers/Big Sisters

Larry Watkins – Supt Flint Community Schools

Jim Henry – GC Health Dept

Byant Nolden – County Commissioner

Dr. Sam Dismond – Local Physician, Former Hurley Chief of Staff

Dr. Susan Borrego Chancellor U of M Flint

Jack Minore

Consumers Energy

COF_FED_0540572

2/13/15 Veolia, update

- Veolia, Rob perspective
* preliminary review
   changes in chemicals
   filters mai                        ongoing testing w/i proces:
   looking at actual specific chemical levels + changes
* relative to Bowcock
   already looking at issues he has raised
* back Mon am
   bring in additional testing equipment
   forecast out in distribution system
   optimize each aspect of plant treatment,
   model costs for new treatmt recommendations
* implementation timeline
   2-3 weeks to get to households after treatmt
   speed up valve testing
* 2 issues
   security is lapsed, lock front gate
   Cleaning crew, it is not clean
      looks uncared for

will address     * presentation for next week
TTHM                100s of communities have TTHM
bacteriological
chlorine           Chlorine + color, explanation + quick actions -
red water          policies and procedures
* feasibility of the whole package
   Schedule, sequence + time to implemt
   recommendations for highest impact
   costs, operational + capital

COF_FED_0540574

"you made corrosive water"
water changes in the distribution system

- advisory committees
  sooner than later
  tech + community need to know what
    you are doing
  get okays before public works cmte
    name invitees, in formation
    explain roles + responsibilities
  tech cmte
    meet week of 2/33 at plant

- LAN role
  pretty helpful, gave good advice
  investment there has been fine

- general issue: haven't had seasoned people
  in place

  Tues 2/17 9am next call

- tour
  not open to media
  don't take pictures + post

2/16/15  Exec

quote: on water board
                         ○ water email

- budget
○ incentive pay for MML training
○ water advisory focus on quality in feb ; budget war
   Mayor's budget will incorporate committee's recomdatn
however  ✓ expand public role
they want
to do it.
          water, churches pick up this Fri

▱  – email soliciting input on  quarterly plan
                                  strategic plan
                                  planning year in review

     draft joint letter


- budget
   * adjustments                | parks
      · retiree health  judge's order   | fire region
      · 911                              | region detective
   * pending
      · courts consolidation (next month)
   * MSP role ( City participation in FANG)
   * will have structural budget deficit going forward
   * SAFER, look at FY17
- ordinances
     IT Governance
     Compensation

Don Mandeville
4085 Four Lakes Avenue
Linden, MI 48451

RECEIVED
FEB 2 0 2015
By_____

February 16, 2015

Dayne Walling
Mayor
City of Flint
Municipal Center
1101 S. Saginaw Street
Flint, MI 48502

Dear Dayne Walling

Thank you for the opportunity to be included in the Flint Water Fair that was held at the Center of Hope facility. We received great comments from the citizens of the Flint community for both the response from the city and the information on the different filtration options available at The Home Depot.

We have several solutions that will assist in solving the communities concern over the quality of drinking water and the removal of chlorine. The below filtration systems will also be advantageous for an aging population and citizens with chronic illnesses:

Home Master 2-stage whole house filter (sku # 203515356)-This system treats chlorine, sediment, turbidity, pesticides, herbicides, and other chemicals. The main purpose of the Home Master whole house water filter is to deliver clean, clear water to every faucet and bath in your home without drawing down water pressure.

RT-200 Whole House Water Filtration System (sku # 204352514)-This system is NSF Certified to remove over 97% of chlorine present in tap water in addition to reducing other harmful contaminants such as pesticides, herbicides, rust, sediment, water soluble metals and industrial solvents.

My team and I are dedicated to assisting the Flint area with the water issues that are affecting the community. We have several resources and options that can be leveraged to impact the water quality concern. Through partnership and communication, I'm confident that we can assist you with solving this issue. If my team or I can be of further assistance please do not hesitate to reach out.

Sincerely,

Don Mandeville
District Manager

CC: Gerald Ambrose

COF_FED_0540578

☑ Love your City
to Megan & Jason
for columns

☐ Council
logos

⊘ KWA Mtg
⊘ CANUSA fwding

2/17/15 Core Staff

- EM: CA starts Mon; "another new beginning";
City Council budget workshop, roles of governing body;
Strategic plan objectives translate into budget
and critical tasks; updating 5 year projection;
last years projection showed - $5 M in FY17,
may be better now; timeframe for resos - change
in mindset; COW deadline was yesterday 2/16
- Finance: considering enactment of purchasing
ordinance; few BS&A items remaining; kiosk
vendor coming in for meeting; communication
w/ franchise customers; next water notice 3/15;

EM & Mayor → dept budget teams Thurs Feb 26 9-11 am;
leak detection RFP to purchasing by end of week;
university interests in interns    SRMS - finalization
- Public Safety                            of charter
Police - focus on robberies w/ federal Hobbs Act
114 total staffing; 99 sworn officers
Fire - ICMA, ISO rating w/ DPW; dirt street
w/o hydrant, fires down
Courts consolidation mtg this afternoon
- Legal: status conference on Welch, trending in our direction  Back
- Clerk: election training; minimal charter
commission campaign activity; petitions 11 for Mayor
- Planning/Dev: monitoring starting for 2011-2013
Thank you notes → DPW: pipeline for KWA; kudos for KGCB;
quarterly recycling letters (to non-participating households)?
Add recycling to council agenda

COF_FED_0540582

– Public Info

website – is it being updated, by depts? calendar?

water advisory committee – two process on concerns

looking for individuals to nominate

also technical advisory cmte

facilitation?                    ⟩ guidance from

participant expectation?              Veolia

COF_FED_0540584

2/17/15  Veolia                    ┌─────────────┐
                                   │  Solutions  │
                                   └─────────────┘

├ purpose
  ✱ layman, short, cover important topics

├ review
  ✱ "unbelievably transparent", releasing data
  ✱ promote website
  ✱ red/yellow water is iron and air
  ✱ discolored water
    • higher volume of main breaks
    • hydrant flushing
  ✱ rashes — over chlorination
              isolated incidents
  ✱ TTHM — relation to chlorine, byproduct

keep
it simple
for
presentation

├ recommendations
  ✱ 3: water plant, distribution system,
       better communication
  ✱ double in capital plan + budget



# City of Flint

## Utilities Division



**Dayne Walling**
**Mayor**

**Gerald Ambrose**
**Emergency Manager**

To:        Howard Croft, DPW Director

From:      Daugherty Johnson, Utilities Administrator

Date:      February 17, 2015

RE:        FY 14/15 projects underway or upcoming

**Leak Detection:**  State of MI grant has allowed for extensive leak detection activities to begin this spring.  The plan is to begin after Main break season.  Requisition and RFP will be in Purchasing by February 20, 2015.

**Cedar Street reservoir electrical upgrades**:        The electrical upgrades to this 20 MG clean water storage facility are currently under way.  This will replace 1950 technology for improved reliability as well as capacity for a generator hook up.

**Hamilton Dam planning & design work:**  The preliminary design work needs to be updated to reflect the reduced project scope.  We will be submitting a $500k grant application Feb 18th 2015.

**Torrey Rd booster station:**  This drinking water pressure boosting station will have electrical as well as pump replacement for improved reliability and efficiency.  All the parts are in and work will be completed by end of the fiscal year

**Create GIS maps of the Utilities assets:**  Consensus has been achieved within DPW to used CityWorks as our platform.  Funding is available for implementation with an approved SAW grant reimbursement available likely in FY15/16.

**Residential Meter replacement:**  Requisition and Bid specifications have been submitted to Purchasing.  Scope of the overall project will require Fund Balance.  There was $750k budgeted this fiscal year to fund the ongoing work.

**Comprehensive Energy and Efficiency performance contract:** This project will improve efficiency and reliability throughout the Utilities division. The right vendor will also be able to fund the project through guaranteed savings. The requisition has been submitted but the RFP has yet to be approved by Purchasing.

**Decommission Incinerator:** The design work is completed and process piping is underway. Most parts are onsite or ordered. Major construction on the Load out Facility will begin in early spring 2015.

**Convert biogas to energy:** All necessary contract amendments have been completed and Bioworks Inc. has completed design work for generator installation. Site preparation has begun and financing is in place to complete the project.

**Complete Hardest Hit Cut and Plugs:** Work is ongoing with 1600 out of 1700 completed. The remaining uncompleted cuts were added to our workload recently as new funding became available for the Civic Park area.

---------------------------------------------------------------------------------------

**Chevy Commons Infrastructure abandonment:** Contracts have been signed for the slip lining of the 30" storm sewer on site. LA construction will abandon in Phase 1 area and the City will abandon structures outside of Phase 1.

**Chevy Commons Green Cap:** All necessary Agreements have been completed with the Land Bank for work to proceed with Phase 1 of the Green Cap. LA construction was selected as the vendor for the project at a cost of $1.9 million

**Chevy Commons Phytoremediation:** All documents have been signed and our vendor ECT has been authorized to begin design work with planting scheduled to begin as soon as the weather breaks. This is a $400k grant for use throughout the site.

**Chevy Commons compost Consent Decree:** All preliminary steps have been completed in accordance with the Consent Decree. Our vendor RRS has failed to meet the deadlines in the contract which has increase City's liability by $105k held in escrow if the job isn't completed. We'll need to procure a backup vendor to prevent escrow loss.

COF_FED_0540588

COF_FED_0540590

☑ water sources fact sheet

Wright

— franchises— all agreed to by property owners
            initiated +
        his office has all copies

— noticing— what exactly does state
                require, billing or property address

— Detroit rates— 17% for Flint / Genesee

— December— O'Brian at water plant
                    DEC

        perfect weather + supplies
        Jan / Feb 2016
        June 2016  Flint
        pipe to property County at same time
            Dec 2016  treatmt ready
        correction letter to US, sent to Finzer

Council engagement?

DPW Committee agenda?

COF_FED_0540592

~~Plaintiff~~ DPW

4:45
Mark Rupp
202-564-6074
Letter to ~~Administrator~~

2/18/15 Council Cmte

+ preliminary report Veolia
great staff in water dept
water testing safe
all sites in compliance for TTHM
discoloration, worst w/ cast iron pipes
   tracking customer complaints is important


best management practices
 process control
 lab quality assurance
 computerized maintenance model
 asset management
 training
 vulnerability plan (contigency)
distribution systems
 2 weeks plant to house - goal
 track customer complaints
Customer service + communication
 reactive to proactive
 training for staff
 billing from card to envelope
 doorhangers
 simplify info on web

COF_FED_0540594

timelines
    changes for chemicals (input), type and place in process
    needs to state approved
    report next week then another to finalize

— discussion
  * are we using ammonia? no and not recommended
  * compare recommendations w/ Bowcock
  * when will we have a "good water"?
  * already know what you are finding out now
  * operator needs to be Michael Jordan of mixing water
  * water is not safe because we are getting anothr notice
  * harsh chemical mixture adds to discoloration
  * can it be fixed while it is off?
  * concern about summer months
  * air TTHM issues
  * do need better communication + public presentation
  * adjust existing budgets to match recommendations
  * lives are on the line, it is not safe
  * concern about chlorine levels
  * what about a toxicologist? — EPA
  * "money shouldn't be a thang" Mays
  * allegations against Veolia
  * upset, where do we go? can't drink or use water

→ when will next meeting be with Council?
    need to see plan to get people back

COF_FED_0540596

- DPW: Snow Removal

questions about
   policy on outfitting trucks w/ plows
   policy on fleet turnover (plows 8+yrs now)
need timelines and accomplishments
   how did we do?
issue with blades on tractors [?]
[problem w/ antagonistic attitude]
limited equipment and manpower
did we have equipment in place required by plan
   15 trucks?
Snow plowing is a basic service, we have
   to be able to provide it

- Water Ordinances
   additional leak adjustments
   expand poverty exemption on water service to renters
      costs
      tie to water affadavit
   reduce water deposit

COF_FED_0540698

2/17/15   FM

— Public Works

major projects, carbon filters, need to set direction
purchasing timeline
advisory boards — scope/process
Veolia - customer perceptions

CA — next week

water improvemnts timeline

→ budget + strategic plan
presented together

| purchasing
| roads
| fire



CITY OF DETROIT
WATER AND SEWERAGE DEPARTMENT
OFFICE OF THE DIRECTOR

735 RANDOLPH STREET
DETROIT, MICHIGAN 48226-2830
WWW.DETROITMI.GOV

February 19, 2015



RECEIVED
FEB 24 2015
By_____

The Honorable Joshua M. Freeman, Councilmember
City of Flint, Michigan
1101 S. Saginaw Street
Flint, Michigan 48502

Dear Councilman Freeman:

**Regarding:    Your letter of February 3, 2015**

Thank you for your letter of February 3, 2015 in which you seek additional information related to the Detroit Water and Sewerage Department's ("DWSD") offer to resume supplying drinking water to the City of Flint. Specifically, you have asked several follow-up questions related to the nature of the long-term arrangement I referenced within my letter, as well as some technical questions regarding rates and the method for reconnection in light of changes Flint has made to its system in the interim timeframe.

I will attempt to provide as much clarity as possible through this response. For starters, the rate quoted in my January 12, 2015 letter is related to the current rate year ending June 30, 2015. As new rates are adopted each year, the relative methodology as is applied to current DWSD wholesale customers would also be applied to Flint (and Genesee County) and will impact your rates, accordingly. In other words, rates will change in accordance with DWSD revenue requirements each year that Flint (and Genesee County) receives water from DWSD. That is why my prior letter only quoted a specific rate through June 30, 2015. Our Board of Water Commissioners has not yet adopted rates for the 2015-2016 rate year.

Secondly, you have asked if the rates described in the January 12, 2015 letter are exclusive to Flint or if they also would cover the Genesee County Drain Commissioner ("GCDC"). I certainly envision that the rates associated with Flint would also be available to the GCDC, as the two entities have utilized service pursuant to a single contractual arrangement in the past. To that end, DWSD is open to the possibility for a contract to be entered into by either Flint or GCDC on behalf of both customers, depending on the intricacies of the connections that you referenced with respect to Flint's recent sale of pipeline to GCDC. As noted previously, entering into a contract is not required to reinstitute service to Flint during the current emergency situation, in anticipation of further discussions toward a future service relationship.

Additionally, you have asked about short-term as compared to a long-term contractual relationship in light of Flint and GCDC's combined intent to utilize KWA for long-term service as early as 2016. DWSD operates pursuant to long-term contracts with its customers. As you may be aware, our model contracts are for a period of thirty years.

COF_FED_0540600



Councilmember Joshua M. Freeman
City of Flint
February 19, 2015
Page 2

However, in light of the work already done by Flint and GCDC in preparation to receive raw water from KWA, DWSD is open to exploring a long-term contractual arrangement in which DWSD provides full service to Flint (and GCDC) until such time as KWA is operational, and then a back-up service arrangement, thereafter.   The specific terms of that back-up service arrangement would require some further negotiation, but I would assume that such an arrangement would be mutually beneficial in light of the concerns with utilization of the Flint River as a primary or secondary water source.

You have also asked a technical question about the steps necessary in order for Flint to convert back to DWSD for receipt of water service.  While I agree that it is not as simple as flipping a switch, I do not believe that this conversion would be a significant obstacle for Flint and GCDC to overcome.  In fact, there should not be any actions required of DWSD in order to resume service, since we are currently providing full service to GCDC through the GN-01 meter (formerly the FL-01 meter).

Finally, you have asked if the anticipated assumption of DWSD's wholesale operations by the Great Lakes Water Authority ("GLWA") will impact the proposal that has been made.  In short, the answer to your question is that it would not, depending on the timing of the signing of a new contract between the parties.  Under the terms of the GLWA Memorandum of Understanding and Articles of Incorporation, it is envisioned that the GLWA would assume all wholesale contracts of DWSD.  Therefore, the GLWA would be bound by the contractual terms that are agreed upon between DWSD and the City of Flint and/or GCDC.  Nevertheless, as the GLWA Board has now been seated and has a regular schedule of meetings, I would certainly anticipate advising the GLWA Board of the terms of any proposed contract between the parties, and to seek their input or listen to any concerns or suggestions that they might have.  In any event, resumption of service in the short term to address Flint's current needs, remains available immediately under existing published rates, and requires no action by either Board.

I look forward to the continued discussions, and hope that there is a viable solution that can be reached for the benefit of all parties.

Sincerely yours,

Sue F. McCormick
Director, Detroit Water and Sewerage Department
Interim CEO, Great Lakes Water Authority

Cc:    The Honorable Dayne Walling, Mayor, City of Flint
       Gerald Ambrose, Emergency Manager, City of Flint
       Flint City Council
       The Honorable Michael E. Duggan, Mayor, City of Detroit
       Mr. Jim Fausone, Chairman, Board of Water Commissioners
       Mr. Robert Daddow, Chairman, Great Lakes Water Authority

COF_FED_0540602

COF_FED_0540604

Water Advisory Committee, Members

Public Works → Utilities / Water

Initial group and offering citizen opportunity

Democracy Defense League

location

technical committee by ~~Mon~~ Tues
~~EOD~~

first meeting
Water Advisory Committee

⑤

Mon or Thurs
first week of Mar

Feb 23 samples → DEQ
Mar 7 expected City notification requiring TTHN
Notice out to customers in March (mid)
Quarterly report format

COF_FED_0540606

odor
color
rash
taste

See a doctor – go to the doctor
allergic reaction

Medical costs of filter

Customer call back
City will test for free

2/19/15 Water Improvements

EM and Mayor

getting the right balance

top priority

good, clean, fresh water that is 100% safe no exceptions ~~~~

defining water quality

implementing improvements now

need to hear from customers

softer
further reduce THM
pH balance, lower

Rob

water testing being done, incl households

safety, in compliance with laws + standards

will be useful for future water too

posting monthly operating reports (transparent)

TTHMs have been reduced

discolored water                    optimize chemicals

concerned people are upset

water quality improvements, "tune up the plant"

SCADA upgrade – latest update w/ continuous data    | carbon filters get carbon out

valve openings

"more avenues to talk to customers"

"fresh water", speed it through system

reprioritize capital, instrumentation + valve exercising

timing

State approvals + engineering

weather complications

Vulnerability plan

additional testing for chemicals not part of standards now – ordinance

provide additional info to

moving fast

caught Mays sleeping on water

employees

TJ water pumps

Liz Mays

Lorenz

Ambrose

Nichols            ∞ 25

myself             ∞ 5

Howard            0  ∞ 12

Duffy              Jessica 12 Dugneck

finger

envelope – cost?

water has improved, more that can be done

weeks + months



# CITY OF FLINT

**Dayne Walling**
Mayor

Mr. Jerry Abramson                                                February 23, 2015
White House, Executive Office of the President
Director of Intergovernmental Affairs
1600 Pennsylvania Ave. NW
Washington, DC 20500

Dear Mr. Abramson

I am writing to request the support of the White House for improving the City of Flint's water quality and infrastructure. The President, Vice-President and White House have been highly engaged in seeking solutions for Flint challenges around public safety, neighborhood stabilization and economic development. We are very thankful for President Obama's leadership and dedicated support being provided through the Sustainable Communities, Choice Neighborhoods, Justice Innovation, and Strong Cities Strong Communities initiatives.

Now residents are most concerned about the safety and quality of the drinking water that is being treated from the Flint River. This is my top priority and work is being done every day to secure drinking water that is 100% safe according to the standards. As with other challenges, it is essential that we have a coordinated effort among Local, State and Federal agencies. To this end, I am requesting participation from the White House and Environmental Protection Agency on a City of Flint Technical Advisory Water Committee. The committee is expected to meet regularly through the transition to the new Karegnondi Water Pipeline and will include governmental, hospital, university and business sectors.

I welcome any technical assistance you are able to coordinate including expertise on water quality and public health, best practices with water treatment, and improving distribution system infrastructure. Thank you again for the valuable partnership. I look forward to working with you and Federal partners as we transform Flint into a sustainable 21st Century city with new jobs, safe neighborhoods, strong infrastructure and great schools.

Sincerely,

Dayne Walling
Mayor, City of Flint

CC:   Mark Linton, Director, Strong Cities Strong Communities, White House Domestic Policy Council
      Dr. Susan Hedman, Great Lakes Regional Administrator, U.S. Environmental Protection Agency
      Mark Rupp, Deputy Associate Administrator for Intergovernmental Relations, U.S. EPA
      U.S. Congressman Daniel T. Kildee
      Paul Joice, Strong Cities Strong Communities, U.S. Department of Housing and Development

COF_FED_0540608

COF_FED_0540610

CA- Community Mtgs

2/23/15  Exec

Council Leadership

Water Advisory Board Cmt

Technical Bra Cmte

Schedule:
Mon. Council
◯ Tues 2/24 Digital Indices
11am

Thurs- Budget Review?

Fri- CMU Talk

- Council
  * 911 tower asset transfer notification
      looking at 10 day initial timeframe + meetings
  * budget priorities (Council this year)
- Orders
  * organizational reporting
  * Council + mayor compensation
  * purchasing ordinance (not an order)
- Intro CA
- Veolia
  * timelines?
- Budget
  * dept heads focusing on cost reductions +
      restructuring going forward
- Staff Meetings, discussion
  * size of core team
  * all-staff larger info mtg
  * and individual meetings w/ dept heads
      EM, Mayor, CA                           ongoing!
      budget, strategic objectives, annual services,

dept profile    performance metrics            key contracts

## Flint Emergency Manager Task Chart

23-Feb

| | Item | Who | 7 Pt. Plan | Completion Date |
|---|---|---|---|---|
| Planning | Conduct Historic District Public Hearing | mh | | 1/16/2015 Complete |
| Finance | Present FY15 2nd Qtr Report to City Council | ds | 7 | 1/21/2015 Complete |
| Public Safety | ICMA Study – Presentation to PS Cmte. and Implementation Plan | jt dc | 7 | 1/22/2015 Complete |
| Admin | Begin Executive search (HR, Tr., Fin) | | | 1/22/2015 Complete |
| Finance | Present FY14 Audit to City Council | ds | 7 | 1/26/2015 Complete |
| Admin | Conduct Strategic Planning Workshop (staff) | | | 1/26/2015 Complete |
| Planning | Adopt CIP | mh | | 1/26/2015 Complete |
| Council | Approval of Financial Ordinances | | 7 | 1/26/2015 Complete |
| Admin | Conduct Strategic Planning Wkshop (Council) | ja | | 1/28/2015 Complete |
| Admin | Provide a Letter on Council Training Plan | ja | 7 | 1/28/2015 |
| Finance | Complete Single Audit | ds | 7 | 1/28/2015 Complete |
| Personnel | Make Interim Assignments HR, Finance | ja | | 1/30/2015 Complete |
| Admin | Enact Council Organizational Order | pb, ja | | 2/1/2015 Complete |
| Finance | Enact FY15 Budget Amendment | ds, ja | | 2/1/2015 Complete |
| Admin | Select Consultant for water issues | ja/em/dw | | 2/3/2015 Complete |
| Admin | Depts submit Strategic Plan Objectives | ja | | 2/9/2015 Complete |
| MML | Complete Profiles for FD, TR, HR | | | 2/13/2015 Complete |
| Finance | Complete Strategic Plan Update | ja | 7 | 2/18/2015 Complete |
| Fire | Decide on applying for SAFER Grant | dc lm | | 2/21/2015 Complete |
| Admin | City Administrator Starts | ja | | 2/23/2015 Complete |
| Admin | Extend Cornerstone Contract | ja | | 2/23/2015 Complete |
| IT | Implement IT Governance Model | pk | | 2/27/2015 |
| Admin | Enact Organizational Reporting Order | pb, ja | | 2/27/2015 |
| Finance | Complete Five Year Financial Projections | ja | | 2/27/2015 |
| Communic | Complete Website Punch-list | jl | | 2/27/2015 |
| Facilities | Complete Purchasing Relocation | hc | | 2/27/2015 |
| DPW/Fin | Complete RFC analysis of utility revenues | ja | | 2/27/2015 |
| Admin | Enact Purchasing Ordinance | ja | 7 | 2/27/2015 |
| Admin | Decide Council Pay / Mayoral Pay | ja | | 2/27/2015 |
| DPW | Define specific Infrastructure projects | hc | | 2/27/2015 |
| Finance | Establish Budget Prep Timeline | ds | | 2/27/2015 |
| Admin | Receive priorities from Veolia | ja | | 2/27/2015 |
| Finance | Update financial projections to Council | ds | 7 | 3/4/2015 |
| Admin | Enact business ; water collections; and general criminal ordinances | ja pb jf | | 3/6/2015 |
| Admin | Evaluate Alternate DEP structure | ja | | 3/6/2015 |
| Finance | Complete Court Consolidation MOU | ja | | 3/6/2015 |
| Finance | Finalize MERS transition | ds | | 3/6/2015 |

COF_FED_0540612

| | Item | Who | 7 Pt. Plan | Completion Date |
|---|---|---|---|---|
| Admin | Begin drafting Final Order/set transition date | pb,ja | | 3/6/2015 |
| Facilities | Complete Law Office Renovation | hc | | 3/6/2015 |
| Finance | Council to Adopt budget priorities | ja | | 3/9/2015 |
| Legal | Complete Tower Transfer to GC 9-1-1 | lm | | 3/10/2015 |
| Legal | Complete Tower Property Lease | pb | | 3/10/2015 |
| HR/Legal | Complete MOU for 9-1-1 Personnel | dj jc | | 3/10/2015 |
| Legal | Complete MOU for 9-1-1 | pb | | 3/10/2015 |
| Admin | Adopt other Final Ordinances | ja jf pd | 7 | 3/15/2015 |
| Admin | Complete RTAB Confirmation | ja ww | | 3/15/2015 |
| IT/ Clerk | Update City Council Chamber's technology | ib jf pk | | 3/15/2015 |
| MML | Complete Advertisements for Positions | | | 3/20/2015 |
| Police/IT | Complete SRMS Implementation Charter | jt pk | | 4/2/2015 |
| MML | Selct finalists | | | 4/3/2015 |
| Finance | Provide 3rd qtr Strategic Plan Update | em | | 4/6/2015 |
| Finance | Provide 3rd qtr Budget Update | ds | | 4/6/2015 |
| Finance | Present FY16 Budget Update To City Council | ds | 7 | 4/6/2015 |
| Finance | Present FY17 Budget to City Council | ds | 7 | 4/6/2015 |
| Public Safety | Develop Public Safety Implementation Plan | jt dc | | 4/6/2015 |
| Econ Dev | Complete Smith Village Development | ta | | 4/6/2015 |
| Admin | Enact Final Order | ja pb lm | 7 | 4/8/2015 |
| Admin | Tell the Story of the Flint EM Period | ja lm eric s | | 4/10/2015 |
| Finance | Present FY15 3rd Qtr Report to City Council | ds | 7 | 4/15/2015 |
| MML/Admin | Complete Reference Checks and Interviews | | | 4/24/2015 |
| MML/Admin | Make Appointments | | | 5/1/2015 |
| Clerk | Plan for Charter Commission Support | ib pb | | 5/1/2015 |
| Clerk | Hold Charter Commission Election | ib pb | | 5/12/2015 |
| MML/Admin | New Appointees (FD,TR,HR) start | | | 5/15/2015 |
| Personnel | Complete Executive Search | ja nh | | 5/15/2015 |
| Police | Manage 911 Move | jt | | 7/1/2015 |
| Finance | Present FY15 4th Qtr Report to City Council | ds | | 7/15/2015 |
| HR | Participate in SEI 3-Day Workshop | hc | | 4/6-8/15 |
| Utilities | Progress on Water Quality issues, inlcuding prep. for additional notifications | hc,dw,lm,j a,pb | | Monitor |
| Legal/ Util | Monitor Chevy in the Hole Grant Contract | pb ja dj | | Monitor |
| Treasury | Progress on Water Theft investigation | am | | Monitor |

COF_FED_0540614

| Item | Who | 7 Pt. Plan | Completion Date |
|------|-----|-----------|-----------------|
| Planning — Complete CSX transfer for trail | mh | | Monitor |
| Finance — MERS to complete pension valuations | sp | | Monitor |
| Planning/Clerk — Complete Business Lic. Plan and Implementation | pb mh ib | | Monitor |
| Admin — Implementation of Public Safety Rec. | ja em | | Monitor |
| Admin — Progress of executive recruitment | ja em | | Monitor |
| Admin — Progress of P&M finance projects | ja ds | | Monitor |
| Admin — Progress of Council Training | ja | | Monitor |

COF_FED_0540616

COF_FED_0540618

2/23/15   Exec

- facilities
  * options for city facility
  * north bldg usage
  ☐ draft response to Curtis

- CA role, internal and external

- water advisory committees
  * community
    · 2 goals: communicate about water system
                      input on concerns + questions
    · at least monthly
    · Thurs Mar 5
    · chair, Jack Minore
    · facilitator
  * technical
    · open to public

  * get Veolia's input on ~~contract~~ committees

→ ☐ public hearing for OPRA?
  check w/ Megan

COF_FED_054062O

2/24/15  Core Staff

EM
* Council, moving business forward, think ahead 30 days;
* Staff: will be CAs going forward largely [mtg]
* personal attention: final order, coordinating w/ CA, budget
CA
* upcoming mtgs w/ dept heads; open door policy; [dept heads:]
   Community, neighborhood areas; see City through
   your eyes

[eComm? + Council same ⇒]

DPW: problem w/ main breaks; need better outreach;
data on breaks and other stats; Veolia interim
report tomorrow possibly w/ timeframes + costs;
new ferric feed rates, reduced storage capacity,
may be seasonal; more tha 25 requests for tests;
staff capacity or vendors for main breaks repairs
March 15 next letter incl violation;
polling taking place incl rates
⇒ options explored prior to budget preparation
   small, medium or large infrastructure packages

COF_FED_0540622

2/24/15   Susan Hedman — EPA

Cincinnati Water Lab

Drinking Water Program

time commitment
   monthly ( w/ call in )
   for approx year

3/4   2pm Weds
   "someone will be on call"
Hedman   " EPA will have a high level expert
      participating throughout the process"
   name by end of week

February 27, 2015

To: Wayne Workman,

From: Jerry Ambrose, Emergency Manager, City of Flint

As the Emergency Manager for the City of Flint, I am charged with restoring the City government to financial solvency, and working to assure that the City moves forward on a financially sustainable basis. The steps taken over the past three years have been difficult. Taxes and fees have been raised, services and workforce reduced, and ongoing costs, including legacy costs, have been constrained.

The current controversy surrounding the provision of water, and the path for resolution, has a potentially significant impact on the progress that is being made. I am satisfied that the water provided to Flint users today is within all MDEQ and EPA guidelines, as evidenced by the most recent water quality results conducted for MDEQ. We have a continuing commitment to maintaining water safety and to improve water quality, and have dedicated resources to assure this commitment will be made.

The oft-repeated suggestion that the City should return to DWSD, even for a short period of time, would, in my judgment, have extremely negative financial consequences to the water system, and consequently to the rate payers.  By the most conservative estimates, such a move would increase costs by at least $12 million annually, with that amount achieved only by eliminating virtually all budgeted improvements in the system. For a system with Unrestricted Assets of only $740,745, according to the June 30, 2014 audited financial statements, the only recourse within the City's control would be to raise rates. And in my judgment, such a rate increase would minimally be in the 30% range.

This direction of discussion also deviates from what, in my judgment, should be the focus: How can we not only operate and maintain a system to assure the delivery of safe and quality water dependably, but significantly reduce the cost of water and sewer to the users?  At an average of $149 per month for a residential user, the cost for this service is extremely high in comparison to surrounding areas, as well as most areas across the state, and creates a significant financial burden for many users.  In my judgment, we should all be concentrating on how to reduce rates by 50% or more!  Unfortunately, there are no easy or evident answers, and continuation of the status will be an impediment to the sustainable recovery of the City of Flint. It is a conversation that we will have with the recently created Water Quality Advisory Committee.

My reasoning for this conclusion is as follows:

One of the decisions made in the context of beginning to eliminate deficits and to restore financial stability to the City of Flint was to increase water and sewer rates significantly – the only choice available to financially stabilize a system that as of June 30, 2012, had a deficit of $8,758,091. Another was to leave DWDS for the KWA because it offered the opportunity to lower future rate increases. A third decision was to utilize the Flint River on an interim basis when DWSD unilaterally terminated the City's contract for water purchase. That decision was made because it also offered an immediate cost savings opportunity which translated into the ability to upgrade the Water Treatment Plant without having to seek financing. It was a reasonable decision because of our experience in using the river in a back-up capacity, including test runs on a quarterly basis for several decades.

COF_FED_0540624

Unfortunately, the switch to the river as a primary source was more challenging than anticipated, and the harsh winter of 2013-2014 resulted in much more damage to the aging water infrastructure than in previous years. The result was the issuance of required notices that water exceeded established guidelines for safety as it could affect certain vulnerable populations, and some users of the system experienced unpleasant odors and discoloration. Some users appeared to have had some negative reactions to the new source of water. However, as soon as the test results were known, City staff took immediate actions to address the concerns. These actions are evidenced today by the fact that MDEQ has certified that our most recent testing shows water from all testing sites to be within acceptable guidelines. Additionally, the City is continuing to taking the necessary actions to assure that the water supply remains safe and that water quality continues to improve.

As the City has moved to address the situation, the suggestion has been made that the City should re-engage with DWSD and purchase water at least until the KWA pipeline Is supplying water. As evidenced by the most recent letter from DWSD, such a decision would immediately increase the City's cost by $846,700 per month, or $10,160,400 per year, just for the fixed cost portion of the price. The actual purchase of water would be in addition, and dependent upon the quantity purchased. We estimate the actual water purchase cost to average more than $1 million per month, for a grand total of approximately $22 million. Finally, the DWSD offer is conditioned upon the City (or presumable its partners in KWA) agreeing to negotiate a long term contract (30 years) for back-up.

The $22 million annual estimate of increased costs to purchase water from DWSD would be minimally offset by an approximate $3 million in reduced operating costs, and could be further offset by an additional $9 million, but only if all funding for capital improvements to the system are eliminated.  To eliminate all funding dedicated to repairing, stabilizing, and improving the system would be totally irresponsible and would have long term negative consequences to the City and to future rate payers.

As you are aware we have recently brought in outside expert assistance to evaluate the steps we have taken to assure that the water is safe and to continue to improve water quality. We are expecting specific recommendations within the next few weeks, and are committed to implementing those recommendations in a timely manner. Many steps have already been taken. I am confident that implementing their recommendations will assure a continuing supply of safe water as well as improved quality, and at far less cost than re-engaging DWSD.

We have also created a 40 member Water Advisory Committee and a 13 member Technical Advisory Committee to assure two-way communication with the public and users of the system. Those committees will begin to meet within the next week, and we look forward to answering their questions and receiving their input.

It is unfortunate that problems and concerns with quality have arisen, and we are working every day to address the issues created them.  Maintaining safe water and improving quality is a top priority as we work to make the City of Flint an attractive place to live, work, study, and play.

COF_FED_0540628

◯ Liz for communications

3/2/15  Exec

DPW/
- water: rates, safety/quality, DWSD;
consultants v. staff, costs + responsibilities +
experience; pushing too many infrastructure
projects; need for IT / efficiencies

under-utilized software across City, getting ᶜᴬ
list from IT
Organizational reform / vision
budget process
Water safety
communications | reasonable rates

- Council committees,  C A owns going forward
Finance            resos format
Public Safety
- Council budget priorities
- Budget meetings w/ depts
- Budget picture, mid-March

- Lead Tests

- 5 Year Forecast
- EM Orders: Compensation, Council Meetings, Org



# CITY OF FLINT
*OFFICE OF THE EMERGENCY MANAGER*



**Gerald Ambrose**
**Emergency Manager**

**TO:**     Wayne Workman, Deputy Treasurer
            Treasury Department
            State of Michigan

**FROM:**   Jerry Ambrose, Emergency Manager
            City of Flint

**DATE:**   March 3, 2015

As the Emergency Manager for the City of Flint, I am charged with restoring the City government to financial solvency, and working to assure that the City moves forward on a financially sustainable basis. The steps taken over the past three years have been difficult. Taxes and fees have been raised, services and workforce reduced, and ongoing costs, including legacy costs, have been constrained.

The current controversy surrounding the provision of water, and the path for resolution, has a potentially significant impact on the progress that is being made. I am satisfied that the water provided to Flint users today is within all MDEQ and EPA guidelines, as evidenced by the most recent water quality results conducted for MDEQ. We have a continuing commitment to maintain water safety and to improve water quality, and have dedicated resources to assure this commitment will be made.

The oft-repeated suggestion that the City should return to DWSD, even for a short period of time, would, in my judgment, have extremely negative financial consequences to the water system, and consequently to the rate payers. By the most conservative estimates, such a move would increase costs by at least $12 million annually, with that amount achieved only by eliminating virtually all budgeted improvements in the system. For a system with Unrestricted Assets of only $740,745, according to the June 30, 2014 audited financial statements, the only recourse within the City's control would be to increase revenues significantly. And in my judgment, that would come from raising rates for water by 30% or more. Further, changing the *source* of the city's water would not necessarily change any of the *aesthetics* of the water, including odor and discoloration, since those appear to be directly related to the aging pipes and other infrastructure that carry water from the treatment facility to our customers.

---

**City of Flint • 1101 S. Saginaw Street • Flint, Michigan 48502**
**www.cityofflint.com • (810) 766-7346 • Fax: (810) 766-7218**