# EXHIBIT 26

Flint, Michigan WTP
8/10/15

Communications being worked on now
Lake Huron may be available year end 2015

Mike Glascow                                    Jeff Hanson (LAN)
(LAN) Warren Green                              Matt McFarland
(Ut. Dir) Howard Croft              (DoT) Rob
(Ut. Admin) Daugherty Johnson                   Brent Wright
          Duffy

1952 plant  ALNM
2003? plant upgrades
Water age maps  InfoWater model — LAN doing new
                                        model

lost 16,000 users
12 mgd  DWSD   30% WL
18 mgd  now   ~ 50% WL
    water theft was major problem
    doing leak detection
(10,000)  many vacant homes — freeze/thaw
          — 2,000 – 2,500 new each year
    AMR system
        — RFP coming to replace 20,000 meters 2015

Funding now in place  to make repairs/replacements
    105% rate inc. over 3 yrs.
    $140/mo. water + sewer

VWNAOS028097

PR Issues remain
— THM notice spurred public distrust

Complaint logs — mapped
— calls come in numerous places

Staffing may be an issue — down 4 from budgeted positions
No technical leadership

old plant SW w/softening     backup to Detroit

Conv. single — stage softening
"     two — stage     "        12 mgd
Conventional treatment        24 mgd

1968 DWSD supply
— terminated Apr, 2013
— refurbished #44 mill plant improvement 2000
— 2003 refurbished for continuous service
— operated 4wks/year to waste

20 staff / budget 24        9 licensed staff
        8 op / budget 12

37 dist / 4 below full staff
        4 dist licensed

VWNAOS028098

- have THM analyzer onsite next wk.
- recommend TOC analyzer

Process control needed
Training needed

- reduce ox demand
- reduce TOC
-   "    THM

PAC feed available (dry feeder)

jar testing set/prog to mimic plant
1000 G  rapid mix  30sec.
45 30 15 -floc  10 min each 3 stage
Plate settlers  0.3 gpm/ft² (5000 area)
Ozone contactors
~3 /2 mgd cells
Tio 0.65
20 min dt or 36 mgd
O3 res. about 1/3 of dt only
presed chamber upstream ozone
no washwater recycle/but available 2-10%
dual media      3 gpm/ft² @ 36 mgd
sand/anth
no gravel
air scour

1.49pm/ft²
3 stages
46 min.
+60c floc
flow speed?

2015 Jan 7.6 raw 3.1 tap 3 TOC
3.0 soft, 5.0 unsoft. 3 TOC

THMs - May/Aug elevated
Feb/Oct low

Plant tour
presed clurater upstream
pre O3
— 3 cells (12 mg/l each)
diffusers in 1st 2 sections (critical) only
— O3 front, middle, end manual samples

LOX w/N2 boost
2 generators / destruct systems
11.6% O3 today
55 cfm
Cont 3    2600ppd 5.8mg/l 2mg/l
Na2HSO3  O3 quench when needed

plate clarifiers
2 bays - 3 trains = 6 total bays

VWNAOS028100

2 rapid mixers — one each train

3 3stage floc basins  each side
— 4 plate clarifiers

mixer well to feed channel the softeners
2 westech SCC

softeners to 2 each trains
— PSF systems

water to filters

Operators Lab

main lab   (control room near main lab)

12 dual media filters          Pumps 1, 9 then
— effluent N/S combine to CW 3MG

OT —→  prefilter Clz  just upstream filter bldg.
        postfilter Clz  at TSA then CW

plans to install Filtered PS to fill Dort Res.
(old CW)

VWNAOS028101

potential modeling Flint water
    Cl₂ decay (test, getting Cl₂ monitoring results)
    Softening / recarbonation
    THM formations
    source characterization
    TOC profile by process
    oxidant demand reduction

possible GAC filter caps  30" or more if space available
    700 sf each

8.3 min / 1750 cf each * 12 = 21,000 cf
6.3 min
    * $59/cf
    $1,239,000

5 min / 18"  1050 cf each * 12 = 12,600 cf
3.78 min
    * $59/cf
    $743,400

8 filters operating 2-3 gpm/ft²
    2.20 @ 8
    2.97 @ 4

(56.5%)
PAC  430-187 THMFP reduction (LAN data)
Warren thinks we should assume 24 mg/L summer/fall

Dist. System

West Reservoir 12 mg  w/ pump station

Cedar St. Reservoir  20 mg  w/ pump station

~~Hammaburg~~ Torrey Booster Pump'g Station

2 MG elevated at plant


Warren Green

     ✓ raw water dt before O3

      ~ 18 mgd  30 min (est.)

      ~ 24 mgd  19 min (est.)

VWNAOS028103

Corrosion Control checking   2/18/15

Dec 2014                          Aug 2014

|      | Raw   | Tap   | Raw   | Tap   |
|------|-------|-------|-------|-------|
| PH   | 8.24  | 8.07  | 8.09  | 7.78  |
| TH   | 317   | 192   | 235   | 155   |
| Ca   | 270   | 152   | 190   | 133   |
| Mg   | 47    | 40    | 45    | 22    |
| TA   | 258   | 88    | 194   | 82    |
| NCH  | 59    | 104   | 41    | 73    |
| Cl   | 47    | 80    | 40    | 63    |
| SO4  | 12    | 24    | 1     | 10    |

| COPP |       | 0.8   |       | 0.3   |
| LI   |       | -0.12 |       | -0.17 |
| TPC  |       | 21.5  |       | 20.2  |

* Corrosive water conditions exist
discussed w/ plant staff and suggested
potential issues with lead and copper
monitoring in the future. Might
need to balance pH and corrosion
control with THM compliance issues.

VWNAOS028104

| Date | Bromate | O3 dosage |
|------|---------|-----------|
| 9/24/14 | 9 | 3.09 |
| 10/31/14 | 10 | 4.78 |
| 11/24/14 | 210 | 2.13 |
| 12/22/14 | 23 | 7.19 |
| 1/26/15 | 19 | 7.13 |

PVS FeCl3
1.41
38%

Soft. Clarifier Effluent  2/12/15

TA/PA
1.33

| | | |
|--|--|--|
| pH | 11.44 | 10.92 |
| TA | 56 | CO3 28 |
| PA | 42 | OH 28 |
| Cr | 546 | Ca 136 mg/L |
| TH | 210 | |
| Mg | 74 | |
| | 136 | |
| | 64 | |
| | 200 | |

VWNAOS028105