UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ELNORA CARTHAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RICK SNYDER, et al., <br><br> Defendants. | Case No. 5:16-cv-10444-JEK-MKM <br><br> Hon. Judith E. Levy <br> Magistrate Judge Mona K. Majzoub |

_____

**INDEX OF EXHIBITS**

| Exhibit | Description |
|---|---|
| 1 | Declaration of James M. Campbell in Support of VNA's Motion to Exclude the Testimony and Report of R. Bruce Gamble |
| 2 | Excerpts of the Deposition of R. Bruce Gamble |
| 3 | Plaintiff Rhonda Kelso's Responses and Objections to VNA Defendants' Fourth Requests for Production of Documents |
| 4 | Excerpts of the Deposition of Frances L. Gilcreast |
| 5 | Excerpts of the Deposition of Darnella Gaines |
| 6 | Travelocity search |
| 7 | Excerpts of the Deposition of Larry Russell |