UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELNORA CARTHAN, et al.,

               Plaintiffs,

  v.

RICK SNYDER, et al.,

               Defendants.

Case No. 5:16-cv-10444-JEK-MKM

Hon. Judith E. Levy
Magistrate Judge Mona K. Majzoub

_____

**INDEX OF EXHIBITS**

| Exhibit | Description |
| --- | --- |
| 1 | Declaration of James M. Campbell in support of VNA's motion to exclude the testimony and report of Paolo Gardoni, Ph.D. |
| 2 | Excerpts from the deposition of Paolo Gardoni, Ph.D. |
| 3 | American Society of Civil Engineers Code of Ethics 2020. |
| 4 | VNA March 12, 2015 Report. |
| 5 | Paolo Gardoni University of Illinois Faculty Profile. |
| 6 | Expert Declaration of Martin Peterson, Ph.D. |
| 7 | American Society of Civil Engineers Code of Ethics 2017. |
| 8 | National Society of Professional Engineers Code of Ethics. |
| 9 | Excerpts from the deposition of Marvin Gnagy. |
| 10 | Excerpts from the deposition of Gerald Ambrose. |
| 11 | Excerpts from the deposition of Stephen Busch. |
| 12 | Expert Declaration of William D. Bellamy, Ph.D. |