# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| ELNORA CARTHAN, et al., <br>                 Plaintiffs, <br><br> v. <br><br> RICK SNYDER, et al., <br>                 Defendants. | Case No. 5:16-cv-10444-JEK-MKM <br><br> Hon. Judith E. Levy <br> Magistrate Judge Mona K. Majzoub |

_____

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | Declaration of James M. Campbell in support of VNA's motion to exclude the testimony and declaration of Dr. Panagiotis (Panos) G. Georgopoulos |
| 2 | Excerpts of the deposition of Dr. Panagiotis Georgopoulos |
| 3 | Expert Report of Brent L. Finley, Ph.D., DABT |
| 4 | Excerpts of the deposition of Dr. Howard Hu |