# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

|  |  |
|---|---|
| ELNORA CARTHAN, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>RICK SNYDER, et al.,<br><br>　　　　　　　Defendants. | Case No. 5:16-cv-10444-JEK-MKM<br><br>Hon. Judith E. Levy<br>Magistrate Judge Mona K. Majzoub |

_____

## INDEX OF EXHIBITS

| Exhibit | Description |
|---:|---|
| 1 | Declaration of James Campbell |
| 2 | Excerpt of the transcript of the deposition of Dr. Bruce Lanphear. |
| 3 | Expert Report of Brent L. Finley, Ph.D., DABT |
| 4 | CDC Response to Advisory Committee on Childhood Lead Poisoning Prevention Recommendations (2012). |
| 5 | Expert Report of Douglas L. Weed, M.D., M.P.H., Ph.D. |
| 6 | Hernan F. Gomez et al., *Blood Lead Levels of Children in Flint, Michigan: 2006-2016*, 197 Journal of Pediatrics 158 (2018). |
| 7 | Hernan F. Gomez et al., *Analysis of blood lead levels of young children in Flint, Michigan before and during the 18-month switch to Flint River water*, 57 Clinical Toxicology 790 (2019). |
| 8 | Compilation of the Interrogatory Responses and Medical Records of the Class Representatives. |
| 9 | David C. Bellinger, *A Strategy for Comparing the Contributions of Environmental Chemicals and Other Risk Factors to Neurodevelopment of Children*, 120 Environmental Health Perspectives 501 (Apr. 2012). |
| 10 | Mona Hanna-Attisha, et al., *Elevated Blood Lead Levels in Children Associated with the Flint Drinking Water Crisis*, 106 Am. J. Pub. Health 283, at 286 (2016). |

| 11 | Sammy Zahran, et al., *Four Phases of the Flint Water Crisis*, 157 Environmental Research 160 (2017). |
|----|---|
| 12 | Expert Report of Stacey Benson |