## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

|  |  |
|---|---|
| ELNORA CARTHAN, et al.,<br>      Plaintiffs,<br><br> v.<br><br>RICK SNYDER, et al.,<br>      Defendants. | Case No. 5:16-cv-10444-JEK-MKM<br><br>Hon. Judith E. Levy<br>Magistrate Judge Mona K. Majzoub |

_____

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | Declaration of James M. Campbell in Support of VNA's Motion to Exclude the Testimony and Report of David A. Pogorilich |
| 2 | Excerpts of the deposition of David A. Pogorilich |
| 3 | Declaration of William E. Butler |
| 4 | Declaration of David A. Pogorilich, *Ajose v. Interline Brands, Inc.*, No. 14-cv-01707 (M.D. Tenn. Apr. 17, 2017), ECF No. 184-22 |
| 5 | Declaration of David A. Pogorilich, *In re Chinese-Manufactured Drywall Prods. Liab. Litig.*, MDL No. 2047 (E.D. La. May 8, 2015), ECF No. 18877-3 |
| 6 | Zillow search |
| 7 | Zillow search |
| 8 | Excerpts of the deposition of R. Bruce Gamble |
| 9 | Excerpts of the deposition of Dr. Larry L. Russell |