# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| ELNORA CARTHAN, et al., <br><br>　　　　　　　Plaintiffs, <br><br>　v. <br><br> RICK SNYDER, et al., <br><br>　　　　　　　Defendants. | Case No. 5:16-cv-10444-JEK-MKM <br><br> Hon. Judith E. Levy <br> Magistrate Judge Mona K. Majzoub |

_____

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | Declaration of James M. Campbell |
| 2 | Excerpts of the deposition of Dr. Daryn Reicherter |
| 3 | Ctr. for Disease Control, *Community Assessment for Public Health Emergency Response* (July 2016) |
| 4 | D.J. Kruger et al., *Poor Tap Water Quality Experiences and Poor Sleep Quality During the Flint, Michigan Municipal Water Crisis*, 3 Sleep Health 241 (2017) |
| 5 | D.J. Kruger et al., *Toxic Trauma: Household Water Quality Experiences Predict Posttraumatic Stress Disorder Symptoms During the Flint, Michigan, Water Crisis*, 45 J. Cmty. Psychol. 957 (2017) |
| 6 | C.A. Cuthbertson et al., *Angry, Scared, and Unsure: Mental Health Consequences of Contaminated Water in Flint, Michigan*, 93 J. Urban Health 899 (2016) |
| 7 | Declaration of David W. Thompson, Ph.D., ABPP |
| 8 | S. Donaldson & E. Grant-Vallone, *Understanding Self-Report Bias in Organizational Behavior Research*, 17 J. of Bus. & Psych. 245, 245-60 (2002) |