## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

ELNORA CARTHAN, et al.,

                Plaintiffs,

  v.

RICK SNYDER, et al.,

                Defendants.

Case No. 5:16-cv-10444-JEK-MKM

Hon. Judith E. Levy
Magistrate Judge Mona K. Majzoub

_____

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | Declaration of James M. Campbell |
| 2 | Excerpts of the deposition of Dr. Larry Russell |
| 3 | Declaration of Dr. Brent Finley |
| 4 | Declaration of David Duquette, Ph.D |
| 5 | Declaration of Professor Christian Redfearn |
| 6 | Declaration of William Bellamy, Ph.D, P.E., BCEE |
| 7 | Declaration of Graham Gagnon, Ph.D., P.Eng. |
| 8 | City of Ann Arbor, Michigan 2017 Water Quality Report |
| 9 | City of White Plains, New York 2018 Water Quality Report |