## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

ELNORA CARTHAN, et al.,

                Plaintiffs,

 v.

RICK SNYDER, et al.,

                Defendants.

Case No. 5:16-cv-10444-JEK-MKM

Hon. Judith E. Levy
Magistrate Judge Mona K. Majzoub

_____

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | Declaration of James M. Campbell in support of VNA's motion to exclude the testimony and declaration of Clifford P. Weisel, Ph.D. |
| 2 | Deposition of Clifford P. Weisel, Ph.D. |
| 3 | Clifford P. Weisel, Ph.D., Rutgers University Faculty Profile. |
| 4 | Excerpt from the deposition of Rhoda Kelso. |
| 5 | Excerpt from the deposition of Larry Russell, Ph.D. |
| 6 | Expert Report of Brent L. Finley, Ph.D. |
| 7 | Expert Declaration of Graham Gagnon, Ph.D. |
| 8 | D.A. Lytle *et al.*, *Sequential Drinking Water Sampling as a Tool for Evaluating Lead in Flint, Michigan*, 157 Water Research 40-54 (2019). |
| 9 | A. Mantha *et al.*, *Tracking Reduction of Water Lead Levels in Two Homes During the Flint Federal Emergency*, Water Research (2020). |
| 10 | Expert Declaration of David J. Duquette, Ph.D. |
| 11 | M. Edwards, *Lead Release to Potable Water During the Flint, Michigan Water Crisis as Revealed by Routine Biosolids Monitoring Data*, Water Research, (Sept. 2019). |
| 12 | H. Gomez et al, *Blood Lead Levels of Children in Flint, Michigan: 2006-2016*, The Journal of Pediatrics (June 2018). |

| 13 | S. Roy and M. Edwards, *Opinion: From Sewage Sludge, a New Perspective on the Flint Water Crisis*, UnDark (Sept. 17, 2020). |