# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

ELNORA CARTHAN, et al.,

                Plaintiffs,

  v.

RICK SNYDER, et al.,

                Defendants.

Case No. 5:16-cv-10444-JEK-MKM

Hon. Judith E. Levy
Magistrate Judge Mona K. Majzoub

_____

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | Declaration of James M. Campbell in support of VNA's motion to exclude the testimony of Dr. Pierre Goovaerts |
| 2 | Excerpts of the deposition of Dr. Pierre Goovaerts |
| 3 | Expert report of Dr. David Duquette |
| 4 | Expert report of Dr. Brent Finley |
| 5 | Expert report of Dr. Graham Gagnon |