# Exhibit 1

## Expert Report of Dr. Paolo Gardoni

Previously e-filed as

ECF 1177 - Ex. 102, June 30, 2020;

ECF 1308 – Ex. 102, July 16, 2020