UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases | No. 5:16-cv-10444-JEL-MKM |
| | HON. JUDITH E. LEVY |
| | MAG. MONA K. MAJZOUB |

**INDEX OF EXHIBITS**

| Exhibit | Description |
|---|---|
| A | Revised Amended Settlement Agreement |
| B | Amended MSA Ex. 5 Flint Water Settlement Registration Form |
| B1 | Amended MSA Ex. 5 Flint Water Settlement Registration Form (redline) |
| C | Amended MSA Ex. 2 Flint Water Settlement Claim Form |
| C1 | Amended MSA Ex. 2 Flint Water Settlement Claim Form (redline) |
| D | Amended MSA Ex. 6 All Related Lawsuits |
| D1 | Amended MSA Ex. 6 All Related Lawsuits (redline) |
| E | Amended MSA Ex. 11 Case Management Order (COC) |
| E1 | Amended MSA Ex. 11 Case Management Order (COC) (redline) |
| F | Instructions for Completing Flint Water Settlement Claim Form |
| G | Supporting Documentation for Registration Form |
| H | Flint Water Settlement Declaration of Exposure |
| I | Flint Water Settlement Declaration of Real Property Owner/Renter and/or Business Owner |
| J | Flint Water Settlement Business Interruption Claim Form |
| K | Archer – FWC Settlement Fee Schedule & Description of Services |