UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases. _____/ | Judith E. Levy<br>United States District Judge |

This Order Relates To:

ALL CASES

_____/

## ORDER GRANTING PRELIMINARY APPROVAL TO THE ARCHER SYSTEMS, LLC CLAIMS, QSF, AND LIEN RESOLUTION ADMINISTRATOR FEE SCHEDULE [1394]

In an Opinion and Order issued on this date, the Court appointed Archer Systems, LLC as Claims, QSF, and Lien Resolution Administrator for purposes of the preliminary settlement and conditional class certification. The Court has separately reviewed Archer Systems, LLC's proposed fee schedule, which was newly filed as Exhibit K to Plaintiffs' amended motion to establish settlement claims procedures and for preliminary approval of class settlement components. (ECF No. 1394-16.) The Court preliminarily approves this fee schedule, pending any adjustments made as necessary as more information becomes available.

IT IS SO ORDERED.

Dated: January 21, 2021      s/Judith E. Levy
Ann Arbor, Michigan        JUDITH E. LEVY
                                       United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 21, 2021.

                                         s/William Barkholz
                                         WILLIAM BARKHOLZ
                                         Case Manager