## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: Flint Water Cases | Civil Action No. 5:16-cv-10444-JEL-MKM (consolidated) |
| | Hon. Judith E. Levy |
| | Magistrate Judge Mona K. Majzoub |

### STIPULATED MOTION FOR CLARIFICATION AND BRIEFING SCHEDULE FOR DEFENDANTS' *DAUBERT* MOTIONS

1. On November 12, 2020, the Court granted the parties' stipulation (Dkt. No. 1309) regarding the briefing schedule for putative Class Plaintiffs' ("Plaintiffs") Motion for Class Certification. That stipulation inadvertently set Plaintiffs' reply deadline as Sunday, March 21, 2021. The parties hereby seek to clarify that the deadline is the following business day, March 22, 2021.

2. The current Case Management Order (Dkt. No. 1162) does not specify the timeline for briefing motions to exclude the testimony of Plaintiffs' experts filed in support of Plaintiffs' Motion for Class Certification ("*Daubert* Motions"). The parties hereby stipulate that Plaintiffs' responses to the *Daubert* Motions filed by Defendants on January 7, 2021, shall be due on March 22, 2021. The parties further

1

stipulate that any replies from Defendants will be due on May 6, 2021.

3.    If necessary and in advance of their filing, the parties will separately raise the issue of a proposed briefing schedule for *Daubert* Motions filed by Plaintiffs.

**STIPULATED AND AGREED TO:**

/s/ Michael Pitt
Michael L. Pitt
PITT MCGEHEE PALMER
& RIVERS, PC.
117 West 4th Street, Suite 200
Royal Oak, MI 48607
(248) 398-9800
mpitt@pittlawpc.com

/s/ Theodore Leopold
Theodore J. Leopold
COHEN MILSTEIN SELLER
& TOLL PLLC
2925 PGA Boulevard Suite 220
Palm Beach Gardens, FL 33410
(561) 515-1400
tleopold@cohenmilstein.com

*INTERIM CO-LEAD COUNSEL and ATTORNEYS FOR THE PUTATIVE CLASS PLAINTIFFS*

/s/ James M. Campbell
James M. Campbell
Alaina N. Devine
One Constitution Wharf, Suite 310
Boston, MA 02129
(617) 241-3000
jmcampbell@campbell-trial-lawyers.com
adevine@campbell-trial-lawyers.com

/s/ Cheryl A. Bush
Cheryl A. Bush (P37031)
Michael R. Williams (P79827)
100 W Big Beaver Rd., Suite 400
Troy, MI 48084
(248)-474-0670
bush@bsplaw.com
williams@bsplaw.com

*ATTORNEYS FOR VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC, VEOLIA NORTH AMERICA, LLC, AND VEOLIA NORTH AMERICA, INC.*

/s/ Philip A. Erickson
Philip A. Erickson (P37081)
Robert G. Kamenec (P35283)

/s/ Wayne B. Mason
Wayne B. Mason (SBOT 13158950)
Travis S. Gamble (SBOT 00798195)

| | |
|---|---|
| Saulius K. Mikalonis (P39486) | S. Vance Wittie (SBOT 21832980) |
| PLUNKETT COONEY | David C. Kent (SBOT 11316400) |
| 325 E. Grand River Ave, Suite 250 | FAEGRE DRINKER BIDDLE & |
| East Lansing, MI 48823 | REATH |
| (517) 324-5608 | 1717 Main St., Suite 5400 |
| perickson@plunkettcooney.com | Dallas, TX 75201 |
| rkamenec@plunkettcooney.com | wayne.mason@faegredrinker.com |
| smikalonis@plunkettcooney.com | travis.gamble@faegredrinker.com |
| | vance.wittie@faegredrinker.com |
| | david.kent@faegredrinker.com |

*ATTORNEYS FOR DEFENDANTS LOCKWOOD, ANDREWS & NEWNAM, INC. and LOCKWOOD, ANDREWS & NEWNAM, P.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2021, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

Respectfully submitted,

*/s/ Katherine M. Peaslee*
Katherine M. Peaslee