UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases.         Judith E. Levy
                                            United States District Judge
_____/

This Order Relates To:

ALL CASES

_____/

## ORDER AMENDING FIRST BELLWETHER TRIAL SCHEDULE

Due to the COVID-19 pandemic, the deadlines set forth in the Fifth Amended Case Management Order (ECF No. 1255) related to the first bellwether trial are amended as follows.

| Old Date | New Date | Event |
|---|---|---|
| February 15, 2021 | April 16, 2021 | Last day to depose defendants' disclosed experts |
| February 8, 2021 | April 20, 2021 | Motions for Summary Judgment and Daubert Motions Filed |
| March 22, 2021 | June 21, 2021 | Responses to the motions for summary judgment and Daubert motions due |
| March 17, 2021 | July 26, 2021 | Motions in limine and designations of deposition testimony to be played/read to the jury due |

| May 3, 2021 | August 2, 2021 | Witness lists, exhibit lists, trial briefs, jury instructions and other similar pretrial filings required by the court |
| --- | --- | --- |
| April 21, 2021 | August 10, 2021 | Replies to the opposition to motions for summary judgment and Daubert motions due |
| N/A | *August 2021 (TBD)* | *Hearing on Daubert Motions and Summary Judgment* |
| April 7, 2021 | August 25, 2021 | Oppositions to the motions in limine; counter-designations and objections to the designated testimony due |
| May 14, 2021 | September 6, 2021 | Objections and responses to the witness lists, exhibit lists, trial briefs, jury instructions and other similar pretrial filings required by the court due |
| April 16, 2021 | September 15, 2021 | Objections to the counter-designated deposition testimony due |
| N/A | *September, 2021 (TBD)* | *Hearing date for motions in limine and deposition designations; final Pre-Trial hearing regarding witness lists, exhibit lists, trial briefs, jury instructions, and other pretrial filings* |
| June 1, 2021 | October 12, 2021 | Trial Date |

IT IS SO ORDERED.

Dated: January 22, 2021            s/Judith E. Levy
Ann Arbor, Michigan                JUDITH E. LEVY
                                   United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 22, 2021.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager
