# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases. _____/ | Judith E. Levy<br>United States District Judge |

This Order Relates To:

ALL CASES

_____/

## ORDER REMOVING UNRESPONSIVE PLAINTIFFS FROM THE SECOND BELLWETHER GROUP

The 51 unresponsive Plaintiffs in the Second Bellwether Group who have failed to provide substantially completed and signed Plaintiff Fact Sheets and Authorizations by the deadline set in the Fifth Amended CMO (ECF No. 1255) are removed from the Second Bellwether Group. However, any and all claims brought by these Plaintiffs are not to be dismissed at this time. Attached as Exhibit A is a list of the 51 unresponsive Plaintiffs.

Further, within seven (7) days from the date of this Order, the Special Master will reselect 100 Plaintiffs to replace the 51 unresponsive Plaintiffs that are removed from the Second Bellwether Group. If more

than 51 Plaintiff Fact Sheets are timely submitted, the Special Master will randomly select 100 Plaintiffs from the entire pool of claimants who have timely submitted fact sheets to proceed as the Second Bellwether Group.

Further, upon selection of the entire pool of 100 claimants for the Second Bellwether Group, all deadlines in the Fifth Amended CMO (ECF. No. 1255) relating to the Second Bellwether Group shall be reset by subsequent Court order.

IT IS SO ORDERED.

Dated: January 22, 2021  s/Judith E. Levy
Ann Arbor, Michigan  JUDITH E. LEVY
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 22, 2021.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager