Case No. 21-1048

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

In re: MELVIN JONES, JR.

      Petitioner

Upon consideration of the petitioner's motion to voluntarily dismiss the mandamus herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the mandamus is dismissed.

                              **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: January 29, 2021

## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: January 29, 2021

Melvin Jones Jr.
1935 Hosler Street
Flint, MI 48503

      Re: Case No. 21-1048, *In re: Melvin Jones, Jr.*
         Originating Case No. : 5:16-cv-10444

Dear Mr. Jones,

 The Court issued the enclosed Order today in this case.

               Sincerely yours,

               s/Jill E Colyer
               Case Manager
               Direct Dial No. 513-564-7024

cc: Ms. Kinikia D. Essix

Enclosure

No mandate to issue