Case No. 21-1121/21-1123

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

In re: MELVIN JONES, JR.

       Petitioner

The court having determined that consolidation of the above causes for the purpose of submission is appropriate,

It is **ORDERED** that the causes be and they hereby are consolidated for the purpose stated above.

**ENTERED PURSUANT TO RULE 45(a),**
**RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued:  February 08, 2021

_____

## UNITED STATES COURT OF APPEALS
### FOR THE SIXTH CIRCUIT

|   |   |   |
|---|---|---|
| Deborah S. Hunt | 100 EAST FIFTH STREET, ROOM 540 | Tel. (513) 564-7000 |
| Clerk | POTTER STEWART U.S. COURTHOUSE | www.ca6.uscourts.gov |
|   | CINCINNATI, OHIO 45202-3988 |   |

Filed: February 08, 2021

Melvin Jones Jr.
1935 Hosler Street
Flint, MI 48503

Re: Case No. 21-1121/21-1123, *In re: Melvin Jones, Jr.*
Originating Case No. : 5:16-cv-10444

Dear Mr. Jones,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Jill E Colyer
Case Manager
Direct Dial No. 513-564-7024

cc: Ms. Kinikia D. Essix

Enclosure