United States District Court for the <u>Eastern District of Michigan</u>

District of <u>Southern Division</u>

In Re: Flint Water Crisis Cases

Plaintiff,

vs.

Case No. <u>5:16-cv-10444</u>

Defendant.

# NOTICE OF APPEAL

Notice is hereby given that <u>Doris Collins, on behalf of herself and all other similarly situated in the</u>,
*Name all parties taking the appeal*
<u>Genesee County Circuit Court Class Action - Case No. 16-106077-CZ.</u>
hereby appeal to the United States Court of Appeals for the Sixth Circuit from

<u>Order Denying Motion to Intervene [1355] (See attached)</u>
*The final judgment, from an order describing it*

entered in this action on the <u>21st</u> day of <u>January</u>, <u>2021</u>.

(s) <u>Loyst Fletcher, Jr.</u>

Address: <u>718 Beach Street</u>

<u>Flint, MI 48502</u>

Attorney for <u>Doris Collins, et al.</u>

**Note to inmate filers:** If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.

cc: Opposing Counsel ✓
    Court of Appeals ✓

6CA-3
11/16