Case No. 21-1121/21-1123

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

In re: MELVIN JONES, JR.

    Petitioner

Upon consideration of the petitioner's motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

**ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: February 17, 2021

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: February 17, 2021

Melvin Jones Jr.
1935 Hosler Street
Flint, MI 48503

      Re: Case No. 21-1121/21-1123, *In re: Melvin Jones, Jr.*
           Originating Case No. : 5:16-cv-10444

Dear Mr. Jones,

  The Court issued the enclosed Order today in this case.

                                    Sincerely yours,

                                      s/Jill E Colyer
                                      Case Manager
                                        Direct Dial No. 513-564-7024

cc: Ms. Kinikia D. Essix

Enclosure

No mandate to issue