UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In Re* Flint Water Cases | No. 5:16-cv-10444-JEL-MKM |
| | HON. JUDITH E. LEVY |
| | MAG. MONA K. MAJZOUB |

**STIPULATION TO EXTEND TIME TO FILE PLAINTIFFS' COUNSEL'S MOTION FOR FEES AND EXPENSES**

The Court's January 21, 2021 Opinion and Order Granting Plaintiffs' Motion to Establish Settlement Claims Procedures and Allocation and for Preliminary Approval of Class Settlement Components and Granting Plaintiffs' Motion for an Order Adopting the Proposed Motion for Approval of Wrongful Death Settlement, set a deadline of February 26, 2021 for filing Motions for fees and expenses. ECF No. 1399, PageID.54467.

At a meeting in chambers with the Court, Interim Co-Lead Class Counsel and Co-Liaison Counsel requested additional time to file a Motion for fees and expenses and the Court asked these parties to submit a stipulation setting forth a new deadline. Accordingly, Interim Co-Lead Class Counsel and Co-Liaison Counsel hereby stipulate and agree to extend the time for filing Motions for fees and expenses to March 8, 2021. All other deadlines in the Court's January 21, 2021 Order remain unchanged.

1

Pursuant to ECF Rule 11(b), Plaintiffs request that a text-only order be entered granting this stipulation.

**STIPULATED AND AGREED TO:**

Dated: February 24, 2021

*/s/ Corey M. Stern*
Corey M. Stern
**LEVY KONIGSBERG, LLP**
800 Third Avenue, 11th Floor
New York, NY 10022
(212) 605-6298 Telephone
cstern@levylaw.com

*/s/ Hunter Shkolnik*
Hunter Shkolnik
**NAPOLI SHKOLNIK PLLC**
270 Munoz Rivera Avenue,
Suite 201
Hato Rey, Puerto Rico 00918
(787) 493-5088 Telephone
hunter@napolilaw.com

Respectfully submitted,

*/s/ Theodore J. Leopold*
Theodore J. Leopold
**COHEN MILSTEIN SELLERS & TOLL PLLC**
11780 U.S. Highway One
Suite N500
Palm Beach Gardens, FL 33408
(561) 515-1400 Telephone
tleopold@cohenmilstein.com

*/s/ Michael L. Pitt*
Michael L. Pitt
**PITT MCGEHEE PALMER BONANNI & RIVERS, P.C.**
117 West 4th Street
Suite 200
Royal Oak, MI 48067
(248) 398-9800 Telephone
mpitt@pittlawpc.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was filed with the U.S. District Court through the ECF filing system and that all parties to the above case were served via the ECF filing system on February 24, 2021.

Dated: February 24, 2021         */s/ Jessica B. Weiner*
                                 Jessica B. Weiner
                                 **COHEN MILSTEIN SELLERS & TOLL PLLC**
                                 1100 New York Ave. NW
                                 Suite 500
                                 Washington, DC 20005
                                 (202) 408-4600 Telephone
                                 jweiner@cohenmilstein.com