# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

Judith E. Levy
United States District Judge

_____/

This Order Relates To:

ALL CASES

_____/

## ORDER REGARDING MATTERS DISCUSSED AT THE FEBRUARY 24, 2021 STATUS CONFERENCE

The Court held a status conference regarding the pending Flint Water litigation on February 24, 2021. The court orders as follows.

The Court's ruling regarding the length of the corporate depositions of the LAN defendants is that the deposition is limited to a total of 20 hours on the record. Of those 20 hours on the record, 1.5 hours will be reserved for counsel who did not notice the deposition. If they do not use that time, then the remaining time will revert to be used by those who noticed the deposition.

The next status conference will be held on **Wednesday April 7, 2021 at 2:30pm**.[1] Parties are to file proposed agenda items in Case No. 16-cv-10444 by Wednesday March 24, 2021. Individual liaison counsel

---

[1] Please note the time change. Counsel who wish to participate will be required to log in no later than 2:15 pm and to have their cameras on when appearances are being confirmed.

should collect proposed agenda items from all counsel representing individual plaintiffs and submit those proposed items in a single filing. The Court will issue an agenda by Wednesday March 31, 2021.

The Court will set aside **March 10, 2021 at 2:00pm and March 24, 2021 at 2:00pm** for video discovery conferences, if needed. All discovery dispute submission protocols remain the same.

IT IS SO ORDERED.

| | |
|---|---|
| Dated: February 26, 2021 | s/Judith E. Levy |
| Ann Arbor, Michigan | JUDITH E. LEVY |
| | United States District Judge |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 26, 2021.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager