# EXHIBIT 1

# Lawrence A. Reynolds, M.D.

## Fellow, American Academy of Pediatrics

**EDUCATION**

| | |
|---|---|
| 1979 | Doctorate of Medicine<br>Howard University College of Medicine, Washington, DC<br>National Health Service Corps Scholarship Recipient, four years |
| 1974 | Bachelor of Arts, Political Science<br>Wayne State University |

**TRAINING**

| | |
|---|---|
| **1981 – 1982** | Chief Resident, Mt. Carmel Mercy Hospital<br>Department of Pediatrics, Detroit, Michigan<br>Responsibilities included Neonatology Service at Sinai, Grace, Providence, and Mt. Carmel Hospitals |
| **1980 – 1982** | Resident, Mt. Carmel Mercy Hospital Department of Pediatrics, Detroit, Michigan |
| **1979 – 1980** | Intern, District of Columbia General Hospital<br>Howard University Hospital, Department of Pediatrics<br>Washington, DC |
| **1970-1976** | Morgue assistant- Temple University Hospital, phlebotomist and certified Emergency Medical Technician – Detroit General Hospital, Cardiac Monitor technician - Washington Hospital Center |

**PROFESSIONAL EXPERIENCE**

**2008 – 2016**   President / CEO, retired 12/29/2016

Mott Children's Health Center, a private non-profit multidisciplinary, outpatient child health facility in Flint, Michigan. Directed primary care pediatrics, school child and adolescent health centers, a jointly operated pediatric dental service and residency with the University of Michigan and Hurley Medical Center, Child and Adolescent Psychiatric Services with Michigan State University. Planned, collaborated, advised, piloted, directed and implemented projects to improve the health of children on county and state

**Lawrence A. Reynolds, M.D.**
**Page Two**

                               levels. Responsibilities included budget oversight, monitoring the organization's $300 million endowment, internal review board and presentations regarding clinical activities to the community and university partners. Directed the annual child health conference and onsite training activities for Michigan State University, University of Michigan, and other health education programs for students and residents. Assured employment practices promoted equitable pay and opportunity. Directed the introduction of the dental, child health EMR and updated activities to comply with the Affordable Care Act and meaningful use requirements. Directed the team to achieving NCQA Level Three Patient Centered Medical Home Certification.

**2005 – 2007**	Executive Vice President
	Mott Children's Health Center

**2005 – 2007**	Vice President,
	Clinical Services Mott Children's Health Center

**2003 – 2004**	Medical Director / Clinical Director
	Mott Children's Health Center

**2002**	FQHC Project Consultant - to Oakland County Human Services. Completed applications for various state and federal licenses and permits, assisted in site location and hiring staff to open a new FQHC in the Pontiac, Michigan area to meet HHS/BPC deadline.

**2001 – 2003**	Pediatric Consultant Mott Children's Health Center and Genesee County Community Mental Health
	Provide medical evaluations and management for children with developmental and behavioral problems including Fetal Alcohol Syndrome.

**2001 – 2003**	Physician Mentor Hurley Physician Hospital Organization of Mid-Michigan.
	Analyze utilization and quality indicators to report to the executive board. Identify opportunities for improvement of individual performance.

**Lawrence A. Reynolds, M.D.**
**Page Three**

| | |
|---|---|
| **1999 – 2003** | Medical Consultant<br>Vinnell Corporation Flint/Genesee Job Corp Center<br>Provided medical evaluation and treatment for young adults 16 – 25 years old in a Federal job-training program. |
| **1992 – 2001** | Pediatrician/Medical Director<br>Hamilton Family Health Center, Flint, Michigan<br>A Federally qualified health center (adult, pediatrics dental, and obstetrical care). Management team member to successfully turn around FQHC operations. |
| **1990 – 1992** | Pediatrician<br>Mott Children's Health Center – a freestanding private non-profit multidisciplinary ambulatory facility for the medically needy of Genesee County, Michigan.<br><br>Project Director<br>Beecher 103 Teen Clinic - Beecher High School<br>A State of Michigan and Mott funded school-based clinic with a psychologist, health educator and nurse practitioner |
| **1991 – 1997** | Co-Director Department of Pediatrics Sickle Cell Clinic<br>Hurley Medical Center<br>Care of children with hemoglobinopathies and teaching residents and medical students. |
| **1990 – 1997** | Medical Consultant<br>Camp Echo Grove, Salvation Army, Leonard, Michigan<br>Reviewed standing orders for campers and employee health screenings. |
| **1986 – 1990** | Pediatrician<br>Woodland Medical Group, PC, Detroit and Livonia, Michigan<br>A multi-specialty group serving fee for service or HMO / PPO patients; affiliated with the Detroit Medical Center |
| **1982 – 1986** | General Pediatrician<br>Gloria Bigham Clinic, City of Detroit Health Department<br>Fulfilled a four year National Health Service Corps obligation |

**Lawrence A. Reynolds, M.D.**
**Page Four**

| | |
|---|---|
| **1982 – 1983** | Pediatrician (part-time)<br>Mt. Carmel Mercy Hospital Emergency Department<br>Emergent and urgent pediatric care. |
| **1982 – 1983** | Associate Pediatrician (part –time)<br>Charles N. Inniss, M.D., P.C. – private office<br>Detroit, Michigan |
| **1983 – 1990** | Pediatrician<br>Edwin Denby Children's Home of the Salvation Army<br>Detroit, Michigan<br>General pediatric care in a shelter for abused, abandoned, neglected, or adjudicated children and adolescents. |

## TEACHING EXPERIENCE

| | |
|---|---|
| **2001 – Present** | Clinical Assistant Professor<br>Michigan State University<br>Hurley Medical Center<br>Department of Pediatrics<br>Attending for residents in adolescent medicine. |
| **1991 – 2001** | Associate Professor Michigan State University<br>Hurley Medical Center<br>Department of Pediatrics<br>Attending for residents in adolescent medicine |

## RESEARCH/ABSTRACTS/PUBLICATIONS

**2017** Lessons for Physicians from Flint's Water Crisis (*Carravallah, Reynolds., Woolford – AMA Journal of Ethics October2017, vol19, Number10 :1001-1010)*

**1991** Routing Screening for VDRL at Time of Delivery to Diagnose Congenital Syphilis (*Womack, Flagon, Liang, Reynolds – American Pediatric Society. The Society for Pediatric Research. Abstract presented 1991.)*

**Lawrence A. Reynolds, M.D.**
**Page Five**

## LICENSURE

| | |
|---|---|
| **1980 – Present** | State of Michigan |
| | Drug Enforcement Agency |
| | Controlled Substance License |

## PROFESSIONAL AFFILIATIONS / COMMUNITY SERVICE

| | |
|---|---|
| **2018 - present** | Board Member, Community Foundation of Greater Flint |
| **2018 - present** | Member, Advisory Committee Catholic Charities Offender Success Program |
| **2016 – present** | Member City of Flint, Mayor's Technical Advisory Committee and Public Health Communications Committee |
| **2017 - present** | Board Member, Hamilton Family Health Network, a Federally Qualified Health Center |
| **2017 - present** | Co-Chair, Flint Lead Exposure Registry Community Advisory Committee |
| **2016 - present** | Past Chair and current member of the **Flint Healthy Children's Fund of the Community Foundation of Greater Flint.** Worked with the staff, consultants, and community stakeholders to formulate a strategy for grantmaking in response to the Flint Water Crisis. |
| **2017 - 2018** | Member, Governor's Environmental Justice Work Group Developed recommendations to promote environmental justice in state government activities, including training, policies and procedures to protect communities that suffer disproportionate impact due to historic marginalization and continued discrimination. |
| **2015 - 2016** | Appointee to the Governor's Flint Water Advisory Task Force which issued a report with findings and recommendations to address the Flint Water crisis and the failure of state county and federal agencies to protect the public health after a three month investigation. |
| **2013 - present** | Medical Director Genesee County Child Healthcare Access Program. A county wide patient centered medical home |

**Lawrence A. Reynolds, M.D.**
**Page Six**

|  |  |
|---|---|
|  | program whose goal is to eliminate health outcome disparities between commercially insured and Medicaid insured children. Funded by the Michigan Health Endowment in 2015 and local support since 2013. |
| **2010 –2012** | President and Board Member, Michigan Chapter, American Academy of Pediatrics |
| **2010 – 2014** | Infant Mortality Steering Committee, Michigan Department of Community Health. Governor's task force to reduce racial disparities in infant mortality and design a Regional Perinatal Care System. |
| **2002 – 2018** | Member Arthur Turri Health Affairs Committee, Community Foundation of Greater Flint. Reviewed staff recommendations for grant requests for child health programs. |
| **2001 – 2010** | Chair Medical Services Committee<br><br>Programs to Reduce Infant Deaths Effectively (PRIDE) Facilitate change in the healthcare delivery system to reduce the racial disparity in infant deaths in Genesee County, Michigan, and improve outcomes for all mothers and infants. |
| **2001 – 2008** | Member Advisory Board, School of Health Professions ,University of Michigan, Flint School of Health Professions & Studies. |
| **2001 – 2007** | State-Wide Steering Committee TEAM Nutrition Physical Activity and Nutrition. |
| **2001-2003** | Founding Board Member and Network Quality Chair Genesee Health Plan<br>Represent the Genesee County Medical Society in a county-wide health benefits program for uninsured and low income adults to improve the quality of care for the poor and underserved. |
| **2001 – 2004** | Co-Chair, Michigan Chapter<br>American Academy of Pediatrics / Advocacy Committee |

**Lawrence A. Reynolds, M.D.**
**Page Seven**

| | |
|---|---|
| **2002 – 2005** | Chair, Flint Genesee County Friendly Access Project in affiliation with the Lawton and Rhea Chiles Center for Healthy Mothers and Babies, and the Greater Flint Health Coalition to reduce premature births, low birth weight, and improve mothers' satisfaction with prenatal and postnatal care. |
| **1991– Present** | Genesee County Medical Society Past President, Current Board Member, Past Alternate Delegate, Past Co-Chair and current member of the Community and Environmental Health Committee |
| **1996 – 2002** | Michigan State Medical Society, Medicaid Liaison Committee<br>Meet with the State Medicaid Administration Managers to address patient care and physician issues representing the Michigan Chapter of The American Academy of Pediatrics. |
| **1995 – 2005** | Secretary and Board Member, African American Physicians Association of Genesee County |
| **1986-1990** | Board Member and President and Secretary Salvation Army, Children and Youth Services Detroit Metropolitan Area. |