```
 1              IN THE UNITED STATES DISTRICT COURT
               FOR THE EASTERN DISTRICT OF MICHIGAN
 2                        SOUTHERN DIVISION

 3

 4   In Re:  FLINT WATER CASES        Case No.  16-10444

 5   _____/

 6

                          STATUS CONFERENCE
 7           BEFORE THE HONORABLE JUDITH E. LEVY
                 UNITED STATES DISTRICT JUDGE
 8                            and
             THE HONORABLE JOSEPH J. FARAH
 9           GENESEE COUNTY CIRCUIT COURT JUDGE
     Virtual Hearing Via Zoom - Wednesday, February 24, 2021
10

11                   APPEARANCES IN ALPHABETICAL ORDER:

12                   Charles E. Barbieri, Esq.
                     Foster, Swift, Collins & Smith, P.C.
13                   313 South Washington Square
                     Lansing, Michigan 48933
14
                     Frederick A. Berg, Esq.
15                   Butzel Long
                     150 West Jefferson, Suite 100
16                   Detroit, Michigan 48226

17                   Margaret A. Bettenhausen, Esq.
                     Michigan Department of Attorney General
18                   525 West Ottawa Street, P.O. Box 30755
                     Lansing, Michigan 48909
19
                     James M. Campbell, Esq.
20                   Campbell, Campbell, Edwards & Conroy
                     One Constitution Plaza, Suite 300
21                   Boston, Massachusetts 02129-2025

22                   Jordan W. Connors
                     Susman Godfrey L.L.P.
23                   1201 Third Avenue, Suite 3800
                     Seattle, WA 98101
24

25
```

```
 1    APPEARANCES (Continued):

 2                        Mark R. Cuker, Esq.
                          Cuker Law Firm, LLC
 3                        One Commerce Square
                          2005 Market Street, Suite 1120
 4                        Philadelphia, Pennsylvania 19103

 5                        Alaina Devine, Esq.
                          Campbell Conroy & O'Neil PC
 6                        1 Constitution Wharf, Suite 310
                          Boston, Massachusetts 02129
 7
                          Philip A. Erickson, Esq.
 8                        Plunkett & Cooney
                          325 East Grand River Avenue, Suite 250
 9                        East Lansing, Michigan 48823

10                        James A. Fajen, Esq.
                          Fajen & Miller, PLLC
11                        3646 West Liberty Road
                          Ann Arbor, Michigan 48103
12
                          Joseph F. Galvin, Esq.
13                        Genesee County Drain Commissioners
                          4610 Beecher Road
14                        Flint, Michigan 48532

15                        Deborah E. Greenspan, Esq.
                          Special Master
16                        Blank Rome, LLP
                          1825 Eye Street, N.W.
17                        Washington, DC 20006

18                        William Young Kim, Esq.
                          City of Flint
19                        1101 South Saginaw Street, Third Floor
                          Flint, Michigan 48502
20
                          Sheldon H. Klein, Esq.
21                        Butzel Long, P.C.
                          Stoneridge West, 41000 Woodward Avenue
22                        Bloomfield Hills, Michigan 48304

23                        Richard S. Kuhl, Esq.
                          Michigan Department of Attorney General
24                        ENRA Division, P.O. Box 30755
                          Lansing, Michigan 48909
25
```

```
 1   APPEARANCES (Continued):

 2                        Patrick J. Lanciotti, Esq.
                          Napoli Shkolnik Law PLLC
 3                        360 Lexington Avenue, 11th Floor
                          New York, New York 10017
 4
                          Theodore J. Leopold, Esq.
 5                        Cohen Milstein Sellers and Toll PLLC
                          2925 PGA Boulevard, Suite 200
 6                        Palm Beach Gardens, Florida 33410

 7                        Emmy L. Levens, Esq.
                          Cohen Milstein Sellers and Toll PLLC
 8                        1100 New York Avenue, NW,
                          Suite 500, West Tower
 9                        Washington, DC 20005

10                        Wayne Brian Mason, Esq.
                          Drinker Biddle & Reath LLP
11                        1717 Main Street, Suite 5400
                          Dallas, Texas 75201
12
                          Todd R. Mendel, Esq.
13                        Barris, Sott, Denn & Driker, PLLC
                          333 West Fort Street, Suite 1200
14                        Detroit, Michigan 48226-3281

15                        Stephen F. Monroe, Esq.
                          Marc J. Bern & Partners LLP
16                        225 West Washington Street, Suite 2200
                          Chicago, Illinois 60606
17
                          Michael L. Pitt, Esq.
18                        Pitt, McGehee, Palmer & Rivers, PC
                          117 West Fourth Street, Suite 200
19                        Royal Oak, Michigan 48067-3804

20                        Eric Rey, Esq.
                          US Department of Justice
21                        Civil Division
                          175 N Street, NE
22                        Washington, DC 20002

23                        Hunter Shkolnik, Esq.
                          Napoli Shkolnik Law PLLC
24                        1301 Avenue of the Americas, 10th Floor
                          New York, New York 10019

25
```

4

```
 1   APPEARANCES (Continued):

 2                        Susan Elizabeth Smith, Esq.
                          Beveridge & Diamond, PC
 3                        1350 I Street N.W.
                          Suite 700
 4                        Washington, DC 20005

 5                        Corey M. Stern, Esq.
                          Levy Konigsberg, LLP
 6                        800 Third Avenue, Suite 11th Floor
                          New York, New York 10022
 7
                          Jessica B. Weiner, Esq.
 8                        Cohen Milstein Sellers and Toll PLLC
                          1100 New York Avenue, NW, Suite 500
 9                        Washington, DC 20005

10                        Matthew Wise, Esq.
                          Foley & Mansfield, PLLP
11                        130 East Nine Mile Road
                          Ferndale, Michigan 48220
12
                          Michael R. Williams, Esq.
13                        Bush, Seyferth & Paige, PLLC
                          3001 West Big Beaver Road, Suite 600
14                        Troy, Michigan 48084

15   ALSO PRESENT:        Conrad Benedetto

16

17

18

19

20

21

22

23   REPORTED BY:         Darlene K. May, CSR, RPR, CRR, RMR
                          231 W. Lafayette Boulevard
24                        Detroit, Michigan 48226
                          (313) 234-2605
25
```

1                        TABLE OF CONTENTS

2   PROCEEDINGS:                                           PAGE:

3     Preliminary Matters Before Hearing                   6

4     Agenda Matter on Clarification Requests             10

5     Agenda Matter on VNA Requests                       11

6        Remarks by Mr. Erickson                          13

7     Report by Ms. Greenspan                             14

8     Judge Levy addresses Attorney Loyst Fletcher        19

9     Judge Levy addresses Status of Various Motions      20

10    Remarks by Judge Farah                              21

11    Remarks by Mr. Monroe                               22

12    Court Reporter's Certificate                        26

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1              Wednesday, February 24, 2021

2              2:05 p.m.

3                           -- --- --

4              THE CLERK OF THE COURT:  The United States District

5    Court for the Eastern District of Michigan is now in session.

6    The Honorable Judith E. Levy presiding, joined by the Honorable

7    Joseph J. Farah of Genesee County Circuit Court.  Calling the

8    Flint Water cases.

9              JUDGE LEVY:  All right.  Well, welcome, everyone.

10             And welcome, Judge Farah.

11             JUDGE FARAH:  Thank you, Judge Levy.

12             JUDGE LEVY:  It's good to see you.

13             JUDGE FARAH:  You, too.

14             JUDGE LEVY:  And Judge Farah's law clerk, Samantha

15   Weinstein, has moved on to another job in California.  So we

16   regret that she's not here with us.

17             But it's great to see you, Judge Farah.

18             JUDGE FARAH:  Thank you.

19             JUDGE LEVY:  And does every- -- there's still one

20   individual here who who's named "Counsel with Panelist

21   Permission."  If everybody could turn their ...

22             If you could, please turn your cameras on.  Then we'll

23   know who everyone is and we'll be able to tell ..

24             MR. STERN:  So, Judge, earlier today on behalf of

25   Mr. Cuker I sent an E-mail to Ms. Calhoun and there were two
```

```
1    lawyers.  There was Mr. Cuker and then there was a Mr. Bened --
2           MR. BENEDETTO:  Benedetto.  Good afternoon, Your
3    Honor.  I am present.  I will just be observing.  I will shut
4    my camera off and I'll mute my audio.
5           JUDGE LEVY:  Who are you?  I didn't hear who you said
6    you are.
7           MR. BENEDETTO:  This is Conrad Benedetto.  I'm an
8    attorney in Philadelphia, Pennsylvania.
9           JUDGE LEVY:  Mr. Benedetto, have you filed an
10   appearance in the case?
11          MR. BENEDETTO:  Yes, Your Honor.
12          JUDGE LEVY:  Okay, terrific.  But could you still,
13   please, change the name on the pane.
14          What you do is you take your cursor and you do the
15   right click.  Or if you're on a Mac you probably click on the
16   something and it will say "rename".
17      (No response.)
18          JUDGE LEVY:  Okay.  We'll do it for you.
19          MR. BENEDETTO:  Yeah.  You're talking to a computer
20   idiot, Your Honor.  I apologize.
21          JUDGE LEVY:  I think I've discerned that.  That's
22   okay.  That's okay.  We all have different strengths that we
23   bring to all our endeavors.
24          We still have other people with that identity and it's
25   important for us to know who is present.  Because inevitably,
```

1   individuals who are not planning to speak do speak and we just

2   need a record.  We're just a court of public record.  So we

3   record what we do and we might just have to remove people who

4   we're not able to identify.

5           MR. STERN:  Mr. Benedetto, before you put your name in

6   your box it said "Panelist with Counsel Permission" or "Counsel

7   with Panelist Permission" and there's two other individuals, it

8   looks like, with that designation in their box.  Are there

9   other lawyers from your firm that have logged in?

10          MR. BENEDETTO:  Not that I'm aware of.

11          JUDGE LEVY:  We'll just remove those people.

12      (A brief discussion was held off the record.)

13          JUDGE LEVY:  So we're now on the record.  And we are

14  trying to make sure the record reflects those who are actually

15  participating as counsel in this case.  And there's one

16  individual whose video is turned off and microphone is turned

17  off and they were given the initial name "Counsel with Panelist

18  Permission," and they've elected not to -- they're apparently

19  not listening or don't know how to use the computer at all.  So

20  they are not following the Court's request which is to unmute

21  and turn the video on so we know who it is.  So the record

22  won't reflect they're here and, apparently, they probably

23  aren't here.  So I'm going to ask my law clerk to remove that

24  person from the hearing.

25          And then we've got Mr. Wise who we know is counsel in

1   this case and, apparently, he's not present either or his

2   microphone and his camera won't work.  So there's no point in

3   him participating either.  So we're going to remove Mr. Wise.

4           There, wait.  He just turned his microphone on.

5           Mr. Wise?

6           MR. WISE:  (No response.)

7           JUDGE LEVY:  All right.  Well, something's not working

8   and we all have those days where our computers don't work.  So

9   we'll assume that is what is going on with Mr. Wise.

10          So thank you all for participating in this effort to

11  figure out who is here.  We are continually trying to modify

12  our Zoom protocols so that we can be as absolutely productive

13  as we can possibly be.  So we'll just keep working on it.

14          MR. STERN:  Judge Levy?

15          JUDGE LEVY:  Yes?

16          MR. STERN:  Susan Smith has sent me a note that she is

17  the 443 phone number.

18          JUDGE LEVY:  Oh, good.

19          MR. STERN:  She's muted.  But she's here and she's

20  identified herself as that.

21          JUDGE LEVY:  Okay.  But does she want to be in the

22  hearing?

23          MR. STERN:  I believe she does.  She's muted right now

24  and cannot unmute.  But that's how she is logged in, I guess,

25  is by phone.

1          JUDGE LEVY:  Okay.

2          MR. STERN:  So, yes.  She just said yes.  So she hears

3  you.

4          JUDGE LEVY:  Yeah.  So, Leslie, let's add Ms. Smith.

5      (Ms. Smith added to Zoom hearing.)

6          JUDGE LEVY:  Thank you.

7          Okay.  Well, now let's get on with the business of the

8  day.

9          I want to officially welcome Judge Farah again to the

10 hearing.  And some counsel on our hearing have been through

11 quite a bit with the weather in Texas and I just want to

12 express that throughout I had those who I know in Texas,

13 including those counsel on my mind, and was always concerned

14 and I'm just glad to see that everything is at least coming

15 back to normal somewhat in the state and that you're safe and

16 healthy.

17         So, again, the recording is prohibited of this and

18 that includes screenshots and so on that would be submitted to

19 the press or anything else.  So all video, audio or the still

20 photos and screenshots are prohibited.

21         So let's move to the agenda.  And the first item on

22 the agenda related to clarification requests I received from

23 the VNA defendants regarding motions for summary judgment in

24 the bellwether cases.  And we had a pre-meeting, what I call

25 it, in chambers earlier today.  And this is just a sort of

1    procedural issue to make sure that when the motions are filed,

2    the short form complaints match up with the counts in the long

3    form complaints.  But we got that resolved and I think we know

4    how to proceed with that and there wouldn't be any need for

5    further clarification.

6            In terms of the second item, VNA had also requested

7    some discussion and resolution of another case management sort

8    of issue which is that there were a good number of motions to

9    dismiss based on statute of limitation issues related to the

10   adult plaintiffs in a number of cases that Mr. Shkolnik had

11   filed.

12           That issue got resolved but there are still minors in

13   those cases that were not impacted by the resolution of the

14   statute of limitations issues.  So there are two groups of

15   minors.  Some are going to have the complaints answered and

16   others are going to be subject to further motions to dismiss

17   that do not involve the statute of limitations.  So I have

18   requested that there simply be a stipulated order submitted

19   regarding when the answers can be prepared in those cases so

20   we'll know when to expect them as well as when the motions to

21   dismiss for the remaining minors would be filed.  So that's

22   good to have resolved.  So thank you for working on that.

23           MR. CAMPBELL:  Your Honor, this is James Campbell.

24           JUDGE LEVY:  Sure.

25           MR. CAMPBELL:  Just a very brief point of

1   clarification there.  The motions to dismiss have already been

2   filed.  They're on file with the courts.

3           JUDGE LEVY:  Oh.

4           MR. CAMPBELL:  I think, perhaps, I can volunteer to

5   identify those plaintiff names and those pending motions just

6   so Your Honor is aware of them.

7           JUDGE LEVY:  That would be good.

8           MR. CAMPBELL:  And, again, there's no issue with the

9   decision.  We just wanted a point of clarity and we'll also

10  identify and submit a stipulation for the plaintiffs that

11  require an answer.

12          Thank you very much, Your Honor.

13          JUDGE LEVY:  Okay.

14          MR. SHKOLNIK:  Your Honor, if I can just -- this is

15  Hunter Shkolnik again.  Mr. Wise is on and he is having audio

16  problems.

17          JUDGE LEVY:  Oh.

18          MR. SHKOLNIK:  He couldn't get through.  I just wanted

19  to let you know that.

20          JUDGE LEVY:  Thank you.

21          Sorry, Mr. Wise, if I was being harsh.

22          Okay.  So then we had the issue, the third item on the

23  agenda relates to progress on the second round of bellwether

24  plaintiffs and their selection.  And the 100 individuals --

25  it's now at 100 individuals who are completing fact sheets at

1    this time and remaining dates will be triggered upon the

2    completion of that process.

3         Do I have that correct, Mr. Campbell?

4         MR. CAMPBELL:  Yes, Your Honor.  Thank you very

5    much.

6         MR. ERICKSON:  Your Honor, this is Philip Erickson.  I

7    just want to mention with regard to agenda item number two,

8    that we're similarly situated with VNA and we'll be working

9    with Mr. Shkolnik to come up with an understanding as to when

10   our answers will be due in approximately 30 cases.

11        JUDGE LEVY:  Thank you.  Thank you.

12        And since you're there, Mr. Erickson, the fourth

13   agenda item was submitted by LAN and it was seeking

14   clarification on the length of the corporate deposition that's

15   coming up, 30(b)(6) deposition.  We did have some discussion in

16   the chambers conference.  Partly, I do that because I want to

17   be a little more prepared for what the issues are than just an

18   item on an agenda, a proposal that's submitted.  And we had an

19   opportunity to pretty much run through this, that I don't think

20   needs to be repeated.  But it was determined that the previous

21   ruling that I think was primarily issued by Judge Farah, that

22   there would be 20 hours on the record at this 30(b)(6)

23   deposition.  Of those 20 hours on the record, one and a half

24   will be reserved for counsel who did not notice the deposition.

25   And if they also don't use that time, then it will revert to

1    those who did notice the deposition.

2           Also, LAN is producing two individuals to respond to

3    the 30(b)(6) deposition.  So all of this has to be coordinated

4    over the course of the two different witnesses.

5           Is there anything further that's needed to clarify

6    that?

7           MR. ERICKSON:  Not from our perspective, Your Honor.

8    And thank you for the clarification to both Judge Farah and

9    yourself.

10          JUDGE LEVY:  Okay.  And I do want to say to everybody

11   I realize that these depositions are long.  They're stressful

12   to prepare for.  They're stressful to be the witness or the

13   lawyer defending and preparing the witness for the deposition.

14   So I am sympathetic to that and I think an enormous amount of

15   work has been accomplished in this case over the course of all

16   of these depositions and I just ask everybody to hang in there

17   and be patient with one another and with your witnesses, of

18   course.

19          So we're now up to a report from Ms. Greenspan, who I

20   have to thank again for her enormous contribution to this case

21   without whom we just all wouldn't be here.  Because she just

22   helps us all problem solve and troubleshoot.

23          So, thank you.

24          MS. GREENSPAN:  Thank you, Your Honor.

25          Yeah, I have a couple of items to report on today.

1  I'm going to start with the -- what I normally give, an update

2  on the submissions to the census to kind of give a flavor to

3  everybody of what's been going on over the last month or so.

4          We continue to get new submissions.  We got 430 new

5  claims and 700 updates in the last couple of weeks.  We have

6  provided to the lawyers information about what we call

7  duplicate claims.  They're duplicate retentions.  They're

8  individuals who have -- who are identified by lawyers -- by

9  different law firms as being their retained clients.  So we

10 have multiple instances of that and we've sent out three

11 separate updates on these duplicate retentions on January 23rd,

12 February 5th and February 19th.  And there's about 3,000

13 individuals involved in these different, you know, what I'm

14 going to call duplicate retentions.

15         So I know that lawyers are in the process of having

16 discussions about how to resolve some of these, some of them

17 will get resolved in the near future and some of them are going

18 to take longer to resolve.  But that is a process that is

19 somewhat underway.

20         In terms of the total number of people identified,

21 individuals identified in the census data, we are at about

22 26,692.  That is after we account for the duplicate questions.

23 So it's about where we were last time I gave a report.  Because

24 some have been withdrawn and some have been added and it sort

25 of balanced out.

1      Of those, I have about 10,784 that are children,

2  minors.  And I'm defining minors based on a date of birth after

3  April 25th, 1996.  So these are minors that would be -- they

4  would have been minors at the time of the initial water switch.

5  But they are -- many of them are not minors today.  So it's

6  just to be clear on what that definition is.

7      But in addition to the census information, as

8  everybody knows, the process for registering for the settlement

9  commenced on January 27th.  So I have a couple of updates on

10  that process and a couple of updates on the notice process.

11      So let me start with notice.  Notice was mailed out to

12  households in Flint starting on Friday, February 19th and it

13  was completed on Monday, February 22nd.  So the notices have

14  all been distributed to the addresses that were made available

15  to the notice administrator.  There are 57,402 packages that

16  were mailed out.  So people should be receiving them this week,

17  I assume.  And maybe some people have already received their

18  packages.

19      If people need, you know, more forms or more copies of

20  the notice package, there are a couple of places to contact to

21  get that information.  I can state it right now on the record

22  But perhaps there would be other places where this information

23  is easily accessible.

24      So, first of all, there is a telephone number, an 800

25  number.  It's 800-493-1734.  There is a website:  Official,

1    Flint, Water, Settlement, dot com.  That may be the easiest way

2    for people to start to get information because that website has

3    information on it and it also has contact information.  So

4    people can request forms or find out how to request forms or

5    look at the frequently asked questions section and they can

6    also online register for the settlement, if they so desire.  So

7    those are two ways to go ahead and get more forms or more

8    documents.  Again, it's OfficialFlintWaterSettlement.com.

9            And I think some people may need to get additional

10   forms.  The package will only contain one registration form.

11   But, of course, you can go online to fill out your registration

12   or you can request additional forms to get them filled out and

13   submit them in hard copy.

14           What I want to talk about next is just a registration

15   status.  So as of Monday evening, so that is the day before

16   yesterday, we had identified 15,568 unique registrants.  There

17   may be some people who registered more than once but in terms

18   of -- after accounting for that, the unique registrants,

19   15,568.  Of those 11,641 are adults and 2,295 are minors.  This

20   is a different definition of minors than the one I used in

21   describing the census data.  This is a minor as of now,

22   basically.  So as of the time they filed the registration.

23           And then there are 1,632 people who didn't provide a

24   date of birth.  So we do not know who they are.  We don't know

25   if they are adults or minors.

1          But I want to note that this is the number of

2   registrations received before the notice packages have actually

3   been received by people in the community.  So now that these

4   notice packages are out and people have them, I would expect

5   that there would be an uptick in the registration process.

6          I'll stop there in case there are any questions, Your

7   Honor, if you wanted to raise anything.

8          JUDGE LEVY:  Are there -- no.  I don't have any

9   questions.  The registration period will last until Monday,

10  March 29th.  So that's a date for any lawyers who are on the

11  call considering assisting their client to register or anyone

12  who is listening to the call.  It's an important date to be

13  aware of.

14         MS. GREENSPAN:  Your Honor, I do have something else

15  to add to make clear to people who are participating in this

16  hearing.  The registration materials note certain kinds of

17  documents that people should be submitting.  For example, if

18  you are a next friend, a parent of a minor child, there is a

19  reference to submission of documents to identify yourself.

20         But those are not being required at this stage in the

21  process.  So if people go ahead and register, they will have to

22  supplement and provide those documents, but they don't have to

23  do it in order to have the registration counted as timely.

24         So I just wanted to make that clear.

25         JUDGE LEVY:  Okay.

1      MS. GREENSPAN:  And I believe that the claims

2   administrator will be posting some information about that to

3   clarify in case people are worried that they won't be timely

4   because they haven't been able to get those documents.  So just

5   to clarify, the registration will still be considered timely

6   and you'll have to supplement later with the appropriate

7   documents.

8      JUDGE LEVY:  That's helpful.  Thank you.

9      I want to bring up a few other things related to the

10  settlement process.  And one is that I learned in our earlier

11  meeting that counsel who are currently preparing their attorney

12  fee requests need some additional time.  It was to be submitted

13  this Friday and instead will be submitted on Monday, March 8th.

14  And there will be a stipulation submitted so that is reflected

15  on the docket of the case.

16     I want to also let those who are present know that the

17  issue that had been brought to the Court's attention regarding

18  Attorney Loyst Fletcher has been resolved.  He submitted a

19  remedial letter for the Court's approval.  Judge Farah and I

20  had a chance to review it.  We had some very small edits for it

21  and provided it back to his counsel and those letters are now

22  being sent out and will be completed by noon on Friday with

23  daily reports by 5:00 p.m. each day on that progress.

24     And I wanted to also mention, I have received some

25  correspondence from citizens and otherwise am following along

1    the issue with respect to bone scans and their availability.

2    And I have learned from our earlier meeting that Mr. Shkolnik

3    and Mr. Napoli and their firm has a bone scan program, for lack

4    of a better word, already up and running in Flint and they have

5    made additional time available that other lawyers can use to

6    schedule their clients for bone scans.  And that's from 11:00

7    a.m. on each Sunday until 4:00 p.m. on Sundays.  And there's an

8    online scheduling platform for this opportunity, if people want

9    to either get a bone scan or have a minor scanned.

10           And in order to make that known more widely than just

11   to those represented by a lawyer, we're going to ask the Archer

12   Company that's handling the mailing and registration process to

13   post the link on their website.  So anyone going to get further

14   information from Archer would be able to see that link.  So I

15   just want to reiterate that that's a step, absolutely excellent

16   step in the right direction of making this available to others

17   and the online scheduling process will also be more widely

18   known very soon.  But in the short run, all of the lawyers here

19   on the call or observing this know that they can use that

20   process to schedule their clients.

21           Another issue I wanted to bring up is that I am

22   currently reviewing the underwriters' motion to dismiss and the

23   response and so on.  It's fully briefed.  And shortly I'll be

24   able to figure out whether I would benefit from an oral

25   argument on it and if so, then we will schedule it.  So I just

1    want you to know I haven't lost track of that.  I also have the

2    EPA's motion for interlocutory appeal sitting on my desk inside

3    the computer and I have been looking at it and will do my best

4    to turn to that as well.

5         Before I go over additional dates that have been set

6    aside for future hearings, Judge Farah, is there anything that

7    you want to bring to everyone's attention?

8         JUDGE FARAH:  No.  Other than we owe some of you a

9    decision.  It's being typed.  It's being worked on.  We're

10   hoping to have it out this Friday.  And that should resolve,

11   for the time being at least, the AG's request for

12   reconsideration of Judge Yuille's order that he entered about

13   quite some time ago now.  But the opinion is getting near done.

14   Hope to have it out to you by Friday.  If not, it'll be out to

15   you by Monday.

16        And that should be -- now, this is certainly not an

17   invitation.  But I'm looking at my board and I don't have

18   anymore water motions on my board and let's hope we can keep it

19   that way.  But in any event, the courtroom is always open to

20   you.  And if it's not, then I'll be happy to send you to Judge

21   Levy.

22        JUDGE LEVY:  Yeah.  Well, I'll send you some of my

23   motions.

24        JUDGE FARAH:  All right.

25        JUDGE LEVY:  That seems fair.  Your new intern Emily

1   can start working on them.

2           JUDGE FARAH:  Don't send too many.  She'll quit before

3   she starts.

4           JUDGE LEVY:  Let me also mention, Judge Farah, while

5   you were speaking it occurred to me that you and I had a chance

6   to meet and discuss the appointment of the Master Guardian ad

7   Litem for the settlement process.  And it was agreed upon to

8   recommend that Miriam Wolock, who served sort of as a temporary

9   GAL to assist me in reviewing the portion of the MSA related to

10  minors.  So it was agreed that she would be an ideal candidate

11  for that position and she was very interested and engaged with

12  the case and had read -- obviously, read the MSA very

13  carefully, but is looking forward to that appointment.

14          JUDGE FARAH:  She seems very excited about it.  She's

15  going to be great.  We're all benefiting by having her.

16          JUDGE LEVY:  Yeah.  I think so.

17          The only other thing I have is I have set aside time

18  on March 10th and March 24th at two o'clock, if there are

19  discovery disputes that need to be addressed.  And our next

20  regular status conference would be April 7th.  All of these on

21  Wednesdays, also at two o'clock.

22          I was available on March 31st, but it turns out

23  there's a deposition that day and I don't want to mess with the

24  deposition schedule.  And right now I think we're staying on

25  top of the issues that have come up.

1          So that will conclude what I have on the agenda,

2     unless I have missed something.

3          MR. MONROE:  Judge, this is Stephen Monroe for the

4     Washington plaintiffs.  May I be heard on a topic?

5          JUDGE LEVY:  What is the topic?

6          MR. MONROE:  This falls within the upcoming deadlines

7     on the agenda.  I just want to address the 90-day deadline to

8     complete the scans that is in the grid.

9          JUDGE LEVY:  Uh-huh?

10          MR. MONROE:  The upcoming April 21st deadline to

11     complete bone scans.  And there's a concern from my end and

12     from others that the limited availability of scans makes that

13     deadline pretty impractical for a large number of adults and

14     children.  So I was wondering how best to address that concern.

15     I'm happy to bring a motion, but I wanted to bring that up

16     now.

17          JUDGE LEVY:  Yeah.  Well, you know, I was interested

18     in knowing how many slots are available in the 11:00 a.m. to

19     4:00 p.m. time frame.

20          I think Mr. Lanciotti was going to look into that, if

21     he could.  Do you know --

22          MR. CUKER:  Your Honor -- I'm sorry.  It's Mark Cuker.

23     I'm looking at the website right now.  There's no 11:00 a.m.

24     slot.  The slots start at 1:00 p.m. to 3:45 and there's --

25          MS. GREENSPAN:  Your Honor, can I clarify?

1    JUDGE LEVY:  Yes, certainly.

2    MS. GREENSPAN:  Okay.  It started out with a 1:00 p.m.

3  to 4:00 p.m. schedule as the initial starting point, and it

4  will be expanded.  If the schedule fills up, then they're going

5  expand the numbers of slots.  It didn't fill up, you know, in

6  the first day.  So there was only one day and there wasn't very

7  much notice of it.  So that's understandable.  So it's 32 scans

8  in a four-hour period.  It can be expanded to a hundred a day.

9    JUDGE LEVY:  Oh, terrific.

10    So, Mr. Monroe, what I would urge you to do is see how

11  many of your clients you can get in.  How many clients do you

12  have?

13    MR. MONROE:  We have -- currently, we're preparing to

14  register over a thousand this week.  We have over 5,000 on the

15  census.  My concern is that for a large majority of our clients

16  the scan might be the only way to prove any kind of damages on

17  the grid.

18    JUDGE LEVY:  Okay.  Mr. Monroe, we're all aware of how

19  the grid works.  So thank you for updating everybody on that.

20  And so what I urge you to do is get started signing them up.

21    There is an effort underway to expand to another bone

22  scan -- additional bone scanning.  So let's see how it goes.  I

23  think it's too early to say that we need more time.  If it

24  comes to that, the demand is there.  Certainly you could

25  contact all of the settling lawyers, see if they would agree to

1   that, and then proceed from there if they don't with -- by

2   contacting co-liaison counsel for individuals and asking them

3   to submit such a motion.

4           MR. MONROE:  Certainly, Judge.  Thank you for your

5   time and guidance.

6           JUDGE LEVY:  Sure.  Thank you.

7           Okay.  Well, I think that that will conclude the

8   hearing today.  I just encourage everybody to get on as many

9   lists to get vaccinated.  I'm considering it my own personal

10  duty to use the word "vaccine" every hour that I'm on the

11  record with anyone because there's just so much misinformation

12  about it.  So I've got a one-person campaign to encourage

13  everybody.  Especially the criminal defendants on my docket.

14  They're not here today, but I talk to them all day about it.

15          So I hope that everybody's making progress as much as

16  you can in your county with that, and I will see you all,

17  potentially, on March 10th and the 24th, but certainly on April

18  7th.

19          So stay safe, everybody.

20          And good to see you, Judge Farah.

21          JUDGE FARAH:  Thank you, Your Honor.

22          JUDGE LEVY:  Great.  Okay.

23      (At 2:41 p.m., matter concluded.)

24                      -   -   -

25

1                    C E R T I F I C A T E

2

3          I, Darlene K. May, Official Court Reporter for the

4    United States District Court, Eastern District of Michigan, do

5    hereby certify that the foregoing is a true and correct

6    transcript, to the best of my ability, from the record of

7    proceedings in the above-entitled matter.  I further certify

8    that the transcript fees and format comply with those

9    prescribed by the Court and the Judicial Conference of the

10   United States.

11

12   February 28, 2021          /s/ Darlene K. May
     Date                       Darlene K. May, CSR, RPR, CRR, RMR
13                              Federal Official Court Reporter
                                Michigan License No. 6479
14

15

16

17

18

19

20

21

22

23

24

25