# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

## NOTICE REGARDING FLINT WATER CASES QUALIFIED SETTLEMENT FUND CATEGORIES, MONETARY AWARDS, AND REQUIRED PROOFS GRID [1319-2]

On January 21, 2021, the Court entered an order entitled "Opinion and Order Granting Plaintiffs' Motion to Establish Settlement Claims Procedures and Allocation and for Preliminary Approval of Class Settlement Components [1318] and Granting Plaintiffs' Motion for an Order Adopting the Proposed Motion for Approval of Wrongful Death Settlement [1334]" (the "Preliminary Approval Order"). (ECF No. 1399, PageID.54398–54469.) The Preliminary Approval Order included preliminary approval of the negotiated document entitled, "Flint Water Cases (FWC) Qualified Settlement Fund Categories, Monetary Awards,

and Required Proofs Grid" (the "Grid"). (ECF No. 1319-2, PageID.40787–40831.)

Since the Preliminary Approval Order was entered, two docket entries have addressed aspects of the Claimants' (as defined in the Master Settlement Agreement (ECF No. 1394-2, PageID.54128)) options to obtain additional proofs under certain categories in the Grid. (ECF No. 1436; ECF No. 1443 (*withdrawn*, ECF No. 1449).) Additionally, the Court received a letter, which provides information related to the option for individuals who choose to obtain a test using an X-Ray fluorescence ("XRF") device. The letter is attached as Exhibit A to this Notice for informational purposes only.

Dated: March 5, 2021　　　　　　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　　　United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 5, 2021.

　　　　　　　　　　　　　　　　　　s/William Barkholz
　　　　　　　　　　　　　　　　　　WILLIAM BARKHOLZ
　　　　　　　　　　　　　　　　　　Case Manager