UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases | No. 5:16-cv-10444-JEL-MKM |
| | HON. JUDITH E. LEVY |
| | MAG. MONA K. MAJZOUB |

**INDEX OF EXHIBITS**

| Exhibit | Description |
|---|---|
| 1 | Cohen Milstein Sellers & Toll PLLC Declaration |
| 2 | Levy Konigsberg, LLP Declaration |
| 3 | Pitt McGehee Palmer Bonanni & Rivers Declaration |
| 4 | Napoli Shkolnik PLLC Declaration |
| 5 | The Abood Law Firm Declaration |
| 6 | Anapol Weiss Declaration |
| 7 | Bronstein, Gewirtz & Grossman, LLC Declaration |
| 8 | Cynthia M. Lindsey & Associates, PLLC Declaration |
| 9 | DedendumGroup LLC Declaration |
| 10 | Freedman Boyd Hollander Goldberg Urias & Ward P.A. Declaration |
| 11 | Goodman Hurwitz & James, P.C. Declaration |
| 12 | Hart McLaughlin & Eldridge, LLC Declaration |
| 13 | Klafter Lesser LLP Declaration |
| 14 | Law Office of Cirilo Martinez, PLLC Declaration |
| 15 | Law Offices of Deborah LaBelle Declaration |
| 16 | Law Offices of Teresa A. Bingman Declaration |
| 17 | Lieff Cabraser Heimann & Bernstein, LLP Declaration |
| 18 | Maddin Hauser Roth & Heller, P.C. Declaration |
| 19 | McAlpine PC Declaration |
| 20 | McGuire Law, P.C. Declaration |
| 21 | Milberg Phillips Grossman LLP Declaration |
| 22 | Morgan Law Firm, Ltd. Declaration |
| 23 | Motley Rice LLC Declaration |
| 24 | Reich and Binstock, LLP Declaration |
| 25 | Relman Colfax PLLC Declaration |
| 26 | Samuel R. Bagenstos Declaration |

| | |
|---|---|
| 27 | Sawin Law Ltd. Declaration |
| 28 | Shea Law Firm, PLLC Declaration |
| 29 | Susman Godfrey L.L.P. |
| 30 | Weitz & Luxenberg, P.C. Declaration |