UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In Re* Flint Water Cases

_____/

This Order Related to:

ALL CASES

_____/

No. 5:16-cv-10444-JEL-MKM

HON. JUDITH E. LEVY

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF GENESEE

IN RE FLINT WATER LITIGATION         CASE NO. 17-108646-NO
                                     JUDGE JOSEPH J. FARAH

**SUPPLEMENTAL STIPULATED JOINT ORDER REGARDING LIMITED APPOINTMENT OF NEXT FRIENDS FOR FOSTER CHILDREN AND OTHER WARDS OF THE STATE**

Pursuant to the stipulation of the Settling Parties and in furtherance of the implementation of the Stipulated Joint Order to Compel Production of Information Regarding Foster Children and Other Wards of the State and to Authorize the Identification of Next Friends for Appointment for Such Individuals ("Order"), the Court orders as follows:

A.  Pursuant to Paragraph C of the Stipulated Joint Order Regarding Limited Appointment of Next Friend for Foster Children and

Other Wards of the State entered by the Court on March 11, 2021, the Special Master and Master Guardian Ad Litem ("GAL") submit the following individual and entity, subject to review and approval by the Court, to serve as Next Friend for Foster Children during the registration period.

    a.  Gregory J. Gamalski and Bodman PLC

B.    A copy of his *curricula vitae* is attached Exhibit A. Following a review of the information submitted, the Court approves the additional individual and entity to act as Next Friend for the Foster Children. Each such Next Friend shall be assigned specific Foster Children for registration purposes. The appointment of the Next Friend is limited to registering Foster Children for the Settlement Agreement. The limited nature of this appointment is necessary because of the number of Foster Children that need to be registered on or before the current registration deadline of March 29, 2021. [ECF No. 1399 at Page ID 54467.] The Special Master and Master GAL may submit additional names of proposed individuals and entities, subject to review and approval by the Courts, to serve as Next Friends for Foster Children during the registration period.

C. At the registration stage, the registrants are not required to submit proof of exposure (which generally would require information about the child's location in Flint during specified time periods), registrant's social security numbers, addresses since April 25, 2014, and notification to registrant's other relatives or court-appointed representatives as this information is not readily available and may be supplemented during the claims period. Next Friends appointed pursuant to this Order are not required to disclose their social security numbers on the registration form. Further, the Master GAL and Special Master will provide assistance, if necessary, during the claims period to assure that all proper notifications are made as contemplated by the forms and the Settlement Agreement.

D. The Special Master and Master GAL will submit a list of proposed individuals and entities as appropriate to serve as Next Friends for Foster Children to fulfill and undertake other functions of next friends for purposes of resolution of claims of minors and all functions assigned under the Settlement Agreement, including to submit Claims Materials and to execute trust agreements, structured settlement agreements, and any other agreements or documents necessary to accomplish full and

3

final resolution of the matter on behalf of any Foster Child, as well as how the Monetary Awards should be received and managed on their behalf through providers who have been approved pursuant to the Settlement Agreement. Next Friends shall be permitted to supplement information provided on behalf of Foster Children during the registration period prior to the expiration of the deadline for Claims Forms, which is currently August 26, 2021. [*Id.* at Page ID 54468.]

      E.    Individual or entities acting as Next Friends for Foster Children during the registration period are not precluded from acting as Next Friends to fulfill other functions assigned under the Settlement Agreement, subject to review and approval by the Court.

      F.    Next Friends shall have the authority to retain counsel and the Courts may assign counsel to assist the Next Friends. Any counsel assigned or retained shall be compensated pursuant to the terms of the Settlement Agreement.

      G.    The Courts may authorize reimbursement of reasonable and necessary expenses for Next Friends as an administrative expense from the Settlement Fund and/or from the amount of compensation determined to be owed to the individual Foster Child.

**IT IS SO ORDERED.**

Date: March 18, 2021

s/Judith E. Levy                                                   _____
HON. JUDITH E. LEVY                                HON. JOSEPH J. FARAH

The State of Michigan and State Defendants

Dana Nessel
Attorney General

*/s/ Richard S. Kuhl*
Richard S. Kuhl
Margaret A. Bettenhausen
Nathan A. Gambill
Charles A. Cavanagh
Assistant Attorneys General
Environment, Natural Resources, and Agricultural Division
Lansing, MI 48909
(517) 335-7664
kuhlr@michigan.gov
bettenhausenm@michigan.gov
gambilln@michigan.gov
ccavanagh2@michigan.gov

Dated: March 15, 2021

Governor Gretchen Whitmer

/s/ Todd R. Mendel
Todd R. Mendel
Eugene Driker
Special Assistant Attorneys General
Barris, Sott, Denn & Driker, PLLC
333 W. Fort Street, Suite 1200
Detroit, MI 48226
(313) 965-9725
tmendel@bsdd.com
edriker@bsdd.com

Dated: March 15, 2021

Co-Counsel for McLaren Defendants

/s/ Susan E. Smith
Susan E. Smith
Beveridge & Diamond, P.C.
1900 N Street, Suite 100
Washington, D.C. 20036
(202) 789-6000
ssmith@bdlaw.com

Dated:  March 15, 2021

Co-Counsel for McLaren Defendants

/s/ J. Brian MacDonald
J. Brian MacDonald
Cline, Cline & Griffin
503 S. Saginaw St., Suite 1000
Flint, MI 48503
(810) 232-3141
bmacdonald@ccglawyers.com

Dated:  March 15, 2021

Counsel for Flint Defendants

/s/ William Y. Kim
William Y. Kim, Assistant City Attorney
City of Flint, Department of Law
1101 S. Saginaw St., 3rd Floor
Flint, MI 48502
(810) 766-7146
wkim@cityofflint.com

Dated: March 15, 2021

Counsel for Flint Defendants

/s/ Frederick A. Berg, Jr.
Frederick A. Berg, Jr.
Butzel Long, P.C.
150 West Jefferson, Suite 100
Detroit, MI 48226
(313) 225-7000
berg@butzel.com

Dated: March 15, 2021

Co-Lead Class Counsel

/s/ Michael L. Pitt
Michael L. Pitt
Pitt McGehee Palmer Bonanni & Rivers PC
117 W. Fourth Street, Suite 200
Royal Oak, MI 48067
(248) 398-9800
mpitt@pittlawpc.com

Dated: March 15, 2021

Co-Liaison Counsel for Individual Plaintiffs

/s/ Corey M. Stern
Corey M. Stern
Levy Konigsberg, LLP
800 Third Avenue, 11th Floor
New York, NY 10022
(212) 605-6298
cstern@levylaw.com

Dated: March 15, 2021

Co-Lead Class Counsel

/s/ Theodore J. Leopold
Theodore J. Leopold
Cohen Milstein Sellers & Toll PLLC PLLC
11780 U.S. Highway One
Suite N500
Palm Beach Gardens, FL 33408
(561) 515-1400
tleopold@cohenmilstein.com

Dated:  March 15, 2021

Co-Liaison Counsel for Individual Plaintiffs

/s/ Hunter Shkolnik
Hunter Shkolnik
Napoli Shkolnik PLLC
270 Munoz Rivera Avenue, Suite 201
Hato Rey, Puerto Rico 00918
(787) 493-5088
hunter@napolilaw.com

Dated:  March 15, 2021

7

Counsel for Rowe Professional Services Company

/s/ Craig S. Thompson
Craig S. Thompson
Sullivan, Ward, Patton, Gleeson, and Felty, P.C.
400 Galleria Officentre
Suite 500
Southfield, MI 48034
(248) 746-0700
cthompson@sullivanwardlaw.com

Dated: March 15, 2021