UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In re* FLINT WATER CASES | Civil Action No. 5:16-cv-10444-JEL- (consolidated) <br><br> Hon. Judith E. Levy |

**NOTICE OF THE SPECIAL MASTER REGARDING
REGISTRATION PROCESS FOR AMENDED SETTLEMENT AGREEMENT**

On January 21, 2021, the Court issued its *Opinion and Order Granting Plaintiffs' Motion to Establish Settlement Claims Procedures and Allocation and for Preliminary Approval of Class Settlement Components [1318] and Granting Plaintiffs' Motion for an Order Adopting the Proposed Motion for Approval of Wrongful Death Settlement [1334]*, ECF 1399 ("Order").[1]

The registration process under the Amended Settlement Agreement approved preliminarily by the Order is ongoing. The deadline to register is March 29, 2021. Forms and additional information are available at the website https://www.officialflintwatersettlement.com. The Court has asked for a report on the current number of registrations received by the Claimes Administrator.

---

[1] All capitalized terms herein have the same meaning set forth in the Amended Settlement Agreement that the Court has preliminarily approved.

As of March 22, 2021, the Claims Administrator reports that there are approximately 29,220 registrants that have been entered into the Claims Administrator's database system.[2] The Claims Administrator also reports that there are approximately 4,121 additional registration forms that have been received but that are still being processed and will shortly be entered into the database system. The total number of registration forms received by the Claims Administrator, therefore, is 33,341.

Respectfully submitted,

Date: March 23, 2021

*/s/ Deborah E. Greenspan*
Deborah E. Greenspan
Special Master
BLANK ROME LLP
Michigan Bar # P33632
1825 Eye Street, N.W.
Washington, DC 20006
Telephone: (202) 420-2200
Facsimile: (202) 420-2201
DGreenspan@blankrome.com

---

[2] This number is approximate only because the Claims Administrator has identified some registrations that appear to be duplicates and is currently examining those records to confirm whether they are in fact duplicates.

# **CERTIFICATE OF SERVICE**

I certify that on March 23, 2021, I electronically filed the foregoing document with the Clerk of the Court using the Court's ECF system, which will send notification of such filing to attorneys of record.

Date: March 23, 2021

*/s/ Deborah E. Greenspan*
Deborah E. Greenspan
Special Master
BLANK ROME LLP
Michigan Bar # P33632
1825 Eye Street, N.W.
Washington, DC 20006
Telephone: (202) 420-2200
Facsimile: (202) 420-2201
DGreenspan@blankrome.com