**FLINT WATER CASE**

**Bone Lead Assessment - Second Site Goals**
- increase access to bone lead assessment to all Flint residents
- replicate protocols of existing site (Napoli/Specht/Weitzman) so outcomes are consistent

**Anticipated Steps**
**Step 1a:** Meet with Specht.

**Step 1b:** Acquire written details of Specht's protocol regarding how the XRF device is customized; how each test is performed; how the device is calibrated; how the spectra are analyzed. Replicate waivers/consent that Flint residents sign.

**Step 2:** Establish funding mechanism to set up a second site. Establish contracts, approvals, and oversight mechanism.
   - Estimated costs of Flint site: approximately $550,000 through Aug 26 (w/out facility fees)
   - Estimated costs of analysis:  approximately $50,000 through Aug 26

**Step 3:** Meet with compliance authorities to lay out regulatory requirements needed to conduct this assessment. Acquire all approvals, as needed. Establish and approve waivers/consents.

**Step 4:** Purchase Niton XRF device from Thermo; customize it; confirm the device is working properly. Register the device in State of MI

**Step 5:** Conduct safety assessment of the XRF device for subject and operator (dosimetry tests)

**Step 6:** Acquire facility to conduct assessments (site approvals, access; COVID safety; privacy; security; secure wifi, ...)

**Step 7:** Identify physician willing to participate and sign off on assessments

**Step 8:** Establish and approve protocol for the bone lead assessment process –scheduling, access to site, COVID safety, XRF safety, privacy, calibration, analysis, reporting. Confirm physician approval of protocols and entire workflow.

**Step 9:** Hire individuals (eg, nurses) to execute protocol

**Step 10:** Establish scheduling technology and execute communication campaign regarding second site availability

**Step 11:** Open site and execute assessments according to protocol. Document assessments. Conduct periodic safety tests, (eg, leak tests) and document.

**Step 12:** Analyze spectra in timely manner. Contact individuals with bad spectra for return visit. Report outcomes.

**Step 13**: Compare mean and standard deviation of assessments between Specht and UofM groups of participants.



EXHIBIT 7