# EXHIBIT 4

Highly Confidential - Marc Edwards, Ph.D.

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | EASTERN DISTRICT OF MICHIGAN |
| 3 | SOUTHERN DIVISION |
| 4 | |
| 5 | ------------------------------) Civil Action No.: |
| 6 | IN RE:   FLINT WATER CASES    ) 5:16-cv-10444-JEL-MKM |
| 7 | ) (consolidated) |
| 8 | ) |
| 9 | ) Hon. Judith E. Levy |
| 10 | ------------------------------) Mag. Mona K. Majzoub |
| 11 | |
| 12 | HIGHLY CONFIDENTIAL |
| 13 | VIDEOTAPED DEPOSITION OF MARC EDWARDS, PH.D. |
| 14 | |
| 15 | FRIDAY, AUGUST 7, 2020 |
| 16 | Volume 1 |
| 17 | |
| 18 | Remote oral deposition of MARC EDWARDS, PH.D., |
| 19 | conducted at the location of the witness in |
| 20 | Blacksburg, Virginia, commencing at approximately 9:06 |
| 21 | a.m., on the above date, before JULIANA F. ZAJICEK, a |
| 22 | Registered Professional Reporter, Certified Shorthand |
| 23 | Reporter, Certified Realtime Reporter and Notary |
| 24 | Public. |

Golkow Litigation Services                                    Page 1

Highly Confidential - Marc Edwards, Ph.D.

1  A. No, no. I -- I would say -- I don't know
2  what the detection limit of their method was and I
3  just -- I don't know how they were selecting their
4  homes and so I would -- and I would never say it's
5  zero anyway, because it's not zero. You know, you've
6  got to manage expectations.
7       So if your detection limit is 5, then you
8  are saying it is undetectable, but that doesn't mean
9  it is zero. You know, it is below -- it is below the
10 detection limit of whatever method you are using.
11 Q. It is just scientifically implausible that
12 but for the -- the decisions that were made about
13 treating the Flint River water, the lead levels would
14 have been zero?
15 A. Yeah, there is just -- there is no way
16 with that system that it -- it's plausible if the
17 detection limit was 5 of the instrument they used, but
18 if they would have used an instrument that had a
19 detection limit of 1 or .1 as ours does, there is just
20 no way it's below detection. I mean, there is just
21 too much lead in that system, and we saw what happened
22 in Detroit.
23      So I would have expected very similar or
24 slightly worse results in Flint than in Detroit as the

Highly Confidential - Marc Edwards, Ph.D.

```
 1   quantum leap.
 2              But jumping forward, you -- if I heard you
 3   right, you felt sometime between May and June of 2016
 4   that the water was relatively safe, you won't say
 5   safe, you used the word "relatively safe," and you
 6   compare that to other cities that it was relatively
 7   safe.
 8              Is that correct?
 9        A.    2017, some years after.
10        Q.    2016 -- 2016?
11        A.    No, I don't think I said -- I mean,
12   relatively -- maybe with a filter.  Maybe for bathing.
13   I don't think I said that for lead.
14              But anyway, I -- I always provide context,
15   so I'd be very curious about if you are citing a
16   statement I said it was relatively safe in 2016
17   exactly what I said.
18        Q.    I thought you said that.
19              But how was -- how -- was there a point in
20   time that you did make a statement that it was
21   relatively safe to drink the water?
22        A.    With the caveats that if you use a lead
23   filter appropriately, I'm -- I'm certain I said that.
24   Yeah, that was -- that was probably very --
```

Highly Confidential - Marc Edwards, Ph.D.

```
 1   it -- it is a legitimate LCR sampling protocol.  This
 2   is not an LCR sampling, though, because we couldn't do
 3   the -- confirm the 50 percent homes without lead pipes
 4   and we are not a certified lab, et cetera.
 5        Q.   The detection limits for the analysis that
 6   were performed on the water that was collected in that
 7   August sampling event, do you know what the detection
 8   limits were?
 9        A.   For lead it was probably .1 ppb or less.
10        Q.   Okay.  What type of sampling -- or -- or I
11   should say laboratory analysis was performed to have a
12   detection level that low?
13        A.   It's called an inductively coupled plasma
14   mass spectrometer, ICP-MS.
15        Q.   Okay.  I'm not going to try to say that
16   five times fast.
17        A.   I couldn't say it again either, so.  Let's
18   just say ICP-MS from henceforth.
19        Q.   Okay.  Is that considered a -- a
20   state-of-the-art laboratory analysis for purposes of
21   analyzing lead content in water?
22        A.   Yes, and we are -- I have a research
23   scientist who I fund who runs the instrument.  He is
24   published on lead analytical procedures in
```

Highly Confidential - Marc Edwards, Ph.D.

```
1                  DEPOSITION ERRATA SHEET

2        Page No._____Line No._____Change to:_____

3        _____

4        Reason for change:_____

5        Page No._____Line No._____Change to:_____

6        _____

7        Reason for change:_____

8        Page No._____Line No._____Change to:_____

9        _____

10       Reason for change:_____

11       Page No._____Line No._____Change to:_____

12       _____

13       Reason for change:_____

14       Page No._____Line No._____Change to:_____

15       _____

16       Reason for change:_____

17       Page No._____Line No._____Change to:_____

18       _____

19       Reason for change:_____

20       Page No._____Line No._____Change to:_____

21       _____

22       Reason for change:_____

23       SIGNATURE:_____DATE:_____

24                       MARC EDWARDS, PH.D.
```