# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| *In Re Flint Water Cases,* | No. 5:16-cv-10444-JEL-MKM (consolidated) |
| | Hon. Judith E. Levy |
| | Mag. Mona K. Majzoub |
| *Washington,* et al., | No.: 16-cv-11247 |
| Plaintiffs, | |
| v. | |
| *State of Michigan*, et al., | |
| Defendants. | |

## AMENDED ATTORNEY'S DECLARATION

Pursuant to the Revised Settlement Agreement, ECF 1394-2, Article XX – Objections, Section 20.2, PageID.54184 and 54185, filed with this Court on January 15, 2021, the following is the sworn statement of Stephen F. Monroe regarding his representation of CHARLES ROBINSON in this litigation, according to the requirements set forth in the Preliminary Approval Order," ECF 1319, entered by the Court on January 21, 2021. The undersigned, being duly sworn, states the following:

1. My name is Stephen F. Monroe, a partner of Marc J. Bern & Partners, LLP.
2. Marc J. Bern & Partners, along with 1-800-LAW-FIRM PLLC and EXCOLO LAW, PLLC, represents CHARLES ROBINSON as a Claimant.
3. I have filed an Objection under Article XX of the Revised Settlement Agreement on behalf of CHARLES ROBINSON.
4. CHARLES ROBINSON is a Claimant in this proposed settlement and is being registered as such on March 29, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Stephen F. Monroe, Esq.

Executed on March 29, 2011.