UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases | No. 5:16-cv-10444-JEL-MKM |
| | Hon. Judith Levy |
| | Mag. Mona K. Majzoub |

## NOTICE OF APPEARANCE AND PROOF OF SERVICE

Please enter the appearance of M. FRANK BEDNARZ in the above-captioned matter on behalf of class member and objector Robert Hempel.

Dated: March 29, 2021        */s/ M. Frank Bednarz*
M. Frank Bednarz (IL ARDC No. 6299073)
HAMILTON LINCOLN LAW INSTITUTE
CENTER FOR CLASS ACTION FAIRNESS
1145 E. Hyde Park Blvd. Unit 3A
Chicago, IL 60615
Phone: 801-706-2690
Email: frank.bednarz@hlli.org

*Attorney for Robert Hempel*

1

## CERTIFICATE OF SERVICE

    I hereby certify that on March 29, 2021, I electronically filed the foregoing document with the Clerk of the Court using the ECF System, which will send notification to the ECF counsel of record.

                                      */s/ M. Frank Bednarz*
                                      M. Frank Bednarz