# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

|  |  |
|---|---|
| *In re* Flint Water Cases | No. 5:16-cv-10444-JEL-MKM |
|  | Hon. Judith Levy |
|  | Mag. Mona K. Majzoub |

## HALL OBJECTORS – INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| **A** | Notice of Intent to Appear |
| **B** | Declaration of Raymond Hall |
| **C** | Declaration of Robert Hempel |
| **D** | Declaration of Ashley Jankwiak |
| **E** | Declaration of Theodore H. Frank |
| **F** | Declaration of M. Frank Bednarz |
| **F.1** | Paul Egan, *Concerns mount over attorneys fees in Flint Water settlement. Here's why*, DETROIT FREE PRESS (Mar. 23, 2021) |
| **F.2** | Michael Nafso, *Attorney addresses growing concerns over attorney fees in Flint water settlement*, ABC12 (Mar. 24, 2021) |
| **F.3** | Email exchange between M. Frank Bednarz and Counsel |
| **F.4** | Letter from M. Frank Bednarz to Class and Liaison Counsel, March 22 |
| **F.5** | Letter from Theodore Leopold to M. Frank Bednarz, March 24 |
| **F.6** | Napoli Shkolnik PLLC, *Our Attorneys* |
| **F.7** | J. Buenzow LinkedIn Resume |
| **F.8** | C. Calhoun LinkedIn Resume |
| **F.9** | S. Dykes LinkedIn Resume |
| **F.10** | T. Feldman LinkedIn Resume |
| **F.11** | D. Long LinkedIn Resume |
| **F.12** | P. Richardson LinkedIn Resume |
| **F.13** | Glassdoor – UnitedLex Project Attorney Hourly Pay |