# Bednarz Decl.

# EXHIBIT 2

ADVERTISEMENT

# Attorney addresses growing concerns over attorney fees in Flint water settlement

While waiting on a judge to rule on amount for attorney fees, there's a growing call for greater transparency during the process



By Michael Nafso

*Published: Mar. 24, 2021 at 10:21 PM CDT*

FLINT, Mich. (WJRT) - (03/24/2021) - More than 33,000 people have signed on to participate in the $641 million Flint water settlement.

The deadline to sign up is Monday, but there is concern about attorney fees, which could total more than $200 million of that money.

While waiting on a judge to rule on that amount, there's a growing call for greater transparency on this process.

During Monday's Special Affairs Committee meeting, Flint City Council joined Mayor Sheldon Neeley, demanding transparency through every step of the settlement process.

ADVERTISEMENT

"The Flint community has suffered enough and deserves transparency to ensure these dollars are given to Flint families and children as intended." Neeley said.

"This would be a thorough review and opportunity for residents to see documentation of fees and expenses on their behalf," he added.

Neeley wants to know how the attorneys would be entitled to making a third of the overall proposed settlement and find out exactly where all that money will be distributed, but it's not just city officials who are concerned.

"We all know and work with folks whose children have been severely affected by the Flint water crisis, and we really think that what is fair for the vast majority of those dollars to go to the kids who've been affected instead of going into the pockets of attorneys," State Representative, John Cherry said.

1/8



Cherry and other Flint area members of the Michigan House are urging Judge Levy to limit attorney fees to ten percent of the settlement instead of more than thirty percent, and they adopted that resolution formally on Wednesday.

Even though they can't legally lower the fee, they're making sure the court understands their opinion, but attorneys involved in the case disagree.

"We've been litigating aggressively to the tune of about maybe 80,000 or 90,000 hours of lawyer work time and about 10 or so million in costs," Attorney Hunter Shkolnik said.

Shkolnik is the co-lead counsel for the individual plaintiffs. He says a six-percent fee is normal for lead counsel, making up up roughly $50 million of that $200 million.

ADVERTISEMENT

The remaining $150 million or so would go to lawyers with individual retainer agreements, paying their lawyer 27 percent instead of a third that's allowed under the State Bar of Michigan. Shkolnik says they negotiated to bring that number down to keep the attorney fees in the overall settlement down.

As for transparency, he says there's a special master assigned to monitor the hours for the lawyers every month and encourages the public to follow the proceedings which are open to them,

"If they heard the caring and the attention of the judge and the special master, they would understand that no one is doing something behind their back or inappropriate," Shkolnik said.

To visit the U.S. District Court for the Eastern District of Michigan and locate upcoming hearings, click here.

*Copyright 2021 WJRT. All rights reserved.*



**Mother of Lapeer student who was assaulted, bullied speaks out**

**Sponsored Stories**

Smartfeed



[Gallery] 35 Resignation Letters Giving Anyone Inspiration
Ninja Journalist



This Rug Company Showcases The Benefits Of Washable Rugs.
Ruggable



The 8-in-1 Always Pan has a brand new trick
Our Place



The Most Successful Attorneys In Chicago - See The List
Attorney|Sponsored Listings



**Want to feed your cat no corn, no wheat, no soy? No problem.**
Hill's Pet



**Surgeon: Tinnitus? When The Ringing Won't Stop, Do This (Watch)**
newhealthylife.club

Sponsored   2/5

Recommended For You

Read More

Is Hummingbird Cake the South's Ind...?

sponsored by Naploungewearty

Safe Renig for a good for immigration

12 NEWS FIRST ALERT WEATHER VACCINE

Effortless, Freeing and Timeless Loungewear Designed for You    Shop Now

Effortless, Freeing and Timeless Loungewear Designed for You    Shop Now

Effortless, Freeing and Timeless Loungewear Designed for You    Shop Now

**Recommended For You**

12 facts about hummingbirds & their migration

12 Facts about Magnolias you might not know

**Sponsored Stories**



Sneakers Too Casual? Treat Your Feet to This Beautiful Shoe
Everlane

[Gallery] Insane Breakup Messages You Need to See to Believe
Lifestyle A2Z

**Recommended For You**



Here's How To Grow Veggies In A 5-Gallon Bucket



A woman in white appears on the Myrtles Plantation

## Sponsored Stories



**Barre to the Core - 14 Day Barre Challenge**
Alo Moves - Yoga & Fitness Online



**From using a Commodore 64, to teaching, to NSA Deputy Director – Read how Christina S. uses her passion for computer science to advance others.**
intelligencecareers.gov



**Neuropathy (Nerve Pain)? Do This Immediately (Simple**
Did U Know Reviews



**10 Classic Baby Girl Names That Are Ready to Make a Comeback**
Ancestry

## More From This Site



**Two feuding families and one delicious meal**



**6 Things You May Not Have Known About Coca-Cola**



**Let's Go Glamping**



**Do You Know The Difference Between A Graveyard and A Cemetery?**

Recommended by Outbrain|▷

ADVERTISEMENT

## Most Read

▶ Flint police raid Mott Park home, after multiple drive-by shootings and complaints



▶ Public helps foil attempted armed robbery of Saginaw Township Menard's store



▶ Mother of Lapeer student who was assaulted, bullied speaks out



▶ Fire destroys condemned Richfield Court Apartment building, displaces 7 in Flint



Michigan lawmakers pass bill make gas cans easier to use



ADVERTISEMENT

### Latest News



State officials address hate against Asian Americans



New developments in Wurtsmith PFAS contamination saga add insult to injury for locals



▶ State officials address hate against Asian Americans in public forum



▶ New developments in Wurtsmith PFAS contamination saga add insult to injury for locals



▶ Flint resident urges community members and elected officials to help people register ahead of fast-approaching deadline

ADVERTISEMENT

ADVERTISEMENT

| News | Weather | **WJRT** |
| Sports | Contact Us | 2302 Lapeer Road |
| Community | Coronavirus | Flint, MI 48503 |
| Submit Photos and Videos | Live Stream | (810) 233-3130 |
| Live Events | ABC12 D2 | |
| Flint Water Emergency | Days Of Giving | |
| Obituaries | Signal Problems? | |

Public Inspection File    mailto:jayne.e.berklich@abc12.com - (810) 233-3130    Terms of Service    Privacy Policy    EEO Statement    FCC Applications    Advertising

A Gray Media Group, Inc. Station · © 2002-2021 Gray Television, Inc.

