# Bednarz Decl.

# EXHIBIT 5

# COHENMILSTEIN

Theodore Leopold<br>
(561) 515-2608<br>
(561) 515-1401<br>
tleopold@cohenmilstein.com

March 24, 2021

*Via Email Only*

M. Frank Bednarz
Hamilton Lincoln Law Institute
1145 E. Hyde Park Blvd. Unit 3A
Chicago, IL 60615
frank.bednarz@hlli.org

      Re:    *In re Flint Water Cases*, No. 16-cv-10444-JEL-MKM (E.D. Mich.)

Dear Mr. Bednarz:

      We are in receipt of your correspondence from March 22, 2021. Materials supporting our attorneys' fee request—including declarations from the requesting firms, and billing summaries organized by attorney and by task—were filed publicly with our Motion for an Award of Attorneys' Fees and Reimbursement of Expenses, on March 8. In addition, we have submitted detailed time records to Special Master Deborah Greenspan on a monthly basis, in accordance with the Court's Time & Expense Order. ECF No. 507 ¶¶ 7-11.

      The Court will ultimately determine the amount of attorneys' fees in this case, and the materials provided are sufficient for the Court to evaluate our request and make a final determination. However, as discussed in our Motion, should the Court request additional support, we will provide detailed time records for the Court to review *in camera*. ECF No. 1458 at 32 n.55. We do not plan to distribute these detailed records more broadly, as they include material protected by Attorney-Client Privilege and Work Product Protection.

      Sincerely,

      */s/ Theodore Leopold*
      Theodore Leopold