# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In re* FLINT WATER CASES | Civil Action No. 5:16-cv-10444-JEL-(consolidated) <br><br> Hon. Judith E. Levy |

## NOTICE OF THE SPECIAL MASTER REGARDING UPDATE ON REGISTRATION PROCESS FOR AMENDED SETTLEMENT AGREEMENT

On January 21, 2021, the Court issued its *Opinion and Order Granting Plaintiffs' Motion to Establish Settlement Claims Procedures and Allocation and for Preliminary Approval of Class Settlement Components [1318] and Granting Plaintiffs' Motion for an Order Adopting the Proposed Motion for Approval of Wrongful Death Settlement [1334]*, ECF 1399 ("Order").[1]

The deadline for registering to make a claim for compensation under the Amended Settlement Agreement approved preliminarily by the Order was March 29, 2021. On March 23, 2021, I submitted a Notice of the Special Master Regarding the Registration Process for Amended Settlement Agreement, ECF 1487. In that Notice, I reported that the Claims Administrator had received approximately 33,341 registrations as of March 22, 2021, although there could be some duplicate

---

[1] All capitalized terms herein have the same meaning set forth in the Amended Settlement Agreement that the Court has preliminarily approved.

1

submissions in that total. As of the morning of March 30, 2021, the Claims Administrator had received approximately 45,422 registrations that have been screened and that have been reviewed initially. (That total number likely includes some duplicate submissions.) The Claims Administrator also received thousands of additional registration forms – both electronically and by mail – between March 26 and midnight on March 29 that have not yet been screened or tallied. These registrations are in the review process and it appears likely that some may be duplicative of earlier registrations. It is therefore not possible at this time to provide the total number of registrations. In addition, the Claims Administrator is likely to receive additional registrations in the mail that are postmarked by March 29, 2021.

As the Claims Administrator continues the review process, I will provide additional updated information. Currently the Claims Administrator estimates that it will take at least a week to complete the review and additional time after that to determine the number of duplicative registrations.

Respectfully submitted,

Date: March 31, 2021      */s/ Deborah E. Greenspan*
Deborah E. Greenspan
Special Master
BLANK ROME LLP
Michigan Bar # P33632
1825 Eye Street, N.W.
Washington, DC 20006
Telephone: (202) 420-2200
Facsimile: (202) 420-2201
DGreenspan@blankrome.com

## CERTIFICATE OF SERVICE

I certify that on March 31, 2021, I electronically filed the foregoing document with the Clerk of the Court using the Court's ECF system, which will send notification of such filing to attorneys of record.

Date: March 31, 2021

*/s/ Deborah E. Greenspan*
Deborah E. Greenspan
Special Master
BLANK ROME LLP
Michigan Bar # P33632
1825 Eye Street, N.W.
Washington, DC  20006
Telephone: (202) 420-2200
Facsimile: (202) 420-2201
DGreenspan@blankrome.com