**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE FLINT WATER CASES | No. 5:16-cv-10444-JEL-MKM (consolidated)<br>Hon. Judith E. Levy |

**MOTION OF SARAH REYNOLDS TO WITHDRAW AS COUNSEL FOR DEFENDANTS VEOLIA NORTH AMERICA, LLC, VEOLIA NORTH AMERICA, INC., AND VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC**

Sarah Reynolds hereby moves to withdraw as counsel for Defendants Veolia North America, LLC, Veolia North America, Inc., and Veolia Water North America Operating Services, LLC ("the VNA Defendants") and states the following in support:

1. As of Friday, April 9, 2021, Sarah Reynolds will no longer be affiliated with Mayer Brown LLP and will no longer represent the VNA Defendants in this case.

2. The other counsel currently representing the VNA Defendants in this matter will continue to represent the VNA Defendants.

Accordingly, attorney Sarah Reynolds respectfully requests that this Court enter an order permitting her withdrawal as counsel for the VNA Defendants. A proposed order is attached as Exhibit A.

Respectfully submitted,

| **MAYER BROWN LLP** | **BUSH SEYFERTH PLLC** |
|---|---|
| By: */s/ Sarah E. Reynolds* <br> Sarah E. Reynolds <br> Mayer Brown LLP <br> 71 S. Wacker Dr. <br> Chicago, IL 60606 <br> (312) 701-7644 <br> sreynolds@mayerbrown.com | By: : /s/ *Michael R. Williams* <br> Cheryl A. Bush (P37031) <br> Michael R. Williams (P79827) <br> 100 W. Big Beaver Road, Suite 400 <br> Troy, MI 48084 <br> (248) 822-7800 <br> bush@bsplaw.com <br> williams@bsplaw.com |

*Attorneys for Veolia North America, LLC, Veolia North America, Inc., and Veolia Water North America Operating Services, LLC*

Dated: April 9, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2021, I electronically filed the foregoing document with the Clerk of the Court using the ECF System, which will send notification to the ECF counsel of record.

    Respectfully submitted,

| **MAYER BROWN LLP** | **BUSH SEYFERTH PLLC** |
|---|---|
| By: */s/ Sarah E. Reynolds* <br> Sarah E. Reynolds <br> Mayer Brown LLP <br> 71 S. Wacker Dr. <br> Chicago, IL 60606 <br> (312) 701-7644 <br> sreynolds@mayerbrown.com | By: /s/ *Michael R. Williams* <br> Cheryl A. Bush (P37031) <br> Michael R. Williams (P79827) <br> 100 W. Big Beaver Road, Suite 400 <br> Troy, MI 48084 <br> (248) 822-7800 <br> bush@bsplaw.com <br> williams@bsplaw.com |

*Attorneys for Veolia North America, LLC, Veolia North America, Inc., and Veolia Water North America Operating Services, LLC*

Dated:  April 9, 2021