# Exhibit A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN RE FLINT WATER CASES

No. 5:16-cv-10444-JEL-MKM
(consolidated)
Hon. Judith E. Levy

## ORDER PERMITTING WITHDRAWAL

This matter coming before the Court on the motion of Sarah Reynolds to withdraw as counsel for the VNA Defendants, and the Court being duly advised,

IT IS HEREBY ORDERED THAT Sarah Reynolds is withdrawn as counsel for the VNA Defendants, and she is no longer an attorney of record in any capacity.


Dated: _____, 2021         _____

                                       Honorable Judith E. Levy

9