# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

## ORDER REGARDING RESPONSES TO OBJECTIONS AND TO OTHER SETTLEMENT-RELATED FILINGS

The Court orders that all responses to objections, and to other settlement-related filings, be addressed together in a consolidated manner. Accordingly all such responses shall be addressed together in the motion for final approval of the settlement (and/or, as appropriate, in any responses related to the motion for final approval).

This consolidation order includes all responses related to the attorney fee motion (ECF No. 1458), whether such filings have been styled as objections (*see e.g.*, ECF Nos. 1556, 1557, 1562, 1548) or as a separate motion (*see, e.g.*, ECF No. 1586.).

IT IS SO ORDERED.

Dated: April 12, 2021　　　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　 JUDITH E. LEVY
　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 12, 2021.

　　　　　　　　　　　　　　　s/William Barkholz
　　　　　　　　　　　　　　　WILLIAM BARKHOLZ
　　　　　　　　　　　　　　　Case Manager