UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases. _____/ | Judith E. Levy<br>United States District Judge |

This Order Relates To:

ALL CASES

_____/

**ORDER GRANTING DEFENDANT VNA'S MOTION TO STAY CURRENT *DAUBERT* BRIEFING SCHEDULE [1592] AND REQUIRING BRIEFING IN RESPONSE TO VNA'S MOTION TO STRIKE EXPERT TESTIMONY [1591]**

Before the Court is Defendant Veolia North America, Inc. (VNA)'s motion to strike as untimely the reports of class experts Larry Russell, Howard Hu, Panagiotis Georgopoulos, David Keiser, Clifford Weisel, Pierre Goovaerts, Robert Simons, Daryn Reicherter, Lauren Tompkins, and Mona Hanna-Attisha. (ECF No. 1591.) Also before the Court is VNA's motion to stay—until such time as the Court rules on VNA's motion to strike—the current briefing schedule for VNA's other pending *Daubert* motions to exclude expert testimony. (ECF No. 1592.)

As to VNA's motion to strike, the Court ORDERS Plaintiffs to respond in writing by **Monday, April 19, 2021**. The Court will hear oral argument on this motion on **Thursday, April 22, 2021, at 11:30 a.m.**

Additionally, because of the complexities and tight briefing schedules involved in all issues described above, the Court GRANTS Defendant VNA's motion to stay and holds in abeyance the *Daubert* briefing schedule until such time as there is a ruling on the motion to strike. (ECF No. 1592.)

IT IS SO ORDERED.

Dated: April 15, 2021      s/Judith E. Levy
Ann Arbor, Michigan     JUDITH E. LEVY
    United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 15, 2021.

    s/William Barkholz
    WILLIAM BARKHOLZ
    Case Manager