**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| In Re Flint Water Cases, ) | |
| ) | Case No.: 16-cv-10444-JEL-MKM |
| ) | (consolidated with 16-cv-11247) |
| ) | |
| ) | Hon. Judith E. Levy |
| ) | |
| *Washington,* et al., ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| *City of Flint,* et al., ) | |
| Defendants, ) | |

## **DECLARATION OF OSBORN CHAMBERS**

Pursuant to 28 U.S.C. § 1746, I, OSBORN CHAMBERS, declare as follows:

1. My name is Osborn Chambers.

2. I have personal knowledge of the matters stated in this Declaration.

3. My family and I had the opportunity to receive a bone scan this month.

4. I understand that a bone scan could potentially help me and my loved ones get more money if the scans showed a high enough reading. I understand that this method could get me into a higher category and so wanted to try to do it because it would increase my chances of a higher award.

5. However, I know nothing about how these scans are done and know nothing about their safety. I know that it's an x-ray but have no knowledge regarding how much radiation is produced.

6. Making this decision was very hard for me because we had very little time to consider all the different things that go into this decision, like the chance for more money but what the risk might be to me and my family.

7. I would benefit for more time so that I can learn more about this x-ray and, if it's shown to be safe, would not hesitate to get a bone scan.

I declare, under penalty of perjury, that the foregoing is true and correct.

*/s Osborn Chambers*

Osborn Chambers

Executed on April 27, 2021

Flint, Michigan