**Subject:** Recent Motion re Bone Scans
**Date:** Tuesday, April 27, 2021 at 9:45:20 AM Eastern Daylight Time
**From:** Stern, Corey
**To:** Mark Cuker
**CC:** Theodore Leopold, Michael Pitt, Scheduling, Deborah Greenspan, Hunter Shkolnik, Richard Kuhl, Margaret Bettenhausen, Craig Thompson, Susan Smith

Mark,

I hope you're well.

The Court previously entered a protective order regarding the deposition of Dr. Specht.

I have spent time reviewing the motion you filed. Without commenting on the substance of your motion or the relief you seek, could you please advise how you came into possession of the documents associated with his deposition?

The deposition involved four of my clients' (all minors) and their parents' private health information.

Please advise at your earliest convenience.

Thank you.

Corey M. Stern
Levy Konigsberg, LLP
605 Third Ave, 33rd Floor
New York, New York 10158
(212)605-6298
(212)605-6290 (facsimile)
www.levylaw.com