UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In Re* Flint Water Cases                     No.5:16-cv-10444-JEL-MKM (consolidated)

HON. JUDITH E. LEVY

_____/

## NOTICE OF THE MASTER GUARDIAN AD LITEM REGARDING REQUEST FOR PAYMENT OF FEES FOR MARCH AND APRIL 2021

On March 19, 2021, the Court entered the Order Granting Plaintiffs' and Settlement Defendants' Motion to Appoint Master Guardian Ad Litem. (ECF No. 1472) Miriam Z. Wolock was appointed Master Guardian Ad Litem ("Master GAL") under the Amended Settlement Agreement.[1] On March 12, 2021, the Genesee County Circuit Court entered a parallel Order Granting Plaintiffs' and Settling Defendants' Motion to Appoint Master Guardian Ad Litem.

The foregoing Orders provide in relevant part that "Compensation to Miriam Wolock the Master GAL… will be as provided for in the Amended Settlement Agreement, or as ordered by this Court." Article XI of the Amended Settlement Agreement establishes that guardian ad litem fees and expenses shall be solely paid out of the FWC Qualified Settlement Fund.

As Master GAL, I performed work that included communications with the Honorable Judith E. Levy, the Honorable Joseph F. Farah, Special Master Deborah Greenspan, and the Michigan Department of Health and Human Services relating to registration tasks under the Amended Master Settlement Agreement. These tasks included selection and supervision of

---

[1] All capitalized terms herein have the same meaning set forth in the Amended Settlement Agreement that the Court has preliminarily approved.

Limited Next Friends to register foster children, and coordinating these registrations with Claims Administrator Archer Systems, LLC. Additionally, I participated in document reviews and meetings with the Settlement Planning Administrator and Special Master involving the Settlement Preservation Trust and Special Needs Trust for the Minors and Legally Incapacitated Individuals.

Counsel for the Settling Parties have been provided with the Master GAL's invoices for March and April 2021 and have not submitted any objections. The total fees for March and April 2021 are $29,938.00

The fees, if approved, would be paid from the Qualified Settlement Fund, which has been established under the terms of the Court's February 2, 2021 Order Granting Motion to Establish Qualified Settlement Fund and Sub-Qualified Settlement Funds, and Establishing QSF Authorized Banking Institution [1408], ECF No. 1410.

By this Notice I am requesting that the Court authorize the payment of the sum of $29,938.00 to the Law Offices of Miriam Z. Wolock, PLLC. I have submitted a proposed Order for the Court's consideration.

Dated: May 3, 2021            Respectfully Submitted,

/s/ *Miriam Z. Wolock*
Miriam Z. Wolock (P49434)
LAW OFFICES OF MIRIAM Z. WOLOCK, PLLC
40900 Woodward Avenue, Suite 111
Bloomfield Hills, MI 48034
(248) 633-2630
mwolock@wolocklaw.com

## CERTIFICATE OF SERVICE

I certify that on May 3, 2021 I electronically filed the foregoing document with the Clerk of Court using the Court's ECF system, which will send notification of such filing to attorneys of record.

Dated:  May 3, 2021                               Respectfully submitted,


/s/ *Miriam Z. Wolock*
Miriam Z. Wolock (P49434)
Master Guardian Ad Litem
LAW OFFICES OF MIRIAM Z. WOLOCK, PLLC
40900 Woodward Avenue, Suite 111
Bloomfield Hills, MI 48034
(248) 633-2630
mwolock@wolocklaw.com

# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In Re* Flint Water Cases           No.5:16-cv-10444-JEL-MKM (consolidated)

HON. JUDITH E. LEVY

_____/

## ORDER AUTHORIZING DISTRIBUTION OF FUNDS FROM THE QUALIFIED SETTLEMENT FUND FOR PAYMENT OF MASTER GUARDIAN AD LITEM FEES FOR MARCH AND APRIL 2021

Having now considered the Notice Of The Master Guardian Ad Litem Regarding Request For Payment Of Fees For March and April 2021 filed on May 3, 2021 ("Notice") and the request to authorize the distribution of funds from the Qualified Settlement Fund[1] under Article XI of the Amended Settlement Agreement pursuant to Exhibit A of the Notice:

IT IS HEREBY ORDERED THAT:

1. A distribution of funds in the amount of $29,938.00 from the Qualified Settlement Fund for the purpose of paying Master GAL Miriam Z. Wolock for March and April 2021 is approved.

**IT IS SO ORDERED.**

Dated: _____, 2021
Ann Arbor, Michigan

                                           JUDITH E. LEVY
                                           United States District Judge

---

[1] All capitalized terms herein have the same meaning set forth in the Amended Settlement Agreement that the Court has preliminarily approved.