# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases. <br> _____/ | Judith E. Levy <br> United States District Judge |

This Order Relates To:

ALL CASES

_____/

## ORDER GRANTING PLAINTIFFS' AND SETTLING DEFENDANTS' MOTION TO APPOINT PANEL GUARDIANS AD LITEM [1727]

The Court has reviewed and considered Plaintiffs' and Settling Defendants' Motion to Appoint Panel Guardians Ad Litem. The Court **GRANTS** that Motion and orders as follows:

A. Charlene Glover-Hogan and George F. Rizik are appointed as Panel GALs.

B. As Panel GALs, Ms. Glover-Hogan and Mr. Rizik will perform the duties and responsibilities set forth in the Amended Settlement Agreement and as otherwise ordered by this Court or the Circuit Court for Genesee County.

C. Compensation to the Panel GALs will be as provided in the Amended Settlement Agreement, or as ordered by this Court or the Circuit Court for Genesee County.

IT IS SO ORDERED.

Dated: May 6, 2021
Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

# CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 6, 2021.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager