UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re Flint Water Cases, ) | |
| ) | Case No.: 16-cv-10444-JEL-MKM |
| ) | (consolidated with 16-cv-11247) |
| ) | |
| ) | Hon. Judith E. Levy |
| _____ ) | |
| *Washington,* et al., ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| *City of Flint,* et al., ) | |
|     Defendants, ) | |

**WASHINGTON PLAINTIFF'S JOINDER AND CONCURRENCE WITH HALL OBJECTORS' MOTION TO ATTEND FURTHER CONFERENCES WITH THE SETTLING COUNSEL AND FOR SETTLING PARTIES TO PROVIDE A DESCRIPTION OF NON-PUBLIC HEARINGS (ECF No. 1736)**

NOW COME the Washington Plaintiffs, by and through their attorneys, MARC J. BERN & PARTNERS, LLP, and for their Joinder and Concurrence with Hall Objectors' Motion To Attend Further Conferences With The Settling Counsel And For Settling Parties To Provide A Description Of Non-Public Hearings ("Hall Objectors' Motion") [ECF No. 1736] states as follows:

The undersigned, on behalf of the Washington Plaintiffs, comprised of 9,214 individual Registrants, join and concur with the Hall Objectors' Motion. The undersigned incorporates by reference the said Motion as if it were set forth in full herein.

WHEREFORE, the Washington Plaintiffs, by and through their counsel, pray that this Honorable Court grant the Hall Objectors' Motion, and for any other relief that this Court deems just and proper.

1

2

Dated: May 11, 2021            Respectfully Submitted,

/s Stephen F. Monroe
Stephen F. Monroe
Marc J. Bern
Joseph J. Cappelli
Marc J. Bern & Partners, LLP
225 West Washington Street, Suite 2200
Chicago, IL 60606
Phone: (312) 894-7941
Fax:    (312) 873-4537
Email: smonroe@bernllp.com

PROOF OF SERVICE

The undersigned certifies that on May 11, 2021, a copy of the foregoing document was served upon the Court and all attorneys of record via the Court's CM/ECF electronic filing system, which sends notice and copy of the filing to each CM/ECF participant, and declares that this statement is true to best of his information, knowledge and belief.

/s Stephen F. Monroe

Stephen F. Monroe

2