# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases. _____/ | Judith E. Levy<br>United States District Judge |

This Order Relates To:

ALL CASES

_____/

## BRIEFING SCHEDULE ON *HALL* OBJECTORS' MOTION [1736]

The Court is in receipt of the *Hall* Objectors' motion to attend further conferences with settlement counsel and for a description of any conferences that were not held on the record, which was filed on May 10, 2021. (ECF No. 1736.) In accordance with Eastern District of Michigan Rule 7.1(e), parties to the settlement may file a response on or before Monday, May 24, 2021. The Court will decide whether to hold a hearing after the responses, if any, have been filed.

| | |
|---|---|
| Dated: May 17, 2021<br>Ann Arbor, Michigan | s/Judith E. Levy<br>JUDITH E. LEVY<br>United States District Judge |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 17, 2021.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager
