# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.         Judith E. Levy
                                                  United States District Judge

_____/

This Order Relates To:

ALL CASES

_____/

## AGENDA FOR MAY 19, 2021 HEARING

The Court will hold a hearing on these cases on **Wednesday May 19, 2021 at 2:30pm** in Ann Arbor, Michigan via video conference. The agenda will be as follows, although the Court may adjust the agenda prior to the conference if necessary.

1. The Court will address the proposed structure for the final approval and fairness hearing related to the partial settlement starting on July 12, 2021, at 10:00 am and continuing on July 13, 2021 at 10:00 am, and July 15, 2021, at 9:00 am (ECF No. 1770); and

2. The Court will hear oral argument on the following motions:

   - Defendants Veolia North America, LLC, Veolia North America, Inc., and Veolia Water North America Operating

    Services, LLC's ("VNA") Motion to Exclude the Testimony and Report of Dr. Paolo Gardoni (ECF No. 1373);

- VNA Defendants' Motion to Exclude the Testimony and Report of Dr. Larry Russell (ECF No. 1382);
- LAN Defendants' *Daubert* Motion to Exclude or Limit Class Plaintiffs' Engineering Experts Dr. Paolo Gardoni and Dr. Larry L. Russell (ECF No. 1388); and
- VNA's motion to strike untimely new expert reports (only as to Dr. Larry Russell) (ECF No. 1591).

IT IS SO ORDERED.

Dated: May 17, 2021          s/Judith E. Levy
Ann Arbor, Michigan        JUDITH E. LEVY
                                        United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 17, 2021.

                                       s/William Barkholz
                                       WILLIAM BARKHOLZ
                                       Case Manager