# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In Re* Flint Water Cases, | No. 5:16-cv-10444-JEL-MKM (consolidated) <br><br> Hon. Judith E. Levy <br><br> Mag. Mona K. Majzoub |
| *Alexander, et al.,* <br><br>       *Plaintiffs* <br><br> v. <br><br> *City of Flint, et al.,* <br><br>       *Defendants* | No. 5:16-cv-13421-JEL-MKM |

## EX PARTE MOTION TO WITHDRAW

    Keith Altman of the firm Excolo Law, PLLC, hereby moves to withdraw as counsel of record for the Alexander, et al Plaintiffs in this case because he is nolonger assisting lead counsel Ari Kresch of Excolo Law, PLLC. in this case.

    Withdrawal will not materially affect the Plaintiffs, because they have and will continue to be represented by Excolo Law, PLLC and the other attorneys who haveappeared on their behalf.

Mr. Altman respectfully requests that a text-only order be entered regarding this withdrawal.

Respectfully submitted,

Dated: May 18, 2021                         Respectfully submitted,
                                                                      EXCOLO LAW, PLLC

By: /s/ *Keith Altman*
Keith Altman (P81702)
26700 Lahser Rd., Suite 301
Southfield, MI 48033
516.456.5885
kaltman@lawampmmt.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2021, I electronically filed the foregoing pleading using the ECF system which will send notification of such filing to all counsels of record.

Dated: May 18, 2021

Respectfully submitted,
EXCOLO LAW, PLLC

By: /s/ *Keith Altman*
Keith Altman (P81702)
26700 Lahser Rd., Suite 301
Southfield, MI 48033
516.456.5885
kaltman@lawampmmt.com