# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.       Judith E. Levy
                                           United States District Judge

_____/

This Order Relates To:

ALL CASES

_____/

## ORDER GRANTING LEAVE TO RE-FILE

On May 25, 2021, Co-Liaison Counsel for Individual Plaintiffs filed a response to the motion to extend deadlines for scans and causation reports, which contained a filing error. Accordingly, the erroneous docket entry has been sealed, and the Court grants leave to Co-Liaison Counsel to re-file a corrected version of their document.

IT IS SO ORDERED.

Dated: May 26, 2021                     s/Judith E. Levy
Ann Arbor, Michigan                 JUDITH E. LEVY
                                                   United States District Judge

2

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 26, 2021.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager
