# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

## ORDER REGARDING MATTERS DISCUSSED AT THE MAY 26, 2021 STATUS CONFERENCE

The Court held a status conference regarding the pending Flint Water litigation on May 26, 2021. The Court orders as follows.

1. The Court will convene a meeting via video teleconference with the lead attorneys in the first bellwether cases to discuss logistics related to the trial in light of the COVID-19 pandemic safety recommendations.

2. The response deadline to the *Hall* objectors' motion (ECF No. 1736) is Friday May 28, 2021.

3. Co-Liaison Counsel shall set forth their reasons, if any, by June 8, 2021, why the Court's October 21, 2020 Order (ECF No. 1290)

related to Dr. Specht's deposition transcript should remain in effect or be modified with respect to the portions of the deposition cited in the motion to review. (ECF No. 1710.)

4. The next status conference will be held on **Wednesday June 30, 2021 at 2:30pm**.[1] Parties are to file proposed agenda items in Case No. 16-cv-10444 by Wednesday June 16, 2021. Co-Lead Counsel for Individual Plaintiffs should collect proposed agenda items from all counsel representing individual plaintiffs and submit those proposed items in a single filing. The Court will issue an agenda by approximately Wednesday June 23, 2021.

5. The Court will set aside **Wednesday June 23, 2021 at 2:30pm** for video discovery conferences, if needed. All discovery dispute submission protocols remain the same.

**IT IS SO ORDERED.**

Dated: May 27, 2021　　　　　　　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] In order to limit the number of counsel attending hearings to only those who anticipate they may have a speaking role, the Court has implemented a Zoom hearing protocol for the Flint Water cases, which will be followed for the hearings noticed in this Order. Counsel are required to log into Zoom no later than 2:15 pm and have their cameras on when appearances are being confirmed.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 27, 2021.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager
