# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In Re* Flint Water Cases, | No. 5:16-cv-10444-JEL-MKM (consolidated) |
| | Hon. Judith E. Levy |
| | Mag. Mona K. Majzoub |
| *Helen Chapman, et al.* | No. 5:18-cv-10679-MKM |
| Plaintiffs | |
| v. | |
| City of Flint, et al., | |
| Defendants | |

**CHAPMAN PLAINTIFFS' JOINDER AND CONCURRENCE
WITH HALL OBJECTORS' REPLY IN SUPPORT OF MOTION TO
ATTEND FURTEHR CONFERENCES WITH SETTLING COUNSEL AND
FOR SETTLING PARTIES TO PROVIDE A DESCRIPTION OF THE
NON-PUBLIC HEARINGS**

NOW COME the Chapman Plaintiffs, by and through their Attorney, Mark R. Cuker of Cuker Law Firm, LLC and for their Joinder and Concurrence with *Hall Objectors' Reply in Support of Motion to Attend Further Conferences with Settling Counsel and for Settling Parties to Provide a Description of Non-Public Hearings*, ECF # 1802 (hereinafter "Hall Objectors' Reply") they state as follows:

1

The undersigned, on behalf of the Chapman Plaintiffs, join and concur with the *Hall Objectors' Reply*. Further, the undersigned incorporates by reference the Hall Objectors' Reply as if it were fully set forth herein.

Attached is the Declaration of Mark R. Cuker in Support Hall Objectors' Reply.

                                            Respectfully submitted,

Dated: June 2, 2021                /s/ *Mark R. Cuker*
                                            MARK R. CUKER
                                            CUKER LAW FIRM, LLC
                                            One Logan Square
                                            Suite 1200
                                            Philadelphia, PA 19103
                                            Phone: (215) 531-8522
                                            mark@cukerlaw.com

## **PROOF OF SERVICE**

The undersigned certifies that on June2, 2021, a copy of the foregoing instrument was served upon the Court and the attorneys of record of all parties to the above cause by electronic filing of same to them at their respective business addresses as disclosed by the pleadings of record herein. I declare that the statement above is true to the best of my information, knowledge and belief.

*/s/ Mark R. Cuker*
MARK R CUKER