# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In Re* Flint Water Cases, | No. 5:16-cv-10444-JEL-MKM (consolidated) |
| | Hon. Judith E. Levy |
| | Mag. Mona K. Majzoub |

## STIPULATION TO EXTEND DEADLINE FOR WASHINGTON AND CHAPMAN PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO EXTEND 90-DAY DEADLINE REGARDING BONE SCANNING [ECF 1714]

Counsel for the *Washington* and *Chapman* Plaintiffs, Plaintiffs Co-Liaison Counsel, Counsel for the State of Michigan, and Counsel for the McLaren defendants, by and through the undersigned, hereby stipulate and agree to extend the deadline for *Washington* and *Chapman* Plaintiffs to file a reply in support of their Motions to Extend 90-Day Deadline Regarding Bone Scanning (ECF No. 1714) to June 11, 2021.

Pursuant to ECF Rule 11(b), the undersigned request that a text-only order be entered granting this stipulation.

Dated: June 2, 2021

                                                   Respectfully submitted,

| | |
|---|---|
| **NAPOLI SHKOLNIK PLLC**<br>/s/ Hunter Shkolnik<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>(212) 397-1000<br>hunter@napolilaw.com<br>*Co-Liaison Counsel for the Individual Plaintiffs* | **MARC J. BERN & PARTNERS, LLP**<br>/s/ Stephen F. Monroe<br>200 West Madison Street, Suite 2100<br>Chicago, IL 60606<br>(312) 894-7941<br>smonroe@bernllp.com<br>*Attorneys for the Washington Plaintiffs* |
| **LEVY KONIGSBERG, LLP**<br>/s/ Corey M. Stern<br>800 Third Avenue, 11th Floor<br>New York, NY 10022<br>(212) 605-6200<br>cstern@levylaw.com<br>*Co-Liaison Counsel for the Individual Plaintiffs* | **CUKER LAW FIRM**<br>/s/ Mark Cuker<br>130 N. 18th St.<br>One Logan Square<br>Philadelphia, PA 19103<br>(215) 531-8512<br>mark@cukerlaw.com<br>*Attorney for the Chapman Plaintiffs* |
| **BEVERIDGE & DIAMOND**<br>/s/ Susan E. Smith<br>1350 I Street, N.W., Ste. 700<br>Washington, D.C. 2005<br>(202) 789-6000<br>ssmith@bdlaw.com<br>*Counsel for McLaren Defendants* | **STATE OF MICHIGAN AND STATE DEFENDANTS**<br>/s/ Margaret A. Bettenhausen<br>Assistant Attorney General<br>Environment, Natural Resources, and Agriculture Division<br>P.O. Box 30755<br>Lansing, MI 48909<br>bettenhausen@michigan.gov<br>*Counsel for the State of Michigan and State Defendants* |

## **CERTIFICATE OF SERVICE**

     I hereby certify that on June 2, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing upon counsel of record.


Dated: June 2, 2021

                                                _____/s/ Stephen F. Monroe_____