# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases. _____/ | Judith E. Levy<br>United States District Judge |

This Order Relates To:

ALL CASES

_____/

## ORDER FOR CLASS REDEFINITION AND CLARIFICATION [1207]

On June 2, 2021, the Court held, through audio-video technology, oral argument on Class Plaintiffs' motion for class certification. (ECF No. 1207.) During the hearing, the Court and parties identified several concerns with Plaintiffs' current proposed class definitions.

Accordingly, pursuant to the discussion held on the record during oral argument, the Court ORDERS Class Plaintiffs to submit updated class definitions. The Court additionally ORDERS Class Plaintiffs to confirm that they are not seeking damages for a personal injury class of adults.

The briefing schedule is as follows:

- By **Monday, June 14, 2021**, Class Plaintiffs shall submit a brief of up to ten pages addressing the issues above and providing any context or additional information that they believe will be helpful to the Court.
- By **Monday, June 28, 2021**, the parties in opposition may each respond with a brief that is up to ten pages.
- By **Tuesday, July 6, 2021**, Class Plaintiffs may reply with a brief that is up to five pages.

IT IS SO ORDERED.

Dated: June 4, 2021       s/Judith E. Levy
Ann Arbor, Michigan      JUDITH E. LEVY
                                      United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 4, 2021.

                                        s/William Barkholz
                                        WILLIAM BARKHOLZ
                                        Case Manager