# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

Judith E. Levy
United States District Judge

_____/

This Order Relates To:

ALL CASES

_____/

## ORDER TO SUBMIT DOCUMENT FOR IN-CAMERA REVIEW

Under Federal Rule of Civil Procedure 26(c), the Court may issue a protective order where the movant has established "good cause" for such an order. Fed. R. Civ. P. 26(c)(1)(A). Here, on October 21, 2020, Co-Liaison Counsel for Individual Plaintiffs was granted a protective order regarding dissemination of the deposition transcript of Dr. Aaron Specht, because they set forth that the transcript contained medical information of minor children. (ECF No. 1290.) More recently, other counsel for individual Plaintiffs have raised a question as to whether this deposition transcript should remain protected, and the Court has learned that it was improperly disseminated to several counsel for individual Plaintiffs. (*See* ECF No. 1720.)

Co-Liaison Counsel's position is that the transcript should remain protected and they have requested that the Court conduct an in-camera review. (ECF No. 1817.) The Court agrees that an in-camera review is necessary and appropriate. Co-Liaison Counsel for Individual Plaintiffs are directed to submit an electronic copy of the deposition transcript to the Court's law clerk on or before **Wednesday June 16, 2020**.

    IT IS SO ORDERED.

Dated: June 10, 2021          s/Judith E. Levy
Ann Arbor, Michigan        JUDITH E. LEVY
                                      United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 10, 2021.

                                        s/William Barkholz
                                        WILLIAM BARKHOLZ
                                        Case Manager