**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

*In re* Flint Water Cases.

Judith E. Levy
United States District Judge

————————————————/

This Order Relates To:

ALL CASES

————————————————/

**AMENDED[1] ORDER REGARDING SETTLEMENT-RELATED
OBJECTIONS AND MOTIONS AND SETTING DATES FOR
JULY 2021 DISCOVERY AND STATUS CONFERENCES**

Co-Liaison Counsel filed a proposed agenda item from Plaintiffs Lowery and Chapman who requests to know whether the Court will hold oral argument on the Motion to Review and Respond to Hourly Billing and Costs and for Discovery of Bone Scan Information (ECF No. 1710, *corrected* ECF No. 1719; *second correction* ECF No. 1722). (ECF No. 1831.)

The Court views this motion as part of Lowery and Chapman's objections to the settlement (*see, e.g.,* ECF Nos. 1534, 1536, 1537, 1538)

—————————————

[1] This Order amends ECF No. 1835. This Order correctly reflects the date set forth below on page two as Thursday July 15, 2021.

and their response to Plaintiffs' motion for attorney fees (*see, e.g.*, ECF No. 1557, *corrected* ECF No. 1562). Accordingly, the Court will hear oral argument on the motion on the <u>Thursday July 15, 2021</u>, at the fairness hearing. (*See* Notice and Agenda for Final Approval and Fairness Hearing Related to Partial Settlement, ECF No. 1814.)

**The Court will not hold a status conference on June 30, 2021.** The next status conference is scheduled for **Tuesday July 27, 2021 at 3:30 pm.**[2] Parties are to file proposed agenda items in Case No. 16-10444 by **Wednesday July 14, 2021**. Individual liaison counsel should collect proposed agenda items from all counsel representing individual plaintiffs and submit those proposed items in a single filing. The Court will issue an agenda in advance of the hearing.

The Court will set aside **July 7, 2021 at 2:30pm** and **July 21, 2021 at 2:30pm** for video discovery conferences, if needed. All discovery dispute submission protocols remain the same.

IT IS SO ORDERED.

Dated: June 23, 2021
Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY

---

[2] Please note the day and time change from the usual date and time. Counsel who wish to participate will be required to log in no later than 3:15 pm and to have their cameras on when appearances are being confirmed.

United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 23, 2021.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager