No. 21-2655

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Jun 28, 2021
DEBORAH S. HUNT, Clerk

In re: RAYMOND HALL, et al., )
) O R D E R
Petitioners. )

Before: GRIFFIN, KETHLEDGE, and MURPHY, Circuit Judges.

Objectors to a class action settlement in the *In re Flint Water Cases* petition for a writ of mandamus, asking this court to compel the district court: "(1) to cease holding off-the-record substantive ex parte meetings that exclude petitioners' counsel; (2) to order the participants at the March 1 and May 3 conferences to recount for the record their recollection of what transpired at those conferences; (3) to order settling parties to identify any other substantive unrecorded conferences since February 26, 2021; and (4) to refrain from continuing to prescribe or dictate the litigation strategy of the parties in advocating for the settlement." Following our review of the petition and the underlying record, we find that responses to the petition would be helpful.

The district court judge is **INVITED** to respond to the petition on or before the close of business on Thursday, July 1, 2021. The Class Plaintiffs, State Defendants, Liaison Counsel, and Attorney and Co-Lead Class Counsel Michael Pitt are **ORDERED** to respond to the petition on or before the close of business on Thursday, July 1, 2021.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk

# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: June 28, 2021

Ms. Margaret Bettenhausen
Office of the Attorney General
of Michigan
P.O. Box 30755
Lansing, MI 48909

Ms. Kinikia D. Essix
Eastern District of Michigan at Ann Arbor
P.O. Box 8199
Ann Arbor, MI 48107-0000

Mr. Nathan A. Gambill
Office of the Attorney General
of Michigan
P.O. Box 30755
Lansing, MI 48909

Mr. Michael L Pitt
Pitt, McGehee, Palmer & Rivers
117 W. Fourth Street
Suite 200
Royal Oak, MI 48067

Mr. Hunter J. Shkolnik
NSPR Law Services
270 Munoz Rivera Avenue
Suite 201
Hato Rey, PR 00918

      Re: Case No. 21-2655, *In re: Raymond Hall, et al*
           Originating Case No. : 5:16-cv-10444

Dear Counsel,

The Court issued the enclosed Order today in this case.

                    Sincerely yours,

                    s/Jill E Colyer on behalf of Ryan Orme
                    Case Management Specialist
                    Direct Dial No. 513-564-7079

cc:  Mr. Mark Cuker
      Mr. Adam Ezra Schulman
      Mr. Valdemar L. Washington

Enclosure