# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In re* FLINT WATER CASES | Civil Action No. 5:16-cv-10444-JEL- (consolidated)<br><br>Hon. Judith E. Levy |

### NOTICE OF THE SPECIAL MASTER REGARDING ACCESS TO BLOOD LEAD LEVEL TEST DATA FOR SETTLEMENT REGISTRANTS

On January 21, 2021, the Court issued its *Opinion and Order Granting Plaintiffs' Motion to Establish Settlement Claims Procedures and Allocation and for Preliminary Approval of Class Settlement Components [ECF No. 1318] and Granting Plaintiffs' Motion for an Order Adopting the Proposed Motion for Approval of Wrongful Death Settlement [ECF No. 1334]*, ECF No. 1399 ("Order").[1]

The compensation schedule in the Amended Master Settlement Agreement preliminarily approved in the Order allocates funds to different compensation categories based on a number of different factors, including, in some cases, the results of blood lead level tests taken during specified time periods.

In connection with the oversight of the settlement process, the undersigned has obtained from the State of Michigan certain information about blood lead level

---

[1] All capitalized terms herein have the same meaning set forth in the Amended Settlement Agreement that the Court has preliminarily approved.

tests reported to the State of Michigan (as required by applicable law). A summary of that data is provided below for tests in the period May 2014 through August 2016:[2]

|  |  |
|---|---:|
| DOBs on or after 8/2016 | 2 |
| 6 or Younger (DOBs 5/2007 to 7/2016) | 9,423 |
| 7-11 (DOBs 5/2002 to 4/2007) | 2,973 |
| 12-17 (DOBs 5/1996 to 4/2002) | 1,974 |
| 18+ (DOBs on or before 4/1996) | 13,200 |
| **Total** | **27,572** |

As set forth in the stipulation of the settling parties filed today (ECF No. 1870), the State of Michigan Department of Health and Human Services (MDHHS) will provide blood lead test results for registrants who can be "matched" to the database of blood lead tests pursuant to a Court order authorizing the release of that information. The MDHHS will provide such test data for registrants to the Claims Administrator who will then make those results available to Claimants and their counsel as specified in the Court order. Claimants will be able to utilize these test results in submitting their claims and determining the compensation categories for which they may qualify. Because the test results will be provided in electronic

---

[2] The summary is based on month and year of tests and month and year of dates of birth (with age as of April 2014) and excludes multiple tests identified for the same person. Blood lead level tests through November 2020 may be submitted for certain claims of adults under the compensation grid. The MDHHS has records of approximately 8600 additional tests reported for adults in Flint between January 2017 and November 2020.

2

format, the Claims Administrator will easily be able to import the information into a registrant's claim file and the registrant will not be required to provide the test results separately.

                                        Respectfully submitted,

Date: July 6, 2021                       */s/ Deborah E. Greenspan*
                                        Deborah E. Greenspan
                                        Special Master
                                        BLANK ROME LLP
                                        Michigan Bar # P33632
                                        1825 Eye Street, N.W.
                                        Washington, DC 20006
                                        Telephone: (202) 420-2200
                                        Facsimile: (202) 420-2201
                                        DGreenspan@blankrome.com

## CERTIFICATE OF SERVICE

I certify that on July 6, 2021, I electronically filed the foregoing document with the Clerk of the Court using the Court's ECF system, which will send notification of such filing to attorneys of record.

Date:   July 6, 2021          */s/ Deborah E. Greenspan*
                                              Deborah E. Greenspan
                                              Special Master
                                              BLANK ROME LLP
                                              Michigan Bar # P33632
                                              1825 Eye Street, N.W.
                                              Washington, DC  20006
                                              Telephone: (202) 420-2200
                                              Facsimile: (202) 420-2201
                                              DGreenspan@blankrome.com