UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re Flint Water Cases, ) | |
| ) | Case No.: 16-cv-10444-JEL-MKM |
| ) | (consolidated with 16-cv-11247) |
| ) | |
| ) | Hon. Judith E. Levy |
| _____) | |
| *Washington,* et al., ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| *City of Flint,* et al., ) | |
|     Defendants, ) | |

### NOTICE REGARDING *WASHINGTON* PLAINTIFFS' WITHDRAWAL OF OBJECTIONS AND THE FINAL APPROVAL AND FAIRNESS HEARING

On June 4, 2021, the Court entered its "Notice and Agenda for Final Approval and Fairness Hearing related to the Partial Settlement," found at ECF No. 1814. In it, the Court scheduled how arguments from different parties and plaintiffs will proceed at that hearing beginning on July 12, 2021, including the *Washington* Plaintiffs' arguments regarding their objections. As of July 6, 2021, all objections to the partial settlement filed by the *Washington* Plaintiffs have been withdrawn. Those withdrawals can be found at ECF Nos. 1855, 1856, 1857, 1858, 1859, 1862, 1863, 1867, 1874, and 1875. Accordingly, counsel for the *Washington* Plaintiffs will not be presenting arguments or evidence in furtherance of those objections at the Final Approval and Fairness Hearing on Monday, July 12, 2021.

Additionally, the *Washington* Plaintiffs hereby withdraw their objections raised in their response [ECF No. 1562] to the Motion for Attorney Fees and Reimbursement of Expenses [ECF No. 1458]. Therefore, counsel for the *Washington* plaintiffs will not be presenting arguments or evidence in furtherance of those objections at the Final Approval and Fairness Hearing on Thursday, July 15, 2021. This withdrawal should not be interpreted to affect

objections or positions taken by any other plaintiffs in that same Response, whether by the *Chapman* Plaintiffs, or by joinder or otherwise by any other plaintiffs.

Finally, counsel for the *Washington* Plaintiffs understand that, in light of the Court's denial of their Joint Motion to Extend Bone Scanning Deadline [ECF No. 1714], found at ECF No. 1845, no arguments will be heard regarding that motion on July 12, 2021, as scheduled.

Dated: July 9, 2021                                          Respectfully Submitted,

/s Stephen F. Monroe
Stephen F. Monroe, IL#6305823
Marc J. Bern & Partners, LLP
200 W Madison Street, Suite 2100
Chicago, IL 60606
Phone: (312) 894-7941
Fax:     (312) 873-4537
Email: smonroe@bernllp.com
*Attorneys for the Washington Plaintiffs*

## PROOF OF SERVICE

The undersigned certifies that on July 9, 2021, the foregoing instrument was filed with the U.S. District Court through the ECF filing system and that all parties to the above case were served via the ECF filing system on that same date.

/s Stephen F. Monroe

Stephen F. Monroe