**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: July 12, 2021

Melvin Jones Jr.
1935 Hosler Street
Flint, MI 48503

Re: Case No. 21-2655, *In re: Raymond Hall, et al*
Originating Case No. : 5:16-cv-10444

Dear Mr. Jones,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Ryan E. Orme
Case Manager
Direct Dial No. 513-564-7079

cc: Ms. Margaret Bettenhausen
Mr. Mark Cuker
Ms. Kinikia D. Essix
Mr. Nathan A. Gambill
Mr. Theodore J. Leopold
Ms. Emmy L. Levens
Mr. Michael L Pitt
Mr. Adam Ezra Schulman
Mr. Hunter J. Shkolnik
Mr. Corey M. Stern
Mr. Valdemar L. Washington
Ms. Jessica B. Weiner

Enclosure

No. 21-2655

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

```
                                            FILED
                                          Jul 12, 2021
                                       DEBORAH S. HUNT, Clerk
```

In re: RAYMOND HALL, et al.,           )
                                       )        O R D E R
       Petitioners.                    )

Before: GRIFFIN, KETHLEDGE, and MURPHY, Circuit Judges.

Objectors to a class action settlement in the *In re Flint Water Cases* petition for a writ of mandamus. Melvin Jones Jr. moved to intervene in this action. We denied the motion, and Jones now twice moves for reconsideration. Having not misapprehended any point of fact or law, reconsideration is not warranted. *See* 6th Cir. R. 27(g).

The motions for reconsideration are **DENIED**.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk