UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re Flint Water Cases*

No. 5:16-cv-10444
Honorable Judith E. Levy

_____

# CORRECTED NOTICE OF WITHDRAWAL OF OBJECTIONS TO THE PROPOSED SETTLEMENT

| First Name | Last Name | Date of Birth | Docket No. |
|---|---|---|---|
| Andrea | McClain | | 1615 |
| Cynthia | Renfro | | 1629 |
| Robert | Milton | | 1673 |
| Gean | Summers | | 1688 |
| Gale | DeLeon | | 1748 |
| WillieMae | Dumas | | 1763 |
| Sovereign | O'dell | | 1763 |
| Willie | Brown | | 1767 |

The Claimants listed herein hereby withdraw their objections to the proposed settlement.

Dated: July 13, 2021

Respectfully submitted,

2

**NAPOLI SHKOLNIK**

By: /s/ Hunter Shkolnik
Hunter J. Shkolnik, Esq.
270 Munoz Rivera Avenue
Hato Rey, Puerto Rico 00918
(833) 271-4502
hunter@nsprlaw.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Patrick J. Lanciotti, hereby certify that on July 13, 2021, the foregoing was served electronically (via ECF) to all counsel of record.

*/s/ Patrick J. Lanciotti*
Patrick J. Lanciotti
