UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

In re FLINT WATER CASES

Civil Action No. 5:16-cv-10444-JEL-MKM
(consolidated)

Hon. Judith E. Levy
Mag. Mona K. Majzoub

_____

APPLICABLE TO ALL CASES

_____

# VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC'S, VEOLIA NORTH AMERICA, INC.'S, AND VEOLIA NORTH AMERICA, LLC'S PROPOSED AGENDA ITEMS FOR THE JULY 27, 2021 STATUS CONFERENCE

The defendants Veolia Water North America Operating Services, LLC, Veolia North America, Inc., and Veolia North America, LLC believe the following matters should be among those addressed at the July 27, 2021 status conference.

1. The status of the new Bellwether Pre-trial and Trial Schedule; and

2. The discovery dispute between the US EPA Defendants and the VNA Defendants regarding the VNA Defendants' written discovery requests to the EPA.

1

*Respectfully submitted,*

| | |
|---|---|
| CAMPBELL CONROY & O'NEIL, P.C. | BUSH SEYFERTH PLLC |
| /s/ James M. Campbell | /s/ Michael R. Williams |
| James M. Campbell | Cheryl A. Bush (P37031) |
| Alaina N. Devine | Michael R. Williams (P79827) |
| One Constitution Wharf, Suite 310 | 100 W. Big Beaver Road, Suite 400 |
| Boston, MA  02129 | Troy, MI  48084 |
| (617) 241-3000 | (248) 822-7800 |
| jmcampbell@campbell-trial-lawyers.com | bush@bsplaw.com |
| adevine@campbell-trial-lawyers.com | williams@bsplaw.com |

*Attorneys for Veolia Water North America Operating Services, LLC, Veolia North America, LLC, and Veolia North America, Inc.*

Dated: July 14, 2021

## CERTIFICATE OF SERVICE

I, Alaina N. Devine, one of the counsel of record for the VNA defendants, certify that I served the within Proposed Agenda Items on July 14, 2021, by causing it to be e-filed through the Court's CM/ECF electronic filing system which will automatically deliver electronic copies of it to counsel of record for all parties to have appeared in *In re Flint Water Cases*.

/s/  Alaina N. Devine
Alaina N. Devine
adevine@campbell-trial-lawyers.com