# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In Re* Flint Water Cases, | No. 5:16-cv-10444-JEL-MKM (consolidated) <br><br> Hon. Judith E. Levy <br><br> Mag. Mona K. Majzoub |

## NOTICE OF FILING DECLARATIONS

Co-Liaison Counsel hereby submit this Notice of Declarations in further Support of Plaintiffs Motion for Final Approval. Attached are the following: a) Declaration of Aaron Specht, PhD; and b) Declaration of Reginald Davidson.

Dated: July 14, 2021

Respectfully submitted,

| **NAPOLI SHKOLNIK** | **LEVY KONIGSBERG, LLP** |
|---|---|
| By: /s/ Hunter Shkolnik | By: /s/ Corey M. Stern |
| Hunter J. Shkolnik, Esq. | Corey M. Stern, Esq. |
| 270 Munoz Rivera Avenue | 800 Third Avenue |
| Hato Rey, Puerto Rico 00918 | Suite 11th Floor |
| (833) 271-4502 | New York, NY, 10022 |
| hunter@nsprlaw.com | (212) 605-6200 |
| | cstern@levylaw.com |

*Co-Liaison Counsel for Personal Injury Claims*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing upon counsel of record.

Dated: July 14, 2021

                                                _____/s/ Patrick J. Lanciotti_____