# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In Re* Flint Water Cases | No. 5:16-cv-10444-JEL-MKM Consolidated |
| | HON. JUDITH E. LEVY |
| | MAG. MONA K. MAJZOUB |
| Anderson, et al., | No. 5:17-cv-13890-JEL-MKM |
| *Plaintiffs*, | |
| v. | |
| City of Flint, Michigan, et al., | |
| *Defendants*. | |

## ORDER APPROVING VALDEMAR L. WASHINGTON, PLLC, d/b/a WASHINGTON LEGAL'S WITHDRAWAL OF APPEARANCE FOR DR. LAWRENCE A. REYNOLDS, MD. F.A.A.P.

On July 13, 2021 Valdemar L. Washington, PLLC d/b/a Washington Legal filed its Withdrawal of Appearance on Behalf of Dr. Lawrence A. Reynolds, M.D., F.A.A.P. in this cause. As required by the Local Court Rules of the United States District Court for the Eastern District of Michigan, Valdemar L. Washington, PLLC, d/b/a Washington Legal, is hereby Removed as the Attorney of Record for Dr. Lawrence A. Reynolds, M.D., F.A.A.P. in this cause.

IT IS SO ORDERED.

Dated: July 13, 2021                              s/Judith E. Levy
Ann Arbor, Michigan                      JUDITH E. LEVY
                                                    United States District Judge