# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

Judith E. Levy
United States District Judge

_____/

This Order Relates To:

ALL CASES

_____/

## AGENDA FOR JULY 27, 2021 STATUS CONFERENCE

The Court will hold a status conference on these cases on **Tuesday July 27, 2021 at 2:30pm** in Ann Arbor, Michigan via video conference. The agenda will be as follows, although the Court may adjust the agenda prior to the conference if necessary.

1. The Court will address the schedule and proposed jury questionnaires for the first bellwether trials;

2. The Court will hear from VNA and the United States EPA about a discovery dispute regarding VNA written discovery requests to the EPA. The parties may make a submission to the Court pursuant to its protocol for adjudicating discovery disputes, as set forth in ECF No. 918, PageID.24166–67, with the following adjustments: (1) submissions are due on Friday July 23, 2021 at 2:30 pm;

and (2) submissions may not exceed two pages. All other protocol remains the same; and

3. The Special Master may provide a report to the Court regarding the status of the proposed partial settlement.

IT IS SO ORDERED.

Dated: July 20, 2021  
Ann Arbor, Michigan

s/Judith E. Levy  
JUDITH E. LEVY  
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 20, 2021.

s/William Barkholz  
WILLIAM BARKHOLZ  
Case Manager