UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In Re* Flint Water Cases, | No. 5:16-cv-10444-JEL-MKM (consolidated) |
| | Hon. Judith E. Levy |
| | Mag. Mona K. Majzoub |
| *Helen Chapman, et al.* | No.  5:18-cv-10679-MKM |
| Plaintiffs | |
| *v.* | |
| *City of Flint, et al.,* | |
| Defendants | |

**CHAPMAN PLAINTIFFS' JOINDER AND CONCURRENCE
WITH HALL OBJECTORS' MOTION FOR COMPLIANCE WITH RULE
23(e)(5)(B**

NOW COME the Chapman Plaintiffs, by and through their Attorney, Mark R. Cuker of Cuker Law Firm, LLC and for their Joinder and Concurrence with *Hall Objectors' Motion for Compliance with Rule 23(e)(5)(B)*, ECF # 1908 (hereinafter "Hall Objectors' Motion") they state as follows:

The undersigned, on behalf of the Chapman Plaintiffs, join and concur with the *Hall Objectors' Motion*. Further, the undersigned incorporates by reference the Hall Objectors' Motion as if it were fully set forth herein.

1

                                                      Respectfully submitted,

Dated: July 22, 2021                /s/ *Mark R. Cuker*
                                                MARK R. CUKER
                                                CUKER LAW FIRM, LLC
                                                One Logan Square
                                                Suite 1200
                                                Philadelphia, PA  19103
                                                Phone:  (215) 531-8522
                                                mark@cukerlaw.com

## PROOF OF SERVICE

The undersigned certifies that on July 22, 2021, a copy of the foregoing instrument was served upon the Court and the attorneys of record of all parties to the above cause by electronic filing of same to them at their respective business addresses as disclosed by the pleadings of record herein. I declare that the statement above is true to the best of my information, knowledge and belief.

*/s/ Mark R. Cuker*
MARK R CUKER