# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases. | Judith E. Levy |
| | United States District Judge |
| _____/ | |

This Order Relates To:

ALL CASES

_____/

## ORDER REGARDING POST-HEARING MATTERS AND ORDERING RESPONSE TO HALL OBJECTORS' MOTION FOR COMPLIANCE

On July 12, 2021, the Court conducted the first of a three-day final approval and fairness hearing regarding the partial settlement of claims in the Flint Water Cases. On July 12, 2021, counsel for the *Chapman* and *Lowery* Plaintiffs, Mark Cuker, made a presentation to the Court using slides. The Court orders Mr. Cuker to file the slides on the docket accompanied by a declaration.

Separately, the *Hall* objectors filed a motion for compliance with Rule 23(e). (ECF No. 1908.) The Court orders that the Special Master, who maintains census information, set forth in a report the status of the five individuals named in the *Hall* objectors' motion. Specifically,

whether these five individuals are included on the current version of Exhibit 1a or 1b.[1]

Counsel for the *Washington* Plaintiffs who withdrew their objections, Marc Bern and Stephen Monroe, should file a response within the time required in Eastern District of Michigan L.R. 7.1 for non-dispositive motions indicating: (1) whether these five individuals were individually retained or class Plaintiffs; and (2) if they are class Plaintiffs, whether payment or other consideration was paid to an objector or counsel for the withdrawal of these objections.

**IT IS SO ORDERED.**

Dated: July 27, 2021　　　　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 27, 2021.

　　　　　　　　　　　　　　　s/William Barkholz
　　　　　　　　　　　　　　　WILLIAM BARKHOLZ
　　　　　　　　　　　　　　　Case Manager

---

[1] As set forth in the exhibits themselves, the versions filed in November 2020 are, "[p]reliminary and subject to change." (ECF No. 1319-2, PageID.40414.) The Special Master maintains the current versions of these exhibits.

2