# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

Judith E. Levy
United States District Judge

_____/

This Order Relates To:

ALL CASES

_____/

## ORDER FOLLOWING THE
## JULY 27, 2021 STATUS CONFERENCE

The Court held a status conference regarding the pending Flint Water litigation on July 27, 2021. The Court orders as follows.

The next status conference will be held on **Wednesday August 25, 2021 at 2:30pm**. Parties are to file proposed agenda items in Case No. 16-cv-10444 by Wednesday August 11, 2021. Co-Liaison Counsel for Individual Plaintiffs should collect proposed agenda items from all counsel representing individual plaintiffs and submit those proposed items in a single filing. The Court will issue an agenda by Monday August 23, 2021.

The Court will set aside **August 11, 2021 at 2:30pm** for a video discovery conference, if needed. All discovery dispute submission protocols remain the same.

**IT IS SO ORDERED.**

Dated: July 27, 2021  s/Judith E. Levy
Ann Arbor, Michigan  JUDITH E. LEVY
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 27, 2021.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager