UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In Re* Flint Water Cases            No.5:16-cv-10444-JEL-MKM

HON. JUDITH E. LEVY

_____/

## ORDER APPOINTING TRUST COUNSEL

Upon recommendation of the Special Master and the Master GAL, the Court appoints Henry M. Grix and Elizabeth L. Luckenbach of Dickinson Wright PLLC as Trust Counsel to review and advise the Court, the Special Master, and the Master GAL regarding the Special Needs Trust and Settlement Preservation Trust for the Minors and Legally Incapacitated Individuals contemplated by Article XXI, F, Sections 21.28.1 and 21.28.2, respectively, of the Amended Settlement Agreement (ECF No. 1394-2), and to carry out and perform any and all other responsibilities and functions as determined reasonable and necessary

1

by the Court. Plaintiffs' Counsel and Defendants' Counsel have been advised of this recommendation and have concurred.[1]

1. Henry M. Grix and Elizabeth L. Luckenbach of Dickinson Wright PLLC are appointed as Trust Counsel to review and advise the Court, the Special Master, and the Master GAL, regarding the Special Needs Trust and Settlement Preservation Trust for the Minors and Legally Incapacitated Individuals contemplated by Article XXI, F, Sections 21.28.1 and 21.28.2, respectively, of the Amended Settlement Agreement (ECF No. 1394-2), and to carry out and perform any and all other responsibilities and functions as determined reasonable and necessary by the Court.

2. Compensation to Dickinson Wright PLLC for its services as Trust Counsel, as identified in this Order, shall be made at prevailing hourly rates for Henry M. Grix and Elizabeth L. Luckenbach, or other Dickinson Wright PLLC personnel, pursuant to the Amended Settlement Agreement or as

---

[1] Capitalized terms in this Order, where applicable, shall have the same meaning as in the Amended Settlement Agreement.

ordered by the Court. Compensation to Dickinson Wright PLLC for its services as Trust Counsel will be as provided for in the Amended Settlement Agreement or as ordered by the Court.

**IT IS SO ORDERED.**

Dated: July 27, 2021  s/Judith E. Levy
Ann Arbor, Michigan  JUDITH E. LEVY
 United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 27, 2021.

 s/William Barkholz
 WILLIAM BARKHOLZ
 Case Manager