UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In Re* Flint Water Cases, | Case No. 5:16-cv-10444-JEL-MKM (consolidated) |
| | Hon. Judith E. Levy |

## MOTION FOR WITHDRAWAL OF COUNSEL

Michael R. Williams ("Withdrawing Counsel") respectfully requests this Court enter an Order granting him permission to withdraw as counsel for Defendants Veolia North America, LLC, Veolia North America, Inc., and Veolia Water North America Operating Services, LLC, effective immediately. As grounds for this motion, Withdrawing Counsel states as follows:

1. Withdrawing Counsel entered an appearance in this case on October 21, 2016, on Defendants' behalf.

2. Withdrawing Counsel is leaving the firm and will no longer be associated with the firm of Bush Seyferth, PLLC.

3. Defendants will continue to be represented by Cheryl Bush of Bush Seyferth PLLC, as well as attorneys from Campbell Conroy O'Neil, PC.

4. This withdrawal will not prejudice Plaintiffs.

WHEREFORE, Withdrawing Counsel respectfully requests that this Court grant him permission to withdraw as counsel for Defendants.

Respectfully submitted,

**BUSH SEYFERTH PLLC**

By: /s/ Michael R. Williams
   Michael R. Williams (P79827)
   Cheryl A. Bush (P37031)
   100 W. Big Beaver Rd., Suite 400
   Troy, MI 48084
   (248) 822-7850
   bush@bsplaw.com
Dated: August 10, 2021   williams@bsplaw.com

*Attorneys for Defendants Veolia North America, LLC, Veolia North America, Inc., and Veolia Water North America Operating Services, LLC*

2