UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

**ORDER SEALING ECF NO. 1920-1 AND ORDERING REFILING WITH REDACTION**

On July 28, 2021, Counsel for the *Chapman* and *Lowery* Plaintiffs filed a copy of the slides that were presented to the Court at the hearing on July 12, 2021. (ECF No. 1920.) On the publicly filed slides, counsel included the name, home address, date of birth, and bone lead result for an individual who appears to be a client of Co-Lead Class Counsel, Cohen Milstein. (ECF No. 1920-1.)

E-filing a document containing an individual's date of birth violates the Eastern District of Michigan's policies and procedures for electronic filing. http://www.mied.uscourts.gov/PDFFIles/policies_procedures.pdf

Moreover, the Court has, on numerous occasions in this case, discussed that home addresses of individual Plaintiffs, settlement claimants, and class members should be redacted to protect individuals' privacy and to prevent fraud. *See* E.D. LR 5.3. No authorizations or other documents indicate that this individual gave *Chapman* and *Lowery* counsel permission to use or file this information on the public docket. Nor did *Chapman* and *Lowery* move to file this document under seal under Local Rule 5.3. Accordingly, the Court has stricken the item from the docket and counsel is directed to re-file it with the appropriate redactions.

    IT IS SO ORDERED.

| | |
|---|---|
| Dated: August 24, 2021<br>Ann Arbor, Michigan | s/Judith E. Levy<br>JUDITH E. LEVY<br>United States District Judge |

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 24, 2021.

                                              s/ Lisa Bartlett for William Barkholz
                                              WILLIAM BARKHOLZ
                                              Case Manager