# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.   Judith E. Levy
   United States District Judge
_____/

This Order Relates To:

ALL CASES

_____/

## NOTICE REGARDING SEPTEMBER 29, 2021 STATUS CONFERENCE

The Court will not hold a status conference on **September 29, 2021**. However, the Court will hold an in-chambers conference by video teleconference related to scheduling in the bellwether cases at 2:30 p.m that day. Counsel to the bellwether cases will receive connection information in the usual manner.

**IT IS SO ORDERED.**

Dated: September 23, 2021   s/Judith E. Levy
Ann Arbor, Michigan   JUDITH E. LEVY
   United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 23, 2021.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager
