UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases                                    Case No: 5:16-10444
                                                             Judith E. Levy, U.S. District Judge

_____/

## **MOTION AND PROPOSED ORDER TO WITHDRAW**

NOW COME Defendants Leo A. Daly Company; Lockwood, Andrews & Newnam, P.C. and Lockwood, Andrews & Newnam, Inc., by and through their attorneys, PLUNKETT COONEY, and pursuant to Local Rule 83.25, seeks leave of the Court to withdraw attorney Robert G. Kamenec as counsel for Leo A. Daly Company; Lockwood, Andrews & Newnam, P.C. and Lockwood, Andrews & Newnam, Inc. in the following pending matters:

| | | |
|---|---|---|
| 1. | Luke Waid, et al v Lockwood, Andrews & Newnam, P.C, et al. | 5:cv-16-10444-JEL |
| 2. | Shari Guertin, et al v Lockwood, Andrews & Newnam, P.C, et al. | 5:cv-16-12412-JEL |
| 3. | Melissa Atkins, et al v Lockwood, Andrews & Newnam, P.C, et al. | 5:cv-17-10164-JEL |
| 4. | Marlana Sirls, et al v Lockwood, Andrews & Newnam, P.C, et al. | 5:cv-17-10342-JEL |
| 5. | Hazam Gulla, et al v Lockwood, Andrews & Newnam, P.C, et al. | 5:cv-17-10709-JEL |
| 6. | Joel V. Dennis Lee v Lockwood, Andrews & Newnam, P.C, et al. | 5:17-11726-JEL |
| 7. | Christina Long, et al v Lockwood, Andrews & Newnam, P.C, et al. | 5:17-12153-JEL |
| 8. | Lashima Marble, et. al v Lockwood, Andrews & Newnam, P.C, et al. | 5:17-12942-JEL |

| | |
|---|---|
| 9. John Nichols v Lockwood, Andrews & Newnam, P.C, et al. (listed as dismissed but no dismissal on docket) | 5:17-cv-11481-JEL |

In support of their motion, Defendants state as follows:

1. Mr. Robert Kamenec's employment with PLUNKETT COONEY has ended.

2. Defendants continue to be represented by Philip A. Erickson and others from the law firm of PLUNKETT COONEY.

3. Defendants also continue to be represented by the law firm of FAEGRE, DRINKER, BIDDLE & REATH, by Wayne Mason and others.

4. Due to the continuity of the attorneys from PLUNKETT COONEY and FAEGRE, DRINKER, BIDDLE & REATH representing Defendants, no party will be prejudiced if Mr. Kamenec is permitted to withdraw his appearance.

WHEREFORE, Defendants respectfully request the Court to enter an order permitting Plunkett Cooney to withdraw his appearance as counsel for Defendants Leo A. Daly Company, Lockwood, Andrews & Newnam, Inc. and Lockwood, Andrews & Newnam, PC in this matter.

Respectfully submitted,

| /s/ Wayne B. Mason | /s/ Philip A. Erickson |
|---|---|
| Wayne B. Mason (SBOT 13158950) | Philip A. Erickson (P37081) |
| Travis S. Gamble (SBOT 00798195) | Patrick Lannen (P73031) |
| S. Vance Wittie (SBOT 21832980) | Rhonda Stowers (P64083) |
| David C. Kent (SBOT 11316400) | John Stevenson (P70241) |

| | |
|---|---|
| FAEGRE DRINKER, BIDDLE & REATH LLP<br>1717 Main St., Suite 5400<br>Dallas, TX  75201<br>(469) 227-8200<br>wayne.mason@faegredrinker.com<br>travis.gamble@faegredrinker.com<br>vance.wittie@faegredrinker.com<br>david.kent@faegredrinker.com<br>ATTORNEYS FOR DEFENDANTS LOCKWOOD ANDREWS & NEWMAN, INC., LOCKWOOD ANDREWS & NEWMAN, P.C. AND LEO A. DALY COMPANY | PLUNKETT COONEY<br>101 N. Washington Sq., Ste 1200<br>Lansing, MI  48933<br>(517) 324-5608<br>perickson@plunkettcooney.com<br>plannen@plunkettcooney.com<br>rstowers@plunkettcooney.com<br>jstevenson@plunkettcooney.com<br>ATTORNEYS FOR DEFENDANTS LOCKWOOD ANDREWS & NEWMAN, INC., LOCKWOOD ANDREWS & NEWMAN, P.C. AND LEO A. DALY COMPANY |

Dated:  October 8, 2021

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned certifies that the following instrument was served on all counsel of record on October 8, 2021 in accordance with the provision so the Federal Rules of Civil Procedure.

/s/ Philip A. Erickson
Philip A. Erickson (P37081)
PLUNKETT COONEY
101 N. Washington Square, Ste 1200
Lansing, MI  48933
(517) 324-5608
perickson@plunkettcooney.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

*In re* Flint Water Cases          Case No: 5:16-10444
                                           Judith E. Levy, U.S. District Judge

_____/

## ORDER GRANTING DEFENDANTS MOTION TO WITHDRAW ROBERT G. KAMENEC AS COUNSEL FOR LEO A. DALY COMPANY LOCKWOOD, ANDREWS & NEWNAM, P.C. AND LOCKWOOD, ANDREWS & NEWNAM, INC.

Upon reading Defendants Leo A. Daly Company; Lockwood, Andrews & Newnam, P.C. and Lockwood, Andrews & Newnam, Inc.'s Motion to Withdraw Robert G. Kamenec as counsel and the court being apprised in the premises;

IT IS SO ORDERED that counsel Robert G. Kamenec shall be withdrawn as counsel of record in the matters listed below:

1. Luke Waid, et al v Lockwood, Andrews & Newnam, P.C, et al.     5:cv-16-10444-JEL
2. Shari Guertin, et al v Lockwood, Andrews & Newnam, P.C, et al.     5:cv-16-12412-JEL
3. Melissa Atkins, et al v Lockwood, Andrews & Newnam, P.C, et al.     5:cv-17-10164-JEL
4. Marlana Sirls, et al v Lockwood, Andrews & Newnam, P.C, et al.     5:cv-17-10342-JEL
5. Hazam Gulla, et al v Lockwood, Andrews & Newnam, P.C, et al.     5:cv-17-10709-JEL

| | | |
|---|---|---|
| 6. | Joel V. Dennis Lee v Lockwood, Andrews & Newnam, P.C, et al. | 5:17-11726-JEL |
| 7. | Christina Long, et al v Lockwood, Andrews & Newnam, P.C, et al. | 5:17-12153-JEL |
| 8. | Lashima Marble, et. al v Lockwood, Andrews & Newnam, P.C, et al. | 5:17-12942-JEL |
| 9. | John Nichols v Lockwood, Andrews & Newnam, P.C, et al. (listed as dismissed but no dismissal on docket) | 5:17-cv-11481-JEL |

_____

JUDITH E. LEVY, U.S. DISTRICT JUDGE

Open.25633.72611.27261774-1

5