UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In Re* Flint Water Cases

No. 5:16-cv-10444-JEL-MKM

HON. JUDITH E. LEVY

MAG. MONA K. MAJZOUB

**THE PEOPLE OF THE STATE OF MICHIGAN'S PROPOSED AGENDA ITEMS FOR OCTOBER 27, 2021 STATUS CONFERENCE**

The People of the State of Michigan propose two items specific to the state court litigation, but only if needed. It may be that a state court status conference will be scheduled prior to the October 27, 2021 federal court status conference, in which case there is no need for these items to be on the federal October 27, 2021 agenda. But if not, the People request a discussion regarding the following:

1. The Leo A Daly Company Defendants recently indicated that they do not believe the Genesee County Circuit Court's March 1, 2021 order reinstating the People's professional negligence claim applies to them. The People seek clarification from that Court.

2.  The date of the People's motion hearing for the dispositive motion they filed against the Leo A Daly Company defendants is uncertain. The September 27, 2021 hearing was adjourned and has not been rescheduled.

                                                Respectfully submitted,

Dated: October 13, 2021

*/s/ Nathan A. Gambill*
Richard S. Kuhl (P42042)
Margaret A. Bettenhausen (P75046)
Nathan A. Gambill (P75506)
Charles A. Cavanagh (P79171)
Assistant Attorneys General
Environment, Natural Resources, and Agriculture Division
Attorneys for the People of the State of Michigan
P.O. Box 30755
Lansing, MI 48909
(517) 335-7664
kuhlr@michigan.gov
bettenhausenm@michigan.gov
gambilln@michigan.gov
cavanaghc2@michigan.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2021, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

Respectfully submitted,

*/s/ Nathan A. Gambill*
Nathan A. Gambill (P75506)
Assistant Attorney General
Environment, Natural Resources,
and Agriculture Division
Attorney for State Defendants
P.O. Box 30755
Lansing, MI 48909
(517) 335-7664
gambilln@michigan.gov

S:\CEPB3\ENRA_FlintWater\USDC-Waid (AG# 2016-0131314-A)\Pleadings\Final (Word Versions)\~In re Flint\State Defendants' Proposed Agenda Items 2021-10-13.docx