UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

**ORDER GRANTING DEFENDANTS MOTION TO WITHDRAW ROBERT G. KAMENEC AND ALANNAH BUFORD-KAMERMAN AS COUNSEL FOR LEO A. DALY COMPANY LOCKWOOD, ANDREWS & NEWNAM, P.C. AND LOCKWOOD, ANDREWS & NEWNAM, INC. [1979]**

Before the Court is Defendants Leo A. Daly Company ("LAD"); Lockwood, Andrews & Newnam, P.C. and Lockwood, Andrews & Newnam, Inc.'s (together, "LAN") Motions to Withdraw Robert G. Kamenec and Alannah Buford-Kamerman as counsel.

Mr. Kamanec is now affiliated with the law firm of Fieger, Fieger, Kenney & Harrington, P.C. ("Fieger Firm"), which represents several Plaintiffs in the Flint Water Cases. (*See*, ECF Nos. 1972, 1973.) The Court is appraised of the Fieger Firm's screening procedures pursuant to the Michigan Rules of Professional Conduct. (*Id.*)

Accordingly, LAD and LAN's motions are granted. Robert G. Kamenec and Alannah Buford-Kamerman shall be withdrawn as counsel of record in the matters listed below.

As to Mr. Kamanec:

| | | |
|---|---|---|
| 1 | Luke Waid, et al v Lockwood, Andrews & Newnam, P.C, et al., | 5:16-cv-10444-JEL (ECF No. 1979) |
| 2 | Shari Guertin, et al v Lockwood, Andrews & Newnam, P.C, et al. | 5:16-cv-12412-JEL |
| 3 | Melissa Atkins, et al v Lockwood, Andrews & Newnam, P.C, et al. | 5:17-cv-10164-JEL |
| 4 | Marlana Sirls, et al v Lockwood, Andrews & Newnam, P.C, et al. | 5:17-cv-10342-JEL |
| 5 | Hazam Gulla, et al v Lockwood, Andrews & Newnam, P.C, et al. | 5:17-cv-10709-JEL |
| 6 | Joel V. Dennis Lee v Lockwood, Andrews & Newnam, P.C, et al. | 5:17-cv-11726-JEL |
| 7 | Christina Long, et al v Lockwood, Andrews & Newnam, P.C, et al. | 5:17-cv-12153-JEL |
| 8 | Lashima Marble, et. al v Lockwood, Andrews & Newnam, P.C, et al. | 5:17-cv-12942-JEL |
| 9 | John Nichols v Lockwood, Andrews & Newnam, P.C, et al. | 5:17-cv-11481-JEL |
| 10 | Walters et al v. Flint et al | 5:17-cv-10164-JEL (ECF No.406) |

As to Ms. Buford-Kamerman:

| | | |
|---|---|---|
| 1 | Wright et al v. Snyder et al | 5:20-cv-10453-JEL (ECF No. 61) |
| 2 | Milhouse et al v. Snyder et al | 5:20-cv-10449-JEL (ECF No. 61 |
| 3 | Williams et al v. Flint et al | 5:20-cv-10443-JEL |

2

| | | |
|---|---|---|
| 4  | Carter et al v. Snyder et al | (ECF No. 60) 5:20-cv-10370-JEL |
| 5  | Harris et al v. Snyder et al | (ECF No. 61) 5:20-cv-10369-JEL |
| 6  | Nard et al v. Snyder et al | (ECF No. 61) 5:20-cv-10356-JEL |
| 7  | Cintron et al v. Newman et al | (ECF No. 64) 5:20-cv-10354-JEL |
| 8  | Marchbanks et al v. Snyder et al | (ECF No. 64) 5:20-cv-10322-JEL |
| 9  | Coward et al v. Richard Snyder et al | (ECF No. 65) 5:20-cv-10307-JEL |
| 10 | Blevins et al v. Snyder et al | (ECF No. 59) 5:20-cv-10172-JEL |
| 11 | Shields et al v. Snyder et al | (ECF No. 64) 5:19-cv-12882-JEL |
| 12 | Langston, Jr. et al v. Snyder et al | (ECF No. 61) 5:19-cv-12878-JEL |
| 13 | Cole et al v. Snyder et al | (ECF No. 60) 5:19-cv-12709-JEL |
| 14 | Davidson et al v. Snyder et al | (ECF No. 61) 5:19-cv-12675-JEL |
| 15 | Mahan et al v. Snyder et al | (ECF No. 56) 5:19-cv-12665-JEL |
| 16 | Sims et al v. Snyder et al | (ECF No. 55) 5:18-cv-12387-JEL |
| 17 | Franklin et al v. Snyder et al | (ECF No. 44) 5:18-cv-11967-JEL |
| 18 | Tyiska et al v. Snyder et al | (ECF No. 66) 5:18-cv-11841-JEL |
| 19 | Cox et al v. Snyder et al | (ECF No. 67) 5:18-cv-11770-JEL (ECF No. 69) |

| | | |
|---|---|---|
| 20 | Chandler et al v. Snyder et al | 5:18-cv-11743-JEL (ECF No. 69) |
| 21 | Adams-Kiel et al v. Snyder et al | 5:18-cv-11416-JEL (ECF No. 71) |
| 22 | Sears et al v. Snyder et al | 5:18-cv-11298-JEL (ECF No. 69) |
| 23 | Bellis v Snyder et al | 5:18-cv-11289-JEL (ECF No. 74) |
| 24 | Douglas et al v. Snyder et al | 5:18-cv-11287-JEL (ECF No. 69) |
| 25 | Barlow et al v. Snyder et al | 5:18-cv-11281-JEL (ECF No. 70) |
| 26 | Bryant Jr. v. Snyder et al | 5:18-cv-11173-JEL (ECF No. 81) |
| 27 | Corey et al v. Snyder et al | 5:18-cv-11102-JEL (ECF No. 71) |
| 28 | Alexander et al v. Snyder et al | 5:18-cv-10631-JEL (ECF No. 77) |
| 29 | Cooper et al v Snyder et al | 5:18-cv-10486-JEL (ECF No. 76) |
| 30 | Anderson et al v. Lockwood, Andrews & Newnam, P.C. et al | 5:17-cv-13289-JEL (ECF No. 103) |
| 31 | Lee v. Flint et al | 5:17-cv-11726-JEL (ECF No. 95) |

**IT IS SO ORDERED.**

Dated: October 14, 2021  
Ann Arbor, Michigan

s/Judith E. Levy  
JUDITH E. LEVY  
United States District Judge

4

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 14, 2021.

                                          s/William Barkholz
                                          WILLIAM BARKHOLZ
                                          Case Manager