UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In re* FLINT WATER CASES | Civil Action No. 5:16-cv-10444-JEL- (consolidated)<br><br>Hon. Judith E. Levy |

**NOTICE AND RECOMMENDATION OF THE SPECIAL MASTER AND MASTER GUARDIAN AD LITEM REGARDING THE USE OF NOTICES AND ADDITIONAL FORMS FOR CLAIMS PROCESSING**

On January 21, 2021, the Court issued its *Opinion and Order Granting Plaintiffs' Motion to Establish Settlement Claims Procedures and Allocation and for Preliminary Approval of Class Settlement Components [1318] and Granting Plaintiffs' Motion for an Order Adopting the Proposed Motion for Approval of Wrongful Death Settlement [1334]*, ECF 1399 ("Order")[1]. The Parties and the Claims Administrator have drafted additional forms which are appended to this Notice.

As part of the Claims process under the Amended Settlement Agreement, the Claims Administrator will be issuing various notices to and providing other related forms for use by Claimants. The Claims Administrator, after consultation with the

---

[1] All capitalized terms herein, where applicable, have the same meaning set forth in the Amended Settlement Agreement that the Court has preliminarily approved.

Settling Parties, the Special Master and the Master Guardian ad Litem, has proposed certain notices and forms to provide consistency for and to simplify communications with Claimants during the Claims administration process. The proposed notices and forms are attached as Exhibit A.

1. Signature Attestation
2. Favorable Notice to Claimant
3. Favorable Notice(s) to Next Friend
4. Adverse Notice to Claimant
5. Adverse Notice to Next Friend
6. Reconsideration Request Form

Accordingly, the Special Master and the Master Guardian ad Litem recommend that the Court approve the use of the above listed forms.

| | |
|---|---|
| Date: October 26, 2021 | Respectfully submitted, |
| */s/ Miriam Z. Wolock* | */s/ Deborah E. Greenspan* |
| Miriam Z. Wolock, Esq. | Deborah E. Greenspan, Esq. |
| Master Guardian ad Litem | Special Master |
| Law Offices of Miriam Z. Wolock, PLLC | BLANK ROME LLP |
| 40900 Woodward Avenue, Suite 111 | Michigan Bar # P33632 |
| Bloomfield Hills | 1825 Eye Street, N.W. |
| Michigan 487304 | Washington, DC 20006 |
| Telephone: (248) 633-2630 | Telephone: (202) 420-2200 |
| Facsimile: (248) 633-2631 | Facsimile: (202) 420-2201 |
| mwolock@wolocklaw.com | DGreenspan@blankrome.com |

2

## CERTIFICATE OF SERVICE

I certify that on October 26, 2021, I electronically filed the foregoing document with the Clerk of the Court using the Court's ECF system, which will send notification of such filing to attorneys of record.

Date:   October 26, 2021               */s/ Deborah E. Greenspan*
                                       Deborah E. Greenspan
                                       Special Master
                                       BLANK ROME LLP
                                       Michigan Bar # P33632
                                       1825 Eye Street, N.W.
                                       Washington, DC  20006
                                       Telephone: (202) 420-2200
                                       Facsimile: (202) 420-2201
                                       DGreenspan@blankrome.com