UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

## NOTICE OF INTENT TO APPOINT RETIRED MAGISTRATE JUDGE MONA MAJZOUB AS FACILITATIVE MEDIATOR

On January 16, 2018, the Court appointed Senator Carl Levin and (Ret.) Wayne County Judge Pamela Harwood as facilitative mediators pursuant to Eastern District of Michigan Rule 16.4. (ECF No. 324, PageID.11687.) Judge Harwood has asked to be relieved of her appointment and the Court hereby grants this request and thanks Judge Harwood for her service.

The Court now notifies the parties of its intent to appoint Mona Majzoub, former Magistrate Judge of the United States District Court of the Eastern District of Michigan, as mediator.

The parties to all Flint Water litigation will have until December 8, 2021 to file on the docket in Case No. 16-10444 any objections to this notice or to submit alternative names for consideration.

IT IS SO ORDERED.

Dated: November 29, 2021　　　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 29, 2021.

　　　　　　　　　　　　　　　　s/William Barkholz
　　　　　　　　　　　　　　　　WILLIAM BARKHOLZ
　　　　　　　　　　　　　　　　Case Manager