# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

Judith E. Levy
United States District Judge

_____/

This Order Relates To:

ALL CASES

_____/

## ORDER REGARDING MATTERS DISCUSSED AT THE DECEMBER 22, 2021 STATUS CONFERENCE

The Court held a status conference regarding the pending Flint Water litigation on December 22, 2021. The Court orders as follows.

1. For the reasons set forth on the record, the Court grants LAN's and VNA's Motions to Stay Motion for Approval of the Form and Manner of Class Notice. (ECF Nos. 2065, 2066.) The Court denies Class Plaintiffs' Motion for Approval of the Form and Manner of Class Notice (ECF No. 2041), without prejudice to refiling if the Sixth Circuit Court of Appeals makes a determination that it will not review the Class Certification Opinion and Order.

2. The next status conference will be held on **Wednesday January 26, 2022 at 2:30pm**. Parties are to file proposed agenda items in Case No. 16-cv-10444 by Wednesday January 12, 2022. Co-Lead Counsel for Individual Plaintiffs should collect proposed agenda items from all counsel representing individual plaintiffs and submit those proposed items in a single filing. The Court will issue an agenda by approximately Wednesday January 19, 2021.

3. The Court will set aside **Wednesday January 12, 2022 at 11:00am**[1] for video discovery conferences, if needed. All discovery dispute submission protocols remain the same.

**IT IS SO ORDERED.**

Dated: December 22, 2021  s/Judith E. Levy
Ann Arbor, Michigan     JUDITH E. LEVY
            United States District Judge

---

[1] Please note the change from the time discovery conferences are typically held.

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 22, 2021.

                                      s/William Barkholz
                                      WILLIAM BARKHOLZ
                                      Case Manager