## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: December 29, 2021

Ms. Kinikia D. Essix
Eastern District of Michigan at Ann Arbor
P.O. Box 8199
Ann Arbor, MI 48107-0000

> Re: Case No. 21-1164, *Luke Waid, et al v. Richard Snyder, et al*
> Originating Case No. : 5:16-cv-10444 : 5:17-cv-10996

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Robin L Baker, Case Manager for
Ryan E. Orme, Case Manager
Direct Dial No. 513-564-7079

cc: Mr. Loyst Fletcher Jr.
Ms. Emmy L. Levens
Ms. Jessica B. Weiner

Enclosure

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

_____

No: 21-1164

_____

Filed: December 29, 2021

In re: FLINT WATER CASES

-------------------------------

LUKE WAID, Parent and Next-Friend of SR, a minor, et al.

        Plaintiffs

 and

ELNORA CARTHAN; RHONDA KELSO, individually and as next friend of K.E.K., a minor child; DARRELL DAVIS; BARBARA DAVIS; MICHAEL SNYDER; DAVID MUNOZ; TIANTHA WILLIAMS, individually and as next friend of T.W., a minor child; FRANCES GILCREAST; ANGELO'S CONEY ISLAND PALACE, INC.

        Plaintiffs - Appellees

v.

DORIS COLLINS; ROBIN PLEASANT; JASON PHINISEE; LEE MCDONALD; CONLEY COLLISION, INC.

        Proposed Intervenor Plaintiffs - Appellants

and

RICHARD DALE SNYDER, former Governor, et al

        Defendants

## MANDATE

Pursuant to the court's disposition that was filed 12/01/2021 the mandate for this case hereby issues today.

COSTS: None