# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF MICHIGAN

# SOUTHERN DIVISION

| | |
|---|---|
| *In Re* Flint Water Cases, | No. 5:16-cv-10444-JEL-MKM |
| | (consolidated) |
| | Hon. Judith E. Levy |
| | Mag. Mona K. Majzoub |
| *Helen Chapman, et al.,* | No. 5:18-cv-10679-JEL-MKM |
| *Plaintiffs,* | |
| *v* | |
| *Governor Richard D. Snyder, et al.,* | |
| *Defendants.* | |

**OPPOSITION OF CHAPMAN/LOWERY OBJECTORS
TO PLAINTIFFS' MOTION FOR ENTRY OF
FINAL JUDGMENT FILED AT DKT # 2077**

Chapman/Lowery Objectors File this Opposition to Plaintiffs' Motion for Entry of Final Judgment filed at Dkt #2077 for reasons set forth at length in Chapman Lowery Objectors Motion for Reconsideration, filed at Dkt #2023 which is incorporated by reference as though fully set forth herein.

Dated:  January 3, 2022

*/s/ Mark R. Cuker*
MARK R. CUKER
CUKER LAW FIRM
One Logan Square, Suite 1200
Philadelphia, PA  19103
(215) 531-8512
mark@cukerlaw.com

*Attorney for Chapman Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system on January 3 2022, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                */s/ Mark R. Cuker*
                                                MARK R. CUKER