# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases            Case No: 5:16-10444

                                                    Judith E. Levy, U.S. District Judge

_____/

## NOTICE OF WITHDRAWAL OF COUNSEL FOR CLASS PLAINTIFFS FOR ADAM T. SCHNATZ

PLEASE TAKE NOTICE that McAlpine PC is withdrawing Adam T. Schnatz's appearance as counsel for Class Plaintiffs in the below referenced matters, as he will no longer be employed by the firm as of January 14, 2022.

Mark L. McAlpine, Jayson E. Blake, and others from the law firm of McAlpine PC continue to represent Class Plaintiffs.

Class Plaintiffs also continue to be represented by Co-lead Counsel and others.

Please remove Mr. Schnatz from all service lists for the below cases:

1.     Luke Waid, et al v Lockwood, Andrews &     5:cv-16-10444-JEL
       Newnam, P.C, et al.

2.     Jennifer Mason, et al v Lockwood,            5:cv-16-10663-JCO
       Andrews & Newnam, P.C, et al.

Dated: January 13, 2022           Respectfully submitted,

                                               /s/ *Adam T. Schnatz*
                                               Adam T. Schnatz
                                               MCALPINE P.C.
                                               3201 Universit6y Dr. STE 200
                                               Auburn Hills, MI  48326

(248) 373-3700 Telephone
(248) 373-3708 Facsimile
mlmcalpine@mcalpinepc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2022, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

Respectfully submitted,

/s/ *Adam T. Schnatz*
Adam T. Schnatz