# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases            Case No: 5:16-10444
                                                   Judith E. Levy, U.S. District Judge

_____/

## ORDER GRANTING WITHDRAWAL OF COUNSEL
## ADAM T. SCHNATZ FOR CLASS PLAINTIFFS

Upon reading Class Plaintiffs' Notice of Withdrawal of Counsel Adam T. Schnatz, and the court being apprised in the premises;

IT IS SO ORDERED that counsel Adam T. Schnatz shall be withdrawn as counsel of record for Class Plaintiffs in the matter listed below:

1. Luke Waid, et al v Lockwood, Andrews & Newnam, P.C, et al.     5:cv-16-10444-JEL

Date: January 18, 2022              s/Judith E. Levy
                                             JUDITH E. LEVY
                                             United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 18, 2022.

                                             s/William Barkholz
                                             WILLIAM BARKHOLZ
                                             Case Manager