# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.   Judith E. Levy
United States District Judge
_____/

This Order Relates To:

ALL CASES

_____/

## ORDER SETTING CONFERENCE DATES FOR FEBRUARY 2022

The Court will not hold a status conference on January 26, 2022.

The next status conference will be held on **Wednesday February 23, 2022 at 1:00 pm**. Parties are to file proposed agenda items in Case No. 16-10444 by Wednesday February 9, 2022. The Court will issue an agenda by Thursday February 17, 2022.

**IT IS SO ORDERED.**

Dated: January 25, 2022         s/Judith E. Levy
Ann Arbor, Michigan             JUDITH E. LEVY
                                United States District Judge

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 25, 2022.

                                        s/William Barkholz
                                        WILLIAM BARKHOLZ
                                        Case Manager