IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

| | |
|---|---|
| WAID et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:16-cv-10444-JEL-MKM |
| ) | |
| SNYDER et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW

NOW COMES Plaintiff, Lashema Marble, by and through her attorneys, LOEVY & LOEVY, and hereby seeks leave of the Court to withdraw attorney Cindy Tsai as counsel for Plaintiff Lashema Marble. In support, Plaintiff states as follows:

1. Ms. Tsai has concluded her employment at Loevy & Loevy, the firm representing Plaintiff, Lashema Marble.

2. Plaintiff will continue to be represented by Heather Lewis Donnell of Loevy & Loevy.

3. No party will be prejudiced if Ms. Tsai is permitted to withdraw her appearance in this matter.

WHEREFORE, Plaintiff respectfully requests the Court enter an order permitting her to withdraw her appearance as counsel in this matter.

Dated: January 28, 2022

Respectfully submitted,

/s/ Heather Lewis Donnell
Plaintiff's Attorney

Heather Lewis Donnell
LOEVY & LOEVY
311 N. Aberdeen Street, Third Floor
Chicago, Illinois 60607
(312) 243-5900
heather@loevy.com

## **CERTIFICATE OF SERVICE**

      I, Heather Lewis Donnell, an attorney, hereby certify that on January 28, 2022, I filed the foregoing motion using the Court's CM/ECF system, which effectuated service on all counsel of record.

                                                /s/ Heather Lewis Donnell
                                                *Plaintiff's Attorneys*