# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

_____

In re FLINT WATER CASES

Civil Action No. 5:16-cv-10444-JEL-EAS (consolidated)

Hon. Judith E. Levy
Mag. Elizabeth A. Stafford

_____

## CLASS PLAINTIFFS' PROPOSED AGENDA FOR FEBRUARY 23, 2022 STATUS CONFERENCE

In accordance with the Court's Order, ECF No. 2098, Class Plaintiffs respectfully submit the following agenda items for the February 23, 2022 Status Conference.

**1.     Class Notice**

On December 22, 2021, the Court granted Veolia's and LAN's Motions to Stay Class Plaintiffs' Motion for Approval of the Form and Manner of Class Notice, ECF Nos. 2065, 2066, and denied Class Plaintiffs' Motion for Approval of the Form and Manner of Class Notice, ECF No. 2041, without prejudice to refiling if the Sixth Circuit Court of Appeals makes a determination that it will not review the Class Certification Opinion and Order. ECF No. 2074, PageID.71678. The Sixth Circuit denied Veolia's and LAN's petitions for permission to appeal pursuant to Fed. R. Civ. P. 23(f) on January 24, 2022. Order, _In re Veolia North America, LLC_, No. 21-103 (6th Cir. Jan. 24, 2022), ECF No. 31-2. Veolia filed a petition for rehearing en

banc on February 7, 2022. Pet. for Rehearing *En Banc*, *In re Veolia North America, LLC*, No. 21-103 (6th Cir. Feb. 7, 2022), ECF No. 36. Class Plaintiffs wish to discuss the Court's preferences regarding the timing of re-filing their Motion for Approval of the Form and Manner of Class Notice.

## 2.   Pre-Trial Schedule

Pursuant to the Court's instruction at the December 22, 2021 Status Conference, Class Plaintiffs and counsel for Veolia and LAN have met and conferred by phone regarding a pre-trial schedule. If the Court wishes, Class Plaintiffs will be prepared to provide a status update.

Dated: February 9, 2022

Respectfully submitted,

*/s/ Theodore J. Leopold*
Theodore J. Leopold
Leslie M. Kroeger
**COHEN MILSTEIN SELLERS &
TOLL PLLC**
11780 U.S. Highway One
Suite N500
Palm Beach Gardens, FL 33408
(561) 515-1400 Telephone
tleopold@cohenmilstein.com
lkroeger@cohenmilstein.com

Joseph M. Sellers
Kit A. Pierson
Emmy L. Levens
Jessica B. Weiner
Alison S. Deich

*/s/ Michael L. Pitt*
Michael L. Pitt
Cary S. McGehee
**PITT MCGEHEE PALMER
BONANNI & RIVERS, P.C.**
117 West 4th Street
Suite 200
Royal Oak, MI 48067
(248) 398-9800 Telephone
mpitt@pittlawpc.com
cmcgehee@pittlawpc.com

Paul Novak (P39524)
Diana Gjonaj (P74637)
Gregory Stamatopoulos (P74199)
**WEITZ & LUXENBERG, P.C.**
3011 West Grand Boulevard

**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW
Suite 500
Washington, DC 20005
(202) 408-4600 Telephone
jsellers@cohenmilstein.com
kpierson@cohenmilstein.com
elevens@cohenmilstein.com
jweiner@cohenmilstein.com
adeich@cohenmilstein.com

Vineet Bhatia
Shawn Raymond
**SUSMAN GODFREY, L.L.P.**
1000 Louisiana Street
Suite 5100
Houston, TX 77002
(713) 651-3666 Telephone
vbhatia@susmangodfrey.com
sraymond@susmangodfrey.com

Stephen Morrissey
Jordan Connors
**SUSMAN GODFREY, L.L.P.**
1201 Third Ave.
Suite 3800
Seattle, WA 98101
(206) 516-3880 Telephone
smorrissey@susmangodfrey.com
jconnors@susmangodfrey.com

Peretz Bronstein
Shimon Yiftach
**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
60 East 42nd Street
Suite 4600
New York, NY 10165
(212) 697-6484 Telephone

24th Floor
Detroit, MI 48226
(313) 800-4170 Telephone
pnovak@weitzlux.com
dgjonaj@weitzlux.com
gstamatopoulos@weitzlux.com

Robin L. Greenwald
**WEITZ & LUXENBERG, P.C.**
700 Broadway
New York, NY 10003
(212) 558-5500 Telephone
rgreenwald@weitzlux.com

Esther E. Berezofsky
**MOTLEY RICE LLC**
210 Lake Drive East
Suite 101
Cherry Hill, NJ 08002
(856) 667-0500 Telephone
eberezofsky@motleyrice.com

Teresa Caine Bingman (P56807)
**THE LAW OFFICES OF TERESA A. BINGMAN, PLLC**
120 N. Washington Square
Suite 327
Lansing, MI 48933
(877) 957-7077 Telephone
tbingman@tbingmanlaw.com

William Goodman (P14173)
Julie H. Hurwitz (P34720)
Kathryn Bruner James (P71374)
**GOODMAN & HURWITZ PC**
1394 E. Jefferson Ave.
Detroit, MI 48207
(313) 567-6170 Telephone
bgoodman@goodmanhurwitz.com
jhurwitz@goodmanhurwitz.com

3

peretz@bgandg.com
shimony@bgandg.com

Bradford M. Berry
Anson C. Asaka
**NAACP**
4805 Mt. Hope Dr.
Baltimore, MD 21215
(410) 580-5777 Telephone
bberry@naacpnet.org
aasaka@naacpnet.org

Kathryn P. Hoek
**SUSMAN GODFREY, L.L.P.**
1901 Avenue of the Stars
Suite 950
Los Angeles, CA 90067
(310) 789-3100 Telephone
khoek@susmangodfrey.com

Neal H. Weinfield
**THE DEDENDUM GROUP**
(312) 613-0800 Telephone
nhw@dedendumgroup.com

Cirilo Martinez (P65074)
**LAW OFFICE OF CIRILO
MARTINEZ, PLLC**
3010 Lovers Lane
Kalamazoo, MI 49001
(269) 342-1112 Telephone
martinez_cirilo@hotmail.com
David J. Shea
**SHEA AIELLO, PLLC**
26100 American Drive
2nd Floor
Southfield, MI 48034
(248) 354-0224 Telephone
david.shea@sadplaw.com

kjames@goodmanhurwitz.com

Deborah A. LaBelle (P31595)
**LAW OFFICES OF DEBORAH A.
LABELLE**
221 N. Main St.
Suite 300
Ann Arbor, MI 48104
(734) 996-5620 Telephone
deblabelle@aol.com

Trachelle C. Young (P63330)
**TRACHELLE C. YOUNG &
ASSOCIATES PLLC**
2501 N. Saginaw St.
Flint, MI 48505
(810) 239-6302 Telephone
trachelleyoung@gmail.com

Brian McKeen (P34123)
Claire Vergara (P77654)
**McKEEN & ASSOCIATES, PC**
645 Griswold Street
Suite 4200
Detroit, MI 48226
(313) 961-4400 Telephone
bjmckeen@mckeenassociates.com
cvergara@mckeenassociates.com

Cynthia M. Lindsey (P37575)
Shermane T. Sealey (P32851)
**CYNTHIA M. LINDSEY &
ASSOCIATES, PLLC**
8900 E. Jefferson Avenue
Suite 612
Detroit, MI 48214
(248) 766-0797 Telephone
cynthia@cmlindseylaw.com
shermane@cmlindseylaw.com

4

Mark L. McAlpine (P35583)  
Jayson E. Blake (P56128)  
**MCALPINE PC**  
3201 University Drive  
Suite 100  
Auburn Hills, MI  48326  
(248) 373-3700 Telephone  
mlmcalpine@mcalpinelawfirm.com  
jeblake@mcalpinelawfirm.com  

Andrew P. Abood (P43366)  
**ABOOD LAW FIRM**  
246 East Saginaw Street  
Suite One  
East Lansing, Michigan 48823  
 (517) 332-5900 Telephone  
andrew@aboodlaw.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing instrument was filed with the U.S. District Court through the ECF filing system and that all parties to the above case were served via the ECF filing system on February 9, 2022.

Dated: February 9, 2022

<u>*/s/ Jessica B. Weiner*</u>

Jessica B. Weiner
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW
Suite 500
Washington, DC 20005
(202) 408-4600
jweiner@cohenmilstein.com

6