UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases. | Case No: 5:16-cv-10444<br>Hon. Judith E. Levy |

## MOTION AND PROPOSED ORDER TO WITHDRAW

NOW COME Plaintiffs, by and through their attorneys, LEVY KONIGSBERG, LLP, and pursuant to Local Rule 83.25, seek leave of the Court to withdraw attorney D. ALEXANDER LATANISION as counsel for Plaintiffs in the following pending matter:

1. *In re* Flint Water Cases.     Case No: 5:16-cv-10444
   Hon. Judith E. Levy

In support of their motion, Plaintiffs state as follows:

1. Mr. Latanision's employment with LEVY KONIGSBERG, LLP has ended.

2. Plaintiffs continue to be represented by Corey M. Stern and others from the law firm of LEVY KONIGSBERG, LLP.

3. Due to the continuity of the attorneys from LEVY KONIGSBERG, LLP representing Plaintiffs, no party will be prejudiced if Mr. Latanision is permitted to withdraw his appearance.

**WHEREFORE**, Plaintiffs respectfully request the Court to enter an order permitting LEVY KONIGSBERG, LLP to withdraw his appearance as counsel for Plaintiffs in this matter.

Respectfully submitted,

/s/ Corey M. Stern
Attorney for Plaintiffs
605 Third Avenue, 33rd Floor
New York, NY 10158
(212) 605-6200
cstern@levylaw.com

Dated: February 10, 2022

2

## CERTIFICATE OF SERVICE

The undersigned certifies that the following instrument was served on all counsel of record on February 10, 2022 in accordance with the provision so the Federal Rules of Civil Procedure.

/s/ Corey M. Stern
Attorney for Plaintiffs
605 Third Avenue, 33rd Floor
New York, NY 10158
(212) 605-6200
cstern@levylaw.com


Dated: February 10, 2022