**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____

| | |
|---|---|
| *In re* Flint Water Cases, | Civil Action No. 5:16-cv-10444-JEL-MKM (Consolidated) |
| | Hon. Judith E. Levy |
| | Mag. Mona K. Majzoub |

_____

| | |
|---|---|
| *Walters, et al.,* | |
|       Plaintiffs | No. 5:17-cv-10164-JEL-MKM |
| *v.* | |
| *City of Flint, et al.,* | |
|       Defendants | |

_____

## MOTION FOR WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.25(b), William James Quinn hereby moves for an order withdrawing him as attorney of record for the United States in the above-captioned actions.

Mr. Quinn is leaving the United States Department of Justice, and the United States will continue to be represented by Michael L. Williams. This motion is filed with the consent of the United States and Mr. Williams.

Dated:     March 2, 2022

Respectfully submitted,

*/s/ William J. Quinn*
William J. Quinn
Trial Attorney
Environmental Torts, Civil Division
United States Department of Justice
175 N Street NE
Washington, D.C. 20002
Telephone: (202) 598-0389
E-mail: William.J.Quinn@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on March 2, 2022, the foregoing document was filed *via* the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon all counsel of record.

>*/s/ William J. Quinn*
>WILLIAM J. QUINN