UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases | No. 5:16-cv-10444-JEL-MKM |
| | Hon. Judith Levy |
| | Mag. Mona K. Majzoub |

## NOTICE OF APPEAL

Notice is hereby given that Objectors Raymond Hall, Robert Hempel, and Ashley Jankowiak ("Hall Objectors") appeal to the United States Court of Appeals for the Sixth Circuit from the Order Granting in Part Plaintiffs' Motion for an Award of Attorney Fees (Dkt. 2105) entered in this action on February 4, 2022.

Dated: March 7, 2022        /s/ M. Frank Bednarz
                            M. Frank Bednarz (IL ARDC No. 6299073)
                            HAMILTON LINCOLN LAW INSTITUTE
                            CENTER FOR CLASS ACTION FAIRNESS
                            1145 E. Hyde Park Blvd. Unit 3A
                            Chicago, IL 60615
                            Phone: 801-706-2690
                            Email: frank.bednarz@hlli.org

                            *Attorneys for Hall Objectors*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system on March 7, 2022, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ M. Frank Bednarz<br>
M. Frank Bednarz