UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Luke waid, et al.,

          Plaintiff(s),

v.                                               Case No. 5:16−cv−10444−JEL−EAS
                                                 Hon. Judith E. Levy

RICHARD D SNYDER, et al.,

          Defendant(s).

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

        United States Court of Appeals for the Sixth Circuit
        Potter Stewart U.S. Courthouse
        100 East Fifth Street, Fifth Floor
        Cincinnati, OH   45202−3988

and all interested parties, by electronic means or first class U.S. mail, on March 8, 2022.

                                                   KINIKIA D. ESSIX, CLERK OF COURT

                                                   By: s/ S Krause
                                                          Deputy Clerk

Dated:   March 8, 2022