UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

*In Re* Flint Water Cases

No. 5:16-cv-10444-JEL-MKM

Hon. Judith Levy

Mag. Mona K. Majzoub

Notice is hereby given that I, Colleen Connors, appeal to the United States Court of Appeals for the Sixth Circuit from the Order Granting in Part Plaintiffs' Motion for an Award of Attorney Fees (Dkt. 2105), entered in this action on February 4, 2022. Additionally, I, Colleen Connors, appeal the Amended Final Judgment and Order of Dismissal with Prejudice Implementing Partial Settlement (Dkt. 2128), entered on March 3, 2022, a**s it specifically relates to attorney fees**.

Dated: 3/8/22

Signed: *Colleen M. Connors*

Colleen Connors, FWC Archer claimant

P.O. Box 320798

Flint, Michigan 48532

Email: cmcolleen4@gmail.com

Phone: 810-322-8956