UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Luke waid, et al.,

            Plaintiff(s),

v.

            Case No. 5:16–cv–10444–JEL–EAS
            Hon. Judith E. Levy

RICHARD D SNYDER, et al.,

            Defendant(s).

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

    United States Court of Appeals for the Sixth Circuit
    Potter Stewart U.S. Courthouse
    100 East Fifth Street, Fifth Floor
    Cincinnati, OH   45202–3988

and all interested parties, by electronic means or first class U.S. mail, on March 9, 2022.

            KINIKIA D. ESSIX, CLERK OF COURT

            By: s/ D. Peruski
                 Deputy Clerk

Dated:   March 9, 2022