# In the United States Court of Appeals for the 6th Circuit

## FWC Case #16-cv-10444

**FRAP Rule 27 Motion for Leave to file an AMENDED NOTICE OF APPEAL in Appeal # 21-1530** Appeal of ECF DOC #__2105__ [and] Ecf Doc. # __2128__ issued on or about March 4th, 2022. As to Attorney Fee Award to Plaintiffs' Counsel due to such amounting to JACKPOT JUSTICE and being in contravention of the 6th Circuit Court of Appeals' mandate in Mandamus # 21-2655.

→ Ecf Doc # 2114 (on 2/14/2022)
_ _ _ _

Melvin Jones Jr. [disabled - concerned Flint resident {e.g. proposed intervenor}
1935 Hosler St - Flint, Michigan 48503
Email: meljonesjr@gmail.com
ph# 810 - 962 - 6225

—-------------------

## PLEASE take NOTE of the Following:

==Previously my medical history of CVA (and other serious disabling medical conditions "got the best of me")... and Judge Levy "STRUCK" my documents from the District Court record in FWC #16-cv-10444 (Order # __2114__ ). Which = failure to accommodate my "communication disability/ CVA".==

The 6th Circuit Court of Appeal has NOT dealt with said matter; and, [I] certify that the filings presented have not been raised and disposed of in the Court of Appeals (but HAVE been disposed of in the district court) and that they set forth a claim for relief as well as the basis for that claim.

Respectfully Submitted.

Date: March 9th, 2022

*[signature: Melvin Jones Jr.]*

Melvin Jones Jr. - disabled FWC Claimant via the Archer Claims Administrator