# In the United States Court of Appeals for the 6th Circuit

## FWC Case #16-cv-10444

**Motion for Leave to file an APPEAL and disabled Jones' NOTICE of Appeal** to the 6th Circuit Court of Appeals... of Judge Levy's "amended final judgment/ and settlement agreement orders" issued on MARCH 3rd, 2022 (Ecf Doc# 2128 [and] Ecf Doc # 2105 ); and Judge Levy's AWARD of ATTORNEY FEES to Class-Council ....due to 1st Amendment Violations put against [ME] as a FWC Claimant/ Settlement - Class Member; .... REQUIRES ...DE NOVO REVIEW, by the Appeals Court here.

—— – – –

Melvin Jones Jr. [disabled - concerned Flint resident {e.g. proposed intervenor}
1935 Hosler St - Flint, Michigan 48503
Email: meljonesjr@gmail.com
ph# 810 - 962 - 6225

▬-----------------

## **_PLEASE take NOTE of the Following_**:

**[I]** *certify that the filings presented have not been raised and disposed of in the Court of Appeals [NOR] the District Court/… and that they set forth a claim for relief as well as the basis for that claim. Specifically….* <u>The Settlement Agreement and Attorney Fees [BOTH] involve</u> **DEPRIVATIONS OF MY 1st AMENDMENT RIGHTS and are** <u>STATE-ACTION</u> *(e.g. involve the STATE OF MICHIGAN)… and [ME] a disabled Black Guy. Here —* First Amendment challenge[s] to the district court's approval of a settlement agreement [are] reviewed on Appeal via de novo review . **<u>Pac. Coast Horseshoeing Sch., Inc. v. Kirchmeyer, 961 F.3d 1062, 1067 n.3 (9th Cir. 2020)</u>**... ("state action" involved").

Respectfully Submitted.

Date: March 10th, 2022

Melvin Jones Jr. - disabled FWC Claimant via the Archer Claims Administrator