UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases. <br> _____/ | Judith E. Levy <br> United States District Judge |

This Order Relates To:

ALL CASES

_____/

**ORDER REGARDING FILINGS BY MELVIN JONES AND GRANTING LEAVE FOR LIMITED PURPOSE [2134, 2135]**

On December 8, 2021, Melvin Jones[1] was enjoined "from filing anything further on any of the Flint Water Case dockets and from filing new cases related to the same or similar subject matter, absent prior leave of the Court." (ECF No. 2062, PageID.71508.)

---

[1] Mr. Jones has indicated in several of his filings that he has a vision impairment and requires large print. Accordingly, this Order is issued using 16 pt. font.

Recently, Mr. Jones filed two items on the docket in the Flint Water cases. (ECF Nos. 2134, 2135.) Although these docket items have been categorized through the CM/ECF System as motions for leave to file, they are not motions for leave to file. The Court's December 8, 2021 Order explained:

> In order to obtain leave, Jones must certify that the filings he presents have not been raised and disposed of in this Court or in the Court of Appeals and that they set forth a claim for relief as well as a basis of that claim. Any proposed filing must be described in a summary of no more than two pages.

(ECF No. 2062, PageID.71520–71521.) Mr. Jones did not comply with this directive. In this instance, even though it is not clear to the Court what Mr. Jones is asking for in either filing, it is possible that Mr. Jones intended to file notices of appeal. The Court construes the filings in this way and under these very limited circumstances grants leave to file these notices. Jones should not file anything further on this docket and the December 8, 2021 directive remains in full force and effect.

2

IT IS SO ORDERED.

Dated: March 17, 2022　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　JUDITH E. LEVY
　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 17, 2022.

　　　　　　　　　　　　　s/William Barkholz
　　　　　　　　　　　　　WILLIAM BARKHOLZ
　　　　　　　　　　　　　Case Manager