UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In Re* Flint Water Cases          No.5:16-cv-10444-JEL

HON. JUDITH E. LEVY

_____/

## ORDER APPROVING RECOMMENDATION OF MASTER GAL AND SPECIAL MASTER, AND DIRECTING THE USE OF CERTAIN PROBATE PROCEDURES, INSTRUCTIONS, AND FORMS

Having reviewed the Report and Recommendation of the Special Master and Master Guardian Ad Litem to Adopt Probate Court Procedures, Instructions, and Forms for Purposes of the Partial Flint Water Settlement, the Court approves the procedures, instructions and forms attached as Exhibit A thereto, and further directs that these procedures and forms shall be used, where appropriate, to implement the Settlement and the January 25, 2021 Order Granting Plaintiffs' Motion For The Appointment of Next Friends On Behalf Of Each Minor And Legally Incompetent Individual For Purposes Of Participating In The Flint Water Settlement issued by the Genesee County Circuit Court, *In Re Flint Water Litigation*, Case No. 17-108646-NO.

IT IS SO ORDERED.

Date:  March 29, 2022          s/Judith E. Levy
       Ann Arbor, Michigan          JUDITH E. LEVY
                                             United States District Judge

2

## CERTIFICATE OF SERVICE

  The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 29, 2022.

              s/William Barkholz
              WILLIAM BARKHOLZ
              Case Manager