**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: May 04, 2022

Mr. Melvin Jones Jr.
1935 Hosler Street
Flint, MI 48503

Ms. Emmy L. Levens
Cohen Milstein Sellers & Toll
1100 New York Avenue, N.W.
Suite 500, East Tower
Washington, DC 20005

Mr. Hunter J. Shkolnik
Napoli Shkolnik
1302 Avenida Ponce de Leon
Santurce, PR 00907

     Re: Case No. 22-1347, *Luke Waid, et al v. Richard Snyder, et al*
        Originating Case No. 5:16-cv-10444

Dear Counsel and Mr. Jones, Jr.:

 The Court issued the enclosed Order today in this case.

            Sincerely yours,

            s/Amy E. Gigliotti
            Case Management Specialist
            Direct Dial No. 513-564-7012

cc: Ms. Kinikia D. Essix

Enclosure

Case No. 22-1347

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

In re: FLINT WATER CASES

------------------------------

LUKE WAID

      Plaintiff

CO-LEAD COUNSEL FOR THE SETTLEMENT CLASS; CO-LIAISON COUNSEL FOR THE INDIVIDUAL PLAINTIFFS

      Plaintiffs - Appellees

v.

RICHARD DALE SNYDER

      Defendant

MELVIN JONES, JR.

      Objector - Appellant

  Objector-Appellant Melvin Jones, Jr. has filed a motion to extend time to file a motion to proceed informa pauperis, and to extend time to file appellant's brief.

  Upon consideration, and in light of the informa pauperis motion and brief already filed, the motion to extend time is **DENIED AS MOOT.**

                                              **ENTERED PURSUANT TO RULE 45(a), RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: May 04, 2022