# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: May 24, 2022

Ms. Deborah E. Greenspan
Blank Rome
1875 Eye Street, N.W.
11th Floor
Washington, DC 20006

Melvin Jones Jr.
1935 Hosler Street
Flint, MI 48503

Re: Case Nos. 21-1793/21-1794/21-1796/21-1797/21-1798/21-1799/21-1800, *Luke Waid, et al v. Richard Snyder, et al*
Originating Case No. 5:16-cv-10444

Dear Counsel and Mr. Jones, Jr.:

The Court issued the enclosed Order today in this case.

                Sincerely yours,

                s/Amy E. Gigliotti
                Case Management Specialist
                Direct Dial No. 513-564-7012

cc: Ms. Kinikia D. Essix

Enclosure

No mandate to issue

Case No. 21-1793/21-1794/21-1796/21-1797/21-1798/21-1799/21-1800

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

In re: FLINT WATER CASES

-------------------------------

LUKE WAID, et al

     Plaintiffs


MELVIN JONES, JR.

     Interested Party - Appellant

v.

RICHARD DALE SNYDER, et al

     Defendants

and

DEBORAH E. GREENSPAN

     Special Master - Appellee


Upon consideration of the appellant's motion to voluntarily dismiss the appeals herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeals are dismissed.

                                          **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: May 24, 2022