**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

*In Re* Flint Water Cases

No.5:16-cv-10444-JEL-MKM (consolidated)

HON. JUDITH E. LEVY

_____/

**MOTION TO APPROVE THE SETTLEMENT PRESERVATION MINORS POOLED TRUST AGREEMENT, JOINDER AGREEMENT, INVESTMENT POLICY STATEMENT, AND TRUSTEE FEE SCHEDULE, AND FOR APPOINTMENT OF HUNTINGTON BANK, N.A. AS TRUSTEE**
**(CORRECTED SIGNATURE PAGES)**

Trust Counsel, Elizabeth L. Luckenbach, Esq. ("Ms. Luckenbach") and Henry M. Grix, Esq. ("Mr. Grix"; together and with Ms. Luckenbach, "Trust Counsel"), through their attorneys, Dickinson Wright PLLC, and for their *Motion to Approve the Settlement Preservation Minors Pooled Trust Agreement, Joinder Agreement, Investment Policy Statement, and Trustee Fee Schedule, and for Appointment of Huntington Bank, N.A. as Trustee*, state as follows:

1.      This litigation involves separate lawsuits regarding the Flint Water Crisis, which are currently pending in the Genesee County Circuit Court, Case No. 17-108646-NO, and in this Court.

2.      On July 27, 2021, this Court entered an *Order Appointing Trust Counsel*, which appointed Mr. Grix and Ms. Luckenbach of Dickinson Wright PLLC to serve as Trust Counsel (ECF No. 1918) and "to review and advise the Court, the Special Master, and the Master GAL regarding the Special Needs Trust  and Settlement Preservation Trust for the Minors and Legally Incapacitated Individuals contemplated by Article XXI, F, Sections 21.28.1 and 21.28.2, respectively, of the Amended Settlement Agreement, and to carry out and perform any and all

1

other responsibilities and functions as determined reasonable and necessary by the Court."[1]

3.     On November 10, 2021, this Court entered an *Opinion and Order Granting Final Approval of a Partial Settlement, Granting Certification of a Settlement Class, Granting Appointment of Settlement Class Counsel [1794], Denying Objections, and Adopting the Report and Recommendation [2006]*, which granted final approval of the settlement between Plaintiffs and certain Defendants (the "Settling Parties") in the aforementioned litigation, the terms of which are contained within the Amended Settlement Agreement. *See Amended Settlement Agreement,* attached as *Exhibit A*.

4.     Relevant to the instant Motion, Article XXI—Minors and LIIs, F, Sections 21.28 – 21.30 of the Amended Settlement Agreement creates a Special Needs Trust and a Settlement Preservation Trust. *Exhibit A at Art. XXI, F, §§ 21.28—21.30.*

5.     On March 3, 2022, this Court entered the *Amended Final Judgment and Order of Dismissal Implementing Partial Settlement Pursuant to Fed. R. Civ. R. 54(b) and 58(a)* ("Final Judgment"). As specified at Paragraph 21 of that Final Judgment, this Court retains continuing jurisdiction, inter alia, over the implementation of the Settlement, the distribution to claimants and the disposition of the FWC Qualified Settlement Fund, and all parties to the action. Paragraphs 5J and 6N further specify that this Court retains exclusive jurisdiction over the Individual Plaintiffs, the Settlement Class Members, and the Settlement Agreement to interpret, implement, administer, and enforce the Agreement (which is incorporated into the Final Judgment).

6.     This Court's exclusive jurisdiction by its terms includes all distributions to Individual Plaintiffs and Settlement Class Members including the mechanisms for distribution (i.e.

---

[1] All capitalized terms in this Motion have the same meaning as those terms in the Amended Settlement Agreement.

2

cash payments, structured settlements, and trusts).

7.     The Settlement Agreement provides that the form of the Settlement Preservation Trust shall also be submitted to the Genesee County Circuit Court with concurrent jurisdiction of the probate court.[2]

8.     In accordance with the Amended Settlement Agreement, Trust Counsel have prepared a Settlement Preservation Minors Pooled Trust Agreement (the "Trust") and Joinder Agreement and have obtained Huntington Bank N.A.'s ("Huntington Bank") Investment Policy Statement and Trustee Fee Schedule, which are all attached here for the Court's review and approval. *See Trust, Joinder Agreement, Investment Policy Statement, and Trustee Fee Schedule, attached collectively as **Exhibit B**.*

9.     Pursuant to its terms, the Trust is irrevocable and designed to "protect and distribute [Amended Settlement Agreement] Monetary Awards payable to the Beneficiaries." ***Exhibit B***, *Trust, Art. 1, § 1.1(c).* Moreover, the Trust allows for the maximization of the value of the settlement proceeds by establishing a cost-effective pooled vehicle, rather than individual trusts, while still maintaining the ability to provide for flexible distribution options tailored to the individualized circumstances of the beneficiaries.

10.     Additionally, the Trust designates Huntington Bank as Trustee of the Trust, which Huntington Bank has agreed to accept. *See **Exhibit B**, Trust, Art. 1, §1.1(e).* Trust Counsel believe that appointment of Huntington Bank is in the best interests of the beneficiaries, as it has decades of experience and expertise in trust administration and financial investments, and Huntington Bank

---

[2] Along with the instant Motion, Trust Counsel have also filed in the Genesee County Circuit Court a *Petition to Approve the Settlement Preservation Minors Pooled Trust Agreement, Joinder Agreement, Investment Policy Statement, and Trustee Fee Schedule, and for Appointment of Huntington Bank, N.A. as Trustee.*

DICKINSON WRIGHT, PLLC

has a longstanding presence in the Flint community. The Settling Parties have approved of Huntington Bank's appointment.

11.     Further, Trust Counsel also believe that Huntington Bank's Investment Policy is in the best interest of the beneficiaries. For instance, rather than adopting a singular investment policy for all beneficiaries, the Investment Policy adopts different investment objectives based on the beneficiary's age, employing longer-term investment considerations for younger beneficiaries and shorter-term considerations for older beneficiaries. *See Exhibit B, Investment Policy, pg. 1.* Accordingly, the Investment Policy will benefit *all* beneficiaries of the Trust.

12.     Finally, Trust Counsel have also reviewed Huntington Bank's Fee Schedule and believe that same is reasonable considering Huntington Bank's expertise and experience in trust administration and financial investments. *See Exhibit B, Trustee Fee Schedule.*

13.     The Trust, Joinder Agreement, Investment Policy Statement, and Trustee Fee Schedule, attached as *Exhibit B*, have been circulated to the Settling Parties for review. No objections to any of the documents have been raised.

14.     A proposed Order is submitted as *Exhibit C.*

WHEREFORE, Movants, Henry M. Grix, Esq. and Elizabeth L. Luckenbach, Esq., respectfully request that this Honorable Court enter an Order that is consistent with the following:

A. GRANTING their *Motion to Approve the Settlement Preservation Minors Pooled Trust Agreement, Joinder Agreement, Investment Policy Statement, and Trustee Fee Schedule, and for Appointment of Huntington Bank, N.A. as Trustee*; and

B. Entering the proposed Order, attached as *Exhibit C*, appointing Huntington Bank, N.A. as Trustee, approving the Settlement Preservation Minors Pooled Trust Agreement, Joinder Agreement, Investment Policy Statement, and Huntington Bank, N.A.'s Fee Schedule, attached as *Exhibit B*.

*Signature Page Follows*

4

DICKINSON WRIGHT, PLLC

Respectfully submitted,

DICKINSON WRIGHT PLLC

By: _/s/ Elizabeth L. Luckenbach_

ELIZABETH L. LUCKENBACH (P58540)
HENRY M. GRIX (P28319)
*Trust Counsel*

Dated: May 31, 2022

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

*In Re* Flint Water Cases

No.5:16-cv-10444-JEL-MKM (consolidated)

HON. JUDITH E. LEVY

_____/

**BRIEF IN SUPPORT OF MOTION TO APPROVE THE SETTLEMENT PRESERVATION MINORS POOLED TRUST AGREEMENT, JOINDER AGREEMENT, INVESTMENT POLICY STATEMENT, AND TRUSTEE FEE SCHEDULE, AND FOR APPOINTMENT OF HUNTINGTON BANK, N.A. AS TRUSTEE**

Trust Counsel, Elizabeth L. Luckenbach, Esq. ("Ms. Luckenbach") and Henry M. Grix, Esq. ("Mr. Grix"; together and with Ms. Luckenbach, "Trust Counsel"), through their attorneys, Dickinson Wright PLLC, and for their *Brief in Support of Motion to Approve the Settlement Preservation Minors Pooled Trust Agreement, Joinder Agreement, Investment Policy Statement, and Trustee Fee Schedule, and for Appointment of Huntington Bank, N.A. as Trustee*, rely on the authority and facts contained within the accompanying Motion.

Respectfully submitted,

DICKINSON WRIGHT PLLC

By: /s/ *Elizabeth L. Luckenbach*
ELIZABETH L. LUCKENBACH (P58540)
HENRY M. GRIX (P28319)
*Trust Counsel*

Dated: May 31, 2022

4864-1765-4301 v2 [97624-1]

6