# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

*Bellwether III*
    Case No. 17-10164

_____/

## SCHEDULING ORDER FOR BELLWETHER III TRIAL

On May 20, 2022, Bellwether III Plaintiffs and Defendants VNA, LAN, and EPA submitted proposed pretrial and trial schedules for the Bellwether III trial. (ECF No. 851 (Plaintiffs' proposal); Defendants' proposal was submitted to the Court via e-mail.)

VNA suggests that trial dates should not be scheduled until "any appeal of the current bellwether trial is exhausted." VNA states that, as a compromise, VNA "is willing to complete discovery and prepare the cases for trial pending the resolution of any appeal." Second, VNA states that the next trial "should be on the adult bellwether cases (adult personal injury and property damage claims)[.]" Third, VNA "strongly opposes Plaintiffs' suggestion that all ten Plaintiffs should be tried

together, and submits [that] no trial should have more than four Plaintiffs[.]"

VNA's first point, that the Court delay all cases until the final resolution of the first bellwether case is denied. If the Court were to grant VNA's request, it would likely delay the trial well over a year. The Flint Water Crisis began in 2014, and many of the bellwether cases have been pending for over five years. Memories fade, witnesses move, and trials become significantly more difficult to conduct as time goes on.

VNA's second point, that the next trial "should be on the adult bellwether cases (adult personal injury and property damage claims)[,]" is also denied. The cases referred to as Bellwether III cases are closer to being ready for trial and will therefore be next, followed by the cases referred to as Bellwether II. As set forth in the Class case scheduling order, if necessary, the Court may explore having another judge preside over this bellwether trial so that more than one trial can take place at the same time. (*See* No. 16-10444, ECF No. 2172, PageID.72938.)

VNA's third point, that it opposes having ten bellwether Plaintiffs tried together and that no more than four at a time is denied. The parties

2

are directed to select eight Plaintiffs for the Bellwether III trial. This will allow more cases to go forward, yet keep the trial at a reasonable length.

Next, the United States submitted a position statement with the proposed scheduling order. The United States "has serious concerns with being merged into a trial," of the ten bellwether Plaintiffs. The United States argues that it was not involved in the bellwether selection process for these ten Plaintiffs, who were selected as part of the first bellwether group. Nor does the United States know whether these ten Plaintiffs are plaintiffs in *Meeks v. United States of America* (E.D. Mich. Case No. 17-11165; *see* E.D. Mich. Case No. 17-10164, ECF No. 294 (consolidation order)), or whether litigation of their claims will be "representative of and useful to the adjudication of the other Federal Tort Claims Act" cases.[1]

The United States also proposes that the Court decide its pending motion for interlocutory appeal and then allow it 30 days to submit a proposed schedule for trial. The Court's Order on the United States' motion for interlocutory appeal is forthcoming and their request is granted.

---

[1] The Court understands that the United States has requested this information from *Meeks*' Plaintiffs' counsel.

3

The Court has considered the parties' scheduling proposals and orders as follows.

| **Event** | **Deadline/ Date Range** |
|---|---|
| Completion of any Remaining Merits Discovery | September 2, 2022 to November 18, 2022 |
| Plaintiffs' Expert Reports + Complete Disclosures | December 2, 2022 |
| Plaintiffs' Expert Depositions and Defendants' IMEs of Plaintiffs (if needed) | December 16, 2022 to January 13, 2023 |
| Defendants' Expert Reports + Complete Disclosures | February 15, 2023 |
| Plaintiffs' Reply Expert Reports | March 3, 2023 |
| Defendants' Reply Expert Reports | March 16, 2023 |
| Defendants' Expert Depositions (shall be limited only to those experts for whom the parties submit new or additional reports) | April 3, 2023 to April 25, 2023 |
| Reply Expert Report Depositions | April 25, 2023 to May 2, 2023 |
| Daubert and Summary Judgment Motions—Opening Briefs | May 19, 2023 |
| Daubert and Summary Judgment Response Briefs | June 23, 2023 |
| Daubert and Summary Judgment Reply Briefs | July 7, 2023 |
| Motions in Limine—Opening Briefs | November 6, 2023 |
| Deadline for parties to submit joint proposed jury questionnaire to the Court and hearing | TBD |

4

| | |
|---|---|
| Deadline for Parties to send 250 copies of Juror Questionnaires to Judge Levy's Chambers in Ann Arbor, Michigan | TBD |
| Plaintiffs to Submit to Defendants Draft Joint Pretrial Order (includes witness list and exhibit list) | March 10, 2023 |
| Jurors Summoned in Court to Answer Questionnaires | TBD |
| Hearing Regarding Excusals Based on Jury Questionnaire Responses | TBD |
| Motions in Limine Response Briefs | November 20, 2023 |
| Motions in Limine Reply Briefs | November 29, 2023 |
| Oral Argument on Daubert Motions | TBD |
| Defendants to Submit to Plaintiffs Draft Joint Pretrial Order (includes witness list and exhibit list) and engage in meet and confer | November 24, 2023 |
| Oral Argument on Summary Judgment Motions | TBD |
| Oral Argument on Motions in Limine | TBD |
| Deposition Designations (due for exchange between parties) | TBD |
| Parties to submit Voir Dire Questions, Proposed Preliminary Jury Instructions | December 4, 2023 |

| | |
|---|---|
| Parties to submit Joint Final Pretrial Order | December 8, 2023 |
| Objections to Deposition Designations and Counter-Designations (due for exchange between parties) | TBD |
| Deadline for Submitting Deposition Designations Matrices and Highlighted Transcripts to the Court | TBD |
| Deadline for Court to Inform Jury Department of Excusals Based on Questionnaires | TBD |
| Final Pretrial Conference, hearing on motions in limine | December 18, 2023 10:30 am |
| Hearing Regarding Misc. Pretrial Matters (if needed) | January 9, 2024 10:30 am |
| First Day of Trial/Voir Dire | January 10, 2024 8:30 a.m. |

Hearings will be conducted in person in Ann Arbor, Michigan unless the Court notifies the parties in advance otherwise.

IT IS SO ORDERED.

Dated: June 21, 2022  s/Judith E. Levy
Ann Arbor, Michigan  JUDITH E. LEVY
 United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 21, 2022.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager
