# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF MICHIGAN

# SOUTHERN DIVISION

| | |
|---|---|
| *In Re* Flint Water Cases, | No. 5:16-cv-10444-JEL-MKM |
| | (consolidated) |
| | Hon. Judith E. Levy |
| | Mag. Mona K. Majzoub |

## AMENDED NOTICE OF APPEAL

Notice is hereby given that in addition to the grounds stated in the original Notice of appeal (Dkt #2136) Nadine Roberts on behalf of her foster daughter, D.J. and D.J. in her own right, also appeal the portion of the trial court's June 22, 2022 Order requiring the payment of $500 for each bone scan report.

Dated: July 5, 2022

*/s/ Mark R. Cuker*
MARK R. CUKER
CUKER LAW FIRM
One Logan Square, Suite 1200
Philadelphia, PA 19103
(215) 531-8512
mark@cukerlaw.com
*Attorney for Chapman/Lowery Objectors*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system on July 5, 2022, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Mark R. Cuker*
MARK R. CUKER