UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ELNORA CARTHAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RICK SNYDER, et al., <br><br> Defendants. | Case No. 5:16-cv-10444-JEL-EAS <br><br> Hon. Judith E. Levy <br> Mag. Judge Elizabeth A. Stafford |

_____

## STIPULATION REGARDING SCHEDULING ORDER FOR CLASS ACTION TRIAL

Defendants, Veolia Water North America Operating Services, LLC, Veolia North America, Inc., and Veolia North America, LLC (the "VNA Defendants"), Leo A. Daly Company; Lockwood Andrews & Newnam, P.C.; and Lockwood Andrews & Newnam, Inc. (the "LAN Defendants") and Class Plaintiffs hereby stipulate and agree to extend certain pre-trial deadlines in the Scheduling Order for Class Action Trial (ECF No. 2172) as reflected in the attached Exhibit A.

Pursuant to ECF Rule 11(c), the VNA Defendants, LAN Defendants, and Co-Lead Counsel for Plaintiffs request that a text-only order be entered granting this extension of time.

Dated: August 2, 2022

Respectfully submitted,

| | |
|---|---|
| CAMPBELL CONROY & O'NEIL, P.C. | BUSH SEYFERTH PLLC |
| /s/ James M. Campbell | /s/ Cheryl A. Bush |
| James M. Campbell | Cheryl A. Bush (P37031) |
| Alaina N. Devine | 100 W. Big Beaver Road |
| 20 City Square, Suite 300 | Suite 400 |
| Boston, MA 02129 | Troy, MI 48084 |
| (617) 241-3000 | (248) 822-7800 |
| jmcampbell@campbell-trial-lawyers.com | bush@bsplaw.com |
| adevine@campbell-trial-lawyers.com | |

*ATTORNEYS FOR VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC, VEOLIA NORTH AMERICA, LLC, AND VEOLIA NORTH AMERICA, INC.*

| | |
|---|---|
| /s/Wayne B. Mason | /s/ Philip A. Erickson |
| Wayne B. Mason (SBOT 13158950) | Philip A. Erickson (P37081) |
| Travis S. Gamble (SBOT 00798195) | Patrick Lannen (P73031) |
| S. Vance Wittie (SBOT 21832980) | John R. Stevenson (P70241)) |
| David C. Kent (SBOT 11316400) | PLUNKETT COONEY |
| FAEGRE DRINKER BIDDLE & REATH LLP | 101 N. Washington Sq., Ste 1200 |
| 1717 Main St., Suite 5400 | Lansing, MI 48933 |
| Dallas TX 75201 | (517) 324-5608 |
| (469) 227-8200 | perickson@plunkettcooney.com |
| wayne.mason@dbr.com | plannen@plunkettcooney.com |
| travis.gamble@dbr.com | jstevenson@plunkettcooney.com |
| vance.wittie@dbr.com | |
| david.kent@dbr.com | |

*ATTORNEYS FOR DEFENDANTS
LEO A. DALY COMPANY; LOCKWOOD, ANDREWS &
NEWNAM, INC. and LOCKWOOD, ANDREWS & NEWNAM, P.C.*

2

*/s/ Michael Pitt*
Michael L. Pitt
PITT MCGEHEE PALMER
& RIVERS, PC.
117 West 4th Street, Suite 200
Royal Oak, MI 48607
(248) 398-9800
mpitt@pittlawpc.com

*/s/ Theodore Leopold*
Theodore J. Leopold
COHEN MILSTEIN SELLER
& TOLL PLLC
2925 PGA Boulevard Suite 220
Palm Beach Gardens, FL 33410
(561) 515-1400
tleopold@cohenmilstein.com

*CO-LEAD COUNSEL and ATTORNEYS FOR THE CLASS PLAINTIFFS*

# Exhibit A

| Event | Deadline/ Date Range | REVISED Deadline/Date Range |
|---|---|---|
| Completion of any Remaining Merits Discovery | June 10, 2022 to August 26, 2022 | August 9, 2022 to October 25, 2022 |
| Plaintiffs' Expert Reports + Complete Disclosures | September 9, 2022 | November 8, 2022 |
| Plaintiffs' Expert Depositions (shall be limited to only those experts for whom the parties submit new or additional reports) | September 23, 2022 to October 21, 2022 | November 22, 2022 to December 20, 2022 |
| Defendants' Expert Reports + Complete Disclosures | November 23, 2022 | January 22, 2023 |
| Plaintiffs' Reply Expert Reports | December 9, 2022 | February 7, 2023 |
| Defendants' Reply Expert Reports | December 22, 2022 | February 22, 2023 |
| Defendants' Expert Depositions (shall be limited only to those experts for whom the parties submit new or additional reports) | January 9, 2023 to January 31, 2023 | March 10, 2023 to April 1, 2023 |
| Reply Expert Report Depositions | January 31, 2023 to February 7, 2023 | April 1, 2023 to April 8, 2023 |
| Daubert and Summary Judgment Motions—Opening Briefs | February 24, 2023 | April 25, 2023 |
| Daubert and Summary Judgment Response Briefs | March 31, 2023 | May 30, 2023 |
| Daubert and Summary Judgment Reply Briefs | April 14, 2023 | June 13, 2023 |
| Motions in Limine—Opening Briefs | August 14, 2023 | |

| | | |
|---|---|---|
| Deadline for parties to submit joint proposed jury questionnaire to the Court and hearing | TBD | |
| Deadline for Parties to send 250 copies of Juror Questionnaires to Judge Levy's Chambers in Ann Arbor, Michigan | TBD | |
| Plaintiffs to Submit to Defendants Draft Joint Pretrial Order (includes witness list and exhibit list) | August 18, 2023 | |
| Jurors Summoned in Court to Answer Questionnaires | TBD | |
| Hearing Regarding Excusals Based on Jury Questionnaire Responses | TBD | |
| Motions in Limine Response Briefs | August 28, 2023 | |
| Motions in Limine Reply Briefs | September 6, 2023 | |
| Oral Argument on Daubert Motions | TBD | |
| Defendants to Submit to Plaintiffs Draft Joint Pretrial Order (includes witness list and exhibit list) and engage in meet and confer | September 1, 2023 | |
| Oral Argument on Summary Judgment Motions | TBD | |
| Oral Argument on Motions in Limine | TBD | |
| Deposition Designations (due for exchange between parties) | TBD | |

| | | |
|---|---|---|
| Parties to submit Voir Dire Questions, Proposed Preliminary Jury Instructions | September 11, 2023 | |
| Parties to submit Joint Final Pretrial Order | September 15, 2023 | |
| Objections to Deposition Designations and Counter-Designations (due for exchange between parties) | TBD | |
| Deadline for Submitting Deposition Designations Matrices and Highlighted Transcripts to the Court | TBD | |
| Deadline for Court to Inform Jury Department of Excusals Based on Questionnaires | TBD | |
| Final Pretrial Conference, hearing on motions in limine | September 25, 2023 10:30 am | |
| Hearing Regarding Misc. Pretrial Matters (if needed) | October 2, 2023 10:30 am | |
| First Day of Trial/Voir Dire | October 3, 2023 | |