STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF GENESEE

IN RE FLINT WATER LITIGATION        CASE NO. 17-108646-NO
                                    JUDGE JOSEPH J. FARAH

_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In Re* Flint Water Cases                No. 5:16-cv-10444-JEL-(consolidated)
_____/
                                         HON. JUDITH E. LEVY
This Order Related to:

ALL CASES
_____/

_____

# REPORT OF THE FEDERAL COURT SPECIAL MASTER REGARDING THE STATUS OF CLAIMS SUBMITTED TO THE CLAIMS ADMINISTRATOR UNDER THE PROVISIONS OF PARAGRAPH 10 OF THE CASE MANAGEMENT ORDER

On November 10, 2021, the United States District Court, Judge Judith E. Levy issued the *Opinion and Order Granting Final Approval Of A Partial Settlement, Granting Certification Of A Settlement Class, Granting Appointment Of Settlement Class Counsel [1794], Denying Objections, And Adopting The Report And Recommendation [2006]* ("Opinion and Final Approval Order"), -- F. Supp. 3d --,

1

2021 WL 5237198 (E.D. Mich. Nov. 10, 2021) (ECF No. 2008, PageID.69537-69714).

On January 20, 2022, the District Court for the Eastern District of Michigan ("the District Court") issued its *Order Regarding Settlement-Related Duties of the Special Master,* ECF No. 2096, PageID.71973. By this Order, the Court amended its previous Special Master Appointment Order and directed Deborah E. Greenspan to fulfill all of the duties of Special Master set forth in the ASA. *See* January 2022 Order, PageID.71975. Pursuant to the ASA and the Order Regarding Settlement Related Duties of the Special Master, the Special Master oversees various aspects of the settlement, and the Order directs the Special Master to assist the Court in its oversight role by supervising the implementation of the ASA, including, without limitation, supervision and audit of the claims administration process. *See Order Regarding Settlement-Related Duties of the Special Master*, ECF No. 2096, PageID.71975-71976.

On December 22, 2021 the District Court entered the Case Management Order in *In re Flint Water Cases*, 16-CV-10444 (ECF No. 2073) (E.D. Mich. Dec. 22, 2021) (the "CMO"). Paragraph 10 of the CMO provides:

> *Claims Process Required with Accept/Reject Decision.* Each Plaintiff who files a new Complaint or an Amended Complaint shall submit within thirty (30) days of that filing a completed claims form to the settlement claims administrator, as if such

2

> Plaintiff was a Claimant participating in the settlement in accordance with the Settlement Agreement. If the claims administrator requires additional information in order to fully process the claim, such Plaintiff will provide that information to the best of their abilities. Such Plaintiff must then accept or reject the amount of the award resulting from such claim after it has been administered through the claims process described in the Settlement Agreement. Such Plaintiff must accept or reject the amount of the award within 30 days of being notified of the amount, after all administrative appeals, if any. If such Plaintiff accepts the proposed award, the award shall be finalized and paid subject to the terms of the Settlement Agreement, and the Plaintiff's case dismissed with prejudice by the Court. If such Plaintiff rejects the proposed award, the Plaintiff may then and only then proceed to litigate such Plaintiff's case in Court.

CMO at ¶10.

On December 21, 2021, the Circuit Court for Genesee County entered a parallel case management order in *In re Flint Water Cases*, 17-108646-NO ("State Court CMO").  Paragraph 10 of the State Court CMO is precisely the same as the language quoted above.  A copy of the State Court CMO was filed in the District Court action on November 18, 2020, ECF No. 1319-2.

In accordance with the District Court orders, the undersigned has overseen the claims administration procedures for the Partial Settlement, including the management of the claims submitted in accordance with the CMO.  This Report provides a status update on the submissions made to the Claims Administrator under the CMO.

3

Counsel has submitted claims materials, as required by the CMO, for the plaintiffs listed in the table below. The table provides both the name of the individual plaintiff (or decedent) and the date on which the claims materials were submitted to the Claims Administrator.

| Date of Submission | Name | Case Number |
|---|---|---|
| 4/4/2022 | Debra Kidd | 16-106199-NO |
| 4/20/2022 | Helen Bohl | 19-112331-NO |
| 5/1/2022 | Odie Brown | 18-10726-JEL-MKM |
| 5/1/2022 | Thomas Mulcahy | 16-106517-NO |
| 5/10/2022 | Gradine Rogers | 17-10713-JEL-MKM |
| 5/10/2022 | Larry Balknight | 16-106199-NO |
| 5/10/2022 | Connie Taylor | 16-106199-NO |
| 5/11/2022 | Theresa Darling | 17-109340-NO |
| 5/11/2022 | Russell Lee Hobson | 17-109557-NO |
| 5/11/2022 | Nelda Hunt | 16-106517-NO |
| 5/11/2022 | Brian Kelsey | 16-106199-NO |
| 5/12/2022 | Patricia Schaffer | 16-108271-NO |
| 5/15/2022 | Nyla Dalrymple | 17-108772-NO |
| 5/15/2022 | Arthur Percy | 16-106517-NO |
| 5/16/2022 | Peter Derscha | 17-108773-NO |
| 5/16/2022 | Daniel Hawley | 17-110226-NO |
| 5/16/2022 | Sharon Hinze | 17-108688-NO |
| 5/16/2022 | Clayton Hollister | 17-109854-NO |
| 5/16/2022 | Charles Tower | 16-109337-NO |
| 5/18/2022 | Forrest Mahan | 17-108772-NO |
| 5/18/2022 | Betty Perdue | 17-109339-NO |
| 5/18/2022 | Mark Runyon | 17-108772-NO |
| 5/21/2022 | Gregory Clemons | 17-109493-NO |
| 5/21/2022 | Shelley Dennis | 20-114059-NO |
| 5/21/2022 | Patrick Seeley | 18-110423-NO |

The Claims Administrator has conducted an initial review of the claims submissions noted above, and is in the process of sending notices to counsel advising

of the results of the review. Those notices are being sent as they are completed but the expectation is that the notices will all be provided to counsel during the month of August.

Respectfully submitted,

Date: August 5, 2022                    */s/ Deborah E. Greenspan*

                                                    Deborah E. Greenspan
Special Master
BLANK ROME LLP
Michigan Bar # P33632
1825 Eye Street, N.W.
Washington, DC 20006
Telephone: (202) 420-2200
Facsimile: (202) 420-2201
Deborah.Greenspan@blankrome.com

**CERTIFICATE OF SERVICE**

I certify that on August 5, 2022, I electronically filed the foregoing document with the Clerk of the Court using the Court's ECF system, which will send notification of such filing to attorneys of record.

Dated: August 5, 2022  /s/ Deborah E. Greenspan

Deborah E. Greenspan
Special Master
BLANK ROME LLP
Michigan Bar # P33632
1825 Eye Street, N.W.
Washington, DC  20006
Telephone: (202) 420-2200
Facsimile: (202) 420-2201
Deborah.Greenspan@blankrome.com