# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

## ORDER REGARDING SPECIAL MASTER'S DUTIES

On July 31, 2018, the Court entered an Amended Order Appointing Special Master Deborah E. Greenspan. (ECF No. 544.) The Order set forth the scope of the Special Master's duties, which include assisting the Court with "discovery matters as designated by the Court, and other pretrial matters as determined by the Court." (*Id.* at PageID.16584.) Further, the Order states that the Special Master has:

> the authority to set the date, time and place for all hearings, to preside over hearings, to take evidence, to conduct telephonic conferences to resolve disputes arising during depositions, and to issue orders awarding non-contempt sanctions, including, without limitation, the award of attorneys' fees, as provided by Rules 37 and 45. The Special Master is authorized to receive and consider information designated as confidential pursuant to any protective order

> entered in this matter, and may review privileged material in camera. The Special Master has agreed to be bound by any protective orders entered in this case.

*Id.*

Accordingly, and pursuant to the Order, beginning on August 9, 2022 until such time as the Court orders otherwise, the Special Master shall assist the Court with all discovery matters and all pretrial scheduling matters in all of the Flint Water Cases, except for the Bellwether I case (*Sherrod, Teed, Vanderhagen, and Ware v. VNA and LAN*). The Special Master may issue an order setting forth the procedure that will govern any motion practice before the Special Master.

    IT IS SO ORDERED.

Dated: August 9, 2022            s/Judith E. Levy
Ann Arbor, Michigan           JUDITH E. LEVY
                                       United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 9, 2022.

                                             s/William Barkholz
                                             WILLIAM BARKHOLZ
                                             Case Manager

3