# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

*Carthan, et al. v. Snyder et al.*
    Case No. 16-10444

_____/

## AMENDED SCHEDULING ORDER FOR CLASS ACTION TRIAL

The Court amends the class scheduling order as follows.

| Event | Deadline/ Date Range |
|---|---|
| Completion of any Remaining Merits Discovery | October 4, 2022 |
| Plaintiffs' Expert Reports + Complete Disclosures | October 18, 2022 |
| Plaintiffs' Expert Depositions (shall be limited to only those experts for whom the parties submit new or additional reports) | November 1, 2022 to November 29, 2022 |
| Defendants' Expert Reports + Complete Disclosures | January 4, 2023 |
| Plaintiffs' Reply Expert Reports | January 18, 2023 |
| Defendants' Reply Expert Reports | February 2, 2023 |

| | |
|---|---|
| Defendants' Expert Depositions (shall be limited only to those experts for whom the parties submit new or additional reports) | February 17, 2023 to March 13, 2023 |
| Reply Expert Report Depositions | March 13, 2023 to March 20, 2023 |
| Daubert and Summary Judgment Motions—Opening Briefs | April 4, 2023 |
| Daubert and Summary Judgment Response Briefs | May 9, 2023 |
| Daubert and Summary Judgment Reply Briefs | May 23, 2023 |
| Oral Argument on Summary Judgment Motions | TBD |
| Oral Argument on Daubert Motions | TBD |
| Motions in Limine—Opening Briefs | August 14, 2023 |

Hearings will be conducted in person in Ann Arbor, Michigan unless the Court notifies the parties in advance otherwise.

IT IS SO ORDERED.

Dated: August 22, 2022        s/Judith E. Levy
Ann Arbor, Michigan          JUDITH E. LEVY
                                       United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 22, 2022.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager
