# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

This Order Relates To:

ALL CASES

_____/

Judith E. Levy
United States District Judge

Case no. 16-10444

# ORDER AMENDING ECF NO. 2154 AND ORDERING CLERK OF THE COURT TO CONSTRUE CERTAIN FILINGS AS NOTICES OF APPEAL

The Court hereby amends its Order entered as ECF No. 2154 as follows. The Clerk's Office shall construe ECF Nos. 2013, 2085, 2086, 2110, 2134, and 2135 as notices of appeal.

**IT IS SO ORDERED.**

Dated: August 23, 2022
Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 23, 2022.

                                        s/William Barkholz
                                        WILLIAM BARKHOLZ
                                        Case Manager