## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

_____

In re FLINT WATER CASES

CIVIL ACTION
FILE NO. 5:16-cv-10444

Hon. Judith E. Levy

_____

## NOTICE OF FILING

Plaintiffs hereby provide notice to all parties that Tarrah Cooper Wright, whose deposition was scheduled for today, September 13, 2022, filed a Motion to Quash the Subpoena in the United States District Court for the Northern District of Illinois, Case No. 1:22-cv-4810, on September 7, 2022. The motion and its accompanying exhibits are being filed contemporaneously herewith.

Dated:     September 13, 2022

Respectfully submitted,

/s/ Corey M. Stern
Corey M. Stern
605 Third Ave., 33rd Fl.
New York, New York 10158
(212) 605-6200
cstern@levylaw.com

2

## CERTIFICATE OF SERVICE

I, Corey M. Stern, hereby certify that on September 13, 2022, the foregoing document and the attached exhibits were served on all counsel of record via the court's ECF system.

/s/ Corey M. Stern
Corey M. Stern
605 Third Ave., 33rd Fl.
New York, New York 10158
(212) 605-6200
cstern@levylaw.com