# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: September 14, 2022

Ms. Colleen Connors

Mr. Theodore J. Leopold

Ms. Emmy L. Levens

Mr. Michael L Pitt

Mr. Hunter J. Shkolnik

Mr. Corey M. Stern

Re: Case No. 22-1187, *Luke Waid, et al v. Richard Snyder, et al*
Originating Case No. : 5:16-cv-10444

Dear Counsel and Ms. Connors:

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Amy E. Gigliotti
Case Management Specialist
Direct Dial No. 513-564-7012

cc: Ms. Kinikia D. Essix

Enclosure

No mandate to issue

Case No. 22-1187

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

### ORDER

In re: FLINT WATER CASES

-------------------------------

LUKE WAID

     Plaintiff

CO-LEAD COUNSEL FOR THE SETTLEMENT CLASS; CO-LIAISON COUNSEL FOR THE INDIVIDUAL PLAINTIFFS

     Plaintiffs - Appellees

v.

RICHARD DALE SNYDER

     Defendant

COLLEEN CONNORS

     Interested Party - Appellant

Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation:

     The proper fee was not paid by September 13, 2022.

It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

     **ENTERED PURSUANT TO RULE 45(a),**
     **RULES OF THE SIXTH CIRCUIT**
     Deborah S. Hunt, Clerk

Issued: September 14, 2022