# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

_____

In re FLINT WATER CASES

|  |  |
|---|---|
|  | CIVIL ACTION |
|  | FILE NO. 5:16-cv-10444 |
|  |  |
|  | Hon. Judith E. Levy |

_____

## NOTICE OF FILING

Individual Plaintiffs hereby provide notice to all parties that today they filed a Motion to Transfer Case No. 1:22-cv-4810, filed by Tarrah Cooper Wright in the Northern District of Illinois, to the Eastern District of Michigan. The motion and its accompanying exhibits are being filed contemporaneously herewith.

Dated:      September 14, 2022

Respectfully submitted,

/s/ Corey M. Stern
Corey M. Stern
605 Third Ave., 33rd Fl.
New York, New York 10158
(212) 605-6200
cstern@levylaw.com

## CERTIFICATE OF SERVICE

I, Corey M. Stern, hereby certify that on September 14, 2022, the foregoing document and the attached exhibits were served on all counsel of record via the court's ECF system.

/s/ Corey M. Stern
Corey M. Stern
605 Third Ave., 33rd Fl.
New York, New York 10158
(212) 605-6200
cstern@levylaw.com

2