# EXHIBIT E

**From:** Tarrah Cooper <tcooper@mercuryllc.com>
**Sent:** Sunday, July 31, 2016 9:16 AM -05:00
**To:** Colangelo, Karole <karole.colangelo@veolia.com>
**Subject:** RE: Video footage of Feb 18, 2015

Hi Karole --
Hope you're having a great weekend.
Just following up on this. I reached out to Brittany but have yet to hear back. I'll follow-up with her again tomorrow and keep you posted.

My best,
Tarrah

**From:** Colangelo, Karole [mailto:karole.colangelo@veolia.com]
**Sent:** Friday, July 22, 2016 12:58 PM
**To:** Tarrah Cooper <tcooper@mercuryllc.com>
**Subject:** Re: Video footage of Feb 18, 2015

Hi Tarrah. Did you check with Mlive? Brittany Greeson took photos at the meeting. It would be good to determine if she shot video, too, since she's a self-defined "multimedia" journalist.

Can you or someone at Mercury, please contact Brittany?

Thanks, Karole

Karole Colangelo
*Vice President, Communications*
*Municipal & Commercial Business*
**VEOLIA NORTH AMERICA**

tel
+1 312 552 2820
/ cell
+1 312 607 9688

200 E. Randolph Street, Suite 7900 / Chicago, IL 60601
karole.colangelo@veolia.com
www.veolianorthamerica.com

On Fri, Jul 22, 2016 at 12:48 PM, Colangelo, Karole <karole.colangelo@veolia.com> wrote:

> ok. thanks, Karole
>
> Karole Colangelo
> *Vice President, Communications*
> *Municipal & Commercial Business*
> **VEOLIA NORTH AMERICA**
>
> tel
> +1 312 552 2820
> / cell
> +1 312 607 9688
>
> 200 E. Randolph Street, Suite 7900 / Chicago, IL 60601
> karole.colangelo@veolia.com
> www.veolianorthamerica.com
>
> On Fri, Jul 22, 2016 at 11:10 AM, Tarrah Cooper <tcooper@mercuryllc.com> wrote:
>
>> Yes - spoke with an editor at Michigan Public radio and Mark McGlashen, producer and head of special projects at ABC 12. They

VWNAOS553285

don't save or archive raw footage and since the clip wasn't played in a story they do not have it.

On Jul 22, 2016, at 9:00 AM, Colangelo, Karole <karole.colangelo@veolia.com> wrote:

> Tarrah, were you able to talk to someone at Michigan Radio? Thx. -kc
>
> Karole Colangelo
> Vice President, Communications
> Municipal & Commercial Business
> VEOLIA NORTH AMERICA
>
> tel
> +1 312 552 2820
> / cell
> +1 312 607 9688
>
> 200 E. Randolph Street, Suite 7900 / Chicago, IL 60601
> karole.colangelo@veolia.com
> www.veolianorthamerica.com
>
> On Thu, Jul 21, 2016 at 5:58 PM, Tarrah Cooper <tcooper@mercuryllc.com> wrote:
>
>> Hi Karole - no, there doesn't seem to be any available footage from this meeting.
>>
>> On Jul 21, 2016, at 3:23 PM, Colangelo, Karole <karole.colangelo@veolia.com> wrote:
>>
>>> Hi Tarrah. Any news on this? Legal team reached out again...
>>>
>>> Karole Colangelo
>>> Vice President, Communications
>>> Municipal & Commercial Business
>>> VEOLIA NORTH AMERICA
>>>
>>> tel
>>> +1 312 552 2820
>>> / cell
>>> +1 312 607 9688
>>>
>>> 200 E. Randolph Street, Suite 7900 / Chicago, IL 60601
>>> karole.colangelo@veolia.com
>>> www.veolianorthamerica.com
>>>
>>> On Tue, Jul 12, 2016 at 12:53 PM, Tarrah Cooper <tcooper@mercuryllc.com> wrote:
>>>
>>>> Hi Karole --
>>>> We'll reach out to Michigan radio and report back.
>>>> We've done an extensive online search and haven't located any audio/video from this meeting.
>>>>
>>>> My best,
>>>> Tarrah
>>>>
>>>> **From:** Colangelo, Karole [mailto:karole.colangelo@veolia.com]
>>>> **Sent:** Tuesday, July 12, 2016 11:42 AM
>>>> **To:** Tarrah Cooper <tcooper@mercuryllc.com>; Mark Horan <mhoran@rasky.com>; Justine Griffin <jgriffin@rasky.com>; Andy Hoglund <ahoglund@rasky.com>
>>>> **Cc:** Paul Whitmore <paul.whitmore@veolia.com>
>>>> **Subject:** Video footage of Feb 18, 2015
>>>>
>>>> The legal team asked again. Footage of this meeting is very important to our ongoing legal activities.

I can't find any TV station footage only stills. Have you had any luck? It appears in one of the photos that someone video taped the meeting.

Any thoughts on approaching media outlets either Mlive or Michigan radio to determine if they have raw video or audio?

http://www.mlive.com/news/flint/index.ssf/2015/02/flint_consultant_tells_city_de.html
http://michiganradio.org/post/consultant-says-flints-water-safe-theres-still-work-do#stream/0
http://www.mlive.com/news/flint/index.ssf/2015/03/flint_water_consultant_tells_c.html

Karole Colangelo
*Vice President, Communications*
*Municipal & Commercial Business*
**VEOLIA NORTH AMERICA**

tel
+1 312 552 2820
/ cell
+1 312 607 9688

200 E. Randolph Street, Suite 7900 / Chicago, IL 60601
karole.colangelo@veolia.com
www.veolianorthamerica.com

. . . . . . . . . . . . . . . . . . . . .
<image6e780d.JPG>
Tarrah Cooper
Managing Director
312.399.4081 mobile
www.mercuryllc.com

VWNAOS553285.0002

**From:** Tarrah Cooper <tcooper@mercuryllc.com>
**Sent:** Thursday, June 23, 2016 11:55 AM -05:00
**To:** Haider, Elinor <elinor.haider@veolia.com>
**Subject:** FW: List of target media or strategy for distributing statement
**Attachment(s):** "Veolia-Flint Press List.xlsx"

Fyi



Tarrah Cooper
Managing Director
312.399.4081 mobile
www.mercuryllc.com

---

**From:** Tarrah Cooper
**Sent:** Thursday, June 23, 2016 11:21 AM
**To:** 'Colangelo, Karole' <karole.colangelo@veolia.com>
**Cc:** Paul Whitmore <paul.whitmore@veolia.com>
**Subject:** RE: List of target media or strategy for distributing statement

See attached.

Do you all have a relationship with the AP, NYT or Detroit Free Press reporters covering this? Just curious.

**From:** Colangelo, Karole [mailto:karole.colangelo@veolia.com]
**Sent:** Thursday, June 23, 2016 11:12 AM
**To:** Tarrah Cooper <tcooper@mercuryllc.com>
**Cc:** Paul Whitmore <paul.whitmore@veolia.com>
**Subject:** List of target media or strategy for distributing statement

Tarrah: Do you have a specific approach in mind?

Here are some initial thoughts:

Follow up with key, influential media (do you have specific outlets in mind? or all outlets that covered it yesterday?)
Update sales team and customer letter.
Post update on One2One.(employees)

What's your recommendation for posting something on our website home page?

Karole Colangelo
*Vice President, Communications*
*Municipal & Commercial Business*
**VEOLIA NORTH AMERICA**

tel
+1 312 552 2820
/ cell
+1 312 607 9688

200 E. Randolph Street, Suite 7900 / Chicago, IL 60601
karole.colangelo@veolia.com
www.veolianorthamerica.com

**From:** Tarrah Cooper <tcooper@mercuryllc.com>
**Sent:** Friday, July 08, 2016 4:06 PM -05:00
**To:** Colangelo, Karole <karole.colangelo@veolia.com>
**CC:** Justine Griffin <jgriffin@rasky.com>; Mark Horan <mhoran@rasky.com>; Paul Whitmore <paul.whitmore@veolia.com>; Dan Wilson <dwilson@mercuryllc.com>
**Subject:** RE: Lifetime movie on Flint

Hi Karole - Here's a quick summary:

- The Lifetime movie/documentary Flint will be based on Time magazine's story "The Toxic Tap" written by Josh Sanburn. Veolia is not mentioned in the article. The two main producers on the film are Craig Zadan and Neil Meron.
- As of mid April, the film was in its early stages and was being "fast-tracked" for production. No further update has been given on a timeline of the documentary.
- The documentary is expected to put a heavy focus on telling the stories of the citizens who were directly affected by the water crisis.
- According to news sources, "A spokesperson for Lifetime said via email that the docudrama will look at what led to 'the toxic crime against the Michigan city's residents."
- There has been little mention of the content of the documentary and no mention of private companies involved so far.

We'll continue to dig and keep an eye out for more information.

My best,
Tarrah


**Mercury**

Tarrah Cooper
Managing Director
312.399.4081 mobile
www.mercuryllc.com

---

**From:** Colangelo, Karole [karole.colangelo@veolia.com]
**Sent:** Friday, July 08, 2016 1:22 PM
**To:** Tarrah Cooper
**Cc:** Justine Griffin; Mark Horan; Paul Whitmore
**Subject:** Fwd: Lifetime movie on Flint

Tarrah, Can you try to sniff out timing and potential content of this upcoming film?

http://deadline.com/2016/04/flint-water-crisis-movie-lifetime-craig-zadan-neil-meron-1201735653


Karole Colangelo
*Vice President, Communications*
*Municipal & Commercial Business*
**VEOLIA NORTH AMERICA**

tel +1 312 552 2820 / cell +1 312 607 9688
200 E. Randolph Street, Suite 7900 / Chicago, IL 60601
karole.colangelo@veolia.com
www.veolianorthamerica.com

VWNAOS543971

**From:** Haider, Elinor <elinor.haider@veolia.com>
**Sent:** Thursday, July 14, 2016 12:52 PM -05:00
**To:** Morris L. Reid <mreid@mercuryllc.com>
**CC:** Tarrah Cooper <tcooper@mercuryllc.com>; Colangelo, Karole <karole.colangelo@veolia.com>; Paul Whitmore <paul.whitmore@veolia.com>
**Subject:** Re: RNC speech

Mayor Palmer is going to join us to address DNC outreach question.

Elinor Haider
*Vice President, Communications & Public Affairs*
VEOLIA NORTH AMERICA
tel   +1 267 350 5894  / cell    +1 215 519 4487
2600 Christian Street / Philadelphia, PA 19146
elinor.haider@veolia.com
www.veolianorthamerica.com

On Thu, Jul 14, 2016 at 1:08 PM, Morris L. Reid<mreid@mercuryllc.com> wrote:
> Tarrah -- please conference me in.

>> On Jul 14, 2016, at 6:20 PM, Tarrah Cooper <tcooper@mercuryllc.com> wrote:
>>
>> Draft statement below.
>> Either times work for me as well.
>>
>> "The Attorney General's remarks today ignore the facts: Veolia North America was given a narrow assignment focused on a specific issue - disinfection byproducts. Veolia was told to exclude lead and copper testing from its scope of work because the city of Flint was conducting their own analysis. At the end of its limited one-month, one-time study, we provided a series of recommendations to the public and officials that were largely ignored."
>>
>> On Jul 14, 2016, at 10:12 AM, Morris L. Reid <mreid@mercuryllc.com> wrote:
>>
>>> Both work for me. Just let me know.
>>>
>>> <image0d34a9.JPG>
>>> Morris L. Reid
>>> Partner
>>> The Portrait Building
>>> 701 8th Street NW | Suite 650
>>> Washington, DC | 20001
>>> 202.261.4000 office
>>> 202.261.4001 fax
>>> www.mercurylic.com
>>>
>>> On Jul 14, 2016, at 6:07 PM, Haider, Elinor <elinor.haider@veolia.com> wrote:
>>>
>>>> Tarrah - from a timing perspective, we need our statement by 4PM today so we can do internal review at 5PM.
>>>>
>>>> Also, can you and Morris jump on a quick call today at 1 or 2PM EST?
>>>>
>>>> Thanks,
>>>>
>>>> Elinor
>>>>
>>>> Elinor Haider
>>>> *Vice President, Communications & Public Affairs*

VWNAOS544089

VEOLIA NORTH AMERICA
tel    +1 267 350 5894  /  cell    +1 215 519 4487
2600 Christian Street / Philadelphia, PA 19146
elinor.haider@veolia.com
www.veolianorthamerica.com

On Thu, Jul 14, 2016 at 9:58 AM, Colangelo, Karole<karole.colangelo@veolia.com> wrote:
Elinor: A quick update from our PR call today,

1. Tarrah's going to draft a quick holding statement for Schuette's RNC speech. So, we'll have something in place just in case.
2. Does Mayor Palmer need any updated talking points for his conversation with Mayor Weaver? Or a quick messaging training?

Thanks, Karole

Karole Colangelo
Vice President, Communications
Municipal & Commercial Business
VEOLIA NORTH AMERICA

tel +1 312 552 2820  /  cell  +1 312 607 9688
200 E. Randolph Street, Suite 7900 / Chicago, IL 60601
karole.colangelo@veolia.com
www.veolianorthamerica.com

On Thu, Jul 14, 2016 at 6:48 AM, Elinor Haider<elinor.haider@veolia.com> wrote:
No. It sounds like she's willing to meet with Mayor Palmer on our behalf, but no longer with Veolia.

Elinor Haider
VP, Communications & Public Affairs
Veolia North America
(215) 519-4487 mobile
(267) 350-5894 office

On Jul 13, 2016, at 8:53 PM, Tarrah Cooper <tcooper@mercuryllc.com> wrote:

Sounds good. Has the meeting with Mayor Weaver been scheduled?

On Jul 13, 2016, at 7:22 PM, Elinor Haider <elinor.haider@veolia.com> wrote:

We'd also like to discuss any outreach you think might be helpful and to whom prior to the DNC. Short timelines for both. I'll touch base tomorrow. Elinor

Elinor Haider
VP, Communications & Public Affairs
Veolia North America
(215) 519-4487 mobile
(267) 350-5894 office

On Jul 13, 2016, at 1:29 PM, Tarrah Cooper <tcooper@mercuryllc.com> wrote:

VWNAOS544090

Hi Elinor -

We'll look into this and let you know ASAP.

On Jul 13, 2016, at 12:10 PM, Haider, Elinor <elinor.haider@veolia.com> wrote:

Tarrah,

Can you confirm whether or not his slot is televised?

http://www.freep.com/story/news/politics/2016/07/12/michigan-bill-schuette-republican-convention/87005330/

Thanks,

Elinor

Elinor Haider
Vice President, Communications & Public Affairs
VEOLIA NORTH AMERICA
tel +1 267 350 5894 / cell +1 215 519 4487
2600 Christian Street / Philadelphia, PA 19146
elinor.haider@veolia.com
www.veolianorthamerica.com

..........................
<image35ca66.JPG>
Tarrah Cooper
Managing Director
312.399.4081 mobile
www.mwwpr.com

VWNAOS544091

**From:** Tarrah Cooper <tcooper@mercuryllc.com>
**Sent:** Monday, July 18, 2016 1:16 PM -05:00
**To:** Haider, Elinor <elinor.haider@veolia.com>
**CC:** Morris L. Reid <mreid@mercuryllc.com>; Colangelo, Karole <karole.colangelo@veolia.com>; Paul Whitmore <paul.whitmore@veolia.com>
**Subject:** RE: RNC speech

AG Schuette just finished his speech. He started earlier than scheduled. He did not mention Veolia.
On Flint he said "Justice is coming for the mothers he's visited and deserve clean water for their children."

**From:** Haider, Elinor [mailto:elinor.haider@veolia.com]
**Sent:** Monday, July 18, 2016 11:07 AM
**To:** Tarrah Cooper <tcooper@mercuryllc.com>
**Cc:** Morris L. Reid <mreid@mercuryllc.com>; Colangelo, Karole <karole.colangelo@veolia.com>; Paul Whitmore <paul.whitmore@veolia.com>
**Subject:** Re: RNC speech

FYI, he's confirmed for 2:15PM.

Elinor

http://www.mlive.com/news/index.ssf/2016/07/watch_attorney_general_bill_sc.html

Elinor Haider
*Vice President, Communications & Public Affairs*
VEOLIA NORTH AMERICA
tel

+1 267 350 5894
/ cell

+1 215 519 4487


2600 Christian Street / Philadelphia, PA 19146
elinor.haider@veolia.com
www.veolianorthamerica.com

On Mon, Jul 18, 2016 at 7:24 AM, Elinor Haider <elinor.haider@veolia.com> wrote:

> Tarrah,
>
> Confirming our discussion that Mercury will be attending the AG's speech today and recording it. We'd like to be notified immediately of any mention of Veolia.
>
> Thank you.
>
> Elinor
>
> Elinor Haider
> VP, Communications & Public Affairs
> Veolia North America
> (215) 519-4487 mobile
> (267) 350-5894 office
>
> On Jul 14, 2016, at 11:22 AM, Tarrah Cooper <tcooper@mercuryllc.com> wrote:
>
>> Draft statement below.
>> Either times work for me as well.
>>
>> "The Attorney General's remarks today ignore the facts: Veolia North America was given a narrow assignment focused on a specific issue - disinfection byproducts. Veolia was told to exclude lead and copper testing from its scope of work because the city of Flint was conducting their own analysis. At the end of its limited one-month, one-time study, we provided a series of recommendations to the public and officials that were largely ignored."

VWNAOS544196

On Jul 14, 2016, at 10:12 AM, Morris L. Reid <mreid@mercuryllc.com> wrote:

Both work for me. Just let me know.

. . . . . . . . . . . . . . . . . . . . .
<image0d34a9.JPG>
Morris L. Reid
Partner
The Portrait Building
701 8th Street NW | Suite 650
Washington, DC | 20001
202.261.4000 office
202.261.4001 fax
www.mercuryllc.com

_____

On Jul 14, 2016, at 6:07 PM, Haider, Elinor <elinor.haider@veolia.com> wrote:

> Tarrah - from a timing perspective, we need our statement by 4PM today so we can do internal review at 5PM.
>
> Also, can you and Morris jump on a quick call today at 1 or 2PM EST?
>
> Thanks,
>
> Elinor
>
> Elinor Haider
> Vice President, Communications & Public Affairs
> VEOLIA NORTH AMERICA
> tel
>
> +1 267 350 5894
> / cell
>
> +1 215 519 4487
>
>
>
> 2600 Christian Street / Philadelphia, PA 19146
> elinor.haider@veolia.com
> www.veolianorthamerica.com
>
> On Thu, Jul 14, 2016 at 9:58 AM, Colangelo, Karole <karole.colangelo@veolia.com> wrote:
>
>> Elinor: A quick update from our PR call today,
>>
>> 1. Tarrah's going to draft a quick holding statement for Schuette's RNC speech. So, we'll have something in place just in case.
>> 2. Does Mayor Palmer need any updated talking points for his conversation with Mayor Weaver? Or a quick messaging training?
>>
>> Thanks, Karole
>>
>>
>>
>> Karole Colangelo
>> Vice President, Communications
>> Municipal & Commercial Business
>> VEOLIA NORTH AMERICA
>>
>> tel
>> +1 312 552 2820
>> / cell
>>
>> +1 312 607 9688

VWNAOS544197

200 E. Randolph Street, Suite 7900 / Chicago, IL 60601
karole.colangelo@veolia.com
www.veolianorthamerica.com

On Thu, Jul 14, 2016 at 6:48 AM, Elinor Haider <elinor.haider@veolia.com> wrote:

> No. It sounds like she's willing to meet with Mayor Palmer on our behalf, but no longer with Veolia.
>
> Elinor Haider
> VP, Communications & Public Affairs
> Veolia North America
> (215) 519-4487 mobile
> (267) 350-5894 office
>
> On Jul 13, 2016, at 8:53 PM, Tarrah Cooper <tcooper@mercuryllc.com> wrote:
>
>> Sounds good. Has the meeting with Mayor Weaver been scheduled?
>>
>> On Jul 13, 2016, at 7:22 PM, Elinor Haider <elinor.haider@veolia.com> wrote:
>>
>>> We'd also like to discuss any outreach you think might be helpful and to whom prior to the DNC. Short timelines for both. I'll touch base tomorrow. Elinor
>>>
>>> Elinor Haider
>>> VP, Communications & Public Affairs
>>> Veolia North America
>>> (215) 519-4487 mobile
>>> (267) 350-5894 office
>>>
>>> On Jul 13, 2016, at 1:29 PM, Tarrah Cooper <tcooper@mercuryllc.com> wrote:
>>>
>>>> Hi Elinor -
>>>>
>>>> We'll look into this and let you know ASAP.
>>>>
>>>> On Jul 13, 2016, at 12:10 PM, Haider, Elinor <elinor.haider@veolia.com> wrote:
>>>>
>>>>> Tarrah,
>>>>>
>>>>> Can you confirm whether or not his slot is televised?
>>>>>
>>>>> http://www.freep.com/story/news/politics/2016/07/12/michigan-bill-schuette-republican-convention/87005330/
>>>>>
>>>>> Thanks,
>>>>>
>>>>> Elinor
>>>>>
>>>>> Elinor Haider
>>>>> Vice President, Communications & Public Affairs
>>>>> VEOLIA NORTH AMERICA
>>>>> tel
>>>>> +1 267 350 5894
>>>>> / cell
>>>>> +1 215 519 4487

VWNAOS544198

2600 Christian Street / Philadelphia, PA 19146
elinor.haider@veolia.com
www.veolianorthamerica.com

. . . . . . . . . . . . . . . . . . . . .
<image35ca66.JPG>
Tarrah Cooper
Managing Director
312.399.4081 mobile
www.mercuryllc.com

VWNAOS544199

**From:** Haider, Elinor <elinor.haider@veolia.com>
**Sent:** Wednesday, July 20, 2016 3:36 PM -05:00
**To:** Sergio Corbo <sergio.corbo@veolia.com>
**CC:** Karole Colangelo <karole.colangelo@veolia.com>
**Subject:** Fwd: Veolia report doc on microsite

Perfect example. They committed in the call to accountability on one strategy and actually did something else.


---------- Forwarded message ----------
From: **Whitmore, Paul** <paul.whitmore@veolia.com>
Date: Thu, Jul 7, 2016 at 11:00 PM
Subject: Re: Veolia report doc on microsite
To: Tarrah Cooper <tcooper@mercuryllc.com>, "Colangelo, Karole" <karole.colangelo@veolia.com>, "Haider, Elinor" <elinor.haider@veolia.com>
Cc: Mark Horan <mhoran@rasky.com>, Andy Hoglund <ahoglund@rasky.com>, Justine Griffin <jgriffin@rasky.com>


Tarrah,

I must have misunderstood from our call today. You said on multiple occasions during the PR call today that you and the Mercury team were going to CALL the targeted list, on the phone, to follow up. Your note below indicates that you "emailed the reporters on the targeted list directly".

Here's the deal: we're quite capable and can actually handle the emails to the targeted list on our own. What we need help with is somebody to pick up the telephone and make the follow up calls on our behalf.

I vouched for your team and confirmed for Karole and Elinor today that you were going to call the targeted list after we sent out the document. You didn't, and I'm partially accountable for that.

We have a PR call at 9:30 Eastern on Friday. Please call everybody prior to that and provide me, Karole and Elinor a written call log with detailed information about the interactions you had. I'm responsible for this piece of our strategy and accountable for its success and failure. I need you to do what you say you're going to do.

Paul


Paul Whitmore
*Manager, Communications*
*Municipal & Commercial Business*
**VEOLIA NORTH AMERICA**

tel   +1 317 917 3724  / cell   +1 317 491 0012
101 W. Washington St. STE 1400E / Indianapolis, IN 46204
paul.whitmore@veolia.com
www.veolianorthamerica.com



On Thu, Jul 7, 2016 at 5:49 PM, Tarrah Cooper<tcooper@mercuryllc.com> wrote:
> Yes. I've emailed the reporters on our targeted media list directly.
>
> My best,
> Tarrah
>
> On Jul 7, 2016, at 4:34 PM, Haider, Elinor <elinor.haider@veolia.com> wrote:
>
>> Tarrah,
>>
>> Just to confirm, Mercury made outbound calls to the 12-15 target reporters, as discussed?

VWNAOS544281

Thansk,

Elinor

Elinor Haider
Vice President, Communications & Public Affairs
VEOLIA NORTH AMERICA
tel +1 267 350 5894 / cell +1 215 519 4487
2600 Christian Street / Philadelphia, PA 19146
elinor.haider@veolia.com
www.veolianorthamerica.com

On Thu, Jul 7, 2016 at 4:55 PM, Tarrah Cooper<tcooper@mercuryllc.com> wrote:
> Same. There have been no inquires or follow-ups from our targeted list. I'll keep you posted if anyone reaches out.
>
> On Jul 7, 2016, at 3:32 PM, Colangelo, Karole <karole.colangelo@veolia.com> wrote:
>
>> Tarrah: Any updates from your outreach? I received no inquiries. -kc
>>
>> Karole Colangelo
>> Vice President, Communications
>> Municipal & Commercial Business
>> VEOLIA NORTH AMERICA
>>
>> tel +1 312 552 2820 / cell +1 312 607 9688
>> 200 E. Randolph Street, Suite 7900 / Chicago, IL 60601
>> karole.colangelo@veolia.com
>> www.veolianorthamerica.com
>>
>>
>> On Thu, Jul 7, 2016 at 12:03 PM, Tarrah Cooper<tcooper@mercuryllc.com> wrote:
>>> Great.
>>>
>>> I'll follow-up with the targeted reporters once it's distributed.
>>>
>>> From: Colangelo, Karole [mailto:karole.colangelo@veolia.com]
>>> Sent: Thursday, July 7, 2016 11:58 AM
>>> To: Tarrah Cooper <tcooper@mercuryllc.com>
>>> Cc: Mark Horan <mhoran@rasky.com>; Andy Hoglund <ahoglund@rasky.com>; Justine Griffin <jgriffin@rasky.com>; Paul Whitmore <paul.whitmore@veolia.com>; Elinor Haider <elinor.haider@veolia.com>
>>> Subject: Veolia report doc on microsite
>>>
>>> Tarrah: The team is uploading the report now. Once it is up, I will be distributing to our Flint journalist list via our veoliamedia email account.
>>>
>>> I'll alert you to any feedback/responses I get. -kc
>>>
>>> Karole Colangelo
>>> Vice President, Communications
>>> Municipal & Commercial Business

VWNAOS544282



*VEOLIA NORTH AMERICA*

tel

+1 312 552 2820

/ cell

+1 312 607 9688

200 E. Randolph Street, Suite 7900 / Chicago, IL 60601
karole.colangelo@veolia.com
www.veolianorthamerica.com

. . . . . . . . . . . . . . . . . . . . . .
<imagef00434.JPG>
Tarrah Cooper
Managing Director
312.399.4081 mobile
www.mercuryllc.com

VWNAOS544283