UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE FLINT WATER LITIGATION | Case No. 5:16-cv-10444-JEL-MKM<br>Hon. Judith E. Levy |
| *Waid et al. v. Snyder et al.* | Case No. 5:17-cv-10444-JEL-MKM |

_____

### STIPULATION REGARDING THE OPT-IN DEADLINE FOR ISSUES CLASS PARTICIPATION

Class Plaintiffs and Defendants, Veolia North America, LLC, Veolia North America, Inc., and Veolia Water North America Operating Services, LLC (VNA) and Lockwood, Andrews & Newnam, Inc., Lockwood, Andrews & Newnam, P.C. and Leo A. Daly Company (LAN) hereby stipulate and request that the Court enter an order setting an **October 17, 2022** deadline for any individually represented Flint residents or businesses that are not represented by Class Counsel but that otherwise meet the class definitions for the Issues Classes and who wish to participate in the Issues Classes to petition the Court with their request to be included, as set forth in the Court's Second Amended Option and Order Granting In Part and Denying In Part Class Plaintiffs' Motion. ECF 1957, PageID.68152.

In support of this request, Class Plaintiffs, VNA and LAN believe that the date for opting-in to the Issues Classes should be the same date for opting-out of the Issues Classes, which is October 17, 2022.

1

Respectfully submitted,

**CAMPBELL, CONROY & O'NEIL P.C.**

By: /s/ *James M. Campbell*
James M. Campbell
Alaina N. Devine
20 City Square, Suite 300
Boston, MA 02129
(617) 241-3000
jmcampbell@campbell-trial-lawyers.com
adevine@campbell-trial-lawyers.com

**BUSH SEYFERTH PLLC**

By: /s/ *Cheryl A. Bush*
Cheryl A. Bush (P37031)
100 W. Big Beaver Road, Suite 400
Troy, MI 48084
(248) 822-7800
bush@bsplaw.com

*Attorneys for Veolia North America, LLC, Veolia North America, Inc., and Veolia Water North America Operating Services, LLC*

**FAEGRE DRINKER BIDDLE & REATH LLP**

By: /s/Wayne B. Mason
Wayne B. Mason (SBOT 13158950)
Travis S. Gamble (SBOT 00798195)
S. Vance Wittie (SBOT 21832980)
David C. Kent (SBOT 11316400)
1717 Main St., Suite 5400
Dallas, TX 75201
(469) 227-8200
Wayne.mason@faegredrinker.com
Travis.gamble@dbr.com
Vance.wittie@faegredrinker.com
David.kent@faegredrinker.com

**PLUNKETT COONEY**

By: /s/Philip A. Erickson
Philip A. Erickson (P37081)
Rhonda Stowers (P64083)
101 N. Washington Sq., Ste. 1200
Lansing, MI 48933
(517) 324-5608
perickson@plunkettcooney.com
rstowers@plunkettcooney.com

*Attorneys for Lockwood, Andrews & Newnam, Inc., and Lockwood, Andrews & Newnam, P.C.*

**COHEN MILSTEIN SELLERS & TOLL, PLLC**

By: */s/Theodore J. Leopold*
2925 PGA Boulevard, Suite 220
Palm Beach Gardens, FL 33410
Telephone: (561) 515-1400
tleopold@cohenmilstein.com

**PITT, MCGEHEE PALMER & RIVERS P.C.**

BY: *Michael L. Pitt*
117 West 4th Street, Suite 200
Royal Oak, MIL 48067
Telephone: (248) 398-9800
mpitt@pittlawpc.com

*Interim Lead Counsel*

**SUSAN GODFEY, L.L.P.**

By: */s/Stephen Morrissey*
Stephen Morrissey
1201 Third Ave., Suite 3800
Seattle, WA 98101
Telephone (206) 516-3880
smorrissey@susmangodfrey.com

**WEITZ & LUXENBERG, P.C.**

By: *Paul F. Novak*
Paul F. Novak
3011 W. Grand Blvd., Suite 2150
Detroit, MI 48202
Telephone (313) 800-4170
pnovak@weitzlux.com

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**

By: */s/Peretz Bronstein*
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
peretz@bgandg.com

**LAW OFFICES OF TERESA A. BINGAN, PLLC**

By: */s/ Teresa A Bingman*
Teresa A. Bingman
120 N. Washington Sq., Ste 327
Lansing, MI 48933
Telephone: (877) 957-7077
tbingman@tbingmanlaw.com

MOTLEY RICE LLC

By: */s/Esther E. Berezofsky*
Esther E. Berezofsky
210 Lake Dr. East, Suite 101
Cherry Hill, New Jersey 08002
Telephone: (856) 667-0500
eberezofsky@motleyrice.com

*Executive Committee for Class Plaintiffs*

Dated: October 3, 2022

# CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2022, I electronically filed the foregoing Joint Submission with the Clerk of the Court using the ECF System, which will send notification to the ECF counsel of record.

*/s/ Alaina N. Devine*
Alaina N. Devine

4