UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

In re FLINT WATER CASES

CIVIL ACTION
FILE NO. 5:16-cv-10444

Hon. Judith E. Levy

_____

### NOTICE OF DOCKET ENTRY PERMITTING A SEVEN (7) HOUR DEPOSITION OF (NON-PARTY) TARRAH COOPER WRIGHT

Individual Plaintiffs hereby provide notice to all parties that the enclosed Docket Entry was filed today in the United States District Court for the Northern District of Illinois, Case No. 22-cv- 04810, permitting a seven (7) hour deposition of Tarrah Cooper Wright.

The undersigned counsel will notify all parties to the litigation of the time and date of the deposition, once it has been scheduled.

Dated:       October 3, 2022

Respectfully submitted,

/s/ Corey M. Stern
Corey M. Stern
605 Third Ave., 33rd Fl.
New York, New York 10158
(212) 605-6200
cstern@levylaw.com

2

## CERTIFICATE OF SERVICE

I, Corey M. Stern, hereby certify that on October 3, 2022, the foregoing document and the attached exhibit were served on all counsel of record via the court's ECF system.

/s/ Corey M. Stern
Corey M. Stern
605 Third Ave., 33rd Fl.
New York, New York 10158
(212) 605-6200
cstern@levylaw.com

2