# *EXHIBIT F*

**LEVY KONIGSBERG LLP**
ATTORNEYS AT LAW
605 THIRD AVENUE, 33RD FLOOR
NEW YORK, NY 10158

---

NEW JERSEY OFFICE
QUAKERBRIDGE EXECUTIVE OFFICE
101 GROVERS MILL ROAD
LAWRENCEVILLE, NJ 08648
TELEPHONE: (609) 720-0400
FAX: (609) 720-0457

(212) 605-6200
FAX: (212) 605-6290
WWW.LEVYLAW.COM

ALBANY OFFICE
90 STATE STREET
ALBANY, NY 12207
TELEPHONE: (518) 286-5068

OCTOBER 1, 2022

<u>VIA EMAIL (MHUGET@HONIGMAN.COM)</u>
J. Michael Huget
Honigman LLP
315 East Eisenhower Parkway
Suite 100
Ann Arbor, Michigan 48109-3330

      **RE:**    <u>***SUBPOENA TO GARY MILES – FLINT WATER CRISIS LITIGATION***</u>

Dear Mr. Huget:

      I am in receipt of your letter dated September 27, 2022. To that end, we will not withdraw the subpoena. Further, your letter mischaracterizes its purpose and contains errors regarding how and on behalf of whom it was served.

      We have no desire to limit Mr. Joyce's (or anyone else's) protected speech (as disgraceful, false, and defamatory as it might be). We are, however, interested in how the piece came to be published in *The Detroit News*; whether any trial defendant played a role in its placement; and most importantly, whether any admissions were made in that process by a party.

      In terms of the breadth of the subpoena, your objections to specific requests, and the other points you raised in your communication, I am available to meet and confer as follows:

- Monday, October 3, 2022 at 1:00 pm EST
- Wednesday, October 5, 2022 at 3:30 pm EST

      Please advise which of these times/dates will work for you and I will circulate a conference number or a zoom invite.

      Sincerely,

      **LEVY KONIGSBERG, LLP**

      <u>/s/ COREY M. STERN</u>
      Corey M. Stern