UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

In re FLINT WATER CASES

Civil Action No. 5:16-cv-10444-JEL-MKM
(consolidated)

Hon. Judith E. Levy
Mag. Kimberly G. Altman

_____

APPLICABLE TO ALL CASES

_____

### VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC'S, VEOLIA NORTH AMERICA, INC.'S, AND VEOLIA NORTH AMERICA, LLC'S PROPOSED AGENDA ITEMS FOR THE OCTOBER 26, 2022 STATUS CONFERENCE

Pursuant to the Court's order setting a status conference for October 26, 2022 and requesting that the parties file proposed agenda items, ECF No. 2231, Defendants Veolia Water North America Operating Services, LLC, Veolia North America, Inc., and Veolia North America, LLC (the "VNA Defendants") propose the followingagenda items for the October 26, 2022 status conference.

1. Update to the Court on the Bellwether III Plaintiff selection process.

2. Status of Bellwether III discovery.

3. Joint Submission Regarding The Certified Issues (ECF 2222).

1

4. Bellwether I re-trial logistics, including timing limitations and applicability of pre-trial rulings.

*Respectfully submitted,*

| | |
|---|---|
| CAMPBELL CONROY & O'NEIL, P.C. | BUSH SEYFERTH PLLC |
| /s/ James M. Campbell | /s/ Cheryl Bush |
| James M. Campbell | Cheryl A. Bush (P37031) |
| Alaina N. Devine | 100 W. Big Beaver Road, Suite 400 |
| 20 City Square, Suite 300 | Troy, MI 48084 |
| Boston, MA  02129 | (248) 822-7800 |
| (617) 241-3000 | bush@bsplaw.com |
| jmcampbell@campbell-trial-lawyers.com | |
| adevine@campbell-trial-lawyers.com | |

*Attorneys for Veolia Water North America Operating Services, LLC, Veolia North America, LLC, and Veolia North America, Inc*

Dated: October 19, 2022

## CERTIFICATE OF SERVICE

I, Alaina N. Devine, one of the counsel of record for the VNA defendants, certify that I served the within Proposed Agenda Items on October 19, 2022, by causing it to be e-filed through the Court's CM/ECF electronic filing system which will automatically deliver electronic copies of it to counsel of record for all parties to have appeared in *In re Flint Water Cases*.

/s/  Alaina N. Devine
Alaina N. Devine
adevine@campbell-trial-lawyers.com