UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re FLINT WATER CASES | Case No. 5:16-cv-10444-JEL-MKM |
| LEEANN WALTERS, et al., *Plaintiffs,* v. CITY OF FLINT, et al., *Defendants.* | Case No. 5:17-cv-10164-JEL-MKM |

## NOTICE OF APPEARANCE

Please enter my appearance pursuant to L.R. 83.25 as additional counsel of record for the defendants Veolia North America, LLC, Veolia North America, Inc. and Veolia Water North America Operating Services, LLC.

> Kristin W. Silverman
> Mayer Brown LLP
> Two Palo Alto Square
> 3000 El Camino Real
> Palo Alto, CA 94306
> (650) 331-2055
> ksilverman@mayerbrown.com

Attorney Cheryl Bush of the firm Bush Seyferth PLLC, 100 W. Big Beaver Rd., Suite 400, Troy, MI 48084, will continue to serve as local counsel for the aforementioned defendants.

/s/ *Kristin W. Silverman*
Kristin W. Silverman
Mayer Brown LLP
Two Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
(650) 331-2055
ksilverman@mayerbrown.com

## CERTIFICATE OF SERVICE

    I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the Court's ECF system, which will send notification to all counsel of record that have appeared in this case.

/s/ *Kristin W. Silverman*
Counsel for VNA Defendants
