# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.         Judith E. Levy
                                             United States District Judge

_____/

This Order Relates To:

ALL CASES

_____/

## AGENDA FOR OCTOBER 26, 2022 STATUS CONFERENCE

The Court will hold a status conference on these cases on **Wednesday October 26, 2022. at 2:00 pm** via Zoom video conference. The Zoom link will be docketed in 16-10444. The agenda will be as follows, although the Court may adjust the agenda prior to the conference if necessary.

1. The Special Master will report on the status of the partial settlement.

2. Co-Liaison Counsel's issue regarding the deposition of Carrie Griffiths, Veolia's Chief Communications Officer, noticed for November 2, 2022.

3. Co-Liaison Counsel's issue regarding the deposition subpoena for Paul Whitmore, Veolia's former Communications Manager, noticed for November 4, 2022.

4. Co-Liaison Counsel's issue regarding the deposition subpoena for William DiCroce, former President and CEO of Veolia North America.

5. Co-Liaison Counsel's objection to Veolia's planned inspection of numerous homes related to the Bellwether III cases.

6. Co-Liaison Counsel's objection to Veolia's plan to seek third-party information for at least seventy-five different addresses related to the Bellwether I and Bellwether III cases.

7. Co-Liaison Counsel's indication that it intends to file a motion to compel substantive responses from the Veolia entities relating to the Bellwether III Plaintiffs' First Request to Admit and the timing of adjudication relative to the deadlines set forth in the Bellwether III scheduling order.

8. Co-Liaison Counsel's issue regarding the deposition of Mr. Leo A. Daly, which is noticed for October 30, 2022 and LAN/LAD's indication that it will file a motion to quash.

9. Veolia's topic regarding updates on the Bellwether III Plaintiff selection process.

10. Veolia's topic regarding the status of Bellwether III discovery (to the extent this topic is not already covered in the above discovery-related issues identified by Co-Liaison Counsel).

11. Veolia's topic regarding the joint submission regarding certified issues.

**IT IS SO ORDERED.**

Dated: October 21, 2022      s/Judith E. Levy
Ann Arbor, Michigan     JUDITH E. LEVY
    United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 21, 2022.

    s/William Barkholz
    WILLIAM BARKHOLZ
    Case Manager