# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases. | Judith E. Levy |
| | United States District Judge |
| _____/ | |

This Order Relates To:

ALL CASES

_____/

## ORDER AUTHORIZING DISTRIBUTION OF FUNDS FROM THE QUALIFIED SETTLEMENT FUND FOR PAYMENT OF THE SPECIAL MASTER'S FEES AND EXPENSES FOR MARCH 2022 AND FOR PAYMENT OF ADDITIONAL CONSULTANT FEES FOR THE PERIOD JULY AND AUGUST 2022

Having now considered the *Notice Of The Special Master Regarding Request For Payment Of Special Master Fees and Expenses For March 2022 and for Payment of Fees for Consultant Assisting the Special Master for July and August 2022* filed on November 8 2022, ECF No.2255 ("Notice"), and having reviewed the detailed time records and invoices that support this Request to authorize the distribution of funds from the FWC Qualified Settlement Fund[1] under the terms of the Amended

---

[1] Unless otherwise defined herein, all capitalized terms herein have the same meaning set forth in the Amended Settlement Agreement.

1

Settlement Agreement and additional Orders of this Court as set forth in the Notice:

IT IS HEREBY ORDERED THAT:

1. A distribution of funds in the amount of $189,919.00 from the FWC Qualified Settlement Fund for the payment of fees for the work of the Special Master (including the fees of other necessary personnel) during March 2022 is approved. The QSF Administrator is directed to disburse the funds to Blank Rome LLP.

2. A distribution of funds in the amount of $44,164.00 from the FWC Qualified Settlement Fund for the purpose of paying the consultant fees for the period July and August 2022 is approved. The QSF Administrator is directed to disburse the funds to the consultant as directed by the Special Master.

**IT IS SO ORDERED.**

Dated: November 9, 2022　　　　s/Judith E. Levy
　　Ann Arbor, Michigan　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　United States District Judge

2

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 9, 2022.

s/William Barkholz  
WILLIAM BARKHOLZ  
Case Manager
