FILED
Nov 14, 2022
DEBORAH S. HUNT, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 22-1754

In re: FLINT WATER CASES

---

LUKE WAID,

    Plaintiff,

and

CO-LEAD COUNSEL FOR THE SETTLEMENT
CLASS; CO-LIAISON FOR THE INDIVIDUAL
PLAINTIFFS,

    Plaintiffs-Appellees,

v.

RICHARD DALE SNYDER,

    Defendant,

and

MELVIN JONES, JR.,

    Appellant.

        Before: McKEAGUE, STRANCH, and DONALD, Circuit Judges.

## JUDGMENT

THIS MATTER came before the court upon consideration of appellate jurisdiction.

No. 22-1754
2

IN CONSIDERATION THEREOF, it is ORDERED that the appeal is **DISMISSED**.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk