# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Elnora Carthan, *et al.*, <br><br> Plaintiffs, <br><br> -v- <br><br> Rick Snyder, *et al.*, <br><br> Defendants. | Case No.: 5:16-cv-10444-JEL-EAS <br> Consolidated <br><br> Hon. Judith E. Levy <br> Magistrate Judge Elizabeth A. Stafford |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that attorney Trent Rehusch of Cohen Milstein Sellers & Toll, PLLC, files this notice of appearance on behalf of all Plaintiffs and the proposed Class in the putative consolidated class action captioned above.

Dated: November 14, 2022                    Respectfully submitted,

/s/ *Trent Rehusch*

Trent Rehusch
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600

*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2022, I filed the forgoing document with the Clerk of Court using the ECF system which will send notice of such filing to all parties of record.

Dated: November 14, 2022

                                                /s/ *Trent Rehusch*

                                         Trent Rehusch
                                         COHEN MILSTEIN SELLERS &
                                         TOLL PLLC
                                         1100 New York Ave. NW, Suite 500
                                         Washington, DC 20005
                                         Telephone: (202) 408-4600

                                         *Attorney for Plaintiffs*