MIED (Rev. 8/07) Notice of Correction

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Luke Waid et al

        Plaintiff(s),

v.

Rick Snyder et al

        Defendant(s).

Case No. 5:16-cv-10444

Judge Judith E. Levy

Magistrate Judge Elizabeth A. Stafford

**NOTICE OF CORRECTION**

Docket entry number __2264__, filed __11/15/2022__, has been modified. The explanation for the correction is stated below.

- ☐ The docket entry was made on the wrong case.
- ☐ The corresponding document image was missing or incomplete.
- ☐ The wrong document image was associated.
- ☐ The wrong judicial officer was listed on the case docket.
- ☐ The filer information was inaccurate or omitted from the docket text.
- ☐ The judicial officer information was inaccurate or omitted from the docket text.
- ☐ The docket text was changed *to include the Partial Payment Order.*
- ☑ Other: Party is enjoined from filing on this case. See case 22-mc-51723

If you need further clarification or assistance, please contact __S Schoenherr__ at __(313) 234-5000__.

KINIKIA D. ESSIX, CLERK OF COURT

Dated: November 17, 2022

s/ S Schoenherr
Deputy Clerk