***Request for leave to file the instant document in FWC case # 16-cv-10444****; whereby [I] disabled, hereby (e.g. in accordance with a letter dated November 15th, 2022 in APPEAL #22-2042 from case manager - Amy Gigliotti which INSTRUCTS me to file for IFP status in the DISTRICT COURT FWC case #16-cv-10444 by 12-15-2022).*

***From: Melvin Jones Jr. - disabled Flint Resident***

***1935 Hosler St. - Flint, Michigan 48503 [and] previous address: 829 Campbell St - Flint, Michigan 48507 Email- meljonesjr@gmail.com***

***Phone# (google voice to text) 415-562-5074***

***MOTION FOR IFP, based upon the initial granting of my IFP in FWC case #21-cv-10937.***

***Here… in the interest of judicial economy and economy upon myself…. [the generalized issues which I intend upon presenting on appeal can be found in Ecf Doc. # 1003 in the instant FWC #17-cv-10164].***

***Also, I respectfully note that my "financial status" HAS NOT changed for the better since my previous granting of IFP in FWC #21-cv-10937; in FACT… I believe and assert that my pauper status has gotten MUCH worse. For example, at present, my checking account @ Huntington Bank is overdrawn, and my account balance in my MI ABLE account is approx. $1,700.xx; my home in the City of Flint… needs MANY plumbing replacements and/ or repairs (approx. $10,000.xx) and my "burial space vacant lot" has taxes owed***

***on it…. See for example a CAPTION of my current checking account balance:***

Inbox (45) - meljonesjr@gmail.co | Notice - Google Docs | Huntington National Bank

onlinebanking.huntington.com/Retail/AccountServices/AccountDetails/Index/77218544

Huntington | 26 Messages | Alerts | Profile | Open an Account

THE HUB | TRANSFERS | PAYMENTS | SERVICE CENTER | LOG OUT

**Asterisk-Free Checking... 6420**

| | |
|---|---|
| Today's Beginning Balance | $100.26 |
| Pending Transactions | -$160.98 |
| Deposit Holds | $0.00 |
| **Account Balance** | **-$60.72** |

Print Page

Account Numbers & More
Manage Cards
Overdraft Scenarios
View Statements
Show More

Save smart with Money Scout℠.

12:43

—---------

***I realize that the FWC district court (e.g. Judge LEVY) might NOT at first be inclined to GRANT my IFP "continuing request here"…. but, MAYBE if I explain my concerns and confusion[s] which I believe***

*(but hopefully NOT) cause my IFP request here to be MOOT. Which is to say, due to my disabling medical conditions [] and serious vision impairments (e.g. the District Court/ Judge LEVY has previously GRANTED — LARGE PRINT accommodation for me {e.g. and the 6th Circuit Court of Appeals case manager - Amy Gigliotti has ALSO put (as a courtesy) letter[s] and/ or orders WHEN POSSIBLE in large print format for me})…. I admit that I am NOT able to fully read certain documents and/ or orders and such…. And, no kidding here — I have gotten by nearly my entire life doing so, because I additionally suffer from really BAD eye strain "migraine headaches"; and my IBS*

*medical condition also causes me to have VERY bad headaches.*

*And, recently ...I have received decisions from the 6th Circuit Court of Appeals which seem to INDICATE that there is jurisdictional issues and/ or "scheduling orders" as to the Bellwether Trials which DISALLOW me to be able to assert proper jurisdictional - standing [for lack of a better term] regarding some of my appeals presented in FWC case[s].*

*So — I thought that I may NEED to pose "situational" scenario questions to you Judge Levy... so that I will KNOW when, [IF] at all... the your court will be willing to ALLOW me to file NOTICE*

*documents to you for example. So, here goes:*

- *Lets say, that the MI EGLE and City of Flint ABRUPTLY switch BACK to the Flint river as a FULL time water source for the City of Flint ? And the water coming out of the faucets in my home looks like dark motor oil —- would it be OK, for me to ALERT your court of this ?*
- *Or, lets say… that LAN defendants form a settlement whereby they agree to REPLACE water heater for disabled persons in the City of Flint (e.g. such as myself) — and Veolia North America has NOT settled (e.g. NOR has the US EPA)…. and BOTH the City of Flint and MI EGLE take apparent unison action to*

*DISALLOW the [hypothetical LAN settlement terms to take place].... Would your court want to be ALERTED by me of this ?*

- *More "close ot home, so to speak".... Lets say that BOTH the City of Flint and MI EGLE... have put forth conduct, against me — which I believe, amounts to environmental discrimination which I belive violates my civil rights... protected by US EPA Title VI statutes ...would your court want to be ALERTED by me of this?*

*Keeping in mind ....that per the hypothetical scenario[s] set forth above, which the latter of which I assert is VERY close to what I believe is REALITY giving*

***at least partial rise to my NOTICE OF APPEAL in Ecf Doc. # 1003 ....being of course aware that Bellwether Trial #2 (redux for lack of a better term) is getting up to speed and on its way "forward" I guess.***

*[I], MelvinJonesJr. -disabled resident of the City of Flint.... Assert that: The filing presented here (i.e. as best that I can tell — being that I have a history of CVA, TIA, Stroke and " episodic communication impairment"... which I believe have been MADE WORSE due to the Flint Poisoned Water Crisis)... have NOT been raised and disposed of in this Court or in the Court of Appeals and that they set forth a claim for relief as well as the basis for that claim (e.g. with the EXCEPTION) that previously Judge LEVY has GRANTED MY IFP status in FWC #21-cv-10937 and large print accommodations as to my serious vision impairments)....*

*Thank you for taking the time to consider my request for leave to file — although such appears to BE MANDATED BY THE 6th Circuit Court of Appeals in appeal #22-2042 — … please provide the courts' response and/ or order regarding my request for leave (i.e. as to my IFP request).... IN LARGE PRINT, and whereby your clerk and/ or the clerk's office sends such to [ME] via email… to ensure that I receive it. Respectfully Submitted,*

*November 18th, 2022*

________________________ ____________

*Melvin Jones Jr. - [FWC Archer Claimant] and resident of the City of Flint - pro se appellant, and interested party*