UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

In re FLINT WATER CASES

Civil Action No. 5:16-cv-10444-JEL-MKM
(consolidated)

Hon. Judith E. Levy
Mag. Kimberly G. Altman

_____

APPLICABLE TO ALL CASES

_____

## VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC'S, VEOLIA NORTH AMERICA, INC.'S, AND VEOLIA NORTH AMERICA, LLC'S PROPOSED AGENDA ITEMS FOR THE NOVEMBER 30, 2022 STATUS CONFERENCE

Pursuant to the Court's order setting a status conference for November 30, 2022 and requesting that the parties file proposed agenda items, ECF No. 2231, Defendants Veolia Water North America Operating Services, LLC, Veolia North America, Inc., and Veolia North America, LLC (the "VNA Defendants") propose the following agenda items for the November 30, 2022 status conference.

1. The status of the Bellwether II cases.

2. VNA's dispute with co-liaison counsel regarding missing data for Plaintiffs' expert Dr. Aaron Specht in connection with the Bellwether III cases.

1

*Respectfully submitted,*

| | |
|---|---|
| CAMPBELL CONROY & O'NEIL, P.C. | BUSH SEYFERTH PLLC |
| /s/ James M. Campbell<br>James M. Campbell<br>Alaina N. Devine<br>20 City Square, Suite 300<br>Boston, MA 02129<br>(617) 241-3000<br>jmcampbell@campbell-trial-lawyers.com<br>adevine@campbell-trial-lawyers.com | /s/ Cheryl Bush<br>Cheryl A. Bush (P37031)<br>100 W. Big Beaver Road, Suite 400<br>Troy, MI 48084<br>(248) 822-7800<br>bush@bsplaw.com |

*Attorneys for Veolia Water North America Operating Services, LLC, Veolia North America, LLC, and Veolia North America, Inc*

Dated: November 22, 2022

## CERTIFICATE OF SERVICE

I, Alaina N. Devine, one of the counsel of record for the VNA defendants, certify that I served the within Proposed Agenda Items on November 22, 2022, by causing it to be e-filed through the Court's CM/ECF electronic filing system which will automatically deliver electronic copies of it to counsel of record for all parties to have appeared in *In re Flint Water Cases*.

/s/ Alaina N. Devine
Alaina N. Devine
adevine@campbell-trial-lawyers.com