## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

*In re* Flint Water Cases.

Judith E. Levy
United States District Judge

_____/

This Document Relates To:

*Carthan, et al. v. Snyder et al.*
    Case No. 16-10444

_____/

## JOINT STIPULATION REGARDING SCHEDULING ORDER
## FOR CLASS ACTION TRIAL

Defendants, Veolia Water North America Operating Services, LLC, Veolia North America, Inc., and Veolia North America, LLC (the "VNA Defendants"), Leo A. Daly Company; Lockwood Andrews & Newnam, P.C.; and Lockwood Andrews & Newnam, Inc. (the "LAN Defendants") and Class Action Plaintiffs hereby stipulate and agree to extend certain pre-trial deadlines in the Amended Scheduling Order for the Class Action Trial (ECF No. 2195) as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiffs' Expert Depositions (shall be limited only to those experts for whom the parties submit new or additional reports) | November 1, 2022 – November 29, 2022 | November 1, 2022 – December 30, 2022 |

1

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Defendants' Expert Reports + Complete Disclosures | January 4, 2023 | February 3, 2023 |
| Plaintiffs' Reply Expert Reports | January 18, 2023 | February 17, 2023 |
| Defendants' Reply Expert Reports | February 2, 2023 | March 3, 2023 |
| Defendants' Expert Depositions (shall be limited only to those experts for whom the parties submit new or additional reports) | February 17, 2023- March 13, 2023 | March 17, 2023- April 14, 2023 |
| Reply Expert Report Depositions | March 13, 2023 – March 20, 2023 | April 14, 2023- April 21, 2023 |
| Daubert and Summary Judgment Motions – Opening Briefs | April 4, 2023 | June 12, 2023 |
| Daubert and Summary Judgment – Response Briefs | May 9, 2023 | July 17, 2023 |
| Daubert and Summary Judgment – Reply Briefs | May 23, 2023 | July 31, 2023 |
| Deadline for parties to submit joint proposed jury questionnaire to the Court and hearing | TBD | TBD |
| Deadline for Parties to send 250 copies of Juror Questionnaires to Judge Levy's Chambers in Ann Arbor, Michigan | TBD | TBD |
| Jurors Summoned in Court to Answer Questionnaires | TBD | TBD |
| Hearing Regarding Excusals Based on Jury Questionnaire Responses | TBD | TBD |

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Motions in Limine – Opening Briefs | August 14, 2023 | August 14, 2023 |
| Plaintiffs to Submit to Defendants Draft Joint Pretrial Order (includes witness list and exhibit list) | August 18, 2023 | August 18, 2023 |
| Motions in Limine – Response Briefs | August 28, 2023 | August 28, 2023 |
| Defendants to Submit to Plaintiffs Draft Joint Pretrial Order (includes witness list and exhibit list) and engage in meet and confer | September 1, 2023 | September 1, 2023 |
| Motions in Limine – Reply Briefs | September 6, 2023 | September 6, 2023 |
| Oral Argument on Daubert Motions | TBD | TBD |
| Oral Argument on Summary Judgment Motions | TBD | TBD |
| Oral Argument on Motions in Limine | TBD | TBD |
| Deposition Designations (due for exchange between parties) | TBD | TBD |
| Objections to Deposition Designations and Counter-Designations (due for exchange between parties) | TBD | TBD |
| Reply designations and objections to counter-designations of deposition testimony | | TBD |
| Deadline for Submitting Deposition Designations Matrices and Highlighted Transcripts to the Court | TBD | Minimum of two weeks before witness will be called at trial. |

3

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Parties to submit Voir dire Questions, Proposed Preliminary Jury Instructions | September 11, 2023 | September 11, 2023 |
| Parties to submit Joint Final Pretrial Order | September 15, 2023 | September 15, 2023 |
| Final Pretrial Conference, hearing on motions in limine | September 25, 2023 10:30am | September 25, 2023 10:30am |
| Hearing Regarding Misc. Pretrial Matters (if needed) | October 2, 2023 10:30am | October 2, 2023 10:30am |
| First Day of Trial/Voir Dire | October 3, 2023 | October 3, 2023 |

Respectfully submitted,

| | |
|---|---|
| **CAMPBELL, CONROY & O'NEIL P.C.** | **BUSH SEYFERTH PLLC** |

By: /s/ *James M. Campbell*                 By: /s/ *Cheryl A. Bush*

James M. Campbell                                Cheryl A. Bush (P37031)

Alaina N. Devine                                  100 W. Big Beaver Road, Suite

20 City Square, Suite 300                     400

Boston, MA 02129                              Troy, MI 48084

(617) 241-3000                                 (248) 822-7800

jmcampbell@campbell-trial-lawyers.com    bush@bsplaw.com

adevine@campbell-trial-lawyers.com

*Attorneys for Veolia North America, LLC, Veolia North America, Inc., and Veolia Water North America Operating Services, LLC*

| | |
|---|---|
| **FAEGRE DRINKER BIDDLE & REATH LLP** | **PLUNKETT COONEY** |

By: /s/Wayne B. Mason                 By: /s/Philip A. Erickson

Wayne B. Mason (SBOT 13158950)     Philip A. Erickson (P37081)

Travis S. Gamble (SBOT 00798195)     Rhonda Stowers (P64083)

S. Vance Wittie (SBOT 21832980)      101 N. Washington Sq., Ste. 1200

David C. Kent (SBOT 11316400)        Lansing, MI 48933

1717 Main St., Suite 5400                  (517) 324-5608

Dallas, TX 75201                           perickson@plunkettcooney.com

(469) 227-8200                             rstowers@plunkettcooney.com

Wayne.mason@faegredrinker.com

Travis.gamble@dbr.com

Vance.wittie@faegredrinker.com

David.kent@faegredrinker.com

*Attorneys for Lockwood, Andrews & Newnam, Inc., and Lockwood, Andrews & Newnam, P.C.*

**SUSAN GODFEY, L.L.P.**

By: */s/Stephen Morrissey*
Stephen Morrissey
1201 Third Ave., Suite 3800
Seattle, WA 98101
Telephone (206) 516-3880
smorrissey@susmangodfrey.com

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**

By: */s/Peretz Bronstein*
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
peretz@bgandg.com

**MOTLEY RICE LLC**

By: */s/Esther E. Berezofsky*
Esther E. Berezofsky
210 Lake Dr. East, Suite 101
Cherry Hill, New Jersey 08002
Telephone: (856) 667-0500
eberezofsky@motleyrice.com

**WEITZ & LUXENBERG, P.C.**

By: *Paul F. Novak*
Paul F. Novak
3011 W. Grand Blvd., Suite 2150
Detroit, MI 48202
Telephone (313) 800-4170
pnovak@weitzlux.com

**LAW OFFICES OF TERESA A. BINGAN, PLLC**

By: */s/ Teresa A Bingman*
Teresa A. Bingman
120 N. Washington Sq., Ste 327
Lansing, MI 48933
Telephone: (877) 957-7077
tbingman@tbingmanlaw.com

**COHEN MILSTEIN SELLERS & TOLL PLLC**
By: */s/Theodore J. Leopold*
Theodore J. Leopold
2925 PGA Boulevard, Suite 220
Palm Beach Gardens, FL 33410
Telephone: (561) 515-1400
tleopold@cohenmilstein.com

*Executive Committee for Class Plaintiffs*

Dated: November 23, 2022

6

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 23, 2022, I electronically filed the foregoing Stipulation with the Clerk of the Court using the ECF System, which will send notification to the ECF counsel of record.

*/s/ Alaina N. Devine*
Alaina N. Devine
