UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

**AGENDA FOR NOVEMBER 30, 2022 STATUS CONFERENCE**

The Court will hold a status conference on these cases on **Wednesday November 30, 2022. at 1:00 pm** via Zoom video conference. The Zoom link is docketed in 16-10444. The agenda will be as follows, although the Court may adjust the agenda prior to the conference if necessary.

1. Co-Liaison's topic: VNA's opposition to Co-Liaison Counsel's notice of the deposition of Pierre Farcot, Veolia Environment's Project Manager for the Communications Director and Special Advisor to the Chairman at Veolia, Responsible for Crisis Communications, for November 30, 2022.

2. Co-Liaison Counsel's topic: VNA's opposition to Co-Liaison Counsel deposition subpoena of Laurent Obadia, Veolia Environment's Director of Communications, for November 4, 2022.

3. Veolia's topic: The status of the Bellwether II cases.

4. Veolia's topic: VNA's dispute with co-liaison counsel regarding certain data for Plaintiffs' expert Dr. Aaron Specht in connection with the Bellwether III cases.

**IT IS SO ORDERED.**

Dated: November 28, 2022  
Ann Arbor, Michigan

s/Judith E. Levy  
JUDITH E. LEVY  
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 28, 2022.

s/William Barkholz  
WILLIAM BARKHOLZ  
Case Manager