UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE FLINT WATER LITIGATION | Case No. 5:16-cv-10444-JEL-MKM<br>Hon. Judith E. Levy |
| This Document Relates To:<br>*Waid et al. v. Snyder et al.* | Case No. 5:16-cv-10444-JEL-MKM |

_____

**THE LAN DEFENDANTS'
SUBMISSION REGARDING NON-PARTIES AT FAULT**

Pursuant to the Court's Order Regarding Certified Class Issues dated November 1, 2022 (ECF No. 2249), Defendants Leo A. Daly Company, Lockwood Andrews & Newnam, Inc. and Lockwood Andrews & Newnam P.C. (collectively, "LAN") advise the Court that they will seek to have the jury assign fault to the following non-parties in the upcoming issues-class trial:

- The U.S. Environmental Protection Agency
    - Susan Hedman

- State of Michigan

- Governor's Office
    - Richard Snyder
    - Dennis Muchmore
    - Richard Baird

- Michigan Department of Treasury
    - Andy Dillon
    - Wayne Workman

- Michigan Department of Environmental Quality
    - Dan Wyant
    - Liane Shekter-Smith
    - Bradley Wurfel
    - Richard Benzie
    - Stephen Busch
    - Adam Rosenthal
    - Patrick Cook
    - Michael Prysby
    - Jim Sygo
- Michigan Department of Health and Human Services
    - Nicolas Lyon
    - Eden Wells
    - Nancy Peeler
- Genesee County Drain Commissioner
    - Jeff Wright
- The City of Flint
    - Dayne Walling
- Flint Department of Public Works
    - Howard Croft
    - Daugherty Johnson
    - Brent Wright

- o Michael Glasgow
- Ed Kurtz
- Darnell Earley
- Gerald Ambrose
- Flint Receivership Transition Advisory Board
- Rowe Professional Services

LAN reserves the right to supplement this list if warranted by developments in the case, such as any settlement, or by the evidence uncovered in discovery or at trial.

Respectfully submitted,

| | |
|---|---|
| */s/Wayne B. Mason* | */s/ Philip A. Erickson* |
| Wayne B. Mason (SBOT 13158950) | Philip A. Erickson (P37081) |
| Travis S. Gamble (SBOT 00798195) | PLUNKETT COONEY |
| David C. Kent (SBOT 11316400) | 325 E. Grand River Ave, Suite 250 |
| S. Vance Wittie (SBOT 21832980) | East Lansing, MI 48823 |
| Jude T. Hickland (SBOT 24065416) | (517) 324-5608 |
| Tory L. Finley (SBOT 24116362) | *perickson@plunkettcooney.com* |
| FAEGRE DRINKER BIDDLE | |
| & REATH LLP | |
| 1717 Main St., Suite 5400 | |
| Dallas TX 75201 | |
| (469) 357-2500 | |
| *wayne.mason@faegredrinker.com* | |
| *travis.gamble@ faegredrinker.com* | |
| *david.kent@ faegredrinker.com* | |
| *vance.wittie@ faegredrinker.com* | |
| *jude.hickland@ faegredrinker.com* | |
| *tory.finley@ faegredrinker.com* | |

**ATTORNEYS FOR DEFENDANTS
LOCKWOOD, ANDREWS & NEWNAM, INC., and LEO A. DALY COMPANY**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing instrument was served on all counsel of record via e-service in accordance with the applicable provisions of the Federal Rules of Civil Procedure on November 29, 2022.

*[signature: David C. Kent]*