# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In re Flint Water Cases* | Case no. 5:16-cv-10444-JEL-MKM (Consolidated) <br><br> Hon. Judith E. Levy <br><br> Mag. Mona K. Majzoub |

## CLASS PLAINTIFFS' NOTICE REGARDING CERTIFIED ISSUE NO. 3.

Pursuant to the Court's November 1, 2022 Order Regarding Certified Class Issues (ECF No. 2249), Class Plaintiffs hereby submit this notice concerning certified Issue No. 3. Class Plaintiffs intend to prove at trial that the contaminated water conditions in Flint were capable of causing the following harms to class members:

- Hypertension;
- Elevated risk of adverse cardiovascular outcomes;
- Adverse effect on neurological functions;
- Adverse effect on renal functions;
- Adverse effect on hematological functions;
- Adverse effect on immunological functions;
- Adverse effect on reproductive functions;

1

- Adverse effect on cognitive development and functions;

- Skin rashes;

- Emotional trauma and negative mental health outcomes;

- Diminished business revenue;

- Damage to pipes and fixtures; and

- Diminished property value.

Dated: November 29, 2022

                              Respectfully submitted,

By: */s/ Theodore J. Leopold*
Theodore J. Leopold
COHEN MILSTEIN SELLERS &
TOLL PLLC
2925 PGA Boulevard, Suite 220
Palm Beach Gardens, FL 33410
Telephone: (561) 515-1400
tleopold@cohenmilstein.com
***INTERIM CO-LEAD COUNSEL***

By: */s/ Michael L. Pitt*
Michael L. Pitt
PITT MCGEHEE PALMER &
RIVERS, P.C.
117 West 4th Street, Suite 200
Royal Oak, MI 48067
Telephone: (248) 398-9800
mpitt@pittlawpc.com
***INTERIM CO-LEAD COUNSEL***

By: */s/ Stephen Morrissey*
Stephen Morrissey
SUSMAN GODFREY, L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
smorrissey@susmangodfrey.com
***EXECUTIVE COMMITTEE
FOR CLASS PLAINTIFFS***

By: */s/ Paul F. Novak*
Paul F. Novak (P39524)
WEITZ & LUXENBERG, P.C.
3011 W. Grand Blvd., Suite 2150
Detroit, MI 48202
Telephone: (313) 800-4170
pnovak@weitzlux.com
***EXECUTIVE COMMITTEE FOR
CLASS PLAINTIFFS***

By: */s/ Peretz Bronstein*
Peretz Bronstein
BRONSTEIN, GEWIRTZ &
GROSSMAN, LLC
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
peretz@bgandg.com
*EXECUTIVE COMMITTEE FOR CLASS PLAINTIFFS*

By: */s/ Esther E. Berezofsky*
Esther E. Berezofsky
MOTLEY RICE LLC
210 Lake Dr. East, Suite 101
Cherry Hill, New Jersey 08002
Telephone: (856) 667-0500
eberezofsky@motleyrice.com
*EXECUTIVE COMMITTEE FOR CLASS PLAINTIFFS*

By: */s/ Teresa A. Bingman*
Teresa A. Bingman
LAW OFFICES OF TERESA A.
BINGMAN, PLLC
4131 Okemos Road, Suite 12
Okemos, Michigan 48864
Telephone: (877) 957-7077
tbingman@tbingmanlaw.com
*EXECUTIVE COMMITTEE FOR CLASS PLAINTIFFS*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using the Court's electronic submission system. Notice of the filing was sent to all parties by operation of the Court's electronic filing system. I declare the above statement is true and to the best of my knowledge, information and belief.

Dated: November 29, 2022

                                              /s/ *Stephen Morrissey*
                                              Stephen Morrissey