# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

*Carthan, et al. v. Snyder et al.*
    Case No. 16-10444

_____/

## AMENDED SCHEDULING ORDER FOR CLASS ACTION TRIAL

The Court, having received the parties' stipulation to amend the class scheduling order, adopts the following deadlines. All other deadlines set forth in the scheduling order (ECF No.2172) remain the same.

| Event | Deadline/ Date Range |
|---|---|
| Plaintiffs' Expert Depositions (shall be limited to only those experts for whom the parties submit new or additional reports) | November 1, 2022 to December 30, 2022 |
| Defendants' Expert Reports + Complete Disclosures | February 3, 2023 |
| Plaintiffs' Reply Expert Reports | February 17, 2023 |
| Defendants' Reply Expert Reports | March 3, 2023 |

| | |
|---|---|
| Defendants' Expert Depositions (shall be limited only to those experts for whom the parties submit new or additional reports) | March 17, 2023 to April 14, 2023 |
| Reply Expert Report Depositions | April 14, 2023 to April 21, 2023 |
| Daubert and Summary Judgment Motions—Opening Briefs | May 12, 2023 |
| Daubert and Summary Judgment Response Briefs | June 16, 2023 |
| Daubert and Summary Judgment Reply Briefs | June 30, 2023 |

Hearings will be conducted in person in Ann Arbor, Michigan unless the Court notifies the parties in advance otherwise.

IT IS SO ORDERED.

Dated: November 30, 2022         s/Judith E. Levy
Ann Arbor, Michigan              JUDITH E. LEVY
                                 United States District Judge


**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 30, 2022.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager