UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

**ORDER SETTING DEADLINES RELATED TO**
**DECEMBER 21, 2022 STATUS CONFERENCE**

The next status conference will be held on **Wednesday December 21, 2022 at 1:00 pm**. Parties are to file proposed agenda items in Case No. 16-10444 by Wednesday December 14, 2022. The Court will issue an agenda by Monday, December 19, 2022.

**IT IS SO ORDERED.**

Dated: December 1, 2022
Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's

ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 1, 2022.

                                                 s/William Barkholz
                                                 WILLIAM BARKHOLZ
                                                 Case Manager