UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In Re* Flint Water Cases            No.5:16-cv-10444-JEL-MKM (consolidated)

HON. JUDITH E. LEVY

_____/

## NOTICE OF THE TRUST COUNSEL REGARDING REQUEST FOR THE PAYMENT OF FEES FOR JULY 1, 2022 TO AUGUST 31, 2022

On July 27, 2021, the Court entered the Order Appointing Trust Counsel. (ECF No. 1918). Upon recommendation of the Special Master and the Master Guardian Ad Litem ("Master GAL"), the Court appointed Henry M. Grix, Esq. ("Mr. Grix") and Elizabeth L. Luckenbach, Esq. ("Ms. Luckenbach") (collectively, "Trust Counsel") of Dickinson Wright PLLC to serve as Trust Counsel and "to review and advise the Court, the Special Master, and the Master GAL regarding the Special Needs Trust and Settlement Preservation Trust for the Minors and Legally Incapacitated Individuals contemplated by Article XXI, F, Sections 21.28.1 and 21.28.2, respectively, of the Amended Settlement Agreement (ECF No. 1394-2), and to carry out and perform any and all other responsibilities and functions as determined reasonable and necessary by the Court."[1] (ECF No. 1918).

The foregoing Order provides in relevant part that "Compensation to Dickinson Wright PLLC for its services as Trust Counsel, as identified in this Order, shall be made at prevailing hourly rates for Henry M. Grix and Elizabeth L. Luckenbach, or other Dickinson Wright PLLC personnel, pursuant to the Amended Settlement Agreement or as ordered by the Court.

---

[1] All capitalized terms herein have the same meaning set forth in the Amended Settlement Agreement that the Court has preliminarily approved.

1

Compensation to Dickinson Wright PLLC for its services as Trust Counsel will be provided for in the Amended Settlement Agreement or as ordered by the Court."

As Trust Counsel, Mr. Grix and Ms. Luckenbach have performed work that included multiple meetings with the Special Master and Master GAL, drafting and revising the Special Needs Pooled Trust Agreement, the Minors Pooled Trust Agreement, and the Joinder Agreements, ongoing communications with the Master GAL, and otherwise advising the Master GAL.

Counsel for the Settling Parties have been provided with the Trust Counsel's invoices covering the period from July 1, 2022, to August 31, 2022, and have not submitted any objections. The total amount owed on these invoices is $9,242.08.

The fees, if approved, would be paid from the Qualified Settlement Fund, which has been established under the terms of the Court's February 4, 2021 Order Granting Motion to Establish Qualified Settlement Fund and Sub-Qualified Settlement Funds, and Establishing QSF Authorized Banking Institution. (ECF No. 1410).

By this Notice I am requesting that the Court authorize the payment of the sum of $9,242.08 to Dickinson Wright, PLLC. I have submitted a proposed Order for the Court's consideration.

Dated: December 5, 2022  Respectfully Submitted,

Elizabeth L. Luckenbach (P58540)
DICKINSON WRIGHT, PLLC
2600 W. Big Beaver Road, Suite 300
Troy, MI 48084
(248) 433-7200
ELuckenbach@dickinson-wright.com

## CERTIFICATE OF SERVICE

I certify that on December 5, 2022 I electronically filed the foregoing document with the Clerk of Court using the Court's ECF system, which will send notification of such filing to attorneys of record.

Dated: December 5, 2022                                   Respectfully submitted,


*/s/ Miriam Z. Wolock*
Miriam Z. Wolock (P49434)
Master Guardian Ad Litem
LAW OFFICES OF MIRIAM Z. WOLOCK, PLLC
40900 Woodward Avenue, Suite 111
Bloomfield Hills, MI 48304
(248) 633-2630
mwolock@wolocklaw.com

# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In Re* Flint Water Cases

No.5:16-cv-10444-JEL-MKM (consolidated)

HON. JUDITH E. LEVY

_____/

## ORDER AUTHORIZING DISTRIBUTION OF FUNDS FROM THE QUALIFIED SETTLEMENT FUND FOR PAYMENT OF TRUST COUNSEL'S FEES FOR JULY 1, 2022 TO AUGUST 31, 2022

Having now considered the Notice of The Trust Counsel Regarding Request for the Payment of Fees for July 1, 2022 to August 31, 2022, (ECF No. _____) and the request to authorize the distribution of funds from the Qualified Settlement Fund[1]:

IT IS HEREBY ORDERED THAT:

1. A distribution of funds in the amount of $9,242.08 from the Qualified Settlement Fund for the purpose of paying the Trust Counsel for fees incurred from July 1, 2022 to August 31, 2022 is approved.

**IT IS SO ORDERED.**

Dated: _____, 2022
Ann Arbor, Michigan

_____
JUDITH E. LEVY
United States District Judge

---

[1] All capitalized terms herein have the same meaning set forth in the Amended Settlement Agreement that the Court has preliminarily approved.