# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In Re* Flint Water Cases (consolidated)

No. 5:16-cv-10444-JEL-MKM

HON. JUDITH E. LEVY

_____/

## ORDER AUTHORIZING DISTRIBUTION OF FUNDS FROM THE QUALIFIED SETTLEMENT FUND FOR PAYMENT OF TRUST COUNSEL'S FEES FOR JULY 1, 2022 TO AUGUST 31, 2022

Having now considered the Notice of The Trust Counsel Regarding Request for the Payment of Fees for July 1, 2022 to August 31, 2022, (ECF No. 2289) and the request to authorize the distribution of funds from the Qualified Settlement Fund[1]:

IT IS HEREBY ORDERED THAT a distribution of funds in the amount of $9,242.08 from the Qualified Settlement Fund for the purpose of paying the Trust Counsel for fees incurred from July 1, 2022 to August 31, 2022 is approved.

**IT IS SO ORDERED.**

---

[1] All capitalized terms herein have the same meaning set forth in the Amended Settlement Agreement that the Court has preliminarily approved.

Dated: December 5, 2022       s/Judith E. Levy
Ann Arbor, Michigan      JUDITH E. LEVY
     United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 5, 2022.

     s/William Barkholz
     WILLIAM BARKHOLZ
     Case Manager