UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *Walters, et al.,*<br><br>    *Plaintiffs*<br><br>v.<br><br>*City of Flint, et al.,*<br><br>    *Defendants.* | No. 5:17-cv-10164<br><br>Hon. Judith E. Levy |

**EXHIBIT INDEX FOR PLAINTIFFS' MOTION TO COMPEL RESPONSES TO PLAINTIFFS' REQUEST FOR ADMISSIONS AND REQUEST FOR PRODUCTION OF DOCUMENTS**

| Exhibit | Description |
|---|---|
| 1 | Plaintiffs' Request for Admission |
| 2 | Plaintiffs' Request for Production |
| 3 | Screenshots of "Facts from the courtroom" from VeoliaFlintFacts.com |
| 4 | Screenshots from @VeoliaFlintFacts |
| 5 | Kayla Ruble, "Company sued over Flint's water crisis wages digital PR war during trial," *The Detroit News* |
| 6 | "About Dynamic Search Ads," Google Ads Help |
| 7 | Veolia Objections and Responses to Plaintiffs' Request for Admissions |
| 8 | Response of Defendants, Veolia Water North America Operating Services, LLC, Veolia North America, Inc., and |

|    |    |
|----|----|
|    | Veolia North America, LLC to Bellwether III Plaintiffs' Request for Production of Documents. |
| 9  | Rule 37(a)(1) Certification |
| 10 | Email dated November 8, 2022, Subject: "Flint: Bellwether III First Requests to Admit to VNA - Document Production." |
| 11 | Excerpt of Transcript from November 30, 2022 Status Conference |
| 12 | Undated Spreadsheet Produced by Veolia |
| 13 | Excerpt from Deposition of Veolia Employee Carrie Griffiths |
| 14 | *ABA Journal Magazine*, "How Social Media Hijacked the Depp v. Heard Defamation trial" (October 1, 2022) |