# EXHIBIT 4



# Veolia Flint Facts
390 Tweets



















Follow

## Veolia Flint Facts
@VNAFlintFacts

The Flint Water Crisis was a betrayal of public trust by government officials. We're sharing the truth about this government-made disaster. #FlintFacts

🔗 veoliaflintfacts.com   📅 Joined February 2022

**97** Following  **29** Followers

Not followed by anyone you're following

**Tweets**  |  Tweets & replies  |  Media  |  Likes

---

📌 **Pinned Tweet**

 **Veolia Flint Facts** @VNAFlintFacts · Aug 11

On behalf of @Veolia_NA , we want to thank all eight members of the jury for their dedication and commitment to public service over the last six months, and the thoroughness with which they approached the facts and questions before them.

💬 1    🔁    ♥    ↥

Show this thread

---

 **Veolia Flint Facts** @VNAFlintFacts · Aug 11

Replying to @VNAFlintFacts

That is clear to all who seek justice for the people of Flint and not just outsized legal payoffs.

1


**Veolia Flint Facts** @VNAFlintFacts · Aug 11

The people of Flint have suffered deeply, and it is our collective responsibility — across government, the private sector, and the public — to work together to ensure that what happened in Flint never happens again, and to help the people of Flint get the justice they deserve.


**Veolia Flint Facts** @VNAFlintFacts · Aug 11

Responsibility for the Flint Water Crisis lies with these govt officials who made the decision to switch Flint's water source to save money at the expense of residents' health and well-being, and who have so far escaped all accountability for their actions.

1

Show this thread

### Who to follow


**Pierre Klochendler** @P_Klochendler  **Follow**

TV & Print journo & doc film-maker. Field producer at CNN (1990s-2000s). Reporter at i24NEWS. Youtube account: youtube.com/user/pierreklo…


**Olivier Josephson** @OJosephson_FR  

@Accenture Microsoft Business Group (AMBG) lead for France & Benelux

Show more


**Veolia Flint Facts** @VNAFlintFacts · Aug 11

Today's mistrial shows that the plaintiffs' lawyers attempts to create a corporate scapegoat where none exists, while shielding the government officials who are truly responsible from facing justice, was a waste of time, energy, and money.

1

2

Show this thread



**Veolia Flint Facts** @VNAFlintFacts · Aug 11

We would have preferred a unanimous verdict and we believe that if the govt officials responsible for the #FlintWaterCrisis, including Gov. Snyder, had answered our questions instead of pleading the 5th, the jury would have been in a better position to reach a unanimous verdict.

💬 1

Show this thread



**Veolia Flint Facts** @VNAFlintFacts · Aug 11

We are pleased to see that the meritless allegations of the plaintiffs' lawyers failed to convince the jury, which confirms what we have been saying all along: that the people of VNA did good work for the people of Flint.

💬 1

Show this thread



**Veolia Flint Facts** @VNAFlintFacts · Jul 21

FACT: The fault for the #FlintWaterCrisis lies with the various government actors who actually had the power and opportunity to take action with regard to Flint's water.

Learn more about the government's role in this horrific catastrophe:



veoliaflintfacts.com
The Real Story - Veolia Flint Facts
The Bellwether trial, Walters et al. vs. Flint et. al, is the

3

first time the story of the Flint Water Crisis has been tol...



**Veolia Flint Facts** @VNAFlintFacts · Jul 21

VNA's recommendations for a corrosion control study were careful, thoughtful, professional, and fully consistent with scientific knowledge on the subject.

Learn why VNA's conduct on this issue was entirely consistent with the standard of care:



veoliaflintfacts.com
The Real Story - Veolia Flint Facts
The Bellwether trial, Walters et al. vs. Flint et. al, is the first time the story of the Flint Water Crisis has been tol...



**Veolia Flint Facts** @VNAFlintFacts · Jul 21

FACT: The City of Flint ignored all but one of VNA's recommendations– including a corrosion control study –as well as VNA's follow-up offer to help with the implementation of them.

Learn more about the government's responsibility in the #FlintWaterCrisis:



4

 **Veolia Flint Facts** @VNAFlintFacts · Jun 30

Under Rick Snyder's leadership:

❌ Emergency managers disregarded Flint resident concerns
❌ MDHHS hid key info
❌ MDEQ lied

The buck literally stopped with Governor Snyder.

Learn about Rick Snyder's failed leadership throughout the #FlintWaterCrisis:



veoliaflintfacts.com
A Failure for the Flint Community - Veolia Flint Facts
In the years leading up to and during the Flint Water Crisis, Governor Snyder headed the executive branch o...

  

 **Veolia Flint Facts** @VNAFlintFacts · Jun 30

Governor Snyder admitted the #FlintWaterCrisis was a failure at all levels of government, including in his own administration, and that he takes responsibility for the state's role in the crisis.

Pleading the Fifth isn't taking responsibility.

So, what is Rick Snyder hiding?

>  **MLive** ✓ @MLive · Jun 30
> Former Gov. Rick Snyder has invoked his Fifth Amendment right not to incriminate himself in a federal civil trial tied to the Flint water crisis, carrying out his plan to remain silent while a separate criminal case

35

> plans to remain showing a separate criminal case against him is pending. mlive.com/news/flint/202…



**Veolia Flint Facts** @VNAFlintFacts · Jun 30

Flint residents have waited more than 8 years to hear the truth from Rick Snyder about the government's role in the #FlintWaterCrisis.

It's time for him to take responsibility and come clean.

Learn how Rick Snyder failed the Flint community:
bit.ly/3udhlul



○ 1



**Veolia Flint Facts** @VNAFlintFacts · Jun 29

The #FlintWaterCrisis was a massive failure of government, from the politicians at the very top of State government, including Rick Snyder himself & members of his senior staff, to the bureaucrats on the ground in #Flint.

Meet some of the officials responsible for the crisis ⬇️



36

 **The Flint Journal** @flintjournal · Jun 22

One way or another, Rick Snyder will answer questions under oath about his role in the Flint water crisis in a federal courtroom on June 30. mlive.com/news/flint/202...

 **Veolia Flint Facts** @VNAFlintFacts · Jun 23

When Stephen Busch – former water supervisor at the MDEQ – received an email from water plant operator Michael Glasgow warning about putting the Flint water plant into full-time service, Busch "never responded to his cry for help." Read more @ronfonger:



mlive.com
State water official heard cry for help from Flint but nev…
A former state drinking water supervisor says he received an email from Flint's former water treatment plant …

**Veolia Flint Facts** @VNAFlintFacts · Jun 23

Dr. Graham Gagnon confirmed VNA's recommendations to the City for minimizing natural organic material and corrosion control were consistent with scientific knowledge and would have addressed the lead issues in Flint had they been implemented. Learn more:

43



**Veolia Flint Facts** @VNAFlintFacts · Jun 3

If justice is the true mission, clearly the best and most obvious place to start is to bring those responsible for overseeing the Flint Water Crisis in front of the jury under oath to testify. That is what the people of Flint deserve, and that is what we intend to do.



**Veolia Flint Facts** @VNAFlintFacts · Jun 2

#FlintFacts: Howard Croft's testimony revealed he withheld high lead level results from LeeAnne Walter's home from the Flint Technical Water Advisory Committee, including VNA, and failed to adequately investigate Flint's lead testing program. Read more:



veoliaflintfacts.com
Howard Croft ignored important warning signs showing ...
On May 23-26, Howard Croft's deposition was played in court. Croft served as Director of the Flint Department ...

♡ 1



**Veolia Flint Facts** @VNAFlintFacts · Jun 2

FACT: Dr. William Bithoney, a paid witness who recently testified in the #FlintWaterCrisis trial, relied on the dubious findings of Aaron Specht and Dr. Mira Krishnan to reach his conclusions.

Here's why Aaron Specht and Dr. Krishnan's reports are flawed ⬇️ ⬇️ ⬇️

💬 1          ♡ 2

66

Show this thread



**Veolia Flint Facts** @VNAFlintFacts · Jun 2

Dr. Krishnan's neuropsychological review of the 4 plaintiffs has NO BASELINE to compare each plaintiff's cognitive and behavioral abilities before and after the crisis, and therefore no way to measure cognitive or behavioral changes from before and after the #FlintWaterCrisis.

💬 1          ↻          ♡ 1          ↑



**Veolia Flint Facts** @VNAFlintFacts · Jun 2

Learn more about why Dr. Bithoney's conclusions do not adhere to science and are unreliable:



veoliaflintfacts.com
Dr. Bithoney's testimony confirms that Flint Water Crisi…
On May 16, May 31 and June 1, 2022, the jury heard from Dr. William Bithoney, a paid witness for the plaintiffs wi…

💬          ↻          ♡ 1          ↑



**Veolia Flint Facts** @VNAFlintFacts · May 27

This week, Howard Croft's deposition in court affirmed the following #FlintFacts:

1️⃣ Croft failed to ensure the Flint Water Treatment Plant was prepared to produce safe drinking water before switching to the #Flint River, even after Plant staff shared concerns with the switch.



67



> deadline. No is not an answer or an option."
> Former Public Works Director **Howard Croft** in response to Michael Glasgow's requests to delay the switch
>
> Howard Croft

💬 1   🔁   ♡   ⬆️

**Veolia Flint Facts** @VNAFlintFacts · May 27

2️⃣ Howard Croft also ignored important warning signs showing Flint River water was corrosive following the switch from Detroit Water.

Read more about Croft's negligence leading up to and throughout the #FlintWaterCrisis:

> **Think you know the real story behind the Flint Water Crisis? Think Again.**
> veoliaflintfacts.com
>
> veoliaflintfacts.com
> Howard Croft ignored important warning signs showing …
> On May 23-26, Howard Croft's deposition was played in court. Croft served as Director of the Flint Department …

💬   🔁   ♡   ⬆️

**Veolia Flint Facts** @VNAFlintFacts · May 24
The 6th Circuit's decision today to schedule a hearing for late July—when our trial will be over by then—continues more than eight years of utter failure to hold those responsible for the #FlintWaterCrisis accountable.

💬 1   🔁   ♡   ⬆️

**Veolia Flint Facts** @VNAFlintFacts · May 24
We will continue to fight to ensure that the now-indicted officials who caused and prolonged the crisis are brought

68

> **February 2015:** LeeAnne Walters home tests for 27 times the EPA lead level.
>
> veoliaflintfacts.com
> Flint facts: Timeline
> What happened in Flint, when it happened, who made it happen.

**Veolia Flint Facts** @VNAFlintFacts · Apr 4

The people of Flint deserve to hear directly from those most responsible for this tragedy. Gov. Snyder would rather be held in contempt than tell the truth about the massive govt failures that are solely responsible for the poisoning of Flint families.

1

**Veolia Flint Facts** @VNAFlintFacts · Apr 4

If only he had put as much effort into preventing and ending the #FlintWaterCrisis that he and other government officials caused, we wouldn't be here today.

1

**Veolia Flint Facts** @VNAFlintFacts · Apr 4

We hope that the appeal process will be resolved quickly so that the ppl of Flint can finally hear the truth and get the justice they deserve.

**Veolia Flint Facts** @VNAFlintFacts · Mar 28

1/2 Incredibly, Gov. @onetoughnerd would rather be held in contempt than tell the truth about the massive government failures that are solely responsible for the poisoning of Flint families.

> **Paul Egan** @paulegan4 · Mar 28
> Court rejects AG's request in Flint water case; ruling may delay criminal trials for years freep.com/story/news/pol... from @Dave_Boucher1 #FlintWaterCrisis

120

 **Veolia Flint Facts** @VNAFlintFacts · Mar 28

2/2 If only he had put as much effort into preventing and ending the #FlintWaterCrisis that he and other government officials caused, we wouldn't be here today.

 **Veolia Flint Facts** @VNAFlintFacts · Mar 25

#ICYMI: This week, former VNA VP David Gadis testified about how VNA took on the #Flint water project in order to help residents address the crisis when no one else would.

Read about his deposition to get the facts on VNA's role in the #FlintWaterCrisis:


veoliaflintfacts.com
Former VNA VP David Gadis' deposi…
On March 23rd and 24th, former VNA Vice President David …

 **Veolia Flint Facts** @VNAFlintFacts · Mar 25

Officials responsible for the #FlintWaterCrisis admitted their culpability in depositions.

So what's it about the whole truth - and nothing but the truth - that now has Snyder, Croft, Ambrose and Earley trying to plead the Fifth?

Here's the truth ⬇️



121

veoliaflintfacts.com
Water in Flint: Get the facts
The Flint water crisis was preventable. Learn what went wrong.



**Veolia Flint Facts** @VNAFlintFacts · Mar 25

Former Governor Rick Snyder would rather potentially spend time in prison than tell the truth about what happened under his leadership during the #FlintWaterCrisis?

What on earth is @onetoughnerd hiding???

>  **Paul Egan** @paulegan4 · Mar 25
> NEW: Snyder lawyer says former MI governor still refuses to testify, even if that means being found in contempt of court #flintwatercrisis freep.com/story/news/loc…



**Veolia Flint Facts** @VNAFlintFacts · Mar 25

Earlier this week, Judge Levy affirmed that former Gov Rick Snyder & other gov't officials responsible for the #FlintWaterCrisis cannot hide behind the 5th amendment to avoid testifying.



1



**Veolia Flint Facts** @VNAFlintFacts · Mar 25

Flint residents are still searching for answers 8 years after the #FlintWaterCrisis began.

It's time for Rick Snyder, Gerald Ambrose, Darnell Earley and

122

This begs the question: What are they hiding?

**Veolia Flint Facts** @VNAFlintFacts · Mar 8

City, State and Federal officials failed in their duties to protect the health & wellbeing of #Flint residents.

Not only did they not fix the problem, they lied to minimize the scale of the crisis, and they deceived both the citizens of Flint, LAN & VNA.

> Think those responsible for the Flint Water Crisis are being held accountable? Think again.
>
> veoliaflintfacts.com
> Water in Flint: The officials involved
> A closer look at those who were in charge as the disaster unfolded

**Veolia Flint Facts** @VNAFlintFacts · Mar 8

The #FlintWaterCrisis was a massive failure of gov't officials – from the politicians at the very top of State government to the bureaucrats on the ground in Flint.

Yet none of these officials are on trial today.

Learn more about their deadly decisions:

> Think you know the real story behind the Flint Water Crisis? Think Again.

142