# EXHIBIT 9

## CERTIFICATION OF ATTORNEY CONFERENCE

      Pursuant to Federal Rule of Civil Procedure 37(a)(1), I hereby certify that on November 28, 2022, I met and conferred with the Veolia Defendants who failed to make disclosures or comply with discovery to obtain such disclosures and compliance without court action. I further certify that following this good faith attempt, counsel for the Veolia Defendants did not concur with counsel for the Plaintiffs in this matter.

**LEVY KONISBERG, LLP**

/s/ COREY M. STERN
Corey M. Stern
603 Third Ave., 33rd Floor
New York, New York 10158
(212) 605-6298
(212) 605-6290 (facsimile)
cstern@levylaw.com