# EXHIBIT 10

| | |
|---|---|
| **Subject:** | Flint: Bellwether III First Requests to Admit to VNA - Document Production |
| **Date:** | Tuesday, November 8, 2022 at 10:26:48 PM Eastern Standard Time |
| **From:** | Devine, Alaina N. |
| **To:** | Corey Stern |
| **CC:** | Rey, Eric A. (CIV), Alyza M. Dermody, abourke@bernllp.com, acollins@fosterswift.com, adeich@cohenmilstein.com, ahuller@hmelegal.com, akresch@1800lawfirm.com, ALatanision@levylaw.com, alexrusek@whitelawpllc.com, andrew@aboodlaw.com, anlyn.addis@gmail.com, Ringstad, Andreas, atschnatz@mcalpinelawfirm.com, Jacob Jordan, atschnatz@mcalpinepc.com, Ashley P. Vieux, awheeler@cityofflint.com, bergf@butzel.com, betsyllewis@gmail.com, bettenhausenm@michigan.gov, bgoodman@goodmanhurwitz.com, Ter Molen, Mark, bmacdonald@ccglawyers.com, McElvaine, Bryan D., bmeyer@owdpc.com, brivers@pittlawpc.com, bush@bsplaw.com, bwolf718@msn.com, caprice.corbett@dbr.com, carrie@aboodlaw.com, CavanaghC2@michigan.gov, cbarbieri@fosterswift.com, Melanie Daly, cbechill@pittlawpc.com, cclare@clarkhill.com, Williams, Michael L. (CIV), Fletcher, Christopher D., cgornbein@clarkhill.com, wkim@cityofflint.com, Cohen, Jason T. (CIV), Cindy@loevy.com, cjbenedetto@benedettolaw.com, Walthall, Timothy (CIV), ckern@bernripka.com, cmarker@owdpc.com, cmcgehee@pittlawpc.com, Oliveira, Christine E., cosborn@foleymansfield.com, cplummer@bernllp.com, Renaud, Chrissie A., crobins@bernllp.com, csego@maddinhauser.com, Moshe S. Maimon, cstritmatter@sfplaw.com, cthompson@sullivanwardlaw.com, cthompson@swappc.com, cvergara@mckeenassociates.com, Cynthia@cmlindseylaw.com, d.dawson@fiegerlaw.com, d.dezbor@fiegerlaw.com, dana@owdpc.com, david.kent@dbr.com, david.shea@sadplaw.com, davidj@butzel.com, dclitigationdocketing@blankrome.com, dcoveart@fraserlawfirm.com, deblabelle@aol.com, devine@butzel.com, dgjonaj@weitzlux.com, DGreenspan@blankrome.com, dhart@maddinhauser.com, dhumphrey@bernllp.com, droulo@sullivanwardlaw.com, eberezofsky@motleyrice.com, efilings@cohenmilstein.com, elevens@cohenmilstein.com, enaylor@ccglawyers.com, erin.sofinowski@murphyfalcon.com, eschaktman@bernllp.com, fajenlaw@fajenmiller.com, frank.aiello@sadplaw.com, GambillN@michigan.gov, geroux@butzel.com, GibsonJ16@michigan.gov, gmeihn@foleymansfield.com, gregmair@owdpc.com, gstamatopoulos@weitzlux.com, gzellers@hallrender.com, HammoudF1@michigan.gov, haslawpc@gmail.com, hassan.murphy@murphyfalcon.com, haynes@butzel.com, hfonseca@motleyrice.com, HiarR@michigan.gov, hill@bsplaw.com, hunter@napolilaw.com, j.fanson@fiegerlaw.com, jberger@clarkhill.com, jbolton@clarkhill.com, JBroaddus@weitzlux.com, jcappelli@bernllp.com, jeblake@mcalpinepc.com, jgalvin@gcdcwws.com, jgilliam@foleymansfield.com, jhurwitz@goodmanhurwitz.com, jloper@masseygail.com, jmason@bernlllp.com, jmassey@masseygail.com, Campbell, James M., jmoran@swappc.com, joann.autry@murphyfalcon.com, O'Donnell, Jack J., John Dolan, O'Neil, Joseph E., Jordan Connors, Penhallegon, John R., jprior@hmelegal.com, jrabin@hallrender.com, jroberts@fraserlawfirm.com, jsawin@sawinlawyers.com, jswetlic@clarkhill.com, jude.hickland@faegredrinker.com, julie@loevy.com, Justin A. Nelson, jwb@burdickpc.com, jweiner@cohenmilstein.com, kaltman@excololaw.com, kaltman@lawampmmt.com, karyn.slavin@murphyfalcon.com, kcasey@excololaw.com, Dupre, Kristin M., kelly.friel@sadplaw.com, KettlerM@michigan.gov, kjackson@shrr.com, kjames@goodmanhurwitz.com, kkilby@mcgrawmorris.com, klane@mcgrawmorris.com, klein@butzel.com, kliffel@butzel.com, kpierson@cohenmilstein.com, kpiper@owdpc.com, ksaur@hallrender.com, kshah@levylaw.com, kuhlr@michigan.gov, kurt@cndefenders.com, Laidlerlaw@hotmail.com, lalfano@fraserlawfirm.com, larry@tribelaw.com, larson@butzel.com, lcuomo@cohenmilstein.com, LCushman@plunkettcooney.com, |

lharroff@fosterswift.com, LJensen@hallrender.com, Leslie Mitchell Kroeger, lmandara@motleyrice.com, lmcpartlin@clarkhill.com, lpetrowsky@clarkhill.com, lrobbins@plunkettcooney.com, lseale@goodmanhurwitz.com, lthomson@hertzschram.com, lwhitney@sfplaw.com, m.duda@fiegerlaw.com, mail@goodmanhurwitz.com, ManningP@michigan.gov, mark@cukerlaw.com, mary@cndefenders.com, mateoja@aol.com, mbern@bernllp.com, mcaffe@aol.com, mcinneshp@aol.com, mgildner@sfplaw.com, Michelle Wimmer, MitosinkaA@michigan.gov, mlmcalpine@mcalpinepc.com, mmitchell@maddinhauser.com, mnapoli@napolilaw.com, mpattwell@clarkhill.com, mperry@fraserlawfirm.com, mpitt@pittlawpc.com, mquirk@motleyrice.com, msinkovich@excololaw.com, mturchyn@hertzschram.com, murdoch@butzel.com, mvike@cohenmilstein.com, mwise@foleymansfield.com, nick.szokoly@murphyfalcon.com, nllietzau@mcalpinepc.com, Paris Jimenez, pcronk@plunkettcooney.com, PErickson@plunkettcooney.com, pgeske@mcgpc.com, pgrashoff@shrr.com, PingD@michigan.gov, PLanciotti@napolilaw.com, pnovak@weitzlux.com, pstamler@hertzschram.com, rbell@pittlawpc.com, RBrooks@blankrome.com, reiss@bsplaw.com, RKamenec@plunkettcooney.com, rmclaughlin@hmelegal.com, Campbell, Richard P., rsharp@bernllp.com, rstowers@plunkettcooney.com, RWalker@levylaw.com, sara.rahmjoo@murphyfalcon.com, sbreznai@foleymansfield.com, sburke@burkepllc.com, sfletcher@thefletcherlawfirmpllc.com, shall@swappc.com, shansel@motleyrice.com, shart@hmelegal.com, Shawn Raymond, sheryl@owdpc.com, smikalonis@plunkettcooney.com, smonroe@bernllp.com, solomonradner@gmail.com, sradner@excololaw.com, sreynolds@mayerbrown.com, sruddockharris@weitzlux.com, ssmith@bdlaw.com, Steve Morrissey, tanderson@shrr.com, tbingman@tbingmanlaw.com, tleopold@cohenmilstein.com, tmcgraw@mcgrawmorris.com, tmorgan@fraserlawfirm.com, tperkins@perkinslawgroup.net, trina@vlwlegal.com, trusso@bernlllp.com, tsantinomateo@gmail.com, tweglarz@fiegerlaw.com, Val@vlwlegal.com, vcooper@cityofflint.com, Vineet Bhatia, vkuhl@shrr.com, wayne.mason@dbr.com, wayne.mason@faegredrinker.com, williams@bsplaw.com, wpaul@fosterswift.com, zachary.bialick@sadplaw.com, zeinehlaw@gmail.com, Zena@vlwlegal.com, Spross, Mark J., Fraser, Michelle, Katy Peaslee, Matthew Wise, Gregory Meihn, molsen@mayerbrown.com, Silverman, Kristin, Renaud, Chrissie A., Campbell, James M., bush@bsplaw.com, Ter Molen, Mark, Christian, Marcus A.

**Attachments:** image001.jpg

All,

For service on behalf of the VNA Defendants, below please find a link to a production of documents and data extracted from the Google Ads dashboard of VNA's Google Ads "Flint Campaign." The documents and data included in this production have been extracted from the user dashboard of the Google Ads webpage for the aforementioned campaign.

This production is being provided in support of and as a supplement to VNA's November 4, 2022 Responses and Objections to Plaintiffs' First Requests for Admission, dated September 9, 2022. In making this production, VNA expressly reserves all rights and objections listed in VNA's November 4, 2022 Responses and Objections, including VNA's objection that the Requests and this corresponding

production are not relevant to any party's claims or defenses. All materials in this production are designated by VNA as "Confidential" under the Court's Confidentiality Order.

A password for the production will be sent in a separate email. As with prior productions, the files can be extracted using 7Zip or through your e-discovery vendor. If you have any difficulties accessing, please let us know.

https://campbell-trial-lawyers.sharefile.com/d-s11c6e6295b0c418a9cf47218f8d624cd

Thank you,

*Alaina N. Devine*
**Campbell Conroy & O'Neil**
**Professional Corporation**



20 City Square, Suite 300
Boston, MA 02129
Office: (617) 241-3037
Cell: (508) 612-6204
Email: adevine@campbell-trial-lawyers.com

---

Note : This e-mail contains information from the law firm of Campbell Conroy & O'Neil Professional Corporation that may be proprietary, confidential, or protected under the attorney- client privilege or work-product doctrine. This e-mail is intended for the use only of the named recipient. If you are not the intended recipient named above, you are strictly prohibited from reading, disclosing, copying, or distributing this e-mail or its contents, and from taking any action in reliance on the contents of this e-mail. If you received this e-mail in error, please delete this message and respond immediately by e-mail to the author or call (617) 241-3000.

---

**From:** Devine, Alaina N.
**Sent:** Friday, November 4, 2022 7:10 PM
**To:** Corey Stern <CStern@levylaw.com>; Campbell, James M. <jmcampbell@Campbell-trial-lawyers.com>; 'bush@bsplaw.com' <bush@bsplaw.com>; Christian, Marcus A. <MChristian@mayerbrown.com>; 'Ter Molen, Mark' <MTerMolen@mayerbrown.com>
**Cc:** Rey, Eric A. (CIV) <Eric.A.Rey@usdoj.gov>; Alyza M. Dermody <adermody@levylaw.com>; abourke@bernllp.com; acollins@fosterswift.com; adeich@cohenmilstein.com; ahuller@hmelegal.com; akresch@1800lawfirm.com; ALatanision@levylaw.com; alexrusek@whitelawpllc.com; andrew@aboodlaw.com; anlyn.addis@gmail.com; Ringstad, Andreas <aringstad@campbell-trial-lawyers.com>; atschnatz@mcalpinelawfirm.com; Jacob Jordan <jjordan@levylaw.com>; atschnatz@mcalpinepc.com; Ashley P. Vieux <AVieux@levylaw.com>; awheeler@cityofflint.com; bergf@butzel.com; betsyllewis@gmail.com; bettenhausenm@michigan.gov; bgoodman@goodmanhurwitz.com; 'Ter Molen, Mark' <MTerMolen@mayerbrown.com>; bmacdonald@ccglawyers.com; McElvaine, Bryan D. <bmcelvaine@campbelltriallawyers.com>; bmeyer@owdpc.com; brivers@pittlawpc.com; 'bush@bsplaw.com' <bush@bsplaw.com>; bwolf718@msn.com; caprice.corbett@dbr.com; carrie@aboodlaw.com; CavanaghC2@michigan.gov;