# EXHIBIT 12

| Location Name | Impressions |
|---|---:|
| Alabama | 900 |
| Alaska | 123 |
| Alberta | 958 |
| Arizona | 1,591 |
| Arkansas | 655 |
| British Columbia | 1,180 |
| California | 8,714 |
| Canada | 0 |
| Colorado | 1,419 |
| Connecticut | 1,237 |
| Delaware | 271 |
| Florida | 5,933 |
| Georgia | 3,537 |
| Hawaii | 328 |
| Idaho | 302 |
| Illinois | 3,807 |
| Indiana | 1,919 |
| Iowa | 701 |
| Kansas | 632 |
| Kentucky | 925 |
| Lac-Huron | 0 |
| Louisiana | 825 |
| Maine | 347 |
| Manitoba | 323 |
| Maryland | 2,384 |
| Massachusetts | 2,561 |
| Michigan | 326,222 |
| Minnesota | 1,464 |
| Mississippi | 654 |
| Missouri | 1,237 |
| Montana | 176 |
| Nebraska | 392 |
| Nevada | 766 |
| New Brunswick | 116 |
| New Hampshire | 341 |
| New Jersey | 2,479 |
| New Mexico | 316 |
| New York | 6,011 |
| Newfoundland and Labrador | 66 |
| North Carolina | 2,526 |
| North Dakota | 141 |
| Northwest Territories | 6 |
| Nova Scotia | 198 |
| Nunavut | 4 |
| Ohio | 3,905 |
| Oklahoma | 703 |
| Ontario | 4,723 |

| | |
|---|---:|
| Oregon | 1,055 |
| Pennsylvania | 3,121 |
| Prince Edward Island | 36 |
| Quebec | 759 |
| Rhode Island | 365 |
| Saskatchewan | 207 |
| South Carolina | 1,013 |
| South Dakota | 111 |
| Tennessee | 1,659 |
| Texas | 5,939 |
| United States | 0 |
| Utah | 574 |
| Vermont | 177 |
| Virginia | 2,447 |
| Washington | 2,125 |
| West Virginia | 327 |
| Wisconsin | 1,417 |
| Wyoming | 84 |
| Yukon | 6 |