UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

In re FLINT WATER CASES

Civil Action No. 5:16-cv-10444-JEL-MKM
(consolidated)

Hon. Judith E. Levy
Mag. Kimberly G. Altman

_____

APPLICABLE TO ALL CASES

_____

VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC'S,
VEOLIA NORTH AMERICA, INC.'S, AND VEOLIA NORTH AMERICA,
LLC'S PROPOSED AGENDA ITEM FOR THE DECEMBER 21, 2022
<u>STATUS CONFERENCE</u>

Pursuant to the Court's order setting a status conference for December 21, 2022 and requesting that the parties file proposed agenda items, ECF No. 2231, Defendants Veolia Water North America Operating Services, LLC, Veolia North America, Inc., and Veolia North America, LLC (the "VNA Defendants") propose the following agenda item for the December 21, 2022 status conference.

1.  The proposed schedule for the Bellwether II cases, due on December 16, 2022. As will be reflected in that forthcoming proposal, the parties agree to a proposed schedule but disagree regarding the Plaintiffs' proposal to reduce the number of Bellwether II plaintiffs, including those subject to discovery.

1

*Respectfully submitted,*

CAMPBELL CONROY &
O'NEIL, P.C.

BUSH SEYFERTH PLLC

/s/ James M. Campbell
James M. Campbell
Alaina N. Devine
20 City Square, Suite 300
Boston, MA  02129
(617) 241-3000
jmcampbell@campbell-trial-lawyers.com
adevine@campbell-trial-lawyers.com

/s/ Cheryl Bush
Cheryl A. Bush (P37031)
100 W. Big Beaver Road, Suite 400
Troy, MI 48084
(248) 822-7800
bush@bsplaw.com

*Attorneys for Veolia Water North America Operating Services, LLC, Veolia North America, LLC, and Veolia North America, Inc*

Dated: December 14, 2022

<u>CERTIFICATE OF SERVICE</u>

I, Alaina N. Devine, one of the counsel of record for the VNA defendants, certify that I served the within Proposed Agenda Item on December 14, 2022, by causing it to be e-filed through the Court's CM/ECF electronic filing system which will automatically deliver electronic copies of it to counsel of record for all parties to have appeared in *In re Flint Water Cases*.

/s/  Alaina N. Devine
Alaina N. Devine
adevine@campbell-trial-lawyers.com