# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re Flint Water Cases*

Case no. 5:16-cv-10444-JEL-MKM
(Consolidated)

Hon. Judith E. Levy

## CLASS PLAINTIFFS' NOTICE OF PROPOSED AGENDA ITEMS FOR DECEMBER 21, 2022 STATUS CONFERENCE

Pursuant to the Court's Order Setting Deadlines Related to December 21, 2022 Status Conference (ECF No. 2286), Class Plaintiffs hereby propose the following agenda items for the conference scheduled for December 21, 2022:

1. Class Plaintiffs' challenge to Veolia's privilege designation of a document identified as VEOLIA_0406094 on Veolia's privilege log, in light of the waiver of any potential privilege because the document was shared with third party Jonathan Karush. *See* Exhibit A.

2. Class Plaintiffs' request to limit the deposition of expert Dr. Larry Russell to one seven-hour day, and to limit the subject matter of Dr. Russell's deposition to events that have occurred and reports that have been served since the last time Defendants deposed Dr. Russell.

Dated: December 14, 2022

Respectfully submitted,

By: */s/ Theodore J. Leopold*
Theodore J. Leopold
COHEN MILSTEIN SELLERS & TOLL PLLC
2925 PGA Boulevard, Suite 220
Palm Beach Gardens, FL 33410
Telephone: (561) 515-1400
tleopold@cohenmilstein.com
***INTERIM CO-LEAD COUNSEL***

By: */s/ Michael L. Pitt*
Michael L. Pitt
PITT MCGEHEE PALMER & RIVERS, P.C.
117 West 4th Street, Suite 200
Royal Oak, MI 48067
Telephone: (248) 398-9800
mpitt@pittlawpc.com
***INTERIM CO-LEAD COUNSEL***

By: */s/ Stephen Morrissey*
Stephen Morrissey
SUSMAN GODFREY, L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
smorrissey@susmangodfrey.com
***EXECUTIVE COMMITTEE FOR CLASS PLAINTIFFS***

By: */s/ Paul F. Novak*
Paul F. Novak (P39524)
WEITZ & LUXENBERG, P.C.
3011 W. Grand Blvd., Suite 2150
Detroit, MI 48202
Telephone: (313) 800-4170
pnovak@weitzlux.com
***EXECUTIVE COMMITTEE FOR CLASS PLAINTIFFS***

By: */s/ Peretz Bronstein*
Peretz Bronstein
BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
peretz@bgandg.com
***EXECUTIVE COMMITTEE FOR CLASS PLAINTIFFS***

By: */s/ Teresa A. Bingman*
Teresa A. Bingman
LAW OFFICES OF TERESA A. BINGMAN, PLLC
4131 Okemos Road, Suite 12
Okemos, Michigan 48864
Telephone: (877) 957-7077
tbingman@tbingmanlaw.com
***EXECUTIVE COMMITTEE FOR CLASS PLAINTIFFS***

By: */s/ Esther E. Berezofsky*
Esther E. Berezofsky
MOTLEY RICE LLC
210 Lake Dr. East, Suite 101
Cherry Hill, New Jersey 08002
Telephone: (856) 667-0500
eberezofsky@motleyrice.com
***EXECUTIVE COMMITTEE FOR CLASS PLAINTIFFS***

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using the Court's electronic submission system. Notice of the filing was sent to all parties by operation of the Court's electronic filing system. I declare the above statement is true and to the best of my knowledge, information and belief.

Dated: December 14, 2022

/s/ *Stephen Morrissey*
Stephen Morrissey

# Exhibit A

| | |
|---|---|
| **Subject:** | Re: Flint: Response re: VNA Privilege Logs |
| **Date:** | Monday, November 28, 2022 at 2:55:28 PM Pacific Standard Time |
| **From:** | Jordan Connors |
| **To:** | Devine, Alaina N., Corey Stern, Campbell, James M., Dupre, Kristin M., bush@bsplaw.com, Ter Molen, Mark, McElvaine, Bryan D., Christian, Marcus A., Ringstad, Andreas, molsen@mayerbrown.com |
| **CC:** | Melanie Daly, Kimberly Lynn Russell, Mason, Wayne B., Kent, David C., Philip Erickson, Ted Leopold, Hunter Shkolnik, Paul Napoli, Patrick Lanciotti, Kuhl, Richard (AG), Bettenhausen, Margaret (AG), William Kim, Sheldon Klein, Berg, Rick, Thompson, Craig S., Susan E. Smith, bmacdonald@ccglawyers.com, Todd Weglarz, Todd Weglarz, Donald Dawson, Williams, Michael L. (CIV), eric.A.Rey@usdoj.gov |
| **Attachments:** | image001.jpg |

Counsel,

Please respond to my November 18 message, which appears again below.

Kind regards,
Jordan

_____

Jordan W Connors
Partner | SUSMAN GODFREY LLP
(O) 206-516-3814 | (C) 646-413-0743 | JConnors@SusmanGodfrey.com

_____

**From:** Jordan Connors <jconnors@SusmanGodfrey.com>
**Date:** Friday, November 18, 2022 at 12:05 PM
**To:** Devine, Alaina N. <ADevine@Campbell-trial-lawyers.com>, Corey Stern <CStern@levylaw.com>, Campbell, James M. <jmcampbell@Campbell-trial-lawyers.com>, Dupre, Kristin M. <KDupre@Campbell-trial-lawyers.com>, bush@bsplaw.com <bush@bsplaw.com>, Ter Molen, Mark <MTerMolen@mayerbrown.com>, McElvaine, Bryan D. <bmcelvaine@campbelltriallawyers.com>, Christian, Marcus A. <MChristian@mayerbrown.com>, Ringstad, Andreas <aringstad@campbell-trial-lawyers.com>, molsen@mayerbrown.com <molsen@mayerbrown.com>
**Cc:** Melanie Daly <mdaly@levylaw.com>, Kimberly Lynn Russell <klrussell@levylaw.com>, Mason, Wayne B. <wayne.mason@faegredrinker.com>, Kent, David C. <david.kent@faegredrinker.com>, Philip Erickson <PErickson@plunkettcooney.com>, Ted Leopold <tleopold@cohenmilstein.com>, Hunter Shkolnik <Hunter@nsprlaw.com>, Paul Napoli <PNapoli@nsprlaw.com>, Patrick Lanciotti <PLanciotti@napolilaw.com>, Kuhl, Richard (AG) <KuhlR@michigan.gov>, Bettenhausen, Margaret (AG) <BettenhausenM@michigan.gov>, William Kim <wkim@cityofflint.com>, Sheldon Klein <klein@butzel.com>, Berg, Rick <Bergf@butzel.com>, Thompson, Craig S. <cthompson@sullivanwardlaw.com>, Susan E. Smith <ssmith@bdlaw.com>, bmacdonald@ccglawyers.com <bmacdonald@ccglawyers.com>, Todd Weglarz <t.weglarz@fiegerlaw.com>, Todd Weglarz <tweglarz@fiegerlaw.com>, Donald Dawson

<d.dawson@fiegerlaw.com>, Williams, Michael L. (CIV) <Michael.L.Williams@usdoj.gov>, eric.A.Rey@usdoj.gov <Eric.A.Rey@usdoj.gov>
**Subject:** Re: Flint: Response re: VNA Privilege Logs

Thank you.

Class Plaintiffs challenge the privilege claim to VEOLIA_0406094, which was sent to Jonathan Karush. At Karush's deposition earlier this week, he testified that he did not do any work at the direction of counsel, did not receive legal advice from Veolia's counsel, and was not asked to keep information he received from Veolia confidential. Considering that VEOLIA_0406094 was sent to Mr. Karush, any privilege claim with respect to that document has been waived. Please produce VEOLIA_0406094, and any other documents on Veolia's privilege log sent to Mr. Karush, in full with no redactions.

Kind regards,
Jordan

---

Jordan W Connors
Partner | SUSMAN GODFREY LLP
(O) 206-516-3814 | (C) 646-413-0743 | JConnors@SusmanGodfrey.com

---

**From:** Devine, Alaina N. <ADevine@Campbell-trial-lawyers.com>
**Date:** Friday, November 18, 2022 at 11:27 AM
**To:** Jordan Connors <jconnors@SusmanGodfrey.com>, Corey Stern <CStern@levylaw.com>, Campbell, James M. <jmcampbell@Campbell-trial-lawyers.com>, Dupre, Kristin M. <KDupre@Campbell-trial-lawyers.com>, bush@bsplaw.com <bush@bsplaw.com>, Ter Molen, Mark <MTerMolen@mayerbrown.com>, McElvaine, Bryan D. <bmcelvaine@campbelltriallawyers.com>, Christian, Marcus A. <MChristian@mayerbrown.com>, Ringstad, Andreas <aringstad@campbell-trial-lawyers.com>, molsen@mayerbrown.com <molsen@mayerbrown.com>
**Cc:** Melanie Daly <mdaly@levylaw.com>, Kimberly Lynn Russell <klrussell@levylaw.com>, Mason, Wayne B. <wayne.mason@faegredrinker.com>, Kent, David C. <david.kent@faegredrinker.com>, Philip Erickson <PErickson@plunkettcooney.com>, Ted Leopold <tleopold@cohenmilstein.com>, Hunter Shkolnik <Hunter@nsprlaw.com>, Paul Napoli <PNapoli@nsprlaw.com>, Patrick Lanciotti <PLanciotti@napolilaw.com>, Kuhl, Richard (AG) <KuhlR@michigan.gov>, Bettenhausen, Margaret (AG) <BettenhausenM@michigan.gov>, William Kim <wkim@cityofflint.com>, Sheldon Klein <klein@butzel.com>, Berg, Rick <Bergf@butzel.com>, Thompson, Craig S. <cthompson@sullivanwardlaw.com>, Susan E. Smith <ssmith@bdlaw.com>, bmacdonald@ccglawyers.com <bmacdonald@ccglawyers.com>, Todd Weglarz <t.weglarz@fiegerlaw.com>, Todd Weglarz <tweglarz@fiegerlaw.com>, Donald Dawson <d.dawson@fiegerlaw.com>, Williams, Michael L. (CIV) <Michael.L.Williams@usdoj.gov>, eric.A.Rey@usdoj.gov <Eric.A.Rey@usdoj.gov>

**Subject:** RE: Flint: Response re: VNA Privilege Logs

EXTERNAL Email

Jordan,

I am reattaching here the most updated privilege log across all of the VNA document productions to date, which was sent to you on Friday of last week.

Thank you,

*Alaina N. Devine*
**Campbell Conroy & O'Neil**
**Professional Corporation**



20 City Square, Suite 300
Boston, MA 02129
Office: (617) 241-3037
Cell: (508) 612-6204
Email: adevine@campbell-trial-lawyers.com

Note : This e-mail contains information from the law firm of Campbell Conroy & O'Neil Professional Corporation that may be proprietary, confidential, or protected under the attorney- client privilege or work-product doctrine. This e-mail is intended for the use only of the named recipient. If you are not the intended recipient named above, you are strictly prohibited from reading, disclosing, copying, or distributing this e-mail or its contents, and from taking any action in reliance on the contents of this e-mail. If you received this e-mail in error, please delete this message and respond immediately by e-mail to the author or call (617) 241-3000.

**From:** Jordan Connors <jconnors@SusmanGodfrey.com>
**Sent:** Wednesday, November 16, 2022 12:51 PM
**To:** Devine, Alaina N. <ADevine@Campbell-trial-lawyers.com>; Corey Stern <CStern@levylaw.com>; Campbell, James M. <jmcampbell@Campbell-trial-lawyers.com>; Dupre, Kristin M. <KDupre@Campbell-trial-lawyers.com>; bush@bsplaw.com; Ter Molen, Mark <MTerMolen@mayerbrown.com>; McElvaine, Bryan D. <bmcelvaine@campbelltriallawyers.com>; Christian, Marcus A. <MChristian@mayerbrown.com>; Ringstad, Andreas <aringstad@campbell-trial-lawyers.com>; molsen@mayerbrown.com
**Cc:** Melanie Daly <mdaly@levylaw.com>; Kimberly Lynn Russell <klrussell@levylaw.com>; Mason, Wayne B. <wayne.mason@faegredrinker.com>; Kent, David C. <david.kent@faegredrinker.com>; Philip Erickson <PErickson@plunkettcooney.com>; Ted Leopold <tleopold@cohenmilstein.com>; Hunter Shkolnik <Hunter@nsprlaw.com>; Paul Napoli <PNapoli@nsprlaw.com>; Patrick Lanciotti <PLanciotti@napolilaw.com>; Kuhl, Richard (AG) <KuhlR@michigan.gov>; Bettenhausen, Margaret (AG) <BettenhausenM@michigan.gov>; William Kim <wkim@cityofflint.com>; Sheldon Klein <klein@butzel.com>; Berg, Rick <Bergf@butzel.com>; Thompson, Craig S. <cthompson@sullivanwardlaw.com>; Susan E. Smith <ssmith@bdlaw.com>; bmacdonald@ccglawyers.com; Todd Weglarz <t.weglarz@fiegerlaw.com>; Todd Weglarz <tweglarz@fiegerlaw.com>; Donald Dawson <d.dawson@fiegerlaw.com>; Williams, Michael L. (CIV) <Michael.L.Williams@usdoj.gov>; eric.A.Rey@usdoj.gov
**Subject:** Re: Flint: Response re: VNA Privilege Logs

Alaina,

With several iterations of Veolia's privilege logs, we are having a hard time figuring out what is the latest state of play with regard to Veolia's privilege claims. Would you please let us know the current list of documents over which Veolia maintains a privilege claim? You might either send us a set of privilege logs, which together make up the full set of privilege claims, or put them all on one log.

Kind regards,
Jordan

---

Jordan W Connors
Partner | SUSMAN GODFREY LLP
(O) 206-516-3814 | (C) 646-413-0743 | JConnors@SusmanGodfrey.com

---

**From:** Devine, Alaina N. <ADevine@Campbell-trial-lawyers.com>
**Date:** Friday, November 11, 2022 at 11:01 AM
**To:** Corey Stern <CStern@levylaw.com>, Campbell, James M. <jmcampbell@Campbell-trial-lawyers.com>, Dupre, Kristin M. <KDupre@Campbell-trial-lawyers.com>, bush@bsplaw.com <bush@bsplaw.com>, Ter Molen, Mark <MTerMolen@mayerbrown.com>, McElvaine, Bryan D. <bmcelvaine@campbelltriallawyers.com>, Christian, Marcus A. <MChristian@mayerbrown.com>, Ringstad, Andreas <aringstad@campbell-trial-lawyers.com>, molsen@mayerbrown.com <MOlsen@mayerbrown.com>
**Cc:** Melanie Daly <mdaly@levylaw.com>, Kimberly Lynn Russell <klrussell@levylaw.com>, Mason, Wayne B. <wayne.mason@faegredrinker.com>, Kent, David C. <david.kent@faegredrinker.com>, Philip Erickson <PErickson@plunkettcooney.com>, Ted Leopold <tleopold@cohenmilstein.com>, Jordan Connors <jconnors@SusmanGodfrey.com>, Hunter Shkolnik <Hunter@nsprlaw.com>, Paul Napoli <PNapoli@nsprlaw.com>, Patrick Lanciotti <PLanciotti@napolilaw.com>, Kuhl, Richard (AG) <KuhlR@michigan.gov>, Bettenhausen, Margaret (AG) <BettenhausenM@michigan.gov>, William Kim <wkim@cityofflint.org>, Sheldon Klein <klein@butzel.com>, Berg, Rick <Bergf@butzel.com>, Thompson, Craig S. <cthompson@sullivanwardlaw.com>, Susan E. Smith <ssmith@bdlaw.com>, bmacdonald@ccglawyers.com <bmacdonald@ccglawyers.com>, Todd Weglarz <t.weglarz@fiegerlaw.com>, Todd Weglarz <tweglarz@fiegerlaw.com>, Donald Dawson <d.dawson@fiegerlaw.com>, Williams, Michael L. (CIV) <Michael.L.Williams@usdoj.gov>, eric.A.Rey@usdoj.gov <Eric.A.Rey@usdoj.gov>
**Subject:** RE: Flint: Response re: VNA Privilege Logs

EXTERNAL Email
Password:  0rUGI&h=

*Alaina N. Devine*
**Campbell Conroy & O'Neil**
**Professional Corporation**



20 City Square, Suite 300
Boston, MA 02129
Office: (617) 241-3037
Cell: (508) 612-6204
Email: adevine@campbell-trial-lawyers.com

**Note** : This e-mail contains information from the law firm of Campbell Conroy & O'Neil Professional Corporation that may be proprietary, confidential, or protected under the attorney- client privilege or work-product doctrine. This e-mail is intended for the use only of the named recipient. If you are not the intended recipient named above, you are strictly prohibited from reading, disclosing, copying, or distributing this e-mail or its contents, and from taking any action in reliance on the contents of this e-mail. If you received this e-mail in error, please delete this message and respond immediately by e-mail to the author or call (617) 241-3000.

**From:** Devine, Alaina N.
**Sent:** Friday, November 11, 2022 2:01 PM
**To:** Corey Stern <CStern@levylaw.com>; Campbell, James M. <jmcampbell@Campbell-trial-lawyers.com>; Dupre, Kristin M. <KDupre@Campbell-trial-lawyers.com>; bush@bsplaw.com; Ter Molen, Mark <MTerMolen@mayerbrown.com>; McElvaine, Bryan D. <bmcelvaine@campbelltriallawyers.com>; Christian, Marcus A. <MChristian@mayerbrown.com>; Ringstad, Andreas <aringstad@campbell-trial-lawyers.com>; molsen@mayerbrown.com
**Cc:** Melanie Daly <mdaly@levylaw.com>; Kimberly Lynn Russell <klrussell@levylaw.com>; Mason, Wayne B. <wayne.mason@faegredrinker.com>; Kent, David C. <david.kent@faegredrinker.com>; Philip Erickson <PErickson@plunkettcooney.com>; Ted Leopold <tleopold@cohenmilstein.com>; Jordan Connors <jconnors@susmangodfrey.com>; Hunter Shkolnik <Hunter@nsprlaw.com>; Paul Napoli <PNapoli@nsprlaw.com>; Patrick Lanciotti <PLanciotti@napolilaw.com>; Kuhl, Richard (AG) <KuhlR@michigan.gov>; Bettenhausen, Margaret (AG) <BettenhausenM@michigan.gov>; William Kim <wkim@cityofflint.com>; Sheldon Klein <klein@butzel.com>; Berg, Rick <Bergf@butzel.com>; Thompson, Craig S. <cthompson@sullivanwardlaw.com>; Susan E. Smith <ssmith@bdlaw.com>; bmacdonald@ccglawyers.com; Todd Weglarz <t.weglarz@fiegerlaw.com>; Todd Weglarz <tweglarz@fiegerlaw.com>; Donald Dawson <d.dawson@fiegerlaw.com>; Williams, Michael L. (CIV) <Michael.L.Williams@usdoj.gov>; eric.A.Rey@usdoj.gov
**Subject:** Flint: Response re: VNA Privilege Logs

Corey,

We have reviewed your letter dated November 4, 2022 regarding VNA's privilege log. As an initial matter, the list you sent has 41 entries but contains several duplicate documents as evidenced by the SourceIDs. The following row numbers are duplicates: 3, 4, 7, 9, 10, 12, 13, 15, 17, 19, 22, 25, 27, 30, 33 and 42. As a result, we have identified a total of 24 documents that you are challenging.

Most of the documents you identify have already been produced to the parties in unredacted form as part of Campbell PROD 010 and Campbell PROD 012. They should be removed from the privilege log, and we have done so in the attached. Please

let us know if you need us to produce copies of these documents to you again. The documents that have already been produced are:
1. VEOLIA_0410440 – Produced in Campbell PROD 012 Supplemental
2. VEOLIA_0410445 – Produced in Campbell PROD 012 Supplemental
3. VEOLIA_0410447 – Produced in Campbell PROD 012 Supplemental
4. VEOLIA_0410449 – Produced in Campbell PROD 012 Supplemental
5. VEOLIA_0410622 – Produced in Campbell PROD 012 Supplemental
6. VEOLIA_0410624 – Produced in Campbell PROD 012 Supplemental
7. VEOLIA_0410630 – Produced in Campbell PROD 012 Supplemental
8. VEOLIA_0410633 – Produced in Campbell PROD 012 Supplemental
9. VEOLIA_0410643 – Produced in Campbell PROD 012 Supplemental
10. VEOLIA_0410664 – Produced in Campbell PROD 012 Supplemental
11. VEOLIA_0411104 – Produced in Campbell PROD 012 Supplemental
12. VEOLIA_0419469 – Produced in Campbell PROD 010 Supplemental
13. VEOLIA_0419481 – Produced in Campbell PROD 010 Supplemental
14. VEOLIA_0419491 – Produced in Campbell PROD 010 Supplemental
15. VEOLIA_0419494 – Produced in Campbell PROD 010 Supplemental
16. VEOLIA_0419619 – Produced in Campbell PROD 010 Supplemental
17. VEOLIA_1028511 – Produced in Campbell PROD 012 Supplemental

Of the remaining 7 documents, VNA has evaluated your request and agrees to produce 5 of the documents, which can be downloaded from the following link (a password will follow in a separate email): https://campbell-trial-lawyers.sharefile.com/d-s8c6a11b4fcf1461cb051704aac1d4c1f

VNA maintains its privilege assertion as to VEOLIA_1022144 and VEOLIA_1028278 as these documents are attachments to emails with legal counsel for the purpose of obtaining legal advice and in anticipation of litigation.

Nothing in this communication or document production should be construed as a waiver of any privilege assertions as to any other documents.

Thank you,

*Alaina N. Devine*
**Campbell Conroy & O'Neil**
**Professional Corporation**



20 City Square, Suite 300
Boston, MA 02129
Office: (617) 241-3037
Cell: (508) 612-6204
Email: adevine@campbell-trial-lawyers.com

**Note** : This e-mail contains information from the law firm of Campbell Conroy & O'Neil Professional Corporation that may be proprietary, confidential, or protected under the attorney- client privilege or work-product doctrine. This e-mail is intended for the use only of the named recipient. If you are not the intended recipient named above, you are strictly prohibited from reading, disclosing, copying, or distributing this e-mail or its contents, and from taking any action in reliance on the contents of this e-mail. If you received this e-mail in error, please delete this message and respond immediately by e-mail to the author or call (617) 241-3000.

**From:** Corey Stern <CStern@levylaw.com>
**Sent:** Friday, November 4, 2022 9:08 AM
**To:** Campbell, James M. <jmcampbell@Campbell-trial-lawyers.com>; Devine, Alaina N. <ADevine@Campbell-trial-lawyers.com>; Dupre, Kristin M. <KDupre@Campbell-trial-lawyers.com>; bush@bsplaw.com; Ter Molen, Mark <MTerMolen@mayerbrown.com>; Christian, Marcus A. <MChristian@mayerbrown.com>; Ringstad, Andreas <aringstad@campbell-trial-lawyers.com>; molsen@mayerbrown.com
**Cc:** Melanie Daly <mdaly@levylaw.com>; Kimberly Lynn Russell <klrussell@levylaw.com>; Mason, Wayne B. <wayne.mason@faegredrinker.com>; Kent, David C. <david.kent@faegredrinker.com>; Philip Erickson <PErickson@plunkettcooney.com>; Ted Leopold <tleopold@cohenmilstein.com>; Jordan Connors <jconnors@susmangodfrey.com>; Hunter Shkolnik <Hunter@nsprlaw.com>; Paul Napoli <PNapoli@nsprlaw.com>; Patrick Lanciotti <PLanciotti@napolilaw.com>; Kuhl, Richard (AG) <KuhlR@michigan.gov>; Bettenhausen, Margaret (AG) <BettenhausenM@michigan.gov>; William Kim <wkim@cityofflint.com>; Sheldon Klein <klein@butzel.com>; Berg, Rick <Bergf@butzel.com>; Thompson, Craig S. <cthompson@sullivanwardlaw.com>; Susan E. Smith <ssmith@bdlaw.com>; bmacdonald@ccglawyers.com; Todd Weglarz <t.weglarz@fiegerlaw.com>; Todd Weglarz <tweglarz@fiegerlaw.com>; Donald Dawson <d.dawson@fiegerlaw.com>; Williams, Michael L. (CIV) <Michael.L.Williams@usdoj.gov>; eric.A.Rey@usdoj.gov
**Subject:** FWC - Veolia Privilege Logs

Counselors:

See correspondence to the Veolia Defendants' attorneys, attached.

Best,

Corey M. Stern
Levy Konigsberg, LLP
605 Third Avenue, 33rd Floor
New York, New York 10158
(212)605-6298
(212)605-6290 (facsimile)
www.levylaw.com

CONFIDENTIALITY STATEMENT This e-mail transmission and any accompanying attachment contains information that is confidential, privileged and exempt from disclosure under applicable law. This e-mail is intended only for the use of the individual or entity to which it is addressed. If you receive this e-mail in error or you are not the intended recipient, do not read, copy or disseminate in any manner. If you are not the intended recipient, you may not disseminate, distribute or copy this communication and any disclosure, copying, distribution, use or taking any action in reliance on the contents of this information is strictly prohibited. If you received this communication in error, please reply to the message immediately by informing the sender that the message was misdirected and after advising the sender you must erase the message from your computer system and destroy any hard copies that may have been made. Thank you for

your assistance in correcting this error.

---

This email has been scanned for spam and viruses. Click here to report this email as spam.

---

This email has been scanned for spam and viruses. Click here to report this email as spam.