UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In Re* Flint Water Cases                     No.5:16-cv-10444-JEL-MKM (consolidated)

HON. JUDITH E. LEVY

_____/

## NOTICE OF THE MASTER GUARDIAN AD LITEM REGARDING REQUEST FOR PAYMENT OF FEES FOR OCTOBER 3, 2022 TO DECEMBER 11, 2022

On March 19, 2021, the Court entered the Order Granting Plaintiffs' and Settling Defendants' Motion to Appoint Master Guardian Ad Litem. (ECF No. 1472). Miriam Z. Wolock was appointed Master Guardian Ad Litem ("Master GAL") under the Amended Settlement Agreement.[1] On March 12, 2021, the Genesee County Circuit Court entered a parallel Order Granting Plaintiffs' and Settling Defendants' Motion to Appoint Master Guardian Ad Litem.

The foregoing Orders provide in relevant part that "Compensation to Miriam Wolock the Master GAL… will be as provided for in the Amended Settlement Agreement, or as ordered by this Court." Article XI of the Amended Settlement Agreement establishes that guardian ad litem fees and expenses shall be solely paid out of the FWC Qualified Settlement Fund.

As Master GAL, from October 3 to December 11, 2022, I performed work that included reviewing claimant files referred by the Claims Administrator and Special Master as deficient for lack of sufficient proof for deceased adult claimants, communication with claimant family members regarding probate processes and personal representative appointments, preparing written recommendations for the Claims Administrator and Special Master in regard to structured

---

[1]   All capitalized terms herein have the same meaning set forth in the Amended Settlement Agreement that the Court has preliminarily approved.

settlements for minor claimants, and reviewing the proposed Special Needs Trust pursuant to ASA Section 21.28.3.

The Settling Parties have been provided with the Master GAL's Invoice covering the period from October 3, 2022 to December 11, 2022 and have not submitted any objections. The total amount owed on this Invoice is $42,897.00.

These fees, if approved, would be paid from the Qualified Settlement Fund, which has been established under the terms of the Court's February 2, 2021 Order Granting Motion to Establish Qualified Settlement Fund and Sub-Qualified Settlement Funds, and Establishing QSF Authorized Banking Institution [1408], ECF No. 1410.

By this Notice I am requesting that the Court authorize the payment of the sum of $42,897.00 to the Law Offices of Miriam Z. Wolock, PLLC. I have submitted a proposed Order for the Court's consideration.

Dated: December 19, 2022                    Respectfully Submitted,


/s/ *Miriam Z. Wolock*
Miriam Z. Wolock (P49434)
Master Guardian Ad Litem
LAW OFFICES OF MIRIAM Z. WOLOCK, PLLC
40900 Woodward Avenue, Suite 111
Bloomfield Hills, MI 48304
(248) 633-2630
mwolock@wolocklaw.com

## CERTIFICATE OF SERVICE

I certify that on December 19, 2022 I electronically filed the foregoing document with the Clerk of Court using the Court's ECF system, which will send notification of such filing to attorneys of record.

Dated:  December 19, 2022　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　/s/ *Miriam Z. Wolock*
　　　　　　　　　　　　　　　　　　　　Miriam Z. Wolock (P49434)
　　　　　　　　　　　　　　　　　　　　Master Guardian Ad Litem
　　　　　　　　　　　　　　　　　　　　LAW OFFICES OF MIRIAM Z. WOLOCK, PLLC
　　　　　　　　　　　　　　　　　　　　40900 Woodward Avenue, Suite 111
　　　　　　　　　　　　　　　　　　　　Bloomfield Hills, MI 48304
　　　　　　　　　　　　　　　　　　　　(248) 633-2630
　　　　　　　　　　　　　　　　　　　　mwolock@wolocklaw.com

# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In Re* Flint Water Cases            No.5:16-cv-10444-JEL-MKM (consolidated)

                                     HON. JUDITH E. LEVY

_____/

### ORDER AUTHORIZING DISTRIBUTION OF FUNDS FROM THE QUALIFIED SETTLEMENT FUND FOR PAYMENT OF MASTER GUARDIAN AD LITEM FEES FOR OCTOBER 3, 2022 TO DECEMBER 11, 2022

Having now considered the Notice of The Master Guardian Ad Litem Regarding Request For Payment Of Fees For October 3, 2022 to December 11, 2022, ECF No. ____ ("Notice") and the request to authorize the distribution of funds from the Qualified Settlement Fund[1] under Article XI of the Amended Settlement Agreement pursuant to Exhibit A of the Notice:

IT IS HEREBY ORDERED THAT:

1. A distribution of funds in the amount of $42,897.00 from the Qualified Settlement Fund for the purpose of paying Master GAL Miriam Z. Wolock for October 3, 2022 to December 11, 2022 is approved.

**IT IS SO ORDERED.**

Dated: _____, 2022
Ann Arbor, Michigan

                                                      JUDITH E. LEVY
                                                      United States District Judge

---

[1] All capitalized terms herein have the same meaning set forth in the Amended Settlement Agreement that the Court has preliminarily approved.