UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Document Relates To:

*Bellwether II Cases*

_____/

## JOINT STIPULATION REGARDING SCHEDULING ORDER FOR BELLWETHER II TRIAL

Defendants, Veolia Water North America Operating Services, LLC, Veolia North America, Inc., and Veolia North America, LLC (the "VNA Defendants"), Leo A. Daly Company; Lockwood Andrews & Newnam, P.C.; and Lockwood Andrews & Newnam, Inc. (the "LAN Defendants") and Bellwether II Plaintiffs hereby stipulate and agree to pre-trial deadlines in the Scheduling Order for the Bellwether II Trial as follows:

| Event | Deadline |
|---|---|
| Plaintiffs shall serve all outstanding Plaintiff Fact Sheets and revised Authorizations | January 7, 2023 |
| Defendants serve deficiencies in the Plaintiff Fact Sheets | January 20, 2023 |
| Deficiencies in the Plaintiff Fact Sheets shall be cured | February 3, 2023 |

1

| Event | Deadline |
|---|---|
| Plaintiffs' and Defendants' counsel shall simultaneously identify twenty (20) plaintiffs each for a total of forty (40) plaintiffs comprising Pool Two. Defendants may serve written discovery on the Pool Two Claimants immediately upon the selection of the forty (40) Pool Two group of bellwether plaintiffs. [1] | February 24, 2023 |
| Deadline for Pool Two Claimants to fully respond to all written discovery, including providing any additional requested waivers for medical or other information | April 7, 2023 |
| Counsel for Plaintiffs and counsel for Defendants shall each identify seven (7) claimants from among the Pool Two Claimants who will be engaged in further discovery ("Pool Three Claimants"). If there is overlap between the Pool Three Claimants initially identified by the two sides, selection of additional Pool Three Claimants shall proceed in the manner described in the CMO until a total of fourteen (14) have been selected. | April 27, 2023 |
| Defendants may begin noticing home inspections and testimonial depositions of the Pool Three Claimants and witnesses in accordance with CMO 5 (except that depositions may be noticed 15 days in advance of taking them) | April 28, 2023 |
| Merits discovery complete for Pool Three Claimants | July 27, 2023 |
| Plaintiffs to provide expert disclosures and reports. The Plaintiffs shall include in the disclosure three dates on which each expert is available for deposition within sixty (60) days of the disclosure. All plaintiffs alleging personal injuries must be available for Rule 35 examinations starting ten (10) days after plaintiffs' expert disclosures and reports are served. | July 28, 2023 |
| Defendants to provide expert disclosures and reports. The Defendants will include in the disclosure three dates on which each expert is available for deposition within sixty (60) days of the disclosure. | October 27, 2023 |
| Plaintiffs to provide expert rebuttal reports | December 8, 2023 |

---

[1] All rights and limitations concerning individual discovery as set forth in CMO 5 (ECF No. 1255) pertaining to Bellwether I shall also apply to Bellwether II. *See* ECF No. 1255 at 62-64.

| Event | Deadline |
|---|---|
| Defendants to provide expert rebuttal reports | January 19, 2024 |
| Reply expert report depositions | January 22 to 29, 2024 |
| The parties to each identify two (2) plaintiffs, for a total of four (4), to continue to Pool Four. | February 16, 2024 |
| Motions for Summary Judgment and Daubert Motions filed | March 29, 2024 |
| Responses to the Motions for Summary Judgment and Daubert Motions due | May 10, 2023 |
| Replies to the Oppositions to Motions for Summary Judgment and Daubert Motions due | June 7, 2024 |
| *Hearing on Daubert Motions and Summary Judgment* | |
| Motions in Limine due | 14 days after summary judgment order |
| Oppositions to the Motions in Limine due | Three weeks after the opening briefs |
| Replies in support of the Motions in Limine due | Two weeks after the response briefs |
| Designations of deposition testimony to be played/read to the jury due | 7 days after the order on the motions in limine |
| Counter-designations and objections to the designated testimony due | 7 days after the designations |
| Objections to the counter-designated deposition testimony due | 7 days after the objections |
| Deadline for submitting deposition designations matrices and highlighted transcripts to the Court | Minimum of two weeks before witness will be called at trial |
| Plaintiffs to serve Defendants with draft Pre-Trial Order (witness lists, exhibit lists, trial briefs, jury instructions and other similar pretrial filings required by the court due) | TBD |
| Defendants to serve Plaintiffs with objections and responses to the witness lists, exhibit lists, trial briefs, jury instructions and other similar pretrial filings required by the court due and engage in meet and confer | TBD |
| Parties to submit Final Joint Pretrial Order | TBD |
| Parties to submit Voir Dire questions, proposed preliminary Jury Instructions | TBD |

| Event | Deadline |
|---|---|
| *Hearing date for Motions in Limine and deposition designations; final Pre-Trial hearing regarding witness lists, exhibit lists, trial briefs, jury instructions, and other pretrial filings* | TBD |
| Trial Date | September 10, 2024 |

4

Dated: December 22, 2022

Respectfully submitted,

| | |
|---|---|
| CAMPBELL CONROY & O'NEIL, P.C. | BUSH SEYFERTH PLLC |
| /s/ James M. Campbell<br>James M. Campbell<br>Alaina N. Devine<br>20 City Square, Suite 300<br>Boston, MA  02129<br>(617) 241-3000<br>jmcampbell@campbell-trial-lawyers.com<br>adevine@campbell-trial-lawyers.com | /s/ Cheryl A. Bush<br>Cheryl A. Bush (P37031)<br>100 W. Big Beaver Road<br>Suite 400<br>Troy, MI  48084<br>(248) 822-7800<br>bush@bsplaw.com |

*ATTORNEYS FOR VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC, VEOLIA NORTH AMERICA, LLC, AND VEOLIA NORTH AMERICA, INC.*

| | |
|---|---|
| /s/Wayne B. Mason<br>Wayne B. Mason (SBOT 13158950)<br>Travis S. Gamble (SBOT 00798195)<br>S. Vance Wittie (SBOT 21832980)<br>David C. Kent (SBOT 11316400)<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>1717 Main St., Suite 5400<br>Dallas TX 75201<br>(469) 227-8200<br>wayne.mason@dbr.com<br>travis.gamble@dbr.com<br>vance.wittie@dbr.com<br>david.kent@dbr.com | /s/ Philip A. Erickson<br>Philip A. Erickson (P37081)<br>Patrick Lannen (P73031)<br>John R. Stevenson (P70241))<br>PLUNKETT COONEY<br>101 N. Washington Sq., Ste 1200<br>Lansing, MI 48933<br>(517) 324-5608<br>perickson@plunkettcooney.com<br>plannen@plunkettcooney.com<br>jstevenson@plunkettcooney.com |

*ATTORNEYS FOR DEFENDANTS
LEO A. DALY COMPANY; LOCKWOOD, ANDREWS &
NEWNAM, INC. and LOCKWOOD, ANDREWS & NEWNAM, P.C.*

/s/ Patrick Lanciotti
Hunter Shkolnik
Patrick Lanciotti
NAPOLI SHKOLNIK PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
planciotti@napolilaw.com

*ATTORNEYS FOR BELLWETHER II PLAINTIFFS*