# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

IN RE FLINT WATER LITIGATION

Case No. 5:16-cv-10444-JEK-MKM

Hon. Judith E. Levy

_____

## INDEX OF EXHIBITS

| Exhibit | Description |
|---------|-------------|
| 1 | Declaration of James M. Campbell in Support of VNA's Opposition to Plaintiffs' Motion to Compel Responses to Plaintiffs' Requests for Admissions and Requests for Production of Documents |
| 2 | Excerpts of the Deposition of Carrie Griffiths |
| 3 | Excerpts of the Deposition of Jace Connor |
| 4 | Google Ads "Search_keywords (2015.07.17-2022.11.07)" Spreadsheet, bates-stamp number VWNAOS561105 |
| 5 | Google Ads "Locations (Geographic_Report_2015-07.17-2022.11.07)" Spreadsheet, bates-stamp number VWNAOS561110 |
| 6 | Google Ads "Time Series (2015.07.01-2022.11.07)" Spreadsheet, bates-stamp number VWNAOS561104 |
| 7 | Google Ads "Locations (Targeting_2015.07.17-2022.11.017)" Spreadsheet, bates-stamp number VWNAOS561109 |
| 8 | Google Ads Settings, bates-stamp number VWNAOS560929 |