# EXHIBIT 3

```
 1                UNITED STATES DISTRICT COURT

 2                EASTERN DISTRICT OF MICHIGAN

 3                     SOUTHERN DIVISION

 4    _____

 5    In re FLINT WATER CASES

 6                     Civil Action No. 5:16-cv-10444-JEL-MKM

 7                          (consolidated)

 8    _____

 9

10

11

12    Pages 1 - 123

13

14

15

16         THE VIDEOTAPED DEPOSITION OF JACE W. CONNOR

17         Taken via Zoom

18         Commencing at 10:03 a.m.

19         Tuesday, December 13, 2022

20         Before Trisha Cameron, RDR, RMR, CRR, RPR, CSR

21

22

23

24
```

```
 1   Q.   And what was the impetus for you leaving G360 and
 2        joining Veolia North America?
 3   A.   Well, it was a start-up so funding comes and goes.  I
 4        was looking for more stable opportunities.
 5   Q.   Do you recall the date upon which you began working
 6        for Veolia North America?
 7   A.   October 14th, 2017.
 8   Q.   At the time you began working for Veolia North
 9        America on October 14th, 2017, what role did you
10        have, if any, as it relates to litigation against
11        Veolia North America arising out of the Flint water
12        crisis?
13   A.   None.
14   Q.   I took the deposition of Ms. Griffiths about --
15        sometime in the last 30 days, and she indicated that
16        you were the individual at Veolia North America who,
17        in her words, had the keys to the Google
18        advertisement account.  Is that true?
19   A.   That is.
20   Q.   Okay.  So when I asked you beginning in October 2017
21        what role you played, if any, regarding litigation
22        associated with the Flint water crisis and you said
23        none, does that mean that at that time, you were not
24        dealing with the Google advertisement campaign, or
```

```
 1         Mr. Demo at that point in time.
 2    A.   He asked if I was aware of the Flint Michigan water
 3         crisis.  I acknowledged that I had some limited
 4         understanding of it based off of media.  He explained
 5         to me that Veolia North America had a limited
 6         engagement regarding testing for a chemical compound
 7         within the water, and because of that association,
 8         we've been brought into litigation through the Flint
 9         water crisis.
10                   The purpose of the Veolia Flint Facts
11         website was to provide the facts from Veolia North
12         America's position in terms of exactly our role and
13         what we did do and what we did not do.  Likewise, the
14         ad words campaign existed to sponsor the visibility
15         of that site for people that would search for that
16         topic of interest.
17    Q.   In 2019, in November of 2019, when you for the first
18         time, in your words, updated new content and
19         redesigned the standards of usability associated with
20         the website, was that a static project that began and
21         ended at a particular time, or was it something that
22         continued over a period of time?
23                   MR. KRAMER:  Objection.  Go ahead.
24                   THE WITNESS:  It was very brief.  I
```

```
 1   Q.   At any point in time, did you make any selections in
 2        terms of keywords utilized for that campaign?
 3   A.   No.
 4   Q.   At any point in time, were you made aware of any
 5        changes to keywords associated with that campaign?
 6   A.   No.
 7   Q.   Who was in charge of setting the budget for that
 8        campaign?
 9   A.   I don't know.  I think that's where the confusion
10        was.  I wasn't there at the time.  So I don't know
11        who set it.
12   Q.   Sitting here today, do you still have access to that
13        campaign?
14   A.   I do.  Sole access.
15   Q.   So Mr. McFadden no longer has access?
16   A.   Correct.
17   Q.   Are you aware of at what point in time VNA began
18        utilizing dynamic ads associated with the Google
19        advertisement campaign?
20   A.   That account was already configured with both static
21        and dynamic ads when I inherited it.
22   Q.   Are you familiar with how dynamic advertisements
23        through Google work?
24   A.   I am.
```

1  Q.  Okay. Could you please explain based on your

2       experience how they work.

3  A.  Well, there's a couple of options. Which one would

4       you like me to go over?

5  Q.  All of them.

6  A.  Okay. Well, essentially there's an option for a

7       dynamic ad in which our ad words account is

8       configured where you can predefine variables, such as

9       titles, descriptions, landing page, and it can be a

10      couple of different titles and a couple of different

11      descriptions in the same ad. And the dynamic nature

12      of it is that Google can change those titles and

13      descriptions that you provide based off of relevance

14      to the user's search to make it more relevant to

15      their query. However, there's a lot of -- there's a

16      lot of prerequisites to it in terms of, you know, the

17      ad being approved for run based off that.

18           Another way of doing a dynamic ad is to

19      allow Google, which is very common, when starting

20      accounts is that provide Google with a landing page,

21      have Google index that page. Based off of the

22      content of that page, Google will make

23      recommendations as to how you may or may not want to

24      position that relative to key terms. However, you're

1      still responsible for creating the ad content in

2      terms of title and description.  And it goes through

3      the approval process.  Google does not make up stuff

4      for you or content for you, and they don't allow you

5      to misalign your content with a destination page.

6      Their goal is to provide the most relevant and

7      authoritative result relative to a user's search.

8  Q.  Any other ways besides those two that you just

9      described?

10 A.  That's pretty much the two -- those are the two

11     options when you're configuring an ad words account.

12 Q.  Are you aware of which or both of those two options

13     VNA undertook when it set up its dynamic

14     advertisement portion of the ad campaign?

15 A.  Yeah.  Our current configuration is to prefill a

16     dynamic ad with up to two options on title and

17     description and allow Google to determine which title

18     or description is more relevant to the user's

19     specific search based off of the key terms that are

20     being optimized for.

21 Q.  And optimization will change on Google's end as

22     content is added or removed or updated on the end of

23     the website, correct?

24 A.  No.

```
 1        William McFadden?

 2   A.   I would say that's correct.  We've -- we have

 3        multiple ad groups and campaigns through that

 4        account, but I'm very protective of that because I

 5        don't want anybody modifying.  You require a special

 6        skill set to be able to access and work within those

 7        campaigns.

 8   Q.   Does anyone from Reputation Squad have access to the

 9        Google campaign?

10   A.   No.

11   Q.   Does anyone in France have access to the Google

12        campaign?

13   A.   No.  And I have two-factor authentication set on it.

14        So, for instance, if somebody was to get the

15        credentials and attempt to access it, I would get a

16        notification on my phone that there's an attempted

17        access.  They would have to provide a token to

18        authenticate that access.

19   Q.   You became aware at some point -- did you become

20        aware at some point in time of the Twitter account

21        @VNAFlintFacts?

22   A.   I did.

23   Q.   When did you become aware of that account?

24   A.   I don't have the exact date, but I would say probably
```

```
 1   Q.   Are you the person who is most knowledgeable about
 2        VNA's use of Google Ad words, its Google Ad words
 3        account as it relates to the Flint water crisis?
 4   A.   Correct.
 5   Q.   Okay.  So focusing on that Google Ad words account.
 6        Does Google advertising allow users to use geographic
 7        and demographic targeting tools?
 8   A.   Yes, they allow it.  It's the industry standard.
 9   Q.   Okay.  And are you generally familiar with the
10        geographic and demographic targeting options that
11        Google makes available to users?
12   A.   Yes, I am.
13   Q.   Okay.  Are Google Ad word users able to target
14        advertising to particular states?
15   A.   Yes, you can target by state.
16   Q.   Okay.  Can you target advertising to particular
17        counties?
18   A.   Yes, counties too.
19   Q.   Okay.  Can you target advertising to particular ZIP
20        codes?
21   A.   Yep.
22   Q.   Can you target things like universities?
23   A.   Yes, you can.
24   Q.   Okay.  And, in fact, beyond the examples I just
```

```
 1          talked about, are there a significant number of other

 2          geographic targeting options available to Google Ad

 3          word users?

 4    A.    Yeah.  There's a lot more options.

 5    Q.    Okay.  I'm focusing now on how VNA actually used the

 6          Google Ad words product as it relates to Flint.  Did

 7          VNA target its advertising to particular states?

 8    A.    No.

 9    Q.    Did VNA target its advertising to particular

10          counties?

11    A.    No, it did not.

12    Q.    Did it target particular ZIP codes?

13    A.    Nope.

14    Q.    Did it target particular universities?

15    A.    Absolutely not.

16    Q.    Okay.  And, in fact, beyond limiting the ads to the

17          United States and Canada, did VNA make use of any of

18          the geographic targeting options available on Google?

19    A.    No, we did not.

20    Q.    Okay.  Turning to demographics.  Are Google Ad word

21          users able to target advertising to particular user

22          demographics?

23    A.    Absolutely.

24    Q.    Okay.  So you could target men?
```

```
 1   A.   Yeah.  That's -- absolutely.

 2   Q.   Okay.  You could target people over 45?

 3   A.   Yeah.  It's your target audience.  You can target

 4        your audience for marketing and whatever purposes.

 5        Sure.

 6   Q.   You could target people whose incomes exceed say

 7        $100,000?

 8   A.   Correct.

 9   Q.   And, in fact, beyond these examples, are there a

10        significant number of other demographic targeting

11        options that Google makes available to advertisers?

12   A.   A plethora of them.  Virtually any demographic with

13        the exception of race and religion.

14   Q.   Okay.  So focusing again on how VNA actually used the

15        Google Ad words product as it relates to Flint.  Did

16        VNA target its advertising to any particular

17        demographic?

18   A.   No, it did not.

19   Q.   Did it target men?

20   A.   No.

21   Q.   Did it target people over 45?

22   A.   Nope.

23   Q.   Okay.  Did VNA make any use whatsoever of any of the

24        demographic targeting options available on Google?
```

```
 1    A.   No, it didn't.

 2    Q.   Mr. Connor, are you generally familiar with how the

 3         Google Ad word program works?

 4    A.   I am.

 5    Q.   Okay.  What does a user need to do before he or she

 6         can possibly see one of these Google Ads?

 7    A.   What does the user have to do?

 8    Q.   Yeah.

 9    A.   The user has to search for a topic or a subject, a

10         service that relates to specific keywords of that ad

11         in order to trigger that ad to display.

12    Q.   Okay.  So if a user doesn't enter search terms,

13         keyword terms into Google, would they ever see any of

14         VNA's Google Ads?

15    A.   No.  Nope.

16    Q.   Is there any way that anyone would be served with one

17         of these VNA ads about Flint if they weren't actively

18         searching for information on Google?

19    A.   No.  It's not something you just stumble upon.  You

20         have to trigger an ad display through select

21         keywords.

22    Q.   Mr. Connor, are you generally familiar with VNA's

23         budget for the Google Ad words relating to Flint?

24    A.   Yep, I am.
```

```
 1   Q.   What was the daily budget for the advertising related
 2        to Flint?
 3   A.   It's set at $75 a day.
 4   Q.   Okay.  Based on your experience for an organization
 5        the size of Veolia, is $75 an ad day -- $75 a day ad
 6        purchase, is that substantial?
 7   A.   No.
 8             MR. STERN:  Objection.
 9             THE WITNESS:  No.  For an
10        organization the size of Veolia, that's
11        not a substantial spend.
12   BY MR. KRAMER:
13   Q.   Between 2017 and the present, did you ever increase
14        the budget above $75 a day?
15   A.   Absolutely not.
16   Q.   Mr. Connor, you were asked some questions about
17        Google's dynamic ad features.
18   A.   Uh-huh.
19   Q.   Okay.  Does Google offer its users a variety of
20        different dynamic ad features?
21   A.   Yes.  There's options.
22   Q.   Okay.  Which dynamic ad features, if any, did VNA
23        actually use in its advertising?
24   A.   The only dynamic option that's enabled is for
```

```
 1         multi title, multi description, what we would call

 2         variables.  And the intent is based off of a user's

 3         search, the platform can display one or more of the

 4         more relevant titles and descriptions relative to

 5         that search.

 6    Q.   Okay.  So at any point did VNA allow Google to change

 7         the text, like to rewrite the headline or description

 8         for any of its ads?

 9    A.   No.  Google doesn't make up your descriptions or your

10         titles or write for you.

11    Q.   More broadly, did VNA utilize any sort of artificial

12         intelligence technology to change the text of its

13         advertising or to alter it based on user response?

14    A.   No.

15    Q.   Mr. Connor, how long have you been responsible for

16         managing the Google Ad words account?

17    A.   For Veolia North America, since I assumed the

18         position in 2017.

19    Q.   Okay.  During that time, did you ever expand the

20         number of keywords that VNA purchased?

21    A.   No.

22    Q.   Did you ever seek to ramp up the number of ads that

23         were displayed?

24    A.   No.
```

```
 1                    CERTIFICATE OF NOTARY PUBLIC

 2        STATE OF MICHIGAN )

 3        COUNTY OF LENAWEE )

 4            I, Trisha Cameron, Certified Shorthand Reporter

 5        and Notary Public in and for the State of Michigan, do

 6        hereby certify that the witness whose attached

 7        deposition was taken before me in the above cause was

 8        first duly sworn or affirmed to testify to the truth,

 9        the whole truth, and nothing but the truth; that the

10        testimony contained herein was by me reduced to writing

11        in the presence of the witness by means of Stenography;

12        afterwards transcribed by means of computer-aided

13        transcription; and that the deposition is a true and

14        complete transcript of the testimony given by the

15        witness to the best of my ability.  I further certify I

16        am not connected by blood or marriage with any of the

17        parties, their attorneys or agents; that I am not an

18        employee of either of them; and that I am not

19        interested directly, indirectly, or financially in the

20        matter of controversy.

21                    [signature: Trisha Cameron]

22                    Trisha Cameron, RDR, RMR, CRR, RPR, CSR

23                    Notary Public, Lenawee County, Michigan

24                    My Commission Expires 5-24-24
```