# EXHIBIT 4

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Search Keyword | Match type | Criterion Status | Campaign Status | Ad Group Status | Cost | Clicks | CTR |
| 2 | =+lawsuit +flint | Broad match | Enabled | Enabled | Enabled | $7,938.25 | 810 | 1.46% |
| 3 | flint michigan water | Exact match | Enabled | Enabled | Enabled | $2,736.37 | 516 | 2.02% |
| 4 | flint water crisis | Exact match | Enabled | Enabled | Enabled | $2,214.86 | 465 | 2.57% |
| 5 | =+veolia +flint | Broad match | Enabled | Enabled | Enabled | $1,487.74 | 473 | 11.10% |
| 6 | flint michigan water crisis | Exact match | Enabled | Enabled | Enabled | $1,454.67 | 304 | 2.74% |
| 7 | flint lawsuit | Broad match | Removed | Enabled | Enabled | $851.60 | 78 | 0.92% |
| 8 | veolia flint | Exact match | Enabled | Enabled | Enabled | $732.06 | 362 | 10.50% |
| 9 | Flint Lawsuit | Exact match | Enabled | Enabled | Enabled | $610.72 | 74 | 1.92% |
| 10 | flint michigan water supply | Exact match | Enabled | Enabled | Enabled | $578.20 | 107 | 2.19% |
| 11 | michigan water crisis | Exact match | Enabled | Enabled | Enabled | $469.35 | 81 | 1.90% |
| 12 | veolia lawsuit | Exact match | Enabled | Enabled | Enabled | $258.65 | 78 | 7.90% |
| 13 | flint water | Exact match | Enabled | Enabled | Enabled | $223.77 | 45 | 1.10% |
| 14 | flint drinking water | Exact match | Enabled | Enabled | Enabled | $182.01 | 37 | 1.91% |
| 15 | Veolia Flint | Exact match | Removed | Enabled | Enabled | $135.45 | 94 | 8.28% |
| 16 | Veolia Michigan | Broad match | Removed | Enabled | Enabled | $61.39 | 43 | 2.39% |
| 17 | veolia flint | Broad match | Removed | Enabled | Enabled | $32.00 | 30 | 8.82% |
| 18 | Veolia Flint | Broad match | Removed | Enabled | Enabled | $29.07 | 28 | 8.07% |
| 19 | lawsuit veolia | Broad match | Removed | Enabled | Enabled | $27.11 | 14 | 4.61% |
| 20 | veolia lawsuit | Broad match | Removed | Enabled | Enabled | $17.85 | 10 | 4.72% |
| 21 | lawsuit flint | Broad match | Removed | Enabled | Enabled | $12.50 | 3 | 3.23% |
| 22 | flint veolia | Broad match | Removed | Enabled | Enabled | $7.23 | 6 | 7.69% |
| 23 | flint veolia | Exact match | Removed | Enabled | Enabled | $6.28 | 8 | 8.60% |
| 24 | veolia lead | Broad match | Removed | Enabled | Enabled | $4.22 | 2 | 1.64% |
| 25 | Veolia Lawsuit | Broad match | Removed | Enabled | Enabled | $2.34 | 1 | 20.00% |
| 26 | Flint veolia | Broad match | Removed | Enabled | Enabled | $0.63 | 1 | 3.45% |
| 27 | flint viola | Broad match | Removed | Enabled | Enabled | $0.00 | 0 | 0.00% |
| 28 | viola flint | Broad match | Removed | Enabled | Enabled | $0.00 | 0 | 0.00% |
| 29 | Veolia Lead | Broad match | Removed | Enabled | Enabled | $0.00 | 0 | 0.00% |
| 30 | Viola flint | Broad match | Removed | Enabled | Enabled | $0.00 | 0 | 0.00% |
| 31 | flint Viola | Broad match | Removed | Enabled | Enabled | $0.00 | 0 | 0.00% |
| 32 | lawsuit veolia water | Broad match | Removed | Enabled | Enabled | $0.00 | 0 | 0.00% |
| 33 | lead veolia | Broad match | Removed | Enabled | Enabled | $0.00 | 0 | 0.00% |
| 34 | veolia water lawsuit | Broad match | Removed | Enabled | Enabled | $0.00 | 0 | 0.00% |
| 35 | Flint veolia | Exact match | Removed | Enabled | Enabled | $0.00 | 0 | 0.00% |
| 36 | lawsuit Flint | Exact match | Removed | Enabled | Enabled | $0.00 | 0 | 0.00% |
| 37 | lawsuit veolia | Exact match | Removed | Enabled | Enabled | $0.00 | 0 | 0.00% |
| 38 | veolia lead | Exact match | Removed | Enabled | Enabled | $0.00 | 0 | 0.00% |

VWNAOS561105