# EXHIBIT 6

| Quarter | Clicks | Impressions | Avg. CPC | Cost |
|---|---|---|---|---|
| 3rd quarter 2015 | 0 | 0 | $0.00 | $0.00 |
| 4th quarter 2015 | 0 | 0 | $0.00 | $0.00 |
| 1st quarter 2016 | 0 | 0 | $0.00 | $0.00 |
| 2nd quarter 2016 | 0 | 0 | $0.00 | $0.00 |
| 3rd quarter 2016 | 112 | 6,905 | $5.68 | $636.32 |
| 4th quarter 2016 | 171 | 8,327 | $3.95 | $676.25 |
| 1st quarter 2017 | 125 | 13,026 | $14.06 | $1,756.97 |
| 2nd quarter 2017 | 117 | 5,256 | $5.46 | $638.66 |
| 3rd quarter 2017 | 109 | 4,142 | $4.09 | $446.06 |
| 4th quarter 2017 | 66 | 3,434 | $4.52 | $298.33 |
| 1st quarter 2018 | 0 | 0 | $0.00 | $0.00 |
| 2nd quarter 2018 | 0 | 0 | $0.00 | $0.00 |
| 3rd quarter 2018 | 0 | 0 | $0.00 | $0.00 |
| 4th quarter 2018 | 0 | 0 | $0.00 | $0.00 |
| 1st quarter 2019 | 0 | 0 | $0.00 | $0.00 |
| 2nd quarter 2019 | 0 | 0 | $0.00 | $0.00 |
| 3rd quarter 2019 | 0 | 0 | $0.00 | $0.00 |
| 4th quarter 2019 | 107 | 2,174 | $6.07 | $649.32 |
| 1st quarter 2020 | 271 | 5,630 | $6.31 | $1,708.95 |
| 2nd quarter 2020 | 168 | 3,214 | $6.32 | $1,062.58 |
| 3rd quarter 2020 | 212 | 8,455 | $8.69 | $1,841.63 |
| 4th quarter 2020 | 2,284 | 45,810 | $1.24 | $2,841.14 |
| 1st quarter 2021 | 3,204 | 45,714 | $0.71 | $2,279.51 |
| 2nd quarter 2021 | 3,685 | 60,776 | $1.30 | $4,793.82 |
| 3rd quarter 2021 | 0 | 0 | $0.00 | $0.00 |
| 4th quarter 2021 | 2,757 | 49,299 | $1.65 | $4,549.21 |
| 1st quarter 2022 | 3,256 | 65,719 | $1.99 | $6,490.45 |
| 2nd quarter 2022 | 681 | 19,552 | $3.90 | $2,659.04 |
| 3rd quarter 2022 | 1,399 | 49,600 | $4.89 | $6,838.50 |
| 4th quarter 2022 | 787 | 19,955 | $3.52 | $2,768.96 |

VWNAOS561104