# EXHIBIT 7



| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Location Name | Impressions | | | | | | | | |
| 2 | Canada | 8,603 | | | | | | | | |
| 3 | United States | 408,385 | | | | | | | | |

VWNAOS561109