# EXHIBIT 8

**Google Ads**

427-262-5608 Veolia North A…
adwords@veolia.com

Workspace (2 filters) — All campaigns
Campaign — Flint Campaign
Ad groups (2) — Select an ad group

Change view

● Enabled | Status: Eligible | Type: Search | Budget: $75.00/day | Optimization score: 60.8% | ⌄ More details | Campaign 5 of 18

- Overview
- Recommendations
- Insights
- ▸ Ad groups
- ▸ Ads & assets
- ▸ Landing pages
- ▸ Keywords
- Audiences
- **Settings**
- Change history

Suggested
- Devices
- Advanced bid adj.
- ▸ Ad schedule
- ➕ Show more

| | |
|---|---|
| Campaign name | Flint Campaign |
| Goals | Using account goal settings |
| Customer acquisition | Bid equally for new and existing customers |
| Marketing Objective | No marketing objective selected |
| Campaign status | ● Enabled |
| Networks | Google Search Network, Search partners |
| Locations | Canada (country) and United States (country) |
| Languages | English |
| Budget | $75.00/day |
| Bidding | Maximize clicks |
| Automatically created assets | Off: Use only assets I provide directly for my ads |
| Start and end dates | Start date: August 10, 2016    End date: Not set |
| Dynamic Search Ads setting | Domain: veoliaflintfacts.com    Language: English    Targeting Source: Use all URLs Google … |

⌄ Additional settings

Get the Google Ads mobile app