UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

_____

*In re* FLINT WATER CASES

Civil Action No. 5:16-cv-10444-JEL-MKM (consolidated)

Hon. Judith E. Levy
Mag. Elizabeth A. Stafford

_____

DANIEL LEWIS*, et al.,*

    Plaintiff,

v

LOCKWOOD ANDREWS & NEWNAM, P.C.*, et al.,*

    Defendants.

_____

Case No: 5:21-cv-12858-JEL-EAS

**STIPULATION TO EXTEND TIME FOR THE VNA DEFENDANTS
TO FILE THEIR ANSWER OR OTHERWISE
RESPOND TO THE PLAINTIFFS' MASTER SHORT FORM COMPLAINT**

Plaintiffs, Daniel Lewis, et al., through their counsel, and Defendants, Veolia Water North America Operating Services, LLC, Veolia North America, Inc. and Veolia North America, LLC (collectively "the VNA Defendants"), through their counsel, hereby stipulate and agree to extend the deadline for filing their Answers or otherwise responding by the VNA Defendants to the Amended Master Long Form Complaint and the Short Form Complaints in the above-captioned matter until March 3, 2023.

1

Pursuant to ECF Rule 11(c), Plaintiffs, Daniel Lewis, et al., and the VNA Defendants request that a text-only order be entered granting this stipulation.

**STIPULATED AND AGREED TO:**

| | |
|---|---|
| */s/ Alaina N. Devine* | */s/ Cheryl A. Bush* |
| James M. Campbell | Cheryl A. Bush (P37031) |
| Alaina N. Devine | 100 W Big Beaver Rd., Suite 400 |
| Campbell Conroy & O'Neil, P.C. | Bush Seyferth PLLC |
| 20 City Square, Suite 300 | Troy, MI  48084 |
| Boston, MA  02129 | (248)-474-0670 |
| (617) 241-3000 | bush@bsplaw.com |
| jmcampbell@campbell-trial-lawyers.com | |
| adevine@campbell-trial-lawyers.com | |

*Attorneys for Veolia Water North America Operating Services, LLC Veolia North America, LLC, and Veolia North America, Inc.*

*/s/ Hunter Shkolnik*
Hunter Shkolnik
Patrick Lanciotti
Napoli Shkolnik
270 Munoz Rivera Avenue, Suite 201
Hato Rey, PR 00918
(787) 493-5088
hunter@napolilaw.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

      I, Alaina N. Devine, one of the counsel of record for the defendants Veolia Water North America Operating Services, LLC, Veolia North America, LLC, and Veolia North America, Inc., certify that on January 2, 2023, I caused the within stipulation to be filed electronically with the Clerk of Courts through the Court's ECF filing system which will cause it to be served automatically by electronic means to counsel of record for all parties.

                                                      */s/ Alaina N. Devine*
                                                      Alaina N. Devine
                                                      adevine@campbell-trial-lawyers.com