UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In Re Flint Water Cases* | No. 5:16-cv-10444<br>Hon. Judith E. Levy<br>Mag. Elizabeth A. Stafford |
| *Walters v. City of Flint,* et al. | No. 5:17-cv-10164<br>Hon. Judith E. Levy<br>Mag. Elizabeth A. Stafford |

### STIPULATION REGARDING EXTENSION OF TIME FOR PLAINTIFFS TO REPLY TO THE VEOLIA DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO COMPEL

Bellwether III Plaintiffs and Defendants Veolia Water North America Operating Services, LLC, Veolia North America, Inc. and Veolia North America, LLC (collectively "the VNA Defendants"), hereby stipulate that Plaintiffs shall have through January 10, 2023, to file a reply to the VNA Defendants' response to Plaintiffs' Motion to Compel (ECF Doc. 2298, Case No. 5:16-cv-10444).

Dated: January 3, 2023

| | |
|---|---|
| **LEVY KONIGSBERG, LLP** | **CAMPBELL, CONROY & O'NEIL, PC** |
| /s/ COREY M. STERN<br>Corey M. Stern<br>605 Third Ave, 33rd Floor<br>New York, NY 10158<br>(212) 605-6200<br>cstern@levylaw.com<br>*Counsel for Plaintiffs* | /s/ ALAINA M. DEVINE<br>Alaina M. Devine<br>One Constitution Wharf, Suite 310<br>Boston, MA 02129<br>(617) 241-3000<br>adevine@campbell-trial-lawyers.com<br>*Counsel for VNA Defendants* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 3, 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing upon counsel of record.

Dated: January 3, 2023

                                              **LEVY KONIGSBERG, LLP**

                                              /s/ COREY M. STERN
                                              Corey M. Stern
                                              605 Third Ave, 33rd Floor
                                              New York, New York 10158
                                              (212) 605-6298
                                              cstern@levylaw.com
                                              *Counsel for Plaintiffs*