# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| *Walters, et al.*, | No. 5:17-cv-10164 |
| *Plaintiffs* | |
| *v.* | Hon. Judith E. Levy |
| *City of Flint, et al.*, | |
| *Defendants.* | |

**EXHIBIT INDEX FOR PLAINTIFFS' MOTION TO COMPEL RESPONSES TO PLAINTIFFS' RESPONSE IN OPPOSITION TO VEOLIA'S MOTION FOR PROTECTIVE ORDER**

| Exhibit | Description |
|---|---|
| 1 | Screen Shot of Ferrara LinkedIn Profile |
| 2 | Declaration of Corey Stern |
| 3 | Excerpt of Carrie Griffiths Deposition, part 1 |
| 4 | Excerpt of Carrie Griffiths Deposition, part 2 |
| 5 | Records from Graduate Hotel, Ann Arbor |
| 6 | Screenshots of "Facts from the courtroom" from VeoliaFlintFacts.com |
| 7 | Screenshots of various tweets from @VeoliaFlintFacts |
| 8 | Kayla Ruble, "Company sued over Flint's water crisis wages digital PR war during trial," *The Detroit News* |
| 9 | "About Dynamic Search Ads, Google Ads Help." |

| 10 | Screenshots of certain content added around the time of the first Bellwether trial. |
| 11 | Kelly Cutler Affidavit |
| 12 | Cover Pages of Clarke Depositions January 5, 2023 Twitter post and website statement. |
| 13 | January 5, 2023 Twitter post and website statement. |
| 14 | Transcript of Status Conference |
| 15 | *ABA Journal Magazine*, "How Social Media Hijacked the Depp v. Heard Defamation trial" (October 1, 2022) |
| 16 | Plaintiffs' First Request for Production of Documents |
| 17 | Email Objecting to Deposition of Laurent Obadia |
| 18 | Veolia Response to Plaintiffs' Second Request for Production of Documents |