# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

*In re Flint Water Cases 16-10444*

_____/          *The Hon. Judith E. Levy*


*Bellwether III Case No. 17-10164*

_____/

**<u>DECLARATION OF COREY M. STERN, ESQ.</u>**

Pursuant to 28 U.S.C. § 1746, I, Corey M. Stern, hereby declare as follows:

1.      I am a partner with the law firm Levy Konigsberg, LLP.

2.      I was trial counsel for and continue to represent the four bellwether plaintiffs to the first bellwether jury trial, which began on February 15, 2022, and which ended in a mistrial on August 11, 2022.

3.      I know who Francis X. Ferrara ("Ferrara") is, and I would recognize him in any setting, based on the time I have spent litigating cases associated with the Flint Water Crisis and the time he has spent in various courtroom settings and on numerous Zoom hearings/meetings.

4.      I personally observed Ferrara present in the courtroom for virtually the entirety of the first bellwether trial.

5.      During the trial, I personally observed Ferrara, and an individual named

Pierre Farcot, talking in the courtroom and hallways, as well as on multiple occasions looking at and discussing something on a cellular telephone.

Respectfully submitted, this the 17th day of January, 2023.

**LEVY KONIGSBERG, LLP**

/s/ COREY M. STERN
Corey M. Stern
605 Third Avenue, 33rd Floor
New York, New York 10158
(212) 605-6200
(212) 605-6290 (facsimile)
cstern@levylaw.com