# EXHIBIT 3

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF MICHIGAN
 2                   SOUTHERN DIVISION
 3   _____
                                )
 4                              )  Civil Action No.
                                )  5:16-cv-10444-JEL-MKM
 5   In re:  FLINT WATER CASES  )  (consolidated)
                                )
 6                              )  Hon. Judith E. Levy
                                )  Mag. Mona K. Majzoub
 7   _____)
 8
 9                  HIGHLY CONFIDENTIAL
10            Wednesday, November 16, 2022
11
12           Remote videotaped deposition of
13   CARRIE GRIFFITHS, held at the location of the witness
14   in Boston, Massachusetts, commencing at 9:09 a.m., on
15   the above date before Carol A. Kirk, Registered Merit
16   Reporter, Certified Shorthand Reporter, and Notary
17   Public.
18
19
20
21
              GOLKOW LITIGATION SERVICES
22         877.370.3377 ph | 917.591.5672 fax
                  deps@golkow.com
23
24
```

1    correct?

2                   MR. KRAMER:  Objection.

3          A.    I don't know.  I would assume

4    that.

5          Q.    Well, who would know?  Who at

6    Veolia would know exactly who was responsible

7    for the tweets that were being generated during

8    the first bellwether trial from the Veolia

9    Twitter account?

10         A.    I would assume that's

11   Pierre Farcot.

12         Q.    Pierre Farcot.  Why would you

13   assume that it's him?

14         A.    My understanding is that Pierre

15   was the point person for the communications

16   related to the trial.

17         Q.    Does that include -- strike that.

18               Are you aware of the website

19   veoliaflintfacts.com?

20         A.    I am.

21         Q.    And that website was created prior

22   to you joining any Veolia entity in 2018,

23   correct?

24         A.    Correct.

```
 1          Q.    Do you understand that during

 2    trial, the content of veoliaflintfacts.com

 3    changed and had additions to it from prior to

 4    the trial beginning?

 5                MR. KRAMER:  Objection.

 6          A.    That may be.  I wasn't looking at

 7    it closely during that time.

 8          Q.    Irrespective of whether you saw it

 9    or not, are you aware that content was added to

10    that website during the first Flint bellwether

11    trial?

12          A.    I'm not sure.

13          Q.    Who would be responsible for

14    adding content to the veoliaflintfacts.com

15    website today?

16          A.    I'm assuming that would be Pierre.

17          Q.    Who would have been responsible

18    for adding content to the Veolia Flint Facts

19    website during the first bellwether trial?

20          A.    Didn't I just answer that?  Isn't

21    that the question you just asked?

22          Q.    It's not.  But is it the same

23    answer?

24                I asked you who would be
```

1    responsible today, and then I asked you who

2    would have been responsible during the trial.

3              MR. KRAMER:  I don't think --

4         Q.   So let me ask it -- let me strike

5    all that and start over.

6              Sitting here today on November 16,

7    2022, who was responsible amongst all the Veolia

8    entities with any content that's added to the

9    veoliaflintfacts.com website?

10        A.   It would be Pierre, but I believe

11   he's not with the company anymore.  I'm not sure

12   who it is right now.

13        Q.   Okay.  We'll get to Pierre in a

14   minute.

15             During the trial, during the first

16   Flint bellwether trial, who would have been

17   responsible for the content additions associated

18   with the veoliaflintfacts.com website?

19        A.   I assume that's Pierre.

20        Q.   Okay.  Prior to the first

21   bellwether trial, who would have been

22   responsible for additions of content to the

23   veoliaflintfacts.com website?

24        A.   Pierre.