# EXHIBIT 4

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF MICHIGAN
 2                    SOUTHERN DIVISION
 3    _____
                                   )
 4                                 )   Civil Action No.
                                   )   5:16-cv-10444-JEL-MKM
 5    In re:   FLINT WATER CASES   )   (consolidated)
                                   )
 6                                 )   Hon. Judith E. Levy
                                   )   Mag. Mona K. Majzoub
 7    _____)
 8
 9                    HIGHLY CONFIDENTIAL
10              Wednesday, November 16, 2022
11
12              Remote videotaped deposition of
13    CARRIE GRIFFITHS, held at the location of the witness
14    in Boston, Massachusetts, commencing at 9:09 a.m., on
15    the above date before Carol A. Kirk, Registered Merit
16    Reporter, Certified Shorthand Reporter, and Notary
17    Public.
18
19
20
21
                   GOLKOW LITIGATION SERVICES
22           877.370.3377 ph | 917.591.5672 fax
                       deps@golkow.com
23
24
```

```
 1         A.     Of course it would.
 2         Q.     Okay.  So don't you think it's
 3   important to know as the communications director
 4   for VNA who has access to and the ability to
 5   post on behalf of VNA through this Twitter
 6   account?
 7         A.     I'm not concerned about that.  We
 8   have an excellent team at headquarters.  All of
 9   this information is vetted and approved, and I
10   have no concerns about that.
11         Q.     All of it is vetted by who?
12         A.     By the communications and the
13   legal team.
14         Q.     Which communications and legal
15   team?
16         A.     I am not exactly sure who everyone
17   is on the team.
18         Q.     Okay.  Well, you mentioned a
19   communications team in France, and you mentioned
20   a communications team in Veolia North America.
21   You've already described that you had no input
22   whatsoever in the content, sum, or substance of
23   what was tweeted out through this Twitter
24   account, correct?
```

```
 1                 MR. KRAMER:  Object to form.
 2         A.    Correct.
 3         Q.    So who vetted it?  Who vetted the
 4   content?  Who specifically vetted it?
 5                 MR. KRAMER:  If you know.
 6         A.    I don't know for sure.  Pierre was
 7   involved working with the headquarters' legal
 8   teams.  I'm not exactly sure.
 9         Q.    So there's a separate legal team
10   for headquarters in France than there is for
11   Veolia North America; is that accurate?
12                 MR. KRAMER:  Objection; misstates
13         testimony.
14         A.    There's a legal team in
15   headquarters, and there's a legal team in Veolia
16   North America.
17         Q.    The legal team in headquarters,
18   are those French attorneys or American
19   attorneys?
20         A.    I don't know.
21         Q.    When you're referring to the legal
22   team for Veolia North America, are you referring
23   to lawyers who are on this deposition, or are
24   you referring to an internal legal team or some
```

```
 1    combination of both?
 2         A.    It depends on the situation.
 3         Q.    In terms of the situation
 4    involving the Veolia Flint Facts handle,
 5    @vnaflintfacts, who from -- which legal team was
 6    responsible for vetting the sum and substance of
 7    the tweets?
 8         A.    I don't know.
 9         Q.    Who would I ask?
10         A.    Pierre Farcot.
11         Q.    Is it your testimony that every
12    single entry, every single tweet that was put
13    out through this Twitter handle @vnaflintfacts
14    was first vetted by communications and legal at
15    Veolia?
16               MR. KRAMER:  Objection; misstates
17         testimony.
18               MR. STERN:  That's why I'm asking.
19         A.    I don't know for sure.
20         Q.    Would you have expected it to be?
21               MR. KRAMER:  Objection.
22         A.    Yes.
23         Q.    Why?
24         A.    We have a system with
```

HIGHLY CONFIDENTIAL - Carrie Griffiths

```
 1                Do you recall that?
 2        A.      Yes.
 3        Q.      And you mentioned that you assumed
 4   that lawyers may have vetted the tweets; is that
 5   right?
 6        A.      Yes.
 7        Q.      As you sit here today, though, you
 8   have no information one way or the other as to
 9   whether any of the lawyers involved in the trial
10   reviewed the tweets at all; isn't that right?
11                MR. STERN:  Objection to form.
12        A.      I have no idea.
13        Q.      In fact, you have no information
14   at all as to whether lawyers were involved in
15   any way with any of the tweets, correct?
16        A.      Correct.
17                MR. STERN:  Objection; form.
18        Q.      Do you have any information today
19   as to whether lawyers were involved in one way
20   or the other with any of the tweets?
21        A.      No.
22        Q.      So to be clear, no one should
23   construe your testimony here today to be that
24   the lawyers involved in the trial were involved
```