# EXHIBIT 12

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF MICHIGAN
 2                    SOUTHERN DIVISION
     _____
 3                                         : Civil Action No
                                           : 5:16-cv-10444
 4   In re:   FLINT WATER CASES            :
                                           : Hon. Judith E. Levy
 5   _____: Mag. Mona K. Majzoub
 6
                         STATE OF MICHIGAN
 7       CIRCUIT COURT FOR THE 7TH JUDICIAL CIRCUIT
                          GENESEE COUNTY
 8   _____
                                           :
 9   In Re:   FLINT WATER LITIGATION       : No. 17-108646-N0
                                           : (this filing does
10   ATTORNEY GENERAL DANA NESSEL,         : NOT relate to all of
     on behalf of the People of the        : the cases - only
11   State of Michigan,                    : 16-107576-NM)
                                           :
12            Plaintiff,                   :
          v.                               : No. 16-107576-NM
13                                         : Hon. Joseph J. Farah
     VEOLIA NORTH AMERICA, INC.,           :
14   a Delaware Corporation, et al.,       : HIGHLY CONFIDENTIAL
                                           :
15            Defendants.                  :
     _____:
16
                     Monday, June 28, 2021
17
             Deposition of BRIAN CLARKE, conducted at the
18
     location of the witness in Lombard, Illinois,
19
     commencing at 8:06 a.m., on the above date, before
20
     Carol A. Kirk, Registered Merit Reporter, Certified
21
     Shorthand Reporter, and Notary Public.
22
23                GOLKOW LITIGATION SERVICES
             877.370.3377 ph | 917.591.5672 fax
24                    deps@golkow.com
```

Highly Confidential - Brian Clarke

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF MICHIGAN
 3                    SOUTHERN DIVISION
 4    _____
                                  )
 5                                )  Civil Action No.
                                  )  5:16-cv-10444-JEL-MKM
 6    In re:   FLINT WATER CASES  )  (consolidated)
                                  )
 7                                )  Hon. Judith E. Levy
                                  )  Mag. Mona K. Majzoub
 8    _____)
 9
10                    HIGHLY CONFIDENTIAL
11       REMOTE VIDEOTAPED 30(b)(6) DEPOSITION OF
                        BRIAN CLARKE
12
                 Tuesday, October 6, 2020
13
                          VOLUME I
14
15          Remote videotaped deposition of
16    BRIAN CLARKE conducted at the location of
17    the witness in Lombard, Massachusetts, commencing at
18    10:05 a.m., on the above date, before Carol A. Kirk,
19    Registered Merit Reporter, Certified Shorthand
20    Reporter, and Notary Public.
21
22
23             GOLKOW LITIGATION SERVICES
           877.370.3377 ph | 917.591.5672 fax
24                   deps@golkow.com
```

Golkow Litigation Services                                    Page 1

Highly Confidential - Brian Clarke

```
  1                UNITED STATES DISTRICT COURT
  2                EASTERN DISTRICT OF MICHIGAN
  3                      SOUTHERN DIVISION
  4    _____
                                  )
  5                               )  Civil Action No.
                                  )  5:16-cv-10444-JEL-MKM
  6    In re:   FLINT WATER CASES )  (consolidated)
                                  )
  7                               )  Hon. Judith E. Levy
                                  )  Mag. Mona K. Majzoub
  8    _____)
  9
 10                    HIGHLY CONFIDENTIAL
 11    CONTINUED REMOTE VIDEOTAPED 30(b)(6) DEPOSITION
                        OF BRIAN CLARKE
 12
                  Wednesday, October 7, 2020
 13
                           VOLUME II
 14
 15        Continued remote videotaped deposition of
 16   BRIAN CLARKE conducted at the location of
 17   the witness in Lombard, Massachusetts, commencing at
 18   10:01 a.m., on the above date, before Carol A. Kirk,
 19   Registered Merit Reporter, Certified Shorthand
 20   Reporter, and Notary Public.
 21
 22
 23           GOLKOW LITIGATION SERVICES
           877.370.3377 ph | 917.591.5672 fax
 24                 deps@golkow.com
```