# EXHIBIT 17

**Subject:** RE: Deposition Notices - Laurent Obadia & Jace Connor (Veolia Entities)

**Date:** Monday, November 21, 2022 at 6:08:39 PM Eastern Standard Time

**From:** Kramer, Kelly

**To:** Corey Stern, Scheduling@golkow.com

**CC:** flint@golkow.com, MFraser@campbell-trial-lawyers.com, Alyza M. Dermody, Melanie Daly, Eric.A.Rey@usdoj.gov, abourke@bernllp.com, acollins@fosterswift.com, adeich@cohenmilstein.com, ahuller@hmelegal.com, akresch@1800lawfirm.com, ALatanision@levylaw.com, alexrusek@whitelawpllc.com, andrew@aboodlaw.com, anlyn.addis@gmail.com, aringstad@campbell-trial-lawyers.com, atschnatz@mcalpinelawfirm.com, atschnatz@mcalpinepc.com, Ashley P. Vieux, Kent, David C., awheeler@cityofflint.com, bergf@butzel.com, betsyllewis@gmail.com, bettenhausenm@michigan.gov, bgoodman@goodmanhurwitz.com, Ter Molen, Mark R., bmacdonald@ccglawyers.com, bmcelvaine@campbelltriallawyers.com, bmeyer@owdpc.com, brivers@pittlawpc.com, bush@bsplaw.com, bwolf718@msn.com, caprice.corbett@faegredrinker.com, travis.gamble@faegredrinker.com, carrie@aboodlaw.com, CavanaghC2@michigan.gov, cbarbieri@fosterswift.com, cbechill@pittlawpc.com, cclare@clarkhill.com, Michael.L.Williams@usdoj.gov, CFletcher@campbell-trial-lawyers.com, cgornbein@clarkhill.com, Jason.T.Cohen@usdoj.gov, Cindy@loevy.com, cjbenedetto@benedettolaw.com, Timothy.Walthall@usdoj.gov, ckern@bernripka.com, cmarker@owdpc.com, cmcgehee@pittlawpc.com, coliveira@Campbell-trial-lawyers.com, cosborn@foleymansfield.com, cplummer@bernllp.com, CRenaud@Campbell-trial-lawyers.com, crobins@bernllp.com, csego@maddinhauser.com, Moshe S. Maimon, cstritmatter@sfplaw.com, cthompson@sullivanwardlaw.com, cthompson@swappc.com, cvergara@mckeenassociates.com, Cynthia@cmlindseylaw.com, d.dawson@fiegerlaw.com, d.dezbor@fiegerlaw.com, dana@owdpc.com, david.shea@sadplaw.com, davidj@butzel.com, dclitigationdocketing@blankrome.com, dcoveart@fraserlawfirm.com, deblabelle@aol.com, devine@butzel.com, dgjonaj@weitzlux.com, DGreenspan@blankrome.com, dhart@maddinhauser.com, dhumphrey@bernllp.com, drogers@campbell-trial-lawyers.com, droulo@sullivanwardlaw.com, eberezofsky@motleyrice.com, efilings@cohenmilstein.com, elevens@cohenmilstein.com, enaylor@ccglawyers.com, erin.sofinowski@murphyfalcon.com, eschaktman@bernllp.com, fajenlaw@fajenmiller.com, frank.aiello@sadplaw.com, GambillN@michigan.gov, geroux@butzel.com, GibsonJ16@michigan.gov, gmeihn@foleymansfield.com, gregmair@owdpc.com, gstamatopoulos@weitzlux.com, gzellers@hallrender.com, HammoudF1@michigan.gov, haslawpc@gmail.com, hassan.murphy@murphyfalcon.com, haynes@butzel.com, hfonseca@motleyrice.com, HiarR@michigan.gov, hill@bsplaw.com, hunter@napolilaw.com, j.fanson@fiegerlaw.com, jberger@clarkhill.com, jbolton@clarkhill.com, JBroaddus@weitzlux.com, jcappelli@bernllp.com, jeblake@mcalpinepc.com, jgalvin@gcdcwws.com, jgilliam@foleymansfield.com, jhurwitz@goodmanhurwitz.com, jloper@masseygail.com, jmason@bernlllp.com, jmassey@masseygail.com, jmcampbell@Campbell-trial-lawyers.com, jmoran@swappc.com, joann.autry@murphyfalcon.com, JODonnell@CampbellTrialLawyers.com, jdolan@susmangodfrey.com, JONeil@CampbellTrialLawyers.com, jconnors@susmangodfrey.com, jpenhallegon@campbelltriallawyers.com, jprior@hmelegal.com, jrabin@hallrender.com, jroberts@fraserlawfirm.com, jsawin@sawinlawyers.com, JSpallone@campbell-trial-lawyers.com, jswetlic@clarkhill.com, jude.hickland@faegredrinker.com, julie@loevy.com, jnelson@susmangodfrey.com, jwb@burdickpc.com, jweiner@cohenmilstein.com, kaltman@excololaw.com, kaltman@lawampmmt.com, karyn.slavin@murphyfalcon.com, kcasey@excololaw.com, KDupre@Campbell-trial-lawyers.com, kelly.friel@sadplaw.com, KettlerM@michigan.gov, kjackson@shrr.com, kjames@goodmanhurwitz.com,

kkilby@mcgrawmorris.com, klane@mcgrawmorris.com, klein@butzel.com, kliffel@butzel.com, kpierson@cohenmilstein.com, kpiper@owdpc.com, ksaur@hallrender.com, kshah@levylaw.com, KStemrich@campbell-trial-lawyers.com, kuhlr@michigan.gov, kurt@cndefenders.com, Laidlerlaw@hotmail.com, lalfano@fraserlawfirm.com, larry@tribelaw.com, larson@butzel.com, lcuomo@cohenmilstein.com, LCushman@plunkettcooney.com, lharroff@fosterswift.com, LJensen@hallrender.com, lkroeger@cohenmilstein.com, lmandara@motleyrice.com, lmcpartlin@clarkhill.com, lpetrowsky@clarkhill.com, lrobbins@plunkettcooney.com, lseale@goodmanhurwitz.com, lthomson@hertzschram.com, lwhitney@sfplaw.com, m.duda@fiegerlaw.com, mail@goodmanhurwitz.com, ManningP@michigan.gov, mark@cukerlaw.com, mary@cndefenders.com, mateoja@aol.com, mbern@bernllp.com, mcaffe@aol.com, mcinneshp@aol.com, mgildner@sfplaw.com, MWimmer@susmangodfrey.com, MitosinkaA@michigan.gov, mlmcalpine@mcalpinepc.com, mmitchell@maddinhauser.com, mnapoli@napolilaw.com, mpattwell@clarkhill.com, mperry@fraserlawfirm.com, mpitt@pittlawpc.com, mquirk@motleyrice.com, msinkovich@excololaw.com, mturchyn@hertzschram.com, murdoch@butzel.com, mvike@cohenmilstein.com, mwise@foleymansfield.com, nick.szokoly@murphyfalcon.com, nllietzau@mcalpinepc.com, PJimenez@susmangodfrey.com, pcronk@plunkettcooney.com, PErickson@plunkettcooney.com, pgeske@mcgpc.com, pgrashoff@shrr.com, PingD@michigan.gov, planciotti@napolilaw.com, pnovak@weitzlux.com, pstamler@hertzschram.com, rbell@pittlawpc.com, RBrooks@blankrome.com, reiss@bsplaw.com, rkamenec@plunkettcooney.com, rmclaughlin@hmelegal.com, rpcampbell@Campbell-trial-lawyers.com, rsharp@bernllp.com, rstowers@plunkettcooney.com, RWalker@levylaw.com, sara.rahmjoo@murphyfalcon.com, sbreznai@foleymansfield.com, sburke@burkepllc.com, sfletcher@thefletcherlawfirmpllc.com, shall@swappc.com, shansel@motleyrice.com, shart@hmelegal.com, sraymond@susmangodfrey.com, sheryl@owdpc.com, smikalonis@plunkettcooney.com, smonroe@bernllp.com, solomonradner@gmail.com, sradner@excololaw.com, sruddockharris@weitzlux.com, ssmith@bdlaw.com, smorrissey@susmangodfrey.com, tanderson@shrr.com, tbingman@tbingmanlaw.com, tleopold@cohenmilstein.com, tmcgraw@mcgrawmorris.com, tmorgan@fraserlawfirm.com, tperkins@perkinslawgroup.net, trina@vlwlegal.com, trusso@bernlllp.com, tsantinomateo@gmail.com, tweglarz@fiegerlaw.com, Val@vlwlegal.com, vcooper@cityofflint.com, VBHATIA@susmangodfrey.com, vkuhl@shrr.com, wayne.mason@faegredrinker.com, williams@bsplaw.com, wkim@cityofflint.com, wpaul@fosterswift.com, zachary.bialick@sadplaw.com, zeinehlaw@gmail.com, Zena@vlwlegal.com, mspross@campbell-trial-lawyers.com, kpeaslee@susmangodfrey.com, ADevine@Campbell-trial-lawyers.com

Counsel –

We object to the deposition notice naming Laurent Obadia (including the date) because he is not, and never has been, a VNA employee, and because he is a French citizen, residing in France.  You will need to arrange to serve him properly.  We additionally object because he has already been deposed once in this litigation.

Best regards,

---

**Kelly B. Kramer**
*Partner, Co-Head of Global Investigations & White Collar Defense Group*
Mayer Brown LLP
1999 K Street NW
T +1 202 263 3007 | M +1 202 679 7689
LinkedIn | Twitter
mayerbrown.com

Please consider the environment before printing this e-mail. If you need to print it, consider printing it double-sided.

**From:** Corey Stern <CStern@levylaw.com>
**Sent:** Wednesday, November 16, 2022 3:02 PM
**To:** Jessica Satira <Scheduling@golkow.com>; Jessica Satira <Scheduling@golkow.com>
**Cc:** _Flint <flint@golkow.com>; Fraser, Michelle <MFraser@campbell-trial-lawyers.com>; Alyza M. Dermody <adermody@levylaw.com>; Melanie Daly <mdaly@levylaw.com>; Rey, Eric A. (CIV) <Eric.A.Rey@usdoj.gov>; abourke@bernllp.com; acollins@fosterswift.com; adeich@cohenmilstein.com; ahuller@hmelegal.com; akresch@1800lawfirm.com; ALatanision@levylaw.com; alexrusek@whitelawpllc.com; andrew@aboodlaw.com; anlyn.addis@gmail.com; Ringstad, Andreas <aringstad@campbell-trial-lawyers.com>; atschnatz@mcalpinelawfirm.com; atschnatz@mcalpinepc.com; Ashley P. Vieux <AVieux@levylaw.com>; Kent, David C. <david.kent@faegredrinker.com>; awheeler@cityofflint.com; bergf@butzel.com; betsyllewis@gmail.com; bettenhausenm@michigan.gov; bgoodman@goodmanhurwitz.com; Ter Molen, Mark <MTerMolen@mayerbrown.com>; bmacdonald@ccglawyers.com; McElvaine, Bryan D. <bmcelvaine@campbelltriallawyers.com>; bmeyer@owdpc.com; brivers@pittlawpc.com; bush@bsplaw.com; bwolf718@msn.com; Corbett, Caprice C. <caprice.corbett@faegredrinker.com>; Gamble, Travis S. <travis.gamble@faegredrinker.com>; carrie@aboodlaw.com; CavanaghC2@michigan.gov; cbarbieri@fosterswift.com; cbechill@pittlawpc.com; cclare@clarkhill.com; Williams, Michael L. (CIV) <Michael.L.Williams@usdoj.gov>; Fletcher, Christopher D. <CFletcher@campbell-trial-lawyers.com>; cgornbein@clarkhill.com; Cohen, Jason T. (CIV) <Jason.T.Cohen@usdoj.gov>; Cindy@loevy.com; cjbenedetto@benedettolaw.com; Walthall, Timothy (CIV) <Timothy.Walthall@usdoj.gov>; ckern@bernripka.com; cmarker@owdpc.com; cmcgehee@pittlawpc.com; Oliveira, Christine E. <coliveira@Campbell-trial-lawyers.com>; cosborn@foleymansfield.com; cplummer@bernllp.com; Renaud, Chrissie A. <CRenaud@Campbell-trial-lawyers.com>; crobins@bernllp.com; csego@maddinhauser.com; Moshe S. Maimon <MMaimon@levylaw.com>; cstritmatter@sfplaw.com; cthompson@sullivanwardlaw.com; cthompson@swappc.com; cvergara@mckeenassociates.com; Cynthia@cmlindseylaw.com; d.dawson@fiegerlaw.com; d.dezbor@fiegerlaw.com; dana@owdpc.com; david.shea@sadplaw.com; davidj@butzel.com; dclitigationdocketing@blankrome.com; dcoveart@fraserlawfirm.com; deblabelle@aol.com; devine@butzel.com; dgjonaj@weitzlux.com; DGreenspan@blankrome.com; dhart@maddinhauser.com; dhumphrey@bernllp.com; Rogers, David M. <drogers@campbell-trial-lawyers.com>; droulo@sullivanwardlaw.com; eberezofsky@motleyrice.com; efilings@cohenmilstein.com; elevens@cohenmilstein.com; enaylor@ccglawyers.com; erin.sofinowski@murphyfalcon.com; eschaktman@bernllp.com; fajenlaw@fajenmiller.com; frank.aiello@sadplaw.com; GambillN@michigan.gov; geroux@butzel.com; GibsonJ16@michigan.gov; gmeihn@foleymansfield.com; gregmair@owdpc.com; gstamatopoulos@weitzlux.com; gzellers@hallrender.com; HammoudF1@michigan.gov; haslawpc@gmail.com; hassan.murphy@murphyfalcon.com; haynes@butzel.com; hfonseca@motleyrice.com; HiarR@michigan.gov; hill@bsplaw.com; hunter@napolilaw.com; j.fanson@fiegerlaw.com; jberger@clarkhill.com; jbolton@butzel.com; JBroaddus@weitzlux.com; jcappelli@bernllp.com; jeblake@mcalpinepc.com; jgalvin@gcdcwws.com; jgilliam@foleymansfield.com; jhurwitz@goodmanhurwitz.com; jloper@masseygail.com; jmason@bernlllp.com; jmassey@masseygail.com; Campbell, James M. <jmcampbell@Campbell-trial-lawyers.com>; jmoran@swappc.com; joann.autry@murphyfalcon.com; O'Donnell, Jack J. <JODonnell@CampbellTrialLawyers.com>; John Dolan <jdolan@susmangodfrey.com>; O'Neil, Joseph E. <JONeil@CampbellTrialLawyers.com>; Jordan Connors <jconnors@susmangodfrey.com>; Penhallegon, John R. <jpenhallegon@campbelltriallawyers.com>; jprior@hmelegal.com; jrabin@hallrender.com; jroberts@fraserlawfirm.com; jsawin@sawinlawyers.com; Spallone, Joseph J. <JSpallone@campbell-trial-lawyers.com>; jswetlic@clarkhill.com; Hickland, Jude T. <jude.hickland@faegredrinker.com>; julie@loevy.com; Justin A. Nelson <jnelson@susmangodfrey.com>; jwb@burdickpc.com; jweiner@cohenmilstein.com; kaltman@excololaw.com; kaltman@lawampmmt.com; karyn.slavin@murphyfalcon.com; kcasey@excololaw.com; Dupre, Kristin M. <KDupre@Campbell-trial-lawyers.com>; kelly.friel@sadplaw.com; KettlerM@michigan.gov; kjackson@shrr.com;

kjames@goodmanhurwitz.com; kkilby@mcgrawmorris.com; klane@mcgrawmorris.com; klein@butzel.com; kliffel@butzel.com; kpierson@cohenmilstein.com; kpiper@owdpc.com; ksaur@hallrender.com; kshah@levylaw.com; Stemrich, Katelyn R. <KStemrich@campbell-trial-lawyers.com>; kuhlr@michigan.gov; kurt@cndefenders.com; Laidlerlaw@hotmail.com; lalfano@fraserlawfirm.com; larry@tribelaw.com; larson@butzel.com; lcuomo@cohenmilstein.com; LCushman@plunkettcooney.com; lharroff@fosterswift.com; LJensen@hallrender.com; Leslie Mitchell Kroeger <lkroeger@cohenmilstein.com>; lmandara@motleyrice.com; lmcpartlin@clarkhill.com; lpetrowsky@clarkhill.com; lrobbins@plunkettcooney.com; lseale@goodmanhurwitz.com; lthomson@hertzschram.com; lwhitney@sfplaw.com; m.duda@fiegerlaw.com; mail@goodmanhurwitz.com; ManningP@michigan.gov; mark@cukerlaw.com; mary@cndefenders.com; mateoja@aol.com; mbern@bernllp.com; mcaffe@aol.com; mcinneshp@aol.com; mgildner@sfplaw.com; Michelle Wimmer <MWimmer@susmangodfrey.com>; MitosinkaA@michigan.gov; mlmcalpine@mcalpinepc.com; mmitchell@maddinhauser.com; mnapoli@napolilaw.com; mpattwell@clarkhill.com; mperry@fraserlawfirm.com; mpitt@pittlawpc.com; mquirk@motleyrice.com; msinkovich@excololaw.com; mturchyn@hertzschram.com; murdoch@butzel.com; mvike@cohenmilstein.com; mwise@foleymansfield.com; nick.szokoly@murphyfalcon.com; nllietzau@mcalpinepc.com; Paris Jimenez <PJimenez@susmangodfrey.com>; pcronk@plunkettcooney.com; PErickson@plunkettcooney.com; pgeske@mcgpc.com; pgrashoff@shrr.com; PingD@michigan.gov; planciotti@napolilaw.com; pnovak@weitzlux.com; pstamler@hertzschram.com; rbell@pittlawpc.com; RBrooks@blankrome.com; reiss@bsplaw.com; rkamenec@plunkettcooney.com; rmclaughlin@hmelegal.com; Campbell, Richard P. <rpcampbell@Campbell-trial-lawyers.com>; rsharp@bernllp.com; rstowers@plunkettcooney.com; RWalker@levylaw.com; sara.rahmjoo@murphyfalcon.com; sbreznai@foleymansfield.com; sburke@burkepllc.com; sfletcher@thefletcherlawfirmpllc.com; shall@swappc.com; shansel@motleyrice.com; shart@hmelegal.com; Shawn Raymond <sraymond@susmangodfrey.com>; sheryl@owdpc.com; smikalonis@plunkettcooney.com; smonroe@bernllp.com; solomonradner@gmail.com; sradner@excololaw.com; sreynolds@mayerbrown.com; sruddockharris@weitzlux.com; ssmith@bdlaw.com; Steve Morrissey <smorrissey@susmangodfrey.com>; tanderson@shrr.com; tbingman@tbingmanlaw.com; tleopold@cohenmilstein.com; tmcgraw@mcgrawmorris.com; tmorgan@fraserlawfirm.com; tperkins@perkinslawgroup.net; trina@vlwlegal.com; trusso@bernlllp.com; tsantinomateo@gmail.com; tweglarz@fiegerlaw.com; Val@vlwlegal.com; vcooper@cityofflint.com; Vineet Bhatia <VBHATIA@susmangodfrey.com>; vkuhl@shrr.com; Mason, Wayne B. <wayne.mason@faegredrinker.com>; williams@bsplaw.com; wkim@cityofflint.com; wpaul@fosterswift.com; zachary.bialick@sadplaw.com; zeinehlaw@gmail.com; Zena@vlwlegal.com; Spross, Mark J. <mspross@campbell-trial-lawyers.com>; Katy Peaslee <kpeaslee@susmangodfrey.com>; Devine, Alaina N. <ADevine@Campbell-trial-lawyers.com>
**Subject:** Deposition Notices - Laurent Obadia & Jace Connor (Veolia Entities)

All:

Attached please find Notice of Depositions for the following deponents:

|   | | | | |
|---|---|---|---|---|
| 1. | Jace W. Connor | Remote/Zoom | 12/1 – 2, 2022 | 9:00 am EST |
| 2. | Laurent Obadia | Remote/Zoom | 11/29 – 30, 2022 | 9:00 am EST |

Very Truly Yours,

Corey M. Stern
Levy Konigsberg, LLP
605 Third Avenue, 33rd Floor
New York, New York 10158
(212)605-6298
(212)605-6290 (facsimile)

www.levylaw.com

CONFIDENTIALITY STATEMENT This e-mail transmission and any accompanying attachment contains information that is confidential, privileged and exempt from disclosure under applicable law. This e-mail is intended only for the use of the individual or entity to which it is addressed. If you receive this e-mail in error or you are not the intended recipient, do not read, copy or disseminate in any manner. If you are not the intended recipient, you may not disseminate, distribute or copy this communication and any disclosure, copying, distribution, use or taking any action in reliance on the contents of this information is strictly prohibited. If you received this communication in error, please reply to the message immediately by informing the sender that the message was misdirected and after advising the sender you must erase the message from your computer system and destroy any hard copies that may have been made. Thank you for your assistance in correcting this error.

---

This email has been scanned for spam and viruses. Click here to report this email as spam.

---

This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities, including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership) and Tauil & Chequer Advogados (a Brazilian partnership).

Information about how we handle personal information and our use of relationship insight tools in conjunction with email is available in our Privacy Notice.