UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In Re Flint Water Cases* | No. 5:16-cv-10444<br>Hon. Judith E. Levy<br>Mag. Elizabeth A. Stafford |
| *Walters v. City of Flint,* et al. | No. 5:17-cv-10164<br>Hon. Judith E. Levy<br>Mag. Elizabeth A. Stafford |

### STIPULATION REGARDING EXTENSION OF TIME FOR REPLY BRIEF TO THE VNA DEFENDANTS' MOTION FOR PROTECTIVE ORDER

Bellwether III Plaintiffs and Defendants Veolia Water North America Operating Services, LLC, Veolia North America, Inc. and Veolia North America, LLC (collectively "the VNA Defendants") hereby stipulate that VNA shall have through January 31, 2023, to file a reply to VNA Defendants' Motion for Protective Order (ECF Doc. 2307, Case No. 5:16-cv-10444).

Dated: January 20, 2023

| | |
|---|---|
| **LEVY KONIGSBERG, LLP** | **CAMPBELL, CONROY & O'NEIL, PC** |
| /s/ COREY M. STERN<br>Corey M. Stern<br>605 Third Ave, 33rd Floor<br>New York, NY 10158<br>(212) 605-6200<br>cstern@levylaw.com<br>*Counsel for Plaintiffs* | /s/ ALAINA N. DEVINE<br>Alaina N. Devine<br>One Constitution Wharf, Suite 310<br>Boston, MA 02129<br>(617) 241-3000<br>adevine@campbell-trial-lawyers.com<br>*Counsel for VNA Defendants* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 20, 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing upon counsel of record.

Dated: January 20, 2023

                                                /s/ Alaina N. Devine
                                                CAMPBELL CONROY & O'NEIL, P.C.