# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

## ORDER SETTING DEADLINES RELATED TO FEBRUARY 2, 2023 STATUS CONFERENCE

The next status conference will be held on **Thursday February 2, 2023 at 1:00 pm**. (*See* ECF No. 2309.) Parties are to file proposed agenda items in Case No. 16-10444 by Thursday January 26, 2023. The Court will issue an agenda by Tuesday, January 31, 2023.

**IT IS SO ORDERED.**

Dated: January 24, 2023
Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 24, 2023.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager
