UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases. _____/ | Judith E. Levy United States District Judge |

This Document Relates To:

*Bellwether III Cases*
    Case No. 17-10164

_____/

### JOINT STIPULATION REGARDING SCHEDULING ORDER FOR BELLWETHER III TRIAL

Bellwether III Plaintiffs and Defendants Veolia Water North America Operating Services, LLC, Veolia North America, Inc., and Veolia North America, LLC (the "VNA Defendants"), Leo A. Daly Company, Lockwood Andrews & Newnam, P.C., and Lockwood Andrews & Newnam, Inc. (the "LAN Defendants"), hereby stipulate and agree to extend certain pre-trial deadlines in the Scheduling Order for the Bellwether III Trial (ECF No. 2179) as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Plaintiffs' Expert Depositions and Defendants' IMEs of Plaintiffs (if needed) | January 16, 2023 to February 13, 2023 | February 7, 2023 to March 13, 2023 |

1

| Defendants' Expert Reports + Complete Disclosures | March 15, 2023 | April 10, 2023 |
|---|---|---|
| Plaintiffs' Reply Expert Reports | April 3, 2023 | April 28, 2023 |
| Defendants' Reply Expert Reports | April 16, 2023 | May 12, 2023 |
| Defendants' Expert Depositions (shall be limited only to those experts for whom the parties submit new or additional reports) | May 3, 2023 to May 25, 2023 | May 15, 2023 to June 5, 2023 |
| Plaintiffs' Reply Expert Report Depositions | May 25, 2023 to June 2, 2023 | June 6, 2023 to June 12, 2023 |

Dated:  January 24, 2023

Respectfully submitted,

CAMPBELL CONROY & O'NEIL, P.C.

/s/ James M. Campbell
James M. Campbell
Alaina N. Devine
20 City Square, Suite 300
Boston, MA  02129
(617) 241-3000
jmcampbell@campbell-trial-lawyers.com
adevine@campbell-trial-lawyers.com

BUSH SEYFERTH PLLC

/s/ Cheryl A. Bush
Cheryl A. Bush (P37031)
100 W. Big Beaver Road
Suite 400
Troy, MI  48084
(248) 822-7800
bush@bsplaw.com

***ATTORNEYS FOR VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC, VEOLIA NORTH AMERICA, LLC, AND VEOLIA NORTH AMERICA, INC.***

/s/Wayne B. Mason
Wayne B. Mason (SBOT 13158950)
Travis S. Gamble (SBOT 00798195)
S. Vance Wittie (SBOT 21832980)
David C. Kent (SBOT 11316400)
FAEGRE DRINKER BIDDLE & REATH LLP
1717 Main St., Suite 5400
Dallas TX 75201
(469) 227-8200
wayne.mason@dbr.com
travis.gamble@dbr.com
vance.wittie@dbr.com
david.kent@dbr.com

/s/ Philip A. Erickson
Philip A. Erickson (P37081)
Patrick Lannen (P73031)
John R. Stevenson (P70241))
PLUNKETT COONEY
101 N. Washington Sq., Ste 1200
Lansing, MI 48933
(517) 324-5608
perickson@plunkettcooney.com
plannen@plunkettcooney.com
jstevenson@plunkettcooney.com

***ATTORNEYS FOR DEFENDANTS
LEO A. DALY COMPANY; LOCKWOOD, ANDREWS &
NEWNAM, INC. and LOCKWOOD, ANDREWS & NEWNAM, P.C.***

/s/ Corey M. Stern
Corey M. Stern
Melanie Daly
LEVY KONIGSBERG, LLP
605 3rd Ave., 33rd Floor
New York, NY 10158
(212) 605-6200
cstern@levylaw.com
mdaly@levylaw.com

/s/ Patrick J. Lanciotti
Patrick J. Lanciotti
NAPOLI SHKOLNIK PLLC
360 Lexington Avenue, 11th Floor
New York, NY, 10017
(212) 397-1000
planciotti@napolilaw.com

***ATTORNEYS FOR BELLWETHER III PLAINTIFFS***