# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

_____

In re FLINT WATER CASES

CIVIL ACTION
FILE NO. 5:16-cv-10444

Hon. Judith E. Levy

_____

## CO-LIAISON COUNSEL'S PROPOSED AGENDA ITEMS RELATED TO FEBRUARY 2, 2023, STATUS CONFERENCE

Co-Liaison Counsel hereby submits the following proposed agenda items:

1. On December 21, 2022, during the most recent status conference, Counsel for VNA explained that they would provide more specific information to the Court regarding the basis for the objection to providing Pierre Farcot's information. Plaintiffs' Counsel would like to discuss an update to this.

2. Clarification on the proper procedure for discovery disputes going forward.

This, the 26th day of January 2023.

**LEVY KONIGSBERG, LLP**

<u>/s/ COREY M. STERN</u>
Corey M. Stern
605 3rd Avenue, 33rd Floor
New York, New York 10158
(212) 605-6298
(212) 605-6290 (facsimile)
cstern@levylaw.com

3

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 26, 2023, I caused the within pleading to be served electronically on counsel of record for all parties to the above-captioned action at their e-mail addresses on file with the Court.

**LEVY KONIGSBERG, LLP**

/s/ COREY M. STERN
Corey M. Stern
605 3rd Avenue, 33rd Floor
New York, New York 10158
(212) 605-6298
cstern@levylaw.com