# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases. | Judith E. Levy |
| | United States District Judge |
| _____/ | |

This Order Relates To:

ALL CASES
(No. 16-10444; No. 22-51723)

_____/

## ORDER ENJOINING MELVIN JONES FROM E-MAILING COURT STAFF

Pro se City of Flint resident and non-party Melvin Jones is the subject of multiple enjoinment orders in this Court and in the Sixth Circuit. (*See* Case No. 18-11934, ECF No. 3397; Case No. 16-10444, ECF Nos. 2062, 2288; Case No. 21-10937, ECF No. 80; *and see* October 21, 2022 Order, 6th Cir., Case No. 22-1540/1609.)

Prolific filing of vexatious and harassing papers on the docket in the Flint water cases is not the only issue with Jones. In early 2021, Jones sent over 350 e-mails to the Court and its staff. (*See* Case No. 21-10937, ECF No. 80, PageID.1251–1252.) This led the Court to enjoin Jones from sending further e-mail, fax, or other communications with "the Court, Court staff, or any United States District Court employee" without first seeking permission to do so. (*Id.* at PageID.1261.) The order prohibiting such communications with Court staff was entered on May 24, 2021.

It has recently come to the Court's attention that Jones has been sending numerous e-mails to Court staff in violation of this Court's Order. One example of several that the Court has reviewed, dated January 19, 2023, is directed to Court employee Richard Lowery, with a copy to over 100 other recipients, with the subject line "Your are being sued VIA the FTCA …. Re: Please take notice of my [NEW] presentation of [my] ….

January 17th, 2023…. [new] FTCA claim form from Melvin Jones Jr. – disabled Michigander" (errors and brackets in original). Earlier in the same email chain, Mr. Lowery wrote to Jones, "Please discontinue emailing me documents directly."

Evidently, neither Mr. Lowery's request nor this Court's May 2021 Order has dissuaded Jones from continuing his prolific, harassing, and vexatious emails to hundreds of individuals, including Court staff in the Eastern District of Michigan.

The Court now reiterates its earlier Order: Jones must cease his unauthorized communication with Court staff. As a sanction for violating the Court's May 2021 Order, the Court will impose a fine on Jones of $100 per e-mail for every email sent to the Court, Court staff, or any Court employee after the date of this Order.

**IT IS SO ORDERED.**

Dated: January 30, 2023        s/Judith E. Levy

3

Ann Arbor, Michigan								JUDITH E. LEVY
												United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 30, 2023.

												<u>s/William Barkholz</u>
												WILLIAM BARKHOLZ
												Case Manager

4