# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

## AGENDA FOR FEBRUARY 2, 2023 STATUS CONFERENCE

The Court will hold a status conference on these cases on **Thursday February 2, 2023 at 1:00 pm** via Zoom video conference. The Zoom link is docketed in 16-10444.

The agenda will be as follows, although the Court may adjust the agenda prior to the conference if necessary.

1. The Court will hold a hearing on **Wednesday, February 8, 2023 at 10:30 am** via Zoom to address a comprehensive process for resolving discovery disputes related to the central issues included in the following motions and e-mailed disputes, and any other disputes related to Veolia's alleged digital media campaign: (1) Plaintiffs' Motion to Compel Responses to RFA and RFPs (ECF No.

2298); (2) VNA's motion for Protective Order Barring the Deposition of Francis Ferarra (ECF No. 2307); (3) Plaintiffs' December 27, 2022 request that the Court assist in resolving a discovery dispute between Bellwether III Plaintiffs and VNA; (4) VNA's objection to providing certain information related to Pierre Farcot, which VNA raised during the December 21, 2022 status conference and which Co-Liaison Counsel seeks to discuss further; and (5) Plaintiffs' January 30, 2023 e-mail regarding the deposition of Jennifer Kaufmann. However, Veolia should come prepared on February 2, 2023, to set forth the relevant portions of the French Criminal Code and the GDPR that it argues apply to the issue with Mr. Farcot and the rationale for that conclusion.

2. Veolia's Motion to Seal and for a Protective Order (ECF No. 2329);
3. Co-Liaison Counsel's request to clarify the proper procedure for discovery disputes.
4. VNA's request to discuss the scheduling of four Bellwether III fact witness depositions.

5. VNA's request to discuss its discovery requests related to Michigan Child Protective Services records regarding two Bellwether III plaintiffs.

6. VNA's request to discuss the status of four Bellwether III experts.

7. VNA's request to discuss the underlying data for Bellwether III experts Dr. Specht and Dr. Hoffman.

8. VNA's request to discuss scheduling of the remaining Bellwether III home inspections.

9. VNA's request to discuss Plaintiffs' counsel's communications with Dr. Russell during his deposition.

10. A report from the Special Master regarding the status of the partial settlement.

The next two Status Conferences will be held on Tuesday February 21, 2023 at 1:00 pm and on Wednesday March 29, 2023 at 1:00 pm. The following dates and times will be reserved for adjudicating discovery disputes, if needed: Wednesday February 8: 2023 at 10:30 am, Wednesday February 15, 2023 at 1:00 pm, Wednesday March 8, 2023 at 1:00 pm, and Wednesday March 22, 2023 at 1:00 pm. A separate order

will issue regarding the Court's Status Conference and Discovery Conference Protocols.

**IT IS SO ORDERED.**

Dated: January 31, 2023　　　　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 31, 2023.

　　　　　　　　　　　　　　　　　s/William Barkholz
　　　　　　　　　　　　　　　　　WILLIAM BARKHOLZ
　　　　　　　　　　　　　　　　　Case Manager

4