# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

Judith E. Levy
United States District Judge

_____/

This Order Relates To:

ALL CASES[1]

_____/

## **JUDGMENT**

For the reasons stated in the opinion and order entered on today's date, it is ordered and adjudged that Jeffrey Wright only is dismissed with prejudice.

---

[1] Wright is a Defendant in the following 59 cases. 1. 16-10444; 2. 17-10164; 3. 17-10342; 4. 17-10400; 5. 17-10677; 6. 17-10679; 7. 17-10681; 8. 17-10682; 9. 17-10686; 10. 17-10687; 11. 17-10688; 12. 17-10689; 13. 17-10692; 14. 17-10696; 15. 17-10697; 16. 17-10699; 17. 17-10703; 18. 17-10707; 19. 17-10709; 20. 17-10710; 21. 17-10713; 22. 17-10715; 23. 17-10717; 24. 17-10718; 25. 17-10720; 26. 17-10721; 27. 17-10724; 28. 17-10725; 29. 17-10743; 30. 17-10744; 31. 17-10745; 32. 17-10746; 33. 17-11165; 34. 17-11166; 35. 17-12116; 36. 17-12153; 37. 17-12289; 38. 17-12942; 39. 17-13289; 40. 18-10348; 41. 18-10486; 42. 18-10631; 43. 18-10633; 44. 18-10679; 45. 18-10713; 46. 18-10726; 47. 18-11102; 48. 18-11173; 49. 18-11281; 50. 18-11287; 51. 18-11289; 52. 18-11298; 53. 18-11416; 54. 18-11743; 55. 18-11770; 56. 18-11841; 57. 18-11967; 58. 18-12007; and 59. 18-12387. Pursuant to the consolidation order (No. 16-10444, ECF No. 2308), this Judgment need only be entered on the docket in Case No. 16-10444.

                                          KINIKIA ESSIX
                                          CLERK OF THE COURT

                                By:    s/William Barkholz
                                          DEPUTY COURT CLERK

Date: February 1, 2023

APPROVED:

s/Judith E. Levy
JUDITH E. LEVY
UNITED STATES DISTRICT JUDGE