UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

**ORDER AUTHORIZING ENGAGEMENT OF WOLF GARRETSON LLC AND ALVAREZ & MARSAL DISPUTES AND INVESTIGATIONS, LLC UNDER THE SUPERVISION OF THE SPECIAL MASTER TO PROVIDE CERTAIN DEFINED SERVICES IN CONNECTION WITH THE ADMINISTRATION OF CLAIMS IN THE PARTIAL SETTLEMENT**

The Special Master has submitted a Report and Recommendation of the Special Master Regarding Addition of Claims Administrator Services for the Partial Settlement (ECF No. 2341) proposing the engagement of two expert firms – Wolf Garretson LLC and Alvarez & Marsal Disputes and Investigations, LLC – to provide certain services to assist in the administration of claims under the Amended Settlement Agreement (ASA). Based on that Report and Recommendation, the Court finds that the engagement of these firms will benefit the implementation

of the ASA. Accordingly, the Court authorizes the Special Master to enter into appropriate engagement agreements with the two firms and to take action to have the firms undertake the tasks necessary to assist in the review and administration of the claims.

Plaintiffs' Counsel and Defendants' Counsel have been advised of this recommendation and have concurred, and the Court has reviewed the engagement agreements.[1]

IT IS SO ORDERED.

Dated: February 1, 2023  s/Judith E. Levy
Ann Arbor, Michigan  JUDITH E. LEVY
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 1, 2023.

s/William Barkholz
WILLIAM BARKHOLZ

---

[1] Capitalized terms in this Order, where applicable, shall have the same meaning as in the Amended Settlement Agreement.

2