# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *Walters, et al.*, <br><br>     *Plaintiffs* <br><br> v. <br><br> *City of Flint, et al.*, <br><br>     *Defendants.* | No. 5:17-cv-10164 <br><br> Hon. Judith E. Levy |

### EXHIBIT INDEX FOR PLAINTIFFS' MOTION TO COMPEL RESPONSES TO PLAINTIFFS' REQUEST FOR ADMISSIONS AND REQUEST FOR PRODUCTION OF DOCUMENTS

| Exhibit | Description |
|---|---|
| 1 | Stern Declaration |
| 2 | Stern Email to Parties of Record |
| 3 | Subpoena |
| 4 | Excerpt of Carrie Griffiths Deposition |
| 5 | Stern Email Regarding Receipt of Documents |
| 6 | Veolia Email Requesting Documents |
| 7 | Stern Email to Veolia |
| 8 | Jones Email, January 18, 2023, 8:12 pm |
| 9 | Jones Email, January 23, 2023, 5:04 pm |