# EXHIBIT 2

**From:** Corey Stern <CStern@levylaw.com>
**Sent:** Tuesday, December 27, 2022 7:40 PM
**To:** Corey Stern <CStern@levylaw.com>
**Cc:** _Flint <flint@golkow.com>; Fraser, Michelle <MFraser@campbell-trial-lawyers.com>; Alyza M. Dermody <adermody@levylaw.com>; Melanie Daly <mdaly@levylaw.com>; Rey, Eric A. (CIV) <Eric.A.Rey@usdoj.gov>; abourke@bernllp.com; acollins@fosterswift.com; adeich@cohenmilstein.com; ahuller@hmelegal.com; akresch@1800lawfirm.com; ALatanision@levylaw.com; alexrusek@whitelawpllc.com; andrew@aboodlaw.com; anlyn.addis@gmail.com; Ringstad, Andreas <aringstad@campbell-trial-lawyers.com>; atschnatz@mcalpinelawfirm.com; atschnatz@mcalpinepc.com; Ashley P. Vieux <AVieux@levylaw.com>; Kent, David C. <david.kent@faegredrinker.com>; awheeler@cityofflint.com; bergf@butzel.com; betsyllewis@gmail.com; Bettenhausen, Margaret (AG) <BettenhausenM@michigan.gov>; bgoodman@goodmanhurwitz.com; Ter Molen, Mark <MTerMolen@mayerbrown.com>; bmacdonald@ccglawyers.com; McElvaine, Bryan D. <bmcelvaine@campbelltriallawyers.com>; bmeyer@owdpc.com; brivers@pittlawpc.com; bush@bsplaw.com; bwolf718@msn.com; Corbett, Caprice C. <caprice.corbett@faegredrinker.com>; Gamble, Travis S. <travis.gamble@faegredrinker.com>; carrie@aboodlaw.com; Cavanagh, Charles (AG) <CavanaghC2@michigan.gov>; Barbieri, Charles <cbarbieri@fosterswift.com>; cbechill@pittlawpc.com; cclare@clarkhill.com; Williams, Michael L. (CIV) <Michael.L.Williams@usdoj.gov>; Fletcher, Christopher D. <CFletcher@campbell-trial-lawyers.com>; cgornbein@clarkhill.com; Cohen, Jason T. (CIV) <Jason.T.Cohen@usdoj.gov>; Cindy@loevy.com; cjbenedetto@benedettolaw.com; Walthall, Timothy (CIV) <Timothy.Walthall@usdoj.gov>; ckern@bernripka.com; cmarker@owdpc.com; cmcgehee@pittlawpc.com; Oliveira, Christine E. <coliveira@campbell-trial-lawyers.com>; cosborn@foleymansfield.com; cplummer@bernllp.com; Renaud, Chrissie A. <CRenaud@campbell-trial-lawyers.com>; crobins@bernllp.com; csego@maddinhauser.com; Moshe S. Maimon <MMaimon@levylaw.com>;

cstritmatter@sfplaw.com; cthompson@sullivanwardlaw.com; cthompson@swappc.com; cvergara@mckeenassociates.com; Cynthia@cmlindseylaw.com; d.dawson@fiegerlaw.com; d.dezbor@fiegerlaw.com; dana@owdpc.com; david.shea@sadplaw.com; davidj@butzel.com; dclitigationdocketing@blankrome.com; dcoveart@fraserlawfirm.com; deblabelle@aol.com; devine@butzel.com; dgjonaj@weitzlux.com; DGreenspan@blankrome.com; dhart@maddinhauser.com; dhumphrey@bernllp.com; Rogers, David M. <drogers@campbell-trial-lawyers.com>; droulo@sullivanwardlaw.com; eberezofsky@motleyrice.com; efilings@cohenmilstein.com; elevens@cohenmilstein.com; enaylor@ccglawyers.com; erin.sofinowski@murphyfalcon.com; eschaktman@bernllp.com; fajenlaw@fajenmiller.com; frank.aiello@sadplaw.com; Gambill, Nathan (AG) <GambillN@michigan.gov>; geroux@butzel.com; Gibson, Judith (AG) <GibsonJ16@michigan.gov>; Gregory M. Meihn <gmeihn@foleymansfield.com>; gregmair@owdpc.com; gstamatopoulos@weitzlux.com; gzellers@hallrender.com; Hammoud, Fadwa (AG) <HammoudF1@michigan.gov>; haslawpc@gmail.com; hassan.murphy@murphyfalcon.com; haynes@butzel.com; hfonseca@motleyrice.com; HiarR@michigan.gov; hill@bsplaw.com; hunter@napolilaw.com; j.fanson@fiegerlaw.com; jberger@clarkhill.com; jbolton@clarkhill.com; JBroaddus@weitzlux.com; jcappelli@bernllp.com; jeblake@mcalpinepc.com; jgalvin@gcdcwws.com; jgilliam@foleymansfield.com; jhurwitz@goodmanhurwitz.com; jloper@masseygail.com; jmason@bernlllp.com; jmassey@masseygail.com; Campbell, James M. <jmcampbell@campbell-trial-lawyers.com>; jmoran@swappc.com; joann.autry@murphyfalcon.com; O'Donnell, Jack J. <JODonnell@campbelltriallawyers.com>; John Dolan <jdolan@susmangodfrey.com>; O'Neil, Joseph

E. <JONeil@campbelltriallawyers.com>; Jordan Connors <jconnors@susmangodfrey.com>; Penhallegon, John R. <jpenhallegon@campbelltriallawyers.com>; jprior@hmelegal.com; jrabin@hallrender.com; jroberts@fraserlawfirm.com; jsawin@sawinlawyers.com; Spallone, Joseph J. <JSpallone@campbell-trial-lawyers.com>; jswetlic@clarkhill.com; Hickland, Jude T. <jude.hickland@faegredrinker.com>; julie@loevy.com; Justin A. Nelson <jnelson@susmangodfrey.com>; jwb@burdickpc.com; jweiner@cohenmilstein.com; kaltman@excololaw.com; kaltman@lawampmmt.com; karyn.slavin@murphyfalcon.com; kcasey@excololaw.com; Dupre, Kristin M. <KDupre@campbell-trial-lawyers.com>; kelly.friel@sadplaw.com; Kettler, Molly (AG-Contractor) <KettlerM@michigan.gov>; kjackson@shrr.com; kjames@goodmanhurwitz.com; kkilby@mcgrawmorris.com; Kathie Lane <klane@mcgrawmorris.com>; klein@butzel.com; kliffel@butzel.com; kpierson@cohenmilstein.com; kpiper@owdpc.com; ksaur@hallrender.com; kshah@levylaw.com; Stemrich, Katelyn R. <KStemrich@campbell-trial-lawyers.com>; Kuhl, Richard (AG) <KuhlR@michigan.gov>; Kurt Krause <kurt@cndefenders.com>; Laidlerlaw@hotmail.com; lalfano@fraserlawfirm.com; larry@tribelaw.com; larson@butzel.com; lcuomo@cohenmilstein.com; LCushman@plunkettcooney.com; lharroff@fosterswift.com; LJensen@hallrender.com; Leslie Mitchell Kroeger <lkroeger@cohenmilstein.com>; lmandara@motleyrice.com; lmcpartlin@clarkhill.com; lpetrowsky@clarkhill.com; lrobbins@plunkettcooney.com; lseale@goodmanhurwitz.com; lthomson@hertzschram.com; lwhitney@sfplaw.com; m.duda@fiegerlaw.com; mail@goodmanhurwitz.com; Manning, Peter (AG) <ManningP@michigan.gov>; mark@cukerlaw.com; mary@cndefenders.com; mateoja@aol.com; mbern@bernllp.com; mcaffe@aol.com; mcinneshp@aol.com; mgildner@sfplaw.com; Michelle Wimmer <MWimmer@susmangodfrey.com>; Mitosinka, Amy (AG) <MitosinkaA@michigan.gov>; mlmcalpine@mcalpinepc.com; Devine, Alaina N. <adevine@campbell-trial-lawyers.com>; mmitchell@maddinhauser.com;  mnapoli@napolilaw.com;  Michael  Pattwell <mpattwell@clarkhill.com>; mperry@fraserlawfirm.com; mpitt@pittlawpc.com; mquirk@motleyrice.com; msinkovich@excololaw.com; mturchyn@hertzschram.com; murdoch@butzel.com; mvike@cohenmilstein.com; mwise@foleymansfield.com; nick.szokoly@murphyfalcon.com; nllietzau@mcalpinepc.com; Paris Jimenez <PJimenez@susmangodfrey.com>; pcronk@plunkettcooney.com; PErickson@plunkettcooney.com; pgeske@mcgpc.com; pgrashoff@shrr.com; Ping, Daniel (AG) <PingD@michigan.gov>; PLanciotti@napolilaw.com; pnovak@weitzlux.com; pstamler@hertzschram.com; rbell@pittlawpc.com; RBrooks@blankrome.com; reiss@bsplaw.com; RKamenec@plunkettcooney.com; rmclaughlin@hmelegal.com; Campbell, Richard P. <rpcampbell@campbell-trial-lawyers.com>; rsharp@bernllp.com; rstowers@plunkettcooney.com; sara.rahmjoo@murphyfalcon.com; sbreznai@foleymansfield.com; sburke@burkepllc.com; sfletcher@thefletcherlawfirmpllc.com; shall@swappc.com; shansel@motleyrice.com; shart@hmelegal.com; Shawn Raymond <sraymond@susmangodfrey.com>; sheryl@owdpc.com; Mikalonis, Saulius <SMikalonis@plunkettcooney.com>; smonroe@bernllp.com; solomonradner@gmail.com; sradner@excololaw.com; sreynolds@mayerbrown.com; sruddockharris@weitzlux.com; Susan E. Smith <SSmith@bdlaw.com>; Steve Morrissey <smorrissey@susmangodfrey.com>; tanderson@shrr.com; tbingman@tbingmanlaw.com; tleopold@cohenmilstein.com; tmcgraw@mcgrawmorris.com; tmorgan@fraserlawfirm.com; tperkins@perkinslawgroup.net; trina@vlwlegal.com; trusso@bernlllp.com; tsantinomateo@gmail.com; tweglarz@fiegerlaw.com; Val@vlwlegal.com; vcooper@cityofflint.com; Vineet Bhatia <VBHATIA@susmangodfrey.com>; vkuhl@shrr.com; Mason, Wayne B. <wayne.mason@faegredrinker.com>; williams@bsplaw.com; wkim@cityofflint.com; wpaul@fosterswift.com; zachary.bialick@sadplaw.com; zeinehlaw@gmail.com; Zena@vlwlegal.com;

Spross, Mark J. <mspross@campbell-trial-lawyers.com>; Melanie Daly <mdaly@levylaw.com>
**Subject:** Subpoena to the Graduate Hotel Ann Arbor

All,

Attached please find a subpoena for documents to the Graduate Hotel Ann Arbor.

Best,

Corey M. Stern
Levy Konigsberg, LLP
605 Third Avenue, 33rd Floor
New York, New York 10158
(212)605-6298
(212)605-6290 (facsimile)
www.levylaw.com

CONFIDENTIALITY STATEMENT This e-mail transmission and any accompanying attachment contains information that is confidential, privileged and exempt from disclosure under applicable law. This e-mail is intended only for the use of the individual or entity to which it is addressed. If you receive this e-mail in error or you are not the intended recipient, do not read, copy or disseminate in any manner. If you are not the intended recipient, you may not disseminate, distribute or copy this communication and any disclosure, copying, distribution, use or taking any action in reliance on the contents of this information is strictly prohibited. If you received this communication in error, please reply to the message immediately by informing the sender that the message was misdirected and after advising the sender you must erase the message from your computer system and destroy any hard copies that may have been made. Thank you for your assistance in correcting this error.

**CONFIDENTIALITY STATEMENT** This e-mail transmission and any accompanying attachment contains information that is confidential, privileged and exempt from disclosure under applicable law. This e-mail is intended only for the use of the individual or entity to which it is addressed. If you receive this e-mail in error or you are not the intended recipient, do not read, copy or disseminate in any manner. If you are not the intended recipient, you may not disseminate, distribute or copy this communication and any disclosure, copying, distribution, use or taking any action in reliance on the contents of this information is strictly prohibited. If you received this communication in error, please reply to the message immediately by informing the sender that the message was misdirected and after advising the sender you must erase the message from your computer system and destroy any hard copies that may have been made. Thank you for your assistance in correcting this error.