# EXHIBIT 4

```
 1                  UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF MICHIGAN
 2                       SOUTHERN DIVISION
 3     _____
                                    )
 4                                  )   Civil Action No.
                                    )   5:16-cv-10444-JEL-MKM
 5     In re:  FLINT WATER CASES    )   (consolidated)
                                    )
 6                                  )   Hon. Judith E. Levy
                                    )   Mag. Mona K. Majzoub
 7     _____)
 8
 9                       HIGHLY CONFIDENTIAL
10                 Wednesday, November 16, 2022
11
12             Remote videotaped deposition of
13     CARRIE GRIFFITHS, held at the location of the witness
14     in Boston, Massachusetts, commencing at 9:09 a.m., on
15     the above date before Carol A. Kirk, Registered Merit
16     Reporter, Certified Shorthand Reporter, and Notary
17     Public.
18
19
20
21
                     GOLKOW LITIGATION SERVICES
22            877.370.3377 ph │ 917.591.5672 fax
                        deps@golkow.com
23
24
```

```
 1   correct?
 2           MR. KRAMER:  Objection.
 3       A.  I don't know.  I would assume
 4   that.
 5       Q.  Well, who would know?  Who at
 6   Veolia would know exactly who was responsible
 7   for the tweets that were being generated during
 8   the first bellwether trial from the Veolia
 9   Twitter account?
10       A.  I would assume that's
11   Pierre Farcot.
12       Q.  Pierre Farcot.  Why would you
13   assume that it's him?
14       A.  My understanding is that Pierre
15   was the point person for the communications
16   related to the trial.
17       Q.  Does that include -- strike that.
18           Are you aware of the website
19   veoliaflintfacts.com?
20       A.  I am.
21       Q.  And that website was created prior
22   to you joining any Veolia entity in 2018,
23   correct?
24       A.  Correct.
```

```
 1          Q.   Do you understand that during
 2   trial, the content of veoliaflintfacts.com
 3   changed and had additions to it from prior to
 4   the trial beginning?
 5               MR. KRAMER:  Objection.
 6          A.   That may be.  I wasn't looking at
 7   it closely during that time.
 8          Q.   Irrespective of whether you saw it
 9   or not, are you aware that content was added to
10   that website during the first Flint bellwether
11   trial?
12          A.   I'm not sure.
13          Q.   Who would be responsible for
14   adding content to the veoliaflintfacts.com
15   website today?
16          A.   I'm assuming that would be Pierre.
17          Q.   Who would have been responsible
18   for adding content to the Veolia Flint Facts
19   website during the first bellwether trial?
20          A.   Didn't I just answer that?  Isn't
21   that the question you just asked?
22          Q.   It's not.  But is it the same
23   answer?
24               I asked you who would be
```

```
 1   responsible today, and then I asked you who

 2   would have been responsible during the trial.

 3              MR. KRAMER:  I don't think --

 4        Q.   So let me ask it -- let me strike

 5   all that and start over.

 6              Sitting here today on November 16,

 7   2022, who was responsible amongst all the Veolia

 8   entities with any content that's added to the

 9   veoliaflintfacts.com website?

10        A.   It would be Pierre, but I believe

11   he's not with the company anymore.  I'm not sure

12   who it is right now.

13        Q.   Okay.  We'll get to Pierre in a

14   minute.

15              During the trial, during the first

16   Flint bellwether trial, who would have been

17   responsible for the content additions associated

18   with the veoliaflintfacts.com website?

19        A.   I assume that's Pierre.

20        Q.   Okay.  Prior to the first

21   bellwether trial, who would have been

22   responsible for additions of content to the

23   veoliaflintfacts.com website?

24        A.   Pierre.
```