# EXHIBIT 5

**Subject:** Re: Subpoena to the Graduate Hotel Ann Arbor
**Date:** Friday, January 13, 2023 at 11:55:54 AM Eastern Standard Time
**From:** Corey Stern
**To:** Corey Stern
**CC:** _Flint, Fraser, Michelle, Alyza M. Dermody, Melanie Daly, Rey, Eric A. (CIV), abourke@bernllp.com, acollins@fosterswift.com, adeich@cohenmilstein.com, ahuller@hmelegal.com, akresch@1800lawfirm.com, ALatanision@levylaw.com, alexrusek@whitelawpllc.com, andrew@aboodlaw.com, anlyn.addis@gmail.com, Ringstad, Andreas, atschnatz@mcalpinelawfirm.com, atschnatz@mcalpinepc.com, Ashley P. Vieux, Kent, David C., awheeler@cityofflint.com, bergf@butzel.com, betsyllewis@gmail.com, bettenhausenm@michigan.gov, bgoodman@goodmanhurwitz.com, Ter Molen, Mark, bmacdonald@ccglawyers.com, McElvaine, Bryan D., bmeyer@owdpc.com, brivers@pittlawpc.com, bush@bsplaw.com, bwolf718@msn.com, Corbett, Caprice C., Gamble, Travis S., carrie@aboodlaw.com, CavanaghC2@michigan.gov, cbarbieri@fosterswift.com, cbechill@pittlawpc.com, cclare@clarkhill.com, Williams, Michael L. (CIV), Fletcher, Christopher D., cgornbein@clarkhill.com, Cohen, Jason T. (CIV), Cindy@loevy.com, cjbenedetto@benedettolaw.com, Walthall, Timothy (CIV), ckern@bernripka.com, cmarker@owdpc.com, cmcgehee@pittlawpc.com, Oliveira, Christine E., cosborn@foleymansfield.com, cplummer@bernllp.com, Renaud, Chrissie A., crobins@bernllp.com, csego@maddinhauser.com, Moshe S. Maimon, cstritmatter@sfplaw.com, cthompson@sullivanwardlaw.com, cthompson@swappc.com, cvergara@mckeenassociates.com, Cynthia@cmlindseylaw.com, d.dawson@fiegerlaw.com, d.dezbor@fiegerlaw.com, dana@owdpc.com, david.shea@sadplaw.com, davidj@butzel.com, dclitigationdocketing@blankrome.com, dcoveart@fraserlawfirm.com, deblabelle@aol.com, devine@butzel.com, dgjonaj@weitzlux.com, DGreenspan@blankrome.com, dhart@maddinhauser.com, dhumphrey@bernllp.com, Rogers, David M., droulo@sullivanwardlaw.com, eberezofsky@motleyrice.com, efilings@cohenmilstein.com, elevens@cohenmilstein.com, enaylor@ccglawyers.com, erin.sofinowski@murphyfalcon.com, eschaktman@bernllp.com, fajenlaw@fajenmiller.com, frank.aiello@sadplaw.com, GambillN@michigan.gov, geroux@butzel.com, GibsonJ16@michigan.gov, gmeihn@foleymansfield.com, gregmair@owdpc.com, gstamatopoulos@weitzlux.com, gzellers@hallrender.com, HammoudF1@michigan.gov, haslawpc@gmail.com, hassan.murphy@murphyfalcon.com, haynes@butzel.com, hfonseca@motleyrice.com, HiarR@michigan.gov, hill@bsplaw.com, hunter@napolilaw.com, j.fanson@fiegerlaw.com, jberger@clarkhill.com, jbolton@clarkhill.com, JBroaddus@weitzlux.com, jcappelli@bernllp.com, jeblake@mcalpinepc.com, jgalvin@gcdcwws.com, jgilliam@foleymansfield.com, jhurwitz@goodmanhurwitz.com, jloper@masseygail.com, jmason@bernlllp.com, jmassey@masseygail.com, Campbell, James M., jmoran@swappc.com, joann.autry@murphyfalcon.com, O'Donnell, Jack J., John Dolan, O'Neil, Joseph E., Jordan Connors, Penhallegon, John R., jprior@hmelegal.com, jrabin@hallrender.com, jroberts@fraserlawfirm.com, jsawin@sawinlawyers.com, Spallone, Joseph J., jswetlic@clarkhill.com, Hickland, Jude T., julie@loevy.com, Justin A. Nelson, jwb@burdickpc.com, jweiner@cohenmilstein.com, kaltman@excololaw.com, kaltman@lawampmmt.com, karyn.slavin@murphyfalcon.com, kcasey@excololaw.com, Dupre, Kristin M., kelly.friel@sadplaw.com, KettlerM@michigan.gov, kjackson@shrr.com, kjames@goodmanhurwitz.com, kkilby@mcgrawmorris.com, klane@mcgrawmorris.com, klein@butzel.com, kliffel@butzel.com, kpierson@cohenmilstein.com, kpiper@owdpc.com, ksaur@hallrender.com, kshah@levylaw.com, Stemrich, Katelyn R., kuhlr@michigan.gov, kurt@cndefenders.com, Laidlerlaw@hotmail.com, lalfano@fraserlawfirm.com, larry@tribelaw.com, larson@butzel.com, lcuomo@cohenmilstein.com,

LCushman@plunkettcooney.com, lharroff@fosterswift.com, LJensen@hallrender.com, Leslie Mitchell Kroeger, lmandara@motleyrice.com, lmcpartlin@clarkhill.com, lpetrowsky@clarkhill.com, lrobbins@plunkettcooney.com, lseale@goodmanhurwitz.com, lthomson@hertzschram.com, lwhitney@sfplaw.com, m.duda@fiegerlaw.com, mail@goodmanhurwitz.com, ManningP@michigan.gov, mark@cukerlaw.com, mary@cndefenders.com, mateoja@aol.com, mbern@bernllp.com, mcaffe@aol.com, mcinneshp@aol.com, mgildner@sfplaw.com, Michelle Wimmer, MitosinkaA@michigan.gov, mlmcalpine@mcalpinepc.com, Devine, Alaina N., mmitchell@maddinhauser.com, mnapoli@napolilaw.com, mpattwell@clarkhill.com, mperry@fraserlawfirm.com, mpitt@pittlawpc.com, mquirk@motleyrice.com, msinkovich@excololaw.com, mturchyn@hertzschram.com, murdoch@butzel.com, mvike@cohenmilstein.com, mwise@foleymansfield.com, nick.szokoly@murphyfalcon.com, nllietzau@mcalpinepc.com, Paris Jimenez, pcronk@plunkettcooney.com, PErickson@plunkettcooney.com, pgeske@mcgpc.com, pgrashoff@shrr.com, PingD@michigan.gov, PLanciotti@napolilaw.com, pnovak@weitzlux.com, pstamler@hertzschram.com, rbell@pittlawpc.com, RBrooks@blankrome.com, reiss@bsplaw.com, RKamenec@plunkettcooney.com, rmclaughlin@hmelegal.com, Campbell, Richard P., rsharp@bernllp.com, rstowers@plunkettcooney.com, sara.rahmjoo@murphyfalcon.com, sbreznai@foleymansfield.com, sburke@burkepllc.com, sfletcher@thefletcherlawfirmpllc.com, shall@swappc.com, shansel@motleyrice.com, shart@hmelegal.com, Shawn Raymond, sheryl@owdpc.com, smikalonis@plunkettcooney.com, smonroe@bernllp.com, solomonradner@gmail.com, sradner@excololaw.com, sreynolds@mayerbrown.com, sruddockharris@weitzlux.com, ssmith@bdlaw.com, Steve Morrissey, tanderson@shrr.com, tbingman@tbingmanlaw.com, tleopold@cohenmilstein.com, tmcgraw@mcgrawmorris.com, tmorgan@fraserlawfirm.com, tperkins@perkinslawgroup.net, trina@vlwlegal.com, trusso@bernlllp.com, tsantinomateo@gmail.com, tweglarz@fiegerlaw.com, Val@vlwlegal.com, vcooper@cityofflint.com, Vineet Bhatia, vkuhl@shrr.com, Mason, Wayne B., williams@bsplaw.com, wkim@cityofflint.com, wpaul@fosterswift.com, zachary.bialick@sadplaw.com, zeinehlaw@gmail.com, Zena@vlwlegal.com, Spross, Mark J.

All -

I received documents responsive to this subpoena. Please advise if you desire the production.

Best,

Corey M. Stern
Levy Konigsberg, LLP
605 Third Avenue, 33rd Floor
New York, New York 10158
(212)605-6298
(212)605-6290 (facsimile)
cstern@levylaw.com
www.levylaw.com

> On Dec 27, 2022, at 7:40 PM, Corey Stern <cstern@levylaw.com> wrote:
>
> All,
>
> Attached please find a subpoena for documents to the Graduate Hotel Ann Arbor.

Best,

Corey M. Stern
Levy Konigsberg, LLP
605 Third Avenue, 33rd Floor
New York, New York 10158
(212)605-6298
(212)605-6290 (facsimile)
www.levylaw.com

<2022.12.27 Subpoena to Graduate Ann Arbor.pdf>
<SubpoenaProduceDocs_NoSeal 5.pdf>