# **EXHIBIT 6**

|              |                                                                              |
|--------------|------------------------------------------------------------------------------|
| **Subject:** | Flint: Subpoena to the Graduate Hotel Ann Arbor                              |
| **Date:**    | Friday, January 13, 2023 at 12:17:40 PM Eastern Standard Time                |
| **From:**    | Devine, Alaina N.                                                            |
| **To:**      | Corey Stern                                                                  |
| **CC:**      | Campbell, James M., molsen@mayerbrown.com, Kramer, Kelly, Dupre, Kristin M.  |
| **Attachments:** | image001.jpg                                                             |

Corey,

We request to receive the production.

Thank you,

*Alaina N. Devine*
**Campbell Conroy & O'Neil
Professional Corporation**



20 City Square, Suite 300
Boston, MA 02129
Office: (617) 241-3037
Cell: (508) 612-6204
Email: adevine@campbell-trial-lawyers.com

---

Note : This e-mail contains information from the law firm of Campbell Conroy & O'Neil Professional Corporation that may be proprietary, confidential, or protected under the attorney- client privilege or work-product doctrine. This e-mail is intended for the use only of the named recipient. If you are not the intended recipient named above, you are strictly prohibited from reading, disclosing, copying, or distributing this e-mail or its contents, and from taking any action in reliance on the contents of this e-mail. If you received this e-mail in error, please delete this message and respond immediately by e-mail to the author or call (617) 241-3000.

---

**From:** Corey Stern <CStern@levylaw.com>
**Sent:** Friday, January 13, 2023 11:56 AM
**To:** Corey Stern <CStern@levylaw.com>
**Cc:** _Flint <flint@golkow.com>; Fraser, Michelle <MFraser@campbell-trial-lawyers.com>; Alyza M. Dermody <adermody@levylaw.com>; Melanie Daly <mdaly@levylaw.com>; Rey, Eric A. (CIV) <Eric.A.Rey@usdoj.gov>; abourke@bernllp.com; acollins@fosterswift.com; adeich@cohenmilstein.com; ahuller@hmelegal.com; akresch@1800lawfirm.com; ALatanision@levylaw.com; alexrusek@whitelawpllc.com; andrew@aboodlaw.com; anlyn.addis@gmail.com; Ringstad, Andreas <aringstad@campbell-trial-lawyers.com>; atschnatz@mcalpinelawfirm.com; atschnatz@mcalpinepc.com; Ashley P. Vieux <AVieux@levylaw.com>; Kent, David C. <david.kent@faegredrinker.com>; awheeler@cityofflint.com; bergf@butzel.com; betsyllewis@gmail.com; bettenhausenm@michigan.gov; bgoodman@goodmanhurwitz.com; Ter Molen, Mark <MTerMolen@mayerbrown.com>; bmacdonald@ccglawyers.com; McElvaine, Bryan D. <bmcelvaine@campbelltriallawyers.com>; bmeyer@owdpc.com; brivers@pittlawpc.com; bush@bsplaw.com; bwolf718@msn.com; Corbett, Caprice C.

<caprice.corbett@faegredrinker.com>; Gamble, Travis S. <travis.gamble@faegredrinker.com>; carrie@aboodlaw.com; CavanaghC2@michigan.gov; cbarbieri@fosterswift.com; cbechill@pittlawpc.com; cclare@clarkhill.com; Williams, Michael L. (CIV) <Michael.L.Williams@usdoj.gov>; Fletcher, Christopher D. <CFletcher@campbell-trial-lawyers.com>; cgornbein@clarkhill.com; Cohen, Jason T. (CIV) <Jason.T.Cohen@usdoj.gov>; Cindy@loevy.com; cjbenedetto@benedettolaw.com; Walthall, Timothy (CIV) <Timothy.Walthall@usdoj.gov>; ckern@bernripka.com; cmarker@owdpc.com; cmcgehee@pittlawpc.com; Oliveira, Christine E. <coliveira@Campbell-trial-lawyers.com>; cosborn@foleymansfield.com; cplummer@bernllp.com; Renaud, Chrissie A. <CRenaud@Campbell-trial-lawyers.com>; crobins@bernllp.com; csego@maddinhauser.com; Moshe S. Maimon <MMaimon@levylaw.com>; cstritmatter@sfplaw.com; cthompson@sullivanwardlaw.com; cthompson@swappc.com; cvergara@mckeenassociates.com; Cynthia@cmlindseylaw.com; d.dawson@fiegerlaw.com; d.dezbor@fiegerlaw.com; dana@owdpc.com; david.shea@sadplaw.com; davidj@butzel.com; dclitigationdocketing@blankrome.com; dcoveart@fraserlawfirm.com; deblabelle@aol.com; devine@butzel.com; dgjonaj@weitzlux.com; DGreenspan@blankrome.com; dhart@maddinhauser.com; dhumphrey@bernllp.com; Rogers, David M. <drogers@campbell-trial-lawyers.com>; droulo@sullivanwardlaw.com; eberezofsky@motleyrice.com; efilings@cohenmilstein.com; elevens@cohenmilstein.com; enaylor@ccglawyers.com; erin.sofinowski@murphyfalcon.com; eschaktman@bernllp.com; fajenlaw@fajenmiller.com; frank.aiello@sadplaw.com; GambillN@michigan.gov; geroux@butzel.com; GibsonJ16@michigan.gov; gmeihn@foleymansfield.com; gregmair@owdpc.com; gstamatopoulos@weitzlux.com; gzellers@hallrender.com; HammoudF1@michigan.gov; haslawpc@gmail.com; hassan.murphy@murphyfalcon.com; haynes@butzel.com; hfonseca@motleyrice.com; HiarR@michigan.gov; hill@bsplaw.com; hunter@napolilaw.com; j.fanson@fiegerlaw.com; jberger@clarkhill.com; jbolton@clarkhill.com; JBroaddus@weitzlux.com; jcappelli@bernllp.com; jeblake@mcalpinepc.com; jgalvin@gcdcwws.com; jgilliam@foleymansfield.com; jhurwitz@goodmanhurwitz.com; jloper@masseygail.com; jmason@bernlllp.com; jmassey@masseygail.com; Campbell, James M. <jmcampbell@Campbell-trial-lawyers.com>; jmoran@swappc.com; joann.autry@murphyfalcon.com; O'Donnell, Jack J. <JODonnell@CampbellTrialLawyers.com>; John Dolan <jdolan@susmangodfrey.com>; O'Neil, Joseph E. <JONeil@CampbellTrialLawyers.com>; Jordan Connors <jconnors@susmangodfrey.com>; Penhallegon, John R. <jpenhallegon@campbelltriallawyers.com>; jprior@hmelegal.com; jrabin@hallrender.com; jroberts@fraserlawfirm.com; jsawin@sawinlawyers.com; Spallone, Joseph J. <JSpallone@campbell-trial-lawyers.com>; jswetlic@clarkhill.com; Hickland, Jude T. <jude.hickland@faegredrinker.com>; julie@loevy.com; Justin A. Nelson <jnelson@susmangodfrey.com>; jwb@burdickpc.com; jweiner@cohenmilstein.com; kaltman@excololaw.com; kaltman@lawampmmt.com; karyn.slavin@murphyfalcon.com; kcasey@excololaw.com; Dupre, Kristin M. <KDupre@Campbell-trial-lawyers.com>; kelly.friel@sadplaw.com; KettlerM@michigan.gov; kjackson@shrr.com; kjames@goodmanhurwitz.com; kkilby@mcgrawmorris.com; klane@mcgrawmorris.com; klein@butzel.com; kliffel@butzel.com; kpierson@cohenmilstein.com; kpiper@owdpc.com; ksaur@hallrender.com; kshah@levylaw.com; Stemrich, Katelyn R. <KStemrich@campbell-trial-lawyers.com>; kuhlr@michigan.gov; kurt@cndefenders.com; Laidlerlaw@hotmail.com; lalfano@fraserlawfirm.com; larry@tribelaw.com; larson@butzel.com; lcuomo@cohenmilstein.com; LCushman@plunkettcooney.com; lharroff@fosterswift.com; LJensen@hallrender.com; Leslie Mitchell Kroeger <lkroeger@cohenmilstein.com>; lmandara@motleyrice.com; lmcpartlin@clarkhill.com; lpetrowsky@clarkhill.com; lrobbins@plunkettcooney.com; lseale@goodmanhurwitz.com; lthomson@hertzschram.com; lwhitney@sfplaw.com; m.duda@fiegerlaw.com; mail@goodmanhurwitz.com; ManningP@michigan.gov; mark@cukerlaw.com; mary@cndefenders.com; mateoja@aol.com; mbern@bernllp.com; mcaffe@aol.com; mcinneshp@aol.com; mgildner@sfplaw.com; Michelle Wimmer <MWimmer@susmangodfrey.com>; MitosinkaA@michigan.gov; mlmcalpine@mcalpinepc.com; Devine, Alaina N. <ADevine@Campbell-trial-lawyers.com>; mmitchell@maddinhauser.com; mnapoli@napolilaw.com; mpattwell@clarkhill.com; mperry@fraserlawfirm.com; mpitt@pittlawpc.com; mquirk@motleyrice.com; msinkovich@excololaw.com; mturchyn@hertzschram.com; murdoch@butzel.com; mvike@cohenmilstein.com; mwise@foleymansfield.com; nick.szokoly@murphyfalcon.com; nllietzau@mcalpinepc.com; Paris Jimenez

<PJimenez@susmangodfrey.com>; pcronk@plunkettcooney.com; PErickson@plunkettcooney.com; pgeske@mcgpc.com; pgrashoff@shrr.com; PingD@michigan.gov; PLanciotti@napolilaw.com; pnovak@weitzlux.com; pstamler@hertzschram.com; rbell@pittlawpc.com; RBrooks@blankrome.com; reiss@bsplaw.com; RKamenec@plunkettcooney.com; rmclaughlin@hmelegal.com; Campbell, Richard P. <rpcampbell@Campbell-trial-lawyers.com>; rsharp@bernllp.com; rstowers@plunkettcooney.com; sara.rahmjoo@murphyfalcon.com; sbreznai@foleymansfield.com; sburke@burkepllc.com; sfletcher@thefletcherlawfirmpllc.com; shall@swappc.com; shansel@motleyrice.com; shart@hmelegal.com; Shawn Raymond <sraymond@susmangodfrey.com>; sheryl@owdpc.com; smikalonis@plunkettcooney.com; smonroe@bernllp.com; solomonradner@gmail.com; sradner@excololaw.com; sreynolds@mayerbrown.com; sruddockharris@weitzlux.com; ssmith@bdlaw.com; Steve Morrissey <smorrissey@susmangodfrey.com>; tanderson@shrr.com; tbingman@tbingmanlaw.com; tleopold@cohenmilstein.com; tmcgraw@mcgrawmorris.com; tmorgan@fraserlawfirm.com; tperkins@perkinslawgroup.net; trina@vlwlegal.com; trusso@bernlllp.com; tsantinomateo@gmail.com; tweglarz@fiegerlaw.com; Val@vlwlegal.com; vcooper@cityofflint.com; Vineet Bhatia <VBHATIA@susmangodfrey.com>; vkuhl@shrr.com; Mason, Wayne B. <wayne.mason@faegredrinker.com>; williams@bsplaw.com; wkim@cityofflint.com; wpaul@fosterswift.com; zachary.bialick@sadplaw.com; zeinehlaw@gmail.com; Zena@vlwlegal.com; Spross, Mark J. <mspross@campbell-trial-lawyers.com>
**Subject:** Re: Subpoena to the Graduate Hotel Ann Arbor

All -

I received documents responsive to this subpoena. Please advise if you desire the production.

Best,

Corey M. Stern
Levy Konigsberg, LLP
605 Third Avenue, 33rd Floor
New York, New York 10158
(212)605-6298
(212)605-6290 (facsimile)
cstern@levylaw.com
www.levylaw.com


> On Dec 27, 2022, at 7:40 PM, Corey Stern <cstern@levylaw.com> wrote:
>
> All,
>
> Attached please find a subpoena for documents to the Graduate Hotel Ann Arbor.
>
> Best,

Corey M. Stern
Levy Konigsberg, LLP

605 Third Avenue, 33rd Floor
New York, New York 10158
(212)605-6298
(212)605-6290 (facsimile)
www.levylaw.com

<2022.12.27 Subpoena to Graduate Ann Arbor.pdf>
<SubpoenaProduceDocs_NoSeal 5.pdf>

CONFIDENTIALITY STATEMENT This e-mail transmission and any accompanying attachment contains information that is confidential, privileged and exempt from disclosure under applicable law. This e-mail is intended only for the use of the individual or entity to which it is addressed. If you receive this e-mail in error or you are not the intended recipient, do not read, copy or disseminate in any manner. If you are not the intended recipient, you may not disseminate, distribute or copy this communication and any disclosure, copying, distribution, use or taking any action in reliance on the contents of this information is strictly prohibited. If you received this communication in error, please reply to the message immediately by informing the sender that the message was misdirected and after advising the sender you must erase the message from your computer system and destroy any hard copies that may have been made. Thank you for your assistance in correcting this error.

---

This email has been scanned for spam and viruses. Click here to report this email as spam.