# EXHIBIT 8

Wednesday, February 1, 2023 at 09:29:47 Eastern Standard Time

**Subject:** Hey Colleen --- look CLOSELY @ the NAME on the ROOM (e.g. the ROOM belonged to a WOMAN [Ms. XXXXX]) ...sounds LIKE Mr. Stern has learned NOTHING from the Judge XXX mess ---- Fwd: Ok... so NOW we know... Veolia likes VALET parking.... (see gen...

**Date:** Wednesday, January 18, 2023 at 8:12:56 PM Eastern Standard Time

**From:** Mel jones jr

**To:** Colleen Connors, Deborah Greenspan

**CC:** eric.a.rey@usdoj.gov, Michigan Attorney General, Silicon_Heartland@protonmail.com, Mel jones jr, michael.williams@usdoj.gov, Pantziris, Jack, Dorka, Lilian, Corey Stern, mnguyen-dang@mayerbrown.com, Hoang, Anhthu, Liesner, Katelyn, MacMillan-Sanchez, Ariel, Oviedo, Luis, eichingerd@michigan.gov, Regan, Michael, meljonesjr@myyahoo.com, Johahna, mel jones, pnapoli@napolilaw.com, Hunter Shkolnik, Patrick Lanciotti, llewis@cityofflint.com, dpfeiffer@cityofflint.com, qmurphy@cityofflint.com, jpriestley@cityofflint.com, tburns@cityofflint.com, egle-nondiscriminationCC@michigan.gov, Jeremy Maltz, Emmy Levens, aherkenroder@cityofflint.com, Nicholas Leonard, Diane, Frantz, Kimber (EGLE), Kimber (EGLE), , Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, , Amanda Trujillo, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor, Michigan Attorney Ge, Kimber (EGLE), , Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, , Amanda Trujillo, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor, Michigan Attorney Ge, Kimber (EGLE), , Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, , Amanda Trujillo, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor, Michigan Attorney Ge, Kimber (EGLE), , Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, , Amanda Trujillo, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor, Michigan Attorney Ge, Kimber (EGLE), , Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, , Amanda Trujillo, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor, Michigan Attorney Ge, Kimber (EGLE), , Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, , Amanda Trujillo, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor, Michigan

Attorney Ge, Madeleine Skaller, Moshe S. Maimon, Patrick Lanciotti, Amanda Trujillo, Kimber (EGLE), , Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, , Amanda Trujillo , wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor , Michigan Attorney Ge, Kimber (EGLE), , Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, , Amanda Trujillo , wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor , Michigan Attorney Ge, Kimber (EGLE), , Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, , Amanda Trujillo , wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor , Michigan Attorney Ge, Flint Mayor, Kimber (EGLE), , Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, , Amanda Trujillo , wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor , Michigan Attorney Ge, Kimber (EGLE), , Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, , Amanda Trujillo , wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor , Michigan Attorney Ge, Kimber (EGLE), , Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, , Amanda Trujillo , wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor , Michigan Attorney Ge, Mel Jones Jr., Shore, Debra, Johnson, Johahna, mel jones, pnapoli_napolilaw.com, Hunter Shkolnik, llewis@cityofflint.com, dpfeiffer@cityofflint.com, qmurphy@cityofflint.com, jpriestley@cityofflint.com, tburns@cityofflint.com, egle-nondiscriminationCC@michigan.gov, Jeremy Maltz, Emmy Levens, aherkenroder@cityofflint.com, Nicholas Leonard, travis.gamble@faegredrinker.com, david.kent@faegredrinker.com, vance.wittie@faegredrinker.com, perickson@plunkettcooney.com, rkamenec@plunkettcooney.com, rstowers@plunkettcooney.com, Saulius, wayne.mason@faegredrinker.com, Mel jones jr, ctaylor@jonesday.com, lpgabel@jonesday.com, melindetroit, Complaints Office 05, Theodore Leopold, Steve Morrissey, mpitt, pnovak@weitzlux.com, tbingman@tbingmanlaw.com, eberezofsky@eblawllc.com, Val@vlwlegal.com, robinsonr11, Kimber (EGLE), , Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com,

mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, , Amanda Trujillo , wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor , Michigan Attorney Ge, King-Piepenbrok, Pier (AG), Newton, Cheryl, O'Lone, Mary, Debbie Chizewer

Attachments: image.png, image.png, image.png, page 10.pdf, Genesee County judge accused of sexual harassment relieved of in-person docket - mlive.com.pdf

*Hey Colleen --- look CLOSELY @ the NAME on the ROOM (**e.g. the ROOM belonged to a WOMAN** ▨▨▨▨ ▨▨▨]) ...sounds LIKE Mr. Stern has learned NOTHING from the Judge ▨▨▨ mess....*

*No kidding --- [IF] someone was "stalking"/ harassing your room like this... [I] would literally have you count your panties to make sure that NONE are missing !!!*



*Maybe you {AS A WOMAN} should consider filing some*

*sort of OBJECTION !!!*
*~Mel*
*[and] a SONG for the occasion:*
**Daryl Hall --- private eyes**

https://www.youtube.com/watch?v=n6HPSmNLW-Y

-----------------------------------

---------- Forwarded message ---------
From: **Mel jones jr** <meljonesjr@gmail.com>
Date: Wed, Jan 18, 2023 at 6:06 PM
Subject: Ok... so NOW we know... Veolia likes VALET parking.... (see generally ECF DOC #2327 in FWC #16-cv-10444)
To: Deborah Greenspan <deborah.greenspan@blankrome.com>, Colleen Connors <cmcolleen4@gmail.com>
Cc: Colleen Connors <cmcolleen4@gmail.com>, Mel jones jr <meljonesjr@gmail.com>, <Silicon_Heartland@protonmail.com>, <eric.a.rey@usdoj.gov>, <michael.williams@usdoj.gov>, Pantziris, Jack <Pantziris.Jack@epa.gov>, Deborah Greenspan <deborah.greenspan@blankrome.com>, Dorka, Lilian <Dorka.Lilian@epa.gov>, Cc: Stern, Corey <cstern@levylaw.com>, <mnguyen-dang@mayerbrown.com>, Hoang, Anhthu <Hoang.Anhthu@epa.gov>, Liesner, Katelyn <Liesner.Katelyn@epa.gov>, MacMillan-Sanchez, Ariel <MacmillanSanchez.Ariel@epa.gov>, Oviedo, Luis <oviedo.luis@epa.gov>, <eichingerd@michigan.gov>, Regan, Michael <Regan.Michael@epa.gov>, <meljonesjr@myyahoo.com>, Johahna <Johnson.Johahna@epa.gov>, mel jones <meljr777@yahoo.com>, pnapoli@napolilaw.com, Hunter Shkolnik <hunter@napolilaw.com>, Patrick Lanciotti <PLanciotti@napolilaw.com>, llewis@cityofflint.com, dpfeiffer@cityofflint.com, qmurphy@cityofflint.com, jpriestley@cityofflint.com, tburns@cityofflint.com, egle-nondiscriminationCC@michigan.gov, Jeremy Maltz <jeremy@lehotskykeller.com>, Emmy Levens <elevens@cohenmilstein.com>, aherkenroder@cityofflint.com, Nicholas Leonard <nicholas.leonard@glelc.org>, Diane <russell.diane@epa.gov>, Frantz, Kimber (EGLE) <FrantzK@michigan.gov>, Kimber (EGLE), <FrantzK@michigan.gov>, Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney General <miag@michigan.gov>,, jmcampbell@campbell-trial-lawyers.com, bush@bsplaw.com, williams@bsplaw.com, Alaina N. <Liesl.Eichler.Clark@michigan.gov>, Kimber (EGLE), <FrantzK@michigan.gov>, Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney General <miag@michigan.gov>,, jmcampbell@campbell-trial-lawyers.com, bush@bsplaw.com, williams@bsplaw.com, Alaina N. <ClarkL20@michigan.gov>, Kimber (EGLE), <FrantzK@michigan.gov>, Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney General <miag@michigan.gov>,, jmcampbell@campbell-trial-lawyers.com, bush@bsplaw.com, williams@bsplaw.com, Alaina N. <mjohnston@ajaxpaving.com>, Kimber (EGLE), <FrantzK@michigan.gov>, Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, <PLanciotti@napolilaw.com>, Amanda Trujillo

<atrujillo@cityofflint.com>, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney General <miag@michigan.gov>,, jmcampbell@campbell-trial-lawyers.com, bush@bsplaw.com, williams@bsplaw.com, Alaina N. <bettenhausenm@michigan.gov>, Kimber (EGLE), <FrantzK@michigan.gov>, Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney General <miag@michigan.gov>,, jmcampbell@campbell-trial-lawyers.com, bush@bsplaw.com, williams@bsplaw.com, Alaina N. <tbishop@mayerbrown.com>, Kimber (EGLE), <FrantzK@michigan.gov>, Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney General <miag@michigan.gov>,, jmcampbell@campbell-trial-lawyers.com, bush@bsplaw.com, williams@bsplaw.com, Alaina N. <jahmy.graham@nelsonmullins.com>, Kimber (EGLE), <FrantzK@michigan.gov>, Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney General <miag@michigan.gov>,, jmcampbell@campbell-trial-lawyers.com, bush@bsplaw.com, williams@bsplaw.com, Alaina N. <jon@lehotskykeller.com>, Kimber (EGLE), <FrantzK@michigan.gov>, Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney General <miag@michigan.gov>,, jmcampbell@campbell-trial-lawyers.com, bush@bsplaw.com, williams@bsplaw.com, Alaina N. <mskaller@levylaw.com>, Kimber (EGLE), <FrantzK@michigan.gov>, Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney General <miag@michigan.gov>,, jmcampbell@campbell-trial-lawyers.com, bush@bsplaw.com, williams@bsplaw.com, Alaina N. <mmaimon@levylaw.com>, Patrick Lanciotti <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, Kimber (EGLE), <FrantzK@michigan.gov>, Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney General <miag@michigan.gov>,, jmcampbell@campbell-trial-lawyers.com, bush@bsplaw.com, williams@bsplaw.com, Alaina N. <wkim@cityofflint.com>, Kimber (EGLE), <FrantzK@michigan.gov>, Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney General <miag@michigan.gov>,, jmcampbell@campbell-trial-lawyers.com, bush@bsplaw.com, williams@bsplaw.com, Alaina N. <bergf@butzel.com>, Kimber (EGLE), <FrantzK@michigan.gov>, Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, wkim@cityofflint.com,

bergf@butzel.com,, klein@butzel.com, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney General <miag@michigan.gov>,, jmcampbell@campbell-trial-lawyers.com, bush@bsplaw.com, williams@bsplaw.com, Alaina N. <klein@butzel.com>, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney General <miag@michigan.gov>, Kimber (EGLE), <FrantzK@michigan.gov>, Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney General <miag@michigan.gov>,, jmcampbell@campbell-trial-lawyers.com, bush@bsplaw.com, williams@bsplaw.com, Alaina N. <jmcampbell@campbell-trial-lawyers.com>, Kimber (EGLE), <FrantzK@michigan.gov>, Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney General <miag@michigan.gov>,, jmcampbell@campbell-trial-lawyers.com, bush@bsplaw.com, williams@bsplaw.com, Alaina N. <bush@bsplaw.com>, Kimber (EGLE), <FrantzK@michigan.gov>, Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney General <miag@michigan.gov>,, jmcampbell@campbell-trial-lawyers.com, bush@bsplaw.com, williams@bsplaw.com, Alaina N. <williams@bsplaw.com>, Mel Jones Jr. <midcenturyatfirst@gmail.com>, Shore, Debra <shore.debra@epa.gov>, Johnson, Johanna <Johnson.Johahna@epa.gov>, mel jones <meljr777@yahoo.com>, pnapoli_napolilaw.com <pnapoli@napolilaw.com>, Hunter Shkolnik <hunter@napolilaw.com>, <llewis@cityofflint.com>, <dpfeiffer@cityofflint.com>, <qmurphy@cityofflint.com>, <jpriestley@cityofflint.com>, <tburns@cityofflint.com>, <egle-nondiscriminationCC@michigan.gov>, Jeremy Maltz <jeremy@lehotskykeller.com>, Emmy Levens <elevens@cohenmilstein.com>, <aherkenroder@cityofflint.com>, Nicholas Leonard <nicholas.leonard@glelc.org>, <travis.gamble@faegredrinker.com>, <david.kent@faegredrinker.com>, <vance.wittie@faegredrinker.com>, <perickson@plunkettcooney.com>, <rkamenec@plunkettcooney.com>, <rstowers@plunkettcooney.com>, Saulius <smikalonis@plunkettcooney.com>, <wayne.mason@faegredrinker.com>, Mel jones jr <Blessedami97@yahoo.com>, <ctaylor@jonesday.com>, <lpgabel@jonesday.com>, melindetroit <melindetroit@gmail.com>, Complaints Office 05 <ComplaintsOffice05@hud.gov>, Theodore Leopold <tleopold@cohenmilstein.com>, Steve Morrissey <smorrissey@susmangodfrey.com>, mpitt <mpitt@pittlawpc.com>, <pnovak@weitzlux.com>, <tbingman@tbingmanlaw.com>, <eberezofsky@eblawllc.com>, <Val@vlwlegal.com>, robinsonr11 <robinsonr11@michigan.gov>, Kimber (EGLE), <FrantzK@michigan.gov>, Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, <PLanciotti@napolilaw.com>, Amanda Trujillo <atrujillo@cityofflint.com>, wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor <mayor@cityofflint.com>, Michigan Attorney General <miag@michigan.gov>,, jmcampbell@campbell-trial-lawyers.com, bush@bsplaw.com, williams@bsplaw.com, Alaina N. <adevine@campbell-triallawyers.com>, King-Piepenbrok, Pier (AG) <KingP1@michigan.gov>, Newton, Cheryl <Newton.Cheryl@epa.gov>, O'Lone, Mary <OLone.Mary@epa.gov>, Debbie Chizewer <dchizewer@earthjustice.org>

*18th, January 2023*

*Colleen [and] FWC Special Master Deborah Greenspan,*

## *Ok... so NOW we know... Veolia likes VALET parking....* <u>see generally ECF DOC #2327 in FWC #16-cv-10444</u>):





.... well for sure Veolia North will settle NOW.

Valet Parking !!!  That's the key ---- [hey]... this looks like harassment of VNA... WTF.  **_In my humble opinion.... Mr. Stern's conduct NOW has reached a curious point... NO different that IF the Veolia North folk were to file MULTIPLE and duplicate copies of Mr. Stern's utility bill --- WOW._**

How does this (said HOTEL stuff --- with exception of letting everyone know WHERE the Veolia Folk may be staying during the upcoming retrial [e.g. kind of weird... seems Mr. Stern should be VERY careful here.... **_this sort of thing could cause some sort of STALKING event against the Veolia Folk (e.g. NOT good at all here)_** even remotely relate to the Bellwether #1 trial?  Well... I guess NOW Mr. Stern wants the court to make the Veolia folk sleep in their cars?

Maybe for Bellwether Trial #3... we can have a count of how many times VNA dudes flush the toilet or fart?

I can say this with much experience... My IBS makes me fart BIG time.  Maybe I have been "enjoined" from e-filing because I too think Valet parking is cool (i.e. when I was able to drive)... **Yeah, I recall @ Christmas time in Northern California, there was a VERY popular mall that literally it was so crowded that the ONLY way to get into**

**Nordstrom was to have VALET parking.**

**Best,**
~Mel
pronoun: disabled Teddy Bear