# EXHIBIT 9

| | |
|---|---|
| **Subject:** | Urgent --- Correction ... the "scam company example" [I] believe was actually ZZZZ - BEST carpet cleaning --- NOT "MMM" carpets.... here, my history of CVA, Stroke and TIA... apparently got the best of me. |
| **Date:** | Monday, January 23, 2023 at 5:04:20 PM Eastern Standard Time |
| **From:** | Mel jones jr |
| **To:** | molsen@mayerbrown.com, jcampbell@campbell-trial-lawyers.co, Deborah Greenspan |
| **CC:** | michael.williams@usdoj.gov, eric.a.rey@usdoj.gov, Silicon_Heartland@protonmail.com, Colleen Connors, Dorka, Lilian, Corey Stern, mnguyen-dang@mayerbrown.com, Hoang, Anhthu, Liesner, Katelyn, MacMillan-Sanchez, Ariel, Oviedo, Luis, eichingerd@michigan.gov, Regan, Michael, meljonesjr@myyahoo.com, Johahna , mel jones , pnapoli@napolilaw.com, Hunter Shkolnik , Patrick Lanciotti , llewis@cityofflint.com, dpfeiffer@cityofflint.com, qmurphy@cityofflint.com, jpriestley@cityofflint.com, tburns@cityofflint.com, egle-nondiscriminationCC@michigan.gov, Jeremy Maltz , Emmy Levens , aherkenroder@cityofflint.com, Nicholas Leonard , Diane, Frantz, Kimber (EGLE), Kimber (EGLE), , Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, , Amanda Trujillo , wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor , Michigan Attorney Ge, Kimber (EGLE), , Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, , Amanda Trujillo , wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor , Michigan Attorney Ge, Kimber (EGLE), , Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, , Amanda Trujillo , wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor , Michigan Attorney Ge, Kimber (EGLE), , Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, , Amanda Trujillo , wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor , Michigan Attorney Ge, Kimber (EGLE), , Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, , Amanda Trujillo , wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor , Michigan |

Attorney Ge, Madeleine Skaller, Moshe S. Maimon, Patrick Lanciotti, Amanda Trujillo, Kimber (EGLE), , Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, , Amanda Trujillo , wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor , Michigan Attorney Ge, Kimber (EGLE), , Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, , Amanda Trujillo , wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor , Michigan Attorney Ge, Kimber (EGLE), , Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, , Amanda Trujillo , wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor , Michigan Attorney Ge, Flint Mayor, Michigan Attorney General, Kimber (EGLE), , Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, , Amanda Trujillo , wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor , Michigan Attorney Ge, Kimber (EGLE), , Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, , Amanda Trujillo , wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor , Michigan Attorney Ge, Kimber (EGLE), , Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, , Amanda Trujillo , wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor , Michigan Attorney Ge, Mel Jones Jr., Shore, Debra, Johnson, Johahna, mel jones, pnapoli_napolilaw.com, Hunter Shkolnik, llewis@cityofflint.com, dpfeiffer@cityofflint.com, qmurphy@cityofflint.com, jpriestley@cityofflint.com, tburns@cityofflint.com, egle-nondiscriminationCC@michigan.gov, Jeremy Maltz, Emmy Levens, aherkenroder@cityofflint.com, Nicholas Leonard, travis.gamble@faegredrinker.com, david.kent@faegredrinker.com, vance.wittie@faegredrinker.com, perickson@plunkettcooney.com, rkamenec@plunkettcooney.com, rstowers@plunkettcooney.com, Saulius, wayne.mason@faegredrinker.com, Mel jones jr, ctaylor@jonesday.com, lpgabel@jonesday.com, melindetroit, Complaints Office 05, Theodore Leopold, Steve Morrissey, mpitt, pnovak@weitzlux.com, tbingman@tbingmanlaw.com, eberezofsky@eblawllc.com, Val@vlwlegal.com, robinsonr11, Kimber (EGLE), , Liesl.Eichler.Clark@michigan.gov, ClarkL20@michigan.gov, mjohnston@ajaxpaving.com,, bettenhausenm@michigan.gov, tbishop@mayerbrown.com, jahmy.graham@nelsonmullins.com, jon@lehotskykeller.com,, mskaller@levylaw.com, mmaimon@levylaw.com, mnguyen-dang@mayerbrown.com, Patrick Lanciotti, , Amanda Trujillo , wkim@cityofflint.com, bergf@butzel.com,, klein@butzel.com, Flint Mayor , Michigan Attorney Ge, King-Piepenbrok, Pier (AG), Newton, Cheryl, O'Lone, Mary, Debbie Chizewer, Mel jones jr

**Attachments:** image.png, Barry Minkow - Wikipedia.pdf

24th, January 2023

*... Urgent --- Correction ... the "scam company example" [I] believe was ZZZZ - best carpet cleaning --- NOT "MMM" carpets.... here, my history of CVA, Stroke and TIA... apparently got the best of me:*



https://en.wikipedia.org/wiki/Barry_Minkow

---------------------

On Sun, Jan 22, 2023 at 6:40 PM Mel jones jr <meljonesjr@gmail.com> wrote:

# 1. 23. 2023

*To: James M. Campbell - and - Michael A. Olsen ...VNA*

*Defense Attorneys {and} FWC special master Deborah Greenspan*

*From: Melvin Jones Jr. - disabled Michigander*

*Good evening,*
*And... what can I say, but [I] do NOT want to further deliver BAD news... but it is on my heart to tell you this.*

**One of the MOST urgent things that VNA can do is to CAREFULLY watch and or CANCEL any/ all "corporate" charge accounts that were/ are linked to the PAYMENTS as to the "hotel saga" (for lack of a better term).** There are SEVERAL reasons for this;
1.) "tokens" can be obtained via the KNOWN charge amounts listed on the hotel - records which Attorney Corey Stern NEEDLESSLY filed on the PUBLIC - pacer docket system (e.g. **which ALSO is linked to a FEW** other **FREE "pacer sites"... which ALSO allow the public to access such FOR FREE**);

2.) with said tokens... it MAY (but I am not sure here) be possible to further find out OTHER sensitive information about the LISTED employees and counsel for Veolia North America [e.g. to POSSIBLY (but again I am not sure here] the HOME address' and such of said VNA

*personnel;*

*3.) Moreover -- and CRITICALLY important here.  And yes, this is sort of a "flash back news story [e.g. which shows my age here]... but THINK back to a story about "MMM carpets".   Yep --- you may have guessed it by now.  But [I] digress to say this.... as you OF COURSE know, "VNA" collectively is a VERY large organization.... So let me ask you this... [IF]  an BAD cyber "organization" was to wrongly charge VNA's credit and/ or corporate accounts which are [wrongly filed on the pacer docket by Mr. Stern as to the "hotel saga" {sensitive hotel information as to VNA}]... charged say $ 3.xx dollars per month... WOULD VNA NOTICE SUCH ???*

*4.) Think again... because with "MMM carpets"... (as best that I can recall) thousands of unsuspecting Americans were charged a VERY small amount on their credit cards from/ by "MMM carpets" but NO services were EVER rendered by said carpet company... yeah -- a SCAM (e.g. and that was BEFORE the internet was popular [or possibly before the internet was "released" to the general public]).*

*So --- now unfortunately... Mr. Sterns filing is NOT (more likely than not) ...is NOT easily remedied by a "simple"*

sealing.   Which is to say... way back PRIOR to the PACER electronic filing and PUBLIC viewing of such {e.g. yeah... like when ALL documents filed in U.S. district court were literally PAPER... then yes, and order to "seal" would be all that was needed.  But, such MAY not be the case here... due to TECHNOLOGY.

**That is to say, given the "animosity"** which I recall Attorney Patrick Lanciotti literally speaking about Veolia North ... during [my] cell phone conversation with him/Mr. Lanciotti in for about October 2020 ---- **YES, [I] fully believe that attorney Corey Stern** (i.e. who partnered with Mr. Lanciotti on the XRF bone scan program as to the FWC settlement boondoggle).... YES HERE, there IS NO DOUBT IN MY MIND THAT MR. STERN FILED SAID SENSITIVE --- 100+ pages of PRIVATE HOTEL documents as to VNA's employees and defense counsel ON PURPOSE {e.g. out of sheer frustration of having NOT obtained a "big money" verdict against VNA in the 1st Bellwether Trial}.

Anyway... have a good rest of the evening. And a Bless week.
Respectfully.
Best,
/s/
~Mel Jones Jr. - disabled Michigander