**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| *Walters, et al.*, | |
|---|---|
| *Plaintiffs* | No. 5:17-cv-10164 |
| v. | Hon. Judith E. Levy |
| *City of Flint, et al.*, | |
| *Defendants.* | |

**AMENDED EXHIBIT INDEX FOR PLAINTIFFS' MOTION TO COMPEL RESPONSES TO PLAINTIFFS' REQUEST FOR ADMISSIONS AND REQUEST FOR PRODUCTION OF DOCUMENTS**

| Exhibit | Description |
|---|---|
| 1 | AMENDED Stern Declaration |
| 2 | Stern Email to Parties of Record |
| 3 | Subpoena |
| 4 | Excerpt of Carrie Griffiths Deposition |
| 5 | Stern Email Regarding Receipt of Documents |
| 6 | Veolia Email Requesting Documents |
| 7 | Stern Email to Veolia |
| 8 | Jones Email, January 18, 2023, 8:12 pm |
| 9 | Jones Email, January 23, 2023, 5:04 pm |