# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.         Judith E. Levy
                                            United States District Judge

_____/

This Order Relates To:

ALL CASES

_____/

## ORDER SETTING DEADLINES FOLLOWING THE FEBRUARY 2, 2023 STATUS CONFERENCE

The Court held a status conference regarding the pending Flint Water litigation on February 2, 2023. The Court orders as follows.

The next status conference will be held on **Tuesday February 21, 2023 at 1:00 pm**. Parties are to file proposed agenda items by **Tuesday February 7, 2023**. Co-Liaison Counsel for Individual Plaintiffs should collect proposed agenda items from all counsel representing individual plaintiffs and submit those proposed items in a single filing. The Court will issue an agenda by Friday February 17, 2023.

The Court will hold a discovery motion hearing on **Wednesday February 8, 2023 at 10:30 am**. The agenda is set forth in the February 2, 2023 Status Conference Agenda, item 1 (ECF No. 2339, PageID.75973–75974) and will also include the issue of counsel's communications with witnesses during depositions (discussed during the February 2, 2023 conference). Counsel may submit a two-page summary of their positions regarding the deposition communications issue. Summaries must be submitted to Leslie Calhoun no later than **February 6, 2023 at 11:59 pm**.

The Court will set aside **Wednesday February 15, 2023 at 1:00 pm** for a discovery conference, if needed. The protocol set forth in the February 2, 2023 Order Regarding Status Conference and Discovery Conference Protocol applies. (ECF No. 2348.) Per the protocol, **February 8, 2023 at 2:00 pm** is the deadline for notifying the Court of an impasse.

IT IS SO ORDERED.

Dated: February 2, 2023                    s/Judith E. Levy
    Ann Arbor, Michigan            JUDITH E. LEVY
                                                      United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 2, 2023.

                                            s/William Barkholz
                                            WILLIAM BARKHOLZ
                                            Case Manager