# Exhibit 1

Highly Confidential - Jace W. Connor

```
 1                UNITED STATES DISTRICT COURT

 2               EASTERN DISTRICT OF MICHIGAN

 3                      SOUTHERN DIVISION

 4    _____

 5   In re FLINT WATER CASES

 6                    Civil Action No. 5:16-cv-10444-JEL-MKM

 7                    (consolidated)

 8    _____

 9

10

11

12   Pages 1 - 123

13

14

15

16        THE VIDEOTAPED DEPOSITION OF JACE W. CONNOR

17        Taken via Zoom

18        Commencing at 10:03 a.m.

19        Tuesday, December 13, 2022

20        Before Trisha Cameron, RDR, RMR, CRR, RPR, CSR

21

22

23

24
```

```
1    Q.   At any point in time, did you make any selections in
2         terms of keywords utilized for that campaign?
3    A.   No.
4    Q.   At any point in time, were you made aware of any
5         changes to keywords associated with that campaign?
6    A.   No.
7    Q.   Who was in charge of setting the budget for that
8         campaign?
9    A.   I don't know.  I think that's where the confusion
10        was.  I wasn't there at the time.  So I don't know
11        who set it.
12   Q.   Sitting here today, do you still have access to that
13        campaign?
14   A.   I do.  Sole access.
15   Q.   So Mr. McFadden no longer has access?
16   A.   Correct.
17   Q.   Are you aware of at what point in time VNA began
18        utilizing dynamic ads associated with the Google
19        advertisement campaign?
20   A.   That account was already configured with both static
21        and dynamic ads when I inherited it.
22   Q.   Are you familiar with how dynamic advertisements
23        through Google work?
24   A.   I am.
```

```
 1   Q.   Okay.  Could you please explain based on your
 2        experience how they work.
 3   A.   Well, there's a couple of options.  Which one would
 4        you like me to go over?
 5   Q.   All of them.
 6   A.   Okay.  Well, essentially there's an option for a
 7        dynamic ad in which our ad words account is
 8        configured where you can predefine variables, such as
 9        titles, descriptions, landing page, and it can be a
10        couple of different titles and a couple of different
11        descriptions in the same ad.  And the dynamic nature
12        of it is that Google can change those titles and
13        descriptions that you provide based off of relevance
14        to the user's search to make it more relevant to
15        their query.  However, there's a lot of -- there's a
16        lot of prerequisites to it in terms of, you know, the
17        ad being approved for run based off that.
18             Another way of doing a dynamic ad is to
19        allow Google, which is very common, when starting
20        accounts is that provide Google with a landing page,
21        have Google index that page.  Based off of the
22        content of that page, Google will make
23        recommendations as to how you may or may not want to
24        position that relative to key terms.  However, you're
```

```
 1         still responsible for creating the ad content in
 2         terms of title and description.  And it goes through
 3         the approval process.  Google does not make up stuff
 4         for you or content for you, and they don't allow you
 5         to misalign your content with a destination page.
 6         Their goal is to provide the most relevant and
 7         authoritative result relative to a user's search.
 8    Q.   Any other ways besides those two that you just
 9         described?
10    A.   That's pretty much the two -- those are the two
11         options when you're configuring an ad words account.
12    Q.   Are you aware of which or both of those two options
13         VNA undertook when it set up its dynamic
14         advertisement portion of the ad campaign?
15    A.   Yeah.  Our current configuration is to prefill a
16         dynamic ad with up to two options on title and
17         description and allow Google to determine which title
18         or description is more relevant to the user's
19         specific search based off of the key terms that are
20         being optimized for.
21    Q.   And optimization will change on Google's end as
22         content is added or removed or updated on the end of
23         the website, correct?
24    A.   No.
```

1  Q.  Okay.

2          MR. STERN:  What's that, sir?

3          MR. KRAMER:  I said objection.  But

4      go ahead.

5  BY MR. STERN:

6  Q.  So your testimony is that the updating of content has

7      no bearing whatsoever on the success or failure of a

8      dynamic ads campaign?

9  A.  Well, it does in a sense that if you don't have the

10     parity that's required between the ad and the

11     destination content, your ad will be disapproved or

12     suspended.

13 Q.  So then can you explain how updating the Veolia Flint

14     Facts website would bear on a dynamic ads campaign

15     run by VNA?

16         MR. KRAMER:  Objection.  Misstates

17     the testimony.  But you can go ahead and

18     explain, if you can.

19         THE WITNESS:  It wouldn't unless you

20     went in to modify the parameters of your

21     ad to pair with the content that was

22     modified on the website.  A brief example

23     I could give you is that as a byproduct of

24     the website being updated by Reputation

```
 1            Squad, several ads were disallowed on the

 2            ad words platform because that destination

 3            page, for instance, was no longer

 4            reachable because the URL structure was

 5            modified.  So it requires going into the

 6            ad words account and achieving parity

 7            between that destination landing page.

 8    BY MR. STERN:

 9    Q.  How did you find out about what you just described in

10        terms of the URL and the lack of compatibility?

11    A.  Well, one of my functions is to provide management,

12        maintenance, and reporting.  So I'm regularly looking

13        at all of our assets and properties.  I get

14        notifications and alerts if something is wrong with

15        one of them.  So just in I would say my normal daily

16        activities at some point I recognized and saw that

17        certain ads had been taken offline due to activities

18        of Reputation Squad.

19    Q.  Did you track information related to the ad words

20        account about locations where ads were being viewed?

21    A.  Did I track?

22    Q.  Yeah.

23    A.  No, I didn't track.  I -- maybe I'm just a little

24        confused about what you're getting at.  But, you
```