UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE FLINT WATER LITIGATION | Case No. 5:16-cv-10444-JEL-MKM<br>Hon. Judith E. Levy |
| BELLWETHER III | Case No. 5:17-cv-10164-JEL-MKM |

_____

**DEFENDANTS' MOTION TO STRIKE FILING MADE IN ERROR**

On February 7, 2023, the VNA Defendants filed a Motion to Strike Or, In the Alternative, Motion for Leave to File a Sur-Reply (ECF No. 2353). This filing inadvertently omitted the exhibits to the Motion and was made in error. VNA has filed a corrected Motion on the docket with the appropriate exhibit attached. The corrected filing appears on the docket as ECF No. 2354. Pursuant to the Court's ECF Rules and the Court's practice in the above-captioned matter, VNA respectfully requests that the Court strike ECF No. 2353, which was filed in error.

Respectfully Submitted,

| **CAMPBELL, CONROY & O'NEIL P.C.** | **BUSH SEYFERTH PLLC** |
|---|---|
| By: */s/ James M. Campbell*<br>James M. Campbell<br>Alaina N. Devine<br>20 City Square, Suite 300<br>Boston, MA 02129<br>(617) 241-3000<br>jmcampbell@campbell-trial-lawyers.com<br>adevine@campbell-trial-lawyers.com | By: */s/ Cheryl A. Bush*<br>Cheryl A. Bush (P37031)<br>100 W. Big Beaver Road, Suite 400<br>Troy, MI 48084<br>(248) 822-7800<br>bush@bsplaw.com |

2

*Attorneys for Veolia North America, LLC, Veolia North America, Inc., and Veolia Water North America Operating Services, LLC*

Dated: February 8, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2023, I electronically filed this document with the Clerk of the Court using the ECF System, which will send notification to the ECF counsel of record.

By:   */s/ James M. Campbell*
      James M. Campbell
      jmcampbell@campbell-trial-lawyers.com