# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION

| | |
|---|---|
| IN RE FLINT WATER LITIGATION<br>Hon. Judith E. Levy | Case No. 5:16-cv-10444 |
| BELLWETHER III | Case No. Case No. 5:17-cv-10164 |

## PLAINTIFFS' MOTION TO STRIKE FILINGS MADE IN ERROR

On, February 1, 2023, Plaintiffs filed a Response to Defendant's Motion for a Protective Order. However, that pleading (ECF No. 2345) contained a small typo with regard to a mentioned date. Plaintiffs drafted an amended motion, seeking to fix the error, but inadvertently refiled the original motion. (ECF No. 2346). Realizing this error, Plaintiffs then filed the correct amended pleading. (ECF No. 2347). **Accordingly, the corrected filing appears on the docket as ECF No. 2347.** Pursuant to the Court's ECF Rules and the Court's practice in the above-captioned matter, Plaintiffs respectfully requests that the Court strike ECF No. 2345 and ECF No. 2346, both of which were filed in error.

Dated: February 8, 2023

Respectfully Submitted,

**LEVY KONIGSBERG LLP**

/s/ Corey M. Stern
Corey M. Stern
Melanie Daly
605 Third Ave., 33rd Floor
New York, New York 10158
(212) 605-6298
***Attorneys for Plaintiffs***

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2023 I electronically filed this document with the Clerk of the Court using the ECF System, which will send notification to the ECF counsel of record.

**LEVY KONIGSBERG, LLP**

/s/ Melanie Daly
Melanie Daly
605 Third Ave., 33rd Floor
New York, New York 10158
mdaly@levylaw.com