# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

Judith E. Levy
United States District Judge

_____/

This Order Relates To:

ALL CASES

_____/

## ORDER REGARDING MATTERS DISCUSSED AT THE FEBRUARY 8, 2023 DISCOVERY CONFERENCE

The Court held a discovery conference regarding the pending Flint water litigation on February 8, 2023. The Court now orders as follows:

For the reasons set forth on the record, Plaintiffs' motion to compel (ECF No. 2298) is granted in part and denied in part. Plaintiffs are ordered to amend their written requests for production and for admissions in the manner and within the parameters set forth at the conference. Veolia is ordered to provide complete responses in the manner and within the parameters set forth at the conference.

Veolia's motion for protective order (ECF No. 2307) is granted in part and denied in part, without prejudice, for the reasons set forth on

the record. If, after receiving responses to the written discovery as set forth above, Plaintiffs still wish to pursue taking Mr. Ferarra's deposition, Veolia may object. If Veolia objects on the basis of attorney client privilege and work product, it must provide a privilege log. At that stage, if a dispute arises, the parties may bring the matter to the Court's attention.

Veolia's motion to strike or to file a sur-reply (ECF No. 2354) is denied for the reasons set forth on the record.

IT IS SO ORDERED.

Dated: February 9, 2023        s/Judith E. Levy
Ann Arbor, Michigan            JUDITH E. LEVY
                               United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 9, 2023.

                               s/William Barkholz
                               WILLIAM BARKHOLZ
                               Case Manager