# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

## ORDER REGARDING FEBRUARY 21, 2023 STATUS CONFERENCE AND SETTING DEADLINES FOR MARCH 2023 STATUS CONFERENCE AND DISCOVERY CONFERENCES

The deadline for counsel to submit proposed topics for adjudication at the February 21, 2023 status conference has passed and no items were submitted. (*See* ECF No. 2351, *Order Setting Deadlines Following February 2, 2023 Status Conference*.) The Court has determined that the February 21, 2023 status conference is not necessary and will not be held.

The next status conference will be held on **Wednesday March 29, 2023 at 1:00 pm**. Parties are to file proposed agenda items by **Wednesday March 15, 2023**. The Court will issue an agenda by Monday March 27, 2023.

The Court has set aside **Wednesday March 8, 2023 at 1:00 pm** for a discovery conference, if needed. Per the status conference and discovery conference protocol (ECF No. 2348), **March 1, 2023 at 2:00 pm** is the deadline for notifying the Court of an impasse for the March 8, 2023 conference.[1] **Wednesday March 22, 2023 at 1:00 pm** is also set aside for a discovery conference, if needed. **March 15, 2023 at 2:00 pm** is the deadline for notifying the Court of an impasse for the March 22, 2023 conference.

    IT IS SO ORDERED.

Dated: February 13, 2023      s/Judith E. Levy
    Ann Arbor, Michigan      JUDITH E. LEVY
                                             United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 13, 2023.

                                           s/William Barkholz
                                           WILLIAM BARKHOLZ
                                           Case Manager

---

[1] The Court has already received one proposed topic for adjudication on March 8, 2023 from the VNA Defendants.

2