# Exhibit 3

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF MICHIGAN

 3                   SOUTHERN DIVISION

 4    _____

                                      )

 5    In re:  FLINT WATER CASES        )

      _____) Civil Action No.

 6                                     ) 5:16-cv-10444-JEL-MKM

      Elnora Carthan, et al.,          ) (consolidated)

 7                                     )

          Plaintiffs,                  )

 8                                     )

          vs.                          ) Hon. Judith E. Levy

 9                                     ) Mag. Mona K. Majzoub

      Governor Rick Snyder,            )

10    et al.,                          )

                                       )

11        Defendants.                  )

                                       )

12        and                          )

                                       )

13    Bellwether III                   )

      Case No. 17-10164                )

14    _____)

15                  HIGHLY CONFIDENTIAL

16             Wednesday, December 28, 2022

17                      Volume I

18          Remote videotaped deposition of

19    LARRY L. RUSSELL, Ph.D., commencing at 9:02 a.m., on

20    the above date before Carol A. Kirk, Registered Merit

21    Reporter, Certified Shorthand Reporter, and Notary

22    Public.

23

               GOLKOW LITIGATION SERVICES

24        877.370.3377 ph | 917.591.5672 fax
```

```
 1          A.    The pipes were cut in half, so
 2   they're pieces.
 3          Q.    Okay.  So let me just make sure
 4   I'm understanding what you're saying.
 5                Is that -- is it -- were they cut
 6   in half when you left the home in Flint or at
 7   sometime later?
 8          A.    No.  They were transported by me
 9   to our materials lab when they were cut in half,
10   and that's when they received their letter
11   descriptors so I could keep track of what they
12   were.
13          Q.    Okay.  And so just to track this,
14   they were transported by you from Flint; is that
15   right?
16          A.    Yes.
17          Q.    And then -- where did you -- you
18   said you took them to your materials lab.
19                Is that different from the
20   Christensen location?
21          A.    No.
22          Q.    Okay.  So you took them to the
23   Christensen location; is that right?
24          A.    Well, first I brought them to my
```

1    house.

2           Q.    Okay.

3           A.    And they sat here until we

4    arranged to do this analysis to generate the

5    supplemental report.

6           Q.    Okay.  So we'll talk more, but

7    approximately how long did the samples stay in

8    your home?

9           A.    A month, two months, something

10   like that.  I can look at exactly, but that's

11   kind of what I recall.

12          Q.    Okay.  And so the quantity 2, just

13   again so I'm clear, when these samples were

14   transported by you from Flint, the quantity was

15   just 1, and then the pipe was split to make 2

16   sometime later; is that right?

17          A.    No.  I think actually it's

18   referring to the two pieces of pipe, that

19   there's a 5.25-inch piece of pipe and an 8-inch

20   piece of pipe.

21          Q.    So, in other words --

22          A.    There's two pieces of pipe there.

23          Q.    So it's just like a joint and

24   there were two pieces of pipe that were removed?

1    with the plumber, it appeared to be the most

2    expeditious approach would be just to replace it

3    all, and that's what we did because we weren't

4    going to leave anything in there that we didn't

5    have to leave.  And it would have made our

6    reassembly more complicated, so we just took

7    everything.

8         Q.    Dr. Russell, other than the pipe

9    segments or pieces identified in this Exhibit 6

10   that were taken from the ████ and ███████

11   homes, are there any other pipe pieces or

12   segments or plumbing parts that were removed by

13   you or others working on your behalf from any

14   other location in the City of Flint?

15        A.    No.

16        Q.    Okay.  Now, when you went out to

17   collect these pipes, did you try to contact

18   anybody working for VNA to tell them you were

19   going to do so?

20        A.    No.

21        Q.    Okay.  And it's fair to say,

22   Dr. Russell, VNA did not have an opportunity to

23   observe the collection of pipe and plumbing

24   materials at either of these homes on ████ or

1      ████████, correct?

2           A.    Understand that while the COVID

3      has backed down substantially by this point in

4      time, we were very cautious about introducing

5      ourselves into someone's home in Flint.  So it

6      was clearly a public health -- resident health

7      issue to minimize the number of people present.

8                So I just proceeded to remove the

9      pipes in the most expeditious manner possible

10     and had no involvement with Veolia or anyone

11     else about the pipes.

12          Q.    Okay.  And so VNA wasn't there,

13     were they, when you removed the pipes?

14          A.    No.

15          Q.    And did you contact VNA when you

16     were going to do the testing of the pipes at the

17     Christensen lab?

18          A.    We would never contact the

19     defendants in a situation like this, you know.

20     The lawyers make those connections.  We don't

21     approach people like -- I don't even know who to

22     approach in VNA, frankly.

23          Q.    Was anybody from VNA present when

24     the testing was done at the Christensen lab?

Highly Confidential - Larry Russell

1        A.    No.

2        Q.    Okay.  And you may have said this,

3   Dr. Russell, but for the nine samples that are

4   included in your report, how did you go about

5   deciding which ones to include and which ones to

6   not include?

7        A.    Okay.  Well, let's do it

8   systematically.  Let's start at ███████.

9        Q.    Okay.

10       A.    ███████ was replumbed around

11  2008 to go from what I believe was galvanized

12  based on item C and D to copper.  And in the

13  basement, we had full access to the copper pipe.

14            So we chose -- I chose -- marked

15  on the pipe, "Tell the plumber cut here, cut

16  here, cut here, cut here," and they removed two

17  sections of pipe.

18            We could have removed more pipe,

19  but being you can't even really see inside of it

20  after you cut it, and it's fairly dark in a

21  basement anyway, I made the decision to just

22  remove those pipes and say, "Okay.  We've got a

23  hot water, we've got a cold water, and here we

24  go."  So that's how we handled ███████.

1    galvanized is removed with a Sawzall.

2          Q.    Okay.  And for the copper?

3          A.    The copper was -- well, it could

4    be either on it, depending on where it was

5    removed from.  There isn't that much copper, but

6    I believe it was cut with a Sawzall.

7          Q.    Okay.  Are there any notes or

8    records that were taken during the removal

9    process?

10         A.    Only my photographs.

11         Q.    And have all of those photographs

12   been produced?

13         A.    Yes.

14         Q.    Okay.  They're all included in

15   your report?

16         A.    No.

17         Q.    Okay.  You provided additional

18   photographs to counsel?

19         A.    Yes.

20         Q.    Okay.  And these are photographs

21   of the work being done of the removal of pipes

22   in the homes in Flint?

23         A.    I don't know so much that they're

24   photographs of the removal as much as they are

1    photographs of the pipes.

2         Q.    Okay.

3         A.    And it could be before or during

4    the removal.  I don't quite remember.

5              The plumbers were faster than me,

6    so I had to scramble to keep up with the

7    plumbers to get the pipes all marked.  It's

8    easier to remove them than it is to catalog

9    them.  So I did the best I could do.  And, like

10   I say, it just got a little ahead of me, so I

11   worked very hard to get them all marked and

12   dated and identified so that there wasn't any

13   question that we would get them mixed up.

14        Q.    Okay.  Were there any precautions

15   taken to minimize vibration during the cutting?

16        A.    No.

17        Q.    Were there any precautions taken

18   to guard against cross-contamination from one

19   pipe to the next?

20        A.    The samples that I was most

21   concerned about were put in baggies.  So they

22   were separated from the group.  But the pipes --

23   the majority of the ones you asked about that

24   I didn't work on, we didn't do work on, were

```
 1    just put into the box on a towel.

 2              I did have some cushioning in the

 3    container to absorb the movement of them, so --

 4    and there was a pillow that I took from the

 5    hotel and put it on top of them to kind of

 6    sandwich them in so we could move them.

 7         Q.   Was there any residual --

 8              MR. CONNORS:  Mr. Ter Molen, I'm

 9         sorry to interrupt.  I'd just like to

10         ask for a break when you're at a good

11         stopping point.

12              MR. TER MOLEN:  Okay.  Why don't

13         I go a few questions.  I talked about a

14         longer break.  I hoped to get farther,

15         but that's fine.  Let me do a little bit

16         more, and then we'll take a longer

17         break.

18              Is that okay, Jordan, if I go

19         another four or five minutes?

20              MR. CONNORS:  That's fine with me.

21         Thank you.

22              MR. TER MOLEN:  All right.

23    BY MR. TER MOLEN:

24         Q.   Was there any residual water in
```

1   any of the pipes during the extraction process,

2   Dr. Russell?

3           A.    They pretty well drained while we

4   were there.

5           Q.    Okay.

6           A.    Because the plumber has to take

7   them out, so it's going to spill on him if

8   they're not empty.  So we drained the water.  We

9   shut the water off to the house, and we drained

10  the water from the basement the best we could.

11          Q.    Okay.  And it sounds like for some

12  of the pipes, when they were removed, there was

13  some water that then came out and got on the

14  plumber; is that right?

15          A.    No.  I said it would have gotten

16  on the plumber.  You asked if there was water in

17  the pipes, and I said that if the plumber had

18  cut them with water in them, it would have

19  drained onto the plumber --

20          Q.    Yes.

21          A.    -- which he wouldn't be interested

22  in having happen.  So we did a pretty good job

23  of emptying them.

24          Q.    Okay.  Were the ends of the pipes

1    sealed after they were removed?

2         A.   No.  But the ones through H or I,

3    whichever one we did, are in the plastic

4    baggies.

5         Q.   Okay.

6         A.   So they're isolated away from the

7    other pipes.

8         Q.   And were the interiors, the pipe

9    samples, kept moist after they were removed?

10        A.   Only with the moisture that was in

11   them.  Nothing in particular.

12        Q.   Okay.  And then you testified you

13   took the pipe samples from Flint on the airplane

14   back with you to your home in California,

15   correct?

16        A.   Yes, sir.

17        Q.   Okay.  And so that would have been

18   on February -- February 9, February 10.

19        A.   10.

20        Q.   And you were responsible for

21   packaging all the pipes?

22        A.   Well, me and TSA.  They opened my

23   box --

24        Q.   I see.

```
 1          A.     -- in front of me, in front of me.

 2   And I explained what it was, and I worked with

 3   them to put it all back together.

 4          Q.     Okay.  And then you kept the pipes

 5   at your home; is that right?

 6          A.     Yes.

 7          Q.     Okay.  And then you were saying

 8   they were at your home for a couple months

 9   approximately before they went to Christensen

10   labs for some testing?

11          A.     Before I took them to Christensen

12   labs.  Yes.

13          Q.     Before you took them.  Okay.

14                 And had you inspected the pipes at

15   all while they were at your home during that

16   couple months before you took them to the lab?

17          A.     No.  I have a pretty good memory,

18   so I knew what I had.

19          Q.     Okay.  Where in your home were

20   they kept?

21          A.     In the garage.

22                 MR. TER MOLEN:  Okay.  And the --

23          this is probably a good stopping point.

24          Why don't we stop here.  And why don't
```

1   fine.

2               So who was the person who cut the

3   pipe samples open?

4          A.    Split them?

5          Q.    Yes.

6          A.    Conrad Christensen.

7          Q.    Conrad Christensen.  Who else was

8   there with him at the time, if anybody?

9          A.    Me.

10         Q.    Okay.  Was Todd there as well?

11         A.    No.

12         Q.    Anybody other than you or

13  Mr. Christensen take notes at the time?

14         A.    No.

15         Q.    Okay.  By the way, before I

16  forget, Dr. Russell, during the 40-odd minute

17  break we just took for lunch, were you also on

18  the phone with plaintiffs' counsel?

19              MR. CONNORS:  Objection; vague and

20         ambiguous.

21              And you can answer -- I don't

22         know.  If you understand, you can answer

23         yes or no.

24              THE VIDEOGRAPHER:  We lost your

```
 1            image, Dr. Russell.

 2                 THE WITNESS:  Yeah, I know.  Hang

 3            on one second.

 4       A.    Yes, we spoke briefly.

 5       Q.    Okay.  What did plaintiffs'

 6  counsel tell you, and what did you say in

 7  response?

 8                 MR. CONNORS:  Again, objection.

 9            It's a totally improper question.  It

10            seeks work product material.  I instruct

11            the witness not to answer.

12                 MR. TER MOLEN:  Okay.  I --

13                 MR. CONNORS:  And I'll just make a

14            continuing objection and make clear

15            I will instruct the witness not to

16            answer about work product communications

17            between him and counsel.

18  BY MR. TER MOLEN:

19       Q.    Dr. Russell, are you refusing to

20  talk about conversations you had with counsel

21  during break based on his instruction to you?

22       A.    Yes.

23       Q.    Okay.  What device was used to cut

24  open the pipe laboratories by Mr. Christensen?
```

```
 1          A.     Bandsaw.

 2          Q.     All right.  Is it the bandsaw that

 3   he had handy at his home?

 4          A.     It's not his home.  It's his

 5   laboratory.  It's located at his home, but it's

 6   in a separate building.

 7          Q.     Okay.  And it's a separate

 8   building out back.  Did it used to be a garage?

 9          A.     No.  It's a barn.

10          Q.     Okay.  And so it's the bandsaw in

11   his barn that he used to cut the pipe open?

12          A.     Well, it's the bandsaw in his lab

13   that he used.

14          Q.     Okay.  And did he take any

15   precautions to prevent cross-contamination from

16   one pipe sample to the next?

17          A.     The normal precautions it takes to

18   clean in between.

19          Q.     Okay.  Let's see.  And you said

20   that he did not keep any notes on his work?

21          A.     Not -- while we were doing it, no.

22          Q.     Okay.  Was there any chain of

23   custody that you maintain for taking the pipe

24   samples to Christensen Materials?
```

```
 1                    MR. CONNORS:  Objection; vague and

 2          ambiguous.

 3          A.    No, because I maintained control

 4   of the samples.

 5          Q.    So you were there for the entire

 6   period of the testing; is that right?

 7          A.    Yes.

 8          Q.    Okay.  After the pipes had been

 9   examined, cut at Christensen Materials, what

10   happened to them next?

11          A.    He took them into the electron

12   microscope.

13          Q.    Okay.  And that's also in that

14   barn area?

15          A.    Well, there's a separate building

16   attached to the barn where the lab is

17   physically.

18          Q.    I see.  Okay.  And that's where

19   the electron microscope is?

20          A.    Yes, sir.

21          Q.    Okay.  Okay.  So if we can look at

22   your report that we've marked as Exhibit 3 and

23   look at Attachment 3 to that report.

24                    Okay.  So the Attachment 3,
```

Highly Confidential - Larry Russell

1   there's a device on it that emits x-rays and

2   measures the components that are in -- the

3   metallic components and other components that

4   are in the sample.

5          Q.   Okay.  So some work was done with

6   the electron microscope at the Christensen

7   laboratory location, and then you brought

8   materials back to your home.  You kept them

9   there for a while, and then you scraped off some

10  of the scale material and sent that out for

11  testing; is that right?

12         A.   Yes, to improve the level of

13  detection so that we could get to more -- wet

14  chemistry is more accurate at the low levels

15  than -- lower levels than is the EDX.

16         Q.   Okay.  Were you present at A&R

17  Laboratories when they did their analyses?

18         A.   No.

19         Q.   Okay.  Did their report come

20  directly to you?

21         A.   No.

22         Q.   Who did it come to?

23         A.   It's addressed on there, Clinical

24  Labs, to Styles, Grand Terrace.

```
 1                    Do you see that?

 2          A.    Yes, sir.

 3          Q.    Okay.  What work did you do to

 4   determine that the home had been replumbed in

 5   2008?

 6          A.    Well, there's a visual observation

 7   to see that it's now plumbed in copper, and then

 8   we asked the homeowner.

 9          Q.    And that visual observation is --

10   that doesn't tell you the date, right?  It just

11   tells you the home had been replumbed?

12          A.    Of course.

13          Q.    Okay.  And so you spoke with the

14   homeowner, and this is Mrs. Kelso?

15          A.    I think so.  That sounds familiar.

16          Q.    Okay.  Is it Rhonda Kelso?

17          A.    Yes.

18          Q.    Okay.  And are you aware,

19   Dr. Russell, that Ms. Kelso testified at her

20   deposition that, in fact, the home was replumbed

21   in the year 2000, not 2008?

22          A.    No, I wasn't aware of that.

23          Q.    Okay.  Would that timing make a

24   difference to you, Dr. Russell?
```

1    that you would expect that these pipes, these G,

2    H, and I had been installed sometime before

3    1960, right?

4         A.    Yes.  It's, of course, still

5    available, so it's hard to know if a pipe

6    section was replaced or not, but it didn't

7    appear that that had happened.

8         Q.    Okay.  And on page 38 of

9    Exhibit 4, Doctor, you have the opinion that

10   these pipe samples were down to paper thin

11   remaining wall thickness in many locations; is

12   that right?

13        A.    Well, I don't know.  Can you show

14   me the page?

15        Q.    Yeah.  Sorry.

16        A.    Okay.  This is talking about -- if

17   you're pointing at that paragraph, it's 119 at

18   the beginning.

19        Q.    That's right.  The copper pipes at

20   ███████ were reportedly installed, and then

21   you move down to the field pipes at

22   ███████████?

23        A.    Yes.  Okay.  And the question is?

24        Q.    So I'm just reading -- I was

1    referencing the last sentence in that second

2    paragraph on page 38 of your report which says,

3    "These pipes" -- which I understand refers to

4    the galvanized steel pipes -- experienced

5    through-wall pitting and were down to paper thin

6    remaining wall thickness in many locations at

7    the time that I removed them.

8              That's what you said in your

9    report, right?

10        A.    Yes, sir.  And it's also shown in

11   the table that we were just looking at.

12        Q.    Okay.  And so what does paper thin

13   mean to you, Dr. Russell?

14        A.    Well, they weren't leaking.  But

15   as I explained earlier, when the plumber put a

16   pipe wrench on them to remove them -- because

17   they're threaded pipes, the first step is to try

18   to unscrew them, unthread them.  When he did

19   that, the pipes sheared off at the fitting.

20        Q.    Okay.  And did -- when the pipes

21   sheared off, did you just take the segment that

22   had been sheared off, or did you do -- did the

23   plumber do any further cutting of the pipe?

24        A.    Oh, no.  We had to remove both

Highly Confidential - Larry Russell

1    pieces because the portion that it is threaded

2    into now has a piece of the pipe in it.

3         Q.    Okay.  So it's your testimony --

4    let me ask it differently, Doctor.

5              Are all of the pieces of pipe that

6    you took from Flint cut on both ends?

7         A.    No.

8         Q.    Okay.  So some of the pieces of

9    pipe that you took from Flint show evidence of

10   having been sheared off when the plumber put the

11   wrench on it.

12             Is that what you're saying?

13        A.    That's what I recall.

14        Q.    Okay.  Are any of the nine samples

15   that I think were included in your report -- do

16   any of those nine samples show the sheering that

17   you referenced?

18        A.    I believe they do.

19        Q.    Okay.  Which specific samples?

20        A.    Can you show them to me, please.

21        Q.    Sure.

22             So why don't we just start with

23   the -- maybe Attachment 1.  We can just kind of

24   scroll go through the photos.  Just go down a

1          Q.    Okay.  Okay.  And did you take any

2    wall thickness measurements for samples G, H, or

3    I?

4          A.    When you have a through-wall

5    event, whether a pit or a shearing, there's no

6    wall left to measure.  So there is no wall

7    thickness there.  We didn't look beyond that.

8    That was the thinnest portion that we saw.

9          Q.    Okay.  So looking -- we're looking

10   right now at sample I, and obviously we can see

11   pipe there.  But your testimony is that you

12   didn't try to measure the thickness of that pipe

13   at any location?

14         A.    Well, Mr. Ter Molen, there's not a

15   lot of point in that.  When it has no wall

16   thickness left, in other words, it's the weakest

17   link in the chain, it doesn't do much good to

18   measure where it is okay if you've got a spot

19   where it is sheared off.

20         Q.    So, Dr. Russell, just so I'm clear

21   here, just looking at the longitudinal

22   sectioning of the pipe here, I see shiny metal

23   there, and doesn't that shiny metal reflect the

24   wall of the pipe?

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF MICHIGAN
 3                   SOUTHERN DIVISION
 4      _____
                                    )
 5      In re:  FLINT WATER CASES   )
        _____ )   Civil Action No.
 6                                   )   5:16-cv-10444-JEL-MKM
        Elnora Carthan, et al.,     )   (consolidated)
 7                                   )
             Plaintiffs,            )
 8                                   )
             vs.                     )   Hon. Judith E. Levy
 9                                   )   Mag. Mona K. Majzoub
        Governor Rick Snyder,       )
10      et al.,                     )
                                     )
11           Defendants.            )
                                     )
12           and                     )
                                     )
13      Bellwether III               )
        Case No. 17-10164            )
14      _____ )
15                  HIGHLY CONFIDENTIAL
16              Thursday, December 29, 2022
17                       Volume II
18              Continued Remote videotaped deposition of
19      LARRY L. RUSSELL, Ph.D., commencing at 10:07 a.m., on
20      the above date before Carol A. Kirk, Registered Merit
21      Reporter, Certified Shorthand Reporter, and Notary
22      Public.
23
                    GOLKOW LITIGATION SERVICES
24           877.370.3377 ph | 917.591.5672 fax
```

1      A.    In our storage facility.

2      Q.    Is that a climate-controlled

3   facility?

4      A.    Well, you know, our climate is

5   pretty moderate here in the Bay area, so it's

6   not air continued or anything like that.  No.

7   It's just where we store our records and things.

8          So we store a lot of paper in

9   there without any concern whatsoever.  And as I

10  said, it doesn't get that cold.  It doesn't get

11  that hot, so ...

12     Q.    You mentioned that you had to cut

13  them to a certain length to get them into the

14  container that you were taking with you.  I'm

15  curious, what kind of a container they're stored

16  in now.  Is that the same container, or were

17  they transferred to a different container?

18     A.    It's actually not the same

19  container.  There was some damage to the

20  container in shipment, so we transferred the

21  container to a more sturdy container.

22          You know, when I went there, we

23  weren't exactly sure what we were going to do in

24  terms of pipe removal.  And then it became clear

1    that we had more pipe than I was anticipating

2    taking back.  So I needed a larger container.

3                We picked up one and used it, but

4    it -- American Airlines managed to bang it up a

5    little bit.

6        Q.    If you could just describe for me

7    generally the type of container that they're in

8    now.  Is it a plastic tub?  What kind of

9    container are they in?

10       A.    Plastic tub is a great descriptor.

11   They're currently in a Rubbermade plastic,

12   fairly good size container, like exactly I think

13   what we're both envisioning.  You know, it's

14   something that's about three feet by two feet by

15   two and a half feet deep and has a lid that pops

16   down on the top.

17       Q.    Sure.  Have you published any

18   papers on the topic of biosolids?

19       A.    Not that I would call that.  We

20   did work for EPA on the operation of aerobic

21   biological treatment plants, and -- which ended

22   up in a report that was distributed to every

23   wastewater plant in the United States.

24                And there was extensive discussion