# Exhibit 5

REED INTERNATIONAL LTD

200 Martinique Ave
Tiburon, CA 94920
(510) 549-2427   Fax: 510-232-3796

# EVIDENCE CHAIN OF CUSTODY TRACKING FORM

Project: Flint
Address: ███████████

| Item # | Quantity | Date | ID | Description |
|---|---|---|---|---|
| 1 | 1 | 2/8/2022 | Flint A | Hot water copper pipe |
| 2 | 1 | 2/8/2022 | Flint B | Cold water copper pipe |
| 3 | 1 | 2/8/2022 | Flint C | Galvanized pipe fitting |
| 4 | 1 | 2/8/2022 | Flint D | Galvanized pipe fitting |

1 | Page

Flint
119 Grace

| Item # | Date/Time | Chain of Custody Released by (Names & Signature) | Received by (Names & Signature) |
|---|---|---|---|
| 1-4 | 12/6/2022 | Larry Russell | Todd Russell |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

# REED INTERNATIONAL LTD

200 Martinique Ave
Tiburon, CA 94920
(510) 549-2427   Fax: 510-232-3796

## EVIDENCE CHAIN OF CUSTODY TRACKING FORM

Project: Flint
Address: ███████

| Item # | Quantity | Date | ID | Description |
|---|---|---|---|---|
| 5 | 1 | 2/8/2022 | Flint E | Hot water copper pipe water heater ½ inch 8 inch |
| 6 | 2 | 2/8/2022 | Flint F | Cold water copper pipe Water heater ½ inch 5.25 and 8 inch GV |
| 7 | 1 | 2/8/2022 | Flint G | Galvanized pipe – thru wall pit in the tee ½ inch |
| 8 | 1 | 2/8/2022 | Flint H | Galvanized pipe – 45 deg el thru wall pit ½ inch 14 inch |
| 9 | 1 | 2/8/2022 | Flint I | Galvanized pipe ½ 90 El 3 inch |
| 10 | 4 | 2/8/2022 | Flint J | Galvanized pipe – hot ½ inch – 18.25,14.125,19 (tees),16.5 inch |
| 11 | 1 | 2/8/2022 | Flint K | Galvanized pipe/valves Hot 6 by 4 inch two angle stops |
| 12 | 2 | 2/8/2022 | Flint L | Galvanized pipe And P – thru wall pit on el 18,19 w/el |
| 13 | 1 | 2/8/2022 | Flint M | Galvanized pipe ½ inch 15.5 inches |
| 14 | 1 | 2/8/2022 | Flint N | Galvanized pipe ½ inch 14.5 inch with union |
| 15 | 1 | 2/8/2022 | Flint O | Galvanized pipe ½ inch 20.5 inches |
| 16 | 1 | 2/8/2022 | Flint P | Galvanized pipe ½ inch 18 inches |
| 17 | 1 | 2/8/2022 | Flint Q | Galvanized pipe ½ inch 90 el 19 inches |
| 18 | 1 | 2/8/2022 | Flint R | Galvanized pipe ½ inch 14 inches |
| 19 | 1 | 2/8/2022 | Flint S | Galvanized pipe ½ inch 14.75 with tee |
| 20 | 1 | 2/8/2022 | Flint T | Galvanized pipe ½ inch 17.25 with coupling |
| 21 | 1 | 2/8/2022 | Flint U | Copper and galvanized hot ½ inch 90 el 2 inch copper |
| 22 | 1 | 2/8/2022 | Flint V | Copper ½ inch 2 inch |

Flint 1910

| Item # | Date/Time | Chain of Custody Released by (Names & Signature) | Received by (Names & Signature) |
|---|---|---|---|
| 5-22 | 12/6/2022 | *signature* Larry Russell | *signature* Todd Russell |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |