## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

*In Re* Flint Water Cases                    No.5:16-cv-10444-JEL-MKM (consolidated)

HON. JUDITH E. LEVY

_____/

## NOTICE OF THE MASTER GUARDIAN AD LITEM REGARDING REQUEST FOR PAYMENT OF FEES FOR DECEMBER 19, 2022 TO FEBRUARY 7, 2023

On March 19, 2021, the Court entered the Order Granting Plaintiffs' and Settling Defendants' Motion to Appoint Master Guardian Ad Litem. (ECF No. 1472) Miriam Z. Wolock was appointed Master Guardian Ad Litem ("Master GAL") under the Amended Settlement Agreement.[1] On March 12, 2021, the Genesee County Circuit Court entered a parallel Order Granting Plaintiffs' and Settling Defendants' Motion to Appoint Master Guardian Ad Litem.

The foregoing Orders provide in relevant part that "Compensation to Miriam Wolock the Master GAL… will be as provided for in the Amended Settlement Agreement, or as ordered by this Court." Article XI of the Amended Settlement Agreement establishes that guardian ad litem fees and expenses shall be solely paid out of the FWC Qualified Settlement Fund.

As Master GAL, from December 19, 2022 to February 7, 2023, I performed work that included reviewing claimant files referred by the Special Master as deficient for lack of sufficient proof for deceased adult claimants, communication with claimants' family members regarding personal representative appointments, preparation of memoranda for the Special Master in regard

---

[1] All capitalized terms herein have the same meaning set forth in the Amended Settlement Agreement that the Court has preliminarily approved.

to same, meeting with the Special Master and Settlement Planning Administrator in regard to distribution options pursuant to the ASA.

The Settling Parties have been provided with the Master GAL's Invoice covering the period from December 19, 2022 to February 7, 2023 and have not submitted any objections. The total amount owed on this Invoice is $31,241.82.

These fees, if approved, would be paid from the Qualified Settlement Fund, which has been established under the terms of the Court's February 2, 2021 Order Granting Motion to Establish Qualified Settlement Fund and Sub-Qualified Settlement Funds, and Establishing QSF Authorized Banking Institution [1408], ECF No. 1410.

By this Notice I am requesting that the Court authorize the payment of the sum of $31,241.82 to the Law Offices of Miriam Z. Wolock, PLLC.  I have submitted a proposed Order for the Court's consideration.


Dated: February 17, 2023                     Respectfully Submitted,


                                             /s/ *Miriam Z. Wolock*
                                             Miriam Z. Wolock (P49434)
                                             Master Guardian Ad Litem
                                             LAW OFFICES OF MIRIAM Z. WOLOCK, PLLC
                                             40900 Woodward Avenue, Suite 111
                                             Bloomfield Hills, MI 48304
                                             (248) 633-2630
                                             mwolock@wolocklaw.com

## CERTIFICATE OF SERVICE

I certify that on February 17, 2023 I electronically filed the foregoing document with the

Clerk of Court using the Court's ECF system, which will send notification of such filing to

attorneys of record.

Dated:   February 17, 2023                          Respectfully submitted,


                                                    /s/ Miriam Z. Wolock
                                                    Miriam Z. Wolock (P49434)
                                                    Master Guardian Ad Litem
                                                    LAW OFFICES OF MIRIAM Z. WOLOCK, PLLC
                                                    40900 Woodward Avenue, Suite 111
                                                    Bloomfield Hills, MI 48304
                                                    (248) 633-2630
                                                    mwolock@wolocklaw.com

# EXHIBIT
# A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In Re* Flint Water Cases                    No.5:16-cv-10444-JEL-MKM (consolidated)

HON. JUDITH E. LEVY

_____/

### ORDER AUTHORIZING DISTRIBUTION OF FUNDS FROM THE QUALIFIED SETTLEMENT FUND FOR PAYMENT OF MASTER GUARDIAN AD LITEM FEES FOR DECEMBER 19, 2022 TO FEBRUARY 7, 2023

Having now considered the Notice of The Master Guardian Ad Litem Regarding Request For Payment Of Fees For December 19, 2022 to February 7, 2023, ECF No. _____ ("Notice") and the request to authorize the distribution of funds from the Qualified Settlement Fund[1] under Article XI of the Amended Settlement Agreement pursuant to Exhibit A of the Notice:

IT IS HEREBY ORDERED THAT:

1. A distribution of funds in the amount of $31,241.82 from the Qualified Settlement Fund for the purpose of paying Master GAL Miriam Z. Wolock for December 19, 2022 to February 7, 2023 is approved.

**IT IS SO ORDERED.**

Dated: _____, 2023
Ann Arbor, Michigan                               _____
                                                  JUDITH E. LEVY
                                                  United States District Judge

---

[1]     All capitalized terms herein have the same meaning set forth in the Amended Settlement Agreement that the Court has preliminarily approved.