# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

**ORDER AUTHORIZING DISTRIBUTION OF FUNDS FROM THE QUALIFIED SETTLEMENT FUND FOR PAYMENT OF MASTER GUARDIAN AD LITEM FEES FOR DECEMBER 19, 2022 TO FEBRUARY 7, 2023**

Having now considered the Notice of The Master Guardian Ad Litem Regarding Request For Payment Of Fees For December 19, 2022 to February 7, 2023, ECF No. 2366 ("Notice") and the request to authorize the distribution of funds from the Qualified Settlement Fund[1] under Article XI of the Amended Settlement Agreement pursuant to Exhibit A of the Notice:

IT IS HEREBY ORDERED THAT:

---

[1] All capitalized terms herein have the same meaning set forth in the Amended Settlement Agreement that the Court has preliminarily approved.

1. A distribution of funds in the amount of $31,241.82 from the Qualified Settlement Fund for the purpose of paying Master GAL Miriam Z. Wolock for December 19, 2022 to February 7, 2023 is approved.

IT IS SO ORDERED.

Dated: February 21, 2023  s/Judith E. Levy
Ann Arbor, Michigan  JUDITH E. LEVY
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 21, 2023.

s/William Barkholz
WILLIAM BARKHOLZ