## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| *In re Flint Water Cases, No. 5:16-cv-10444*<br><br>*Bellwether III, No. 5:17-cv-10164* | Hon. Judith E. Levy |

## AMENDED NOTICE OF PLAINTIFFS' BRIEF

On February 17, 2023 counsel for the individual Plaintiffs filed notice of Plaintiffs' Brief Regarding Veolia Defendants' Request For Dr. Aaron Specht's Proprietary Matlab Code along with a declaration by Dr. Aaron Specht. Plaintiffs' counsel accidentally filed the notice under "All Plaintiffs" rather than the correct designation of interested party. ECF No. 2367. Accordingly, counsel for individual Plaintiffs now files this amended notice under the correct designation, attaching the identical brief and declaration which were originally filed on February 17, 2023.

Dated: February 21, 2023

Respectfully submitted,

**LEVY KONIGSBERG LLP**

/s/ Corey M. Stern
Corey M. Stern
Melanie Daly
605 Third Ave., 33rd Floor
New York, New York 10158
(212) 605-6298
cstern@levylaw.com
mdaly@levylaw.com
***Attorneys for Plaintiffs***

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 21, 2023 I electronically filed this document and its attached exhibits with the Clerk of the Court using the ECF System, which will send notification to the ECF counsel of record.

**LEVY KONIGSBERG, LLP**

/s/ COREY M. STERN
Corey M. Stern
603 Third Ave., 33rd Floor
New York, New York 10158
(212) 605-6298
cstern@levylaw.com