UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

# ORDER AUTHORIZING DISTRIBUTION OF FUNDS FROM THE QUALIFIED SETTLEMENT FUND FOR INITIAL PAYMENT FOR SERVICES PROVIDED BY WOLF GARRETSON LLC FOR THE PURPOSE OF ASSISTING THE SPECIAL MASTER WITH THE CLAIMS ADMINISTRATION PROCESS

Having now considered the *Notice Of The Special Master Initial Payment For Services Provided By Wolf Garretson LLC For The Purpose Of Assisting The Special Master With The Claims Administration Process* filed on February 22, 2023, ECF No. 2370 ("Notice"):

IT IS HEREBY ORDERED THAT:

1

1. A distribution of funds in the amount of $1,032,000.00 from the FWC Qualified Settlement Fund[1] for the purpose of paying the Advance Payment to Wolf Garretson LLC is approved. The QSF Administrator is directed to disburse the funds to Wolf Garretson LLC as directed by the Special Master.

IT IS SO ORDERED.

Dated: February 23, 2023      s/Judith E. Levy
Ann Arbor, Michigan     JUDITH E. LEVY
    United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 23, 2023.

    s/William Barkholz
    WILLIAM BARKHOLZ
    Case Manager

---

[1] Unless otherwise defined herein, all capitalized terms herein have the same meaning set forth in the Amended Settlement Agreement.

2