UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re Flint Water Cases 16-10444*
_____/    The Hon. Judith E. Levy

### INDIVIDUAL PLAINTIFFS' JOINDER AND CONCURRENCE WITH CLASS PLAINTIFFS' OPPOSITION TO VNA'S MOTION FOR SANCTIONS

Individual Plaintiffs' ("Plaintiffs") hereby concur and join in the Class Plaintiffs' Response in Opposition to VNA's Motion for Sanctions (ECF No. 2372). For the same reason set forth in Class Plaintiffs' Opposition, Plaintiffs respectfully request that the Court deny VNA's Motion for Sanctions (ECF No. 2365).

Dated:     March 2, 2023                Respectfully submitted,

                                        **LEVY KONIGSBERG LLP**

                                        /s/Corey M. Stern
                                        Corey M. Stern
                                        Melanie Daly
                                        605 Third Ave., 33rd Floor
                                        New York, New York 10158
                                        (212) 605-6298
                                        cstern@levylaw.com
                                        mdaly@levylaw.com

                                        ***Attorneys for Plaintiffs***

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2023 I electronically filed this document with the Clerk of the Court using the ECF System, which will send notification to the ECF counsel of record.

**LEVY KONIGSBERG, LLP**

/s/ MELANIE DALY
Melanie Daly
603 Third Ave., 33rd Floor
New York, New York 10158
(212) 605-6275
mdaly@levylaw.com