# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

## AGENDA FOR MARCH 8, 2023 DISCOVERY CONFERENCE

The Court will hold a discovery conference on these cases on **Wednesday March 8, 2023 at 1:00 pm** via Zoom video conference. The Zoom link will be docketed in 16-10444.

The agenda will be as follows, although the Court may adjust the agenda prior to the conference if necessary.

1. VNA's request for a sanction related to pipe samples taken from two class Plaintiffs' homes for destructive testing by Plaintiffs' expert. (ECF No. 2365; ECF No. 2372.)

2. VNA's request to address its planned independent medical examination ("IME") on each of the 10 Bellwether III Plaintiffs and Plaintiffs' objections to VNA's proposed IME protocol, including VNA's plan to conduct interviews of Plaintiffs' parents/guardians as part of those examinations. VNA's request for leave to submit a two-page summary, pursuant to the Order Regarding Status

Conference and Discovery Conference Protocol (ECF No. 2348) is granted. Both VNA and Individual Plaintiffs may file a maximum two-page summary of their position on the docket no later than 10:00 am on Monday March 6. The Court permits the parties to include, as an exhibit, VNA's proposed IME protocol. No other exhibits may be attached.

3. VNA's request, raised during the February 2, 2023 status conference, to access Plaintiffs' expert Dr. Aaron Specht's algorithms and formulas utilized in bone lead measurements. Plaintiffs' brief is received. (ECF No. 2367.) The Court will receive VNA's summary by the due date of Friday March 3, 2023.

4. VNA's request to discuss payment of expert fees in advance of depositions. VNA states that the parties are trying to resolve this issue and they are strongly encouraged to do so in advance of the March 8, 2023 conference.

**IT IS SO ORDERED.**

Dated: March 2, 2023  
Ann Arbor, Michigan

s/Judith E. Levy  
JUDITH E. LEVY  
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 2, 2023.

s/William Barkholz  
WILLIAM BARKHOLZ  
Case Manager