UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| IN RE FLINT WATER LITIGATION | Case No. 5:16-cv-10444-JEK-MKM |
|---|---|
| | Hon. Judith E. Levy |
| This Document Relates To:<br>*Bellwether III Cases* | Case No. 5:17-cv-11166-JEL-MKM<br>Case No. 5:17-cv-11165-JEL-MKM |

**INDEX OF EXHIBITS – MOTION TO SEAL**

| Exhibit | Description |
|---|---|
| 1 | Redacted version of VNA's MATLAB code response brief |
| 2 | Unredacted version of VNA's MATLAB code response brief |
| 3 | Redacted Excerpts of Deposition of Dr. Aaron Specht (Oct. 15-16, 2020) |
| 4 | Unredacted Excerpts of Deposition of Dr. Aaron Specht (Oct. 15-16, 2020) |
| 5 | Redacted Declaration of William A. Huber, PhD (Mar. 3, 2023) |
| 6 | Unredacted Declaration of William A. Huber, PhD (Mar. 3, 2023) |