# Exhibit 1

## Redacted Version of Document to be Sealed

## (Entire Document to be Sealed)