**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| IN RE FLINT WATER LITIGATION | Case No. 5:16-cv-10444-JEK-MKM |
|---|---|
| | Hon. Judith E. Levy |
| This Document Relates To:<br>*Bellwether III Cases* | Case No. 5:17-cv-11166-JEL-MKM<br>Case No. 5:17-cv-11165-JEL-MKM |

**INDEX OF EXHIBITS**

| Exhibit | Description |
|---|---|
| 1 | Excerpts of Deposition of Dr. Aaron Specht (Oct. 15-16, 2020) |
| 2 | Declaration of William A. Huber, PhD (Mar. 3, 2023) |
| 3 | Affidavit of Andrew Christian Todd, Ph.D. and Karl John Jepsen, PhD Regarding the Attempted Creation of a Second Bone Lead Testing Facility for the Proposed Flint Water Settlement Agreement (Mar. 25, 2021) |