# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

*In re* Flint Water Cases.

Judith E. Levy
United States District Judge

_____/

This Order Relates To:

ALL CASES

_____/

## ORDER GRANTING STIPULATION REGARDING RELEASE OF CHILD PROTECTIVE SERVICES RECORDS [2377]

This matter having come before the Court at the February 2, 2023,

hearing, and the Court being fully advised in the premises,

It is hereby ORDERED that Michigan Children's Protective

Services (CPS) at MDHHS release all records pertaining to the following

Bellwether III minor plaintiffs:



- T████████ H████████ (dob: ██████████)
- J██████ N████ (dob: ██████████)[1]

The records shall be produced in unredacted form and subject to the

highest protection afforded under the Court's Confidentiality Orders

---

[1] A sealed and unredacted version of this Order is filed separately on the docket and the Court will send the Order to counsel to the stipulating parties. (ECF No. 2377.)

(ECF Nos. 299 and 790) as "Highly Confidential – Attorneys' Eyes Only – Restricted Distribution." The records shall be produced and made available by CPS to only Counsel for Defendants and Plaintiffs in the Bellwether III cases and shall, at all times, be maintained subject to the Court's confidentiality and protective orders.

IT IS SO ORDERED.

Dated: March 6, 2023                    s/Judith E. Levy
Ann Arbor, Michigan                     JUDITH E. LEVY
                                        United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 6, 2023.

                                s/William Barkholz
                                WILLIAM BARKHOLZ
                                Case Manager