UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases. _____/ | Judith E. Levy United States District Judge |

This Order Relates To:

ALL CASES

_____/

**ORDER AUTHORIZING DISTRIBUTION OF FUNDS FROM THE QUALIFIED SETTLEMENT FUND FOR PAYMENT OF TRUST COUNSEL'S FEES FOR SEPTEMBER 1, 2022 TO OCTOBER 31, 2022**

Having now considered the Notice of The Trust Counsel Regarding Request for the Payment of Fees for September 1, 2022 to October 31, 2022, (ECF No. 2382) and the request to authorize the distribution of funds from the Qualified Settlement Fund[1]:

IT IS HEREBY ORDERED THAT:

---

[1] All capitalized terms herein have the same meaning set forth in the Amended Settlement Agreement that the Court has preliminarily approved.

1

1. A distribution of funds in the amount of $3,613.20 from the Qualified Settlement Fund for the purpose of paying the Trust Counsel for fees incurred from September 1, 2022 to October 31, 2022 is approved.

IT IS SO ORDERED.

Dated: March 6, 2023  
Ann Arbor, Michigan

s/Judith E. Levy  
JUDITH E. LEVY  
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 6, 2023.

s/William Barkholz  
WILLIAM BARKHOLZ