# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In re* FLINT WATER CASES | Civil Action No. 5:16-cv-10444-JEL (consolidated) <br><br> Hon. Judith E. Levy |

### NOTICE OF THE SPECIAL MASTER ATTACHING PROPOSED STIPULATED ORDER REGARDING ACCESS TO AND USE OF EDUCATIONAL RECORDS FOR LIMITED PURPOSES THAT HAS BEEN AGREED TO BY THE SETTLING PARTIES UNDER THE AMENDED SETTLEMENT AGREEMENT

On November 10, 2021, the Court issued its Opinion and Order Granting Final Approval Of A Partial Settlement, Granting Certification Of A Settlement Class, Granting Appointment Of Settlement Class Counsel [1794], Denying Objections, And Adopting The Report And Recommendation [2006] ("Final Approval Order"), 571 F. Supp. 3d 746 (E.D. Mich. 2021) (ECF No. 2008, PageID.69537-69714). The Final Approval Order approved the settlement reached between Plaintiffs and the Settling Defendants in the Amended Settlement Agreement ("Amended Settlement Agreement"), ECF No. 1394-2, PageID.54120-54211 (dated January 15, 2021).

On January 20, 2022, the Court issued its Order Regarding Settlement-Related Duties Of The Special Master, ECF No. 2096, PageID.71973 ("January 2022 Order"). By this Order, the Court amended its previous Special Master Appointment

1

Order and directed Deborah E. Greenspan to fulfill all of the duties of Special Master set forth in the Amended Settlement Agreement. *See* January 2022 Order, PageID.71975. The January 2022 Order further provided:

> Under the provisions of the Special Master Appointment Order, the Court further directs the Special Master to assist the Court in its oversight role by supervising the implementation of the ASA…The Special Master shall report to the Court periodically on the progress of the settlement and on any issues or matters of concern that may arise under the implementation of the ASA.

*Id.* at PageID.71975-71976.

In furtherance of the implementation of the terms of the Amended Settlement Agreement, I attach hereto as Exhibit A the proposed Stipulated Order Regarding Access to and Use of Educational Records for Limited Purposes, which has been stipulated and agreed to by the Settling Parties.

I have filed a Word version of this proposed Stipulated Order in accordance with the applicable filing rules.

Respectfully submitted,

Date: March 6, 2023                    */s/ Deborah E. Greenspan*
                                                            Deborah E. Greenspan
                                                            Special Master
                                                            BLANK ROME LLP
                                                            Michigan Bar # P33632
                                                            1825 Eye Street, N.W.
                                                            Washington, DC  20006
                                                            Telephone: (202) 420-2200
                                                            Facsimile: (202) 420-2201
                                                            Deborah.Greenspan@blankrome.com

## CERTIFICATE OF SERVICE

I certify that on March 6, 2023, I electronically filed the foregoing document with the Clerk of the Court using the Court's ECF system, which will send notification of such filing to attorneys of record.

Dated: March 6, 2023             */s/ Deborah E. Greenspan*
                                 Special Master
                                 BLANK ROME LLP
                                 Michigan Bar # P33632
                                 1825 Eye Street, N.W.
                                 Washington, DC  20006
                                 Telephone: (202) 420-2200
                                 Facsimile: (202) 420-2201
                                 Deborah.Greenspan@blankrome.com