# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases. _____/ | Judith E. Levy United States District Judge |

This Order Relates To:

ALL CASES

_____/

## AMENDED ORDER REGARDING MATTERS DISCUSSED AT THE MARCH 8, 2023 DISCOVERY CONFERENCE AND SETTING DEADLINES FOR APRIL 2023 STATUS CONFERENCE AND DISCOVERY CONFERENCES

The Court held a discovery conference regarding the pending Flint water litigation on March 8, 2023. The Court now orders as follows:

For the reasons set forth on the record, VNA's[1] motion for sanctions is denied. (ECF No. 2365.)

As set forth on the record, VNA shall submit to the Court and counsel a list of the types of questions that its expert seeks to ask the parents/guardians of the minor Plaintiffs during the IMEs no later than

---

[1] The Court's original Order, ECF No. 2390, incorrectly identified the motion for sanctions as Plaintiffs' motion. It is VNA's motion, as set forth above.

March 15, 2023 at 5:00 pm. Plaintiffs may respond no later than March 21, 2023 at 10:00 am. These submissions must be made via e-mail to the Court.

The Court will hold its April 2023 Status Conference on **Wednesday April 26, 2023 at 1:00 pm**. Parties are to file proposed agenda items by **Wednesday April 12, 2023**. The Court will issue an agenda by April 24, 2023.

The Court has set aside **Wednesday April 5, 2023 at 1:00 pm** for a discovery conference, if needed. Per the Court's protocol (ECF No. 2348), **March 29, 2023 at 2:00 pm** is the deadline for notifying the Court of an impasse for the April 5, 2023 conference. **Wednesday April 19, 2023 at 1:00 pm** is also set aside for a discovery conference, if needed. **April 12, 2023 at 2:00pm** is the deadline for notifying the Court of an impasse for the April 19, 2023 conference.

All dates and deadlines set forth in the Order Regarding February 21, 2023 Status Conference and Setting Deadlines for March 2023 Status Conference and Discovery Conferences remain in effect. (ECF No. 2362.)

IT IS SO ORDERED.

Dated: March 9, 2023             s/Judith E. Levy
Ann Arbor, Michigan              JUDITH E. LEVY

United States District Judge

# CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 9, 2023.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager