UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Document Relates To:

*Bellwether III Cases*
    Case No. 17-10164

_____/

**JOINT STIPULATION REGARDING SCHEDULING ORDER FOR BELLWETHER III TRIAL**

Bellwether III Plaintiffs and Defendants Veolia Water North America Operating Services, LLC, Veolia North America, Inc., and Veolia North America, LLC (the "VNA Defendants"), Leo A. Daly Company, Lockwood Andrews & Newnam, P.C., and Lockwood Andrews & Newnam, Inc. (the "LAN Defendants"), hereby stipulate and agree to extend certain pre-trial deadlines in the Scheduling Order for the Bellwether III Trial as follows:

| Event | Current Deadline/Date Range | New Deadline/Date Range |
|---|---|---|
| Plaintiffs' Expert Depositions (with the exception of Dr. Bithoney) | February 7, 2023 to March 13, 2023 | February 7, 2023 to March 31, 2023 |

1

| | | |
|---|---|---|
| Defendants' Expert Reports and Disclosures (for experts not responsive to Bithoney ("Group A Defense Experts"))[1] | April 10, 2023 | April 28, 2023 |
| Plaintiffs' Reply Expert Reports (for those who are responsive to Group A Defense Experts) + Due Date for Bithoney Replacement Expert Report and Complete Disclosure | April 28, 2023 | May 19, 2023 |
| Defendants' Reply Expert Reports (for Group A Defense Experts) | May 12, 2023 | June 2, 2023 |
| Depositions of Plaintiffs' Experts (Dr. Bithoney and Replacement of Dr. Bithoney) + Defendants' IMEs of Plaintiffs (if needed) | | May 22, 2023 to June 9, 2023 |
| Defendants' Expert Depositions (of Group A Defense Experts) (shall be limited only to those experts for whom the parties submit | May 15, 2023 to June 5, 2023 | June 5, 2023 to June 23, 2023 |

---

[1] The Parties are at an impasse on the issue of which experts are responsive to Dr. Bithoney or his potential replacement and will be seeking clarification from the Court at the next available conference.

| | | |
|---|---|---|
| new or additional reports) | | |
| Plaintiffs' Reply Expert Report Depositions (for those who are responsive to Group A Defense Experts) | June 6, 2023 to June 12, 2023 | June 26, 2023 to June 30, 2023 |
| Defendants' Expert Reports and Disclosures (for experts responsive to Bithoney or Bithoney replacement ("Group B Defense Experts")) | | June 23, 2023 |
| Plaintiff Reply Expert Reports (for those who are responsive to Group B Defense Experts) | | July 10, 2023 |
| Defendants' Reply Expert Reports (for Group B Defense Experts) | | July 21, 2023 |
| Defendants' Expert Depositions (of Group B Expert Reports) (shall be limited only to those experts for whom the parties submit new or additional reports) | | July 24, 2023 to August 14, 2023 |
| Plaintiffs' Reply Expert Report Depositions (for those who are responsive to Group B Defense Experts) | | August 15, 2023 to August 22, 2023 |
| Daubert and Summary Judgment Motions— Opening Briefs | June 19, 2023 | August 30, 2023 |
| Daubert and Summary Judgment Response Briefs | July 23, 2023 | September 27, 2023 |

| | | |
|---|---|---|
| Daubert and Summary Judgment Reply Briefs | August 7, 2023 | October 11, 2023 |
| Motions in Limine—Opening Briefs | November 6, 2023 | November 6, 2023 |
| Deadline for parties to submit joint proposed jury questionnaire to the Court | TBD | TBD |
| Deadline for Parties to send 250 copies of Juror Questionnaires to Judge Levy's Chambers in Ann Arbor, Michigan | TBD | TBD |
| Plaintiffs to Submit to Defendants Draft Joint Pretrial Order (includes witness list and exhibit list) | March 10, 2023 | November 10, 2023 |
| Jurors Summoned in Court to Answer Questionnaires | TBD | TBD |
| Hearing Regarding Excusals Based on Jury Questionnaire Responses | TBD | TBD |
| Motions in Limine Response Briefs | November 20, 2023 | November 20, 2023 |
| Defendants to Submit to Plaintiffs Draft Joint Pretrial Order (includes witness list and exhibit list) and engage in meet and confer | November 24, 2023 | November 24, 2023 |
| Motions in Limine Reply Briefs | November 29, 2023 | November 29, 2023 |

| | | |
|---|---|---|
| Oral Argument on Daubert Motions | TBD | TBD |
| Oral Argument on Summary Judgement motions | TBD | TBD |
| Deposition Designations (due for exchange between parties) | TBD | TBD |
| Parties to submit Voir Dire Questions, Proposed Preliminary Jury Instructions | December 4, 2023 | December 4, 2023 |
| Parties to submit Joint Final Pretrial Order | December 8, 2023 | December 8, 2023 |
| Objections to Deposition Designations and Counter Designations (due for exchange between parties) | TBD | TBD |
| Deadline for Submitting Deposition Designations Matrices and Highlighted Transcripts to the Court | TBD | TBD |
| Deadline for Court to Inform Jury Department of Excusals Based on Questionnaires | TBD | TBD |
| Final Pretrial Conference, hearing on motions in limine | December 18, 2023 10:30 am | December 18, 2023 10:30 am |
| Hearing Regarding Misc. Pretrial Matters (if needed) | January 9, 2024 10:30 am | January 9, 2024 10:30 am |

| First Day of Trial/Voir Dire | January 10, 2024 8:30 a.m. | January 10, 2024 8:30 a.m. |

Dated: March 10, 2023

Respectfully submitted,

| | |
|---|---|
| CAMPBELL CONROY & O'NEIL, P.C. | BUSH SEYFERTH PLLC |
| | |
| /s/ James M. Campbell | /s/ Cheryl A. Bush |
| James M. Campbell | Cheryl A. Bush (P37031) |
| Alaina N. Devine | 100 W. Big Beaver Road |
| 20 City Square, Suite 300 | Suite 400 |
| Boston, MA  02129 | Troy, MI  48084 |
| (617) 241-3000 | (248) 822-7800 |
| jmcampbell@campbell-trial-lawyers.com | bush@bsplaw.com |
| adevine@campbell-trial-lawyers.com | |

***ATTORNEYS FOR VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC, VEOLIA NORTH AMERICA, LLC, AND VEOLIA NORTH AMERICA, INC.***

| | |
|---|---|
| /s/Wayne B. Mason | /s/ Philip A. Erickson |
| Wayne B. Mason (SBOT 13158950) | Philip A. Erickson (P37081) |
| Travis S. Gamble (SBOT 00798195) | Patrick Lannen (P73031) |
| S. Vance Wittie (SBOT 21832980) | John R. Stevenson (P70241)) |
| David C. Kent (SBOT 11316400) | PLUNKETT COONEY |
| FAEGRE DRINKER BIDDLE & REATH LLP | 101 N. Washington Sq., Ste 1200 |
| | Lansing, MI 48933 |
| 1717 Main St., Suite 5400 | (517) 324-5608 |
| Dallas TX 75201 | perickson@plunkettcooney.com |
| (469) 227-8200 | plannen@plunkettcooney.com |
| wayne.mason@dbr.com | jstevenson@plunkettcooney.com |
| travis.gamble@dbr.com | |
| vance.wittie@dbr.com | |
| david.kent@dbr.com | |

6

***ATTORNEYS FOR DEFENDANTS***
***LEO A. DALY COMPANY; LOCKWOOD, ANDREWS &***
***NEWNAM, INC. and LOCKWOOD, ANDREWS & NEWNAM, P.C.***

/s/ Corey M. Stern

Corey M. Stern
Melanie Daly
LEVY KONIGSBERG, LLP
605 3rd Ave., 33rd Floor
New York, NY 10158
(212) 605-6200
cstern@levylaw.com
mdaly@levylaw.com

/s/ Patrick J. Lanciotti

Patrick J. Lanciotti
NAPOLI SHKOLNIK PLLC
360 Lexington Avenue, 11th Floor
New York, NY, 10017
(212) 397-1000
planciotti@napolilaw.com

***ATTORNEYS FOR BELLWETHER III PLAINTIFFS***