# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

|  |  |
|---|---|
| *In re Flint Water Cases* | Case No. 5:16-cv-10444-JEL-EAS (*Consolidated*)  <br><br>Hon. Judith E. Levy |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that attorney Lear Jiang, of Susman Godfrey L.L.P., files this notice of appearance on behalf of Class Plaintiffs, in the above-referenced matter.

Dated: March 17, 2023

Respectfully submitted,

By: */s/ Lear Jiang*
Lear Jiang
SUSMAN GODFREY, L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 789-3100 Telephone
(310) 789-3150 Facsimile
ljiang@susmangodfrey.com

Attorney for Class Plaintiffs

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2023, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record

                                          */s/ Lear Jiang*
                                          *Lear Jiang*