UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

## **AGENDA FOR MARCH 22, 2023 DISCOVERY CONFERENCE**

The Court will hold a discovery conference on these cases on **Wednesday March 22, 2023 at 1:00 pm** via Zoom video conference. The Zoom link will be docketed in 16-10444.

The agenda will be as follows, although the Court may adjust the agenda prior to the conference if necessary.

1. VNA's request to address which experts are responsive to Dr. Bithoney such that they should have the June disclosure deadline. Both VNA and Individual Plaintiffs may file a maximum two-page summary of their position on the docket no later than 10:00 am on Monday, March 20, 2023. No exhibits are permitted.

2. VNA's request to discuss outstanding issues, if any, with its submission on the types of questions Dr. Nelson seeks to ask during his interviews.

3. VNA's request to discuss issues with the re-disclosure of Bellwether III Plaintiffs' experts.

4. Individual Plaintiffs' request to discuss outstanding issues, if any, regarding the Veolia Defendants' responses to Individual Plaintiffs' amended Requests for Production of Documents.

**IT IS SO ORDERED.**

Dated: March 17, 2023  　　　　　　　s/Judith E. Levy
Ann Arbor, Michigan  　　　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　　United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 17, 2023.

　　　　　　　　　　　　　　　　　s/William Barkholz
　　　　　　　　　　　　　　　　　WILLIAM BARKHOLZ
　　　　　　　　　　　　　　　　　Case Manager