UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Cholyanda Brown, et al.,

        Plaintiff(s),

v.              Case No. 5:16−cv−10444−JEL−EAS
                Hon. Judith E. Levy

Veolia Water North America
Operating Services, LLC, et al.,

        Defendant(s),

_____/

**NOTICE TO APPEAR BY VIDEO CONFERENCE**

 PLEASE TAKE NOTICE that a video conference has been scheduled before Judge District Judge Judith E. Levy as follows:

- MISCELLANEOUS HEARING:  March 22, 2023 at 01:00 PM

 The Court will host the conference.  The conference information is listed below.

**ZOOM WEBINAR:**  https://www.zoomgov.com/j/1602077973?pwd=dEVHT1B3S1dNeHFQUlViaE5mNEtBQT09  Passcode: 786827  Or One tap mobile : US: +16692545252,,1602077973# or +16469641167,,1602077973#

 Attorneys must review and comply with the attached Zoom Video Conference Policies and Guidelines.

 The public may request access to in−court proceedings by visiting the Court's website: http://www.mied.uscourts.gov

 **ADDITIONAL INFORMATION:** DISCOVERY CONFERENCE

**Certificate of Service**

 I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

              By: s/W. Barkholz_____
                Case Manager

Dated:  March 17, 2023

## ZOOM VIDEO CONFERENCE POLICIES AND GUIDELINES

### *General Court Policies:*

- All in−court proceedings will be considered the same as if held in the courtroom and an official record will be made. Appropriate attire is required.
- The judge has authority over the proceeding and participants as if they were physically present in chambers or the courtroom.
- The judge may terminate the proceeding if the video conference experience is not acceptable.
- Appropriate conduct is required. Be courteous and patient.
- For in−chambers conferences, an official record will not be made, unless the judge determines one is necessary. Connection information may not be forwarded, distributed or shared with non−parties without the Court's advance approval.
- Broadcasting, recording or photographing, including "screenshots" or other visual copying of a proceeding, is strictly prohibited.

### *Technical Responsibilities:*

- The court will not provide technical assistance for testing or troubleshooting equipment or connections, nor provide time during the proceeding to troubleshoot issues.
- Participants should take time prior to the proceeding to become familiar with Zoom. Directions, tutorials and support can be found at https://zoom.us. Devices and connections can be tested at https://zoom.us/test.
- Participants should use a good LAN, WiFi, or substantial LTE connection to ensure a quality connection.

### *Connecting to the Proceeding:*

- If a connection link has been provided, click the link to join (or copy and paste the link into a web browser). If prompted, download or launch Zoom and join with video and audio.
- Alternatively, visit https://zoom.us/join from a computer and enter the Meeting or Webinar ID. If prompted, download or launch Zoom and join with video and audio.
- For Apple/Android tablets and phones, install the Zoom App from the Apple or Android Store prior to the proceeding. Launch the Zoom App and join using the Meeting or Webinar ID.

### *Best Practices:*

- Use your full name in the display of the video window.
- Mute sound when not speaking to eliminate background noise.
- Unmute only when necessary to speak. Press the space bar to temporarily unmute.
- Avoid rustling papers and other extraneous noises.
- Speak one at a time.
- Spell proper names.
- Position the camera at eye level or slightly above eye level.
- Remember to look directly at the camera, not at the screen.
- Be mindful of what is behind you. Choose a solid neutral wall, if possible.
- Have proper lighting, ideally where light is directly on your face.