UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE FLINT WATER CASES | Case No. 5:16-cv-10444-JEL-MKM <br><br> Hon. Judith E. Levy |

**MOTION TO WITHDRAW CHERYL BUSH AS COUNSEL FOR DEFENDANTS VEOLIA NORTH AMERICA, LLC, VEOLIA NORTH AMERICA, INC., AND <u>VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC</u>**

Cheryl Bush respectfully requests this Court enter an order under Local Rule 83.25 granting her permission to withdraw as counsel for Defendants Veolia North America, LLC, Veolia North America, Inc., and Veolia Water North America Operating Services, LLC (the "VNA Defendants"). As grounds for this motion, Ms. Bush states the following in support:

1. The VNA Defendants have consented to Ms. Bush's requested withdrawal as their counsel in the above-captioned cases in all capacities.

2. The VNA Defendants will continue to be represented in the above-captioned cases by attorneys from Mayer Brown and Campbell Conroy & O'Neil, P.C., including Mayer Brown attorney Andrew Rosenman who recently filed an appearance. *See* Dkt. 2402. Mr. Rosenman is admitted to practice in the Eastern District of Michigan and is an active member of the State Bar of Michigan.

3. On February 5, 2019, this Court granted the VNA Defendants' motion for relief from Local Rule 83.20(f), stating "the VNA defendants are ably represented by out-of-state counsel, and that these attorneys have appeared before the Court on a number of occasions . . . Local counsel for the VNA defendants are no longer required to attend scheduled appearances." ECF No. 760, PageID.20820–21.

4. This withdrawal will have no adverse effect on the quality of the VNA Defendants' representation and will cause no delay in the litigation or otherwise adversely affect it.

Ms. Bush therefore respectfully requests that this Court grant her permission to withdraw as counsel for the VNA Defendants.

                Respectfully submitted,

                BUSH SEYFERTH PLLC
                By: /s/ *Cheryl A. Bush*
                Cheryl A. Bush (P37031)
                100 W. Big Beaver Rd., Suite 400
                Troy, MI 48084
                (248) 822-7850

Dated: March 22, 2023        bush@bsplaw.com

*Attorneys for Defendants Veolia North America, LLC, Veolia North America, Inc., and Veolia Water North America Operating Services, LLC*