UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases. _____/ | Judith E. Levy United States District Judge |

This Order Relates To:

ALL CASES

_____/

# ORDER FOR SUPPLEMENT TO PLAINTIFFS' MOTION FOR RECONSIDERATION [2404]

Before the Court is Plaintiffs' motion for reconsideration of the Court's March 8, 2023 ruling regarding Dr. Aaron Specht's MATLAB code. (ECF No. 2404.) Before the Court can address the merits of Plaintiffs' motion, it needs further information from Dr. Specht. In particular, the Court now requires Dr. Specht to inform the Court and the parties regarding whether he can calculate the bone-lead levels and margins of error for the ten Bellwether III plaintiffs "long hand." In other words, the Court would like to know whether Dr. Specht can provide the Court and the parties with those calculations without using his proprietary MATLAB code. Assuming this calculation is possible to

conduct, the Court would like to know how much time Dr. Specht would need to complete the calculations in this manner and whether Plaintiffs will agree to use these numbers in lieu of those calculated with the MALAB code.

Plaintiffs must file a supplemental declaration from Dr. Specht containing an answer to the Court's inquiry no later than 5:00 pm on Monday March 27, 2023.

IT IS SO ORDERED.

Dated: March 23, 2023       s/Judith E. Levy
Ann Arbor, Michigan      JUDITH E. LEVY
     United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 23, 2023.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager