UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases | Civil Action No. 5:16-cv-10444-JEL-EAS (consolidated)<br><br>Hon. Judith E. Levy<br>Mag. Elizabeth A. Stafford |
| Elnora Carthan, et al. v. Governor Rick Snyder, et al. | Civil Action No. 5:16-cv-10444-JEL-EAS |

**MOTION FOR WITHDRAWAL OF COUNSEL**

Pursuant to Local Rule 83.25(b)(2), John M. Broaddus of Weitz & Luxenberg, P.C., hereby requests permission to withdraw as counsel for Plaintiffs in the above-captioned case. Plaintiffs in this matter will continue to be represented by counsel for class Plaintiffs that have appeared on their behalf, including Paul Novak and Gregory Stamatopoulos of Weitz & Luxenberg.

This withdrawal will have no adverse effect on the quality of the class Plaintiffs' representation and will cause no delay in the litigation or otherwise adversely affect it.

Respectfully submitted,

*/s/ John M. Broaddus*
John M. Broaddus, Esquire
**WEITZ & LUXENBERG, P.C.**
220 Lake Drive East, Suite 210
Cherry Hill, NJ 08002
T. (856) 755-1115
F. (856) 755-1995
jbroaddus@weitzlux.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2023, I electronically filed the foregoing Motion for Withdrawal of Counsel with the Court using the CM/ECF filing system, which will send electronic notifications to all counsel of record.

*/s/ Paul F. Novak*
Paul F. Novak