UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF GENESEE

IN RE FLINT WATER LITIGATION

CASE NO. 17-108646-NO
JUDGE DAVID J. NEWBLATT

**JOINT ORDER CANCELLING MARCH 29, 2023
<u>STATUS CONFERENCE</u>**

On February 13, 2023, the United States District Court for the Eastern District of Michigan set March 29, 2023 as the date for its monthly status conference in the Flint Water Cases. (ECF No. 2362, PageID.76422.) The parties were ordered to file proposed agenda items, if any, in Case No. 16-10444 by March 15, 2023. The Genesee County

Circuit Court entered a similar Order with similar timelines, and the Courts intended to hold the status conference jointly.

The parties did not submit proposed topics in federal court. The State of Michigan proposed one topic in state court, which will be addressed separately by the Genesee County Circuit Court. Accordingly, the Courts have jointly determined that they need not hold a status conference on March 29, 2023.

The next joint status conference will be held on April 26, 2023 at 1:00 pm via Zoom. The deadlines related to the April 26, 2023 status conference and the April 2023 discovery conferences are set forth in the Court's Amended March 8, 2023 Order. (ECF No. 2391.) An order setting forth similar deadlines for state court topic submissions will follow.

**IT IS SO ORDERED.**

Dated: March 27, 2023

Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

Flint, Michigan

s/ David J. Newblatt
DAVID J. NEWBLATT
Chief Judge
Genesee County Circuit Court

2

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 27, 2023.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager
