# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re Flint Water Cases 16-10444*

_____/     *The Hon. Judith E. Levy*

*Bellwether III Case No. 17-10164*

_____/

## NOTICE REGARDING DR. AARON SPECHT'S MATLAB CODE

COME NOW, Bellwether III Plaintiffs, and with regard to the issues concerning Dr. Aaron Specht's proprietary pXRF MATLAB code, state as follows:

1. Plaintiffs incorporate by reference the background set forth in the Court's March 28, 2023 ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION FOR RECONSIDERATION. ECF No. 2410.

2. In that Order, the Court requested that Plaintiffs "file a notice with the Court no later than Thursday March 30, 2023 at 5:00 pm to indicate whether they maintain their position that they would rather share the MATLAB code with Defendants under a protective order, or whether they will have Dr. Specht conduct two long-hand calculations as set forth above." *Id.*

3. Dr. Specht maintains his position that producing the MATLAB code under a strict protective order is the most efficient and effective way to proceed.

Dated:     March 30, 2023                               Respectfully submitted,

**LEVY KONIGSBERG LLP**

<u>/s/Corey M. Stern</u>
Corey M. Stern
Melanie Daly
605 Third Ave., 33rd Floor
New York, New York 10158
(212) 605-6298
cstern@levylaw.com
mdaly@levylaw.com

***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

      I hereby certify that on March 30, 2023 I electronically filed this document with the Clerk of the Court using the ECF System, which will send notification to the ECF counsel of record.

                                                            **LEVY KONIGSBERG, LLP**

                                                            /s/ COREY M. STERN
                                                            Corey M. Stern
                                                            603 Third Ave., 33rd Floor
                                                            New York, New York 10158
                                                            (212) 605-6298
                                                            cstern@levylaw.com