**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| *In re* **FLINT WATER CASES** | **Civil Action No. 5:16-cv-10444-JEL (consolidated)**<br><br>**Hon. Judith E. Levy** |

**NOTICE OF THE SPECIAL MASTER**
**REGARDING STATUS OF CLAIMS PROCESS UNDER**
**THE AMENDED SETTLEMENT AGREEMENT**

This Notice provides an update on the status of the review and evaluation of claims submitted to the partial settlement (the "Amended Settlement Agreement") in the Flint Water Cases.

The Amended Settlement Agreement was approved by the federal district court, and all federal court orders necessary for full approval of the settlement had been entered as of March 3, 2022. Approximately 30 individuals filed three separate appeals related to the settlement. Those appeals were resolved on March 17, 2023 when the United States Court of Appeals for the Sixth Circuit affirmed the district court's decisions. On March 20, 2023, the State court entered its judgment addressing the State court cases that were resolved by the settlement. It is still possible for some individuals to seek a further appeal in state or federal court. In the

1

federal court, any appeal would require approval by either the Sixth Circuit or the United States Supreme Court to move forward. Throughout the period while the Amended Settlement Agreement was under consideration and on appeal, the settlement fund has been invested (and continues to be invested) in secure instruments (including government backed treasury bills) as approved by the Court.

On February 27, 2023, the State Court Administrative Office appointed a probate judge to address the probate-related tasks required by the settlement agreement, including to review and finalize claims of minors and to determine the appropriate distribution of funds for the benefit of certain minors. This appointment makes it possible now to obtain the necessary court appointments and determinations that will allow claims of minors, legally incapacitated individuals, and deceased individuals to proceed.

Since the end of the claims submission period (June 30, 2022), the claims administrator has worked to compile the voluminous data and document submissions. Based on the analysis to date, the claims administrator received submissions from over 45,000 claimants – who have asserted more than 55,000 separate claims. (Individuals can assert more than one type of claim under the terms of the settlement.) The claims administrator has also received over 2.4 million pages of supporting documents. In addition, the parties and the Special Master have obtained data from other sources that will help to expedite claims review and will

assist claimants who were unable to obtain access to information such as blood lead level test results, service line replacement data, water tests, birth certificates, and school records.

Considerable work has been done to manage the volume of data and documents and to conduct data verification, reconciliation, and analytical procedures so that the claims can be reviewed and evaluated efficiently and accurately. As previously reported, the Court has authorized the use of additional resources to complete the claims processing functions.

The claims review process is proceeding as quickly and efficiently as possible. During the next several months, the claims administrator will be issuing notices to claimants. These notices will advise claimants whether the compensation category selected has been approved and, if not, whether the claimant qualifies for a different compensation category. The notices will also advise of any missing information that is necessary to complete the claim or any other deficiencies in the submission. All claimants will have the right to seek reconsideration if they disagree with the notice. Claimants can also seek a further administrative appeal on their claim if they disagree with the reconsideration result.

The notices will be issued periodically, which means that claimants will receive notices at different times. The first notices likely will be issued in late April or May of this year.

If the claim is found to be deficient the notice will explain the problem and will also provide guidance on what the claimant can do to cure the problem.

The website will be updated periodically and will provide information about the status of claims review and other matters. The website address is officialflintwatersettlement.com.

At this point, it is anticipated that the claims review process likely will be completed during 2023. Any further appeals in either the state or federal courts could delay the process.


Date: March 30, 2023                    */s/ Deborah E. Greenspan*

Deborah E. Greenspan
Special Master
BLANK ROME LLP
Michigan Bar # P33632
1825 Eye Street, N.W.
Washington, DC  20006
Telephone: (202) 420-2200
Facsimile: (202) 420-2201
Deborah.Greenspan@blankrome.com

**CERTIFICATE OF SERVICE**

I certify that on March 30, 2023, I electronically filed the foregoing document with the Clerk of the Court using the Court's ECF system, which will send notification of such filing to attorneys of record.

Dated: March 30, 2023

*/s/ Deborah E. Greenspan*
Deborah E. Greenspan
Special Master
BLANK ROME LLP
Michigan Bar # P33632
1825 Eye Street, N.W.
Washington, DC  20006
Telephone: (202) 420-2200
Facsimile: (202) 420-2201
Deborah.Greenspan@blankrome.com