# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| ELNORA CARTHAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RICK SNYDER, et al., <br><br> Defendants. | Case No. 5:16-cv-10444-JEL-EAS <br><br> Hon. Judith E. Levy <br> Mag. Judge Elizabeth A. Stafford |

## STIPULATION TO EXTEND BRIEFING SCHEDULE ON CLASS PLAINTIFFS' MOTION TO STRIKE AND FOR JUDGMENT ON THE PLEADINGS [ECF NO. 2411]

Defendants, Veolia Water North America Operating Services, LLC, Veolia North America, Inc., and Veolia North America, LLC (the "VNA Defendants"), Leo A. Daly Company; Lockwood Andrews & Newnam, P.C.; and Lockwood Andrews & Newnam, Inc. (the "LAN Defendants") and Class Plaintiffs hereby stipulate and agree to extend the response and reply deadlines with respect to Class Plaintiffs' Motion to Strike and for Judgement on the Pleadings (ECF No. 2411) as follows: VNA and LAN's Response due April 27, 2023 and Class Plaintiffs' Reply due May 11, 2023.

Pursuant to ECF Rule 11(c), the VNA Defendants, LAN Defendants, and Class Plaintiffs request that a text-only order be entered granting this extension of time.

<u>Dated</u>: April 4, 2023

                                            Respectfully submitted,

| CAMPBELL CONROY & O'NEIL, P.C. | MAYER BROWN LLP |
|---|---|
| /s/ James M. Campbell | /s/ Michael A. Olsen |
| James M. Campbell | Michael A. Olsen |
| Alaina N. Devine | 71 South Wacker Drive |
| 20 City Square, Suite 300 | Chicago, IL 60606 |
| Boston, MA 02129 | (312_ 701 7120 |
| (617) 241-3000 | molsen@mayerbrown.com |
| jmcampbell@campbell-trial-lawyers.com | |
| adevine@campbell-trial-lawyers.com | |

*ATTORNEYS FOR VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC, VEOLIA NORTH AMERICA, LLC, AND VEOLIA NORTH AMERICA, INC.*

| /s/Wayne B. Mason | /s/ Philip A. Erickson |
|---|---|
| Wayne B. Mason (SBOT 13158950) | Philip A. Erickson (P37081) |
| Travis S. Gamble (SBOT 00798195) | PLUNKETT COONEY |
| S. Vance Wittie (SBOT 21832980) | 101 N. Washington Sq., Ste 1200 |
| David C. Kent (SBOT 11316400) | Lansing, MI 48933 |
| FAEGRE DRINKER BIDDLE & REATH LLP | (517) 324-5608 |
| 1717 Main St., Suite 5400 | perickson@plunkettcooney.com |
| Dallas TX 75201 | |
| (469) 227-8200 | |
| wayne.mason@dbr.com | |
| travis.gamble@dbr.com | |
| vance.wittie@dbr.com | |
| david.kent@dbr.com | |

*ATTORNEYS FOR DEFENDANTS
LEO A. DALY COMPANY; LOCKWOOD, ANDREWS & NEWNAM, INC. and LOCKWOOD, ANDREWS & NEWNAM, P.C.*

| | |
|---|---|
| */s/ Michael Pitt* | */s/ Theodore Leopold* |
| Michael L. Pitt | Theodore J. Leopold |
| PITT MCGEHEE PALMER | COHEN MILSTEIN SELLER |
| & RIVERS, PC. | & TOLL PLLC |
| 117 West 4th Street, Suite 200 | 2925 PGA Boulevard Suite 220 |
| Royal Oak, MI 48607 | Palm Beach Gardens, FL 33410 |
| (248) 398-9800 | (561) 515-1400 |
| mpitt@pittlawpc.com | tleopold@cohenmilstein.com |

*CO-LEAD COUNSEL and ATTORNEYS FOR THE CLASS PLAINTIFFS*