# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

## AGENDA FOR APRIL 19, 2023 DISCOVERY CONFERENCE

The Court will hold a discovery conference on these cases on **Wednesday April 19, 2023 at 1:00 pm** via Zoom video conference. The Zoom link will be docketed in 16-10444.

The agenda will be as follows, although the Court may adjust the agenda prior to the conference if necessary.

1. Individual Plaintiffs' request to address their deposition of non-party, Jennifer Vlach.

2. Individual Plaintiffs' request to address their first amended, second amended, third amended, and fourth amended requests for production to VNA, as well as Plaintiffs' second requests for admission to VIA, and VNA's responses thereto.

3. Individual Plaintiffs' request to address a challenge to VNA's privilege log;

4. Individual Plaintiffs' request to address their proposed protective order related to Dr. Aaron Specht's MATLAB discovery;

5. VNA's request to discuss the Bellwether II pool of 40 potential Plaintiffs' discovery responses and pool reduction schedule; and

6. VNA's request to discuss Class Plaintiffs' use of experts from the class certification stage of litigation for the issues class.

**IT IS SO ORDERED.**

Dated: April 13, 2023　　　　　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 13, 2023.

　　　　　　　　　　　　　　　　s/William Barkholz
　　　　　　　　　　　　　　　　WILLIAM BARKHOLZ
　　　　　　　　　　　　　　　　Case Manager