# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re Flint Water Cases 16-10444*
_____/   The Hon. Judith E. Levy

*Bellwether III Case No. 17-10164*
_____/

## SUMMARY OF DISPUTE REGARDING THE PROPOSED PROTECTIVE ORDER FOR DR. AARON SPECHT'S PROPRIETARY MATLAB CODE

Plaintiffs and Defendants, Veolia Water North America Operating Services, LLC, Veolia North America, Inc., and Veolia North America, LLC (collectively "Veolia") have come to an impasse in the drafting of a proposed protective order.[1] The main point of contention is Section 5(b)(ii), which provides that a violation of the terms of the order subjects VNA's expert and each VNA attorney with an active appearance before the Court to a fine. This section is imperative because, while Veolia's counsel asserts that it takes confidentiality seriously, Plaintiffs' counsel, and more importantly Dr. Specht has very serious concerns about Veolia's conduct when it comes to his work on these cases.[2]

---

[1] Plaintiffs will submit a WORD version of the most recent draft of the proposed protective order to the Court via email.

[2] Veolia has repeatedly placed in the public domain false and defamatory information about Dr. Specht's work (apparently without ever even being able to vet it).

1

There are two additional areas of disagreement—identified and located specifically in the comments on the draft of the protective order. First, to the extent Veolia objects to the inclusion of the term "proprietary," Plaintiffs maintain that it is accurate and necessary. Second, Veolia has not yet provided the names of counsel who will have access to the protected information. It is Plaintiffs' position that these names need to be produced prior to the filing of the protective order (and of course before Dr. Specht submits the Code to Defendants).

Dated:     April 17, 2023                                Respectfully submitted,

                                                                           **LEVY KONIGSBERG LLP**

                                                                           /s/Corey M. Stern
Corey M. Stern
Melanie Daly
605 Third Ave., 33rd Floor
New York, New York 10158
(212) 605-6298
cstern@levylaw.com
mdaly@levylaw.com

***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2023 I electronically filed this document with the Clerk of the Court using the ECF System, which will send notification to the ECF counsel of record.

**LEVY KONIGSBERG, LLP**

/s/ MELANIE DALY
Melanie Daly
603 Third Ave., 33rd Floor
New York, New York 10158
(212) 605-6275
mdaly@levylaw.com