UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

## ORDER SETTING DEADLINES FOR MAY 2023 STATUS CONFERENCE AND DISCOVERY CONFERENCES

The Court held a discovery conference regarding the pending Flint water litigation on April 19, 2023. The Court now orders as follows:

The Court will hold its May 2023 Status Conference on **Wednesday May 31, 2023 at 1:00 pm**. Parties are to file proposed agenda items by **May 17, 2023**. The Court will issue an agenda by May 29, 2023.

The Court has set aside **Wednesday May 3, 2023 at 1:00 pm** for a discovery conference, if needed. Per the Court's protocol (ECF No. 2348), **April 26, 2023 at 2:00 pm** is the deadline for notifying the Court of an impasse for the May 3, 2023 conference. **Wednesday May 17, 2023**

**at 1:00 pm** is also set aside for a discovery conference, if needed. **May 10, 2023 at 2:00pm** is the deadline for notifying the Court of an impasse for the May 17, 2023 conference.

IT IS SO ORDERED.

Dated: April 19, 2023       s/Judith E. Levy
Ann Arbor, Michigan      JUDITH E. LEVY
     United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 19, 2023.

     s/William Barkholz
     WILLIAM BARKHOLZ
     Case Manager