UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases.

                                          / Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

**ORDER CANCELLING APRIL 26, 2023 STATUS CONFERENCE**

On March 9, 2023, the Court set April 26, 2023 as the date for its monthly status conference in the Flint Water Cases. (ECF No. 2391, PageID.76924–76925.) The parties were ordered to file proposed agenda items in Case No. 16-10444 by April 18, 2023.

The parties did not submit any proposed topics. Accordingly, the Court will not hold a status conference on April 26, 2023. The dates for May 2023 conferences and submission deadlines are set forth on the docket in ECF No. 2420.

    **IT IS SO ORDERED.**

Dated: April 20, 2023             s/Judith E. Levy
Ann Arbor, Michigan           JUDITH E. LEVY
                                             United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 20, 2023.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager
