## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

*In Re* Flint Water　　　　　　　　　　　Cases No. 5:16-cv-10444

　　　　　　　　　　　　　　　　　　　　HON. JUDITH E. LEVY

_____

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Douglas W. Eyre, of McAlpine P.C., has this day entered his appearance as counsel on behalf of all Class Plaintiffs, in the above-referenced matter.

Dated: April 25, 2023　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/ *Douglas W. Eyre*
　　　　　　　　　　　　　　　　　Douglas W. Eyre (P63
　　　　　　　　　　　　　　　　　MCALPINE P.C.
　　　　　　　　　　　　　　　　　3201 University Dr. STE 200
　　　　　　　　　　　　　　　　　Auburn Hills, MI  48326
　　　　　　　　　　　　　　　　　(248) 373-3700 Telephone
　　　　　　　　　　　　　　　　　dweyre@mcalpinepc.com
　　　　　　　　　　　　　　　　　*Attorney for Class Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2023, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

Respectfully submitted,  /s/ *Douglas W. Eyre*
Douglas W. Eyre