## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

*In re* Flint Water Cases.

Judith E. Levy
United States District Judge

_____/

This Document Relates To:

*Bellwether III Cases*
       Case No. 17-10164

_____/

## JOINT STIPULATION REGARDING SCHEDULING ORDER FOR BELLWETHER III TRIAL

Bellwether III Plaintiffs and Defendants Veolia Water North America Operating Services, LLC, Veolia North America, Inc., and Veolia North America, LLC (the "VNA Defendants"), Leo A. Daly Company, Lockwood Andrews & Newnam, P.C., and Lockwood Andrews & Newnam, Inc. (the "LAN Defendants"), hereby stipulate and agree to extend certain pre-trial deadlines in the Scheduling Order for the Bellwether III Trial as follows:

| Event | Current Deadline/Date Range | New Deadline/Date Range |
|---|---|---|
| Defendants' Expert Reports and Disclosures (for experts not responsive to Bithoney ("Group A Defense | April 28, 2023 | May 26, 2023 |

1

| Experts")[1] | | |
|---|---|---|
| Plaintiffs' Reply Expert Reports (for those who are responsive to Group A Defense Experts) + Due Date for Bithoney Replacement Expert Report and Complete Disclosure | May 19, 2023 | June 16, 2023 |
| Depositions of Plaintiffs' Experts (Dr. Bithoney and Replacement of Dr. Bithoney) + Defendants' IMEs of Plaintiffs (if needed) | May 22, 2023 to June 9, 2023 | June 19, 2023 to July 7, 2023 |
| Defendants' Reply Expert Reports (for Group A Defense Experts) | June 2, 2023 | June 30, 2023 |
| Defendants' Expert Depositions (of Group A Defense Experts) (shall be limited only to those experts for whom the parties submit new or additional reports) | June 5, 2023 to June 23, 2023 | July 3, 2023 to July 21, 2023 |
| Defendants' Expert Reports and Disclosures | June 23, 2023 | July 21, 2023 |

---

[1] The disclosure deadline for Defendants' experts responsive to Dr. Aaron Specht only (and not also responsive to Dr. Bithoney or his replacement) will be set following the scheduling of Dr. Specht's deposition.

| | | |
|---|---|---|
| (for experts responsive to Bithoney or Bithoney replacement ("Group B Defense Experts")) | | |
| Plaintiffs' Reply Expert Report Depositions (for those who are responsive to Group A Defense Experts) | June 26, 2023 to June 30, 2023 | July 24, 2023 to July 28, 2023 |
| Plaintiff Reply Expert Reports (for those who are responsive to Group B Defense Experts) | July 10, 2023 | August 7, 2023 |
| Defendants' Reply Expert Reports (for Group B Defense Experts) | July 21, 2023 | August 18, 2023 |
| Defendants' Expert Depositions (of Group B Expert Reports) (shall be limited only to those experts for whom the parties submit new or additional reports) | July 24, 2023 to August 14, 2023 | August 21, 2023 to September 11, 2023 |
| Plaintiffs' Reply Expert Report Depositions (for those who are responsive to Group B Defense Experts) | August 15, 2023 to August 22, 2023 | September 12, 2023 to September 19, 2023 |
| Daubert and Summary Judgment Motions— Opening Briefs | August 30, 2023 | September 27, 2023 |
| Daubert and Summary | September 27, 2023 | October 25, 2023 |

| Judgment Response Briefs | | |
|---|---|---|
| Daubert and Summary Judgment Reply Briefs | October 11, 2023 | November 8, 2023 |
| Motions in Limine—Opening Briefs | November 6, 2023 | December 4, 2023 |
| Deadline for parties to submit joint proposed jury questionnaire to the Court | TBD | TBD |
| Deadline for Parties to send 250 copies of Juror Questionnaires to Judge Levy's Chambers in Ann Arbor, Michigan | TBD | TBD |
| Plaintiffs to Submit to Defendants Draft Joint Pretrial Order (includes witness list and exhibit list) | November 10, 2023 | December 8, 2023 |
| Jurors Summoned in Court to Answer Questionnaires | TBD | TBD |
| Hearing Regarding Excusals Based on Jury Questionnaire Responses | TBD | TBD |
| Motions in Limine Response Briefs | November 20, 2023 | December 18, 2023 |
| Defendants to Submit to Plaintiffs Draft Joint Pretrial Order (includes witness list and exhibit | November 24, 2023 | December 22, 2023 |

| list) and engage in meet and confer | | |
|---|---|---|
| Motions in Limine Reply Briefs | November 29, 2023 | December 27, 2023 |
| Oral Argument on Daubert Motions | TBD | TBD |
| Oral Argument on Summary Judgement motions | TBD | TBD |
| Deposition Designations (due for exchange between parties) | TBD | TBD |
| Parties to submit Voir Dire Questions, Proposed Preliminary Jury Instructions | December 4, 2023 | January 1, 2024 |
| Parties to submit Joint Final Pretrial Order | December 8, 2023 | January 5, 2024 |
| Objections to Deposition Designations and Counter Designations (due for exchange between parties) | TBD | TBD |
| Deadline for Submitting Deposition Designations Matrices and Highlighted Transcripts to the Court | TBD | TBD |
| Deadline for Court to Inform Jury Department of Excusals Based on | TBD | TBD |

| Questionnaires | | |
|---|---|---|
| Final Pretrial Conference, hearing on motions in limine | December 18, 2023 10:30 am | January 15, 2024 10:30am |
| Hearing Regarding Misc. Pretrial Matters (if needed) | January 9, 2024 10:30 am | February 6, 2024 10:30am |
| First Day of Trial/Voir Dire | January 10, 2024 8:30 a.m. | February 7, 2024 8:30am |

Dated:  April 27, 2023

Respectfully submitted,

CAMPBELL CONROY & O'NEIL, P.C.

/s/ James M. Campbell
James M. Campbell
Alaina N. Devine
20 City Square, Suite 300
Boston, MA  02129
(617) 241-3000
jmcampbell@campbell-trial-lawyers.com
adevine@campbell-trial-lawyers.com

MAYER BROWN LLP

/s/ Michael A. Olsen
Michael A. Olsen
71 S. Wacker Drive
Chicago, IL 60606
(312) 782-0600
molsen@mayerbrown.com

***ATTORNEYS FOR VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC, VEOLIA NORTH AMERICA, LLC, AND VEOLIA NORTH AMERICA, INC.***

/s/Wayne B. Mason
Wayne B. Mason (SBOT 13158950)
Travis S. Gamble (SBOT 00798195)

/s/ Philip A. Erickson
Philip A. Erickson (P37081)
Patrick Lannen (P73031)

6

S. Vance Wittie (SBOT 21832980)
David C. Kent (SBOT 11316400)
FAEGRE DRINKER BIDDLE &
REATH LLP
1717 Main St., Suite 5400
Dallas TX 75201
(469) 227-8200
wayne.mason@dbr.com
travis.gamble@dbr.com
vance.wittie@dbr.com
david.kent@dbr.com

John R. Stevenson (P70241))
PLUNKETT COONEY
101 N. Washington Sq., Ste 1200
Lansing, MI 48933
(517) 324-5608
perickson@plunkettcooney.com
plannen@plunkettcooney.com
jstevenson@plunkettcooney.com

**ATTORNEYS FOR DEFENDANTS**
**LEO A. DALY COMPANY; LOCKWOOD, ANDREWS &**
**NEWNAM, INC. and LOCKWOOD, ANDREWS & NEWNAM, P.C.**

/s/ Corey M. Stern

Corey M. Stern
Melanie Daly
LEVY KONIGSBERG, LLP
605 3rd Ave., 33rd Floor
New York, NY 10158
(212) 605-6200
cstern@levylaw.com
mdaly@levylaw.com

/s/ Patrick J. Lanciotti

Patrick J. Lanciotti
NAPOLI SHKOLNIK PLLC
360 Lexington Avenue, 11th Floor
New York, NY, 10017
(212) 397-1000
planciotti@napolilaw.com

**ATTORNEYS FOR BELLWETHER III PLAINTIFFS**