# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

## AGENDA FOR MAY 3, 2023 DISCOVERY CONFERENCE

The Court will hold a discovery conference on these cases on **Wednesday May 3, 2023 at 1:00 pm** via Zoom video conference. The Zoom link will be docketed in 16-10444.

The agenda will be as follows, although the Court may adjust the agenda prior to the conference if necessary.

1. Individual Plaintiffs' request to address their fourth request for production and amended requests for production to VNA.

2. Individual Plaintiffs' request to address the March 23, 2023 privilege log challenge to VNA's global privilege log.

3. Individual Plaintiffs' request to address information related to the Actum employees or agents who participated in public relations work for the VNA entities related to the Flint Water Crisis; and

4. Individual Plaintiffs' request to discuss the January 2017 "end-date limitation" for VNA's productions.

**IT IS SO ORDERED.**

Dated: May 1, 2023　　　　　　　　　<u>s/Judith E. Levy</u>
Ann Arbor, Michigan　　　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　　United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 1, 2023.

　　　　　　　　　　　　　　<u>s/William Barkholz</u>
　　　　　　　　　　　　　　WILLIAM BARKHOLZ
　　　　　　　　　　　　　　Case Manager