UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Document Relates To:

*Bellwether II Cases*

_____/

# JOINT STIPULATION REGARDING SCHEDULING ORDER FOR BELLWETHER II TRIAL

Bellwether II Plaintiffs and Defendants Veolia Water North America Operating Services, LLC, Veolia North America, Inc., and Veolia North America, LLC (the "VNA Defendants"), Leo A. Daly Company, Lockwood Andrews & Newnam, P.C., and Lockwood Andrews & Newnam, Inc. (the "LAN Defendants"), hereby stipulate and agree to extend certain pre-trial deadlines in the Scheduling Order for the Bellwether II Trial (ECF No. 2310) as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiffs shall serve all outstanding Plaintiff Fact Sheets and revised Authorizations. | January 7, 2023 | January 7, 2023 |

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Defendants serve deficiencies in the Plaintiff Fact Sheets. | January 20, 2023 | January 20, 2023 |
| Deficiencies in the Plaintiff Fact Sheets shall be cured. | February 3, 2023 | February 3, 2023 |
| Plaintiffs' and Defendants' counsel shall simultaneously identify twenty (20) plaintiffs each for a total of forty (40) plaintiffs comprising Pool Two. Defendants may serve written discovery on the Pool Two Claimants immediately upon the selection of the forty (40) Pool Two group of bellwether plaintiffs.[1] | February 24, 2023 | February 24, 2023 |
| Deadline for Pool Two Claimants to fully respond to all written discovery, including providing any additional requested waivers for medical or other information. | April 7, 2023 | June 26, 2023 |
| Counsel for Plaintiffs and counsel for Defendants shall each identify seven (7) claimants from among the Pool Two Claimants who will be engaged in further discovery ("Pool Three Claimants").[2] If there is overlap between the Pool Three Claimants initially | April 27, 2023 | July 31, 2023 |

---

[1] All rights and limitations concerning individual discovery as set forth in CMO 5 (ECF No. 1255) pertaining to Bellwether I shall also apply to Bellwether II. *See* ECF No. 1255 at 62-64.

[2] Defendants must receive satisfactory discovery responses and resolve any disputes regarding Pool 2 discovery 21 days prior to Pool 3 selection.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| identified by the two sides, selection of additional Pool Three Claimants shall proceed in the manner described in the CMO until a total of fourteen (14) have been selected. | | |
| Defendants may begin noticing home inspections and testimonial depositions of the Pool Three Claimants and witnesses in accordance with CMO 5 (except that depositions may be noticed 15 days in advance of taking them). | April 28, 2023 | August 1, 2023 |
| Merits discovery complete for Pool Three Claimants. | July 27, 2023 | October 26, 2023 |
| Plaintiffs to provide expert disclosures and reports. The Plaintiffs shall include in the disclosure three dates on which each expert is available for deposition within sixty (60) days of the disclosure. All plaintiffs alleging personal injuries must be available for Rule 35 examinations starting ten (10) days after plaintiffs' expert disclosures and reports are served. | July 28, 2023 | October 27, 2023 |
| Defendants to provide expert disclosures and reports. The Defendants will include in the disclosure three dates on which each expert is available for deposition within sixty (60) days | October 27, 2023 | January 26, 2024 |

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| of the disclosure. | | |
| Plaintiffs to provide expert rebuttal reports. | December 8, 2023 | March 8, 2024 |
| Defendants to provide expert rebuttal reports. | January 19, 2024 | April 19, 2024 |
| Reply expert report depositions. | January 22 to 29, 2024 | April 22 to 29, 2024 |
| The parties to each identify two (2) plaintiffs, for a total of four (4), to continue to Pool Four.[3] | February 16, 2024 | May 17, 2024 |
| Motions for Summary Judgment and Daubert Motions filed. | March 29, 2024 | June 28, 2024 |
| Responses to the Motions for Summary Judgment and Daubert Motions due. | May 10, 2023 | August 9, 2024 |
| Replies to the Oppositions to Motions for Summary Judgment and Daubert Motions due. | June 7, 2024 | September 6, 2024 |
| Hearing on Daubert Motions and Summary Judgment. | TBD | TBD |
| Motions in Limine due. | 14 days after summary judgment order | 14 days after summary judgment order |
| Oppositions to the Motions in Limine due. | Three weeks after the opening briefs | Three weeks after the opening briefs |

---

[3] Defendants must receive satisfactory discovery responses and resolve any disputes regarding Pool 3 discovery 21 days prior to Pool 4 selection.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Replies in support of the Motions in Limine due. | Two weeks after the response briefs | Two weeks after the response briefs |
| Designations of deposition testimony to be played/read to the jury due. | 7 days after the order on the motions in limine | 7 days after the order on the motions in limine |
| Counter-designations and objections to the designated testimony due. | 7 days after the designations | 7 days after the designations |
| Objections to the counter-designated deposition testimony due. | 7 days after the objections | 7 days after the objections |
| Deadline for submitting deposition designations matrices and highlighted transcripts to the Court. | Minimum of two weeks before witness will be called at trial | Minimum of two weeks before witness will be called at trial |
| Plaintiffs to serve Defendants with draft Pre-Trial Order (witness lists, exhibit lists, trial briefs, jury instructions and other similar pretrial filings required by the court due). | TBD | TBD |
| Defendants to serve Plaintiffs with objections and responses to the witness lists, exhibit lists, trial briefs, jury instructions and other similar pretrial filings required by the court due and engage in meet and confer. | TBD | TBD |
| Parties to submit Final Joint Pretrial Order | TBD | TBD |

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Parties to submit Voir Dire questions, proposed preliminary Jury Instructions | TBD | TBD |
| Hearing date for Motions in Limine and deposition designations; final Pre-Trial hearing regarding witness lists, exhibit lists, trial briefs, jury instructions, and other pretrial filings | TBD | TBD |
| Trial date. | September 10, 2024 | TBD |

Dated: May 2, 2023

Respectfully submitted,

CAMPBELL CONROY & O'NEIL, P.C.

/s/ James M. Campbell
James M. Campbell
Alaina N. Devine
20 City Square, Suite 300
Boston, MA 02129
(617) 241-3000
jmcampbell@campbell-trial-lawyers.com
adevine@campbell-trial-lawyers.com

MAYER BROWN, LLC

/s/ Michael A. Olsen
Michael A. Olsen
71 South Wacker Drive
Chicago, IL 60606
(312) 701-7120
molsen@mayerbrown.com

***ATTORNEYS FOR VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC, VEOLIA NORTH AMERICA, LLC, AND VEOLIA NORTH AMERICA, INC.***

<table>
<tr><td>

/s/Wayne B. Mason
Wayne B. Mason (SBOT 13158950)
Travis S. Gamble (SBOT 00798195)
S. Vance Wittie (SBOT 21832980)
David C. Kent (SBOT 11316400)
FAEGRE DRINKER BIDDLE & REATH LLP
1717 Main St., Suite 5400
Dallas TX 75201
(469) 227-8200
wayne.mason@dbr.com
travis.gamble@dbr.com
vance.wittie@dbr.com
david.kent@dbr.com

</td><td>

/s/ Philip A. Erickson
Philip A. Erickson (P37081)
Patrick Lannen (P73031)
John R. Stevenson (P70241))
PLUNKETT COONEY
101 N. Washington Sq., Ste 1200
Lansing, MI 48933
(517) 324-5608
perickson@plunkettcooney.com
plannen@plunkettcooney.com
jstevenson@plunkettcooney.com

</td></tr>
</table>

***ATTORNEYS FOR DEFENDANTS
LEO A. DALY COMPANY; LOCKWOOD, ANDREWS &
NEWNAM, INC. and LOCKWOOD, ANDREWS & NEWNAM, P.C.***

/s/ Patrick J. Lanciotti

Patrick J. Lanciotti
NAPOLI SHKOLNIK PLLC
360 Lexington Avenue, 11th Floor
New York, NY, 10017
(212) 397-1000
planciotti@napolilaw.com

***ATTORNEYS FOR BELLWETHER II PLAINTIFFS***