# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: May 02, 2023

Ms. Kinikia D. Essix
Eastern District of Michigan at Ann Arbor
P.O. Box 8199
Ann Arbor, MI 48107-0000

      Re: Case No. 22-1605, *Luke Waid, et al v. Richard Snyder, et al*
          Originating Case No. : 5:16-cv-10444

Dear Ms. Essix,

  Enclosed is a copy of the mandate filed in this case.

                                Sincerely yours,

                                s/Austin D. Tyree
                                    for Amy Gigliotti, Case Management Specialist

cc: Mr. Mark Cuker
    Ms. Emmy L. Levens
    Mr. Moshe Maimon
    Ms. Cary S. McGehee
    Mr. Hunter J. Shkolnik
    Mr. Corey M. Stern

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 22-1605

_____

Filed: May 02, 2023

In re: FLINT WATER CASES

-------------------------------

LUKE WAID, et al

       Plaintiffs


INDIVIDUAL PLAINTIFFS; SETTLEMENT CLASS PLAINTIFFS

       Plaintiffs - Appellees

v.

RICHARD DALE SNYDER, et al

       Defendants

RAYMOND HALL, et al [22-1185]
HELEN CHAPMAN, et al [22-1197]
NADINE ROBERTS, et al [22-1605]

       Objectors - Appellants


## MANDATE

    Pursuant to the court's disposition that was filed 03/17/2023 the mandate for this case hereby issues today.

COSTS: None