# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.　　　　　　　　Judith E. Levy
　　　　　　　　　　　　　　　　　　　　United States District Judge
_____/

This Order Relates To:

*Carthan, et al. v. Snyder et al.*
　　Case No. 16-10444
_____/

## AMENDED SCHEDULING ORDER FOR CLASS ACTION TRIAL

　　　The Court sets forth the schedule in the class action case, as set forth below.

| **Event** | **Deadline/ Date Range** |
|---|---|
| Defendants' Expert Depositions (shall be limited only to those experts for whom the parties submit new or additional reports) | March 17, 2023 to April 14, 2023 |
| Reply Expert Report Depositions | April 14, 2023 to April 21, 2023 |
| Plaintiffs' Reply to Motion to Strike | May 4, 2023 |
| Daubert and Summary Judgment Motions | May 19, 2023 |
| Daubert and Summary Judgment Response Briefs | June 30, 2023 |
| Daubert and Summary Judgment Reply Briefs | July 19, 2023 |
| Oral Argument on Daubert Motions | September 11, 2023 10:30am cont'd if needed on September 12, 2023 10:30am |
| Oral Argument on Summary Judgment Motions | September 13, 2023 10:30am cont'd if needed on September 14, 2023 10:30am |
| Deadline for Parties to Submit Joint Proposed Jury Questionnaire to the Court (via e-mail) | November 27, 2023 |
| Status Conference on Jury Questionnaire Content | November 30, 2023 10:00am |
| Motions in Limine—Opening Briefs | December 8, 2023 |
| Deadline for Parties to Ship 200 copies of Juror Questionnaires to Judge Levy's Chambers in Ann Arbor, Michigan | December 20, 2023 |
| Motions in Limine—Response Briefs | December 22, 2023 |
| Motions in Limine—Reply Briefs | January 2, 2024 |

| | |
|---|---|
| Summoned Jurors to Courthouse to Answer Questionnaires (Court Staff Only) (Jury Department takes approximately one week to process questionnaires and make them available to counsel and the Court) | January 17–18, 2024 |
| Deposition Designations (due for exchange between parties) | *Parties to propose deadline* |
| Objections to Deposition Designations and Counter-Designations (due for exchange between parties) | *Parties to propose deadline* |
| Deadline for Submitting Deposition Designations Matrices and Highlighted Transcripts to the Court (via e-mail) | January 22, 2024 |
| Parties to File Jointly Proposed Jury Instructions and Verdict Form | January 22, 2024 |
| Parties to Submit Joint Final Pretrial Order (use Utilities function in CM/ECF and e-mail) | January 22, 2024 |
| Hearing on motions in limine (the Court will notify the parties in advance as to which motions will be argued) | January 22, 2024 10:30am cont'd if needed on January 23, 2024 10:30am |
| Parties to Submit Jointly Proposed Voir Dire Questions and Joint Statement of the Case (via e-mail) | January 26, 2024 |
| Status Conference Regarding Excusals Based on Jury Questionnaire Responses | February 1, 2024 10:30am |
| Final Pretrial Conference and Hearing on proposed Jury Instructions and Verdict Form | February 6, 2024 10:00am cont'd if needed on February 7, 2024 10:00am |
| Deadline for Court to Inform Jury Dept of Excusals Based on Questionnaires (Court Staff Only) | February 8, 2024 |

| | |
|---|---|
| Hearing Regarding Misc. Pretrial Matters (if needed) | February 12, 2024 10:30am |
| First Day of Trial/Voir Dire | February 13, 2024 8:30am |

Hearings will be conducted in person in Ann Arbor, Michigan unless the Court notifies the parties in advance otherwise.

IT IS SO ORDERED.

Dated: May 3, 2023  s/Judith E. Levy
   Ann Arbor, Michigan  JUDITH E. LEVY
                                                   United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 3, 2023.

                                          s/William Barkholz
                                          WILLIAM BARKHOLZ
                                          Case Manager