# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In re Flint Water Cases* | Case No. 5:16-cv-10444-JEL-EAS (*Consolidated*) <br><br> Hon. Judith E. Levy <br><br> Mag. Elizabeth A. Stafford |

### CLASS PLAINTIFFS' *EX PARTE* MOTION TO EXTEND THE PAGE LIMIT OF THEIR REPLY IN SUPPORT OF CLASS PLAINTIFFS' MOTION TO STRIKE AND JUDGMENT ON THE PLEADINGS

Class Plaintiffs respectfully move the Court to allow them to file an omnibus reply in support of the Class Plaintiffs' Motion to Strike and Judgment on the Pleadings that exceeds the limit of 7 pages set by E.D. Mich. LR 7.1(d)(3)(B) for the reasons explained in the memorandum attached hereto.  Class Plaintiffs seek leave to file a reply brief of no more than 10 pages.

1

11463172v1/015136

By: */s/ Theodore J. Leopold*
Theodore J. Leopold
COHEN MILSTEIN SELLERS & TOLL PLLC
2925 PGA Boulevard, Suite 220
Palm Beach Gardens, FL 33410
Telephone: (561) 515-1400
tleopold@cohenmilstein.com
***CO-LEAD CLASS COUNSEL***

By: */s/ Emmy L. Levens*
Emmy L. Levens
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW
Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
elevens@cohenmilstein.com
***CO-LEAD CLASS COUNSEL***

By: */s/ Stephen Morrissey*
Stephen Morrissey
Jordan Connors
Katherine M. Peaslee
SUSMAN GODFREY, L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
smorrissey@susmangodfrey.com
jconnors@susmangodfrey.com
kpeaslee@susmangodfrey.com
***EXECUTIVE COMMITTEE FOR CLASS PLAINTIFFS***

By: */s/ Michael L. Pitt*
Michael L. Pitt
PITT MCGEHEE PALMER & RIVERS, P.C.
117 West 4th Street, Suite 200
Royal Oak, MI 48067
Telephone: (248) 398-9800
mpitt@pittlawpc.com
***CO-LEAD CLASS COUNSEL***

By: */s/ Lear Jiang*
Lear Jiang
SUSMAN GODFREY, L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 789-3100 Telephone
(310) 789-3150 Facsimile
ljiang@susmangodfrey.com
***EXECUTIVE COMMITTEE FOR CLASS PLAINTIFFS***

By: */s/ Peretz Bronstein*
Peretz Bronstein
BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
peretz@bgandg.com
***EXECUTIVE COMMITTEE FOR CLASS PLAINTIFFS***

By: */s/ Teresa A. Bingman*
Teresa A. Bingman
LAW OFFICES OF TERESA A. BINGMAN, PLLC
4131 Okemos Road, Suite 12
Okemos, Michigan 48864
Telephone: (877) 957-7077
tbingman@tbingmanlaw.com
***EXECUTIVE COMMITTEE FOR CLASS PLAINTIFFS***

By: */s/ Esther E. Berezofsky*
Esther E. Berezofsky
MOTLEY RICE LLC
210 Lake Dr. East, Suite 101
Cherry Hill, New Jersey 08002
Telephone: (856) 667-0500
eberezofsky@motleyrice.com
***EXECUTIVE COMMITTEE FOR CLASS PLAINTIFFS***

By: */s/ Paul F. Novak*
Paul F. Novak (P39524)
WEITZ & LUXENBERG, P.C.
3011 W. Grand Blvd., Suite 2150
Detroit, MI 48202
Telephone: (313) 800-4170
pnovak@weitzlux.com
***EXECUTIVE COMMITTEE FOR CLASS PLAINTIFFS***

11463172v1/015136

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| *In re Flint Water Cases* | Case No. 5:16-cv-10444-JEL-EAS (*Consolidated*) <br><br> Hon. Judith E. Levy <br><br> Mag. Elizabeth A. Stafford |

**MEMORANDUM IN SUPPORT OF CLASS PLAINTIFFS'** *EX PARTE* **MOTION TO EXTEND THE PAGE LIMIT FOR THE REPLY IN SUPPORT OF MOTION TO STRIKE AND JUDGMENT ON THE PLEADINGS**

Pursuant to E.D. Mich. LR 7.1, Class Plaintiffs respectfully apply to file a reply of 10 pages or less in support of their Motion to Strike and for Judgment on the Pleadings (Dkt. 2411). Class Plaintiffs intend to file an omnibus reply addressing two separate oppositions to the Motion to Strike and for Judgment on the Pleadings filed by Defendant VNA and LAN/LAD. Defendants' two separate oppositions collectively total over 48 pages of briefing. *See* Dkts. 2424, 2425. An omnibus reply of no more than 10 pages will allow Class Plaintiffs to address Defendants' oppositions more efficiently, and in a manner more streamlined for the Court and for the Parties.

1

## CONCLUSION AND REQUEST FOR RELIEF

Class Plaintiffs seek leave to exceed the 7-page limit for reply briefs, and file an omnibus reply brief of no more than 10 pages in response to Defendants' two separate oppositions to Class Plaintiffs' Motion to Strike and for Judgment on the Pleadings.

Dated: May 3, 2023                                              Respectfully submitted,

By: */s/ Theodore J. Leopold*
Theodore J. Leopold
COHEN MILSTEIN SELLERS & TOLL PLLC
2925 PGA Boulevard, Suite 220
Palm Beach Gardens, FL 33410
Telephone: (561) 515-1400
tleopold@cohenmilstein.com
***CO-LEAD CLASS COUNSEL***

By: */s/ Michael L. Pitt*
Michael L. Pitt
PITT MCGEHEE PALMER & RIVERS, P.C.
117 West 4th Street, Suite 200
Royal Oak, MI 48067
Telephone: (248) 398-9800
mpitt@pittlawpc.com
***CO-LEAD CLASS COUNSEL***

By: */s/ Emmy L. Levens*
Emmy L. Levens
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW
Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
elevens@cohenmilstein.com
***CO-LEAD CLASS COUNSEL***

By: */s/ Stephen Morrissey*
Stephen Morrissey
Jordan Connors
Katherine M. Peaslee
SUSMAN GODFREY, L.L.P.
401 Union Street, Suite 3000

By: */s/ Lear Jiang*
Lear Jiang
SUSMAN GODFREY, L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 789-3100 Telephone

11463172v1/015136

| | |
|---|---|
| Seattle, WA 98101<br>Telephone: (206) 516-3880<br>smorrissey@susmangodfrey.com<br>jconnors@susmangodfrey.com<br>kpeaslee@susmangodfrey.com<br>***EXECUTIVE COMMITTEE FOR CLASS PLAINTIFFS*** | (310) 789-3150 Facsimile<br>ljiang@susmangodfrey.com<br>***EXECUTIVE COMMITTEE FOR CLASS PLAINTIFFS*** |
| By: */s/ Peretz Bronstein*<br>Peretz Bronstein<br>BRONSTEIN, GEWIRTZ & GROSSMAN, LLC<br>60 East 42nd Street, Suite 4600<br>New York, NY 10165<br>Telephone: (212) 697-6484<br>peretz@bgandg.com<br>***EXECUTIVE COMMITTEE FOR CLASS PLAINTIFFS*** | By: */s/ Teresa A. Bingman*<br>Teresa A. Bingman<br>LAW OFFICES OF TERESA A. BINGMAN, PLLC<br>4131 Okemos Road, Suite 12<br>Okemos, Michigan 48864<br>Telephone: (877) 957-7077<br>tbingman@tbingmanlaw.com<br>***EXECUTIVE COMMITTEE FOR CLASS PLAINTIFFS*** |
| By: */s/ Esther E. Berezofsky*<br>Esther E. Berezofsky<br>MOTLEY RICE LLC<br>210 Lake Dr. East, Suite 101<br>Cherry Hill, New Jersey 08002<br>Telephone: (856) 667-0500<br>eberezofsky@motleyrice.com<br>***EXECUTIVE COMMITTEE FOR CLASS PLAINTIFFS*** | By: */s/ Paul F. Novak*<br>Paul F. Novak (P39524)<br>WEITZ & LUXENBERG, P.C.<br>3011 W. Grand Blvd., Suite 2150<br>Detroit, MI 48202<br>Telephone: (313) 800-4170<br>pnovak@weitzlux.com<br>***EXECUTIVE COMMITTEE FOR CLASS PLAINTIFFS*** |

11463172v1/015136

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2023, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

Respectfully submitted,

*/s/ Stephen Morrissey*
Stephen Morrissey

4