# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ELNORA CARTHAN, et al.,

        Plaintiffs,

v.

RICK SNYDER, et al.,

        Defendants.

Case No. 5:16-cv-10444-JEL-EAS

Hon. Judith E. Levy
Mag. Judge Elizabeth A. Stafford

_____

## STIPULATION REGARDING DAUBERT MOTION DEADLINE FOR CLASS PLAINTIFFS' EXPERT DR. GEORGOPOLOUS

Defendants, Veolia Water North America Operating Services, LLC, Veolia North America, Inc., and Veolia North America, LLC (the "VNA Defendants"), Leo A. Daly Company; Lockwood Andrews & Newnam, P.C.; and Lockwood Andrews & Newnam, Inc. (the "LAN Defendants") and Class Plaintiffs hereby stipulate and agree to extend the opening brief Daubert motion deadline for Class Plaintiffs' Expert Dr. Georgopoulos to June 2, 2023. As grounds therefore, due to a personal situation, Dr. Georgopoulos is not available for deposition until May 23, 2023, after the current Daubert motion deadline of May 19, 2023. As such, the parties agree to extend VNA and LAN's opening Daubert brief for Dr. Georgopoulos only to June 2, 2023.

Pursuant to ECF Rule 11(c), the VNA Defendants, LAN Defendants, and Co-Lead Counsel for Plaintiffs request that a text-only order be entered granting this extension of time.

Dated: May 10, 2023

Respectfully submitted,

| CAMPBELL CONROY & O'NEIL, P.C. | MAYER BAROWN LLP |
|---|---|
| /s/ James M. Campbell<br>James M. Campbell<br>Alaina N. Devine<br>20 City Square, Suite 300<br>Boston, MA  02129<br>(617) 241-3000<br>jmcampbell@campbell-trial-lawyers.com<br>adevine@campbell-trial-lawyers.com | /s/ Michael A. Olsen<br>Michael A. Olsen<br>71 S. Wacker Drive<br>Chicago, IL 60606<br>(312) 701-7120<br>molsen@mayerbrown.com |

*ATTORNEYS FOR VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC, VEOLIA NORTH AMERICA, LLC, AND VEOLIA NORTH AMERICA, INC.*

| /s/Wayne B. Mason<br>Wayne B. Mason (SBOT 13158950)<br>Travis S. Gamble (SBOT 00798195)<br>S. Vance Wittie (SBOT 21832980)<br>David C. Kent (SBOT 11316400)<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>1717 Main St., Suite 5400<br>Dallas TX 75201<br>(469) 227-8200<br>wayne.mason@dbr.com<br>travis.gamble@dbr.com<br>vance.wittie@dbr.com<br>david.kent@dbr.com | /s/ Philip A. Erickson<br>Philip A. Erickson (P37081)<br>Patrick Lannen (P73031)<br>John R. Stevenson (P70241))<br>PLUNKETT COONEY<br>101 N. Washington Sq., Ste 1200<br>Lansing, MI 48933<br>(517) 324-5608<br>perickson@plunkettcooney.com<br>plannen@plunkettcooney.com<br>jstevenson@plunkettcooney.com |

*ATTORNEYS FOR DEFENDANTS*
*LEO A. DALY COMPANY; LOCKWOOD, ANDREWS &*
*NEWNAM, INC. and LOCKWOOD, ANDREWS & NEWNAM, P.C.*


*/s/ Michael Pitt*
Michael L. Pitt
PITT MCGEHEE PALMER
& RIVERS, PC.
117 West 4th Street, Suite 200
Royal Oak, MI 48607
(248) 398-9800
mpitt@pittlawpc.com

*/s/ Theodore  Leopold*
Theodore J. Leopold
COHEN MILSTEIN SELLER
& TOLL PLLC
2925 PGA Boulevard Suite 220
Palm Beach Gardens, FL 33410
(561) 515-1400
tleopold@cohenmilstein.com

*CO-LEAD COUNSEL and ATTORNEYS FOR THE CLASS PLAINTIFFS*