## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION – DETROIT

| | |
|---|---|
| In re FLINT WATER CASES | Case No. 5:16-cv-10444-JEL-MKM |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Michael A. Stevenson of Stevenson & Bullock, P.L.C., has entered his appearance as Chapter 7 Bankruptcy Trustee for interested party, Temika Osborne, in the above referenced matter.

Dated: May 12, 2023

Respectfully submitted,
**STEVENSON & BULLOCK, P.L.C.**

By: /s/ Michael A. Stevenson
Michael A. Stevenson (P37638)
Chapter 7 Bankruptcy Trustee for
interested party, Temika Osborne
26100 American Drive, Suite 500
Southfield, MI 48034
Phone: (248) 354-7906
Facsimile: (248) 354-7907
Email: mstevenson@sbplclaw.com

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT**

| | |
|---|---|
| In re FLINT WATER CASES | Case No. 5:16-cv-10444-JEL-MKM |

### CERTIFICATE OF SERVICE

Michael A. Stevenson hereby certifies that he electronically filed the foregoing documents with the Clerk of the Court using the Court's ECF system, which will send notification to all counsel of record that have appeared in this case.

                                                      Respectfully submitted,
                                                     **STEVENSON & BULLOCK, P.L.C.**

Dated: May 12, 2023
                                                     By: /s/ Michael A. Stevenson
                                                     Michael A. Stevenson (P37638)
                                                     Chapter 7 Bankruptcy Trustee for
                                                     interested party, Temika Osborne
                                                     26100 American Drive, Suite 500
                                                     Southfield, MI 48034
                                                     Phone: (248) 354-7906
                                                     Facsimile: (248) 354-7907
                                                     Email: mstevenson@sbplclaw.com