## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION – DETROIT

In re FLINT WATER CASES | Case No. 5:16-cv-10444-JEL-MKM

---

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Sonya N. Goll of Stevenson & Bullock, P.L.C., has entered her appearance as Counsel for Chapter 7 Bankruptcy Trustee Michael A. Stevenson, for interested party, Temika Osborne, in the above referenced matter.

Respectfully submitted,
**STEVENSON & BULLOCK, P.L.C.**

By: /s/ Sonya N. Goll
Sonya N. Goll (P61136)
Counsel for Chapter 7 Bankruptcy
Trustee for interested party,
Temika Osborne
26100 American Drive, Suite 500
Southfield, MI 48034
Phone: (248) 354-7906
Facsimile: (248) 354-7907
Email: sgoll@sbplclaw.com

Dated: May 12, 2023

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**

In re FLINT WATER CASES          Case No. 5:16-cv-10444-JEL-MKM

_____

**<u>CERTIFICATE OF SERVICE</u>**

Sonya N. Goll hereby certifies that she electronically filed the foregoing documents with the Clerk of the Court using the Court's ECF system, which will send notification to all counsel of record that have appeared in this case.

Respectfully submitted,
**STEVENSON & BULLOCK, P.L.C.**

By: /s/ Sonya N. Goll
Sonya N. Goll (P61136)
Counsel for Chapter 7 Bankruptcy
Trustee for interested party,
Dated: May 12, 2023                      Temika Osborne
26100 American Drive, Suite 500
Southfield, MI 48034
Phone: (248) 354-7906
Facsimile: (248) 354-7907
Email: sgoll@sbplclaw.com