UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

## AGENDA FOR MAY 17, 2023 DISCOVERY CONFERENCE

The Court will hold a discovery conference on these cases on **Wednesday May 17, 2023 at 1:00 pm** via Zoom video conference. The Zoom link will be docketed in 16-10444.

The agenda will be as follows, although the Court may adjust the agenda prior to the conference if necessary.

1. Individual Plaintiffs' request to address their fourth request for production and amended requests for production to VNA and VNA's responses;

2. Individual Plaintiffs' request to address VNA's amended privilege log; and

3. Individual Plaintiffs' request to discuss the January 2017 "end-date limitation" for VNA's productions.

**IT IS SO ORDERED.**

Dated: May 15, 2023  s/Judith E. Levy
Ann Arbor, Michigan  JUDITH E. LEVY
  United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 15, 2023.

  s/William Barkholz
  WILLIAM BARKHOLZ
  Case Manager