UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In Re* Flint Water Cases          No.5:16-cv-10444-JEL-MKM (consolidated)

HON. JUDITH E. LEVY

_____/

## NOTICE OF THE MASTER GUARDIAN AD LITEM REGARDING REQUEST FOR PAYMENT OF FEES FOR FEBRUARY 8, 2023 TO APRIL 4, 2023

On March 19, 2021, the Court entered the Order Granting Plaintiffs' and Settling Defendants' Motion to Appoint Master Guardian Ad Litem. (ECF No. 1472) Miriam Z. Wolock was appointed Master Guardian Ad Litem ("Master GAL") under the Amended Settlement Agreement.[1] On March 12, 2021, the Genesee County Circuit Court entered a parallel Order Granting Plaintiffs' and Settling Defendants' Motion to Appoint Master Guardian Ad Litem.

The foregoing Orders provide in relevant part that "Compensation to Miriam Wolock the Master GAL… will be as provided for in the Amended Settlement Agreement, or as ordered by this Court." Article XI of the Amended Settlement Agreement establishes that guardian ad litem fees and expenses shall be solely paid out of the FWC Qualified Settlement Fund.

As Master GAL, from February 8, 2023 to April 4, 2023 I performed work that included advising claimants of deficiencies and cures for same, drafting memoranda for the Special Master in regard to same, communicating with the Genesee County Probate Court Administrator in regard to processes for personal representative and Next Friend appointments, meetings with Trust Counsel, Huntington Bank, Elder Law of Michigan, Special Master, Judge Levy, Judge Mack,

---

[1] All capitalized terms herein have the same meaning set forth in the Amended Settlement Agreement that the Court has preliminarily approved.

Judge Newblatt, and the Genesee County Probate Court Administrator, analyzing claim deficiencies and preparing reports for the Special Master.

The Settling Parties have been provided with the Master GAL's Invoice covering the period from February 8, 2023 to April 4, 2023 and have not submitted any objections. The total amount owed on this Invoice is $49,105.04.

These fees, if approved, would be paid from the Qualified Settlement Fund, which has been established under the terms of the Court's February 2, 2021 Order Granting Motion to Establish Qualified Settlement Fund and Sub-Qualified Settlement Funds, and Establishing QSF Authorized Banking Institution [1408], ECF No. 1410.

By this Notice I am requesting that the Court authorize the payment of the sum of $49,105.04 to the Law Offices of Miriam Z. Wolock, PLLC. I have submitted a proposed Order for the Court's consideration.

Dated: May 16, 2023         Respectfully Submitted,


/s/ *Miriam Z. Wolock*
Miriam Z. Wolock (P49434)
Master Guardian Ad Litem
LAW OFFICES OF MIRIAM Z. WOLOCK, PLLC
40900 Woodward Avenue, Suite 111
Bloomfield Hills, MI 48304
(248) 633-2630
mwolock@wolocklaw.com

## CERTIFICATE OF SERVICE

I certify that on May 16, 2023 I electronically filed the foregoing document with the Clerk of Court using the Court's ECF system, which will send notification of such filing to attorneys of record.

Dated: May 16, 2023                     Respectfully submitted,

*/s/ Miriam Z. Wolock*
Miriam Z. Wolock (P49434)
Master Guardian Ad Litem
LAW OFFICES OF MIRIAM Z. WOLOCK, PLLC
40900 Woodward Avenue, Suite 111
Bloomfield Hills, MI 48304
(248) 633-2630
mwolock@wolocklaw.com

# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In Re* Flint Water Cases  No.5:16-cv-10444-JEL-MKM (consolidated)

HON. JUDITH E. LEVY

_____/

## ORDER AUTHORIZING DISTRIBUTION OF FUNDS FROM THE QUALIFIED SETTLEMENT FUND FOR PAYMENT OF MASTER GUARDIAN AD LITEM FEES FOR FEBRUARY 8, 2023 TO APRIL 4, 2023

Having now considered the Notice of The Master Guardian Ad Litem Regarding Request For Payment Of Fees For February 8, 2023 to April 4, 2023, ECF No. ____ ("Notice") and the request to authorize the distribution of funds from the Qualified Settlement Fund[1] under Article XI of the Amended Settlement Agreement pursuant to Exhibit A of the Notice:

IT IS HEREBY ORDERED THAT:

1. A distribution of funds in the amount of $49,105.04 from the Qualified Settlement Fund for the purpose of paying Master GAL Miriam Z. Wolock for February 8, 2023 to April 4, 2023 is approved.

**IT IS SO ORDERED.**

Dated: _____, 2023
Ann Arbor, Michigan

JUDITH E. LEVY
United States District Judge

---

[1] All capitalized terms herein have the same meaning set forth in the Amended Settlement Agreement that the Court has preliminarily approved.