**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

*In re* Flint Water Cases.                     Judith E. Levy
                                               United States District Judge

_____/

This Order Relates To:

ALL CASES

_____/

**ORDER AUTHORIZING DISTRIBUTION OF FUNDS FROM THE**
**QUALIFIED SETTLEMENT FUND FOR PAYMENT OF MASTER**
**GUARDIAN AD LITEM FEES FOR**
**FEBRUARY 8, 2023 TO APRIL 4, 2023**

Having now considered the Notice of The Master Guardian Ad Litem

Regarding Request For Payment Of Fees For February 8, 2023 to April

4, 2023, ECF No. 2448 ("Notice") and the request to authorize the

distribution of funds from the Qualified Settlement Fund[1] under Article

XI of the Amended Settlement Agreement pursuant to Exhibit A of the

Notice:

IT IS HEREBY ORDERED THAT:

---

[1]      All capitalized terms herein have the same meaning set forth in the Amended
Settlement Agreement that the Court has preliminarily approved.

1. A distribution of funds in the amount of $49,105.04 from the

   Qualified Settlement Fund for the purpose of paying Master GAL

   Miriam Z. Wolock for February 8, 2023 to April 4, 2023 is approved.

IT IS SO ORDERED.

Dated: May 16, 2023                         s/Judith E. Levy
Ann Arbor, Michigan                         JUDITH E. LEVY
                                            United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 16, 2023.

                                            s/William Barkholz
                                            WILLIAM BARKHOLZ
                                            Case Manager