UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In Re* Flint Water Cases | No. 5:16-cv-10444-JEL-EAS |
| | HON. JUDITH E. LEVY |
| | MAG. ELIZABETH A. STAFFORD |

**THE PEOPLE OF THE STATE OF MICHIGAN'S PROPOSED AGENDA ITEMS FOR MAY 31, 2023 STATUS CONFERENCE**

The People of the State of Michigan submit the following agenda item for the May 31, 2023 Joint Status Conference:

Judge Newblatt's predecessor had previously decided that the Legionella Plaintiffs' cases would be the first of the Flint water cases pending in the Genesee County Circuit Court to go to trial. It is unclear whether this is still the case.

Accordingly, the People respectfully request that Judge Newblatt provide an update on the status of the litigation in state court and advise the parties as to what order the cases will be tried.

Respectfully submitted,

*/s/ Margaret A. Bettenhausen*
Margaret A. Bettenhausen (P75046)
Nathan A. Gambill (P75506)

                                                     Assistant Attorneys General
                                                     Environment, Natural Resources,
                                                     and Agriculture Division
                                                     Attorneys for the People of the State of Michigan
                                                     P.O. Box 30755
                                                     Lansing, MI 48909
                                                     (517) 335-7664
                                                     bettenhausenm@michigan.gov
                                                     gambilln@michigan.gov

Dated: May 17, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2023, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

          Respectfully submitted,

          */s/ Margaret A. Bettenhausen*
          Margaret A. Bettenhausen (P75046)
          Assistant Attorney General
          Environment, Natural Resources,
          and Agriculture Division
          Attorney for State Defendants
          P.O. Box 30755
          Lansing, MI 48909
          (517) 335-7664
          bettenhausenm@michigan.gov

S:\CEPB3\ENRA_FlintWater\USDC-Waid (AG# 2016-0131314-A)\Pleadings\Final (Word Versions)\~In re Flint\The People of the State of Michigan Proposed Agenda Items 2023-05-17.docx