# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

## ORDER SETTING DEADLINES FOR JUNE 2023 STATUS CONFERENCE AND DISCOVERY CONFERENCES

The Court held a discovery conference regarding the pending Flint water litigation on May 17, 2023. The Court now orders as follows:

The Court will hold its June 2023 Status Conference on **Wednesday June 21, 2023 at 1:00 pm**. Parties are to file proposed agenda items by **June 7, 2023**. The Court will issue an agenda by June 16, 2023.

The Court has set aside **Wednesday June 14, 2023 at 1:00 pm** for a discovery conference, if needed. Per the Court's protocol (ECF No. 2348), **June 7, 2023 at 2:00 pm** is the deadline for notifying the Court

of an impasse for the June 14, 2023 conference. If the parties do not submit topics, the discovery conference will not be set.

IT IS SO ORDERED.

Dated: May 17, 2023
Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 17, 2023.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager