UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———————————————

In re FLINT WATER CASES

Civil Action No. 5:16-cv-10444-JEL-MKM
(consolidated)

Hon. Judith E. Levy
Mag. Kimberly G. Altman

———————————————

APPLICABLE TO ALL CASES

———————————————

### VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC'S, VEOLIA NORTH AMERICA, INC.'S, AND VEOLIA NORTH AMERICA, LLC'S PROPOSED AGENDA ITEMS FOR THE MAY 31, 2023 STATUS CONFERENCE

Pursuant to the Court's order setting a status conference for May 31, 2023 and requesting that the parties file proposed agenda items (ECF No. 2420), Defendants Veolia Water North America Operating Services, LLC, Veolia North America, Inc., and Veolia North America, LLC propose the following agenda item for the status conference on May 31, 2023:

1. The status of upcoming deadlines in the Bellwether III case, in light of the Court's indication that the Bellwether III trial date will be continued. The parties are continuing to meet and confer on this issue and will alert the Court if they are able to reach an agreement on these issues prior to the status conference.

1

*Respectfully submitted,*

| | |
|---|---|
| CAMPBELL CONROY & O'NEIL, P.C. | MAYER BROWN LLP |
| | |
| /s/ James M. Campbell | /s/ Michael A. Olsen |
| James M. Campbell | Michael A. Olsen |
| Alaina N. Devine | 71 S. Wacker Drive |
| 20 City Square, Suite 300 | Chicago, IL 60606 |
| Boston, MA  02129 | (312) 782-0600 |
| (617) 241-3000 | molsen@mayerbrown.com |
| jmcampbell@campbell-trial-lawyers.com | |
| adevine@campbell-trial-lawyers.com | |

*Attorneys for Veolia Water North America Operating Services, LLC, Veolia North America, LLC, and Veolia North America, Inc*

Dated: May 17, 2023

## CERTIFICATE OF SERVICE

I, Alaina N. Devine, one of the counsel of record for the VNA defendants, certify that I served the within Proposed Agenda Item on May 17, 2023, by causing it to be e-filed through the Court's CM/ECF electronic filing system which will automatically deliver electronic copies of it to counsel of record for all parties to have appeared in *In re Flint Water Cases*.

/s/  Alaina N. Devine
Alaina N. Devine
adevine@campbell-trial-lawyers.com