# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ELNORA CARTHAN, et al.,

            Plaintiffs,

  v.

RICK SNYDER, et al.,

            Defendants.

Case No. 5:16-cv-10444-JEK-MKM

Hon. Judith E. Levy

_____

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | Declaration of James M. Campbell in Support of VNA's Motion to Exclude Certain Opinions and Testimony of Dr. Larry Russell |
| 2 | Supplemental Report of Dr. Larry L. Russell (Oct. 18, 2022) (with personal addresses redacted) |
| 3 | Excerpts of the Deposition of Dr. Larry L. Russell (Dec. 28, 2022) (with personal addresses redacted) |
| 4 | Excerpts of the Rebuttal Report of Dr. Larry L. Russell (Mar. 3, 2023) (with personal addresses redacted) |
| 5 | ASTM Designation B 88-03, Standard Specification for Seamless Copper Water Tube (approved Oct. 1, 2003) |
| 6 | Expert Report of Dr. David C. Crowe (Feb. 3, 2023) (with personal addresses redacted) |
| 7 | Excerpts of the Deposition of Dr. Larry L. Russell (May 10, 2023) (with personal addresses redacted) |
| 8 | Excerpts of the Deposition of Dr. Larry L. Russell (Oct. 5-6, 2020) |