# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| ELNORA CARTHAN, et al.,<br>    Plaintiffs,<br><br>v.<br><br>RICK SNYDER, et al.,<br>    Defendants. | Case No. 5:16-cv-10444-JEL-MKM<br>Hon. Judith E. Levy |

_____

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | Declaration of James M. Campbell in Support of VNA's Motion to Exclude the Opinions and Related Testimony of Dr. Clifford P. Weisel |
| 2 | Declaration of Dr. Clifford P. Weisel |
| 3 | Rebuttal Declaration of Dr. Clifford P. Weisel |
| 4 | Excerpts of the Oct. 19, 2020 Deposition of Dr. Clifford P. Weisel |
| 5 | Faculty Profile for Dr. Clifford P. Weisel |
| 6 | Report of Dr. Brent L. Finley |
| 7 | Supplemental Report of Dr. Graham Gagnon |
| 8 | Excerpts of the Nov. 14, 2022 Deposition of Dr. Clifford P. Weisel |
| 9 | Lytle *et al.*, *Sequential Drinking Water Sampling as a Tool for Evaluating Lead in Flint, Michigan* (2019) |
| 10 | Mantha *et al.*, *Tracking Reduction of Water Lead Levels in Two Homes During the Flint Federal Emergency* (2020) |