# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| ELNORA CARTHAN, et al.,<br>　　　　　　　Plaintiffs,<br><br>v.<br><br>RICK SNYDER, et al.,<br>　　　　　　　Defendants. | Case No. 5:16-cv-10444-JEL-MKM<br>Hon. Judith E. Levy |

_____

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | Declaration of James M. Campbell in Support of VNA's Motion to Exclude the Testimony and Reports of Robert A. Michaels, Ph.D., CEP |
| 2 | Report of Dr. Robert A. Michaels |
| 3 | Excerpts of the deposition of Dr. Robert A. Michaels dated November 22, 2022 |
| 4 | Unified Coordination Group, *Flint Rash Investigation: A Report on Findings from Case Interviews, Water Testing, and Dermatologic Screenings for Rashes that Developed or Worsened after October 16, 2015* (Aug. 2016) |
| 5 | Report of Dr. Douglas L. Weed |
| 6 | Report of Dr. Stacey M. Benson |
| 7 | Rebuttal expert report of Dr. Robert A. Michaels |
| 8 | Excerpts of the deposition of Dr. Howard Hu |
| 9 | Report of Joel M. Gelfand |
| 10 | Walter Barkey, *The Flint Rash Investigation*, My City Mag. (Oct. 3, 2016) |
| 11 | Excerpts of the deposition of Dr. Robert A. Michaels dated April 20, 2023 |
| 12 | U.S. EPA, *Guidelines for the Health Risk Assessment of Chemical Mixtures* (Sept. 24, 1986) |

| 13 | U.S. EPA, Guidelines for the Health Risk Assessment of Chemical Mixtures, https://bit.ly/3pTo0uq |
| 14 | U.S. EPA, *Supplementary Guidance for Conducting Health Risk Assessment of Chemical Mixtures* (Aug. 2000) |
| 15 | Excerpts of the expert report of Dr. Robert A. Michaels from the Bellwether I litigation |