EXHIBIT 11

1            UNITED STATES DISTRICT COURT

           EASTERN DISTRICT OF MICHIGAN

2                 SOUTHERN DIVISION

3    _____

                                  )

4                                 )   Civil Action No.

                                  )   5:16-cv-10444-JEL-MKM

5    In re:  FLINT WATER CASES  )   (consolidated)

                                  )

6                                 )   Hon. Judith E. Levy

                                  )   Mag. Mona K. Majzoub

7    _____)

8

9                HIGHLY CONFIDENTIAL

10             Thursday, April 20, 2023

11

12          Remote Videotaped Deposition of

13   ROBERT A. MICHAELS, Ph.D., commencing at 10:01 a.m.,

14   on the above date before Carol A. Kirk, Registered

15   Merit Reporter, Certified Shorthand Reporter, and

16   Notary Public.

17

18

19

20

21

22

23

               GOLKOW LITIGATION SERVICES

24        877.370.3377 ph | 917.591.5672 fax

1    I haven't sought to make a formal definition of

2    it.  A byproduct is a byproduct, and a

3    disinfection product is something that is

4    somewhat reactive and, therefore, one would

5    expect byproducts.

6              So that's a very general statement

7    of my concept, but I would rather not be too

8    constrained by that.

9         Q.    Okay.  Sitting here today, can you

10   name any disinfection byproducts that were

11   present or detected in Flint River water that

12   was distributed by the City of Flint in 2014 or

13   2015.

14        A.    I don't have a memory of that

15   right now.

16        Q.    Okay.  Do you recall whether that

17   is noted in your report anywhere?

18        A.    Well, if it is, I can look for it.

19   I don't recall specifically.

20        Q.    No.  Just sitting here now.

21              Okay.  Do you agree that the

22   higher the exposure, Doctor, the higher the

23   likelihood of illness.

24              Do you agree?

Robert Michaels (VNA)

```
 1          A.     Yes.

 2                 MR. CONNORS:  Objection.

 3                 Excuse me.  Objection; incomplete

 4          hypothetical.

 5          Q.     And you agree with the corollary

 6    there that the lower the exposure, the lower the

 7    likelihood of illness, true?

 8                 MR. CONNORS:  Same objection.

 9          A.     Let me put it to you in a way that

10    is a little more precise.

11                 You understand that I gave -- I

12    presented a generic dose response curve.  And

13    that generic dose response curve does actually

14    encompass that concept that you raised.

15                 But it also provides an important

16    exception to that, which is that when there is a

17    threshold below which an event -- an illness or

18    whatever won't occur, the dose doesn't have an

19    effect on the incidence.  It's a zero incidence.

20    And so the -- I guess that's the only caveat

21    I would put on it right now.

22          Q.     Okay.  Doctor, you would agree

23    with me then that there are thresholds below

24    which illnesses will not occur, generally
```

Robert Michaels (VNA)

1    speaking, in the toxicology world?

2          A.    Well, I will agree with that in a

3    general sense, but I will also put in the caveat

4    that for carcinogens, the extrapolation down to

5    the low dose range, which is below what we might

6    experimentally observe, can go down to a single

7    molecule.  And as I have tried to explicate,

8    that's extraordinarily unlikely.  A single

9    molecule is extraordinarily are unlikely to

10   cause anything.

11              So if you're talking in principle

12   about causation, every molecule contributes to

13   the total exposure and is significant to the

14   extent that is a part of that.

15              If you're talking about the

16   principle in a one-hit model, that has a finite,

17   although vanishingly small, probability.  So

18   this is just toxicology.  This is just

19   principles.

20              And I tried to explicate in my

21   reports that in the context of Flint where we're

22   not talking about cancer causation -- and I'm

23   not saying I would rule that out.

24              But what I am saying is that in

1    the context of cancer causation, these

2    conditions or caveats that I've put in are more

3    relevant.   In the context of my report, I've

4    tried to emphasize that there are thresholds,

5    even though they may personally vary, among

6    different individuals.

7             Q.    Okay.   Is there a threshold that

8    you're aware of below which calcium carbonate

9    dissolved in water would not cause or could not

10   cause any illness or adverse effect on skin?

11            A.    I have not looked into that

12   question, except to say that it falls into the

13   category of a threshold substance, and

14   therefore, in principle, I would expect there to

15   be a threshold.

16            Q.    Same question for free chlorine.

17            A.    When considering a single

18   substance at a time, I have the same answer for

19   you.   I will, again, emphasize the caveat that

20   you're in a situation where nothing is acting by

21   myself.   Everything is acting in concert, both

22   simultaneously and sequentially, with other

23   substances that are present.   And so what is the

24   influence of one substance when others are

1    present, hard to say.

2           Q.    Okay.  Doctor, do you have a count

3    or an estimate of how many rashes were observed

4    to have occurred in the population of Flint

5    during the Flint water crisis, by which I mean

6    the period October -- sorry -- April 2014 to

7    October 2015?

8           A.    You're asking me if I have that

9    number?

10          Q.    Yes.

11          A.    I believe that what I cited for

12   you in my report was a number that came to the

13   attention of people conducting the UCG 2016

14   report.

15                I am fairly confident that that is

16   not a total number of rashes.

17          Q.    Okay.  So is the answer no for the

18   entire period of -- for the Flint water crisis?

19          A.    The answer is the answer.  Some of

20   them were found and others were probably not

21   found, almost certainly not found.

22          Q.    Okay.  Let me try again maybe a

23   slightly different way.

24                Can you tell the jury the number

Robert Michaels (VNA)

1  of rash cases occurring in Flint's population

2  from April 2014 until October 2015.

3          A.    Can I tell them that number?  No,

4  I don't know that number.

5          Q.    Okay.  Do you have an estimate of

6  the number, if not the point itself or the point

7  number itself?

8          A.    I have quoted the estimate of the

9  UCG 2016 which I think -- again, I won't think,

10  but what I will say is that there is an estimate

11  of that in my report in accordance with UCG

12  2016, which is pretty definitive on a subject

13  like that because they're dermatologists who

14  produce it.

15          Q.    And what is the estimate?  Can you

16  express that for us.

17          A.    If you don't mind my going to the

18  report, sure.

19          Q.    Please do.

20                Any luck yet, Dr. Michaels?

21          A.    Well, I'm looking in my report

22  originally, and I'm pretty sure that it's there

23  somewhere, but I am seeing that there are 88

24  mentions of the word "rashes," and so I -- going

Robert Michaels (VNA)

```
 1   through that -- I could go back to the UCG

 2   report, which I think contains that number.

 3            That was one of the issues that

 4   they raised in the report.  There was some

 5   percent of people who had rashes in the

 6   background.  And so I just don't remember what

 7   that number is right now.

 8       Q.   Okay.  Well, tell you what, we can

 9   circle back to it.  If it comes to you or if you

10   realize where it is, please let me know during

11   the course of the dep, okay?

12       A.   Sure.

13       Q.   Are you aware of anyone in Flint,

14   the City of Flint, who did not bathe or shower

15   or otherwise have a skin exposure to the

16   municipal water between May or April 2014 and

17   January 2015 but who was subsequently exposed?

18            Are you aware of any such person?

19       A.   Well, no, I'm not aware of any

20   specific individual.

21       Q.   Okay.  Are you aware of any

22   reports of anyone being exposed for the first

23   time to Flint River water in the period

24   February 2015 to October 2015?
```

Robert Michaels (VNA)

```
 1   approach, which was to contact physicians, and

 2   especially dermatologists, to help out with this

 3   investigation, in particular because of the

 4   elevation of incidence of rashes in the Flint

 5   water crisis, not the post-Flint water crisis.

 6   That was -- that was not the primary interest.

 7   It was the primary thing to do that was

 8   feasible.

 9                   So that is also part of Barkey's

10   repertoire of opinions that I've seen and

11   corroborated by others as well.

12                   So I do think that it's pretty

13   clear that the -- that UCG 2016 backed off on

14   studying the Flint water crisis period because

15   of the absence of historic water data that is --

16   if that is along the lines of what you are

17   suggesting.

18        Q.    Okay.  And you're aware that

19   Dr. Barkey said, "Some would say this was not a

20   scientific study" -- referring to UCG -- "and

21   the findings cannot be automatically applied to

22   the entire Flint community, and they would be

23   right."

24                   Are you aware of that statement?
```

Robert Michaels (VNA)

```
 1              A.    The UCG study?  Yeah, I've seen
 2      that as well.
 3              Q.    On page 8 of your March 2023
 4      report, Dr. Michaels, the second paragraph, it
 5      begins "54 items."  It's below the block quote.
 6                    Do you see that?
 7              A.    I do.
 8              Q.    Okay.  You say, "The 54 items
 9      cited in my report" -- that's the stuff from the
10      table that we looked at?
11              A.    Yes.
12              Q.    Okay.  "-- include many
13      peer-reviewed studies that support the general
14      causation hypothesis."
15                    That's what you wrote?
16              A.    Yeah.  I'm reading it as you are.
17              Q.    What is -- what is the general
18      causation hypothesis?  What do you mean by that?
19              A.    Well, I'm trying to get away from
20      something you raised earlier, which is specific
21      individuals.  And that specific causation issue
22      is really for a clinician to decide.
23                    But clinicians can't do that
24      without having a sense that generally the thing
```

Robert Michaels (VNA)

```
 1   that they might attribute a particular effect to
 2   could not have occurred.  So that's called
 3   general causation, and that is where I'm
 4   referring to.
 5        Q.   Okay.  And then you go on to talk
 6   about synergism.
 7             Do you see that in the next
 8   sentence?
 9             "The studies specifically support
10   the association" ... and then "synergism"?
11        A.   Oh, there it is.  I was looking at
12   the wrong paragraph.  I'm sorry.
13        Q.   What do you mean by synergism,
14   Dr. Michaels?
15        A.   Well, substances that are not
16   acting alone are acting in concert with other
17   substances, and those can be acting simultaneous
18   and they can be acting sequentially.  And so
19   they all exert an effect that would be called a
20   group effect or a synergistic effect.  That's
21   what I'm referring to.
22        Q.   Okay.  And what synergisms do you
23   see as relevant to the dermatology outcomes in
24   the Flint water crisis?
```

Robert Michaels (VNA)

```
 1                    Could you explain that.
 2            A.    Well, when you have multiple
 3   factors in the water that are individually
 4   capable of causing rashes, they can probably
 5   cause rashes when put together at concentrations
 6   individually lower than what would be required
 7   if they were acting alone.
 8            Q.    Okay.  And in the dermatology
 9   context, what is your basis for -- let me strike
10   that.
11                    In the toxicology or epidemiology
12   context, what is your basis for applying this
13   concept of synergism to the case at hand?
14            A.    Well, it falls into the category
15   of things where -- of cases where multiple
16   factors are acting at the same time.  And,
17   therefore, it's an important consideration.
18                    I've cited an EPA study which
19   explicitly says that, just not in this
20   paragraph.
21            Q.    Okay.  And what are the observed
22   synergisms for the Flint water crisis in your
23   view?
24            A.    Whatever is my view has been
```

Robert Michaels (VNA)

```
 1    presented here.  I don't have offhand an
 2    additional answer to that.  I'm not exactly sure
 3    what you're getting at.
 4         Q.    Sure.  Let me try to clarify.
 5               For example, is it high water
 6    hardness and the presence of pH variability that
 7    you believe is the issue or the causal
 8    connection between water quality and rash
 9    outcomes?
10         A.    I believe I explicated my causal
11    concern in my report, and I could find exactly
12    where I said that.  That would certainly be a
13    subcategory, but that's a small subcategory.
14         Q.    Okay.  And is there empirical
15    proof that you can point to that that, you know,
16    particular synergy could cause rash outcomes
17    either in Flint or elsewhere?
18         A.    I don't think I've referred to a
19    particular synergy.  I'm not sure what you're
20    getting at.
21         Q.    Yeah.  Okay.  Well, I mentioned
22    high hardness in the presence of varying pH and
23    alkalinity as an example.  So let's just run
24    with that.
```

Robert Michaels (VNA)

```
 1                    And you said that that was a

 2    possible synergy, correct?

 3          A.    I said that those were two factors

 4    that would contribute -- along with all the

 5    other factors in contributing to the idea that

 6    these are not substances or stressors that are

 7    acting alone.

 8          Q.    Okay.  Can you just survey for us

 9    the range of factors that you're referring to.

10                    What I'm wondering really is, is

11    it just the three water constituents or

12    qualities that you've mentioned previously,

13    hardness, free chlorine, pH alkalinity, or is it

14    something more than that?  That's what I'm

15    trying to figure out.

16          A.    Yeah, it's something more than

17    that.  It includes those things, and I

18    actually -- I actually think that the UCG report

19    might have done better to include other things

20    that I would include, including -- and maybe it

21    has in some way.  It has, actually.

22                    It talked about metals for

23    example, and that's one of the main things that

24    I would add, organics.
```

1                    I tried to make that distinction

2     in our deposition, if you recall, when you asked

3     me about the definition of hardness.  And I

4     said, well, I used it the way UCG used it.  But,

5     in fact, it was more of a colloquialism that it

6     includes anything that's in the water, not pure

7     water.

8                    And that is more along the lines

9     of something you don't see in the New York Times

10    or in a popular publication, but it's total

11    dissolved solids.  And, in fact, the substances

12    don't all have to be dissolved.  They could

13    be -- they could be suspended in the water as

14    well.  So I consider that to be a little narrow.

15                   So all of those are potential

16    sources of synergism, and I have explicated that

17    in my report.  I could show you where.  It's

18    just maybe not in this introductory portion.

19         Q.    Okay.  Is there an epidemiology

20    literature that you can point me to that

21    supports this theory of synergism that you are

22    describing?

23         A.    Yes.

24         Q.    And what -- can you cite what the

Robert Michaels (VNA)

```
 1   lead article or --

 2        A.   I did.  I said to you that the

 3   U.S. EPA talks about the importance of

 4   conserving synergism.  And I can tell you that

 5   when you look at that report, it contains more

 6   than 51 citations of things that support that

 7   concept.  It's pretty thorough.

 8             And I'm sure that in response to

 9   your other question, is it complete, are there

10   other things out there, yes, I'm sure there's

11   that too.  But the fact is that that is

12   certainly supported in the literature.

13        Q.   Okay.  Is that U.S. EPA guidelines

14   for health risk assessment of chemical mixtures?

15        A.   Yes.

16        Q.   Okay.  And that's a 1986

17   publication?

18        A.   I don't recall.  It might be.

19   It's right there in the back of my report, as I

20   said.

21        Q.   Okay.

22        A.   One is an EPA citation, but that's

23   the one.

24        Q.   Okay.  And in your view, that
```

```
 1              haven't made a request.  I will, indeed,

 2              follow up and ask about any additional

 3              invoices.  And if there's anything else

 4              we want to talk about after that, let's

 5              talk about it that day.

 6                   MR. RINGSTAD:  That sounds fine.

 7              And that's what I meant by the request,

 8              was really for the invoices, but we'll

 9              deal with everything else, as you say,

10              down the line.  Thank you.

11                   MR. CONNORS:  I understand your

12              confusion, and I apologize for that.

13              I think we're on the same page.

14         A.   My calculation -- okay.  Can you

15    hear me?

16         Q.   Yes.

17         A.   Okay.  My calculation for November

18    through on March is 88.59 hours.

19         Q.   Great.  Thanks very -- that's much

20    more precise that I expected.  Thank you.

21         A.   I rounded it off.

22         Q.   We'll talk to your counsel about

23    that.  We'll check the -- we'll check the

24    invoices.  We won't hold you to that number, but
```

1    thank you.

2              Let's see here.  Dr. Michaels, so

3    your March 2023 report was responsive to the

4    four experts, Veolia experts, that you

5    identified that -- Benson, Finley, Gelfand, and

6    Weed.  They have all served responses to this

7    report.

8              Have you read those responses?

9        A.   Yes, I think -- yeah, I think

10   that's -- yes, yes, of course.

11       Q.   Okay.  Do you have anything to add

12   to your opinions in response to their responses?

13            MR. CONNORS:  Observation; vague

14       and ambiguous.

15       A.   I don't recall.

16            I mentioned to you there were

17   physician statements that were not mentioned

18   earlier.  I don't -- I don't think there's any

19   new information of that kind.

20       Q.   Okay.  And you've not reduced

21   anything to writing in that regard in terms of a

22   response to the response, so to speak?

23       A.   I have notes of that kind myself.

24   But have I issued something?  No, I don't think

Robert Michaels (VNA)

```
 1   so.
 2          Q.    Okay.  And what kind of notes do
 3   you have?
 4          A.    I have a list of themes of my
 5   responses that I was doing -- I actually am not
 6   sure -- I think that may have been derived from
 7   my response document.  So it may not apply to
 8   what your question is, if I have anything else.
 9                So, no, I think that was just part
10   of what I looked at to prepare for my deposition
11   today.
12          Q.    Okay.  But you have notes in your
13   file; is that correct?
14                MR. CONNORS:  Objection; vague and
15          ambiguous.
16          A.    I have some notes, yes.
17          Q.    Okay.  And how many pages of notes
18   do you have?
19                MR. CONNORS:  Objection; vague and
20          ambiguous as to what you mean by
21          "notes."
22          Q.    Well, Doctor, you used the word
23   "notes."
24                What did you mean by notes?
```

Robert Michaels (VNA)

```
 1              A.    Well, as I said, I tried to list
 2    some themes, and I think I have 15 themes.  And
 3    I also have two pages of notes that respond to
 4    Dr. Jeffrey Brent because I hadn't seen that
 5    before.  And I told you about some physician
 6    quotes.  I have some notes relating to those
 7    quotes as well.
 8              MR. RINGSTAD:  Okay.  I'm just
 9         going to make a request for production
10         of those notes as part of Dr. Michaels'
11         file, and I could put that request in
12         writing, Mr. Connors, if you'd like.
13              MR. CONNORS:  Why don't you do
14         that.
15              MR. RINGSTAD:  Okay.  Sure.
16    BY MR. RINGSTAD:
17         Q.    Is it still the case,
18    Dr. Michaels, that you are not offering any
19    opinion that lead in drinking water in Flint was
20    causative of -- or could have been causative of
21    dermatologic outcomes or hair loss?
22         A.    Yeah, I have not offered that.
23         Q.    Got it.
24              On page 35 of your March 2023
```

1  report -- I meant to ask about this and skipped

2  over, so sorry for backtracking.

3            But you refer to a "roughly

4  constant Flint population."  This is in response

5  7.  So you say, "That is, more rashes were

6  observed during the Flint water crisis than

7  after in a roughly constant Flint population."

8            Do you see that?

9      A.    Yes, I remember the statement.

10  I'm looking for the actual place where it is.

11  But, yeah I remember it.

12      Q.    Let me just guide you to it.  It's

13  on page 35 of the March 2023 report.

14      A.    Right.  Yes, I see that.

15      Q.    Okay.  It's italicized.

16            Is it your understanding that

17  Flint had a roughly constant population in 2014

18  to 2015?

19      A.    No, I didn't -- I didn't --

20  I didn't quantify the population during that

21  period of time.  I believe this was a response

22  to Dr. Finley suggesting that the -- that you

23  normally would expect to have more rashes

24  because there's more time.

```
 1                      And I was trying to suggest

 2    that -- actually, I don't really remember except

 3    to say I can look at this response and see what

 4    I intended.  I don't really remember it that

 5    way.

 6                      Are you talking about response

 7    number 7?  I don't really see the statement,

 8    but -- are you talking about response number 7

 9    on that page?

10         Q.    Yes.  So it's the second to last

11    sentence of that paragraph.  It starts, "That

12    is, more rashes," et cetera.

13         A.    Oh, yeah, I see that it says

14    contrary to Finley, my comparison before versus

15    after is conservative, that is, more rashes were

16    observed during the Flint water crisis after --

17    than after in a roughly constant Flint

18    population.

19                      It's conservative in part because

20    populations and, therefore, potential rashes

21    tend to increase.  So I don't know.  It's a

22    small factor, but I do see that I mentioned

23    that.

24         Q.    Okay.  What I'm asking you is, do
```

1    you know whether Flint's population was

2    increasing or decreasing or staying the same in

3    that time period, 2014, 2015?

4            A.    No, I don't have information about

5    the population.

6            Q.    Okay.  And do you know whether

7    that was the general trend of Flint population

8    over the longer period of time, say, from, you

9    know, 2005 to 2015?

10           A.    No.  I just know that as a general

11   rule, over time populations tend to increase.

12   And that is all I was suggesting, that there

13   might have been an increase.

14           Q.    Have you reviewed any water

15   quality data since last we spoke relating to the

16   time period of 2014, 2015 in Flint?

17           A.    Not to my recollection, I don't

18   believe so.

19           Q.    Okay.  Same question for the time

20   period February to October 2015.

21           A.    You mean within that Flint --

22           Q.    Yeah, within -- yep.

23           A.    Well, if I hadn't done it for the

24   whole period, I haven't done it at all.

```
 1                    CERTIFICATION

 2

 3        I, Carol A. Kirk, Registered Merit Reporter and

 4   Certified Shorthand Reporter, do hereby certify that

 5   prior to the commencement of the examination,

 6   ROBERT A. MICHAELS, Ph.D., was duly remotely sworn by

 7   me to testify to the truth, the whole truth, and

 8   nothing but the truth.

 9        I DO FURTHER CERTIFY that the foregoing is a

10   verbatim transcript of the testimony as taken

11   stenographically by me at the time, place, and on the

12   date hereinbefore set forth, to the best of my

13   ability.

14        I DO FURTHER CERTIFY that I am neither a

15   relative nor an employee nor attorney nor counsel of

16   any of the parties to this action, and that I am

17   neither a relative nor employee of such attorney or

18   counsel, and that I am not financially interested in

19   the action.

20

21

22   _____

     Carol A. Kirk, RMR, CSR

23   Notary Public

     Dated:  May 1, 2023

24
```