# EXHIBIT 13

🇺🇸 An official website of the United States government



MENU

Search EPA.gov

**Risk Assessment**                                   CONTACT US <https://epa.gov/risk/forms/contact-us-about-risk-assessment>

# Guidelines for the Health Risk Assessment of Chemical Mixtures

The 1986 Guidelines for the Health Risk Assessment of Chemical Mixtures represent the Agency's science policy and are a procedural guide for evaluating data on the health risks from exposures to chemical mixtures. The emphasis is on dose response and risk characterization.

The principles and concepts put forth in the Guidelines remain in effect. However, in 2000, EPA issued a new document, Supplementary Guidance for Conducting Health Risk Assessment of Chemical Mixtures (EPA/630/R-00/002 - August 2000). While the Guidelines describe broad principles and include few specific procedures, the 2000 guidance is a supplement that is intended to provide more detail on these principles and their applications.

- 📄 Guidelines for the Health Risk Assessment of Chemical Mixtures (pdf) <https://epa.gov/sites/default/files/2014-11/documents/chem_mix_1986.pdf> (298.4 KB, September 1986, 630-R-98-002)

Risk Assessment Home <https://epa.gov/risk>

About Risk Assessment <https://epa.gov/risk/about-risk-assessment>

Risk Recent Additions <https://epa.gov/risk/recent-additions-risk-assessment>

Human Health Risk Assessment <https://epa.gov/risk/human-health-risk-assessment>

Ecological Risk Assessment <https://epa.gov/risk/ecological-risk-assessment>

Risk Assessment Guidance <https://epa.gov/risk/risk-assessment-guidance>

Risk Tools and Databases <https://epa.gov/risk/human-health-risk-models-and-tools>

Risk Management <https://epa.gov/risk/risk-messaging-guidance>

Superfund Risk Assessment <https://epa.gov/risk/superfund-risk-assessment>

Where you live <https://epa.gov/risk/where-you-live-risk-assessment>

Contact Us <https://epa.gov/risk/forms/contact-us-about-risk-assessment> to ask a question, provide feedback, or report a problem.

LAST UPDATED ON SEPTEMBER 8, 2022



# Discover.

**Accessibility Statement** <https://epa.gov/accessibility/epa-accessibility-statement>

**Budget & Performance** <https://epa.gov/planandbudget>

**Contracting** <https://epa.gov/contracts>

**EPA www Web Snapshot** <https://epa.gov/utilities/wwwepagov-snapshots>

**Grants** <https://epa.gov/grants>

**No FEAR Act Data** <https://epa.gov/ocr/whistleblower-protections-epa-and-how-they-relate-non-disclosure-agreements-signed-epa>

**Plain Writing** <https://epa.gov/web-policies-and-procedures/plain-writing>

**Privacy** <https://epa.gov/privacy>

**Privacy and Security Notice** <https://epa.gov/privacy/privacy-and-security-notice>

# Connect.

**Data.gov** <https://www.data.gov/>

**Inspector General** <https://epa.gov/office-inspector-general/about-epas-office-inspector-general>

**Jobs** <https://epa.gov/careers>

**Newsroom** <https://epa.gov/newsroom>

**Open Government** <https://epa.gov/data>

**Regulations.gov**

Regulations.gov <https://www.regulations.gov/>

Subscribe <https://epa.gov/newsroom/email-subscriptions-epa-news-releases>

USA.gov <https://www.usa.gov/>

White House <https://www.whitehouse.gov/>

# Ask.

Contact EPA <https://epa.gov/home/forms/contact-epa>

EPA Disclaimers <https://epa.gov/web-policies-and-procedures/epa-disclaimers>

Hotlines <https://epa.gov/aboutepa/epa-hotlines>

FOIA Requests <https://epa.gov/foia>

Frequent Questions <https://epa.gov/home/frequent-questions-specific-epa-programstopics>

# Follow.

