# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| ELNORA CARTHAN, et al., | Case No. 5:16-cv-10444-JEL-MKM |
| Plaintiffs, | Hon. Judith E. Levy |

v.

RICK SNYDER, et al.,

          Defendants.

_____

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | Declaration of James M. Campbell in Support of VNA's Motion to Exclude Certain Opinions and Testimony of Dr. David Keiser |
| 2 | Supplemental Expert Report of David Keiser, Ph.D. |
| 3 | Excerpts of the Deposition of David Keiser |
| 4 | Expert Reply Report of Professor Christian Redfearn |