## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| ELNORA CARTHAN, et al., | Case No. 5:16-cv-10444-JEL-MKM |
|---|---|
| Plaintiffs, | Hon. Judith E. Levy |
| v. | |
| RICK SNYDER, et al., | |
| Defendants. | |

_____

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | Declaration of James M. Campbell in Support of VNA's Motion to Exclude Certain Opinions and Testimony of Dr. Daryn Reicherter |
| 2 | Declaration of Daryn Reicherter, M.D. (Oct. 18, 2022) |
| 3 | Reply Report of Daryn Reicherter, M.D. |
| 4 | Excerpts of the deposition of Daryn Reicherter (Oct. 21, 2020) |
| 5 | Ctr. For Disease Control, *Community Assessment for Public Health Emergency Response* (July 2016) |
| 6 | Excerpts of the deposition of Daryn Reicherter (Dec. 12, 2022) |
| 7 | Stuart J. Donaldson & Elisa J. Grant-Vallone, *Understanding Self-Report Bias in Organizational Behavior Research*, 17 J. of Bus. & Psych. 245 (2002) |
| 8 | Declaration of David W. Thompson, Ph.D., ABPP |