## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| ELNORA CARTHAN, et al., | Case No. 5:16-cv-10444-JEL-MKM |
| Plaintiffs, | Hon. Judith E. Levy |
| v. | |
| RICK SNYDER, et al., | |
| Defendants. | |

_____

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | Declaration of James M. Campbell in Support of VNA's Motion to Exclude the Testimony and Reports of Dr. Paolo Gardoni |
| 2 | American Society of Civil Engineers Code of Ethics 2020 |
| 3 | Excerpts from the deposition of Paolo Gardoni, Ph.D. |
| 4 | VNA March 12, 2015 Report |
| 5 | Paolo Gardoni University of Illinois Faculty Profile |
| 6 | Expert Declaration of Martin Peterson, Ph.D. |
| 7 | American Society of Civil Engineers Code of Ethics 2017 |
| 8 | National Society of Professional Engineers Code of Ethics |
| 9 | Excerpts from the deposition of Marvin Gnagy |
| 10 | Excerpts from the deposition of Gerald Ambrose |
| 11 | Excerpts from the deposition of Stephen Busch |
| 12 | Expert Declaration of William D. Bellamy, Ph.D. |