# EXHIBIT 10

Highly Confidential - Gerald Ambrose

```
 1                UNITED STATES DISTRICT COURT

 2                EASTERN DISTRICT OF MICHIGAN

 3                      SOUTHERN DIVISION

 4

 5     ------------------------------) Civil Action No.:

 6     IN RE:   FLINT WATER CASES    ) 5:16-cv-10444-JEL-MKM

 7                                   ) (consolidated)

 8                                   )

 9                                   ) Hon. Judith E. Levy

10     ------------------------------) Mag. Mona K. Majzoub

11

12                     HIGHLY CONFIDENTIAL

13         VIDEOTAPED DEPOSITION OF GERALD AMBROSE

14

15                 Wednesday, June 10, 2020

16                         Volume 1

17

18        Remote oral deposition of GERALD AMBROSE,

19     conducted at the location of the witness in Lansing,

20     Michigan, commencing at approximately 9:07 a.m., on

21     the above date, before JULIANA F. ZAJICEK, a

22     Registered Professional Reporter, Certified Shorthand

23     Reporter, Certified Realtime Reporter and Notary

24     Public.
```

1  communications or negotiations with DWSD and Sue

2  McCormick about the City of Flint returning to that

3  water supply instead of the Flint River on an interim

4  basis?

5      A.   Yes, we had discussions about that.

6      Q.   You did with Mr. Freeman?

7      A.   Pardon me?

8      Q.   You -- you had discussions like that with

9  Mr. Freeman?

10     A.   Yes.

11     Q.   But I thought you told us, sir --

12          I'm sorry.  Go ahead.

13     A.   No.  You go ahead.

14     Q.   I thought you said earlier, though, that

15 you don't recall having any communications or

16 discussions with Ms. McCormick at this time about that

17 subject?

18          Did I not get that correct?

19     A.   No, that's -- no.  That's correct.

20              (WHEREUPON, a certain document was

21               marked Gerald Ambrose Deposition

22               Exhibit No. 30, for identification,

23               as of 06/10/2020.)

24 BY MR. ROGERS:

 1     Q.    Okay.  The next document is Flint

 2   production 0549830.

 3        MR. ROGERS:  And, Juliana, sorry, remind me what

 4   exhibit number we are up to?

 5        THE COURT REPORTER:  Exhibit 30.

 6        MR. ROGERS:  Thank you very much.  Exhibit 30.

 7   BY MR. ROGERS:

 8     Q.    Do you recall this memorandum that you

 9   wrote, Mr. Ambrose, to Mr. Wayne Workman, the -- the

10   Deputy Treasurer for the State of Michigan?

11     A.    I do.

12     Q.    And this is another document in which you

13   state that the -- as far as you were concerned as the

14   emergency manager, that the City would not be

15   returning to the DWSD as its water supply, is that

16   true, and you explain the reasons why?

17     A.    Yes, I did.

18              (WHEREUPON, a certain document was

19               marked Gerald Ambrose Deposition

20               Exhibit No. 31, for identification,

21               as of 06/10/2020.)

22   BY MR. ROGERS:

23     Q.    And then the next document, which will be

24   Exhibit 31, is a resolution -- it's Flint No.

1  0550059 -- presented on -- and adopted on March 23rd.
2  This was a -- a vote taken by the City Council to
3  actually return to DWSD as the City's water supply,
4  right?
5     A.   That's what it -- yes, that's what it is.
6     Q.   And the City Council didn't have the power
7  or authority under the existing law and arrangements
8  that existed at the time, rather, you, as the
9  emergency manager, had the power and authority to do
10 that, right?
11    A.   That's correct.
12    Q.   So would you consider this to be more of
13 an advisory vote or a recommendation by the City
14 Council to have the City return to DWSD?
15    A.   I believe the resolution says it is a
16 recommendation of the City Council.
17    Q.   Right.
18         It says here:  "THEREFORE, BE IT RESOLVED,
19 the Flint City Council recommends" by an 8 to 0 vote
20 "that the City of Flint do all things necessary to
21 return to the Detroit Water and Sewerage Department
22 (DWSD) for the purchase of water for its citizens."
23         Right?
24    A.   That's correct.

 1                  (WHEREUPON, a certain document was

 2                  marked Gerald Ambrose Deposition

 3                  Exhibit No. 32, for identification,

 4                  as of 06/10/2020.)

 5    BY MR. ROGERS:

 6        Q.   And then the next document I'm going to

 7    show you is a press release that you issued the next

 8    day on March 24th.  The Bates number on this document

 9    is Flint 0009721.

10             Do you recall this?

11        A.   Yes.

12        Q.   And you say here -- I'm going to direct

13    your attention to this section, maybe I can highlight

14    it for you.  I'll try to do that.  This section right

15    here.

16             I'm sorry.  This isn't the best and

17    straightest line I've ever drawn, but...

18        A.   No problem.

19        Q.   You said in the press release:

20             "It is incomprehensible to me that 7

21    members of the Flint City Council would want to send

22    more than 12 million a year to the system serving

23    Southeast Michigan, even if Flint ratepayers could

24    afford it.  Water from Detroit is no safer than water

Highly Confidential - Gerald Ambrose

```
 1   from Flint."
 2          Did I read that correctly?
 3      A.  Yes, you did.
 4      Q.  So, Mr. Ambrose, you used the words here
 5   "it is incomprehensible," and this was on March 24th,
 6   2015.
 7          Having read this document where you
 8   described returning to the DWSD as incomprehensible,
 9   does that refresh your memory that that's what you
10   said to Mr. Marvin Gnagy about this subject matter,
11   that it was incomprehensible, a return to DWSD?
12      A.  No, it doesn't.
13      Q.  And at this point in time, is it not
14   correct, as we discussed earlier, that the Utilities
15   Department for the City of Flint was not running a --
16   a deficit, right?
17      A.  That's correct.
18      Q.  And the reason that you were not in favor
19   of returning to the DWSD is that the $12 million per
20   year that was being saved, you were using, in part,
21   to -- to fund upgrades to the water treatment plant so
22   that the City could eventually join the KWA, true?
23          MR. WOLF:  Object as to form.  Wolf.
24   BY THE WITNESS:
```

```
 1      A.   The reason that I was not in favor of
 2   returning to DWSD was because, to my knowledge, the
 3   water being produced, provided, was within State and
 4   Federal guidelines.  It was safe in that category --
 5   in that -- it was safe from that perspective.
 6           Quality was an issue.  We had a plan to
 7   address the quality, odors and -- odor and
 8   discoloration, and that plan, implementing that plan,
 9   in my perspective, was a better benefit to the
10   ratepayers and the users of the Flint water system.
11   BY MR. ROGERS:
12      Q.   But -- but haven't you said -- stated on
13   many occasions, Mr. Ambrose, that the $12 million that
14   was being saved by not purchasing the water from DWSD,
15   that $12 million was what was being used to fund the
16   improvements to the plant, the water treatment plant,
17   that would be necessary for it to be upgraded to
18   eventually join the KWA, true?
19      A.   That was one of the benefits of using the
20   river on an interim basis.
21      Q.   Right.  Okay.
22              (WHEREUPON, a certain document was
23                 marked Gerald Ambrose Deposition
24                 Exhibit No. 33, for identification,
```

```
 1                    REPORTER'S CERTIFICATE
 2
 3             I, JULIANA F. ZAJICEK, a Registered
 4   Professional Reporter, Certified Realtime Reporter,
 5   Certified Shorthand Reporter and Notary Public, do
 6   hereby certify that prior to the commencement of the
 7   examination of the witness herein, the witness was
 8   duly remotely sworn by me to testify to the truth, the
 9   whole truth and nothing but the truth.
10             I DO FURTHER CERTIFY that the foregoing is
11   a verbatim transcript of the testimony as taken
12   stenographically by me at the time, place and on the
13   date hereinbefore set forth, to the best of my
14   availability.
15             I DO FURTHER CERTIFY that I am neither a
16   relative nor employee nor attorney nor counsel of any
17   of the parties to this action, and that I am neither a
18   relative nor employee of such attorney or counsel, and
19   that I am not interested directly or indirectly in the
20   outcome of this action.
21             IN WITNESS WHEREOF, I do hereunto set my
22   hand on this 25th day of June, 2020.
23                     [signature: Juliana F. Zajicek]
24             JULIANA F. ZAJICEK, RPR, CSR, CRR
```