# EXHIBIT 11

Page 241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

_____
                              )
                              )    Civil Action No.
In Re FLINT WATER CASES       )    5:16-CV-10444-JEL-MKM
                              )    (Consolidated)
                              )
                              )    Hon. Judith E. Levy
                              )    Mag. Mona K. Majzoub
                              )
_____)
                              )
Elnora Carthan, et al.,       )
   Plaintiffs,                )
                              )    Civil Action No.
      -vs-                    )    5:16-CV-10444-JEL-MKM
Governor Rick Snyder,         )
et al,                        )
   Defendants.                )
_____)


HIGHLY CONFIDENTIAL
VIDEOTAPED DEPOSITION OF STEPHEN BUSCH - VOL. 2
Friday, January 10, 2020
at 9:12 a.m.


Taken at:     Foster Swift Collins & Smith, PC
              313 South Washington Square
              Lansing, Michigan  48933



REPORTED BY:  LAURA STEENBERGH, CRR, RMR, RDR, CSR-3707



GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Highly Confidential - Stephen Busch

Page 322

1    MR. BARBIERI: Objection, foundation.
2    THE WITNESS: I did not talk to Mr. Prysby
3    about making that statement prior to his discussion with
4    Mr. Fonger.
5    BY MR. PITT:
6    Q. Okay. I assume when you read this you must have had
7    some concern as to whether or not this was an honest and
8    fair assessment of what was going on at the General
9    Motors facility, correct?
10   MS. JACKSON: Objection, form.
11   THE WITNESS: As Mr. Prysby states, we're
12   talking about chlorides, and he is indicating from a
13   public health standpoint, and as I indicated yesterday,
14   that chlorides is a secondary contaminant dealing with
15   the aesthetics of the water. And in the case of the
16   water being produced by the city of Flint water
17   treatment plant utilizing the Flint River, chlorides
18   were significantly below the aesthetic MCL that had been
19   established by EPA.
20   BY MR. PITT:
21   Q. Well, I'm focusing on this language issue here that Mr.
22   Prysby was telling you as his boss that he had asked Mr.
23   Fonger not to use the word corrosive.
24   MS. JACKSON: Objection, mischaracterizes the

Page 323

1    statement.
2    MR. BARBIERI: Shared.
3    BY MR. PITT:
4    Q. Did you agree that that was appropriate for Mr. Prysby
5    to suggest to Mr. Fonger that the word corrosive would
6    be inappropriate?
7    MS. JACKSON: Same objection.
8    THE WITNESS: I believe there needed to be
9    distinctions between the impact of chlorides in the city
10   of Flint's water to GM in its industrial production,
11   versus indicating it as having, you know, impact as the
12   chloride as corrosive in regards to public health, as we
13   stated before, because those chlorides are not specific
14   to public health, but an aesthetic contaminant.
15   BY MR. PITT:
16   Q. After you received this e-mail from Mr. Prysby did you
17   ask him to correct anything?
18   A. I do not believe so, but I don't know that I recall if
19   there was follow-up regarding this afterwards or not.
20   Q. Well, let's go to the next entry, which is October 14,
21   2014.
22   And do you know Valerie Brader. Do you know
23   who she is?
24   A. Yes.

Page 324

1    Q. Have you spoken to her from time to time when Governor
2    Snyder was the governor?
3    A. A couple of times at least.
4    Q. And what kind of conversations did you have with Ms.
5    Brader?
6    A. Ms. Brader had, following the Boil Water Advisory memo
7    that had been sent, briefing memo that had been sent to
8    Governor Snyder, there was a request that came back to
9    the DEQ for a meeting with DEQ staff and Ms. Brader that
10   she had some follow-up questions in regards to some of
11   that material. And so there was a meeting in October of
12   2014 that occurred, and there were discussions regarding
13   Total Coliform Rule requirements and total coliform
14   bacteria and there was discussion regarding the total
15   trihalomethanes and the concerns regarding the levels
16   that had occurred in the -- that the city had been
17   provided a letter back in September in regards to that
18   matter.
19   Q. So the meeting that you described that you remember, was
20   it around this time of this e-mail, this October 14th,
21   2014 e-mail?
22   A. It would have been around that time. I don't know
23   whether it would have been before or after this e-mail
24   occurred.

Page 325

1    Q. Okay. Do you remember Ms. Brader raising the concern
2    that the public was alarmed by the fact that GM was
3    rejecting the Flint River because it was -- it viewed
4    the water as inappropriate for its manufacturing?
5    A. I believe there may have been a discussion about
6    chlorides and explaining the secondary MCL and the
7    aesthetics and the standard.
8    Q. In this e-mail Brader is suggesting that the city ought
9    to return to the Detroit water.
10   Do you remember that being raised in
11   discussions with you?
12   A. I recall the discussion that we had was about like the
13   physical feasibility of how the city of Flint would, the
14   process that you would go to through -- or you would go
15   through to reconnect to DWSD.
16   Q. Okay. So you're saying that as early as October of
17   2014, which would have been about six months after the
18   Flint River became the primary drinking source, the
19   governor's office, his representatives are discussing
20   with you from MDEQ the feasibility of going back to
21   Detroit water, is that correct?
22   A. Whether, you know, how the physical interconnections
23   would work and the process for doing that, yes.
24   Q. Okay. Who else from MDEQ was present at this meeting

22 (Pages 322 to 325)

Highly Confidential - Stephen Busch

Page 326

1  that you're describing for us?
2  A. My recollection was Michael Prysby, and Dan Wyant, and
3  there may have been others, I just do not recall at this
4  time.
5  Q. And who else was present from the governor's office that
6  you recall?
7  A. My recollection is just Ms. Brader.
8  Q. Okay. Was she suggesting that the executive branch and
9  the governor's people wanted to go back to the Detroit
10  water to solve some of the consumer complaint issues
11  that had emerged?
12       MS. BETTENHAUSEN: Object to form.
13       THE WITNESS: I don't recall if that was what
14  was discussed.
15  BY MR. PITT:
16  Q. But your recollection is that it was more of a
17  feasibility, what would be mechanics of the reconnecting
18  and how would that work?
19  A. Yes, there had been a pipeline.
20  Q. Right.
21  A. A section of pipeline that was used previously, I
22  believe, that had been purchased by Karegnondi Water
23  Authority.
24  Q. Yeah.

Page 327

1  A. And there were some provisions that had already been set
2  up in case of the need to reconnect.
3  Q. Right. So the city of Flint actually sold that section
4  of pipeline to Karegnondi for about $4 million.
5       Do you remember that occurring?
6  A. Yes.
7  Q. Okay. And so now the pipeline that would be necessary
8  to reconnect with the city of Detroit water was now
9  owned by Karegnondi?
10       MS. JACKSON: Objection, lack of foundation.
11  BY MR. PITT:
12  Q. Right?
13  A. At a certain time.
14  Q. Right. And then --
15  A. I don't remember the exact date of sale and all that.
16  Q. So if there was going to be a reconnection with the
17  Detroit water system, Karegnondi would have to be
18  involved in those discussions?
19  A. Well, there had already been a procedure developed to
20  allow that to occur.
21  Q. And in your opinion and the opinion of your MDEQ
22  colleagues it was feasible to reconnect --
23       MS. JACKSON: Objection.
24  BY MR. PITT:

Page 328

1  Q. -- to the Detroit water system in October of 2014,
2  correct?
3  A. Yes.
4       MS. JACKSON: Objection, lack of foundation.
5  BY MR. PITT:
6  Q. I think at one point in the timeline I read that the
7  city of Detroit was going to waive its normal
8  reconnection fee.
9       Do you remember that occurring?
10       THE WITNESS: That may have been discussed. I
11  wouldn't recall when or where that would have occurred.
12  BY MR. PITT:
13  Q. Did Ms. Brader in this meeting with you and your
14  colleagues say why the governor's office was interested
15  in reconnecting with the Detroit water system?
16  A. I don't recall that. I just recall the discussion
17  trying to confirm that they had the physical ability to
18  connect to Detroit if it needed to.
19  Q. Okay.
20  A. Or wanted to.
21  Q. And you don't know why Ms. Brader was even asking your
22  opinion as to how the reconnection could occur?
23  A. Well, I don't think she understood and she just wanted
24  us to provide that explanation.

Page 329

1  Q. Was it your impression that the reason this meeting took
2  place was because of some of the problems that had
3  emerged as a result of the switch over to the river
4  water as a primary drinking source for Flint?
5  A. Certainly in regards to the Boil Water -- the total
6  coliform detections and the Boil Water Advisories that
7  occurred. I don't know whether Ms. Brader was or was
8  not aware of like the TTHM levels and the actions that
9  we had taken in regards to that at that time.
10  Q. Let me turn your attention to the bottom part of this
11  page, Exhibit 200. And this is an e-mail from Michael
12  Gadola, who's now Judge Gadola.
13       Have you read this before?
14  A. I may have read this after the -- after 2016.
15  Q. Okay. So he said:
16       "To anyone who grew up in Flint, as I did, the
17  notion that I would be getting my drinking water from
18  the Flint River is downright scary. Too bad the
19  emergency manager didn't ask me what I thought." And he
20  goes on and talks about his mother, et cetera.
21       You know, he described the thought of drinking
22  water out of the Flint River as scary. Did you think he
23  was like exaggerating? What was your impression when
24  you read that?

Highly Confidential - Stephen Busch

Page 538

CERTIFICATE OF NOTARY

STATE OF MICHIGAN )
) SS
COUNTY OF MACOMB )

I, LAURA J. STEENBERGH, Certified Shorthand Reporter, a Notary Public in and for the above county and state, do hereby certify that the above deposition was taken before me at the time and place hereinbefore set forth; that the witness was by me first duly sworn to testify to the truth, and nothing but the truth, that the foregoing questions asked and answers made by the witness were duly recorded by me stenographically and reduced to computer transcription; that this is a true, full and correct transcript of my stenographic notes so taken; and that I am not related to, nor of counsel to either party nor interested in the event of this cause.

_____
LAURA J. STEENBERGH
CSR 3707 Notary Public,
Macomb County, Michigan
My Commission expires: 2/14/21

Page 539

INSTRUCTIONS TO WITNESS

Please read your deposition over carefully and make any necessary corrections. You should state the reason in the appropriate space on the errata sheet for any corrections that are made.
After doing so, please sign the errata sheet and date it.
You are signing same subject to the changes you have noted on the errata sheet, which will be attached to your deposition.
It is imperative that you return the original errata sheet to the deposing attorney within thirty (30) days of receipt of the deposition transcript by you. If you fail to do so, the deposition transcript may be deemed to be accurate and may be used in court.

Page 540

------
E R R A T A
------

PAGE LINE CHANGE
____ ____ _____
REASON: _____
____ ____ _____
REASON: _____
____ ____ _____
REASON: _____
____ ____ _____
REASON: _____
____ ____ _____
REASON: _____
____ ____ _____
REASON: _____
____ ____ _____
REASON: _____
____ ____ _____
REASON: _____
____ ____ _____
REASON: _____
____ ____ _____
REASON: _____

Page 541

ACKNOWLEDGMENT OF DEPONENT

I,_____, do hereby certify that I have read the foregoing pages, and that the same is a correct transcription of the answers given by me to the questions therein propounded, except for the corrections or changes in form or substance, if any, noted in the attached Errata Sheet.

_____
STEPHEN BUSCH          DATE

Subscribed and sworn
to before me this
_____ day of _____, 20____.
My commission expires:_____

_____
Notary Public

76 (Pages 538 to 541)