# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| ELNORA CARTHAN, et al.,   | Case No. 5:16-cv-10444-JEL-MKM |
|---|---|
| Plaintiffs, | Hon. Judith E. Levy |
| v. | |
| RICK SNYDER, et al., | |
| Defendants. | |

_____

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | Declaration of James M. Campbell in Support of VNA's Motion to Exclude the Opinions and Testimony of Dr. Howard Hu |
| 2 | Declaration of Howard Hu, M.D., M.P.H., Sc.D. |
| 3 | Rebuttal Declaration of Howard Hu, M.D., M.P.H., Sc.D. |
| 4 | Excerpts of the November 21, 2022 Deposition of Howard Hu, M.D., M.P.H., Sc.D. |
| 5 | Excerpts of the April 20, 2023 Deposition of Howard Hu, M.D., M.P.H., Sc.D. |
| 6 | Ana Navas-Acien, et al., *Lead Exposure and Cardiovascular Disease—A Systematic Review*, 115 Environmental Health Perspectives 472 (2007) |
| 7 | Expert Report of Dr. Brent L. Finley |
| 8 | Kelsey J. Pieper, et al., *Evaluating Water Lead Levels During the Flint Water Crisis*, 52 Environmental Science & Technology 8124 (2018) |