# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| ELNORA CARTHAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RICK SNYDER, et al., <br><br> Defendants. | Case No. 5:16-cv-10444-JEK-MKM <br><br> Hon. Judith E. Levy |

_____

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | Declaration of James M. Campbell in Support of VNA's Motion to Exclude the Opinions and Testimony of Dr. Robert A. Simons |
| 2 | Excerpts of the Deposition of Dr. Robert A. Simons (Oct. 23, 2020) |
| 3 | Supplemental Report of Dr. Robert A. Simons (Oct. 2, 2020) |
| 4 | Rebuttal Report of Dr. Robert A. Simons (Mar. 1, 2023) |
| 5 | Excerpts of the Deposition of Dr. Robert A. Simons (Apr. 17, 2023) |
| 6 | Declaration of Professor Robert H. Edelstein (signed Jan. 5, 2021) |
| 7 | Excerpts of Dr. David Keiser's Paper - P. Christensen, et al., *Economic Effects of Environmental Crises: Evidence from Flint, Michigan* (2022) |
| 8 | Excerpts of Dr. David Keiser's Working Paper - P. Christensen, et al., *Economic Effects of Environmental Crises: Evidence from Flint, Michigan* (2019) |