# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| ELNORA CARTHAN, et al., | Case No. 5:16-cv-10444-JEL-MKM |
|---|---|
| Plaintiffs, | Hon. Judith E. Levy |
| v. | |
| RICK SNYDER, et al., | |
| Defendants. | |

_____

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | Declaration of James M. Campbell in Support of VNA's Motion for Summary Judgment |
| 2 | Document produced as VWNAOS01893 |
| 3 | Excerpts of the deposition of Marvin Gnagy |
| 4 | Supplemental Expert Report of Dr. Larry Russell |
| 5 | Expert Report of Dr. Larry Russell |
| 6 | Document produced as VWNAOS087372 |
| 7 | Excerpts of the deposition of Darnell Earley |
| 8 | Document produced as COF_FED_0123642 |
| 9 | Document produced as COF_FED_0009724 |
| 10 | Document produced as COF_FED_0222608 |
| 11 | Excerpts of the deposition of Gerald Ambrose |
| 12 | Excerpts of the deposition of Daugherty Johnson |
| 13 | Excerpts of the deposition of Brent Wright |
| 14 | Document produced as COF_FED_1127535 |
| 15 | Document produced as COF_FED_0009721 |
| 16 | Document produced as VWNAOS020165 |
| 17 | Excerpts of the deposition of Warren Green |
| 18 | Expert Report of Bill Bellamy |
| 19 | Excerpts of the deposition of Dr. Larry Russell |
| 20 | Expert Report of Dr. Howard Hu |