# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| ELNORA CARTHAN, et al.,<br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>RICK SNYDER, et al.,<br>　　　　　　　　Defendants. | Case No. 5:16-cv-10444-JEL-MKM<br>Hon. Judith E. Levy |

_____

### DECLARATION OF JAMES M. CAMPBELL IN SUPPORT OF DEFENDANTS VEOLIA NORTH AMERICA, LLC, VEOLIA NORTH AMERICA, INC., AND VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC'S MOTION FOR SUMMARY JUDGMENT

I, James M. Campbell, declare as follows:

1.　　I am a partner of the law firm of Campbell Conroy & O'Neil, P.C., and I represent Defendants Veolia North America, LLC, Veolia North America, Inc., and Veolia Water North America Operating Services, LLC (collectively, VNA) in the above-captioned matter. I have personal knowledge of the matters stated in this Declaration.

2.　　Attached as Exhibit 2 is a true and correct copy of a document produced as VWNAOS018930.

3.　　Attached as Exhibit 3 is a true and correct copy of excerpts of the deposition of Marvin Gnagy.

1

4. Attached as Exhibit 4 is a true and correct copy of the Supplemental Expert Report of Dr. Larry Russell.

5. Attached as Exhibit 5 is a true and correct copy of the Expert Report of Dr. Larry Russell.

6. Attached as Exhibit 6 is a true and correct copy of a document produced as VWNAOS087372.

7. Attached as Exhibit 7 is a true and correct copy of excerpts of the deposition of Darnell Earley.

8. Attached as Exhibit 8 is a true and correct copy of a document produced as COF_FED_0123642.

9. Attached as Exhibit 9 is a true and correct copy of a document produced as COF_FED_0009724.

10. Attached as Exhibit 10 is a true and correct copy of a document produced as COF_FED_0222608.

11. Attached as Exhibit 11 is a true and correct copy of excerpts of the deposition of Gerald Ambrose.

12. Attached as Exhibit 12 is a true and correct copy of excerpts of the deposition of Daugherty Johnson.

13. Attached as Exhibit 13 is a true and correct copy of excerpts of the deposition of Brent Wright.

14. Attached as Exhibit 14 is a true and correct copy of a document produced as COF_FED_1127535.

15. Attached as Exhibit 15 is a true and correct copy of a document produced as COF_FED_0009721.

16. Attached as Exhibit 16 is a true and correct copy of a document produced as VWNAOS020165.

17. Attached as Exhibit 17 is a true and correct copy of excerpts of the deposition of Warren Green.

18. Attached as Exhibit 18 is a true and correct copy of the Expert Report of Bill Bellamy.

19. Attached as Exhibit 19 is a true and correct copy of excerpts of the deposition of Dr. Larry Russell.

20. Attached as Exhibit 18 is a true and correct copy of the Expert Report of Dr. Howard Hu.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on May 19, 2023
Boston, Massachusetts

*/s/ James M. Campbell*
James M. Campbell