# EXHIBIT 7

Highly Confidential - Darnell Earley

```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF MICHIGAN
 3                     SOUTHERN DIVISION
 4      _____
                                      )
 5
                                      ) Civil Action No.
 6      In Re FLINT WATER CASES         5:16-cv-10444-JEL-MKM
                                      ) (Consolidated)
 7
                                      ) Hon. Judith E. Levy
 8
                                      ) Mag. Mona K. Majzoub
 9
        _____ )
10                     HIGHLY CONFIDENTIAL
11           VIDEOTAPED DEPOSITION OF DARNELL EARLEY
12                   Thursday, July 30, 2020
13                          Volume I
14
15          Remote oral deposition of DARNELL EARLEY,
16      conducted at the location of the witness, 535
17      Griswold Street, Detroit, Michigan at 9:07 a.m., on
18      the above date, before LAUREL A. FROGNER, a
19      Registered Professional Reporter, Certified
20      Realtime Reporter, Certified Shorthand Reporter and
21      Notary Public for the State of Michigan.
22
23               GOLKOW LITIGATION SERVICES
                 877.370.3377 ph | 917.591.5672 fax
24                      deps@golkow.com
```

```
 1                    A P P E A R A N C E S
 2                           - - -
 3   On behalf of the Class Plaintiffs:
 4        JULIE HURWITZ, ESQUIRE
          Goodman & Hurwitz PC
 5        1394 East Jefferson Avenue
          Detroit, Michigan 48207
 6        313-567-6170
          jhurwitz@goodmanhurwitz.com
 7
 8        CYNTHIA M. LINDSEY, ESQUIRE
          Cynthia M. Lindsey & Associates, PLLC
 9        8900 East Jefferson Avenue
          Suite 612
10        Detroit, Michigan 48214
          313-824-2157
11        Cynthia@cmlindseylaw.com
12
     On behalf of Individual Plaintiffs:
13
          COREY M. STERN, ESQUIRE
14        RENNER K. WALKER, ESQUIRE
          Levy Konigsberg LLP
15        800 Third Avenue
          New York, New York  10022
16        212-605-6200
          cstern@levylaw.com
17
18   On behalf of Individual Plaintiffs
        Brown and Rogers and State Legionella Plaintiffs:
19
          DONALD H. DAWSON, JR.
20        Fieger Law
          19390 West Ten Mile Road
21        Southfield, Michigan  48075
          248-355-5555
22        D.dawson@fiegerlaw.com
23
24
```

Highly Confidential - Darnell Earley

```
 1   On behalf of Individual Plaintiffs Lee and Anderson:
 2       VALDEMAR L. WASHINGTON, ESQUIRE
         Valdemar L. Washington, PLLC
 3       718 Beach Street
         P.O. Box 187
 4       Flint, Michigan 48501
         810-407-6868
 5       Val@VLWLegal.com
 6
     On behalf of Individual Plaintiffs:
 7
         TERESA BINGMAN, ESQUIRE
 8       Law Offices of Teresa A. Bingman PLLC
         120 North Washington Square
 9       Suite 327
         Lansing, Michigan 48933
10       877-957-7077
         tbingman@tbingmanlaw.com
11
12   On behalf of the Mason State Court Plaintiffs:
13       ADAM SCHNATZ, ESQUIRE
         McAlpine PC
14       3201 University Drive
         Suite 200
15       Auburn Hills, Michigan 48326
         248-373-3700
16       atschnatz@mcalpinepc.com
17
     On behalf of the People of the State of Michigan:
18
         CHARLES A. CAVANAGH
19       Assistant Attorney General
         Dana Nessel, Attorney General
20       525 West Ottawa Street, 6th Floor
         Lansing, Michigan 48909
21       517-335-7664
         cavanaghc2@michigan.gov
22
23
24
```

```
 1   On behalf of Defendants Veolia Water North America
     Operating Services, LLC, Veolia North America, LLC,
 2   And Veolia North America, Inc.:
 3        DAVID ROGERS, ESQUIRE
          Campbell Conroy & O'Neil, P.C.
 4        1 Constitution Wharf, Suite 310
          Boston, Massachusetts  02129
 5        617-241-3063
          drogers@campbell-trial-lawyers.com
 6
 7   On behalf of Defendant City of Flint:
 8        WILLIAM KIM
          Assistant City Attorney
 9        City of Flint, Department of Law
          1101 South Saginaw Street, 3rd Floor
10        Flint, Michigan 48502
          810-237-2079
11        wkim@cityofflint.com
12
     On behalf of Defendants Leo A. Daly Company and
13   Lockwood, Andrews & Newnam, Inc.
14        PHILIP A. ERICKSON, ESQUIRE
          Plunkett Cooney, P.C.
15        325 East Grand River Avenue
          Suite 250
16        East Lansing, Michigan 48823
          517-324-5608
17        perickson@plunkettcooney.com
18
     On behalf of Defendant Rowe Professional Service Company:
19
          CRAIG S. THOMPSON, ESQUIRE
20        Sullivan, Ward, Patton, Gleeson & Felty, PC
          25800 Northwestern Highway
21        Suite 1000
          Southfield, Michigan 48075
22        248-746-0700
          cthompson@swappc.com
23
24
```

Highly Confidential - Darnell Earley

```
 1   On behalf of the MDEQ Employee Defendants:
 2       JARED A. ROBERTS, ESQUIRE
         Fraser Trebilcock
 3       124 West Allegan Street
         Suite 1000
 4       Lansing, Michigan  48933
         517-482-5800
 5       jroberts@fraserlawfirm.com
 6
     On behalf of the Defendant McLaren Flint:
 7
         J. BRIAN MACDONALD, ESQUIRE
 8       MEGAN RENEE MULDER, ESQUIRE
         Cline Cline & Griffin PC
 9       503 South Saginaw Street
         Suite 1000
10       Flint, Michigan  48502
         810-232-3141
11       bmacdonald@ccglawyers.com
         mmulder@ccglawyers.com
12
13   On behalf of the United States of America:
14       JASON T. COHEN, ESQUIRE
         U.S. Department of Justice, Civil Division
15       175 North Street, N.E.
         Washington, D.C. 20002
16       202-514-0335
         Jason.T.Cohen@usdoj.gov
17
18   On behalf of Defendant Darnell Earley:
         JUAN MATEO, ESQUIRE
19       T. SANTINO MATEO, ESQUIRE
         Law Offices of Juan A. Mateo
20       535 Griswold Street
         Suite 1000
21       Detroit, Michigan 48226
         313-962-3500
22       tsantinomateo@gmail.com
23
24
```

```
 1      TODD R. PERKINS, ESQUIRE
        The Perkins Law Group PLLC
 2      615 Griswold Street
        Suite 400
 3      Detroit, Michigan 48226
        313-964-1702
 4      tperkins@perkinslawgroup.net
 5
    On behalf of Defendant Howard D. Croft:
 6
        ALEXANDER S. RUSEK, ESQUIRE
 7      DANIEL STURDEVANT, ESQUIRE
        White Law PLLC
 8      2549 Jolly Road
        Suite 340
 9      Okemos, Michigan 48864
        517-316-1195
10      alexrusek@whitelawpllc.com
11
    On behalf of the Defendant Daugherty Johnson:
12
        EDWAR ZEINEH, ESQUIRE
13      Law Office of Edwar A. Zeineh
        2800 East Grand River Avenue, Suite B
14      Lansing, Michigan 48912
        517-292-7000
15      Zeinehlaw@gmail.com
16      EDWARD BAJOKA, ESQUIRE
        Bajoka Law Group PLLC
17      500 Griswold Street
        Suite 2320
18      Detroit, Michigan 48226
        844-422-5652
19      bajokalaw@gmail.com
20
    On behalf of the Defendant Ed Kurtz:
21
        CHRISTOPHER A. STRITMATTER, ESQUIRE
22      Simen, Figura & Parker, PLC
        5206 Gateway Centre, Site 200
23      Flint, Michigan 48507
        810-235-9000
24      cstritmatter@sfplaw.com
```

```
 1   On behalf of the Defendant Michael Glasgow:
 2       CHRISTOPHER JAMES MARKER, ESQUIRE
         O'Neill Wallace & Doyle, P.C.
 3       300 St. Andrews Road, Suite 302
         Saginaw, Michigan 48605
 4       989-790-0960
         Cmarker@owdpc.com
 5
 6   On behalf of the Defendant Gerald Ambrose:
 7       BARRY A. WOLF, ESQUIRE
         Law Office of Barry A. Wolf, Attorney at Law
 8       503 South Saginaw Street
         Suite 1410
 9       Flint, Michigan 48502
         810-762-1084
10       bwolf718@msn.com
11
     On behalf of Defendant Bradley Wurfel and Daniel Wyant:
12
         CHRISTOPHER B. CLARE, ESQ.
13       Clark Hill PLC
         1001 Pennsylvania Avenue NW
14       Suite 1300 South
         Washington, DC 20004
15       202-572-8671
         Cclare@clarkhill.com
16
17   ALSO PRESENT:
18       ROBERT MARTIGNETTI, Videographer
         Golkow Litigation Services
19
                      *   *   *   *   *   *   *
20
21
22
23
24
```

```
 1    Q.    I'm sorry, I didn't mean to cut you off.
 2    A.    Yeah, I don't recall whether I did or not.
 3    Q.    Just to wrap this up, did you ever receive the
 4          statement that you were seeking from the MDEQ that
 5          the water was safe to drink?
 6    A.    I don't think so, no.
 7    Q.    And, sir, just to finish up here, I'm going to stop
 8          sharing my screen because I'm just running out of
 9          time here, your tenure, as we talked about earlier,
10          ended shortly after this in January 12th or 13th,
11          2015, right?
12    A.    After, yeah, it ended after the memo you just showed
13          me, yes.
14    Q.    Yeah, exactly.  So you understand that just before
15          you left, I believe it was January 12th or
16          thereabouts, you received a letter from Sue McCormick
17          of DWSD in which she expressed the DWSD's willingness
18          to have -- provide Detroit water to the City of Flint
19          as the City's water supply, right?
20    A.    Yes.
21                MR. KIM:  Objection as to form.
22    BY MR. ROGERS:
23    Q.    And did you act on that letter or not?
24    A.    No.
```

1   Q.   And so that's because you left as the Emergency
2        Manager shortly after that, right?
3   A.   Yes.
4   Q.   So who took over -- Mr. Ambrose took over for you as
5        the Emergency Manager, right?
6   A.   Correct.
7   Q.   And so, sir, tell me about the conversation, if any,
8        that you had with Mr. Baird and/or Ms. Brader about
9        her concerns that she had expressed in October 2014.
10  A.   My response would have been about the feasibility of
11       switching back, and whether or not there would be
12       funds for such.  I don't recall the specifics of it,
13       but in the present circumstance it was not feasible
14       because the City didn't have any money.
15  Q.   So the reason, from your point of view as the
16       Emergency Manager, that you did not consider
17       returning to the Detroit Water supply source is
18       funding, the City didn't have the money, is that what
19       you're saying?
20  A.   No, not entirely.  Again --
21            MR. KIM:  Objection.
22            THE WITNESS:  -- I have stated that the
23       consultants and the engineers and the Department of
24       Environmental Quality were all telling me that the

 1       water was safe to drink.  No one had presented to me

 2       a public health issue.  We were dealing with the

 3       issues that we were presented as being contaminants

 4       in the water supply during my tenure.

 5  BY MR. ROGERS:

 6  Q.   Okay.  Thank you, Mr. Earley.  I'll stop my

 7       questioning here and reserve whatever time I have

 8       left.  Let's go off the record just for a minute,

 9       and, Robert, then you can tell me how much time I

10       used, please.  Thank you.

11            THE VIDEOGRAPHER:  The time is 11:28 a.m.

12       and we're off the record.

13            (A short recess was taken.)

14            THE VIDEOGRAPHER:  The time is 11:45 a.m.

15       and we're on the record.

16            MR. ERICKSON:  This is Philip Erickson.  I

17       represent the LAN defendants.  As I've said off the

18       record, we ceded 30 minutes of our time to VNA, and

19       we have no questions at this time and reserve our

20       remaining 37 minutes for recross.

21            MR. THOMPSON:  This is Craig Thompson.  I

22       represent Rowe Professional.  We have ceded time as

23       well, 30 minutes to VNA, and we're going to reserve

24       the balance of our time, which would be, what is it,