# EXHIBIT 8

**From:**       Darnell Earley <dearley@cityofflint.com>
**Sent:**       Tuesday, October 14, 2014 7:10 PM
**To:**         Workman, Wayne (TREASURY)
**Cc:**         Koryzno, Edward (Treasury); Gerald Ambrose
**Subject:**  Re: FW: Flint water

Wayne,

Let's talk after the 9:00.  I have some serious concerns about this issue and the way it is being portrayed.

DE

On Oct 14, 2014 5:27 PM, "Workman, Wayne (TREASURY)" <WorkmanW@michigan.gov> wrote:

We need to talk about this. This is not getting fixed and it is escalating. Let s talk but NOT on the 9;00 call

**Wayne Workman | Deputy State Treasurer**

State of Michigan | 430 W. Allegan Street | Lansing, MI  48922

---

**From:** Muchmore, Dennis (GOV)
**Sent:** Tuesday, October 14, 2014 3:52 PM
**To:** Saxton, Thomas (Treasury); Workman, Wayne (TREASURY)
**Subject:** FW: Flint water

**EXHIBIT**

**Brader No. 11**

exhibitsticker.com

Can you guys step into this?

---

**From:** Gadola, Michael (GOV)
**Sent:** Tuesday, October 14, 2014 3:42 PM
**To:** Brader, Valerie (GOV); Muchmore, Dennis (GOV); Agen, Jarrod (GOV); Clement, Elizabeth (GOV)
**Subject:** RE: Flint water

Good gravy.  First, just to clarify, when Valerie says GM is leaving, she means leaving the Flint water system, not abandoning the City altogether.

Second, to anyone who grew up in Flint as I did, the notion that I would be getting my drinking water from the Flint River is downright scary.  Too bad the EM didn't ask me what I thought, though I'm sure he heard it from

1

COF_FED_0123642

plenty of others.  My Mom is a City resident.  Nice to know she's drinking water with elevated chlorine levels and fecal coliform.

I agree with Valerie.  They should try to get back on the Detroit system as a stopgap ASAP before this thing gets too far out of control.

**From:** Brader, Valerie (GOV)
**Sent:** Tuesday, October 14, 2014 3:30 PM
**To:** Muchmore, Dennis (GOV); Gadola, Michael (GOV); Agen, Jarrod (GOV); Clement, Elizabeth (GOV)
**Subject:** Flint water

As you know there have been problems with the Flint water quality since they left the DWSD system, which was a decision by the emergency manager there.  Specifically, there has been a boil water order due to bacterial contamination.  What is not yet broadly known is that attempts to fix that have led to some levels of chlorine-related chemicals that can cause long-term damage if not remedied (though we believe they will remedy them before any damage would occur in the population).  Now apparently the reduced quality is causing GM to leave due to rusted parts.

I am fairly sure that GM's departure now means the economic rationale for Flint leaving DWSD in the interim while the new intake is constructed has just been eliminated.  Moreover, our DEQ has been working with Flint's team to try to address the technical problem, but doing a blend of DWSD water and Flint water, or going back altogether for a year or two while the new lake intake is constructed, have not really been solutions on the table.

Now we are getting comments about being lab rats in the media, which are going to be exacerbated when it comes out that after the boil water order, there were chemicals in the water that exceeded health-based water quality standards.  I think we should ask the EM to consider coming back to the Detroit system in full or in part as an interim solution to both the quality, and now the financial, problems that the current solution is causing.  That additional revenue would also help DWSD, obviously, and the infrastructure is already in place, so this could be implemented quickly.  I am not sure who is the best person to initiate that conversation with the EM, but I see this as an urgent matter to fix.

--Valerie

P.S.  Note:I have not copied DEQ on this message for FOIA reasons.  I have sent them the below message from the Senator's office and had conversations with them re making sure to brief the EM directly on the water quality issues.

**From:** Bryanna McGarry [BMcGarry@senate.michigan.gov]
**Sent:** Tuesday, October 14, 2014 12:45 PM
**To:** Brader, Valerie (GOV)

COF_FED_0123643

**Cc:** Tom Lenard (tomlenard@jimananich.com); Sean Walser; jananich@att.net
**Subject:** GM's decision to stop using Flint River water will cost Flint $400,000 per year

Hi Valerie,


Hope you're doing well.  Senator Ananich asked me to forward you this article about GM's decision to stop using Flint River water: http://www.mlive.com/news/flint/index.ssf/2014/10/gms_decision_to_stop_using_fli.html.  He mentioned he'd had a conversation with you about Flint's water issues and just wanted to ensure you saw the latest.


Thanks!  Have a wonderful afternoon. : )


Best,


Bryanna


--

Bryanna McGarry, MSW

Legislative Director

State Senator Jim Ananich

District 27

517-373-5133

COF_FED_0123644