# EXHIBIT 10

| | |
|---|---|
| **From:** | Gerald Ambrose <gambrose@cityofflint.com> |
| **Sent:** | Sunday, February 22, 2015 9:23 AM |
| **To:** | Thomas Saxton (Treasury) |
| **Cc:** | Workman, Wayne (TREASURY) |
| **Subject:** | Re: Response to City of Flint Council Member Freeman |

Will do.
On Feb 22, 2015 8:14 AM, "Saxton, Thomas (Treasury)" <SaxtonT@michigan.gov>
wrote:

> hopefully this will settle down a bit at some point.   Anything you can
> do to share any metrics on this periodically would be helpful...
> e.g., call volume re any complaints,  number of contacts where you go
> to the residences for those complaints,  # of  quality tests/ results,
> specific dates as to when you will be replacing that 2 mile section,
> updates on progress of KWA,  etc etc.
>
>
>
> On Feb 21, 2015, at 8:31 AM, "Gerald Ambrose"
> <gambrose@cityofflint.com>
> wrote:
>
>  Thanks, Tom, I did receive a copy. What I see is confirmation  that
> we could rejoin on a short term basis on the financial terms outlined
> in the original letter while we (or presumably KWA) attempts to
> negotiate a long term back up agreement. And the quoted rates are only
> good til July 1, at which time (from the media I read ) they will
> increase. Am I missing something?
>
> Rejoining on a short term basis would increase Flint's costs by at
> least
> $1 million a month....not possible without a significant rate increase
> (more than 25%) or a monthly gift of that amount from somewhere.
>
> Does someone really want Flint rate payers to send $1 million per
> month to DWSD or GLWA when our water supply is (by our internal testng
> today) within EPA/MDEQ guidelines and we are taking steps every day to
> improve water quality?
>
> J
> On Feb 21, 2015 6:47 AM, "Saxton, Thomas (Treasury)"
> <SaxtonT@michigan.gov>
> wrote:
>
>>  fyi in case you had not already rec'd this
>>
>>

1

VNA TRIAL EXHIBIT

1265

COF_FED_0222608

>> Begin forwarded message:
>>
>>  *From:* "Daddow, Robert" <daddowr@oakgov.com>
>> *To:* "Baird, Richard (GOV)" <bairdr@michigan.gov>, "Saxton, Thomas
>> (Treasury)" <SaxtonT@michigan.gov>
>> *Subject:* *FW: Response to City of Flint Council Member Freeman*
>>
>>  FYI – just received the attached letter on Flint. RJD
>>
>> From: Rechanda Willis [mailto:willis@dwsd.org <willis@dwsd.org>]
>> Sent: Friday, February 20, 2015 3:23 PM
>> To: James Fausone; Robert Daddow
>> Subject: Response to City of Flint Council Member Freeman
>>
>> Attached is copy of the response to City of Flint Council Member
>> Joshua Freeman's February 3, 2015 letter.
>>
>> Thank you
>>
>> Rechanda L. Willis
>> Assistant to the Deputy Director/Chief Customer Service Officer
>> Detroit Water and Sewerage Department
>> 735 Randolph Street - Room 506
>> Detroit, Michigan 48226
>> (313) 224-4785 (office)
>> (313) 224-6067 (fax)
>> willis@dwsd.org<mailto:willis@dwsd.org <willis@dwsd.org>>
>>
>>

2

COF_FED_0222609