# EXHIBIT 11

```
 1                UNITED STATES DISTRICT COURT

 2                EASTERN DISTRICT OF MICHIGAN

 3                     SOUTHERN DIVISION

 4

 5   -----------------------------) Civil Action No.:

 6   IN RE:   FLINT WATER CASES    ) 5:16-cv-10444-JEL-MKM

 7                                 ) (consolidated)

 8                                 )

 9                                 ) Hon. Judith E. Levy

10   -----------------------------) Mag. Mona K. Majzoub

11

12                    HIGHLY CONFIDENTIAL

13         VIDEOTAPED DEPOSITION OF GERALD AMBROSE

14

15                Wednesday, June 10, 2020

16                        Volume 1

17

18       Remote oral deposition of GERALD AMBROSE,

19   conducted at the location of the witness in Lansing,

20   Michigan, commencing at approximately 9:07 a.m., on

21   the above date, before JULIANA F. ZAJICEK, a

22   Registered Professional Reporter, Certified Shorthand

23   Reporter, Certified Realtime Reporter and Notary

24   Public.
```

```
 1   APPEARANCES:
 2   ON BEHALF OF THE CLASS PLAINTIFFS:
 3         WEITZ & LUXENBERG, P.C.
           3011 West Grand Boulevard, Suite 2150
 4         Detroit, Michigan 48226
           313-800-4170
 5         BY:  PAUL F. NOVAK, ESQ.
                pnovak@weitzlux.com
 6
 7   ON BEHALF OF INDIVIDUAL PLAINTIFFS:
 8         LEVY KONIGSBERG, LLP
           800 Third Avenue, 11th Floor
 9         New York, New York 10022
           212-605-6200
10         BY:  COREY M. STERN, ESQ.
                cstern@levylaw.com
11
12   ON BEHALF OF CHOLYONDA BROWN, AS PERSONAL
     REPRESENTATIVE OF THE ESTATE OF ODIE BROWN, DECEASED:
13
           FIEGER LAW
14         19390 West Ten Mile Road
           Southfield, Michigan 48075
15         248-355-5555
           BY:  ALEC E. OHRYN, ESQ.
16              a.ohryn@fiegerlaw.com
17
     ON BEHALF OF THE MASON STATE COURT PLAINTIFFS:
18
           McALPINE PC
19         3201 University Drive, Suite 200
           Auburn Hills, Michigan 48326
20         248-373-3700
           BY:  ADAM T. SCHNATZ, ESQ.
21              atschnatz@mcalpinelawfirm.com
22
23
24
```

```
                  Highly Confidential - Gerald Ambrose

  1    APPEARANCES: (Continued)
  2    ON BEHALF OF THE PEOPLE OF THE STATE OF MICHIGAN:
  3         STATE OF MICHIGAN
            Environment, Natural Resources
  4         and Agriculture Division
            6th Floor G. Mennen Williams Building
  5         525 West Ottawa Street
            Lansing, Michigan 48909
  6         517-335-7664
            BY:  CHARLES A. CAVANAGH, ESQ.
  7              Assistant Attorney General
                 CavanaghC2@michigan.gov
  8
  9    ON BEHALF OF DEFENDANT HOWARD D. CROFT:
 10         WHITE LAW PLLC
            2549 Jolly Road, Suite 340
 11         Okemos, Michigan 48864
            517-316-1195
 12         BY:  ALEXANDER S. RUSEK, ESQ.
                 alexrusek@whitelawpllc.com
 13
 14    ON BEHALF OF DEFENDANT CITY OF FLINT:
 15         CITY OF FLINT LEGAL DEPARTMENT
            1101 South Saginaw Street, 3rd Floor
 16         Flint, Michigan 48502
            810-766-7146
 17         BY:  WILLIAM KIM, ESQ.
                 wkim@cityofflint.com
 18
 19    ON BEHALF OF DEFENDANT MCLAREN REGIONAL MEDICAL
       CENTER:
 20
            BEVERIDGE & DIAMOND, P.C.
 21         456 Montgomery Street, Suite 1800
            San Francisco, California 94104
 22         415-262-4000
            BY:  SUSAN E. SMITH, ESQ.
 23              ssmith@bdlaw.com
 24
```

```
 1   APPEARANCES: (Continued)
 2   ON BEHALF OF THE UNITES STATES OF AMERICA:
 3        U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION
          175 North Street, N.E.
 4        Washington, D.C. 20002
          202-616-4224
 5        BY:   ERIC A. REY, ESQ.
                eric.a.rey@usdoj.gov
 6
 7   ON BEHALF OF DEFENDANT DAUGHERTY JOHNSON    :
 8        BAJOKA LAW GROUP PLLC
          The Guardian Building
 9        500 Griswold, Suite 2320
          Detroit, Michigan 48226
10        844-422-5652
          BY:   EDWARD BAJOKA, ESQ.
11              bajokalaw@gmail.com;
                LAUREN FARIDA, ESQ.
12              laurensamona@bajokalaw.com
13
     ON BEHALF OF THE MDEQ EXECUTIVE DEFENDANTS:
14
          CLARK HILL PLC
15        500 Woodward Avenue, Suite 3500
          Detroit, Michigan 48226
16        313-965-8415
          BY:   JAY M. BERGER, ESQ.
17              jberger@clarkhill.com
18
     ON BEHALF OF DEFENDANTS LEO A. DALY COMPANY, LOCKWOOD
19   ANDREWS & NEWNAM, INC. AND LOCKWOOD, ANDREWS & NEWNAM,
     P.C.:
20
          PLUNKETT COONEY, P.C.
21        38505 Woodward Avenue, Suite 2000
          Bloomfield Hills, Michigan 48304
22        248-901-4000
          BY:   PHILIP A. ERICKSON, ESQ.
23              perickson@plunkettcooney.com
24
```

Highly Confidential - Gerald Ambrose

```
 1   APPEARANCES: (Continued)
 2   ON BEHALF OF DEFENDANT ADAM ROSENTHAL:
 3        FAJEN & MILLER PLLC
          3646 West Liberty Road
 4        Ann Arbor, Michigan 48103
          734-995-0181
 5        BY:  JAMES A. FAJEN, ESQ.
               fajenlaw@fajenmiller.com
 6
 7   ON BEHALF OF DEFENDANTS VEOLIA WATER NORTH AMERICA
     OPERATING SERVICES, LLC, VEOLIA NORTH AMERICA, LLC AND
 8   VEOLIA NORTH AMERICA, INC.:
 9        CAMPBELL CONROY & O'NEIL, P.C.
          1 Constitution Wharf, Suite 310
10        Boston, Massachusetts 02129
          617-241-3063
11        BY:  DAVID M. ROGERS, ESQ
               drogers@campbell-trial-lawyers.com;
12             ALAINA N. DEVINE, ESQ.
               adevine@campbell-trial-lawyers.com
13             KRISTIN M. DUPRE, ESQ.
               kdupre@campbell-trial-lawyers.com
14
15   ON BEHALF OF THE MDEQ EMPLOYEE DEFENDANTS:
16        FRASER TREBILCOCK
          124 West Allegan Street, Suite 1000
17        Lansing, Michigan 48933
          517-377-0843
18        BY:  JARED A. ROBERTS, ESQ.
               jroberts@fraserlawfirm.com
19
20   ON BEHALF OF DEFENDANT DARNELL EARLEY:
21        LAW OFFICES OF T. SANTINO MATEO
          535 Griswold, Suite 1000
22        Detroit, Michigan 48226
          313-962-3500
23        BY:  T. SANTINO MATEO, ESQ.
               tsantinomateo@gmail.com
24
```

Golkow Litigation Services                                    Page 5

```
 1   APPEARANCES: (Continued)
 2   ON BEHALF OF DEFENDANT ED KURTZ:
 3        SIMEN, FIGURA & PARKER, P.L.C.
          5206 Gateway Centre, Suite 200
 4        Flint, Michigan 48507
          810-235-9000
 5        BY:  CHRISTOPHER A. STRITMATTER, ESQ.
               cstritmatter@sfplaw.com
 6
 7   ON BEHALF OF DEFENDANT MICHAEL GLASGOW:
 8        O'NEILL WALLACE & DOYLE, P.C.
          300 St. Andrews Road, Suite 302
 9        Saginaw, Michigan 48605
          989-790-0960
10        BY:  CHRISTOPHER JAMES MARKER, ESQ.
               cmarker@owdpc.com
11
     ON BEHALF OF DEFENDANT JEFF WRIGHT:
12
          FOLEY & MANSFIELD, PLLP
13        130 East 9 Mile Road
          Ferndale, Michigan 48220
14        248-721-4200
          BY:  MATTHEW T. WISE, ESQ.
15             mwise@foleymansfield.com
16        GENESEE COUNTY DRAIN COMMISSIONERS OFFICE
          4610 Beecher Road
17        Flint, Michigan 48532
          810-732-7870
18        BY:  JOSEPH F. GALVIN, ESQ.
               jgalvin@gcdcwws.com
19
20   ON BEHALF OF DEFENDANT ROWE PROFESSIONAL SERVICE
     COMPANY:
21
          SULLIVAN, WARD, PATTON, GLEESON & FELTY, PC
22        25800 Northwestern Highway, Suite 1000
          Southfield, Michigan 48075-1000
23        248-746-0700
          BY:  CRAIG S. THOMPSON, ESQ.
24             cthompson@swappc.com
```

```
 1   APPEARANCES: (Continued)
 2   ON BEHALF OF GERARD AMBROSE:
 3        BARRY A. WOLF, ATTORNEY AT LAW, PLLC
          503 South Saginaw Street, Suite 1410
 4        Flint, Michigan 48502
          810-762-1084
 5        BY:  BARRY A. WOLF, ESQ.
               bwolf718@msn.com
 6
 7
 8   ALSO PRESENT:
 9        MR. FRANCIS X. FERRARA,
             Senior VP & Deputy General Counsel
10           Veolia North America;
11        MS. SARAH SLAMA, Paralegal,
             Plunkett Cooney.
12
13
14
15   THE VIDEOGRAPHER:
16        MR. ROBERT MARTIGNETTI
          Golkow Litigation Services.
17
18
19
20
21
22
23
24
```

1 from you to Liz Murphy and Jason Lorenz and others in

2 which some of it is redacted as privileged, but it

3 says, you to Mr. Lorenz:

4     "Jason, Based on our official statements

5 on this matter to date, please draft a response."

6     And the response is to Monica Galloway and

7 Joshua Freeman and the -- the other folks here who

8 were members of the City Council, right?

9     A.   Yes.

10     Q.   And what is reported there by Councilwoman

11 Galloway is:  "Good morning Jerry, Congrats on your

12 new appointment as Flint's Emergency Manager.

13 Residents are requesting that the City of Flint go

14 back to the Detroit supply until KWA is completed in

15 2016.  We received a letter from Detroit saying that

16 the 4-5 million dollar connection fee would be waived,

17 although the monthly charge would remain."

18     She goes on to say:  "Are we as a

19 municipality willing to honor the concerns of

20 residents and businesses by making this temporary

21 change?  Is Governor Snyder and his administration

22 (treasury assigned to Flint finances) willing to

23 financially support what to many is a crisis and

24 violation of their basic human right to quality

Highly Confidential - Gerald Ambrose

```
 1   water?"  Et cetera.
 2            So this is the -- this inquiry is the
 3   inquiry that you were asking Jason Lorenz to draft the
 4   response to, correct?
 5       A.   Yes.
 6               (WHEREUPON, a certain document was
 7                marked Gerald Ambrose Deposition
 8                Exhibit No. 27, for identification,
 9                as of 06/10/2020.)
10   BY MR. ROGERS:
11       Q.   And then the next day, on January 16th,
12   2015, this will be the next exhibit --
13       MR. ROGERS:  Is it 27, Juliana, do I have that
14   right?
15       THE COURT REPORTER:  Yes.
16       MR. ROGERS:  Thank you.
17   BY MR. ROGERS:
18       Q.   -- production number 0001673 from Flint.
19            This is your response to that request from
20   Council -- City Council members, dated January 16th,
21   2015, right?
22       A.   This is not my response to -- to Council
23   Member Galloway's request, no, it is not.
24       Q.   What is this?
```

1    A.    This is my initial letter to the City

2  Council advising them that I was the newly appointed

3  emergency manager and outlining the issues and the

4  goals that I had, the expectations that I had.

5    Q.    I see.

6    A.    For --

7    Q.    Okay. So this wasn't exactly the

8  response, but I want to direct your attention to this

9  page, the second page, 2, where you state:

10        "The plan articulated by former Emergency

11  Manager Darnell Earley, which does not include

12  reconnecting to DWSD, remains in place at this time."

13        Right?

14    A.    That's correct.

15    Q.    So, in fact, that was also your position

16  that when you became the emergency manager as of this

17  date in January 16, 2015, your plan for the City's

18  water supply was to remain using the Flint River and

19  not return to DWSD, right?

20    A.    That's correct.

21    Q.    Okay.

22        (WHEREUPON, a certain document was

23        marked Gerald Ambrose Deposition

24        Exhibit No. 28, for identification,

Highly Confidential - Gerald Ambrose

1      Q.   Okay.  The next document is Flint

2   production 0549830.

3      MR. ROGERS:  And, Juliana, sorry, remind me what

4   exhibit number we are up to?

5      THE COURT REPORTER:  Exhibit 30.

6      MR. ROGERS:  Thank you very much.  Exhibit 30.

7   BY MR. ROGERS:

8      Q.   Do you recall this memorandum that you

9   wrote, Mr. Ambrose, to Mr. Wayne Workman, the -- the

10  Deputy Treasurer for the State of Michigan?

11     A.   I do.

12     Q.   And this is another document in which you

13  state that the -- as far as you were concerned as the

14  emergency manager, that the City would not be

15  returning to the DWSD as its water supply, is that

16  true, and you explain the reasons why?

17     A.   Yes, I did.

18              (WHEREUPON, a certain document was

19               marked Gerald Ambrose Deposition

20               Exhibit No. 31, for identification,

21               as of 06/10/2020.)

22  BY MR. ROGERS:

23     Q.   And then the next document, which will be

24  Exhibit 31, is a resolution -- it's Flint No.

```
 1   0550059 -- presented on -- and adopted on March 23rd.
 2   This was a -- a vote taken by the City Council to
 3   actually return to DWSD as the City's water supply,
 4   right?
 5        A.   That's what it -- yes, that's what it is.
 6        Q.   And the City Council didn't have the power
 7   or authority under the existing law and arrangements
 8   that existed at the time, rather, you, as the
 9   emergency manager, had the power and authority to do
10   that, right?
11        A.   That's correct.
12        Q.   So would you consider this to be more of
13   an advisory vote or a recommendation by the City
14   Council to have the City return to DWSD?
15        A.   I believe the resolution says it is a
16   recommendation of the City Council.
17        Q.   Right.
18             It says here:  "THEREFORE, BE IT RESOLVED,
19   the Flint City Council recommends" by an 8 to 0 vote
20   "that the City of Flint do all things necessary to
21   return to the Detroit Water and Sewerage Department
22   (DWSD) for the purchase of water for its citizens."
23             Right?
24        A.   That's correct.
```

```
 1                  (WHEREUPON, a certain document was

 2                  marked Gerald Ambrose Deposition

 3                  Exhibit No. 32, for identification,

 4                  as of 06/10/2020.)

 5    BY MR. ROGERS:

 6         Q.   And then the next document I'm going to

 7    show you is a press release that you issued the next

 8    day on March 24th.  The Bates number on this document

 9    is Flint 0009721.

10              Do you recall this?

11         A.   Yes.

12         Q.   And you say here -- I'm going to direct

13    your attention to this section, maybe I can highlight

14    it for you.  I'll try to do that.  This section right

15    here.

16              I'm sorry.  This isn't the best and

17    straightest line I've ever drawn, but...

18         A.   No problem.

19         Q.   You said in the press release:

20              "It is incomprehensible to me that 7

21    members of the Flint City Council would want to send

22    more than 12 million a year to the system serving

23    Southeast Michigan, even if Flint ratepayers could

24    afford it.  Water from Detroit is no safer than water
```

1    from Flint."

2         Did I read that correctly?

3    A.    Yes, you did.

4    Q.    So, Mr. Ambrose, you used the words here
5    "it is incomprehensible," and this was on March 24th,
6    2015.

7         Having read this document where you
8    described returning to the DWSD as incomprehensible,
9    does that refresh your memory that that's what you
10   said to Mr. Marvin Gnagy about this subject matter,
11   that it was incomprehensible, a return to DWSD?

12   A.    No, it doesn't.

13   Q.    And at this point in time, is it not
14   correct, as we discussed earlier, that the Utilities
15   Department for the City of Flint was not running a --
16   a deficit, right?

17   A.    That's correct.

18   Q.    And the reason that you were not in favor
19   of returning to the DWSD is that the $12 million per
20   year that was being saved, you were using, in part,
21   to -- to fund upgrades to the water treatment plant so
22   that the City could eventually join the KWA, true?

23        MR. WOLF:  Object as to form.  Wolf.

24   BY THE WITNESS:

Highly Confidential - Gerald Ambrose

1  A.   The reason that I was not in favor of
2  returning to DWSD was because, to my knowledge, the
3  water being produced, provided, was within State and
4  Federal guidelines.  It was safe in that category --
5  in that -- it was safe from that perspective.
6           Quality was an issue.  We had a plan to
7  address the quality, odors and -- odor and
8  discoloration, and that plan, implementing that plan,
9  in my perspective, was a better benefit to the
10 ratepayers and the users of the Flint water system.
11 BY MR. ROGERS:
12   Q.   But -- but haven't you said -- stated on
13 many occasions, Mr. Ambrose, that the $12 million that
14 was being saved by not purchasing the water from DWSD,
15 that $12 million was what was being used to fund the
16 improvements to the plant, the water treatment plant,
17 that would be necessary for it to be upgraded to
18 eventually join the KWA, true?
19   A.   That was one of the benefits of using the
20 river on an interim basis.
21   Q.   Right.  Okay.
22           (WHEREUPON, a certain document was
23            marked Gerald Ambrose Deposition
24            Exhibit No. 33, for identification,

1      A.    Yes.

2      Q.    Yet nobody from Veolia ever informed you

3  that lead could be a problem?

4      A.    That's correct.

5      Q.    Thank you.

6           Okay.  I'm now going to call up what has

7  been -- what was offered yesterday as Exhibit No. 28.

8           Okay.  And do you see that this is the

9  Veolia's Interim Water Quality Report to the City

10  Council, Public Works Committee?

11      A.    Yes, I do.

12      Q.    Okay.  Now, under the Scope of Work, you

13  see that it is -- that it was highlighted here, and

14  Mr. Rogers pointed out, that the scope -- that they

15  believed their scope of work did not include "studying

16  why the change from DWSD or the history of the

17  utility"?

18      A.    That's correct.

19      Q.    And that's consistent with -- with the --

20  that's essentially consistent with the request to bid

21  the -- the proposal by VNA and the contract, wouldn't

22  you agree?

23      A.    I agree.

24      Q.    And I believe that the phrase that was

1   used yesterday was that "not revisiting the decision

2   to use the Flint River."

3           Do you remember saying that?

4       A.  I remember a question.  I'm not sure I

5   understand your question.

6       Q.  Do you remember saying that -- that you

7   didn't want Veolia to revisit the decision to use the

8   Flint River?

9       A.  Yes.

10      Q.  Okay.  What did you mean by that?  What --

11  to what -- what did you mean by revisiting the -- the

12  decision?

13      A.  Well, I think I note in his Items of Note,

14  where it says "studying why the change."  We

15  expected -- I expected their focus to be on evaluating

16  the current processes of the plant and the

17  distribution system, and providing us with

18  recommendations as to how to maintain water safety and

19  improve water quality.

20      Q.  Okay.  So by -- when you were saying that

21  you didn't want Veolia to revisit the decision to use

22  the Flint River, what you were talking about was you

23  weren't asking them to criticize the decision that had

24  been made prior to your tenure as emergency manager,

Highly Confidential - Gerald Ambrose

```
 1   is that correct?
 2        A.    Right, that's correct.
 3        Q.    You were asking them to examine what the
 4   City was doing now and recommend what it could be
 5   doing to -- to make -- to make -- ensure that it was
 6   providing safe quality water to the residents of
 7   Flint?
 8        A.    That's correct.
 9        Q.    And you didn't foreclose any options to
10   achieve those goals from their consideration, did you?
11        A.    I did not.
12        Q.    Now, do you see the second bullet point on
13   this page of Veolia's interim report?
14        A.    I do.
15        Q.    And you see where it says:  "Safe =
16   compliance with state and federal standards and
17   required testing"?
18        A.    Yes.
19        Q.    And is that your understanding of what it
20   meant to produce safe water?
21        A.    Yes.
22        Q.    Why did you -- why was that your -- your
23   conclusion?  Or why was that your belief?
24        A.    My belief was that compliance with State
```