# EXHIBIT 13

Highly Confidential - Brent Wright

```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF MICHIGAN
 3                     SOUTHERN DIVISION
 4      _____
                                    )
 5                                  )   Civil Action No.
        In Re FLINT WATER CASES     )   5:16-CV-10444-JEL-MKM
 6                                  )   (Consolidated)
                                    )
 7                                  )   Hon. Judith E. Levy
                                    )   Mag. Mona K. Majzoub
 8                                  )
        _____)
 9
10
11                     HIGHLY CONFIDENTIAL
12       VIDEOTAPED DEPOSITION OF BRENT WRIGHT - VOL 2
13                 Wednesday, December 4, 2019
14                        at 9:05 a.m.
15
16
17
18   Taken at:     Butzel Long
                   41000 Woodward Avenue
19                 Bloomfield Hills, Michigan  48304
20
21   REPORTED BY:  LAURA STEENBERGH, RPR, CRR, RMR, CSR-3707
22
23                  GOLKOW LITIGATION SERVICES
              877.370.3377 ph | 917.591.5672 fax
24                     deps@golkow.com
```

```
 1        concerning to a water quality engineer, even water
 2        treatment plant employees, isn't that right?
 3   A.   Yes.
 4   Q.   Were you concerned when you received the Leanne Walters
 5        test results?
 6   A.   When I seen them, yes.
 7   Q.   Okay.  Is there a reason why those test results weren't
 8        shared with the Veolia staff who were in a conference
 9        room upstairs at the Flint Water Treatment Plant?
10   A.   Not that I know of.
11             MS. WEINER:  Objection, assumes facts in not
12        in evidence, mischaracterizes testimony.
13             THE WITNESS:  Not that I recall, not that I
14        know of.
15   BY MS. DEVINE:
16   Q.   Sure.  Did you share the Leanne Walters test results
17        with the meeting?
18   A.   No, I didn't.  Mike Glasgow mostly dealt with the Leanne
19        Walters.  I had met her a few times at the plant, he
20        brought me into a lab, introduced me to her.  The -- the
21        first time I met Leanne Walters I actually gave her a
22        tour of plant.
23   Q.   Okay.
24   A.   And then she mostly dealt with Mike, Mike Glasgow.  I
```

```
 1         know that there was a lot of testing going on at her
 2         house.
 3   Q.    Would it surprise you that none of those test results or
 4         information were shared with Veolia while they were
 5         on-site?
 6              MS. WEINER:  Object to form.
 7              THE WITNESS:  I don't know why they weren't
 8         shared with them.
 9   BY MS. DEVINE:
10   Q.    Do you think that would be an important piece of
11         information to provide to Veolia?
12   A.    The only thing I recall on the Leanne Walters situation
13         was that, for one, it didn't meet EPA's regulations on
14         -- it had a whole-house filter, and we're not supposed
15         to take lead results from homes with whole house
16         filters.
17   Q.    Okay.
18   A.    That's the only -- that's the one thing I do remember
19         that was -- and that may be why it wasn't shared.
20   Q.    Do you recall a conversation with Daugherty Johnson in
21         February of 2015 where he told plant staff to make
22         preparations to switch back to Detroit due to water
23         loss?
24   A.    Due to water loss?
```

| | | |
|---|---|---|
| 1 | Q. | Yes. Out of a fear that the plant may run out of water |
| 2 | | at some point. |
| 3 | A. | That was actually me. |
| 4 | Q. | Okay. And did you contact the Genesee County Drain |
| 5 | | Commissioner's office? |
| 6 | A. | Yes, I did. That was the first call I made, and then |
| 7 | | the second call I made was the DEQ. |
| 8 | Q. | And what came of that? |
| 9 | A. | We were able to get the plant running better. We |
| 10 | | couldn't keep up with the main breaks. We had a lot of |
| 11 | | main breaks going on. The weather was really cold. And |
| 12 | | the plant was maxed out trying to keep up with the main |
| 13 | | breaks. Our reserves, clear wells had depleted. |
| 14 | Q. | Sure. |
| 15 | A. | And so this is going to take -- you don't just hit a |
| 16 | | switch, you know, or open a valve. This is going to |
| 17 | | take some time to put all this in place, so, I mean, we |
| 18 | | still had time, but time was -- you know, it wasn't |
| 19 | | looking good. And so I contacted the drain |
| 20 | | commissioner, because they had control over the pipeline |
| 21 | | now, and to let them know that there's a chance that we |
| 22 | | are going to be switching, that we might need to take |
| 23 | | Detroit water in. |
| 24 | Q. | And it's true, isn't it, that Mr. Ambrose informed you |

```
 1        and informed Mr. Johnson that the city could not afford
 2        to switch back to Detroit?
 3   A.   It wasn't going to happen is what I was informed.
 4   Q.   Due to financial concerns?
 5   A.   No, it was -- he didn't say anything about financial
 6        concerns.
 7   Q.   This was Mr. Ambrose specifically?
 8   A.   Yes.
 9   Q.   He told you it's not going to happen?
10   A.   It's not going to happen.
11   Q.   And that was in when, February 2015?
12   A.   That's -- that day.  I mean, it happened --
13   Q.   The time day that you contacted the drain commissioner?
14   A.   Yeah.  Everything happened within hours.
15   Q.   Sure.
16   A.   And --
17   Q.   Do you know who Dell Harris is?
18   A.   No, I don't.
19   Q.   Okay.
20             MS. WEINER:  I think we're going over our
21        time.  If you have a just a couple of questions that's
22        fine.
23             MS. DEVINE:  Yep, I just have two or three
24        questions.  Thank you very much.
```

```
 1                WRIGHT EXHIBIT 79

 2                2/16/16 E-Mail - Bates

 3                Number COF_FED_0132014

 4                WAS MARKED BY THE REPORTER

 5                FOR IDENTIFICATION

 6   BY MS. DEVINE:

 7   Q.   I'm handing to you what is an e-mail from Dell Harris in

 8        February of 2016.

 9                Are you the recipient of that e-mail?

10   A.   Yes.

11   Q.   Okay.  And the attachment is behind that e-mail, and it

12        appears to reflect a conversation, a record --

13   A.   I remember.  I remember him now, yes.

14   Q.   Okay.  I'd like to draw your attention halfway down the

15        page where the paragraph says, A decision was made.

16        This states that a decision was made to go to the Flint

17        River for cost savings.  And then later on in the

18        paragraph it says:

19                This concern was raised and ignored.  The

20        in-house treatment process did not include the addition

21        of phosphate.  It was an administrative decision not to

22        use a chemical addition.  The coating was not maintained

23        and lead leached out of the service lines and plumbing.

24                Are those your words?
```