# EXHIBIT 14

# City of Flint, Michigan

*Third Floor, City Hall*
*1101 S. Saginaw Street*
*Flint, Michigan 48502*
*www.cityofflint.com*



## Meeting Minutes - Draft

**Monday, March 23, 2015**

**6:10 PM**

**Council Chambers**

## CITY COUNCIL

VNA TRIAL EXHIBIT
2881

CONFIDENTIAL  COF_FED_1127535

| CITY COUNCIL | Meeting Minutes - Draft | March 23, 2015 |
|---|---|---|

## CALL TO ORDER

*President Joshua Freeman called the meeting to order at 6:10 p.m.*

## ROLL CALL

**Present:** Councilperson: Freeman, Councilperson Kincaid, Councilperson Mays, Councilperson Galloway and Councilperson VanBuren

**Absent:** Councilperson: Councilperson Poplar

## PLEDGE OF ALLEGIANCE

*Councilperson Kerry Nelson led the Pledge of Allegiance.*

## MINUTES

*Councilperson Mays, supported by Councilperson Kincaid, made a motion to place the February 9, 2015, and March 9, 2015, minutes on file. The motion passed 8-0.*

## PETITIONS AND UNOFFICIAL COMMUNICATIONS

**150180**  Press Release/Crim Fitness Foundation/Grant Award

Press Release dated March 11, 2015, from the Crim Fitness Foundation., re: The Crim Fitness Foundation received a $418,407.00 grant on behalf of the City of Flint and the Flint Community Schools to improve walking conditions, including the creation of safe, accessible routes to and from school, near and around Potter Elementary School and the International Academy of Flint.

**This matter was Placed on File. The motion carried.**

**150181**  Letter/Genesee County Historical Society/Carriage Town

Communication to City of Flint Emergency Manager Gerald Ambrose, from Genesee County Historical District President David White, received March 9, 2015, re: Opposition to actions taken by Emergency Manager Gerald Ambrose for Carriage Town, including continuation of the committee studying the historic district, and the involvement of two of its appointees. The letter asks Mr. Ambrose to work with the Flint Historic District Commission to preserve Carriage Town's rich history.

**This matter was Placed on File. The motion carried.**

**150190**  Addendum/Genesee County Metropolitan Planning Commission (GCMPC)/Consolidated Plan & 2015 Action Plan

Memorandum dated March 13, 2015, from Sheila Taylor, Genesee County Metropolitan Planning Commission (GCMPC) Principal Planner; re: A copy of the GCMPC Consolidated Plan and 2015 Action Plan, with an addendum that reads "additional community housing information is provided in greater detail for each municipality in the 'Community Housing Profiles,' located within the

CONFIDENTIAL                                                                                                       COF_FED_1127536

| CITY COUNCIL | Meeting Minutes - Draft | March 23, 2015 |
|---|---|---|

Grantee Unique Appendices." The public comment period for the draft plan ends March 19, 2015. For more information, call (810) 257-3010.

**This matter was Placed on File. The motion carried.**

**150191**    Modifications/Annual Contract Quantity Levels/Maximum Daily Quantity Levels/Gas Transportation Agreement/Consumers Energy

Communication received March 16, 2015, from Michael Poliskie, Consumers Energy Corporate Account Manager, to Flint City Clerk, re: An order in Case No. U-17643 adjusts Consumers Energy's natural gas distribution and transportation rates, effective January 14, 2015, and changes a few of the terms and conditions of the gas transportation tariff. For more information, call (810) 766-3404.

**This matter was Placed on File. The motion carried.**

**150195**    Notice of Claim/Easter Seals-Michigan v City of Flint

Communication received March 18, 2015, from Kerry L. Rhoads-Reith to City of Flint Water Service Center, re: Notice of Claim from Attorney Kerry L. Rhoads-Reith on behalf of client, Easter Seals-Michigan, and their location at 1420 University Avenue, Flint, which lost all water, and has been without water for three weeks, and has subjected staff and clients to "inconveniences and potential health risks."

**This matter was Placed on File. The motion carried.**

**150196**    Letter/City of Flint Sewer & Water Rates/Robert Bowcock/Integrated Resource Management, Inc.

Letter dated March 16, 2015, from Robert Bowcock, Integrated Resource Management, Inc. and representative of Activist Erin Brockovich, re: Mr. Bowcock reviewed water and sewer revenues and expenditures in the City of Flint's 2013-14 budget. He states that water customers in the City of Flint are paying eight times the national average for water/sewer service. He said he believes that by using its own local water supply, the City of Flint should be able to reduce water rates by as much as 50 percent and still have reserves enough to maintain the water system properly.

**This matter was Placed on File. The motion carried.**

**150198**    Water Quality Report to City of Flint/Final Recommendations/Veolia

Report released March 18, 2015, from Veolia, re: The final report from water consulting firm Veolia detailing their recommendations on Flint's water operations and ways to improve water quality.

**This matter was Placed on File. The motion carried.**

## COMMUNICATIONS FROM CITY OFFICIALS

CONFIDENTIAL     COF_FED_1127537

| CITY COUNCIL | Meeting Minutes - Draft | March 23, 2015 |
|---|---|---|

**150182**     Press Release/Imagine Flint Master Plan/Longway Park Improvement Plan

Press release dated March 6, 2015, from Jason Lorenz, City of Flint Public Information Officer, re: Members of the community will be able to share ideas and help develop a draft site plan for Longway Park during three meetings this month: 7 p.m. Monday, March 16, 2015, at Eastwood United Methodist Church, 3312 Whittier Ave.; 6 p.m. Wednesday, March 18, 2015, City Council Chambers, 1101 S. Saginaw Street; and 6 p.m. Monday, March 23, 2015, during a City Council meeting in City Council Chambers. The city is considering submission of an application for a Michigan Department of Natural Resources Trust Fund Grant for the park improvements.

**This matter was Placed on File. The motion carried.**

**150183**     Flint Planning Commission/Public Notice/Notice of Change in Location

Notice received March 9, 2015, re: The Flint Planning Commission regular meeting scheduled for Tuesday, March 10, 2015, will be held in the McKenzie Room, City Hall, 1101 S. Saginaw Street, Flint (rather than the City Council Chambers).

**This matter was Placed on File. The motion carried.**

**150184**     Notice/Flint Planning Commission/Agenda

Notice received March 9, 2015, re: Notice and an agenda for a meeting of the Flint Planning Commission scheduled for 6 p.m. Tuesday, March 10, 2015, in City Council Chambers, 3rd Floor, City Hall.

**This matter was Placed on File. The motion carried.**

**150185**     Public Notice/Flint City Council/Public Safety Committee Meeting

Public Notice posted March 10, 2015, re: The Flint City Council will hold a Public Safety Committee Meeting at 4:30 p.m. Wednesday, March 11, 2015, in the City Council Committee Room, City Council Chambers, 3rd Floor, City Hall.

**This matter was Placed on File. The motion carried.**

**150186**     Notice/Flint City Council/Special City Council Meeting

Public Notice posted March 12, 2015, re: The Flint City Council will hold a Special Meeting to discuss Council priorities for the upcoming budget at 5:30 p.m. Monday, March 16, 2015, in City Council Chambers, 3rd Floor, 1101 S. Saginaw Street, Flint.

**This matter was Placed on File. The motion carried.**

**150187**     Press Release/City of Flint Planning Commission/Adoption/'Beyond Blight: City of Flint Blight Elimination Framework'

CONFIDENTIAL     COF_FED_1127538

| CITY COUNCIL | Meeting Minutes - Draft | March 23, 2015 |
|---|---|---|

    Press Release dated March 12, 2015, from Jason Lorenz, City of Flint Public Information Officer, re: The City of Flint Planning Commission formally adopted "Beyond Blight: City of Flint Blight Elimination Framework," which uses a data-driven approach to bring increased clarity to the scale of the challenge in Flint, at its February meeting. It is estimated that the total cost of removing blight in the city is $107,748,130.00 over five years, taking into account demolition, mowing, waste removal and boarding.

    **This matter was Placed on File. The motion carried.**

**150188**      Newsletter/City of Flint/Imagine Flint Master Plan

    Newsletter received March 12, 2015, from masterplaninfo@cityofflint.com, re: Receipt of the Imagine Flint March Update, with reports about upcoming workshops for the new zoning code, the annual Action Plan and an Action Plan timeline.

    **This matter was Placed on File. The motion carried.**

**150189**      Press Release/City of Flint/Special Input Session/New Business Licensing Ordinance

    Press Release dated March 12, 2015, from Jason Lorenz, City of Flint Public Information Officer, re: The City of Flint will hold a public input session to discuss the development of a new business licensing ordinance at 8 a.m. Tuesday, March 17, 2015, in the Oak Business Center, 2712 Saginaw Street, Flint.

    **This matter was Placed on File. The motion carried.**

**150192**      Public Notice/Flint City Council/Public Works Committee Meeting/Cancellation

    Public Notice posted March 17, 2015, re: The Flint City Council's Public Works Committee meeting scheduled for 4:30 p.m. Wednesday, March 18, 2015, has been cancelled, and will be rescheduled.

    **This matter was Placed on File. The motion carried.**

**150193**      Press Release/City of Flint/Flint Water Advisory Committee Meeting

    Press Release dated March 17, 2015, from Jason Lorenz, City of Flint Public Information Officer, re: The Flint Water Advisory Committee will be updated on the current status of improvements to the water system and the next steps to be taken, from 2 to 4 p.m. at the Flint Public Library, 1026 E. Kearsley Street, Flint.

    **This matter was Placed on File. The motion carried.**

**150194**      Public Notice/Flint City Council/City Council Committee Meeting/Planning & Development

    Public Notice posted March 17, 2015, re: The Flint City Council will hold a

CONFIDENTIAL     COF_FED_1127539

| CITY COUNCIL | Meeting Minutes - Draft | March 23, 2015 |
|---|---|---|

Planning and Development Committee Meeting at 6 p.m. Wednesday, March 18, 2015, in the Committee Room in City Council Chambers, 3rd Floor, City Hall.

**This matter was Placed on File. The motion carried.**

**150197**  Press Release/City of Flint/Final Recommendations/Veolia

Press Release dated March 18, 2015, from Jason Lorenz, City of Flint Public Information Officer, re: The City of Flint has received the final report from water consulting firm Veolia detailing their recommendations on Flint's water operations. The report will be discussed at the next Water Advisory Committee meeting, which is scheduled to be held from 2 to 4 p.m. at the Flint Public Library, 1026 E. Kearsley Street, Flint.

**This matter was Placed on File. The motion carried.**

**150199**  Public Notice/Flint City Council/Public Works Committee Meeting

Public Notice posted March 19, 2015, re: The Flint City Council will hold a Public Works Committee Meeting at 4:30 p.m. Wednesday, March 18, 2015, in the City Council Committee Room, City Council Chambers, 3rd Floor, City Hall, Flint.

**This matter was Placed on File. The motion carried.**

**150205**  Press Release/City of Flint/Bond Restructuring for Improvements in Water Quality

Press Release dated March 19, 2015, from Jason Lorenz, City of Flint Public Information Officer, re: City of Flint Emergency Manager Jerry Ambrose has authorized a restructuring of four outstanding Drinking Water Revolving Fund (DWRF) bonds to allows postponement of principal payments in the amount of $2.24 million. The action will allow the $2.24 million to be used for expenses associated with maintaining safety and improving quality of the Flint River supply. Officials with the Michigan Treasury Department authorized the restructuring.

**This matter was Placed on File. The motion carried.**

**150206**  Public Notice/Flint City Council/Committee-of-the-Whole Meeting/Cancellation

Public Notice posted March 19, 2015, re: The Flint City Council's Committee-of-the-Whole meeting, scheduled for 4:30 p.m. Monday, March 23, 2015, in the City Council Committee Room, has been cancelled.

**This matter was Placed on File. The motion carried.**

**150207**  Email Reminder/City of Flint/Imagine Flint Master Plan/Planning & Zoning: Basic Training

Email received March 19, 2015, from masterplaninfo@cityofflint.com, re: A

CONFIDENTIAL — COF_FED_1127540

reminder of the Planning & Zoning: Basic Training introductory session that is scheduled for 6 to 8 p.m. Thursday, March 19, 2015, at GCCARD, 601 N. Saginaw Street, Flint.

**This matter was Placed on File. The motion carried.**

150208   Public Notice/Flint City Council/City Council Meeting

Public Notice posted March 19, 2015, re: The Flint City Council will meet at 6 p.m. Monday, March 23, 2015, in City Council Chambers, 3rd Floor, City Hall, 1101 S. Saginaw Street, Flint.

**This matter was Placed on File. The motion carried.**

150209   Traffic Engineering/Note for Bulletin/Street-Sidewalk-Lane Closures

Notes for Bulletin (10) dated March 2015, for street, sidewalk, or lane closures, re: (1) Dort Highway (I-69 bridge project-March 2); (2) Stewart Avenue and Industrial Avenue (inspection of manholes-March 4-March 6); (3) Saginaw Street (Marching in Solidarity with Selma-March 8); (4) Averill Avenue and Center Road (I-69 bridge project-March 9);(5) Harrison Street (cable replacement-March 9-March 15); (6) Franklin Avenue (gas line installation-March 10-March 13); (7) First Street (.5K Draft Dash for St. Paddy's Beer Fest-March 14); (8) Stewart Avenue and Industrial Avenue (inspection of manholes-March 16-March 17); (9) Fourth Street, Crapo, Wallenberg, Harrison, Stevens, Fourth and Kearsley Streets (St. Patrick's Day Pot' Gold 4-Mile Run/Walk-March 17); and (10) Brush Alley (filming of "The Teacher and the Student"-March 19 and March 20).

**This matter was Placed on File. The motion carried.**

**Passed The Consent Agenda**

A motion was made The motion carried.

# APPOINTMENTS

*None*

# LICENSES

*None*

# BONDS

*None*

# RESOLUTIONS

150165   Public Hearing Date/Obsolete Property Rehabilitation Exemption District/URC 600 South, L.L.C.

    Resolution resolving that such a hearing to consider an Obsolete Property Rehabilitation Exemption District for URC 600 South, L.L.C. shall be held on the 27th of April 2015, at 6 p.m. in City Council Chambers, 3rd Floor, City Hall, 1101 S. Saginaw Street, Flint, AND, and that notice of such hearing to be published in an official paper of general circulation not less than ten (10) days prior to said hearing, AND, resolving that at said hearing the property owners and any other taxpayer or resident of the City of Flint may appear and be heard. [NOTE: The addresses of the properties to be included in the district are 600 S. Saginaw Street and 550 S. Saginaw Street.]

**A motion was made by Councilperson Kincaid that this matter be Adopted. The motion carried by the following vote:**

    **Aye:** 5 - President Freeman, Councilperson Kincaid, Councilperson Mays, Councilperson Galloway and Councilperson VanBuren

    **Absent:** 1 - Councilperson Poplar

**150166**    Grant Application/City of Flint/Michigan Department of Natural Resources (MDNR)/Longway Park Improvements

Resolution resolving that city officials are authorized to submit a grant application to the Michigan Department of Natural Resources (MDNR) for improvements of Longway Park with the understanding that the city will be required to secure partnership agreements covering 100 percent of the local match requirements by September 20, 2016, or the grant application will be withdrawn. [NOTE: The City of Flint has gathered public input and the project (Longway Park) is supported in the current City of Flint 5-Year Parks & Recreation Plan and in the city's Master Plan.]

*Tabled until after public speaking*

**A motion was made by Councilperson Kincaid, seconded by Councilperson Mays, that this matter be TABLED. The motion carried by the following vote:**

    **Aye:** 5 - President Freeman, Councilperson Kincaid, Councilperson Mays, Councilperson Galloway and Councilperson VanBuren

    **Absent:** 1 - Councilperson Poplar

## RESOLUTIONS - MAY BE REFERRED FROM PUBLIC WORKS

**150200**    Resolution/Public Hearing/PILOT Project/Salem Housing Community Development Corporation/Metawananee Hills/Low Income Housing Tax Credit Project Ordinance

Resolution resolving that the Emergency Manager authorizes the appropriate City of Flint officials to do all things necessary to have a public hearing on Monday, April 13, 2015, in the City Council Chambers, Flint City Hall, 1101 S. Saginaw Street, Flint, and that notice shall be provided no less than five (5) days prior to the hearing in a paper of general circulation. [NOTE: The City acknowledges that Salem Housing Community Development Corporation, a Michigan non-profit corporation, has owned and operated a housing project identified as Metawananee Hills on certain property located in the City to serve

CONFIDENTIAL    COF_FED_1127542

| CITY COUNCIL | Meeting Minutes - Draft | March 23, 2015 |
|---|---|---|

persons and families of low income, and that Salem has offered to pay the City on account of this housing development an annual service charge for public services in lieu of all taxes. An ordinance to amend the Code of the City of Flint by amending Chapter 18, Taxation; Funds; Purchasing; Article I, In General; Section 18-4.1, Service Charge in Lieu of Taxes for Housing Facilities for Certain Persons, has been drafted.]

**A motion was made by Councilperson Kincaid, seconded by Councilperson Mays, that this matter be Adopted. The motion carried by the following vote:**

Aye: 5 - President Freeman, Councilperson Kincaid, Councilperson Mays, Councilperson Galloway and Councilperson VanBuren

Absent: 1 - Councilperson Poplar

**150201** Contract/Michigan Department of Transportation (MDOT)/Dupont Street Project/Stewart to Carpenter

Resolution resolving that the appropriate city officials are authorized to enter into MDOT Contract No. 15-0097 to accept Priority Roads Investment Program (PRIP) grant funds totaling $1,642,144.00 for the Dupont Street project and to do all things necessary to establish appropriate revenue and expenditure appropriations and accounts as needed in the 202 Major Street fund, to recognize revenues realized and expenditures incurred for the Dupont Street Project, AND, resolving that Gerald Ambrose, Emergency Manager, is the official authorized to sign MDOT Contract No. 15-0097, on behalf of the City of Flint, as requested by Transportation. [NOTE: The contract is for $1,642,144.00 to construct Dupont Street road improvements that will include milling, pavement repairs, sidewalk ramps and associated sidewalks, and curbs.]

**A motion was made by Councilperson Mays, seconded by Councilperson Kincaid, that this matter be Adopted. The motion carried by the following vote:**

Aye: 5 - President Freeman, Councilperson Kincaid, Councilperson Mays, Councilperson Galloway and Councilperson VanBuren

Absent: 1 - Councilperson Poplar

## ADD-ON RESOLUTIONS

**150210** Memorandum of Understanding (MOU)/Genesee Conservation District (GCD)/Hazardous Tree Removals

Resolution resolving that the appropriate city officials are authorized to do all things necessary to allocate $46,000.00 to the Genesee Conservation District (GCD) to provide supplemental funding to contract hazardous tree removals in the City of Flint and manage the city's street tree activities through June 30, 2015, as requested by the Department of Public Works, with funding to be made available from Major Streets Fund Acct. No. 202-449.215-801.000 and Minor Streets Fund Acct. No. 203-449.215-801.000]. [NOTE: MOU from 2012 included.]

**A motion was made by Councilperson Kincaid that this matter be Adopted. The motion carried by the following vote:**

CONFIDENTIAL — COF_FED_1127543

      **Aye:** 5 - President Freeman, Councilperson Kincaid, Councilperson Mays, Councilperson Galloway and Councilperson VanBuren

      **Absent:** 1 - Councilperson Poplar

## LIQUOR LICENSES
*None*

## ORDINANCES
*None*

## PUBLIC SPEAKING
*The following citizens spoke: RL Mitchell, Diana Gill, Arthur Woodson, AC Dumas, Pastor Gilbert, Chris Zuwalek, Anthony Vance and Gertrude Marshall.*

## RESOLUTIONS

**150166**  Grant Application/City of Flint/Michigan Department of Natural Resources (MDNR)/Longway Park Improvements

Resolution resolving that city officials are authorized to submit a grant application to the Michigan Department of Natural Resources (MDNR) for improvements of Longway Park with the understanding that the city will be required to secure partnership agreements covering 100 percent of the local match requirements by September 20, 2016, or the grant application will be withdrawn. [NOTE: The City of Flint has gathered public input and the project (Longway Park) is supported in the current City of Flint 5-Year Parks & Recreation Plan and in the city's Master Plan.]
*Removed from the table*

**A motion was made by Councilperson Kincaid, seconded by Councilperson Mays, that this matter be Amended. The motion carried by the following vote:**

      **Aye:** 5 - President Freeman, Councilperson Kincaid, Councilperson Mays, Councilperson Galloway and Councilperson VanBuren

      **Absent:** 1 - Councilperson Poplar

**A motion was made by Councilperson Kincaid that this matter be Adopted. The motion carried by the following vote:**

      **Aye:** 5 - President Freeman, Councilperson Kincaid, Councilperson Mays, Councilperson Galloway and Councilperson VanBuren

      **Absent:** 1 - Councilperson Poplar

## MOTION

**150258**  Motion/Returning to Detroit Water & Sewerage Department (DWSD)

Motion made by Councilperson Mays and supported by Councilperson Nelson

CONFIDENTIAL                                                                                                                                       COF_FED_1127544

to do all things necessary to go back to Detroit for water. [NOTE: No resolution was prepared; Emergency Manager Gerald Ambrose denied the motion.]

## COUNCIL DISCUSSION

*The following Council members spoke: Eric Mays, Kerry Nelson, Wantwaz Davis, Monica Galloway, Herbert Winfrey, Vicki VanBuren, Scott Kincaid and Joshua Freeman.*

## ADJOURNMENT

*Motion by Councilperson Davis, supported by Councilperson Nelson, to adjourn the meeting. The vote was 7-1 for adjournment, with Councilperson Mays voting "no." The meeting adjourned at 7:54 p.m.*

*Respectfully transcribed & submitted,*

*Janell Johnson, Administrative Secretary to City Council*

CONFIDENTIAL

COF_FED_1127545