# EXHIBIT 16

**From:** Nicholas, Robert [robert.nicholas@veolia.com]
**Sent:** Wednesday, February 18, 2015 4:02 PM
**To:** jlorenz@cityofflint.com; Elizabeth Murphy; Howard Croft; gambrose@cityofflint.com
**BCC:** Robert Nicholas
**Subject:** Copy of Presentation
**Attachments:** Flint Public Works Committee Interim Report V6 - Final.pptx

Good Afternoon

You will find attached a copy of the presentation for this afternoon.

--
Rob Nicholas
Vice President, Development
Municipal & Commercial Business
VEOLIA NORTH AMERICA

tel   +1 859 582 0104
5071 Endview Pass / Brooksville, FL 34601
Robert.Nicholas@veolia.com
www.veolianorthamerica.com

 

**Confidentiality Note:** This e-mail message and any attachments to it are intended only for the named recipients and may contain legally priviledged and/or confidential information. If you are not one of the intended recipients, please do not duplicae or forward this e-mail message and immediately delete it from your computer.

VWNAOS020166

# City of Flint, MI
## City Council Public Works Committee
### Interim Water Quality Report

**VEOLIA**

# Veolia Scope of Work
**Week 1**
- Provide a review of current actions
- Engage staff, visit facilities and analyze data
- Make interim report



Week 2
- Carry out more detailed study of initial findings
- Make recommendations for improving water quality
- Provide a plan, cost and schedule for change

**Items of Note**
- **Not in scope** – studying why the change from DWSD or the history of the utility
- **What we found** – A very frustrated community and a staff trying to solve the problem, having some success but frustrated with the pace of change

VWNAOS020167

# Everybody Is Checking the Safety of Water



- City, state, news media, universities and other groups
- Safe = compliance with state and federal standards and required testing
  - *Latest tests show water is in compliance with drinking water standards*
  - *Monthly report available on web page*
- More than 20,000 tests required annually for city
- Strict testing requirements in place (what and how to test)

VWNAOS020168

## Why TTHM Notices?

- TTHM is formed as a result of the reaction between chlorine and organic material in the water
- City is required to test quarterly at 8 sites
  - *Last summer, several sites had more TTHM than allowed*
- City has reduced levels of TTHM and now all sites are in compliance
  - *Customer notification letters are required until tests are in compliance an average of four quarters*
- It will take at least 2 more quarters to lower average
  - *Even a change to DWSD water doesn't solve problem*
- Flint is not alone – hundreds of communities are facing TTHM issues

February 13, 2015 Flint Public Works Committee

VWNAOS020169

# Why Discolored Water?

- Old cast iron pipes
- Always has been some discolored water problems – mostly after water breaks
- Efforts to reducing TTHM didn't help discoloration
  - *Doesn't mean the water is unsafe but it is not appealing and raises questions*
- City will test the water at your home – call 787-6537 or email flintwater@cityofflint.com
- Tracking customer complaints is important

Location of water quality complaints
The last 12 months – fewer than you think



# Water Quality Can Be Improved

- Adjust the chemicals being fed – stop some, increase some and change some
- Provide better monitoring of water quality to help make adjustments
- Continue repair or replacement of broken parts
- Reduce the over capacity of the distribution system
- Do a better job explaining what is happening
- Do a better job of asking for help



VWNAOS020172

# Further Explanation of Solutions

VEOLIA