# Solution Involves Coordination of 3 Activities

- Water plant improvements
  - Optimize chemical dosages
  - Consider different chemicals
  - Change dosing points
  - Install granulated activated carbon
  - Complete plant upgrades
  - Implement best mgt practices
- Distribution system improvements
  - Fix broken valves
  - Ask for customer feedback
  - Reduce tank storage
  - Target line flushing
  - Run a hydraulic model
- Better communication with customers
  - Engage advisory committees
  - More accessible utility
  - Make it easy to access information
  - Better customer communication



February 13, 2015 Flint Public Works Committee

VWNAOS020173

# Optimize Plant Processes



- **Test**
  com
- **Com**
  indu
- **Use**
  TTHM, Chlorine Levels and Corrosion

February 13, 2015 Flint Public Works Committee
VWNAOS020174

# Complete Plant Construction & Re Prioritize Capital

## Cost effective plan in budget

- Complete water plant renovation
  - *Target SCADA and instrumentation in plant*
- Speed up valve turning contract & provide money for replacements
- Speed up hydraulic model update to reduce tank volume
- Evaluate installing of granulated activated carbon on filters

*Weather can impact timing*

Digging up a water valve for repair
Need good weather to start



VWNAOS020175

# Implement Best Management Practices



Activities to Help Operators Maintain Good Water Quality

- Process Control Management Plan
- Lab QA/QC Program
- Computerized Maintenance Management System
- Asset Management System
- Training and Certification Program
- Vulnerability Plan

# Distribution System Improvements



Flushing out discolored water

- Speed up flow of water from plant to homes – 2 weeks plant to house
  - *Find closed valves & open them*
  - *Replace broken valves*
  - *Update hydraulic model*
  - *Reduce system storage*
- Track customer complaints
  - *Test customer water*
  - *Spot flush hydrants to clean areas of stagnant water in the system*

VWNAOS020178

VEOLIA

Improving Customer Service

## Make It Easy to Access Information and People

### Develop a proactive customer communication plan

- Create advisory committees to help direct efforts and improve flow of information
- Establish a single point of contact to manage all water quality complaints
- Provide additional customer service training to staff
- Expand neighborhood and community outreach
- Change monthly billing statements from card to envelope with information

February 18, 2015 Flint Public Works Committee

14

VWNAOS020179

# Example - Communicate in the field

## NOTICE: ANNUAL FLUSHING PROGRAM

We are conducting our annual flushing program to enhance your water quality and clean the distribution system.

DC Water crews will be flushing hydrants in your area 10:00 p.m. to 6:30 a.m. on the following dates:

9/24 through 9/30

## IMPORTANT INFORMATION

- Your water supply will not be shut off during hydrant flushing.
- You may notice slight water discoloration or low water pressure.
- During this time, customers can continue normal water usage, including drinking, bathing and laundry (unless water is discolored).

If you experience discolored water during this period:
- Run your cold water taps for 15 minutes. If it does not clear up, please contact our Drinking Water Division.
- Do not run your hot water. If you experience discolored water from your hot water tap for several hours, then it is recommended to drain and flush your water heater tank.

**Provide field crews with additional communications tools to use to address questions or concerns from the public**

*Create door hangers, flyers, or yard signs to notify neighborhoods about main breaks, hydrant flushing, or system maintenance that may affect the public*

*Create a business card or other contact card with the name and phone number of the single point of contact with the Department of Public Works who is managing information flow*

*sample door hanger provided by DC Water & Sewer Authority*

VWNAOS020180