# Clear, concise information is key

## Simplify the reports on the Web page dedicated to addressing water system questions

- Create a single-page, easy to understand report for the public
- Use charts, or provide other examples to demonstrate water quality testing and system treatment plant improvements underway
- Provide name, phone number and email address for identified point of contact so customers can request more information
- Continue to provide Monthly Operation Report and Water Quality Report Summary for those customers interested in more technical information
- Use the website to provide additional notice of field work that may impact customers







February 13, 2015 Flint Public Works Committee

VWNAOS020181

VWNAOS020182

VEOLIA

What Is Next

## Next Steps

**Week 1**
- Provide a review of current actions
- Engage staff, visit facilities and analyze data
- Make interim report

→

**Week 2**
- Carry out more detailed study of initial findings
- Make recommendations for improving water quality
- Provide a plan, cost and schedule for change

## Questions Being Heard

### REMEMBER
**We just started. Might not have an answer yet to your question**

- **When will water improve -** The water has improved with current actions. More changes will occur over weeks and months because of safety reviews
- **Date of next update and final report** – An update will be provided next week and a report the following week.
- **Time frame for implementing recommendations** – The City is already started. Others a few days and some weeks or months due to State approval being required or weather.
- **Cost of changes** – Don't know yet but we are aware of the financial concerns

VWNAOS020184

## More Questions Being Heard

- **How are TTHM formed** – It's the reaction of chlorine to organics (leafs, dirt) in the water.
- **How to reduce TTHM** – Reduce organics before introducing chlorine and shorten time chlorine has to react with the organics
- **What causes discoloration** – Older lines, the iron parts of the system will leach iron into the water causing the discoloration. Other times its just air built up.
- **Why no discoloration with DWSD** – There was. Flint had a bad time with breaks of old line and is doing lots of construction. This stirred up the water and caused discoloration.

## More Questions Being Heard

- **Can you test my water** – The city will test your water for free. But, only 2 of 20 people have taken the city up on the offer since it began offering the service.

- **Medical problems** – Some people may be sensitive to any water. Talk to your doctor. The City is communicating with the medical community.

- **Confidence that future problems will be avoided** – Recommendations will include putting programs in place to better respond to water changes and assure quality

VEOLIA

# Questions?

VWNAOS020187