# EXHIBIT 17

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF MICHIGAN
 3                    SOUTHERN DIVISION
 4    _____
                                      )
 5                                    ) Civil Action No.
                                      ) 5:16-cv-10444-JEL-MKM
 6    In re:  FLINT WATER CASES   ) (consolidated)
                                      )
 7                                    ) Hon. Judith E. Levy
                                      ) Mag. Mona K. Majzoub
 8    _____)
                                      ) STATE OF MICHIGAN
 9    Jennifer Mason, et al.,    ) IN THE CIRCUIT COURT FOR THE
                                   ) COUNTY OF GENESEE
10       Plaintiffs,              ) Case No. 17-108646-NO
                                   )
11       vs.                      ) Case No. 16-106150-NM
                                   ) Hon. Joseph J. Farah
12    Lockwood, Andrews & Newman,)
      PC, et al.,                 )
13                                 )
         Defendants.              )
14    _____)
15                  HIGHLY CONFIDENTIAL
           VIDEOTAPED DEPOSITION OF WARREN GREEN
16                      VOLUME I
17            Thursday, June 25, 2020
18                  at 9:00 a.m.
19
20    Taken at:  LAN
               One Oakbrook Terrace, Suite 300
21             Oakbrook Terrace, Illinois 60181
22    REPORTED BY:  SARA S. CLARK, RMR/CRR
23             GOLKOW LITIGATION SERVICES
           877.370.3377 ph | 917.591.5672 fax
24                  deps@golkow.com
```

```
 1                 A P P E A R A N C E S
 2                      - - -
 3    On behalf of the Class Plaintiffs:
 4          JORDAN CONNORS, ESQUIRE
            SUSMAN GODFREY L.L.P
 5          1201 Third Avenue, Suite 3800
            Seattle, Washington  98101
 6          206-516-3880
            jconnors@susmangodfrey.com
 7
 8    On behalf of Individual Plaintiffs:
 9          TODD J. WEGLARZ, ESQUIRE
            FIEGER LAW
10          19390 West Ten Mile Road
            Southfield, Michigan  48075-2463
11          248-355-5555
            t.weglarz@fiegerlaw.com
12
13    On behalf of the Mason State Court Plaintiffs:
14          ADAM T. SCHNATZ, ESQUIRE
            MARK L. McALPINE, ESQUIRE
15          MCALPINE PC
            3201 University Drive, Suite 200
16          Auburn Hills, Michigan  48326
            248-373-3700
17          atschnatz@mcalpinepc.com
            mlmcalpine@mcalpinepc.com
18
19    On behalf of the People of the State of Michigan:
20          NATE A. GAMBILL, ASSISTANT ATTORNEY GENERAL
            525 West Ottawa Street, 6th Floor
21          Lansing, Michigan  48909
            517-335-7664
22          gambilln@michigan.gov
23
24
```

Highly Confidential - Warren Green

```
 1    On behalf of Defendants Veolia Water North America
      Operating Services, LLC, Veolia North America,
 2    LLC, and Veolia North America, Inc.:
 3         BRYAN D. MCELVAINE, ESQUIRE
           CAMPBELL CONROY & O'NEIL, P.C.
 4         1205 Westlakes Drive, Suite 330
           Berwyn, Pennsylvania  19312
 5         610-964-1900
           bmcelvaine@campbell-trial-laywers.com
 6            and
           KRISTIN M. DUPRE, ESQUIRE
 7         CAMPBELL CONROY & O'NEIL, P.C.
           1 Constitution Wharf, Suite 310
 8         Boston, Massachusetts  02129
           617-241-3000
 9         kdupre@campbell-trial-lawyers.com
10
11    On behalf of Defendant Rowe Professional Services
      Company:
12
           CRAIG S. THOMPSON, ESQUIRE
13         SULLIVAN, WARD, ASHER & PATTON, PC
           25800 Northwestern Highway, Suite 1000
14         Southfield, Michigan  48075
           248-746-0700
15         cthompson@swappc.com
16    On behalf of Defendant City of Flint:
17         FREDERICK A. BERG, ESQUIRE
           MITCHELL S. ZAJAC, ESQUIRE
18         BUTZEL LONG
           150 West Jefferson, Suite 100
19         Detroit, Michigan  48226
           313-225-7000
20         berg@butzel.com
           mzajac@butzel.com
21
22
23
24
```

```
 1    On behalf of Defendants Leo A. Daly Company and
      Lockwood, Andrews & Newnam, Inc.:
 2
           PHILIP A. ERICKSON, ESQUIRE
 3         PLUNKETT COONEY, P.C.
           325 East Grand River
 4         City Center, Suite 250
           East Lansing, Michigan  48823
 5         517-333-6598
           perickson@plunkettcooney.com
 6
 7    On behalf of McLaren Regional Medical Center:
 8         SUSAN E. SMITH, ESQUIRE
           BEVERIDGE & DIAMOND, P.C.
 9         456 Montgomery Street, Suite 1800
           San Francisco, California  94104
10         1-415-262-4000
           ssmith@bdlaw.com
11            and
           MEGAN R. MULDER, ESQUIRE
12         CLINE CLINE & GRIFFIN, P.C.
           503 Saginaw Street, Suite 1000
13         Flint, Michigan  48502
           1-810-232-3141
14         mmulder@ccglawyers.com
15    On behalf of Defendants Patrick Cook and
      Michael Prysby:
16
           ALLISON M. COLLINS, ESQUIRE
17         FOSTER SWIFT COLLINS & SMITH PC
           313 South Washington Square
18         Lansing, Michigan  48933
           517-371-8124
19         acollins@fosterswift.com
20
      On behalf of Defendant Daugherty Johnson:
21
           EDWARD A. BAJOKA, ESQUIRE
22         BAJOKA LAW GROUP PLLC
           500 Griswold, Suite 2320
23         Detroit, Michigan  48226
           313-462-0537
24         edwardbajoka@bajokalaw.com
```

Highly Confidential - Warren Green

```
 1   On behalf of Defendant Gerald Ambrose:
 2          BARRY A. WOLF, ESQUIRE
            503 Saginaw Street
 3          Flint, Michigan  48502
            810-762-1084
 4          bwolf718@msn.com
 5   On behalf of Defendant Howard Croft:
 6          ALEXANDER S. RUSEK, ESQUIRE
            WHITE LAW PLLC
 7          2549 Jolly Road, Suite 340
            Okemos, Michigan  48864
 8          517-316-1195
            alexrusek@whitelawpllc.com
 9
10   On behalf of the United States of America:
11          TIMOTHY B. WALTHALL, ESQUIRE
            U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION
12          175 N. Street, N.E.
            Washington, D.C.  20002
13          202-598-0389
            timothy.b.walthall@usdoj.gov
14
15   Also Present:
16          Robert Martignetti, Videographer
17                        - - -
18
19
20
21
22
23
24
```

Highly Confidential - Warren Green

1   improved corrosion control, close quote.

2          Did I read that correctly, sir?

3      A.   Yes, you did.

4      Q.   And in your reading of this document,

5   sir, since it's in Priority 2, is it your

6   understanding that the recommendation was that

7   this recommendation for corrosion control could be

8   done at the same time as the GAC filter, also

9   referenced in Priority 2, sir?

10         MR. GAMBILL:  Objection; form;

11  foundation.

12     Q.   You can answer, sir.

13     A.   Just so everybody knows, I'm not hearing

14  the objections.  I'm just hearing noise, so...

15     Q.   I think Mr. Erickson objected as to

16  form, but if I'm incorrect, I'm sure he'll correct

17  me.

18         You can answer, sir.

19     A.   Would you please repeat?

20     Q.   Sure, sir.

21         I was pointing out that there is

22  basically three items under Priority 2, correct?

23     A.   Yes.

24     Q.   The first of which is for GAC.

1        MR. ERICKSON:  I do want to just note

2   that I -- I was not the person objecting to form.

3        MR. McELVAINE:  Oh, I'm sorry.  I'm

4   sorry.

5        MR. ERICKSON:  It doesn't matter.

6   Unless the court reporter wants to know.

7        THE STENOGRAPHER:  I understood it was

8   Mr. Gambill.

9        MR. McELVAINE:  Thank you.

10  BY MR. McELVAINE:

11       Q.   Mr. Green, I'm pointing out to you

12  pages -- and I think we have it on the screen for

13  all to see -- under Priority 2, there are three

14  items; is that correct, sir?

15       A.   Yes.

16       Q.   And that's on Pages 9 and 10, and the

17  first deals with GAC, correct?

18       A.   Yes.

19       Q.   And what is GAC, sir?

20       A.   Granular activated carbon.

21       Q.   Okay.  And the third item under

22  Priority 2 deals with corrosion control,

23  recommending a study, correct?

24       A.   Scroll down just a touch.

Highly Confidential - Warren Green

```
 1        Q.   Yes, sir.  Absolutely, sir.

 2        A.   That's enough.

 3        Q.   Do we have it there?  Can you see it,

 4   sir?

 5        A.   Yes.

 6        Q.   Okay.

 7        A.   And the answer is yes to your question.

 8        Q.   Okay.  Thank you.

 9             In March 2015, did you discuss these

10   Veolia recommendations with anybody from the City

11   of Flint?

12        A.   I cannot tell you it was in March, but I

13   do know that we discussed these with the City of

14   Flint shortly after this report was received.

15        Q.   When you say "shortly," would you say

16   within a matter of weeks, sir?

17        A.   Yes.

18        Q.   And what -- with whom was your

19   discussion, sir?

20        A.   Primarily, Howard Croft and

21   Brent Wright.  Specifically, the City asked us to

22   install the GAC, which eventually became a project

23   that LAN performed.  After we started the design

24   of the GAC, we approached Howard Croft after a
```

Highly Confidential - Warren Green

1    project meeting at the water plant and asked if he

2    wanted us to get started on the permanganates and

3    the phosphate feeds.  And he said, "We're thinking

4    about it," and that was the end of his

5    conversation.

6        Q.    Did the City of Flint ever ask LAN to

7    work on the phosphate feed -- or to install a

8    phosphate feed for corrosion control?

9        A.    In September of 2015, they initially

10   approached us to start the design of a phosphate

11   feed system.  And eventually we did provide a

12   design that was installed at the plant, I'm going

13   to say around end of October, early November of

14   2015.

15       Q.    And when you first had a discussion with

16   the City in approximately September 2015 regarding

17   the implementation or the construction of the

18   phosphate feed, did they indicate at that point in

19   time when they wanted it completed by initially?

20       A.    They asked us to fast track it.

21       Q.    Prior to fast tracking it, had they put

22   a date out there of 2017 for completion of the

23   phosphate feed, sir?

24       A.    I'm going to have to ask a

Highly Confidential - Warren Green

1    clarification.  I thought you previously asked me

2    around a September date of 2015.

3         Q.   Yes, sir.

4         A.   Well, that request or that

5    recommendation of 2017 was earlier in the year as

6    part of a capital improvement plan they had.

7         Q.   Okay.  So earlier in 2015, as part of a

8    capital improvement plan, the City had the

9    implementation of corrosion control for about two

10   years later, in 2017; is that your testimony, sir?

11        MS. COLLINS:  Objection; form;

12   foundation.

13        Q.   You can answer, sir.

14        A.   Howard Croft gave me a table of proposed

15   improvements and estimated cost for their CIP and

16   asked me to look at it.  And I marked it up and

17   said, "Howard, you need to move all of these

18   treatment systems up to now.  You can't put them

19   off."

20        And I remember phosphate feed was in

21   there because he had misspelled phosphoric acid.

22   He called it "phosferric acid."  And that stuck

23   out to me and still sticks out to me today.

24        So, yes, they did have it originally

Highly Confidential - Warren Green

```
 1        A.   Langelier Index is a corrosion indice
 2   that has been used for many, many years.  Recent
 3   research has shown that it's not a very good
 4   indicator for lead.  But the Langelier Index is a
 5   calculation that you go through that takes into
 6   account temperature, alkalinity, pH, calcium,
 7   total dissolved solids.  You may see some form of
 8   the equation refer to filterable residue at
 9   180 degrees C, and that's just TDS.
10             You run this calculation, and if your
11   water is fully stable, in other words, it's not
12   corrosive or it's not calcium depositing, you will
13   have a Langelier Index of zero.  If the water is
14   corrosive, the Langelier Index will be negative.
15   And if the Langelier Index is positive, then it
16   could be depositing or encrusting.  In other
17   words, it would precipitate calcium.
18        Q.   So in this conversation that you had
19   with Mr. Glasgow in the end of February 2015,
20   number one, it was in the context of the City
21   having received --
22        A.   You're freezing on me, so...
23        Q.   I'm sorry.  We'll work through it, I
24   hope, sir.
```

Highly Confidential - Warren Green

1              What I was asking, sir, is that this

2    conversation with Mr. Glasgow occurred in the end

3    of February 2015, correct?

4         A.   In February.  I don't remember if it was

5    the end or beginning or -- sometime in February.

6         Q.   Okay.  And you discussed that there were

7    one or two high lead levels somewhere in the City

8    of Flint?

9         A.   No.  He indicated there were a couple.

10        Q.   A couple, okay.

11             Did he give any identifying about it?

12   For example, did he mention any particular

13   homeowner or any location, sir?

14        A.   No, sir.

15        Q.   In this conversation, though, LI, or the

16   Langelier Index, was discussed, correct?

17        A.   I said to him, "You need to get your LI

18   up."  And when you increase your LI, you do it by

19   increasing pH and alkalinity.

20        Q.   Okay.

21        A.   And pH adjustment and alkalinity

22   adjustment are two of the most common forms of

23   corrosion control that we still use today.

24        Q.   Okay.  And in response to your statement

Highly Confidential - Warren Green

1    about "You need to get the LI up," what did

2    Mr. Glasgow say to you?

3         A.   He said, "I'm working on it," and then

4    he left.

5         Q.   Okay.  Did you have any further

6    discussion with Mr. Glasgow about this effort to

7    get the LI up, sir?

8         A.   No, sir.

9         Q.   Did anybody else in the room say

10   anything further about this incident, sir?

11        A.   No, sir.

12        Q.   The next time you had any discussion

13   with anybody about any type of corrosion control

14   measure, was it the discussion that we previously

15   discussed after the Veolia March 12, 2015 report

16   came out with recommendations, sir?

17        A.   As I recall today, yes.

18        Q.   Okay.  Now, sir, jumping forward a

19   little bit.  I think you indicated a few minutes

20   ago that there was a TAC, or technical advisory

21   committee, meeting in May of 2015, sir?

22        A.   Yes.  Toward the end of the month.

23        Q.   And I think -- please correct me if I'm

24   wrong, sir -- that was the next time you heard

1   anything about lead test results, sir?

2       A.   Yes.

3       Q.   And what was discussed at that time, and

4   by whom, sir?

5       A.   LAN was invited to the meeting to

6   provide an update on the GAC filter project.  And

7   in that meeting, Howard Croft made a statement to

8   the effect that some attention has shifted to

9   lead, and we had a couple of lead -- high lead

10  samples; however, we are in compliance with the

11  Lead and Copper Rule, and the water is safe.

12      Q.   Did anybody else at that meeting offer

13  any counter opinion or any agreement to what

14  Mr. Croft was saying?

15      A.   No.  However, after the meeting, I went

16  to Howard's office, and I said, "Howard, what is

17  this with the lead readings?"  He goes, "Warren,

18  there's nothing to it."  He said, "The same people

19  that have been complaining about the discolored

20  water are the ones complaining about this.  And

21  what they're really complaining about are water

22  rates."  So I said, "Howard, are you telling me

23  that you're okay here, you're in compliance with

24  the numbers?"  And he said, "Yes."

Highly Confidential - Warren Green

1    LAN's recommendation to increase the dosage of

2    ferric chloride at the Flint Water Treatment

3    Plant, sir?

4        A.    I don't know if this document goes with

5    anything else.  It's a two-page document.  I don't

6    know if this was just a -- a draft.  But what we

7    were seeing was increasing ferric feed is

8    improving TOC removal.

9            I'm going to go back to the original

10   treatability test.  A ferric dose with -- of about

11   45 milligrams per liter plus a coagulant aid,

12   flocculant and a floc aid, flocculant -- or

13   polymer showed the best TOC removal; however,

14   feeding about 60 to 65 milligrams per liter of

15   ferric alone had about the same removal

16   efficiency.

17           So I don't think Flint's issue was as

18   much ferric, but it was increasing ferric as it

19   was getting it consistent.  If you go back and

20   look at the data, which I've done, I don't know,

21   recently, you know, they would be feeding, you

22   know, 40 parts of ferric and then drop to 20 and

23   then go up to 50 and then drop.

24           So at the time that we were doing this,

Highly Confidential - Warren Green

1    they were not feeding enough to get the TOC out.

2        Q.   So you were recommending increasing

3    and/or being consistent in the usage of ferric

4    chloride, sir?

5        A.   I think sometime after this document

6    that you have up here, which is dated

7    December 1st, 2014, I think in a later document in

8    early '15, we did indicate that they should be

9    feeding about 60 milligrams per liter of ferric,

10   maybe 65; I don't remember exactly.

11            And so I can't say that was an increase

12   or not.  It may have been an increase over some

13   times.  It could be the same as other times.  So

14   there's -- there's just not one dose.  There

15   were -- the dose was bouncing up and down, if that

16   makes sense.

17       Q.   Do you know if the City of Flint ever

18   followed your recommendation regarding the ferric

19   chloride?

20       A.   They still fed it in variable levels.

21   They never really increased it after our

22   recommendation on a consistent basis.  It would go

23   up for a while and then down for a while and, et

24   cetera.

Highly Confidential - Warren Green

1      Q.   So is the answer, no, they did not

2    follow your recommendation for a consistent dosage

3    of ferric, sir?

4      A.   No, they didn't.

5      Q.   Okay.

6           MR. McELVAINE:  Sir, we've reached the

7    point again where I've used up more time, and I

8    think I will pass on to the next attorney just so

9    I can have a little bit of time reserved for

10   further discussion tomorrow or Monday.

11          So thank you very much, sir.  I

12   appreciate your time.

13          THE WITNESS:  Thank you.

14          VIDEOGRAPHER:  The time is 10:38 a.m.,

15   and we're off the record.

16          (Discussion held off the record.)

17          (Recess taken.)

18          VIDEOGRAPHER:  The time is 10:47 a.m.,

19   and we're on the record.

20                    EXAMINATION

21   BY MR. BERG:

22     Q.   Good morning, Mr. Green.  My name is

23   Rick Berg, and I represent the City of Flint.

24   Thank you for attending today.

Highly Confidential - Warren Green

```
 1            Can you hear me all right?

 2       A.   Speak up just a little, please.  I've

 3   got my volume all the way up.  Some of you are a

 4   little light.

 5       Q.   All right.  Let me see -- I'm not sure

 6   if by turning my volume up it will help, but I

 7   will try to speak up.

 8       A.   Thank you.

 9       Q.   Towards the end of Mr. McElvaine's

10   questions, he asked you about some meeting notes

11   from November 7, 2014.  I believe you said that

12   you recalled attending the meeting, but that you

13   didn't recall a certain discussion that he asked

14   you about at the end of the notes.  I have a copy

15   of those -- those same meeting notes, and I'd like

16   to show those to you now.  I believe that was

17   Exhibit 4.

18            Can you see my screen now, Mr. Green?

19       A.   No.

20       Q.   All right.  How about now?

21       A.   There it goes.

22       Q.   All right.  Thank you.

23            All right.  Do you recognize this

24   document from a few minutes ago?
```