# EXHIBIT 19

```
 1            UNITED STATES DISTRICT COURT
 2            EASTERN DISTRICT OF MICHIGAN
 3                  SOUTHERN DIVISION
 4     _____
                                    )
 5     In re:  FLINT WATER CASES    )
       _____)   Civil Action No.
 6                                  )   5:16-cv-10444-JEL-MKM
       Elnora Carthan, et al.,      )   (consolidated)
 7                                  )
            Plaintiffs,             )
 8                                  )
           vs.                      )   Hon. Judith E. Levy
 9                                  )   Mag. Mona K. Majzoub
       Governor Rick Snyder,        )
10     et al.,                      )
                                    )
11         Defendants.              )
                                    )
12         and                      )
                                    )
13     Bellwether III               )
       Case No. 17-10164            )
14     _____)
15                  HIGHLY CONFIDENTIAL
16            Wednesday, December 28, 2022
17                     Volume I
18         Remote videotaped deposition of
19     LARRY L. RUSSELL, Ph.D., commencing at 9:02 a.m., on
20     the above date before Carol A. Kirk, Registered Merit
21     Reporter, Certified Shorthand Reporter, and Notary
22     Public.
23
                 GOLKOW LITIGATION SERVICES
24          877.370.3377 ph | 917.591.5672 fax
```

```
 1          R E M O T E   A P P E A R A N C E S
 2                       - - -
 3   On behalf of the Class Plaintiffs:
 4        SUSMAN GODFREY L.L.P
          BY:  JORDAN CONNORS, ESQUIRE
 5             jconnors@susmangodfrey.com
          1201 Third Avenue, Suite 3800
 6        Seattle, Washington  98101
          206-516-3880
 7
 8   On behalf of Individual Plaintiffs:
 9        LEVY KONIGSBERG LLP
          BY:  COREY M. STERN, ESQUIRE
10             cstern@levylaw.com
          605 Third Avenue, 33rd Floor
11        New York, New York  10158
          212-605-6200
12
13   On behalf of the Mason State Court Plaintiffs:
14        MCALPINE PC
          BY:  JAYSON E. BLAKE, ESQUIRE
15             jeblake@mcalpinepc.com
          3201 University Drive, Suite 200
16        Auburn Hills, Michigan  48326
          248-373-3700
17        jeblake@mcalpinepc.com
18
     On behalf of Defendants Leo A. Daly Company and
19   Lockwood, Andrews & Newnam, Inc.:
20        JUDE T. HICKLAND, ESQUIRE
          FAEGRE DRINKER BIDDLE & REATH, LLP
21        BY:  JUDE T. HICKLAND, ESQUIRE
               jude.hickland@faegredrinker.com
22        1717 Main Street, Suite 5400
          Dallas, Texas  75201
23        469-357-2541
24
```

```
 1      R E M O T E   A P P E A R A N C E S  (CONT'D)
 2                          - - -
 3   On behalf of Defendants Veolia Water North America
     Operating Services, LLC, Veolia North America, LLC,
 4   and Veolia North America, Inc.:
 5          MAYER BROWN, LLP
            BY:  MARK R. TER MOLEN, ESQUIRE
 6               mtermolen@mayerbrown.com
                 MATTHEW C. SOSTRIN, ESQUIRE
 7               msostrin@mayerbrown.com
                 GEOFFREY M. PIPOLY, ESQUIRE
 8               gpipoly@mayerbrown.com
                 CHRISTOPHER J. FERRO, ESQUIRE
 9               cferro@mayerbrown.com
                 CRAIG A. WOODS, ESQUIRE
10               cwoods@mayerbrown.com
            71 South Wacker Drive
11          Chicago, Illinois  60606
            312-701-7307
12
            CAMPBELL CONROY & O'NEIL
13          BY:  JOHN R. PENHALLEGON, ESQUIRE
                 jpenhallegon@campbell-trial-lawyers.com.
14               ANDREAS RINGSTAD, ESQUIRE
                 aringstad@campbell-trial-lawyers.com
15          1205 Westlakes Drive, Suite 330
            Berwyn, Pennsylvania  19312
16          610-964-1900
17
18   ALSO PRESENT:
19          Bill Bellamy
            Graham Gagnon
20          Sheldon Masters
            Anthony Finizio
21          David Lane, Videographer
22
23                          - - -
24
```

```
 1                INDEX TO EXAMINATION

 2   WITNESS                                          PAGE

 3   LARRY L. RUSSELL, PH.D.

 4       CROSS-EXAMINATION BY MR. TER MOLEN              7

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

Highly Confidential - Larry Russell

 1   engineer C.
 2           Q.   Okay.  And if we look at the NSPE
 3   code at issue here, and that's -- you can see
 4   it.  It's in the third section here under NSPE
 5   Code of Ethics references.  There's -- it says,
 6   "If engineer's judgment is overruled under
 7   circumstances that endanger life or property,
 8   they shall notify their employer or client and
 9   such other authority as may be appropriate."
10           Do you see that?
11      A.   Yes.
12      Q.   Okay.  And with respect to VNA
13   here, was there an instance, in your opinion,
14   Dr. Russell, where the City of Flint or others
15   working on behalf of the City of Flint overruled
16   VNA in a manner that endangered life or
17   property?
18      A.   That's a very interesting and
19   involved question.
20           One of the complaints that
21   I recall from VNA was that they, the city,
22   didn't implement all of their recommendations.
23   One that I believe is a perfect example of that
24   is the request to increase the ferric chloride.

Highly Confidential - Larry Russell

```
 1                  Now, I think it's fortunate that
 2   the city didn't follow that recommendation from
 3   Veolia, because if they had increased the ferric
 4   chloride, it would have made the situation even
 5   worse.  So -- but that's clearly a situation
 6   where the city overruled Veolia's
 7   recommendation.
 8                  Now, the question about
 9   endangering life or property, well, that gets
10   pretty complicated.  If Veolia had made the
11   recommendation I would have hoped they would
12   make, which would be to switch back to alum,
13   which is the old aluminum sulfate -- it's the
14   old coagulant that was used back at this plant
15   back when the plant was treating the water
16   before '67 -- then this issue would be much
17   clearer, because if they had recommended going
18   to all alum and the city refused to do that,
19   then one could argue that going to ferric
20   chloride endangered the life or property.  So,
21   you know, what's important, Mr. Ter Molen, is to
22   recognize these are very broad and general ideas
23   presented here.
24                  The takeaway from this is -- I
```

Highly Confidential - Larry Russell

```
 1   don't know if it's 11.1 or II.1, the first one.
 2   That's the issue that's being discussed here.
 3              The second one is just an example
 4   of some of the things you run into in these
 5   ethics courses.  And, you know, it's an
 6   obligation of the engineer to make sure they do
 7   everything they can to protect the public
 8   health.
 9              So, like I say, the circumstances
10   here perhaps don't exactly fit this ethical
11   question, but they do fit the intent of what's
12   being implied here, in my opinion.
13        Q.   Dr. Russell, did the City of Flint
14   ever tell VNA that the city was not going to
15   implement any of the recommendations VNA made?
16             MR. STERN:  Objection; foundation,
17        outside the scope of his expertise, and
18        outside the scope of his opinions.
19        A.   Well, beyond that, I can't really
20   know that.  I'm not privy to the conversations
21   between Veolia and the city.  So all I can look
22   at is the parts of the reports that didn't get
23   done.  And, you know, there was no corrosion
24   study.  There was no implementation of a higher
```