UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In Re* FLINT WATER CASES

_____/

This document relates to:

*Carthan, et al. v. Snyder, et al*
Case No. 16-cv-10444

Hon. Judith E. Levy

Mag. Judge Elizabeth A. Stafford

_____

**THE LAN DEFENDANTS' JOINDER AND ADOPTION OF
CO-DEFENDANT VNA'S RENEWED
*DAUBERT* MOTIONS TO EXCLUDE
PLAINTIFFS' CLASS ACTION TRIAL EXPERT WITNESSES**

Defendants Lockwood, Andrews & Newnam, Inc., Lockwood, Andrews & Newnam, P.C. and Leo A. Daly Company (collectively the "LAN Defendants") hereby join and adopt the *Daubert* motions filed by the VNA Co-Defendants to exclude the reports and testimony of Class Plaintiffs' following expert witnesses at trial:

    1.    Paolo Gardoni, Ph.D. – ECF #2460

    2.    Howard Hu, M.D. – ECF #2461

    3.    David A. Keiser, Ph.D. – ECF #2458

    4.    Robert A. Michaels, Ph.D., C.E.P. – ECF #2456

    5.    Daryn Reicherter, M.D. – ECF #2459

**THE LAN DEFENDANTS' JOINDER AND ADOPTION OF
THE VNA CO-DEFENDANTS' *DAUBERT* MOTIONS TO EXCLUDE
PLAINTIFFS' CLASS ACTION TRIAL EXPERT WITNESSES**

Page 1 of 2

357603200.01

6.   Larry L. Russell, P.E., Ph.D. – ECF #2454

7.   Robert A. Simons, Ph.D. – ECF #2462

8.   Dr. Clifford P. Weisel, Ph.D. – ECF #2455

Respectfully submitted,

| | |
|---|---|
| */s/Wayne B. Mason* <br> Wayne B. Mason (SBOT 13158950) <br> Travis S. Gamble (SBOT 00798195) <br> David C. Kent (SBOT 11316400) <br> S. Vance Wittie (SBOT 21832980) <br> FAEGRE DRINKER BIDDLE & REATH LLP <br> 1717 Main St., Suite 5400 <br> Dallas TX 75201 <br> (469) 227-8200 <br> *wayne.mason@faegredrinker.com* <br> *travis.gamble@faegredrinker.com* <br> *david.kent@faegredrinker.com* <br> *vance.wittie@faegredrinker.com* | */s/ Philip A. Erickson* <br> Philip A. Erickson (P37081) <br> Rhonda Stowers (P64083) <br> PLUNKETT COONEY <br> 101 N. Washington Square, Suite 1200 <br> Lansing, MI 48933 <br> (517) 324-5608 <br> *perickson@plunkettcooney.com* <br> *rstowers@plunkettcooney.com* |
| **ATTORNEYS FOR LOCKWOOD, ANDREWS & NEWNAM, INC., LOCKWOOD, ANDREWS & NEWNAM, P.C. and LEO A. DALY COMPANY** ||
| Dated: May 19, 2023 ||

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served on all counsel of record on May 19, 2023 in accordance with the provisions of the Federal Rules of Civil Procedure.

/s/ David C. Kent
David C. Kent

**THE LAN DEFENDANTS' JOINDER AND ADOPTION OF
THE VNA CO-DEFENDANTS'** *DAUBERT* **MOTIONS TO EXCLUDE
PLAINTIFFS' CLASS ACTION TRIAL EXPERT WITNESSES**     Page 2 of 2

357603200.01