UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In Re* FLINT WATER CASES  _____/  This document relates to:  *Carthan, et al. v. Snyder, et al*  Case No. 16-cv-10444 | Hon. Judith E. Levy  Mag. Judge Elizabeth A. Stafford |

**THE LAN DEFENDANTS' JOINDER AND ADOPTION OF
CO-DEFENDANT VNA'S MOTION FOR SUMMARY JUDGMENT**

Defendants Lockwood, Andrews & Newnam, Inc., Lockwood, Andrews & Newnam, P.C. and Leo A. Daly Company (collectively the "LAN Defendants") hereby join and adopt the Motion for Summary Judgment filed by the VNA Co-Defendants (ECF #2463), which is equally applicable to LAN's position, but are also filing their own summary judgment motion to address as necessary issues applicable to and from LAN's perspective.

Respectfully submitted,

| | |
|---|---|
| */s/Wayne B. Mason* <br> Wayne B. Mason (SBOT 13158950) <br> Travis S. Gamble (SBOT 00798195) <br> David C. Kent (SBOT 11316400) <br> S. Vance Wittie (SBOT 21832980) <br> FAEGRE DRINKER BIDDLE & REATH LLP <br> 1717 Main St., Suite 5400 <br> Dallas TX 75201 <br> (469) 227-8200 <br> *wayne.mason@faegredrinker.com* <br> *travis.gamble@faegredrinker.com* <br> *david.kent@faegredrinker.com* <br> *vance.wittie@faegredrinker.com* | */s/ Philip A. Erickson* <br> Philip A. Erickson (P37081) <br> Rhonda Stowers (P64083) <br> PLUNKETT COONEY <br> 101 N. Washington Square, Suite 1200 <br> Lansing, MI 48933 <br> (517) 324-5608 <br> *perickson@plunkettcooney.com* <br> *rstowers@plunkettcooney.com* |
| **ATTORNEYS FOR LOCKWOOD, ANDREWS & NEWNAM, INC., LOCKWOOD, ANDREWS & NEWNAM, P.C. and LEO A. DALY COMPANY** ||
| Dated: May 19, 2023 ||

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served on all counsel of record on May 19, 2023 in accordance with the provisions of the Federal Rules of Civil Procedure.

                                   */s/ David C. Kent*
                                   David C. Kent