UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

| | |
|---|---|
| Elnora Carthan; Rhonda Kelso, individually and as next of friend of K.E.K, a minor child; et. al., | Docket: 5:16-cv-10444-JEL |
| Plaintiffs, | |
| -vs- | Hon. Judith E. Levy |
| Governor Rick Snyder, in his individual and official capacities; the State of Michigan; the City of Flint; Daniel Wyant, in his individual capacity; Andy Dillon, in his individual capacity; Nick Lyon, in his individual capacity; Nancy Peeler, in her individual capacity; Liane Shekter-Smith, in her individual capacity; Adam Rosenthal, in his individual capacity; Stephen Busch, in his individual capacity; Patrick Cook, in his individual capacity; Michael Prysby, in his individual capacity; Bradley Wurfel, in his individual capacity; Jeff Wright, in his individual capacity; Edward Kurtz, in his individual capacity; Darnell Earley, in his individual capacity; Gerald Ambrose, in his individual capacity; Dayne Walling, in his individual capacity and official capacities;  Howard Croft, in his individual capacity; Mich Glasgow, in his individual capacity; Daugherty Johnson, in his individual capacity; Lockwood, Andrews & Newnam, P.C.; Lockwood, Andrews & Newnam, Inc.; Leo Daly Company; Veolia North America, LLC; Veolia North America, Inc.; Veolia Water North America Operating Services, LLC, | |
| Defendants. | |

## **LAN DEFENDANTS' LIST OF EXHIBITS**

1. Mike Glasgow Deposition Excerpts

2. Nicole Alexander Deposition Excerpts

3. Dougherty Johnson Testimony Excerpts

4. July 2011 Rowe Report

5. December 6, 2013 Green emails to Beckley, Johnson Re Raftelis Water Rate Study

6. Warren Green Deposition Excerpts

7. Daugherty Johnson Deposition Excerpts

8. Brent Wright Deposition

9. Rob Bincsik Deposition Excerpts

10. April 16-17, 2014 Glasgow Emails to MDEQ

11. August 31, 2015 Email Chain Glasgow to Croft

12. March 26. 2014 Glasgow Email to Co-Worker Re Use of Phosphate

13. October 31, 2013 Glasgow Email

14. November 18, 2014 Glasgow Email

15. February 24-25, 2015 Glasgow Emails

16. June 12, 2014 Ambrose Email to Johnson Re MLive Article on Bypassing Lime Softening

17. February 2015 Email Chain between Glasgow, Walters, Crooks, etc.

18. February 2015 Email Chain including Michael Wright

19. List of Members of Tech Advisory Committee

20. March 25, 2015 LAN Client Additional Services Request

21. March 25, 2015 LAN Client Additional Services Authorization Report

22. April 14, 2014 Change Order No. 4

23. December 9, 2015 Change Order No. 5

24. August 17, 2015 Rosenthal Letter to B. Wright

Open.25633.72611.31127812-1