# EXHIBIT 5

# Green, Warren

| | |
|---|---|
| **From:** | Green, Warren |
| **Sent:** | Friday, December 06, 2013 2:05 PM |
| **To:** | Daugherty Johnson |
| **Cc:** | Matta, Samir |
| **Subject:** | Fwd: Flint Treatment Cost |
| **Attachments:** | FWP Cost.pdf; ATT00001.htm; image001.gif; ATT00002.htm |

Duffy

The info you requested is attached.  This is partly based on chemical supplier quotes, costs from other utilities and from some historical data from City of Flint cost.  Please let me know if you have any question.

Warren

J. Warren Green

Begin forwarded message:

> **From:** "Green, Warren" <jwgreen@lan-inc.com>
> **To:** "Tom Beckley" <tbeckley@raftelis.com>
> **Subject: Flint Treatment Cost**
>
> Per our discussion.
>
> J. Warren Green, PE
> Director of Engineering
>
> [cid:image001.gif@01CEF0D5.269803C0]
> One Oakbrook Terrace, 22nd Street and Butterfield Road, Suite 207 • Oakbrook Terrace, IL 60181
> T 630.495.4123 x 6609    D 630.495.4199    C 630.918.2494
> www.lan-inc.com<http://www.lan-inc.com> • JWGreen@lan-inc.com<mailto:JWGreen@lan-inc.com>

CONFIDENTIALITY AND PRIVILEGE NOTICE: This email communication, including any and all attachments, (collectively, this "Communication") is intended solely for the person(s) to whom it is addressed. This Communication may contain information that is privileged, confidential or subject to copyright. Any unauthorized use, disclosure or copying of this Communication is strictly prohibited. If you have received this Communication in error, please contact the sender immediately. If this Communication was received in error, you are directed to immediately delete and/or destroy all copies.



EXHIBIT
GERALD AMBROSE
86
Juliana Zajicek, CSR 06/11/2020

## Unit Costs - Flint River w/Partial Softening          2013$

Power - Pumping

| | |
|---|---|
| Flow (MGD) | 1 |
| TDH (ft) - High | 185 |
| TDH (ft) - Filter Transfer | 40 |
| TDH (ft) - Low | 40 |
| TDH Total (ft) | 265 |
| Pump Eff. (W to W) | 85.00% |
| $/kwhr | $0.075 |
| **Power Cost Per MGD =** | **$98.49** |

Chemical

| | Dose(mg/l) | Cost/# | Cost/ MGD |
|---|---|---|---|
| Ferric | 44.50 | $0.24 | $89.07 |
| Softening Polymer | 1.00 | $1.55 | $12.93 |
| Lime | 93.00 | $0.10 | $77.56 |
| $CO_2$ | 37.00 | $0.10 | $30.86 |
| $Cl_2$ | 3.00 | $0.34 | $8.51 |
| Fluoride | 1.00 | $0.33 | $2.75 |
| Phosphate | 1.00 | $0.51 | $4.25 |
| | | Cost per MGD | $225.93 |
| Ozone Cost for 2 mg/l | | | $40.61 |
| | | **Total Chemical Cost:** | **$266.54** |

Sludge disposal cost    **If Bray Road Lagoon cannot be used, then**
sludge disposal cost is $44.67 per MGD
145 wet tons per week @ $21.50/wet ton hauled
Based on 55% and unit wt of 95.6 #/cf

## Unit Costs - Lake Huron                                              2013$

Power - Pumping

| | |
|---|---:|
| Flow (MGD) | 1 |
| TDH (ft) - High | 185 |
| TDH (ft) - Filter Transfer | 40 |
| TDH Total (ft) | 225 |
| Pump Eff. (W to W) | 85.00% |
| $/kwhr | $0.075 |
| **Power Cost Per MGD =** | **$83.62** |

Chemical

| | Dose(mg/l) | Cost/# | Cost/ MGD |
|---|---:|---:|---:|
| Ferric | 25.00 | $0.30 | $62.55 |
| $Cl_2$ | 2.00 | $0.34 | $5.67 |
| Fluoride | 1.00 | $0.33 | $2.75 |
| Phosphate | 1.00 | $0.51 | $4.25 |
| | | Cost per MGD | $75.23 |

| | | |
|---|---|---:|
| Ozone Cost for 1 mg/l | | $20.30 |
| | **Total Chemical Cost:** | **$95.53** |