# EXHIBIT 9

Highly Confidential - Robert Bincsik

```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF MICHIGAN
 3                      SOUTHERN DIVISION
 4   _____
                                    )
 5                                  )   Civil Action No.
     In Re FLINT WATER CASES        )   5:16-CV-10444-JEL-MKM
 6                                  )   (Consolidated)
                                    )
 7                                  )   Hon. Judith E. Levy
                                    )   Mag. Mona K. Majzoub
 8                                  )
     _____)
 9                                  )
     Elnora Carthan, et al.,        )
10      Plaintiffs,                 )
                                    )   Civil Action No.
11         -vs-                     )   5:16-CV-10444-JEL-MKM
     Governor Rick Snyder,          )
12   et al,                         )
         Defendants.                )
13   _____)
14
15                    HIGHLY CONFIDENTIAL
         VIDEOTAPED DEPOSITION OF ROBERT BINCSIK - VOL 1
16                Thursday, December 19, 2019
                          at 9:09 a.m.
17
18   Taken at:    Butzel Long
                  41000 Woodward Avenue
19                Bloomfield Hills, Michigan  48304
20
21   REPORTED BY:  LAURA STEENBERGH, CRR, RMR, RDR, CSR-3707
22
23                  GOLKOW LITIGATION SERVICES
            877.370.3377 ph | 917.591.5672 fax
24                     deps@golkow.com
```

| | | |
|---|---|---|
| 1 | A. | Not anything specific. |
| 2 | Q. | Were you of the belief that anybody at the city that was |
| 3 | | involved with the water treatment plant was aware that |
| 4 | | failing to treat the water properly was going to create |
| 5 | | a substantial risk of harm to the residents? |
| 6 | A. | I think -- I think Mike Glasgow had his doubts as to |
| 7 | | whether he could treat the water adequately.  I think he |
| 8 | | in fact had sent some e-mails off to folks reflecting |
| 9 | | that. |
| 10 | Q. | All right.  Had you had discussions with Mike about |
| 11 | | those concerns? |
| 12 | A. | Mike and I had a conversation prior to the plant |
| 13 | | starting, a couple weeks, and he was concerned.  He had |
| 14 | | actually already sent that e-mail off and shown it to |
| 15 | | me, but he was concerned about the ability of the plant |
| 16 | | to perform properly. |
| 17 | Q. | In his e-mail he talked about staff, having available |
| 18 | | staffing to monitor the plant, is that correct? |
| 19 | A. | Yes. |
| 20 | Q. | Is that the concern that he expressed to you? |
| 21 | A. | That's one of the things.  The other thing was, you |
| 22 | | know, the -- that water plant in its current |
| 23 | | configuration or configuration that it was in then had |
| 24 | | never really been run for a 60 or 90-day period as part |

1      of a program really to commission it.

2  Q.  Did he express a concern about that to you?

3  A.  Yes.

4  Q.  And what did he say?

5  A.  He had requested, I think, 90 days to run the plant and

6      it was -- it was denied.

7  Q.  And who had he made that request to?

8  A.  Most likely Daugherty Johnson and Howard Croft.

9  Q.  Any other concerns that Mike expressed to you prior to

10     the switch?

11  A.  No, nothing I can think of.

12  Q.  Do you believe that the city didn't provide the

13     resources that Mr. Glasgow needed to properly run the

14     treatment plant?

15  A.  I believe he was put in a position that had a very

16     minimum probability of him being successful.

17  Q.  And why do you say that?

18  A.  Well, I think, you know, frankly the water plant was

19     really not ready to take on that, the physical plant

20     itself.  The fact that really Mike in his own right

21     hadn't spent a number of years, had I don't think ever

22     commissioned a water plant to bring it online; and then

23     on top of that you had the issues of the staff, they

24     were all basically brand new, with the exception of a

```
 1      couple of them.  I think when you combine all that stuff
 2      that there was really a small percentage that anybody
 3      could be successful.
 4   Q. I want to focus on what you knew at the time before the
 5      switch, not what you've learned since then.
 6           So were you of the belief that the water
 7      treatment plant couldn't be properly operated prior to
 8      the switch?
 9   A. I don't believe under that set of circumstances we were
10      going to be successful.
11   Q. Did you tell anybody that?
12   A. I had a conversation with Howard about that actually in
13      one of the -- I think one of the times where they were
14      -- everybody was drinking the water from the plant.  And
15      he had invited me outside to be a part of a picture
16      opportunity in front of the plant, and I told him that I
17      didn't want to be part of it.  And he asked me why, and
18      I explained to him that one of two things is really
19      going to happen here, we're either going to be extremely
20      successful and this will be a great day in the history
21      of Flint, or this is going to be a really -- a tragedy
22      in the water industry.  And I told him at the time I
23      didn't really now how it was going to turn out, but I
24      had my opinion that it was going to be very difficult
```

```
 1        remember there was conversations about that needing to

 2        be done all along, whether it was -- included the

 3        complete treatment train or if we were just going to at

 4        different times as we started to ready the plant, you

 5        know, shake down just one of the processes at a time or

 6        whatever, we had talked about it at some length.

 7   Q.   If I tell you that Warren Green sometimes uses the term

 8        shakedown crews to talk about the need for a final 60 to

 9        90-day plant test run, does that refresh your

10        recollection that Mr. Green used that terminology?

11   A.   Yeah, we talked about shakedown.  Like I said, we -- I

12        can remember some conversations regarding, like I said,

13        maybe doing it separately, maybe not shaking down all

14        the processes at once, but running water to maybe let's

15        say test out the flocculation areas and/or the

16        low-service pumps and things like that, so --

17   Q.   Just I want to make sure your answer is clear.  Your

18        answer is that yes, you do remember Mr. Green using the

19        term shakedown crews in connection with his

20        recommendation that the city do a final 60 to 90-day

21        plant test run?

22   A.   I'm going to say I don't specifically remember him

23        saying that, but I remember there being conversations

24        over, you know, a long period of time, you know, several
```

| | | |
|---|---|---|
| 1 | | months, talking about how different portions of the |
| 2 | | process really needed to be -- they really needed to be |
| 3 | | assessed, they needed to be ran, we needed to make sure |
| 4 | | that we could deliver what we needed to do. |
| 5 | Q. | Thank you. I'm going to shift topics now. |
| 6 | | Earlier you said that -- you were asked about |
| 7 | | Mr. Croft's background. And right before that you said |
| 8 | | let's not compare Howard Croft to me. And I remember |
| 9 | | you said that you didn't intend for that to be a |
| 10 | | humorous statement, you really didn't want to be |
| 11 | | compared to Mr. Croft. And I understand why. But then |
| 12 | | you said that he had no background with respect to |
| 13 | | public works. |
| 14 | | What is your understanding of Mr. Croft's |
| 15 | | background? |
| 16 | A. | I think previously to working for the city he had a |
| 17 | | solar panel company of some sort. I don't know his |
| 18 | | whole life history. I know at some point he worked for |
| 19 | | General Motors as an electrician in one of the plants. |
| 20 | Q. | Is it fair to say, based upon your testimony today, that |
| 21 | | you don't believe Mr. Croft was qualified to hold the |
| 22 | | position of director of public works? |
| 23 | A. | He wasn't qualified. |
| 24 | Q. | This morning or early afternoon you indicated that in |