# EXHIBIT 13

**From:** Michael Glasgow <mglasgow@cityofflint.com>
**Sent:** Thursday, October 31, 2013 11:02 AM
**To:** Daugherty Johnson
**Subject:** Re: Distribution system nifo

Yes, mg/L. On average Detroit water is around 100 mg/L, for us softening we will do good to get around 130 mg/L.

On Thu, Oct 31, 2013 at 10:59 AM, Daugherty Johnson <djohnson@cityofflint.com> wrote:
Thanks Mike. What value is hardness measured in?  mg/l?

On Thu, Oct 31, 2013 at 10:37 AM, Michael Glasgow <mglasgow@cityofflint.com> wrote:
Duffy,
   Sorry I missed your call yesterday, I was off on annual. About your inquiry of the effect of treated flint river water or the distribution system, I have heard different arguments. Personally, I don't believe it will have much effect. It all depends on our final water quality (mostly pH & alkalinity). Most likely we will have a scale-forming water, and this may lead to lots of scale build up in the system. This may cause reduced flow in piping that is already "partially clogged" ultimately affecting pressures, and could increase some maintenance on pump stations if the scale build up starts to occur in the pumps.  As we operate the plant we will have to develop some goal for what type of finished water quality we wish to have. The best case is to keep the parameters (pH, alkalinity, & hardness mainly) as close as we can to Detroit water to have a minimal effect on the distribution system. At times the process will determine what we "can" do.

Mike Glasgow



Glasgow Deposition
**Exhibit 7**
235828-CAK   02/24/2020

1

COF_FED_0114742