UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

| | |
|---|---|
| Elnora Carthan; Rhonda Kelso, individually and as next of friend of K.E.K, a minor child; et. al., <br><br> Plaintiffs, <br><br> -vs- <br><br> Governor Rick Snyder, in his individual and official capacities; the State of Michigan; the City of Flint; Daniel Wyant, in his individual capacity; Andy Dillon, in his individual capacity; Nick Lyon, in his individual capacity; Nancy Peeler, in her individual capacity; Liane Shekter-Smith, in her individual capacity; Adam Rosenthal, in his individual capacity; Stephen Busch, in his individual capacity; Patrick Cook, in his individual capacity; Michael Prysby, in his individual capacity; Bradley Wurfel, in his individual capacity; Jeff Wright, in his individual capacity; Edward Kurtz, in his individual capacity; Darnell Earley, in his individual capacity; Gerald Ambrose, in his individual capacity; Dayne Walling, in his individual capacity and official capacities;  Howard Croft, in his individual capacity; Michael Glasgow, in his individual capacity; Daugherty Johnson, in his individual capacity; Lockwood, Andrews & Newnam, P.C.; Lockwood, Andrews & Newnam, Inc.; Leo A Daly Company; Veolia North America, LLC; Veolia North America, Inc.; Veolia Water North America Operating Services, LLC, <br><br> Defendants. | Docket: 5:16-cv-10444-JEL <br><br> Hon. Judith E. Levy |

**CONTINUATION OF EXHIBITS FOR**

### DEFENDANTS LOCKWOOD, ANDREWS & NEWNAM, INC. AND LOCKWOOD, ANDREWS & NEWNAM, PC'S MOTION FOR SUMMARY JUDGMENT AGAINST CLASS PLAINTIFFS

See attached Continuation of Exhibits for LAN Defendants Motion for Summary Judgment.

Respectfully submitted,

| | |
|---|---|
| */s/ Wayne B. Mason* | */s/ Philip A. Erickson* |
| Wayne B. Mason (SBOT 13158950) | Philip A. Erickson (P37081) |
| Travis S. Gamble (SBOT 00798195) | PLUNKETT COONEY |
| S. Vance Wittie (SBOT 21832980) | 101 N. Washington Square, Suite 1200 |
| David C. Kent (SBOT 11316400) | Lansing, MI 48933 |
| FAEGRE DRINKER BIDDLE & REATH | (517) 324-5608 |
| 1717 Main Street, Suite 5400 | perickson@plunkettcooney.com |
| Dallas, TX 75201 | |
| (469) 227-8200 | |
| wayne.mason@faegredrinker.com | |
| travis.gamble@faegredrinker.com | |
| vance.wittie@faegredrinker.com | |
| david.kent@faegredrinker.com | |
| | |
| ATTORNEYS FOR DEFENDANTS LOCKWOOD, ANDREWS & NEWNAM, INC. and LOCKWOOD, ANDREWS & NEWNAM, P.C. | ATTORNEYS FOR DEFENDANTS LOCKWOOD, ANDREWS & NEWNAM, INC. and LOCKWOOD, ANDREWS & NEWNAM, P.C. |

### CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2023, I electronically filed LAN Defendants' Motion for Summary Judgment with the Clerk of the Court using the ECF system and via email submission of such filing to all attorneys of record.

        By: */s/ Philip A. Erickson*
           Philip A. Erickson (P37081)
           Attorney for LAN Defendants
           101 N. Washington Square, Suite 1200
           Lansing, MI 48933
           (517) 324-5608
           perickson@plunkettcooney.com

Dated: May 19, 2023

Open.25633.72611.31134588-1