# EXHIBIT 16

. From MLive.com : City adding more lime to Flint River water as resident complaints pour in

From: **Daugherty Johnson** <djohnson@cityofflint.com>
Date: Thu, Jun 12, 2014 at 9:51 PM
Subject: Re: From MLive.com : City adding more lime to Flint River water as resident complaints pour in
To: Jerry Ambrose <gambrose49@gmail.com>
Cc: Howard Croft <hcroft@cityofflint.com>

Got it.

On Jun 12, 2014 9:49 PM, "Jerry Ambrose" <gambrose49@gmail.com> wrote:

> I am sure it will and I know you are all working hard to make this a complete success. However, knowing we were having problems with achieving our goal would have enabled us to control the message and not be in a defensive position...ie reacting to citizen complaints...
>
> On Jun 12, 2014 9:40 PM, "Daugherty Johnson" <djohnson@cityofflint.com> wrote:
>
>> The decline to 25% was a result of several factors. Each day we tried different steps to get it higher. The process would then slip back or lose its proper chemical reaction at the higher flows.
>>
>> The goal is to soften 100% of the flow but until we get our flow demand down 75% is the likely max. We are making adjustments as fast as possible within the process. The increase to 75% will have a marked improvement.
>>
>> Duffy
>>
>> On Jun 12, 2014 8:24 PM, "Jerry Ambrose" <gambrose49@gmail.com> wrote:
>>
>>> Why did we not know that we were treating only 25% of the water? We could have gotten ahead of this story! Is 75% the goal? Or 100%?
>>>
>>> I thought you might be interested in this story: City adding more lime to Flint River water as resident complaints pour in,
>>> http://www.mlive.com/news/flint/index.ssf/2014/06/treated_flint_river_water_meet.html
>>>
>>> Sent via the MLive.com Android App.
>>>
>>> Download the app https://play.google.com/store/apps/details?id=com.ap.advml

EXHIBIT
GERALD AMBROSE
87
Juliana Zajicek, CSR 06/11/2020

1/1

AMBROSE0001565