# EXHIBIT 20



**Lockwood, Andrews & Newnam, Inc.**
A LEO A DALY COMPANY

EXHIBIT
Matta
3
7-21-2020

**Client Additional Services Authorization**         Date: 3-25-15

| Project Name | Flint WTP Phase II Segment I Initial Watermain Cut-in<br>Flint WTP Phase II Segment I Rehab<br>Flint WTP Ph II-Seg II - Lime Residual Disposal<br>Flint Distribution System Modeling/Water Age Analysis | Additional Services Authorization No. |
|---|---|---|
| **Client Name** | City of Flint | **To Project No.** 130-10701-001 |
| **Subject of Additional Services** | | **Original Contract Date** 6-26-2013 |

**Description**

Provide additional services for the four (4) projects listed above associated with:

1- Flint Distribution System Hydraulic Modeling Set Up, Calibration and Upgrade to include Field Testing Verification and Support; ($99,900.00)
2- Flint Distribution System Water Age Analysis, Calibration and Flow Control Scenarios; ($74,700.00)
3- Chlorine System Modification and Upgrade at PS4 associated with HSPs #1 & 2; ($12,950)
4- Construction Management Services for all above projects; ($28,800.00)
5- Design Water Treatment Plant Improvements associated with Veolia's Report and MDEQ Permitting; ($147,840.00)
6- Project Engineering Services to facilitate the implementation of the recommendations by Veolia based on 60 hours/month for a total of five (5) months period; ($54,000)
7- TTHM Report to address MDEQ Violation Notice for the next Two Quarters; ($14,400)
8- Standard Operating Procedures/Checkoff lists Development for main processes and equipments at the plant; ($21,600)
9- Design Assistance & Technical Support until KWA System is in Place @ $20,000/month for 16 months; ($320,000.00)
10- Jar Testing associated with Lake Huron Water as a source in preparation of KWA switch; ($36,000)

**Reason for Change**

1) Modificaions to the hydraulic model was needed to upgrade the model and calibrate to depict actual system performance and operation to include valve operational performance based on Service Center Report.
2) Coordination and Calibration of water System Performance and Operational Changes and Storage System Modifications to determine Water Age Analysis in the distribution system associated with the TTHM Issues and Chlorine Residual in the system.
3) Provide design changes to address upgrades to the Chlorine delivery system at PS4 for the piping connected to HSPs # 1&2.
4) Manage construction activities on behalf of the City with the selected contractors on all three projects.
5) Provide design changes associated with the recommnedation of veolia's Team to incorporate permitting needs and design calculations required by MDEQ for approval.
6) Provide a project engineer to work with the City, MDEQ and the vendors to insure that Veolia's recommendations are implemented to the extent accepted by the City.
7) TTHM Report Update and Submittal to MDEQ for the next two Quarters
8) Compile Standard Operating Procedures and Checkoff lists for equipments and processes used by the City working with City staff and vendors and reviewing available O&M Manuals
9) Design Assistance & Technical Support to address treatment issues and opearational controls until KWA Changes.
10) Conduct Jar Testing on Lake Huron Water in anticipation of KWA switch in June 2016 in order to assess operational needs and process changes at the Plant.

| Compensation: | ☐ | Will be an amount equal to _____ times Salary Cost plus reimbursable expenses, both defined in the **PROFESSIONAL SERVICES AGREEMENT**, and in addition to the compensation for **BASIC SERVICES**. Total charges for these **ADDITIONAL SERVICES** are estimated to be approximately $_____. |
|---|---|---|
| | ☐ | Will be the lump sum of $_____ for these **ADDITIONAL SERVICES**. |
| | ☒ | Other   Cost plus based on current rates for a Total amount of $810,190.00   (use reverse if necessary) |

Confidential                                                                                                                                   LAN_FLINT_00212805

| Completion: | Current Date | 6-15-14 | |
|---|---|---|---|
| | This Extension | 13 months | |
| | New Date | 7-15-16 | |
| | **All terms and conditions of the original agreement remain in full force and effect.** | | |
| Proposed By: | Lockwood, Andrews & Newnam, Inc. | | |
| | Warren Green, PE | | 3-30-15 |
| | Print Name/Title | Signature | Date |
| Approved By | City of Flint | | |
| | Client | | |
| | Print Name/Title | Signature | Date |
| | **Execute in duplicate – (1) copy to Client, (1) copy to Accounting** | | |

C-026-90

Confidential

LAN_FLINT_00212806