# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| ELNORA CARTHAN, et al., <br>  Plaintiffs, <br><br> v. <br><br> RICK SNYDER, et al., <br>  Defendants. | Case No. 5:16-cv-10444-JEL-EAS <br><br> Hon. Judith E. Levy <br> Mag. Judge Elizabeth A. Stafford |

## STIPULATION PURSUANT TO LOCAL RULE 7.1 REGARDING EXPERT TESTIMONY OF PROF. LAWRENCE FRIEDMAN

Defendants, Veolia Water North America Operating Services, LLC, Veolia North America, Inc., and Veolia North America, LLC (VNA) and Class Plaintiffs hereby stipulate and agree that, following communications pursuant Local Rule 7.1, wherein counsel for the Class Plaintiffs stated the bases for a proposed motion to exclude the opinions of Prof. Lawrence Friedman from the issues-class trial, VNA has agreed to withdraw Prof. Friedman's testimony from the issues-class trial only, thereby avoiding the need for motion practice. The parties' resolution of the proposed motion should not be construed as VNA's agreement with any of the bases for the proposed motion.

Dated: May 22, 2023

Respectfully submitted,

| | |
|---|---|
| CAMPBELL CONROY & O'NEIL, P.C. | MAYER BROWN LLP |
| /s/ James M. Campbell<br>James M. Campbell<br>Alaina N. Devine<br>20 City Square, Suite 300<br>Boston, MA  02129<br>(617) 241-3000<br>jmcampbell@campbell-trial-lawyers.com<br>adevine@campbell-trial-lawyers.com | /s/ Michael A. Olsen<br>Michael A. Olsen<br>71 South Wacker Drive<br>Chicago, IL 60606<br>(312_ 701 7120<br>molsen@mayerbrown.com |

*ATTORNEYS FOR VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC, VEOLIA NORTH AMERICA, LLC, AND VEOLIA NORTH AMERICA, INC.*

| | |
|---|---|
| /s/ Michael Pitt<br>Michael L. Pitt<br>PITT MCGEHEE PALMER<br>& RIVERS, PC.<br>117 West 4th Street, Suite 200<br>Royal Oak, MI 48607<br>(248) 398-9800<br>mpitt@pittlawpc.com | /s/ Theodore  Leopold<br>Theodore J. Leopold<br>COHEN MILSTEIN SELLER<br>& TOLL PLLC<br> 2925 PGA Boulevard Suite 220<br>Palm Beach Gardens, FL 33410<br>(561) 515-1400<br>tleopold@cohenmilstein.com |

*CO-LEAD COUNSEL and ATTORNEYS FOR THE CLASS PLAINTIFFS*