# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

## AGENDA FOR MAY 31, 2023 STATUS CONFERENCE

The Court had set aside time for a status conference on these cases on **Wednesday May 31, 2023 at 1:00 pm** via Zoom video conference. The Zoom link is docketed in 16-10444.

The Court received two proposed topics for the May 31, 2023 status conference (ECF Nos. 2450, 2452), neither of which will be heard at this time. Rather, the Court will hold a hearing on Class Plaintiffs' Motion to Strike Defendants' Notices of Nonparty At Fault during this time. (ECF No. 2411.)

**IT IS SO ORDERED.**

Dated: May 23, 2023
Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 23, 2023.

                                            s/William Barkholz
                                            WILLIAM BARKHOLZ
                                            Case Manager