# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| ELNORA CARTHAN, et al., <br>                 Plaintiffs, <br><br> v. <br><br> RICK SNYDER, et al., <br>                 Defendants. | Case No. 5:16-cv-10444-JEL-MKM <br> Hon. Judith E. Levy |

_____

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | Declaration of James M. Campbell in Support of VNA's Motion to Exclude the Opinions and Related Testimony of Dr. Panagiotis (Panos) G. Georgopoulos |
| 2 | Expert declaration of Dr. Panagiotis (Panos) G. Georgopoulos |
| 3 | Excerpts of the deposition of Dr. Panagiotis (Panos) G. Georgopoulos, dated May 23, 2023 |
| 4 | Expert rebuttal declaration of Dr. Panagiotis (Panos) G. Georgopoulos |
| 5 | Excerpts of the deposition of Dr. Panagiotis (Panos) G. Georgopoulos, dated Nov. 23, 2022 |
| 6 | Expert report of Dr. Brent L. Finley (redacted) |
| 7 | Pieper et al., *Evaluating Water Lead Levels During the Flint Water Crisis*, 52 Envtl. Sci. & Tech. 8124, 8126 Tbl. 1 (2018) |
| 8 | S. Roy & M. Edwards, *Efficacy of Corrosion Control and Pipe Replacement in Reducing Citywide Lead Exposure During the Flint, MI Water System Recovery*, 6 Envtl. Sci.: Water Res. & Tech. 3024, Fig. 1 (2020) |
| 9 | Kennedy et al., *Blood Lead Levels Among Children Aged <6 Years— Flint, Michigan, 2013–2016*, 65 Morbidity & Mortality Weekly Rep. 650, 652-53 (2016) |
| 10 | Zahran et al., *Four Phases of the Flint Water Crisis: Evidence From Blood Lead Levels In Children*, 157 Envtl. Res. 160, 167 (2017) |

| 11 | Expert reply report of Dr. Brent L. Finley |
|----|--------------------------------------------|
| 12 | Expert reply report of William A. Huber |
| 13 | Project Sensor, *Elevated Blood Lead Levels in Flint, Michigan* (Spring 2016) |
| 14 | Gomez et al., *Blood Lead Levels in Females of Childbearing Age in Flint, Michigan, and the Water Crisis*, Obstetrics & Gynecology 134 (3):628-635 (2019) |