# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases. _____/ | Judith E. Levy<br>United States District Judge |

This Order Relates To:

*Carthan, et al. v. Snyder et al.*
    Case No. 16-10444
_____/

## ORDER DENYING MOTION TO STRIKE NOTICES OF NONPARTY FAULT [2411]

For the reasons set forth on the record at the hearing held on May 31, 2023, Class Plaintiffs' motion to strike Defendants' Notices of Nonparty at Fault (ECF No. 2411) is denied.

IT IS SO ORDERED.

| | |
|---|---|
| Dated: June 5, 2023<br>Ann Arbor, Michigan | s/Judith E. Levy<br>JUDITH E. LEVY<br>United States District Judge |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 5, 2023.

s/William Barkholz  
WILLIAM BARKHOLZ  
Case Manager