UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In Re* FLINT WATER CASES

_____ /

This document relates to:

*Carthan, et al. v. Snyder, et al*
Case No. 16-cv-10444

Hon. Judith E. Levy

Mag. Judge Elizabeth A. Stafford

_____

# THE LAN DEFENDANTS' JOINDER AND ADOPTION OF CO-DEFENDANT VNA'S MOTION TO EXCLUDE CLASS PLAINTIFFS' EXPERT DR. PANAGIOTIS (PANOS) G. GEORGOPOULOS

Defendants Lockwood, Andrews & Newnam, Inc., Lockwood, Andrews & Newnam, P.C. and Leo A. Daly Company (collectively the "LAN Defendants") hereby join and adopt the Motion to Exclude the Opinions and Related Testimony of Dr. Panagiotis (Panos) G. Georgopoulos filed by the VNA Co-Defendants (ECF #2483), which is equally applicable to LAN.

Respectfully submitted,

| | |
|---|---|
| */s/Wayne B. Mason* <br> Wayne B. Mason (SBOT 13158950) <br> Travis S. Gamble (SBOT 00798195) <br> David C. Kent (SBOT 11316400) <br> S. Vance Wittie (SBOT 21832980) <br> FAEGRE DRINKER BIDDLE & REATH LLP <br> 1717 Main St., Suite 5400 <br> Dallas TX 75201 <br> (469) 227-8200 <br> *wayne.mason@faegredrinker.com* <br> *travis.gamble@faegredrinker.com* <br> *david.kent@faegredrinker.com* <br> *vance.wittie@faegredrinker.com* | */s/ Philip A. Erickson* <br> Philip A. Erickson (P37081) <br> Rhonda Stowers (P64083) <br> PLUNKETT COONEY <br> 101 N. Washington Square, Suite 1200 <br> Lansing, MI 48933 <br> (517) 324-5608 <br> *perickson@plunkettcooney.com* <br> *rstowers@plunkettcooney.com* |
| **ATTORNEYS FOR LOCKWOOD, ANDREWS & NEWNAM, INC., LOCKWOOD, ANDREWS & NEWNAM, P.C. and LEO A. DALY COMPANY** ||
| Dated: June 5, 2023 ||

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served on all counsel of record on June 5, 2023 in accordance with the provisions of the Federal Rules of Civil Procedure.

*/s/ David C. Kent*
David C. Kent

**THE LAN DEFENDANTS' JOINDER AND ADOPTION OF THE VNA CO-DEFENDANTS' MOTION TO EXCLUDE CLASS PLAINTIFFS' EXPERT DR. GEORGOPOULOS**     Page 2 of 2

357848008.01