## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

_____

*In re*: FLINT WATER CASES

                                                   No.: 5:16-cv-10444-JEL-EAS

                                                   (consolidated)

                                                   Hon. Judith E. Levy

_____

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that attorney Patrick Lanciotti of Napoli Shkolnik PLLC, files this notice of appearance on behalf of Plaintiffs. It is required that all counsel of record direct any and all future pleadings to the undersigned, and notify the undersigned of the time, date and place of any hearings scheduled in this action.

                                         Respectfully submitted,

                                         <u>/s/ Patrick J. Lanciotti</u>
                                         Patrick J. Lanciotti (5407523NY)
                                         Napoli Shkolnik PLLC
                                         360 Lexington Avenue, 11th Floor
                                         New York, NY 10017
                                         (212) 397-1000
                                         planciotti@napolilaw.com

                                         *Counsel for Plaintiffs*

Dated: June 6, 2023

2

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on June 6, 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing upon counsel of record.

Dated: June 6, 2023

                                                                     /s/ Patrick J. Lanciotti