## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

*In re* Flint Water Cases          Case No: 5:16-10444
         Judith E. Levy, U.S. District Judge

_____/

## **APPEARANCE**

NOW COMES Mary Massaron of the law firm PLUNKETT COONEY, and hereby enters her appearance on behalf of Defendants Lockwood, Andrews & Newnam, P.C.; Lockwood, Andrews & Newnam, Inc. and Leo A. Daly Company in the above captioned matter.

Dated:  June 7, 2023        By: */s/ Mary Massaron*
                                     Mary Massaron (P43885)
                                     PLUNKETT COONEY
                                     ATTORNEYS FOR DEFENDANTS
                                     LOCKWOOD, ANDREWS & NEWNAM, INC.
                                     LOCKWOOD, ANDREWS & NEWNAM, P.C.
                                     LEO A. DALY COMPANY
                                     38505 Woodward Avenue, Suite 100
                                     Bloomfield Hills, MI  48304
                                     (313) 983-4801
                                     mmassaron@plunkettcooney.com

## CERTIFICATE OF SERVICE

      I hereby certify that on June 7, 2023, I electronically filed an Appearance in the above captioned matter with the Clerk of the Court using the ECF system and via email submission of such filing to all attorneys of record.

Dated:  June 7, 2023			By: */s/ Mary Massaron*
					Mary Massaron (P43885)
					PLUNKETT COONEY
					ATTORNEYS FOR DEFENDANTS
					LOCKWOOD, ANDREWS & NEWNAM, INC.
					LOCKWOOD, ANDREWS & NEWNAM, P.C.
					LEO A. DALY COMPANY
					38505 Woodward Avenue, Suite 100
					Bloomfield Hills, MI  48304
					(313) 983-4801
					mmassaron@plunkettcooney.com

Open.25633.72611.31229437-1