# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

## AGENDA FOR JUNE 13, 2023 DISCOVERY CONFERENCE

The Court will hold a discovery conference on these cases on **Tuesday June 13, 2023[1] at 1:00 pm** via Zoom video conference. The Zoom link will be docketed in 16-10444.

The agenda will be as follows, although the Court may adjust the agenda prior to the conference if necessary.

1. Veolia's request that the Court address Individual Plaintiffs' production of the MATLAB source code in a different manner. To the extent that the June 13–14 deposition of Dr. Specht is rescheduled, Veolia requests that the Court address the impact on its deadline for producing responsive expert reports;

---

[1] On May 17, 2023, the Court set aside Wednesday June 14, 2023 at 1:00pm as the date and time for a discovery conference, if needed. (ECF No. 2451, PageID.77555.) In the meantime, due to a scheduling conflict, the Court will hold the discovery conference on Tuesday June 13, 2023 at 1:00pm, as set forth in this Agenda.

2. Veolia's request that the Court address how to proceed with conducting home inspections of the prior residences of two Bellwether III Plaintiffs where home inspections have not occurred and the potential impact on deadlines in the scheduling order; and

3. Individual Plaintiffs' request to address its discovery requests related to Veolia's advertisement campaigns.

**IT IS SO ORDERED.**

Dated: June 9, 2023  
Ann Arbor, Michigan

s/Judith E. Levy  
JUDITH E. LEVY  
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 9, 2023.

s/William Barkholz  
WILLIAM BARKHOLZ  
Case Manager