# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In re* FLINT WATER CASES | Civil Action No. 5:16-cv-10444-JEL (consolidated)<br><br>Hon. Judith E. Levy |

## NOTICE OF THE SPECIAL MASTER REGARDING REQUEST FOR PAYMENT OF SPECIAL MASTER FEES AND EXPENSES FOR DECEMBER 2022

On July 31, 2018, under Federal Rule of Civil Procedure 53, the Court appointed Deborah E. Greenspan to serve as a Special Master. Amended Order Appointing Special Master ("Special Master Appointment Order"), ECF No. 544, PageID.16581-16590. The Special Master Appointment Order specified various assigned duties and noted potential additional tasks that could be performed by the Special Master, as directed by the Court.

On November 10, 2021, the Court issued its *Opinion and Order Granting Final Approval Of A Partial Settlement, Granting Certification Of A Settlement Class, Granting Appointment Of Settlement Class Counsel [1794], Denying Objections, And Adopting The Report And Recommendation [2006]* ("Opinion and Final Approval Order"), 571 F. Supp. 3d 746 (E.D. Mich. 2021) (ECF No. 2008, PageID.69537-69714).

1

The Opinion and Final Approval Order approved the settlement reached between Plaintiffs and the Settling Defendants in the Amended Settlement Agreement ("ASA"), ECF No. 1394-2, PageID.54120-54211 (dated January 15, 2021).[1] The ASA specified various duties of the Special Master and defines the Special Master as Deborah Greenspan. ASA, at §1.77, ECF No. 1394-2, PageID.54136. As set forth in the Opinion and Final Approval Order, pursuant to the ASA, the Special Master oversees various aspects of the settlement and her duties include: "(1) consulting with the Claims Administrator and making decisions regarding registration and participation; (2) considering and deciding, in a timely fashion, any appeals taken by participants …; and (3) handling any disputes that arise involving the ASA." Opinion and Final Approval Order, 571 F. Supp. 3d at 761, ECF No. 2008 at PageID.69554 (citing ASA at PageID.54163–54174).

On January 20, 2022, the Court issued its Order Regarding Settlement-Related Duties Of The Special Master, ECF No. 2096, PageID.71973 ("January 2022 Order"). By this Order, the Court amended its previous Special Master Appointment Order and directed Deborah E. Greenspan to fulfill all of the duties of Special Master set forth in the ASA. *See* January 2022 Order, PageID.71975. The January 2022 Order further provided:

---

[1] Unless otherwise defined herein, all capitalized terms herein have the same meaning set forth in the ASA.

2

> Under the provisions of the Special Master Appointment Order, the Court further directs the Special Master to assist the Court in its oversight role by supervising the implementation of the ASA, including, without limitation, supervision and audit of the claims administration process and the entities engaged to provide services in connection with the review, evaluation, and administration of claims and the distribution of settlement assets. The Special Master shall address issues of interpretation of Exhibit 8 to the ASA and the exhibits thereto and shall be authorized and directed to provide direction to the Claims Administrator regarding questions of interpretation. The Special Master may submit recommendations to the Court regarding interpretation matters. Any determinations regarding interpretation affecting the eligibility of and compensation category of claims shall be posted on the Claims Administrator's website. The Special Master shall report to the Court periodically on the progress of the settlement and on any issues or matters of concern that may arise under the implementation of the ASA.

*Id.* at PageID.71975-71976.

The January 2022 Order provides that the "fees, costs and expenses of the Special Master shall be paid out of the FWC Qualified Settlement Fund consistent with the ASA except as otherwise provided in the ASA." *Id.*, at PageID.71976. The ASA provides that, except for disputes covered under §§12.12-12.13 of the ASA, "reasonable compensation of the Special Master, as agreed to by Plaintiffs' Counsel and approved by the Federal Court, and reasonable out-of-pocket costs and expenses will be paid out of the FWC Qualified Settlement Fund." ASA, §12.11, at PageID.54164.

**Special Master Fees and Expenses for December 2022**

During December 2022, I performed work as Special Master including supervision and oversight of the claims process, preparing reports to the Court,

3

addressing issues and meetings regarding vendors and claims processing, providing guidance to the Claims Administrator, analysis of data sources for the claims process, follow up work on birth certificate issues, addressing issues regarding next friend claims, review of claims submitted for Special Master review, addressing decedent claims and probate matters, and addressing rules and procedures for claims review. The total amount of the invoice for such work is $154,080.50.

Counsel for the Settling Parties have been provided with the Special Master's invoice for December 2022 and have not submitted any objections.

**Payment**

The fees, if approved, would be paid from the FWC Qualified Settlement Fund, which has been established under the terms of the Court's February 2, 2021 *Order Granting Motion To Establish Qualified Settlement Fund and Sub-Qualified Settlement Funds, and Establishing QSF Authorized Banking Institution [1408]*, ECF No. 1410.

By this Notice, I am requesting that the Court authorize the payment of the sum of $154,080.50 to Blank Rome LLP for the Special Master's services.

Respectfully submitted,

Date: June 12, 2023            */s/ Deborah E. Greenspan*
                               Deborah E. Greenspan
                               Special Master
                               BLANK ROME LLP
                               Michigan Bar # P33632
                               1825 Eye Street, N.W.
                               Washington, DC  20006
                               Telephone: (202) 420-2200
                               Facsimile: (202) 420-2201
                               Deborah.Greenspan@blankrome.com

5

**CERTIFICATE OF SERVICE**

    I certify that on June 12, 2023, I electronically filed the foregoing document with the Clerk of the Court using the Court's ECF system, which will send notification of such filing to attorneys of record.

Dated: June 12, 2023

    */s/ Deborah E. Greenspan*
Deborah E. Greenspan
Special Master
BLANK ROME LLP
Michigan Bar # P33632
1825 Eye Street, N.W.
Washington, DC  20006
Telephone: (202) 420-2200
Facsimile: (202) 420-2201
Deborah.Greenspan@blankrome.com