UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Cholyanda Brown, et al.,

                Plaintiff(s),

v.                                              Case No. 5:16–cv–10444–JEL–EAS
                                                  Hon. Judith E. Levy

Veolia Water North America
Operating Services, LLC, et al.,

                Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Judith E. Levy at the United States District Court, Federal Building, 200 East Liberty Street, Ann Arbor, Michigan.  The following motion(s) are scheduled for hearing:

        Motion – #2454
        Motion – #2455
        Motion – #2456
        Motion – #2458
        Motion – #2459
        Motion – #2460
        Motion – #2461
        Motion – #2462
        Motion – #2474
        Motion – #2483

- MOTION HEARING:  September 12, 2023 at 10:30 AM

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                                      By: s/W. Barkholz
                                                                           Case Manager

Dated:   June 12, 2023