UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Cholyanda Brown, et al.,

                        Plaintiff(s),

v.                                                            Case No. 5:16−cv−10444−JEL−EAS
                                                               Hon. Judith E. Levy

Veolia Water North America
Operating Services, LLC, et al.,

                        Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Judith E. Levy at the United States District Court, Federal Building, 200 East Liberty Street, Ann Arbor, Michigan. The following motion(s) are scheduled for hearing:

        Motion for Summary Judgment – #2463
        Motion for Summary Judgment – #2465
        Motion for Summary Judgment – #2472

- MOTION HEARING:  September 13, 2023 at 10:30 AM

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                      By: s/W. Barkholz
                                                             Case Manager

Dated:  June 12, 2023