# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

_____

| | |
|---|---|
| *In re* Flint Water Cases | Civil Action No. 16-cv-10444-JEL-MKM (consolidated) |
| | Judith E. Levy<br>United States District Judge |

_____

| | |
|---|---|
| DEBORAH SAPOLIN, as Personal Representative of THE ESTATE OF MARGARET A. BACON, | Case No. 5:18-cv-10348-JEL-MKM (individual docket) |
| Plaintiff, | |
| v | |
| LOCKWOOD ANDREWS & NEWMAN, P.C., *et al.*, | |
| Defendants. | |

_____

## STIPULATION REGARDING
## PETITION FOR PLAINTIFF TO JOIN ISSUES CLASS

Plaintiff, Deborah Sapolin, as Personal Representative of The Estate of Margaret Bacon, through her Reporting Counsel, The Sinas Dramis Law Firm, and the Issues Class Co-Lead Class Counsel, Cohen Milstein Seller &

Toll PLLC, hereby stipulate and agree that *Plaintiff may join the certified Issues Class, LAN sub-class*, in the above-captioned Flint Water Litigation, as set forth in the Class Notice referenced in this Court's *Order Granting in Part Class Plaintiffs' Renewed Motion for Approval of the Form and Manner of Class Notice*, ECF 2173, PageID.72943.

Pursuant to ECF Rule 11(c), the parties request that a text-only order be entered granting this stipulation.

**STIPULATED AND AGREED TO:**

| SINAS DRAMIS LAW FIRM | COHEN MILSTEIN SELLERS & TOLL, PLLC. |
|---|---|
| /s/ Jonathon Homa | s/*Theodore J. Leopold* |
| 3880 Pine Tree Road | 11780 US Highway One Suite 500 |
| Lansing, MI 48911 | Palm Beach Gardens, FL 33408 |
| Telephone: (517) 394-7500 | Telephone: (561) 515-1400 |
| jonhoma@sinasdramis.com | |
| Date: 6/7/2023 | Date: 6/6/2023 |