# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

## ORDER CANCELLING JUNE 21, 2023 STATUS CONFERENCE AND SETTING JULY 2023 CONFERENCE DATES

On May 17, 2023, the Court set June 21, 2023 as the date for its monthly status conference in the Flint Water Cases. (ECF No. 2451, PageID.77555.) The parties were ordered to file proposed agenda items in Case No. 16-10444 by June 7, 2023. The parties did not submit any proposed topics. Accordingly, the Court will not hold a status conference on June 21, 2023.

The Court will hold its July 2023 Status Conference on **Wednesday July 19, 2023 at 1:00 pm**. At this date and time, the Court will hear Veolia's topic related to any outstanding Bellwether III home inspections. The Court will also hear any outstanding issues related to Plaintiffs' fourth amended requests for production, as discussed at the May 17, 2023

conference. The parties are to file all other proposed agenda items by July 5, 2023. The Court will issue an agenda by July 17, 2023.

The Court will set aside **Tuesday July 25, 2023 at 1:00pm** for a discovery conference if needed. Per the Court's protocol, (ECF No. 2348) July 18, 2023 at 2:00pm is the deadline for notifying the Court of an impasse for the July 25 discovery conference. If the parties do not submit topics, the discovery conference will not be set.

**IT IS SO ORDERED.**

Dated: June 21, 2023       s/Judith E. Levy
Ann Arbor, Michigan      JUDITH E. LEVY
     United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 21, 2023.

     s/William Barkholz
     WILLIAM BARKHOLZ
     Case Manager