UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In re Flint Water Cases* | Case No. 5:16-cv-10444-JEL-EAS *(Consolidated)* <br><br> Hon. Judith E. Levy <br><br> Mag. Judge Elizabeth A. Stafford |

**CLASS PLAINTIFFS' *EX PARTE* MOTION TO FILE OMNIBUS RESPONSE TO DEFENDANTS' MOTION TO STRIKE EXPERT TESTOMINY**

Class Plaintiffs respectfully move the Court under E.D. Mich. L.R. 7.1(d)(3)(A) to allow Class Plaintiffs to file an omnibus response to Defendants' Motions to Strike Expert Testimony.

The VNA and LAN Defendants have collectively filed ten motions to exclude testimony from nine of Class Plaintiffs' experts,[1] many of which contain similar

---

[1] ECF No. 2454 (VNA Motion to Exclude Certain Opinions and Testimony of Dr. Larry Russell); ECF No. 2455 (VNA Mot. to Exclude Certain Opinions and Testimony of Dr. Clifford P. Weisel); ECF No. 2456 (VNA Mot. to Exclude the Testimony and Reports of Robert A Michaels Ph.D., C.E.P.); ECF No. 2458 (VNA Mot. to Exclude Certain Opinions and Testimony of Dr. David Keiser); ECF No. 2459 (VNA Mot. to Exclude Opinions and Testimony of Dr. Daryn Reicherter); ECF No. 2460 (VNA Mot. to Exclude Opinions and Testimony of Dr. Paolo Gardoni);

1

arguments. Class Plaintiffs believe that they can most efficiently present a response in a single brief, which will avoid the need for repetitive recitations of the relevant law.

Accordingly, Class Plaintiffs request leave to file a single brief of no more than the pages that they would be entitled to file were they to file individual responses (250 pages). Class Plaintiffs anticipate that in an omnibus format, their response will be considerably less.

Dated: June 23, 2023

Respectfully submitted,

By: */s/ Katherine Peaslee*
Stephen Morrissey
Jordan Connors
Katherine M. Peaslee
SUSMAN GODFREY, L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
smorrissey@susmangodfrey.com
jconnors@susmangodfrey.com
kpeaslee@susmangodfrey.com
***EXECUTIVE COMMITTEE FOR CLASS PLAINTIFFS***

Lear Jiang
SUSMAN GODFREY, L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067

Michael L. Pitt
PITT MCGEHEE PALMER & RIVERS, P.C.
117 West 4th Street, Suite 200
Royal Oak, MI 48067
Telephone: (248) 398-9800
mpitt@pittlawpc.com
***CO-LEAD CLASS COUNSEL***

Emmy L. Levens
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW
Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
elevens@cohenmilstein.com
***CO-LEAD CLASS COUNSEL***

---

ECF No. 2461 (VNA Mot. to Exclude Opinions and Testimony of Dr. Howard Hu); ECF No. 2462 (VNA Mot. to Exclude Opinions and Testimony of Dr. Robert A. Simons); ECF No. 2374 (LAN Renewed Mot. to Exclude or Limit Testimony of Dr. Paolo Gardoni and Dr. Larry L. Russell); ECF No. 2483 (VNA Mot. to Exclude Opinions and Testimony of Dr. Panos G. Georgopoulos).

(310) 789-3100 Telephone
(310) 789-3150 Facsimile
ljiang@susmangodfrey.com
***EXECUTIVE COMMITTEE FOR***
***CLASS PLAINTIFFS***

Theodore J. Leopold
COHEN MILSTEIN SELLERS & TOLL PLLC
2925 PGA Boulevard, Suite 220
Palm Beach Gardens, FL 33410
Telephone: (561) 515-1400
tleopold@cohenmilstein.com
***CO-LEAD CLASS COUNSEL***

Peretz Bronstein
BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
peretz@bgandg.com
***EXECUTIVE COMMITTEE FOR***
***CLASS PLAINTIFFS***

Teresa A. Bingman
LAW OFFICES OF TERESA A. BINGMAN, PLLC
4131 Okemos Road, Suite 12
Okemos, Michigan 48864
Telephone: (877) 957-7077
tbingman@tbingmanlaw.com
***EXECUTIVE COMMITTEE FOR CLASS***
***PLAINTIFFS***

Esther E. Berezofsky
MOTLEY RICE LLC
210 Lake Dr. East, Suite 101
Cherry Hill, New Jersey 08002
Telephone: (856) 667-0500
eberezofsky@motleyrice.com
***EXECUTIVE COMMITTEE FOR***
***CLASS PLAINTIFFS***

Paul F. Novak (P39524)
WEITZ & LUXENBERG, P.C.
3011 W. Grand Blvd., Suite 2150
Detroit, MI 48202
Telephone: (313) 800-4170
pnovak@weitzlux.com
***EXECUTIVE COMMITTEE FOR CLASS***
***PLAINTIFFS***

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2023, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

        Respectfully submitted,

        /s/ *Katherine Peaslee*
        Katherine Peaslee