## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Document Relates To:

*Bellwether III Cases*
    Case No. 17-10164

_____/

## JOINT STIPULATION REGARDING SCHEDULING ORDER FOR BELLWETHER III TRIAL

Bellwether III Plaintiffs and Defendants Veolia Water North America Operating Services, LLC, Veolia North America, Inc., and Veolia North America, LLC (the "VNA Defendants"), Leo A. Daly Company, Lockwood Andrews & Newnam, P.C., and Lockwood Andrews & Newnam, Inc. (the "LAN Defendants"), hereby stipulate and agree to extend certain pre-trial deadlines in the Scheduling Order for the Bellwether III Trial as follows. The parties have agreed to these modest extensions since the Court indicated that it would continue the Bellwether III Trial date to a date that is to be determined. The parties may seek further modifications related to the Bellwether III schedule once the Court sets a new Bellwether III Trial date.

1

| Event | Current Deadline/Date Range proposed in ECF No. [2479] (filed May 25, 2023) | New Date/Deadline |
|---|---|---|
| Dr. Specht MATLAB code delivered | June 1, 2023 | TBD |
| Dr. Specht Deposition | June 12, 2023 through June 16, 2023 | TBD[1] |
| Defendants' Expert Reports and Disclosures (for experts not responsive to Bithoney ("Group A Defense Experts")) | June 26, 2023 | July 26, 2023 |
| Plaintiffs' Reply Expert Reports (for those who are responsive to Group A Defense Experts) + Due Date for Bithoney Replacement Expert Report and Complete Disclosure | July 17, 2023 | August 16, 2023 |
| Depositions of Plaintiffs' Experts (Dr. Bithoney and Replacement of Dr. Bithoney) + Defendants' IMEs of | July 19, 2023 to August 7, 2023 | September 18, 2023 October 9, 2023 |

---

[1] A separate stipulation will be entered as to disclosure deadlines and depositions for the Specht-related experts once the MATLAB code issue has been resolved, as discussed during the June 13, 2023 discovery conference.

| | | |
|---|---|---|
| Plaintiffs (if needed) | | |
| Defendants' Reply Expert Reports (for Group A Defense Experts) | July 31, 2023 | September 30, 2023 |
| Defendants' Expert Depositions (of Group A Defense Experts) (shall be limited only to those experts for whom the parties submit new or additional reports) | August 2, 2023 to August 21, 2023 | October 2, 2023 to October 23, 2023 |
| Defendants' Expert Reports and Disclosures (for experts responsive to Bithoney or Bithoney replacement ("Group B Defense Experts")) | August 21, 2023 | October 23, 2023 |
| Plaintiffs' Reply Expert Report Depositions (for those who are responsive to Group A Defense Experts) | August 23, 2023 to August 28, 2023 | October 2, 2023 October 27, 2023 |
| Plaintiff Reply Expert Reports (for those who are responsive to Group B Defense Experts) | September 6, 2023 | November 6, 2023 |
| Defendants' Reply | September 18, 2023 | November 20, 2023 |

| | | |
|---|---|---|
| Expert Reports (for Group B Defense Experts) | | |
| Defendants' Expert Depositions (of Group B Expert Reports) (shall be limited only to those experts for whom the parties submit new or additional reports) | September 20, 2023 to October 11, 2023 | November 20, 2023 to December 11, 2023 |
| Plaintiffs' Reply Expert Report Depositions (for those who are responsive to Group B Defense Experts) | October 12, 2023 to October 19, 2023 | December 13, 2023 to December 20, 2023 |
| Daubert and Summary Judgment Motions— Opening Briefs | October 27, 2023 | December 29, 2023 |
| Daubert and Summary Judgment Response Briefs | November 27, 2023 | February 5, 2023 |
| Daubert and Summary Judgment Reply Briefs | December 8, 2023 | February 19, 2024 |
| Motions in Limine— Opening Briefs | January 3, 2023 | March 4, 2024 |
| Deadline for parties to submit joint proposed jury questionnaire to the Court | TBD | TBD |

4

| | | |
|---|---|---|
| Deadline for Parties to send 250 copies of Juror Questionnaires to Judge Levy's Chambers in Ann Arbor, Michigan | TBD | TBD |
| Plaintiffs to Submit to Defendants Draft Joint Pretrial Order (includes witness list and exhibit list) | January 8, 2024 | March 7, 2024 |
| Jurors Summoned in Court to Answer Questionnaires | TBD | TBD |
| Hearing Regarding Excusals Based on Jury Questionnaire Responses | TBD | TBD |
| Motions in Limine Response Briefs | January 17, 2024 | March 15, 2024 |
| Defendants to Submit to Plaintiffs Draft Joint Pretrial Order (includes witness list and exhibit list) and engage in meet and confer | January 22, 2024 | March 21, 2024 |
| Motions in Limine Reply Briefs | January 26, 2024 | March 26, 2024 |
| Oral Argument on Daubert Motions | TBD | TBD |
| Oral Argument on Summary Judgement | TBD | TBD |

5

| | | |
|---|---|---|
| motions | | |
| Deposition Designations (due for exchange between parties) | TBD | TBD |
| Parties to submit Voir Dire Questions, Proposed Preliminary Jury Instructions | January 31, 2024 | April 1, 2024 |
| Parties to submit Joint Final Pretrial Order | February 5, 2024 | April 8, 2024 |
| Objections to Deposition Designations and Counter Designations (due for exchange between parties) | TBD | TBD |
| Deadline for Submitting Deposition Designations Matrices and Highlighted Transcripts to the Court | TBD | TBD |
| Deadline for Court to Inform Jury Department of Excusals Based on Questionnaires | TBD | TBD |
| Final Pretrial Conference, hearing on motions in limine | TBD | TBD |

6

| | | |
|---|---|---|
| Hearing Regarding Misc. Pretrial Matters (if needed) | TBD | TBD |
| First Day of Trial/Voir Dire | TBD | TBD |

Dated: June 26, 2023

Respectfully submitted,

| | |
|---|---|
| CAMPBELL CONROY & O'NEIL, P.C. | MAYER BROWN LLP |
| /s/ James M. Campbell<br>James M. Campbell<br>Alaina N. Devine<br>20 City Square, Suite 300<br>Boston, MA 02129<br>(617) 241-3000<br>jmcampbell@campbell-trial-lawyers.com<br>adevine@campbell-trial-lawyers.com | /s/ Michael A. Olsen<br>Michael A. Olsen<br>71 S. Wacker Drive<br>Chicago, IL 60606<br>(312) 782-0600<br>molsen@mayerbrown.com |

*ATTORNEYS FOR VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC, VEOLIA NORTH AMERICA, LLC, AND VEOLIA NORTH AMERICA, INC.*

| | |
|---|---|
| /s/Wayne B. Mason<br>Wayne B. Mason (SBOT 13158950)<br>Travis S. Gamble (SBOT 00798195)<br>S. Vance Wittie (SBOT 21832980)<br>David C. Kent (SBOT 11316400)<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>1717 Main St., Suite 5400<br>Dallas TX 75201 | /s/ Philip A. Erickson<br>Philip A. Erickson (P37081)<br>Patrick Lannen (P73031)<br>John R. Stevenson (P70241))<br>PLUNKETT COONEY<br>101 N. Washington Sq., Ste 1200<br>Lansing, MI 48933<br>(517) 324-5608<br>perickson@plunkettcooney.com |

7

(469) 227-8200  
wayne.mason@dbr.com  
travis.gamble@dbr.com  
vance.wittie@dbr.com  
david.kent@dbr.com  

plannen@plunkettcooney.com  
jstevenson@plunkettcooney.com  

***ATTORNEYS FOR DEFENDANTS***  
***LEO A. DALY COMPANY; LOCKWOOD, ANDREWS &***  
***NEWNAM, INC. and LOCKWOOD, ANDREWS & NEWNAM, P.C.***

/s/ Corey M. Stern

Corey M. Stern  
Melanie Daly  
LEVY KONIGSBERG, LLP  
605 3rd Ave., 33rd Floor  
New York, NY 10158  
(212) 605-6200  
cstern@levylaw.com  
mdaly@levylaw.com  

/s/ Patrick J. Lanciotti

Patrick J. Lanciotti  
NAPOLI SHKOLNIK PLLC  
360 Lexington Avenue, 11th Floor  
New York, NY, 10017  
(212) 397-1000  
planciotti@napolilaw.com  

***ATTORNEYS FOR BELLWETHER III PLAINTIFFS***