# EXHIBIT 7

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases | Civil Action No. 5:16-cv-10444-JEL-MKM (consolidated)<br><br>Hon. Judith E. Levy<br>Mag. Mona K. Majzoub |
| Elnora Carthan, et al. v. Governor Rick Snyder, et al. | Civil Action No. 5:16-cv-10444-JEL-MKM |

**REBUTTAL DECLARATION OF CLIFFORD P. WEISEL, M.S., Ph.D.**

corrosivity due to the change in water source on April 25, 2014 and, if so, whether that increase persisted through October 2015. I evaluated the water lead levels available before, during and after this period and the principles that govern lead release into water from service lines and plumbing due to the corrosivity of the water and determined that additional lead would be present in the water due to the change in water source over the time period of interest. In Table 1 of Dr. Georgopoulos's Report, a range of incremental increases in water lead levels is presented. In reviewing this range of incremental increases in comparison to the ***actual water levels*** of lead measured by Virginia Tech in 2015 (VaTech_00212274), it is my opinion that the range of water levels selected to evaluate potential exposure and blood lead increases of class members who consumed that water are reasonable and represent conditions that could occur within homes in Flint.

    Dr. Greenberg states that "he fails to define the factors that may eliminate or limit exposure to any given individual or group of individuals." I clearly state in my declaration that individuals needed to ingest water from homes, recreational facilities, workplaces, restaurants, and/or schools which had a service line or indoor plumbing fixtures that contained lead. The lead in the service lines and plumbing fixtures would leach into the water due to the water's corrosivity. Ingestion of such water would lead to increased lead exposure, provided that the water was not filtered to remove the lead. Individuals who did not ingest the water would not be exposed.

## III. CONCLUSION

This ends my rebuttal declaration in response to the declarations of several of the Defendants' witnesses. Each of my opinions are given with a reasonable degree of scientific certainty based upon a preponderance of the evidence.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection.

Executed this 3rd day of March, 2023, in Teaneck, NJ.

By: _____
Clifford P. Weisel, M.S. Ph.D.

33