# EXHIBIT 9

Highly Confidential - Marc Edwards, Ph.D.

```
 1                UNITED STATES DISTRICT COURT

 2                EASTERN DISTRICT OF MICHIGAN

 3                     SOUTHERN DIVISION

 4

 5   -----------------------------) Civil Action No.:

 6   IN RE:   FLINT WATER CASES   ) 5:16-cv-10444-JEL-MKM

 7                                ) (consolidated)

 8                                )

 9                                ) Hon. Judith E. Levy

10   -----------------------------) Mag. Mona K. Majzoub

11

12                     HIGHLY CONFIDENTIAL

13        VIDEOTAPED DEPOSITION OF MARC EDWARDS, PH.D.

14

15                  MONDAY, AUGUST 10, 2020

16                         Volume 2

17

18        Continued remote oral deposition of MARC

19   EDWARDS, PH.D., conducted at the location of the witness

20   in Blacksburg, Virginia, commencing at approximately 9:04

21   a.m., on the above date, before JULIANA F. ZAJICEK, a

22   Registered Professional Reporter, Certified Shorthand

23   Reporter, Certified Realtime Reporter and Notary

24   Public.
```

```
 1   it -- it is a legitimate LCR sampling protocol.  This
 2   is not an LCR sampling, though, because we couldn't do
 3   the -- confirm the 50 percent homes without lead pipes
 4   and we are not a certified lab, et cetera.
 5        Q.   The detection limits for the analysis that
 6   were performed on the water that was collected in that
 7   August sampling event, do you know what the detection
 8   limits were?
 9        A.   For lead it was probably .1 ppb or less.
10        Q.   Okay.  What type of sampling -- or -- or I
11   should say laboratory analysis was performed to have a
12   detection level that low?
13        A.   It's called an inductively coupled plasma
14   mass spectrometer, ICP-MS.
15        Q.   Okay.  I'm not going to try to say that
16   five times fast.
17        A.   I couldn't say it again either, so.  Let's
18   just say ICP-MS from henceforth.
19        Q.   Okay.  Is that considered a -- a
20   state-of-the-art laboratory analysis for purposes of
21   analyzing lead content in water?
22        A.   Yes, and we are -- I have a research
23   scientist who I fund who runs the instrument.  He is
24   published on lead analytical procedures in
```

Highly Confidential - Marc Edwards, Ph.D.

```
 1   peer-reviewed journals.
 2        Q.    Okay.  That was analysis performed of the
 3   water samples at Virginia Tech?
 4        A.    Yes.
 5        Q.    Okay.  By the way, the discretionary
 6   source of funds, I think you went into this a little
 7   bit on the first day, but can you just provide a brief
 8   description as to what discretionary funds, what --
 9   what that term means and what the source of -- of
10   those funds is?
11        A.    Well, this is a state institution, so in
12   theory you have to pay for everything, not just theory
13   but in practice, there is no pot of money to save the
14   world.  You can't take money from one project to pay
15   for an analysis in Flint.
16              So, I mean, I knew a day like this was
17   going to come, so I've been donating money to this
18   account or saving money up for it so that when the
19   time come I could pay for this sort of activity and
20   not be accused of unethical behavior or misconduct,
21   that I could account for every penny and the -- you
22   know, and that's very hard to do, by the way,
23   because -- but we were prepared to do it because we
24   knew we would be attacked for every little thing, and
```

```
 1                  REPORTER'S CERTIFICATE

 2

 3            I, JULIANA F. ZAJICEK, a Registered

 4   Professional Reporter, Certified Realtime Reporter,

 5   Certified Shorthand Reporter and Notary Public, do

 6   hereby certify that prior to the commencement of the

 7   examination of the witness herein, the witness was

 8   duly remotely sworn by me to testify to the truth, the

 9   whole truth and nothing but the truth.

10            I DO FURTHER CERTIFY that the foregoing is

11   a verbatim transcript of the testimony as taken

12   stenographically by me at the time, place and on the

13   date hereinbefore set forth, to the best of my

14   availability.

15            I DO FURTHER CERTIFY that I am neither a

16   relative nor employee nor attorney nor counsel of any

17   of the parties to this action, and that I am neither a

18   relative nor employee of such attorney or counsel, and

19   that I am not interested directly or indirectly in the

20   outcome of this action.

21            IN WITNESS WHEREOF, I do hereunto set my

22   hand on this 21st day of August, 2020.

23            [signature: Juliana F. Zajicek]

24            JULIANA F. ZAJICEK, RPR, CSR, CRR
```

```
 1                DEPOSITION ERRATA SHEET

 2

 3

 4    Case Caption:  Flint Water Cases

 5

 6          DECLARATION UNDER PENALTY OF PERJURY

 7

 8            I declare under penalty of perjury that I

 9    have read the entire transcript of my Deposition taken

10    in the captioned matter or the same has been read to

11    me, and the same is true and accurate, save and except

12    for changes and/or corrections, if any, as indicated

13    by me on the DEPOSITION ERRATA SHEET hereof, with the

14    understanding that I offer these changes as if still

15    under oath.

16

17                                   MARC EDWARDS, PH.D.

18

19

20    SUBSCRIBED AND SWORN TO

21    before me this         day

22    of                   , A.D. 20__.

23

24            Notary Public
```