UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In re Flint Water Cases* | Case No. 5:16-cv-10444-JEL-EAS<br><br>Hon. Judith E. Levy<br>Magistrate Judge Elizabeth A. Stafford |

**CLASS PLAINTIFFS' RESPONSE TO DEFENDANT LEO A. DALY COMPANY'S MOTION FOR SUMMARY JUDGMENT**

As in the first Bellwether, Class Plaintiffs should be allowed to proceed to trial against Lockwood, Andrews & Newnam P.C. defendants ("LAN") and its parent, Defendant Leo A. Daly Company ("LAD"), based on LAD's vicarious liability. *In re Flint Water Cases*, 584 F. Supp. 3d 383 (E.D. Mich. 2022). Specifically, the Court found there to be an outstanding issue of fact as to the extent of the control exercised by LAD over its employees, in particular highlighting ambiguities in the governing contractual language. *See id.* at 417–23. LAD does not challenge the appropriateness of this ruling. LAD Br. at 2, ECF No. 2465, PageID.80837 (acknowledging their "[m]otion does not address that theory of vicarious liability.").

As this is sufficient to allow the Class to proceed to trial against LAD and the Court has previously rejected alternative theories such as LAD's "alter ego," Class

1

Plaintiffs intend to proceed against LAD based solely on vicarious liability. As such, LAD's motion for summary judgement as to its "alter ego" liability should be denied as moot. *See, e.g.*, *In re Flint Water Cases*, 579 F. Supp. 3d 971, 984 (E.D. Mich. 2022) (denying summary judgment as moot on claims no longer pursued by plaintiffs).

Dated: June 30, 2023

Respectfully submitted,

By: */s/ Theodore J. Leopold*
Theodore J. Leopold
COHEN MILSTEIN SELLERS & TOLL PLLC
11780 U.S. Highway One Suite N500
Palm Beach Gardens, FL 33408
Telephone: (561) 515-1400
tleopold@cohenmilstein.com

*Co-Lead Class Counsel*

*/s/ Emmy L. Levens*
Emmy L. Levens
Trent Rehusch
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave NW Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
elevens@cohenmilstein.com
trehusch@cohenmilstein.com

*Co-Lead Class Counsel*

By: */s/ Michael L. Pitt*
Michael L. Pitt
PITT MCGEHEE PALMER BONANNI & RIVERS, P.C.
117 West 4th Street, Suite 200
Royal Oak, MI 48067
Telephone: (248) 398-9800
mpitt@pittlawpc.com

*Co-Lead Class Counsel*

*/s/ Stephen Morrissey*
Stephen Morrissey
SUSMAN GODFREY, L.L.P.
1201 Third Ave., Suite 3800
Seattle, WA 98101
Telephone: (206) 516-3880
smorrissey@susmangodfrey.com

*Executive Committee for Class Plaintiffs*

<u>/s/ Peretz Bronstein</u>
Peretz Bronstein
BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
peretz@bgandg.com

*Executive Committee for Class Plaintiffs*

<u>/s/ Esther E. Berezofsky</u>
Esther E. Berezofsky
MOTLEY RICE LLC
210 Lake Dr. East, Suite 101
Cherry Hill, New Jersey 08002
Telephone: (856) 667-0500
eberezofsky@motleyrice.com

*Executive Committee for Class Plaintiffs*

<u>/s/ Paul F. Novak</u>
WEITZ & LUXENBERG, P.C.
3011 W. Grand Blvd., 24th Floor
Detroit, MI 48202
Telephone: (313) 800-4170
pnovak@weitzlux.com

*Executive Committee for Class Plaintiffs*

<u>/s/ Teresa A. Bingman</u>
LAW OFFICES OF TERESA A. BINGMAN, PLLC
4131 Okemos Road, Suite 12
Okemos, Michigan 48864
Telephone: (877) 957-7077
tbingman@tbingmanlaw.com

*Executive Committee for Class Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2023, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

Dated: June 30, 2023

*/s/ Emmy L. Levens*
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave NW Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
elevens@cohenmilstein.com