# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

                                       Judith E. Levy
_____/ United States District Judge

This Order Relates To:

ALL CASES

_____/

**ORDER APPROVING TRANSFER OF VENUE TO THE GENESEE COUNTY PROBATE COURT FOR ALL THOSE NEXT FRIEND PETITIONS AS SET FORTH IN THE REPORT AND RECOMMENDATION OF THE SPECIAL MASTER AND MASTER GUARDIAN AD LITEM REGARDING <u>VENUE IN THE GENESEE COUNTY PROBATE COURT [2507]</u>**

Having reviewed the Report and Recommendation of the Special Master and Master Guardian Ad Litem Regarding Venue in Genesee County Probate Court For All Next Friend Petitions (ECF No. 2507), the Court hereby approves that for all Next Friend Petitions that would otherwise be heard in counties other than Genesee County, venue for all such Petitions shall be transferred to the Genesee County Probate Court and assigned to the Honorable Milton L. Mack, Jr., who has been assigned to hear all matters relating to the Flint Water Litigation civil and global settlement.

2

IT IS SO ORDERED.

Dated: July 5, 2023　　　　　　　　s/Judith E. Levy
　　　Ann Arbor, Michigan　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 5, 2023.

　　　　　　　　　　　　　　　　s/Erica Parkin on behalf of
　　　　　　　　　　　　　　　　WILLIAM BARKHOLZ
　　　　　　　　　　　　　　　　Case Manager

2