**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

*In re* Flint Water Cases.

_____/

This Order Relates To:

ALL CASES

_____/

Judith E. Levy
United States District Judge

## ORDER FOR VEOLIA TO PROVIDE CERTAIN CONTRACTS TO THE COURT

Plaintiffs have challenged approximately 1700 of the attorney-client privilege and/or work product assertions made in VNA's document productions. The Court has conducted an *in camera* review of 60 of the 1700 documents.

In the Court's consideration of VNA's privilege and work product designations, the Court orders that, by July 12, 2023, Veolia file on the docket any contracts between VNA and Mercury, as well as VNA and

Rasky,[1] that include a description of the scope of Mercury and Rasky's work for the relevant time period.

IT IS SO ORDERED.

Dated: July 6, 2023                          s/Judith E. Levy
Ann Arbor, Michigan                      JUDITH E. LEVY
                                                      United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 6, 2023.

s/Erica Parkin on behalf of
WILLIAM BARKHOLZ
Case Manager

---

[1] "Mercury" refers to any Mercury entity including Mercury LLC, Mercury Public Affairs, and/or Mercury Communication Partners. "Rasky" refers to any Rasky entity, including Rasky Partners, Inc. and/or Rasky Baerlin.

2