# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

**ORDER AUTHORIZING DISTRIBUTION OF FUNDS FROM THE QUALIFIED SETTLEMENT FUND FOR PAYMENT OF FEES AND EXPENSES FOR SERVICES PROVIDED BY ALVAREZ & MARSAL DISPUTES AND INVESTIGATIONS, LLC FOR THE PURPOSE OF ASSISTING THE SPECIAL MASTER WITH THE CLAIMS ADMINISTRATION PROCESS FOR THE PERIOD FEBRUARY 18, 2023 THROUGH MARCH 31, 2023**

Having now considered the *Notice Of The Special Master Regarding Request for Payment of Fees And Expenses For Services Provided By Alvarez & Marsal Disputes And Investigations, LLC For The Purpose Of Assisting The Special Master With The Claims Administration Process For The Period February 18, 2023 Through March 31, 2023* filed on July 6, 2023, ECF No. 2516 ("Notice"):

IT IS HEREBY ORDERED THAT:

1

1. A distribution of funds in the amount of $256,334.00 from the FWC Qualified Settlement Fund[1] for the purpose of paying Alvarez & Marsal Disputes And Investigations, LLC is approved. The QSF Administrator is directed to disburse the funds to Alvarez & Marsal Disputes And Investigations, LLC as directed by the Special Master.

IT IS SO ORDERED.

Dated: July 7, 2023           s/Judith E. Levy
   Ann Arbor, Michigan      JUDITH E. LEVY
                                           United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 7, 2023.

                                                  s/Erica Parkin on behalf of
                                                  WILLIAM BARKHOLZ
                                                  Case Manager

---

[1] Unless otherwise defined herein, all capitalized terms herein have the same meaning set forth in the Amended Settlement Agreement.