# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

*In re* Flint Water Cases.

Judith E. Levy
United States District Judge

_____/

This Document Relates To:

*Bellwether II Cases*

_____/

## JOINT STIPULATION REGARDING SCHEDULING ORDER FOR <u>BELLWETHER II TRIAL</u>

Bellwether II Plaintiffs and Defendants Veolia Water North America Operating Services, LLC, Veolia North America, Inc., and Veolia North America, LLC (the "VNA Defendants") hereby stipulate and agree to extend certain pre-trial deadlines in the Scheduling Order for the Bellwether II Trial (ECF No. 2430) as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for Pool Two Claimants to fully respond to all written discovery, including providing any additional requested waivers for medical or other information. | June 26, 2023 | August 7, 2023 |

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Counsel for Plaintiffs and counsel for Defendants shall each identify seven (7) claimants from among the Pool Two Claimants who will be engaged in further discovery ("Pool Three Claimants").[1] If there is overlap between the Pool Three Claimants initially identified by the two sides, selection of additional Pool Three Claimants shall proceed in the manner described in the CMO until a total of fourteen (14) have been selected. | July 31, 2023 | September 11, 2023 |
| Defendants may begin noticing home inspections and testimonial depositions of the Pool Three Claimants and witnesses in accordance with CMO 5 (except that depositions may be noticed 15 days in advance of taking them). | August 1, 2023 | September 12, 2023 |
| Merits discovery complete for Pool Three Claimants. | October 26, 2023 | December 7, 2023 |
| Plaintiffs to provide expert disclosures and reports. The Plaintiffs shall include in the disclosure three dates on which each expert is available for deposition within sixty (60) days of the disclosure. All plaintiffs alleging personal injuries must be available for Rule 35 examinations starting ten (10) | October 27, 2023 | December 8, 2023 |

---

[1] Defendants must receive satisfactory discovery responses and resolve any disputes regarding Pool 2 discovery 21 days prior to Pool 3 selection.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| days after plaintiffs' expert disclosures and reports are served. | | |
| Defendants to provide expert disclosures and reports. The Defendants will include in the disclosure three dates on which each expert is available for deposition within sixty (60) days of the disclosure. | January 26, 2024 | March 8, 2024 |
| Plaintiffs to provide expert rebuttal reports. | March 8, 2024 | April 19, 2024 |
| Defendants to provide expert rebuttal reports. | April 19, 2024 | May 31, 2024 |
| Reply expert report depositions. | April 22 to 29, 2024 | June 3 to 10, 2024 |
| The parties to each identify two (2) plaintiffs, for a total of four (4), to continue to Pool Four.[2] | May 17, 2024 | June 28, 2024 |
| Motions for Summary Judgment and Daubert Motions filed. | June 28, 2024 | August 9, 2024 |
| Responses to the Motions for Summary Judgment and Daubert Motions due. | August 9, 2024 | September 20, 2024 |
| Replies to the Oppositions to Motions for Summary Judgment | September 6, 2024 | October 18, 2024 |

---

[2] Defendants must receive satisfactory discovery responses and resolve any disputes regarding Pool 3 discovery 21 days prior to Pool 4 selection.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| and Daubert Motions due. | | |
| Hearing on Daubert Motions and Summary Judgment. | TBD | TBD |
| Motions in Limine due. | 14 days after summary judgment order | 14 days after summary judgment order |
| Oppositions to the Motions in Limine due. | Three weeks after the opening briefs | Three weeks after the opening briefs |
| Replies in support of the Motions in Limine due. | Two weeks after the response briefs | Two weeks after the response briefs |
| Designations of deposition testimony to be played/read to the jury due. | 7 days after the order on the motions in limine | 7 days after the order on the motions in limine |
| Counter-designations and objections to the designated testimony due. | 7 days after the designations | 7 days after the designations |
| Objections to the counter-designated deposition testimony due. | 7 days after the objections | 7 days after the objections |
| Deadline for submitting deposition designations matrices and highlighted transcripts to the Court. | Minimum of two weeks before witness will be called at trial | Minimum of two weeks before witness will be called at trial |
| Plaintiffs to serve Defendants with draft Pre-Trial Order (witness lists, exhibit lists, trial briefs, jury instructions and other similar pretrial filings required by the court due). | TBD | TBD |

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Defendants to serve Plaintiffs with objections and responses to the witness lists, exhibit lists, trial briefs, jury instructions and other similar pretrial filings required by the court due and engage in meet and confer. | TBD | TBD |
| Parties to submit Final Joint Pretrial Order | TBD | TBD |
| Parties to submit Voir Dire questions, proposed preliminary Jury Instructions | TBD | TBD |
| Hearing date for Motions in Limine and deposition designations; final Pre-Trial hearing regarding witness lists, exhibit lists, trial briefs, jury instructions, and other pretrial filings | TBD | TBD |
| Trial date. | TBD | TBD |

Dated: July 11, 2023

Respectfully submitted,

CAMPBELL CONROY &                    MAYER BROWN LLP
O'NEIL, P.C.

/s/ James M. Campbell                 /s/ Michael A. Olsen
James M. Campbell                     Michael A. Olsen
Alaina N. Devine                      71 S. Wacker Drive
20 City Square, Suite 300             Chicago, IL
Boston, MA  02129                     (312) 782-0600
(617) 241-3000                        molsen@mayerbrown.com
jmcampbell@campbell-trial-lawyers.com
adevine@campbell-trial-lawyers.com

**ATTORNEYS FOR VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC, VEOLIA NORTH AMERICA, LLC, AND VEOLIA NORTH AMERICA, INC.**

/s/ Patrick J. Lanciotti

Patrick J. Lanciotti
NAPOLI SHKOLNIK PLLC
360 Lexington Avenue, 11th Floor
New York, NY, 10017
(212) 397-1000
planciotti@napolilaw.com

**ATTORNEYS FOR BELLWETHER II PLAINTIFFS**