# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

## AGENDA FOR JULY 19, 2023 STATUS CONFERENCE

The Court will hold a status conference on these cases on **Wednesday July 19, 2023 at 1:00 pm** via Zoom video conference. The Zoom link has been docketed in 16-10444.

The agenda will be as follows, although the Court may adjust the agenda prior to the conference if necessary.

1. Veolia's request that the Court address any outstanding Bellwether III home inspection issues;

2. Veolia's request that the Court address issues related to Individual Plaintiffs' production of the MATLAB source code, if this issue remains unresolved;

3. Veolia's request that the Court address its post-January 2017 document production and the materials that Veolia has designated as privileged; and

4. Issues related to Plaintiffs' fourth amended requests for production, as discussed at the May 17, 2023 conference.

**IT IS SO ORDERED.**

Dated: July 12, 2023           s/Judith E. Levy
Ann Arbor, Michigan        JUDITH E. LEVY
                                           United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 12, 2023.

                                            s/William Barkholz
                                            WILLIAM BARKHOLZ
                                            Case Manager