UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

_____

| | |
|---|---|
| *In re* FLINT WATER CASES | Civil Action No. 5:16-cv-10444-JEL-MKM (consolidated) |
| | Hon. Judith E. Levy<br>Mag. Elizabeth A. Stafford |

_____

### NOTICE OF THE VNA DEFENDANTS FILING IN RESPONSE TO THE COURT'S ORDER TO PROVIDE CERTAIN CONTRACTS TO THE COURT [ECF NO. 2514]

Defendants, Veolia Water North America Operating Services, LLC, Veolia North America, Inc. and Veolia North America, LLC (collectively "VNA"), hereby responds to the Court's Order to Provide Certain Contracts to the Court [ECF No. 2514] as follows:

1. VNA understands the "relevant time period" as referenced in the Court's Order (ECF No. 2514, PageID.83617) to be the time period relevant to the documents that are the subject of the Court's *in camera* review of documents withheld as privileged, including documents that involve Mercury and Rasky (approximately June 22, 2016 to January 31, 2017).[1]

---

[1] VNA notes that there are contracts that existed between VNA and Mercury and VNA and Rasky that post-date January 31, 2017. VNA is prepared to submit these contracts at the Court's request.

1

2. At this time, VNA has located two agreements that are responsive to the Court's order, which are filed here as Exhibit 1 and Exhibit 2.

3. Exhibit 1 is an unsigned contract dated August 17, 2016 between VNA and Rasky, along with an email communication, indicating the parties' intent to enter into the agreement that subsequently became the operating agreement between the parties. VNA is continuing to search for a signed version of the agreement.

4. Exhibit 2 is a non-disclosure agreement between VNA and Rasky dated March 29, 2016.

5. VNA is conducting a comprehensive search for agreements or contracts between VNA and Mercury and VNA and Rasky to comply with the Court's order and that search is still ongoing. To the extent additional agreements or contracts are located, VNA will immediately supplement its filing.

Dated: July 12, 2023

| | |
|---|---|
| /s/ James M. Campbell | /s/ Michael A. Olsen |
| James M. Campbell | Michael A. Olsen |
| Alaina N. Devine | 71 S. Wacker Drive |
| Campbell Conroy & O'Neil, P.C. | Chicago, IL |
| 20 City Square, Suite 300 | (312) -728-0600 |
| Boston, MA  02129 | molsen@mayerbrown.com |
| (617) 241-3000 | |
| jmcampbell@campbell-trial-lawyers.com | |
| adevine@campbell-trial-lawyers.com | |

*Attorneys for Veolia Water North America Operating Services, LLC Veolia North America, LLC, and Veolia North America, Inc.*

## CERTIFICATE OF SERVICE

     I, Alaina N. Devine, one of the counsel of record for the defendants Veolia Water North America Operating Services, LLC, Veolia North America, LLC, and Veolia North America, Inc., certify that on July 12, 2023, I caused the within Notice to be filed electronically with the Clerk of Courts through the Court's ECF filing system which will cause it to be served automatically by electronic means to counsel of record for all parties.

                                    */s/ Alaina N. Devine*
                                    Alaina N. Devine
                                    adevine@campbell-trial-lawyers.com