# EXHIBIT 21

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| ELNORA CARTHAN, et al.,<br>　　　　　　　Plaintiffs,<br><br>v.<br><br>RICK SNYDER, et al.,<br>　　　　　　　Defendants. | Case No. 5:16-cv-10444-JEL-MKM<br>Hon. Judith E. Levy |

_____

## DECLARATION OF JAMES M. CAMPBELL IN SUPPORT OF DEFENDANTS VEOLIA NORTH AMERICA, LLC, VEOLIA NORTH AMERICA, INC., AND VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

I, James M. Campbell, declare as follows:

1. I am a partner of the law firm of Campbell Conroy & O'Neil, P.C., and I represent Defendants Veolia North America, LLC, Veolia North America, Inc., and Veolia Water North America Operating Services, LLC (collectively, VNA) in the above-captioned matter. I have personal knowledge of the matters stated in this Declaration.

2. Attached as Exhibit 22 is a true and correct excerpt of the deposition of Gerald Ambrose.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on July 19, 2023
Boston, Massachusetts

                                          */s/ James M. Campbell*
                                          James M. Campbell