## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

*In re* Flint Water Cases.                    Judith E. Levy
                                              United States District Judge

_____/

This Order Relates To:

ALL CASES

_____/

## ORDER REGARDING MATTERS DISCUSSED AT THE JULY 19, 2023 STATUS CONFERENCE AND SETTING DEADLINES FOR AUGUST 2023 STATUS CONFERENCE AND DISCOVERY CONFERENCE

The Court held a status conference regarding the pending Flint water litigation on July 19, 2023. The Court now orders as follows.

As set forth on the record, after conducting an in-camera review of 60 documents that VNA designated as privileged, the Court finds that only the following documents are appropriately designated as privileged and the remainder must be produced to Plaintiffs no later than July 26, 2023.

1. VEOLIA_0411567
2. VEOLIA_0414527
3. VEOLIA_0416580

4.   VEOLIA_0811421
5.   VEOLIA_0873868
6.   VEOLIA_0952970
7.   VEOLIA_0956859
8.   VEOLIA_0957660
9.   VEOLIA_0994076
10.  VEOLIA_1015882
11.  VEOLIA_1046108
12.  VEOLIA_0241111
13.  VEOLIA_0412071
14.  VEOLIA_1032819
15.  VEOLIA_1032898
16.  VEOLIA_1040822
17.  VEOLIA_1040906
18.  VEOLIA_0955907
19.  VEOLIA_1042497
20.  VEOLIA_0241063

As to the remainder of the 1700 challenged documents, VNA shall indicate to the Court by August 9, 2023 whether it will request additional review by a court-appointed special master, as set forth at the conference.

The Court will hold its August 2023 Status Conference on **Wednesday August 30, 2023 at 1:00 pm**. Parties are to file proposed agenda items by **August 16, 2023**. The Court will issue an agenda by August 28, 2023.

The Court has set aside **Tuesday August 16, 2023 at 10:00 am** for a discovery conference, if needed. Per the Court's protocol (ECF No.

2

2348), **August 9, 2023 at 2:00 pm** is the deadline for notifying the Court

of an impasse for the August 16, 2023 conference.

IT IS SO ORDERED.

Dated: July 21, 2023                    s/Judith E. Levy
Ann Arbor, Michigan                     JUDITH E. LEVY
                                        United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 21, 2023.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager

3