# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases. | Judith E. Levy |
| | United States District Judge |
| _____/ | |

This Order Relates To:

*Bellwether III Cases*

_____/

## AMENDED SCHEDULING ORDER FOR <u>BELLWETHER III TRIAL</u>

The Court sets forth the schedule for the Bellwether III cases, as set forth below.

| Event | Deadline/ Date Range |
|---|---|
| Dr. Specht MATLAB code delivered to VNA | September 5, 2023 |
| Dr. Specht Deposition | TBD[1] |
| Defendants' Expert Reports and Disclosures (for experts not responsive to Dr. Bithoney ("Group A Defense Experts")) | July 26, 2023 |
| Plaintiffs' Reply Expert Reports (for those who are responsive to Group A Defense Experts + Due Date for Dr. Bithoney Replacement Expert Report and Complete Disclosure | August 16, 2023 |

---

[1] The parties indicated in the status conference held on July 19, 2023 that Dr. Specht's deposition will take place on our around September 25, 2023.

| | |
|---|---|
| Depositions of Plaintiffs' Experts (Dr. Bithoney and Replacement of Dr. Bithoney) + Defendants' IMEs of Plaintiffs (if needed) | September 18, 2023 to October 9, 2023 |
| Defendants' Reply Expert Reports (for Group A Defense Experts) | September 30, 2023 |
| Defendants' Expert Depositions (of Group A Defense Experts) (shall be limited only to those experts for whom the parties submit new or additional reports) | October 2, 2023 to October 23, 2023 |
| Defendants' Expert Reports and Disclosures (for experts responsive to Dr. Bithoney or Dr. Bithoney replacement ("Group B Defense Experts")) | October 23, 2023 |
| Plaintiffs' Reply Expert Report Depositions (for those who are responsive to Group A Defense Experts) | October 2, 2023 to October 27, 2023 |
| Plaintiffs' Reply Expert Reports (for those who are responsive to Group B Defense Experts) | November 6, 2023 |
| Defendants' Reply Expert Reports (for Group B Defense Experts) | November 20, 2023 |
| Defendants' Expert Depositions (of Group B Expert Reports) (shall be limited only to those experts for whom the parties submit new or additional reports) | November 20, 2023 to December 11, 2023 |
| Plaintiffs' Reply Expert Report Depositions (for those who are responsive to Group B Defense Experts) | December 13, 2023 to December 20, 2023 |
| Daubert and Summary Judgment Motions | December 29, 2023 |
| Daubert and Summary Judgment Response Briefs | February 5, 2024 |

| | |
|---|---|
| Daubert and Summary Judgment Reply Briefs | February 19, 2024 |
| Oral Argument on Daubert Motions | April 22, 2024 2:00pm cont'd if needed on April 23, 2024 2:00pm |
| Oral Argument on Summary Judgment Motions | April 24, 2024 2:00pm cont'd if needed on April 25, 2024 2:00pm |
| Deadline for Parties to Submit Joint Proposed Jury Questionnaire to the Court (via e-mail) | July 15, 2024 |
| Status Conference on Jury Questionnaire Content | July 22, 2024 2:00pm |
| Motions in Limine—Opening Briefs | July 29, 2024 |
| Motions in Limine—Response Briefs | August 12, 2024 |
| Motions in Limine—Reply Briefs | August 19, 2024 |
| Deadline for Parties to Ship 200 copies of Juror Questionnaires to Judge Levy's Chambers in Ann Arbor, Michigan | September 6, 2024 |
| Hearing on motions in limine (the Court will notify the parties in advance as to which motions will be argued) | September 12, 2024 10:30am |
| Summoned Jurors to Courthouse to Answer Questionnaires (Court Staff Only) (Jury Department takes approximately one week to process questionnaires and make them available to counsel and the Court) | September 13, 2024 |
| Deposition Designations (due for exchange between parties) | *Parties to propose deadline* |
| Objections to Deposition Designations and Counter-Designations (due for exchange between parties) | *Parties to propose deadline* |
| Deadline for Submitting Deposition Designations Matrices and Highlighted Transcripts to the Court (via e-mail) | September 16, 2024 |

| Parties to File Jointly Proposed Jury Instructions and Verdict Form | September 16, 2024 |
| --- | --- |
| Parties to Submit Joint Final Pretrial Order (use Utilities function in CM/ECF and e-mail) | September 16, 2024 |
| Parties to Submit Jointly Proposed Voir Dire Questions and Joint Statement of the Case (via e-mail) | September 20, 2024 |
| Status Conference Regarding Excusals Based on Jury Questionnaire Responses | TBD |
| Final Pretrial Conference and Hearing on proposed Jury Instructions and Verdict Form | September 23, 2024 10:30am cont'd if needed on September 24, 2024 10:30am |
| Deadline for Court to Inform Jury Dept of Excusals Based on Questionnaires (Court Staff Only) | October 2, 2024 |
| Hearing Regarding Misc. Pretrial Matters (if needed) | October 7, 2024 10:30am |
| First Day of Trial/Voir Dire | October 8, 2024 8:30am |

Hearings will be conducted in person in Ann Arbor, Michigan unless the Court notifies the parties in advance otherwise.

IT IS SO ORDERED.

Dated: July 21, 2023　　　　　　　　s/Judith E. Levy
　　Ann Arbor, Michigan　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　　United States District Judge

4

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 21, 2023.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager
