UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

    *Bellwether II Cases*

_____/

# AMENDED SCHEDULING ORDER FOR **BELLWETHER II TRIAL**

The Court sets forth the schedule for the Bellwether II cases, as set forth below.

| Event | Deadline/ Date Range |
|---|---|
| Deadline for Pool Two Claimants to fully respond to all written discovery, including providing any additional requested waivers for medical or other information | August 7, 2023 |
| Counsel for Plaintiffs and Counsel for Defendants shall each identify seven (7) claimants from among the Pool Two Claimants who will be engaged in further discovery ("Pool Three Claimants").[1] | September 11, 2023 |

---

[1] The parties most recent stipulation indicates that Defendants must receive satisfactory discovery responses and resolve any disputes regarding Pool 2 discovery 21 days prior to Pool 3 selection. (*See* ECF No. 2518, PageID.83631.)

| | |
|---|---|
| Defendants may begin noticing home inspections and testimonial depositions of the Pool Three Claimants and witnesses in accordance with CMO 5 (except that depositions may be noticed 15 days in advance of taking them). | September 12, 2023 |
| Merits discovery complete for Pool Three Claimants. | December 7, 2023 |
| Plaintiffs to provide expert disclosures and reports. The Plaintiffs shall include in the disclosure three dates on which each expert is available for deposition within sixty (60) days of the disclosure. All Plaintiffs alleging personal injuries must be available for Rule 35 examinations starting ten (10) days after plaintiffs' expert disclosures and reports are served. | December 8, 2023 |
| Defendants to provide expert disclosures and reports. The Defendants will include in the disclosure three dates on which each expert is available for deposition within sixth (60) days of the disclosure. | March 8, 2024 |
| Plaintiffs to provide expert rebuttal reports | April 19, 2024 |
| Defendants to provide expert rebuttal reports. | May 31, 2024 |
| Reply expert report depositions. | June 3, 2024 to June 10, 2024 |
| The parties to each identify two (2) plaintiffs, for a total of four (4), to continue to Pool Four.[2] | November 6, 2023 |
| Daubert and Summary Judgment Motions | August 9, 2024 |

---

[2] Defendants must receive satisfactory discovery responses and resolve any disputes regarding Pool 3 discovery 21 days prior to Pool 4 selection.

| | |
|---|---|
| Daubert and Summary Judgment Response Briefs | September 20, 2024 |
| Daubert and Summary Judgment Reply Briefs | October 18, 2024 |
| Oral Argument on Daubert Motions | December 9, 2024 2:00pm cont'd if needed on December 10, 2024 2:00pm |
| Oral Argument on Summary Judgment Motions | December 11, 2024 2:00pm cont'd if needed on December 12, 2024 2:00pm |
| Deadline for Parties to Submit Joint Proposed Jury Questionnaire to the Court (via e-mail) | February 18, 2025 |
| Status Conference on Jury Questionnaire Content | February 24, 2025 2:00pm |
| Motions in Limine—Opening Briefs | March 3, 2025 |
| Motions in Limine—Response Briefs | March 17, 2025 |
| Motions in Limine—Reply Briefs | March 24, 2025 |
| Deadline for Parties to Ship 200 copies of Juror Questionnaires to Judge Levy's Chambers in Ann Arbor, Michigan | April 4, 2025 |
| Deposition Designations (due for exchange between parties) | *Parties to propose deadline* |
| Objections to Deposition Designations and Counter-Designations (due for exchange between parties) | *Parties to propose deadline* |
| Hearing on motions in limine (the Court will notify the parties in advance as to which motions will be argued) | April 10, 2025 10:30am |

3

| | |
|---|---|
| Summoned Jurors to Courthouse to Answer Questionnaires (Court Staff Only) (Jury Department takes approximately one week to process questionnaires and make them available to counsel and the Court) | April 11, 2025 |
| Deadline for Submitting Deposition Designations Matrices and Highlighted Transcripts to the Court (via e-mail) | April 21, 2025 |
| Parties to File Jointly Proposed Jury Instructions and Verdict Form | April 21, 2025 |
| Parties to Submit Joint Final Pretrial Order (use Utilities function in CM/ECF and e-mail) | April 21, 2025 |
| Parties to Submit Jointly Proposed Voir Dire Questions and Joint Statement of the Case (via e-mail) | April 25, 2025 |
| Status Conference Regarding Excusals Based on Jury Questionnaire Responses | TBD |
| Final Pretrial Conference and Hearing on proposed Jury Instructions and Verdict Form | April 28, 2025 10:30am cont'd if needed on April 29, 2025 10:30am |
| Deadline for Court to Inform Jury Dept of Excusals Based on Questionnaires (Court Staff Only) | May 7, 2025 |
| Hearing Regarding Misc. Pretrial Matters (if needed) | May 12, 2025 10:30am |
| First Day of Trial/Voir Dire | May 13, 2025 8:30am |

Hearings will be conducted in person in Ann Arbor, Michigan unless the Court notifies the parties in advance otherwise.

IT IS SO ORDERED.

Dated: July 21, 2023          s/Judith E. Levy
    Ann Arbor, Michigan         JUDITH E. LEVY

4

           United States District Judge

## CERTIFICATE OF SERVICE

 The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 21, 2023.

           s/William Barkholz
           WILLIAM BARKHOLZ
           Case Manager