# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

## AGENDA FOR JULY 25, 2023 DISCOVERY CONFERENCE

The Court will hold a discovery conference on these cases on **Tuesday July 25, 2023 at 1:00 pm** via Zoom video conference. The Zoom link has been docketed in 16-10444.

The agenda will be as follows, although the Court may adjust the agenda prior to the conference if necessary.

1. Individual Plaintiffs' request to discuss their challenges to Veolia's response to Plaintiffs' Fifth RPDs and accompanying privilege assertions.

**IT IS SO ORDERED.**

Dated: July 25, 2023　　　　　　　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　　　United States District Judge

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 25, 2023.

                                        s/William Barkholz
                                        WILLIAM BARKHOLZ
                                        Case Manager