UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION

| | |
|---|---|
| *In re* FLINT WATER CASES | Civil Action No.: 5:16-cv-10444-JEL (consolidated) |
| Anderson, et al., <br>     *Plaintiffs,* <br> V <br> City of Flint, Michigan, et al., <br>     *Defendants.* | Honorable Judith E. Levy <br><br> No. 5:17-cv-13890-JEL |

**ANDERSON PLAINTIFFS' PROOF OF SERVICE OF STATEMENT NOTING A PARTY'S DEATH ON LEO G. SENIFF, JR. AND KATHLEEN A. SENIFF'S NON-PARTY SUCCESSORS**

In accordance with the Federal Rule of Civil Procedure 25(a)(1), the ANDERSON Plaintiffs, through Plaintiff, Amy Lovasz, Personal Representative of the Estate of Kathleen A. Seniff, and the Successor Representative of the Estate of Leo G. Seniff, Jr. hereby files their Proof of Service, through counsel, on Leo G. Seniff's and Kathleen A. Seniff's Non-Party Successors of the Filed Notices of Death, ECF 2526 and ECF 2527, filed herein on July 25, 2023, by electronic means:

Ann Kaufeld – annkaufeld@yahoo.com

Dale Seniff – Daleseniff@mac.com

Donald Seniff – Donseniff@yahoo.com

Date:  July 25, 2023							Respectfully Submitted,

WASHINGTON LEGAL

By:  */s/ Valdemar L. Washington*
Valdemar L. Washington (P27165)
Gladys L. Christopherson (P37476)
Attorneys for Leo Seniff
P.O. Box 187
Flint, MI 48501-0187
(810) 407-6868
val@vlwlegal.com
gladys@vlwlegal.com

## CERTIFICATE OF SERVICE

      I, Valdemar L. Washington, counsel of record for Plaintiff, Kathleen Seniff, certify that on July 25, 2023, I caused the within Proof of Service to be filed electronically with the Clerk of Courts through the Court's ECF filing system which will cause it to be served automatically by electronic means to counsel of record for all parties.

*/s/ Valdemar L. Washington*
Valdemar L. Washington