# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re Flint Water Cases 16-10444*

_____/   The Hon. Judith E. Levy
United States District Judge

*Bellwether III Case No. 17-10164*

_____/

## NOTICE OF FILING LETTER ON THE DOCKET

Pursuant to the Court's July 19, 2023 oral ruling, **[ECF No. 2540, PageID.83975**], Plaintiffs submit this notice of filing for Plaintiffs' letter brief regarding Plaintiffs' challenge to the Veolia Defendant's privilege-log entries. Attached as **Exhibit A** to this notice is a combined PDF including Plaintiffs' May 31, 2023 letter to the Court and its two accompanying exhibits.

Dated: July 27, 2023                                Respectfully submitted,

*/s/ Melanie Daly*
Melanie Daly
605 Third Ave., 33rd Fl. New York, New York 10158
(212) 605-6200
mdaly@levylaw.com

## CERTIFICATE OF SERVICE

  I, Melanie Daly, hereby certify that on July 27, 2023, the foregoing document and the attached exhibits were served on all counsel of record via the court's ECF system.

*/s/ Melanie Daly*
Melanie Daly
