UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re Flint Water Cases 16-10444*

_____/

The Hon. Judith E. Levy
United States District Judge

*Bellwether III Case No. 17-10164*

_____/

## NOTICE OF OBJECTION
## TO DESIGNATIONS OF PROTECTED MATERIAL

Pursuant to the Court's December 19, 2019 Confidentiality Order [Case No. 16-cv-10444, ECF No. 299],[1] Plaintiffs challenge the designations of the following documents previously produced by the Veolia Defendants ("Veolia"), each of which has been designated CONFIDENTIAL:

1. VWNAOS085515
2. VWNAOS085515.0001
3. VWNAOS085516
4. VWNAOS085516.0001
5. VWNAOS090992
6. VWNAOS090992.0001
7. VWNAOS090992.0002

---

[1] *See also* Fifth Amended Case Management Order [Case No. 16-cv-10444, ECF No. 1255-3].

8. VWNAOS090992.0003

9. VWNAOS090992.0004

10. VWNAOS091116

11. VWNAOS091117

12. VWNAOS091117.0001

13. VWNAOS091121

14. VWNAOS091123

15. VWNAOS091124

16. VWNAOS091129

17. VWNAOS091129.0001

18. VWNAOS091160

19. VWNAOS091160.0001

20. VWNAOS164993

21. VWNAOS164993.0001

22. VWNAOS164994

23. VWNAOS164994.0001

24. VWNAOS526234

25. VWNAOS528237

26. VWNAOS528237.0001

27. VWNAOS528366

28. VWNAOS528366.0001
29. VWNAOS528366.0002
30. VWNAOS528366.0003
31. VWNAOS552988
32. VWNAOS552988.0001
33. VWNAOS552989
34. VWNAOS552989.0001
35. VWNAOS552999
36. VWNAOS552999.0001
37. VWNAOS553019
38. VWNAOS553019.0001
39. VWNAOS553020
40. VWNAOS553020.0001
41. VWNAOS553134
42. VWNAOS553290
43. VWNAOS553290.0001
44. VWNAOS553469
45. VWNAOS555473
46. VWNAOS555473.0001
47. VWNAOS555473.0002

48. VWNAOS555522

49. VWNAOS555522.0001

50. VWNAOS555574

51. VWNAOS555574.0001

52. VWNAOS555574.0002

53. VWNAOS555574.0003

54. VWNAOS555602

55. VWNAOS555602.0001

56. VWNAOS557195

57. VWNAOS557195.0001

58. VWNAOS557195.0002

59. VWNAOS557207

60. VWNAOS557212

61. VWNAOS557212.0001

62. VWNAOS557213

63. VWNAOS557213.0001

64. VWNAOS558968

65. VWNAOS558981

66. VWNAOS559054

67. VWNAOS559054.0001

5

68. VWNAOS559054.0002

69. VWNAOS559054.0003

70. VWNAOS559054.0004

71. VWNAOS559056

72. VWNAOS559056.0001

73. VWNAOS559056.0002

74. VWNAOS559056.0003

75. VWNAOS559056.0004

76. VWNAOS559056.0005

77. VWNAOS559057

78. VWNAOS559057.0001

79. VWNAOS559057.0002

80. VWNAOS559057.0003

81. VWNAOS559057.0004

82. VWNAOS559057.0005

83. VWNAOS559057.0006

84. VWNAOS559324

85. VWNAOS559324.0001

86. VWNAOS559325

87. VWNAOS559325.0001

88. VWNAOS559351

89. VWNAOS559379

90. VWNAOS559379.0001

Plaintiffs informed Veolia of their formal challenge to these designations on July 29, 2023 via email.[2] Veolia (finally) responded thirteen days later on Friday, August 11, 2023, at 5:15 p.m., (less than seven hours before Plaintiffs were permitted to file this Notice).[3] Conveniently, Veolia suggested a discussion for Wednesday, August 16, 2023, regarding the designations, despite an already scheduled *Meet and Confer* on Monday, August 14, 2023 (intended to address other issues).[4] Plaintiffs responded within the hour, advising our availability any time before Saturday, August 12, 2023, at 5:00 p.m., EDT (but also expressed an unwillingness to delay this filing past that time).[5] Veolia did not respond.

---

[2] July 28, 2023 correspondence to Veolia (Challenge to Confidentiality Designations), attached hereto as **Exhibit A** and incorporated by reference as if fully stated herein.

[3] August 11, 2023 correspondence from Veolia (Responding to Confidentiality Challenge), attached hereto as **Exhibit B** and incorporated by reference as if fully stated herein.

[4] August 10, 2023 correspondence from Veolia (Confirming *Meet and Confer*), attached hereto as **Exhibit C** and incorporated by reference as fully stated herein.

[5] Correspondence to Veolia (Plaintiffs are Available), attached hereto as **Exhibit D** and incorporated by reference as if fully stated herein.

The subject documents do not contain confidential information under applicable law or pursuant to this Court's prior orders. Thus, because there is a profound public interest in the Flint Water Crisis and in this litigation (as Veolia and the Court have consistently claimed); because the truth matters (as Veolia has vigorously and publicly argued);[6] and in light of Veolia's significant public presence online and Veolia's continued public misinformation campaign,[7] these documents must be de-designated as CONFIDENTIAL. Further, if any are made public, such would not cause oppression, competitive disadvantage, infringement of privacy rights established by statute or regulation, or infringement of confidentiality requirements established by statute or regulation with respect to government purchasing or other operations. Conversely, and perhaps most importantly, doing so might begin to level the playing field.

Dated: August 12, 2023          Respectfully submitted,

/s/ Corey M. Stern
Corey M. Stern
Melanie Daly
605 Third Ave., 33rd Fl.
New York, New York 10158
cstern@levylaw.com
mdaly@levylaw.com

---

[6] *See* @VNAFlintFacts: Description of Twitter handle, attached hereto as **Exhibit E** and incorporated by reference as if fully stated herein.

[7] *See* Declaration of Lauren H. Cohen, Ph.D., previously filed in Case No. 16-cv-10444 [ECF No. 2550], attached hereto as **Exhibit F** and incorporated by reference as if fully stated herein.

## CERTIFICATE OF SERVICE

I, Corey Stern, hereby certify that on August 12, 2023 the foregoing document and the attached exhibits were served on all counsel of record via the court's ECF system.

*/s/ Corey M. Stern*
Corey M. Stern