# EXHIBIT A

| | |
|---|---|
| **Subject:** | FWC - Challenge to "Confidential" Designations |
| **Date:** | Saturday, July 29, 2023 at 9:39:02 AM Eastern Daylight Time |
| **From:** | Corey Stern |
| **To:** | Michael A. Olsen, Jim Campbell |
| **CC:** | Melanie Daly, Ted Leopold, Jordan Connors, Steve Morrissey, Paul Novak, Hunter Shkolnik, Patrick Lanciotti, Hunter Shkolnik, Richard Kuhl, Margaret Bettenhausen, TMendel, Bill Kim, Sheldon Klein, Rick Berg, Wayne B. Mason, David C. Kent, Philip Erickson, Susan Smith, Brian MacDonald, Todd Weglarz, Donald Dawson, Michael L. Williams, Eric A. Rey, Alaina Devine, Kristin M. Dupre, Richard P. Campbell, Andreas Ringstad, Jack J. O'Donnell , John R. Penhallegon, Chris Muha, Christopher R. Howe, Christopher D. Fletcher, William C. Cahill, Kelly Kramer, Kristin Silverman, Mark Ter Molen, William Sinnott, Minh Olivier Nguyen-Dang, Chris Weld, Susan Smith, Brian MacDonald, Thompson, Craig S., travis.gamble@faegredrinker.com, vance.wittie@faegredrinker.com, Moshe S. Maimon, Jerome Block |
| **Attachments:** | 2023.07.29 Letter to Veolia (Confidential Designations)[35].pdf |

Counsel for Veolia –

Please see correspondence attached related to the above-referenced matter.

Best,

Corey M. Stern
Levy Konigsberg, LLP
605 Third Avenue, 33rd Floor
New York, New York 10158
(212)605-6298
(212)605-6290 (facsimile)
www.levylaw.com

**LEVY KONIGSBERG LLP**
ATTORNEYS AT LAW
605 THIRD AVENUE, 33RD FLOOR
NEW YORK, NY 10158

———

NEW JERSEY OFFICE
QUAKERBRIDGE EXECUTIVE OFFICE
101 GROVERS MILL ROAD
LAWRENCEVILLE, NJ 08648
TELEPHONE: (609) 720-0400
FAX: (609) 720-0457

(212) 605-6200
FAX: (212) 605-6290
WWW.LEVYLAW.COM

ALBANY OFFICE
90 STATE STREET
ALBANY, NY 12207
TELEPHONE: (518) 286-5068

Writer's Direct Email: cstern@levylaw.com

July 29, 2023

**<u>VIA EMAIL & CERTIFIED MAIL (RRR)</u>**
James Campbell, Esq.
Campbell Conroy & O'Neil, P.C.
200 City Square, Suite 300
Boston, MA 02129

Michael A. Olsen, Esq.
Mayer Brown, LLP
71 South Wacker Drive
Chicago, IL 60606

    **RE:   <u>IN RE FLINT WATER CASES – PRODUCTION OF DOCUMENTS
            CHALLENGE TO "CONFIDENTIAL" DESIGNATIONS</u>**

Mr. Campbell, Mr. Olsen:

    Please be advised that pursuant to the Court's Confidentiality Order,[1] Plaintiffs hereby formally challenge the "Confidential" designations of the following documents:

1. VWNAOS085515
2. VWNAOS085515.0001
3. VWNAOS085516
4. VWNAOS085516.0001
5. VWNAOS090992
6. VWNAOS090992.0001
7. VWNAOS090992.0002
8. VWNAOS090992.0003
9. VWNAOS090992.0004
10. VWNAOS091116
11. VWNAOS091117
12. VWNAOS091117.0001
13. VWNAOS091121
14. VWNAOS091123
15. VWNAOS091124

---

[1] *See* Case No. 16-cv-10444 (ECF. No. 1255-3).

16. VWNAOS091129
17. VWNAOS091129.0001
18. VWNAOS091160
19. VWNAOS091160.0001
20. VWNAOS164993
21. VWNAOS164993.0001
22. VWNAOS164994
23. VWNAOS164994.0001
24. VWNAOS526234
25. VWNAOS528237
26. VWNAOS528237.0001
27. VWNAOS528366
28. VWNAOS528366.0001
29. VWNAOS528366.0002
30. VWNAOS528366.0003
31. VWNAOS552988
32. VWNAOS552988.0001
33. VWNAOS552989
34. VWNAOS552989.0001
35. VWNAOS552999
36. VWNAOS552999.0001
37. VWNAOS553019
38. VWNAOS553019.0001
39. VWNAOS553020
40. VWNAOS553020.0001
41. VWNAOS553134
42. VWNAOS553290
43. VWNAOS553290.0001
44. VWNAOS553469
45. VWNAOS555473
46. VWNAOS555473.0001
47. VWNAOS555473.0002
48. VWNAOS555522
49. VWNAOS555522.0001
50. VWNAOS555574
51. VWNAOS555574.0001
52. VWNAOS555574.0002
53. VWNAOS555574.0003
54. VWNAOS555602
55. VWNAOS555602.0001
56. VWNAOS557195
57. VWNAOS557195.0001
58. VWNAOS557195.0002
59. VWNAOS557207
60. VWNAOS557212
61. VWNAOS557212.0001
62. VWNAOS557213
63. VWNAOS557213.0001
64. VWNAOS558968

65. VWNAOS558981
66. VWNAOS559054
67. VWNAOS559054.0001
68. VWNAOS559054.0002
69. VWNAOS559054.0003
70. VWNAOS559054.0004
71. VWNAOS559056
72. VWNAOS559056.0001
73. VWNAOS559056.0002
74. VWNAOS559056.0003
75. VWNAOS559056.0004
76. VWNAOS559056.0005
77. VWNAOS559057
78. VWNAOS559057.0001
79. VWNAOS559057.0002
80. VWNAOS559057.0003
81. VWNAOS559057.0004
82. VWNAOS559057.0005
83. VWNAOS559057.0006
84. VWNAOS559324
85. VWNAOS559324.0001
86. VWNAOS559325
87. VWNAOS559325.0001
88. VWNAOS559351
89. VWNAOS559379
90. VWNAOS559379.0001

These documents do not contain private, non-public, confidential, competitively sensitive, or proprietary information not readily ascertainable through lawful means by the public. Furthermore, if any of these documents were to be made public, such would not cause oppression, competitive disadvantage, infringement of privacy rights established by statute or regulation, or infringement of confidentiality requirements established by statute or regulation with respect to government purchasing or other operations.

This letter is a formal demand to withdraw all such designations.

Very Truly Yours,

**LEVY KONIGSBERG, LLP**

Corey M. Stern

*Cc:* *(By email only)*
*Theodore Leopold & Jordan Connors (Class Counsel)*
*Hunter Shkolnik & Patrick Lanciotti (Co-Liaison Counsel)*
*Richard Kull & Margaret Bettenhausen (Counsel for the State)*
*William Kim & Sheldon Klein (Counsel for the City of Flint)*
*Wayne Mason & David Kent (Counsel for LAN/LAD)*
*Craig Thompson (Counsel for Rowe)*
*Susan Smith & Brian MacDonald (Counsel for McLaren)*
*Todd Weglarz & Donald Dawson (Counsel for certain Legionella Plaintiffs)*
*Michael Williams & Eric Rey (Counsel for the USEPA)*
*All Veolia Entities' Counsel of Record or otherwise known*