UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

**NOTICE REGARDING AUGUST 16, 2023 DISCOVERY CONFERENCE**

The Court reserved Wednesday August 16, 2023 at 10:00 am for a discovery conference. Individual Plaintiffs and VNA submitted the following topics for discussion:

1. Individual Plaintiffs' request to discuss VNA's "unofficially identified" expert, Dr. Stephen Nelson. Individual Plaintiffs state that Dr. Nelson's opinions will likely pertain to Dr. Hoffman's and Dr. Krishnan's, insofar as he will be performing DMEs. Because VNA didn't officially identify Dr. Nelson as a "Group A Expert," Individual Plaintiffs assume that he will be part of VNA's "Group B Experts." Thus, Individual Plaintiffs

argue that it would be prudent for Dr. Hoffman and Dr. Krishnan to reply only once to all of VNA's experts who are/will be addressing their opinions. Plaintiffs request that Dr. Hoffman and Dr. Krishnan be permitted to submit their reply reports in conjunction with the schedule for "Group B Experts."

2. Individual Plaintiffs seek a thirty-day extension for reply reports as to Dr. Russell and Dr. Crakes (and potentially to Dr. Hoffman and Dr. Krishnan depending on how item #1 above is resolved).

3. Individual Plaintiffs request that the deadlines corresponding to VNA's expert reports and depositions related to Dr. Specht match the length of time between Plaintiffs other experts' reports/depositions and when VNA's expert's reports are due, and when their depositions take place. Presently, Plaintiffs state that VNA seeks to provide their experts' opinions as to Dr. Specht "within a reasonable time."

4. Individual Plaintiffs seek nine specific documents from VNA that were outlined in a letter Plaintiffs sent to counsel for VNA on August 4, 2023, which as of August 9, 2023 was unanswered.

Plaintiffs expect this issue will be disputed and request the Court address the matter.

5. Individual Plaintiffs seek to discuss the current discovery dispute protocol with the Court.

6. Individual Plaintiffs seek to discuss the current protocol for challenging confidentiality designations.

7. VNA seeks to discuss the Bellwether III Schedule and Plaintiff Pool Reduction. Specifically, VNA states that co-liaison counsel submitted a number of individual topics related to the Bellwether III schedule for the August 16 discovery conference. While the parties continue to meet and confer on these various issues, VNA requests that the Court comprehensively address (if necessary) the Bellwether III scheduling issues rather than addressing individual issues as identified by Plaintiffs in isolation. VNA also wishes to address a schedule and process for reducing the Bellwether III plaintiff pool from 10 or 8, consistent with the Court's prior orders (ECF No. 2179 and ECF No. 2220) and the parties' prior discussions.

8. VNA seeks to address the Bellwether II Discovery Responses. In April 2023, after VNA identified a number of deficiencies in the Bellwether II written discovery responses (interrogatories, document requests, and requests for admission to 40 adult plaintiffs), the parties met and conferred and agreed to two subsequent CMO extensions for Plaintiffs to address the deficiencies that VNA identified and that, for the most part, Plaintiffs did not dispute. VNA received supplemental interrogatory responses for only 15 of the 40 Plaintiffs, and VNA's position is that those supplemental responses provided very little additional information. The parties intend to further meet and confer on this issue, but, if necessary, VNA requests that the Court address at the next discovery conference the various outstanding and deficient discovery responses (e.g., outstanding and incomplete interrogatory responses, as well as outstanding document productions, responses to requests to admit, and verifications for interrogatory responses).

9. VNA requests that the Court address Plaintiffs' PR Discovery Submission and VNA Response. Pursuant to the Court's August

4

2, 2023 ruling (ECF No. 2543) and related prior comments, Plaintiffs filed a report regarding their "discovery into VNA's media/PR initiatives" on August 9, 2023. VNA anticipates that it will request a right to file briefing responsive to Plaintiffs' report, consistent with the Court's comments during the May 17, 2023 hearing (e.g., ECF No. 2453 at 9:24–10:4). VNA requests that the Court address the timing of that briefing.

The Court will **not** hold a discovery conference on August 16, 2023 on these issues. Rather, the parties are ordered to conduct a meet and confer regarding the nine issues set forth above. After conducting the meet and confer, the parties must file on the docket a joint statement regarding the status of each of the issues that specifically sets forth: (1) whether the issue has been resolved; (2) if the issue has not been resolved, what dispute remains.

The parties' joint statement must be filed no later than **4:00pm on Wednesday August 16, 2023**. The joint statement shall not exceed 8 pages in length, 14 point font, and be double-spaced with 1" margins.

**IT IS SO ORDERED.**

Dated: August 14, 2023          s/Judith E. Levy
Ann Arbor, Michigan          JUDITH E. LEVY

5

United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 14, 2023.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager