# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.         Judith E. Levy
       United States District Judge
_____/

This Order Relates To:

   *Bellwether III Cases*
_____/

## ORDER SETTING DEADLINES RELATED TO DISCOVERY MATTERS IN THE BELLWETHER III CASE

On August 9, 2023, Individual Plaintiffs filed a report regarding the status of their discovery into VNA's media and PR initiatives. VNA may file a response no later than **Friday September 1, 2023**. The filing shall not exceed 10 pages in length. VNA may file exhibits, not to exceed 50 pages.

Next, VNA notified the Court that it will conduct its own internal review of its previously-designated privileged documents in light of the Court's rulings on July 19, 2023. VNA is ordered to complete its internal review and produce all documents from the initial batch of 1600 documents subject to the Court's rulings on VNA's assertion of privilege and/or work product no later than **Friday August 19, 2023 at 5:00pm**.

The next batch of previously-designated privileged documents from after January 2017 must be produced no later than **Monday, August 28, 2023 at 5:00pm.**

IT IS SO ORDERED.

Dated: August 15, 2023      s/Judith E. Levy
    Ann Arbor, Michigan      JUDITH E. LEVY
                                            United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 15, 2023.

                                           s/William Barkholz
                                           WILLIAM BARKHOLZ
                                           Case Manager