UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Document Relates To:

*Bellwether III Cases*
    Case No. 17-10164

_____/

**JOINT STIPULATION REGARDING DR. SPECHT RELATED DEADLINES FOR BELLWETHER III TRIAL**

Bellwether III Plaintiffs and Defendants Veolia Water North America Operating Services, LLC, Veolia North America, Inc., and Veolia North America, LLC (the "VNA Defendants") have come to an agreement supplementing and extending certain deadlines set forth on the Court's latest scheduling order [ECF. No. 2533].[1] Accordingly, Plaintiffs and the VNA Defendants stipulate and agree to the following pre-trial deadlines:

---

[1] The additional or modified deadlines are indicated in red font.

## DR. SPECHT/ RESPONSIVE TO

| Event | Deadline/ Date Range |
|---|---|
| Dr. Specht MATLAB code delivered (in different format) | September 5, 2023 |
| Dr. Specht Deposition | September 25, 2023 through September 29, 2023 |
| Defendants' Expert Report and Disclosure -- response to Dr. Specht | October 27, 2023 |
| Plaintiffs' Reply Expert Report -- replying to response to Dr. Specht | November 13, 2023 |
| Defendants' Reply Expert Report -- respone to Dr. Specht | November 27, 2023 |
| Defendants' Expert Deposition -- response to Dr. Specht (shall be limited to new or additional reports) | November 29, 2023 to December 13, 2023 |
| Plaintiffs' Reply Expert Report Depositions -- of Dr. Specht | December 18, 2023 to December 22, 2023 |

## DR. BITHONEY & POTENTIAL REPLACEMENT/ RESPONSIVE TO (GROUP B) AND DR. KRISHNAN AND DR. HOFFMAN/ RESPONSIVE TO

| Event | Deadline/ Date Range |
|---|---|
| Due Date for Dr. Bithoney Replacement Expert Report and Complete Disclosure | August 16, 2023 |
| Depositions of Plaintiffs' Experts (Dr. Bithoney and Replacement of Dr. Bithoney) + Defendants' IMEs of Plaintiffs (if needed) | September 18, 2023 to October 9, 2023 |
| Defendants' Expert Reports and Disclosures (for experts responsive to Dr. Bithoney or Dr. Bithoney replacement ("Group B Defense Experts")) | October 23, 2023 |

| | |
|---|---|
| Plaintiffs' Reply Expert Reports (for those who are responsive to Group B Defense Experts)<br><br>**And Dr. Krishnan-Jourdan  & Dr. Hoffman** | November 10, 2023 |
| Defendants' Reply Expert Reports (for Group B Defense Experts)<br><br>**And responsive to Dr. Krishnan-Jourdan  & Dr. Hoffman** | November 27, 2023 |
| Defendants' Expert Depositions (of Group B Expert Reports) (shall be limited only to those experts for whom the parties submit new or additional reports)<br><br>**And responsive to Dr. Krishnan-Jourdan & Dr. Hoffman** | November 20, 2023 to December 11, 2023 |
| Plaintiffs' Reply Expert Report Depositions (for those who are responsive to Group B Defense Experts<br><br>**And responsive to Dr. Krishnan-Jourdan & Dr. Hoffman** | December 13, 2023 to December 20, 2023 |

3

## DR. CRAKES AND DR. RUSSELL/ RESPONSIVE TO

| Event | Deadline/ Date Range |
|---|---|
| Defendants' Expert Reports and Disclosures (for experts not responsive to Dr. Bithoney ("Group A Defense Experts")) | July 26, 2023 |
| Plaintiffs' Reply Expert Reports (for those who are responsive to Group A Defense Experts | September 19, 2023 |
| Defendants' Reply Expert Reports (for Group A Defense Experts) | October 30, 2023 |
| Defendants' Expert Depositions (of Group A Defense Experts) (shall be limited only to those experts for whom the parties submit new or additional reports) | November 1, 2023 to November 22, 2023 |
| Plaintiffs' Reply Expert Report Depositions (for those who are responsive to Group A Defense Experts) | November 1, 2023 to November 27, 2023 |

## REMAINING DEADLINES

| Event | Deadline/ Date Range |
|---|---|
| Daubert and Summary Judgment Motions | December 29, 2023 |
| Daubert and Summary Judgment Response Briefs | February 5, 2024 |
| Daubert and Summary Judgment Reply Briefs | February 19, 2024 |

|  |  |
|---|---|
| Oral Argument on Daubert Motions | April 22, 2024 2:00pm cont'd if needed on April 23, 2024 2:00pm |
| Oral Argument on Summary Judgment Motions | April 24, 2024 2:00pm cont'd if needed on April 25, 2024 2:00pm |
| Deadline for Parties to Submit Joint Proposed Jury Questionnaire to the Court (via e-mail) | July 15, 2024 |
| Status Conference on Jury Questionnaire Content | July 22, 2024 2:00pm |
| Motions in Limine—Opening Briefs | July 29, 2024 |
| Motions in Limine—Response Briefs | August 12, 2024 |
| Motions in Limine—Reply Briefs | August 19, 2024 |
| Deadline for Parties to Ship 200 copies of Juror Questionnaires to Judge Levy's Chambers in Ann Arbor, Michigan | September 6, 2024 |
| Hearing on motions in limine (the Court will notify the parties in advance as to which motions will be argued) | September 12, 2024 10:30am |
| Summoned Jurors to Courthouse to Answer Questionnaires (Court Staff Only) (Jury Department takes approximately one week to process questionnaires and make them available to counsel and the Court) | September 13, 2024 |

| | |
|---|---|
| Deposition Designations (due for exchange between parties) | Parties to propose deadline |
| Objections to Deposition Designations and Counter-Designations (due for exchange between parties) | Parties to propose deadline |
| Deadline for Submitting Deposition Designations Matrices and Highlighted Transcripts to the Court (via e-mail) | September 16, 2024 |
| Parties to File Jointly Proposed Jury Instructions and Verdict Form | September 16, 2024 |
| Parties to Submit Joint Final Pretrial Order (use Utilities function in CM/ECF and e-mail) | September 16, 2024 |
| Parties to Submit Jointly Proposed Voir Dire Questions and Joint Statement of the Case (via e-mail) | September 20, 2024 |
| Status Conference Regarding Excusals Based on Jury Questionnaire Responses | TBD |
| Final Pretrial Conference and Hearing on proposed Jury Instructions and Verdict Form | September 23, 2024 10:30am cont'd if needed on September 24, 2024 10:30am |
| Deadline for Court to Inform Jury Dept of Excusals Based on Questionnaires (Court Staff Only) | October 2, 2024 |
| Hearing Regarding Misc. Pretrial Matters (if needed) | October 7, 2024 |
| First Day of Trial/Voire Dire | October 8, 2024 |

Dated: August 15, 2023                    Respectfully submitted,

/s/ Corey M. Stern

Corey M. Stern
Melanie Daly
LEVY KONIGSBERG, LLP
605 3rd Ave., 33rd Floor
New York, NY 10158
(212) 605-6200
cstern@levylaw.com

/s/ Patrick J. Lanciotti

Patrick J. Lanciotti
NAPOLI SHKOLNIK PLLC
360 Lexington Avenue, 11th Floor
New York, NY, 10017
(212) 397-1000
planciotti@napolilaw.com

***ATTORNEYS FOR BELLWETHER III PLAINTIFFS***

CAMPBELL CONROY & O'NEIL, P.C.

/s/ James M. Campbell

James M. Campbell
Alaina N. Devine
20 City Square, Suite 300
Boston, MA  02129
(617) 241-3000
jmcampbell@campbell-trial-lawyers.com
adevine@campbell-trial-lawyers.com

MAYER BROWN LLP

/s/ Michael A. Olsen

Michael A. Olsen
71 S. Wacker Drive
Chicago, IL 60606
(312) 782-0600
molsen@mayerbrown.com

***ATTORNEYS FOR VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC,  VEOLIA NORTH AMERICA, LLC, AND VEOLIA NORTH AMERICA, INC.***

## **CERTIFICATE OF SERVICE**

I, Melanie Daly, hereby certify that on August 16, 2023, the foregoing document and the attached exhibits were served on all counsel of record via the court's ECF system.

*/s/ Melanie Daly*
Melanie Daly