# EXHIBIT A

| | |
|---|---|
| **Subject:** | FWC - Challenge (2) to "Confidential" Designations |
| **Date:** | Thursday, August 3, 2023 at 11:00:59 AM Eastern Daylight Time |
| **From:** | Corey Stern |
| **To:** | Michael A. Olsen, Jim Campbell |
| **CC:** | Melanie Daly, Ted Leopold, Jordan Connors, Steve Morrissey, Paul Novak, Hunter Shkolnik, Patrick Lanciotti, Hunter Shkolnik, Richard Kuhl, Margaret Bettenhausen, TMendel, Bill Kim, Sheldon Klein, Rick Berg, Wayne B. Mason, David C. Kent, Philip Erickson, Susan Smith, Brian MacDonald, Todd Weglarz, Donald Dawson, Michael L. Williams, Eric A. Rey, Alaina Devine, Kristin M. Dupre, Richard P. Campbell, Andreas Ringstad, Jack J. O'Donnell , John R. Penhallegon, Chris Muha, Christopher R. Howe, Christopher D. Fletcher, William C. Cahill, Kelly Kramer, Kristin Silverman, Mark Ter Molen, William Sinnott, Minh Olivier Nguyen-Dang, Chris Weld, Thompson, Craig S., travis.gamble@faegredrinker.com, vance.wittie@faegredrinker.com, Moshe S. Maimon, Jerome Block |
| **Attachments:** | 2023.08.03 Letter to Veolia (2nd Confidential Designations) [38].pdf |

Counsel for Veolia –

Please see correspondence attached related to the above-referenced matter.

Best,

Corey M. Stern
Levy Konigsberg, LLP
605 Third Avenue, 33rd Floor
New York, New York 10158
(212)605-6298
(212)605-6290 (facsimile)
www.levylaw.com

**LEVY KONIGSBERG LLP**
ATTORNEYS AT LAW
605 THIRD AVENUE, 33RD FLOOR
NEW YORK, NY 10158

NEW JERSEY OFFICE
QUAKERBRIDGE EXECUTIVE OFFICE
101 GROVERS MILL ROAD
LAWRENCEVILLE, NJ 08648
TELEPHONE: (609) 720-0400
FAX: (609) 720-0457

(212) 605-6200
FAX: (212) 605-6290
WWW.LEVYLAW.COM

ALBANY OFFICE
90 STATE STREET
ALBANY, NY 12207
TELEPHONE: (518) 286-5068

Writer's Direct Email: cstern@levylaw.com

August 3, 2023

**VIA EMAIL & CERTIFIED MAIL (RRR)**
James Campbell, Esq.
Campbell Conroy & O'Neil, P.C.
200 City Square, Suite 300
Boston, MA 02129

Michael A. Olsen, Esq.
Mayer Brown, LLP
71 South Wacker Drive
Chicago, IL 60606

    **RE:   IN RE FLINT WATER CASES – PRODUCTION OF DOCUMENTS CHALLENGE (2) TO "CONFIDENTIAL" DESIGNATIONS**

Mr. Campbell, Mr. Olsen:

    Please be advised that pursuant to the Court's Confidentiality Order,[1] Plaintiffs hereby formally challenge the "Confidential" and "Highly Confidential – Attorneys' Eyes Only" designations of the following documents:

1. VWNAOS448563-VWNAOS448564
2. VWNAOS222380-VWNAOS222381
3. VWNAOS222385-VWNAOS222386
4. VWNAOS332242-VWNAOS332243
5. VWNAOS526512-VWNAOS526512.0001
6. VWNAOS526544-VWNAOS526544.0001
7. VWNAOS526894-VWNAOS526894.0006

---

[1] *See* Case No. 16-cv-10444 (ECF. No. 1255-3).

8. VWNAOS526900-VWNAOS526900.0009
9. VWNAOS332516-VWNAOS332516.0003
10. VWNAOS260180-VWNAOS260180.0004
11. VWNAOS388021
12. VWNAOS388031
13. VWNAOS543269
14. VWNAOS259130
15. VWNAOS543748-VWNAOS543752
16. VWNAOS556630-VWNAOS556630.0002
17. VWNAOS494815-VWNAOS494827
18. VWNAOS494840-VWNAOS494852
19. VWNAOS329070-VWNAOS329071
20. VWNAOS329074-VWNAOS329075
21. VWNAOS543234-VWNAOS543235
22. VWNAOS543243-VWNAOS543244
23. VWNAOS543245-VWNAOS543246
24. VWNAOS543249-VWNAOS543250
25. VWNAOS543251-VWNAOS543253
26. VWNAOS329211
27. VWNAOS329216
28. VWNAOS329217
29. VWNAOS329227-VWNAOS329228
30. VWNAOS329241
31. VWNAOS329245-VWNAOS329246
32. VWNAOS543688
33. VWNAOS543737-VWNAOS543738
34. VWNAOS329191
35. VWNAOS323994-VWNAOS323995

36. VWNAOS323996-VWNAOS323997
37. VWNAOS323998-VWNAOS323999
38. VWNAOS331553-VWNAOS331554
39. VWNAOS331518-VWNAOS331519
40. VWNAOS331543-VWNAOS331545
41. VWNAOS331550-VWNAOS331552
42. VWNAOS331555-VWNAOS331557
43. VWNAOS331558-VWNAOS331560
44. VWNAOS331561-VWNAOS331563
45. VWNAOS331569-VWNAOS331571
46. VWNAOS007640-VWNAOS007641
47. VWNAOS007646-VWNAOS007647
48. VWNAOS007826-VWNAOS007828
49. VWNAOS007913-VWNAOS007916
50. VWNAOS007919-VWNAOS007922
51. VWNAOS525984-VWNAOS525985
52. VWNAOS525990-VWNAOS525991
53. VWNAOS525992-VWNAOS525993
54. VWNAOS525997-VWNAOS525998
55. VWNAOS525999-VWNAOS526001
56. VWNAOS526003-VWNAOS526005
57. VWNAOS543025-VWNAOS543026
58. VWNAOS555574-VWNAOS555574.0003
59. VWNAOS326666
60. VWNAOS326667

61. VWNAOS326668-VWNAOS326669
62. VWNAOS326674-VWNAOS326675
63. VWNAOS326676-VWNAOS326677
64. VWNAOS323213-VWNAOS323214
65. VWNAOS323215-VWNAOS323217
66. VWNAOS324102-VWNAOS324103
67. VWNAOS324105-VWNAOS324106
68. VWNAOS324107-VWNAOS324108
69. VWNAOS466356-VWNAOS466357
70. VWNAOS466358-VWNAOS466359
71. VWNAOS259164-VWNAOS259165
72. VWNAOS259166-VWNAOS259167
73. VWNAOS429843-VWNAOS429844
74. VWNAOS488888-VWNAOS488889
75. VWNAOS488901-VWNAOS488902
76. VWNAOS324261
77. VWNAOS324262-VWNAOS324263
78. VWNAOS525187-VWNAOS525188
79. VWNAOS525191-VWNAOS525192
80. VWNAOS525197-VWNAOS525199
81. VWNAOS525200-VWNAOS525202
82. VWNAOS088775-VWNAOS088777
83. VWNAOS088789-VWNAOS088791
84. VWNAOS088792-VWNAOS088795
85. VWNAOS290752

86. VWNAOS372677-
    VWNAOS372680
87. VWNAOS372716-
    VWNAOS372719
88. VWNAOS372720-
    VWNAOS372723

These documents do not contain private, non-public, confidential, competitively sensitive, or proprietary information not readily ascertainable through lawful means by the public. Furthermore, if any of these documents were to be made public, such would not cause oppression, competitive disadvantage, infringement of privacy rights established by statute or regulation, or infringement of confidentiality requirements established by statute or regulation with respect to government purchasing or other operations.

This letter is a formal demand to withdraw all such designations.

Very Truly Yours,

**LEVY KONIGSBERG, LLP**

Corey M. Stern

Cc: *(By email only)*
*Theodore Leopold & Jordan Connors (Class Counsel)*
*Hunter Shkolnik & Patrick Lanciotti (Co-Liaison Counsel)*
*Richard Kull & Margaret Bettenhausen (Counsel for the State)*
*William Kim & Sheldon Klein (Counsel for the City of Flint)*
*Wayne Mason & David Kent (Counsel for LAN/LAD)*
*Craig Thompson (Counsel for Rowe)*
*Susan Smith & Brian MacDonald (Counsel for McLaren)*
*Todd Weglarz & Donald Dawson (Counsel for certain Legionella Plaintiffs)*
*Michael Williams & Eric Rey (Counsel for the USEPA)*
*All Veolia Entities' Counsel of Record or otherwise known*