UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re Flint Water Cases 16-10444*
_____/     The Hon. Judith E. Levy

*Bellwether III Case No. 17-10164*
_____/

# EXHIBIT INDEX FOR
# PLAINTIFFS' OPPOSITION
# TO NICOLE FLOTTERON'S MOTION FOR PROTECTIVE ORDER

| EXHIBIT | DESCRIPTION |
|---|---|
| Exhibit A | Jace Connor Deposition (12.13.2022) |
| Exhibit B | Veolia Objection (01.20.2023) |
| Exhibit C | Email Correspondence from Counsel for Veolia (05.03.2023) |
| Exhibit D | Email Correspondence from Counsel for Actum (05.18.2023) |
| Exhibit E | Email Correspondence from Counsel for Actum (07.10.2023) |
| Exhibit F | Email Correspondence to Counsel for Actum |