# EXHIBIT C

|  |  |
|---|---|
| **Subject:** | RE: FWC - Actum |
| **Date:** | Wednesday, May 3, 2023 at 10:01:56 AM Eastern Daylight Time |
| **From:** | Kramer, Kelly |
| **To:** | Corey Stern |
| **CC:** | Olsen, Michael A., Melanie Daly, Alaina N. Devine, James M. Campbell, Kristin M. Dupre |

Corey --

Following up here, we have conferred with the client, and we understand that Michael McKeon would be the most knowledgeable person at Actum regarding the digital communications. We understand Actum and its employees are represented by Eisner LLP.

Best regards,
Kelly

-----Original Message-----
From: Corey Stern <CStern@levylaw.com>
Sent: Wednesday, April 19, 2023 2:58 PM
To: Olsen, Michael A. <MOlsen@mayerbrown.com>; Kramer, Kelly <KKramer@mayerbrown.com>; Melanie Daly <mdaly@levylaw.com>; Alaina N. Devine <ADevine@campbell-trial-lawyers.com>; James M. Campbell <jmcampbell@campbell-trial-lawyers.com>; Kristin M. Dupre <KDupre@campbell-trial-lawyers.com>
Cc: Melanie Daly <mdaly@levylaw.com>
Subject: FWC - Actum

CAUTION: External Email - Only click on contents you know are safe.


Mike:

Please let me know when you're available to discuss/provide names of individuals at Actum who(m) are/were associated with PR related to the FWC Litigation.

Thanks,

Corey M. Stern
Levy Konigsberg, LLP
605 Third Avenue, 33rd Floor
New York, New York 10158
(212)605-6298
(212)605-6290 (facsimile)
cstern@levylaw.com
http://www.levylaw.com/

CONFIDENTIALITY STATEMENT This e-mail transmission and any accompanying attachment contains information that is confidential, privileged and exempt from disclosure under applicable law. This e-mail is intended only for the use of the individual or entity to which it is addressed. If you receive this e-mail in error or you are not the intended recipient, do not read, copy or disseminate in any manner. If you are not the intended recipient, you may not disseminate, distribute or copy this communication and any disclosure, copying, distribution, use or taking any action in reliance on the contents of this information is strictly prohibited. If you received this communication in error, please reply to the message immediately by informing the sender that the message was misdirected and after advising the sender you must erase the message from your computer system and destroy any hard copies that may have been made. Thank you for your assistance in correcting this error.

_____

This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities, including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership) and Tauil & Chequer Advogados (a Brazilian partnership).

Information about how we handle personal information and our use of relationship insight tools in conjunction with email is available in our Privacy Notice<https://www.mayerbrown.com/Legal-Notices/Privacy-Notice/>.