# EXHIBIT D

| | |
|---|---|
| **Subject:** | RE: Actum - Michael McKeon |
| **Date:** | Thursday, May 18, 2023 at 9:22:07 PM Eastern Daylight Time |
| **From:** | Amber Henry |
| **To:** | Steven Paradise, Melanie Daly |
| **CC:** | Corey Stern |
| **Attachments:** | image001.jpg |

Corey and Melanie,

Also, to confirm our phone call the other day, the scope of Mr. McKeon's June deposition will be limited to anything involving VNA's digital advertising and social media, including Twitter, leading up to and during the Bellwether I trial.

Please let us know if you have a different understanding.

Thanks,



Amber Henry

9601 Wilshire Blvd. | 7th Floor | Beverly Hills, CA 90210
T 310.855.3200 | F 310.855.3201
ahenry@eisnerlaw.com | www.eisnerlaw.com

**Please note that our Beverly Hills office is moving!!  Effective May 26, 2023, our new address will be 433 N. Camden Drive, 4th Floor, Beverly Hills, CA 90210.**

**From:** Steven Paradise <sparadise@eisnerlaw.com>
**Sent:** Monday, May 15, 2023 2:43 PM
**To:** Melanie Daly <mdaly@levylaw.com>; Amber Henry <ahenry@eisnerlaw.com>
**Cc:** Corey Stern <CStern@levylaw.com>
**Subject:** RE: Actum - Michael McKeon

Received. Thank you.



**EISNER, LLP**

**Steven Paradise**

152 West 57th Street | 48th Floor | New York, NY 10019
D 646.876.2608 | C 917.747.1244 | F 646.600.5020
sparadise@eisnerlaw.com | www.eisnerlaw.com