# EXHIBIT F

| | |
|---|---|
| **Subject:** | Fwd: In re: Flint Water Litigation--Subpoena to Nicole Flotteron |
| **Date:** | Thursday, August 17, 2023 at 4:13:31 PM Eastern Daylight Time |
| **From:** | Corey Stern |
| **To:** | Melanie Daly |
| **Attachments:** | image001.jpg |

Corey M. Stern
Levy Konigsberg, LLP
605 Third Avenue, 33rd Floor
New York, New York 10158
(212)605-6298
(212)605-6290 (facsimile)
cstern@levylaw.com
www.levylaw.com

Begin forwarded message:

> **From:** Corey Stern <cstern@levylaw.com>
> **Date:** July 26, 2023 at 2:07:31 PM EDT
> **To:** Steven Paradise <sparadise@eisnerlaw.com>, Amber Henry <ahenry@eisnerlaw.com>
> **Cc:** Melanie Daly <mdaly@levylaw.com>
> **Subject: Re: In re: Flint Water Litigation--Subpoena to Nicole Flotteron**
>
> Steve –
>
> Thanks for your email. We are happy to accommodate your client's schedule (weekend deposition; evening deposition; any time that works from her outside of work). We are also willing to limit the deposition to two hours.
>
> Please let me know if that is agreeable, and when she is available.
>
> Best,
>
> Corey M. Stern
> Levy Konigsberg, LLP
> 605 Third Avenue, 33rd Floor
> New York, New York 10158
> (212)605-6298
> (212)605-6290 (facsimile)
> www.levylaw.com
>
> ---
>
> **From:** Steven Paradise <sparadise@eisnerlaw.com>
> **Date:** Tuesday, July 25, 2023 at 2:31 PM
> **To:** Corey Stern <CStern@levylaw.com>