UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

**ORDER REGARDING VEOLIA'S MOTION FOR RECONSIDERATION [2565]**

On August 16, 2023, Veolia North America, LLC, Veolia North America, Inc., and Veolia Water North America Operating Services ("Veolia") filed a motion to supplement the record and for reconsideration of the Court's August 2, 20[2]3 Order. (ECF No. 2565.) The Court accepts Veolia's supplement to the record containing the signed document between Veolia's attorneys and Mercury dated December 3, 2019.

The Court orders Veolia to comply with its August 2, 2023 Order regarding production, except as to those communications between Veolia and Mercury dated from December 3, 2019 and later. The Court will continue to review Veolia's supplemental filing and will issue a ruling

regarding whether it will amend its August 2, 2023 Order as to communications between Veolia and Mercury dated on or after December 3, 2019, only.

IT IS SO ORDERED.

Dated: August 21, 2023       s/Judith E. Levy
Ann Arbor, Michigan       JUDITH E. LEVY
     United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 21, 2023.

     s/William Barkholz
     WILLIAM BARKHOLZ
     Case Manager