## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

*In re Flint Water Cases 16-10444*

_____/

The Hon. Judith E. Levy
United States District Judge

*Bellwether III Case No. 17-10164*

_____/

## <u>NOTICE OF OBJECTION</u>
## <u>TO DESIGNATIONS OF PROTECTED MATERIAL</u>

Pursuant to the Court's December 19, 2019 Confidentiality Order [Case No. 16-cv-10444, ECF No. 299],[1] Plaintiffs challenge the designations of the following documents previously produced by the Veolia Defendants ("Veolia"), each of which has been designated CONFIDENTIAL:

1. VWNAOS319815-VWNAOS319816

2. VWNAOS321289

3. VWNAOS506679-VWNAOS506683

4. VWNAOS506686-VWNAOS506695

5. VWNAOS506701-VWNAOS506706

6. VWNAOS506712-VWNAOS506718

7. VWNAOS528079-VWNAOS528079.001

_____

[1]     *See also* Fifth Amended Case Management Order [Case No. 16-cv-10444, ECF No. 1255-3].

8.  VWNAOS528080-VWNAOS528080.001

9.  VWNAOS528081-VWNAOS528081.001

10. VWNAOS528118-VWNAOS528118.002

11. VWNAOS511012-VWNAOS511015

12. VWNAOS525610-VWNAOS525611

13. VWNAOS525994-VWNAOS525995

14. VWNAOS528141-VWNAOS528143

15. VWNAOS528466-VWNAOS528477

16. VWNAOS536235-VWNAOS536237

17. VWNAOS543519-VWNAOS543612

18. VWNAOS544490-VWNAOS544502

19. VWNAOS549102

20. VWNAOS555222-VWNAOS555223

21. VWNAOS557264-VWNAOS557264.0005

22. VWNAOS549103-VWNAOS549103.0011

23. VWNAOS559114-VWNAOS559114.0040

24. VWNAOS511323

25. VWNAOS520031-VWNAOS521985

Plaintiffs informed Veolia of their formal challenge to these designations on August 8, 2023 via email.[2] Veolia acknowledged the correspondence on August 11, 2023.[3] Plaintiffs responded within the hour, advising our availability any time before Tuesday, August 22, 2023 to discuss this challenge.[4] Veolia did not respond.

The subject documents do not contain confidential information under applicable law or pursuant to this Court's prior orders. Thus, because there is a profound public interest in the Flint Water Crisis and in this litigation (as Veolia and the Court have consistently stated); because the truth matters (as Veolia has vigorously and publicly argued);[5] and in light of Veolia's significant public presence online and Veolia's continued public misinformation campaign,[6] these documents must be de-designated as CONFIDENTIAL. Further, if any are made public, such would not cause oppression, competitive disadvantage, infringement of privacy

---

[2]   August 3, 2023 correspondence to Veolia (Challenge to Confidentiality Designations), attached hereto as **Exhibit A** and incorporated by reference as if fully stated herein.

[3]   August 11, 2023 correspondence from Veolia (Responding to Confidentiality Challenge), attached hereto as **Exhibit B** and incorporated by reference as if fully stated herein.

[4]   Correspondence to Veolia (Plaintiffs are Available), attached hereto as **Exhibit C** and incorporated by reference as if fully stated herein.

[5]   *See* @VNAFlintFacts: Description of Twitter handle, attached hereto as **Exhibit D** and incorporated by reference as if fully stated herein.

[6]   *See* Declaration of Lauren H. Cohen, Ph.D., previously filed in Case No. 16-cv-10444 [ECF No. 2550], attached hereto as **Exhibit E** and incorporated by reference as if fully stated herein.

rights established by statute or regulation, or infringement of confidentiality requirements established by statute or regulation with respect to government purchasing or other operations. Conversely, and perhaps most importantly, doing so might begin to level the playing field.

Dated: August 22, 2023                     Respectfully submitted,

                                                        */s/ Corey M. Stern*
                                                        Corey M. Stern
                                                        Melanie Daly
                                                        605 Third Ave., 33rd Fl.
                                                        New York, New York 10158
                                                        cstern@levylaw.com
                                                        mdaly@levylaw.com

## CERTIFICATE OF SERVICE

I, Corey Stern, hereby certify that on August 17, 2023 the foregoing document and the attached exhibits were served on all counsel of record via the court's ECF system.

*/s/ Corey M. Stern*
Corey M. Stern