# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In re Flint Water Cases* | Case No. 5:16-cv-10444-JEL-EAS <br><br> Hon. Judith E. Levy <br> Magistrate Judge Elizabeth A. Stafford |

## CO-LEAD CLASS COUNSEL'S RESPONSE TO MOTION TO DISTRIBUTE FEES [2552]

Co-Lead Class Counsel file this response to Esther Berezofsky's Motion to Disburse Fees (ECF No. 2552) pursuant to the Court's Order dated August 21, 2023 (ECF No. 2569).

There is no dispute regarding the total common distribution for Ms. Berezofsky's work. Co-Lead Counsel have no position regarding the allocation of that amount between Ms. Berezofsky's current and former firms, which those two firms dispute. Co-Lead Class Counsel will disburse those funds as soon as the dispute between the two firms resolves or in such other manner as the Court may direct.

Dated:     August 22, 2023         Respectfully submitted,

By: */s/ Theodore J. Leopold*
Theodore J. Leopold
COHEN MILSTEIN SELLERS &
TOLL PLLC
11780 U.S. Highway One Suite N500
Palm Beach Gardens, FL 33408
Telephone: (561) 515-1400
tleopold@cohenmilstein.com

*Co-Lead Class Counsel*

*/s/ Emmy L. Levens*
Emmy L. Levens
Trent Rehusch
COHEN MILSTEIN SELLERS &
TOLL PLLC
1100 New York Ave NW Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
elevens@cohenmilstein.com
trehusch@cohenmilstein.com

*Co-Lead Class Counsel*

*/s/ Peretz Bronstein*
Peretz Bronstein
BRONSTEIN, GEWIRTZ &
GROSSMAN, LLC
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
peretz@bgandg.com

*Executive Committee for
Class Plaintiffs*

By: */s/ Michael L. Pitt*
Michael L. Pitt
PITT MCGEHEE PALMER BONANNI
& RIVERS, P.C.
117 West 4th Street, Suite 200
Royal Oak, MI 48067
Telephone: (248) 398-9800
mpitt@pittlawpc.com

*Co-Lead Class Counsel*

*/s/ Stephen Morrissey*
Stephen Morrissey
SUSMAN GODFREY, L.L.P.
1201 Third Ave., Suite 3800
Seattle, WA 98101
Telephone: (206) 516-3880
smorrissey@susmangodfrey.com

*Executive Committee for
Class Plaintiffs*

*/s/ Paul F. Novak (P39524)*
WEITZ & LUXENBERG, P.C.
3011 W. Grand Blvd., 24th Floor
Detroit, MI 48202
Telephone: (313) 800-4170
pnovak@weitzlux.com

*Executive Committee for
Class Plaintiffs*

*/s/ Teresa A. Bingman*
LAW OFFICES OF TERESA A.
BINGMAN, PLLC
4131 Okemos Road, Suite 12
Okemos, Michigan 48864
Telephone: (877) 957-7077
tbingman@tbingmanlaw.com

*Executive Committee for*
*Class Plaintiffs*