UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

### AGENDA FOR AUGUST 30, 2023 STATUS CONFERENCE

The Court will hold a status conference on these cases on **Wednesday August 30, 2023 at 1:00 pm** via Zoom video conference. The Zoom link will be docketed in 16-10444.

The agenda will be as follows, although the Court may adjust the agenda prior to the conference if necessary.

1. Individual Plaintiffs' request to address VNA's designation of the following witnesses as experts:

   a. Miguel Del Toral;
   b. Marc Edwards, Ph.D.;
   c. Herman Gomez, M.D.;
   d. Cristin Larder;
   e. Warren Green, P.E.; and

2. Individual Plaintiffs' request to discuss the discovery dispute protocol, which is set forth as Issue 5 in the Joint Statement

Regarding Status of Discovery Issues Pursuant to ECF No. 2558. (ECF No. 2561.) The Court will continue to handle the resolution of all discovery disputes in the Flint Water Cases, however, other aspects of Plaintiffs' suggested changes in protocol will be discussed; and

3. Individual Plaintiffs' request to discuss the protocol outlined in the Confidentiality Order (ECF No. 2255-3), which is set forth as Issue 6 in the Joint Statement Regarding Status of Discovery Issues Pursuant to ECF No. 2558. (ECF No. 2561.)

**IT IS SO ORDERED.**

Dated: August 28, 2023  
Ann Arbor, Michigan

s/Judith E. Levy  
JUDITH E. LEVY  
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 28, 2023.

s/William Barkholz  
WILLIAM BARKHOLZ  
Case Manager