# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

## ORDER REGARDING MATTERS DISCUSSED AT THE AUGUST 30, 2023 STATUS CONFERENCE AND SETTING DEADLINES FOR SEPTEMBER 2023 STATUS CONFERENCE AND DISCOVERY CONFERENCE

The Court held a status conference regarding the pending Flint water litigation on August 30, 2023. The Court now orders as follows.

The Court will hold its September 2023 Status Conference and Discovery Conference jointly on **Wednesday September 27, 2023 at 1:00 pm**. Parties are to file proposed status conference agenda items by **September 13, 2023**. Per the Court's protocol (ECF No. 2588), **September 20, 2023 at 2:00 pm** is the deadline for notifying the Court of a discovery dispute for the September 27, 2023 conference. The Court will issue an agenda by September 25, 2023.

IT IS SO ORDERED.

Dated: August 30, 2023　　　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　United States District Judge

## **CERTIFICATE OF SERVICE**

　　The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 30, 2023.

　　　　　　　　　　　　　　　s/William Barkholz
　　　　　　　　　　　　　　　WILLIAM BARKHOLZ
　　　　　　　　　　　　　　　Case Manager