UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases. _____/ | Judith E. Levy United States District Judge |

This Order Relates To:

ALL CASES

_____/

**ORDER GRANTING STIPULATION [2573], DENYING IN PART MOTION FOR DISTRIBUTION OF ATTORNEY FEES [2505], AND NOTICE OF INTENT TO REFER THE REMAINING DISPUTE TO THE SPECIAL MASTER**

On June 23, 2023, Plaintiffs filed the Motion for Distribution of Attorneys' Fees from the Programmatic Relief Sub-Qualified Settlement Fund; Distribution of Pro Rata Interest; Reimbursement of Common Benefit Litigation Expenses; and Setting Aside Funds for Continued Litigation Expenses. (ECF No. 2505.) On June 28, 2023, the Court permitted Defendants to file a response by July 12, 2023. (Case No. 16-10444, June 28, 2023 Text Only Order.) The State of Michigan filed a response by that deadline. (ECF No. 2520.) Plaintiffs and the State Defendants then filed a stipulation to suspend the Court's ruling and

permit the parties to meet and confer, which the Court granted. (*See* ECF No. 2523; July 18, 2023 Text Only Order.) On August 22, 2023, State Defendants and Plaintiffs filed a stipulation resolving many of the issues raised in Plaintiffs' motion. (ECF No. 2573.) On the same day, Plaintiffs filed a reply in support of the sole issue remaining in dispute in their motion. (ECF No. 2575.)

The Court grants the Plaintiffs and State Defendants' Stipulation. (ECF No. 2573.) Accordingly, the Plaintiffs' Motion to Distribute is denied in part as moot. (ECF No. 2505.) Per the parties' stipulation, the following dispute remains:

> Plaintiffs and the State Defendants were unable to reach agreement on the treatment of the pro rata amounts of interest sought by Plaintiffs' counsel on the prior expense award and common benefit award under the Amended Settlement Agreement.

(ECF No. 2573, PageID.85037–85038.) Plaintiffs' position regarding this issue is set forth in their reply. (ECF No. 2575.) By separate Order, the Court will refer this matter to Special Master Deborah Greenspan for a Report and Recommendation.

IT IS SO ORDERED.

Dated: September 6, 2023           s/Judith E. Levy

Ann Arbor, Michigan                    JUDITH E. LEVY
                                       United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 6, 2023.

                                       s/William Barkholz
                                       WILLIAM BARKHOLZ
                                       Case Manager

3