# EXHIBIT A

| | |
|---|---|
| **Subject:** | FWC - Challenge (5) to "Confidential" Designations |
| **Date:** | Friday, August 18, 2023 at 12:05:14 PM Eastern Daylight Time |
| **From:** | Corey Stern |
| **To:** | Michael A. Olsen, Jim Campbell |
| **CC:** | Melanie Daly, Ted Leopold, Jordan Connors, Steve Morrissey, Paul Novak, Hunter Shkolnik, Patrick Lanciotti, Hunter Shkolnik, Richard Kuhl, Margaret Bettenhausen, TMendel, Bill Kim, Sheldon Klein, Rick Berg, Wayne B. Mason, David C. Kent, Philip Erickson, Susan Smith, Brian MacDonald, Todd Weglarz, Donald Dawson, Michael L. Williams, Eric A. Rey, Alaina Devine, Kristin M. Dupre, Richard P. Campbell, Andreas Ringstad, Jack J. O'Donnell , John R. Penhallegon, Chris Muha, Christopher R. Howe, Christopher D. Fletcher, William C. Cahill, Kelly Kramer, Kristin Silverman, Mark Ter Molen, William Sinnott, Minh Olivier Nguyen-Dang, Chris Weld, Thompson, Craig S., travis.gamble@faegredrinker.com, vance.wittie@faegredrinker.com, Moshe S. Maimon, Jerome Block |
| **Attachments:** | 2023.08.18 Letter to Veolia (5th Confidential Designations) [4].pdf |

Counsel for Veolia:

Please find correspondence attached.

Best,

Corey M. Stern
Levy Konigsberg, LLP
605 Third Avenue, 33rd Floor
New York, New York 10158
(212)605-6298
(212)605-6290 (facsimile)
www.levylaw.com

# LEVY KONIGSBERG LLP
ATTORNEYS AT LAW
605 THIRD AVENUE, 33RD FLOOR
NEW YORK, NY 10158

———

NEW JERSEY OFFICE
QUAKERBRIDGE EXECUTIVE OFFICE
101 GROVERS MILL ROAD
LAWRENCEVILLE, NJ 08648
TELEPHONE: (609) 720-0400
FAX: (609) 720-0457

(212) 605-6200
FAX: (212) 605-6290
WWW.LEVYLAW.COM

ALBANY OFFICE
90 STATE STREET
ALBANY, NY 12207
TELEPHONE: (518) 286-5068

Writer's Direct Email: cstern@levylaw.com

August 18, 2023

**_VIA EMAIL & CERTIFIED MAIL (RRR)_**
James Campbell, Esq.
Campbell Conroy & O'Neil, P.C.
200 City Square, Suite 300
Boston, MA 02129

Michael A. Olsen, Esq.
Mayer Brown, LLP
71 South Wacker Drive
Chicago, IL 60606

> **_RE:  IN RE FLINT WATER CASES – PRODUCTION OF DOCUMENTS_**
> **_CHALLENGE (5) TO "CONFIDENTIAL" DESIGNATIONS_**

Mr. Campbell, Mr. Olsen:

Please be advised that pursuant to the Court's Confidentiality Order,[1] Plaintiffs hereby formally challenge the "Confidential" and "Highly Confidential – Attorneys' Eyes Only" designations of the following documents:[2]

1. VWNAOS002343
2. VWNAOS018579
3. VWNAOS014953-VWNAOS014954
4. VWNAOS042178-VWNAOS042190
5. VWNAOS0042190-VWNAOS042194
6. VWNAOS042195-VWNAOS042200
7. VWNAOS042201-VWNAOS042206
8. VWNAOS042207-VWNAOS042212
9. VWNAOS042250-VWNAOS042254
10. VWNAOS042519-VWNAOS042524
11. VWNAOS042525-VWNAOS042530
12. VWNAOS042559-VWNAOS042564

---

[1] *See* Case No. 16-cv-10444 (ECF. No. 1255-3).
[2] Some documents/groups of documents appear to be duplicative but were produced numerous times with varying Bates numbers.

13. VWNAOS255827-VWNAOS255836[3]
14. VWNAOS255837-VWNAOS255846[4]
15. VWNAOS255847-VWNAOS255857[5]
16. VWNAOS520031-VWNAOS521985
17. VWNAOS525459-VWNAOS525461
18. VWNAOS525515-VWNAOS525518
19. VWNAOS551521-VWNAOS551525
20. VWNAOS554030-VWNAOS554030.0003
21. VWNAOS554037-VWNAOS554037.0002
22. VWNASO554040-VWNASO554040.0002
23. VWNAOS563229-VWNAOS563237
24. VWNAOS225484-VWNAOS225502
25. VWNAOS255515[6]
26. VWNAOS321906
27. VWNAOS135456-VWNAOS135458
28. VWNAOS554020-VWNAOS554020.2132

These documents do not contain private, non-public, confidential, competitively sensitive, or proprietary information not readily ascertainable through lawful means by the public. Furthermore, if any of these documents were to be made public, such would not cause oppression, competitive disadvantage, infringement of privacy rights established by statute or regulation, or infringement of confidentiality requirements established by statute or regulation with respect to government purchasing or other operations.

This letter is a formal demand to withdraw all such designations **and to reproduce each document without any redactions**, whether noted herein or not.

Very Truly Yours,

**LEVY KONIGSBERG, LLP**

Corey M. Stern

---

[3] Please reproduce without redactions.
[4] Please produce without redactions.
[5] Please reproduce without redactions.
[6] Please reproduce without redactions.

*Cc: (By email only)*
*Theodore Leopold & Jordan Connors (Class Counsel)*
*Hunter Shkolnik & Patrick Lanciotti (Co-Liaison Counsel)*
*Richard Kull & Margaret Bettenhausen (Counsel for the State)*
*William Kim & Sheldon Klein (Counsel for the City of Flint)*
*Wayne Mason & David Kent (Counsel for LAN/LAD)*
*Craig Thompson (Counsel for Rowe)*
*Susan Smith & Brian MacDonald (Counsel for McLaren)*
*Todd Weglarz & Donald Dawson (Counsel for certain Legionella Plaintiffs)*
*Michael Williams & Eric Rey (Counsel for the USEPA)*
*All Veolia Entities' Counsel of Record or otherwise known*

3