UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

**ORDER AUTHORIZING DISTRIBUTION OF FUNDS FROM THE QUALIFIED SETTLEMENT FUND FOR PAYMENT OF INVOICES FROM VITAL RECORDS FOR PROCESSING BIRTH RECORD REQUESTS**

Having now considered the Recommendation of the Special Master Regarding Payment of Invoices from Vital Records for Processing Birth Record Requests filed on September 13, 2023, ECF No. 2612 ("Notice"), and having reviewed the invoices that support the Special Master's request to authorize the distribution of funds from the FWC Qualified Settlement Fund[1] under the terms of the Amended Settlement Agreement and additional Orders of this Court as set forth in the Notice:

---

[1] Unless otherwise defined herein, all capitalized terms herein have the same meaning set forth in the Amended Settlement Agreement.

IT IS HEREBY ORDERED THAT:

A distribution of funds in the amount of $90,168.00 from the FWC Qualified Settlement Fund for the payment of invoices for costs incurred by the Division for Vital Records and Health Statistics of the Michigan Department of Health and Human Services ("Vital Records") as set out in the Notice is approved. The QSF Administrator is directed to disburse the funds as directed by the Special Master.

IT IS SO ORDERED.

Dated: September 15, 2023　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 15, 2023.

　　　　　　　　　　　　　　　s/William Barkholz
　　　　　　　　　　　　　　　WILLIAM BARKHOLZ