# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases. _____/ | Judith E. Levy United States District Judge |

This Order Relates To:

ALL CASES

_____/

## ORDER AUTHORIZING TRANSFER OF FUNDS TO THE PROGRAMMATIC RELIEF SUB-QUALIFIED SETTLEMENT FUND AND PAYMENT OF CERTAIN ATTORNEY FEES

Having now considered the Notice of the Special Master Regarding Funding of the Programmatic Relief Sub-Qualified Settlement Fund filed on September 14, 2023, ECF No. 2614 ("Notice"), and having previously approved the Joint Stipulation Regarding Plaintiffs' Motion for Distribution of Attorneys' Fees, ECF No. 2573 ("Stipulation") entered into by Class Counsel, Co-Liaison Counsel (collectively, "Plaintiffs' Counsel"), and State Defendants (collectively, "the Parties") in the Order Granting Stipulation [2573], Denying In Part Motion For Distribution of Attorney Fees And Notice Of Intent To Refer The Remaining Dispute To The Special Master, ECF No. 2600:

IT IS HEREBY ORDERED THAT:

1. Funds in the amount of $10,651,106.15 shall be transferred to the Programmatic Relief Sub-Qualified Settlement Fund[1] on September 15, 2023.

2. A disbursement of $1,158,959.44 shall be made to Co-Lead Class Counsel in accordance with the Attorney Fee Order and the Notice, ECF 2614. The Qualified Settlement Fund Administrator is directed to disburse the funds as directed by the Special Master.

IT IS SO ORDERED.

Dated: September 15, 2023  
Ann Arbor, Michigan

s/Judith E. Levy  
JUDITH E. LEVY  
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 15, 2023.

s/William Barkholz  
WILLIAM BARKHOLZ

---

[1] All capitalized terms herein have the same meaning set forth in the Amended Settlement Agreement that the Court has preliminarily approved.