UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

**ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE SPECIAL MASTER REGARDING SETTLEMENT CLAIMS RECEIVED WITHOUT POSTMARK DATES [2618]**

On September 18, 2023, the Special Master submitted a Report and Recommendation of the Special Master Regarding Settlement Claims Received Without Postmark Dates ("Report and Recommendation"). (ECF No. 2618.) Exhibit A, which was attached to the Report and Recommendation, identifies 116 claims by their claim ID, and recommends that they "be accepted as timely submissions to be considered for eligibility under the settlement." (*Id.* at PageID.85810.) The Report and Recommendation explains that although these submissions lack a postmark date that would enable their timeliness to be determined with certainty, there is nonetheless a reasonable basis to

conclude that these 116 claim packets were mailed on time. (*Id.* at PageID.85809.) The Court concurs in this reasoning and recommendation and therefore orders the 116 claim packets listed in Exhibit A attached to the Report and Recommendation to be accepted as timely submissions to be considered for eligibility under the settlement.

IT IS SO ORDERED.

Dated: September 19, 2023       s/Judith E. Levy
Ann Arbor, Michigan      JUDITH E. LEVY
     United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 19, 2023.

     s/William Barkholz
     WILLIAM BARKHOLZ

2