# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

## AGENDA FOR SEPTEMBER 27, 2023 STATUS AND DISCOVERY CONFERENCE

The Court will hold a discovery conference on these cases on **Wednesday September 27, 2023 at 1:00 pm** via Zoom video conference. The Zoom link has been docketed in 16-10444. (ECF No. 2590.)

The agenda will be as follows, although the Court may adjust the agenda prior to the conference if necessary.

1. Individual Plaintiffs' request to inspect David Gadis's laptop, memory stick, and phone.

2. Individual Plaintiffs' request for information about VNA's remaining insurance coverage.

3. Individual Plaintiffs' request for documents related to their March 2023 privilege log challenge.

**IT IS SO ORDERED.**

Dated: September 25, 2023      s/Judith E. Levy
Ann Arbor, Michigan      JUDITH E. LEVY
     United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 25, 2023.

     s/William Barkholz
     WILLIAM BARKHOLZ
     Case Manager