# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re Flint Water Cases 16-10444*

_____/

The Hon. Judith E. Levy
United States District Judge

*Bellwether III Case No. 17-10164*

_____/

## AMENDED[1] NOTICE OF OBJECTION
## TO DESIGNATIONS OF PROTECTED MATERIAL

Pursuant to the Court's December 19, 2019 Confidentiality Order [Case No. 16-cv-10444, ECF No. 299],[2] Plaintiffs challenge the designations of the following documents previously produced by the Veolia Defendants ("Veolia"), each of which has been designated **CONFIDENTIAL** or **HIGHLY CONFIDENTIAL – FOR ATTORNEYS' EYES ONLY**:

1. VWNAOS555522 - VWNAOS555522.0001

2. VWNAOS254034 - VWNAOS254034.0004

3. VWNAOS537544 - VWNAOS537544.0002

4. VWNAOS526905 - VWNAOS526905.0002

5. VWNAOS528168 - VWNAOS528168.0008

---

[1] On September 25, 2023, Plaintiffs' Notice of Objection [ECF No. 2629] was inadvertently filed as an Exhibit; and an Exhibit was inadvertently filed as the main document. This pleading is intended to correct that filing.

[2] *See also* Fifth Amended Case Management Order [Case No. 16-cv-10444, ECF No. 1255-3].

6. VWNAOS528207 - VWNAOS528207.0010

7. VWNAOS190783 - VWNAOS190783.0005

8. VWNAOS528288 - VWNAOS528288.0001

9. VWNAOS528228 - VWNAOS528228.0002

10. VWNAOS189785 - VWNAOS189785.0001

11. VWNAOS528229 - VWNAOS528229.0002

12. VWNAOS528165 - VWNAOS528165.0004

13. VWNAOS528602 - VWNAOS528602.0001

14. VWNAOS248946 - VWNAOS248946.0011

15. VWNAOS249107 - VWNAOS249107.0008

16. VWNAOS528155 - VWNAOS528155.0001

17. VWNAOS249167 - VWNAOS249167.0020

18. VWNAOS254021 - VWNAOS254021.0004

19. VWNAOS249162 - VWNAOS249162.0003

20. VWNAOS527011 - VWNAOS527011.0001

21. VWNAOS526982 - VWNAOS526982.0001

22. VWNAOS528589 - VWNAOS528589.0001

23. VWNAOS528601 - VWNAOS528601.0003

24. VWNAOS528597 - VWNAOS528597.0003

25. VWNAOS311336 - VWNAOS311336.0002

26. VWNAOS219539 - VWNAOS219539.0001

27. VWNAOS528302 - VWNAOS528302.0002

28. VWNAOS528281 - VWNAOS528281.0002

29. VWNAOS528577 - VWNAOS528577.0001

30. VWNAOS528563 - VWNAOS528563.0001

31. VWNAOS527039 - VWNAOS527039.0003

32. VWNAOS528580 - VWNAOS528580.0010

33. VWNAOS190634 - VWNAOS190634.0004

34. VWNAOS190678 - VWNAOS190678.0004

35. VWNAOS527059 - VWNAOS527059.0001

Plaintiffs informed Veolia of their formal challenge to these designations on September 11, 2023 via email.[3]

Veolia has not acknowledged the correspondence.

The subject documents do not contain confidential information under applicable law or pursuant to this Court's prior orders. Thus, because there is a profound public interest in the Flint Water Crisis and in this litigation (as Veolia and the Court have consistently stated); because the truth matters (as Veolia has

---

[3] September 11, 2023 correspondence to Veolia (Challenge to Confidentiality Designations), attached hereto as **Exhibit A** and incorporated by reference as if fully stated herein.

3

vigorously and publicly argued);[4] and in light of Veolia's significant public presence online and Veolia's continued public misinformation campaign,[5] these documents must be de-designated as CONFIDENTIAL. Further, if any are made public, such would not cause oppression, competitive disadvantage, infringement of privacy rights established by statute or regulation, or infringement of confidentiality requirements established by statute or regulation with respect to government purchasing or other operations. Conversely, and perhaps most importantly, doing so might begin to level the playing field.

Dated: September 26, 2023                     Respectfully submitted,

                                              */s/ Corey M. Stern*
                                              Corey M. Stern
                                              Melanie Daly
                                              605 Third Ave., 33rd Fl.
                                              New York, New York 10158
                                              cstern@levylaw.com
                                              mdaly@levylaw.com

---

[4] *See* @VNAFlintFacts: Description of Twitter handle, attached hereto as **Exhibit B** and incorporated by reference as if fully stated herein.

[5] *See* Declaration of Lauren H. Cohen, Ph.D., previously filed in Case No. 16-cv-10444 [ECF No. 2550], attached hereto as **Exhibit C** and incorporated by reference as if fully stated herein.

5

## CERTIFICATE OF SERVICE

      I, Corey Stern, hereby certify that on September 26, 2023 the foregoing document and the attached exhibits were served on all counsel of record via the court's ECF system.

*/s/ Corey M. Stern*
Corey M. Stern
