## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

*In re* Flint Water Cases.                     Judith E. Levy
                                               United States District Judge

_____/

This Order Relates To:

ALL CASES

_____/

### AGENDA FOR OCTOBER 25, 2023 STATUS CONFERENCE

The Court will hold a status conference on these cases on **Wednesday, October 25, 2023 at 1:00 pm** via Zoom video conference. The Zoom link will be docketed in 16-10444.

The agenda will be as follows, although the Court may adjust the agenda prior to the conference if necessary.

1. The dispute between Individual Plaintiffs and VNA about non-retained experts and the Court's prior rulings on Dr. Marc Edwards' testimony.

**IT IS SO ORDERED.**

Dated: October 24, 2023                   s/Judith E. Levy
Ann Arbor, Michigan                       JUDITH E. LEVY

United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 24, 2023.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager