UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *IN RE*: FLINT WATER CASES. | Case No. 5:16-cv-10444-JEL-MKM |
| This Document Relates To: | (Consolidated) |
| Carthan, et al. v. Snyder, et al. | Hon. Judith E. Levy |

## JOINT STIPULATION REGARDING CERTAIN SCHEDULING ORDER DEADLINES FOR CLASS ACTION TRIAL

Class Plaintiffs and Defendants Veolia Water North America Operating Services, LLC, Veolia North America, Inc., and Veolia North America, LLC (collectively, the "Parties") hereby stipulate and agree to extend certain pre-trial deadlines in the Amended Scheduling Order for Class Action Trial (ECF No. 2435) as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Motions in Limine—Opening Briefs | December 8, 2023 | November 30, 2023 |
| Motions in Limine—Response Briefs | December 22, 2023 | December 14, 2023 |
| Motions in Limine—Reply Briefs | January 2, 2024 | December 22, 2023 |

All other remaining pre-trial deadlines remain unchanged. The Parties request a text-only order granting the stipulation.

DATED: October 31, 2023

Respectfully submitted,

| | |
|---|---|
| CAMPBELL CONROY & O'NEIL, P.C. | MAYER BROWN LLP |
| /s/ James M. Campbell | /s/ Michael A. Olsen |
| James M. Campbell | Michael A. Olsen |
| 20 City Square, Suite 300 | 71 S. Wacker Drive |
| Boston, MA  02129 | Chicago, IL |
| (617) 241-3000 | (312) 782-0600 |
| jmcampbell@campbell-trial-lawyers.com | molsen@mayerbrown.com |

***ATTORNEYS FOR VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC, VEOLIA NORTH AMERICA, LLC, AND VEOLIA NORTH AMERICA, INC.***

| | |
|---|---|
| */s/* Michael Pitt | */s/* Theodore Leopold |
| Michael L. Pitt | Theodore J. Leopold |
| PITT MCGEHEE PALMER & RIVERS, PC. | COHEN MILSTEIN SELLER & TOLL PLLC |
| 117 West 4th Street, Suite 200 | 2925 PGA Boulevard Suite 220 |
| Royal Oak, MI 48607 | Palm Beach Gardens, FL 33410 |
| (248) 398-9800 | (561) 515-1400 |
| mpitt@pittlawpc.com | tleopold@cohenmilstein.com |

***CO-LEAD COUNSEL and ATTORNEYS FOR THE CLASS PLAINTIFFS***

## CERTIFICATE OF SERVICE

I, James M. Campbell, hereby certify that on October 31, 2023, I electronically filed the foregoing document with the Clerk of the Court using the ECF System, which will send notification to the ECF counsel of record.

Respectfully submitted,
*/s/ James M. Campbell*
James M. Campbell

-3-