# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

## AGENDA FOR NOVEMBER 8, 2023 DISCOVERY CONFERENCE

The Court will hold a discovery conference on these cases on **Wednesday, November 8, 2023 at 1:00 pm** via Zoom video conference.

The agenda will be as follows, although the Court may adjust the agenda prior to the conference if necessary.

1. The dispute between VNA and Individual Plaintiffs over the disclosures for Drs. Gardoni and Weisel.

2. The dispute between VNA and Individual Plaintiffs over the depositions of Drs. Russell and Crakes regarding their reply reports.

3. Individual Plaintiffs' objections related to VNA experts.

**IT IS SO ORDERED.**

Dated: November 6, 2023  s/Judith E. Levy
Ann Arbor, Michigan  JUDITH E. LEVY
 United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 6, 2023.

 s/William Barkholz
 WILLIAM BARKHOLZ
 Case Manager

2