# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

# ORDER AUTHORIZING DISTRIBUTION OF FUNDS FROM THE QUALIFIED SETTLEMENT FUND FOR PAYMENT FOR SERVICES PROVIDED BY WOLF GARRETSON LLC AND PATTERN DATA FOR THE PURPOSE OF ASSISTING THE SPECIAL MASTER WITH THE CLAIMS ADMINISTRATION PROCESS [2679]

Having now considered the Notice of the Special Master Regarding Payment for Services Provided by Wolf Garretson LLC for the Purpose of Assisting the Special Master with the Claims Administration Process for the Period June 1, 2023 through August 31, 2023 and for Balance of Per-Claimant Fees on Claims Reviewed Through August 31, 2023 filed on November 9, 2023, ECF No. 2679 ("Notice"):

IT IS HEREBY ORDERED THAT:

1. A distribution of funds in the amount of $1,387,231.00 from the FWC Qualified Settlement Fund[1] for the purpose of paying the remaining 60% of the "Per-Claimant" fees for the specific number of claims for which Wolf Garretson LLC and Pattern Data have completed a "first pass" review as of August 31, 2023, plus hourly fees and expenses for services provided for the period June 1, 2023 through August 31, 2023 to Wolf Garretson LLC is approved. The Settling Plaintiffs' rights to raise objections or seek adjustments in fees is preserved and any such issues may be raised after completion of the initial review process. *See* ASA at § 12.4, ECF No. 1394-2, PageID.54163.

2. The QSF Administrator is directed to disburse the funds to Wolf Garretson LLC as directed by the Special Master.

IT IS SO ORDERED.

Dated: November 10, 2023       s/Judith E. Levy
Ann Arbor, Michigan      JUDITH E. LEVY
     United States District Judge

---

[1] Unless otherwise defined herein, all capitalized terms herein have the same meaning set forth in the Amended Settlement Agreement.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 10, 2023.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager
