UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *IN RE*: FLINT WATER CASES. | Case No. 5:16-cv-10444-JEL-MKM |
| This Document Relates To: | (Consolidated) |
| All Cases. | Hon. Judith E. Levy |

**VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC'S, VEOLIA NORTH AMERICA, INC.'S, AND VEOLIA NORTH AMERICA, LLC'S PROPOSED AGENDA ITEM FOR THE NOVEMBER 29, 2023 STATUS CONFERENCE**

Pursuant to the Court's order setting a status conference for November 29, 2023 and requesting that the parties file proposed agenda items, ECF No. 2666, Defendants Veolia Water North America Operating Services, LLC, Veolia North America, Inc., and Veolia North America, LLC ("VNA") propose the following agenda item for the status conference:

1. **The parties' proposed amendments to the Bellwether III pre-trial schedule.** While VNA has agreed to all extensions requested by Plaintiffs in connection with expert discovery (an extension of several months, in some instances), Plaintiffs will not agree to commensurately adjust the pretrial deadlines. VNA requests an opportunity to discuss these issues with the Court.

The parties have met and conferred on this issue.

DATED: November 15, 2023.

Respectfully submitted,

| | |
|---|---|
| CAMPBELL CONROY & O'NEIL, P.C. | MAYER BROWN LLP |
| /s/ James M. Campbell<br>James M. Campbell<br>20 City Square, Suite 300<br>Boston, MA  02129<br>(617) 241-3000<br>jmcampbell@campbell-trial-lawyers.com | /s/ Michael A. Olsen<br>Michael A. Olsen<br>71 S. Wacker Drive<br>Chicago, IL<br>(312) 782-0600<br>molsen@mayerbrown.com |

## CERTIFICATE OF SERVICE

I, James M. Campbell, hereby certify that on November 15, 2023 I electronically filed the foregoing document with the Clerk of the Court using the ECF System, which will send notification to the ECF counsel of record.

Respectfully submitted,
/s/ James M. Campbell
James M. Campbell