UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Cholyanda Brown, et al.,

                    Plaintiff(s),

v.                                        Case No. 5:16-cv-10444-JEL-EAS
                                              Hon. Judith E. Levy

Veolia Water North America
Operating Services, LLC, et al.,

                    Defendant(s),

**NOTICE TO APPEAR REMOTELY**

    PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Judith E. Levy as follows:

- STATUS CONFERENCE:  November 30, 2023 at 10:00 AM

    The Court will host the hearing.  Prior to the proceeding date, instructions for joining the hearing will be emailed to the participating attorneys.  Be advised that this is an attorneys-only proceeding.  Connection information and instructions may not be forwarded, distributed or shared with non-participants without the Court's advance approval.

    **ADDITIONAL INFORMATION:**   Status Conference with attorneys, only, to discuss the content of the proposed jury questionnaire

**Certificate of Service**

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                      By: s/W. Barkholz
                                                             Case Manager

Dated:  November 21, 2023