## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

*In re Flint Water Cases 16-10444*

_____/

The Hon. Judith E. Levy
United States District Judge

*Bellwether III Case No. 17-10164*

_____/

## NOTICE OF OBJECTION
## TO DESIGNATIONS OF PROTECTED MATERIAL

Pursuant to the Court's December 19, 2019 Confidentiality Order [Case No. 16-cv-10444, ECF No. 299],[1] Plaintiffs challenge the designations of the following documents previously produced by the Veolia Defendants ("Veolia"), each of which has been designated CONFIDENTIAL or HIGHLY CONFIDENTIAL – FOR ATTORNEYS' EYES ONLY:

1. VWNAOS512372-VWNAOS512372.0003

2. VWNAOS528216-VWNAOS528216.0002

3. VWNAOS527919-VWNAOS527919.0001

4. VWNAOS512374-VWNAOS512374.0004

5. VWNAOS282218-VWNAOS282218.0017

6. VWNAOS550142-VWNAOS550142.0003

_____

[1]*See also* Fifth Amended Case Management Order [Case No. 16-cv-10444, ECF No. 1255-3].

7.  VWNAOS545022-VWNAOS545022.0002

8.  VWNAOS528566-VWNAOS528566.0004

9.  VWNAOS553415-VWNAOS553415.0004

10. VWNAOS511445-VWNAOS511445.0016

11. VWNAOS528317-VWNAOS528317.0004

12. VWNAOS511021-VWNAOS511021.0012

13. VWNAOS512364-VWNAOS512364.0013

14. VWNAOS553565-VWNAOS553565.0002

15. VWNAOS528546-VWNAOS528546.0002

16. VWNAOS528307-VWNAOS528307.0008

17. VWNAOS510979-VWNAOS510979.0010

18. VWNAOS544781-VWNAOS544781.0001

19. VWNAOS528160-VWNAOS528160.0027

20. VWNAOS527000-VWNAOS527000.0001

21. VWNAOS550112-VWNAOS550112.0001

22. VWNAOS527022-VWNAOS527022.0004

23. VWNAOS511443-VWNAOS511443.0015

24. VWNAOS511862-VWNAOS511862.0016

25. VWNAOS511765-VWNAOS511765.0020

26. VWNAOS512839-VWNAOS512839.0026

27. VWNAOS527041-VWNAOS527041.0003

28. VWNAOS528211-VWNAOS528211.0015

29. VWNAOS528547-VWNAOS528547.0040

30. VWNAOS313158-VWNAOS313158.0018

31. VWNAOS553132-VWNAOS553132.0001

32. VWNAOS527052-VWNAOS527052.0002

33. VWNAOS528162-VWNAOS528162.0004

34. VWNAOS511277-VWNAOS511277.0011

35. VWNAOS511429-VWNAOS511429.0008

36. VWNAOS550079-VWNAOS550079.0008

37. VWNAOS312086-VWNAOS312086.0014

38. VWNAOS511744-VWNAOS511744.0009

39. VWNAOS512889-VWNAOS512889.0018

40. VWNAOS527051-VWNAOS527051.0020

41. VWNAOS550154-VWNAOS550154.0001

42. VWNAOS312047-VWNAOS312047.0017

43. VWNAOS511431-VWNAOS511431.0034

44. VWNAOS527062-VWNAOS527062.0004

45. VWNAOS511433-VWNAOS511433.0009

46. VWNAOS528152-VWNAOS528152.0001

47. VWNAOS511624-VWNAOS511624.0013

48. VWNAOS527066-VWNAOS527066.0017

49. VWNAOS512942-VWNAOS512942.0020

50. VWNAOS550029-VWNAOS550029.0002

Plaintiffs informed Veolia of their formal challenge to these designations on September 29, 2023 via email.[2]

Veolia has not acknowledged the correspondence.

Plaintiffs further challenge the designations of the following documents previously produced by the Veolia Defendants ("Veolia"), each of which has been designated CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY:

1. VWNAOS512369-VWNAOS512369.0019

2. VWNAOS528573-VWNAOS528573.0010

3. VWNAOS550144-VWNAOS550144.0001

4. VWNAOS512843-VWNAOS512843.0010

5. VWNAOS527071-VWNAOS527071.0001

6. VWNAOS537242-VWNAOS537242.0001

7. VWNAOS544981-VWNAOS544981.0002

---

[2] September 29, 2023 correspondence to Veolia (Challenge to Confidentiality Designations), attached hereto as **Exhibit A** and incorporated by reference as if fully stated herein.

8. VWNAOS550151-VWNAOS550151.0002

9. VWNAOS527082-VWNAOS527082.0017

10. VWNAOS537466-VWNAOS537466.0001

11. VWNAOS545973-VWNAOS545973.0002

12. VWNAOS553644-VWNAOS553644.0022

13. VWNAOS512932-VWNAOS512932.0018

14. VWNAOS511503-VWNAOS511503.0013

15. VWNAOS527086-VWNAOS527086.0012

16. VWNAOS528074-VWNAOS528074.0006

17. VWNAOS512339-VWNAOS512339.0026

18. VWNAOS550012-VWNAOS550012.0001

19. VWNAOS531825-VWNAOS531825.0001

20. VWNAOS528599-VWNAOS528599.0002

21. VWNAOS527081-VWNAOS527081.0002

22. VWNAOS550141-VWNAOS550141.0003

23. VWNAOS333484-VWNAOS333484.0005

24. VWNAOS512922-VWNAOS512922.0016

25. VWNAOS527070-VWNAOS527070.0012

26. VWNAOS550124-VWNAOS550124.0001

27. VWNAOS513047-VWNAOS513047.0024

28. VWNAOS513069-VWNAOS513069.0001

29. VWNAOS527091-VWNAOS527091.0001

30. VWNAOS513124-VWNAOS513124.0017

31. VWNAOS510976-VWNAOS510976.0010

32. VWNAOS513006-VWNAOS513006.0012

33. VWNAOS528763-VWNAOS528763.0001

34. VWNAOS249160-VWNAOS249160.0029

35. VWNAOS550114-VWNAOS550114.0001

36. VWNAOS249915-VWNAOS249915.0019

37. VWNAOS193661-VWNAOS193661.0047

38. VWNAOS528166-VWNAOS528166.0002

39. VWNAOS249164-VWNAOS249164.0016

40. VWNAOS528713-VWNAOS528713.0002

41. VWNAOS550111-VWNAOS550111.0001

42. VWNAOS365214-VWNAOS365214.0005

43. VWNAOS528382-VWNAOS528382.0001

44. VWNAOS549987-VWNAOS549987.0001

45. VWNAOS528688-VWNAOS528688.0021

46. VWNAOS249912-VWNAOS249912.0037

47. VWNAOS527905-VWNAOS527905.0002

48. VWNAOS544980-VWNAOS544980.0001

49. VWNAOS511618-VWNAOS511618.0013

50. VWNAOS512925-VWNAOS512925.0016

Plaintiffs informed Veolia of their formal challenge to these designations on October 4, 2023 via email.[3]

Veolia has not acknowledged the correspondence.

Plaintiffs further challenge the designations of the following documents previously produced by the Veolia Defendants ("Veolia"), each of which has been designated CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY:

1. VWNAOS528146-VWNAOS528146.0004

2. VWNAOS510926-VWNAOS510926.0010

3. VWNAOS512936-VWNAOS512936.0015

4. VWNAOS550148-VWNAOS550148.0001

5. VWNAOS513010-VWNAOS513010.0026

6. VWNAOS249922-VWNAOS249922.0023

7. VWNAOS527915-VWNAOS527915.0006

8. VWNAOS511026-VWNAOS511026.0011

---

[3] October 4, 2023 correspondence to Veolia (Challenge to Confidentiality Designations), attached hereto as **Exhibit B** and incorporated by reference as if fully stated herein.

9.  VWNAOS527034-VWNAOS527034.0009

10. VWNAOS249919-VWNAOS249919.0023

11. VWNAOS537778-VWNAOS537778.0001

12. VWNAOS553658-VWNAOS553658.0001

13. VWNAOS528714-VWNAOS528714.0001

14. VWNAOS511321-VWNAOS511321.0001

15. VWNAOS545015-VWNAOS545015.0008

16. VWNAOS512994-VWNAOS512994.0012

17. VWNAOS550078-VWNAOS550078.0003

18. VWNAOS525301-VWNAOS525301.0006

19. VWNAOS527084-VWNAOS527084.0001

20. VWNAOS528690-VWNAOS528690.0014

21. VWNAOS528765-VWNAOS528765.0002

22. VWNAOS249917-VWNAOS249917.0032

23. VWNAOS312044-VWNAOS312044.0027

24. VWNAOS312075-VWNAOS312075.0044

25. VWNAOS528681-VWNAOS528681.0021

26. VWNAOS512852-VWNAOS512852.0019

27. VWNAOS528388-VWNAOS528388.0005

28. VWNAOS312055-VWNAOS312055.0020

29. VWNAOS528671-VWNAOS528671.0020

30. VWNAOS333693-VWNAOS333693.0001

31. VWNAOS319859-VWNAOS319859.0001

32. VWNAOS528378-VWNAOS528378.0001

33. VWNAOS528746-VWNAOS528746.0004

34. VWNAOS528368-VWNAOS528368.0004

35. VWNAOS528324-VWNAOS528324.0013

36. VWNAOS528304-VWNAOS528304.0003

37. VWNAOS528290-VWNAOS528290.0008

38. VWNAOS528284-VWNAOS528284.0001

39. VWNAOS513378-VWNAOS513378.0031

40. VWNAOS528177-VWNAOS528177.0013

41. VWNAOS513024-VWNAOS513024.0018

42. VWNAOS511035-VWNAOS511035.0011

43. VWNAOS528675-VWNAOS528675.0016

44. VWNAOS528205-VWNAOS528205.0025

45. VWNAOS511697-VWNAOS511697.0018

46. VWNAOS528167-VWNAOS528167.0013

47. VWNAOS528712-VWNAOS528712.0001

48. VWNAOS528625-VWNAOS528625.0004

49. VWNAOS332056-VWNAOS332056.0005

50. VWNAOS528147-VWNAOS528147.0004

Plaintiffs informed Veolia of their formal challenge to these designations on October 20, 2023 via email.[4]

Veolia has not acknowledged the correspondence.

Plaintiffs further challenge the designations of the following documents previously produced by the Veolia Defendants ("Veolia"), each of which has been designated CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY:

1. VWNAOS545026-VWNAOS545026.0002

2. VWNAOS545006-VWNAOS545006.0002

3. VWNAOS249169-VWNAOS249169.0016

4. VWNAOS510922-VWNAOS510922.0010

5. VWNAOS528117-VWNAOS528117.0001

6. VWNAOS510902-VWNAOS510902.0014

7. VWNAOS528606-VWNAOS528606.0001

8. VWNAOS528590-VWNAOS528590.0002

9. VWNAOS510973-VWNAOS510973.0010

---

[4] October 20, 2023 correspondence to Veolia (Challenge to Confidentiality Designations), attached hereto as **Exhibit C** and incorporated by reference as if fully stated herein

10. VWNAOS553650-VWNAOS553650.0002

11. VWNAOS510923-VWNAOS510923.0014

12. VWNAOS554089-VWNAOS554089.0003

13. VWNAOS528560-VWNAOS528560.0001

14. VWNAOS528309-VWNAOS528309.0001

15. VWNAOS512807-VWNAOS512807.0018

16. VWNAOS512837-VWNAOS512837.0029

17. VWNAOS528310-VWNAOS528310.0032

18. VWNAOS511621-VWNAOS511621.0016

19. VWNAOS528300-VWNAOS528300.0012

20. VWNAOS511450-VWNAOS511450.0020

21. VWNAOS537537-VWNAOS537537.0001

22. VWNAOS511426-VWNAOS511426.0008

23. VWNAOS528323-VWNAOS528323.0002

24. VWNAOS554796-VWNAOS554796.0004

25. VWNAOS527049-VWNAOS527049.0005

26. VWNAOS528303-VWNAOS528303.0013

27. VWNAOS527069-VWNAOS527069.0001

28. VWNAOS395017-VWNAOS395017.0018

29. VWNAOS527079-VWNAOS527079.0004

30. VWNAOS553563-VWNAOS553563.0002

31. VWNAOS527089-VWNAOS527089.0008

32. VWNAOS511521-VWNAOS511521.0016

33. VWNAOS528585-VWNAOS528585.0001

34. VWNAOS528151-VWNAOS528151.0012

35. VWNAOS511032-VWNAOS511032.0011

36. VWNAOS528299-VWNAOS528299.0016

37. VWNAOS528555-VWNAOS528555.0013

38. VWNAOS510901-VWNAOS510901.0010

39. VWNAOS528545-VWNAOS528545.0019

40. VWNAOS528279-VWNAOS528279.0004

41. VWNAOS528219-VWNAOS528219.0016

42. VWNAOS528594-VWNAOS528594.0002

43. VWNAOS528209-VWNAOS528209.0010

44. VWNAOS512848-VWNAOS512848.0018

45. VWNAOS528371-VWNAOS528371.0002

46. VWNAOS513068-VWNAOS513068.0001

47. VWNAOS528564-VWNAOS528564.0042

48. VWNAOS526987-VWNAOS526987.0009

49. VWNAOS312153-VWNAOS312153.0016

50. VWNAOS511512-VWNAOS511512.0013

Plaintiffs informed Veolia of their formal challenge to these designations on November 2, 2023 via email.[5]

Veolia has not acknowledged the correspondence.

Plaintiffs further challenge the designations of the following documents previously produced by the Veolia Defendants ("Veolia"), each of which has been designated CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY:

1. VWNAOS513008-VWNAOS513008.0014

2. VWNAOS312143-VWNAOS312143.0041

3. VWNAOS528554-VWNAOS528554.0001

4. VWNAOS513038-VWNAOS513038.0018

5. VWNAOS528301-VWNAOS528301.0001

6. VWNAOS512977-VWNAOS512977.0027

7. VWNAOS545313-VWNAOS545313.0001

8. VWNAOS528692-VWNAOS528692.0021

9. VWNAOS540542-VWNAOS540542.0001

10. VWNAOS511018-VWNAOS511018.0007

---

[5] November 2, 2023 correspondence to Veolia (Challenge to Confidentiality Designations), attached hereto as **Exhibit D** and incorporated by reference as if fully stated herein

11. VWNAOS528154-VWNAOS528154.0012

12. VWNAOS527067-VWNAOS527067.0012

13. VWNAOS512885-VWNAOS512885.0019

14. VWNAOS513052-VWNAOS513052.0023

15. VWNAOS527087-VWNAOS527087.0001

16. VWNAOS538319-VWNAOS538319.0002

17. VWNAOS528104-VWNAOS528104.0001

18. VWNAOS544982-VWNAOS544982.0003

19. VWNAOS545011-VWNAOS545011.0013

20. VWNAOS553137-VWNAOS553137.0002

21. VWNAOS512928-VWNAOS512928.0016

22. VWNAOS528061-VWNAOS528061.0038

23. VWNAOS528169-VWNAOS528169.0029

24. VWNAOS512988-VWNAOS512988.0014

25. VWNAOS528021-VWNAOS528021.0003

26. VWNAOS511022-VWNAOS511022.0011

27. VWNAOS528159-VWNAOS528159.0001

28. VWNAOS528562-VWNAOS528562.0003

29. VWNAOS526996-VWNAOS526996.0009

30. VWNAOS527920-VWNAOS527920.0002

31. VWNAOS528149-VWNAOS528149.0002

32. VWNAOS527083-VWNAOS527083.0012

33. VWNAOS511447-VWNAOS511447.0016

34. VWNAOS528109-VWNAOS528109.0006

35. VWNAOS527093-VWNAOS527093.0001

36. VWNAOS531833-VWNAOS531833.0010

37. VWNAOS528408-VWNAOS528408.0002

38. VWNAOS553605-VWNAOS553605.0001

39. VWNAOS527916-VWNAOS527916.0003

40. VWNAOS553625-VWNAOS553625.0001

41. VWNAOS536531-VWNAOS536531.0001

42. VWNAOS553652-VWNAOS553652.0003

43. VWNAOS311337-VWNAOS311337.0001

44. VWNAOS528416-VWNAOS528416.0003

45. VWNAOS511965-VWNAOS511965.0023

46. VWNAOS553566-VWNAOS553566.0002

47. VWNAOS528325-VWNAOS528325.0003

48. VWNAOS531828-VWNAOS531828.0004

49. VWNAOS528592-VWNAOS528592.0002

50. VWNAOS528305-VWNAOS528305.0001

Plaintiffs informed Veolia of their formal challenge to these designations on November 8, 2023 via email.[6]

Veolia has not acknowledged the correspondence.

The subject documents do not contain confidential information under applicable law or pursuant to this Court's prior orders. Thus, because there is a profound public interest in the Flint Water Crisis and in this litigation (as Veolia and the Court have consistently stated); because the truth matters (as Veolia has vigorously and publicly argued);[7] and in light of Veolia's significant public presence online and Veolia's continued public misinformation campaign,[8] these documents must be de-designated as CONFIDENTIAL. Further, if any are made public, such would not cause oppression, competitive disadvantage, infringement of privacy rights established by statute or regulation, or infringement of confidentiality requirements established by statute or regulation with respect to government purchasing or other operations. Conversely, and perhaps most importantly, doing so might begin to level the playing field.

---

[6] November 8, 2023 correspondence to Veolia (Challenge to Confidentiality Designations), attached hereto as **Exhibit E** and incorporated by reference as if fully stated herein

[7] *See* @VNAFlintFacts: Description of Twitter handle, attached hereto as **Exhibit F** and incorporated by reference as if fully stated herein.

[8] *See* Declaration of Lauren H. Cohen, Ph.D., previously filed in Case No. 16-cv-10444 [ECF No. 2550], attached hereto as **Exhibit G** and incorporated by reference as if fully stated herein.

Dated: November 25, 2023                    Respectfully submitted,

                                            */s/ Corey M. Stern*
                                            Corey M. Stern
                                            Melanie Daly
                                            605 Third Ave., 33rd Fl.
                                            New York, New York 10158
                                            cstern@levylaw.com
                                            mdaly@levylaw.com

## CERTIFICATE OF SERVICE

I, Corey Stern, hereby certify that on November 25, 2023 the foregoing document and the attached exhibits were served on all counsel of record via the court's ECF system.

*/s/ Corey M. Stern*
Corey M. Stern