## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| ELNORA CARTHAN, et al., | Case No. 5:16-cv-10444-JEL-MKM |
| Plaintiffs, | Hon. Judith E. Levy |
| v. | |
| RICK SNYDER, et al., | |
| Defendants. | |

_____

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | Declaration of James M. Campbell in support of VNA's Motion to Exclude Evidence about VNA Employees' Personal Feelings about the Flint Water Crisis and What They Would Have Done Differently in Hindsight |
| 2 | Excerpts of the Deposition of William Fahey |
| 3 | Excerpts of the Deposition of Mark Sanderson |
| 4 | Excerpts of the Deposition of Marvin Gnagy |
| 5 | Excerpts of the Deposition of Joseph Nasuta |
| 6 | Excerpts of the Deposition of Depin (Theping) Chen |
| 7 | Excerpts of the Deposition of Robert Nicholas |