# Exhibit 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ELNORA CARTHAN, et al.,<br>　　　　　　　Plaintiffs,<br><br>v.<br><br>RICK SNYDER, et al.,<br>　　　　　　　Defendants. | Case No. 5:16-cv-10444-JEL-MKM<br>Hon. Judith E. Levy |

**DECLARATION OF JAMES M. CAMPBELL IN SUPPORT OF DEFENDANTS VEOLIA NORTH AMERICA, LLC, VEOLIA NORTH AMERICA, INC., AND VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC'S MOTION TO MOTION TO EXCLUDE EVIDENCE ABOUT VNA EMPLOYEES' PERSONAL FEELINGS ABOUT THE FLINT WATER CRISIS AND WHAT THEY WOULD HAVE DONE DIFFERENTLY IN HINDSIGHT**

I, James M. Campbell, declare as follows:

1. I am a partner of the law firm of Campbell Conroy & O'Neil, P.C., and I represent Defendants Veolia North America, LLC, Veolia North America, Inc., and Veolia Water North America Operating Services, LLC (collectively, VNA) in the above-captioned matter. I have personal knowledge of the matters stated in this Declaration.

2. Attached as Exhibit 2 is a true and correct excerpt of the transcript of the deposition of William Fahey.

1

3. Attached as Exhibit 3 is a true and correct excerpt of the transcript of the deposition of Mark Sanderson.

4. Attached as Exhibit 4 is a true and correct excerpt of the transcript of the deposition of Marvin Gnagy.

5. Attached as Exhibit 5 is a true and correct excerpt of the transcript of the deposition of Joseph Nasuta.

6. Attached as Exhibit 6 is a true and correct excerpt of the transcript of the deposition of Depin (Theping) Chen.

7. Attached as Exhibit 8 is a true and correct excerpt of the transcript of the deposition of Robert Nicholas.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on November 30, 2023
Boston, Massachusetts

/s/ *James M. Campbell*
James M. Campbell