# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| ELNORA CARTHAN, et al., | Case No. 5:16-cv-10444-JEL-MKM |
|---|---|
| Plaintiffs, | Hon. Judith E. Levy |
| v. | |
| RICK SNYDER, et al., | |
| Defendants. | |

_____

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | Declaration of James M. Campbell in Support of VNA's Motion to Exclude Hypothetical Questions of Fact Witnesses Encouraging Speculative Answers to Justify or Minimize Past Conduct |
| 2 | Excerpts of the Deposition of Darnell Earley |
| 3 | Excerpts of the Deposition of Howard Croft |
| 4 | Excerpts of the Deposition of Liane Shekter Smith |
| 5 | Excerpts of the Deposition of Dayne Walling |
| 6 | Excerpts of the Deposition of Michael Prysby |
| 7 | Excerpts of the Deposition of Gerald Ambrose |
| 8 | Excerpts of the Deposition of Thomas Poy |
| 9 | Excerpts of the Deposition of Warren Green |