## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

ELNORA CARTHAN, et al.,
                Plaintiffs,

v.

RICK SNYDER, et al.,
                Defendants.

Case No. 5:16-cv-10444-JEL-MKM
Hon. Judith E. Levy

_____

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | Declaration of James M. Campbell in Support of VNA's Motion to Exclude Testimony about NSPE Case Study Referenced in Dr. Larry Russell's Report in the Bellwether Cases |
| 2 | National Society of Professional Engineers, Board of Ethical Review, Case No. 20-04 |
| 3 | Excerpts from the December 28, 2022 Deposition of Dr. Larry Russell |
| 4 | Expert Report of Martin Peterson, Ph.D. |
| 5 | Expert Declaration of William Bellamy, Ph.D., P.E., BCEE |