# EXHIBIT C

Highly Confidential - Marc Edwards, Ph.D.

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

-----------------------------)  Civil Action No.:
IN RE:   FLINT WATER CASES    ) 5:16-cv-10444-JEL-MKM
                              ) (consolidated)
                              )
                              ) Hon. Judith E. Levy
-----------------------------) Mag. Mona K. Majzoub


HIGHLY CONFIDENTIAL

VIDEOTAPED DEPOSITION OF MARC EDWARDS, PH.D.


FRIDAY, AUGUST 7, 2020

Volume 1


  Remote oral deposition of MARC EDWARDS, PH.D., conducted at the location of the witness in Blacksburg, Virginia, commencing at approximately 9:06 a.m., on the above date, before JULIANA F. ZAJICEK, a Registered Professional Reporter, Certified Shorthand Reporter, Certified Realtime Reporter and Notary Public.

Highly Confidential - Marc Edwards, Ph.D.

Page 41

1  Q. Would you agree to if asked?

2  A. Probably not.

3  Q. All right. So I want to confirm the
4 deposition is proceeding today on the understanding
5 that you are here purely as a fact witness and not as
6 a retained expert, is that correct?

7  A. Yes.

Page 679

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

------------------------------) Civil Action No.:
IN RE:  FLINT WATER CASES     ) 5:16-cv-10444-JEL-MKM
                              ) (consolidated)
                              )
                              ) Hon. Judith E. Levy
------------------------------) Mag. Mona K. Majzoub

HIGHLY CONFIDENTIAL

VIDEOTAPED DEPOSITION OF MARC EDWARDS, PH.D.

TUESDAY, AUGUST 11, 2020

Volume 3

Continued remote oral deposition of MARC EDWARDS, PH.D., conducted at the location of the witness in Blacksburg, Virginia, commencing at approximately 9:04 a.m., on the above date, before JULIANA F. ZAJICEK, a Registered Professional Reporter, Certified Shorthand Reporter, Certified Realtime Reporter and Notary Public.

1  Q. You are aware that there has been a
2  massive lead service line replacement program in the
3  City over the last number of years?
4  A. Yes.
5  Q. And as part of that effort information has
6  been gathered on what the composition of -- of the
7  pipes were?
8  A. Yes.
9  Q. Would you agree that -- no. Strike that.
10      In a number of different contexts you
11 testified that particular information would only be
12 known to or would only be meaningful to a handful of
13 elite subject matter experts in corrosion.
14      Do you -- do you recall that? And --
15 A. Yes.
16 Q. -- I'm not going to ask you to remember
17 each context.
18      Would -- would you agree that it would be
19 unfair to hold the -- the personnel of the Flint Water
20 Treatment Plant to the level of -- of knowledge of
21 those elite experts?
22 A. Absolutely.
23 Q. Did -- in the 18 months that Flint was on
24 the river, approximately 18 months was on the river,

Highly Confidential - Marc Edwards, Ph.D.

Page 776

1  do you have an opinion as to whether it caused
2  permanent damage to the plumbing of Flint homes?
3     A.   Yes, I believe it did cause some level of
4  permanent damage to Flint homes.  Again, it's -- the
5  question is how much.
6          In the grand scheme of things, I don't
7  believe that the damage -- well, there was definitely
8  damage.  It is hard to estimate.  The nature of it,
9  the corrosion problems that I observed were mostly
10 lead related.  There was not a big problem with
11 copper.
12         So, you get into the nitty-gritty of
13 saying how much damage and what and that's very
14 complicated.  There is not a lot of information about
15 it, but I do believe there was damage.
16    Q.   At all homes?
17    A.   Yeah, I would have to say unless they had
18 plastic pipe or stainless steel, those materials are
19 immune to water corrosivity essentially, yes.
20    Q.   All right.  Are -- are you familiar with
21 an organization known as the Water Research Center?
22    A.   I think I've heard the name.  Is it in
23 England?
24    Q.   I don't know.