# EXHIBIT D

Highly Confidential - Hernan F. Gomez, M.D.

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

------------------------------) Civil Action No.:
IN RE:   FLINT WATER CASES     ) 5:16-cv-10444-JEL-MKM
                               ) (consolidated)
                               )
                               ) Hon. Judith E. Levy
------------------------------) Mag. Mona K. Majzoub


HIGHLY CONFIDENTIAL

VIDEOTAPED DEPOSITION OF HERNAN F. GOMEZ, M.D.


Monday, September 14, 2020


Remote oral videotaped deposition of HERNAN F. GOMEZ, M.D., conducted at the location of the witness in Michigan, commencing at approximately 9:07 a.m., on the above date, before JULIANA F. ZAJICEK, a Registered Professional Reporter, Certified Shorthand Reporter, Certified Realtime Reporter and Notary Public.


Case 5:16-cv-10444-JEL-EAS  ECF No. 2708-5, PageID.88711  Filed 11/30/23  Page 3 of 3

Highly Confidential - Hernan F. Gomez, M.D.

Page 135

1  Q. Yeah. He asked you some questions to
2  start the deposition this morning.
3     Do you remember that?
4  A. I do.
5  Q. Are you aware that in late January, early
6  February 2015 a gentleman named Rob Nicholas at Veolia
7  sent an e-mail that he asked the information contained
8  therein not to be shared and within that e-mail said
9  that lead seems to be a problem in the water in Flint?
10     MR. PENHALLEGON: Object to the form and
11  foundation.
12  BY THE WITNESS:
13  A. I'm not aware of that e-mail, no.
14  BY MR. STERN:
15  Q. Do you find it ironic that Mr. Penhallegon
16  is trying to use you as an expert witness to say that
17  no children were hurt in Flint while simultaneously
18  hiding the fact through his clients that lead was in
19  the water and it shouldn't be shared with folks?
20     MR. PENHALLEGON: Object to the form and
21  foundation.
22  BY THE WITNESS:
23  A. I'm not aware I'm being used as an expert
24  witness.


Golkow Litigation Services - 877.370.DEPS
