# EXHIBIT E

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

*In re Flint Water Cases*　　　　　　　Case No. 5:16-cv-10444-JEL-EAS

　　　　　　　　　　　　　　　　　　Hon. Judith E. Levy
　　　　　　　　　　　　　　　　　　Magistrate Judge Elizabeth A. Stafford

## AFFIDAVIT OF CRISTIN LARDER

Cristin Larder, being duly sworn, deposes and states as follows:

1. This Affidavit is based on my personal knowledge and, if sworn to testify, I can do so competently regarding the facts in this Affidavit.

2. During the period of 2014 and 2015, I was employed at the Michigan Department of Health and Human Services as the Home Visiting Epidemiologist in the Maternal Child Health Epidemiology Section.

3. I have reviewed **Veolia Water North America Operating Services, LLC's, Veolia North America, llc'S, and Veolia North America Inc.'s Disclosure of Expert Opinions Pursuant to Federal Rule of Civil Procedure 26(a)(2)(C)**, dated February 3, 2023, pp. 12-17 (Veolia Expert Summary). Which characterizes my testimony as "expert testimony" for an upcoming Flint Water trial.

4.   A significant portion of the expert testimony referenced in the Veolia Expert Summary includes testimony regarding matters about which I do not believe I am an expert.

5.   As an example, the Veolia Expert Summary makes repeated reference to my involvement and preparation of Shewhart Charts. Prior to my preparation of Shewhart Charts in the Summer of 2015, I had never prepared such a chart before, nor have I prepared one since, and it is not an area in which I believe I possess expertise.

This concludes my affidavit.

Subscribed and sworn to before me
on November 28, 2023

_____
Cristin Larder

_____
Notary Public
Ingham County, MI
My Commission Expires: 08-16-2027

2