# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re Flint Water Cases*

Case No. 5:16-cv-10444-JEL-EAS

Hon. Judith E. Levy
Magistrate Judge Elizabeth A. Stafford

### DECLARATION OF KATHERINE M. PEASLEE IN SUPPORT OF CLASS PLAINTIFFS' MOTION REGARDING USE OF DEPOSITIONS OF CERTAIN VEOLIA WITNESSES PURSUANT TO FED. R. CIV. P. 32(a)(3)

I, Katherine M. Peaslee, make this declaration pursuant to 28 U.S.C. § 1746. I hereby declare under penalty of perjury that the following is true and correct:

1. I am an attorney at Susman Godfrey, LLP, and I represent Class Plaintiffs in this matter. I have personal knowledge of the matters set forth below.

2. Attached as **Exhibit 1** is a true and correct copy of a document produced in this litigation and marked as Exhibit 21 at the deposition of Marvin Gnagy.

3. Attached as **Exhibit 2** is a true and correct copy of excerpts of the transcript of the deposition of William Fahey, dated December 3, 2019, with highlighting added. Pursuant to the Confidentiality Order (ECF No. 1255-3), this

exhibit has filed provisionally under seal as Exhibit 8 to Class Plaintiffs' Motion to Seal filed on November 30, 2023.

4. Attached as **Exhibit 3** is a true and correct copy of a document produced in this litigation and marked as Exhibit 3 at the deposition of William Fahey. Pursuant to the Confidentiality Order (ECF No. 1255-3), this exhibit has filed provisionally under seal as Exhibit 4 to Class Plaintiffs' Motion to Seal filed on November 30, 2023.

5. Attached as **Exhibit 4** is a true and correct copy of a document produced in this litigation and marked as Exhibit 4 at the deposition of William Fahey. Pursuant to the Confidentiality Order (ECF No. 1255-3), this exhibit has filed provisionally under seal as Exhibit 6 to Class Plaintiffs' Motion to Seal filed on November 30, 2023.

6. Attached as **Exhibit 5** is a true and correct copy of excerpts of the deposition of Robert Nicholas, dated December 9, 2019, with highlighting added. Pursuant to the Confidentiality Order (ECF No. 1255-3), this exhibit has filed provisionally under seal as Exhibit 10 to Class Plaintiffs' Motion to Seal filed on November 30, 2023.

7. Attached as **Exhibit 6** is a true and correct copy of a document produced in this litigation and marked as Exhibit 14 at the deposition of William Fahey.

8. Attached as **Exhibit 7** is a true and correct copy of a document produced in this litigation and marked as Exhibit 15 at the deposition of William Fahey.

9. Attached as **Exhibit 8** is a true and correct copy of a document produced in this litigation and marked as Exhibit 16 at the deposition of William Fahey.

10. Attached as **Exhibit 9** is a true and correct copy of excerpts of the transcript of the deposition of Joseph Nasuta, dated December 5, 2019, with highlighting added. Pursuant to the Confidentiality Order (ECF No. 1255-3), this exhibit has filed provisionally under seal as Exhibit 12 to Class Plaintiffs' Motion to Seal filed on November 30, 2023.

11. Attached as **Exhibit 10** is a true and correct copy of a document produced in this litigation and marked as Exhibit 14 at the deposition of Joseph Nasuta.

12. Attached as **Exhibit 11** is a true and correct copy of a document produced in this litigation and marked as Exhibit 17 at the deposition of Joseph Nasuta.

13. Attached as **Exhibit 12** is a true and correct copy of a document produced in this litigation and marked as Exhibit 11 at the deposition of Robert Nicholas.

14. Attached as **Exhibit 13** is a true and correct copy of a document produced in this litigation and marked as Exhibit 23 at the deposition of Joseph Nasuta.

15. Attached as **Exhibit 14** is a true and correct copy of excerpts of the transcript of the deposition of Marvin Gnagy, dated December 12, 2019, with highlighting added. Pursuant to the Confidentiality Order (ECF No. 1255-3), this exhibit has filed provisionally under seal as Exhibit 14 to Class Plaintiffs' Motion to Seal filed on November 30, 2023.

16. Attached as **Exhibit 15** is a true and correct copy of excerpts of the transcript of the deposition of Depin (Theping) Chen, dated November 25, 2019, with highlighting added. Pursuant to the Confidentiality Order (ECF No. 1255-3), this exhibit has filed provisionally under seal as Exhibit 16 to Class Plaintiffs' Motion to Seal filed on November 30, 2023.

17. Attached as **Exhibit 16** is a true and correct copy of a document produced in this litigation and marked as Exhibit 16 at the deposition of Marvin Gnagy.

18. Attached as **Exhibit 17** is a true and correct copy of a document produced in this litigation and marked as Exhibit 26 at the deposition of Marvin Gnagy.

19. Attached as **Exhibit 18** is a true and correct copy of a document produced in this litigation and marked as Exhibit 4 at the deposition of Robert Nicholas.

20. Attached as **Exhibit 19** is a true and correct copy of a document produced in this litigation and marked as Exhibit 6 at the deposition of Robert Nicholas.

21. Attached as **Exhibit 20** is a true and correct copy of a document produced in this litigation and marked as Exhibit 14 at the deposition of Robert Nicholas.

22. Attached as **Exhibit 21** is a true and correct copy of a document produced in this litigation and marked as Exhibit 15 at the deposition of Robert Nicholas.

23. Attached as **Exhibit 22** is a true and correct copy of a document printed on November 30, 2019, and marked as Exhibit 1 at the deposition of William Fahey.

24. Attached as **Exhibit 23** is a true and correct copy of a document marked as Exhibit 1 at the deposition of Robert Nicholas.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed:   Seattle, Washington
            November 30, 2023

*/s/ Katherine M. Peaslee*
Katherine M. Peaslee