# EXHIBIT 2

# Filed under seal as an exhibit to Class Plaintiffs' Motion to Seal filed on 11/30/23