# EXHIBIT 11

**From:** Joseph Nasuta [joseph.nasuta@veolia.com]
**Sent:** Friday, February 13, 2015 7:36 PM
**To:** Marvin Gnagy
**Subject:** Re: Flint

Thank you

> On Feb 13, 2015, at 4:20 PM, Marvin Gnagy <marvin.gnagy@veolia.com> wrote:
>
>> I will make sure both requests are taken care of.
>>
>> Marvin Gnagy, PE
>> Water Process Manager
>> marvin.Gnagy@veolia.com
>> Cell (419) 450-2931
>>
>> On Feb 13, 2015, at 6:57 PM, Joseph Nasuta <joseph.nasuta@veolia.com> wrote:
>>
>>> Also guys, separately keep track of your time (I know we do this) but also your travel expenses on Flint. I'll need to give that info to Bill outside the typical roll up.
>>>
>>> Thanks.
>>>
>>> Sent from my Corporate iPhone
>>>
>>> On Feb 13, 2015, at 3:47 PM, "Nasuta, Joseph" <joseph.nasuta@veolia.com> wrote:
>>>
>>>> Talked with Fahey and he made it "very clear" the technical group needs to point out that the quickest option and maybe safest option is to return to Detroit water. We can say we have not evaluated the cost impacts of that option, if we have not, but we need to tell BD that this **is an option** and quick to implement.
>>>>
>>>> I'm not sure what documents, emails or your role in any presentation is but please in some form (report paragraph or email best) tell BD that returning to Detroit is an option. If they want to throw that out and not bring it up, that is up to them but we need to be sure to tell them the obvious; there is an quick easy fix to this (even if it is not in the scope of work BD asked to look at).
>>>>
>>>> Let me know if you have questions, but we must get



Nasuta Deposition Exhibit 17
232313-CAK  12/05/2019

**Confidential Treatment Requested by Veolia**
Confidential

VEOLIA006559
VWNAOS006757

this message to the DB group and let them decide.

Keep this in the group.

Joe

On Fri, Feb 13, 2015 at 1:34 PM, Marvin Gnagy <marvin.gnagy@veolia.com> wrote:
> Nicholas giving interim PowerPoint report next week on findings thus far. Later we likely will present findings of treatment investigations. That's all I've been told. BD seems to be running the show. Not sure why.
>
> Marvin Gnagy, PE
> Water Process Manager
> marvin.Gnagy@veolia.com
> Cell (419) 450-2931
>
>
> On Feb 13, 2015, at 4:16 PM, Joseph Nasuta <joseph.nasuta@veolia.com> wrote:
>
>> What is the schedule for the report?  Are we to do a first report that will then determine future involvement and recommendations?
>>
>> Thanks,
>> Joe
>>
>> Sent from my Corporate iPhone
>>
>> On Feb 13, 2015, at 11:59 AM, "Chen, Depin (Theping)" <theping.chen@veolia.com> wrote:
>>
>>> Some background information I am aware of:
>>>
>>> - it was made clear by the City during our first kickoff phone call that reconnecting to DWSD (as an interim method) is not an option.  The reason often cited is $12M/yr additional cost.
>>> - The City has invested about $48M in upgrades for the WTP to treat the river water since 2000.  The City has been on the path of treating its own water for long time.  The breakup with DWSD was not amiable, and City officials have resisted the calls from some council members and residents to reconnect to DWSD water.  It becomes both political and financial issues.

**Confidential Treatment Requested by Veolia**
Confidential

**VEOLIA006560**
VWNAOS006758

- famous activist Erin Brockovich sent a "water expert" to participate in a protest tomorrow in Flint, and he is touring the plant with Mayor today. He has already said prior to arrival that "the Flint problem is fixable with tweaks", most likely after learning Veolia is on board.
- our scope includes recommendation for operation and process improvement. There will be price tags associated with some of the process improvements which may aid the City to make decision if it wants to reconnect.

Theping

On 13 February 2015 at 14:30, Nasuta, Joseph <joseph.nasuta@veolia.com> wrote:
> See the attached comment for Fahey regarding Flint. I think there are some issues at the corp BD level on this but we need to look at it from the technical end only (as we always do). Please keep this between us.
>> On the Flint MI project that Marvin is working on. If the best "technical decision is to go back to the City of Detroit as its supplier" we should not be afraid to make that call. Just make sure that the politics of this should not get in the way of making the best recommendation.

jtn

--
Joseph T. Nasuta, PE
Director, Optimization
Municipal & Commercial Business
VEOLIA NORTH AMERICA

cell   +1 937 245 1973
Las Vegas, NV
joseph.nasuta@veolia.com
www.veolianorthamerica.com

Resourcing the world  VEOLIA

Confidentiality Note | This e-mail message and any attachments are intended only for the named recipient(s) and may contain legally privileged and/or confidential

**Confidential Treatment Requested by Veolia**
Confidential

**VEOLIA006561**
VWNAOS006759

information. If you are not the intended
recipient(s), please do not duplicate or
forward this e-mail message and
immediately delete it from your
computer.

--
Theping Chen
*Technical Manager*
*Municipal & Commercial Business*
**VEOLIA NORTH AMERICA**

tel   +1 216 379 4110 *(Please note my new cell phone number)*
7340 Hillside Lane / Solon, OH 44139
theping.chen@veolia.com
www.veolianorthamerica.com



--
Joseph T. Nasuta, PE
*Director, Optimization*
*Municipal & Commercial Business*
**VEOLIA NORTH AMERICA**

cell   +1 937 245 1973
Las Vegas, NV
joseph.nasuta@veolia.com
www.veolianorthamerica.com



Confidentiality Note | This e-mail message and any attachments are
intended only for the named recipient(s) and may contain legally
privileged and/or confidential information. If you are not the intended
recipient(s), please do not duplicate or forward this e-mail message and
immediately delete it from your computer.

**Confidential Treatment Requested by Veolia**
Confidential

**VEOLIA006562**
VWNAOS006760