# EXHIBIT 13



VEOLIA NORTH AMERICA  
6708 Denbridge Drive  
Sylvania, Ohio 43560  
www.veoliawaterna.com  

Tel: 419.450.2931  
Fax:  
Mobile: 419.450.2931  

## Weekly Summary of Activities

**From:** Marvin Gnagy  
**To:** Joe Nasuta  
**Date:** March 12, 2015  
**Subject:** Weekly summary  
**cc:**

1. **Hours Worked**

| Hours Spent | Project Location or Activity |
|---|---|
|  |  |
| 32 | Flint, Michigan THM issues |
|  | Expense reports |
| 7 | OTCO presentation |
| 40 | Total |
|  | **SUMMARY** |
| 33 | BD work related to new projects |
|  | PPS (sales support- prior to award) |
|  | PPS (Implementation/operations support) |
|  | COGS |
|  | Account Management (Existing contract scope expansion or renewal/extension support) |

2. **Major COGS Items**
   a. None.

3. **Major BD Support Items**
   a. <u>Flint, Michigan</u> – Preparing technical report for the jar testing work and our findings to reduce THMs and improve water quality. Technical report will be used to help guide the plant staff and consulting engineer in the improvements necessary for



Nasuta Deposition  
**Exhibit 23**  
232313-CAK   12/05/2019

Page 1 of 2

Confidential Treatment Requested by Veolia  
Confidential

VEOLIA010181  
VWNAOS010379

      THM control and water quality maintenance in the system. Assisted in preparation of the written recommendations report for the emergency manager. Worked with the BD team onsite to conduct due diligence for a structured management team proposal we are submitting for Flint. Met with the new City Administrator (Natasha Henderson) to give a plant tour and to briefly discuss our findings for treatment changes at the plant. Finalized chemical costing for the Flint River treatment and for Lake Huron treatment for the cost proposal along with solids production estimates for Jeff Greer to cost model our management team submittal.

  b. [redacted]

4. **Other Major Support Items**
   a. None.

**Upcoming Tentative Schedules**
March 16th – OTCO seminar (T, W), Flint follow-up and Camden follow-up
March 23rd – working from home on reports
March 30th – working from home (M, T, W) and vacation (R, F)
April 6th – vacation (M-F)
April 13th – Pittsburgh
April 20th - ?

5. **General Comments**
   a. OTCO presentation – Prepared presentation for OTCO workshop next week on microcystin removal treatments

**Confidential Treatment Requested by Veolia**
Confidential

**VEOLIA010182**
VWNAOS010380