# EXHIBIT 16



VEOLIA NORTH AMERICA
6708 Denbridge Drive
Sylvania, Ohio 43560
www.veoliawaterna.com

Tel : 419.450.2931
Fax:
Mobile : 419.450.2931

# *Weekly Summary of Activities*

| | |
|---|---|
| **From:** | **Marvin Gnagy** |
| **To:** | **Joe Nasuta** |
| **Date:** | **February 19, 2015** |
| **Subject:** | **Weekly summary** |
| **cc:** | |

## 1. Hours Worked

| Hours Spent | Project Location or Activity |
|---|---|
| | |
| 32 | Flint, Michigan THM issues |
| | Expense reports |
| | Vacation |
| 40 | Total |
| | |
| | **SUMMARY** |
| 40 | BD work related to new projects |
| | PPS (sales support- prior to award) |
| | PPS (Implementation/operations support) |
| | COGS |
| | Account Management (Existing contract scope expansion or renewal/extension support) |

2. **Major COGS Items**
   a. None.

3. **Major BD Support Items**

Gnagy Deposition
**Exhibit**
**16**
231804-CAK   12/12/2019

**Confidential Treatment Requested by Veolia**
Confidential

**VEOLIA007485**
VWNAOS020340

a. <u>Flint, Michigan</u> – Conducted jar testing, TOC testing and UVA testing at the Flint WTP. Completed a characterization of the raw water and found predominance of fulvic acids with potential treatability of about 60% TOC removal. After ozonation, organic character is altered to transphilic acids with little fulvic acids remaining. Ozo0ne reduces TOC about 3% overall. Overdoing of ozone likely occurring based solely on bromate data. Bromate exceeds limits (10 ug/L) when ozone fed above 5 mg/L. Looked at several different coagulants for coagulation and TOC removal. Ferric chloride and ACH appeared to be best for TOC reductions. Compared treatment of raw water to treatment of ozonation water and found no significant difference. Attempted two-stage coagulation splitting fed between clarification and softening. Appeared to help control turbidity, but did not see any further TOC reductions. May still need some anionic polymer feed to control softening turbidity. Conducted lime softening testes to develop softening curves. Curves indicated that lime is overfed for softening and adds hardness back into the water. Current operating pH of 11.1+ should be reduced to 10.1 more or less to remove calcium only. Can save on lime and $CO_2$ for recarbonation. Tried NaOH for noncarbonated hardness removal with lime treatment. NaOH did not perform well. Removed both calcium and magnesium, but retained high alkalinity that did not settle well. High turbidities and filterability remained after NaOH treatment. Likely will not recommend for hardness reductions. Completed a TOC profile through plant operations. Appears that 35% TOC is removed through clarification and 60% after softening at high pH. Appears to be a good correlation between elevated pH in softening and TOC removal. Need to analyze the data collected before we make any treatment suggestions. Participated in council report meeting with Nicholas and Gaddis. Council had more attacks than any positive comments. Meeting went on for 3 hours with a barrage of council members attacking Veolia. It was apparent that they are upset about the water quality issues, and do not believe Veolia can fix the problems in a timely manner. There were no thank yous for attempting to come in and look over their water system even when we were the only respondent to the RFP. (Really makes one want to do a good job for them.) It was apparent that nobody on council has any idea what the problems are or how to fix them, they just wanted their complaints heard and the water quality issues fixed yesterday. Council also appeared to have issues with Veolia getting paid when a Brockavich water expert gave his opinions for free (even if the suggestions were ill founded and broad with no substance).

b. ████████████████████████████████████████████

## 4. **Other Major Support Items**
a. None.

## **Upcoming Tentative Schedules**
February 23rd – Camden, NJ
March 2nd – Flint and Camden data evaluations from home
March 9th – Flint and Camden follow-up?
March 16th – Flint and Camden follow-up?
March 23rd – Pittsburgh
March 30th - ?

## 5. **General Comments**
a. None.

**Confidential Treatment Requested by Veolia**
Confidential

**VEOLIA007486**
VWNAOS020341