# EXHIBIT 18

From: Nicholas, Robert [robert.nicholas@veolia.com]
Sent: Tuesday, January 27, 2015 11:55 AM
To: Low, Manshi
Subject: Re: * FOR YOUR ELECTRONIC APPROVAL 4PM TODAY * Flint, MI Letter Proposal

Nice Job!!!!

My only suggestion of a change is in the Risk Memo. Up front talk about this is being pursued to up sale to a PPS. Also in the pricing state that we will negotiate a lump sum contract and have used $225 an hour for a base of discussion. Then ship it and let's see what happens.

On 27 January 2015 at 11:14, Low, Manshi <manshi.low@veolia.com> wrote:
> Rob - For your review.
>
>
> TO: Mike, Bill Fahey, Vincent Nicod, Rob Arendell
> BCC: James Good, John Wood, Harald, Rob, Dave
>
>
>
> Dear all,
>
> We would like to **seek your permission to submit a letter** offering our services and experience to the RFB/P issued by City of Flint, MI.
>
> The City is currently under emergency response for its serious water problems. Their RFB/P has asked for both study and implementation under a lump sum price and duration defined by the vendor. Recent TV and news reports have indicated that this will be more than a one year effort. The City is keen on our help and has extended the due date of their RFB/P to this Thursday noon at our request. Attached are the RFB/P, and our Risk Memo and final draft letter ready for submission.
>
> As shown in our letter, we are **not** providing any firm price **nor** agreeing to any terms and conditions since there is no sample contract. We simply state that we are willing to negotiate a fixed fee if they select us for PPS and/or O&M contract operations and come to mutually-agreed terms and conditions.
>
> We wish to reiterate the permission to submit the letter to get our name in for consideration. **Please send us your electronic approval via email by 4 pm EST today.** It'd help us greatly to ensure our FedEx package is on time with the snowstorm. We realize this is very short notice; primarily driven by the City's emergency nature and short turnaround time. If more time is needed, please drop us a line so we can do the necessary backup coordination with the City. If you feel a quick discussion is warranted, we can set up a call today.
>
> Mike - Additionally, we would like to request your delegation to Dave Gadis as signatory. Thank you.

|  | Electronic Approval | Delegation to David Gadis as signatory |
|---|---|---|
| Bill Fahey |  |  |
| Mike Byrnes |  |  |
| Vincent Nicod |  |  |
| Rob Arendell or designee |  |  |



Nicholas Deposition
**Exhibit 4**
232688-CAK    12/09/2019

**Confidential Treatment Requested by Veolia**

**VEOLIA002098**
VWNAOS014953

Thank you in advance for your help. Please call Rob Nicholas at (859) 582-0104 or myself if you have any questions/comments.

Best,
Manshi


Manshi Low, PE
*Director, Business Development*
*Municipal & Commercial Business*
**VEOLIA NORTH AMERICA**

tel   +1 914 325 7151
manshi.low@veolia.com
www.veolianorthamerica.com



--
Rob Nicholas
*Vice President, Development*
*Municipal & Commercial Business*
**VEOLIA NORTH AMERICA**

tel   +1 859 582 0104
5071 Endview Pass / Brooksville, FL 34601
Robert.Nicholas@veolia.com
www.veolianorthamerica.com



**Confidentiality Note:** This e-mail message and any attachments to it are intended only for the named recipients and may contain legally priviledged and/or confidential information. If you are not one of the intended recipients, please do not duplicae or forward this e-mail message and immediately delete it from your computer.

**Confidential Treatment Requested by Veolia**

VEOLIA002099
VWNAOS014954