# EXHIBIT 19

**From:** Nicholas, Robert [robert.nicholas@veolia.com]
**Sent:** Monday, February 02, 2015 5:52 PM
**To:** djones@cityofflint.com
**CC:** David Gadis
**BCC:** Robert Nicholas
**Subject:** Pricing Discussion

Hello Derrick

To follow up on our phone call earlier this afternoon. This is what I think we came up with on the phone:

**One Week Assessment** - Veolia would provide two water and two communication experts for a total of 40 hours each at $225 an hour plus expenses. The product from that week would be a letter or power point presentation reviewing actions taken by the City to date, validating what has been done, making recommendations for other ideas to try, putting a schedule together for those ideas or current efforts if more study or other actions are needed. The City would provide access to staff, consultants and records for review. If a contract can be finalized this might include introductions and data exchange this Friday and then a start on the following Tuesday.

**Additional Four Weeks of Assistance** - It is not known at this time what type of help will be needed moving forward if any or who from our staff would be required. The City however has asked for a maximum price figure for that assistance. We have simply estimated $86,400 plus expenses for that period. Any scope of work and fee would be negotiated after the initial week on site when we know more about what is needed.

I hope this matches what you got from the conversation.

--
Rob Nicholas
Vice President, Development
Municipal & Commercial Business
VEOLIA NORTH AMERICA

tel  +1 859 582 0104
5071 Endview Pass / Brooksville, FL 34601
Robert.Nicholas@veolia.com
www.veolianorthamerica.com

Resourcing the world  VEOLIA


Confidentiality Note: This e-mail message and any attachments to it are intended only for the named recipients and may contain legally priviledged and/or confidential information. If you are not one of the intended recipients, please do not duplicae or forward this e-mail message and immediately delete it from your computer.


Nicholas Deposition
**Exhibit 6**
232688-CAK    12/09/2019

**Confidential Treatment Requested by Veolia**

**VEOLIA003996**
VWNAOS016851