# EXHIBIT 20

From: Nicholas, Robert [robert.nicholas@veolia.com]
Sent: Friday, February 20, 2015 1:14 PM
To: Howard Croft
CC: Elizabeth Murphy; Marvin Gnagy
BCC: Robert Nicholas
Subject: Chemical Costs

Hello Howard

Thanks for all the information you are sending. It is helpful.

Marvin and I would also like to get the cost per pound or gallon you are paying for ferric chloride, lime, polymer, chlorine as well as cost of liquid oxygen and also price per kilowatt of power. This will allow us to calculate extra cost and savings for possible changes in the plant.

--
Rob Nicholas
Vice President, Development
Municipal & Commercial Business
VEOLIA NORTH AMERICA

tel  +1 859 582 0104
5071 Endview Pass / Brooksville, FL 34601
Robert.Nicholas@veolia.com
www.veolianorthamerica.com

Resourcing the world  VEOLIA

Confidentiality Note: This e-mail message and any attachments to it are intended only for the named recipients and may contain legally priviledged and/or confidential information. If you are not one of the intended recipients, please do not duplicae or forward this e-mail message and immediately delete it from your computer.



Nicholas Deposition
**Exhibit 14**
232688-CAK    12/09/2019