# EXHIBIT 22

11/30/2019                Bill Fahey - Senior Vice President-Technical and Performance - Veolia North America | LinkedIn

 **Linked in**                                                                    Join now    | Sign in |

Bill Fahey



## Bill Fahey

Senior Vice President-Technology at Veolia Environnement

Greater Boston Area · 500+ connections

 Veolia North America

 Massachusetts Maritime Academy

*Sign in to Connect*

---

## About

Dedicated and results oriented facility manager with over 23 years experience, with a focus on facility maintenance and construction project management
• Enthusiastically accepts new challenges and delivers creative solutions
• Successfully leads projects from planning to implementation to achieve desired results
• Effectively builds relationships and creates an atmosphere of teamwork and success

Specialties: Reliability Centered Maintenance
Asset Management
Risk Mitigation
Capital Planning



Fahey Deposition
Exhibit
1
231793-CAK    12/03/2019

## Articles by Bill

The importance of resilient infrastructure in



Join now    Sign in

**Bill Fahey**

## Activity



We have some great people working here at Veolia North America. Seventeen members of our Houston office spent part of Friday at the Houston Food Bank…

Liked by Bill Fahey



In case anyone is wondering…Speaker Pelosi's healthcare bill is devastating for patients who need cures and new therapies. It's also horrible for…

Liked by Bill Fahey



I am proud to work for a company who invests in their employees! A little bit of #teamwork on Friday at our 24/7 operations facility, bringing the…

Liked by Bill Fahey

Sign in to see all activity

## Experience



**Veolia North America**
8 years 11 months

**Senior Vice President-Technical and Performance**
Nov 2013 – Present · 6 years 1 month
Boston Massachusetts

**Vice President-Municipal Project Development**
Mar 2013 – Nov 2013 · 9 months

 Join now | Sign in

Bill Fahey

 Veolia Water

Jan 2005 – Jan 2012 · 7 years 1 month

•Developed the corporate policy related to asset management and general facility maintenance for over 250 facilities in North America.

•Developed a maintenance strategy based on the theory of Reliability Centered Maintenance (RCM). Worked with supervisors and field staff to implement the strategy at the company's largest contract in Indianapolis, Indiana. The maintenance strategy implementation was successful and has resulted in improved reliability, safety and reduced costs...

Show more ⌄

### Vice President-Asset Management

Veolia Water North America

2005 – 2010 · 5 years

### Asset Manager-deer island

MWRA

1987 – 2000 · 13 years

Responsible for developing the long-term strategic maintenance plan for the $3.4 Billion dollar Deer Island Treatment plant. This plan included a focused balance of Preventive, Predictive, Corrective, and Reliability Centered Maintenance.
Managed the coordination of all facility maintenance work orders for over 150 trade staff including HVAC, Plumbing, carpentry, Buildings and Grounds, I&C, electrical and mechanical work
Directed and supervised field trades to ensure work...

Show more ⌄

# Education

 **Massachusetts Maritime Academy**

Linked in  Join now  Sign in

Bill Fahey

MBA · Business

1997 – 2000

## Groups

Food & Beverage Industry - Environmental Sustainability

theAssetProject.com

VEOLIA WORLDWIDE

Massachusetts Maritime Academy Career Services

Massachusetts Maritime Academy Boston Networking Group

UMass MBA Network

POWER magazine

Water Technologies

RCM WorkSaver Users

WaterPros

Water and Wastewater Jobs - A Hunter Crown, LLC Group (www.HunterCrown.com)

SMRP - Group for Maintenance and Reliability Professionals

                                                                                  Join now    Sign in

Bill Fahey

Show fewer groups ⌃

## View Bill Fahey's full profile to

✓ See who you know in common

✓ Get introduced

✓ Contact Bill Fahey directly

Sign in to view full profile

## People also viewed


**John Gibson**
EVP and COO, Municipal and Commercial Businesses at Veolia North America


**Keith Oldewurtel**
Senior Vice President at Veolia North America


**Ryan Johnson**
Asset Management Specialist at Jacobs

**David Peterson**
Project Manager III at Kleinfelder


**Jeremiah Marske**
Mid-Atlantic Account Manager at Adams CG, Inc.

**Alex DavisShaw**
City Engineer at City of Sarasota

 Linked**in**                                                         Join now    Sign in

Bill Fahey

**Cindy Solomon**
Director of Procurement, Municipal & Commercial Operations at Veolia North America

**Valerie Casanave**
Realtor at Norwood Group Residential Real Estate

## Others named **Bill Fahey**

**Bill Fahey**
Washington D.C. Metro Area

**Bill Fahey**
VP of R&D at SpinalUSA
Greater New York City Area

**Bill Fahey**
Cleveland/Akron, Ohio Area

 **Bill Fahey**
Founding Member at Fahey Schultz Burzych Rhodes PLC
Lansing, Michigan Area

94 others named Bill Fahey are on LinkedIn

See others named **Bill Fahey**

## Learn the skills Bill has

 **DevOps Foundations: Site Reliability Engineering**

 **Project Management Foundations: Procurement**



Join now | Sign in

Bill Fahey

## Bill's public profile badge

Include this LinkedIn profile on other websites



**Bill Fahey**
Senior Vice President-Technology at Veolia Environnement

- Senior Vice President-Technical and Performance at Veolia North America

- Massachusetts Maritime Academy

View profile

LinkedIn

**View profile badges**

LinkedIn © 2019 | About
User Agreement | Privacy Policy
Cookie Policy | Copyright Policy
Brand Policy | Guest Controls
Community Guidelines | Language