# EXHIBIT 23



Join now | Sign in

Rob Nicholas



# Rob Nicholas

Vice President of Resource Optimization at Veolia North America

Tampa/St. Petersburg, Florida Area · 432 connections

 **Veolia North America**

Sign in to Connect



Nicholas Deposition
**Exhibit 1**
232688-CAK    12/09/2019

## Experience



**Veolia North America**
8 years

### Vice President of Development for Resource Optimization
2015 – Present · 4 years
Tampa/St. Petersburg, Florida Area

• Responsible for a high energy team that engages with the staff of large water utilities to change their culture that implements changes that have generated new revenue, saved money and improved services. This effort is done in a pay for performance method where there is gain for success and pain for failure. These projects included the focus on new product development of Peer Performance Solutions a unique performance based consulting service which has included major US cities including NYC...



Join now  Sign in

Rob Nicholas

Tampa/St. Petersburg, Florida Area

• Led a team that provided solutions to utility problems involving contract operations, DBOF and concessions for water and energy projects.
• Oversaw the due diligence, creation of solutions to problems, financial projection and contract negotiations for work through the country.



### Area Vice President
Veolia Water

1995 – 2011 · 16 years

Lexington, Kentucky Area

Had P&L responsibility as leader of three different business units serving contracts in up to four states involving more than 300 personnel and 25 water, waste water and sanitation facilities.
• Oversaw the sale, contract negotiations, initial capital improvements and operation of a public private partnership between the Army, local County utility and Veolia.
• Lead the sales effort and oversaw capital improvements and operations for a county utility that 13 waste water plants and...

Show more ˅



### Veolia North America
8 years

### Managing Partner
1991 – 1995 · 4 years

Berea, Kentucky

• Directed work of a 15 person consulting firm specializing in assisting local governments with financing and implementing neighborhood redevelopment programs, first time home buyer programs, community facility and utility system improvements.
• Involved extensive use of public private partnerships including single purpose quasi-public agencies.
• Funding sources involved Federal Home Loan Bank, ARC, EPA, FEMA, Hud Small Cities Block Grant, HUD Home Programs and Rural Development...

 Join now | Sign in

Rob Nicholas

Ft Piece, Florida

• Oversaw acquisition and merger of four small utility companies into company subsidiary.
• Led the service company providing contract plant operations, lab testing, chemical sales, solids handling, design, permitting and construction for more than 200 small public and private utilities in South Florida.

### Client Services Manager

1987 – 1991 · 4 years

Lexington, Kentucky Area

• Responsible for working with local communities to utilize contract operations services to improve their facilities.
• Developed and transitioned the first privately managed public works department in the nation.
• Initiated the first design, build & operate contract of a waste water plant for the company.

## Education

### University of Cinncinnati

Bachelor's degree · Urban Administration

1978 – 1985

## View Rob Nicholas' full profile to

✓ See who you know in common

✓ Get introduced

✓ Contact Rob Nicholas directly

**Sign in to view full profile**

 Join now | Sign in

Rob Nicholas

Auxilary operator Intern at Covanta


**Jennifer Luther**
Asset Manager at GlidePath Power Solutions


**Kenneth Beyea**
Operations Supervisor at Veolia North America


**Timothy Muirhead**
VP of Account Management - East Region at Veolia Water North America

**Roy McConnell**
Sr H&S Coordinator at Veolia North America


**Everette (Brett) Taylor**
Project Manager II at Veolia Water

**Joe Gorberg**
President & Managing Director at Cali Energy


**Tim Varnedoe**
Reliability Professional at Allied Reliability

**Joe Mendes**
Electrical Technician at Pacific Gas and Electric Company

**Jaz Dukatz**
Person in Charge at Jimmy John's

## Others named **Rob Nicholas**


**Rob Nicholas**
CEO | MyConcierge | Concierge | NPIMEDIA
United Arab Emirates





Join now · Sign in

Rob Nicholas

Brisbane, Australia



**Rob Nicholas**
Owner - Nicholas Construction Services
Greater Chicago Area

255 others named Rob Nicholas are on LinkedIn

See others named **Rob Nicholas**

## Rob's public profile badge

Include this LinkedIn profile on other websites

**Rob Nicholas**
Vice President of Resource Optimization at Veolia North America

○ Vice President of Development for Resource Optimization at Veolia North America

View profile

Linked in

View profile badges

Linked in © 2019

User Agreement
Cookie Policy
Brand Policy
Community Guidelines

About
Privacy Policy
Copyright Policy
Guest Controls
Language ∨