UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Document Relates To:

*Bellwether III Cases*
    Case No. 17-10164

_____/

## STIPULATION REGARDING
## DEADLINES FOR BELLWETHER III TRIAL

Bellwether III Plaintiffs and Defendants Veolia Water North America Operating Services, LLC, Veolia North America, Inc., and Veolia North America, LLC (the "VNA Defendants") have conferred about modifications to the current Bellwether III scheduling deadlines (ECF No. 2642). The parties reached agreement on certain deadlines but were at an impasse as to other deadlines. At the November 29, 2023 conference, the Court addressed the disputes and adopted the following deadlines:[1]

---

[1] N/A is filled in where a new deadline is unnecessary as the event has already passed.

1

## DR. CRAKES AND DR. RUSSELL/ RESPONSIVE TO[2]

| Event | Current Deadline / Date Range | New Deadline/Deadline Range |
|---|---|---|
| Defendants' Expert Reports and Disclosures (for experts not responsive to Dr. Bithoney ("Group A Defense Experts")) | July 26, 2023 | n/a |
| Plaintiffs' Reply Expert Reports (for those who are responsive to Group A Defense Experts | September 19, 2023 | n/a |
| Defendants' Reply Expert Reports (for Group A Defense Experts) | October 30, 2023 | n/a |
| Defendants' Expert Depositions (of Group A Defense Experts) (shall be limited only to those experts for whom the parties submit new or additional reports) | November 1, 2023 to December 6, 2023 | November 1, 2023 to December 15, 2023, *except Dr. Gagnon* |
| Deposition of Dr. Gagnon | n/a | January 2, 2024 to January 29, 2024 |

---

[2] The following six (6) VNA experts submitted reports in response to the Russell and Crakes reply reports: Bellamy, Crowe, Gagnon, Lundstrom, Masters, and Segreve. **Note:** Segreve also responds, in part, to Hoffman and Krishnan. As such, Krishnan and Hoffman will reply, and Segreve will be deposed with the defense experts responsive to Krishnan and Hoffman.

| Event | Current Deadline / Date Range | New Deadline/Deadline Range |
|---|---|---|
| Plaintiffs' Reply Expert Report Depositions (for those who are responsive to Group A Defense Experts) | November 1, 2023 to November 27, 2023 | n/a |

## DR. SPECHT/ RESPONSIVE TO[3]

| Event | Deadline/ Date Range | New Deadline/Deadline Range |
|---|---|---|
| Dr. Specht MATLAB code delivered (in different format) | September 5, 2023 | n/a |
| Dr. Specht Deposition | September 25, 2023 through September 29, 2023 | n/a |
| Defendants' Expert Report and Disclosure -- response to Dr. Specht | October 27, 2023 | n/a |
| Plaintiffs' Reply Expert Report -- replying to response to Dr. Specht | November 13, 2023 | December 11, 2023 |
| Defendants' Reply Expert Report -- response to Dr. Specht | November 27, 2023 | January 8, 2024 |

---

[3] The following seven (7) VNA experts respond to Specht: Huber, Schultz, Banner, Benson, Finley, Greenberg, and Nelson. However, Huber and Schultz are the only VNA experts who respond exclusively to Specht. As such, only Huber and Schultz will serve reports and be deposed during the periods outlined in this section.

3

| **Event** | Deadline/ Date Range | New Deadline/Deadline Range |
|---|---|---|
| Defendants' Expert Deposition -- response to Dr. Specht (shall be limited to new or additional reports) | **November 29, 2023 to December 13, 2023** | January 15, 2024 to February 2, 2024<br><br>Huber and Schultz will be deposed before Specht as the court's initial schedule contemplates. ***See, e.g.,* ECF 2533 & 2179.** |
| Plaintiffs' Reply Expert Report Depositions -- of Dr. Specht | **December 18, 2023 to December 22, 2023** | January 15, 2024 to February 2, 2024<br><br>Huber and Schultz will be deposed before Specht as the court's initial schedule contemplates. ***See, e.g.,* ECF 2533 & 2179.** |

## DR. BITHONEY & SAMPLE/ RESPONSIVE TO
## AND
## DR. KRISHNAN AND DR. HOFFMAN/ RESPONSIVE TO[4]

| **Event** | Deadline/ Date Range | New Deadline/Deadline Range |
|---|---|---|
| Due Date for Dr. Bithoney Replacement Expert Report and Complete Disclosure | August 16, 2023 | n/a |
| Depositions of Plaintiffs' Experts (Dr. Bithoney and Replacement of Dr. Bithoney) +Defendants' IMEs of Plaintiffs (if needed) | September 18, 2023 to October 9, 2023 | n/a |
| Defendants' Expert Reports and Disclosures (for experts responsive to Dr. Bithoney or Dr. Bithoney replacement ("Group B Defense Experts")) | October 27, 2023 | n/a |
| Plaintiffs' Reply Expert Reports (for those who are responsive to Group B Defense Experts) *And Dr. Krishnan-Jourdan & Dr. Hoffman* | November 13, 2023 | January 15, 2024 |

---

[4] The following ten (10) VNA experts respond to Bithoney, Sample, Krishnan, and/or Hoffman: Banner, Benson, Finley, Greenberg, McCaffrey, Nelson, Putnam, Thompson, Segreve, and Weed. Note: As set forth above, Banner, Benson, Finley, Greenberg, and Nelson also respond to Specht. As such, those experts who also respond to Specht will serve reply reports on the later deadline (for reply reports responsive to Bithoney, Sample, Krishnan, and Hoffman). In addition, these VNA experts will be deposed during the latter deposition period (not the Specht deposition period).

| **Event** | Deadline/ Date Range | New Deadline/Deadline Range |
|---|---|---|
| Defendants' Reply Expert Reports (for Group B Defense Experts)<br><br>***And responsive to Dr. Krishnan-Jourdan & Dr. Hoffman*** | **November 27, 2023** | January 29, 2024 |
| Defendants' Expert Depositions (of Group B Expert Reports) (shall be limited only to those experts for whom the parties submit new or additional reports)<br><br>***And responsive to Dr. Krishnan-Jourdan & Dr. Hoffman*** | **November 20, 2023 to December 11, 2023** | January 29, 2024 to March 15, 2024<br><br>Defense experts will be deposed first, as the court's initial schedule contemplates. ***See, e.g.,* ECF 2533 & 2179.** |
| Plaintiffs' Reply Expert Report Depositions (for those who are responsive to Group B Defense Experts<br><br>***And responsive to Dr. Krishnan-Jourdan & Dr. Hoffman*** | **December 13, 2023 to December 20, 2023** | January 29, 2024 to March 15, 2024<br><br>Defense experts will be deposed first, as the court's initial schedule contemplates. ***See, e.g.,* ECF 2533 & 2179.** |

## REMAINING DEADLINES

| Event | Current Deadline/ Date Range | New (where applicable) Deadline/Deadline Range |
|---|---|---|
| Daubert and Summary Judgment Motions | **December 29, 2023** | March 22, 2024[5] |
| Daubert and Summary Judgment Response Briefs | **February 5, 2024** | April 3, 2024 |
| Daubert and Summary Judgment Reply Briefs | **February 19, 2023** | April 18, 2024 |
| Oral Argument on Daubert Motions | **April 22, 2024 2:00pm cont'd if needed on April 23, 2024 2:00pm** | May 27, 2024 2:00pm cont'd if needed on May 28, 2024 2:00pm |
| Oral Argument on Summary Judgment Motions | **April 24, 2024 2:00pm cont'd if needed on April 25, 2024 2:00pm** | May 29, 2024 2:00pm cont'd if needed on May 30, 2024 2:00pm |
| Deadline for Parties to Submit Joint Proposed Jury Questionnaire to the Court (via e-mail) | **July 15, 2024** | June 24, 2024 |

---

[5] **An alternate, later, Daubert Motion Briefing schedule will be imposed for the experts whose depositions fall at the end of the discovery period.**

| **Event** | Current Deadline/ Date Range | New (where applicable) Deadline/Deadline Range |
|---|---|---|
| Status Conference on Jury Questionnaire Content | **July 22, 2024 at 2:00pm** | June 26, 2024 at 2:00pm |
| Motions in Limine—Opening Briefs | **July 29, 2024** | July 1, 2024 |
| Motions in Limine—Response Briefs | **August 12, 2024** | July 15, 2024 |
| Motions in Limine—Reply Briefs | **August 19, 2024** | July 29, 2024 |
| Deadline for Parties to Ship 200 copies of Juror Questionnaires to Judge Levy's Chambers in Ann Arbor, Michigan | **September 6, 2024** | September 6, 2024 |
| Hearing on motions in limine (the Court will notify the parties in advance as to which motions will be argued) | **September 12, 2024 10:30am** | September 12, 2024 10:30am |

| Event | Current Deadline/ Date Range | New (where applicable) Deadline/Deadline Range |
|---|---|---|
| Summoned Jurors to Courthouse to Answer Questionnaires (Court Staff Only) (Jury Department takes approximately one week to process questionnaires and make them available to counsel and the Court) | **September 12, 2024 10:30am** | September 12, 2024 10:30am |
| Deposition Designations (due for exchange between parties) | Parties to propose deadline | Parties to propose deadline |
| Objections to Deposition Designations and Counter-Designations (due for exchange between parties) | Parties to propose deadline | Parties to propose deadline |
| Deadline for Submitting Deposition Designations Matrices and Highlighted Transcripts to the Court (via e-mail) | **September 16, 2024** | September 16, 2024 |
| Parties to File Jointly Proposed Jury Instructions and Verdict Form | **September 16, 2024** | September 16, 2024 |

| **Event** | Current Deadline/ Date Range | New (where applicable) Deadline/Deadline Range |
|---|---|---|
| Parties to Submit Joint Final Pretrial Order (use Utilities function in CM/ECF and e-mail) | **September 16, 2024** | September 16, 2024 |
| Parties to Submit Jointly Proposed Voir Dire Questions and Joint Statement of the Case (via e-mail) | **September 20, 2024** | September 20, 2024 |
| Status Conference Regarding Excusals Based on Jury Questionnaire Responses | TBD | TBD |
| Final Pretrial Conference and Hearing on proposed Jury Instructions and Verdict Form | **September 23, 2024 10:30am cont'd if needed on September 24, 2024 10:30am** | September 23, 2024 10:30am cont'd if needed on September 24, 2024 10:30am |
| Deadline for Court to Inform Jury Dept of Excusals Based on Questionnaires (Court Staff Only) | **October 2, 2024** | October 2, 2024 |
| Hearing Regarding Misc. Pretrial Matters (if needed) | **October 7, 2024** | October 7, 2024 |

10

| Event | Current Deadline/ Date Range | New (where applicable) Deadline/Deadline Range |
|---|---|---|
| **First Day of Trial/Voire Dire** | **October 8, 2024** | October 8, 2024 |

Dated:  December 1, 2023                             Respectfully submitted,

/s/ Corey M. Stern                                              /s/ Patrick J. Lanciotti

Corey M. Stern                                              Patrick J. Lanciotti
Melanie Daly                                                NAPOLI SHKOLNIK PLLC
LEVY KONIGSBERG, LLP                          360 Lexington Avenue, 11th Floor
605 3rd Ave., 33rd Floor                             New York, NY, 10017
New York, NY 10158                                  (212) 397-1000
(212) 605-6200                                           planciotti@napolilaw.com
cstern@levylaw.com

***ATTORNEYS FOR BELLWETHER III PLAINTIFFS***

CAMPBELL CONROY &                             MAYER BROWN LLP
O'NEIL, P.C.

/s/ James M. Campbell                                 /s/ Michael A. Olsen
James M. Campbell                                      Michael A. Olsen
Alaina N. Devine                                          71 S. Wacker Drive
20 City Square, Suite 300                             Chicago, IL 60606
Boston, MA  02129                                      (312) 782-0600
(617) 241-3000                                             molsen@mayerbrown.com
jmcampbell@campbell-trial-lawyers.com
adevine@campbell-trial-lawyers.com

***ATTORNEYS FOR VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC,  VEOLIA NORTH AMERICA, LLC, AND VEOLIA NORTH AMERICA, INC.***

11