UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In Re* Flint Water Cases            No.5:16-cv-10444-JEL-EAS (consolidated)

HON. JUDITH E. LEVY

_____/

## NOTICE OF THE MASTER GUARDIAN AD LITEM REGARDING REQUEST FOR PAYMENT OF FEES FOR SEPTEMBER 5, 2023 TO NOVEMBER 27, 2023

On March 19, 2021, the Court entered the Order Granting Plaintiffs' and Settling Defendants' Motion to Appoint Master Guardian Ad Litem. (ECF No. 1472) Miriam Z. Wolock was appointed Master Guardian Ad Litem ("Master GAL") under the Amended Settlement Agreement.[1] On March 12, 2021, the Genesee County Circuit Court entered a parallel Order Granting Plaintiffs' and Settling Defendants' Motion to Appoint Master Guardian Ad Litem.

The foregoing Orders provide in relevant part that "Compensation to Miriam Wolock the Master GAL… will be as provided for in the Amended Settlement Agreement, or as ordered by this Court." Article XI of the Amended Settlement Agreement establishes that guardian ad litem fees and expenses shall be solely paid out of the FWC Qualified Settlement Fund.

As Master GAL, from September 5, 2023 to November 27, 2023 I performed work that included review of files referred by the Claims Administrator, via the Special Master, analyzing deficiencies, claims questions and addressing cures for same, attend meetings with Judge Levy, Judge Mack, the Genesee County Probate Court Administrator, and the Special Master relating to

---

[1] All capitalized terms herein have the same meaning set forth in the Amended Settlement Agreement that the Court has preliminarily approved.

1

probate procedures and ASA implementation tasks, telephone calls with the Special Master relating to claims analyses issues pursuant to the ASA.

The Settling Parties have been provided with the Master GAL's Invoice covering the period from September 5, 2023 to November 27, 2023 and have not submitted any objections. The total amount owed on this Invoice is $75,015.52.

These fees, if approved, would be paid from the Qualified Settlement Fund, which has been established under the terms of the Court's February 2, 2021 Order Granting Motion to Establish Qualified Settlement Fund and Sub-Qualified Settlement Funds, and Establishing QSF Authorized Banking Institution [1408], ECF No. 1410.

By this Notice I am requesting that the Court authorize the payment of the sum of $75,015.52 to the Law Offices of Miriam Z. Wolock, PLLC. I have submitted a proposed Order for the Court's consideration.

Dated: December 6, 2023     Respectfully Submitted,


/s/ *Miriam Z. Wolock*
Miriam Z. Wolock (P49434)
Master Guardian Ad Litem
LAW OFFICES OF MIRIAM Z. WOLOCK, PLLC
40900 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304
(248) 633-2630
mwolock@wolocklaw.com

## CERTIFICATE OF SERVICE

I certify that on December 6, 2023 I electronically filed the foregoing document with the Clerk of Court using the Court's ECF system, which will send notification of such filing to attorneys of record.

Dated:  December 6, 2023　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　*/s/ Miriam Z. Wolock*
　　　　　　　　　　　　　　　　　　　　Miriam Z. Wolock (P49434)
　　　　　　　　　　　　　　　　　　　　Master Guardian Ad Litem
　　　　　　　　　　　　　　　　　　　　LAW OFFICES OF MIRIAM Z. WOLOCK, PLLC
　　　　　　　　　　　　　　　　　　　　40900 Woodward Avenue, Suite 100
　　　　　　　　　　　　　　　　　　　　Bloomfield Hills, MI 48304
　　　　　　　　　　　　　　　　　　　　(248) 633-2630
　　　　　　　　　　　　　　　　　　　　mwolock@wolocklaw.com

# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In Re* Flint Water Cases

No.5:16-cv-10444-JEL-EAS (consolidated)

HON. JUDITH E. LEVY

_____/

## ORDER AUTHORIZING DISTRIBUTION OF FUNDS FROM THE QUALIFIED SETTLEMENT FUND FOR PAYMENT OF MASTER GUARDIAN AD LITEM FEES FOR SEPTEMBER 5, 2023 TO NOVEMBER 27, 2023

Having now considered the Notice of The Master Guardian Ad Litem Regarding Request For Payment Of Fees For September 5, 2023 to November 27, 2023, ECF No. ____ ("Notice") and the request to authorize the distribution of funds from the Qualified Settlement Fund[1] under Article XI of the Amended Settlement Agreement pursuant to Exhibit A of the Notice:

IT IS HEREBY ORDERED THAT:

1. A distribution of funds in the amount of $75,015.52 from the Qualified Settlement Fund for the purpose of paying Master GAL Miriam Z. Wolock for September 5, 2023 to November 27, 2023 is approved.

**IT IS SO ORDERED.**

Dated: _____, 2023
Ann Arbor, Michigan

_____
JUDITH E. LEVY
United States District Judge

---

[1] All capitalized terms herein have the same meaning set forth in the Amended Settlement Agreement that the Court has preliminarily approved.