UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

_____

*In re* FLINT WATER CASES

_____

Civil Action No. 5:16-cv-10444-JEL-MKM (consolidated)

Hon. Judith E. Levy

### STIPULATION TO EXTEND TIME FOR RESPONSE BRIEFS TO PLAINTIFFS' NOTICES OF OBJECTIONS TO DESIGNATIONS OF PROTECTED MATERIALS

Plaintiffs and Defendants Veolia Water North America Operating Services, LLC, Veolia North America, Inc. and Veolia North America, LLC (collectively "VNA") hereby stipulate and agree to extend VNA's deadline for the filing of their Response to Plaintiffs' Notices of Objections to Designations of Protected Materials (See ECF No. 2688) from December 7, 2023 to December 15, 2023.

Pursuant to ECF Rule 11(c), Plaintiffs and VNA request that a text-only order be entered granting this stipulation.

1

**STIPULATED AND AGREED TO:**

Dated: December 7, 2023

| | |
|---|---|
| CAMPBELL CONROY & O'NEIL, P.C. | MAYER BROWN LLP |
| | |
| */s/ Alaina N. Devine* | */s/ Michael A. Olsen* |
| James M. Campbell | Michael A. Olsen |
| Alaina N. Devine | 71 S. Wacker Drive |
| 20 City Square, Suite 300 | Chicago, IL |
| Boston, MA 02129 | (312) 782-0600 |
| (617) 241-3000 | molsen@mayerbrown.com |
| jmcampbell@campbell-trial-lawyers.com | |
| adevine@campbell-trial-lawyers.com | |

*Attorneys for Veolia Water North America Operating Services, LLC Veolia North America, LLC, and Veolia North America, Inc.*

LEVY KONIGSBERG, LLP

*/s/ Corey M. Stern*
Corey M. Stern, Esq.
800 Third Avenue
Suite 11th Floor
New York, NY 10022
(212) 605-6200
cstern@levylaw.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I, Alaina N. Devine, one of the counsel of record for the defendants Veolia Water North America Operating Services, LLC, Veolia North America, LLC, and Veolia North America, Inc., certify that on December 7, 2023, I caused the within stipulation to be filed electronically with the Clerk of Courts through the Court's ECF filing system which will cause it to be served automatically by electronic means to counsel of record for all parties.

                                        */s/ Alaina N. Devine*
                                        Alaina N. Devine
                                        adevine@campbell-trial-lawyers.com