## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

*In re* Flint Water Cases.

Judith E. Levy
United States District Judge

_____/

This Order Relates To:

ALL CASES

_____/

## ORDER GRANTING MOTION TO APPROVE THE FLINT WATER CASES SPECIAL NEEDS POOLED TRUST AGREEMENT, JOINDER AGREEMENT, INVESTMENT POLICY STATEMENT, TRUST MANAGEMENT FEE SCHEDULE, AND TRUSTEE FEE SCHEDULE, AND FOR APPOINTMENT OF <u>ELDER LAW OF MICHIGAN, INC. AS TRUSTEE [2659]</u>

Having now considered the Motion to Approve the Flint Water Cases Special Needs Pooled Trust Agreement, Joinder Agreement, Investment Policy Statement, Trust Management Fee Schedule, and Trustee Fee Schedule, and for Appointment of Elder Law of Michigan, Inc. as Trustee (the "Motion"), (ECF No. 2659.):[1]

IT IS HEREBY ORDERED THAT:

_____

[1]    All capitalized terms herein have the same meaning set forth in the Amended Settlement Agreement.

1. The Motion is GRANTED;

2. The Flint Water Cases Special Needs Pooled Trust Agreement, attached to the Motion as Exhibit B, is approved;

3. The Joinder Agreement, attached to the Motion as Exhibit B, is approved;

4. Huntington Bank, N.A.'s Investment Policy Statement, attached to the Proposed Joinder Agreement as Schedule A, is approved;

5. Huntington Bank, N.A.'s Trust Management Fee Schedule, attached to the Proposed Trust Agreement as Exhibit B, is approved;

6. Elder Law of Michigan, Inc.'s Trustee Fee Schedule, attached to the Proposed Trust Agreement as Exhibit C, is approved; and

7. Elder Law of Michigan, Inc. is appointed as Trustee of the Flint Water Cases Special Needs Pooled Trust Agreement.

IT IS SO ORDERED.

Dated: December 8, 2023                    s/Judith E. Levy
Ann Arbor, Michigan                         JUDITH E. LEVY
                                            United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 8, 2023.

s/William Barkholz

WILLIAM BARKHOLZ

Case Manager
