# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ELNORA CARTHAN, et al.,

          Plaintiffs,

v.

RICK SNYDER, et al.,

          Defendants.

Case No. 5:16-cv-10444-JEL-MKM
Hon. Judith E. Levy

_____

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | Declaration of James M. Campbell in Support of VNA's Opposition to Class Plaintiffs' Motion *in Limine* No. 1 Regarding Expert Opinions of VNA Defendants' Non-Retained Experts |
| 2 | November 10, 2023 VNA Submission Regarding Non-Retained Experts (without exhibits) |
| 3 | December 6, 2023 VNA Reply to the Bellwether III Plaintiffs' Response Regarding Non-Retained Experts |
| 4 | Excerpt of the transcript of the deposition of Cristin Larder |