# EXHIBIT 4

Highly Confidential - Cristin M. Larder

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF MICHIGAN
 3                    SOUTHERN DIVISION
 4   _____
                                    )
 5                                  )  Civil Action No.
                                    )  5:16-cv-10444-JEL-MKM
 6   In re:  FLINT WATER CASES      )  (consolidated)
                                    )
 7                                  )  Hon. Judith E. Levy
                                    )  Mag. Mona K. Majzoub
 8   _____)
 9
10                    Tuesday, June 2, 2020
11                     HIGHLY CONFIDENTIAL
12                          VOLUME I
13           Remote videotaped deposition of
14   CRISTIN M. LARDER conducted at the location of the
15   witness in Battle Creek, Michigan, commencing at
16   9:04 a.m., on the above date, before Carol A. Kirk,
17   Registered Merit Reporter, Certified Shorthand
18   Reporter, and Notary Public.
19
20
21
22              GOLKOW LITIGATION SERVICES
           877.370.3377 ph | 917.591.5672 fax
23                  deps@golkow.com
24
```

Highly Confidential - Cristin M. Larder

 1    or given set of data, you may be tasked with

 2    determining whether some data falls within an

 3    expected or anticipated or normal range, or,

 4    conversely, if there's data that falls outside

 5    of the normal or expected or predicted range.

 6    Is that a fair laymen's --

 7         A.    Yes.

 8         Q.    Okay.  And then, depending upon

 9    what the results are of that data analysis, if

10    there are results that are outside of the

11    expected, normal, usual range, then that may

12    trigger further investigation or development as

13    to why or the cause or related more in-depth

14    issues, true?

15         A.    Yes.

16         Q.    Okay.  The project, as it was

17    explained to you on July 24, fell within your

18    area of expertise as an epidemiologist with the

19    Department of Health and Human Services?

20         A.    Correct.  Yes.

21         Q.    And then you ultimately received

22    some data on Monday, July 24; am I right?

23         A.    Yes.

24               MR. HAMMAKER:  Objection to form

Highly Confidential - Cristin M. Larder

```
 1                      CERTIFICATE
 2
            I, Carol A. Kirk, a Registered Merit
 3   Reporter and Notary Public in and for the State of
     Michigan, duly commissioned and qualified, do hereby
 4   certify that the within-named CRISTIN M. LARDER was by
     me first duly sworn to testify to the truth, the whole
 5   truth, and nothing but the truth in the cause
     aforesaid; that the deposition then given by her was
 6   by me reduced to stenotype in the presence of said
     witness; that the foregoing is a true and correct
 7   transcript of the deposition so given by her; that the
     deposition was taken at the time and place in the
 8   caption specified and was completed without
     adjournment; and that I am in no way related to or
 9   employed by any attorney or party hereto or
     financially interested in the action; and I am not,
10   nor is the court reporting firm with which I am
     affiliated, under a contract as defined in Civil Rule
11   28(D).
12
13          IN WITNESS WHEREOF, I have hereunto set my
     hand and affixed my seal of office at Dexter, Michigan
14   on this 16th day of June 2020.
15
16
17                      _____
                        CAROL A. KIRK, RMR, CSR-9139
18                      NOTARY PUBLIC - STATE OF MICHIGAN
19
20   My Commission Expires:  August 19, 2022.
21                         - - -
22
23
24
```