**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

*In re Flint Water Cases*

Case No. 5:16-cv-10444-JEL-EAS

Hon. Judith E. Levy
Magistrate Judge Elizabeth A. Stafford

**DECLARATION OF KATHERINE M. PEASLEE
IN SUPPORT OF CLASS PLAINTIFFS' OPPOSITION TO DEFENDANTS'
MOTION [ECF NO. 2698] TO EXCLUDE TESTIMONY ABOUT MOTIVE,
INTENT, OR MENTAL STATE**

I, Katherine M. Peaslee, make this declaration pursuant to 28 U.S.C. § 1746. I hereby declare under penalty of perjury that the following is true and correct:

1. I am an attorney at Susman Godfrey, LLP, and I represent Class Plaintiffs in this matter. I have personal knowledge of the matters set forth below.

2. Attached as **Exhibit 1** is a true and correct copy of excerpts of the deposition of William Fahey in his capacity as corporate representative of Veolia, dated December 7, 2021. Highlighting has been added to aid the Court.

3. Attached as **Exhibit 2** is a true and correct copy of excerpts of the deposition of Michael Byrnes in his capacity as corporate representative of Veolia, dated October 9, 2020. Highlighting has been added to aid the Court.

4. Attached as **Exhibit 3** is a true and correct copy of excerpts of the deposition of Brian Clarke in his capacity as corporate representative of Veolia, dated June 28, 2021. Highlighting has been added to aid the Court.

5. Attached as **Exhibit 4** is a true and correct copy of an email exchange between Robert Nicholas and William Fahey produced in this action, bearing the bates number VWNAOS055607, and marked as Exhibit 17 at the deposition of Brian Clarke. Highlighting has been added to aid the Court.

6. Attached as **Exhibit 5** is a true and correct copy of an email exchange between Robert Nicholas and Stephen Lizauckas produced in this action, bearing bates number VWNAOS071513. Highlighting has been added to aid the Court.

7. Attached as **Exhibit 6** is a true and correct copy of an excerpt of the transcript of the deposition of Marvin Gnagy, dated December 13, 2019. Highlighting has been added to aid the Court.

8. Attached as **Exhibit 7** is a true and correct copy of excerpts of the deposition of Brian Clarke in his capacity as corporate representative of Veolia, dated October 6–7, 2020. Highlighting has been added to aid the Court.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed:   Seattle, Washington
           December 14, 2023

                                                                                                                                                       __/s/ Katherine M. Peaslee_____
                                                                                                                                                       Katherine M. Peaslee