# Exhibit 5

**From:** Nicholas, Robert [robert.nicholas@veolia.com]
**Sent:** Monday, June 08, 2015 3:53 PM
**To:** Lizauckas, Stephen
**CC:** Cathy Dennis
**Subject:** Re: Preparing an Invoice for Flint MI

Correct in that $40,000 is the cap. We saw this as paid sales effort so not as concerned about the dollar value.

Do you know when an invoice will be sent? And can I get a copy so I can forward it to the City Manager for his notice.

On 8 June 2015 at 14:57, Lizauckas, Stephen <stephen.lizauckas@veolia.com> wrote:
> Rob,
>
> I had to wait for the project coding to be created in SAP which has been done. I forwarded the invoice request to billing with all of the details. I informed them of the urgency of the client request for the invoice.
>
> To confirm, based on the contract we cannot pass $40,000. Is this the amount we are billing even though we went over on the number of hours?
>
> Thanks,
> Stephen Lizauckas
> *Finance Manager*
> *Municipal & Commercial Business*
> **VEOLIA NORTH AMERICA**
>
> tel / fax   +1 317 917 3749
> 101 W. Washington Street, Suite 1400 / Indianapolis, IN 46204
> stephen.lizauckas@veolia.com
> www.veolianorthamerica.com
>
> 
>
> On Mon, Jun 8, 2015 at 2:34 PM, Nicholas, Robert <robert.nicholas@veolia.com> wrote:
>> Good Afternoon Stephen
>>
>> Flint has asked for us to invoice them ASAP. They are closing out the year and more than that its the State Appointed Receiver wanting to close out his portion of the work and hand off to the City.
>>
>> Where are we on preparing an invoice?
>>
>> On 26 May 2015 at 08:38, Lizauckas, Stephen <stephen.lizauckas@veolia.com> wrote:
>>> Morning Rob,
>>>
>>> Can you please send me a copy of the signed agreement? Also where are the labor and travel costs currently being coded to? This information will assist me in determining who should handle the preparation of the invoice and where the revenue should go.
>>>
>>> Thanks,
>>> Stephen Lizauckas

Finance Manager
Municipal & Commercial Business
VEOLIA NORTH AMERICA

tel / fax +1 317 917 3749
101 W. Washington Street, Suite 1400 / Indianapolis, IN 46204
stephen.lizauckas@veolia.com
www.veolianorthamerica.com



On Tue, May 26, 2015 at 7:51 AM, Nicholas, Robert <robert.nicholas@veolia.com> wrote:
Good Morning

We did a study for Flint and now need to invoice them for the services. What are the logistics of me getting an invoice prepared. I am in the process of collecting the time sheets and the travel costs for the documentation.

--
Rob Nicholas
Vice President, Development
Municipal & Commercial Business
VEOLIA NORTH AMERICA

tel +1 859 582 0104
5071 Endview Pass / Brooksville, FL 34601
Robert.Nicholas@veolia.com
www.veolianorthamerica.com



Confidentiality Note: This e-mail message and any attachments to it are intended only for the named recipients and may contain legally priviledged and/or confidential information. If you are not one of the intended recipients, please do not duplicae or forward this e-mail message and immediately delete it from your computer.

--
Rob Nicholas
Vice President, Development
Municipal & Commercial Business
VEOLIA NORTH AMERICA

tel +1 859 582 0104
5071 Endview Pass / Brooksville, FL 34601
Robert.Nicholas@veolia.com
www.veolianorthamerica.com



Confidentiality Note: This e-mail message and any attachments to it are intended only for the named recipients and may contain legally priviledged and/or confidential information. If you are not one of the intended recipients, please do not duplicae or forward this e-mail message and immediately delete it from your computer.

--
Rob Nicholas
*Vice President, Development*
*Municipal & Commercial Business*
VEOLIA NORTH AMERICA

tel +1 859 582 0104
5071 Endview Pass / Brooksville, FL 34601
Robert.Nicholas@veolia.com
www.veolianorthamerica.com



Confidentiality Note: This e-mail message and any attachments to it are intended only for the named recipients and may contain legally priviledged and/or confidential information. If you are not one of the intended recipients, please do not duplicae or forward this e-mail message and immediately delete it from your computer.