# Exhibit 6

Highly Confidential - Marvin Gnagy

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF MICHIGAN
 2                    SOUTHERN DIVISION
 3    _____
 4                                    No. 5:16-cv-10444
      IN RE:   FLINT WATER CASES      Hon. Judith E. Levy
 5                                    Mag. Mona K. Majzoub
      _____
 6
 7
 8
                      HIGHLY CONFIDENTIAL
 9       CONTINUED VIDEOTAPED DEPOSITION OF MARVIN GNAGY
10                         VOLUME II
11               Friday, December 13, 2019
                       at 9:02 a.m.
12
13
14    Taken at:   Weitz & Luxenberg PC
                  3011 West Grand Boulevard, Suite 2100
15                Detroit, Michigan  48202
16
17
18
19
20
21    REPORTED BY:  CAROL A. KIRK, RMR/CSR-9139
22              GOLKOW LITIGATION SERVICES
          877.370.3377 ph | 917.591.5672 fax
23                  deps@golkow.com
24
```

Highly Confidential - Marvin Gnagy

```
 1   them whatsoever.
 2        Q.    Then later in the day, you had a
 3   similar conversation you indicated just before
 4   the public meeting at city hall?
 5        A.    Correct.
 6        Q.    And you indicated that in that
 7   discussion, Mr. Ambrose was present along with
 8   Mr. Gadis and Mr. Nicholas.
 9        A.    And others, yes, but ...
10        Q.    Okay.  Do you recall others from
11   the city being present at the meeting or at this
12   discussion?
13        A.    I believe I mentioned earlier in
14   testimony I think Liz Murphy was there.  I think
15   Kelly, the PR consultant, was there.
16        Q.    Kelly Rossman-McKinney?
17        A.    Yes.  Depin Chen was there.
18        Q.    And where were you when this
19   second conversation occurred?
20        A.    With Mr. Ambrose?
21        Q.    Yes.
22        A.    It was a meeting room.  I can't
23   remember whether it was upstairs or downstairs
24   from the council chambers.
```

Highly Confidential - Marvin Gnagy

```
 1        Q.    Somewhere in city hall near the
 2  council chambers?
 3        A.    Yes.
 4        Q.    What was the reaction of the city
 5  personnel at the meeting when you told them that
 6  you were concerned about corrosivity being a
 7  potential?
 8        A.    Mr. Ambrose told me to stick to my
 9  scope if I want to get paid.
10        Q.    Anything else you recall regarding
11  that discussion with Mr. Ambrose?
12        A.    Those were the only words that he
13  gave me.
14        Q.    I want to move now and talk about
15  just generally your interaction with LAN.  You
16  indicated that Mr. Green was at the kickoff
17  meeting.
18        A.    Correct.
19        Q.    After that first meeting, how many
20  times did you meet with Mr. Green, if you can
21  recall?
22        A.    I'm fairly confident he was there
23  the first day most of the day.  The second day,
24  I believe just in the morning, and then he left
```

Highly Confidential - Marvin Gnagy

```
 1                    CERTIFICATE
 2
             I, Carol A. Kirk, a Registered Merit Reporter
 3   and Notary Public in and for the State of Michigan, duly
     commissioned and qualified, do hereby certify that the
 4   within-named MARVIN GNAGY was by me first duly sworn to
     testify to the truth, the whole truth, and nothing but
 5   the truth in the cause aforesaid; that the deposition
     then given by him was by me reduced to stenotype in the
 6   presence of said witness; that the foregoing is a true
     and correct transcript of the deposition so given by
 7   him; that the deposition was taken at the time and place
     in the caption specified and was completed without
 8   adjournment; and that I am in no way related to or
     employed by any attorney or party hereto or financially
 9   interested in the action; and I am not, nor is the court
     reporting firm with which I am affiliated, under a
10   contract as defined in Civil Rule 28(D).
11
12           IN WITNESS WHEREOF, I have hereunto set my
     hand and affixed my seal of office at Dexter, Michigan
13   on this 27th day of December 2019.
14
15
                          _____
16                          Carol A Kirk
                          CAROL A. KIRK, RMR, CSR-9139
17                        NOTARY PUBLIC - STATE OF MICHIGAN
18   My Commission Expires: August 19, 2022.
19                        - - -
20
21
22
23
24
```