# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In re Flint Water Cases* | Case No. 5:16-cv-10444-JEL-EAS *(Consolidated)* <br><br> Hon. Judith E. Levy <br><br> Mag. Judge Elizabeth A. Stafford |

## INDEX OF EXHIBITS - CLASS PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE CERTAIN HYPOTHETICAL QUESTIONS TO FACT WITNESSES

| Exhibit | Description |
|---|---|
| 1 | Excerpts of the Deposition Transcript of Brian Clarke, June 28, 2021. |
| 2 | Excerpts of the Deposition Transcript of William Fahey, October 5, 2020. |