# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

## AGENDA FOR DECEMBER 20, 2023 DISCOVERY CONFERENCE

The Court will hold a discovery conference on these cases on **Wednesday, December 20, 2023 at 1:00 pm** via Zoom video conference.

The agenda will be as follows, although the Court may adjust the agenda prior to the conference if necessary.

1. The dispute between Individual Plaintiffs and VNA over document production and redaction related to the Court's July 19, 2023 rulings.

2. Individual Plaintiffs' requests for depositions related to the Court's July 19, 2023 rulings.

3. Individual Plaintiffs' requests to reopen depositions of VNA experts and for production of related documents.

4. Individual Plaintiffs' Notices of Objection to Designations of Protected Material. (ECF Nos. 2688, 2653, 2644, 2641, 2636, 2629, 2604, 2585, 2571, 2566, 2554.)

**IT IS SO ORDERED.**

Dated: December 15, 2023      s/Judith E. Levy
Ann Arbor, Michigan     JUDITH E. LEVY
    United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 15, 2023.

    s/William Barkholz
    WILLIAM BARKHOLZ
    Case Manager