UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In re Flint Water Cases* | Case No. 5:16-cv-10444-JEL-EAS (*Consolidated*) <br><br> Hon. Judith E. Levy <br><br> Mag. Elizabeth A. Stafford |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Casey Thal Verville, of Weitz & Luxenberg, P.C., has this day entered her appearance as counsel on behalf of Class Plaintiffs, in the above-referenced matter.

Dated: December 19, 2023                Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Casey Thal Verville*
　　　　　　　　　　　　　　　　　　　　Casey Thal Verville (P82849)
　　　　　　　　　　　　　　　　　　　　**Weitz & Luxenberg, P.C.**
　　　　　　　　　　　　　　　　　　　　3011 W. Grand Blvd., Fl. 24
　　　　　　　　　　　　　　　　　　　　Detroit, MI 48202
　　　　　　　　　　　　　　　　　　　　Phone: (313) 800-4170
　　　　　　　　　　　　　　　　　　　　Fax: 646-293-7992
　　　　　　　　　　　　　　　　　　　　Email: cverville@weitzlux.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of December, 2023, I electronically filed an Appearance with the Clerk of the Court using ECF system which will send notification of such filling to all attorneys of record.

*/s/ Casey Thal Verville*
Casey Thal Verville
