# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

## ORDER SETTING DEADLINES FOR THE JANUARY 2024 COMBINED DISCOVERY AND STATUS CONFERENCE

The Court held a discovery and status conference regarding the pending Flint water litigation on December 20, 2023. The Court now orders as follows.

The Court will hold its January 2024 Combined Discovery and Status Conference on **Wednesday, January 10, 2024 at 1:00 pm**. Per the Court's protocol (ECF No. 2588), parties are to file proposed status conference agenda items by **December 27, 2023 at 1:00 pm**. The deadline for notifying the Court of a discovery dispute is **January 3, 2024 at 1:00 pm**. The Court will issue an agenda for the Combined Discovery and Status Conference by January 8, 2024.

IT IS SO ORDERED.

Dated: December 21, 2023           s/Judith E. Levy
Ann Arbor, Michigan                JUDITH E. LEVY
                                   United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 21, 2023.

                                   s/William Barkholz
                                   WILLIAM BARKHOLZ
                                   Case Manager