# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

## ORDER AUTHORIZING DISTRIBUTION OF FUNDS FROM THE QUALIFIED SETTLEMENT FUND FOR PAYMENT OF THE SPECIAL MASTER'S FEES AND EXPENSES FOR AUGUST 2023

Having now considered the Notice of the Special Master Regarding Request for Payment of Special Master Fees and Expenses for August 2023 filed on December 20, 2023, ECF No. 2767 ("Notice"), and having reviewed the detailed time records and invoices that support this Request to authorize the distribution of funds from the FWC Qualified Settlement Fund[1] under the terms of the Amended Settlement Agreement and additional Orders of this Court as set forth in the Notice:

IT IS HEREBY ORDERED THAT:

---

[1] Unless otherwise defined herein, all capitalized terms herein have the same meaning set forth in the Amended Settlement Agreement.

A distribution of funds in the amount of $277,556.40 from the FWC Qualified Settlement Fund for the payment of fees for the work of the Special Master (including the fees of other necessary personnel) during August 2023 is approved. The QSF Administrator is directed to disburse the funds to Blank Rome LLP.

IT IS SO ORDERED.

Dated: December 21, 2023       s/Judith E. Levy
Ann Arbor, Michigan       JUDITH E. LEVY
     United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 21, 2023.

     s/William Barkholz
     WILLIAM BARKHOLZ