# EXHIBIT A

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____
                              )
                              ) Civil Action No.
                              ) 5:16-cv-10444-JEL-MKM
In re:  FLINT WATER CASES     ) (consolidated)
                              )
                              ) Hon. Judith E. Levy
                              ) Mag. Mona K. Majzoub
_____)


HIGHLY CONFIDENTIAL
Tuesday,  August 25, 2020
VOLUME I


Remote videotaped deposition of
MONA HANNA-ATTISHA, M.D., conducted at the location of
the witness in Flint, Michigan, commencing at
9:22 a.m., on the above date, before Carol A. Kirk,
Registered Merit Reporter, Certified Shorthand
Reporter, and Notary Public.


GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

1  will capture the highest 2.5 percent of tested
2  children; is that right?
3      A.   Yeah.  It's really important to
4  note of tested children.  Many children are not
5  tested.  The testing rates are very low,
6  especially when the CDC moved away from
7  universal testing to testing based on risk
8  factors.
9      Q.   Okay.  If we continue with this --
10 well, strike that.  Let me ask a different
11 question.
12           Thinking back to the chart, the
13 graph, that we looked at about decreasing blood
14 lead levels or the decrease in the percentage of
15 children having elevated levels, in, as I
16 recall, the -- in the late '70s and early '90s
17 is when we had that level approaching
18 90 percent, 90 percent of kids with levels
19 greater than 10 percent, right?
20      A.   Uh-huh, yes.
21      Q.   Was that entire population in the
22 1970s and 1980s lead poisoned?
23      A.   Yes.  Everybody who was exposed to
24 lead was poisoned with lead.

```
 1         Q.    Was that entire population
 2   irretrievably brain damaged?
 3         A.    I have not done research on an
 4   entire population.
 5               MR. STERN:  Object to form.
 6         Q.    Certainly in the 1970s and 1980s,
 7   we had a generation that became doctors,
 8   chemists, astronauts, engineers, presidents,
 9   accountants, maybe even some lawyers, even with
10   90 percent having what you're describing as
11   poisonous lead levels, true?
12               MR. STERN:  Object to form,
13         argumentative.
14         Q.    You can answer, Doctor.
15         A.    I respect the science.  I respect
16   the science of what we know about lead exposure,
17   that we know that even very low levels can cause
18   significant life-altering consequences.  And my
19   only response is that imagine if we didn't have
20   that lead exposure, what those children that
21   were highly exposed could have become.
22         Q.    Okay.  I guess is that -- you said
23   some children even at lower levels may exhibit
24   effects from lead exposure, but it's really on
```

```
 1                DEPOSITION ERRATA SHEET
 2
 3
 4   Case Caption:  Flint Water Cases
 5
 6          DECLARATION UNDER PENALTY OF PERJURY
 7
 8         I declare under penalty of perjury that I
 9   have read the entire transcript of my deposition taken
10   in the captioned matter or the same has been read to
11   me, and the same is true and accurate, save and except
12   for changes and/or corrections, if any, as indicated
13   by me on the DEPOSITION ERRATA SHEET hereof, with the
14   understanding that I offer these changes as if still
15   under oath.
16
17                                 _____
                                   MONA HANNA-ATTISHA, M.D.
18
19   SUBSCRIBED AND SWORN TO
20   before me this _____ day
21   of _____, A.D. 20___
22
23           _____
             Notary Public
24
```