# Exhibit 24

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF MICHIGAN
 2                  SOUTHERN DIVISION
 3    _____
 4                                   No. 5:16-cv-10444
      IN RE:  FLINT WATER CASES      Hon. Judith E. Levy
 5                                   Mag. Mona K. Majzoub
      _____
 6
 7
 8
                      HIGHLY CONFIDENTIAL
 9         VIDEOTAPED DEPOSITION OF MARVIN GNAGY
10                        VOLUME I
11              Thursday, December 12, 2019
                       at 9:05 a.m.
12
13
14    Taken at:  Weitz & Luxenberg PC
                 3011 West Grand Boulevard, Suite 2100
15               Detroit, Michigan  48202
16
17
18
19
20
21    REPORTED BY:  CAROL A. KIRK, RMR/CSR-9139
22              GOLKOW LITIGATION SERVICES
           877.370.3377 ph | 917.591.5672 fax
23                 deps@golkow.com
24
```

 1   were tasked to do, yes, I was told what the

 2   scope was.

 3        Q.    And you were told that by

 4   Mr. Nicholas?

 5        A.    Yes.

 6        Q.    Was there any sort of a task list

 7   or project plan that listed the various things

 8   you intended to accomplish over the course of

 9   the project?

10        A.    No.

11        Q.    So there was no written method of

12   tracking what you were supposed to do, what you

13   had gotten done so far and what you still had to

14   do over the course of the project?

15        A.    Those tasks were handled by myself

16   when I was given the basic scope of the work on

17   how to proceed with the investigation and data

18   collection.

19        Q.    So did you have some written work

20   plan that identified what you had to do, what

21   you'd accomplished and what you still needed to

22   do?

23        A.    No.  This is in the normal course

24   of my day-to-day operations.  It's well versed

```
 1    and well-known to me.

 2         Q.    So that's something you just keep

 3    in your head?

 4         A.    Yes.

 5         Q.    Did anyone check with you at the

 6    end of the project to make sure you'd

 7    accomplished the full scope of your work?

 8         A.    No.  Again, that's my

 9    responsibility as part of the project.

10         Q.    So Mr. Nicholas, the project

11    manager, he's not a technical guy, right?

12         A.    I don't believe so, no.

13         Q.    He's a sales guy?

14         A.    Business development.

15         Q.    Marketing, sales, generating

16    business, right?

17         A.    Primarily.  That's part of his

18    duties, yes.

19         Q.    Your supervisor on the technical

20    side was Mr. Nasuta, right?

21         A.    That's correct.

22         Q.    Did Mr. Nasuta do anything to make

23    sure that you had accomplished everything you'd

24    agreed to do on the technical side?
```

 1     A.    Mr. Nasuta reviewed weekly
 2  summaries of work we had completed each week.
 3     Q.    Did Mr. Nasuta ever play devil's
 4  advocate and ask questions about whether you'd
 5  done everything you agreed to do?
 6     A.    As far as the technical content,
 7  no.  There were some e-mails regarding making
 8  sure we discussed BD of -- if it was possibility
 9  to go back to Detroit and it was an option that
10  we were looking at to make sure we expressed
11  those views.
12     Q.    Apart from the possibility of
13  switching back to Detroit, do you recall
14  Mr. Nasuta expressing a view on any other
15  technical aspect of your work?
16     A.    I don't recall any other comments
17  from him, no.
18     Q.    When you're working for a client,
19  it's important that you be on the same page with
20  respect to any limitations on the scope of your
21  work, wouldn't you agree?
22          MR. MCELVAINE:  Objection.
23          You can answer.
24     A.    Normally you don't start a project

```
 1                      CERTIFICATE
 2
            I, Carol A. Kirk, a Registered Merit Reporter
 3   and Notary Public in and for the State of Michigan, duly
     commissioned and qualified, do hereby certify that the
 4   within-named MARVIN GNAGY was by me first duly sworn to
     testify to the truth, the whole truth, and nothing but
 5   the truth in the cause aforesaid; that the deposition
     then given by him was by me reduced to stenotype in the
 6   presence of said witness; that the foregoing is a true
     and correct transcript of the deposition so given by
 7   him; that the deposition was taken at the time and place
     in the caption specified and was completed without
 8   adjournment; and that I am in no way related to or
     employed by any attorney or party hereto or financially
 9   interested in the action; and I am not, nor is the court
     reporting firm with which I am affiliated, under a
10   contract as defined in Civil Rule 28(D).
11
12          IN WITNESS WHEREOF, I have hereunto set my
     hand and affixed my seal of office at Dexter, Michigan
13   on this 27th day of December 2019.
14
15
                          _Carol A Kirk_____
16
                          CAROL A. KIRK, RMR, CSR-9139
17                        NOTARY PUBLIC - STATE OF MICHIGAN
18   My Commission Expires:  August 19, 2022.
19                      - - -
20
21
22
23
24
```