UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Cholyanda Brown, et al.,

                          Plaintiff(s),

v.                                         Case No. 5:16–cv–10444–JEL–EAS
                                           Hon. Judith E. Levy

Veolia Water North America
Operating Services, LLC, et al.,

                          Defendant(s),
_____

## NOTICE OF MOTION HEARING

   You are hereby notified to appear before Magistrate Judge Elizabeth A. Stafford at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 642.  The following motion(s) are scheduled for hearing:

              Motion for Order – #2769

      • MOTION HEARING:  January 16, 2024 at 10:30 AM

## Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                              By: s/Marlena Williams_____
                                  Case Manager

Dated:   January 2, 2024