UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Cholyanda Brown, et al.,

                Plaintiff(s),

v.                                      Case No. 5:16−cv−10444−JEL−EAS
                                          Hon. Judith E. Levy

Veolia Water North America
Operating Services, LLC, et al.,

                Defendant(s),

### NOTICE TO APPEAR REMOTELY

PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Judith E. Levy as follows:

- MISCELLANEOUS HEARING:  January 10, 2024 at 01:00 PM

The public may access the audio proceedings with the following connection information:

**PHONE NUMBER:**  669 254 5252
**MEETING ID:**     161 760 0459

Attorneys and parties required to attend the hearing will be sent connection information in a separate email.

**ADDITIONAL INFORMATION:**    Combined Discovery and Status Conference

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                        By: s/W. Barkholz
                                                             Case Manager

Dated:   January 3, 2024