UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases          Civil No. 5:16-cv-10444
                                         (Consolidated)

                                         Judith E. Levy
                                         United States District Judge

_____/

**ATTORNEY APPEARANCE OF HEIDY L. GONZALEZ
ON BEHALF OF DEFENDANT UNITED STATES**

Please enter the appearance of the following attorney on behalf of Defendant United States of America in the above-captioned matter:

Heidy L. Gonzalez
FL Bar # 1025003
Trial Attorney
U.S. Department of Justice
E-mail: heidy.gonzalez@usdoj.gov
Phone: 202-307-6469

<u>Street Address:</u>                <u>U.S. Mail Address:</u>[1]
1100 L Street NW            P.O. Box 340, Ben Franklin Station
Third Floor                     Washington, DC 20044
Washington, DC 20005

---

[1] All deliveries to the undersigned via U.S. Mail are significantly delayed due to security precautions. All mailed materials should be sent via private delivery service to the street address listed above.

1

In addition, please note that, although the undersigned does not have an office in this district, she is unable to designate a local Assistant United States Attorney as contemplated by E.D. Mich. LR 83.20(g) ("Government Attorneys"). The United States Attorney's Office for the Eastern District of Michigan is recused from this civil matter. The Department of Justice, Civil Division, by and through the Assistant Attorney General of the Civil Division, will serve as Attorney for the United States, acting under authority conferred by 28 U.S.C. § 515.

Dated: January 04, 2024            Respectfully submitted,

*/s/ Heidy L. Gonzalez*
Heidy L. Gonzalez
Michael L. Williams
Jason T. Cohen
Eric Rey
Timothy B. Walthall
Daniel C. Eagles
Trial Attorneys
United States Department of Justice
Civil Division, Torts Branch
Environmental Torts Litigation Section
1100 L Street NW
Washington, DC 20005
E-mail: heidy.gonzalez@usdoj.gov
Phone: 202-307-6469
*Counsel for the United States of America*

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 04, 2024 a copy of the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon all counsel of record.

*/s/ Heidy L. Gonzalez*
Heidy L. Gonzalez
