# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: Flint Water Cases | Civil Action No. 5:16-cv-10444-JEL-MKM (consolidated) |
| | Hon. Judith E. Levy |
| | Magistrate Judge Elizabeth A. Stafford |

## JOINT STIPULATED MOTION TO ENTER BRIEFING SCHEDULE

The parties have met and conferred regarding certain objections the parties have to designations of testimony for trial that the parties believe warrant briefing. Specifically, Plaintiffs object to Defendants' designation of Bellwether trial testimony for Warren Green, and Defendants object to Plaintiffs' designation of deposition testimony from Dr. Martin Peterson and Dr. Siddhartha Roy. The parties accordingly request that the Court order the following briefing schedule:

- **January 15, 2024** – Parties file briefs raising their respective objections, limited to 10 pages.

- **January 22, 2024** – Response briefs due, limited to 10 pages.

- **January 26, 2024** – Reply briefs due, limited to 5 pages.

This proposed schedule will allow the parties to fully brief the issues in advance of the hearing currently scheduled before the Court on

1

February 1, 2024, and the parties will be prepared to address these issues at that hearing, should the Court desire.

Pursuant to ECF Rule 11(c), the parties request that a text-only order be entered granting this stipulation.

Dated: January 8, 2024                             **STIPULATED AND AGREED TO:**

*/s/ Michael Pitt*                                          */s/ Theodore Leopold*
Michael L. Pitt                                               Theodore J. Leopold
PITT MCGEHEE PALMER                            COHEN MILSTEIN SELLER
& RIVERS, PC.                                              & TOLL PLLC
117 West 4th Street, Suite 200                     2925 PGA Boulevard Suite 220
Royal Oak, MI 48607                                   Palm Beach Gardens, FL 33410
(248) 398-9800                                             (561) 515-1400
mpitt@pittlawpc.com                                  tleopold@cohenmilstein.com

*CO-LEAD COUNSEL and ATTORNEYS FOR CLASS PLAINTIFFS*

CAMPBELL CONROY &                              MAYER BROWN LLP
O'NEIL, P.C.

*/s/ James M. Campbell*                              */s/ Michael A. Olsen*
James M. Campbell                                     Michael A. Olsen
Alaina N. Devine                                          71 S. Wacker Drive
20 City Square, Suite 300                             Chicago, IL 60606
Boston, MA  02129                                      (312) 782-0600
(617) 241-3000                                             molsen@mayerbrown.com
jmcampbell@campbell-trial-lawyers.com
adevine@campbell-trial-lawyers.com

*ATTORNEYS FOR VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC,  VEOLIA NORTH AMERICA, LLC, AND VEOLIA NORTH AMERICA, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2024, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

Respectfully submitted,

*/s/ Katherine M. Peaslee*
Katherine M. Peaslee

1