UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LUKE WAID, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>RICHARD D. SNYDER, *et al.*,<br><br>　　　　　　Defendants. | Case No. 16-cv-10444<br>Honorable Judith E. Levy<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER WITH BRIEFING SCHEDULE (ECF No. 2769)**

　　The Bellwether III plaintiffs moved for a referral to the undersigned of certain discovery disputes with Defendants Veolia North America, LLC; Veolia North America, Inc.; and Veolia Water North America Operating Services, LLC.  ECF No. 2769.  The Honorable Judith E. Levy granted the motion and referred those issues to the undersigned for hearing and determination under 28 U.S.C. § 636(b)(1)(A).  ECF No. 2770.

　　The Bellwether III plaintiffs and Veolia defendants must submit briefing about their discovery disputes.  The Court notes that plaintiffs' motion for a referral references 36 other filings in the case.  ECF No. 2769, PageID.92092-92093.  But the briefing to be submitted must fully discuss the issues without incorporating by reference arguments made in dozens of

other filings.  The Bellwether III plaintiffs must file a motion to compel by January 24, 2024; the Veolia defendants must respond by February 14, 2024; and plaintiffs must reply by February 21, 2024.  The Court adjourns the motion hearing currently set for January 16, 2024, until **February 29, 2024, at 10:30 a.m.**

s/Elizabeth A. Stafford<br>
ELIZABETH A. STAFFORD<br>
United States Magistrate Judge

Dated: January 10, 2024

### NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 10, 2024.

                                            s/Marlena Williams
                                            MARLENA WILLIAMS
                                            Case Manager