# EXHIBIT 5

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF MICHIGAN

 3                    SOUTHERN DIVISION

 4

     ------------------------------)

 5                                  ) Civil Action No.:

     IN RE:  FLINT WATER LITIGATION) 5:16-cv-10444-JEL-EAS

 6                                  )

                                    )

 7                                  ) Hon. Judith E. Levy

     ------------------------------)

 8

 9                       -  -  -

10  REMOTE VIDEOTAPED DEPOSITION OF SIDDHARTHA ROY, PH.D.

11                 Monday, May 8, 2023

12                       -  -  -

13

14          Remote videotaped deposition of SIDDHARTHA

15  ROY, PH.D., commencing at 12:02 p.m., Monday, May 8,

16  2023, before Juliana F. Zajicek, Registered

17  Professional Reporter, Certified Shorthand Reporter

18  and Certified Realtime Reporter.

19

20

21                       -  -  -

22

               GOLKOW LITIGATION SERVICES

23        877.370.3377 ph | 917.591.5672 fax

                  Deps@golkow.com

24
```

Siddhartha Roy

```
 1                  SIDDHARTHA ROY, PH.D.,

 2      called as a witness herein, having been first duly

 3      sworn, was examined and testified as follows:

 4                       EXAMINATION

 5      BY MR. MORRISSEY:

 6           Q.    Good afternoon, Dr. Roy.

 7           A.    Good afternoon.

 8           Q.    My name is Steve Morrissey.  I am one of

 9      the lawyers for the Class Plaintiffs in the Flint

10      Water Crisis Litigation.

11                 You've been retained as an expert witness

12      by Veolia North America, is that correct?

13           A.    Yes.

14           Q.    And when were you retained?

15           A.    Late last year.

16           Q.    Like December of '22?

17           A.    Yes.

18           Q.    And you then served a report in February

19      of '23?

20           A.    Yes.

21           Q.    Between when you were retained and when

22      you served your report, you worked about 17 hours on

23      this matter, is that right?

24           A.    I'll have to check my invoices.
```

Siddhartha Roy

```
1     right?

2          A.    I have not.

3          Q.    Before we get into the substance of your

4     opinions, let me ask you a few questions about your

5     background.

6                You graduated from college at, is it Nirma

7     University in India in 2010?

8          A.    Yes.

9          Q.    And you studied engineering in college, is

10    that right?

11         A.    Yes.

12         Q.    You later went on to grad school in

13    engineering at Virginia Tech, is that correct?

14         A.    Yes.

15         Q.    At Virginia Tech you got a master's in

16    environmental engineering initially, is that right?

17         A.    Yes.

18         Q.    And then you went on to earn a Ph.D. in

19    civil engineering, is that correct?

20         A.    Yes.

21         Q.    And who was your Ph.D. adviser?

22         A.    Dr. Marc Edwards.

23         Q.    And you are currently a research associate

24    at the Water Institute at the University of North
```

Siddhartha Roy

```
1     Carolina, Chapel Hill, is that right?

2         A.    Yes.

3         Q.    And you are a licensed engineer in

4     training in the State of Virginia, is that right?

5         A.    EIT, yes.

6         Q.    And Professor Edwards was your Ph.D.

7     advisor.

8               You studied under him for a number of

9     years, right?

10        A.    Yes.

11        Q.    You would agree that Professor Edwards is

12    an expert in corrosion science?

13        A.    Yes.

14        Q.    And you've studied corrosion science as

15    well, right?  You've written about that?

16        A.    Yes.

17        Q.    You worked closely with Professor Edwards

18    in assessing various issues relating to the Flint

19    Water Crisis, correct?

20        A.    Some of them, yes.

21        Q.    And that was work you personally did and

22    observed, right?

23        A.    Yes.

24        Q.    And while you were working with Professor
```

Siddhartha Roy

```
 1        A.    It just happened that way.

 2        Q.    All right.  Now, your CV also refers to a

 3   TED Talk that you gave relating to science in the

 4   service of the public good, is that right?

 5        A.    Yes.

 6        Q.    And the TED Talk that you gave, was

 7   that -- that was a -- a Virginia Tech version of the

 8   TED Talk?

 9        A.    Yes.

10        Q.    And the TED Talk related to the water --

11   Flint Water Crisis, right?

12        A.    Yes.

13        Q.    And let me see if I can -- I'll mark as

14   Exhibit 5 a screen shot of what I believe is a

15   presentation you gave there.

16                    (WHEREUPON, a certain document was

17                     marked Siddhartha Roy, Ph.D.

18                     Deposition Exhibit No. 5, for

19                     identification, as of 05/08/2023.)

20   BY MR. MORRISSEY:

21        Q.    Do you recognize this slide as one that

22   you used at the TED Talk?

23        A.    (Nodding head.)

24        Q.    And the quoted language on the slide, you
```

Sridharone Roy

```
 1    recognize that, right?
 2         A.    Yes.
 3         Q.    And what is it?
 4         A.    It's the -- it is an abridged version of
 5    the First Canon of the Code of Ethics for the American
 6    Society of Civil Engineers.
 7         Q.    The National Society of Professional
 8    Engineers, right, as well?
 9         A.    As well, yes.
10         Q.    And both bodies have a similar ethical
11    principle, correct?
12         A.    The -- this canon is similar between the
13    both of them.
14         Q.    Do you believe it's important for
15    engineers to uphold this principle of holding
16    paramount the safety, health, and welfare of the
17    public?
18         MR. RINGSTAD:  Objection; form, scope.
19    BY THE WITNESS:
20         A.    Yes.
21    BY MR. MORRISSEY:
22         Q.    You would agree, wouldn't you, that a
23    failure to act in accordance with this standard can
24    result in harm to people, property, and businesses?
```

Siddhartha Roy

```
 1          MR. RINGSTAD:  Objection; form, scope.

 2     BY THE WITNESS:

 3          A.    It depends.

 4     BY MR. MORRISSEY:

 5          Q.    Just as a general matter, you would agree

 6     that a failure to act in accordance with this

 7     principle can result in harm to people, property, and

 8     businesses?

 9          MR. RINGSTAD:  Objection; form, scope,

10     incomplete hypothetical.

11     BY THE WITNESS:

12          A.    In a general hypothetical case, it can.

13                    (WHEREUPON, a certain document was

14                     marked Siddhartha Roy, Ph.D.

15                     Deposition Exhibit No. 6, for

16                     identification, as of 05/08/2023.)

17     BY MR. MORRISSEY:

18          Q.    What I'm marking as Exhibit 6 is a copy of

19     the TED Talk you gave at Virginia Tech.  I've brought

20     it forward to 5:48 on the timestamp and I'm going to

21     play this and then ask you whether -- ask you some

22     questions about it.

23                    That's you on the screen there, right?

24          A.    Yes.
```

Siddhartha Roy

1    Q.    And this is a -- an image taken during the

2    TED Talk you gave at Virginia Talk -- Tech, right?

3    A.    Yes.

4              (Audio played, as follows:

5                   Now, contrast that to the first

6                   canon of engineering, which in my

7                   opinion should be the first law of

8                   humanity, to hold paramount the

9                   health, safety, and welfare of the

10                  public above all else.  This is the

11                  Hippocratic Oath we've rarely

12                  acknowledged, let alone embraced.

13                  And so when scientists and engineers,

14                  very much like medical doctors, screw

15                  up, people can get hurt, even die.

16                  If our professionals and even

17                  students fail to get that, society

18                  pays a huge price.)

19   BY MR. MORRISSEY:

20   Q.    Those were your words, right?

21   A.    Yes.

22   Q.    And you still agree with the statements

23   you gave at your TED Talk, don't you?

24        MR. RINGSTAD:  Objection; form.

Siddhartha Roy

```
1      BY THE WITNESS:

2          A.    With the -- with the portion you played,

3      yes.

4      BY MR. MORRISSEY:

5          Q.    You still agree that when engineers screw

6      up, people can get hurt or even die, right?

7          MR. RINGSTAD:  Objection; form, scope,

8      incomplete hypothetical.

9      BY THE WITNESS:

10         A.    In a general hypothetical case, yes.

11     BY MR. MORRISSEY:

12         Q.    Yes.  And your TED Talk was about the

13     Flint Water Crisis, right?

14         A.    It was partly about the Flint Water

15     Crisis, yes.

16         Q.    Your report attaches as exhibits two of

17     your published articles relating to the Flint Water

18     Crisis, correct?

19         A.    Yes.

20               (WHEREUPON, a certain document was

21                marked Siddhartha Roy, Ph.D.

22                Deposition Exhibit No. 7, for

23                identification, as of 05/08/2023.)

24     BY MR. MORRISSEY:
```

Siddhartha Roy

```
 1    methods?

 2    BY MR. MORRISSEY:

 3         Q.    Yes.  You are knowledgeable of standard

 4    methods for assessing water corrosivity, aren't you?

 5         A.    Not all of them.

 6         Q.    You are familiar with something called the

 7    chloride sulfate mass ratio, aren't you?

 8         A.    Yes.

 9         Q.    And the chloride sulfite mass ratio is

10    often abbreviated as CSMR, is that right?

11         MR. RINGSTAD:  Objection; form, and it is

12    sulfate.

13         MR. MORRISSEY:  Thank you.

14    BY MR. MORRISSEY:

15         Q.    The chloride sulfate mass ratio is often

16    abbreviated as CSMR, is that right?

17         A.    Yes.

18         Q.    And is the CSMR used to assess water

19    corrosivity?

20         A.    It is used sometimes.

21         Q.    In what circumstances?

22         MR. RINGSTAD:  Objection; form.

23    BY THE WITNESS:

24         A.    My understanding is it helps understand
```

Siddhartha Roy

```
 1    galvanic corrosion better.

 2    BY MR. MORRISSEY:

 3          Q.    What do you mean by that?

 4          A.    Galvanic corrosion occurs when there are

 5    two dissimilar metals are in contact which leads to

 6    selective leaching of metal from, like, one of the two

 7    metals.

 8          Q.    Can the CSMR be used to assess the risks

 9    of corrosion in a water distribution system like the

10    one in Flint?

11          MR. RINGSTAD:  Objection; form.

12    BY THE WITNESS:

13          A.    You can look at it, yes.

14    BY MR. MORRISSEY:

15          Q.    Did you learn anything about the CSMR in

16    Flint during your work there?

17          A.    Just that it changed after the switch to

18    the Flint River.

19          Q.    And by "it changed," you mean it

20    increased, right?

21          A.    Yes.

22          Q.    And did you draw any inference based on

23    your experience from the fact the CSMR increased as to

24    whether that increase resulted in a risk of corrosion?
```

Siddhartha Roy

```
 1              MR. RINGSTAD:  Objection; form, scope.

 2       BY THE WITNESS:

 3              A.    Yes.

 4       BY MR. MORRISSEY:

 5              Q.    And your conclusion was that the increase

 6       in the CSMR resulted in an increased risk of

 7       corrosivity, right?

 8              MR. RINGSTAD:  Objection; form, scope.

 9       BY THE WITNESS:

10              A.    It helped explain the lead levels we were

11       seeing.

12       BY MR. MORRISSEY:

13              Q.    What do you mean by that?

14              A.    In the August 2015 sampling, the water

15       lead levels that we saw, they were -- the 90th

16       percentile was 27 parts per billion above the federal

17       action level.  That was -- you know, so that could be

18       explained partially -- or, you know, that was one

19       explanation.  CSMR was, you know, one of the

20       explanations of -- of the lead levels we were seeing.

21              Q.    Did you and your team calculate CSMR

22       yourselves?

23              A.    I think Dr. Edwards did.

24              Q.    Do you know when he did that?
```

Siddhartha Roy

```
 1         A.    I do not.

 2         Q.    Did you see the results of his

 3    calculation?

 4         A.    The final number, yes.

 5         Q.    And that was a -- a number from

 6    August 2015?

 7         MR. RINGSTAD:  Objection; form.

 8    BY THE WITNESS:

 9         A.    Yes, August, September 2015.

10    BY MR. MORRISSEY:

11         Q.    All right.  So let me see if I can break

12    this down.

13               You and Professor Edwards were in Flint in

14    August 2015 doing water sampling, right?

15         A.    I personally was in Flint in

16    September 2015.

17         Q.    Were you there in August?

18         A.    No.

19         Q.    All right.  But you were involved in this

20    project of water sampling in Flint in August,

21    September 2015, right?

22         A.    Yes.

23         Q.    And as part of that project, your team

24    took water samples from people throughout the City of
```

Siddhartha Roy

```
 1   Flint, is that right?
 2        A.    We sent sampling kits to residents.   We
 3   had collected samples.
 4        Q.    So your team collected samples.   These
 5   samples were taken citywide, is that right?
 6        A.    Homes, yes, throughout the city.
 7        Q.    And the 90th percentile level you found in
 8   those samples was around 27 parts per billion of lead,
 9   is that right?
10        A.    That sounds correct.
11        Q.    And 27 parts per billion is nearly twice
12   the action level for water lead levels, is that right?
13        A.    The action level is 15, so 27 is -- fair,
14   yes.
15        Q.    And you, upon seeing those high lead
16   levels, you were concerned, right?
17        A.    Yes.
18        Q.    And why were you concerned about these
19   high lead levels?
20        A.    Because that can cause harm and it was
21   in -- in the water.
22        Q.    Lead can cause harm to people who consume
23   lead, right?
24        A.    It can cause harm.
```

Siddhartha Roy

```
 1        Q.     And apart from -- do you know what kinds
 2   of harm lead can cause people?
 3        A.     From my reading of the literature, you
 4   know, cognitive issues, other organ systems, with
 5   cognitive systems it can cause loss in IQ points.  It
 6   is a big -- there is a long list, but those are the
 7   obvious ones I can think of.
 8        Q.     And is it your understanding that the
 9   risks from lead exposure are particularly acute in
10   children?
11        A.     Yes.
12        Q.     So your team collected these samples, you
13   got the results, they showed that the water lead
14   levels were 27 parts per billion, you're concerned
15   because the risk of harm to people.
16               Is that a fair summary?
17        A.     Yes.
18        Q.     And you wanted to figure out why is this
19   happening, right?
20        A.     Yes.
21        Q.     And as part of that process, you
22   considered whether there had been some change to the
23   CSMR, correct?
24        A.     Our team did.
```

Siddhartha Roy

1      Q.      And your team concluded there had been a

2   change to the CSMR and that that was a cause of the

3   problem, right?

4        MR. RINGSTAD:  Objection; form.

5   BY THE WITNESS:

6      A.      It could be one of the explanations, yes.

7   BY MR. MORRISSEY:

8      Q.      All right.  And, well, it wasn't just that

9   it could be one of the explanations.  Didn't you reach

10   the conclusion that the switch to high CSMR water was

11   a significant contributing factor in the increased

12   corrosivity and lead leaching into the water?

13        MR. RINGSTAD:  Objection; form, scope.

14   BY THE WITNESS:

15      A.      It had been -- it is my understanding that

16   it was the switch to the Flint River water with high

17   chloride and the interruption of -- of adding

18   orthophosphates.

19   BY MR. MORRISSEY:

20      Q.      I was going to get to that next.

21        Do you -- did you also learn something

22   about whether Flint had a corrosion control system in

23   place in August 2015?

24      A.      My understanding was that when they made

Siddhartha Roy

 1     the switch, they stopped adding -- adding

 2     orthophosphate.

 3          Q.     And when did you learn that?

 4          A.     Same timeframe, August, September, you

 5     know, mid 2015, August, September.

 6          Q.     So in August, September 2015 you learned

 7     the City had switched to this high CSMR level water

 8     and they had interrupted their corrosion control,

 9     correct?

10          A.     The water had high CSMR and no

11     orthophosphate, yes.

12          Q.     And did you conclude those were problems

13     from an engineering perspective?

14          MR. RINGSTAD:  Objection; form, scope.

15     BY THE WITNESS:

16          A.     Our team did.

17     BY MR. MORRISSEY:

18          Q.     Right.  Your -- your team is lead by

19     engineers, right?

20          A.     Doctor -- yes, yes.

21          Q.     And how long did it take your team to

22     figure out that this switch to CS -- high CSMR water

23     without corrosion control was a problem?

24          MR. RINGSTAD:  Objection; form.

Siddhartha Roy

```
 1          A.    Oh, no, not the regulator, no, no.  What I

 2    meant was you -- you do experiments that, you know,

 3    proven either way if the switch will have an effect.

 4          Q.    Right.  And from an engineering

 5    perspective to determine whether switching a water

 6    source and interrupting corrosion control is going to

 7    lead to corrosivity problems and harm to people and

 8    property, you need to do something called an optimized

 9    corrosion control treatment study, right?

10          MR. RINGSTAD:  Objection; form, scope.

11    BY THE WITNESS:

12          A.    A corrosion control study, yes.

13    BY MR. MORRISSEY:

14          Q.    And there is something called an OCCT?

15          A.    Optimal -- yes, they optimize it, yes.

16          Q.    And that's something that engineers

17    working on -- with the water distribution system

18    that's switching its sources are supposed to do as a

19    matter of practice, right?

20          MR. RINGSTAD:  Objection; form, scope.

21    BY THE WITNESS:

22          A.    My understanding is whenever you, you

23    know, make any changes to treatments, you do

24    experiments.
```

Siddhartha Roy

1    BY MR. MORRISSEY:

2        Q.    And that was something that was known and

3    done well before 2014, correct?

4        MR. RINGSTAD:  Objection; form, scope.

5    BY THE WITNESS:

6        A.    Where?

7    BY MR. MORRISSEY:

8        Q.    Throughout the country apart from Flint.

9        A.    I hope so.  I don't know.

10        Q.    You've referenced OCCTs in some of your

11    published articles, right?

12        A.    Right.

13        Q.    And you are familiar with that standard

14    practice of conducting an OCCT before completing a

15    switch in sources, aren't you?

16        A.    I'm familiar with the need for doing

17    experiments before you, absolutely, make any switch.

18        Q.    Right.  And you know that that was

19    something that was known to engineers generally before

20    2014, fair?

21        A.    Yeah, doing studies before making a

22    switch, yes.

23        Q.    You -- we've touched on the harms to

24    people that can result from exposure to lead in

Siddhartha Roy

1    drinking water.  Let me touch on a different category

2    of potential harm.

3                Would you agree that corrosion --

4    corrosivity in drinking water can result in harm to

5    property?

6        MR. RINGSTAD:  Objection; form, scope.

7    BY THE WITNESS:

8        A.    Can you expand on the harm to property?

9    BY MR. MORRISSEY:

10       Q.    Fair.  Corrosive water can damage pipes

11   and fixtures, right?

12       A.    When you say "damage," do you mean

13   increased release?

14       Q.    Yeah, put holes in them, make water leak

15   out.

16       A.    Yes.

17       Q.    And corrosive water, apart from the lead

18   that's in service lines in a distribution system,

19   there is also lead in brass fixtures, correction?

20       A.    Some brass fixtures, yes.

21       Q.    And -- and there is also lead in solders

22   in water distribution systems like the one in Flint,

23   correct?

24       A.    You have lead solder typically inside a

Siddhartha Roy

```
 1    directing you to your report, your February report

 2    which is Exhibit 1.  If you could go to Paragraph 18,

 3    Page 7.

 4              Are you there?

 5        A.   Yes.

 6        Q.   You write there:

 7              "The City of Flint switched its water

 8    supply from Lake Huron water with orthophosphate via

 9    Detroit Water and Sewage Authority (now, Great Lakes

10    Water Authority) to the local Flint River water

11    without orthophosphate on April 25th, 2014."

12              Correct?

13        A.   Yes.

14        Q.   And it is your understanding that's what

15    happened, right?

16        A.   Yes.

17        Q.   Orthophosphate is a form of corrosion

18    control, correct?

19        A.   Yes.

20        Q.   You would agree that corrosion control is

21    important in a water distribution system, right?

22        A.   Generally, yes.

23        Q.   And the Flint water distribution system

24    had characteristics that made corrosion control
```

Siddhartha Roy

```
 1    particularly important, correct?

 2         A.    Do you mean lead pipes?

 3         Q.    Lead pipes is one, right, if a -- if a

 4    water distribution has lead pipes, that's a reason to

 5    be particularly concerned about corrosion control,

 6    fair?

 7         A.    Yes.

 8         MR. RINGSTAD:   Objection; form.

 9    BY MR. MORRISSEY:

10         Q.    The Flint water distribution system was

11    making a switch from a water source where there was

12    corrosion control in place to one where there were

13    high levels of chlorides, right?

14         A.    The Flint River had high levels, high

15    levels of chloride.

16         Q.    Right.   And a switch to a water source

17    that's more corrosive is a reason to focus on

18    corrosion control, isn't it?

19         A.    You do it before the switch.

20         Q.    Yes.

21         A.    You do experiments before switching.

22         Q.    Yes.

23         A.    Yes.

24         Q.    And the fact -- the fact that the new
```

Siddhartha Roy

1    source was potentially significantly more corrosive is

2    a reason why those experiments are particularly

3    important, isn't it?

4         A.    You do the experiments whether there is a

5    concern or not.

6         Q.    Right.  And the failure to do those

7    experiments can be a big problem if the water is going

8    to be more corrosive afterwards, right?

9         MR. RINGSTAD:  Objection; form.

10   BY THE WITNESS:

11        A.    If I learned anything from Flint, do the

12   experiment before you do anything, yes.

13   BY MR. MORRISSEY:

14        Q.    Right.  And if you learned sometime after

15   the fact that those experiments hadn't been done,

16   you'd recognize that was a problem, right?

17        MR. RINGSTAD:  Objection; form.

18   BY THE WITNESS:

19        A.    Yes.

20   BY MR. MORRISSEY:

21        Q.    And how long would it take you, based on

22   your experience in engineering, to realize that not

23   having done those experiments was a problem?

24        A.    My understanding is it is required by

Siddhartha Roy

1    federal law, so if -- if I find out that the federal

2    law was not followed, then you know that it has not

3    been done.

4         Q.    So it would be immediately upon learning

5    that fact, you would know there was a problem, fair?

6         MR. RINGSTAD:  Objection; form.

7    BY THE WITNESS:

8         A.    A problem in that the experiments were not

9    done.

10        Q.    You would agree that as an engineering

11   matter in designing and managing a water distribution

12   system, you'd want to minimize the risk of lead

13   exposure, right?

14        MR. RINGSTAD:  Objection; form.

15   BY THE WITNESS:

16        A.    You are bound by the Lead and Copper Rule,

17   so you should be following the Lead and Copper Rule.

18   BY MR. MORRISSEY:

19        Q.    That's a separate question.

20              Putting aside the Lead and Copper Rule,

21   you'd agree, there is no safe level of lead, is there?

22        A.    The CDC official language is no safe level

23   of lead has been identified.

24        Q.    Right.  And the CDC has suggested that

Siddhartha Roy

1    had a press conference on, I think, September '15.

2         Q.    And what was the purpose of that press

3    conference?

4         A.    To share findings from the -- the water

5    sampling on our part and I think residents and the

6    ACLU had -- had many of their demands as well.

7         Q.    Did you believe it was important to share

8    your findings publicly?

9         A.    Yes.

10        Q.    Why?

11        A.    The 90th percentile lead level was above

12   the action level in our sampling.

13        Q.    So the lead levels that you were seeing in

14   August of -- and September 2015 were high, right?

15        A.    The 90th percentile was above the action

16   level.

17        Q.    And you were concerned that those high

18   lead levels could cause harm to people in Flint,

19   right?

20        A.    Yes.

21        Q.    And you thought it was important to warn

22   everyone, right?

23        A.    After watching MDEQ and EPA not respond to

24   calls for help, yes.

Siddhartha Roy

```
 1        Q.    You mentioned MDEQ and EPA.

 2              To your knowledge, Veolia didn't warn

 3   anyone, did they, you are not aware of Veolia warning

 4   anyone, are you?

 5        MR. RINGSTAD:  Objection; form.

 6   BY THE WITNESS:

 7        A.    I don't know anything about what Veolia

 8   did or did not do.

 9   BY MR. MORRISSEY:

10        Q.    Okay.  But you, as an engineer who had

11   been there along with your colleague Professor

12   Edwards, thought it was important to warn everyone,

13   right?

14        A.    Based on the numbers, yes, and the

15   actions -- inactions of EPA and MDEQ, absolutely.

16        Q.    And you've described what you found at the

17   time as a very significant lead problem, correct?

18        A.    I personally?

19        Q.    Yes.

20        A.    We posted something, language similar to

21   that I think on the Flint website.

22        Q.    This is back to Exhibit 7.  This is your

23   article from Water Research?

24        A.    Yes.
```

Siddhartha Roy

```
1        Q.    Do you see that?

2        A.    Yes.

3        Q.    And if we turn to Page 480, there is a

4   statement saying that your citywide sampling event in

5   August 2015 did detect a very significant lead

6   contamination problem, right?

7        A.    It cites the calcium Pieper article too,

8   yes.

9        Q.    Right.  So you've said in peer-reviewed

10  articles that what you found in your sampling in

11  August 2015, your citywide sampling, was a very

12  significant lead contamination problem, correct?

13       A.    Yes.

14       Q.    And as you testified earlier, the level of

15  lead was almost twice the action level, right, 27?

16       A.    Twenty-seven.

17       Q.    And it was around the same time that you

18  learned about the fact there had not been an optimized

19  corrosion control study, is that right?

20       A.    At the time I don't think I knew if a

21  study was done or not, just that the switch happened

22  and no orthophosphate was in the water.

23       Q.    So at some point in around the same

24  timeframe you learned there were no orthophosphates
```

Siddhartha Roy

1  being used to control corrosion, correct?

2      A.     Yes.

3      Q.     What was your reaction when you learned

4  about the state of corrosion control in Flint?

5      MR. RINGSTAD:  Objection; form.

6  BY THE WITNESS:

7      A.     I was curious about why it was not

8  included or was not being added.

9  BY MR. MORRISSEY:

10     Q.     Curious.  Anything else?

11     A.     Yeah.  Why was orthophosphate not being

12  added.

13     Q.     Were you surprised?

14     A.     I was puzzled, yeah.

15     Q.     Were you concerned about the lack of

16  orthophosphates in the system?

17     MR. RINGSTAD:  Objection; form.

18  BY THE WITNESS:

19     A.     And this was when we -- when we were doing

20  the sampling?

21  BY MR. MORRISSEY:

22     Q.     Yes.

23     A.     Yeah, I read Mr. Del Toral's memo at the

24  time that talked about no phosphate -- no phosphate

Siddhartha Roy

1    and so I was -- I was -- I was -- yeah, I was -- I was

2    curious why federal law was not followed.

3                    (WHEREUPON, a certain document was

4                    marked Siddhartha Roy, Ph.D.

5                    Deposition Exhibit No. 15, for

6                    identification, as of 05/08/2023.)

7    BY MR. MORRISSEY:

8        Q.    What I'm marking as Exhibit 15 is another

9    e-mail exchange from Professor Edwards to Mr. Glasgow

10   and Walling dated September 10th, 2015.

11                   Now, Professor Edwards wrote in that

12   e-mail:

13                   "...if MDEQ had required corrosion control

14   like the law requires, we'd not be in this mess right

15   now."

16                   Do you see that?

17       A.    I do.

18       Q.    And do you agree with Professor Edwards

19   that corrosion control was something the law required?

20       MR. RINGSTAD:  Objection; form.

21   BY THE WITNESS:

22       A.    Yes.

23   BY MR. MORRISSEY:

24       Q.    And Professor Edwards conveyed this

Siddhartha Roy

```
 1    the two waters."

 2              Right?

 3         A.   I see that.

 4         Q.   There is then a reference to an

 5    experiment:  When we visited Flint, we took pieces of

 6    copper pipe joined with lead solder inside them.

 7              Were you involved in the analysis of the

 8    pipes?

 9         A.   No.

10         Q.   Do you know who did that?

11         A.   I do not.

12         Q.   It was part of your team's work?

13         A.   Yes.

14         Q.   And you saw the results?

15         A.   Yes.

16         Q.   And you reported them on the website you

17    maintained?

18         A.   My -- I think folks at -- I think Marc

19    wrote the article and I posted it on the website.

20         Q.   All right.  If we go further down the

21    chain under Results and Observations, there is a

22    statement that:

23              "On average Detroit water is 19 times less

24    corrosive than the Flint water" -- "Flint River water
```

Siddhartha Roy

```
 1    currently in use.  That is, the current Flint River

 2    water leaches 19 times more lead to the water than

 3    Detroit water.  This explains why the...lead in

 4    Flint's water in our survey, is so high, even when it

 5    was low before when Detroit water was being used."

 6              Right?

 7       A.    I see that.

 8       Q.    And that was a conclusion that your team

 9    reported based on its work in August '15?

10       A.    From the experiments, yeah.

11       Q.    And then a couple of paragraphs down:

12              "Orthophosphate still does not seem to

13    help stop lead leaching in Flint River water, which is

14    also consistent with expectations...based on

15    experiments in high chloride water."

16              Do you see that?

17       A.    I do.

18       Q.    So there are -- there is some water

19    sources that are so high in chlorides that even

20    orthophosphates won't control corrosivity, correct?

21       MR. RINGSTAD:  Objection; form.

22    BY THE WITNESS:

23       A.    That's what the e-mail says.  I haven't

24    looked at the link.
```

Siddhartha Roy

```
 1    BY MR. MORRISSEY:

 2         Q.    Right.  But that's something that you --

 3    your team reported at the time, right?

 4         A.    Yes.

 5         Q.    And then continuing down under

 6    Conclusions:

 7               "This is creating a public health threat

 8    in some Flint homes that have lead pipe or lead

 9    solder.  Unfortunately, adding orthophosphate

10    corrosion inhibitor to the Flint water" -- "River

11    water, does not solve the lead problem."

12               Do you see that?

13         A.    I do.

14         Q.    And that was also something your team

15    reported?

16         A.    Based on the ongoing experiment, yes.

17         Q.    And then, continuing in this e-mail in

18    which you are acknowledged as a contributor, do you

19    know what -- what role -- do you know what the

20    acknowledgment was for?

21         A.    Formatting and grammar mostly.

22         Q.    But you were -- so did you write the

23    e-mail?

24         A.    Oh, no.
```

Siddhartha Roy

```
1          Q.     Continuing down here in the paragraph that

2     begins "Likewise," the e-mail reads:

3               "...we are finding very high lead in other

4     homes with modern lead free plumbing which again

5     points to city owned lead pipes and corrosive water as

6     the problem."

7               That is something your team reported to

8     the City, correct?

9          A.     Yes.

10         Q.     He then continues:

11              "We stand by our recommendation to Flint

12    consumers, that they immediately reduce their exposure

13    to high lead in Flint's water by implementing

14    protective measures when using tap water for drinking

15    or cooking."

16              That's a recommendation your team made to

17    the City in September '15, correct?

18         A.     Yes.

19         Q.     There is then Step 2 in the e-mail.  It

20    suggests implementing corrosion control?

21         A.     Yes.

22         Q.     And reads:

23              "The second step will ultimately require

24    some sort of corrosion control treatment to reduce
```

Siddhartha Roy

1    lead in Flint water."

2              Do you see that?

3        A.    Yes.

4        Q.    And you agreed with that statement that

5    Professor Edwards communicated to the City, correct?

6        A.    Like, all of it?

7        Q.    Sure.  Well, I'm going to ask you a series

8    of questions, so if it is more helpful to break it

9    down, we can go one at a --

10        A.    Please.

11        Q.    All right.  So he goes through three

12    options, either switching back to non-corrosive

13    Detroit water, adding orthophosphate or waiting for

14    the pipeline.

15              Do you see that?

16        A.    Yes.

17        Q.    And you'd agree, those were three

18    alternatives that your team considered, correct?

19        A.    Yes.

20        Q.    And the first of those, switching back to

21    the non-corrosive Detroit water, Professor Edwards

22    writes:

23              "It is our opinion, based on years of

24    experience, that Flint's lead levels would drop

Siddhartha Roy

1    the press conference, I think.  I couldn't talk, but I

2    saw him.  The day before there was a City Council

3    meeting and -- where Mr. Walling and Mr. Croft and

4    others gave presentations and I attended it.  So I saw

5    them -- I didn't meet them personally, but I saw them

6    giving talks -- you know, talking about the water and

7    other, you know, on -- on the stage.

8        Q.    Did you ever speak personally with any of

9    those people, either in person or by phone?

10       A.    No.

11       Q.    Over the course of your team's work, did

12   you learn at some point that private engineers from

13   LAN had blessed the distribution system before the

14   switch was made?

15       MR. RINGSTAD:  Objection; form.

16   BY THE WITNESS:

17       A.    I knew the name LAN, that they were

18   involved.  That was it.

19   BY MR. MORRISSEY:

20       Q.    You didn't look at any of their work or

21   make any assessment of it at any time?

22       A.    No.

23       Q.    And with respect to Veolia, did you learn

24   at some point in this August/September period that

Siddhartha Roy

1    they had been retained by the City earlier in 2015?

2        A.    I don't recall if it was then, but then

3    eventually, of course, I learned about the fact that

4    Veolia was involved.

5        Q.    But you never conducted any assessment or

6    evaluation or study into Veolia's work and whether it

7    comported with the standards applicable to engineers,

8    fair?

9        A.    I did not.

10       Q.    I am now marking as the next

11   exhibit Exhibit 17.

12               (WHEREUPON, a certain document was

13                marked Siddhartha Roy, Ph.D.

14                Deposition Exhibit No. 17, for

15                identification, as of 05/08/2023.)

16   BY MR. MORRISSEY:

17       Q.    This is an e-mail exchange that -- it

18   begins with a -- a lengthy e-mail from -- well, first

19   there is an e-mail from -- strike that.

20               There is an e-mail from Professor Edwards

21   to a group of folks at the EPA dated September 20th,

22   2015.

23               Do you see that?

24       A.    Yes.

Siddhartha Roy

```
 1         Q.      You agreed in September 2015 that there

 2   was a crisis situation in Flint, right?

 3         A.      Lead levels above the action level.

 4         Q.      And you thought Flint should switch back

 5   to Detroit water and implement corrosion control as

 6   soon as possible, right?

 7         A.      Take action to protect Flint residents.

 8         Q.      And specific actions your team recommended

 9   were switching back to Detroit water and implementing

10   corrosion control, correct?

11         A.      That was one of the three options, I

12   think, that Marc laid out.

13         Q.      And that was the option your team

14   suggested was the best way to protect the health of

15   people in Flint, wasn't it?

16         MR. RINGSTAD:  Objection; form.

17   BY THE WITNESS:

18         A.      Based on what was known at the time, yes.

19   BY MR. MORRISSEY:

20         Q.      After your team made your recommendations,

21   Flint implemented corrosion control and switched back

22   to Detroit water, correct?

23         A.      I wish they had.

24         Q.      Well, they did, didn't they?
```

Siddhartha Roy

1      Q.      But in terms of the getting the water back

2   to levels that met safe drinking water standards,

3   switching back to Detroit water and implementing

4   corrosion control were important, right?

5      MR. RINGSTAD:  Objection; form.

6   BY THE WITNESS:

7      A.      It was a combination of tripling the

8   orthophosphate dose and replacement of the -- of the

9   lead in the galvanized pipes.

10  BY MR. MORRISSEY:

11     Q.      And switching the source?

12     A.      Yes.

13     Q.      In your 2019 peer-reviewed article that's

14  Exhibit 7, this is the one from Water Research.

15          Do you have that one there?

16     A.      I do.

17     Q.      In your Figure 1 on Page 478, you have a

18  graphic that shows changes in what over time?

19     A.      Well, in the mass biosolids, temperature,

20  there were several children with blood lead above

21  5 micrograms per deciliter and cadmium mass levels.

22     Q.      And if we turn to Page 481, on 481 there

23  is a series of bullet points in the left-hand column

24  under Conclusions.  And the fourth one from the top

Siddhartha Roy

1    refers to:  "Summer spikes of WLL."

2              That's water lead levels, right?

3         A.   You said the fourth point?

4         Q.   Fourth from the bottom.  Sorry.

5         A.   From the bottom.  Thank you.

6              Yes.

7         Q.   "WLL" is water lead levels.  And your

8    analysis of biosolids found summer spikes in water

9    lead levels in both 2014 and 2015, correct?

10        A.   The bulk, that was in 2014, yes.

11        Q.   My question was, did you find summer

12   spikes in both 2014 and 2015?

13        A.   Let me look at the graph.

14        Q.   Let's stick with the bullet point for now,

15   sir.  Your bullet point reads:

16             "Summer spikes of WLL occurred when

17   orthophosphate was not added to water in 2014 and

18   2015, but not in pre-FWC or post-FWC summer months

19   when orthophosphate was being dosed."

20             Those are your words from your

21   peer-reviewed article, correct?

22        A.   Yes.

23        Q.   Okay.  Now we can go back to the graph

24   that you were moving towards.

Siddhartha Roy

```
 1                  If we look at the graph, you see the

 2    yellow line in the middle of the yellow blocked

 3    section of the graph, correct?

 4         A.   Yes.

 5         Q.   The upward trend in that yellow line in

 6    2014, that's the 2014 summer spike, correct?

 7         A.   Do you mean the yellow diamonds?

 8         Q.   The trend line in the middle.

 9         A.   That's temperature.

10         Q.   That's temperature.

11                  And then you have the diamonds are the

12    water lead levels, right?

13         A.   They are percentage of total elevated

14    blood lead.

15         Q.   Right.  And three of the four highest

16    levels are in the summer of 2014, correct?

17         A.   Yes.

18         Q.   The second highest level was in the summer

19    of 2015, correct?

20         MR. RINGSTAD:  Objection; form.

21    BY THE WITNESS:

22         A.   It is very similar.

23    BY MR. MORRISSEY:

24         Q.   Certainly one of the four highest levels
```

Siddhartha Roy

1      Q.      There was a summer spike in lead in

2   children's blood in the summer of 2015, correct?

3      A.      One month, yes.

4      MR. RINGSTAD:  Objection; form.

5   BY MR. MORRISSEY:

6      Q.      And you also found a spike in water lead

7   levels in summer of 2015 as you said in your

8   conclusions, right?

9      A.      The statement talks about both 2014 and

10   2015.  It does not differentiate between the spike

11   level in 2014 and 2015.  But, yes, generally the

12   statement is true.

13      Q.      And your team conducted sampling of water

14   for lead in the summer of 2015, correct?

15      A.      Yes.

16      Q.      And as we've discussed, you found citywide

17   lead levels at 27 parts per billion, right?

18      A.      90th percentile, 27 ppb.

19      Q.      Would you agree that the summer spike that

20   occurred in 2015 could have been avoided if the City

21   had switched back to Detroit water and implemented

22   corrosion control in February or March or April

23   of 2015?

24      MR. RINGSTAD:  Objection to form, calls for

Siddhartha Roy

```
 1    speculation.

 2    BY THE WITNESS:

 3         A.    I don't know.  Lead levels were pretty

 4    stable in February until, like, May, June of 2015.  So

 5    I don't know.

 6    BY MR. MORRISSEY:

 7         Q.    They went up over the summer, though,

 8    right?

 9         A.    Yes, a couple of months.

10         Q.    And you found that summer spikes didn't

11    occur after the City switched back to Detroit and

12    implemented corrosion control, correct?

13         A.    Well, no, after switching back there was a

14    long stabilization period as it went up and down.

15         Q.    After which the City reached historical

16    low levels in 2018 and 2019, right?

17         A.    Eventually, yes.

18         Q.    And all of the positive effects that

19    occurred from implementing corrosion control,

20    switching back to Detroit water, implementing a

21    flushing program, avoiding drinking lead-contaminated

22    water, replacing lead pipes, all of those things would

23    have occurred earlier if the City had started

24    implementing those things in February or March or
```

Siddhartha Roy

```
 1        MR. RINGSTAD:  Objection; form.

 2   BY THE WITNESS:

 3        A.    The influent wastewater from industrial

 4   was less than 5 percent and if they were -- they were

 5   disproportionately releasing lead, it would have

 6   easily impacted the linear regression, the R squared

 7   would be a lot lower.

 8   BY MR. MORRISSEY:

 9        Q.    And the -- the five metals that are

10   associated with lead in plumbing, are they also

11   associated with lead in industrial plumbing?

12        A.    I mean, plumbing is, yeah, copper pipes,

13   lead pipes, and different from all of that.

14        Q.    Let's go back to Exhibit 10, I believe.

15   It is the Pieper article.

16              Do you have the Pieper article there?

17        A.    I do not.

18        Q.    I am sharing on the screen Exhibit 10

19   which is the article you coauthored with Kelsey

20   Pieper, Environmental Science & Technology, published

21   in 2018, correct?

22        A.    Yes.

23        Q.    And if we turn to Page 8126, there is a

24   section in the article, No. 3.  "Results During Height
```

Siddhartha Roy

```
 1   of Crisis."

 2              Do you see that?

 3      A.     I do.

 4      Q.     And you report in your article that:

 5              "Although Flint reported compliance with

 6   the LCR in 2014 and 2015, water lead results from our

 7   survey of 268 homes in the first round of citizen led

 8   sampling (August 2015) indicated that there was a

 9   system-wide lead in water contamination problem."

10              Right?

11      A.     At that time, yeah, that was true.

12      Q.     And at that time was the summer of 2015,

13   right?

14      A.     August 2015, yeah.

15      Q.     You also found that the water lead levels

16   decreased after the switch to Detroit water and the

17   implementation of corrosion control, correct?

18      A.     Over the five sampling rounds through

19   2017.

20      Q.     Would you expect that Flint water was less

21   corrosive in November '16 than it was in August '15?

22      MR. RINGSTAD:  Objection; form.

23   BY THE WITNESS:

24      A.    It was Detroit water that had a lot more
```

Siddhartha Roy

```
 1    article, correct?

 2         A.    Yes.

 3         Q.    And as an engineer, your duty is to make

 4    sure water is safe if you are working on a water

 5    distribution system, correct?

 6         MR. RINGSTAD:  Objection; form.

 7    BY THE WITNESS:

 8         A.    To meet federal standards, unfortunately.

 9    BY MR. MORRISSEY:

10         Q.    Going back to Table 1, you have a list of

11    factors for both Washington, DC and Flint.

12               Do you see that?

13         A.    I do.

14         Q.    And in the bottom third of this table,

15    there is a heading "Unethical Behavior and

16    Accountability."

17               Do you see that?

18         A.    I do.

19         Q.    And you list various things, including

20    conduct by various government actors.

21               The last thing you list there under

22    Unethical Behavior and Accountability is:  "Two

23    environmental companies sued."

24               Do you see that?
```

Siddhartha Roy

```
1        A.    I do.

2        Q.    That's a reference to the claims against

3   Veolia and LAN, correct?

4        A.    I think so.

5        Q.    And you haven't offered any opinion on the

6   relative responsibility of Veolia and LAN as compared

7   to any government actor, correct?

8        A.    I have not.

9        Q.    And any opinion on that would be a --

10  beyond the scope of what you've been retained to give,

11  correct?

12       A.    Yes.

13       MR. MORRISSEY:  I have nothing further for you

14  at this time, sir.

15       MR. RINGSTAD:  Mr. Kent, any questions for the

16  witness?

17       MR. KENT:  Let's take about a ten-minute break,

18  please, and then I'll -- I'll let you know.

19       MR. RINGSTAD:  Great.

20       THE VIDEOGRAPHER:  We are off the record at

21  6:09 p.m.

22              (WHEREUPON, a recess was had

23               from 6:09 to 6:19 p.m.)

24       THE VIDEOGRAPHER:  We are back on the record at
```

Siddhartha Roy

```
 1                   REPORTER'S CERTIFICATE

 2

 3           I, JULIANA F. ZAJICEK, a Registered

 4   Professional Reporter and Certified Shorthand

 5   Reporter, do hereby certify that prior to the

 6   commencement of the examination of the witness herein,

 7   the witness was duly remotely sworn by me to testify

 8   to the truth, the whole truth and nothing but the

 9   truth.

10           I DO FURTHER CERTIFY that the foregoing is

11   a verbatim transcript of the testimony as taken

12   stenographically by me at the time, place and on the

13   date hereinbefore set forth, to the best of my

14   availability.

15           I DO FURTHER CERTIFY that I am neither a

16   relative nor employee nor attorney nor counsel of any

17   of the parties to this action, and that I am neither a

18   relative nor employee of such attorney or counsel, and

19   that I am not interested directly or indirectly in the

20   outcome of this action.

21           IN WITNESS WHEREOF, I do hereunto set my

22   hand on this 24th day of May, 2023.

23

24           JULIANA F. ZAJICEK, Certified Reporter
```