RECEIVED JAN 16 2024 JUDITH E. LEVY U.S. DISTRICT JUDGE

My name is: Larry J. Smith
My address is: 3323 Davison Rd
Flint, Mich. 48506
D.O.B.: Feb 23, 1967
Phone #: 810-610-6572

I've been a life long resident of Flint, Mich.

A couple yrs ago the firm representing me, provided me with a bone lead test appointment setup. After difficulty getting the appointment set. I finally got my bone test completed.

I never heard back from the test results. From the person conducting the test or this firm. Until recently this year with a result of 6.89 mcg/dl.

Before receiving this result I was in a ATV accident. Which has left me with a broken back. Among other broken bones that have held since. My back is still broken and my surgeon. Has suggested to send me to Ann Arbor mich for surgery. Due to the brittleness of my bones.

For 8yrs now I've tried to bring my concerns of my consumption of water to the attention of doctors and law firm with no success. It's either the contamination doesn't cause my illness. Or their's no real proof of contamination to be considered.

Enclosed I've provided just some of my attempts. To get proper legal counsel and a couple of my yearly day planner That I logged work hrs. in. Along with other events at that time.

At the time of the water switch I was a construction worker. (Electrician) I would fill a gallon of water up everyday for the next day at work. Which I froze in my freezer at night.

I didn't have the means to afford bottle water at the time for both of us. So I mostly got it for my wife and I did the tap water.

As you will see from my day planners. The contamination from the city water was setting in. But no one wanted to beleave me or cared.

This has been along and frustrating exspierence for me. Alot has been happining to me and basicly I'm scared. To what it's going to be like for me in the future.

That's why I object to this Flint water crissis settlement. Not to mention the other Flint residents. That were in the same situation I was and don't have a clue.