UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases. _____/ | Judith E. Levy United States District Judge |

This Order Relates To:

ALL CASES

_____/

### ORDER SETTING DEADLINES FOR THE MARCH 2024 DISCOVERY CONFERENCE

The Court will hold its March 2024 Discovery Conference on **Monday, March 4, 2024 at 3:00 pm**. The deadline for notifying the Court of a discovery dispute is **February 26, 2024 at 3:00 pm**. The Court will issue an agenda for the Discovery Conference by March 1, 2024.

IT IS SO ORDERED.

| | |
|---|---|
| Dated: January 17, 2024 Ann Arbor, Michigan | s/Judith E. Levy JUDITH E. LEVY United States District Judge |

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's

ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 17, 2024.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager
