UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Cholyanda Brown, et al.,

                Plaintiff(s),

v.

Veolia Water North America
Operating Services, LLC, et al.,

                Defendant(s),

Case No. 5:16–cv–10444–JEL–EAS
Hon. Judith E. Levy

## NOTICE OF REMOTE MOTION HEARING

PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Judith E. Levy for the following motion(s):

    Motion in Limine – #2695
    Motion in Limine – #2696
    Motion in Limine – #2697
    Motion in Limine – #2698
    Motion in Limine – #2699
    Motion in Limine – #2700
    Motion in Limine – #2701
    Motion in Limine – #2702
    Motion in Limine – #2703
    Motion in Limine – #2704
    Motion in Limine – #2705
    Motion in Limine – #2706
    Motion in Limine – #2707
    Motion in Limine – #2708
    Motion in Limine – #2709
    Motion in Limine – #2710
    Motion in Limine – #2711
    Motion in Limine – #2713
    Motion – #2715
    Motion in Limine – #2717
    Motion – #2765

- MOTION HEARING:  January 22, 2024 at 10:30 AM

The public may access the audio proceedings with the following connection information.

**PHONE NUMBER:** 669 254 5252
**MEETING ID:**    160 316 6866

Attorneys and parties required to attend the hearing will be sent connection information in a separate email.

                              By: s/W. Barkholz
                                  Case Manager

Dated:  January 18, 2024