UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *IN RE*: FLINT WATER CASES.<br><br>This Document Relates To:<br><br>ALL CASES | Case No. 5:16-cv-10444-JEL-MKM (Consolidated)<br><br>Hon. Judith E. Levy |

## MOTION TO WITHDRAW JOHN R. PENHALLEGON AS COUNSEL

I, Alaina N. Devine, move to withdraw John R. Penhallegon as counsel for defendants, Veolia Water North America Operating Services, LLC, Veolia North America, Inc., and Veolia North America, LLC ("VNA Defendants") in the above-captioned case. Attorney Penhallegon is retiring from practice at Campbell, Conroy & O'Neil, P.C. and therefore, cannot continue to represent the VNA Defendants in this case. The VNA Defendants will continue to be represented by the counsel that have appeared on their behalf and will not be prejudiced by his withdrawal.

Accordingly, I respectfully request that this Court enter an order permitting John R. Penhallegon to withdraw.

3

*Respectfully submitted,*

/s/ Alaina N. Devine
Alaina N. Devine
Campbell Conroy & O'Neil, P.C.
20 City Square, Suite 300
Boston, MA  02129
(617) 241-3000
adevine@campbell-trial-lawyers.com

**CERTIFICATE OF SERVICE**

I, Alaina N. Devine, one of the counsel of record for the VNA defendants, certify that I served the within *Motion* on January 19, 2024, by causing it to be e-filed through the Court's CM/ECF electronic filing system which will automatically deliver electronic copies of it to counsel of record for all parties to have appeared in *In re Flint Water Cases*.

/s/ Alaina N. Devine
Alaina N. Devine
adevine@campbell-trial-lawyers.com

*Attorney for Veolia Water North America Operating Services, LLC, Veolia North America, Inc., and Veolia North America, LLC*