UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Cholyanda Brown, et al.,

                Plaintiff(s),

v.                                             Case No. 5:16−cv−10444−JEL−EAS
                                                  Hon. Judith E. Levy

Veolia Water North America
Operating Services, LLC, et al.,

                Defendant(s),

## NOTICE OF REMOTE MOTION HEARING

PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Judith E. Levy for the following motion(s):

    Motion in Limine – #2695
    Motion in Limine – #2696
    Motion in Limine – #2697
    Motion in Limine – #2701
    Motion in Limine – #2703
    Motion in Limine – #2704
    Motion in Limine – #2705
    Motion in Limine – #2708
    Motion in Limine – #2709

- MOTION HEARING:  January 23, 2024 at 10:30 AM

The public may access the audio proceedings with the following connection information.

**PHONE NUMBER:**  669 254 5252
**MEETING ID:**       160 411 0655

Attorneys and parties required to attend the hearing will be sent connection information in a separate email.

                                                      By: s/W. Barkholz
                                                           Case Manager

Dated:   January 22, 2024