# EXHIBIT B

<u>DOCUMENTS VEOLIA CLAIMS SHOULD REMAIN CONFIDENTIAL</u>

**I.** **Documents previously marked as privileged (but for which the Court overruled Veolia's privilege designations)**

1. VWNAOS085515-VWNAOS085515.0001
2. VWNAOS085516-VWNAOS085516.0001
3. VWNAOS090992-VWNAOS090992.0004
4. VWNAOS091116
5. VWNAOS091117-VWNAOS091117.0001
6. VWNAOS091121
7. VWNAOS091123
8. VWNAOS091124
9. VWNAOS091129-VWNAOS091129.0001
10. VWNAOS091160-VWNAOS091160.0001
11. VWNAOS164993-VWNAOS164993.0001
12. VWNAOS164994-VWNAOS164994.0001
13. VWNAOS526234
14. VWNAOS526237-VWNAOS526237.0001
15. VWNAOS528366-VWNAOS528366.0003
16. VWNAOS552988-VWNAOS552988.0001
17. VWNAOS552989-VWNAOS552989.0001
18. VWNAOS552999- VWNAOS552999.0001
19. VWNAOS553019-VWNAOS553019.0001
20. VWNAOS553020-VWNAOS553020.0001
21. VWNAOS553134
22. VWNAOS553290-VWNAOS553290.0001
23. VWNAOS553469
24. VWNAOS555473-VWNAOS555473.0002
25. VWNAOS555522-VWNAOS555522.0001
26. VWNAOS555574-VWNAOS555574.0003
27. VWNAOS555602-VWNAOS555602.0001
28. VWNAOS557195-VWNAOS557195.0002
29. VWNAOS557207
30. VWNAOS557212-VWNAOS557212.0001
31. VWNAOS557213-VWNAOS557213.0001
32. VWNAOS558968
33. VWNAOS558981
34. VWNAOS559054-VWNAOS559054.0004
35. VWNAOS559056-VWNAOS559056.0005

36. VWNAOS559057-VWNAOS559057.0006
37. VWNAOS559324-VWNAOS559324.0001
38. VWNAOS559325-VWNAOS559325.0001
39. VWNAOS559351
40. VWNAOS559379-VWNAOS559379.0001
41. VWNAOS553019
42. VWNAOS553035
43. VWNAOS553047
44. VWNAOS553075
45. VWNAOS553102
46. VWNAOS553105
47. VWNAOS553206
48. VWNAOS553209
49. VWNAOS551868
50. VWNAOS536974-VWNAOS536974.0001
51. VWNAOS552956-VWNAOS552956.0001
52. VWNAOS555305-VWNAOS555305.0001
53. VWNAOS555464
54. VWNAOS555596
55. VWNAOS555597-VWNAOS555597.0001
56. VWNAOS555598
57. VWNAOS555806-VWNAOS555806.0001
58. VWNAOS555873-VWNAOS555873.0001
59. VWNAOS556604
60. VWNAOS556606-VWNAOS556606.0001
61. VWNAOS556763
62. VWNAOS556764
63. VWNAOS556784
64. VWNAOS556785-VWNAOS556785.0001
65. VWNAOS556786-VWNAOS556786.0001
66. VWNAOS557181-VWNAOS557181.0001
67. VWNAOS557186-VWNAOS557186.0002
68. VWNAOS558399

## II. Internal communications and memorandums

1. VWNAOS528237
2. VWNAOS528366

**A.    2017 Draft Budgets**

      1.     VWNAOS333484-VWNAOS333484.0005
      2.     VWNAOS332056-VWNAOS332056.0005

**B.    Communications Re Trademark Request**

      1.     VWNAOS553644-VWNAOS553644.0022
      2.     VWNAOS553652-VWNAOS553652.0003
      3.     VWNAOS553650-VWNAOS553650.0002

**III.    Communications with and documents concerning the City of Detroit and the Detroit Water and Sewage Department ("DWSD")**

**A.    City of Detroit Documents**

      1.     VWNAOS528598-VWNAOS528598.0001
      2.     VWNAOS528588-VWNAOS528588.0002
      3.     VWNAOS528596-VWNAOS528596.0003
      4.     VWNAOS550156-VWNAOS550156.0026
      5.     VWNAOS549984-VWNAOS549984.0002
      6.     VWNAOS528113-VWNAOS528113.0006
      7.     VWNAOS544781-VWNAOS544781.0001
      8.     VWNAOS527052-VWNAOS527052.0002
      9.     VWNAOS527041-VWNAOS527041.0003
    10.     VWNAOS550079-VWNAOS550079.0008
    11.     VWNAOS527919-VWNAOS527919.0001
    12.     VWNAOS550138-VWNAOS550138.0001
    13.     VWNAOS528138-VWNAOS528138.0016
    14.     VWNAOS528136-VWNAOS528136.0016
    15.     VWNAOS264429-VWNAOS264440
    16.     VWNAOS264463-VWNAOS264479
    17.     VWNAOS264443-VWNAOS264459
    18.     VWNAOS264613-VWNAOS264629
    19.     VWNAOS264631-VWNAOS264647
    20.     VWNAOS511321-VWNAOS511321.0001
    21.     VWNAOS527915-VWNAOS527915.0006
    22.     VWNAOS528606-VWNAOS528606.0001
    23.     VWNAOS528594-VWNAOS528594.0002
    24.     VWNAOS528590-VWNAOS528590.0002

25. VWNAOS553563-VWNAOS553563.0002
26. VWNAOS311337-VWNAOS311337.0001
27. VWNAOS528592-VWNAOS528592.0002
28. VWNAOS511018-VWNAOS511018.0007
29. VWNAOS528562-VWNAOS528562.0003
30. VWNAOS528021-VWNAOS528021.0003
31. VWNAOS528061-VWNAOS528061.0038

**B.  DWSD Documents**

1. VWNAOS254034-VWNAOS254034.0004
2. VWNAOS537544-VWNAOS537544.0002
3. VWNAOS254021-VWNAOS254021.0004
4. VWNAOS528168-VWNAOS528168.0008
5. VWNAOS528228-VWNAOS528228.0002
6. VWNAOS528229-VWNAOS528229.0002
7. VWNAOS528165-VWNAOS528165.0004
8. VWNAOS248946-VWNAOS248946.0011
9. VWNAOS528155-VWNAOS528155.0001
10. VWNAOS528589-VWNAOS528589.0001
11. VWNAOS528601-VWNAOS528601.0003
12. VWNAOS528597-VWNAOS528597.0003
13. VWNAOS528302-VWNAOS528302.0002
14. VWNAOS528577-VWNAOS528577.0001
15. VWNAOS528580-VWNAOS528580.0010
16. VWNAOS189785-VWNAOS189785.0001
17. VWNAOS219539-VWNAOS219539.0001
18. VWNAOS528602-VWNAOS528602.0001
19. VWNAOS311336-VWNAOS311336.0002
20. VWNAOS249167-VWNAOS249167.0020
21. VWNAOS249162-VWNAOS249162.0003
22. VWNAOS527039-VWNAOS527039.0003
23. VWNAOS528207-VWNAOS528207.0010
24. VWNAOS190783-VWNAOS190783.0005
25. VWNAOS190634-VWNAOS190634.0004
26. VWNAOS190678-VWNAOS190678.0004
27. VWNAOS312084-VWNAOS312084.0014
28. VWNAOS249154-VWNAOS249154.0028
29. VWNAOS249173-VWNAOS249173.0008
30. VWNAOS249923-VWNAOS249923.0017

31. VWNAOS249171-VWNAOS249171.0008
32. VWNAOS249165-VWNAOS249165.0008
33. VWNAOS249920-VWNAOS249920.0017
34. VWNAOS253997-VWNAOS253997.0006
35. VWNAOS311342-VWNAOS311342.0001
36. VWNAOS527056-VWNAOS527056.0001
37. VWNAOS527055-VWNAOS527055.0001
38. VWNAOS527058-VWNAOS527058.0001
39. VWNAOS528620-VWNAOS528620.0003
40. VWNAOS527047-VWNAOS527047.0003
41. VWNAOS528685-VWNAOS528685.0001
42. VWNAOS190643-VWNAOS190643.0004
43. VWNAOS190682-VWNAOS190682.0005
44. VWNAOS190581-VWNAOS190581.0006
45. VWNAOS544979-VWNAOS544979.0001
46. VWNAOS511767-VWNAOS511767.0028
47. VWNAOS512375-VWNAOS512375.0002
48. VWNAOS511462-VWNAOS511462.0019
49. VWNAOS528677-VWNAOS528677.0017
50. VWNAOS312142-VWNAOS312142.0029
51. VWNAOS312048-VWNAOS312048.0038
52. VWNAOS511623-VWNAOS511623.0013
53. VWNAOS537549-VWNAOS537549.0002
54. VWNAOS546112-VWNAOS546112.0001
55. VWNAOS553559-VWNAOS553559.0001
56. VWNAOS528761-VWNAOS528761.0006
57. VWNAOS528366-VWNAOS528366.0003
58. VWNAOS550014-VWNAOS550014.0002
59. VWNAOS528759-VWNAOS528759.0005
60. VWNAOS528761-VWNAOS528761.0006
61. VWNAOS528366-VWNAOS528366.0003
62. VWNAOS550014-VWNAOS550014.0002
63. VWNAOS528759-VWNAOS528759.0005
64. VWNAOS528274-VWNAOS528274.0047
65. VWNAOS528607-VWNAOS528607.0001
66. VWNAOS528240-VWNAOS528240.0011
67. VWNAOS528224-VWNAOS528224.0004
68. VWNAOS511229-VWNAOS511229.0010
69. VWNAOS510937-VWNAOS510937.0010
70. VWNAOS528204-VWNAOS528204.0009

71. VWNAOS528709-VWNAOS528709.0017
72. VWNAOS528683-VWNAOS528683.0021
73. VWNAOS528708-VWNAOS528708.0023
74. VWNAOS528673-VWNAOS528673.0017
75. VWNAOS512841-VWNAOS512841.0026
76. VWNAOS528669-VWNAOS528669.0029
77. VWNAOS313157-VWNAOS313157.0026
78. VWNAOS528293-VWNAOS528293.0032
79. VWNAOS545010-VWNAOS545010.0002
80. VWNAOS528581-VWNAOS528581.0010
81. VWNAOS528178-VWNAOS528178.0002
82. VWNAOS528571-VWNAOS528571.0010
83. VWNAOS545028-VWNAOS545028.0002
84. VWNAOS511322-VWNAOS511322.0010
85. VWNAOS527904-VWNAOS527904.0003
86. VWNAOS549980-VWNAOS549980.0002
87. VWNAOS527901-VWNAOS527901.0002
88. VWNAOS549952-VWNAOS549952.0003
89. VWNAOS528212-VWNAOS528212.0015
90. VWNAOS512372-VWNAOS512372.0003
91. VWNAOS512374-VWNAOS512374.0004
92. VWNAOS511445-VWNAOS511445.0016
93. VWNAOS511021-VWNAOS511021.0012
94. VWNAOS512364-VWNAOS512364.0013
95. VWNAOS511862-VWNAOS511862.0016
96. VWNAOS511443-VWNAOS511443.0015
97. VWNAOS511765-VWNAOS511765.0020
98. VWNAOS512839-VWNAOS512839.0026
99. VWNAOS313158-VWNAOS313158.0018
100. VWNAOS511429-VWNAOS511429.0008
101. VWNAOS312086-VWNAOS312086.0014
102. VWNAOS511744-VWNAOS511744.0009
103. VWNAOS512889-VWNAOS512889.0018
104. VWNAOS312047-VWNAOS312047.0017
105. VWNAOS511431-VWNAOS511431.0034
106. VWNAOS511433-VWNAOS511433.0009
107. VWNAOS511624-VWNAOS511624.0013
108. VWNAOS512942-VWNAOS512942.0020
109. VWNAOS550012-VWNAOS550012.0001
110. VWNAOS528160-VWNAOS528160.0027

111. VWNAOS545022-VWNAOS545022.0002
112. VWNAOS528307-VWNAOS528307.0008
113. VWNAOS528162-VWNAOS528162.0004
114. VWNAOS511277-VWNAOS511277.0011
115. VWNAOS282218-VWNAOS282218.0017
116. VWNAOS528216-VWNAOS528216.0002
117. VWNAOS528211-VWNAOS528211.0015
118. VWNAOS527051-VWNAOS527051.0020
119. VWNAOS528573-VWNAOS528573.0010
120. VWNAOS528599-VWNAOS528599.0002
121. VWNAOS193661-VWNAOS193661.0047
122. VWNAOS510976-VWNAOS510976.0010
123. VWNAOS528166-VWNAOS528166.0002
124. VWNAOS512369-VWNAOS512369.0019
125. VWNAOS512843-VWNAOS512843.0010
126. VWNAOS512932-VWNAOS512932.0018
127. VWNAOS511503-VWNAOS511503.0013
128. VWNAOS512339-VWNAOS512339.0026
129. VWNAOS512922-VWNAOS512922.0016
130. VWNAOS513047-VWNAOS513047.0024
131. VWNAOS513124-VWNAOS513124.0017
132. VWNAOS513006-VWNAOS513006.0012
133. VWNAOS249160-VWNAOS249160.0029
134. VWNAOS249915-VWNAOS249915.0019
135. VWNAOS249164-VWNAOS249164.0016
136. VWNAOS528688-VWNAOS528688.0021
137. VWNAOS249912-VWNAOS249912.0037
138. VWNAOS511618-VWNAOS511618.0013
139. VWNAOS512925-VWNAOS512925.0016
140. VWNAOS365214-VWNAOS365214.0005
141. VWNAOS544981-VWNAOS544981.0002
142. VWNAOS528763-VWNAOS528763.0001
143. VWNAOS544980-VWNAOS544980.0001
144. VWNAOS537242-VWNAOS537242.0001
145. VWNAOS537466-VWNAOS537466.0001
146. VWNAOS545973-VWNAOS545973.0002
147. VWNAOS512936-VWNAOS512936 .0015
148. VWNAOS513010-VWNAOS513010.0026
149. VWNAOS249922-VWNAOS249922.0023
150. VWNAOS249919-VWNAOS249919.0023

151. VWNAOS512994-VWNAOS512994.0012
152. VWNAOS528690-VWNAOS528690.0014
153. VWNAOS249917-VWNAOS249917.0032
154. VWNAOS312044-VWNAOS312044.0027
155. VWNAOS312075-VWNAOS312075.0044
156. VWNAOS528681-VWNAOS528681.0021
157. VWNAOS512852-VWNAOS512852.0019
158. VWNAOS312055-VWNAOS312055.0020
159. VWNAOS528671-VWNAOS528671.0020
160. VWNAOS513378-VWNAOS513378.0031
161. VWNAOS513024-VWNAOS513024.0018
162. VWNAOS528675-VWNAOS528675.0016
163. VWNAOS511697-VWNAOS511697.0018
164. VWNAOS528205-VWNAOS528205.0025
165. VWNAOS511026-VWNAOS511026.0011
166. VWNAOS511035-VWNAOS511035.0011
167. VWNAOS510926-VWNAOS510926.0010
168. VWNAOS528765-VWNAOS528765.0002
169. VWNAOS528746-VWNAOS528746.0004
170. VWNAOS528555-VWNAOS528555.0013
171. VWNAOS510922-VWNAOS510922.0010
172. VWNAOS510902-VWNAOS510902.0014
173. VWNAOS510973-VWNAOS510973.0010
174. VWNAOS510923-VWNAOS510923.0014
175. VWNAOS511032-VWNAOS511032.0011
176. VWNAOS510901-VWNAOS510901.0010
177. VWNAOS527049-VWNAOS527049.0005
178. VWNAOS528310-VWNAOS528310.0032
179. VWNAOS528219-VWNAOS528219.0016
180. VWNAOS528209-VWNAOS528209.0010
181. VWNAOS528560-VWNAOS528560.0001
182. VWNAOS528564-VWNAOS528564.0042
183. VWNAOS512848-VWNAOS512848.0018
184. VWNAOS537537-VWNAOS537537.0001
185. VWNAOS528117-VWNAOS528117.0001
186. VWNAOS545026-VWNAOS545026.0002
187. VWNAOS528323-VWNAOS528323.0002
188. VWNAOS511022-VWNAOS511022.0011
189. VWNAOS528169-VWNAOS528169.0029
190. VWNAOS527916-VWNAOS527916.0003

191. VWNAOS544982-VWNAOS544982.0003
192. VWNAOS528554-VWNAOS528554.0001
193. VWNAOS528104-VWNAOS528104.0001
194. VWNAOS553625-VWNAOS553625.0001
195. VWNAOS553566-VWNAOS553566.0002
196. VWNAOS553605-VWNAOS553605.0001
197. VWNAOS513008-VWNAOS513008.0014
198. VWNAOS312143-VWNAOS312143.0041
199. VWNAOS513038-VWNAOS513038.0018
200. VWNAOS512977-VWNAOS512977.0027
201. VWNAOS528692-VWNAOS528692.0021
202. VWNAOS512885-VWNAOS512885.0019
203. VWNAOS513052-VWNAOS513052.0023
204. VWNAOS512928-VWNAOS512928.0016
205. VWNAOS512988-VWNAOS512988.0014
206. VWNAOS511447-VWNAOS511447.0016
207. VWNAOS510979-VWNAOS510979.0010
208. VWNAOS528217-VWNAOS528217.0002
209. VWNAOS311341-VWNAOS311341.0002
210. VWNAOS528584-VWNAOS528584.0002
211. VWNAOS511767-VWNAOS511767.0028
212. VWNAOS512375-VWNAOS512375.0002
213. VWNAOS511462-VWNAOS511462.0019
214. VWNAOS528677-VWNAOS528677.0017
215. VWNAOS312142-VWNAOS312142.0029
216. VWNAOS312048-VWNAOS312048.0038
217. VWNAOS511623-VWNAOS511623.0013
218. VWNAOS512807-VWNAOS512807.0018
219. VWNAOS512837-VWNAOS512837.0029
220. VWNAOS511621-VWNAOS511621.0016
221. VWNAOS511450-VWNAOS511450.0020
222. VWNAOS511426-VWNAOS511426.0008
223. VWNAOS511521-VWNAOS511521.0016
224. VWNAOS312153-VWNAOS312153.0016
225. VWNAOS511512-VWNAOS511512.0013
226. VWNAOS537549-VWNAOS537549.0002
227. VWNAOS546112-VWNAOS546112.0001

**IV.    Veolia's budgets and human resources documents**

1.    VWNAOS331553-VWNAOS331554
2.    VWNAOS331518-VWNAOS331519
3.    VWNAOS331543-VWNAOS331545
4.    VWNAOS331550-VWNAOS331552
5.    VWNAOS331555-VWNAOS331557
6.    VWNAOS331558-VWNAOS331560
7.    VWNAOS331561-VWNAOS331563
8.    VWNAOS331569-VWNAOS331571
9.    VWNAOS528466
10.   VWNAOS544490-VWNAOS544502
11.   VWNAOS549102
12.   VWNAOS557264-VWNAOS557264.0005
13.   VWNAOS549103-VWNAOS549103.0011
14.   VWNAOS554796-VWNAOS554796.0004

**V.    Veolia's communications plans**

1.    VWNAOS494815-VWNAOS494827
2.    VWNAOS494840-VWNAOS494852
3.    VWNAOS528081-VWNAOS528081.001

**VI.    Documents and communications Veolia claims are unrelated to the Flint Water Crisis**

1.    VWNAOS448563-VWNAOS448564
2.    VWNAOS222380-VWNAOS222381
3.    VWNAOS222385-VWNAOS222386
4.    VWNAOS526894-VWNAOS526894.0006
5.    VWNAOS526900-VWNAOS526900.0009
6.    VWNAOS332516-VWNAOS332516.0003
7.    VWNAOS260180-VWNAOS260180.0004
8.    VWNAOS543737-VWNAOS543738
9.    VWNAOS329191
10.   VWNAOS559114-VWNAOS559114.0040
11.   VWNAOS551521-VWNAOS551525
12.   VWNAOS554037-VWNAOS554037.0002
13.   VWNAOS135456-VWNAOS135458
14.   VWNAOS225484-VWNAOS225502

15. VWNAOS172117-VWNAOS172117.0007
16. VWNAOS526955-VWNAOS526955.0002
17. VWNAOS552606-VWNAOS552606.0004
18. VWNAOS528546-VWNAOS528546.0002
19. VWNAOS528547-VWNAOS528547.0040
20. VWNAOS528545-VWNAOS528545.0019
21. VWNAOS513069-VWNAOS513069.0001
22. VWNAOS527905-VWNAOS527905.0002
23. VWNAOS550078-VWNAOS550078.0003

## VII. Communications and documents associated with public relations firms

1. VWNAOS553047-VWNAOS553047.0004
2. VWNAOS553105-VWNAOS553105.0004
3. VWNAOS553075-VWNAOS553075.0004
4. VWNAOS091152-VWNAOS091152.0005
5. VWNAOS164985-VWNAOS164985.0005
6. VWNAOS544106-VWNAOS544106.0005
7. VWNAOS544108-VWNAOS544108.0005
8. VWNAOS553247-VWNAOS553247.0005
9. VWNAOS556940-VWNAOS556940.0005
10. VWNAOS556942-VWNAOS556942.0005
11. VWNAOS556989-VWNAOS556989.0006
12. VWNAOS557041-VWNAOS557041.0005
13. VWNAOS249107-VWNAOS249107.0008
14. VWNAOS555522-VWNAOS555522.0001
15. VWNAOS527011-VWNAOS527011.0001
16. VWNAOS526982-VWNAOS526982.0001
17. VWNAOS172752-VWNAOS172752.0002
18. VWNAOS552949- VWNAOS552949.0001
19. VWNAOS552989-VWNAOS552989.0001
20. VWNAOS552988-VWNAOS552988.0001
21. VWNAOS528236-VWNAOS528236.0002
22. VWNAOS332474-VWNAOS332474.0004
23. VWNAOS332461-VWNAOS332461.0004
24. VWNAOS527000-VWNAOS527000.0001
25. VWNAOS527022-VWNAOS527022.0004
26. VWNAOS528074-VWNAOS528074.0006
27. VWNAOS526956-VWNAOS526956.0002

28. VWNAOS527034-VWNAOS527034.0009
29. VWNAOS525301-VWNAOS525301.0006
30. VWNAOS537778-VWNAOS537778.0001
31. VWNAOS553658-VWNAOS553658.0001
32. VWNAOS333693-VWNAOS333693.0001
33. VWNAOS526987-VWNAOS526987.0009
34. VWNAOS526996-VWNAOS526996.0009

## VIII. Documents concerning Veolia's engagement in Flint

1. VWNAOS014953-VWNAOS014954
2. VWNAOS042178-VWNAOS042190
3. VWNAOS0042190-VWNAOS042194
4. VWNAOS042195-VWNAOS042200
5. VWNAOS042201-VWNAOS042206
6. VWNAOS042207-VWNAOS042212
7. VWNAOS042250-VWNAOS042254
8. VWNAOS042519-VWNAOS042524
9. VWNAOS042525-VWNAOS042530
10. VWNAOS042559-VWNAOS042564
11. VWNAOS554030-VWNAOS554030.0003
12. VWNASO554040-VWNASO554040.0002

## IX. Documents concerning Veolia's work with lobbyists and consultants

1. VWNAOS550027-VWNAOS550027.0002
2. VWNAOS549957-VWNAOS549957.0001
3. VWNAOS550137-VWNAOS550137.0001
4. VWNAOS550108-VWNAOS550108.0001
5. VWNAOS557380-VWNAOS557380.0001
6. VWNAOS550092-VWNAOS550092.0001
7. VWNAOS551527
8. VWNAOS522427
9. VWNAOS528078-VWNAOS528078.0006
10. VWNAOS551532
11. VWNAOS551534
12. VWNAOS528072-VWNAOS528072.0006
13. VWNAOS180915-VWNAOS180926
14. VWNAOS271749
15. VWNAOS425308-VWNAOS425309

16. VWNAOS425312-VWNAOS425313
17. VWNAOS550029-VWNAOS550029.0002
18. VWNAOS531830-VWNAOS531830.0004
19. VWNAOS531824-VWNAOS531824.0010
20. VWNAOS531834-VWNAOS531834.0010
21. VWNAOS528109-VWNAOS528109.0006
22. VWNAOS528625-VWNAOS528625.0004
23. VWNAOS395017-VWNAOS395017.0018
24. VWNAOS513068-VWNAOS513068.0001
25. VWNAOS249169-VWNAOS249169.0016

## X. Documents and communications with or concerning Veolia's attorneys

1. VWNAOS553035
2. VWNAOS521990
3. VWNAOS522063-VWNAOS522066
4. VWNAOS522059-VWNAOS522062
5. VWNAOS536974-VWNAOS536974.0001
6. VWNAOS555597-VWNAOS555597.0001
7. VWNAOS555596
8. VWNAOS555598
9. VWNAOS555873-VWNAOS555873.0001
10. VWNAOS555464
11. VWNAOS555806-VWNAOS555806.0001
12. VWNAOS555305-VWNAOS555305.0001
13. VWNAOS556604
14. VWNAOS556763
15. VWNAOS557181-VWNAOS557181.0001
16. VWNAOS557186-VWNAOS557186.0002
17. VWNAOS558399
18. VWNAOS172775-VWNAOS172775.0001
19. VWNAOS550142-VWNAOS550142.0003
20. VWNAOS550141-VWNAOS550141.0003
21. VWNAOS554089-VWNAOS554089.0003

## XI. Documents pertaining to customers' requests to be briefed about the Flint Water Crisis

1. VWNAOS543858-VWNAOS543859

2. VWNAOS543866-VWNAOS543869
3. VWNAOS543870-VWNAOS543873
4. VWNAOS543874-VWNAOS543878
5. VWNAOS543879-VWNAOS543882
6. VWNAOS543883-VWNAOS543887
7. VWNAOS543888-VWNAOS543893
8. VWNAOS543894-VWNAOS543899

## XII.  Status reports and draft contracts

1. VWNAOS528715-VWNAOS528715.0001
2. VWNAOS312145-VWNAOS312145.0001
3. VWNAOS528285-VWNAOS528285.0002
4. VWNAOS234465-VWNAOS234465.0048
5. VWNAOS550153-VWNAOS550153.0001
6. VWNAOS528711-VWNAOS528711.0001
7. VWNAOS550149-VWNAOS550149.0001
8. VWNAOS550139-VWNAOS550139.0001
9. VWNAOS550146-VWNAOS550146.0001
10. VWNAOS528717-VWNAOS528717.0001
11. VWNAOS550109-VWNAOS550109.0003
12. VWNAOS550116-VWNAOS550116.0001
13. VWNAOS550152-VWNAOS550152.0001
14. VWNAOS550112-VWNAOS550112.0001
15. VWNAOS550154-VWNAOS550154.0001
16. VWNAOS550144-VWNAOS550144.0001
17. VWNAOS550151-VWNAOS550151.0002
18. VWNAOS550114-VWNAOS550114.0001
19. VWNAOS550124-VWNAOS550124.0001
20. VWNAOS528713- VWNAOS528713.0002
21. VWNAOS550111-VWNAOS550111.0001
22. VWNAOS550153-VWNAOS550153.0001
23. VWNAOS528711-VWNAOS528711.0001
24. VWNAOS550148-VWNAOS550148
25. VWNAOS528714-VWNAOS528714.0001
26. VWNAOS528712-VWNAOS528712.0001
27. VWNAOS531833-VWNAOS531833.0010
28. VWNAOS527920-VWNAOS527920.0002

## XIII. Documents Veolia claims were improperly challenged

1. VWNAOS506686-VWNAOS506695
2. VWNAOS506679-VWNAOS506683
3. VWNAOS506701-VWNAOS506706
4. VWNAOS506712-VWNAOS506718
5. VWNAOS511012-VWNAOS511015
6. VWNAOS528141-VWNAOS528143
7. VWNAOS528466-VWNAOS528477
8. VWNAOS536235-VWNAOS536237
9. VWNAOS520031-VWNAOS521985
10. VWNAOS520031-VWNAOS521985
11. VWNAOS554020-VWNAOS554020.2132