# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In Re* Flint Water Cases | No. 5:16-cv-10444-JEL-EAS <br><br> HON. JUDITH E. LEVY <br><br> MAG. ELIZABETH A. STAFFORD |

## NOTICE OF WITHDRAWAL OF CLASS PLAINTIFFS' MOTION TO EXCLUDE VEOLIA FROM PRESENTING THE BELLWETHER TRIAL TESTIMONY OF WARREN GREEN [2810]

On January 15, 2024, Class Plaintiffs moved to exclude Veolia from presenting the Bellwether trial testimony of LAN's Warren Green at the Class Trial. ECF No. 2810. The parties have since reached a tentative settlement which resolves all of Class Plaintiffs' pending claims as to Veolia and agreed to a forty-five day stay. ECF No. 2828 (since approved by the Court). Accordingly, Class Plaintiffs withdraw their pending motion to exclude Mr. Green's Bellwether trial testimony.[1]

Dated: February 2, 2024

Respectfully submitted,

By: */s/Theodore J. Leopold*
Theodore J. Leopold
COHEN MILSTEIN SELLERS &
TOLL PLLC
11780 U.S. Highway One, Suite N500
Palm Beach Gardens, FL 33408
Telephone: (561) 515-1400
tleopold@cohenmilstein.com
***CO-LEAD CLASS COUNSEL***

---

[1] Class Plaintiffs reserve the right to refile this motion in the event litigation of this matter resumes.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was filed with the U.S. District Court through the ECF filing system and that all parties to the above case were served via the ECF filing system on February 2, 2024.

Dated: February 2, 2024

By: */s/Theodore J. Leopold*
Theodore J. Leopold
COHEN MILSTEIN SELLERS
& TOLL PLLC
11780 U.S. Highway One, Suite N500
Palm Beach Gardens, FL 33408
Telephone: (561) 515-1400
tleopold@cohenmilstein.com