UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases.<br><br>_____/ | Judith E. Levy<br>United States District Judge |

This Order Relates To:

ALL CASES

_____/

### ORDER SETTING DEADLINES FOR THE FEBRUARY AND MARCH 2024 STATUS AND DISCOVERY CONFERENCES

The Court will hold its February 2024 Status and Discovery Conference on **Wednesday, February 28, 2024 at 12:00 pm** jointly with Genesee County Circuit Court Judge David J. Newblatt. Parties are to file proposed status conference items by **February 14, 2024 at 12:00pm**. The deadline for notifying the Court of a discovery dispute is **February 21, 2024 at 12:00pm**. The Court will issue an agenda for the February 2024 Status and Discovery Conference by February 26, 2024.

The previously scheduled March 2024 Discovery Conference (ECF No. 2814) will be rescheduled as a Status and Discovery Conference on **Wednesday, March 20, 2024 at 1:00pm**. Parties are to file proposed

status conference items by **March 6, 2024 at 1:00pm**. The deadline for notifying the Court of a discovery dispute is **March 13, 2024 at 1:00pm**. The Court will issue an agenda for the March 2024 Status and Discovery Conference by March 18, 2024.

IT IS SO ORDERED.

Dated: February 6, 2024       s/Judith E. Levy
Ann Arbor, Michigan      JUDITH E. LEVY
     United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 6, 2024.

     s/William Barkholz
     WILLIAM BARKHOLZ
     Case Manager