# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

## ORDER SETTING HEARING

On February 6, 2024, the Court received correspondence from Co-Liaison Counsel for Plaintiffs, Corey Stern, suggesting that a public relations firm connected with Defendant Veolia North America had contacted represented parties in this litigation. On February 9, 2024, the Court received a letter from one of the individuals confirming that he was contacted by the public relations firm. The Court also learned that the same public relations firm had issued a press release attacking Plaintiffs' counsel's integrity and motivations. As part of the Court's inherent authority to manage its docket, in addition to its authority and responsibility to promote the Eastern District of Michigan's Civility Principles and enforce Local Rule 83.22(b), a hearing will be held on

**February 13, 2024 at 2:00 pm.** The purpose of the hearing is to determine what action from the Court is appropriate. "As the Supreme Court long ago stated, courts of law have inherent equitable powers . . . over their own process, to prevent abuses, oppression, and injustice," *Meyer v. Kalanick*, 212 F.Supp.3d 437, 450 (S.D.N.Y. 2016) (cleaned up).

The hearing will be held in person. Counsel wishing to appear by video teleconference may request leave of Court by sending an email to the Court's law clerk, however Mr. Stern and counsel for VNA must appear in person.

**IT IS SO ORDERED.**

Dated: February 9, 2024       s/Judith E. Levy
Ann Arbor, Michigan         JUDITH E. LEVY
                                         United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 9, 2024.

                                                     s/William Barkholz
                                                     WILLIAM BARKHOLZ
                                                     Case Manager