# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In Re* Flint Water Cases, | No. 5:16-cv-10444-JEL-MKM (consolidated) <br><br> Hon. Judith E. Levy |

## PLAINTIFFS' CO-LIAISON COUNSEL'S NOTICE OF DOCKET ENTRY

Plaintiffs' Co-Liaison Counsel, respectfully submits the Declaration of Pastor Kevin Thompson, dated February 12, 2024, regarding the February 13, 2024 hearing. A true and correct copy of the Declaration is attached hereto as **Exhibit A**.

Dated: February 12, 2024

Respectfully submitted,

**NAPOLI SHKOLNIK**

By: /s/ Hunter Shkolnik
Hunter J. Shkolnik, Esq.
1302 Avenida Ponce de Leon,
Santurce, Puerto Rico 00907
(787) 493-5088
hunter@nsprlaw.com

*Co-Liaison Counsel for Personal Injury Claims*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing upon counsel of record.

Dated: February 12, 2024

_____/s/ Patrick J. Lanciotti_____