# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

## ORDER FOLLOWING FEBRUARY 13, 2024 HEARING

On February 13, 2024, the Court held a hearing regarding recent public attacks on one of Plaintiffs' counsel in this case. The Court ordered counsel for Veolia North America, LLC, Veolia North America, Inc., and Veolia Water North America Operating Services, LLC (collectively, "VNA") to file a Declaration no later than Friday, February 16, 2024, at 5:00pm ET, and the Court specified what information the Declaration must include.

During the hearing, VNA's counsel drew a distinction between Defendants in this case and "Veolia." The Court emphasizes that insofar as its Order at the hearing refers to VNA, VNA's counsel is to interpret that as including Veolia and any other related corporate entities, whether

they are a named Defendant or not, and whether they are based in the United States or not.

Additionally, the Court was informed that during the hearing a truck was circling the Ann Arbor Federal Building broadcasting attacks against the same Plaintiffs' counsel. The Court orders VNA's counsel to inform the Court of the names of any VNA lawyers, in-house or otherwise, who had knowledge of or engaged in any communication regarding this disturbing development. VNA is further ordered to provide the names of any individuals at VNA, Veolia, or Actum, LLC who had any knowledge of this incident and what their involvement entailed. Further orders may follow.

IT IS SO ORDERED.

| | |
|---|---|
| Dated: February 13, 2024<br>Ann Arbor, Michigan | s/Judith E. Levy<br>JUDITH E. LEVY<br>United States District Judge |

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 13, 2024.

s/William Barkholz<br>WILLIAM BARKHOLZ