# EXHIBIT 1

Documents Produced Before Bellwether I

| Production::Begin Bates | Production::End Bates | Latest Production Date |
|---|---|---|
| VWNAOS042178 | VWNAOS042181 | 3/17/2020 |
| VWNAOS042190 | VWNAOS042194 | 3/17/2020 |
| VWNAOS042195 | VWNAOS042200 | 3/17/2020 |
| VWNAOS042201 | VWNAOS042206 | 3/17/2020 |
| VWNAOS042207 | VWNAOS042212 | 3/17/2020 |
| VWNAOS042250 | VWNAOS042254 | 7/8/2019 |
| VWNAOS042519 | VWNAOS042524 | 3/17/2020 |
| VWNAOS042525 | VWNAOS042530 | 3/17/2020 |
| VWNAOS042559 | VWNAOS042564 | 3/17/2020 |
| VWNAOS135456 | VWNAOS135458 | 8/5/2019 |
| VWNAOS172117 | VWNAOS172117.0007 | 3/10/2020 |
| VWNAOS525301 | VWNAOS525301.0006 | 3/10/2020 |
| VWNAOS172752 | VWNAOS172752.0002 | 3/10/2020 |
| VWNAOS172775 | VWNAOS172775.0001 | 3/10/2020 |
| VWNAOS552949 | VWNAOS552949.0001 | 3/10/2020 |
| VWNAOS543858 | VWNAOS543859 | 1/27/2020 |
| VWNAOS543866 | VWNAOS543869 | 1/27/2020 |
| VWNAOS543870 | VWNAOS543873 | 1/27/2020 |
| VWNAOS543874 | VWNAOS543878 | 1/27/2020 |
| VWNAOS543879 | VWNAOS543882 | 1/27/2020 |
| VWNAOS543883 | VWNAOS543887 | 1/27/2020 |
| VWNAOS543888 | VWNAOS543893 | 1/27/2020 |
| VWNAOS543894 | VWNAOS543899 | 1/27/2020 |
| VWNAOS544490 | VWNAOS544502 | 1/27/2020 |
| VWNAOS331553 | VWNAOS331554 | 11/22/2019 |
| VWNAOS332056 | VWNAOS332056.0005 | 3/10/2020 |
| VWNAOS332461 | VWNAOS332461.0004 | 3/10/2020 |
| VWNAOS332474 | VWNAOS332474.0004 | 3/10/2020 |
| VWNAOS332516 | VWNAOS332516.0003 | 3/10/2020 |
| VWNAOS526894 | VWNAOS526894.0006 | 3/10/2020 |
| VWNAOS526900 | VWNAOS526900.0009 | 3/10/2020 |
| VWNAOS333484 | VWNAOS333484.0005 | 3/10/2020 |
| VWNAOS526955 | VWNAOS526955.0002 | 3/10/2020 |
| VWNAOS526956 | VWNAOS526956.0002 | 3/10/2020 |
| VWNAOS333693 | VWNAOS333693.0001 | 3/10/2020 |
| VWNAOS526982 | VWNAOS526982.0001 | 3/10/2020 |
| VWNAOS526987 | VWNAOS526987.0009 | 3/10/2020 |
| VWNAOS526996 | VWNAOS526996.0009 | 3/10/2020 |
| VWNAOS527000 | VWNAOS527000.0001 | 3/10/2020 |
| VWNAOS527011 | VWNAOS527011.0001 | 3/10/2020 |
| VWNAOS527022 | VWNAOS527022.0004 | 3/10/2020 |
| VWNAOS527034 | VWNAOS527034.0009 | 3/10/2020 |
| VWNAOS527039 | VWNAOS527039.0003 | 3/10/2020 |
| VWNAOS527041 | VWNAOS527041.0003 | 3/10/2020 |
| VWNAOS527047 | VWNAOS527047.0003 | 3/10/2020 |
| VWNAOS527049 | VWNAOS527049.0005 | 3/10/2020 |

Documents Produced Before Bellwether I

| Production::Begin Bates | Production::End Bates | Latest Production Date |
|---|---|---|
| VWNAOS527051 | VWNAOS527051.0020 | 3/10/2020 |
| VWNAOS527052 | VWNAOS527052.0002 | 3/10/2020 |
| VWNAOS527055 | VWNAOS527055.0001 | 3/10/2020 |
| VWNAOS527056 | VWNAOS527056.0001 | 3/10/2020 |
| VWNAOS527058 | VWNAOS527058.0001 | 3/10/2020 |
| VWNAOS264429 | VWNAOS264440 | 11/8/2019 |
| VWNAOS264443 | VWNAOS264459 | 11/8/2019 |
| VWNAOS264463 | VWNAOS264479 | 11/8/2019 |
| VWNAOS264613 | VWNAOS264629 | 11/8/2019 |
| VWNAOS264631 | VWNAOS264647 | 11/8/2019 |
| VWNAOS544781 | VWNAOS544781.0001 | 3/10/2020 |
| VWNAOS544979 | VWNAOS544979.0001 | 3/10/2020 |
| VWNAOS544980 | VWNAOS544980.0001 | 3/10/2020 |
| VWNAOS544981 | VWNAOS544981.0002 | 3/10/2020 |
| VWNAOS544982 | VWNAOS544982.0003 | 3/10/2020 |
| VWNAOS545010 | VWNAOS545010.0002 | 3/10/2020 |
| VWNAOS545022 | VWNAOS545022.0002 | 3/10/2020 |
| VWNAOS545026 | VWNAOS545026.0002 | 3/10/2020 |
| VWNAOS545028 | VWNAOS545028.0002 | 3/10/2020 |
| VWNAOS271749 | VWNAOS271749 | 11/8/2019 |
| VWNAOS180915 | VWNAOS180926 | 10/31/2019 |
| VWNAOS282218 | VWNAOS282218.0017 | 3/10/2020 |
| VWNAOS553559 | VWNAOS553559.0001 | 3/10/2020 |
| VWNAOS189785 | VWNAOS189785.0001 | 3/10/2020 |
| VWNAOS190581 | VWNAOS190581.0006 | 3/10/2020 |
| VWNAOS190634 | VWNAOS190634.0004 | 3/10/2020 |
| VWNAOS190643 | VWNAOS190643.0004 | 3/10/2020 |
| VWNAOS190678 | VWNAOS190678.0004 | 3/10/2020 |
| VWNAOS190682 | VWNAOS190682.0005 | 3/10/2020 |
| VWNAOS190783 | VWNAOS190783.0005 | 3/10/2020 |
| VWNAOS365214 | VWNAOS365214.0005 | 3/10/2020 |
| VWNAOS545973 | VWNAOS545973.0002 | 3/10/2020 |
| VWNAOS193661 | VWNAOS193661.0047 | 3/10/2020 |
| VWNAOS553605 | VWNAOS553605.0001 | 3/10/2020 |
| VWNAOS553625 | VWNAOS553625.0001 | 3/10/2020 |
| VWNAOS553644 | VWNAOS553644.0022 | 3/10/2020 |
| VWNAOS553650 | VWNAOS553650.0002 | 3/10/2020 |
| VWNAOS553652 | VWNAOS553652.0003 | 3/10/2020 |
| VWNAOS553658 | VWNAOS553658.0001 | 3/10/2020 |
| VWNAOS395017 | VWNAOS395017.0018 | 3/10/2020 |
| VWNAOS425308 | VWNAOS425309 | 11/22/2019 |
| VWNAOS425312 | VWNAOS425313 | 11/22/2019 |
| VWNAOS219539 | VWNAOS219539.0001 | 3/10/2020 |
| VWNAOS222380 | VWNAOS222381 | 10/31/2019 |
| VWNAOS448563 | VWNAOS448564 | 11/22/2019 |
| VWNAOS222385 | VWNAOS222386 | 10/31/2019 |

Documents Produced Before Bellwether I

| Production::Begin Bates | Production::End Bates | Latest Production Date |
|---|---|---|
| VWNAOS225484 | VWNAOS225502 | 10/31/2019 |
| VWNAOS549102 | VWNAOS549102 | 3/10/2020 |
| VWNAOS234465 | VWNAOS234465.0048 | 3/10/2020 |
| VWNAOS494815 | VWNAOS494827 | 11/22/2019 |
| VWNAOS494840 | VWNAOS494852 | 11/22/2019 |
| VWNAOS527901 | VWNAOS527901.0002 | 3/10/2020 |
| VWNAOS527904 | VWNAOS527904.0003 | 3/10/2020 |
| VWNAOS527905 | VWNAOS527905.0002 | 3/10/2020 |
| VWNAOS527915 | VWNAOS527915.0006 | 3/10/2020 |
| VWNAOS527916 | VWNAOS527916.0003 | 3/10/2020 |
| VWNAOS527919 | VWNAOS527919.0001 | 3/10/2020 |
| VWNAOS527920 | VWNAOS527920.0002 | 3/10/2020 |
| VWNAOS528021 | VWNAOS528021.0003 | 3/10/2020 |
| VWNAOS528061 | VWNAOS528061.0038 | 3/10/2020 |
| VWNAOS528072 | VWNAOS528072.0006 | 3/10/2020 |
| VWNAOS528074 | VWNAOS528074.0006 | 3/10/2020 |
| VWNAOS528078 | VWNAOS528078.0006 | 3/10/2020 |
| VWNAOS528081 | VWNAOS528081.0001 | 3/10/2020 |
| VWNAOS528104 | VWNAOS528104.0001 | 3/10/2020 |
| VWNAOS528109 | VWNAOS528109.0006 | 3/10/2020 |
| VWNAOS528113 | VWNAOS528113.0006 | 3/10/2020 |
| VWNAOS528117 | VWNAOS528117.0001 | 3/10/2020 |
| VWNAOS510901 | VWNAOS510901.0010 | 3/10/2020 |
| VWNAOS510902 | VWNAOS510902.0014 | 3/10/2020 |
| VWNAOS510922 | VWNAOS510922.0010 | 3/10/2020 |
| VWNAOS510923 | VWNAOS510923.0014 | 3/10/2020 |
| VWNAOS510926 | VWNAOS510926.0010 | 3/10/2020 |
| VWNAOS510937 | VWNAOS510937.0010 | 3/10/2020 |
| VWNAOS510973 | VWNAOS510973.0010 | 3/10/2020 |
| VWNAOS510976 | VWNAOS510976.0010 | 3/10/2020 |
| VWNAOS510979 | VWNAOS510979.0010 | 3/10/2020 |
| VWNAOS528136 | VWNAOS528136.0016 | 3/10/2020 |
| VWNAOS528138 | VWNAOS528138.0016 | 3/10/2020 |
| VWNAOS528155 | VWNAOS528155.0001 | 3/10/2020 |
| VWNAOS528160 | VWNAOS528160.0027 | 3/10/2020 |
| VWNAOS528162 | VWNAOS528162 | 1/25/2020 |
| VWNAOS528165 | VWNAOS528165 | 1/25/2020 |
| VWNAOS528166 | VWNAOS528166 | 1/25/2020 |
| VWNAOS528168 | VWNAOS528168 | 1/25/2020 |
| VWNAOS528169 | VWNAOS528169.0029 | 3/10/2020 |
| VWNAOS528178 | VWNAOS528178 | 1/25/2020 |
| VWNAOS528204 | VWNAOS528204.0009 | 3/10/2020 |
| VWNAOS528205 | VWNAOS528205.0025 | 3/10/2020 |
| VWNAOS528207 | VWNAOS528207.0010 | 3/10/2020 |
| VWNAOS528209 | VWNAOS528209.0010 | 3/10/2020 |
| VWNAOS528211 | VWNAOS528211.0015 | 3/10/2020 |

Documents Produced Before Bellwether I

| Production::Begin Bates | Production::End Bates | Latest Production Date |
|---|---|---|
| VWNAOS528212 | VWNAOS528212.0015 | 3/10/2020 |
| VWNAOS528216 | VWNAOS528216.0002 | 3/10/2020 |
| VWNAOS528217 | VWNAOS528217.0002 | 3/10/2020 |
| VWNAOS511018 | VWNAOS511018.0007 | 3/10/2020 |
| VWNAOS528219 | VWNAOS528219.0016 | 3/10/2020 |
| VWNAOS511021 | VWNAOS511021.0012 | 3/10/2020 |
| VWNAOS511022 | VWNAOS511022.0011 | 3/10/2020 |
| VWNAOS511026 | VWNAOS511026.0011 | 3/10/2020 |
| VWNAOS511032 | VWNAOS511032.0011 | 3/10/2020 |
| VWNAOS248946 | VWNAOS248946.0011 | 3/10/2020 |
| VWNAOS528224 | VWNAOS528224.0004 | 3/10/2020 |
| VWNAOS511035 | VWNAOS511035.0011 | 3/10/2020 |
| VWNAOS528228 | VWNAOS528228 | 1/25/2020 |
| VWNAOS528229 | VWNAOS528229 | 1/25/2020 |
| VWNAOS528236 | VWNAOS528236.0002 | 3/10/2020 |
| VWNAOS528240 | VWNAOS528240.0011 | 3/10/2020 |
| VWNAOS528274 | VWNAOS528274.0047 | 3/10/2020 |
| VWNAOS528285 | VWNAOS528285 | 1/25/2020 |
| VWNAOS528293 | VWNAOS528293.0032 | 3/10/2020 |
| VWNAOS528302 | VWNAOS528302 | 1/25/2020 |
| VWNAOS528307 | VWNAOS528307 | 1/25/2020 |
| VWNAOS528310 | VWNAOS528310.0032 | 3/10/2020 |
| VWNAOS528323 | VWNAOS528323 | 1/25/2020 |
| VWNAOS249107 | VWNAOS249107.0008 | 3/10/2020 |
| VWNAOS528466 | VWNAOS528471 | 3/10/2020 |
| VWNAOS511229 | VWNAOS511229.0010 | 3/10/2020 |
| VWNAOS511277 | VWNAOS511277.0011 | 3/10/2020 |
| VWNAOS528545 | VWNAOS528545.0019 | 3/10/2020 |
| VWNAOS528546 | VWNAOS528546.0002 | 3/10/2020 |
| VWNAOS528547 | VWNAOS528547.0040 | 3/10/2020 |
| VWNAOS528554 | VWNAOS528554.0001 | 3/10/2020 |
| VWNAOS528555 | VWNAOS528555.0013 | 3/10/2020 |
| VWNAOS528560 | VWNAOS528560.0001 | 3/10/2020 |
| VWNAOS528562 | VWNAOS528562.0003 | 3/10/2020 |
| VWNAOS528564 | VWNAOS528564.0042 | 3/10/2020 |
| VWNAOS528571 | VWNAOS528571.0010 | 3/10/2020 |
| VWNAOS528573 | VWNAOS528573.0010 | 3/10/2020 |
| VWNAOS528577 | VWNAOS528577.0001 | 3/10/2020 |
| VWNAOS528580 | VWNAOS528580.0010 | 3/10/2020 |
| VWNAOS528581 | VWNAOS528581.0010 | 3/10/2020 |
| VWNAOS511321 | VWNAOS511321.0001 | 3/10/2020 |
| VWNAOS528584 | VWNAOS528584.0002 | 3/10/2020 |
| VWNAOS311336 | VWNAOS311336.0002 | 3/10/2020 |
| VWNAOS311337 | VWNAOS311337.0001 | 3/10/2020 |
| VWNAOS311341 | VWNAOS311341.0002 | 3/10/2020 |
| VWNAOS311342 | VWNAOS311342.0001 | 3/10/2020 |

Documents Produced Before Bellwether I

| Production::Begin Bates | Production::End Bates | Latest Production Date |
|---|---|---|
| VWNAOS528588 | VWNAOS528588.0002 | 3/10/2020 |
| VWNAOS528589 | VWNAOS528589.0001 | 3/10/2020 |
| VWNAOS528590 | VWNAOS528590.0002 | 3/10/2020 |
| VWNAOS528592 | VWNAOS528592.0002 | 3/10/2020 |
| VWNAOS528594 | VWNAOS528594.0002 | 3/10/2020 |
| VWNAOS528596 | VWNAOS528596.0003 | 3/10/2020 |
| VWNAOS528597 | VWNAOS528597.0003 | 3/10/2020 |
| VWNAOS528598 | VWNAOS528598.0001 | 3/10/2020 |
| VWNAOS528599 | VWNAOS528599.0002 | 3/10/2020 |
| VWNAOS528601 | VWNAOS528601.0003 | 3/10/2020 |
| VWNAOS528602 | VWNAOS528602.0001 | 3/10/2020 |
| VWNAOS528606 | VWNAOS528606.0001 | 3/10/2020 |
| VWNAOS528607 | VWNAOS528607.0001 | 3/10/2020 |
| VWNAOS528620 | VWNAOS528620.0003 | 3/10/2020 |
| VWNAOS528625 | VWNAOS528625.0004 | 3/10/2020 |
| VWNAOS528671 | VWNAOS528671.0020 | 3/10/2020 |
| VWNAOS528675 | VWNAOS528675.0016 | 3/10/2020 |
| VWNAOS249160 | VWNAOS249160.0029 | 3/10/2020 |
| VWNAOS249162 | VWNAOS249162.0003 | 3/10/2020 |
| VWNAOS249164 | VWNAOS249164.0016 | 3/10/2020 |
| VWNAOS528681 | VWNAOS528681.0021 | 3/10/2020 |
| VWNAOS528685 | VWNAOS528685.0001 | 3/10/2020 |
| VWNAOS528688 | VWNAOS528688.0021 | 3/10/2020 |
| VWNAOS528690 | VWNAOS528690.0014 | 3/10/2020 |
| VWNAOS528692 | VWNAOS528692.0021 | 3/10/2020 |
| VWNAOS511426 | VWNAOS511426.0008 | 3/10/2020 |
| VWNAOS511429 | VWNAOS511429.0008 | 3/10/2020 |
| VWNAOS511431 | VWNAOS511431.0034 | 3/10/2020 |
| VWNAOS249167 | VWNAOS249167.0020 | 3/10/2020 |
| VWNAOS511433 | VWNAOS511433.0009 | 3/10/2020 |
| VWNAOS511443 | VWNAOS511443.0015 | 3/10/2020 |
| VWNAOS511445 | VWNAOS511445.0016 | 3/10/2020 |
| VWNAOS511447 | VWNAOS511447.0016 | 3/10/2020 |
| VWNAOS511450 | VWNAOS511450.0020 | 3/10/2020 |
| VWNAOS249169 | VWNAOS249169.0016 | 3/10/2020 |
| VWNAOS312044 | VWNAOS312044.0027 | 3/10/2020 |
| VWNAOS312047 | VWNAOS312047.0017 | 3/10/2020 |
| VWNAOS511503 | VWNAOS511503.0013 | 3/10/2020 |
| VWNAOS312055 | VWNAOS312055.0020 | 3/10/2020 |
| VWNAOS511512 | VWNAOS511512.0013 | 3/10/2020 |
| VWNAOS312075 | VWNAOS312075.0044 | 3/10/2020 |
| VWNAOS312086 | VWNAOS312086.0014 | 3/10/2020 |
| VWNAOS511521 | VWNAOS511521.0016 | 3/10/2020 |
| VWNAOS312143 | VWNAOS312143.0041 | 3/10/2020 |
| VWNAOS312153 | VWNAOS312153.0016 | 3/10/2020 |
| VWNAOS511618 | VWNAOS511618.0013 | 3/10/2020 |

Documents Produced Before Bellwether I

| Production::Begin Bates | Production::End Bates | Latest Production Date |
|---|---|---|
| VWNAOS511621 | VWNAOS511621.0016 | 3/10/2020 |
| VWNAOS511624 | VWNAOS511624.0013 | 3/10/2020 |
| VWNAOS511697 | VWNAOS511697.0018 | 3/10/2020 |
| VWNAOS511744 | VWNAOS511744.0009 | 3/10/2020 |
| VWNAOS511765 | VWNAOS511765.0020 | 3/10/2020 |
| VWNAOS511862 | VWNAOS511862.0016 | 3/10/2020 |
| VWNAOS313158 | VWNAOS313158.0018 | 3/10/2020 |
| VWNAOS512339 | VWNAOS512339.0026 | 3/10/2020 |
| VWNAOS512364 | VWNAOS512364.0013 | 3/10/2020 |
| VWNAOS512369 | VWNAOS512369.0019 | 3/10/2020 |
| VWNAOS512372 | VWNAOS512372.0003 | 3/10/2020 |
| VWNAOS512374 | VWNAOS512374.0004 | 3/10/2020 |
| VWNAOS512807 | VWNAOS512807.0018 | 3/10/2020 |
| VWNAOS249912 | VWNAOS249912.0037 | 3/10/2020 |
| VWNAOS249915 | VWNAOS249915.0019 | 3/10/2020 |
| VWNAOS512837 | VWNAOS512837.0029 | 3/10/2020 |
| VWNAOS512839 | VWNAOS512839.0026 | 3/10/2020 |
| VWNAOS512843 | VWNAOS512843.0010 | 3/10/2020 |
| VWNAOS512848 | VWNAOS512848.0018 | 3/10/2020 |
| VWNAOS249917 | VWNAOS249917.0032 | 3/10/2020 |
| VWNAOS512852 | VWNAOS512852.0019 | 3/10/2020 |
| VWNAOS512885 | VWNAOS512885.0019 | 3/10/2020 |
| VWNAOS512889 | VWNAOS512889.0018 | 3/10/2020 |
| VWNAOS512922 | VWNAOS512922.0016 | 3/10/2020 |
| VWNAOS512925 | VWNAOS512925.0016 | 3/10/2020 |
| VWNAOS512928 | VWNAOS512928.0016 | 3/10/2020 |
| VWNAOS512932 | VWNAOS512932.0018 | 3/10/2020 |
| VWNAOS512936 | VWNAOS512936.0015 | 3/10/2020 |
| VWNAOS512942 | VWNAOS512942.0020 | 3/10/2020 |
| VWNAOS512977 | VWNAOS512977.0027 | 3/10/2020 |
| VWNAOS512988 | VWNAOS512988.0014 | 3/10/2020 |
| VWNAOS512994 | VWNAOS512994.0012 | 3/10/2020 |
| VWNAOS513006 | VWNAOS513006.0012 | 3/10/2020 |
| VWNAOS513008 | VWNAOS513008.0014 | 3/10/2020 |
| VWNAOS513010 | VWNAOS513010.0026 | 3/10/2020 |
| VWNAOS513024 | VWNAOS513024.0018 | 3/10/2020 |
| VWNAOS513038 | VWNAOS513038.0018 | 3/10/2020 |
| VWNAOS513047 | VWNAOS513047.0024 | 3/10/2020 |
| VWNAOS249919 | VWNAOS249919.0023 | 3/10/2020 |
| VWNAOS513052 | VWNAOS513052.0023 | 3/10/2020 |
| VWNAOS249922 | VWNAOS249922.0023 | 3/10/2020 |
| VWNAOS513068 | VWNAOS513068.0001 | 3/10/2020 |
| VWNAOS513069 | VWNAOS513069.0001 | 3/10/2020 |
| VWNAOS513124 | VWNAOS513124.0017 | 3/10/2020 |
| VWNAOS513378 | VWNAOS513378.0031 | 3/10/2020 |
| VWNAOS549952 | VWNAOS549952.0003 | 3/10/2020 |

Documents Produced Before Bellwether I

| Production::Begin Bates | Production::End Bates | Latest Production Date |
|---|---|---|
| VWNAOS549957 | VWNAOS549957.0001 | 3/10/2020 |
| VWNAOS549980 | VWNAOS549980.0002 | 3/10/2020 |
| VWNAOS549984 | VWNAOS549984.0002 | 3/10/2020 |
| VWNAOS550012 | VWNAOS550012.0001 | 3/10/2020 |
| VWNAOS550014 | VWNAOS550014.0002 | 3/10/2020 |
| VWNAOS550027 | VWNAOS550027.0002 | 3/10/2020 |
| VWNAOS550029 | VWNAOS550029.0002 | 3/10/2020 |
| VWNAOS550078 | VWNAOS550078.0003 | 3/10/2020 |
| VWNAOS550079 | VWNAOS550079.0008 | 3/10/2020 |
| VWNAOS550092 | VWNAOS550092.0001 | 3/10/2020 |
| VWNAOS550108 | VWNAOS550108.0001 | 3/10/2020 |
| VWNAOS550111 | VWNAOS550111.0001 | 3/10/2020 |
| VWNAOS550112 | VWNAOS550112.0001 | 3/10/2020 |
| VWNAOS550114 | VWNAOS550114.0001 | 3/10/2020 |
| VWNAOS550124 | VWNAOS550124.0001 | 3/10/2020 |
| VWNAOS550137 | VWNAOS550137.0001 | 3/10/2020 |
| VWNAOS550138 | VWNAOS550138.0001 | 3/10/2020 |
| VWNAOS550141 | VWNAOS550141.0003 | 3/10/2020 |
| VWNAOS550142 | VWNAOS550142.0003 | 3/10/2020 |
| VWNAOS550144 | VWNAOS550144.0001 | 3/10/2020 |
| VWNAOS550148 | VWNAOS550148.0001 | 3/10/2020 |
| VWNAOS550151 | VWNAOS550151.0002 | 3/10/2020 |
| VWNAOS550154 | VWNAOS550154.0001 | 3/10/2020 |
| VWNAOS550156 | VWNAOS550156.0026 | 3/10/2020 |
| VWNAOS528712 | VWNAOS528712.0001 | 3/10/2020 |
| VWNAOS528713 | VWNAOS528713.0002 | 3/10/2020 |
| VWNAOS528714 | VWNAOS528714.0001 | 3/10/2020 |
| VWNAOS528746 | VWNAOS528746.0004 | 3/10/2020 |
| VWNAOS528759 | VWNAOS528759.0005 | 3/10/2020 |
| VWNAOS528761 | VWNAOS528761.0006 | 3/10/2020 |
| VWNAOS253997 | VWNAOS253997.0006 | 3/10/2020 |
| VWNAOS254021 | VWNAOS254021.0004 | 3/10/2020 |
| VWNAOS254034 | VWNAOS254034.0004 | 3/10/2020 |
| VWNAOS528763 | VWNAOS528763.0001 | 3/10/2020 |
| VWNAOS528765 | VWNAOS528765.0002 | 3/10/2020 |
| VWNAOS554020 | VWNAOS554020.2132 | 3/10/2020 |
| VWNAOS554030 | VWNAOS554030.0003 | 3/10/2020 |
| VWNAOS554037 | VWNAOS554037.0002 | 3/10/2020 |
| VWNAOS554040 | VWNAOS554040.0002 | 3/10/2020 |
| VWNAOS554089 | VWNAOS554089.0003 | 3/10/2020 |
| VWNAOS521990 | VWNAOS521990 | 11/22/2019 |
| VWNAOS531824 | VWNAOS531824.0010 | 3/10/2020 |
| VWNAOS531830 | VWNAOS531830.0004 | 3/10/2020 |
| VWNAOS531833 | VWNAOS531833.0010 | 3/10/2020 |
| VWNAOS531834 | VWNAOS531834.0010 | 3/10/2020 |
| VWNAOS522059 | VWNAOS522062 | 11/22/2019 |

Documents Produced Before Bellwether I

| Production::Begin Bates | Production::End Bates | Latest Production Date |
|---|---|---|
| VWNAOS522063 | VWNAOS522066 | 11/22/2019 |
| VWNAOS554796 | VWNAOS554796.0004 | 3/10/2020 |
| VWNAOS537242 | VWNAOS537242.0001 | 3/10/2020 |
| VWNAOS537466 | VWNAOS537466.0001 | 3/10/2020 |
| VWNAOS537537 | VWNAOS537537.0001 | 3/10/2020 |
| VWNAOS537544 | VWNAOS537544.0002 | 3/10/2020 |
| VWNAOS537778 | VWNAOS537778.0001 | 3/10/2020 |
| VWNAOS522427 | VWNAOS522427 | 11/22/2019 |
| VWNAOS557380 | VWNAOS557380.0001 | 3/10/2020 |
| VWNAOS551521 | VWNAOS551525 | 1/27/2020 |
| VWNAOS551527 | VWNAOS551527 | 1/27/2020 |
| VWNAOS551532 | VWNAOS551532 | 1/27/2020 |
| VWNAOS551534 | VWNAOS551534 | 1/27/2020 |
| VWNAOS552606 | VWNAOS552606.0004 | 3/10/2020 |
| VWNAOS002296 | VWNAOS002297 | 2/12/2018 |

Documents Produced After Bellwether I

| Production::Begin Bates | Production::End Bates | Latest Production Date |
|---|---|---|
| VWNAOS085515 | VWNAOS085515.0001 | 7/26/2023 |
| VWNAOS085516 | VWNAOS085516.0001 | 7/26/2023 |
| VWNAOS090992 | VWNAOS090992.0004 | 7/26/2023 |
| VWNAOS091116 | VWNAOS091116 | 7/26/2023 |
| VWNAOS091117 | VWNAOS091117.0001 | 7/26/2023 |
| VWNAOS091121 | VWNAOS091121 | 7/26/2023 |
| VWNAOS091123 | VWNAOS091123 | 7/26/2023 |
| VWNAOS091124 | VWNAOS091124 | 7/26/2023 |
| VWNAOS091129 | VWNAOS091129.0001 | 7/26/2023 |
| VWNAOS091152 | VWNAOS091152.0005 | 8/18/2023 |
| VWNAOS091160 | VWNAOS091160.0001 | 7/26/2023 |
| VWNAOS164985 | VWNAOS164985.0005 | 8/18/2023 |
| VWNAOS164993 | VWNAOS164993.0001 | 7/26/2023 |
| VWNAOS164994 | VWNAOS164994.0001 | 7/26/2023 |
| VWNAOS552956 | VWNAOS552956.0001 | 8/18/2023 |
| VWNAOS552988 | VWNAOS552988.0001 | 7/26/2023 |
| VWNAOS552989 | VWNAOS552989.0001 | 7/26/2023 |
| VWNAOS552999 | VWNAOS552999.0001 | 7/26/2023 |
| VWNAOS553020 | VWNAOS553020.0001 | 7/26/2023 |
| VWNAOS553047 | VWNAOS553047.0004 | 4/28/2023 |
| VWNAOS553075 | VWNAOS553075.0004 | 4/28/2023 |
| VWNAOS329191 | VWNAOS329191 | 8/30/2023 |
| VWNAOS553105 | VWNAOS553105.0004 | 4/28/2023 |
| VWNAOS553134 | VWNAOS553134 | 7/26/2023 |
| VWNAOS544106 | VWNAOS544106.0005 | 8/18/2023 |
| VWNAOS544108 | VWNAOS544108.0005 | 8/18/2023 |
| VWNAOS553247 | VWNAOS553247.0005 | 8/18/2023 |
| VWNAOS553290 | VWNAOS553290.0001 | 7/26/2023 |
| VWNAOS331518 | VWNAOS331519 | 8/30/2023 |
| VWNAOS331543 | VWNAOS331545 | 8/30/2023 |
| VWNAOS331550 | VWNAOS331552 | 8/30/2023 |
| VWNAOS331555 | VWNAOS331557 | 8/30/2023 |
| VWNAOS331558 | VWNAOS331560 | 8/30/2023 |
| VWNAOS331561 | VWNAOS331563 | 8/30/2023 |
| VWNAOS331569 | VWNAOS331571 | 8/30/2023 |
| VWNAOS526234 | VWNAOS526234 | 7/26/2023 |
| VWNAOS260180 | VWNAOS260180.0004 | 8/30/2023 |
| VWNAOS553469 | VWNAOS553469 | 7/26/2023 |
| VWNAOS546112 | VWNAOS546112.0001 | 11/17/2023 |
| VWNAOS549103 | VWNAOS549103.0011 | 9/19/2023 |
| VWNAOS528237 | VWNAOS528237.0001 | 7/26/2023 |
| VWNAOS528366 | VWNAOS528366.0003 | 7/26/2023 |
| VWNAOS528669 | VWNAOS528669.0029 | 11/17/2023 |
| VWNAOS528673 | VWNAOS528673.0017 | 11/17/2023 |
| VWNAOS249154 | VWNAOS249154.0028 | 10/20/2023 |
| VWNAOS528677 | VWNAOS528677.0017 | 11/17/2023 |

Documents Produced After Bellwether I

| Production::Begin Bates | Production::End Bates | Latest Production Date |
|---|---|---|
| VWNAOS249165 | VWNAOS249165.0008 | 10/20/2023 |
| VWNAOS528683 | VWNAOS528683.0021 | 11/17/2023 |
| VWNAOS511462 | VWNAOS511462.0019 | 11/17/2023 |
| VWNAOS249171 | VWNAOS249171.0008 | 10/20/2023 |
| VWNAOS312048 | VWNAOS312048.0038 | 11/17/2023 |
| VWNAOS312084 | VWNAOS312084.0014 | 10/20/2023 |
| VWNAOS249173 | VWNAOS249173.0008 | 10/20/2023 |
| VWNAOS312142 | VWNAOS312142.0029 | 11/17/2023 |
| VWNAOS312145 | VWNAOS312145.0001 | 10/20/2023 |
| VWNAOS511623 | VWNAOS511623.0013 | 11/17/2023 |
| VWNAOS511767 | VWNAOS511767.0028 | 11/17/2023 |
| VWNAOS313157 | VWNAOS313157.0026 | 11/17/2023 |
| VWNAOS512375 | VWNAOS512375.0002 | 11/17/2023 |
| VWNAOS512841 | VWNAOS512841.0026 | 11/17/2023 |
| VWNAOS249920 | VWNAOS249920.0017 | 10/20/2023 |
| VWNAOS249923 | VWNAOS249923.0017 | 10/20/2023 |
| VWNAOS528708 | VWNAOS528708.0023 | 11/17/2023 |
| VWNAOS528709 | VWNAOS528709.0017 | 11/17/2023 |
| VWNAOS550109 | VWNAOS550109.0003 | 11/17/2023 |
| VWNAOS550116 | VWNAOS550116.0001 | 11/17/2023 |
| VWNAOS550139 | VWNAOS550139.0001 | 11/17/2023 |
| VWNAOS550146 | VWNAOS550146.0001 | 11/17/2023 |
| VWNAOS550149 | VWNAOS550149.0001 | 11/17/2023 |
| VWNAOS550152 | VWNAOS550152.0001 | 11/17/2023 |
| VWNAOS550153 | VWNAOS550153.0001 | 11/17/2023 |
| VWNAOS528711 | VWNAOS528711.0001 | 11/17/2023 |
| VWNAOS528715 | VWNAOS528715.0001 | 10/20/2023 |
| VWNAOS528717 | VWNAOS528717.0001 | 11/17/2023 |
| VWNAOS520031 | VWNAOS521985 | 9/19/2023 |
| VWNAOS555305 | VWNAOS555305.0001 | 8/18/2023 |
| VWNAOS555464 | VWNAOS555464 | 8/18/2023 |
| VWNAOS555473 | VWNAOS555473.0002 | 7/26/2023 |
| VWNAOS555522 | VWNAOS555522.0001 | 7/26/2023 |
| VWNAOS555574 | VWNAOS555574.0003 | 7/26/2023 |
| VWNAOS555596 | VWNAOS555596 | 8/18/2023 |
| VWNAOS555597 | VWNAOS555597.0001 | 8/18/2023 |
| VWNAOS555598 | VWNAOS555598 | 8/18/2023 |
| VWNAOS555602 | VWNAOS555602.0001 | 7/26/2023 |
| VWNAOS536974 | VWNAOS536974.0001 | 8/18/2023 |
| VWNAOS555806 | VWNAOS555806.0001 | 8/18/2023 |
| VWNAOS555873 | VWNAOS555873.0001 | 8/18/2023 |
| VWNAOS556604 | VWNAOS556604 | 8/18/2023 |
| VWNAOS556606 | VWNAOS556606.0001 | 8/18/2023 |
| VWNAOS537549 | VWNAOS537549.0002 | 11/17/2023 |
| VWNAOS556763 | VWNAOS556763 | 8/18/2023 |
| VWNAOS556764 | VWNAOS556764 | 8/18/2023 |

Documents Produced After Bellwether I

| Production::Begin Bates | Production::End Bates | Latest Production Date |
|---|---|---|
| VWNAOS556784 | VWNAOS556784 | 8/18/2023 |
| VWNAOS556785 | VWNAOS556785.0001 | 8/18/2023 |
| VWNAOS556786 | VWNAOS556786.0001 | 8/18/2023 |
| VWNAOS556940 | VWNAOS556940.0005 | 8/18/2023 |
| VWNAOS556942 | VWNAOS556942.0005 | 8/18/2023 |
| VWNAOS556989 | VWNAOS556989.0006 | 8/18/2023 |
| VWNAOS557041 | VWNAOS557041.0005 | 8/18/2023 |
| VWNAOS557181 | VWNAOS557181.0001 | 8/18/2023 |
| VWNAOS557186 | VWNAOS557186.0002 | 8/18/2023 |
| VWNAOS557195 | VWNAOS557195.0002 | 7/26/2023 |
| VWNAOS557207 | VWNAOS557207 | 7/26/2023 |
| VWNAOS557212 | VWNAOS557212.0001 | 7/26/2023 |
| VWNAOS557213 | VWNAOS557213.0001 | 7/26/2023 |
| VWNAOS557264 | VWNAOS557264.0005 | 9/19/2023 |
| VWNAOS558399 | VWNAOS558399 | 8/18/2023 |
| VWNAOS558968 | VWNAOS558968 | 7/26/2023 |
| VWNAOS558981 | VWNAOS558981 | 7/26/2023 |
| VWNAOS559054 | VWNAOS559054.0004 | 7/26/2023 |
| VWNAOS559056 | VWNAOS559056.0005 | 7/26/2023 |
| VWNAOS559057 | VWNAOS559057.0006 | 7/26/2023 |
| VWNAOS551868 | VWNAOS551868 | 4/28/2023 |
| VWNAOS559114 | VWNAOS559114.0040 | 9/19/2023 |
| VWNAOS559324 | VWNAOS559324.0001 | 7/26/2023 |
| VWNAOS559325 | VWNAOS559325.0001 | 7/26/2023 |
| VWNAOS559351 | VWNAOS559351 | 7/26/2023 |
| VWNAOS559379 | VWNAOS559379.0001 | 7/26/2023 |