# EXHIBIT 3

DWSD Documents

| Production::Begin Bates | Production::End Bates | Confidentiality Reason |
|---|---|---|
| VWNAOS527039 | VWNAOS527039 | Internal Go/No-Go evaluation regarding work for DWSD, including deal structure, financials, competitor analysis, and partner considerations. The document is competitively sensitive, and lifting confidentiality would disadvantage VNA in bidding and future competitions. |
| VWNAOS527041 | VWNAOS527041 | Internal Go/No-Go evaluation regarding work for DWSD, including deal structure, financials, competitor analysis, and partner considerations. The document is competitively sensitive, and lifting confidentiality would disadvantage VNA in bidding and future competitions. |
| VWNAOS527047 | VWNAOS527047 | Internal DWSD transaction outline. The document pertains to contract negotiations, VNA's deliberative process, and contains commercial or competitively sensitive information. |
| VWNAOS527049 | VWNAOS527049 | Internal DWSD transaction outline. The document pertains to contract negotiations, VNA's deliberative process, and contains commercial or competitively sensitive information. |
| VWNAOS527051 | VWNAOS527051 | Risk memo regarding DWSD's request for proposals to manage its water and wastewater distribution system, containing historical and projected revenue, competitively sensitive financial information, analyses of competitor bids, and potential commercial opportunities; disclosure could result in a competitive disadvantage for VNA. |
| VWNAOS527052 | VWNAOS527052 | Communications re: Detroit proposal. The document pertains to contract negotiations and contains commercial or competitively sensitive information. |
| VWNAOS527055 | VWNAOS527055 | Communications re: DWSD project. The document pertains to contract negotiations and contains commercial or competitively sensitive information. |
| VWNAOS527056 | VWNAOS527056 | Communications re: DWSD project. The document pertains to contract negotiations and contains commercial or competitively sensitive information. |
| VWNAOS527058 | VWNAOS527058 | Communications re: DWSD project. The document pertains to contract negotiations and contains commercial or competitively sensitive information. |

DWSD Documents

| Production::Begin Bates | Production::End Bates | Confidentiality Reason |
|---|---|---|
| VWNAOS264429 | VWNAOS264440 | Internal update to senior management, showing expenditures, details regarding the proposed term sheet with the City of Detroit, and the steps VNA took to finalize the proposed agreement with Detroit. Competitive and sensitive information. |
| VWNAOS264443 | VWNAOS264459 | Internal update to senior management, showing expenditures, details regarding the proposed term sheet with the City of Detroit, and the steps VNA took to finalize the proposed agreement with Detroit. Competitive and sensitive information. |
| VWNAOS264463 | VWNAOS264479 | Internal update to senior management, showing expenditures, details regarding the proposed term sheet with the City of Detroit, and the steps VNA took to finalize the proposed agreement with Detroit. Competitive and sensitive information. |
| VWNAOS264613 | VWNAOS264629 | Internal update to senior management, showing expenditures, details regarding the proposed term sheet with the City of Detroit, and the steps VNA took to finalize the proposed agreement with Detroit. Competitive and sensitive information. |
| VWNAOS264631 | VWNAOS264647 | Internal update to senior management, showing expenditures, details regarding the proposed term sheet with the City of Detroit, and the steps VNA took to finalize the proposed agreement with Detroit. Competitive and sensitive information. |
| VWNAOS544781 | VWNAOS544781 | Communications re: contract with Detroit, in particular related to labor clauses. The document pertains to VNA's negotiations and deliberative process. |
| VWNAOS544979 | VWNAOS544979 | Communications regarding a risk memo about DWSD's request for proposals, containing commercial or competitively sensitive information; disclosure could result in a competitive disadvantage for VNA. |
| VWNAOS544980 | VWNAOS544980 | Communications regarding a risk memo about DWSD's request for proposals, containing commercial or competitively sensitive information; disclosure could result in a competitive disadvantage for VNA. |

DWSD Documents

| Production::Begin Bates | Production::End Bates | Confidentiality Reason |
|---|---|---|
| VWNAOS544981 | VWNAOS544981 | Communications regarding a risk memo about DWSD's request for proposals, containing commercial or competitively sensitive information; disclosure could result in a competitive disadvantage for VNA. |
| VWNAOS544982 | VWNAOS544982 | Communications regarding a risk memo about DWSD's request for proposals, containing commercial or competitively sensitive information; disclosure could result in a competitive disadvantage for VNA. |
| VWNAOS545010 | VWNAOS545010 | Draft Appendix G to a contract with track changes. The document pertains to VNA's negotiations and deliberative process and contains non-public information. |
| VWNAOS545022 | VWNAOS545022 | Communications re: appendix D to the DWSD contract. The communications pertain to VNA's negotiations and reflect VNA's internal deliberative process. |
| VWNAOS545026 | VWNAOS545026 | Communications re: appendix D to the DWSD contract. The communications pertain to VNA's negotiations and reflect VNA's internal deliberative process. |
| VWNAOS545028 | VWNAOS545028 | Communications re: appendix D to the DWSD contract. The communications pertain to VNA's negotiations and reflect VNA's internal deliberative process. |
| VWNAOS282218 | VWNAOS282218 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS553559 | VWNAOS553559 | Communications re: DWSD contract, including scope of work, risk review, liability, insurance, compensation and approval process. The document pertains to contract negotiations, VNA's deliberative process, and contains commercial or competitively sensitive information. |
| VWNAOS189785 | VWNAOS189785 | Communications regarding the Detroit request for proposal and VNA's Go/No-Go memorandum. The document pertains to VNA's deliberative process and contains commercial or competitively-sensitive information. |

DWSD Documents

| Production::Begin Bates | Production::End Bates | Confidentiality Reason |
|---|---|---|
| VWNAOS190581 | VWNAOS190581 | Risk memo regarding DWSD's request for proposals to manage its water and wastewater distribution system, containing historical and projected revenue, competitively sensitive financial information, analyses of competitor bids, and potential commercial opportunities; disclosure could result in a competitive disadvantage for VNA. |
| VWNAOS190634 | VWNAOS190634 | Risk memo regarding DWSD's request for proposals to manage its water and wastewater distribution system, containing historical and projected revenue, competitively sensitive financial information, analyses of competitor bids, and potential commercial opportunities; disclosure could result in a competitive disadvantage for VNA. |
| VWNAOS190643 | VWNAOS190643 | Risk memo regarding DWSD's request for proposals to manage its water and wastewater distribution system, containing historical and projected revenue, competitively sensitive financial information, analyses of competitor bids, and potential commercial opportunities; disclosure could result in a competitive disadvantage for VNA. |
| VWNAOS190678 | VWNAOS190678 | Risk memo regarding DWSD's request for proposals to manage its water and wastewater distribution system, containing historical and projected revenue, competitively sensitive financial information, analyses of competitor bids, and potential commercial opportunities; disclosure could result in a competitive disadvantage for VNA. |
| VWNAOS190682 | VWNAOS190682 | Risk memo regarding DWSD's request for proposals to manage its water and wastewater distribution system, containing historical and projected revenue, competitively sensitive financial information, analyses of competitor bids, and potential commercial opportunities; disclosure could result in a competitive disadvantage for VNA. |

| Production::Begin Bates | Production::End Bates | Confidentiality Reason |
|---|---|---|
| VWNAOS190783 | VWNAOS190783 | Risk memo regarding DWSD's request for proposals to manage its water and wastewater distribution system, containing historical and projected revenue, competitively sensitive financial information, analyses of competitor bids, and potential commercial opportunities; disclosure could result in a competitive disadvantage for VNA. |
| VWNAOS365214 | VWNAOS365214 | Risk memo regarding DWSD's request for proposals to manage its water and wastewater distribution system, containing historical and projected revenue, competitively sensitive financial information, analyses of competitor bids, and potential commercial opportunities; disclosure could result in a competitive disadvantage for VNA. |
| VWNAOS545973 | VWNAOS545973 | Communications re: DWSD Contract No. 51130. The document pertains to contract negotiations, VNA's deliberative process and contains commercial or competitively sensitive information. |
| VWNAOS546112 | VWNAOS546112 | Communications regarding DWSD's request for proposal and VNA's analysis of the services contract. This document, unrelated to VNA's work in Flint, contains non-public commercially or competitively sensitive information about VNA's business. If disclosed, this information could cause a competitive disadvantage to VNA. |
| VWNAOS193661 | VWNAOS193661 | Draft DWSD Contract No. 51130. The document pertains to contract negotiations, VNA's deliberative process and contains commercial or competitively sensitive information, including compensation. |
| VWNAOS553605 | VWNAOS553605 | Talking points regarding DWSD. |
| VWNAOS553625 | VWNAOS553625 | Communications re: VNA's proposal for DWSD, including discussions about pricing. The document pertains to non-public information, VNA's negotiations and deliberative process. |
| VWNAOS219539 | VWNAOS219539 | Communications about VNA's past environmental performances. Public dissemination would give VNA's competitors access to sensitive information concerning VNA's performances. |

DWSD Documents

| Production::Begin Bates | Production::End Bates | Confidentiality Reason |
|---|---|---|
| VWNAOS549102 | VWNAOS549102 | Communications re: re-engagement of Reginal Turner (Clark Hill PLC). Document contains private, non-public information which would cause VNA to suffer oppression or competitive disadvantage if publicly disclosed. |
| VWNAOS527901 | VWNAOS527901 | Project Opportunity Summary Sheet re: Detroit O&M, containing project description, financial estimates, mentions of potential financial partners and competitors, key risks (technical and commercial), and other commercially-sensitive information. Disclosure of this information would put VNA at a competitive disadvantage. |
| VWNAOS527904 | VWNAOS527904 | Internal DWSD transaction outline. The document pertains to contract negotiations, VNA's deliberative process, and contains commercial or competitively sensitive information. |
| VWNAOS527915 | VWNAOS527915 | Confidentiality Agreement with Detroit. The document contains VNA's internal strategy concerning its relationship with a client and outlines the nature of the relationship with Detroit. |
| VWNAOS527916 | VWNAOS527916 | Internal DWSD transaction outline. The document pertains to contract negotiations, VNA's deliberative process, and contains commercial or competitively sensitive information. |
| VWNAOS528021 | VWNAOS528021 | Draft non-disclosure agreement for a third party representative working on the Detroit project. The document contains commercially-sensitive information. |
| VWNAOS528061 | VWNAOS528061 | Proposal for the DWSD. The document pertains to contract negotiations and contains commercial or competitively sensitive information. |
| VWNAOS528072 | VWNAOS528072 | Retention agreement with Clark Hill for government-relations services pertaining to the City of Detroit (not Flint). The document includes the proposed retainer amount and other confidential information, including how fees will be calculated. |

DWSD Documents

| Production::Begin Bates | Production::End Bates | Confidentiality Reason |
|---|---|---|
| VWNAOS528074 | VWNAOS528074 | Retention agreement with Clark Hill for government-relations services pertaining to the City of Detroit (not Flint). The document includes the proposed retainer amount and other confidential information, including how fees will be calculated. |
| VWNAOS528078 | VWNAOS528078 | Retention agreement with Clark Hill for government-relations services pertaining to the City of Detroit (not Flint). The document includes the proposed retainer amount and other confidential information, including how fees will be calculated. |
| VWNAOS528081 | VWNAOS528081 | Communications re: Detroit project. Document relates to strategic plans on communications that are commercially-sensitive. |
| VWNAOS528104 | VWNAOS528104 | Communications re: DWSD project. |
| VWNAOS528109 | VWNAOS528109 | Retention agreement with Clark Hill for government-relations services pertaining to the City of Detroit (not Flint). The document includes the proposed retainer amount and other confidential information, including how fees will be calculated. |
| VWNAOS528113 | VWNAOS528113 | Retention agreement with Clark Hill for government-relations services pertaining to the City of Detroit (not Flint). The document includes the proposed retainer amount and other confidential information, including how fees will be calculated. |
| VWNAOS528117 | VWNAOS528117 | Communications re: DWSD project. |
| VWNAOS510901 | VWNAOS510901 | Draft of the DWSD O&M Agreement Term Sheet. The document pertains to contract negotiations and contains commercial or competitively sensitive information. |
| VWNAOS510902 | VWNAOS510902 | DWSD O&M Agreement Term Sheet, pertaining to contract negotiations, VNA's deliberative process, and containing commercial or competitively sensitive information, including compensation figures. The document expressly provides that all terms and conditions are confidential. |

| Production::Begin Bates | Production::End Bates | Confidentiality Reason |
|---|---|---|
| VWNAOS510922 | VWNAOS510922 | Draft of the DWSD O&M Agreement Term Sheet. The document pertains to contract negotiations and contains commercial or competitively sensitive information. |
| VWNAOS510923 | VWNAOS510923 | DWSD O&M Agreement Term Sheet, pertaining to contract negotiations, VNA's deliberative process, and containing commercial or competitively sensitive information, including compensation figures. The document expressly provides that all terms and conditions are confidential. |
| VWNAOS510926 | VWNAOS510926 | DWSD O&M Agreement Term Sheet, pertaining to contract negotiations, VNA's deliberative process, and containing commercial or competitively sensitive information, including compensation figures. The document expressly provides that all terms and conditions are confidential. |
| VWNAOS510937 | VWNAOS510937 | DWSD O&M Agreement Term Sheet, pertaining to contract negotiations, VNA's deliberative process, and containing commercial or competitively sensitive information, including compensation figures. The document expressly provides that all terms and conditions are confidential. |
| VWNAOS510973 | VWNAOS510973 | DWSD O&M Agreement Term Sheet, pertaining to contract negotiations, VNA's deliberative process, and containing commercial or competitively sensitive information, including compensation figures. The document expressly provides that all terms and conditions are confidential. |
| VWNAOS510976 | VWNAOS510976 | DWSD O&M Agreement Term Sheet, pertaining to contract negotiations, VNA's deliberative process, and containing commercial or competitively sensitive information, including compensation figures. The document expressly provides that all terms and conditions are confidential. |

DWSD Documents

| Production::Begin Bates | Production::End Bates | Confidentiality Reason |
|---|---|---|
| VWNAOS510979 | VWNAOS510979 | DWSD O&M Agreement Term Sheet, pertaining to contract negotiations, VNA's deliberative process, and containing commercial or competitively sensitive information, including compensation figures. The document expressly provides that all terms and conditions are confidential. |
| VWNAOS528136 | VWNAOS528136 | Internal update to senior management, showing expenditures, details regarding the proposed term sheet with the City of Detroit, and the steps VNA took to finalize the proposed agreement with Detroit. Competitive and sensitive information. |
| VWNAOS528138 | VWNAOS528138 | Internal update to senior management, showing expenditures, details regarding the proposed term sheet with the City of Detroit, and the steps VNA took to finalize the proposed agreement with Detroit. Competitive and sensitive information. |
| VWNAOS528155 | VWNAOS528155 | Appendix J to a contract with track changes. The document pertains to VNA's negotiations and deliberative process and contains non-public information. |
| VWNAOS528160 | VWNAOS528160 | Draft of the DWSD O&M Agreement. The document pertains to contract negotiations and contains commercial or competitively sensitive information. |
| VWNAOS528162 | VWNAOS528162 | Draft Appendix A to a contract with comments. The document pertains to VNA's negotiations and deliberative process and contains non-public information. |
| VWNAOS528165 | VWNAOS528165 | Draft Appendix A to a contract with track changes. The document pertains to VNA's negotiations and deliberative process and contains non-public information. |
| VWNAOS528166 | VWNAOS528166 | Draft Appendix G to a contract with track changes. The document pertains to VNA's negotiations and deliberative process and contains non-public information. |
| VWNAOS528168 | VWNAOS528168 | Draft Appendix L to a contract with track changes. The document pertains to VNA's negotiations and deliberative process and contains non-public information. |
| VWNAOS528169 | VWNAOS528169 | Draft of the DWSD O&M Agreement. The document pertains to contract negotiations and contains commercial or competitively sensitive information. |

DWSD Documents

| Production::Begin Bates | Production::End Bates | Confidentiality Reason |
|---|---|---|
| VWNAOS528178 | VWNAOS528178 | Draft Appendix G to a contract with track changes. The document pertains to VNA's negotiations and deliberative process and contains non-public information. |
| VWNAOS528204 | VWNAOS528204 | Risk memo regarding DWSD's request for proposals to manage its water and wastewater distribution system, containing historical and projected revenue, competitively sensitive financial information, analyses of competitor bids, and potential commercial opportunities; disclosure could result in a competitive disadvantage for VNA. |
| VWNAOS528205 | VWNAOS528205 | Risk memo regarding DWSD's request for proposals to manage its water and wastewater distribution system, containing historical and projected revenue, competitively sensitive financial information, analyses of competitor bids, and potential commercial opportunities; disclosure could result in a competitive disadvantage for VNA. |
| VWNAOS528207 | VWNAOS528207 | Risk memo regarding DWSD's request for proposals to manage its water and wastewater distribution system, containing historical and projected revenue, competitively sensitive financial information, analyses of competitor bids, and potential commercial opportunities; disclosure could result in a competitive disadvantage for VNA. |
| VWNAOS528209 | VWNAOS528209 | Risk memo regarding DWSD's request for proposals to manage its water and wastewater distribution system, containing historical and projected revenue, competitively sensitive financial information, analyses of competitor bids, and potential commercial opportunities; disclosure could result in a competitive disadvantage for VNA. |
| VWNAOS528211 | VWNAOS528211 | Risk memo regarding DWSD's request for proposals to manage its water and wastewater distribution system, containing historical and projected revenue, competitively sensitive financial information, analyses of competitor bids, and potential commercial opportunities; disclosure could result in a competitive disadvantage for VNA. |

| Production::Begin Bates | Production::End Bates | Confidentiality Reason |
|---|---|---|
| VWNAOS528212 | VWNAOS528212 | Risk memo regarding DWSD's request for proposals to manage its water and wastewater distribution system, containing historical and projected revenue, competitively sensitive financial information, analyses of competitor bids, and potential commercial opportunities; disclosure could result in a competitive disadvantage for VNA. |
| VWNAOS528216 | VWNAOS528216 | Draft of key messages for DWSD, unrelated to VNA's work in Flint, contains commercially and competitively-sensitive information about a customer. Discussing confidential DWSD operations and VNA's strategy, it reflects VNA's deliberative process. Publicly disclosing this would harm VNA by providing competitors insight into its bidding strategies. |
| VWNAOS528217 | VWNAOS528217 | Draft of key messages for DWSD, unrelated to VNA's work in Flint, contains commercially and competitively-sensitive information about a customer. Discussing confidential DWSD operations and VNA's strategy, it reflects VNA's deliberative process. Publicly disclosing this would harm VNA by providing competitors insight into its bidding strategies. |
| VWNAOS511018 | VWNAOS511018 | DWSD Due diligence engagement letter, containing non-public, commercial and competitively-sensitive information, such as a billing rate schedule. |
| VWNAOS528219 | VWNAOS528219 | Risk memo regarding DWSD's request for proposals to manage its water and wastewater distribution system, containing historical and projected revenue, competitively sensitive financial information, analyses of competitor bids, and potential commercial opportunities; disclosure could result in a competitive disadvantage for VNA. |
| VWNAOS511021 | VWNAOS511021 | Draft of the DWSD O&M Agreement Term Sheet. The document pertains to contract negotiations and contains commercial or competitively sensitive information. |

DWSD Documents

| Production::Begin Bates | Production::End Bates | Confidentiality Reason |
|---|---|---|
| VWNAOS511022 | VWNAOS511022 | Draft of the DWSD O&M Agreement Term Sheet. The document pertains to contract negotiations and contains commercial or competitively sensitive information. |
| VWNAOS511026 | VWNAOS511026 | Draft of the DWSD O&M Agreement Term Sheet. The document pertains to contract negotiations and contains commercial or competitively sensitive information. |
| VWNAOS511032 | VWNAOS511032 | Draft of the DWSD O&M Agreement Term Sheet. The document pertains to contract negotiations and contains commercial or competitively sensitive information. |
| VWNAOS248946 | VWNAOS248946 | Draft of the DWSD O&M Agreement Term Sheet. The document pertains to contract negotiations and contains commercial or competitively sensitive information. |
| VWNAOS528224 | VWNAOS528224 | Proposal for the DWSD. The document pertains to contract negotiations and contains commercial or competitively sensitive information. |
| VWNAOS511035 | VWNAOS511035 | Draft of the DWSD O&M Agreement Term Sheet. The document pertains to contract negotiations and contains commercial or competitively sensitive information. |
| VWNAOS528228 | VWNAOS528228 | Draft Appendix G to a contract with track changes. The document pertains to VNA's negotiations and deliberative process and contains non-public information. |
| VWNAOS528229 | VWNAOS528229 | Draft Appendix G to a contract with track changes. The document pertains to VNA's negotiations and deliberative process and contains non-public information. |
| VWNAOS528240 | VWNAOS528240 | Draft of the DWSD O&M Agreement Term Sheet. The document pertains to contract negotiations and contains commercial or competitively sensitive information. |
| VWNAOS528274 | VWNAOS528274 | Proposal for the DWSD. The document pertains to contract negotiations and contains commercial or competitively sensitive information. |
| VWNAOS528285 | VWNAOS528285 | Draft Appendix G to a contract with track changes. The document pertains to VNA's negotiations and deliberative process and contains non-public information. |

| Production::Begin Bates | Production::End Bates | Confidentiality Reason |
|---|---|---|
| VWNAOS528293 | VWNAOS528293 | Draft of the DWSD O&M Agreement. The document pertains to contract negotiations and contains commercial or competitively sensitive information. |
| VWNAOS528302 | VWNAOS528302 | Draft Appendix G to a contract with track changes. The document pertains to VNA's negotiations and deliberative process and contains non-public information. |
| VWNAOS528307 | VWNAOS528307 | Draft Appendix L to a contract with track changes. The document pertains to VNA's negotiations and deliberative process and contains non-public information. |
| VWNAOS528310 | VWNAOS528310 | Draft of the DWSD O&M Agreement. The document pertains to contract negotiations and contains commercial or competitively sensitive information. |
| VWNAOS528323 | VWNAOS528323 | Draft Appendix G to a contract. The document pertains to VNA's negotiations and deliberative process and contains non-public information. |
| VWNAOS528466 | VWNAOS528471 | Communications re: labor contracts and other updates related to Detroit. Document contains private, non-public information which would cause VNA to suffer oppression or competitive disadvantage if publicly disclosed. |
| VWNAOS511229 | VWNAOS511229 | Draft Services Agreement with DWSD. The document pertains to contract negotiations, VNA's deliberative process and contains commercial or competitively sensitive information. |
| VWNAOS511277 | VWNAOS511277 | Draft Services Agreement with DWSD. The document pertains to contract negotiations, VNA's deliberative process and contains commercial or competitively sensitive information (including compensation). |
| VWNAOS528554 | VWNAOS528554 | Communications regarding proposed redlined changes to the Services Agreement for DWSD. The document pertains to VNA's negotiations, deliberative process and contains commercial or competitively-sensitive information. |
| VWNAOS528555 | VWNAOS528555 | Draft Services Agreement with DWSD. The document pertains to contract negotiations, VNA's deliberative process and contains commercial or competitively sensitive information (including figures). |

DWSD Documents

| Production::Begin Bates | Production::End Bates | Confidentiality Reason |
|---|---|---|
| VWNAOS528560 | VWNAOS528560 | Communications re: strategic decision related to a due diligence project with DWSD. The document pertains to VNA's negotiations, deliberative process and contains commercial or competitively-sensitive information. |
| VWNAOS528562 | VWNAOS528562 | Internal fact sheet re: details about DWSD facilities. The document pertains to confidential information re: VNA's customer. |
| VWNAOS528564 | VWNAOS528564 | Internal spreadsheet listing assignments for the DWSD Due Diligence project. The document includes highly detailed strategy for week-to-week and day-to-day assignments, identifying specific employees assigned to each task. |
| VWNAOS528571 | VWNAOS528571 | Draft Services Agreement with DWSD. The document pertains to contract negotiations, VNA's deliberative process and contains commercial or competitively sensitive information. |
| VWNAOS528573 | VWNAOS528573 | Draft Services Agreement with DWSD. The document pertains to contract negotiations, VNA's deliberative process and contains commercial or competitively sensitive information (including compensation). |
| VWNAOS528577 | VWNAOS528577 | Communications re: DWSD contract, including scope of work, risk review, liability, insurance, compensation and approval process. The document pertains to contract negotiations, VNA's deliberative process, and contains commercial or competitively sensitive information. |
| VWNAOS528580 | VWNAOS528580 | Services Agreement with Detroit. The document pertains to contract negotiations, VNA's deliberative process, and contains commercial or competitively sensitive information. |
| VWNAOS528581 | VWNAOS528581 | Draft Services Agreement with DWSD. The document pertains to contract negotiations, VNA's deliberative process and contains commercial or competitively sensitive information (including figures). |
| VWNAOS511321 | VWNAOS511321 | Amendment of the DWSD deal. The document pertains to contract negotiations, VNA's deliberative process, and contains commercial or competitively sensitive information. |

DWSD Documents

| Production::Begin Bates | Production::End Bates | Confidentiality Reason |
|---|---|---|
| VWNAOS528584 | VWNAOS528584 | Draft amendments of the DWSD deal. The document pertains to contract negotiations, VNA's deliberative process, and contains commercial or competitively sensitive information. |
| VWNAOS311336 | VWNAOS311336 | Proposed amendments to the DWSD Services Agreement (Detroit Retail Services Assessment). The document pertains to contract negotiations, VNA's deliberative process, and contains commercial or competitively sensitive information. It discusses the scope of VNA's work and compensation. |
| VWNAOS311337 | VWNAOS311337 | DWSD Letter Proposal re: Amendment to Services Agreement. The document pertains to contract negotiations, VNA's deliberative process, and contains commercial or competitively sensitive information. |
| VWNAOS311341 | VWNAOS311341 | Draft amendments of the DWSD deal. The document pertains to contract negotiations, VNA's deliberative process, and contains commercial or competitively sensitive information. |
| VWNAOS311342 | VWNAOS311342 | DWSD Letter Proposal re: Amendment to Services Agreement. The document pertains to contract negotiations, VNA's deliberative process, and contains commercial or competitively sensitive information. |
| VWNAOS528588 | VWNAOS528588 | Draft amendments of the DWSD deal. The document pertains to contract negotiations, VNA's deliberative process, and contains commercial or competitively sensitive information. |
| VWNAOS528589 | VWNAOS528589 | DWSD Letter Proposal re: Amendment to Services Agreement. The document pertains to contract negotiations, VNA's deliberative process, and contains commercial or competitively sensitive information. |
| VWNAOS528590 | VWNAOS528590 | DWSD Letter Proposal re: Amendment to Services Agreement. The document pertains to contract negotiations, VNA's deliberative process, and contains commercial or competitively sensitive information. |

| Production::Begin Bates | Production::End Bates | Confidentiality Reason |
|---|---|---|
| VWNAOS528592 | VWNAOS528592 | Draft amendments of the DWSD deal. The document pertains to contract negotiations, VNA's deliberative process, and contains commercial or competitively sensitive information. |
| VWNAOS528594 | VWNAOS528594 | Draft amendments of the DWSD deal. The document pertains to contract negotiations, VNA's deliberative process, and contains commercial or competitively sensitive information. |
| VWNAOS528596 | VWNAOS528596 | DWSD Letter Proposal re: Detroit Retail Services. The document pertains to contract negotiations, VNA's deliberative process, and contains commercial or competitively sensitive information. |
| VWNAOS528597 | VWNAOS528597 | DWSD Letter Proposal re: Detroit Retail Services. The document pertains to contract negotiations, VNA's deliberative process, and contains commercial or competitively sensitive information. |
| VWNAOS528598 | VWNAOS528598 | Proposed amendments to the DWSD Services Agreement (Detroit Retail Services Assessment). The document pertains to contract negotiations, VNA's deliberative process, and contains commercial or competitively sensitive information. It discusses the scope of VNA's work and compensation. |
| VWNAOS528599 | VWNAOS528599 | Proposed amendments to the DWSD Services Agreement (Detroit Retail Services Assessment). The document pertains to contract negotiations, VNA's deliberative process, and contains commercial or competitively sensitive information. It discusses the scope of VNA's work and compensation. |
| VWNAOS528601 | VWNAOS528601 | DWSD Letter Proposal re: Detroit Retail Services. The document pertains to contract negotiations, VNA's deliberative process, and contains commercial or competitively sensitive information. |
| VWNAOS528602 | VWNAOS528602 | Proposed amendments to the DWSD Services Agreement (Detroit Retail Services Assessment). The document pertains to contract negotiations, VNA's deliberative process, and contains commercial or competitively sensitive information. It discusses the scope of VNA's work and compensation. |

DWSD Documents

| Production::Begin Bates | Production::End Bates | Confidentiality Reason |
|---|---|---|
| VWNAOS528606 | VWNAOS528606 | Proposed amendments to the DWSD Services Agreement (Detroit Retail Services Assessment). The document pertains to contract negotiations, VNA's deliberative process, and contains commercial or competitively sensitive information. It discusses the scope of VNA's work and compensation. |
| VWNAOS528607 | VWNAOS528607 | DWSD Letter Proposal re: Amendment to Services Agreement. The document pertains to contract negotiations, VNA's deliberative process, and contains commercial or competitively sensitive information. |
| VWNAOS528620 | VWNAOS528620 | DWSD Letter Proposal re: Detroit Retail Services. The document pertains to contract negotiations, VNA's deliberative process, and contains commercial or competitively sensitive information. |
| VWNAOS528625 | VWNAOS528625 | DWSD Letter Proposal re: Detroit Retail Services. The document pertains to contract negotiations, VNA's deliberative process, and contains commercial or competitively sensitive information. |
| VWNAOS528669 | VWNAOS528669 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS528671 | VWNAOS528671 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS528673 | VWNAOS528673 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |

DWSD Documents

| Production::Begin Bates | Production::End Bates | Confidentiality Reason |
|---|---|---|
| VWNAOS249154 | VWNAOS249154 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS528675 | VWNAOS528675 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS528677 | VWNAOS528677 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS249160 | VWNAOS249160 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS249162 | VWNAOS249162 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS249164 | VWNAOS249164 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |

DWSD Documents

| Production::Begin Bates | Production::End Bates | Confidentiality Reason |
|---|---|---|
| VWNAOS249165 | VWNAOS249165 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS528681 | VWNAOS528681 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS528683 | VWNAOS528683 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS528685 | VWNAOS528685 | Confidential Draft Report - Mediation Document re: Operations Peer Review Due Diligence Findings and Recommendations, containing commercially-sensitive information. |
| VWNAOS528688 | VWNAOS528688 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS528690 | VWNAOS528690 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |

| Production::Begin Bates | Production::End Bates | Confidentiality Reason |
|---|---|---|
| VWNAOS528692 | VWNAOS528692 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS511426 | VWNAOS511426 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS511429 | VWNAOS511429 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS511431 | VWNAOS511431 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS249167 | VWNAOS249167 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS511433 | VWNAOS511433 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |

DWSD Documents

| Production::Begin Bates | Production::End Bates | Confidentiality Reason |
| --- | --- | --- |
| VWNAOS511443 | VWNAOS511443 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS511445 | VWNAOS511445 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS511447 | VWNAOS511447 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS511450 | VWNAOS511450 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS511462 | VWNAOS511462 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS249169 | VWNAOS249169 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |

DWSD Documents

| Production::Begin Bates | Production::End Bates | Confidentiality Reason |
|---|---|---|
| VWNAOS249171 | VWNAOS249171 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS312044 | VWNAOS312044 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS312047 | VWNAOS312047 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS312048 | VWNAOS312048 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS511503 | VWNAOS511503 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS312055 | VWNAOS312055 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |

| Production::Begin Bates | Production::End Bates | Confidentiality Reason |
|---|---|---|
| VWNAOS511512 | VWNAOS511512 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS312075 | VWNAOS312075 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS312084 | VWNAOS312084 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS312086 | VWNAOS312086 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS511521 | VWNAOS511521 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS249173 | VWNAOS249173 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |

| Production::Begin Bates | Production::End Bates | Confidentiality Reason |
|---|---|---|
| VWNAOS312142 | VWNAOS312142 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS312143 | VWNAOS312143 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS312145 | VWNAOS312145 | Confidential Draft Report - Mediation Document re: Operations Peer Review Due Diligence Findings and Recommendations, containing commercially-sensitive information. |
| VWNAOS312153 | VWNAOS312153 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS511618 | VWNAOS511618 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS511621 | VWNAOS511621 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |

DWSD Documents

| Production::Begin Bates | Production::End Bates | Confidentiality Reason |
|---|---|---|
| VWNAOS511623 | VWNAOS511623 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS511624 | VWNAOS511624 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS511697 | VWNAOS511697 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS511744 | VWNAOS511744 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS511765 | VWNAOS511765 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS511767 | VWNAOS511767 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |

| Production::Begin Bates | Production::End Bates | Confidentiality Reason |
|---|---|---|
| VWNAOS511862 | VWNAOS511862 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS313157 | VWNAOS313157 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS313158 | VWNAOS313158 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS512339 | VWNAOS512339 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS512364 | VWNAOS512364 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS512369 | VWNAOS512369 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |

| Production::Begin Bates | Production::End Bates | Confidentiality Reason |
|---|---|---|
| VWNAOS512372 | VWNAOS512372 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS512374 | VWNAOS512374 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS512375 | VWNAOS512375 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS512807 | VWNAOS512807 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS249912 | VWNAOS249912 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS249915 | VWNAOS249915 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |

| Production::Begin Bates | Production::End Bates | Confidentiality Reason |
|---|---|---|
| VWNAOS512837 | VWNAOS512837 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS512839 | VWNAOS512839 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS512841 | VWNAOS512841 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS512843 | VWNAOS512843 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS512848 | VWNAOS512848 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS249917 | VWNAOS249917 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |

DWSD Documents

| Production::Begin Bates | Production::End Bates | Confidentiality Reason |
|---|---|---|
| VWNAOS512852 | VWNAOS512852 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS512885 | VWNAOS512885 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS512889 | VWNAOS512889 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS512922 | VWNAOS512922 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS512925 | VWNAOS512925 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS512928 | VWNAOS512928 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |

| Production::Begin Bates | Production::End Bates | Confidentiality Reason |
|---|---|---|
| VWNAOS512932 | VWNAOS512932 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS512936 | VWNAOS512936 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS512942 | VWNAOS512942 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS512977 | VWNAOS512977 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS512988 | VWNAOS512988 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS512994 | VWNAOS512994 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |

DWSD Documents

| Production::Begin Bates | Production::End Bates | Confidentiality Reason |
|---|---|---|
| VWNAOS513006 | VWNAOS513006 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS513008 | VWNAOS513008 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS513010 | VWNAOS513010 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS513024 | VWNAOS513024 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS513038 | VWNAOS513038 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS513047 | VWNAOS513047 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |

DWSD Documents

| Production::Begin Bates | Production::End Bates | Confidentiality Reason |
|---|---|---|
| VWNAOS249919 | VWNAOS249919 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS249920 | VWNAOS249920 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information, including an analysis of operations and maintenance savings for the Great Lakes Water Authority to pay down a proposed lease charge. |
| VWNAOS513052 | VWNAOS513052 | Draft of DWSD Retail Transition Plan Summary. The document pertains to contract negotiations, VNA's deliberative process, and contains commercial or competitively sensitive information. |
| VWNAOS249922 | VWNAOS249922 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS249923 | VWNAOS249923 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information, including an analysis of operations and maintenance savings for the Great Lakes Water Authority to pay down a proposed lease charge. |
| VWNAOS528708 | VWNAOS528708 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |

| Production::Begin Bates | Production::End Bates | Confidentiality Reason |
|---|---|---|
| VWNAOS528709 | VWNAOS528709 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS513124 | VWNAOS513124 | DWSD Peer Review Report Draft, prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. Competitors would be able to use this information to determine how VNA develops its responses to reports of this nature. |
| VWNAOS513378 | VWNAOS513378 | Draft of DWSD Retail Transition Plan Summary. The document pertains to contract negotiations, VNA's deliberative process, and contains commercial or competitively sensitive information. |
| VWNAOS549952 | VWNAOS549952 | Communications and comments regarding Peer Review Report for DWSD,  prepared at the direction of counsel and reflecting VNA's deliberative process, contains commercial or competitively sensitive information. |
| VWNAOS549957 | VWNAOS549957 | Clark Hill invoice for services unrelated to VNA's work in Flint. The invoices detail the efforts Clark Hill undertook on VNA's behalf and reveal the amount VNA paid for these services. |
| VWNAOS549980 | VWNAOS549980 | Communications re: DWSD proposal. The document pertains to contract negotiations, VNA's deliberative process, and contains commercial or competitively sensitive information (including Detroit budget). |
| VWNAOS549984 | VWNAOS549984 | Proposal for additional services. The document pertains to contract negotiations, VNA's deliberative process, and contains commercial or competitively sensitive information, including the amount of VNA's proposed fee. |
| VWNAOS550012 | VWNAOS550012 | Communications re: potential DWSD agreement and analysis of the contract terms. The document pertains to VNA's negotiations, deliberative process and contains commercial information. |

| Production::Begin Bates | Production::End Bates | Confidentiality Reason |
|---|---|---|
| VWNAOS550014 | VWNAOS550014 | Communications re: edits to the DWSD O&M and Capital Improvement Assistance Services Agreement, pertaining to VNA's negotiations and deliberative process; the document contains commercial and competitively sensitive information. |
| VWNAOS550027 | VWNAOS550027 | Clark Hill invoice for services unrelated to VNA's work in Flint. The invoices detail the efforts Clark Hill undertook on VNA's behalf and reveal the amount VNA paid for these services. |
| VWNAOS550092 | VWNAOS550092 | Clark Hill invoice for services unrelated to VNA's work in Flint. The invoices detail the efforts Clark Hill undertook on VNA's behalf and reveal the amount VNA paid for these services. |
| VWNAOS550108 | VWNAOS550108 | Clark Hill invoice for services unrelated to VNA's work in Flint. The invoices detail the efforts Clark Hill undertook on VNA's behalf and reveal the amount VNA paid for these services. |
| VWNAOS550137 | VWNAOS550137 | Clark Hill invoice for services unrelated to VNA's work in Flint. The invoices detail the efforts Clark Hill undertook on VNA's behalf and reveal the amount VNA paid for these services. |
| VWNAOS550138 | VWNAOS550138 | Clark Hill invoice for services unrelated to VNA's work in Flint. The invoices detail the efforts Clark Hill undertook on VNA's behalf and reveal the amount VNA paid for these services. |
| VWNAOS550156 | VWNAOS550156 | Draft Asset Purchase Agreement between two Michigan limited liability companies. The document contains commercial sensitive information. |
| VWNAOS528746 | VWNAOS528746 | Communications regarding DWSD's request for proposal and VNA's analysis of the services contract. This document contains non-public commercially or competitively sensitive information about VNA's business. If disclosed, this information could cause a competitive disadvantage to VNA. |

DWSD Documents

| Production::Begin Bates | Production::End Bates | Confidentiality Reason |
|---|---|---|
| VWNAOS528759 | VWNAOS528759 | Communications regarding DWSD's request for proposal and VNA's analysis of the services contract. This document contains non-public commercially or competitively sensitive information about VNA's business. If disclosed, this information could cause a competitive disadvantage to VNA. |
| VWNAOS528761 | VWNAOS528761 | Communications regarding DWSD's request for proposal and VNA's analysis of the services contract. This document contains non-public commercially or competitively sensitive information about VNA's business. If disclosed, this information could cause a competitive disadvantage to VNA. |
| VWNAOS253997 | VWNAOS253997 | Communications regarding DWSD's request for proposal and VNA's analysis of the services contract. This document contains non-public commercially or competitively sensitive information about VNA's business. If disclosed, this information could cause a competitive disadvantage to VNA. |
| VWNAOS254021 | VWNAOS254021 | Communications regarding DWSD's request for proposal and VNA's analysis of the services contract, including the insurance and bonding requirements. This document contains non-public commercially or competitively sensitive information about VNA's business. If disclosed, this information could cause a competitive disadvantage to VNA. |
| VWNAOS254034 | VWNAOS254034 | Communications regarding DWSD's request for proposal and VNA's analysis of the services contract, including the insurance and bonding requirements. This document contains non-public commercially or competitively sensitive information about VNA's business. If disclosed, this information could cause a competitive disadvantage to VNA. |
| VWNAOS528763 | VWNAOS528763 | Communications regarding a risk memo about DWSD's request for proposals, containing commercial or competitively sensitive information; disclosure could result in a competitive disadvantage for VNA. |

| Production::Begin Bates | Production::End Bates | Confidentiality Reason |
| --- | --- | --- |
| VWNAOS528765 | VWNAOS528765 | Communications regarding a risk memo about DWSD's request for proposals, containing commercial or competitively sensitive information; disclosure could result in a competitive disadvantage for VNA. |
| VWNAOS537242 | VWNAOS537242 | Communications regarding DWSD's request for proposal. This document contains non-public commercially or competitively sensitive information about VNA's business. If disclosed, this information could cause a competitive disadvantage to VNA. |
| VWNAOS537466 | VWNAOS537466 | Communications regarding DWSD's request for proposal and VNA's analysis of the services contract. This document, unrelated to VNA's work in Flint, contains non-public commercially or competitively sensitive information about VNA's business. If disclosed, this information could cause a competitive disadvantage to VNA. |
| VWNAOS537537 | VWNAOS537537 | Communications regarding DWSD's request for proposal and VNA's analysis of the services contract. This document, unrelated to VNA's work in Flint, contains non-public commercially or competitively sensitive information about VNA's business. If disclosed, this information could cause a competitive disadvantage to VNA. |
| VWNAOS537544 | VWNAOS537544 | Communications regarding DWSD's request for proposal and VNA's analysis of the services contract. This document, unrelated to VNA's work in Flint, contains non-public commercially or competitively sensitive information about VNA's business. If disclosed, this information could cause a competitive disadvantage to VNA. |
| VWNAOS537549 | VWNAOS537549 | Communications regarding DWSD's request for proposal and VNA's analysis of the services contract. This document, unrelated to VNA's work in Flint, contains non-public commercially or competitively sensitive information about VNA's business. If disclosed, this information could cause a competitive disadvantage to VNA. |

DWSD Documents

| Production::Begin Bates | Production::End Bates | Confidentiality Reason |
|---|---|---|
| VWNAOS522427 | VWNAOS522427 | Clark Hill invoice for services unrelated to VNA's work in Flint. The invoices detail the efforts Clark Hill undertook on VNA's behalf and reveal the amount VNA paid for these services. |
| VWNAOS557380 | VWNAOS557380 | Clark Hill invoice for services unrelated to VNA's work in Flint. The invoices detail the efforts Clark Hill undertook on VNA's behalf and reveal the amount VNA paid for these services. |
| VWNAOS551527 | VWNAOS551527 | Clark Hill invoice for services unrelated to VNA's work in Flint. The invoices detail the efforts Clark Hill undertook on VNA's behalf and reveal the amount VNA paid for these services. |