# EXHIBIT 4

## Internal Business Documents

| Production::Begin Bates | Production::End Bates | Confidentiality Reason |
|---|---|---|
| VWNAOS042178 | VWNAOS042181 | Discussion of VNA's market share and the need to employ more workers to account for the Flint project; contains non-public information relating to how VNA evaluated and pitched the Flint project, the disclosure of which would allow competitors to bid against VNA more effectively. |
| VWNAOS042190 | VWNAOS042194 | Discussion of VNA's market share and the need to employ more workers to account for the Flint project; contains non-public information relating to how VNA evaluated and pitched the Flint project, the disclosure of which would allow competitors to bid against VNA more effectively. |
| VWNAOS042195 | VWNAOS042200 | Discussion of VNA's market share and the need to employ more workers to account for the Flint project; contains non-public information relating to how VNA evaluated and pitched the Flint project, the disclosure of which would allow competitors to bid against VNA more effectively. |
| VWNAOS042201 | VWNAOS042206 | Discussion of VNA's market share and the need to employ more workers to account for the Flint project; contains non-public information relating to how VNA evaluated and pitched the Flint project, the disclosure of which would allow competitors to bid against VNA more effectively. |
| VWNAOS042207 | VWNAOS042212 | Discussion of VNA's market share and the need to employ more workers to account for the Flint project; contains non-public information relating to how VNA evaluated and pitched the Flint project, the disclosure of which would allow competitors to bid against VNA more effectively. |
| VWNAOS042250 | VWNAOS042254 | Communications regarding VNA's initial proposal. The document contains non-public information relating to how VNA evaluated and pitched the Flint project, including VNA's bidding strategy, the proposed cost and the staffing approach. Disclosure would allow competitors to bid against VNA more effectively. |

Internal Business Documents

| Production::Begin Bates | Production::End Bates | Confidentiality Reason |
|---|---|---|
| VWNAOS042519 | VWNAOS042524 | Discussion of VNA's market share and the need to employ more workers to account for the Flint project; contains non-public information relating to how VNA evaluated and pitched the Flint project, the disclosure of which would allow competitors to bid against VNA more effectively. |
| VWNAOS042525 | VWNAOS042530 | Discussion of VNA's market share and the need to employ more workers to account for the Flint project; contains non-public information relating to how VNA evaluated and pitched the Flint project, the disclosure of which would allow competitors to bid against VNA more effectively. |
| VWNAOS042559 | VWNAOS042564 | Discussion of VNA's market share and the need to employ more workers to account for the Flint project; contains non-public information relating to how VNA evaluated and pitched the Flint project, the disclosure of which would allow competitors to bid against VNA more effectively. |
| VWNAOS135456 | VWNAOS135458 | Document identifying potential clients and discussion of status of other VNA projects, that, if disclosed, would give VNA's competitors the opportunity to try to displace it from continued work. |
| VWNAOS543858 | VWNAOS543859 | Customer inquiry about Flint. The document relates to VNA's process in responding to customer concerns, which, if disclosed, could impact VNA's relationships with its customers; it contains private, non-public customer information maintained confidential by VNA and crucial to its business interests and customer relationships. Removing the confidentiality designation would disclose confidential customer information, jeopardizing VNA's relationships with current and future customers and invading the privacy interests of those customers. |

| Production::Begin Bates | Production::End Bates | Confidentiality Reason |
|---|---|---|
| VWNAOS543866 | VWNAOS543869 | Customer inquiry about Flint. The document relates to VNA's process in responding to customer concerns, which, if disclosed, could impact VNA's relationships with its customers; it contains private, non-public customer information maintained confidential by VNA and crucial to its business interests and customer relationships. Removing the confidentiality designation would disclose confidential customer information, jeopardizing VNA's relationships with current and future customers and invading the privacy interests of those customers. |
| VWNAOS543870 | VWNAOS543873 | Customer inquiry about Flint. The document relates to VNA's process in responding to customer concerns, which, if disclosed, could impact VNA's relationships with its customers; it contains private, non-public customer information maintained confidential by VNA and crucial to its business interests and customer relationships. Removing the confidentiality designation would disclose confidential customer information, jeopardizing VNA's relationships with current and future customers and invading the privacy interests of those customers. |

Internal Business Documents

| Production::Begin Bates | Production::End Bates | Confidentiality Reason |
|---|---|---|
| VWNAOS543874 | VWNAOS543878 | Customer inquiry about Flint. The document relates to VNA's process in responding to customer concerns, which, if disclosed, could impact VNA's relationships with its customers; it contains private, non-public customer information maintained confidential by VNA and crucial to its business interests and customer relationships. Removing the confidentiality designation would disclose confidential customer information, jeopardizing VNA's relationships with current and future customers and invading the privacy interests of those customers. |
| VWNAOS543879 | VWNAOS543882 | Customer inquiry about Flint. The document relates to VNA's process in responding to customer concerns, which, if disclosed, could impact VNA's relationships with its customers; it contains private, non-public customer information maintained confidential by VNA and crucial to its business interests and customer relationships. Removing the confidentiality designation would disclose confidential customer information, jeopardizing VNA's relationships with current and future customers and invading the privacy interests of those customers. |

| Production::Begin Bates | Production::End Bates | Confidentiality Reason |
|---|---|---|
| VWNAOS543883 | VWNAOS543887 | Customer inquiry about Flint. The document relates to VNA's process in responding to customer concerns, which, if disclosed, could impact VNA's relationships with its customers; it contains private, non-public customer information maintained confidential by VNA and crucial to its business interests and customer relationships. Removing the confidentiality designation would disclose confidential customer information, jeopardizing VNA's relationships with current and future customers and invading the privacy interests of those customers. |
| VWNAOS543888 | VWNAOS543893 | Customer inquiry about Flint. The document relates to VNA's process in responding to customer concerns, which, if disclosed, could impact VNA's relationships with its customers; it contains private, non-public customer information maintained confidential by VNA and crucial to its business interests and customer relationships. Removing the confidentiality designation would disclose confidential customer information, jeopardizing VNA's relationships with current and future customers and invading the privacy interests of those customers. |

Internal Business Documents

| Production::Begin Bates | Production::End Bates | Confidentiality Reason |
|---|---|---|
| VWNAOS543894 | VWNAOS543899 | Customer inquiry about Flint. The document relates to VNA's process in responding to customer concerns, which, if disclosed, could impact VNA's relationships with its customers; it contains private, non-public customer information maintained confidential by VNA and crucial to its business interests and customer relationships. Removing the confidentiality designation would disclose confidential customer information, jeopardizing VNA's relationships with current and future customers and invading the privacy interests of those customers. |
| VWNAOS271749 | VWNAOS271749 | Information regarding VNA's consultants, including their names, the services provided, and the amounts VNA paid each consultant. Competitive and sensitive information. |
| VWNAOS180915 | VWNAOS180926 | Information regarding VNA's consultants, including their names, the services provided, and the amounts VNA paid each consultant. Competitive and sensitive information. |
| VWNAOS553644 | VWNAOS553644 | Internal chart. The document relates to an attachment to communications regarding a trademark request. The document contains commercial and competitive-sensitive information. |
| VWNAOS553650 | VWNAOS553650 | Communications re: a trademark request, unrelated to Flint, with potential benefits for competitors seeking insights into VNA's trademarking strategy. The document contains commercial and competitive-sensitive information. |
| VWNAOS553652 | VWNAOS553652 | Communications re: a trademark request, unrelated to Flint, with potential benefits for competitors seeking insights into VNA's trademarking strategy. The document contains commercial and competitive-sensitive information. |

Internal Business Documents

| Production::Begin Bates | Production::End Bates | Confidentiality Reason |
|---|---|---|
| VWNAOS553658 | VWNAOS553658 | Communications re: a trademark request and Veolia list of products and services. The document contains commercial and competitive-sensitive information. |
| VWNAOS395017 | VWNAOS395017 | Consulting agreement with Winston/Terrell Group, Inc., outlining commercial and competitively-sensitive information (terms of the relationship, compensation, scope, and services provided). |
| VWNAOS425308 | VWNAOS425309 | Information regarding VNA's consultants, including their names, the services provided, and the amounts VNA paid each consultant. Competitive and sensitive information. |
| VWNAOS425312 | VWNAOS425313 | Information regarding VNA's consultants, including their names, the services provided, and the amounts VNA paid each consultant. Competitive and sensitive information. |
| VWNAOS225484 | VWNAOS225502 | VNA's internal policy for environmental incident reporting, which, if disclosed publicly, would allow VNA's competitors to copy safety information and practices it developed over many years. |
| VWNAOS549103 | VWNAOS549103 | Background Investigation Report. Document contains private, non-public information which would cause VNA to suffer oppression or competitive disadvantage if publicly disclosed. |
| VWNAOS234465 | VWNAOS234465 | Draft contract between Veolia Energy Kansas City and a supplier, pertaining to VNA's negotiations and deliberative process; it contains commercial or competitively-sensitive information. |
| VWNAOS527905 | VWNAOS527905 | non-disclosure agreement between VNA and an investment banking and consulting company for developing new business, performing joint projects, and evaluating existing business. Disclosure could harm the parties' ability to pursue permitted use of confidential information, revealing sensitive information about their business plans, strategies, or resources. |

Internal Business Documents

| Production::Begin Bates | Production::End Bates | Confidentiality Reason |
|---|---|---|
| VWNAOS527919 | VWNAOS527919 | Non-disclosure agreement between VNA and an investment management company regarding a business opportunity in Detroit. Publicly disclosing this document would reveal VNA's business development strategies, potentially harming contractual, commercial, and legal interests and breaching privacy and confidentiality expectations. |
| VWNAOS527920 | VWNAOS527920 | Non-disclosure agreement between VNA and an investment banking and consulting company for developing new business, joint projects, and evaluating existing business, signed to develop strategic plans and potential business opportunities; public disclosure would reveal VNA's approach to business development. |
| VWNAOS528545 | VWNAOS528545 | Master Supply Agreement with a supplier on behalf of Veolia customer's. The agreements include commercially-sensitive contract details that competitors could use to VNA's detriment. |
| VWNAOS528546 | VWNAOS528546 | Rebate Agreement with a supplier. The agreements include commercially-sensitive contract details, including pricing discounts and other incentive rebates, that competitors could use to VNA's detriment. |
| VWNAOS528547 | VWNAOS528547 | Master Supply Agreement with a supplier on behalf of Veolia customer's. The agreements include commercially-sensitive contract details that competitors could use to VNA's detriment. |
| VWNAOS513068 | VWNAOS513068 | First Amendment to Amended and Restated Agreement for Consulting Services with Winston/Terrell Group, Inc., outlining commercial and competitively-sensitive information. |
| VWNAOS513069 | VWNAOS513069 | Consulting services agreement, covering multiple projects, including Detroit but excluding Flint, reveals VNA's consultant, project details, and strategic plans. Public disclosure could harm VNA's competitive position and business interests by exposing its strategic priorities and bidding strategies to competitors. |

Internal Business Documents

| Production::Begin Bates | Production::End Bates | Confidentiality Reason |
|---|---|---|
| VWNAOS550029 | VWNAOS550029 | Communications re: an audit VNA was undertaking to evaluate its relationship with outside consultants. The communication reveals the audit's points of focus, and disclosure would affect VNA's relationship with those consultants. |
| VWNAOS550078 | VWNAOS550078 | The document pertains to insurance bid requirements for the Washington Suburban Sanitary Commission, containing tracked changes valuable to VNA's competitors, as it reveals VNA's bidding strategy and could give them an unfair advantage in future projects. |
| VWNAOS550079 | VWNAOS550079 | Internal Go/No Go evaluations for projects in Washington. The document is competitively sensitive, and lifting confidentiality would disadvantage VNA in bidding and future competitions. |
| VWNAOS550109 | VWNAOS550109 | Status reports on various non-Flint projects, containing commercially-sensitive information about VNA's customers. Disclosure could provide competitors with opportunities to displace VNA and impact relationships. |
| VWNAOS550111 | VWNAOS550111 | Status reports on projects unrelated to Flint re: VNA's nationwide work with customers and potential opportunities for expansion, identifying key stakeholders whose information, if disclosed, could provide competitors with a competitive advantage. |
| VWNAOS550112 | VWNAOS550112 | Status reports on projects unrelated to Flint re: VNA's work with customers and potential opportunities for expansion, identifying key stakeholders whose information, if disclosed, could provide competitors with a competitive advantage. |
| VWNAOS550114 | VWNAOS550114 | Status reports on projects unrelated to Flint re: VNA's nationwide work with customers and potential opportunities for expansion, identifying key stakeholders whose information, if disclosed, could provide competitors with a competitive advantage. |

| Production::Begin Bates | Production::End Bates | Confidentiality Reason |
|---|---|---|
| VWNAOS550116 | VWNAOS550116 | Status reports on projects unrelated to Flint re: VNA's work with customers and potential opportunities for expansion, identifying key stakeholders whose information, if disclosed, could provide competitors with a competitive advantage. |
| VWNAOS550124 | VWNAOS550124 | Status reports on projects unrelated to Flint re: VNA's nationwide work with customers and potential opportunities for expansion, identifying key stakeholders whose information, if disclosed, could provide competitors with a competitive advantage. |
| VWNAOS550139 | VWNAOS550139 | Status reports on various non-Flint projects, containing commercially-sensitive information about VNA's customers. Disclosure could provide competitors with opportunities to displace VNA and impact relationships. |
| VWNAOS550144 | VWNAOS550144 | Status reports on projects unrelated to Flint re: VNA's nationwide work with customers and potential opportunities for expansion, identifying key stakeholders whose information, if disclosed, could provide competitors with a competitive advantage. |
| VWNAOS550146 | VWNAOS550146 | Status reports on various non-Flint projects, containing commercially-sensitive information about VNA's customers. Disclosure could provide competitors with opportunities to displace VNA and impact relationships. |
| VWNAOS550148 | VWNAOS550148 | Status reports on projects unrelated to Flint re: VNA's work with customers and potential opportunities for expansion, identifying key stakeholders whose information, if disclosed, could provide competitors with a competitive advantage. |
| VWNAOS550149 | VWNAOS550149 | Status reports on various non-Flint projects, containing commercially-sensitive information about VNA's customers. Disclosure could provide competitors with opportunities to displace VNA and impact relationships. |

Internal Business Documents

| Production::Begin Bates | Production::End Bates | Confidentiality Reason |
|---|---|---|
| VWNAOS550151 | VWNAOS550151 | Status reports on projects unrelated to Flint re: VNA's nationwide work with customers and potential opportunities for expansion, identifying key stakeholders whose information, if disclosed, could provide competitors with a competitive advantage. |
| VWNAOS550152 | VWNAOS550152 | Status reports on various non-Flint projects, containing commercially-sensitive information about VNA's customers. Disclosure could provide competitors with opportunities to displace VNA and impact relationships. |
| VWNAOS550153 | VWNAOS550153 | Status reports on projects unrelated to Flint re: VNA's work with customers and potential opportunities for expansion, identifying key stakeholders whose information, if disclosed, could provide competitors with a competitive advantage. |
| VWNAOS550154 | VWNAOS550154 | Status reports on projects unrelated to Flint re: VNA's work with customers and potential opportunities for expansion, identifying key stakeholders whose information, if disclosed, could provide competitors with a competitive advantage. |
| VWNAOS528711 | VWNAOS528711 | Status reports on projects unrelated to Flint re: VNA's nationwide work with customers and potential opportunities for expansion, identifying key stakeholders whose information, if disclosed, could provide competitors with a competitive advantage. |
| VWNAOS528712 | VWNAOS528712 | Status reports on projects unrelated to Flint re: VNA's work with customers and potential opportunities for expansion, identifying key stakeholders whose information, if disclosed, could provide competitors with a competitive advantage. |
| VWNAOS528713 | VWNAOS528713 | Status reports on projects unrelated to Flint re: VNA's nationwide work with customers and potential opportunities for expansion, identifying key stakeholders whose information, if disclosed, could provide competitors with a competitive advantage. |

| Production::Begin Bates | Production::End Bates | Confidentiality Reason |
|---|---|---|
| VWNAOS528714 | VWNAOS528714 | Status reports on projects unrelated to Flint re: VNA's work with customers and potential opportunities for expansion, identifying key stakeholders whose information, if disclosed, could provide competitors with a competitive advantage. |
| VWNAOS528715 | VWNAOS528715 | Status report related to Veolia Energy's consultant work on various projects, excluding any involvement with Flint. Removing the confidential designation would disclose consultant information, potentially impacting VNA's relationships with current and future consultants. |
| VWNAOS528717 | VWNAOS528717 | Status reports on various non-Flint projects, containing commercially-sensitive information about VNA's customers. Disclosure could provide competitors with opportunities to displace VNA and impact relationships. |
| VWNAOS554020 | VWNAOS554020 | Compilation of almost two-thousand pages of documents that include commercially-sensitive information. |
| VWNAOS554030 | VWNAOS554030 | Communications regarding VNA's initial proposal. The document contains non-public information relating to how VNA evaluated and pitched the Flint project, including VNA's bidding strategy, the proposed cost and the staffing approach. Disclosure would allow competitors to bid against VNA more effectively. |
| VWNAOS554037 | VWNAOS554037 | Document identifying potential clients and discussion of status of other VNA projects, that, if disclosed, would give VNA's competitors the opportunity to try to displace it from continued work. |
| VWNAOS554040 | VWNAOS554040 | Communications regarding VNA's initial proposal. The document contains non-public information relating to how VNA evaluated and pitched the Flint project, including VNA's bidding strategy, the proposed cost and the staffing approach. Disclosure would allow competitors to bid against VNA more effectively. |

Internal Business Documents

| Production::Begin Bates | Production::End Bates | Confidentiality Reason |
|---|---|---|
| VWNAOS554089 | VWNAOS554089 | Communications re: revisions to Flint Agreement. The document pertains to VNA's negotiations, deliberative process and contains commercially-sensitive details. |
| VWNAOS520031 | VWNAOS521985 | Compilation of almost two-thousand pages of documents that include commercially-sensitive information. |
| VWNAOS531824 | VWNAOS531824 | Draft Professional Services Agreement for services in Flint, with tracked changes reflecting VNA's internal deliberations. The documents contain commercially sensitive details, specifically VNA's fees. |
| VWNAOS531830 | VWNAOS531830 | Draft Professional Services Agreement for services in Flint, with tracked changes reflecting VNA's internal deliberations. The documents contain commercially sensitive details, specifically VNA's fees. |
| VWNAOS531833 | VWNAOS531833 | Draft Professional Services Agreement for services in Flint, with tracked changes reflecting VNA's internal deliberations. The documents contain commercially sensitive details. |
| VWNAOS531834 | VWNAOS531834 | Draft Professional Services Agreement for services in Flint, with tracked changes reflecting VNA's internal deliberations. The documents contain commercially sensitive details, specifically VNA's fees. |
| VWNAOS554796 | VWNAOS554796 | Communications re: the hiring of a potential legal assistant candidate, including notes from a phone interview with the candidate, her name, and desired salary. Disclosure of this document would unjustifiably intrude upon the candidate's privacy and have nothing to do with this litigation. |
| VWNAOS537778 | VWNAOS537778 | Communications regarding special permits needed for a recycling project in Henderson, Colorado. The document contains commercial and competitively sensitive information. |

Internal Business Documents

| Production::Begin Bates | Production::End Bates | Confidentiality Reason |
|---|---|---|
| VWNAOS557264 | VWNAOS557264 | Q2-2016 VNA Business Intermediaries/Consulting Agreements Report. Document contains private, non-public information, including commercially sensitive contract details, terms, and payments, which would cause VNA to suffer oppression or competitive disadvantage if publicly disclosed. |
| VWNAOS551521 | VWNAOS551525 | Document identifying potential clients, deals, and corporate strategies regarding negotiations with those prospective clients; this information would be valuable to VNA's competitors. |
| VWNAOS551532 | VWNAOS551532 | Information regarding VNA's spending on lobbying fees. |
| VWNAOS551534 | VWNAOS551534 | Information regarding VNA's spending on lobbying fees. |
| VWNAOS559114 | VWNAOS559114 | Q4-2016 VNA Business Intermediaries/Consulting Agreements Report. Document contains private, non-public information including commercially sensitive contract details, terms, and payments, which would cause VNA to suffer oppression or competitive disadvantage if publicly disclosed. |
| VWNAOS552606 | VWNAOS552606 | Document addressing contract negotiations between VNA and General Motors for a project outside of Michigan. The document contains highly sensitive materials, including non-public customer information, information related to compensation and profit margins, and asset purchase prices. |
| VWNAOS002296 | VWNAOS002297 | Communications regarding VNA's initial proposal. The document contains non-public information relating to how VNA evaluated and pitched the Flint project, including VNA's bidding strategy, the proposed cost and the staffing approach. Disclosure would allow competitors to bid against VNA more effectively. |