# EXHIBIT 5

PR Documents

| Production::Begin Bates | Production::End Bates | Confidentiality Reason |
|---|---|---|
| VWNAOS172117 | VWNAOS172117 | Communications transition plan, including notes that are employee-specific and information regarding sensitive corporate issues, such as proposed budget reductions and strategic plans. |
| VWNAOS525301 | VWNAOS525301 | Communications regarding proposed revisions to an agreement with a public relations firm, containing commercially-sensitive information, including figures. |
| VWNAOS172752 | VWNAOS172752 | Communications with PR consultant re: Michigan Attorney General Bill Schuette's case against VNA. The document contains recommended PR strategy addressing corporate communications issues related to the Flint water crisis and other sensitive corporate issues. Publicly disclosing these documents could harm VNA because they could be misused or used against VNA by its competitors, causing competitive harm to VNA. |
| VWNAOS552949 | VWNAOS552949 | Communications with PR consultant re: a public response to a complaint filed in Flint. The document contains recommended PR strategy addressing corporate communications issues related to the Flint water crisis and other sensitive corporate issues. Publicly disclosing these documents could harm VNA because they could be misused or used against VNA by its competitors, causing competitive harm to VNA. |
| VWNAOS544490 | VWNAOS544502 | Amended and restated consulting agreement with Clark Hill PLC. Document contains private, non-public information which would cause VNA to suffer oppression or competitive disadvantage if publicly disclosed. |
| VWNAOS332056 | VWNAOS332056 | VNA's draft internal budget. The document is a detailed spreadsheet listing expenditures with vendors; its disclosure could harm competitive advantage and vendor relationships. |
| VWNAOS332461 | VWNAOS332461 | Response to Mother Jones. Document contains confidential information, which includes details unrelated to Flint. Disclosure of this private, non-public information could potentially expose VNA to risks such as oppression or competitive disadvantage. |

PR Documents

| Production::Begin Bates | Production::End Bates | Confidentiality Reason |
|---|---|---|
| VWNAOS332474 | VWNAOS332474 | Response to Mother Jones. Document contains confidential information, which includes details unrelated to Flint. Disclosure of this private, non-public information could potentially expose VNA to risks such as oppression or competitive disadvantage. |
| VWNAOS333484 | VWNAOS333484 | VNA's draft internal budget. The document is a detailed spreadsheet listing expenditures with vendors; its disclosure could harm competitive advantage and vendor relationships. |
| VWNAOS526955 | VWNAOS526955 | Communications re: VNA's work in Pittsburgh. The document contains recommended PR strategy addressing corporate communications issues. Publicly disclosing these documents could harm VNA because they could be misused or used against VNA by its competitors, causing competitive harm to VNA. |
| VWNAOS526956 | VWNAOS526956 | Communications with PR consultant re: VNA's work in Pittsburgh, which includes VNA's in-house counsel. The document contains recommended PR strategy addressing corporate communications issues. Publicly disclosing these documents could harm VNA because they could be misused or used against VNA by its competitors, causing competitive harm to VNA. |
| VWNAOS333693 | VWNAOS333693 | Memorandum from PR consultant re: media strategy for responding to a Mother Jones article about VNA's work in Pittsburg. The document contains recommendations for responding to press coverage, providing potential fodder to competitors and addressing corporate communications issues. |
| VWNAOS526982 | VWNAOS526982 | Communications between VNA and PR consultant regarding non-public strategy related to the Flint water crisis. |
| VWNAOS526987 | VWNAOS526987 | Memorandum from VNA's public relations firm, including recommendations to strategically position the company for growth and earnings, along with a comprehensive strategy and proposed budgets, justifying the need for confidentiality. |
| VWNAOS526996 | VWNAOS526996 | Memorandum from VNA's public relations firm, including recommendations to strategically position the company for growth and earnings, along with a comprehensive strategy and proposed budgets, justifying the need for confidentiality. |

PR Documents

| Production::Begin Bates | Production::End Bates | Confidentiality Reason |
|---|---|---|
| VWNAOS527000 | VWNAOS527000 | Memorandum from PR consultant re: media strategy for responding to a Mother Jones article about VNA's work in Pittsburg. The document contains recommendations for responding to press coverage, providing potential fodder to competitors and addressing corporate communications issues. |
| VWNAOS527011 | VWNAOS527011 | Communications with PR consultants regarding how Veolia was being portrayed in contemporaneous media coverage about Flint and potential response. The document outlines VNA's non-public PR advice. |
| VWNAOS527022 | VWNAOS527022 | Internal memorandum addressing VNA's PR strategy across the United States, describing specific actions taken in several cities. The document contains recommendations for responding to press coverage, providing potential fodder to competitors and addressing corporate communications issues. |
| VWNAOS527034 | VWNAOS527034 | Memorandum from VNA's public relations firm, including recommendations to strategically position the company for growth and earnings, along with a comprehensive strategy and proposed budgets, justifying the need for confidentiality. |
| VWNAOS528236 | VWNAOS528236 | Contract between VNA and Truscott Rossman Group for a marketing program unrelated to Flint. The contract includes commercially-sensitive information (compensation and billing information). |
| VWNAOS249107 | VWNAOS249107 | Contract between VNA and Truscott Rossman Group for a marketing program unrelated to Flint. The contract includes commercially sensitive information (compensation and billing information). a marketing program that was entered into in July 2014 having nothing to do with |