# EXHIBIT A

**Ex. A - Summary of Veolia's Retained of Expert Reports**

| No. | Veolia Expert Name | Responsive to | Expertise | Report Summary | Report Total |
|-----|-------------------|---------------|-----------|----------------|--------------|
| 1. | William D. Bellamy | Dr. Russell | Civil Engineering | July 26, 2023 Report (98 pages)<br>Oct. 27, 2023 Reply Report (3 pages) | 2 Reports, 101 pages |
| 2. | David C. Crowe | Dr. Russell | PhD Metallurgical Engineering; Retired Registered Professional Engineer | July 26, 2023 Expert Report (19 pages)<br>Sept. 19, 2023 Reply Report (6 pages) | 2 Reports, 25 pages |
| 3. | Sheldon V. Masters | Dr. Russell | PhD Civil Engineering | July 26, 2023 Expert Report (65 pages)<br>Oct. 30, 2023 Reply Report (8 pages) | 2 Reports, 73 pages |
| 4. | Graham Gagnon | Dr. Russell | PhD Civil Engineering; Licensed Professional Engineer | July 26, 2023 Expert Report (60 pages)<br>Oct. 30, 2023 Reply Report (5 pages) | 2 Reports, 65 pages |
| 5. | Samuel M. Lundstrom | Dr. Crakes<br>Dr. Krishan<br>Dr. Hoffman | PhD Economics | May 26, 2023 Expert Reports Concerning:<br>  o Yedadiyah Adams-Lee (42 pages)<br>  o Elijah Ampy (42 pages)<br>  o Gabrielle Banks (40 pages)<br>  o Shulamit Benitez-Gutierrez (42 pages)<br>  o Ryder Eaton (42 pages)<br>  o Raykyah Hall (42 pages)<br>  o Taquarius Hampton (41 pages)<br>  o Jayden Nolen (42 pages)<br>  o Jackson Schlosser (42 pages)<br>  o Curtis Davis (42 pages)<br>Oct. 27, 2023 Reply Report (13 pages) | 11 Reports, 430 pages |
| 6. | William A. Huber | Dr. Specht | Statistical Consultant | Oct. 26, 2023 Expert Report (164 pages)<br>Jan. 7, 2024 Reply Report (20 pages) | 2 Reports, 184 pages |
| 7. | Daniel Schultz | Dr. Specht | Physician | Oct. 27, 2023 Expert Report (68 pages) | 2 Reports, |

| | | | Regulatory Affairs Consultant | Jan. 8, 2024 Reply Report (40 pages) | 108 pages |
|---|---|---|---|---|---|
| 8. | Robert J. McAffrey | Dr. Krishnan Dr. Hoffman | PhD Experimental Psychology; Certified Court Evaluator or Guardian | May 18, 2023 Expert Report concerning:<br>o Yedadiyah Adams-Lee (24 pages)<br>o Jackson Schlosser (22 pages)<br>o Jayden Nolen (31 pages)<br>o Raykyah Hall (30 pages)<br>o Ryder Eaton (25 pages) | 5 Reports, 132 pages |
| 9. | Stephen H. Putnam | Dr. Krishnan Dr. Hoffman | PhD Counseling Psychology; Board Certified Clinical Neuropsychologist | Independent medical examinations of:<br>o Yedadiyah Adams-Lee (6 pages)<br>o Elijah Ampy (6 pages)<br>o Gabrielle Banks (6 pages)<br>o Curtis Davis (5 pages)<br>o Ryder Eaton (6 pages)<br>o Jayden Nolen (6 pages)<br>o Jackson Schlosser (6 pages) | 7 reports, 41 pages |
| 10. | Nancy L. Segreve | Dr. Crakes Dr. Krishnan Dr. Hoffman | Vocational counselor; Certified Rehabilitation Counselor and Case Manager | May 23, 2023 Vocational Assessments of:<br>o Yedadiyah Adams-Lee (13 pages)<br>o Elijah Ampy (11 pages)<br>o Gabrielle Banks (13 pages)<br>o Shulamit Benitez-Gutierrez (14 pages)<br>o Curtis Davis (13 pages)<br>o Ryder Eaton (12 pages)<br>o Raykyah Hall (14 pages)<br>o Taquarius Hampton (15 pages)<br>o Jayden Nolen (13 pages)<br>o Jackson Schlosser (13 pages)<br>Oct. 27, 2023 Reply Report (2 pages) | 11 Reports, 133 pages |
| 11. | David W. Thompson | Dr. Krishnan Dr. Hoffman | Clinical Psychology PhD; Board Certified in Forensic Psychology | May 19, 2023 Expert Report (26 pages) | 1 Report, 26 pages |
| 12. | William Banner, Jr. | Dr. Sample Dr. Bithoney Dr. Specht | Board Certified in Pediatrics, Medical Toxicology, and Pediatric; | Oct. 27, 2023 Expert Report (79 pages)<br>Jan. 29, 2024 Reply Report (22 pages) | 2 Reports, 101 pages |

| | | | Critical Care Medicine; Pharmacology Ph.D. | | |
|---|---|---|---|---|---|
| 13. | Stacey M. Benson | Dr. Sample Dr. Bithoney | Epidemiology Ph.D. | Oct. 26, 2023 Expert Report (114 pages) Jan. 29, 2024 Reply Report (41 pages) | 2 Reports, 155 pages |
| 14. | Brent L. Finley | Dr. Sample Dr. Bithoney | Board Certified Toxicologist; Pharmacology/Toxicology Ph.D.; DABT | Oct. 27, 2023 Expert Report (207 pages) | 1 Report, 207 pages |
| 15. | Michael I. Greenberg | Dr. Sample Dr. Bithoney | Board Certified in Occupational Medicine, Medical Toxicology, Emergency Medicine, and Addiction Medicine; M.P.H | Oct. 27, 2023 Expert Reports concerning: <ul><li>Curtis Davis (51 pages)</li><li>Elijah Ampy (52 pages)</li><li>Gabrielle Banks (51 pages)</li><li>Jackson Schlosser (54 pages)</li><li>Jayden Nolen (51 pages)</li><li>Ryder Eaton (52 pages)</li><li>Yedadidyah Adams-Lee (52 pages)</li></ul> | 7 Reports, 363 pages |
| 16. | Stephen L. Nelson | Dr. Sample Dr. Bithoney Dr. Krishnan Dr. Hoffman | Board Certified in Epilepsy and Neurology and General Pediatrics, with Special Qualification in Child Neurology; Biomedical Sciences Ph.D. | October 27, 2023 Expert Report concerning: <ul><li>Yedadiyah Adams-Lee (6 pages)</li><li>Curtis Davis (5 pages)</li><li>Elijah Ampy (6 pages)</li><li>Gabrielle Banks (6 pages)</li><li>Jayden Nolen (6 pages)</li><li>Jackson Schlosser (6 pages)</li><li>Ryder Eaton (6 pages)</li></ul> | 7 Reports, 41 pages |
| 17. | Douglas L. Weed | Dr. Sample Dr. Bithoney | Physician-Epidemiologist; M.P.H.; Epidemiology Ph.D | Oct. 27, 2023 Expert Report (256 pages) | 1 Report, 256 pages |

**Total Pages:**       **2,441 pages**