**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

*In re Flint Water Cases 16-10444*

_____/     The Hon. Judith E. Levy
                                                                                       United States District Judge

*Bellwether III Case No. 17-10164*

_____/

## NOTICE OF FILING

On February 14, 2024, the counsel for Bellwether III Plaintiffs sent correspondence to the Court, copying counsel for the Veolia Defendants. The letter is being filed herewith, as follows:

**Exhibit A – February 14 Letter to Court from Attorney Moshe Maimon.**

Dated: February 20, 2024                      Respectfully submitted,

                                                          */s/ Corey M. Stern*
                                                          Corey M. Stern
                                                          605 Third Ave., 33rd Fl.
                                                          New York, New York 10158
                                                          cstern@levylaw.com

## CERTIFICATE OF SERVICE

    I, Corey Stern, hereby certify that on February 20, 2024, the foregoing document and the attached exhibit was served on all counsel of record via the court's ECF system.

*/s/ Corey M. Stern*
Corey M. Stern
