UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases.<br><br>_____/ | Judith E. Levy<br>United States District Judge |

This Order Relates To:

ALL CASES

_____/

**ORDER AUTHORIZING DISTRIBUTION OF FUNDS FROM THE QUALIFIED SETTLEMENT FUND FOR PAYMENT OF MASTER GUARDIAN AD LITEM FEES FOR NOVEMBER 28, 2023 TO FEBRUARY 6, 2024 [2856]**

Having now considered the Notice of the Master Guardian Ad Litem Regarding Request for Payment of Fees for November 28, 2023 to February 6, 2024 ("Notice"), (ECF No. 2856), and the request to authorize the distribution of funds from the Qualified Settlement Fund[1] under Article XI of the Amended Settlement Agreement pursuant to Exhibit A of the Notice:

IT IS HEREBY ORDERED THAT:

---

[1] All capitalized terms herein have the same meaning set forth in the Amended Settlement Agreement that the Court has preliminarily approved.

A distribution of funds in the amount of $60,482.38 from the Qualified Settlement Fund for the purpose of paying Master GAL Miriam Z. Wolock for November 28, 2023 to February 6, 2024 is approved.

IT IS SO ORDERED.

Dated: February 21, 2024          s/Judith E. Levy
Ann Arbor, Michigan            JUDITH E. LEVY
                                         United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 21, 2024.

                                           s/William Barkholz
                                           WILLIAM BARKHOLZ