# EXHIBIT B

## Plaintiffs Reduced List of CDC Challenges

| No. | Production::BeginBates | Production::EndBates |
|---|---|---|
| 1 | VWNAOS085515 | VWNAOS085515 |
| 2 | VWNAOS085516 | VWNAOS085516 |
| 3 | VWNAOS090992 | VWNAOS090992 |
| 4 | VWNAOS091116 | VWNAOS091116 |
| 5 | VWNAOS091117 | VWNAOS091117 |
| 6 | VWNAOS091121 | VWNAOS091121 |
| 7 | VWNAOS091123 | VWNAOS091123 |
| 8 | VWNAOS091124 | VWNAOS091124 |
| 9 | VWNAOS091129 | VWNAOS091129 |
| 10 | VWNAOS091152 | VWNAOS091152 |
| 11 | VWNAOS091160 | VWNAOS091160 |
| 12 | VWNAOS164985 | VWNAOS164985 |
| 13 | VWNAOS164993 | VWNAOS164993 |
| 14 | VWNAOS164994 | VWNAOS164994 |
| 15 | VWNAOS172775 | VWNAOS172775 |
| 16 | VWNAOS552956 | VWNAOS552956 |
| 17 | VWNAOS552988 | VWNAOS552988 |
| 18 | VWNAOS552989 | VWNAOS552989 |
| 19 | VWNAOS552999 | VWNAOS552999 |
| 20 | VWNAOS553020 | VWNAOS553020 |
| 21 | VWNAOS553047 | VWNAOS553047 |
| 22 | VWNAOS553075 | VWNAOS553075 |
| 23 | VWNAOS329191 | VWNAOS329191 |
| 24 | VWNAOS553105 | VWNAOS553105 |
| 25 | VWNAOS553134 | VWNAOS553134 |
| 26 | VWNAOS544106 | VWNAOS544106 |
| 27 | VWNAOS544108 | VWNAOS544108 |
| 28 | VWNAOS553247 | VWNAOS553247 |
| 29 | VWNAOS553290 | VWNAOS553290 |
| 30 | VWNAOS331518 | VWNAOS331519 |
| 31 | VWNAOS331543 | VWNAOS331545 |
| 32 | VWNAOS331550 | VWNAOS331552 |
| 33 | VWNAOS331553 | VWNAOS331554 |

| | | |
|---|---|---|
| 34 | VWNAOS331555 | VWNAOS331557 |
| 35 | VWNAOS331558 | VWNAOS331560 |
| 36 | VWNAOS331561 | VWNAOS331563 |
| 37 | VWNAOS331569 | VWNAOS331571 |
| 38 | VWNAOS526234 | VWNAOS526234 |
| 39 | VWNAOS260180 | VWNAOS260180.0004 |
| 40 | VWNAOS332516 | VWNAOS332516 |
| 41 | VWNAOS526894 | VWNAOS526894 |
| 42 | VWNAOS526900 | VWNAOS526900 |
| 43 | VWNAOS553469 | VWNAOS553469 |
| 44 | VWNAOS222380 | VWNAOS222381 |
| 45 | VWNAOS448563 | VWNAOS448564 |
| 46 | VWNAOS222385 | VWNAOS222386 |
| 47 | VWNAOS494815 | VWNAOS494827 |
| 48 | VWNAOS494840 | VWNAOS494852 |
| 49 | VWNAOS528237 | VWNAOS528237 |
| 50 | VWNAOS528366 | VWNAOS528366 |
| 51 | VWNAOS550141 | VWNAOS550141 |
| 52 | VWNAOS550142 | VWNAOS550142 |
| 53 | VWNAOS521990 | VWNAOS521990 |
| 54 | VWNAOS522059 | VWNAOS522062 |
| 55 | VWNAOS522063 | VWNAOS522066 |
| 56 | VWNAOS555305 | VWNAOS555305 |
| 57 | VWNAOS555464 | VWNAOS555464 |
| 58 | VWNAOS555473 | VWNAOS555473 |
| 59 | VWNAOS555522 | VWNAOS555522 |
| 60 | VWNAOS555574 | VWNAOS555574 |
| 61 | VWNAOS555596 | VWNAOS555596 |
| 62 | VWNAOS555597 | VWNAOS555597 |
| 63 | VWNAOS555598 | VWNAOS555598 |
| 64 | VWNAOS555602 | VWNAOS555602 |
| 65 | VWNAOS536974 | VWNAOS536974 |
| 66 | VWNAOS555806 | VWNAOS555806 |
| 67 | VWNAOS555873 | VWNAOS555873 |
| 68 | VWNAOS556604 | VWNAOS556604 |
| 69 | VWNAOS556606 | VWNAOS556606 |
| 70 | VWNAOS556763 | VWNAOS556763 |

| | | |
|---|---|---|
| 71 | VWNAOS556764 | VWNAOS556764 |
| 72 | VWNAOS556784 | VWNAOS556784 |
| 73 | VWNAOS556785 | VWNAOS556785 |
| 74 | VWNAOS556786 | VWNAOS556786 |
| 75 | VWNAOS556940 | VWNAOS556940 |
| 76 | VWNAOS556942 | VWNAOS556942 |
| 77 | VWNAOS556989 | VWNAOS556989 |
| 78 | VWNAOS557041 | VWNAOS557041 |
| 79 | VWNAOS557181 | VWNAOS557181 |
| 80 | VWNAOS557186 | VWNAOS557186 |
| 81 | VWNAOS557195 | VWNAOS557195 |
| 82 | VWNAOS557207 | VWNAOS557207 |
| 83 | VWNAOS557212 | VWNAOS557212 |
| 84 | VWNAOS557213 | VWNAOS557213 |
| 85 | VWNAOS558399 | VWNAOS558399 |
| 86 | VWNAOS558968 | VWNAOS558968 |
| 87 | VWNAOS558981 | VWNAOS558981 |
| 88 | VWNAOS559054 | VWNAOS559054 |
| 89 | VWNAOS559056 | VWNAOS559056 |
| 90 | VWNAOS559057 | VWNAOS559057 |
| 91 | VWNAOS551868 | VWNAOS551868 |
| 92 | VWNAOS559324 | VWNAOS559324 |
| 93 | VWNAOS559325 | VWNAOS559325 |
| 94 | VWNAOS559351 | VWNAOS559351 |
| 95[1] | VWNAOS559379 | VWNAOS559379 |
| 96 | VWNAOS172117 | VWNAOS172117 |
| 97 | VWNAOS525301 | VWNAOS525301 |
| 98 | VWNAOS172752 | VWNAOS172752 |
| 99 | VWNAOS552949 | VWNAOS552949 |
| 100 | VWNAOS544490 | VWNAOS544502 |
| 101 | VWNAOS332056 | VWNAOS332056 |
| 102 | VWNAOS332461 | VWNAOS332461 |
| 103 | VWNAOS332474 | VWNAOS332474 |

---

[1] Documents Numbered 1-95 are those identified in Exhibit 2 of Veolia's Response to Plaintiffs' Motion to Compel (ECF No. 2849-2). These documents have been described by Veolia as "PR privileged document[s] as to which VNA has good cause to maintain confidentiality." ECF No. 2849, PageID.94137.

| | | |
|---|---|---|
| 104 | VWNAOS333484 | VWNAOS333484 |
| 105 | VWNAOS526955 | VWNAOS526955 |
| 106 | VWNAOS526956 | VWNAOS526956 |
| 107 | VWNAOS333693 | VWNAOS333693 |
| 108 | VWNAOS526982 | VWNAOS526982 |
| 109 | VWNAOS526987 | VWNAOS526987 |
| 110 | VWNAOS526996 | VWNAOS526996 |
| 111 | VWNAOS527000 | VWNAOS527000 |
| 112 | VWNAOS527011 | VWNAOS527011 |
| 113 | VWNAOS527022 | VWNAOS527022 |
| 114 | VWNAOS527034 | VWNAOS527034 |
| 115 | VWNAOS528236 | VWNAOS528236 |
| 116[2] | VWNAOS249107 | VWNAOS249107 |

---

[2] Documents Numbered 96-116 are those identified in Exhibit 5 of Veolia's Response to Plaintiffs' Motion to Compel (ECF No. 2849-5). These documents have been described by Veolia as "non-privileged PR-related document[s] as to which VNA has good cause to maintain confidentiality." ECF No. 2849, PageID.94142.