UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Cholyanda Brown, et al.,

                        Plaintiff(s),

v.                                              Case No. 5:16−cv−10444−JEL−EAS
                                                    Hon. Judith E. Levy

Veolia Water North America
Operating Services, LLC, et al.,

                        Defendant(s),

## NOTICE TO APPEAR REMOTELY

PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Judith E. Levy as follows:

- MISCELLANEOUS HEARING:  February 28, 2024 at 12:00 PM

The public may access the audio proceedings with the following connection information:

**PHONE NUMBER:**  669 254 5252
**MEETING ID:**       160 016 0326

Attorneys and parties required to attend the hearing will be sent connection information in a separate email.

**ADDITIONAL INFORMATION:**    STATUS AND DISCOVERY CONFERENCE

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                 By: s/W. Barkholz
                                                     Case Manager

Dated:   February 22, 2024