# EXHIBIT 1

**From:** Corey Stern <CStern@levylaw.com>
**Sent:** Wednesday, February 22, 2023 12:12 PM
**To:** Devine, Alaina N. <ADevine@Campbell-trial-lawyers.com>
**Cc:** Melanie Daly <mdaly@levylaw.com>; Campbell, James M. <jmcampbell@Campbell-trial-lawyers.com>; molsen@mayerbrown.com; Dupre, Kristin M. <KDupre@Campbell-trial-lawyers.com>; Penhallegon, John R. <jpenhallegon@campbelltriallawyers.com>; Fletcher, Christopher D. <CFletcher@campbell-trial-lawyers.com>; Erickson, Philip <PErickson@plunkettcooney.com>; Travis.Gamble@faegredrinker.com; Kent, David C. <david.kent@faegredrinker.com>; Mason, Wayne B. <wayne.mason@faegredrinker.com>; Patrick Lanciotti <PLanciotti@napolilaw.com>; Hunter Shkolnik <Hunter@nsprlaw.com>; Ter Molen, Mark <MTerMolen@mayerbrown.com>; cwoods@mayerbrown.com
**Subject:** Re: Flint: Bellwether III Experts Disclosed in 2020 - Stern Experts

All but Humann. Same opinions. Nothing changed.

Corey M. Stern
Levy Konigsberg, LLP
605 Third Avenue, 33rd Floor
New York, New York 10158
(212)605-6298
(212)605-6290 (facsimile)
cstern@levylaw.com
www.levylaw.com

> On Feb 21, 2023, at 1:59 PM, Devine, Alaina N. <ADevine@campbell-trial-lawyers.com> wrote:
>
> Corey,
>
> Please confirm whether any of the following experts remain open and served from their 2020 reports with respect to the Bellwether III trial scheduled for January 2024:
> 1. Dr. Graziano
> 2. Dr. Michaels

3. Dr. Hoaglund
4. Richard Humann

If Dr. Michaels remains open and served for the Bellwether 3 trial, please provide dates for his deposition within the current deadlines.

Thank you,

*Alaina N. Devine*
**Campbell Conroy & O'Neil**
**Professional Corporation**

<image001.jpg>

20 City Square, Suite 300
Boston, MA 02129
Office: (617) 241-3037
Cell: (508) 612-6204
Email: adevine@campbell-trial-lawyers.com

**Note** : This e-mail contains information from the law firm of Campbell Conroy & O'Neil Professional Corporation that may be proprietary, confidential, or protected under the attorney- client privilege or work-product doctrine. This e-mail is intended for the use only of the named recipient. If you are not the intended recipient named above, you are strictly prohibited from reading, disclosing, copying, or distributing this e-mail or its contents, and from taking any action in reliance on the contents of this e-mail. If you received this e-mail in error, please delete this message and respond immediately by e-mail to the author or call (617) 241-3000.

CONFIDENTIALITY STATEMENT This e-mail transmission and any accompanying attachment contains information that is confidential, privileged and exempt from disclosure under applicable law. This e-mail is intended only for the use of the individual or entity to which it is addressed. If you receive this e-mail in error or you are not the intended recipient, do not read, copy or disseminate in any manner. If you are not the intended recipient, you may not disseminate, distribute or copy this communication and any disclosure, copying, distribution, use or taking any action in reliance on the contents of this information is strictly prohibited. If you received this communication in error, please reply to the message immediately by informing the sender that the message was misdirected and after advising the sender you must erase the message from your computer system and destroy any hard copies that may have been made. Thank you for your assistance in correcting this error.

---

This email has been scanned for spam and viruses. Click here to report this email as spam.

CONFIDENTIALITY STATEMENT This e-mail transmission and any accompanying attachment contains information that is confidential, privileged and exempt from disclosure under applicable law. This e-mail is intended only for the use of the individual or entity to which it is addressed. If you receive this e-mail in error or you are not the intended recipient, do not read, copy or disseminate in any manner. If you are not the intended recipient, you may not disseminate, distribute or copy this communication and any disclosure, copying,