**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

*In re Flint Water Cases 16-10444*

_____/   The Hon. Judith E. Levy
                                             United States District Judge


*Bellwether III Case No. 17-10164*

_____/


## NOTICE OF FILING

On February 22, 2024, the counsel for Bellwether III Plaintiffs sent correspondence to the Court, copying counsel for the Veolia Defendants. The letter is being filed herewith, as follows:


**Exhibit A – February 22 Letter to Court from Attorney Moshe Maimon.**


Dated: February 22, 2024                Respectfully submitted,

                                        */s/ Melanie Daly*
                                        Melanie Daly
                                         605 Third Ave., 33rd Fl. New
                                        York, New York 10158
                                        mdaly@levylaw.com

## CERTIFICATE OF SERVICE

I, Melanie Daly, hereby certify that on February 22, 2024, the foregoing document and the attached exhibits were served on all counsel of record via the court's ECF system.

_s/ Melanie Daly_
Melanie Daly