**LEVY KONIGSBERG LLP**
**ATTORNEYS AT LAW**
**605 THIRD AVENUE, 33RD FLOOR**
**NEW YORK, N.Y. 10158**

---

**NEW JERSEY OFFICE**
**QUAKERBRIDGE EXECUTIVE OFFICE**
**101 GROVERS MILL ROAD**
**LAWRENCEVILLE, NJ 08648**
**TELEPHONE: (609) 720-0400**
**FAX: (609) 720-0457**

**(212) 605-6200**
**FAX: (212) 605-6290**
**WWW.LEVYLAW.COM**

**ATLANTA OFFICE**
**ONE GLENLAKE PARKWAY, SUITE 700**
**ATLANTA, GEORGIA 30328**
**TELEPHONE: (800) 315-3806**
**FAX: (212) 605-6290**

WRITER'S DIRECT EMAIL: MMaimon@levylaw.com

FEBRUARY 22, 2024

**VIA EMAIL (SETH_MAYER@MIED.USCOURTS.GOV)**
Honorable Judith E. Levy
United States District Court – Eastern District of Michigan
Federal Building
200 East Liberty Street
Ann Arbor, Michigan 48104

    **RE:**    **IN RE FLINT WATER LITIGATION – CASE NO. 16-CV-10444**
                **ORDER OF FEBRUARY 21, 2024**

Dear Judge Levy:

    I write as a follow-up to Your Honor's Order of February 21, 2024 (ECF No. 2862).

    In line with the approach taken by Judge Rakoff in *Meyer v. Kalanick,* 212 F. Supp. 3d 437 (S.D.N.Y. 2016), and so as to not compound the damage already done, I respectfully request that the attachments to the Declaration be provided to the Court and Plaintiffs' counsel (or in the circumstance of a claim of privilege to the Court alone *in camera*) and **not** filed on the docket.

                                                  Respectfully,

                                                  **LEVY KONIGSBERG, LLP**

                                                  */s/ Moshe Maimon*
                                                  Moshe Maimon

    *Cc:*    Hunter Shkolnik, Esq.
              *Counsel for Veolia*