# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

## AGENDA FOR FEBRUARY 28, 2024 STATUS AND DISCOVERY CONFERENCE

The Court will hold a status and discovery conference on these cases on **Wednesday, February 28, 2024 at 12:00 PM** jointly with Genesee County Circuit Court Judge David J. Newblatt via Zoom video conference. The Zoom link will be docketed in 16-10444.

The agenda will be as follows, although the Court may adjust the agenda prior to the conference if necessary.

1. Status reports from counsel and scheduling discussion regarding pending cases, including *People of the State of Michigan v. Veolia North America, et al*, 16-107576, in Genesee Circuit Court;

2. Report from Special Master Deborah E. Greenspan on status of the settlement process;

3. *Bellwether III* schedule;

4. *Bellwether II* written discovery responses;

5. Dispute over attachments to VWNAOS562773-562773.001; and

6. Timing of depositions and dispute over 30(b)(6) notice in *Bellwether III* case.

IT IS SO ORDERED.

Dated: February 23, 2024      s/Judith E. Levy
Ann Arbor, Michigan     JUDITH E. LEVY
    United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 23, 2024.

    s/William Barkholz
    WILLIAM BARKHOLZ
    Case Manager