2/15/24

Dear Honorable Judith Levy,

This is in response to Is The Water Settlement (Flint) Just or Right.

The answer is NO. NOT by a long shot.

This is my second letter to you about this.

My Brother Gary is disabled. And died on an operating table. He was rushed to Hurley Hospital for a ruptured intestine. The Dr. was Kristoffer Wong DO. Phone No. 810-262-7300. Heres what was on the paperwork from the hospital: Colostomy Descending/Sigmoid LLQ./ Surgical Incision 11/23/16 Abdomen, was in the hospital for 7 days. After He got out of hospital I was the one who had to care for him, change his bags and flush his tube and change his bandages.

Ms. Carol A. Sewell
834 Leland St
Flint, MI 48507

2/15/24



A part of his intestines were cut out of him. And his body was altered. He had to go in for another surgery to reverse the proceedure. I also took care of that wound. My brother now has bowel issues. I am including more iformation for you to make your decision.

I was recently diagnosed with Rumatoid Arthritis which is very painful. I still have a lead tainted hot water heater in my home. I am still being injured because of the Flint water crisis.

Below is an article on water and Rhumatoid Arthritis. My Dr. is Dianne Junior at Oak Street Health. Phone

Ms. Carol A. Sewell
834 Leland St
Flint, MI 48507

Number is: 810-215-0261.
I give you my written permission to call and find out.

Here is a written article on the causes of Rumatoid Arthritis. I will not write all the article because of its length.

This article is taken from the Water Conditioning and Purification International Magazine. It was written Feb. 13 2014.

The article is called "Water-Based Virus May Cause Rheumatoid Arthritis" by Kelly A Reynolds, MSPH, PhD.

A virus commonly isolated from water is in the news again. This time, the minivirus has been linked to patients with Rheumatoid arthritis. In fact they were originally mistaken for Bacteria following

Pg 4 of 7

Ms. Carol A. Sewell
834 Leland St
Flint, MI 48507

their discovery in 1992, when ~~researching~~ scientists were researching Legionella pathogens in water. The virus was given to mice and it resulted in arthritis in mice. These viruses grow inside water.

As an auto immune disease, Rheumatoid arthritis occurs when the Body's immune System mistakenly attacks its own joints. Rheumatoid arthritis is an Auto-immune disease. It is a Chronic and painful ailment.

The first Step to Reduce the virus is to identify the environmental issue. Water ingestion is thought to be the most frequent route of exposure.

Case 5:16-cv-10444-JEL-EAS ECF No. 2873, PageID.94675, Filed 02/21/24 Page 5 of 10

2/15/24
Pg 5 of 9

Ms. Carol A. Sewell
834 Leland St
Flint, MI 48507

Once Ingested, the Viruses are Likely Captured By Immune Cells. In the gut. Its Also Been Related To pneumonia. The Viruses are Expected To Be Prevalent wherever their Hosts persist, with a Life Cycle similar To Legionella. The Viruses are Likely present in (water Heaters) And plumbing.

No Cure Exists for Rheumatoid Arthritis. The water Based virus can (persist) in sources.

End of Article

This is About The Author of the Article

Dr. Kelly A Reynolds Associate Professor At the University of Arizona College of Public Health. Holds A Master of Science Degree In Public Health (MSPH) from The University of South Florida.

Pg 6 of 9   2/10/24

Ms. Carol A. Sewell
834 Leland St
Flint, MI 48507

She may be contacted at:

reynolds2u.arizona.edu

My household is a disabled household. We still purchase bottled water with our food stamps, which takes away money for food.

And the biggest damage of all is I do NOT trust the government at all.

We were told the water was safe, but it wasn't and we were harmed. The water settlement is supposed to be fair and just. 80% to children. My brother a grown man died on an operating table due to a ruptured intestine. Wheres his justice.

I cant afford to replace the water items in my home, which is

Ms. Carol A. Sewell
834 Leland St
Flint, MI 48507

continuing to do me harm. I'm on SSI. And my Brother Receives SSDI.

This information can be found on YouTube. An Ex District Attorney had evidence of Ricco charges and was going for manslaughter charges on Gov. Snyder and others in high offs. A new D.A. Danna Nessel comes in and Dismisses all charges. And the EX DA TODD FLOOD had proof posotive of his charges. And was going for an indictment.

If proof existed on me for such I would find myself behind Bars. Dana Nessel should be behind Bars.

No one is guilty of anything. And yet I still pay the price for it.

The settlement is

Pg 8 of 9

2/10/24

Ms. Carol A. Sewell
834 Leland St
Flint, MI 48507

Totally unfair and unjust. And is not right.

What about Equal Justice under the Law. Will my Brother Automatically grow a new Intestine?

80% to Children out rageous.

My Brother died Because of the Water A grown man. Only Emergency Surgery saved his life. His body was altered. I not only suffered personal Bodily Injury. But suffered even more with my Brothers Injury. Plus I received another injury due to the Water it's R.A. A crippling disease.

I am so angered by this crisis. And it just grows.

Page 9

2/10/24

Ms. Carol A. Sewell
834 Leland St
Flint, MI 48507

If you are a Judge that Believes in what is Right and Just. There is only 1 choice to be made. And that's the Right Choice.

Haven't we already suffered enough.

Is there Rightness or Justice in the Flint Water Crisis, Because I have yet to see it. Its left me with an Anger I can't get Rid of.

I've lost so much Because of it.

I question is there Any Justice or Rightness.

Sincerely
Carol Sewell
834 Leland St.
Flint, Mich.
48507
Phone: 810-588-1158

Ms. Carol A. Sewell
834 Leland St
Flint, MI 48507

Judge Judith E. Levy
U.S. District Court for the
Eastern District of Mich.
Federal Bldg. & U.S. Courthouse
600 Church St.
Room 140
Flint, Mich.
48502

METROPLEX MI 480
15 FEB 2024 PM 7

RECEIVED
FEB 21 2024
U.S. DISTRICT COURT
FLINT, MICH

