# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases. | Judith E. Levy |
| | United States District Judge |
| _____/ | |

This Order Relates To:

ALL CASES

_____/

## ORDER

On February 23, 2024, the Court ordered Defendants Veolia North America, LLC, Veolia North America, Inc., and Veolia Water North America Operating Services, LLC (collectively, "VNA") to submit a declaration and related information as part of the Court's ongoing inquiry into VNA's public relations campaign against Plaintiffs' counsel, Corey Stern. (ECF No. 2868). VNA's counsel filed a declaration on February 26, 2024. (ECF No. 2870.) VNA's counsel also submitted a further declaration and exhibits for *in camera* review. (*Id.* at PageID.94428.) The ten *in camera* exhibits VNA provided include twenty-four documents totaling just over 100 pages.

In the Court's previous order, it ordered that "If VNA or VE claim any of the materials are privileged, they must set forth the basis for the claim." (ECF No. 2868, PageID.94422.) VNA did not comply with this requirement. The Court now orders that VNA file a privilege log on the docket for the twenty-four documents it provided the Court for in-camera review. Additionally, it orders VNA to file a declaration identifying the following individuals and explaining what role, if any, they have in this litigation: Ismaël Emelien, Leslie Fagan, Xavier Boucobza, and Mike Brown. All of these individuals were email recipients named in Exhibit A, and some of them appear elsewhere in the *in camera* exhibits the Court received. Finally, VNA is ordered to identify the recipient of the email address ie@unusual.paris and state what role, if any, they have in this litigation. That email is included as a recipient in a document in Exhibit C. VNA is ordered to files these submissions on the docket no later than March 7, 2024 at 5:00 PM.

IT IS SO ORDERED.

Dated: March 5, 2024　　　　　　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　　United States District Judge

2

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 5, 2024.

                                            s/William Barkholz
                                            WILLIAM BARKHOLZ