# EXHIBIT A

## Current Bellwether III Scheduling Order [ECF No. 2720]

| Event | Date/Deadline Range |
|---|---|
| Daubert and Summary Judgment Motions | March 22, 2024 |
| Daubert and Summary Judgment Response Briefs | April 3, 2024 |
| Daubert and Summary Judgment Reply Briefs | April 18, 2024 |
| Oral Argument on Daubert Motions | May 27, 2024 2:00pm cont'd if needed on May 28, 2024 2:00pm |
| Oral Argument on Summary Judgment Motions | May 29, 2024 2:00pm cont'd if needed on May 30, 2024 2:00pm |
| Deadline for Parties to Submit Joint Proposed Jury Questionnaire to the Court (via e-mail) | June 24, 2024 |
| Status Conference on Jury Questionnaire Content | June 26, 2024 at 2:00pm |
| Motions in Limine—Opening Briefs | July 1, 2024 |
| Motions in Limine—Response Briefs | July 15, 2024 |
| Motions in Limine—Reply Briefs | July 29, 2024 |
| Deadline for Parties to Ship 200 copies of Juror Questionnaires to Judge Levy's Chambers in Ann Arbor, Michigan | September 6, 2024 |
| Hearing on motions in limine (the Court will notify the parties in advance as to which motions will be argued) | September 12, 2024 |
| Summoned Jurors to Courthouse to Answer Questionnaires (Court Staff Only) (Jury Department takes approximately one week to process questionnaires and make them available to counsel and the Court) | September 12, 2024 |
| Deposition Designations (due for exchange between parties) | Parties to propose deadline |
| Objections to Deposition Designations and Counter-Designations (due for exchange between parties) | Parties to propose deadline |
| Deadline for Submitting Deposition Designations Matrices and Highlighted Transcripts to the Court (via e-mail) | September 16, 2024 |
| Parties to File Jointly Proposed Jury Instructions and Verdict Form | September 16, 2024 |
| Parties to Submit Joint Final Pretrial Order (use Utilities function in CM/ECF and e-mail) | September 16, 2024 |
| Parties to Submit Jointly Proposed Voir Dire Questions and Joint Statement of the Case (via e-mail) | September 20, 2024 |
| Status Conference Regarding Excusals Based on Jury Questionnaire Responses | TBD |
| Final Pretrial Conference and Hearing on proposed Jury Instructions and Verdict Form | September 23, 2024 10:30am cont'd if needed on September 24, 2024 10:30am |
| Deadline for Court to Inform Jury Dept of Excusals Based on Questionnaires (Court Staff Only) | October 2, 2024 |
| Hearing Regarding Misc. Pretrial Matters (if needed) | October 7, 2024 |
| First Day of Trial/Voire Dire | October 8, 2024 |

## Proposed Scheduling Order for Phase 1 Accelerated Trial Date

| Suggested Event | Proposed Deadline | Proposed Procedure |
|---|---|---|
| Pre-Motion Submission | March 15, 2024 | Parties submit summaries of all of the Daubert, in Limine, and summary judgment issues they intend to raise with respect to Phase 1 experts (Dr. Russell and Dr. Bellamy), and other relevant breach evidence.<br><br>The summary shall include whether the Court has ruled on these issues during Bellwether I, or the Class Issues Trial. If the Court has already ruled on an issue, then the party must set forth a concise statement establishing a threshold showing for why the standard for reconsideration would be met.<br><br>If the parties are unable to make the threshold showing for reconsideration, then the prior rulings shall stand. |
| Pre-Motion Conference | March 20, 2024 | Hearing re which issues and motions (if any) the Court will accept briefing on and the accompanying briefing schedule for those motions. |
| Daubert, Summary Judgment, and In Limine Motions (opening briefs) | March 29, 2024 | |
| Daubert and Summary Judgment Response Briefs | April 5, 2024 | |
| Reply Briefs | April 12, 2024 | |
| Oral Argument on Motions | April 17, 2024 & April 18 2024 | |
| Deadline for Parties to Submit Joint Proposed Jury Questionnaire to the Court (via e-mail) | N/A | The parties are permitted to use the jury questionnaires prepared for the Bellwether I. trial. |
| Status Conference on Jury Questionnaire Content | N/A | The parties are permitted to use the jury questionnaires prepared for the Bellwether I. trial. |
| Deadline for Parties to Ship 200 copies of Juror Questionnaires to Judge Levy's Chambers in Ann Arbor, Michigan | N/A | The parties are permitted to use the jury questionnaires prepared for the Bellwether I. trial. |
| Summoned Jurors to Courthouse to Answer Questionnaires (Court Staff | April 19, 2024 | |

| | | |
|---|---|---|
| Only) (Jury Department takes approximately one week to process questionnaires and make them available to counsel and the Court) | | |
| Deposition Designations (due for exchange between parties) | April 22, 2024 | P&L submissions shall be limited new depositions or sections of depositions that were not designated by a party in the prior Bellwether I trial. |
| Objections to Deposition Designations and Counter-Designations (due for exchange between parties) | April 26, 2024 | P&L submissions shall be limited new depositions or sections of depositions that were not designated by a party in the prior Bellwether I trial. |
| Deadline for Submitting Deposition Designations Matrices and Highlighted Transcripts to the Court (via e-mail) | May 1, 2024 | P&L submissions shall be limited new depositions or sections of depositions that were not designated by a party in the prior Bellwether I trial. prior trial. |
| Parties to File Jointly Proposed Jury Instructions and Verdict Form | May 1, 2024 | |
| Parties to Submit Joint Final Pretrial Order (use Utilities function in CM/ECF and e-mail) | May 1, 2024 | |
| Parties to Submit Jointly Proposed Voir Dire Questions and Joint Statement of the Case (via e-mail) | May 6, 2024 | |
| Status Conference Regarding Excusals Based on Jury Questionnaire Responses | May 10, 2024 | |
| Final Pretrial Conference and Hearing on proposed Jury Instructions and Verdict Form | May 10, 2024 | |
| Deadline for Court to Inform Jury Dept of Excusals Based on Questionnaires (Court Staff Only) | May 15, 2024 | |
| Hearing Regarding Misc. Pretrial Matters (if needed) | May 20, 2024 | |
| First Day of Trial/Voire Dire | May 22, 2024 | |