# EXHIBIT A

**MINISTÈRE
DE L'ÉCONOMIE,
DES FINANCES
ET DE LA SOUVERAINETÉ
INDUSTRIELLE ET NUMÉRIQUE**
*Liberté
Égalité
Fraternité*

**Direction générale
des Entreprises**

M. Éric HAZA
*Directeur des affaires juridiques*
M<sup>me</sup> Charlotte GAUSSEL
*Directrice Juridique Contentieux et Arbitrage*
VEOLIA S.A.
30, rue Madeleine Vionnet
93 300 Aubervilliers
France

Réf. : SISSE/2024/03/1075
Annexe : Traduction de courtoisie en anglais / *Courtesy translation*

Paris, le 11 mars 2024

Madame, Monsieur,

Dans le cadre d'un contentieux civil en cours aux États-Unis, votre société, VEOLIA S.A. (ci-après « VEOLIA »), fait l'objet d'une demande de production de documents par une juridiction de l'État du Michigan (*United States District Court, Eastern District of Michigan, Southern Division*). Conformément à la loi n° 68-678 du 26 juillet 1968 (ci-après « loi de 1968 ») et au décret n° 2022-207 du 18 février 2022, le 29 février 2024, vous avez saisi le Service de l'Information Stratégique et de la Sécurité Économiques (ci-après « SISSE ») du Ministère de l'Économie, des Finances et de la Souveraineté industrielle et numérique.

Toute demande de transmission d'informations se trouvant en France de la part d'une juridiction américaine à l'attention d'une personne physique ou morale doit nécessairement respecter le cadre obligatoire prévu par les accords internationaux en vigueur entre la France et les États-Unis, lequel ne saurait être méconnu sans porter effectivement un préjudice aux intérêts français en termes de respect du droit international. Une telle demande doit donc nécessairement transiter par les canaux d'entraide judiciaires internationaux applicables entre la France et les États-Unis.

En l'espèce, la demande émise par la juridiction du District Est de l'État du Michigan a pour objet la transmission d'informations par la société VEOLIA. Celle-ci devra nécessairement être réalisée à travers la mise en place d'un canal d'entraide judiciaire civil existant entre la France et les États-Unis. Ainsi, une commission rogatoire internationale devra être adressée au Département de l'entraide, du droit international privé et européen du ministère de la Justice française, en sa qualité d'Autorité centrale française (*entraide-civile-internationale@justice.gouv.fr*) sur le fondement de la convention de La Haye du 18 mars 1970 sur l'obtention de preuves à l'étranger en matière civile ou commerciale.

Sous réserve de sa régularité, l'Autorité centrale française pourra ensuite soit transmettre cette commission rogatoire internationale aux autorités judiciaires françaises compétentes pour exécution (chapitre I de la convention), soit délivrer une autorisation aux fins d'exécution de la demande par un agent diplomatique ou consulaire ou par un commissaire (chapitre II de la convention).

En l'absence de mise en place d'un canal international d'entraide judiciaire, conformément aux textes visés ci-dessus, votre entreprise reste assujettie à la loi n° 68-678 du 26 juillet 1968, et spécifiquement à ce stade à son article 1er bis qui dispose qu' : « *il est interdit à toute personne de demander, de rechercher ou de communiquer, par écrit, oralement ou sous toute autre forme, des documents ou renseignements d'ordre économique, commercial, industriel, financier ou technique tendant à la constitution de preuves en vue de procédures judiciaires ou administratives étrangères ou dans le cadre de celles-ci* ». Cette interdiction s'applique « *sous réserve des traités ou accords internationaux et des lois et règlements en vigueur* ». Cette loi est une loi pénale d'ordre public et d'interprétation stricte dans son application. La violation d'une interdiction édictée par cette loi fait encourir les peines de 6 mois d'emprisonnement et 18 000 euros d'amende pour les personnes physiques ou 90 000 euros d'amende pour les personnes morales, conformément à l'article 3 de la loi susvisée.

En cas de question sur l'application de la loi de 1968, vous pouvez également inviter l'autorité publique étrangère à prendre l'attache de notre service (*guichet.sisse@finances.gouv.fr*).

Je vous prie d'agréer, Madame, Monsieur, l'expression de mes salutations distinguées.

**JOFFREY CELESTIN-URBAIN**
**CHEF DU SERVICE DE L'INFORMATION STRATEGIQUE ET**
**A LA SECURITE ECONOMIQUES**

**Copies** :
- Ministère de l'Europe et des Affaires Étrangères :
    - M. Aurélien LECHEVALLIER, Directeur général de la mondialisation, de la culture, de l'enseignement et du développement international ;
    - Mme Hélène DANTOINE, Directrice de la diplomatie économique ;
- Ministère de la Justice :
    - M. Rémi DECOUT-PAOLINI, Conseiller d'Etat, Directeur des affaires civiles et du Sceau ;
    - M. Olivier CHRISTEN, magistrat. Directeur des affaires criminelles et des grâces ;

## ANNEXE

## TRADUCTION EN ANGLAIS / COURTESY TRANSLATION

Paris, March 11th, 2024

Dear Sir, Dear Madam,

In the framework of an ongoing civil dispute in the United States, your company, VEOLIA S.A. (hereinafter "VEOLIA"), is the subject of a request for the production of documents by a court in the State of Michigan (United States District Court, Eastern District of Michigan, Southern Division). In accordance with Law no. 68-678 of July 26, 1968 (hereinafter "1968 Law") and Decree no. 2022-207 of February 18, 2022, on February 29, 2024, you referred the matter to the Service de l'Information Stratégique et de la Sécurité Économiques (hereinafter "SISSE") of the French Ministry of the Economy, Finance and Industrial and Digital Sovereignty.

Any request from an American court for the transmission of information located in France to a natural or legal person must necessarily respect the mandatory framework provided by international agreements in force between France and the United States, which cannot be disregarded without effectively prejudicing French interests in terms of respect for international law. Such a request must therefore necessarily transit through the international legal assistance channels applicable between France and the United States.

In this case, the request made by the Eastern District of Michigan is for VEOLIA to provide information. This will necessarily be carried out through an existing channel of civil judicial assistance between France and the United States. Thus, an international letter rogatory will have to be sent to the Department of Mutual Assistance, Private International and European Law of the French Ministry of Justice, in its capacity as French Central Authority (entraide-civile-internationale@justice.gouv.fr) on the basis of the Hague Convention of March 18, 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters.

Depending on the legality of the request, the French Central Authority may then either forward the international letter rogatory to the competent French judicial authorities for execution (Chapter I of the Convention), or issue an authorization for the request to be executed by a diplomatic or consular agent or a commissioner (Chapter II of the Convention).

If no international channel for mutual legal assistance has been set up in accordance with the aforementioned texts, your company will remain subject to law no. 68-678 of July 26, 1968, and specifically at this stage to article 1 bis, which stipulates that: "it is forbidden for any person to request, seek or communicate, in writing, orally or in any other form, documents or information of an economic, commercial, industrial, financial or technical nature aimed at gathering evidence with a view to or in the context of foreign judicial or administrative proceedings". This prohibition applies "subject to international treaties or agreements and to the laws and regulations in force". This law is a penal law of public order, and is strictly interpreted in its application. In accordance with article 3 of the aforementioned law, any breach of the prohibition imposed by this law is punishable by 6 months' imprisonment and a fine of 18,000 euros for individuals, or 90,000 euros for corporate bodies.

If you have any questions about the application of the 1968 law, you can also ask the foreign public authority to contact us (guichet.sisse@finances.gouv.fr).

Sincerely