## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| *In Re* Flint Water Cases, | No. 5:16-cv-10444-JEL-MKM (consolidated) <br><br> Hon. Judith E. Levy |

### PLAINTIFFS' CO-LIAISON COUNSEL'S NOTICE OF DOCKET ENTRY

Plaintiffs' Co-Liaison Counsel, respectfully submits a letter from Hunter J. Shkolnik to the Court, dated March 14, 2024, regarding Mr. Olsen's letter of March 11, 2024, submitted on behalf of Veolia Environnement S.A. ("VE") (ECF No. 2884). A true and correct copy of the letter is attached hereto as **Exhibit A**.

Dated: March 14, 2024

        Respectfully submitted,

        **NAPOLI SHKOLNIK**

        By: /s/ Hunter Shkolnik
        Hunter J. Shkolnik, Esq.
        1302 Avenida Ponce de Leon,
        Santurce, Puerto Rico 00907
        (787) 493-5088
        hunter@nsprlaw.com

        *Co-Liaison Counsel for Personal Injury Claims*

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing upon counsel of record.

Dated: March 14, 2024

_____/s/ Patrick J. Lanciotti_____