UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

## AGENDA FOR MARCH 20, 2024 STATUS AND DISCOVERY CONFERENCE

The Court will hold a status and discovery conference on these cases on **Wednesday, March 20, 2024 at 1:00 PM** jointly with Genesee County Circuit Court Judge David J. Newblatt via Zoom video conference. The Zoom link will be docketed in 16-10444.

The agenda will be as follows, although the Court may adjust the agenda prior to the conference if necessary.

1. Motion to Bifurcate Bellwether III Trial (ECF No. 2881);
2. Schedule for *People of the State of Michigan v. Veolia North America, et al*, 16-107576, in Genesee Circuit Court;

3. Bellwether III Expert Deposition and Daubert Deadlines (ECF No. 2878);

4. Dispute Over Offering Testimony from Miguel Del Toral, Marc Edwards, Hernan Gomez, Warren Green, and Cristin Larder as Non-Retained Experts in Bellwether III.

IT IS SO ORDERED.

Dated: March 18, 2024      s/Judith E. Levy
Ann Arbor, Michigan     JUDITH E. LEVY
    United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 18, 2024.

    s/William Barkholz
    WILLIAM BARKHOLZ
    Case Manager