UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Cholyanda Brown, et al.,

                        Plaintiff(s),

v.                                         Case No. 5:16-cv-10444-JEL-EAS
                                              Hon. Judith E. Levy

Veolia Water North America
Operating Services, LLC, et al.,

                        Defendant(s),

## NOTICE TO APPEAR REMOTELY

PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Judith E. Levy as follows:

- MISCELLANEOUS HEARING: March 20, 2024 at 01:00 PM

The public may access the audio proceedings with the following connection information:

**PHONE NUMBER:** 1 669 254 5252
**MEETING ID:** 161 008 3051

Attorneys and parties required to attend the hearing will be sent connection information in a separate email.

**ADDITIONAL INFORMATION:** Status and Discovery Conference

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                    By: s/W. Barkholz
                                                        Case Manager

Dated: March 18, 2024