UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Case No: 16-cv-10444
Judith E. Levy
United States District Judge

This Document Relates To:

Elizabeth A. Stafford
United States Magistrate Judge

*Bellwether III Cases*

_____/

**STIPULATED AGREEMENT ALLOWING VNA TO AMEND ITS BRIEF IN SUPPORT OF CONFIDENTIALITY DESIGNATIONS**

Bellwether III Plaintiffs and Defendants Veolia Water North America Operating Services, LLC, Veolia North America, Inc., and Veolia North America, LLC (the "VNA Defendants") hereby stipulate and agree[1] to allow the VNA Defendants' request for leave of Court to amend its Brief in Support of Confidentiality Designations ("Brief") [ECF No. 2887].

Specifically, the VNA Defendants seek to amend its Brief to include the Declaration of VNA Chief Communications Officer Carrie Griffiths as an additional exhibit, which was not able to be completed at the time of filing.

---

[1] While they believe a supplemental filing is unnecessary, Plaintiffs are not opposing the filing, as they do not want to delay a ruling on the production of documents they are confident are not privileged.

1

Bellwether III Plaintiffs and the VNA Defendants further agree to a corresponding extension for the Bellwether III Plaintiffs to respond to the amended filing should they so choose.

Dated: March 19, 2024

Respectfully submitted,

| | |
|---|---|
| CAMPBELL CONROY & O'NEIL, P.C. | MAYER BROWN LLP |
| /s/ James M. Campbell | /s/ Michael A. Olsen |
| James M. Campbell | Michael A. Olsen |
| Alaina N. Devine | 71 S. Wacker Drive |
| 20 City Square, Suite 300 | Chicago, IL 60606 |
| Boston, MA 02129 | (312) 782-0600 |
| (617) 241-3000 | molsen@mayerbrown.com |
| jmcampbell@campbell-trial-lawyers.com | |
| adevine@campbell-trial-lawyers.com | |

***ATTORNEYS FOR VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC, VEOLIA NORTH AMERICA, LLC, AND VEOLIA NORTH AMERICA, INC.***

| | |
|---|---|
| /s/ Corey M. Stern | /s/ Patrick J. Lanciotti |
| Corey M. Stern | Patrick J. Lanciotti |
| Melanie Daly | NAPOLI SHKOLNIK PLLC |
| LEVY KONIGSBERG, LLP | 360 Lexington Avenue, 11th Floor |
| 605 3rd Ave., 33rd Floor | New York, NY, 10017 |
| New York, NY 10158 | (212) 397-1000 |
| (212) 605-6200 | planciotti@napolilaw.com |
| cstern@levylaw.com | |
| mdaly@levylaw.com | |

***ATTORNEYS FOR BELLWETHER III PLAINTIFFS***

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

This Document Relates To:

*Bellwether III Cases*

____ _____/

Case No: 16-cv-10444
Judith E. Levy
United States District Judge

Elizabeth A. Stafford
United States Magistrate Judge

# ORDER ALLOWING VNA TO FILE AMENDED BRIEF IN SUPPORT OF CONFIDENTIALITY DESIGNATIONS

Having reviewed the agreed-upon stipulation of the Parties, the Court hereby permits VNA to file an Amended Brief in Support of Confidentiality Designations.

IT IS SO ORDERED.

Dated: March 20, 2024
Detroit, Michigan

s/Elizabeth A. Stafford
Elizabeth A. Stafford
United States Magistrate Judge