UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LUKE WAID, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD D. SNYDER, *et al.*,<br><br>Defendants. | Case No. 16-cv-10444<br>Honorable Judith E. Levy<br>Magistrate Judge Elizabeth A. Stafford |

**AMENDED BRIEFING SCHEDULE FOR CONFIDENTIALTY DESIGNATIONS**

The parties stipulated to permit Veolia to amend the brief in support of its confidentiality designations. Because Veolia indicated that it is prepared to make the filing immediately, the amended brief must be filed by March 21, 2024. Plaintiffs must respond by April 4, 2024, and the Veolia may reply by April 11, 2024.

s/Elizabeth A. Stafford<br>
ELIZABETH A. STAFFORD<br>
United States Magistrate Judge

Dated: March 20, 2024

**<u>NOTICE TO PARTIES ABOUT OBJECTIONS</u>**

Within 14 days of being served with this order, any party may file objections with the assigned district judge. Fed. R. Civ. P. 72(a). The district judge may sustain an objection only if the order is clearly erroneous or contrary to law. 28 U.S.C. § 636. **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."** E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 20, 2024.

                                      s/Marlena Williams
                                      MARLENA WILLIAMS
                                      Case Manager