# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.          Judith E. Levy
                                            United States District Judge

_____/

This Order Relates To:

ALL CASES

_____/

## ORDER SETTING DEADLINES FOR THE APRIL 2024 STATUS AND DISCOVERY CONFERENCE

The Court will hold its April 2024 Status and Discovery Conference on **Wednesday, April 24, 2024 at 1:00 pm**. Parties are to file proposed status conference items by **April 10, 2024 at 1:00pm**. The deadline for notifying the Court of a discovery dispute is **April 17, 2024 at 1:00pm**. The Court will issue an agenda for the April 2024 Status and Discovery Conference by April 22, 2024.

       IT IS SO ORDERED.

Dated: March 20, 2024                s/Judith E. Levy
Ann Arbor, Michigan               JUDITH E. LEVY
                                        United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 20, 2024.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager
