# EXHIBIT A

## 54619  163600 - COHEN MILSTEIN SELLERS & TOLL, PLLC - Flint Water Cases

| Invoice | Invoice Date | Invoice Amt | Current | 31 to 60 Days | 61 to 90 Days | Over 90 Days | Invoice Bal |
|---|---|---|---|---|---|---|---|
| INV000305931 | 12/31/2023 | 298,448.80 | 0.00 | 0.00 | 298,448.80 | 0.00 | 298,448.80 |
| INV000306057 | 01/31/2024 | 22,467.81 | 0.00 | 22,467.81 | 0.00 | 0.00 | 22,467.81 |
| INV000306177 | 02/29/2024 | 7,480.94 | 7,480.94 | 0.00 | 0.00 | 0.00 | 7,480.94 |
| Totals: | | 328,397.55 | 7,480.94 | 22,467.81 | 298,448.80 | 0.00 | 328,397.55 |

**A.B. DATA, LTD.**
Class Action Administration
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com

**ab DATA**

COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 NEW YORK AVENUE NW
SUITE 500 WEST
WASHINGTON, DC, 20005

| | |
|---|---|
| **INVOICE #:** | INV000305931 |
| **INVOICE DATE:** | 12/31/2023 |
| **CLIENT:** | 163600 |
| **PAGE:** | 1/1 |
| **TERMS:** | Net 30 |
| **DUE DATE:** | 1/30/2024 |

# INVOICE

**JOB   54619   Flint Water Cases**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Receipt and Processing of Undeliverable Mail | 28 | 0.65 | $18.20 |
| Project Management (Hourly) | 86.00 | 165.00 | $14,190.00 |
| System Support (Hourly) | 3.25 | 175.00 | $568.75 |
| Quality Assurance (Hourly) | 0.25 | 150.00 | $37.50 |
| Staff (Hourly) | 9.25 | 95.00 | $878.75 |
| Printing and Mailing of 56 pg Notices with BRE Envelope | 55,500 | 2.7010 | $149,905.50 |
| Postage | 1 | 119,535.45 | $119,535.45 |
| Media Notices | 1 | 11,000.00 | $11,000.00 |
| Interactive Voice Response (IVR) (Per Minute) | 8 | 0.44 | $3.52 |
| CSRs/Live Operators + Correspondence (Per Hour) | 1.00 | 48.00 | $48.00 |
| 800 Number Charges (Per Minute) | 229 | 0.12 | $27.48 |
| Post Office Box Rental/Renewal (May 2023-April 2024) | 1 | 1,580.00 | $1,580.00 |
| Electronic Storage - Azure (May-December 2023) | 1.000 | 655.650 | $655.65 |

**TOTAL   $298,448.80**

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

Past due invoices are subject to a 1.5% per month service charge

**A.B. DATA, LTD.**
Class Action Administration
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com

COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 NEW YORK AVENUE NW
SUITE 500 WEST
WASHINGTON, DC, 20005

| | |
|---|---|
| **INVOICE #:** | INV000306057 |
| **INVOICE DATE:** | 1/31/2024 |
| **CLIENT:** | 163600 |
| **PAGE:** | 1/1 |
| **TERMS:** | 30 days upon receipt |

## INVOICE

**JOB    54619    Flint Water Cases**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Receipt and Processing of Undeliverable Mail | 21,665 | 0.65 | $14,082.25 |
| Project Management (Hourly) | 35.98 | 165.00 | $5,936.70 |
| System Support (Hourly) | 0.32 | 175.00 | $56.00 |
| Staff (Hourly) | 10.27 | 95.00 | $975.65 |
| Postage | 1 | 1,015.63 | $1,015.63 |
| Interactive Voice Response (IVR) (Per Minute) | 91 | 0.44 | $40.04 |
| CSRs/Live Operators + Correspondence (Per Hour) | 5.29 | 48.00 | $253.92 |
| Advanced Address Updates | 12 | 1.10 | $13.20 |
| Document Storage - Paper (Per Box/Per Month) | 8 | 2.50 | $20.00 |
| Electronic Storage - Azure | 1.000 | 74.420 | $74.42 |

**TOTAL    $22,467.81**

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

Past due invoices are subject to a 1.5% per month service charge

**A.B. DATA, LTD.**
Class Action Administration
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com

COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 NEW YORK AVENUE NW
SUITE 500 WEST
WASHINGTON, DC, 20005

**INVOICE #:** INV000306177
**INVOICE DATE:** 2/29/2024
**CLIENT:** 163600
**PAGE:** 1/1
**TERMS:** 30 days upon receipt

## INVOICE

**JOB  54619  Flint Water Cases**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Receipt and Processing of Undeliverable Mail | 1,768 | 0.65 | $1,149.20 |
| Project Management (Hourly) | 20.52 | 165.00 | $3,385.80 |
| Staff (Hourly) | 3.43 | 95.00 | $325.85 |
| Postage | 1 | 466.39 | $466.39 |
| Interactive Voice Response (IVR) (Per Minute) | 5 | 0.44 | $2.20 |
| CSRs/Live Operators + Correspondence (Per Hour) | 6.68 | 48.00 | $320.64 |
| 800 Number Charges (Per Minute) | 12 | 0.12 | $1.44 |
| Advanced Address Updates | 100 | 1.10 | $110.00 |
| Post Office Box Rental/Renewal (April 2024-March 2025) | 1 | 1,600.00 | $1,600.00 |
| Document Storage - Paper (Per Box/Per Month) | 18 | 2.50 | $45.00 |
| Electronic Storage - Azure | 1.000 | 74.420 | $74.42 |

**TOTAL  $7,480.94**

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

Past due invoices are subject to a 1.5% per month service charge