UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases.

Judith E. Levy
United States District Judge

_____/

This Order Relates To:

*Bellwether III Cases*

_____/

# AMENDED SCHEDULING ORDER FOR BELLWETHER III TRIAL

The Court sets forth the upcoming schedule for the Bellwether III trial below.

1

| **Event** | Original Deadline/ Date Range Pursuant to ECF No. 2642 | Current Deadline/ Date Range Pursuant to ECF No. 2720 | Proposed Amended Deadline/Deadline Range (where applicable) |
|---|---|---|---|
| Daubert and Summary Judgment Motions | **December 29, 2023** | March 22, 2024 | **Defendant's Daubert motions due in the following stages:**<br><br>**Stage 1:** The first three (3) of Defendant's Daubert motions submitted by March 28, 2024<br><br>**Stage 2:** The next three (3) of Defendant's Daubert motions submitted by April 3, 2024.<br><br>**Stage 3:** Any remaining Defense Daubert motions submitted by April 12, 2024<br><br>**Plaintiff's Daubert motions:** April 22, 2024<br><br>**Summary Judgment Motions for both parties:** April 15, 2024 |

2

| **Event** | **Original Deadline/ Date Range Pursuant to ECF No. 2642** | **Current Deadline/ Date Range Pursuant to ECF No. 2720** | **Proposed Amended Deadline/Deadline Range (where applicable)** |
|---|---|---|---|
| Daubert and Summary Judgment Response Briefs | **February 5, 2024** | April 3, 2024 | **Summary Judgment Response Briefs**: May 13, 2024<br><br>**Daubert Response Briefs**: deadline to be determined based on the Court's determination of what responses are necessary. |
| Daubert and Summary Judgment Reply Briefs | **February 19, 2023** | April 18, 2024 | May 28, 2024 |
| Oral Argument on Daubert Motions | **April 22, 2024 2:00pm cont'd if needed on April 23, 2024 2:00pm** | May 27, 2024 2:00pm cont'd if needed on May 28, 2024 2:00pm | June 17, 2024 2:00pm cont'd if needed on June 18, 2024 2:00pm |
| Deadline for Parties to Submit Joint Proposed Jury Questionnaire to the Court (via e-mail) | **July 15, 2024** | June 24, 2024 | July 15, 2024 |

3

| **Event** | Original Deadline/ Date Range Pursuant to ECF No. 2642 | Current Deadline/ Date Range Pursuant to ECF No. 2720 | Proposed Amended Deadline/Deadline Range (where applicable) |
|---|---|---|---|
| Motions in Limine—Opening Briefs | **July 29, 2024** | July 1, 2024 | July 22, 2024 |
| Motions in Limine—Response Briefs | **August 12, 2024** | July 15, 2024 | August 5, 2024 |
| Motions in Limine—Reply Briefs | **August 19, 2024** | July 29, 2024 | August 12, 2024 |
| Deadline for Parties to Ship 200 copies of Juror Questionnaires to Judge Levy's Chambers in Ann Arbor, Michigan | **September 6, 2024** | September 6, 2024 | September 6, 2024 |

4

| **Event** | Original Deadline/ Date Range Pursuant to ECF No. 2642 | Current Deadline/ Date Range Pursuant to ECF No. 2720 | Proposed Amended Deadline/Deadline Range (where applicable) |
|---|---|---|---|
| Summoned Jurors to Courthouse to Answer Questionnaires (Court Staff Only) (Jury Department takes approximately one week to process questionnaires and make them available to counsel and the Court) | **September 12, 2024 10:30am** | September 12, 2024 10:30am | September 10, 2024 9:00am, cont'd if needed on September 11, 2024 9:00am |
| Hearing on motions in limine (the Court will notify the parties in advance as to which motions will be argued) | **September 12, 2024 10:30am** | September 12, 2024 10:30am | September 12, 2024 10:30am |

5

| **Event** | Original Deadline/ Date Range Pursuant to ECF No. 2642 | Current Deadline/ Date Range Pursuant to ECF No. 2720 | Proposed Amended Deadline/Deadline Range (where applicable) |
|---|---|---|---|
| Deposition Designations (due for exchange between parties) | Parties to propose deadline | Parties to propose deadline | Parties to propose deadline |
| Objections to Deposition Designations and Counter-Designations (due for exchange between parties) | Parties to propose deadline | Parties to propose deadline | Parties to propose deadline |
| Deadline for Submitting Deposition Designations Matrices and Highlighted Transcripts to the Court (via e-mail) | **September 16, 2024** | September 16, 2024 | September 16, 2024 |

| Event | Original Deadline/ Date Range Pursuant to ECF No. 2642 | Current Deadline/ Date Range Pursuant to ECF No. 2720 | Proposed Amended Deadline/Deadline Range (where applicable) |
|---|---|---|---|
| Parties to File Jointly Proposed Jury Instructions and Verdict Form | **September 16, 2024** | September 16, 2024 | September 16, 2024 |
| Parties to Submit Joint Final Pretrial Order (use Utilities function in CM/ECF and e-mail) | **September 16, 2024** | September 16, 2024 | September 16, 2024 |
| Parties to Submit Jointly Proposed Voir Dire Questions and Joint Statement of the Case (via e-mail) | **September 20, 2024** | September 20, 2024 | September 20, 2024 |

| **Event** | **Original Deadline/ Date Range Pursuant to ECF No. 2642** | **Current Deadline/ Date Range Pursuant to ECF No. 2720** | **Proposed Amended Deadline/Deadline Range (where applicable)** |
|---|---|---|---|
| Status Conference Regarding Excusals Based on Jury Questionnaire Responses | TBD | TBD | TBD |
| Final Pretrial Conference and Hearing on proposed Jury Instructions and Verdict Form | **September 23, 2024 10:30am cont'd if needed on September 24, 2024 10:30am** | September 23, 2024 10:30am cont'd if needed on September 24, 2024 10:30am | September 23, 2024 10:30am cont'd if needed on September 24, 2024 10:30am |
| Deadline for Court to Inform Jury Dept of Excusals Based on Questionnaires (Court Staff Only) | **October 2, 2024** | October 2, 2024 | October 2, 2024 |

| **Event** | Original Deadline/ Date Range Pursuant to ECF No. 2642 | Current Deadline/ Date Range Pursuant to ECF No. 2720 | Proposed Amended Deadline/Deadline Range (where applicable) |
|---|---|---|---|
| Hearing Regarding Misc. Pretrial Matters (**if needed**) | **October 7, 2024** | October 7, 2024 | October 7, 2024 at 10:30 a.m. |
| **First Day of Trial/Voire Dire** | **October 8, 2024** | October 8, 2024 | October 8, 2024 at 8:30 a.m. |

Hearings will be conducted in person in Ann Arbor, Michigan unless the Court notifies the parties in advance otherwise.

IT IS SO ORDERED.

Dated: March 21, 2024  s/Judith E. Levy
Ann Arbor, Michigan  JUDITH E. LEVY
  United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 21, 2024.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager