## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| IN RE: FLINT WATER CASES | Case No. 5:16-cv-10444-JEL-MKM<br>Hon. Judith E. Levy, District Judge |
| This Document Relates To:<br>BELLWETHER III | Case No. 5:17-cv-10164-JEL-KGA |

___

### DEFENDANTS VEOLIA NORTH AMERICA, LLC, VEOLIA NORTH AMERICA, INC., AND VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC'S MOTION TO SEAL PORTIONS OF VNA'S MOTIONS TO EXCLUDE CERTAIN OPINIONS OF DR. GARY CRAKES AND DR. MIRA JOURDAN, AND CERTAIN ACCOMPANYING EXHIBITS

Defendants Veolia North America, LLC, Veolia North America, Inc., and Veolia Water North America Operating Services, LLC (VNA) move this Court, under E.D. Mich. Local Rule 5.3(b) and this Court's Confidentiality Order, for an order to seal portions of VNA's Motions to Exclude Certain Opinions of Dr. Gary Crakes and Dr. Mira Jourdan, and to provisionally seal in their entirety certain exhibits attached to VNA's Motion to Exclude Certain Opinions of Dr. Gary Crakes and VNA's Motion to Exclude Certain Opinions of Dr. Mira Jourdan. VNA asks the Court to seal these items because they were designated by Class Plaintiffs as either "Confidential" or "Highly Confidential" under this Court's Confidentiality Order, as they include medical and other personal information of class representatives and identifying information of minor children and their medical

conditions. The specific items that VNA requests to seal are further described in the brief supporting this motion.

VNA has provided the motions in redacted and unredacted form, with the language that VNA proposes to redact highlighted on the unredacted versions. VNA also provides the exhibits that are to be provisionally sealed in their entireties. Further, as Local Rule 7.1(a) requires, VNA conferred with Plaintiffs' counsel concerning this motion. Plaintiffs agree with the requested relief.

Respectfully submitted,

**CAMPBELL, CONROY & O'NEIL P.C.**  **MAYER BROWN LLP**

By: */s/ James M. Campbell*  
James M. Campbell  
Alaina N. Devine  
20 City Square, Suite 300  
Boston, MA 02129  
(617) 241-3000  
jmcampbell@campbell-trial-lawyers.com  
adevine@campbell-trial-lawyers.com

By: */s/ Michael A. Olsen*  
Michael A. Olsen  
71 S. Wacker Dr.  
Chicago, IL 60606  
(312) 701-7120  
molsen@mayerbrown.com

*Attorneys for Veolia North America, LLC, Veolia North America, Inc., and Veolia Water North America Operating Services, LLC*

Dated: March 28, 2024

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: FLINT WATER CASES | Case No. 5:16-cv-10444-JEL-MKM |
| | Hon. Judith E. Levy, District Judge |
| This Document Relates To:<br>BELLWETHER III | Case No. 5:17-cv-10164-JEL-KGA |

**BRIEF IN SUPPORT OF DEFENDANTS VEOLIA NORTH AMERICA, LLC, VEOLIA NORTH AMERICA, INC., AND VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC'S MOTION TO SEAL PORTIONS OF VNA'S MOTIONS TO EXCLUDE CERTAIN OPINIONS OF DR. GARY CRAKES AND DR. MIRA JOURDAN, AND CERTAIN ACCOMPANYING EXHIBITS**

## STATEMENT OF ISSUES PRESENTED

1. Should the Court permit VNA to file under seal certain portions of its Motions to Exclude Certain Opinions of Dr. Gary Crakes and Dr. Mira Jourdan, and to provisionally seal in their entirety certain exhibits attached to those Motions?

    **VNA answers:** "Yes."

    **Plaintiffs answer:** "Yes."

## CONTROLLING OR MOST APPROPRIATE AUTHORITIES

*Shane Grp., Inc. v. Blue Cross Blue Shield of Mich.*,
    825 F.3d 299 (6th Cir. 2016)

E.D. Mich. L. R. 5.3(b)

**INTRODUCTION**

VNA moves this Court for an order to shield from public disclosure certain information contained in VNA's Motions to Exclude Certain Opinions of Dr. Gary Crakes and Dr. Mira Jourdan, and to provisionally seal in their entirety certain exhibits attached to those motions. VNA files this motion to advance the purposes of this Court's Confidentiality Order and to afford Plaintiffs the chance to protect private information to the extent consistent with the Sixth Circuit's mandate in *Shane Group* and this Court's own prior orders on confidential information.

**LEGAL STANDARD**

"[T]rial courts have always been afforded the power to seal their records" under certain circumstances. *In re Knoxville News-Sentinel Co.*, 723 F.2d 470, 474 (6th Cir. 1983); Fed. R. Civ. P. 5.2(d); L.R. 5.3(b).

"[C]ourts have long recognized . . . a 'strong presumption in favor of openness' as to court records." *Shane Group, Inc. v. Blue Cross Blue Shield of Michigan*, 825 F.3d 299, 305 (6th Cir. 2016). But "the presumptive right of the public to inspect and copy judicial documents and files" may be overcome when the "interests of privacy outweigh the public's right to know." *In re Knoxville News-Sentinel*, 723 F.2d at 474; *see Shane Grp.*, 825 F.3d at 307 (stating that the "interests in favor of closure" should be weighed with "the public interest in access to court records"). To justify a sealing order, a party "must provide compelling reasons to

1

seal the documents and demonstrate that the sealing is narrowly tailored to those reasons." *Beauchamp v. Fed. Home Loan Mortg. Corp.*, 658 F. App'x 202, 207 (6th Cir. 2016). The moving party may satisfy its burden on a motion to seal filings by "showing that 'disclosure will work a clearly defined and serious injury.'" *Shane Grp.*, 825 F.3d at 307. E.D. Mich. Local Rule 5.3(b)(3)(A) outlines the specific steps that a party must take to make the required showing in this district.

This Court's prior decisions on similar documents in this case drive the outcome here. "The law-of-the-case doctrine provides that courts' earlier decisions should continue to govern the same issues in subsequent stages in the same case." *United States v. $31,000.00 in U.S. Currency*, 774 F. App'x 288, 293 (6th Cir. 2019).

In filing this motion, VNA does not concede any part of Plaintiffs' claims. *See* E.D. Mich. L.R. 5.3(b)(3)(C)(iv) ("Statements made in any motions or responses to motions filed under this rule are not admissible by any party to prove or disprove any element of a disputed claim."). Further, filing items under seal does not establish that those items will be sealed when presented at trial. *See* Tr. of July 29, 2020, Status Conference 19, ECF No. 1224, PageID.38474.

2

## ARGUMENT

VNA seeks to file the following information under seal:

| Document Description | Objections | Pages | Confidential Nature (including any third-party or non-party interests) |
|---|---|---|---|
| Motion and Brief In Support Of Motion to Exclude Certain Opinions of Dr. Gary Crakes | None | 7-15 | Minor Plaintiffs' medical and other personal information |
| Motion and Brief in Support Of Motion to Exclude Certain Opinions of Dr. Mira Jourdan | None | i, iii, 1-11 | Minor Plaintiffs' medical information |
| Exhibit 2 to Motion to Exclude Certain Opinions of Dr. Gary Crakes | None | Entire Document | Minor Plaintiffs' medical and other personal information |
| Exhibit 3 to Motion to Exclude Certain Opinions of Dr. Gary Crakes | None | Entire Document | Minor Plaintiffs' medical and other personal information |
| Exhibit 4 to Motion to Exclude Certain Opinions of Dr. Gary Crakes | None | Entire document | Minor Plaintiffs' medical and other personal information |
| Exhibit 5 to Motion to Exclude Certain Opinions of Dr. Gary Crakes | None | Entire Document | Minor Plaintiffs' medical and other personal information |
| Exhibit 6 to Motion to Exclude Certain Opinions of Dr. Gary Crakes | None | Entire Document | Minor Plaintiffs' medical and other personal information |
| Exhibit 7 to Motion to Exclude Certain Opinions of Dr. Gary Crakes | None | Entire Document | Minor Plaintiffs' medical and other personal information |
| Exhibit 8 to Motion to Exclude Certain Opinions of Dr. Gary Crakes | None | Entire Document | Minor Plaintiffs' medical and other personal information |
| Exhibit 9 to Motion to Exclude Certain Opinions of Dr. Gary Crakes | None | Entire Document | Minor Plaintiffs' medical and other personal information |

| | | | |
|---|---|---|---|
| Exhibit 10 to Motion to Exclude Certain Opinions of Dr. Gary Crakes | None | Entire Document | Minor Plaintiffs' medical and other personal information |
| Exhibit 11 to Motion to Exclude Certain Opinions of Dr. Gary Crakes and Exhibit 2 to Motion to Exclude Certain Opinions of Dr. Mira Jourdan | None | Entire Document | Minor Plaintiffs' medical and other personal information |
| Exhibit 12 to Motion to Exclude Certain Opinions of Dr. Gary Crakes | None | Entire Document | Minor Plaintiffs' medical and other personal information |
| Exhibit 13 to Motion to Exclude Certain Opinions of Dr. Gary Crakes and Exhibit 3 to Motion to Exclude Certain Opinions of Dr. Mira Jourdan | None | Entire Document | Minor Plaintiffs' medical and other personal information |
| Exhibit 14 to Motion to Exclude Certain Opinions of Dr. Gary Crakes | None | Entire Document | Minor Plaintiffs' medical and other personal information |
| Exhibit 15 to Motion to Exclude Certain Opinions of Dr. Gary Crakes | None | Entire Document | Minor Plaintiffs' medical and other personal information |
| Exhibit 16 to Motion to Exclude Certain Opinions of Dr. Gary Crakes | None | Entire Document | Minor Plaintiffs' medical and other personal information |
| Exhibit 17 to Motion to Exclude Certain Opinions of Dr. Gary Crakes and Exhibit 5 to Motion to Exclude Certain Opinions of Dr. Mira Jourdan | None | Entire Document | Minor Plaintiffs' medical and other personal information |
| Exhibit 18 to Motion to Exclude Certain Opinions of Dr. Gary Crakes | None | Entire Document | Minor Plaintiffs' medical and other personal information |
| Exhibit 19 to Motion to Exclude Certain Opinions of Dr. Gary Crakes and | None | Entire Document | Minor Plaintiffs' medical and other personal information |

| | | | |
|---|---|---|---|
| Exhibit 6 to Motion to Exclude Certain Opinions of Dr. Mira Jourdan | | | |
| Exhibit 20 to Motion to Exclude Certain Opinions of Dr. Gary Crakes | None | Entire Document | Minor Plaintiffs' medical and other personal information |
| Exhibit 21 to Motion to Exclude Certain Opinions of Dr. Gary Crakes and Exhibit 7 to Motion to Exclude Certain Opinions of Dr. Mira Jourdan | None | Entire Document | Minor Plaintiffs' medical and other personal information |
| Exhibit 22 to Motion to Exclude Certain Opinions of Dr. Gary Crakes | None | Entire Document | Minor Plaintiffs' medical and other personal information |
| Exhibit 23 to Motion to Exclude Certain Opinions of Dr. Gary Crakes and Exhibit 8 to Motion to Exclude Certain Opinions of Dr. Mira Jourdan | None | Entire Document | Minor Plaintiffs' medical and other personal information |
| Exhibit 24 to Motion to Exclude Certain Opinions of Dr. Gary Crakes | None | Entire Document | Minor Plaintiffs' medical and other personal information |
| Exhibit 4 to Motion to Exclude Certain Opinions of Dr. Mira Jourdan | None | Entire Document | Minor Plaintiffs' medical and other personal information |
| Exhibit 9 to Motion to Exclude Certain Opinions of Dr. Mira Jourdan | None | Entire Document | Minor Plaintiffs' medical and other personal information |

Legal authority justifies sealing the confidential information that VNA has identified. *See* E.D. Mich. L.R. 5.3(b)(3)(A)(iv). The Sixth Circuit has recognized the need to seal documents to protect "the privacy interests of participants or third parties." *Hardesty v. Kroger Co.,* No. 16-cv-298, 2020 WL 3545676, at *1 (S.D.

5

Ohio June 30, 2020) (citing *Brown & Williamson Tobacco Corp. v. F.T.C.*, 710 F.2d 1165, 1179 (6th Cir. 1983)). To that end, the Sixth Circuit has sealed documents that "refer[] to sensitive medical or personal identifying information." *Russell v. U.S. R.R. Ret. Bd.,* No. 19-3800, slip op. at 2 (6th Cir. Mar. 10, 2020), ECF No. 17-2. Federal Rule of Civil Procedure 5.2(a) also requires parties to redact certain information including "the name of an individual known to be a minor."

VNA is seeking to seal the type of information that courts, including this Court, have said should be sealed. The information includes identifying and medical information about the minor Plaintiffs. This type of information has been designated as "Confidential" or "Highly Confidential" by Plaintiffs under the existing Confidentiality Order. *See* E.D. Mich. L.R. 5.3(b)(3)(A)(iii). VNA is not aware of significant non-party or third-party interests that would be affected if this information were to be publicized, but this motion will also afford any of those persons the chance to come forward and argue their own interests, too. And sealing this information should not impair the public's ability to meaningfully evaluate the substance of Plaintiffs' or VNA's arguments on the merits of this case. The Court previously has granted VNA's motion to seal similar information. *See* Order Granting in Part Mot. to Seal 4-6, ECF No. 358, PageID.22370-22372.

6

## CONCLUSION

For these reasons, VNA asks this Court to grant the motion to seal and permit VNA to redact or seal the items listed.

Respectfully submitted,

| | |
|---|---|
| **CAMPBELL, CONROY & O'NEIL P.C.** | **MAYER BROWN LLP** |
| By: */s/ James M. Campbell* | By: */s/ Michael A. Olsen* |
| James M. Campbell | Michael A. Olsen |
| Alaina N. Devine | 71 S. Wacker Dr. |
| 20 City Square, Suite 300 | Chicago, IL 60606 |
| Boston, MA 02129 | (312) 701-7120 |
| (617) 241-3000 | molsen@mayerbrown.com |
| jmcampbell@campbell-trial-lawyers.com | |
| adevine@campbell-trial-lawyers.com | |

*Attorneys for Veolia North America, LLC, Veolia North America, Inc., and Veolia Water North America Operating Services, LLC*

Dated:  March 28, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2024, I electronically filed this document with the Clerk of the Court using the ECF System, which will send notification to the ECF counsel of record.

By: */s/ James M. Campbell*
James M. Campbell
jmcampbell@campbell-trial-lawyers.com