# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| IN RE: FLINT WATER CASES | Case No. 5:16-cv-10444-JEL-MKM |
|---|---|
| | Hon. Judith E. Levy, District Judge |
| This Document Relates To: BELLWETHER III | Case No. 5:17-cv-10164-JEL-KGA |

_____

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | Redacted version of Motion and Brief In Support Of Motion to Exclude Certain Opinions of Dr. Gary Crakes |
| 2 | Unredacted version of Motion and Brief In Support Of Motion to Exclude Certain Opinions of Dr. Gary Crakes |
| 3 | Redacted version of Motion and Brief In Support Of Motion to Exclude Certain Opinions of Dr. Mira Jourdan |
| 4 | Unredacted version of Motion and Brief In Support Of Motion to Exclude Certain Opinions of Dr. Mira Jourdan |
| 5 | Redacted version of Exhibit 2 to Motion to Exclude Certain Opinions of Dr. Gary Crakes: Expert Report (Y.A.) of Dr. Gary M. Crakes |
| 6 | Unredacted version of Exhibit 2 to Motion to Exclude Certain Opinions of Dr. Gary Crakes: Expert Report (Y.A.) of Dr. Gary M. Crakes |
| 7 | Redacted version of Exhibit 3 to Motion to Exclude Certain Opinions of Dr. Gary Crakes: Expert Report (E.A.) of Dr. Gary M. Crakes |
| 8 | Unredacted version of Exhibit 3 to Motion to Exclude Certain Opinions of Dr. Gary Crakes: Expert Report (E.A.) of Dr. Gary M. Crakes |
| 9 | Redacted version of Exhibit 4 to Motion to Exclude Certain Opinions of Dr. Gary Crakes: Expert Report (G.B.) of Dr. Gary M. Crakes |
| 10 | Unredacted version of Exhibit 4 to Motion to Exclude Certain Opinions of Dr. Gary Crakes: Expert Report (G.B.) of Dr. Gary M. Crakes |

| | |
|---|---|
| 11 | Redacted version of Exhibit 5 to Motion to Exclude Certain Opinions of Dr. Gary Crakes: Expert Report (C.D.) of Dr. Gary M. Crakes |
| 12 | Unredacted version of Exhibit 5 to Motion to Exclude Certain Opinions of Dr. Gary Crakes: Expert Report (C.D.) of Dr. Gary M. Crakes |
| 13 | Redacted version of Exhibit 6 to Motion to Exclude Certain Opinions of Dr. Gary Crakes: Expert Report (R.E.) of Dr. Gary M. Crakes |
| 14 | Unredacted version of Exhibit 6 to Motion to Exclude Certain Opinions of Dr. Gary Crakes: Expert Report (R.E.) of Dr. Gary M. Crakes |
| 15 | Redacted version of Exhibit 7 to Motion to Exclude Certain Opinions of Dr. Gary Crakes: Expert Report (J.N.) of Dr. Gary M. Crakes |
| 16 | Unredacted version of Exhibit 7 to Motion to Exclude Certain Opinions of Dr. Gary Crakes: Expert Report (J.N.) of Dr. Gary M. Crakes |
| 17 | Redacted version of Exhibit 8 to Motion to Exclude Certain Opinions of Dr. Gary Crakes: Expert Report (J.S.) of Dr. Gary M. Crakes |
| 18 | Unredacted version of Exhibit 8 to Motion to Exclude Certain Opinions of Dr. Gary Crakes: Expert Report (J.S.) of Dr. Gary M. Crakes |
| 19 | Redacted version of Exhibit 9 to Motion to Exclude Certain Opinions of Dr. Gary Crakes: Expert Report (Y.A.) of Dr. Edward Hoffman |
| 20 | Unredacted version of Exhibit 9 to Motion to Exclude Certain Opinions of Dr. Gary Crakes: Expert Report (Y.A.) of Dr. Edward Hoffman |
| 21 | Redacted version of Exhibit 10 to Motion to Exclude Certain Opinions of Dr. Gary Crakes: Excerpts of the deposition of Dr. Edward Hoffman (3/8/2023) |
| 22 | Unredacted version of Exhibit 10 to Motion to Exclude Certain Opinions of Dr. Gary Crakes: Excerpts of the deposition of Dr. Edward Hoffman (3/8/2023) |
| 23 | Redacted version of Exhibit 11 to Motion to Exclude Certain Opinions of Dr. Gary Crakes and Exhibit 2 to Motion to Exclude |

|    |    |
|----|----|
|    | Certain Testimony of Dr. Mira Jourdan: Expert Report (Y.A.) of Dr. Mira Jourdan |
| 24 | Unredacted version of Exhibit 11 to Motion to Exclude Certain Opinions of Dr. Gary Crakes and Exhibit 2 to Motion to Exclude Certain Testimony of Dr. Mira Jourdan: Expert Report (Y.A.) of Dr. Mira Jourdan |
| 25 | Redacted version of Exhibit 12 to Motion to Exclude Certain Opinions of Dr. Gary Crakes: Expert Report (E.A.) of Dr. Edward Hoffman |
| 26 | Unredacted version of Exhibit 12 to Motion to Exclude Certain Opinions of Dr. Gary Crakes: Expert Report (E.A.) of Dr. Edward Hoffman |
| 27 | Redacted version of Exhibit 13 to Motion to Exclude Certain Opinions of Dr. Gary Crakes and Exhibit 3 to Motion to Exclude Certain Opinions of Dr. Mira Jourdan: Expert Report (E.A.) of Dr. Mira Jourdan |
| 28 | Unredacted version of Exhibit 13 to Motion to Exclude Certain Opinions of Dr. Gary Crakes and Exhibit 3 to Motion to Exclude Certain Opinions of Dr. Mira Jourdan: Expert Report (E.A.) of Dr. Mira Jourdan |
| 29 | Redacted version of Exhibit 14 to Motion to Exclude Certain Opinions of Dr. Gary Crakes: Expert Report (G.B.) of Dr. Edward Hoffman |
| 30 | Unredacted version of Exhibit 14 to Motion to Exclude Certain Opinions of Dr. Gary Crakes: Expert Report (G.B.) of Dr. Edward Hoffman |
| 31 | Redacted version of Exhibit 15 to Motion to Exclude Certain Opinions of Dr. Gary Crakes: Excerpts of the deposition of Dr. Edward Hoffman (3/29/2023) |
| 32 | Unredacted version of Exhibit 15 to Motion to Exclude Certain Opinions of Dr. Gary Crakes: Excerpts of the deposition of Dr. Edward Hoffman (3/29/2023) |
| 33 | Redacted version of Exhibit 16 to Motion to Exclude Certain Opinions of Dr. Gary Crakes: Expert Report (C.D.) of Dr. Edward Hoffman |
| 34 | Unredacted version of Exhibit 16 to Motion to Exclude Certain Opinions of Dr. Gary Crakes: Expert Report (C.D.) of Dr. Edward Hoffman |

| | |
|---|---|
| 35 | Redacted version of Exhibit 17 to Motion to Exclude Certain Opinions of Dr. Gary Crakes and Exhibit 5 to Motion to Exclude Certain Testimony of Dr. Mira Jourdan: Expert Report (C.D.) of Dr. Mira Jourdan |
| 36 | Unredacted version of Exhibit 17 to Motion to Exclude Certain Opinions of Dr. Gary Crakes and Exhibit 5 to Motion to Exclude Certain Testimony of Dr. Mira Jourdan: Expert Report (C.D.) of Dr. Mira Jourdan |
| 37 | Redacted version of Exhibit 18 to Motion to Exclude Certain Opinions of Dr. Gary Crakes: Expert Report (R.E.) of Dr. Edward Hoffman |
| 38 | Unredacted version of Exhibit 18 to Motion to Exclude Certain Opinions of Dr. Gary Crakes: Expert Report (R.E.) of Dr. Edward Hoffman |
| 39 | Redacted version of Exhibit 19 to Motion to Exclude Certain Opinions of Dr. Gary Crakes and Exhibit 6 to Motion to Exclude Certain Opinions of Dr. Mira Jourdan: Expert Report (R.E.) of Dr. Mira Jourdan |
| 40 | Unredacted version of Exhibit 19 to Motion to Exclude Certain Opinions of Dr. Gary Crakes and Exhibit 6 to Motion to Exclude Certain Opinions of Dr. Mira Jourdan: Expert Report (R.E.) of Dr. Mira Jourdan |
| 41 | Redacted version of Exhibit 20 to Motion to Exclude Certain Opinions of Dr. Gary Crakes: Expert Report (J.N.) of Dr. Edward Hoffman |
| 42 | Unredacted version of Exhibit 20 to Motion to Exclude Certain Opinions of Dr. Gary Crakes: Expert Report (J.N.) of Dr. Edward Hoffman |
| 43 | Redacted version of Exhibit 21 to Motion to Exclude Certain Opinions of Dr. Gary Crakes and Exhibit 7 to Motion to Exclude Certain Opinions of Dr. Mira Jourdan: Expert Report (J.N.) of Dr. Mira Jourdan |
| 44 | Unredacted version of Exhibit 21 to Motion to Exclude Certain Opinions of Dr. Gary Crakes and Exhibit 7 to Motion to Exclude Certain Opinions of Dr. Mira Jourdan: Expert Report (J.N.) of Dr. Mira Jourdan |
| 45 | Redacted version of Exhibit 22 to Motion to Exclude Certain Opinions of Dr. Gary Crakes: Expert Report (J.S.) of Dr. Edward Hoffman |

| | |
|---|---|
| 46 | Unredacted version of Exhibit 22 to Motion to Exclude Certain Opinions of Dr. Gary Crakes: Expert Report (J.S.) of Dr. Edward Hoffman |
| 47 | Redacted version of Exhibit 23 to Motion to Exclude Certain Opinions of Dr. Gary Crakes and Exhibit 8 to Motion to Exclude Certain Opinions of Dr. Mira Jourdan: Expert Report (J.S.) of Dr. Mira Jourdan |
| 48 | Unredacted version of Exhibit 23 to Motion to Exclude Certain Opinions of Dr. Gary Crakes and Exhibit 8 to Motion to Exclude Certain Opinions of Dr. Mira Jourdan: Expert Report (J.S.) of Dr. Mira Jourdan |
| 49 | Redacted version of Exhibit 24 to Motion to Exclude Certain Opinions of Dr. Gary Crakes: Excerpts from the deposition of Dr. Mira Jourdan (3/20/2023) |
| 50 | Unredacted version of Exhibit 24 to Motion to Exclude Certain Opinions of Dr. Gary Crakes: Excerpts from the deposition of Dr. Mira Jourdan (3/20/2023) |
| 51 | Redacted version of Exhibit 4 to Motion to Exclude Certain Opinions of Dr. Mira Jourdan: Expert Report (G.B.) of Dr. Mira Jourdan |
| 52 | Unredacted version of Exhibit 4 to Motion to Exclude Certain Opinions of Dr. Mira Jourdan: Expert Report (G.B.) of Dr. Mira Jourdan |
| 53 | Redacted version of Exhibit 9 to Motion to Exclude Certain Opinions of Dr. Mira Jourdan: Excerpts from the deposition of Dr. Mira Jourdan (3/1/2024) |
| 54 | Unredacted version of Exhibit 9 to Motion to Exclude Certain Opinions of Dr. Mira Jourdan: Excerpts from the deposition of Dr. Mira Jourdan (3/1/2024) |