**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: FLINT WATER CASES | Case No. 5:16-cv-10444-JEL-MKM |
| | Hon. Judith E. Levy, District Judge |
| This Document Relates To: BELLWETHER III | Case No. 5:17-cv-10164-JEL-KGA |

_____

**INDEX OF EXHIBITS**

| Exhibit | Description |
|---|---|
| 1 | Declaration of James M. Campbell in Support of VNA's Motion to Exclude Certain Opinions and Testimony of Dr. Larry Russell |
| 2 | Report of Dr. Larry Russell (Jan. 3, 2023) |
| 3 | Rebuttal Report of Dr. Larry Russell (Sept. 19, 2023) (with personal addresses redacted) |
| 4 | Supplemental Report of Dr. Larry Russell (Oct. 18, 2022) (with personal addresses redacted) |
| 5 | Excerpts of the Deposition of Dr. Larry Russell (Dec. 28, 2022) (with personal addresses redacted) |
| 6 | Report of Dr. David Crowe (July 26, 2023) (with personal addresses redacted) |
| 7 | Excerpt of Report of Dr. Sheldon Masters (July 26, 2023) (with personal addresses redacted) |
| 8 | Excerpts of the Deposition of Dr. Larry Russell (Oct. 5, 2020) |