# EXHIBIT 7

# Expert Report of Sheldon V. Masters, Ph.D.

# (Bellwether 3)

*In Re* Flint Water Cases,
U.S. District Court for the Eastern District of Michigan
Civil Action No. 5:16-cv-10444-JEL-MKM
(coordinated docket)

*Walters, et al. v. Snyder, et al.*, Civil Action No. 5:17-cv-10164-JEL-MKM
"Bellwether 3 Trial"

July 26th, 2023

Table of Contents

SCOPE OF ENGAGEMENT .................................................................................................... 5
EXPERT QUALIFICATIONS ................................................................................................. 5
SUMMARY ................................................................................................................................. 6
1   REGULATORY AGENCIES' FAILURES AND SAMPLING, MONITORING AND REPORTING DEFICIENCIES IN FLINT ............................................................................. 12
   1.1   Lead and Copper Rule Overview .................................................................................. 12
   1.2   Corrosion Control Requirements ................................................................................... 12
      1.2.1   Large Systems Must Install CCT by January 1997 ................................................ 12
      1.2.2   Exception to CCT Installation by 1997 .................................................................. 13
      1.2.3   MDEQ's Interpretation of the LCR Caused OCCT to be Interrupted and their Response Delayed Public Health Intervention ................................................................... 14
      1.2.4   EPA Region 5 Did Not Exercise its Oversight Authority and Tools ..................... 17
   1.3   City of Flint's Monitoring and Reporting Deficiencies, 2014-2015 ............................. 19
      1.3.1   Sample Site Selection Criteria ................................................................................ 19
      1.3.2   Monitoring the Same Sites ...................................................................................... 23
      1.3.3   Reduced Monitoring and Sample Size Requirement after Population Change   25
      1.3.4   Sample Invalidation ................................................................................................ 28
      1.3.5   Water Quality Parameters ....................................................................................... 33
      1.3.6   Late Reporting in 2014 and 2015 ........................................................................... 35
   1.4   Sampling Deficiencies .................................................................................................... 36
      1.4.1   Pre-Stagnation Flushing .......................................................................................... 37
      1.4.2   Pre-Sample Stagnation Time .................................................................................. 38
      1.4.3   Sample Bottle Type ................................................................................................. 39
   1.5   Flint, MI Lead Compliance Results ............................................................................... 39
   1.6   Conclusions ..................................................................................................................... 41
2   TIMELINE OF LEAD RELEASE IN FLINT, MI ............................................................ 43
   2.1   Challenges with Using Compliance Data to Assess Lead Release in Flint ................ 43
   2.2   Lead Release after Switch to Flint River (April 2014 to August 2015) .................... 43
   2.3   Trends in Water Lead Levels (August 2015 to September 2019) .......................... 45
3   LEAD OCCURRENCE IN LARGE BUILDINGS AND THE UNIVERSITY OF MICHIGAN-FLINT ................................................................................................................. 48
   3.1   Introduction .................................................................................................................... 48
   3.2   Lead Exposure in Large Buildings Compare to Homes ............................................. 50
   3.3   Elevated Lead Levels in Large Buildings .................................................................... 50

    3.4    Comparison of UM-Flint Lead Results in Early 2015 to Lead Found in Detroit Schools ................................................................................................................................. 51

4    VISUAL INSPECTION OF PIPE SAMPLES FROM FLINT HOMES .......................... 53

APPENDIX ............................................................................................................................... 56

REFERENCES .......................................................................................................................... 60

**Table of Figures**

Figure 1. A portion of an email exchange between Patrick Cook and Miguel Del Toral (April 24, 2015).  Sentences have been highlighted in yellow for emphasis. .................... 16
Figure 2. A portion of an email exchange between Patrick Cook and Miguel Del Toral (April 25, 2015). ............................................................................................................................. 17
Figure 3. Percentage of service line composition for Flint LCR monitoring sites by year, 1992-2015 ................................................................................................................................... 21
Figure 4. Explanation of boxplots .............................................................................................. 21
Figure 5. Comparison of lead concentrations based on FAST data service line materials for the 2014 LCR monitoring period ................................................................................. 22
Figure 6. Comparison of lead concentrations based on FAST data service line materials for the 2015 LCR monitoring period ................................................................................. 23
Figure 7. Bar plot showing the number of times individual compliance sites were sampled since the promulgation of the LCR for a) all sites and b) only sites with LSLs ................ 24
Figure 8. Percentage of sites resampled from the previous monitoring period ............... 25
Figure 9. Draft Lead and Copper Report and Consumer Notice of Lead Result Certificate for Community Water Supply for the monitoring period from 1/1/15 to 6/30/15 ....... 27
Figure 10. Flint raw water temperature between June 2014 and July 2015 ..................... 28
Figure 11. A portion of an email from Marc Edwards inquiring about sample invalidation. A sentence has been highlighted in yellow for emphasis. .................................................... 32
Figure 12. Impact of different compliance scenarios on lead 90th percentile based on different sample exclusion criteria. Scenarios where the lead action level are exceeded are highlighted. .................................................................................................................... 33
Figure 13. Portion of MDEQ LCR sampling protocol used by the City of Flint. Sections have been highlighted for emphasis. ..................................................................................... 37
Figure 14. Boxplot of the City of Flint's lead compliance results. The 90th percentile calculations may vary slightly from MDEQ or City of Flint calculations. ....................... 40
Figure 15. Flint 2014 and 2015 LCR samples compared to Virginia Tech sampling without sampling deficiencies. ............................................................................................................ 41
Figure 16. Mass of lead in biosolids over time along with several events. Blue shading = Period on Flint River, Green shading = Period of VNA involvement, Red shading = period of pH and alkalinity decrease. ....................................................................................... 45
Figure 17. Monthly 90th percentile lead concentration ........................................................ 46
Figure 18. Lead levels from Tier 1 sites from Flint and two of cities (Washington, DC and Philadelphia, PA) supplied by surface water treatment with orthophosphate. ............... 47
Figure 19. Comparison of lead release from UM-Flint campus building and Detroit Public School buildings. Red dash line indicates that EPA lead action level of 15 ppb. Detection limit set to 0.5 ppb. ................................................................................................................... 52
Figure 20. Sample B from ▮▮▮▮▮▮▮ ................................................................................ 53

Figure 21. Galvanized iron Sample D from ███████ ..................................................... 54
Figure 22. Cross sectional image depicts a) ███████ mage and b) the in-situ scale from a large midwestern city with optimized corrosion control. Image modified from Wasserstrom et al. (2017). ........................................................................................... 54
Figure 23. Galvanized iron elbow harvested from home in Cincinnati, OH. ................... 55

**Table of Tables**

Table 1. Timing for Corrosion Control Requirements ............................................................. 13
Table 2. Region 5's available oversight authorities in Flint ................................................. 18
Table 3. Region 5's available oversight tools in Flint ......................................................... 18
Table 4. LCR sample site selection criteria (National Drinking Water Advisory Council, 2014) ..................................................................................................................................... 19
Table 5. Minimum LCR monitoring requirements: number of samples and frequency . 26
Table 6. Lead levels in ███████ home based on sampler and sampling protocol. .......................................... ............................................................................... 38

# 4 VISUAL INSPECTION OF PIPE SAMPLES FROM FLINT HOMES

On December 7th, 2022, [redacted] inspection of pipe specimens taken from two homes in Flint, MI: [redacted] and [redacted]. were upplemental report by the plaintiffs' expert (Russell, 2022). The pipes were removed from the homes in February 2022 and included copper and galvanized iron pipes and brass fittings. In general, the copper pipes from both homes were in good condition with no apparent pipe thinning or pitting. Most of the copper pipes that were cut longitudinally had a thin blue-green scale layer which is consistent with the appearance of malachite scales (Arnold Jr. et al., 2012). Sample B from [redacted] had inconsistent scratches which a rom a sharp tool (Figure 20).

*Figure 20. Sample B from* [redacted]

Most sections of the galvanized iron pipes from both homes were heavily tuberculated which is typical of galvanized iron pipes that have been in service for more than half a century (Edwards et al., 2022). An example of this is shown in Figure 21. Similar kinds of tuberculation can be seen in Figure 22 which shows the cross section of galvanized iron pipe from a Midwest surface water supply that has used blended phosphate for more than 20 years (Wasserstrom et al., 2017). Between 1999 and 2010, this system also had an average lead 90th percentile of 6 ppb (Del Toral et al., 2013).

For the vast majority of galvanized iron pipe sections there was no apparent thinning of the walls. However, wall thinning and failure was apparent at threaded sections. Failure at pipe threads typically occurs because cutting the threads during the manufacturing process removes the galvanized iron coating. Wearing can also increase significantly when streamlines are curved (e.g., at elbows) which results in centrifugal acceleration (Roy, 2018). For example, Figure 23 shows an elbow from a home in Cincinnati, OH where the wall has been penetrated likely due to this phenomenon. However, this kind of wearing was not apparent at of the elbows taken from the two Fli[redacted] (galvanized pipe a tee) and Sample H (galvanized iron pipe) from [redacted] both had through-wall pits which were likely caused by deposition the upstream copper pipe. In both of these cases the pits appear to be sealed due to autogenous repair (Tang et al., 2015). Overall, for the age of the pipe specimens that I examined, there did not appear to be significant pipe wall thinning or pitting. Furthermore, most of the corrosion associated with these pipes and fittings occurred prior to 2014.



*Figure 21. Galvanized iron Sample D from* ▇



*Figure 22. Cross sectional image depicts a) macro-scale image and b) the in-situ scale from a large midwestern city with optimized corrosion control. Image modified from Wasserstrom et al. (2017).*

54



*Figure 23. Galvanized iron elbow harvested from home in Cincinnati, OH.*

I provide the foregoing opinions to a reasonable degree of engineering and scientific certainty.

_____
Sheldon V. Masters, Ph.D.

Date: July 26th, 2023

55