## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| IN RE FLINT WATER LITIGATION | Case No. 5:16-cv-10444-JEL-MKM |
|---|---|
|  | Hon. Judith E. Levy |
| This Document Relates To: BELLWETHER III | Case No. 5:17-cv-10164-JEL-KGA |

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | Declaration of James M. Campbell in support of VNA's Motion to Exclude Certain Opinions of Gary M. Crakes, Ph.D. |
| 2 | Expert Report (Y.A.) of Dr. Gary M. Crakes |
| 3 | Expert Report (E.A.) of Dr. Gary M. Crakes |
| 4 | Expert Report (G.B.) of Dr. Gary M. Crakes |
| 5 | Expert Report (C.D.) of Dr. Gary M. Crakes |
| 6 | Expert Report (R.E.) of Dr. Gary M. Crakes |
| 7 | Expert Report (J.N.) of Dr. Gary M. Crakes |
| 8 | Expert Report (J.S.) of Dr. Gary M. Crakes |
| 9 | Expert Report (Y.A.) of Dr. Edward Hoffman |
| 10 | Excerpts of the deposition of Dr. Edward Hoffman (3/8/2023) |
| 11 | Expert Report (Y.A.) of Dr. Mira Jourdan |
| 12 | Expert Report (E.A.) of Dr. Edward Hoffman |
| 13 | Expert Report (E.A.) of Dr. Mira Jourdan |
| 14 | Expert Report (G.B.) of Dr. Edward Hoffman |
| 15 | Excerpts of the deposition of Dr. Edward Hoffman (3/29/2023) |
| 16 | Expert Report (C.D.) of Dr. Edward Hoffman |
| 17 | Expert Report (C.D.) of Dr. Mira Jourdan |
| 18 | Expert Report (R.E.) of Dr. Edward Hoffman |
| 19 | Expert Report (R.E.) of Dr. Mira Jourdan |
| 20 | Expert Report (J.N.) of Dr. Edward Hoffman |
| 21 | Expert Report (J.N.) of Dr. Mira Jourdan |
| 22 | Expert Report (J.S.) of Dr. Edward Hoffman |
| 23 | Expert Report (J.S.) of Dr. Mira Jourdan |
| 24 | Excerpts of the deposition of Dr. Mira Jourdan (3/20/2023) |