# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: FLINT WATER CASES | Case No. 5:16-cv-10444-JEL-MKM  Hon. Judith E. Levy, District Judge |
| This Document Relates To: BELLWETHER III | Case No. 5:17-cv-10164-JEL-KGA |

_____

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | Declaration of James M. Campbell in Support of VNA's Motion to Exclude Certain Opinions of Dr. Mira Jourdan |
| 2 | Expert Report (Y.A.) of Dr. Mira Jourdan |
| 3 | Expert Report (E.A.) of Dr. Mira Jourdan |
| 4 | Expert Report (G.B.) of Dr. Mira Jourdan |
| 5 | Expert Report (C.D.) of Dr. Mira Jourdan |
| 6 | Expert Report (R.E.) of Dr. Mira Jourdan |
| 7 | Expert Report (J.N.) of Dr. Mira Jourdan |
| 8 | Expert Report (J.S.) of Dr. Mira Jourdan |
| 9 | Excerpts of the deposition of Dr. Mira Jourdan (3/1/2024) |
| 10 | A.T. Dugbartey, *Nonverbal Learning Disability Adult Outcomes*, 5 Seminars in Neuropsychiatry 198 (2000) |