# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| IN RE FLINT WATER CASES | Case No. 5:16-cv-10444-JEL-EAS |
|---|---|
| | Hon. Judith E. Levy, District Judge |
| This Document Relates To: BELLWETHER III | Case No. 5:17-cv-10164-JEL-KGA |

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | Declaration of James M. Campbell in Support of VNA's Motion to Exclude Certain Opinions and Testimony of Dr. William G. Bithoney |
| 2 | Expert report of William G. Bithoney, M.D. related to plaintiff E.A. |
| 3 | Expert report of William G. Bithoney, M.D. related to plaintiff Y.A. |
| 4 | Expert report of William G. Bithoney, M.D. related to plaintiff G.B. |
| 5 | Expert report of William G. Bithoney, M.D. related to plaintiff C.D. |
| 6 | Expert report of William G. Bithoney, M.D. related to plaintiff R.E. |
| 7 | Expert report of William G. Bithoney, M.D. related to plaintiff J.N. |
| 8 | Expert report of William G. Bithoney, M.D. related to plaintiff J.S. |
| 9 | Corrected expert rebuttal report of William G. Bithoney, M.D. |
| 10 | Excerpts from October 10-17, 2023 deposition of William G. Bithoney, M.D. |
| 11 | Excerpts from March 19, 2024 deposition of William G. Bithoney, M.D. |
| 12 | Kelsey J. Pieper, *Evaluating Water Lead Levels During the Flint Water Crisis*, 52 Env't Sci. & Tech, 8124 (2018) |
| 13 | CDC Nat'l Biomonitoring Program, *Biomonitoring Summary for Lead* (2017) |
| 14 | Hernan Gomez, *Analysis of blood lead levels of young children in Flint, Michigan before and during the 18-month switch to Flint River water*, 57 Clinical Toxicology 792 (2019) |
| 15 | Dilip Patel, *A clinical primer on intellectual disability*, Transl. Pediatr. Vol. 9 (Supp. 1) S25 (2020) |