**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| IN RE FLINT WATER LITIGATION | Case No. 5:16-cv-10444-JEL-EAS Hon. Judith E. Levy, District Judge |
|---|---|
| This Document Relates To: BELLWETHER III | Case No. 5:17-cv-10164-JEL-KGA |

**INDEX OF EXHIBITS**

| Exhibit | Description |
|---|---|
| 1 | Declaration of James M. Campbell in support of VNA's Motion to Exclude Certain Opinions of Jennifer A. Sample, M.D. |
| 2 | Expert Report (J.S.) of Dr. Jennifer A. Sample |
| 3 | Expert Report (R.E.) of Dr. Jennifer A. Sample |
| 4 | Expert Report (Y.A.) of Dr. Jennifer A. Sample |
| 5 | Expert Report (J.N.) of Dr. Jennifer A. Sample |
| 6 | Expert Report (G.B.) of Dr. Jennifer A. Sample |
| 7 | Excerpts of the deposition of Dr. Jennifer A. Sample (3/20/2024) |
| 8 | Excerpts of the deposition of Dr. Jennifer A. Sample (10/3/2023) |
| 9 | Expert Report (E.A.) of Dr. Jennifer A. Sample |
| 10 | Expert Report (C.D.) of Dr. Jennifer A. Sample |
| 11 | Excerpts of the deposition of Dr. Jennifer A. Sample (10/2/2023) |
| 12 | Rebuttal Expert Report of Dr. Jennifer A. Sample |
| 13 | Expert Report of William Banner, Jr., M.D., Ph.D. |
| 14 | Expert Report of Brent L. Finley, Ph.D., DABT |
| 15 | Excerpts of the deposition of William Bithoney, M.D. (11/5/2020) |
| 16 | Expert Report of David J. Duquette, Ph.D. |