## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| IN RE FLINT WATER LITIGATION | Case No. 5:16-cv-10444-JEK-EAS |
| | Hon. Judith E. Levy |
| This Document Relates To:<br>BELLWETHER III | Case No. 5:17-cv-10164-JEL-KGA |

_____

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | Declaration of James M. Campbell in support of VNA's Motion to Exclude Opinions and Testimony of Dr. Aaron Specht |
| 2 | Declaration of William A. Huber, Ph.D. |
| 3 | Declaration of Lambertus Hesselink, Ph.D. |
| 4 | Expert Report of Dr. Aaron Specht (Jan. 2, 2023) |
| 5 | Excerpts of Deposition of Dr. Aaron Specht (Sept. 25-26, 2023) |
| 6 | Excerpts of Deposition of Dr. Aaron Specht (Jan. 26, 2024) |
| 7 | Expert Report of William A. Huber, Ph.D. (Oct. 26, 2023) |
| 8 | Rebuttal Report of Dr. Aaron Specht (Dec. 11, 2023) |
| 9 | Response Report of William A Huber, Ph.D. (Jan. 7, 2024) |
| 10 | A. Specht et al, *XRF-Measured Bone Lead (Pb) as a Biomarker for Pb Exposure and Toxicity Among Children Diagnosed with Pb Poisoning*, 21 Biomarkers 347 (2016) |
| 11 | A. Specht et al., *Childhood Lead Biokinetics and Associations with Age Among a Group of Lead Poisoned Children in China*, 29 J. Expo. Sci. Env't Epidemiol. 416 (2019) |
| 12 | Excerpts of Deposition of Dr. Aaron Specht (2020) |
| 13 | CDC, *Recommended Actions Based on Blood Lead Level* (Oct. 27, 2021) |
| 14 | Excerpts of Deposition of Dr. Jennifer Sample (Oct. 2, 2023) |
| 15 | Excerpts of Deposition of Dr. William Bithoney (Oct. 12, 2023) |

| Exhibit | Description |
|---|---|
| 16 | Kennedy et al., *Blood Lead Levels Among Children Aged <6 Years – Flint, Michigan, 2013-2016*, tbl.1, U.S. Dep't of Health & Human Servs., Morbidity & Mortality Weekly Report (2016) |
| 17 | M. Hanna-Attisha et al., *Elevated Blood Lead Levels in Children Associated With the Flint Drinking Water Crisis: A Spatial Analysis of Risk and Public Health Response*, 106 Am. J. Pub. Health 283 (2016) |