# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases. | Judith E. Levy<br>United States District Judge |
| _____/ | |

This Order Relates To:

*Bellwether III Cases*

_____/

## AMENDED SCHEDULING ORDER FOR BELLWETHER III TRIAL

The Court sets forth the upcoming schedule for the Bellwether III trial below, amending the operative schedule set forth in ECF No. 2900.

| **Event** | Amended Deadline/Deadline Range (where applicable) |
|---|---|
| Daubert and Summary Judgment Motions | **Plaintiffs' Daubert Motions:** April 22, 2024<br><br>**Defendant's Remaining Daubert Motion:** Briefing schedule to be proposed by the Parties based on scheduling of deposition of Dr. Hoffman<br><br>**Summary Judgment Motions for both parties:** April 15, 2024 |

1

| **Event** | Amended Deadline/Deadline Range (where applicable) |
|---|---|
| Daubert and Summary Judgment Response Briefs | **Plaintiffs' Daubert Motion Response Briefs:**<br>April 30, 2024 (Dr. Jourdan, Dr. Crakes, and Dr. Russell),<br>May 14, 2024 (Dr. Bithoney and Dr. Sample),<br>May 28, 2024 (Dr. Specht)<br><br>**Summary Judgment Response Briefs**: May 13, 2024 |
| Daubert and Summary Judgment Reply Briefs | **Defendant's Daubert Motion Reply Briefs:**<br>May 10, 2024 (Dr. Jourdan, Dr. Crakes, and Dr. Russell),<br>May 24, 2024 (Dr. Bithoney and Dr. Sample),<br>June 11, 2024 (Dr. Specht)<br><br>**Summary Judgment Reply Briefs**: May 28, 2024 |
| Oral Argument on Daubert Motions | June 27, 2024 9:30 am cont'd if needed on June 28, 2024 9:30 am |
| Deadline for Parties to Submit Joint Proposed Jury Questionnaire to the Court (via e-mail) | July 15, 2024 |

| **Event** | Amended Deadline/Deadline Range (where applicable) |
|---|---|
| Motions in Limine—Opening Briefs | July 22, 2024 |
| Motions in Limine—Response Briefs | August 5, 2024 |
| Motions in Limine—Reply Briefs | August 12, 2024 |
| Deadline for Parties to Ship 200 copies of Juror Questionnaires to Judge Levy's Chambers in Ann Arbor, Michigan | September 6, 2024 |

| **Event** | Amended Deadline/Deadline Range (where applicable) |
|---|---|
| Summoned Jurors to Courthouse to Answer Questionnaires (Court Staff Only) (Jury Department takes approximately one week to process questionnaires and make them available to counsel and the Court) | September 10, 2024 9:00am, cont'd if needed on September 11, 2024 9:00am |
| Hearing on motions in limine (the Court will notify the parties in advance as to which motions will be argued) | September 12, 2024 10:30am |

| **Event** | Amended Deadline/Deadline Range (where applicable) |
|---|---|
| Deposition Designations (due for exchange between parties) | Parties to propose deadline |
| Objections to Deposition Designations and Counter-Designations (due for exchange between parties) | Parties to propose deadline |
| Deadline for Submitting Deposition Designations Matrices and Highlighted Transcripts to the Court (via e-mail) | September 16, 2024 |
| Parties to File Jointly Proposed Jury Instructions and Verdict Form | September 16, 2024 |

| **Event** | Amended Deadline/Deadline Range (where applicable) |
|---|---|
| Parties to Submit Joint Final Pretrial Order (use Utilities function in CM/ECF and e-mail) | September 16, 2024 |
| Parties to Submit Jointly Proposed Voir Dire Questions and Joint Statement of the Case (via e-mail) | September 20, 2024 |
| Status Conference Regarding Excusals Based on Jury Questionnaire Responses | TBD |

| Event | Amended Deadline/Deadline Range (where applicable) |
|---|---|
| Final Pretrial Conference and Hearing on proposed Jury Instructions and Verdict Form | September 23, 2024 10:30am cont'd if needed on September 24, 2024 10:30am |
| Deadline for Court to Inform Jury Dept of Excusals Based on Questionnaires (Court Staff Only) | October 2, 2024 |
| Hearing Regarding Misc. Pretrial Matters (if needed) | October 7, 2024 |
| **First Day of Trial/Voire Dire** | October 8, 2024 |

Hearings will be conducted in person in Ann Arbor, Michigan unless the Court notifies the parties in advance otherwise.

IT IS SO ORDERED.

7


Dated: April 12, 2024           s/Judith E. Levy
Ann Arbor, Michigan          JUDITH E. LEVY
                                               United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 12, 2024.

                                              s/William Barkholz
                                              WILLIAM BARKHOLZ