# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| IN RE FLINT WATER LITIGATION | Case No. 5:16-cv-10444-JEK-MKM |
|---|---|
| | Hon. Judith E. Levy |
| This Document Relates To:<br>BELLWETHER III | Case No. 5:17-cv-10164-JEL-KGA |

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | Declaration of James M. Campbell In Support Of VNA's Motion For Summary Judgment |
| 2 | Document produced as VWNAOS018930 |
| 3 | Excerpts from the deposition of Marvin Gnagy |
| 4 | Expert Report of Dr. Larry Russell |
| 5 | Document produced as VWNAOS087372 |
| 6 | Y.A. Blood Lead Test Result (Feb. 5, 2016) |
| 7 | Y.A. Blood Lead Test Result (Mar. 22, 2016) |
| 8 | E.A. Blood Lead Test Result (Jan. 28, 2016) |
| 9 | G.B. Blood Lead Test Result (May 6, 2015) |
| 10 | G.B. Blood Lead Test Result (Jan. 29, 2016) |
| 11 | C.D. Blood Lead Test Result (Jan. 8, 2016) |
| 12 | R.E. Blood Lead Test Result (Aug. 6, 2015) |
| 13 | R.E. Blood Lead Test Result (Jan. 26, 2016) |
| 14 | J.N. Blood Lead Test Result (Oct. 12, 2016) |
| 15 | J.N. Blood Lead Test Result (Oct. 25, 2016) |
| 16 | J.S. Blood Lead Test Result (Jan 12, 2015) |
| 17 | J.S. Blood Lead Test Result (Jan. 22, 2016) |
| 18 | Excerpts from the deposition of Dr. William Bithoney |
| 19 | Excerpts from the deposition of Dr. Jennifer Sample |
| 20 | Y.A. Bone Lead Report |
| 21 | E.A. Bone Lead Report |
| 22 | G.B. Bone Lead Report |

| Exhibit | Description |
|---|---|
| 23 | C.D. Bone Lead Report |
| 24 | R.E. Bone Lead Report |
| 25 | J.N. Bone Lead Report |
| 26 | J.S. Bone Lead Report |
| 27 | Expert Report of Dr. Aaron Specht |