# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In Re* Flint Water Cases | No. 5:16-cv-10444-JEL-EAS |
| | HON. JUDITH E. LEVY |
| | MAG. ELIZABETH A. STAFFORD |

## DECLARATION OF VINCENT J. WARD IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT WITH VNA DEFENDANTS

I, Vincent J. Ward, make this declaration pursuant to 28 U.S.C. § 1746. I hereby declare under penalty of perjury that the following is true and correct:

1. I am a partner at The Ward Law Firm was appointed by the Court as Interim Subclass Settlement Counsel for an Adult Injury Subclass. Dkt. No. 929. Pursuant to this appointment, I have been an active participant in the settlement negotiation process.

2. After my appointment in August 2019, I familiarized myself with the factual and legal issues relevant to an adult injury subclass and the nature and extent of its members' injuries by speaking with the subclass representative, as well as by reviewing the pleadings and orders filed in this case. I also met with members of the subclass, spoke with medical and other experts, analyzed data concerning the impact

of lead exposure on adults in Flint, and engaged in several meetings with liaison, class, and other subclass counsel.

3. In my role as Interim Subclass Counsel for the Adult Injury Subclass in the first settlement, vigorously advocated on behalf of adult residents of Flint, Michigan that suffered injuries due to the lead-contaminated water in the City of Flint and negotiated on their behalf with respect to how an aggregate settlement amount paid by the Settling Defendants would be allocated between the various proposed subclasses.

4. I likewise advocated for adult residents of Flint and negotiated on their behalf as to the allocation of proceeds from the LAN Settlement among the various proposed subclasses.

5. After entering into a tentative settlement with the VNA Defendants, Class Counsel convened a meeting of Settlement Subclass Counsel, explaining the circumstances by which settlement with VNA was reached and answering questions from Settlement Subclass Counsel. Class Counsel also provided information as to the ongoing claims process and anticipated adjustments to the eligibility criteria and allocation structure for the VNA Settlement. Settlement Subclass Counsel collectively requested and received available data regarding claims submitted under each category.

6. I also reviewed relevant pleadings and Court orders to assess the viability of the Class's claims against LAN, as well as the viability of each subclass's claims.

7. Settlement Subclass Counsel subsequently met to negotiate an appropriate allocation of VNA Settlement funds amongst the subclasses. As before, I vigorously advocated on behalf of adults who were exposed to the lead-contaminated water in this matter, and negotiated on their behalf as to how settlement funds paid by the VNA Defendants should be allocated between the subclasses.

8. I have independently determined that the settlement agreement reached between putative Class Plaintiffs and VNA is fair and in the best interests of the Adult Injury claimants participating in the settlement. The agreement is the product of months of vigorous negotiation between the parties before a Court-appointed neutral. By utilizing the procedures and structure implemented by the prior settlement and making equitable adjustments based on experience gained from the first two settlements, the VNA Settlement provides clear guidelines for participation and will provide much-needed relief far sooner than would be the case if this matter were litigated through trial.

9. This settlement is further in the best interest of adults participating in the settlement because it avoids the costs and inherent risks associated with continued litigation, as well as the further delays that would be caused by any appeal.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on April 11, 2024
Albuquerque, New Mexico

                                            */s/ Vincent J. Ward*
                                            Vincent J. Ward