# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In Re* Flint Water Cases | No. 5:16-cv-10444-JEL-EAS |
| | HON. JUDITH E. LEVY |
| | MAG. ELIZABETH A. STAFFORD |

# [PROPOSED] ORDER

Having read and considered the Motion for Preliminary Approval of Class Settlement with VNA,[1] as well as any papers submitted to the Court in support of and in opposition to the Motion, IT IS HEREBY ORDERED as follows:

1. The Settlement Agreement between Plaintiffs and VNA is preliminarily approved under Federal Rule of Civil Procedure 23 as within the range of possible final approval.

2. The Settlement Allocation and plan of distribution are preliminarily approved.

3. Cohen Milstein Sellers & Toll PLLC, Pitt McGehee Palmer Bonanni & Rivers, PC, and the Executive Committee are appointed as Class Counsel under Federal Rule of Civil Procedure 23(g) to represent the VNA Settlement Class and Subclasses.

---

[1] "VNA" means Veolia North America, LLC, Veolia North America, Inc., and Veolia Water North America Operating Services, LLC, as well as any direct or indirect parent, subsidiary, affiliate, predecessor, or successor of any of the aforementioned entities.

4. The VNA Settlement Class and Subclasses, as defined in paragraph 7.2 of the VNA Settlement Agreement ("VSA") are certified under Federal Rule of Civil Procedure 23(a), (b)(3), and (e) for purposes of the VNA Settlement.

5. The following individuals are re-appointed as Class Representatives for purposes of the VNA Settlement:

   a. Rhonda Kelso, Barbara and Darrell Davis, Tiantha Williams, and Michael Snyder as personal representative of the Estate of John Snyder, as representatives of the Adult Exposure Subclass;

   b. Elnora Carthan and David Munoz as representatives of the Property Damage Subclass;

   c. 635 South Saginaw LLC, Frances Gilcreast, and Neil Helmkay as representatives of the Business Economic Loss Subclass.

6. The following individuals are re-appointed as Settlement Subclass Counsel for purposes of the VNA Settlement:

   a. Vincent J. Ward of The Ward Law Firm as counsel for the Adult Exposure Settlement Subclass;

   b. Sarah R. London of Lieff Cabraser Heimann & Bernstein, LLP as counsel for the Property Damage Settlement Subclass; and

   c. Dennis C. Reich of Reich & Binstock, LLP as counsel for the Business Economic Loss Settlement Subclass.

7. The plan of notice presented in the Eric Schachter's Declaration of in Support of Plaintiffs' Motion is approved. The form of notice and modified claim form attached as Exhibit E, Attachment 1, are approved. The Notice

and Claim Form shall be disseminated to the VNA Settlement Class in accordance with the plan of notice and the VNA Settlement Agreement.

8. A.B. Data, Ltd. shall serve as the Notice Administrator.

9. The Fairness Hearing is set for _____, 2024, __ days after the Motion for final approval is filed, and the following schedule is set:

| Event | Deadline | Date[2] |
|---|---|---|
| Settlement Website | Updated following this Order. | |
| Motion for Fees and Expenses | Filed within 60 days of this Order. | |
| Notice Mailed | Within 30 days of this Order. | |
| Deadline for Registration Form & Claim Form | Must be postmarked or submitted electronically within 90 days of this Order. | |
| Deadline to Request Exclusion from Settlement | Must be postmarked or submitted electronically within 90 days of this Order. | |
| Deadline for Objections to Settlement and Class Member Notice of Intent to Appear at Fairness Hearing | Must be filed within 90 days of this Order. | |

---

[2] Any deadline that falls on a weekend or holiday based on the interval will be automatically pushed to the following business day.

| Motion for Final Approval | Filed within 105 days of this Order. | |
|---|---|---|
| Fairness Hearing | _____, 2024 | |

Dated: _____, 2024  
Ann Arbor, Michigan

_____  
JUDITH E. LEVY  
United States District Judge