# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases            Hon. Judith E. Levy

5:16-cv-10444/17-cv-10164          United States District Judge

_____/

This Motion Relates to:

*Bellwether III Cases*

_____/

## INDEX OF EXHIBITS

| EXHIBIT | DESCRIPTION |
|---|---|
| Exhibit 1 | Roy et al. 2019 Biosolids paper |
| Exhibit 2 | Roy & Edwards 2020 Biosolids paper |
| Exhibit 3 | Declaration of David Madigan, Ph.D, dated April 15, 2024 |
| Exhibit 4 | Declaration of Shawn McElmurry, Ph.D, dated April 21, 2024 |
| Exhibit 5 | Excerpts of Dr. Russell BW3 Rebuttal Report, dated September 19, 2024 |
| Exhibit 6 | Excerpts of Dr. Russell Class Rebuttal Report, dated March 3, 2024 |
| Exhibit 7 | Oct. 30, 2017 Email Exchange Between Edwards and Bincsik, VATECH_00001830–832 |
| Exhibit 8 | October 28, 2017 Email from Edward, VATECH_00082354 |
| Exhibit 9 | Draft of 2019 Biosolids Analysis, VATECH_00069856 |

| Exhibit 10 | Table of Veolia BW3 Experts Opinions Based on Biosolids & Highlighted Excerpts from Veolia Expert Reports |
|---|---|
| Exhibit 11 | Excerpt of Dr. Greenberg April 8, 2024 Deposition |
| Exhibit 12 | Excerpt of Dr. Gagnon February 12 & February 14, 2024 Deposition |
| Exhibit 13 | Excerpt of Dr. Finley March 21, 2024 Deposition |
| Exhibit 14 | Excerpt of VNA's Submission re Non-Retained Expert Testimony |