# EXHIBIT 7

| | |
|---|---|
| **From**: | Robert Bincsik [rbincsik@cityofflint.com] |
| on behalf of | Robert Bincsik <rbincsik@cityofflint.com> [rbincsik@cityofflint.com] |
| **Sent**: | 10/30/2017 2:45:59 PM |
| **To**: | Marc Edwards [Marc Edwards <edwardsm@vt.edu>] |
| **CC**: | George Krisztian (krisztiang@michigan.gov) [ George Krisztian (krisztiang@michigan.gov) <krisztiang@michigan.gov>] |
| **Subject**: | RE: Virtual Introduction |

Average dry weather is around 13 MGD and wet weather goes to 50+ MGD

On Oct 27, 2017 3:43 PM, "Marc Edwards" <edwardsm@vt.edu> wrote:

> Ball park ranges for each? Just back of envelope? Marc
>
>
> **From:** Robert Bincsik [mailto:rbincsik@cityofflint.com]
> **Sent:** Friday, October 27, 2017 3:41 PM
>
> **To:** Marc Edwards <edwardsm@vt.edu>
> **Cc:** George Krisztian (krisztiang@michigan.gov) <krisztiang@michigan.gov>
> **Subject:** RE: Virtual Introduction
>
>
> Highly dependent on dry vs. Wet weather flows
>
>
> On Oct 27, 2017 3:21 PM, "Marc Edwards" <edwardsm@vt.edu> wrote:
>
>> Great. Any idea on the percentage of total flow from the other community?
>>
>> Marc
>>
>>
>> **From:** Robert Bincsik [mailto:rbincsik@cityofflint.com]
>> **Sent:** Friday, October 27, 2017 3:16 PM
>> **To:** Marc Edwards <edwardsm@vt.edu>
>> **Cc:** George Krisztian (krisztiang@michigan.gov) <krisztiang@michigan.gov>
>> **Subject:** RE: Virtual Introduction
>>
>>
>> Hello Marc,
>>
>> 1.) We service another community at our wastewater plant

2.) I'll get with the wastewater plant on this

3.) Sludge from drinking water plant goes to various locations. Lime sludge goes to a lagoon and the plate settler/primary settling sludge (ferric chloride) goes to the wastewater plant


On Oct 27, 2017 3:06 PM, "Marc Edwards" <edwardsm@vt.edu> wrote:

Hi Rob,

Do you have this information for me?

I basically had the following questions:


1)   Does the sewage to your wastewater plant come only from Flint, or is some percentage of it from outside Flint?

2)   Does the city have Zinc/Iron data for the biosolids?

3)   Does sludge from the potable water plant (when in operation) go to the sewer, or is that handled separately?


Marc



**From:** Krisztian, George (DEQ) [mailto:krisztiang@michigan.gov]
**Sent:** Monday, October 23, 2017 11:23 AM
**To:** Marc Edwards <edwardsm@vt.edu> (edwardsm@vt.edu) <edwardsm@vt.edu>; Robert Bincsik <rbincsik@cityofflint.com>
**Subject:** Virtual Introduction


Marc and Rob,


I am sending this email as a virtual introduction.


Rob,

CONFIDENTIAL

VATECH_00001831

There are some questions that Marc has with respect to the Biosolids data that you provided and I thought it might be more expedient if you and he were to communicate directly with each other. Some of the questions that Marc has are:

Does the City have Zinc/Iron data for the biosolids?

Is the sewer in Flint Combined?

I would also be happy to engage in future communications regarding this issue if my participation is felt to be beneficial.

Thank you both.

George


George L. Krisztian

Flint Action Plan Coordinator

Assistant Director, Drinking Water and Municipal Assistance

Michigan Department of Environmental Quality

Cell ph   (517) 420-5897

CONFIDENTIAL

VATECH_00001832