# EXHIBIT 12

1          UNITED STATES DISTRICT COURT

2          EASTERN DISTRICT OF MICHIGAN

3               SOUTHERN DIVISION

4

    ------------------------------)

5                                  ) Civil Action No.:

    IN RE:  FLINT WATER CASES      ) 5:16-cv-10444-JEL-MKM

6                                  ) (consolidated)

                                   )

7                                  ) Hon. Judith E. Levy

    ------------------------------)

8

9                    - - -

10          REMOTE VIDEOTAPED DEPOSITION OF

11          GRAHAM GAGNON, PH.D., P.ENG.

12           Monday, February 12, 2024

13                  Volume 1

14                    - - -

15

16          Remote videotaped deposition of GRAHAM

17   GAGNON, PH.D., P.ENG., commencing at 11:04 a.m.,

18   Monday, February 12, 2024, before Juliana F. Zajicek,

19   Registered Professional Reporter, Certified Shorthand

20   Reporter and Certified Realtime Reporter.

21

22                    - - -

23          GOLKOW LITIGATION SERVICES

           877.370.3377 ph | 917.591.5672 fax

24               Deps@golkow.com

Graham Gagnon

1    paper, nor do I have any reason to believe that he

2    would bias his data in these papers.

3    BY MR. MAIMON:

4        Q.    I appreciate that that's your view of

5    Dr. Edwards, but that wasn't my question.

6            My question is that you didn't verify any

7    of the data for the biosolids paper, correct?

8        MR. RINGSTAD:  Object to form.

9    BY THE WITNESS:

10       A.    Well, I don't need to verify the data,

11   because they're, first of all, as we discussed, peer

12   reviewed, and the data would have been, I assume, as

13   we've discussed, Dr. Edwards being a respected author

14   would have scrutinized and verified these himself.  So

15   we have almost a redundancy of his own work plus a

16   peer-reviewed process.

17   BY MR. MAIMON:

18       Q.    Regardless of whether you believe there

19   was a need to or not, you did not verify the data,

20   correct?

21       MR. RINGSTAD:  Object to form.

22   BY THE WITNESS:

23       A.    Consistent with the Pieper data, I read

24   the data as they were.

Graham Gagnon

1   BY MR. MAIMON:

2       Q.    Is there a difficulty for you in just

3   acknowledging and admitting that you didn't verify the

4   data -- any of the data used for this paper?

5       A.    I think --

6       MR. RINGSTAD:  Object to form.

7   BY THE WITNESS:

8       A.    I think there's no difficulty, other than

9   to say when a researcher reads a peer-reviewed journal

10  paper, you respect the process, just as we respected

11  the process before.  So just agreeing with you, sir.

12  BY MR. MAIMON:

13      Q.    Okay.  You did not verify, yourself, any

14  of their analysis of the data, correct?

15      MR. RINGSTAD:  Object to form.

16  BY THE WITNESS:

17      A.    Well, as I described in my report, I

18  reviewed their data quite carefully, in fact, actually

19  repositioned their paper to try to understand it which

20  I described carefully in my report.

21          So I would say I scrutinized these data

22  quite carefully, including the calculations they made.

23  BY MR. MAIMON:

24      Q.    All right.  You accepted the -- their

1    analysis of the data and the data itself as published

2    in this peer-reviewed journal, correct?

3        A.    Yeah.   And as I just said, also

4    scrutinized the data and the work that they did --

5        Q.    Now, they're --

6        A.    -- in addition to accepting the

7    peer-review process.

8        Q.    What they are describing here as their

9    novel hypothesis was that lead measurements in

10   biosolids from the Flint wastewater treatment plant

11   represents the lead released from the plumbing to the

12   Flint water distribution system; is that fair to say?

13       A.    That is their -- their hypothesis when

14   they started their research, yes, and the paper.

15       Q.    Okay.  Now, you mentioned they had an

16   article in 2020.  I'd mark that as Exhibit 11.

17                   (WHEREUPON, a certain document was

18                    marked Graham Gagnon Deposition

19                    Exhibit No. 11, for identification,

20                    as of 02/12/2024.)

21   BY MR. MAIMON:

22       Q.    Is this the article that you were

23   referring to?

24       A.    Yes.

1      Q.    Okay.  And, first of all, do you know

2   whether or not there is actual data on this, the

3   estimate of 5 percent -- less than 5 percent of

4   wastewater deriving from industry?

5      MR. RINGSTAD:  Object to form.

6   BY THE WITNESS:

7      A.    I know what would be in this e-mail, but

8   the rest I don't have any data myself and I didn't see

9   any reported in this paper.

10  BY MR. MAIMON:

11     Q.    Okay.  But I'm asking you whether you know

12  whether or not -- aside from Mr. Case saying it, do

13  you know whether or not there is actual data to -- by

14  which this can be either verified, investigated, or

15  confirmed?

16     MR. RINGSTAD:  Object to form.

17  BY THE WITNESS:

18     A.    You're asking me if there data or is there

19  a way to investigate this, just to be clear?

20  BY MR. MAIMON:

21     Q.    I'm asking you, do you know -- is it your

22  assumption that there is actual data upon which this

23  estimate was made?

24     MR. RINGSTAD:  Object to form.

1    BY THE WITNESS:

2          A.    Yeah, I assume there is -- there is data,

3    but I did not investigate myself.

4    BY MR. MAIMON:

5          Q.    Okay.

6          A.    The reason why I say that there would be

7    data is that oftentimes wastewater treatment plants

8    have what is called pollution prevention systems in

9    place that basically go -- particularly at commercial

10   dischargers, to -- to evaluate them in violation of

11   any local bylaws for wastewater, which is a very

12   common practice for industry.

13               So knowing they are commercial or large

14   wastewater inputters would be, I would say, normal

15   practice in the United States.

16         MR. MAIMON:  Again, I'll move to strike as

17   nonresponsive.

18   BY MR. MAIMON:

19         Q.    If you can take a look at Page 18 of your

20   report, and I'd like to point you to the final

21   paragraph on that page.

22               Are you there?

23         A.    Yes.

24         Q.    You cite from the various sections of the

1              UNITED STATES DISTRICT COURT

2               EASTERN DISTRICT OF MICHIGAN

3                     SOUTHERN DIVISION

4

   ----------------------------)

5                               ) Civil Action No.:

   IN RE:  FLINT WATER CASES    ) 5:16-cv-10444-JEL-MKM

6                               ) (consolidated)

                                )

7                               ) Hon. Judith E. Levy

   ----------------------------)

8

9                       - - -

10        REMOTE VIDEOTAPED DEPOSITION OF

11          GRAHAM GAGNON, PH.D., P.ENG.

12          Wednesday, February 14, 2024

13                    Volume 2

14                      - - -

15

16          Continuation of the remote videotaped

17  deposition of GRAHAM GAGNON, PH.D., P.ENG., commencing

18  at 11:03 a.m., Wednesday, February 14, 2024, before

19  Juliana F. Zajicek, Registered Professional Reporter,

20  Certified Shorthand Reporter and Certified Realtime

21  Reporter.

22                      - - -

23          GOLKOW LITIGATION SERVICES

           877.370.3377 ph | 917.591.5672 fax

24               Deps@golkow.com

1    that, would you?

2         A.    No, sir.

3         Q.    Okay.  I just want to know from your

4    perspective from a scientific point of view, is it

5    scientifically acceptable and reliable to rely on

6    e-mail information and a personal communication such

7    as this in order to support a statement and an

8    assumption in a scientific article?

9         MR. RINGSTAD:  Object to form.

10   BY MR. MAIMON:

11        Q.    Do you understand my question?

12        A.    Well, I would say personal communication

13   is -- is often used for a basis of -- of grounding

14   information.  That is quite normal in scientific

15   publications.

16        Q.    Okay.  And so what you're saying is that

17   as far as you're concerned, it was perfectly proper

18   and acceptable for Drs. Roy and Edwards to rely on

19   this e-mail communication from Mr. Case in order to

20   support one of the assumptions of their paper, fair?

21        A.    Yeah, I think it's -- it's fair, but

22   obviously they've cited other literature in and above

23   -- in and addition to this one noted information

24   around the reasonableness of looking at biosolids in

1     general and metal specifically in biosolids.

2          So I think this only grounds it specific

3     to Flint, but certainly aligns with other -- with

4     other references that they cite in this work.

5          Q.    Well, what they're referring to here for

6     Mr. Case is not only specific to Flint but specific to

7     the contribution of wastewater from industry to the

8     waste -- correct?

9          MR. RINGSTAD:  Object to form.

10    BY THE WITNESS:

11         A.    I mean, I read this as more specific to

12    Flint.

13    BY MR. MAIMON:

14         Q.    Yes.  The only citation and reference they

15    give for this 5 percent number -- or less than

16    5 percent number with regard to Flint is the e-mail

17    from Case in 2018, correct?

18         A.    Well, they also, then, conduct analyses

19    to, you know, ground it further, but I think this

20    is -- as we know in the paper, this is fairly

21    introductory into the paper to give some basis of

22    grounding.

23          They then pursue calculations throughout

24    their -- their work.  So this is just a, I would say,

1    a starting point as opposed to an endpoint.

2         Q.    And my point, I just want to make sure, is

3    that from a scientific point of view, the personal

4    communication in terms of the e-mail is acceptable to

5    rely upon for purposes of this starting point, fair?

6         MR. RINGSTAD:  Object to form.

7    BY THE WITNESS:

8         A.    As a starting -- to have a personal

9    communication, as we talked about, is often relied

10   upon as a starting point or a grounding point, but

11   obviously they rely on detailed calculations and

12   analysis to -- to substantiate their -- their efforts.

13   BY MR. MAIMON:

14        Q.    I understand that.  Okay.

15              Do you know what records the Flint

16   wastewater treatment plant keeps as far as how much

17   wastewater is derived from what source?

18        A.    How much wastewater is derived from what

19   source?

20        Q.    Yes.

21        A.    Could you explain this a bit more?

22        Q.    Sure.

23              The -- in Roy and Edwards here that we

24   have on the -- on the screen right now, they are

Graham Gagnow (VOL. II)

```
1    asserting that less than 5 percent of the wastewater

2    is derived from industry.

3              Do you see that?

4        A.    I do.

5        Q.    Do you know whether or not the Flint Water

6    Treatment Plant -- Flint Wastewater Treatment Plant

7    keeps records on that issue?

8        A.    I mean, I haven't studied that myself,

9    so -- but I would say in a normal situation, large

10   wastewater users -- so having worked at an industrial

11   facility myself in a separate city, we had to report

12   on the volumes and we had bylaw controls on what we

13   were disposing into sewers.

14             So larger industries are very well

15   reported from an upset standpoint.   Individual

16   households aren't, but large industries that are

17   putting their sewer into a sewer system is quite -- is

18   quite normal.

19             But having not studied this specific

20   question at Flint, my answer would be I would assume

21   they would be doing this, but I can't -- can't be

22   sure.

23       Q.    Okay.   And you -- because you can't be

24   sure, you don't know whether or not Drs. Roy and/or
```

1    Edwards reviewed any records of the Flint wastewater

2    treatment plant to confirm what Mr. Case told them.

3            That's true, isn't it?

4        A.    I mean, they both -- both individuals were

5    on the ground in Flint extensively.  I would accept

6    that they have intimate knowledge of the City -- of

7    the City of Flint to rationalize this comment.  So I

8    don't think they would be flippant in their analysis

9    in that regard.

10       Q.    Well, I appreciate that -- your views on

11   them as individuals and as scientists, but the truth

12   of the matter is, Dr. Gagnon, you just don't know

13   whether or not they reviewed any records to

14   corroborate what Mr. Case told them.

15           That's true, isn't it?  You don't know?

16       MR. RINGSTAD:    Object to form.

17   BY THE WITNESS:

18       A.    Well, I -- I do know that they were in

19   Flint for months --

20   BY MR. MAIMON:

21       Q.    Yeah.

22       A.    -- prior to 2008 extensively.  That, I do

23   know factually.  To the extent that they reviewed

24   detailed documents for the wastewater plant, I do not

Graham Gagnon (Vol. II)

1   know.

2       Q.    And based on the statement that less than

3   5 percent of wastewater is derived from industry, they

4   conclude or that they say this increases the

5   likelihood that the lead captured in the biosolids is

6   mostly derived from domestic plumbing release to

7   potable water.

8             That's what they say, right?

9       A.    Yeah.  The emphasis there I would put on

10  "likelihood," because this is the hypothesis that

11  they're intending to test.  You know, this is the

12  introduction of their work, and so they're using words

13  like "likelihood" to emphasize the fact that this is

14  their hypothesis that they're about to pursue --

15      Q.    Fair enough.

16      A.    -- which is a normal scientific approach.

17      Q.    Fair enough.

18            If this turned out to have not been the

19  case and a significant amount of wastewater had been

20  derived from industry, what impact would that have had

21  on their results?

22      A.    Well, they would have obtained different

23  results, I would -- than what they reported on.

24      Q.    Okay.  And you don't know what those

1    results would be because the data would be different,

2    correct?

3        MR. RINGSTAD:   Object to form.

4    BY THE WITNESS:

5        A.    I have no idea what the different results

6    would be in a different situation, no.

7    BY MR. MAIMON:

8        Q.    Fair enough.  Okay.

9            Now, last time we were talking about this

10   chart in the 2020 article showing the increase in lead

11   biosolids in 2014 and then the decrease in 2015.

12           Do you recall that?

13       A.    I recall that conversation, yes.

14       Q.    Okay.  And -- okay.

15           And we also mentioned that you were aware

16   in putting your report together and incorporating this

17   chart, that VNA started its involvement with regard to

18   Flint water in or around January of 2015, right?

19       A.    I recall that conversation, yes.

20       Q.    Have you been given any information from

21   the lawyers who retained you that is inconsistent with

22   this notion that there was an increase in lead in

23   biosolids in 2014 and then a decrease in 2015?

24       MR. RINGSTAD:  Objection to form.

Graham Gagnon (Vol. II)

1    government who were on the e-mail chain that Mr. Case

2    had sent telling them about the 5 percent -- less than

3    5 percent coming from industry.

4           Do you see this e-mail dated October 28th,

5    2017?

6       A.   Yes.

7       Q.   And you're aware, aren't you, that the

8    biosolid data that formed the basis of the Roy and

9    Edwards paper in 2019 was provided by the City of

10   Flint and by the wastewater treatment plant, right,

11   they -- they gave them the data, Roy and Edwards

12   didn't test the bio -- the sludge themselves, correct?

13      A.   Sorry, I was just reading the e-mail.

14          Your question was, did Dr. Edwards measure

15   the biosolids himself?

16      Q.   Yeah, you know that the data from the

17   biosolids and the lead content of the biosolids was

18   information that was provided to him by people in

19   Flint, that he didn't go and test and measure the

20   sludge himself, right?

21      A.   That's my understanding, yes.

22      Q.   So let's take a look at this e-mail that

23   Dr. Edwards sent to Mr. Bincsik and Mr. Krisztian in

24   October of 2017.

1      MR. RINGSTAD:  Object to form, and particularly

2  the suggestion that Dr. Gagnon is doing anything other

3  than reading the sentence honestly.

4          You can answer.

5  BY THE WITNESS:

6      A.   Well, I think he's very clear on

7  hypothesis, and I -- when I read hypothesis

8  statements, it's really, as I said, it's, "this isn't

9  my idea, this is my research question," and he's

10  providing some substantiation for his hypothesis,

11  which I don't object to because this is scientific

12  pursuit.

13  BY MR. MAIMON:

14      Q.   The substantiation is his statement

15  "because the sludge data that month was higher than

16  2000 and 2014 August," right?  That's the

17  substantiation you're referring to, right?

18      A.   Correct.  And as we know, he doesn't

19  include in this sentence anything about 2011, which he

20  at great length describes.

21      Q.   We'll get to -- we'll get to 2011 in a

22  minute.

23          But the statement here about the sludge

24  data for August of '15 being higher than 2000 -- than

1    August of 2013 and August of 2014 is, again,

2    inconsistent with what was published in 2019 and 2020,

3    true?

4         MR. RINGSTAD:   Object to form.

5    BY THE WITNESS:

6         A.     As I said before, work product often

7    evolves, and this is work product.  And the fact that

8    it evolves is perfectly reasonable, and the fact that

9    it is slightly different or completely different is

10   reasonable as scientists pursue their work.

11   BY MR. MAIMON:

12        Q.     Have you looked at the underlying sludge

13   data that Dr. Edwards is referring to here to see

14   whether or not it actually was as he stated in October

15   of 2017 or actually was as he published in May

16   of 2019?

17        A.     In the Figure S1 of the supplemental of

18   the 2020 article provides the date from January 10th

19   to January 19th month by month, so the answer would be

20   yes.

21        Q.     I asked -- I'm not talking about Dr. --

22   Dr. -- the publications.  I'm talking about the

23   underlying data itself, the same data that he was

24   looking at in October of 2017.

```
 1                    I'm not talking about what he reported

 2   about it, I'm talking about, have you looked at the

 3   actual data itself?

 4        A.    I believe I answered the question.

 5                    Figure S1 provides the data explicitly in

 6   a graphical form, but it's right before our eyes.

 7        Q.    Who put Figure 1 together?

 8        A.    Figure S1, sir.

 9        Q.    Yes, Figure S1, who put it together?

10        A.    The authors.  I believe it would be Roy

11   and Edwards.

12        Q.    Right.  So they looked at the underlying

13   data and then put that graph together, right?

14        A.    I would assume so, yes.

15        Q.    My question, sir, is, have you looked at

16   the underlying data the same way that Dr. -- that

17   Dr. Edwards in this October of 2017 e-mail was looking

18   at that data?  Have you looked at the same data as he

19   did?

20                    I'm not talking about what the chart that

21   he put together on it was, but the actual data, have

22   you looked at that?

23        MR. RINGSTAD:  Object to form.

24   BY THE WITNESS:
```

Graham Gagnon (VOL. II)

```
 1        A.      Well, I looked at the chart which is a

 2    representation of the data explicitly, so that's what

 3    I've reviewed.

 4    BY MR. MAIMON:

 5        Q.      Okay.  So the honest answer to my question

 6    is you have not looked at the underlying data, true?

 7        MR. RINGSTAD:  Object to form.

 8    BY THE WITNESS:

 9        A.      True in the sense that I don't have the

10    raw data itself, but it's --

11    BY MR. MAIMON:

12        Q.      Thanks.

13        A.      -- it's lead kilograms in this -- by month

14    explicitly in this figure.

15        Q.      Thank you.  I appreciate your honesty.

16    Okay.

17        MR. RINGSTAD:  Object to form.  Move to strike

18    the commentary.

19    BY MR. MAIMON:

20        Q.      Let's talk a little bit more about the

21    assumptions underlying the novel hypothesis by Roy and

22    Edwards.

23                (WHEREUPON, certain documents were

24                 marked Graham Gagnon Deposition
```

1    don't have this in front of me right now.

2         Q.    Okay.  What if the percentage of

3    wastewater flow to Flint from Burton were greater,

4    what impact would that have?

5         A.    I mean, I think you would have to also

6    look at the lead service lines in Burton and lead

7    contributions in Burton to -- to know that impact on

8    lead.  But as I said, I don't -- I -- my understanding

9    from reading this report, that it was -- at that time

10   was that Burton was not a significant contributor.

11        Q.    Right.  You put it at 1 percent, right?

12        A.    Yes, sir.

13        Q.    And if it were greater than 1 percent, you

14   don't have enough data to or information to give an

15   opinion with reasonable scientific certainty as to

16   what impact that might have on the results reported by

17   Roy and Edwards, fair?

18        MR. RINGSTAD:  Object to form.

19   BY THE WITNESS:

20        A.    What we do know is when Roy and Edwards

21   performed their model to correlate water lead levels

22   in biosolids, they describe how the intercept relates

23   to other sources.  So presumably this intercept or

24   error capture would be moved one way or another,

1    depending on Burton's contribution.

2    BY MR. MAIMON:

3        Q.    What if Burton was contributing 15 percent

4    of the influent to the wastewater treatment plant,

5    could you say how that would impact the results?

6        A.    I can't say sitting here today, but I can

7    say it would have shown in error form that's described

8    in the paper.

9        Q.    What if it were 30 percent, could you say?

10       A.    Again, it would be the same answer.

11       Q.    What if two-thirds of the total flow was

12   from another community, can you say how that would

13   have impacted the results that Roy and Edwards

14   reported having assumed that the contribution from

15   sources other than Flint were small or constant?

16       MR. RINGSTAD:  Object to form.

17   BY THE WITNESS:

18       A.    Knowing the population of the neighboring

19   communities, I'm not sure if it would be reasonable to

20   assume that two-thirds of the wastewater flow would be

21   coming from somewhere else.  So it's really kind of a

22   difficult question to answer.

23   BY MR. MAIMON:

24       Q.    Okay.  Have you been given any information

1    total flow from the other community?"

2              Do you see that?

3       A.    I do.

4       Q.    And that would be important because if

5    you're talking about whether or not that percentage

6    was small, as we saw in the assumptions, this is a

7    perfectly appropriate question for Dr. Edwards to be

8    asking.

9              Would you agree?

10      A.    Yeah.

11      Q.    Mr. Bincsik back at 3:41 p.m., 20 minutes

12   later:

13              "Highly dependent on dry versus wet

14   weather flows."

15              Right?  Do you see that?

16      A.    I do.

17      Q.    So Dr. Edwards had asked him about the

18   percentage of total flow from the other community, and

19   Mr. Bincsik tells him that that is highly dependent on

20   whether it's dry or wet weather.

21              Do you see that?

22      A.    He doesn't say whether it's for Flint or

23   the other community.  He just says, highly dependent

24   on dry or wet weather flows.

 1                Who knows whether he's referring to Flint

 2   or to another community.  He's not explicitly saying

 3   one or another because obviously --

 4        Q.    Let's take a look at the question.  The

 5   question is:  "Any idea of the percentage of total

 6   flow from the other community?"

 7                Do you see that?

 8        A.    I read that, yes.

 9        Q.    The answer is:  "Highly dependent on dry

10   versus wet weather flows."

11                Do you see that?

12        A.    But he doesn't explicitly say high or wet

13   weather flows for another community or for Flint.  He

14   just says high or wet weather flows.  Presumably these

15   cities are -- towns are close, which they are.  So

16   rain doesn't isolate over Flint and then isolate over

17   Burton or any other community.

18                So this would be highly dependent or -- on

19   wet or dry anywhere in this region, which would be

20   true.

21        MR. MAIMON:  I'm going to move to strike as

22   nonresponsive.

23   BY MR. MAIMON:

24        Q.    Dr. Edwards at 3:21 p.m. on October 27th,

```
 1   treatment plant independent of these -- of where rain

 2   is landing.

 3        MR. MAIMON:  I'll move to strike everything

 4   after "let's not split" -- "we're not splitting hairs"

 5   as nonresponsive.

 6   BY MR. MAIMON:

 7        Q.   Would you agree with me that 50 million

 8   gallons per day is two-thirds of a maximum flow

 9   capacity of 70 million -- 75 million gallons per day?

10        MR. RINGSTAD:  Object to form.

11   BY THE WITNESS:

12        A.   50 -- 50 million -- 50 divided by 75 is

13   two-thirds.

14   BY MR. MAIMON:

15        Q.   Okay.  The -- the information that

16   Mr. Bincsik provided to Dr. Edwards in October of 2017

17   in response to his inquiries, that does not appear

18   anywhere in the printed article which we've marked as

19   Exhibit 10, as far as you know, correct?

20        MR. RINGSTAD:  Object to form.

21   BY THE WITNESS:

22        A.   This -- this e-mail exchange is not

23   explicitly cited to the best of my knowledge or

24   appears in the article in some kind of form, like a
```

1    supplemental document.

2    BY MR. MAIMON:

3        Q.    And the information conveyed in it by --

4    that Mr. Bincsik gave to Dr. Edwards is not

5    information that was contained in the article as well,

6    correct?

7        MR. RINGSTAD:  Object to form.

8    BY THE WITNESS:

9        A.    I think all that Dr. Bincsik said is that

10   the wastewater treatment plant changes inflow rate

11   when it's dry and wet.

12       MR. MAIMON:  Move to strike as nonresponsive.

13   BY MR. MAIMON:

14       Q.    Do you have the Roy 2019 article with you?

15   It was Exhibit 10.

16       A.    Yes.

17       Q.    Okay.  I'd like to ask you some questions

18   about it.

19            On Page 477 of the printed article -- if

20   we go to Page 477 of the printed article, on the

21   right-hand column, the last full paragraph says:

22            "The monthly lead in biosolids was not

23   correlated with monthly average temperature pre and

24   post FWC."

Graham Gagnon (Vol. II)

1    with all of the support and citations that you give

2    for it, that the lead in the drinking water in Flint

3    was primarily from particulate lead, right?

4         A.    I describe that in my report, yes.

5         Q.    What if the -- that the lead leached on

6    average from each Flint lead service line were

7    approximately 36 grams as opposed to 18 grams, how

8    would that impact the validity of -- of the Roy and

9    Edwards results that they discuss here in this

10   paragraph?

11        MR. RINGSTAD:  Object to form.

12   BY THE WITNESS:

13        A.    You are asking me a hypothetical that

14   they're not writing about, and I don't know how to

15   answer that.

16   BY MR. MAIMON:

17        Q.    Well, take a look.  They are writing about

18   it.

19              They say that Olson found approximately

20   18 grams of lead leached on average from each Flint

21   lead service line.

22              Do you see that?

23        A.    I do.

24        Q.    And they say that:

1    A.    And my answer was they didn't -- they

2  didn't put 36.

3    Q.    What?

4    A.    They didn't put 36.

5    Q.    No, I understand that they didn't.  I'm

6  asking you, if it was 36 instead of 18, that would

7  mean that the projection was double what they actually

8  found in the biosolids, right?

9    MR. RINGSTAD:  Object to form.

10 BY THE WITNESS:

11   A.    But they didn't write 36.  They wrote 18.

12 BY MR. MAIMON:

13   Q.    I know that.

14         I'm asking you if it was 36, it would not

15 be of similar magnitude to what they measured in the

16 biosolids, right?

17   A.    I don't know how to answer this situation.

18 You're presuming a hypothetical that I don't -- is not

19 written here, sir.

20   Q.    Yes.

21   A.    So I don't understand how to right -- how

22 to answer this.

23   Q.    I'm asking you to assume -- I'm asking you

24 to assume that instead of 18 grams of lead leached on

1      A.    I see this.

2      Q.    Okay.  It says:

3            "As long as the unidentified source of

4      these higher biosolids did not contain a significant

5      mass of lead, the correlation between lead and

6      biosolids and the lead release to potable water would

7      still be valid, as appears to be the case for data

8      presented."

9            Did I read that correctly?

10     A.    Yes.  I read that, yes.

11     Q.    Because what they were talking about in

12     that paragraph were possible confounding factors.

13           Do you see that in the beginning of the

14     paragraph?

15     A.    That's right.

16     Q.    Okay.  And they say as long as the

17     unidentified source of these higher biosolids did not

18     contain a significant mass of lead, then the -- the

19     results that they got would still be valid, right?

20     A.    They were talking specifically -- the

21     sentence before was really what they were trying to

22     draw, is the impact of the switch in May to July 2014.

23     Q.    What if the source of the higher biosolids

24     actually did contain a significant mass of lead?  How

 1   would that have impacted the results here, if you

 2   know?

 3        MR. RINGSTAD:   Object to form.

 4   BY THE WITNESS:

 5        A.   Yeah, I can't answer that question.   I

 6   don't know how to.

 7   BY MR. MAIMON:

 8        Q.   Okay.   Go to the next page, Page 479.

 9             Are you there?

10        A.   Which -- which paragraph on 479?

11        Q.   Section 3.4 at the bottom right.

12        A.   Yes.

13        Q.   They say:

14             "If it is assumed that net biosolids lead

15   minus the baseline 1.79 kilograms of non-plumbing lead

16   reflects the true trend in water release -- water lead

17   release and exposure," and then they go on.

18             Do you see that?

19        A.   I do.

20        Q.   What is a baseline?

21        A.   I would say typically a baseline refers

22   to, you know, a reference point or a -- of some sort

23   where they -- yeah, I would say a reference point,

24   broadly speaking.

Graham Gagnon (Vol. II)

1      A.    I mean, that's -- this is what they

2  reported, so, like, I don't -- I mean, that -- they

3  reported 1.79.

4  BY MR. MAIMON:

5      Q.    Right.  But what if the baseline was

6  actually higher than they reported, how would that

7  impact -- and if you don't know how it would have

8  impacted the results, you can tell me, but how would

9  it have impacted the results?

10      MR. RINGSTAD:  Object to the form.

11  BY THE WITNESS:

12      A.    I mean, you're putting a hypothetical that

13  I wouldn't know how to possibly answer.

14  BY MR. MAIMON:

15      Q.    Okay.  Fair enough.

16          Do you see in the first full paragraph in

17  that same column, after Virginia Tech's drinking water

18  advisory in August 2015?

19      A.    Yes.

20      Q.    It talks about decisive public health

21  interventions implemented to protect the public from

22  high water -- water lead levels?

23      A.    Yes, I see this.

24      Q.    Okay.  Then the next sentence is what I'd

Graham Gagnon (Vol. II)

1          What had the mean been before it decreased

2     to 3.12 percent over that following year?

3          A.    Well, of course, the mean is -- is an

4     average of multiple points.  And so there was one

5     point that is -- is sort of driving that mean up in

6     2015, and now I'm saying there's two points that are

7     exceeding the EBL5 to 5 percent.

8          So the -- the mean of the lower, one could

9     look at those two particular months and be more

10    interested in those two months because they're

11    exceeding guidelines.

12         Q.    That may be so.  My question, however, is

13    they state that the mean percentage EBL5 decreased to

14    3.12 percent over the following year of November '15

15    to October '16.

16         That's what they say, right?

17         A.    That's what they write, yes.

18         Q.    Do you dispute that the data supports that

19    statement about the mean?

20         A.    No, I don't dispute that their calculated

21    mean would be that observation.  I'm sure they did

22    their calculations properly.

23         Q.    And my question to you is, can you tell me

24    as you sit here today, what the mean had been before

1    it decreased to 3.12 percent over that period of time?

2        A.    I don't know what the previous mean is

3    because they don't state it.

4        Q.    Okay.

5        A.    They state the raw data in figure one as

6    we've talked about.

7        Q.    Okay.  Okay.  Thank you.

8        MR. MAIMON:  Let's take a break.  Ten minutes.

9        MR. RINGSTAD:  We can go off the record.  Thank

10   you.

11       THE VIDEOGRAPHER:  We are off the record at

12   12:52 p.m.

13                 (WHEREUPON, a recess was had

14                  from 12:52 to 1:15 p.m.)

15       THE VIDEOGRAPHER:  We are back on the record at

16   1:15 p.m.

17   BY MR. MAIMON:

18       Q.    Okay.  Dr. Gagnon, I'd like to go back to

19   the Roy and Edwards 2019 paper.

20             Do you see on the screen here, it gives

21   the dates in which it was received by the journal,

22   received in revised form, accepted for publication,

23   and then available online.

24             Do you see that?

Graham Gagnon (Vol. II)

1    manuscript -- after submitting it, he says:

2              "The manuscript has not been published and

3    is not under consideration for publication elsewhere."

4              Do you see that?

5         A.    I do see that.

6         Q.    Now, do you know why Environmental Science

7    & Technology Letters did not publish this as submitted

8    by Drs. Roy and Edwards?

9         A.    I do not know, but I am curious as to why

10   this letter is a markup, or this seems to have markups

11   in it.

12        Q.    Well, you can ask somebody else who knows,

13   because I don't.

14        A.    Okay.  Thank you.

15        Q.    You see also here that they are suggesting

16   not only who they believe should be peer reviewers but

17   also who they believe should not be peer reviewers?

18        A.    They highlight Dr. Shawn McElmurry,

19   Dr. Sammy Zahran not to serve as reviewers.

20              Is that what you're referring to?

21        Q.    Yes.  And then they say -- and I didn't

22   put it in, but at the final sentence:

23              "If you feel that the manuscript is

24   appropriate for your journal, we suggest the following

Graham Gagnon (Vol. II)

```
 1   reviewers," and they give four names that are in the

 2   letter.

 3        A.    Yeah.

 4        Q.    Okay.  So, and you don't know, again, why

 5   this was not accepted for publication after it was

 6   submitted in July 21, 2018?

 7        A.    No, and I do not know if those reviewers

 8   would have been used or not used.  As I said, this

 9   would be the editor's discretion --

10        Q.    Understood.

11        A.    -- to rely on these reviewers or not rely

12   on these reviewers.  This would be up to Professor

13   Logan to make his decision on who would review.

14        Q.    Right.  And you don't -- again, you

15   don't -- you don't know what happened that it was --

16   that it was not published by Environmental Science &

17   Technology Letters and what differences it had by the

18   time it was submitted a few months later to Water

19   Research where it was ultimately published, correct?

20   You just don't know?

21        A.    I would have no idea, no.

22        Q.    I would like to move on to another

23   subject, but I would like to see if we can agree on

24   the following.
```