# EXHIBIT 13

Page 1

1                UNITED STATES DISTRICT COURT

2                EASTERN DISTRICT OF MICHIGAN

3                     SOUTHERN DIVISION

4

   -----------------------------)

5                                ) Civil Action No.:

   IN RE:  FLINT WATER CASES     ) 5:16-cv-10444-JEL-MKM

6                                ) (consolidated)

                                 )

7                                ) Hon. Judith E. Levy

   -----------------------------)

8

9                        -  -  -

10           REMOTE VIDEOTAPED DEPOSITION OF

11               BRENT FINLEY, PH.D.

12             Thursday, March 21, 2024

13                    Volume 1

14                       -  -  -

15

16           Remote videotaped deposition of BRENT

17  FINLEY, PH.D. commencing at 10:02 a.m., Thursday,

18  March 21, 2024, before Juliana F. Zajicek, Registered

19  Professional Reporter, Certified Shorthand Reporter

20  and Certified Realtime Reporter.

21

22                       -  -  -

23           GOLKOW LITIGATION SERVICES

           877.370.3377 ph | 917.591.5672 fax

24               Deps@golkow.com

Page 13

1          A.    Yes.

2          Q.    Okay.  So we have Exhibit 2 which is the

3    2019 article, Exhibit 3 the supplementary information

4    for that, Exhibit 4 the 2020 article, and Exhibit 5

5    the supplementary information for that.

6                Do you see that?

7          A.    Yes.

8          Q.    Have you reviewed anything else concerning

9    the work that Roy and Edwards did for their biosolid

10   research with regard to Flint?

11         A.    I don't think so, no.

12         Q.    Okay.  So, for instance, within these

13   articles they make reference to data for lead in

14   biosolids or other metals in biosolids at the Flint

15   wastewater treatment plant.  You -- that -- that's

16   correct, yes?

17         A.    Yes.

18         Q.    You have not reviewed the underlying data

19   that they make reference to, fair?

20         A.    I have not.

21         Q.    And similarly, they make reference to

22   measurements of water lead levels at various places in

23   Flint, Michigan over periods of time.

24                You're familiar with that?

Page 14

1        A.      Yes.

2        Q.      And you have not reviewed the underlying

3    data for the water lead levels yourself, correct?

4        A.      Not the raw data, no.

5        Q.      Okay.  And, finally, they make reference

6    to blood lead levels for children in Flint in their

7    articles.

8                You're familiar with that, right?

9        A.      Yes.

10       Q.      And similar to the lead in biosolids, the

11   water lead levels, you have not looked at the

12   underlying data or the blood lead levels yourself,

13   correct?

14       A.      That's -- that's correct.

15       Q.      You've reviewed -- withdrawn.

16               You've relied on the authors' analysis of

17   the data in those three areas for what you cited and

18   relied upon, correct?

19       A.      That's true, yeah, I didn't do an

20   independent analysis.  I didn't look at the raw data

21   underlying the analyses, but, again, I'm -- I'm citing

22   to their work because it's -- it's consistent with

23   what I found in the analyses I did in my report.

24       Q.      Okay.  So, for instance, one of the things

1   that -- let me -- let me -- okay.  So let's take those

2   one at a time.

3          Lead in biosolids, you -- aside from what

4   Roy and Edwards state in Exhibits 2 through 5, you

5   have no information about lead levels in the biosolids

6   of the Flint wastewater treatment plant at any time,

7   correct?

8       A.    That's true.

9       Q.    And aside from what -- we'll get to --

10  to -- withdrawn.

11         In their papers, Exhibits 2 through 5, Roy

12  and Edwards make reference to prior published work

13  that they had done, particularly with Pieper, in which

14  they did testing of water lead levels in Flint

15  starting in August of 2015, correct?

16      A.    Correct.

17      Q.    Your discussions about the level of lead

18  in the water in Flint is based on what Pieper, as well

19  as Roy and Edwards, published and nothing that you've

20  analyzed yourself, correct?

21      MR. TER MOLEN:  Objection; foundation.

22         You can answer.

23  BY THE WITNESS:

24      A.    It's -- yeah, I used the water lead level

Page 16

```
 1   data from Pieper -- Pieper.
 2   BY MR. MAIMON:
 3       Q.    And -- okay.  I think Roy and Edwards were
 4   both -- I mean, we'll see Pieper in a minute, but
 5   Edwards certainly was a coauthor with Pieper, right?
 6       A.    I think -- I think that's right.
 7       Q.    Okay.  We'll -- we'll see it in a bit.
 8            And as far as the blood lead levels, that
 9   was information that was discussed in Exhibits 2
10   through 5 but was -- but was also independently
11   published on by both Gomez and Hanna-Attisha, correct?
12       A.    Correct.
13       Q.    And aside from those authors, you've not
14   done any analysis of blood lead levels among Flint
15   children, correct?
16       A.    Correct.
17       MR. TER MOLEN:  Objection to form.
18            You can answer.
19   BY THE WITNESS:
20       A.    Yeah, I haven't done any independent
21   analysis, that's true.
22   BY MR. MAIMON:
23       Q.    Okay.  Can you tell me how the biosolids
24   research by Roy and Edwards, and particularly as
```

Page 17

1    articulated or -- or described and discussed in

2    Exhibits 2 through 5, how do those play into the

3    opinions that you've reached in this case?

4         A.    Well, I mean, that's the distinction I've

5    been trying to make.  It's -- they -- again, I don't

6    use the estimated data, water lead level data from Roy

7    and Edwards, the biosolids study.  I don't use that to

8    reach my opinions about the plaintiffs in this case.

9         But obviously I do talk about the papers,

10   and the reason I do so is because, as far as I know,

11   that's the only study, the first one anyway, that

12   looked at water lead levels before, during, and after

13   the switchover.

14        And so it's relevant to the overall

15   opinion as to what happened in 2015, which is what I'm

16   focused on here.  But I didn't -- I didn't rely on

17   the -- you know, the estimated data that came out of

18   Roy from the biosolids study.

19        Q.    Okay.  We'll get to those.  You --

20   you've -- within your report, you -- you put your

21   opinion about what the water lead levels would likely

22   have been for different plaintiffs at different times,

23   correct?

24        A.    Right.  That comes out of the Pieper

Page 18

1    study.

2         Q.    Right.  And what I -- I appreciate that.

3              That is not the predicted biosolids --

4    water lead levels as articulated by Roy and Edwards,

5    but you -- you base -- you base that upon the actual

6    lead levels in the water as published by Pieper,

7    correct?

8         MR. TER MOLEN:  Object to form.

9              You can answer.

10   BY THE WITNESS:

11        A.    Yes.

12   BY MR. MAIMON:

13        Q.    Okay.  Thanks -- thanks for clarifying

14   that.  Okay.

15                    (WHEREUPON, a certain document was

16                     marked Brent Finley Deposition

17                     Exhibit No. 6, for identification, as

18                     of 03/21/2024.)

19   BY MR. MAIMON:

20        Q.    I'd like to take a step back in time for a

21   moment, and Exhibit 6 is the deposition that you gave

22   in the class action case.  And I'll just -- on

23   February 25th, 2021.

24              Do you recall being -- giving deposition

Page 20

```
1       Q.    Okay.  You then were asked:
2             "Are you relying upon anything other than
3    the Roy and Edwards paper for that conclusion?"
4             And you say:
5             "No.  That's the only analysis I know of
6    that tracks water lead levels before, during, and
7    after the switchover period, so no, I'm not.
8             Is that still the case?
9       A.    Yes.
10      Q.    Okay.  If you turn to Page 111, you were
11   asked:
12            "Do you consider yourself an expert in the
13   relationship between biosolids and water lead levels?"
14            You said:
15            "An expert, no."
16            Do you -- is that still the case?
17      A.    Yes.
18      Q.    You -- it says:
19            "Describe for me what your understanding
20   of the science associated with using biosolids as a
21   basis for estimating water lead levels is?"
22            And you said:
23            "Well, it's described to some degree in
24   the paper itself, but it's based on the relationship
```

Page 22

1      Q.    And so what they've done is they looked
2   back -- withdrawn.
3              They've taken the biosolids as a surrogate
4   for -- withdrawn.
5              They've taken the lead in biosolids as a
6   surrogate for lead in water and projected backwards
7   based on actual water lead level data that they had.
8              Is that what you are saying here?
9      MR. TER MOLEN:   Objection to form, vague,
10   foundation.
11              You can answer if you understand the
12   question.
13   BY THE WITNESS:
14      A.    Well, they took the correlation that they
15   found from the Pieper data, the tap data, versus what
16   was in the biosolids at the plant in -- in late 2015.
17   And then using biosolids data going backwards,
18   back-calculating, you know, did a retrospective
19   assessment to estimate what the tap water levels would
20   have been in previous times based on the correlation
21   they established from 2015.
22   BY MR. MAIMON:
23      Q.    And in doing so, that assumes that the
24   lead in the biosolids is a valid surrogate for the

Page 23

1   lead that would have been in the water at that time,

2   correct?

3        MR. TER MOLEN:  Objection to the form.

4             You can answer.

5   BY THE WITNESS:

6        A.   I believe that's the underlying

7   assumption, that's right, that they made.

8   BY MR. MAIMON:

9        Q.   Okay.  And they cite to the data

10  concerning the lead in the biosolids historically in

11  their paper, correct?

12       A.   Right.  That's right.

13       MR. TER MOLEN:  Objection to form.

14  BY MR. MAIMON:

15       Q.   If the underlying data is inconstrue --

16  inconsistent with the description in the papers, you

17  might not be able to rely on their conclusions,

18  correct?

19       MR. TER MOLEN:  Object to the form, foundation.

20  BY THE WITNESS:

21       A.   Yeah, I mean, it would depend.

22       Q.   If the conclusions are not supported by

23  the underlying data, then the conclusions are not

24  reliable, fair?

Page 38

```
 1        A.     No.

 2        Q.     And then you were asked:

 3               "Now, getting back to the reliability of

 4   using sewage sludge to figure out what the water lead

 5   levels are coming out of the faucet, have you

 6   performed any independent evaluation of the

 7   reliability of the samples taken of Flint's sewage

 8   sludge?"

 9               And you said:

10               "No, I have not."

11               Do you see that?

12        A.     Yes.

13        Q.     And the same remains true today, correct?

14        A.     It does.

15                    (WHEREUPON, a certain document was

16                     marked Brent Finley Deposition

17                     Exhibit No. 7, for identification, as

18                     of 03/21/2024.)

19   BY MR. MAIMON:

20        Q.     Okay.  Exhibit -- I'm going to try and

21   fast-forward this.

22               Exhibit 7, which was Exhibit 9 at your

23   prior deposition, you were shown various industrial

24   concerns and the distance -- their distance from the
```

Page 39

1    Flint city water -- wastewater treatment plant and you

2    were asked about your knowledge, if any, about what

3    they might have contributed to lead in wastewater at

4    any particular time.

5                Does that sound familiar?

6        A.      That looks familiar.

7        Q.      And at that point in time, we can go to

8    the deposition, but do you recall that you said you

9    really knew nothing about the various contributions

10   that any of these concerns made to lead that ended up

11   in the sewage sludge at the wastewater treatment

12   plant, fair?

13       A.      Yes.

14       Q.      And that -- is that still the case?

15       A.      Yes.

16       Q.      And have you done anything in the interim

17   to try and gain any information about what their

18   contributions, if any, to lead in the biosolids might

19   have been?

20       A.      No.

21               (WHEREUPON, a certain document was

22                marked Brent Finley Deposition

23                Exhibit No. 8, for identification, as

24                of 03/21/2024.)

Page 40

BY MR. MAIMON:

2      Q.     Okay.  Exhibit 8 which was Exhibit 10 at

3   your deposition in 2021 was a plea agreement by Robert

4   J. Massey concerning a company called Oil Chem and

5   their dumping of industrial wastewaters into the

6   sanitary sewer system between 2007 and 2015.

7             And you were asked about your knowledge

8   about how that dumping over that period of time might

9   have contributed to lead in the -- in the biosolids,

10  and you said you didn't know.  Fair?

11     A.     I believe that's correct, yeah --

12     Q.     Have you done anything --

13     A.     -- I did not know that.

14     Q.     Have you done anything in the interim to

15  investigate this matter further?

16     A.     No.

17     Q.     Okay.  Have you done anything since your

18  deposition in 2021 to analyze what contributions to

19  the lead in the biosolids at the Flint water --

20  wastewater treatment plant might have been aside from

21  the tap water or drinking water in Flint itself?

22     MR. TER MOLEN:  Object to the form, foundation.

23             You can answer if you understand.

24  BY THE WITNESS:

Page 41

1        A.      I -- I have not done any such independent

2     analysis.

3                      (WHEREUPON, a certain document was

4                      marked Brent Finley Deposition

5                      Exhibit No. 9, for identification, as

6                      of 03/21/2024.)

7     BY MR. MAIMON:

8        Q.      Okay.  Oh, here we go.

9                At your deposition in 2021 you were shown

10    this October 28th, 2017, e-mail from Marc Edwards to

11    Robert Bincsik who had been an official at the City of

12    Flint as well as Mr. Krisztian, also a Michigan

13    government official.

14                Do you see it's marked Finley 11 for that

15    deposition?

16       A.      Yes.

17       Q.      And in this e-mail, Dr. Edwards says:

18                "This is looking very interesting," and

19    earlier in the e-mail chain is where he was provided

20    with the biosolid data.

21                It says:

22                "Basically lead levels in the sludge did

23    not really ever rise year on year until January 15 and

24    then maybe not significantly until April of '15 to

Page 43

1    that shows a modest elevation in summer 2015.

2              "My hypothesis was the lead really may not

3    have started coming off at higher levels until summer

4    '15, and then in August '15 when Virginia Tech

5    sampled, and we really did catch the peak, worst case,

6    because the sludge data that month was higher than

7    2013 and 2014 August."

8              You were asked:

9              "Do you see what Dr. Edwards wrote there?"

10             And you say:  "I see what he wrote there,

11   yes."

12             Did I read that correctly?

13       A.    Yes.

14       Q.    You were then asked:

15             "And that is inconsistent with the

16   conclusion that he presents in his paper that the

17   sludge data for lead was higher in 2014 than it was in

18   2015, isn't it?"

19             And you answered, you said:

20             "So in this e-mail he says the sludge

21   data -- well, he's talking about a particular month,

22   so I can't tell, but yeah, he's -- it's inconsistent

23   with the figure he has in his paper, which shows

24   higher sludge levels, or should I say biosolid levels,

Page 44

1   of lead in 2013 and 2014 versus 2015.  So it's

2   inconsistent."

3              Did I read that correctly?

4      A.    Yes.

5      Q.    Have you done anything since your

6   deposition in 2021 to investigate that inconsistency?

7      MR. TER MOLEN:  Objection to form and

8   foundation.

9              You can answer if you understand.

10  BY THE WITNESS:

11     A.    Yeah, I've not, no.

12  BY MR. MAIMON:

13     Q.    Okay.  Fair enough.

14             Now, I'd like to move back to the chart

15  that you put on Page 16 -- well, let's go to the

16  actual chart.  That will be easier.  This is from

17  Exhibit 4.  This is the chart that Roy and Edwards put

18  in their 2020 paper, right?

19     A.    Yes.

20     Q.    Okay.  And what they did is on the top

21  section of the chart, section A, they plotted what

22  they are saying is the actual data of lead in

23  biosolids that they obtained from the City of Flint,

24  right?

Page 46

1       A.      Yeah, I can't answer that.

2   BY MR. MAIMON:

3       Q.      Okay.

4       A.      I mean, I'm not familiar with how they

5   correlated the biosolids.

6       Q.      Okay.

7       A.      You know, how they predicted the water

8   lead levels from the biosolids data, so -- I mean,

9   this -- that's as far as I can go, is to say that you

10  would think that the trend would be if one goes up,

11  the other goes up, but --

12      Q.      Conversely, if one goes down, the other

13  should go down, right?

14      A.      Correct.

15      MR. TER MOLEN:  Excuse me.

16          Can you please finish your answer, Doctor?

17  BY MR. MAIMON:

18      Q.      I'm sorry.  I'm sorry?

19      A.      When you say consistently, that's a little

20  vague, so I don't -- I'll just leave it at what I

21  said, that the general trend should be there's -- you

22  know, one goes up, the other goes up; one goes down,

23  the other goes down.

24          How tight that should be, how consistent

Page 48

1    BY MR. MAIMON:

2         Q.    Okay.

3         A.    -- earlier times, yeah.

4         Q.    And if the actual -- if we had those

5    reliable valid water lead levels for before August

6    of 2015 and found that they were significantly higher

7    or lower than the predicted based on biosolid data,

8    that might impact the reliability of using lead in

9    biosolids as a surrogate, correct?

10        MR. TER MOLEN:  Objection to form, foundation,

11   incomplete hypothetical.

12             You can answer if you understand.

13   BY THE WITNESS:

14        A.    It might.  It might not.  It's hard to

15   say.

16   BY MR. MAIMON:

17        Q.    Okay.  And similarly, even though you --

18   withdrawn.

19             Similarly, if the rate of increase or

20   decrease in the actual reliable water lead levels was

21   significantly different from the rate of increase or

22   decrease shown on Section B of this graph, that might

23   tell you that there were other factors in play

24   contributing to the lead in biosolids, right?

Page 49

1        MR. TER MOLEN:  Same objections, form,

2    foundation, incomplete hypothetical.

3    BY THE WITNESS:

4        A.    I don't know.  I mean, that's getting

5    outside of my area of expertise.

6    BY MR. MAIMON:

7        Q.    Okay.  Let's put it this way, aside

8    from -- in addition to getting outside of your area of

9    expertise, you've not done such an analysis, fair?

10       A.    That is fair.

11       Q.    Okay.  If at any time you want to take a

12   break, you'll let me know, right?

13       A.    Yeah, in about ten minutes would be good.

14       Q.    Okay.  I'm going to go back to the

15   beginning of your report which we've marked as

16   Exhibit 1, and I'd like to go through the opinions

17   that you express here.  Opinion No. 1 you state:

18            "Like children everywhere, Flint children

19   are exposed to lead in soils, house dust, food, and

20   lead-based paint.  Seasonal increases in BLLs (due to

21   soil and house dust exposures) occur every year in

22   Flint children and these increases were occurring

23   years before the switch to the Flint River water."

24            Did I read that correctly?