**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

*In re* Flint Water Cases                       Hon. Judith E. Levy
5:16-cv-10444/17-cv-10164                United States District Judge

_____/

This Motion Relates to:

*Bellwether III Cases*

_____/

**INDEX OF EXHIBITS**

| EXHIBIT | DESCRIPTION |
|---|---|
| Plaintiffs' Exhibit A | Excerpts of the Deposition of Dr. Larry Russell (Nov. 20, 2023) |
| Plaintiffs' Exhibit B | Excerpts of the Deposition of Dr. Larry Russell (May. 10, 2023) |

The following exhibits from Veolia's Motion to Exclude Dr. Russell are referenced in the Plaintiffs' response in opposition. The exhibit numbers reflect hose accompanying Veolia's motion ECF 2907. *See also* 2907-1 (Veolia corresponding Index of Exhibits).

| EXHIBIT | DESCRIPTION |
|---|---|
| Veolia's Exhibit 2 | Report of Dr. Larry Russell (Jan. 3, 2023) |
| Veolia's Exhibit 5 | Excerpts of the Deposition of Dr. Larry Russell (Dec. 28, 2022) |