# EXHIBIT A

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF MICHIGAN
 3                   SOUTHERN DIVISION
 4    _____
                                   )
 5                                 )  Case No.
                                   )  5:16-cv-10444-JEL-EAS
 6    In re:  FLINT WATER CASES    )       (consolidated)
                                   )
 7    Bellwether III               )  Case No. 17-10164
                                   )
 8    _____ )  Hon. Judith E. Levy
 9
10                    HIGHLY CONFIDENTIAL
11                 Monday, November 20, 2023
12
13           Remote videotaped deposition of
14    LARRY L RUSSELL, Ph.D., commencing at 8:14 a.m., on
15    the above date before Carol A. Kirk, Registered Merit
16    Reporter, Certified Shorthand Reporter, and Notary
17    Public.
18
19
20
21
22
23            GOLKOW LITIGATION SERVICES
            877.370.3377 ph | 917.591.5672 fax
24                  deps@golkow.com
```

```
 1   Veolia's experts?
 2        A.   No.
 3        Q.   Okay.  Within this rebuttal
 4   report, Exhibit 2, as well as other reports, you
 5   talk about the pipes that you've removed and
 6   done some analysis of from the two homes in
 7   Flint, correct?
 8        A.   Yes, sir.
 9        Q.   Okay.  And I think you testified
10   briefly that those two homes are not the homes
11   of any of the individuals who are plaintiffs in
12   these cases, what we call as Bellwether III,
13   correct?
14        A.   Yes.
15        Q.   Okay.  And I think you testified
16   before that you've not visited or examined any
17   of the homes of the Bellwether III plaintiffs,
18   correct?
19        A.   Yes.
20        Q.   Okay.  So my question,
21   Dr. Russell, is, understanding that the pipes
22   that you have looked at and analyzed are not
23   from the Bellwether III homes, in your view what
24   is the relevance of your opinions with respect
```

```
 1   to those pipes to the Bellwether III plaintiffs?
 2          A.    The relevance is that the
 3   conditions of those pipes are presumably similar
 4   to the conditions in the homes of the plaintiffs
 5   for this matter.  And the thinking there is that
 6   they've been exposed to the same water --
 7   there's only one water source in Flint -- and
 8   have seen similar issues with respect to the
 9   water quality that has been served in Flint.
10              In addition, I have reviewed the
11   site reports prepared by the Veolia folks for
12   each of the homes that are the plaintiffs in
13   this matter.
14          Q.    Okay.  But you've not offered any
15   opinions with respect to those site reports or
16   those homes; isn't that true?
17          A.    Not specifically with respect to
18   the site reports or the inspection reports.
19   They were done in the same format as the ones
20   for the Class homes, the one on Montclair and
21   the one on Grace Street, and conveyed similar
22   information.
23          Q.    Okay.  Dr. Russell, in this
24   report, Exhibit 2, you criticize various experts
```