# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

## ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE SPECIAL MASTER REGARDING THE LAN SETTLEMENT CLAIMS [2933]

On April 29, 2024, the Special Master submitted a Report and Recommendation Regarding the LAN Settlement Claims ("Report and Recommendation"). (ECF No. 2933.)

The Special Master recommends that certain claim packets identified in the Report and Recommendation be accepted as timely submissions to be considered for eligibility. (ECF No. 2933, PageID.98927.) In light of issues with timely delivery of the notice package to claimants and the Court's previous treatment of claim submissions received after the applicable deadline, the Court adopts this recommendation and orders that the claim packets identified in the

Report and Recommendation, (*see* ECF No. 2933, PageID.98926–98927), be accepted as timely submissions to be considered for eligibility.

The Special Master's office has identified 100 claim packets "having multiple potential claimants included in one claim packet," and the Report and Recommendation recommends that each of the 228 claimants identified in these packets be considered an eligible claimant. (ECF No. 2933, PageID.98927–98928.) The Court adopts this recommendation and orders that these 228 individuals identified in the Report and Recommendation be considered for eligibility.

The Report and Recommendation also recommends that submissions from 962 existing claimants under the original Amended Settlement Agreement ("ASA") be considered "to the extent that they help to clarify or resolve deficiencies in the original claim submission." (*Id.* at PageID.98928.) It further recommends that 1,223 new claimants, as well as any of the 962 claimants determined not to have filed a timely claim under the ASA, be reviewed by the claims administrator for eligibility under the LAN Settlement. (*Id.*) The Court adopts these recommendations and orders that these claimants be reviewed for

eligibility under the LAN Settlement as set forth in the Report and Recommendation.

IT IS SO ORDERED.

Dated: May 1, 2024　　　　　　　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 1, 2024.

　　　　　　　　　　　　　　　　　s/William Barkholz
　　　　　　　　　　　　　　　　　WILLIAM BARKHOLZ

3