# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

---

# STATE OF MICHIGAN
# IN THE CIRCUIT COURT FOR THE COUNTY OF GENESEE

THE PEOPLE OF THE STATE OF MICHIGAN,

    Plaintiff,

v.

VEOLIA NORTH AMERICA, INC., et al.,

    Defendants.

Case No. 16-107576-NM

Judge David J. Newblatt

---

**AMENDED ORDER SETTING DEADLINES FOR THE MAY 2024
STATUS AND DISCOVERY CONFERENCE**

The United States District Court for the Eastern District of Michigan previously set May 15, 2024 as the date for its monthly status conference in the Flint Water Cases. (ECF No. 2929.) The May 2024 Status and Discovery Conference will be rescheduled as a joint conference with Genesee County Circuit Court Judge David J. Newblatt on **Wednesday, May 15, 2024 at 12:00 pm**.

Parties are to file proposed status conference items by **May 1, 2024 at 1:30 pm**. The deadline for notifying the Court of a discovery dispute is **May 8, 2024 at 1:30 pm**. An agenda for the May 2024 Status and Discovery Conference will be issued by May 13, 2024.

The Genesee County Circuit Court has recently held two joint status conferences with Judge Levy and has reviewed and signed a new case management order for *People v. VNA*. It has also requested that the parties address the schedule and having reviewed their submissions, it will hear arguments regarding this issue at the May 15, 2024 conference. Further, at the May 15, 2024 conference, it will hear argument regarding Defendants' motion to change venue, which was filed on April 17, 2024.

IT IS SO ORDERED.

Dated: May 1, 2024  
Ann Arbor, Michigan                              s/Judith E. Levy

2

                                                     JUDITH E. LEVY
                                                     United States District Judge

Flint, Michigan                           s/David J. Newblatt
                                                     DAVID J. NEWBLATT, P-45306
                                                     Chief Judge
                                                     Genesee County Circuit Court

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 1, 2024.

                                                     s/William Barkholz
                                                   WILLIAM BARKHOLZ
                                                   Case Manager