# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

---

# STATE OF MICHIGAN
# IN THE CIRCUIT COURT FOR THE COUNTY OF GENESEE

THE PEOPLE OF THE STATE OF MICHIGAN,

    Plaintiff,

v.

VEOLIA NORTH AMERICA, INC., et al.,

    Defendants.

Case No. 16-107576-NM

Judge David J. Newblatt

---

**AGENDA FOR MAY 15, 2024 STATUS AND DISCOVERY <u>CONFERENCE</u>**

The Court will hold a status and discovery conference in these cases on **Wednesday, May 15, 2024 at 12:00 PM** jointly with Genesee County Circuit Court Chief Judge David J. Newblatt via Zoom video conference. The Zoom link will be docketed in 16-10444.

The agenda will be as follows, although the Court may adjust the agenda prior to the conference if necessary.

1. Schedule for *People of the State of Michigan v. Veolia North America, et al*, 16-107576, in Genesee Circuit Court;

2. Defendant's motion to change venue for *People of the State of Michigan v. Veolia North America, et al*, 16-107576, in Genesee Circuit Court;

IT IS SO ORDERED.

Dated: May 10, 2024
Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

Flint, Michigan

s/David J. Newblatt
DAVID J. NEWBLATT, P-45306
Chief Judge
Genesee County Circuit Court

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 10, 2024.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager
