UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases. _____/ | Judith E. Levy United States District Judge |

This Order Relates To:

ALL CASES

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF GENESEE

| | |
|---|---|
| THE PEOPLE OF THE STATE OF MICHIGAN, | |
| Plaintiff, | Case No. 16-107576-NM |
| v. | Judge David J. Newblatt |
| VEOLIA NORTH AMERICA, INC., et al., | |
| Defendants. | |

**ORDER SETTING DEADLINES FOR THE JUNE 2024 STATUS
AND DISCOVERY CONFERENCE**

The Court will hold its June 2024 Status and Discovery Conference on **Wednesday, June 26, 2024 at 12:00 PM** jointly with Genesee County Circuit Court Chief Judge David J. Newblatt. Parties are to file proposed status conference items by **June 12, 2024 at 12:00 PM**. The deadline for notifying the Court of a discovery dispute is **June 20, 2024 at 12:00 PM**. The Court will issue an agenda for the June 2024 Status and Discovery Conference by June 24, 2024.

IT IS SO ORDERED.

Dated: May 16, 2024
Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

Flint, Michigan

s/David J. Newblatt
DAVID J. NEWBLATT, P-45306
Chief Judge
Genesee County Circuit Court

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 16, 2024.

s/Erica Parkin on behalf of
WILLIAM BARKHOLZ
Case Manager

2