# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In Re* Flint Water Cases | No. 5:16-cv-10444-JEL-EAS <br><br> HON. JUDITH E. LEVY <br><br> MAG. ELIZABETH A. STAFFORD |

**NOTICE OF FILING CORRECTED EXHIBIT IN SUPPORT OF CLASS PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT WITH VNA DEFENDANTS**

Class Plaintiffs filed their Motion for Preliminary Approval of Class Settlement with VNA Defendants[1] on April 19, 2024, ECF No. 2925, which, in part, seeks approval of the parties' formalized agreement ("VNA Settlement Agreement" or "VSA"), attached as Exhibit A, ECF No. 2925-2. The parties have since agreed to a modified version of the VSA ("VNA Class Settlement Agreement," attached to this filing), which Class Plaintiffs hereby submit as a corrected exhibit superseding the original Exhibit A to Class Plaintiffs' Motion for Preliminary Approval.

This modified agreement reflects no substantive changes to the parties' agreement, containing only the Class components of the parties' agreement and excluding the aspect of the parties' agreement as relates to Individual Claimants. To the extent necessary, the parties will seek approval of the settlement as relates to Individual Claimants separately and at a later date.

---

[1] Veolia North America, LLC, Veolia North America, Inc., and Veolia Water North America Operating Services, LLC (collectively "VNA").

Dated: May 17, 2024

By: */s/Theodore J. Leopold*
Theodore J. Leopold
COHEN MILSTEIN SELLERS
& TOLL PLLC
11780 U.S. Highway One, Suite N500
Palm Beach Gardens, FL 33408
Telephone: (561) 515-1400
tleopold@cohenmilstein.com
***CO-LEAD CLASS COUNSEL***

Respectfully submitted,

By: */s/Michael L. Pitt*
Michael L. Pitt
PITT MCGEHEE PALMER
BONANNI & RIVERS, P.C.
117 W. Fourth Street, Suite 200
Royal Oak, MI 48067
Telephone: (248) 398-9800
mpitt@pittlawpc.com
***CO-LEAD CLASS COUNSEL***

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was filed with the U.S. District Court through the ECF filing system and that all parties to the above case were served via the ECF filing system on May 17, 2024.

Dated: May 17, 2024

By: */s/Theodore J. Leopold*
Theodore J. Leopold
COHEN MILSTEIN SELLERS
& TOLL PLLC
11780 U.S. Highway One, Suite N500
Palm Beach Gardens, FL 33408
Telephone: (561) 515-1400
tleopold@cohenmilstein.com