UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Cholyanda Brown, et al.,

                Plaintiff(s),

v.                                             Case No. 5:16–cv–10444–JEL–EAS
                                                  Hon. Judith E. Levy

Veolia Water North America
Operating Services, LLC, et al.,

                Defendant(s),

_____/

**NOTICE OF REMOTE MOTION HEARING**

    PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Judith E. Levy for the following motion(s):

        Motion – #2925

- MOTION HEARING:  June 6, 2024 at 11:00 AM

    The public may access the audio proceedings with the following connection information.

    ***PHONE NUMBER:*** 669 254 5252
    ***MEETING ID:***     161 380 3913

    Attorneys and parties required to attend the hearing will be sent connection information in a separate email.

                                                     By: s/W. Barkholz
                                                         Case Manager

Dated:  May 20, 2024