# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

## ORDER DENYING VEOLIA ENVIRONNEMENT S.A.'S MOTION FOR RECONSIDERATION [2961]

Before the Court is Veolia Environnement S.A.'s (VE) Motion for Reconsideration. (ECF No. 2961.) The Motion for Reconsideration is denied. The Court will set forth its reasons in a forthcoming opinion.

The Court issued a stay regarding its May 13, 2024 ruling as to VE's production of evidence until Wednesday, May 22, 2024 at 5:00 PM.

Before the stay expires on May 22, 2024 at 5:00 PM, VE is ORDERED to produce the documents responsive to the Court's February 21, 2024 order, (ECF No. 2953), which the Court also ordered be produced in its May 13, 2024 order. (ECF No. 2953.) VE is ORDERED to send these

documents in unredacted form to the Court's law clerk via email for *in camera* review.

IT IS SO ORDERED.

Dated: May 20, 2024　　　　　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　United States District Judge

CERTIFICATE OF SERVICE

　The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 20, 2024.

　　　　　　　　　　　　　　　　s/William Barkholz
　　　　　　　　　　　　　　　　WILLIAM BARKHOLZ