# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

## ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT WITH LAN DEFENDANTS [2827]

Before the Court is Plaintiffs' Motion for Final Approval of Class Settlement with LAN[1] Defendants ("the Motion"). (ECF No. 2827.) The Court read and considered the Motion, as well as the submissions in support of and in opposition to it. On March 14, 2024, the Court held a hearing to consider the Motion. The Court received several submissions from the public prior to the hearing and permitted members of the public to be heard at the hearing, but there were no proper and timely objections

---

[1] Leo A. Daly Company, Lockwood Andrews and Newnam, Inc. and Lockwood Andrews and Newnam, P.C. (collectively "LAN").

to the settlement. For the reasons set forth on the record, IT IS HEREBY ORDERED as follows:

1. The Motion for Final Approval is GRANTED.

2. The Settlement Agreement between Plaintiffs and LAN is finally approved under Federal Rule of Civil Procedure 23(e).

3. The Settlement Allocation and plan of distribution are finally approved.

4. The Settlement Class and Subclasses certified in the partial settlement that was approved by this Court on November 10, 2021, are re-certified under Federal Rule of Civil Procedure 23(a), (b)(3), and (e) for purposes of the LAN Settlement.

5. The following individuals are re-appointed as Class Representatives for purposes of the LAN Settlement:

    a. Rhonda Kelso, Barbara and Darrell Davis, Tiantha Williams, and Michael Snyder as personal representative of the Estate of John Snyder, as representatives of the Adult Exposure Subclass;

    b. Elnora Carthan and David Munoz as representatives of the Property Damage Subclass;

2

      c. 635 South Saginaw LLC, Frances Gilcreast, and Neil Helmkay as representatives of the Business Economic Loss Subclass.

6. Cohen Milstein Sellers & Toll PLLC, Pitt McGehee Palmer Bonanni & Rivers, PC, and the Executive Committee are appointed as Class Counsel under Federal Rule of Civil Procedure 23(g).

7. The following individuals are re-appointed as Settlement Subclass Counsel for purposes of the LAN Settlement:

      a. Vincent J. Ward of The Ward Law Firm as counsel for the Adult Exposure Settlement Subclass;

      b. Sarah R. London of Lieff Cabraser Heimann & Bernstein, LLP as counsel for the Property Damage Settlement Subclass; and

      c. Dennis C. Reich of Reich & Binstock, LLP as counsel for the Business Economic Loss Settlement Subclass.

8. The non-class components of the LSA are approved.

9. All objections are denied.

IT IS SO ORDERED.

Dated: May 21, 2024
Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 21, 2024.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager

4