**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

*In re* Flint Water Cases　　　　　　　　　　Hon. Judith E. Levy
5:16-cv-10444/17-cv-10164　　　　　　　　　United States District Judge

_____/

This Motion Relates to:

*Bellwether III Cases*

_____/

### INDEX OF EXHIBITS

| EXHIBIT | DESCRIPTION |
|---|---|
| Exhibit A | CV of Dr. Jennifer Sample |
| Exhibit B | Excerpts of Dr. Jennifer Sample March 20, 2024 Deposition |
| Exhibit C | Rebuttal Report of Dr. Jennifer Sample |

The following exhibits were previously filed under seal in ECF 2915 by Veolia North America, Inc., Veolia North America, LLC, Veolia Water North America Operating Services, LLC, and are referenced in the Plaintiffs' response in opposition. The exhibit numbers reflect those originally filed by Veolia.

| EXHIBIT | DESCRIPTION |
|---|---|
| Exhibit 2 | Dr. Sample's Report of J.S. |
| Exhibit 3 | Dr. Sample's Report of R.E. |

| Exhibit 4 | Dr. Sample's Report of Y.A. |
|---|---|
| Exhibit 5 | Dr. Sample's Report of J.N. |
| Exhibit 6 | Dr. Sample's Report of G.B. |
| Exhibit 9 | Dr. Sample's Report of E.A. |
| Exhibit 10 | Dr. Sample's Report of C.D. |
| Exhibit 13 | Expert Report of Dr. William Banner |
| Exhibit 14 | Expert Report of Dr. Brent Finley |
| Exhibit 16 | Expert Report of Dr. David Duquette |