UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: FLINT WATER CASES | Case No. 5:16-cv-10444-JEL-MKM<br>Hon. Judith E. Levy, District Judge |
| This Document Relates To:<br>BELLWETHER III | Case No. 5:17-cv-10164-JEL-KGA |

___

**INDEX OF EXHIBITS**

| Exhibit | Description |
|---|---|
| 1 | Redacted version of Motion and Brief In Support Of Motion to Exclude Certain Opinions of Edward Hoffman, Ph.D. |
| 2 | Unredacted version of Motion and Brief In Support Of Motion to Exclude Certain Opinions of Edward Hoffman, Ph.D. |
| 3 | Redacted version of Exhibit 2 to Motion to Exclude Certain Opinions of Edward Hoffman, Ph.D.: Excerpts of the deposition of Dr. Edward Hoffman (3/8/2023) |
| 4 | Unredacted version of Exhibit 2 to Motion to Exclude Certain Opinions of Edward Hoffman, Ph.D.: Excerpts of the deposition of Dr. Edward Hoffman (3/8/2023) |
| 5 | Redacted version of Exhibit 3 to Motion to Exclude Certain Opinions of Edward Hoffman, Ph.D.: Expert Report (Y.A.) of Dr. Edward Hoffman |
| 6 | Unredacted version of Exhibit 3 to Motion to Exclude Certain Opinions of Edward Hoffman, Ph.D.: Expert Report (Y.A.) of Dr. Edward Hoffman |
| 7 | Redacted version of Exhibit 4 to Motion to Exclude Certain Opinions of Edward Hoffman, Ph.D.: Expert Report (E.A.) of Dr. Edward Hoffman |
| 8 | Unredacted version of Exhibit 4 to Motion to Exclude Certain Opinions of Edward Hoffman, Ph.D.: Expert Report (E.A.) of Dr. Edward Hoffman |
| 9 | Redacted version of Exhibit 5 to Motion to Exclude Certain Opinions of Edward Hoffman, Ph.D.: Expert Report (G.B.) of Dr. Edward Hoffman |

| | |
|---|---|
| 10 | Unredacted version of Exhibit 5 to Motion to Exclude Certain Opinions of Edward Hoffman, Ph.D.: Expert Report (G.B.) of Dr. Edward Hoffman |
| 11 | Redacted version of Exhibit 6 to Motion to Exclude Certain Opinions of Edward Hoffman, Ph.D.: Excerpts of the deposition of Dr. Edward Hoffman (3/29/2023) |
| 12 | Unredacted version of Exhibit 6 to Motion to Exclude Certain Opinions of Edward Hoffman, Ph.D.: Excerpts of the deposition of Dr. Edward Hoffman (3/29/2023) |
| 13 | Redacted version of Exhibit 7 to Motion to Exclude Certain Opinions of Edward Hoffman, Ph.D.: Expert Report (C.D.) of Dr. Edward Hoffman |
| 14 | Unredacted version of Exhibit 7 to Motion to Exclude Certain Opinions of Edward Hoffman, Ph.D.: Expert Report (C.D.) of Dr. Edward Hoffman |
| 15 | Redacted version of Exhibit 8 to Motion to Exclude Certain Opinions of Edward Hoffman, Ph.D.: Expert Report (R.E.) of Dr. Edward Hoffman |
| 16 | Unredacted version of Exhibit 8 to Motion to Exclude Certain Opinions of Edward Hoffman, Ph.D.: Expert Report (R.E.) of Dr. Edward Hoffman |
| 17 | Redacted version of Exhibit 9 to Motion to Exclude Certain Opinions of Edward Hoffman, Ph.D.: Expert Report (J.N.) of Dr. Edward Hoffman |
| 18 | Unredacted version of Exhibit 9 to Motion to Exclude Certain Opinions of Edward Hoffman, Ph.D.: Expert Report (J.N.) of Dr. Edward Hoffman |
| 19 | Redacted version of Exhibit 10 to Motion to Exclude Certain Opinions of Edward Hoffman, Ph.D.: Expert Report (J.S.) of Dr. Edward Hoffman |
| 20 | Unredacted version of Exhibit 10 to Motion to Exclude Certain Opinions of Edward Hoffman, Ph.D.: Expert Report (J.S.) of Dr. Edward Hoffman |
| 21 | Redacted version of Exhibit 14 to Motion to Exclude Certain Opinions of Edward Hoffman, Ph.D.: Expert Rebuttal Report of Dr. Edward Hoffman |
| 22 | Unredacted version of Exhibit 14 to Motion to Exclude Certain Opinions of Edward Hoffman, Ph.D.: Expert Rebuttal Report of Dr. Edward Hoffman |

| 23 | Redacted version of Exhibit 21 to Motion to Exclude Certain Opinions of Edward Hoffman, Ph.D.: Expert Report (Y.A.) of Dr. David W. Thompson |
| 24 | Unredacted version of Exhibit 21 to Motion to Exclude Certain Opinions of Edward Hoffman, Ph.D.: Expert Report (Y.A.) of Dr. David W. Thompson |