UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE FLINT WATER LITIGATION | Case No. 5:16-cv-10444-JEL-MKM <br> Hon. Judith E. Levy |
| This Document Relates To: <br> BELLWETHER III | Case No. 5:17-cv-10164-JEL-KGA |

**INDEX OF EXHIBITS**

| Exhibit | Description |
|---|---|
| 1 | Declaration of James M. Campbell in support of VNA's Motion to Exclude Certain Opinions of Edward Hoffman, Ph.D. |
| 2 | Excerpts of the deposition of Dr. Edward Hoffman (3/8/2023) |
| 3 | Expert Report (Y.A.) of Dr. Edward Hoffman |
| 4 | Expert Report (E.A.) of Dr. Edward Hoffman |
| 5 | Expert Report (G.B.) of Dr. Edward Hoffman |
| 6 | Excerpts of the deposition of Dr. Edward Hoffman (3/29/2023) |
| 7 | Expert Report (C.D.) of Edward Hoffman |
| 8 | Expert Report (R.E.) of Edward Hoffman |
| 9 | Expert Report (J.N.) of Edward Hoffman |
| 10 | Expert Report (J.S.) of Edward Hoffman |
| 11 | Jack Kramer, *et al.*, *The Viability of Scatter Analysis on the WISC-R and the SBIS: Examining a Vestige*, 5 J. Psychoeducational Assessment 37 (1987) |
| 12 | Ron Dumont and John Willis, *Intrasubtest Scatter on the WISC-III for Various Clinical Samples vs. the Standardization Sample: An Examination of WISC Folklore*, 13 J. Psychoeducational Assessment 271 (1995) |
| 13 | Joseph Ryan, *et al.*, *Wechsler Adult Intelligence Scale-III Inter-Subtest Scatter: A Comparison of Brain-Damaged Patients and Normal Controls*, J. Clinical Psychology 1319 (Oct. 2006) |
| 14 | Expert Rebuttal Report of Dr. Edward Hoffman |
| 15 | John H. Kranzler, *et al.*, *How Do School Psychologists Interpret Intelligence Tests for the Identification of Specific Learning Disabilities?*, Contemporary School Psychology (Feb. 5, 2020) |

| Exhibit | Description |
|---|---|
| 16 | Nicholas F. Benson, et al., A National Survey of School Psychologists' Practices in Identifying Specific Learning Disabilities |
| 17 | Steven I. Pfeiffer, et al., *The Practitioner's View of IQ Testing and Profile Analysis*, 15 School Psychology Quarterly 376-385 (2000) |
| 18 | M. Krishnan, et al., *Increased intra-subtest scatter on the Wechsler abbreviated scale of intelligence as a characteristic of mild cognitive impairment*, Abstracts/Archives of Clinical Neuropsychology 20 (2005) |
| 19 | Excerpts of Alan S. Kaufman, et al., *Intelligent Testing With The WISC-V* (2016) |
| 20 | Catherine Fiorello, et al., *Interpreting Intelligence Test Results for Children with Disabilities: Is Global Intelligence Relevant?*, 14 Applied Neuropsychology 2-12 (2007) |
| 21 | Expert Report (Y.A.) of Dr. David W. Thompson |