UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *IN RE*: FLINT WATER CASES. | Case No. 5:16-cv-10444-JEL-MKM (Consolidated) <br><br> Hon. Judith E. Levy |

_____

## NOTICE OF APPEARANCE

Please enter my appearance pursuant to L.R. 83.25 as additional counsel of record for the defendants Veolia North America, LLC, Veolia North America, Inc. and Veolia Water North America Operating Services, LLC.

> David W. Faraci
> Campbell Conroy & O'Neil, P.C.
> 20 City Square, Suite 300
> Boston, MA  02129
> (617) 241-3000
> dfaraci@campbell-trial-lawyers.com

> *Respectfully submitted,*

> /s/ David W. Faraci
> David W. Faraci
> dfaraci@campbell-trial-lawyers.com
> Campbell Conroy & O'Neil, P.C.
> 20 City Square, Suite 300
> Boston, MA  02129
> (617) 241-3000

**CERTIFICATE OF SERVICE**

      I, David W. Faraci one of the counsel of record for the VNA defendants, certify that I served the within ***Notice of Appearance*** on May 28, 2024, by causing it to be e-filed through the Court's CM/ECF electronic filing system which will automatically deliver electronic copies of it to counsel of record for all parties to have appeared in *In re Flint Water Cases*.

      /s/David W. Faraci
      dfaraci@campbell-trial-lawyers.com

*Attorney for Veolia Water North America Operating Services, LLC, Veolia North America, Inc., and Veolia North America, LLC*