UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases  
5:16-cv-10444/17-cv-10164

Hon. Judith E. Levy  
United States District Judge

_____/

This Motion Relates to:

*Bellwether III Cases*

_____/

**INDEX OF EXHIBITS RE: PLAINTIFFS' RESPONSE TO VEOLIA'S MOTION FOR SUMMARY JUDGMENT**

| EXHIBIT | DESCRIPTION |
|---|---|
| Plaintiffs' Exhibit A | Dr. Russell BW3 Initial Report |
| Plaintiffs' Exhibit B | Highlighted Class Plaintiffs' Opposition to Summary Judgment |
| Plaintiffs' Exhibit C | Excerpt of Dr. Russell May 10, 2023 Deposition |
| Plaintiffs' Exhibit D | Highlighted Russell BW3 Initial and Rebuttal Reports |
| Plaintiffs' Exhibit E | Dr. Bithoney Rebuttal Report |
| Plaintiffs' Exhibit F | Dr. Bithoney Combined Initial Reports |
| Plaintiffs' Exhibit G | Excerpts of Dr. Bithoney Initial Deposition |
| Plaintiffs' Exhibit H | Excerpts of Plaintiffs' Family Depositions |
| Plaintiffs' Exhibit I | Dr. Bithoney Supplement |
| Plaintiffs' Exhibit J | Dr. Sample Rebuttal Report |