# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| IN RE FLINT WATER LITIGATION | Case No. 5:16-cv-10444-JEL-EAS <br> Hon. Judith E. Levy, District Judge |
|---|---|
| This Document Relates To: <br> BELLWETHER III | Case No. 5:17-cv-10164-JEL-KGA |

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | Declaration of James M. Campbell in support of VNA's Motion to Exclude Certain Opinions of Jennifer A. Sample, M.D. |
| 2 | Excerpts of the deposition of Dr. Jennifer A. Sample (10/2/2023) |
| 3 | Excerpts of the deposition of Dr. Jennifer A. Sample (10/3/2023) |