# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re Flint Water Cases 16-10444*

                             /    The Hon. Judith E. Levy
United States District Judge

*Bellwether III Case No. 17-10164*

                             /

## NOTICE OF OBJECTION
## TO DESIGNATION OF PROTECTED MATERIAL

Pursuant to the Court's December 19, 2019, Confidentiality Order [Case No. 16-cv-10444, ECF No. 299],[1] Plaintiffs challenge the CONFIDENTIAL designation of the following document:

**ACTUM PROPOSAL (the email attachment within Exhibit A of [Veolia's] in camera submission (ECF No. 2885-2, PageID.94861).**

The subject document was produced to Plaintiffs' counsel on May 15, 2024, in conjunction with the Court's May 13, 2024, order (ECF No. 2953, PageID.99324).

Plaintiffs informed Veolia of their formal challenge to this designation on May 20, 2024, via email.[2]

Veolia has not acknowledged the correspondence.

---

[1] *See also* Fifth Amended Case Management Order [Case No. 16-cv-10444, ECF No. 1255-3].

[2] May 20, 2024, correspondence to Veolia (Challenge to Confidentiality Designation), attached hereto as **Exhibit A** and incorporated by reference as if fully stated herein.

The Court is already intimately familiar with the subject document, which does not contain any confidential information whatsoever under applicable law or pursuant to this Court's prior orders. Thus, because there is a profound public interest in the Flint Water Crisis and in this litigation; and because Veolia has undertaken a public, defamatory campaign against Plaintiffs' counsel, which "[a]t worst, [Veolia], VE, and Actum intended to prejudice or interfere with this litigation … [or] [a]t best, they acted with willful disregard for whether their actions might prejudice or interfere with these proceedings[,]" (ECF No. 2953, PageID.99324), the public must be permitted to see **this particular document**, which requires its de-designation as CONFIDENTIAL. Further, if made public, such would not cause oppression, competitive disadvantage, infringement of privacy rights established by statute or regulation, or infringement of confidentiality requirements established by statute or regulation with respect to government purchasing or other operations.

    Dated: June 3, 2024                              Respectfully submitted,

                                                            */s/ Corey M. Stern*
                                                            Corey M. Stern
                                                            Melanie Daly
                                                            605 Third Ave., 33rd Fl.
                                                           New York, New York 10158
                                                           cstern@levylaw.com
                                                           mdaly@levylaw.com

## CERTIFICATE OF SERVICE

      I, Corey Stern, hereby certify that on June 3, 2024, the foregoing document and the attached exhibits were served on all counsel of record via the court's ECF system.

                                              */s/ Corey M. Stern*
                                                Corey M. Stern