UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases, | Civil Action No. 5:16-cv-10444-JEL-MKM (Consolidated) |
| | Hon. Judith E. Levy |
| *Walters, et al.,*<br>       *Plaintiffs* | No. 5:17-cv-10164-JEL-MKM |
| *v.* | |
| *City of Flint, et al.,*<br>       *Defendants* | |

## MOTION FOR WITHDRAWAL OF APPEARANCE

Michael L. Williams hereby moves for an order withdrawing as counsel of record for the United States of America in the above-captioned actions. Michael L. Williams is leaving the United States Department of Justice, and the United States will continue to be represented by other Trial Attorneys from the United States Department of Justice, including Jason Cohen, Heidy Gonzalez, Timothy Walthall, Eric Rey, and Daniel Eagles.

 Dated:    June 3, 2024

Respectfully submitted,

<u>s/ Michael L. Williams</u>
Michael L. Williams (DC Bar #471618)
Jason T. Cohen (ME Bar #004465)
Heidy L. Gonzalez (FL Bar #1025003)
Timothy B. Walthall (MA Bar #515460)

Eric Rey (DC Bar #988615)
Daniel C. Eagles (DC Bar #1035048)
Trial Attorneys
United States Department of Justice
Civil Division, Torts Branch
Environmental Tort
Litigation
1100 L Street, NW
Washington, DC 20005
E-mail: michael.l.williams@usdoj.gov
Phone: 202-307-3839 ; Fax: 202-616-4473

*Counsel for United States*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 3, 2024, I electronically filed the foregoing document with the Clerk of the Court and all counsel of record by using the CM/ECF system.

<u>/s/ Michael L. Williams</u>
Michael L. Williams
Trial Attorney, Department of Justice
Counsel for the United States

2