UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

# *CORRECTED* ORDER GRANTING IN PART PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEY FEES AND REIMBURSEMENT OF EXPENSES AS TO THE LAN SETTLEMENT [2760]

Before the Court is Plaintiffs' Motion for an Award of Attorney Fees and Reimbursement of Expenses as to the LAN[1] Settlement ("the Motion"). (ECF No. 2760.) A hearing was held on March 14, 2024, and oral argument heard. The Court did not receive any objections to the attorney fee request. The Special Master provided the Court with a report detailing her review of Plaintiffs' Counsels' time and expense

---

[1] Leo A. Daly Company, Lockwood Andrews and Newnam, Inc., and Lockwood Andrews and Newnam, P.C. (collectively "LAN").

submissions, in addition to providing the Court with the underlying data, all of which the Court read and considered. (ECF No. 3001.)

For the reasons set forth on the record at the hearing, IT IS HEREBY ORDERED as follows:

1. Plaintiffs' request for reimbursement of reasonable expenses incurred is GRANTED. **To determine reasonable expenses, the Court adopts the computations compiled in the Special Master's report, Appendix B, Column 2. (*Id.* at PageID.101543.)**

2. A global Common Benefit Assessment of 6.33% is re-approved for claims made under the LAN Settlement.

3. Class Counsel is further awarded 25% on the Settlement Subclass Members' portion of the LAN Settlement.

IT IS SO ORDERED.

Dated: June 7, 2024  s/Judith E. Levy
Ann Arbor, Michigan  JUDITH E. LEVY
 United States District Judge

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 7, 2024.

                                                  s/William Barkholz
                                                  WILLIAM BARKHOLZ
                                                  Case Manager