UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases. _____/ | Judith E. Levy United States District Judge |

This Order Relates To:

ALL CASES

---

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF GENESEE

THE PEOPLE OF THE STATE OF
MICHIGAN,

    Plaintiff,

v.

VEOLIA NORTH AMERICA, INC.,
et al.,

    Defendants.

Case No. 16-107576-NM

Judge David J. Newblatt

---

**ORDER SETTING DEADLINES FOR THE AUGUST 2024
STATUS AND DISCOVERY CONFERENCE**

The Court will hold its August 2024 Status and Discovery Conference on **Tuesday, August 6, 2024 at 12:00 PM** jointly with Genesee County Circuit Court Chief Judge David J. Newblatt. Parties are to file proposed status conference items by **July 23, 2024 at 12:00 PM**. The deadline for notifying the Court of a discovery dispute is **July 30, 2024 at 12:00 PM**. The Court will issue an agenda for the August 2024 Status and Discovery Conference by August 2, 2024.

IT IS SO ORDERED.

Dated: June 28, 2024
Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

Flint, Michigan

s/David J. Newblatt
DAVID J. NEWBLATT, P-45306
Chief Judge
Genesee County Circuit Court

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 28, 2024.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager