UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases. _____/ | Judith E. Levy<br>United States District Judge |

This Order Relates To:

*Bellwether III Cases*
_____/

## ORDER GRANTING IN PART THE STIPULATION REGARDING DEADLINES FOR BELLWETHER III PRE-TRIAL MOTIONS [3029]

The parties submitted a stipulation regarding deadlines for Bellwether III pre-trial motions, which the Court GRANTS IN PART, as set forth below. (ECF No. 3029). The reply briefs regarding Plaintiffs' Motion to Comprehensively Exclude the Novel Biosolids Hypothesis, (ECF No. 2928), VNA's Motion to Exclude Opinions and Testimony of Dr. Aaron Specht, (ECF No. 2916), VNA's Motion to Exclude Certain Opinions of Dr. Edward Hoffman, (ECF No. 2981), will be due July 12, 2024. The in-person hearing regarding those three motions will be reset for August 7, 2024 at 10:00 AM. The Court grants the parties' request to extend the page limit for the parties' replies to these three Daubert

1

motions to twelve (12) pages. The schedule for Bellwether III is set forth below with changes in bold.

| <u>Event</u> | <u>Deadline</u> |
|---|---|
| Daubert and Summary Judgment Reply Briefs | Defendant's Daubert Motion Reply Briefs:<br>**July 12, 2024 (Dr. Specht),**<br>**July 12, 2024 (Dr. Hoffman)**<br><br>Plaintiffs' Daubert Motion Reply Briefs:<br>**July 12, 2024 (Motion to Comprehensively Exclude the Novel Biosolids Hypothesis)**<br><br>Summary Judgment Reply Briefs: June 18, 2024 |
| Deadline for Parties to Submit Joint Proposed Jury Questionnaire to the Court (via e-mail) | July 15, 2024 |
| Motions in Limine— Opening Briefs | July 22, 2024 |
| Motions in Limine— Response Briefs | August 5, 2024 |

| **Event** | **Deadline** |
|---|---|
| **Oral Argument on Daubert Motions** | **In-Person Hearing on ECF Nos. 2916, 2928, 2981 August 7, 2024, 10:00 AM** |
| Motions in Limine—Reply Briefs | August 12, 2024 |
| Deadline for Parties to Ship 200 copies of Juror Questionnaires to Judge Levy's Chambers in Ann Arbor, Michigan | September 6, 2024 |

| Event | Deadline |
|---|---|
| Summoned Jurors to Courthouse to Answer Questionnaires (Court Staff Only) (Jury Department takes approximately one week to process questionnaires and make them available to counsel and the Court) | September 10, 2024 9:00am, cont'd if needed on September 11, 2024 9:00am |
| Hearing on motions in limine (the Court will notify the parties in advance as to which motions will be argued) | September 12, 2024 10:30am |

| **Event** | **Deadline** |
|---|---|
| Deposition Designations (due for exchange between parties) | Parties to propose deadline |
| Objections to Deposition Designations and Counter-Designations (due for exchange between parties) | Parties to propose deadline |
| Deadline for Submitting Deposition Designations Matrices and Highlighted Transcripts to the Court (via e-mail) | September 16, 2024 |

| **Event** | **Deadline** |
|---|---|
| Parties to File Jointly Proposed Jury Instructions and Verdict Form | September 16, 2024 |
| Parties to Submit Joint Final Pretrial Order (use Utilities function in CM/ECF and e-mail) | September 16, 2024 |
| Parties to Submit Jointly Proposed Voir Dire Questions and Joint Statement of the Case (via e-mail) | September 20, 2024 |

| **Event** | Deadline |
|---|---|
| Status Conference Regarding Excusals Based on Jury Questionnaire Responses | TBD |
| Final Pretrial Conference and Hearing on proposed Jury Instructions and Verdict Form | September 23, 2024 10:30am cont'd if needed on September 24, 2024 10:30am |
| Deadline for Court to Inform Jury Dept of Excusals Based on Questionnaires (Court Staff Only) | October 2, 2024 |

| **Event** | Deadline |
|---|---|
| Hearing Regarding Misc. Pretrial Matters (if needed) | October 7, 2024 |
| First Day of Trial/Voire Dire | October 8, 2024 |

Hearings will be conducted in person in Ann Arbor, Michigan unless the Court notifies the parties in advance otherwise.

IT IS SO ORDERED.

Dated: July 2, 2024                    s/Judith E. Levy
Ann Arbor, Michigan                 JUDITH E. LEVY
                                                   United States District Judge

8