# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases. | Judith E. Levy <br> United States District Judge |
| _____/ | |

This Order Relates To:

ALL CASES

_____/

**ORDER GRANTING IN PART AND DENYING IN PART VEOLIA NORTH AMERICA, LLC, VEOLIA NORTH AMERICA, INC., AND VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC'S MOTIONS TO EXCLUDE CERTAIN OPINIONS AND TESTIMONY OF DR. MIRA JOURDAN, DR. WILLIAM G. BITHONEY, AND DR. JENNIFER A. SAMPLE, M.D. [2909, 2914, 2915]**

Before the Court are three motions ("the Motions"): Defendants Veolia North America, LLC, Veolia North America, Inc., and Veolia Water North America Operating Services, LLC's ("VNA") Motion to Exclude Certain Opinions of Dr. Mira Jourdan, (ECF No. 2909), VNA's Motion to Exclude Certain Opinions and Testimony of Dr. William G. Bithoney, (ECF No. 2914), and VNA's Motion to Exclude Certain Opinions and Related Testimony of Dr. Jennifer A. Sample, M.D. (ECF No. 2915.) On June 27, 2024, the Court held a hearing and oral argument

`Case 5:16-cv-10444-JEL-EAS ECF No. 3034, PageID.102623 Filed 07/09/24 Page 2 of 2`

was heard on these motions. (ECF No. 3033.) For the reasons set forth on the record at the hearing, the Motions are GRANTED IN PART and DENIED IN PART.

IT IS SO ORDERED.

Dated: July 9, 2024  
Ann Arbor, Michigan

s/Judith E. Levy  
JUDITH E. LEVY  
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 9, 2024.

s/William Barkholz  
WILLIAM BARKHOLZ  
Case Manager