**Responses, Replies and Supplemental Briefs**

5:16-cv-10444-JEL-MKM Waid et al v. Snyder et al

APPEAL,REOPENED,reassigned

# U.S. District Court

# Eastern District of Michigan

## Notice of Electronic Filing

The following transaction was entered by Grunert, John on 9/18/2018 at 11:06 AM EDT and filed on 9/18/2018

**Case Name:** Waid et al v. Snyder et al
**Case Number:** 5:16-cv-10444-JEL-MKM
**Filer:** Veolia North America, Inc.
Veolia North America, LLC
Veolia Water North America Operating Services, LLC
**Document Number:** 610

**Docket Text:**
**RESPONSE to [603] MOTION to Stay *Proceedings*, [604] Joint MOTION to Stay *Pending Appeal* filed by Veolia North America, Inc., Veolia North America, LLC, Veolia Water North America Operating Services, LLC. (Grunert, John)**

**5:16-cv-10444-JEL-MKM Notice has been electronically mailed to:**

Alexander S. Rusek    alexrusek@whitelawpllc.com, 1940055420@filings.docketbird.com

Allison M. Collins    acollins@fosterswift.com, wpaul@fosterswift.com

Andrew P. Abood    andrew@aboodlaw.com, dan@aboodlaw.com

Angela N. Wheeler    awheeler@cityofflint.com, jdelaney@cityofflint.com, vcooper@cityofflint.com

Ari Kresch    akresch@1800lawfirm.com

Barry A. Wolf    bwolf718@msn.com, bwolflaw_clc@yahoo.com

Beth M. Rivers    brivers@pittlawpc.com, rbell@pittlawpc.com

Brett T. Meyer    bmeyer@owdpc.com, sheryl@owdpc.com

Cary S. McGehee    cmcgehee@pittlawpc.com, cbechill@pittlawpc.com

Charles E. Barbieri    cbarbieri@fosterswift.com, lharroff@fosterswift.com

Cheryl A. Bush    bush@bsplaw.com, hill@bsplaw.com, reiss@bsplaw.com

Chet W. Kern    ckern@bernripka.com

Christopher B. Clare    cclare@clarkhill.com

Christopher James Marker    cmarker@owdpc.com

Claire D'Lou Vergara    cvergara@mckeenassociates.com, ABeedle@mckeenassociates.com

Conrad J. Benedetto    cjbenedetto@benedettolaw.com

Corey M. Stern    cstern@levylaw.com, abarral@levylaw.com, avieux@levylaw.com, dweiss@levylaw.com, kshah@levylaw.com

Courtney B. Ciullo    cciullo@kotzsangster.com, mdelorme@kotzsangster.com

Craig S. Thompson    cthompson@swappc.com, atoupin@swappc.com, shall@swappc.com

Cynthia M. Lindsey    cynthia@cmlindseylaw.com

David C. Kent    david.kent@dbr.com, caprice.corbett@dbr.com, wayne.mason@dbr.com

David E. Hart    dhart@maddinhauser.com, csego@maddinhauser.com

David J. Shea    david.shea@sadplaw.com, frank.aiello@sadplaw.com, kelly.friel@sadplaw.com, zachary.bialick@sadplaw.com

David. W. Meyers    Davidmeyerslaw@gmail.com

Deborah A. LaBelle    deblabelle@aol.com, anlyn.addis@gmail.com, betsyllewis@gmail.com

Deborah E. Greenspan    DGreenspan@blankrome.com, DBerger@blankrome.com, dclitigationdocketing@blankrome.com

Debra J. Humphrey    dhumphrey@bernllp.com

Dennis K. Egan    degan@kotzsangster.com, mdelorme@kotzsangster.com

Diana Gjonaj    dgjonaj@weitzlux.com, cgarcia@weitzlux.com

Edwar A. Zeineh    zeinehlaw@gmail.com

Emmy L Levens    elevens@cohenmilstein.com, efilings@cohenmilstein.com, jweiner@cohenmilstein.com, mcampbell@cohenmilstein.com

Esther Berezofsky    eberezofsky@eblawllc.com, hfonseca@eblawllc.com, lmandara@eblawllc.com, promano@eblawllc.com, shansel@eblawllc.com

Eugene Driker    edriker@bsdd.com, ssimkins@bsdd.com

Frederick A. Berg    bergf@butzel.com, haynes@butzel.com, murdoch@butzel.com

Gregory Stamatopoulos    gstamatopoulos@weitzlux.com, cgarcia@weitzlux.com, JBroaddus@weitzlux.com

Gregory M. Meihn    gmeihn@foleymansfield.com, moliver@foleymansfield.com, rdedene@foleymansfield.com, sbreznai@foleymansfield.com

Herbert A. Sanders    haslawpc@gmail.com

Hunter Shkolnik     hunter@napolilaw.com, AMorgan@NapoliLaw.com, planciotti@napolilaw.com

J. Brian MacDonald     bmacdonald@ccglawyers.com, enaylor@ccglawyers.com

James M. Campbell     jmcampbell@campbell-trial-lawyers.com, coliveira@campbell-trial-lawyers.com, crenaud@campbell-trial-lawyers.com, mmichitson@campbell-trial-lawyers.com

James W. Burdick     jwb@burdickpc.com, dfh@burdickpc.com

Jay M. Berger     jberger@clarkhill.com, jswetlic@clarkhill.com

Jayson E. Blake     jeblake@mcalpinepc.com, atschnatz@mcalpinelawfirm.com, mlmcalpine@mcalpinepc.com, nllietzau@mcalpinepc.com

Jennifer R. Moran     jmoran@swappc.com

Jessica B. Weiner     jweiner@cohenmilstein.com, anoronha@cohenmilstein.com, efilings@cohenmilstein.com

Jessica Hamman Meeder     jessica.meeder@murphyfalcon.com, karyn.slavin@murphyfalcon.com

John A.K. Grunert     jgrunert@campbell-trial-lawyers.com, jmatthews@campbell-trial-lawyers.com

John B. Prior     jprior@hmelegal.com

John McNeill Broaddus     jbroaddus@weitzlux.com

John S. Sawin     jsawin@sawinlawyers.com

Jonathan S. Massey     jmassey@masseygail.com, jloper@masseygail.com

Jonathon A. Rabin     jrabin@hallrender.com, gzellers@hallrender.com

Jordan S. Bolton     jbolton@clarkhill.com, cgornbein@clarkhill.com

Jordan W. Connors     jconnors@susmangodfrey.com

Joseph F. Galvin     jgalvin@gcdcwws.com

Julie H. Hurwitz     jhurwitz@goodmanhurwitz.com, lseale@goodmanhurwitz.com, mail@goodmanhurwitz.com

Kathryn Bruner James     kjames@goodmanhurwitz.com, mail@goodmanhurwitz.com

Keith L. Altman     kaltman@lawampmmt.com, kaltman@excololaw.com, kcasey@excololaw.com, pharma@excololaw.com

Kevin K. Kilby     kkilby@mcgrawmorris.com

Kit A. Pierson     kpierson@cohenmilstein.com, efilings@cohenmilstein.com, mcampbell@cohenmilstein.com

Krista A. Jackson     kjackson@kotzsangster.com, vkuhl@kotzsangster.com

Kurt E. Krause     kurt@cndefenders.com

Larry R. Jensen , Jr     LJensen@hallrender.com, ksaur@hallrender.com

Laurence H. Tribe     larry@tribelaw.com

Lisa L. Dwyer     dwyerl247@aol.com

Marc J. Bern     mbern@bernllp.com, abourke@bernllp.com, emarcowitz@bernllp.com, rsharp@bernllp.com

Margaret A. Bettenhausen     bettenhausenm@michigan.gov, HiarR@michigan.gov, manningp@michigan.gov, mitosinkaa@michigan.gov

Marie Napoli     mnapoli@napolilaw.com

Mark L. McAlpine     mlmcalpine@mcalpinepc.com

Mark R. Cuker     mark@cukerlaw.com

Mary Chartier-Mittendorf     mary@cndefenders.com, 8521552420@filings.docketbird.com, kurt@cndefenders.com, lizzy@cndefenders.com

Matthew Mitchell     mmitchell@maddinhauser.com, pmajher@maddinhauser.com

Matthew Wise     mwise@foleymansfield.com, cosborn@foleymansfield.com, rdedene@foleymansfield.com, sbreznai@foleymansfield.com

Michael H. Perry     mperry@fraserlawfirm.com, dcoveart@fraserlawfirm.com

Michael J. Gildner     mgildner@sfplaw.com, lwhitney@sfplaw.com

Michael J. Pattwell     mpattwell@clarkhill.com, jbolton@clarkhill.com, lmcpartlin@clarkhill.com

Michael L. Pitt     mpitt@pittlawpc.com, rbell@pittlawpc.com

Michael R. Williams     williams@bsplaw.com, hill@bsplaw.com, reiss@bsplaw.com

Michael S. Cafferty     mcaffe@aol.com, mcinneshp@aol.com

Morley Witus     mwitus@bsdd.com, smcfadden@bsdd.com

Nathan A. Gambill     GambillN@michigan.gov, mitosinkaa@michigan.gov

Nicholas Adam Szokoly     nick.szokoly@murphyfalcon.com, erin.sofinowski@murphyfalcon.com, sara.rahmjoo@murphyfalcon.com

Paul F. Novak     pnovak@weitzlux.com, cgarcia@weitzlux.com, ecochrane@weitzlux.com, gstamatopoulos@weitzlux.com

Peretz Bronstein     PERETZ@BGANDG.COM, shimony@bgandg.com

Philip A. Erickson     perickson@plunkettcooney.com, lcushman@plunkettcooney.com, lrobbins@plunkettcooney.com

Philip A. Grashoff , Jr     pgrashoff@kotzsangster.com

Renner Kincaid Walker     rwalker@levylaw.com

Richard S. Kuhl     kuhlr@michigan.gov, HiarR@michigan.gov, mitosinkaa@michigan.gov

Robert G. Kamenec     rkamenec@plunkettcooney.com

Robert J. McLaughlin     rmclaughlin@hmelegal.com

Ryan Steven Sharp     rsharp@bernllp.com

Sarah C. Tallman     stallman@nrdc.org, kchen@nrdc.org

Shawntane Williams     sw@williamspllc.com

Shayla A. Fletcher     sfletcher@thefletcherlawfirmpllc.com

Sheldon H. Klein     klein@butzel.com, larson@butzel.com

Solomon M. Radner     sradner@excololaw.com, civilrights@excololaw.com, solomonradner@gmail.com

Stacy Erwin Oakes     stacy@oakeslawgroup.com

Stacy J. Belisle     sbelisle@mcgrawmorris.com, klane@mcgrawmorris.com

Stephen E. Morrissey     smorrissey@susmangodfrey.com, nkustok@susmangodfrey.com

Steven A. Hart     shart@hmelegal.com, ahuller@hmelegal.com

Susan Elizabeth Smith     ssmith@bdlaw.com

Susan L. Burke     sburke@burkepllc.com

Teresa Ann Caine Bingman     tbingman@tbingmanlaw.com

Thaddeus E. Morgan     tmorgan@fraserlawfirm.com, 7271308420@filings.docketbird.com, dquaderer@fraserlawfirm.com

Theodore J. Leopold     tleopold@cohenmilstein.com, efilings@cohenmilstein.com, lcuomo@cohenmilstein.com

Thomas J. McGraw     tmcgraw@mcgrawmorris.com, eabdulnoor@mcgrawmorris.com

Todd R. Mendel     tmendel@bsdd.com, erosenthal@bsdd.com, ssimkins@bsdd.com

Todd Russell Perkins     tperkins@perkinslawgroup.net, scrawford@perkinslawgroup.net

Valdemar L. Washington     Val@vlwlegal.com, trina@vlwlegal.com, Zena@vlwlegal.com

William H. Goodman     bgoodman@goodmanhurwitz.com, mail@goodmanhurwitz.com

William H. Murphy , III     hassan.murphy@murphyfalcon.com, joann.autry@murphyfalcon.com, karyn.slavin@murphyfalcon.com

William Young Kim     wkim@cityofflint.com, jdelaney@cityofflint.com, vcooper@cityofflint.com

Zachary C. Larsen     larsenz@michigan.gov, hiarr@michigan.gov

**5:16-cv-10444-JEL-MKM Notice will not be electronically mailed to:**

Brian J. McKeen
McKeen Assoc.
645 Griswold
Suite 4200
Detroit, MI 48226

William H. Murphy , Jr
Murphy & Falcon, P.A.
One South Street
Suite 2300
Baltimore, MD 21202

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1047317467 [Date=9/18/2018] [FileNumber=8907490-0
] [64ca0d1d75e9eb7a9ff437c2376ca6286c88e815be02f08814d5b86aa3ba71ca5af
466e5550fdb097521de917515f79318f0fc57e114396f0ca3a5fd7f985cee]]