# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE FLINT WATER LITIGATION | Case No. 5:16-cv-10444-JEL-MKM<br>Hon. Judith E. Levy |
| This Document Relates To:<br>BELLWETHER III | Case No. 5:17-cv-10164-JEL-KGA |

_____

**DECLARATION OF JAMES M. CAMPBELL IN SUPPORT OF DEFENDANTS VEOLIA NORTH AMERICA, LLC, VEOLIA NORTH AMERICA, INC., AND VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC'S MOTION TO EXCLUDE EVIDENCE OF DAVID THOMPSON'S PRIOR WORK ON CHILD SEX ABUSE CASES AND ROBERT MCCAFFREY'S PRIOR WORK ON DEATH PENALTY CASES**

I, James M. Campbell, declare as follows:

1. I am a partner of the law firm of Campbell Conroy & O'Neil, P.C., and I represent Defendants Veolia North America, LLC, Veolia North America, Inc., and Veolia Water North America Operating Services, LLC (collectively, VNA) in the above-captioned matter. I have personal knowledge of the matters stated in this Declaration.

2. Attached as Exhibit 2 is a true and correct excerpt of the transcript of the deposition of Dr. Robert McCaffrey.

1

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on July 22, 2024
Boston, Massachusetts

                                             */s/ James M. Campbell*
                                             James M. Campbell