# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| IN RE FLINT WATER LITIGATION | Case No. 5:16-cv-10444-JEL-MKM<br>Hon. Judith E. Levy |
| This Document Relates To:<br>BELLWETHER III | Case No. 5:17-cv-10164-JEL-KGA |

_____

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | Declaration of James M. Campbell in Support of VNA's Motion to Admit Factual Statements in the Complaint Relating to Fault of Other Previously Named Defendants |
| 2 | Chart Listing Factual Statements in Complaint |
| 3 | Highlighted Copy of Complaint |
| 4 | July 18, 2022 Trial Transcript Excerpt, *Vanderhagen v. VNA*, No. 17-10164 (E.D. Mich.) |