UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

**ORDER GRANTING CLASS PLAINTIFFS' SECOND MOTION FOR PAYMENT OF FEES AND EXPENSES FOR SERVICES PROVIDED BY A.B. DATA, LTD., AS NOTICE ADMINISTRATOR FOR THE LAN SETTLEMENT [3042]**

Having read and considered Class Plaintiffs' Second Motion for Payment of Fees and Expenses for Services Provided by A.B. Data, Ltd., as Notice Administrator for the LAN Settlement, (ECF No. 3042), as well as papers submitted to the Court in support of the Motion, IT IS HEREBY ORDERED as follows:

1. Class Plaintiffs' request for authorization of payment of $3,884.48 to A.B. Data, Ltd., for services provided as Notice Administrator for the LAN Settlement is GRANTED.

2. Such payment shall be made from the account containing the funds contributed by the LAN Defendants[1] pursuant to the LAN Settlement Agreement.

IT IS SO ORDERED.

Dated: July 22, 2024  
Ann Arbor, Michigan

s/Judith E. Levy  
JUDITH E. LEVY  
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 22, 2024.

s/William Barkholz  
WILLIAM BARKHOLZ  
Case Manager

---

[1] Leo A. Daly Company, Lockwood Andrews and Newnam, Inc. and Lockwood Andrews and Newnam, P.C. (collectively "LAN").