# EXHIBIT 2

Highly Confidential - William Fahey

```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF MICHIGAN
 3                     SOUTHERN DIVISION
 4       _____
                                     )
 5                                   ) Civil Action No.
                                     ) 5:16-cv-10444-JEL-MKM
 6       In re:  FLINT WATER CASES   ) (consolidated)
                                     )
 7                                   ) Hon. Judith E. Levy
                                     ) Mag. Mona K. Majzoub
 8       _____)
 9
10                    HIGHLY CONFIDENTIAL
11         CONTINUED REMOTE VIDEOTAPED DEPOSITION OF
                         WILLIAM FAHEY
12
                  Tuesday, October 27, 2020
13
                         VOLUME III
14
15          Continued remote videotaped deposition of
16     WILLIAM FAHEY, conducted at the location of the
17     witness in Boston, Massachusetts, commencing at
18     10:03 a.m., on the above date, before Carol A. Kirk,
19     Registered Merit Reporter, Certified Shorthand
20     Reporter, and Notary Public.
21
22
                   GOLKOW LITIGATION SERVICES
23           877.370.3377 ph | 917.591.5672 fax
                      deps@golkow.com
24
```

```
 1         A.    I was a participant on the
 2    go/no-go, yes, and I said, "Go."
 3         Q.    Okay.  So if Veolia could do it
 4    all again, you had a chance to do this work for
 5    the City of Flint again, is there anything at
 6    all that Veolia would do differently?
 7               MR. MCELVAINE:  Objection.
 8               Mr. Connors, are you getting to a
 9         document that was produced subsequent to
10         Mr. Fahey's original deposition, sir?
11               MR. CONNORS:  Of course I am.
12    BY MR. CONNORS:
13         Q.    Mr. Fahey, can you answer the
14    question?
15               MR. MCELVAINE:  Okay.  Get there
16         sooner rather than later.
17               Mr. Fahey, you can answer.
18         A.    Based on what I've learned on all
19    this, I would have been a no go on doing
20    business with the City of Flint.
21         Q.    Okay.  And in terms of once you
22    agreed to perform this work for the city and
23    you're under contract with them to be their
24    water quality consultant, is there anything that
```

```
 1   Veolia would have done differently if they had a

 2   chance to do it again?

 3              MR. MCELVAINE:  Objection.

 4              You can answer, Mr. Fahey.

 5        A.    I believe our report was a good

 6   report.  We made sound recommendations.  The

 7   fact that the regret we have is that we can't

 8   force cities and towns to implement

 9   recommendations.  So they should have listened.

10        Q.    Okay.  So I hear you casting blame

11   on the city.

12              Is there anything at all Veolia

13   would have done differently?  And if the answer

14   is no, that's fine.  I'm just asking.

15              MR. MCELVAINE:  Objection.

16              You can answer.

17        A.    I mean, I think we did a good job

18   for the city, so no.  We did our job.

19        Q.    Okay.

20                          - - -

21       (Fahey Deposition Exhibit 40 marked.)

22                          - - -

23   BY MR. CONNORS:

24        Q.    Exhibit 40 is Bates-labeled
```

```
 1                    CERTIFICATION

 2

 3        I, Carol A. Kirk, Registered Merit Reporter and

 4   Certified Shorthand Reporter, do hereby certify that

 5   prior to the commencement of the examination,

 6   WILLIAM FAHEY was duly remotely sworn by me to

 7   testify to the truth, the whole truth, and nothing but

 8   the truth.

 9        I DO FURTHER CERTIFY that the foregoing is a

10   verbatim transcript of the testimony as taken

11   stenographically by me at the time, place, and on the

12   date hereinbefore set forth, to the best of my

13   ability.

14        I DO FURTHER CERTIFY that I am neither a

15   relative nor an employee nor attorney nor counsel of

16   any of the parties to this action, and that I am

17   neither a relative nor employee of such attorney or

18   counsel, and that I am not financially interested in

19   the action.

20

21
     _____
22     Carol A Kirk

     Carol A. Kirk, RMR, CSR

23   Notary Public

     Dated:  November 10, 2020

24
```