# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| IN RE FLINT WATER LITIGATION | Case No. 5:16-cv-10444-JEL-MKM |
|---|---|
| | Hon. Judith E. Levy |
| This Document Relates To: BELLWETHER III | Case No. 5:17-cv-10164-JEL-KGA |

_____

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | Declaration of James M. Campbell in Support of VNA's Motion to Prohibit Improper Jury Argument |
| 2 | Excerpts of the Deposition of Howard Croft |
| 3 | Excerpts of the Deposition of Michael Prysby |
| 4 | Excerpts of the Deposition of Robert McCaffrey |
| 5 | Excerpts of the Deposition of Robert Nicholas |