UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Luke Waid, et al., <br>     Plaintiffs, | Case No. 16-47 <br> Hon. Mark Boonstra |

v

Governor Rick Snyder, et al.,
    Defendants.
_____/

## EX PARTE MOTION TO WITHDRAW

William Kim moves to withdraw as counsel of record for the reason that he will be leaving the employment of the City of Flint as of July 26, 2024. Withdrawal will not materially affect the City in these proceedings as it has been and will continue to be represented by the other attorneys who have appeared on its behalf. Movant respectfully requests that a text-only order be entered regarding this withdrawal pursuant to ECF Rule 11(b).

Respectfully submitted,

**/s/ William Y. Kim**

Date: July 24, 2024