# Exhibit 1

| | |
|---|---|
| **From:** | Corey Stern |
| **To:** | Devine, Alaina N. |
| **Cc:** | Dupre, Kristin M.; Alyza M. Dermody; abourke@bernllp.com; arosenman@mayerbrown.com; BettenhausenM@michigan.gov; adeich@cohenmilstein.com; ahuller@hmelegal.com; akresch@1800lawfirm.com; andrew@aboodlaw.com; anlyn.addis@gmail.com; Ringstad, Andreas; Ashley P. Vieux; bergf@butzel.com; betsyllewis@gmail.com; bgoodman@goodmanhurwitz.com; bmacdonald@ccglawyers.com; McElvaine, Bryan D.; brivers@pittlawpc.com; bwolf718@msn.com; carrie@aboodlaw.com; CavanaghC2@michigan.gov; cbechill@pittlawpc.com; cclare@clarkhill.com; Fletcher, Christopher D.; ckern@bernripka.com; cmarker@owdpc.com; cmcgehee@pittlawpc.com; Oliveira, Christine E.; cplummer@bernllp.com; Renaud, Chrissie A.; crobins@bernllp.com; crobinson@pittlawpc.com; csego@maddinhauser.com; cstritmatter@sfplaw.com; cynthia@cmlindseylaw.com; d.dawson@fiegerlaw.com; dana@owdpc.com; Daniel.c.eagles@usdoj.gov; david.kent@dbr.com; david.kent@faegredrinker.com; david.shea@sadplaw.com; davidj@butzel.com; Mason, Wayne B.; dclitigationdocketing@blankrome.com; dcoveart@fraserlawfirm.com; deblabelle@aol.com; devine@butzel.com; dgjonaj@weitzlux.com; DGreenspan@blankrome.com; dhart@maddinhauser.com; Donald.campbell@ceflawyers.com; eberezofsky@motleyrice.com; efilings@cohenmilstein.com; elevens@cohenmilstein.com; enaylor@ccglawyers.com; eric.a.rey@usdoj.gov; erin.sofinowski@murphyfalcon.com; eschaktman@bernllp.com; fajenlaw@fajenmiller.com; fletcher@loystlaw.com; frank.bednarz@hlli.org; gambilln@michigan.gov; g.fieger@fiegerlaw.com; gibsonj16@michigan.gov; gmeihn@grsm.com; gstamatopoulos@weitzlux.com; hammoudfl@michigan.gov; haslawpc@gmail.com; hassan.murphy@murphyfalcon.com; haynes@butzel.com; heather@loevy.com; hfonseca@motleyrice.com; HiarR@michigan.gov; Hunter@nsprlaw.com; jahmy.graham@nelsonmullins.com; jamesallen@allenbrotherspllc.com; jamesmasonlaw27@gmail.com; jcappelli@bernllp.com; jconnors@susmangodfrey.com; jdolan@susmangodfrey.com; jeblake@mcalpinepc.com; jgalvin@gcdcwws.com; Jaimy Hamburg; jhurwitz@goodmanhurwitz.com; jloper@masseygail.com; jmassey@masseygail.com; Campbell, James M.; jnelson@susmangodfrey.com; joann.autry@murphyfalcon.com; O'Donnell, Jack J.; O"Neil, Joseph E.; jsawin@sawinlawyers.com; jstevenson@plunkettcooney.com; jude.hickland@faegredrinker.com; kaltman@lawampmmt.com; karyn.slavin@murphyfalcon.com; kelly.friel@sadplaw.com; KettlerM@michigan.gov; kguinn@shrr.com; kjackson@shrr.com; kjames@susmangodfrey.com; kkilby@mcgrawmorris.com; klane@mcgrawmorris.com; klein@butzel.com; Kliffel@butzel.com; kpeaslee@susmangodfrey.com; kpierson@cohenmilstein.com; kpiper@owdpc.com; ksilverman@mayerbrown.com; kuhlr@michigan.gov; Laidlerlaw@hotmail.com; lalfano@fraserlawfirm.com; larry@tribelaw.com; larson@butzel.com; lcuomo@cohenmilstein.com; lcushman@plunkettcooney.com; lharroff@fosterswift.com; lkroeger@cohenmilstein.com; lmandara@motleyrice.com; lmcpartlin@clarkhill.com; lrobbins@plunkettcooney.com; lseale@goodmanhurwitz.com; lshi@mayerbrown.com; lwhitney@sfplaw.com; mail@goodmanhurwitz.com; manningp@michigan.gov; mbern@bernllp.com; mcaffe@aol.com; mchristian@mayerbrown.com; mcinneshp@aol.com; Melanie Daly; Fraser, Michelle; mgildner@sfplaw.com; mike@farrellfuller.com; mingber@mayerbrown.com; mitosinkaa@michigan.gov; mlmcalpine@mcalpinepc.com; Moshe S. Maimon; mmitchell@maddinhauser.com; mnapoli@napolilaw.com; mnguyen-dang@mayerbrown.com; molsen@mayerbrown.com; mpitt@pittlawpc.com; mquirk@motleyrice.com; msinkovich@excololaw.com; Madeleine Skaller; Ter Molen, Mark; mturchyn@hertzschram.com; murdoch@butzel.com; mvike@cohenmilstein.com; mwimmer@susmangodfrey.com; mwise@grsm.com; nick.szokoly@murphyfalcon.com; nllietzau@mcalpinepc.com; npioch@littler.com; pcronk@plunkettcooney.com; PErickson@plunkettcooney.com; pgeske@mcgpc.com; pgrashoff@shrr.com; planciotti@napolilaw.com; plannen@plunkettcooney.com; pnovak@weitzlux.com; rbell@pittlawpc.com; RBrooks@blankrome.com; rmclaughlin@hmelegal.com; Campbell, Richard P.; sara.rahmjoo@murphyfalcon.com; sburke@burkepllc.com; segarslaw@hotmail.com; sfletcher@thefletcherlawfirmpllc.com; shansel@motleyrice.com; shart@hmelegal.com; sraymond@susmangodfrey.com; smonroe@bernllp.com; solomon@radnerlawgroup.com; sradner@excololaw.com; SSmith@bdlaw.com; smorrissey@susmangodfrey.com; tbingman@tbingmanlaw.com; tbishop@mayerbrown.com; Timothy.Walthall@usdoj.gov; tleopold@cohenmilstein.com; tmcgraw@mcgrawmorris.com; tory.finley@faegredrinker.com; tperkins@perkinslawgroup.net; Travis.Gamble@faegredrinker.com; trina@vlwlegal.com; tsantinomateo@gmail.com; tweglarz@fiegerlaw.com; val@vlwlegal.com; vcooper@cityofflint.com; VBHATIA@susmangodfrey.com; vkuhl@shrr.com; wayne.mason@dbr.com; wayne.mason@faegredrinker.com; wkim@cityofflint.com; Zachary.bialick@sadplaw.com; zeinehlaw@gmail.com; Cohen, Jason T. (CIV); gjordt@mayerbrown.com; Calica, Andrew; _Flint; Scheduling |
| **Subject:** | Re: Flint: Deposition of Warren Green - August 14, 2024 |
| **Date:** | Friday, June 28, 2024 8:33:57 AM |
| **Attachments:** | external.png |

⊙ External email >

Alaina:

Please allow this communication to serve as an objection to the serving of this subpoena and the taking of this deposition on behalf of our firm's clients.

Mr. Green has already been deposed (on video) as a fact witness over the course of numerous depositions, and has testified at trial as a fact witness for approximately four days.

LAN's counsel has informed us that if this deposition goes forward, Mr. Green will again be

testifying as a fact witness.

Simply put, there is no need for more testimony from Mr. Green regarding facts he has spent significant time already testifying about.

Best,

Corey M. Stern
Levy Konigsberg, LLP
605 Third Avenue, 33rd Floor
New York, New York 10158
(212) 605-6200
cstern@levylaw.com
www.levylaw.com

> On Jun 27, 2024, at 3:09 PM, Devine, Alaina N. <ADevine@campbell-trial-lawyers.com> wrote:
>
> Counsel,
>
> Consistent with Judge Levy's orders at the March 20, 2024 Status Conference, attached please find a notice of deposition and subpoena to Warren Green who will be deposed on **August 14, 2024** beginning 10 AM ET.
>
> Consistent with the Fifth Amended Case Management Order, any party wishing to raise an objection or a scheduling conflict shall do so within three (3) business days.
>
> Thank you,
>
> *Alaina N. Devine*
> **Campbell Conroy & O'Neil**
> **Professional Corporation**
>
> <image001.jpg>
>
> 20 City Square, Suite 300
> Boston, MA 02129
> Office: (617) 241-3037
> Cell: (508) 612-6204
> Email: adevine@campbell-trial-lawyers.com
>
> **Note** : This e-mail contains information from the law firm of Campbell Conroy & O'Neil Professional Corporation that may be proprietary, confidential, or protected under the attorney- client privilege or work-product doctrine. This e-mail is intended for the use only of the named recipient. If you are not the intended recipient named above, you are strictly prohibited from reading, disclosing, copying, or distributing this e-mail or its contents, and from taking any action in reliance on the contents of this e-mail. If you received this e-mail in error, please delete this message and respond immediately by e-mail to

the author or call (617) 241-3000.

&lt;2024.06.27 Subpoena for Depo Warren Green.pdf&gt;
&lt;2024.06.27 NOD Warren Green.pdf&gt;

CONFIDENTIALITY STATEMENT This e-mail transmission and any accompanying attachment contains information that is confidential, privileged and exempt from disclosure under applicable law. This e-mail is intended only for the use of the individual or entity to which it is addressed. If you receive this e-mail in error or you are not the intended recipient, do not read, copy or disseminate in any manner. If you are not the intended recipient, you may not disseminate, distribute or copy this communication and any disclosure, copying, distribution, use or taking any action in reliance on the contents of this information is strictly prohibited. If you received this communication in error, please reply to the message immediately by informing the sender that the message was misdirected and after advising the sender you must erase the message from your computer system and destroy any hard copies that may have been made. Thank you for your assistance in correcting this error.

This email has been scanned for spam and viruses. Click here to report this email as spam.