# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases            Hon. Judith E. Levy

5:16-cv-10444/17-cv-10164         United States District Judge

_____/

This Motion Relates to:

*Bellwether III Cases*

_____/

## STIPULATION REGARDING DEADLINES
## FOR BELLWETHER III PRE-TRIAL MOTIONS

Bellwether III Plaintiffs and Defendants Veolia Water North America Operating Services, LLC, Veolia North America, Inc., and Veolia North America, LLC (the "VNA Defendants") stipulate and agree to the following amendments to the existing deadlines most recently set forth in ECF No. 3030.[1]

| Event | Amended Deadline/Deadline Range (where applicable) |
|---|---|
| Motions in Limine—Opening Briefs | July 22, 2024 |
| Daubert Hearing on remaining Daubert Motion | August 7, 2024<br><br>In-person hearing at 10:00 AM |

---

[1] Changes to the deadlines set forth in ECF No. 3030 are indicated in red font.

1

| <u>Event</u> | <u>Amended Deadline/Deadline Range (where applicable)</u> |
|---|---|
| Motions in Limine— Response Briefs | August 13, 2024 |
| Motions in Limine—Reply Briefs | August 23, 2024 |
| Deadline for Parties to Ship 200 copies of Juror Questionnaires to Judge Levy's Chambers in Ann Arbor, Michigan | September 6, 2024 |
| Summoned Jurors to Courthouse to Answer Questionnaires (Court Staff Only) (Jury Department takes approximately one week to process questionnaires and make them available to counsel and the Court) | September 10, 2024 9:00am, cont'd if needed on September 11, 2024 9:00am |

| Event | Amended Deadline/Deadline Range (where applicable) |
|---|---|
| Hearing on motions in limine (the Court will notify the parties in advance as to which motions will be argued) | September 12, 2024 10:30am |
| Deposition Designations (due for exchange between parties) | Parties to propose deadline |
| Objections to Deposition Designations and Counter Designations (due for exchange between parties) | Parties to propose deadline |
| Deadline for Submitting Deposition Designations Matrices and Highlighted Transcripts to the Court (via e-mail) | September 16, 2024 |

3

| Event | Amended Deadline/Deadline Range (where applicable) |
|---|---|
| Parties to File Jointly Proposed Jury Instructions and Verdict Form | September 16, 2024 |
| Parties to Submit Joint Final Pretrial Order (use Utilities function in CM/ECF and e-mail) | September 16, 2024 |
| Parties to Submit Jointly Proposed Voir Dire Questions and Joint Statement of the Case (via e-mail) | September 20, 2024 |
| Status Conference Regarding Excusals Based on Jury Questionnaire Responses | TBD |
| Final Pretrial Conference and Hearing on proposed Jury Instructions and Verdict Form | September 23, 2024 10:30am cont'd if needed on September 24, 2024 10:30am |

4

| Event | Amended Deadline/Deadline Range (where applicable) |
|---|---|
| Deadline for Court to Inform Jury Dept of Excusals Based on Questionnaires (Court Staff Only) | October 2, 2024 |
| Hearing Regarding Misc. Pretrial Matters (if needed) | October 7, 2024 |
| First Day of Trial/Voire Dire | October 8, 2024 |

Dated July 30, 2024

Respectfully submitted,

/s/ Corey M. Stern
Corey M. Stern
Melanie Daly
LEVY KONIGSBERG, LLP
605 3rd Ave., 33rd Floor
New York, NY 10158
(212) 605-6200
cstern@levylaw.com
mdaly@levylaw.com

/s/ Patrick J. Lanciotti
Patrick J. Lanciotti
NAPOLI SHKOLNIK PLLC
360 Lexington Avenue, 11th Floor
New York, NY, 10017
(212) 397-1000
planciotti@napolilaw.com

***ATTORNEYS FOR BELLWETHER III PLAINTIFFS***

/s/ James M. Campbell
James M. Campbell

/s/ Michael A. Olsen
Michael A. Olsen

| | |
|---|---|
| Alaina N. Devine<br>CAMPBELL CONROY & O'NEIL, P.C.<br>20 City Square, Suite 300<br>Boston, MA 02129<br>(617) 241-3000<br>jmcapbell@campbell-trial-lawyers.com<br>adevine@campbell-trial-lawyers.com | MAYER BROWN LLP<br>71 S. Wacker Drive<br>Chicago, IL 60606<br>(312)-782-0600<br>molsen@mayerbrown.com |

***ATTORNEYS FOR VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC, VEOLIA NORTH AMERICA, LLC, AND VEOLIA NORTH AMERICA, INC.***

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 30, 2024.

/s/ Corey Stern
COREY STERN