# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.                    Judith E. Levy
                                              United States District Judge

_____/

This Order Relates To:

ALL CASES

---

# STATE OF MICHIGAN
# IN THE CIRCUIT COURT FOR THE COUNTY OF GENESEE

THE PEOPLE OF THE STATE OF
MICHIGAN,

     Plaintiff,                        Case No. 16-107576-NM

v.                                            Judge David J. Newblatt

VEOLIA NORTH AMERICA, INC.,
et al.,

     Defendants.

---

# AGENDA FOR AUGUST 6, 2024 STATUS AND DISCOVERY CONFERENCE

The Court will hold a status and discovery conference in these cases on **Tuesday, August 6, 2024 at 12:00 PM** jointly with Genesee County Circuit Court Chief Judge David J. Newblatt via Zoom video conference. The Zoom link will be docketed in 16-10444.

The agenda will be as follows, although the Court may adjust the agenda prior to the conference if necessary.

1. Dispute in *People of the State of Michigan v. Veolia North America, et al*, 16-107576, in Genesee Circuit Court, regarding the People's discovery responses;

2. Dispute in *People of the State of Michigan v. Veolia North America, et al*, 16-107576, in Genesee Circuit Court, regarding the production of certain materials by the People.

3. Judge Levy's update regarding scheduling of future trials in federal court.

IT IS SO ORDERED.

Dated: July 30, 2024
Ann Arbor, Michigan                             s/Judith E. Levy
                                                JUDITH E. LEVY
                                                United States District Judge


Flint, Michigan                                 s/David J. Newblatt
                                                DAVID J. NEWBLATT, P-45306

Chief Judge
Genesee County Circuit Court

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 30, 2024.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager