# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases. _____/ | Judith E. Levy<br>United States District Judge |

This Order Relates To:

ALL CASES

_____/

**ORDER AUTHORIZING DISTRIBUTION OF FUNDS FROM THE QUALIFIED SETTLEMENT FUND FOR PAYMENT OF MASTER GUARDIAN AD LITEM FEES FOR APRIL 16, 2024 TO JULY 23, 2024 [3074]**

Having now considered the Notice of the Master Guardian Ad Litem Regarding Request for Payment of Fees for April 16, 2024 to July 23, 2024 ("Notice"), (ECF No. 3074), and the request to authorize the distribution of funds from the Qualified Settlement Fund[1] under Article XI of the Amended Settlement Agreement pursuant to Exhibit A of the Notice:

IT IS HEREBY ORDERED THAT:

---

[1] Unless otherwise defined herein, all capitalized terms herein have the same meaning set forth in the Amended Settlement Agreement.

2

A distribution of funds in the amount of $91,159.15 from the Qualified Settlement Fund for the purpose of paying Master GAL Miriam Z. Wolock for April 16, 2024 to July 23, 2024 is approved.

IT IS SO ORDERED.

Dated: August 6, 2024　　　　　　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 6, 2024.

　　　　　　　　　　　　　　　　　s/William Barkholz
　　　　　　　　　　　　　　　　　WILLIAM BARKHOLZ