UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE FLINT WATER CASES

Civil Action No. 5:16-cv-10444-JEL-EAS (consolidated)

Hon. Judith E. Levy
Mag. Elizabeth A. Stafford

## MOTION TO WITHDRAW

PLEASE TAKE NOTICE that Cohen Milstein Sellers & Toll PLLC respectfully requests the Court to withdraw Trent M. Rehusch as counsel for Class Plaintiffs in the above-captioned matter. In support, Counsel states as follows:

1. Trent M. Rehusch will no longer be associated with the law firm of Cohen Milstein Sellers & Toll PLLC after August 9, 2024.

2. Class Plaintiffs will continue to be represented by other counsel of record including Theodore J. Leopold, Emmy L. Levens, and Leslie Mitchell Kroeger.

3. No Party will be prejudiced by the withdrawal of Trent M. Rehusch as counsel in this matter.

August 6, 2024                                    Respectfully submitted,


                                                  /s/ *Trent M. Rehusch*
                                                  Trent M. Rehusch
                                                  Cohen Milstein Sellers & Toll PLLC
                                                  1100 New York Ave. NW, Fifth Floor
                                                  Washington, DC 20005
                                                  (202) 408-4600


                                                  *Attorney for Class Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2024, I electronically filed the foregoing motion with the Clerk of the Court using CM/ECF system, which will send notification to all counsel of record registered for electronic filing.

Dated: August 6, 2024 /s/ *Trent M. Rehusch*
Trent M. Rehusch