UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Cholyanda Brown, et al.,

                Plaintiff(s),

v.                                      Case No. 5:16−cv−10444−JEL−EAS
                                           Hon. Judith E. Levy

Veolia Water North America
Operating Services, LLC, et al.,

                Defendant(s),

## NOTICE OF REMOTE MOTION HEARING

PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Judith E. Levy for the following motion(s):

        Motion − #2916
        Motion − #2981

- MOTION HEARING:  August 7, 2024 at 10:00 AM

The public may access the audio proceedings with the following connection information.

**PHONE NUMBER:**  669 254 5252
**MEETING ID:**    160 107 7496

Attorneys and parties required to attend the hearing will be sent connection information in a separate email.

**ADDITIONAL INFORMATION:**    Heaing is changed from in−person to video.

                                                  By: s/W. Barkholz
                                                      Case Manager

Dated:  August 7, 2024