# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases. | Judith E. Levy<br>United States District Judge |

_____/

This Order Relates To:

ALL CASES

_____/

## ORDER DENYING DEFENDANTS VEOLIA NORTH AMERICA, LLC, VEOLIA NORTH AMERICA, INC., AND VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC'S MOTION TO EXCLUDE CERTAIN OPINIONS OF EDWARD HOFFMAN, PH.D. [2981]

Before the Court is Defendants Veolia North America, LLC, Veolia North America, Inc., and Veolia Water North America Operating Services, LLC's ("VNA") Motion to Exclude Certain Opinions of Edward Hoffman, Ph.D. ("the Motion"). (ECF No. 2981.) On August 7, 2024, the Court held a hearing and oral argument was heard on the motion.[1] For the reasons set forth on the record at the hearing, the Motion is DENIED.

IT IS SO ORDERED.

---

[1] At the hearing on August 7, 2024, the Court also heard argument on a second motion, (ECF No. 2916), which it took under advisement.

Dated: August 7, 2024      s/Judith E. Levy
Ann Arbor, Michigan      JUDITH E. LEVY
     United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 7, 2024.

     s/William Barkholz
     WILLIAM BARKHOLZ
     Case Manager