# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases<br>5:16-cv-10444/17-cv-10164 | Hon. Judith E. Levy<br>United States District Judge |

_____/

This Motion Relates to:

*Bellwether III Cases*

_____/

# STIPULATION REGARDING DEADLINES
# FOR BELLWETHER III PRE-TRIAL MOTIONS

Bellwether III Plaintiffs and Defendants Veolia Water North America Operating Services, LLC, Veolia North America, Inc., and Veolia North America, LLC (the "VNA Defendants") stipulate and agree to the following amendments to the existing deadlines most recently set forth in ECF No. 3069.[1]

| Event | Amended Deadline/Deadline Range (where applicable) |
|---|---|
| Motions in Limine—Opening Briefs | July 22, 2024 |
| Daubert Hearing on remaining Daubert Motion | August 7, 2024<br><br>In-person hearing at 10:00 AM |

---

[1] Changes to the deadlines set forth in ECF No. 3069 are indicated in red font.

1

| Event | Amended Deadline/Deadline Range (where applicable) |
|---|---|
| Motions in Limine— Response Briefs<br><br>(With the exception of Plaintiffs' response to three of Veolia's twelve motions)[2] | August 13, 2024 |
| Motions in Limine—Reply Briefs<br><br>(With the exception of three motions) | August 23, 2024 |
| Remaining Motions in Limine—Response Briefs (the three mentioned above) | August 19, 2024 |
| Motions in Limine—Reply Briefs (the three mentioned above) | August 26, 2024 |

---

[2] Specifically, ECF Nos. 3044, 3048, 3056.

| Event | Amended Deadline/Deadline Range (where applicable) |
|---|---|
| Summoned Jurors to Courthouse to Answer Questionnaires (Court Staff Only) (Jury Department takes approximately one week to process questionnaires and make them available to counsel and the Court) | September 10, 2024 9:00am, cont'd if needed on September 11, 2024 9:00am |
| Hearing on motions in limine (the Court will notify the parties in advance as to which motions will be argued) | September 12, 2024 10:30am |
| Deposition Designations (due for exchange between parties) | Parties to propose deadline |
| Objections to Deposition Designations and Counter Designations (due for exchange between parties) | Parties to propose deadline |

| Event | Amended Deadline/Deadline Range (where applicable) |
|---|---|
| Deadline for Submitting Deposition Designations Matrices and Highlighted Transcripts to the Court (via e-mail) | September 16, 2024 |
| Parties to File Jointly Proposed Jury Instructions and Verdict Form | September 16, 2024 |
| Parties to Submit Joint Final Pretrial Order (use Utilities function in CM/ECF and e-mail) | September 16, 2024 |
| Parties to Submit Jointly Proposed Voir Dire Questions and Joint Statement of the Case (via e-mail) | September 20, 2024 |

4

| Event | Amended Deadline/Deadline Range (where applicable) |
|---|---|
| Status Conference Regarding Excusals Based on Jury Questionnaire Responses | TBD |
| Final Pretrial Conference and Hearing on proposed Jury Instructions and Verdict Form | September 23, 2024 10:30am cont'd if needed on September 24, 2024 10:30am |
| Deadline for Court to Inform Jury Dept of Excusals Based on Questionnaires (Court Staff Only) | October 2, 2024 |
| Hearing Regarding Misc. Pretrial Matters (if needed) | October 7, 2024 |
| First Day of Trial/Voire Dire | October 8, 2024 |

Dated August 9, 2024

Respectfully submitted,

| | |
|---|---|
| /s/ Corey M. Stern | /s/ Patrick J. Lanciotti |
| Corey M. Stern | Patrick J. Lanciotti |
| Melanie Daly | NAPOLI SHKOLNIK PLLC |
| LEVY KONIGSBERG, LLP | 360 Lexington Avenue, 11th Floor |
| 605 3rd Ave., 33rd Floor | New York, NY, 10017 |
| New York, NY 10158 | (212) 397-1000 |
| (212) 605-6200 | planciotti@napolilaw.com |
| cstern@levylaw.com | |
| mdaly@levylaw.com | |

***ATTORNEYS FOR BELLWETHER III PLAINTIFFS***

| | |
|---|---|
| /s/ James M. Campbell | /s/ Michael A. Olsen |
| James M. Campbell | Michael A. Olsen |
| Alaina N. Devine | MAYER BROWN LLP |
| CAMPBELL CONROY & O'NEIL, P.C. | 71 S. Wacker Drive |
| 20 City Square, Suite 300 | Chicago, IL 60606 |
| Boston, MA 02129 | (312)-782-0600 |
| (617) 241-3000 | molsen@mayerbrown.com |
| jmcapbell@campell-trial-lawyers.com | |
| adevine@campbell-trial-lawyers.com | |

***ATTORNEYS FOR VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC, VEOLIA NORTH AMERICA, LLC, AND VEOLIA NORTH AMERICA, INC.***

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 9, 2024.

/s/ Corey Stern
COREY STERN