# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases. | Judith E. Levy |
| | United States District Judge |
| _____/ | |

This Order Relates To:

ALL CASES

---

# STATE OF MICHIGAN
# IN THE CIRCUIT COURT FOR THE COUNTY OF GENESEE

| | |
|---|---|
| THE PEOPLE OF THE STATE OF MICHIGAN, | |
| Plaintiff, | Case No. 16-107576-NM |
| v. | Judge David J. Newblatt |
| VEOLIA NORTH AMERICA, INC., et al., | |
| Defendants. | |

---

**ORDER SETTING DEADLINES FOR THE SEPTEMBER 2024
STATUS AND DISCOVERY CONFERENCE**

The Court will hold its September 2024 Status and Discovery Conference on **Tuesday, September 17, 2024 at 12:00 PM** jointly with Genesee County Circuit Court Chief Judge David J. Newblatt. Parties are to file proposed status conference items by **September 3, 2024 at 12:00 PM**. The deadline for notifying the Court of a discovery dispute is **September 10, 2024 at 12:00 PM**. The Court will issue an agenda for the September 2024 Status and Discovery Conference by September 13, 2024.

    IT IS SO ORDERED.

Dated: August 13, 2024
Ann Arbor, Michigan

    s/Judith E. Levy
    JUDITH E. LEVY
    United States District Judge

Flint, Michigan

    s/David J. Newblatt
    DAVID J. NEWBLATT, P-45306
    Chief Judge
    Genesee County Circuit Court

**CERTIFICATE OF SERVICE**

    The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 13, 2024.

    s/William Barkholz
    WILLIAM BARKHOLZ
    Case Manager