UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE FLINT WATER LITIGATION | Case No. 5:16-cv-10444-JEK-MKM |
| | Hon. Judith E. Levy |
| This Document Relates To: BELLWETHER III | Case No. 5:17-cv-10164-JEL-KGA |

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | Declaration of James M. Campbell in Support of VNA's Opposition to Plaintiffs' Motion *In Limine* to Preclude All Evidence, Testimony, or Reference to Convictions, Indictments, or Charges of City and/or State Officials or Employees |
| 2 | Indictment of Richard Dale Snyder |
| 3 | Indictment of Nicolas Lyon |
| 4 | Indictment of Eden Wells |
| 5 | Indictment of Richard Louis Baird |
| 6 | Indictment of Jarrod Peter Agen |
| 7 | Indictment of Darnell Earley |
| 8 | Indictment of Gerald Ambrose |
| 9 | Indictment of Howard Croft |
| 10 | Indictment of Nancy Peeler |
| 11 | Excerpt of the deposition of Gerald Ambrose |
| 12 | Excerpt of the deposition of Howard Croft |
| 13 | Excerpt of the deposition of Richard Dale Snyder |