# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Document Relates To:

*Bellwether II Cases*

_____/

## JOINT STIPULATION REGARDING SCHEDULING ORDER FOR BELLWETHER II TRIAL

Bellwether II Plaintiffs ("Plaintiffs") and Defendants Veolia Water North America Operating Services, LLC, Veolia North America, Inc., and Veolia North America, LLC (collectively, "VNA") hereby stipulate and agree to modify and extend the current schedule for the Bellwether II Trial (ECF No. 2685) as set forth herein. Since the parties selected the 14 Pool Three Plaintiffs for further discovery on March 22, 2024, the parties have been diligently working to schedule and complete the depositions of the Pool Three Plaintiffs and various fact witnesses. Due to delays in the receipt of medical records for certain of the Pool Three Plaintiffs, the volume and availability of fact witnesses, and resulting scheduling difficulties, the parties will be unable to complete all depositions by the current August 13, 2024 merits discovery deadline.

Specifically, in addition to the depositions of the 14 BWII Plaintiffs, there were over 30 fact witnesses identified in discovery as individuals with knowledge relevant to the Plaintiffs' claims that needed to be deposed. The depositions of 12 of the 14 BWII Plaintiffs and several fact witnesses have been completed.

Over the course of the past several months, the parties have worked cooperatively to schedule and complete these depositions in a timely manner. Plaintiffs' counsel agreed to coordinate the depositions for not only the Plaintiffs, but also the related fact witnesses (both represented and non-represented) and VNA was ready and willing to take all necessary depositions as they were offered. However, despite efforts, over 20 fact witnesses remain to be deposed. VNA is also still awaiting dates from Plaintiffs' counsel to complete the depositions of the remaining two BWII Plaintiffs. An extension is needed to enable the parties to obtain and review the outstanding records for the BWII Plaintiffs and complete the remaining depositions of such Plaintiffs and related fact witnesses.

Pursuant to the Court's instructions of August 14, 2024, via email, the current schedule for the Bellwether II Trial (ECF No. 3000) will be amended as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Merits discovery complete for Pool Three Claimants. | August 13, 2024 | September 12, 2024 |
| Plaintiffs to provide expert disclosures and reports. The Plaintiffs shall include in the disclosure three dates on which each expert is available for | August 16, 2024 | September 16, 2024 |

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| deposition within sixty (60) days of the disclosure. All plaintiffs alleging personal injuries must be available for Rule 35 examinations starting ten (10) days after plaintiffs' expert disclosures and reports are served. | | |
| Defendants to provide expert disclosures and reports. The Defendants will include in the disclosure three dates on which each expert is available for deposition within sixty (60) days of the disclosure. | November 15, 2024 | December 16, 2024 |
| Plaintiffs to provide expert rebuttal reports. | January 3, 2025 | February 4, 2025 |
| Defendants to provide expert rebuttal reports. | January 24, 2025 | February 24, 2025 |
| Reply expert report depositions. | Jan 27 to Jan 30, 2025 | Feb 26 to Feb 28, 2025 |
| The parties each identify two (2) plaintiffs, for a total of four (4), to continue to Pool Four. | February 3, 2025 | March 5, 2025 |
| Daubert and Summary Judgment Motions | March 3, 2025 | April 2, 2025 |
| Daubert and Summary Judgment Response Briefs | April 15, 2025 | May 15, 2025 |
| Daubert and Summary Judgment Reply Briefs | May 15, 2025 | June 13, 2025 |
| Oral Argument on Daubert Motions | June 5, 2025 | July 7, 2025 |
| Oral Argument on Summary Judgment Motions | June 9, 2025 | July 9, 2025 |
| Deadline for Parties to Submit Joint Proposed Jury Questionnaire to the Court (via e-mail) | June 17, 2025 | July 17, 2025 |
| Status Conference on Jury Questionnaire Content | June 24, 2025 | July 24, 2025 |
| Motions in Limine – Opening briefs | July 15, 2025 | August 14, 2025 |
| Motions in Limine – Response briefs | July 31, 2025 | August 29, 2025 |

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Motions in Limine – Reply Briefs | August 14, 2025 | September 12, 2025 |
| Deadline for Parties to Ship 200 copies of Juror Questionnaires to Judge Levy's Chambers in Ann Arbor, Michigan | August 4, 2025 | September 3, 2025 |
| Deposition Designations (due for exchange between parties) | Parties to propose deadline | Parties to propose deadline |
| Objections to Deposition Designations and Counter-Designations (due for exchange between parties) | Parties to propose deadline | Parties to propose deadline |
| Hearing on motions in limine (the Court will notify the parties in advance as to which motions will be argued) | August 28, 2025 | September 26, 2025 |
| Summoned Jurors to Courthouse to Answer Questionnaires (Court Staff Only) (Jury Department takes approximately one week to process questionnaires and make them available to counsel and the Court) | August 11, 2025 | September 10, 2025 |
| Deadline for Submitting Deposition Designations Matrices and Highlighted Transcripts to the Court (via e-mail) | September 2, 2025 | October 1, 2025 |
| Parties to File Jointly Proposed Jury Instructions and Verdict Form | August 18, 2025 | September 17, 2025 |
| Parties to Submit Joint Final Pretrial Order (use Utilities function in CM/ECF and e-mail) | August 18, 2025 | September 17, 2025 |
| Parties to Submit Jointly Proposed Voir Dire Questions and Joint Statement of the Case (via e-mail) | August 25, 2025 | September 24, 2025 |
| Status Conference Regarding Excusals Based on Jury Questionnaire Responses | TBD | TBD |
| Final Pretrial Conference and Hearing on proposed Jury Instructions and Verdict Form | August 25, 2025 | September 24, 2025 |

4

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for Court to Inform Jury Dept of Excusals Based on Questionnaires (Court Staff Only) | September 5, 2025 | October 6, 2025 |
| Hearing Regarding Misc. Pretrial Matters (if needed) | September 12, 2025 | October 13, 2025 |
| First Day of Trial/Voir Dire | September 15, 2025 | October 15, 2025 |

Dated: August 15, 2024

Respectfully submitted,

CAMPBELL CONROY & O'NEIL, P.C.

/s/ James M. Campbell
James M. Campbell
Alaina N. Devine
20 City Square, Suite 300
Boston, MA  02129
(617) 241-3000
jmcampbell@campbell-trial-lawyers.com
adevine@campbell-trial-lawyers.com

MAYER BROWN LLP

/s/ Michael A. Olsen
Michael A. Olsen
71 S. Wacker Drive
Chicago, IL
(312) 782-0600
molsen@mayerbrown.com

*ATTORNEYS FOR VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC, VEOLIA NORTH AMERICA, LLC, AND VEOLIA NORTH AMERICA, INC.*

/s/ Patrick J. Lanciotti

Patrick J. Lanciotti
NAPOLI SHKOLNIK PLLC
360 Lexington Avenue, 11th Floor
New York, NY, 10017
(212) 397-1000
planciotti@napolilaw.com

*ATTORNEYS FOR BELLWETHER II PLAINTIFFS*

5