UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases                                   Hon. Judith E. Levy
5:16-cv-10444/17-cv-10164                         United States District Judge

_____/

This Motion Relates to:

*Bellwether III Cases*

_____/

**INDEX OF EXHIBITS FILED IN CONNECTION WITH BELLWETHER III PLAINTIFFS' RESPONSE TO THE VEOLIA DEFENDANTS' MOTION TO EXCLUDE EVIDENCE ABOUT CLAIMS AND LAWSUITS THAT DO NOT INVOLVE THE FLINT WATER CRISIS**

| Exhibit No. | Document Description |
|---|---|
| 1 | Leana Hosea & Sharon Lerner, *From Pittsburgh to Flint, the Dire Consequences of Giving Private Companies Responsibility for Ailing Public Water Systems*, published May 20, 2018. |
| 2 | Expert Report of Dr. Larry Russell, dated January 3, 2023. |
| 3 | Transcript of Marvin Gnagy deposition, dated December 6, 2017. |
| 4 | Veolia's Response to Invitation to Bid: Water Quality Consultant, dated January 29, 2015, |

1