# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

Judith E. Levy
United States District Judge

_____/

This Order Relates To:

ALL CASES

_____/

## ORDER ADOPTING RECOMMENDATION OF THE SPECIAL MASTER AND MASTER GUARDIAN AD LITEM REGARDING PRODUCTION OF FLINT WATER SETTLEMENT CLAIMANT'S MEDICAL RECORDS FOR CLAIMS PURPOSES [3130]

Having reviewed the Recommendation of the Special Master and Master Guardian Ad Litem Regarding Production of Flint Water Settlement Claimant's Medical Records for Claims Purposes, (ECF No. 3130), and having exclusive jurisdiction over all matters relating to the interpretation, implementation, and enforcement of the Amended Settlement Agreement, the Court hereby orders that within 7 business days of entry of this Order, the Medical Office of Dr. Farhan Kahn shall provide copies of claimant LT's complete health record, including but not limited to diagnoses, lab test results, treatment, and billing records for

all conditions, together with a certification of a records custodian, to her counsel, Attorney Channing Robinson, Pitt McGehee, Palmer, Bonanni & Rivers, PC, 117 W. 4th Street, Suite 200, Royal Oak, MI 48067-3848, (248) 398-9800.

Master Guardian Ad Litem Miriam Wolock shall serve copies of the Recommendation of the Special Master and Master Guardian Ad Litem Regarding Production of Flint Water Settlement Claimant's Medical Records For Claims Purposes, this Order Adopting Recommendation of the Special Master and Master Guardian Ad Litem Regarding Production of Flint Water Settlement Claimant's Medical Records for Claims Purposes, and the HIPAA Release on Dr. Farhan Khan by registered or certified mail, return receipt requested, delivery restricted to the addressee, and first class mail to 6122 Pierson Road, Unit 5, Flushing Michigan 48433 and via facsimile to (810) 235-8656.

The Court reserves the issue of imposing costs and sanctions for failure to timely comply with this Order.

IT IS SO ORDERED.

Dated: August 28, 2024                 s/Judith E. Levy
Ann Arbor, Michigan                JUDITH E. LEVY
                                               United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 28, 2024.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager
