UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In re Flint Water Cases* | Case No. 5:16-cv-10444-JEL-EAS<br>*(consolidated)* |
| *Bellwether III,* | Case No. 17-10164 |
| | Hon. Judith E. Levy |

# ENTRY OF APPEARANCE

COMES NOW Christopher Schnieders with NAPOLI SHKOLNIK, PLLC and enters his appearance as attorney of record for the above named plaintiffs.

Dated: August 29, 2024

Respectfully Submitted,

/s/ *Christopher L. Schnieders*
Christopher L. Schnieders
NAPOLI SHKOLNIK, PLLC
6731 W. 121st St., Suite 201
Overland Park, KS 66209
(913) 246-3860
(913) 312-5841 (fax)
cschnieders@napolilaw.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on August 29, 2024, I electronically served the forgoing via email to all parties registered on the Court's ECF system is this case.

Dated: August 29, 2024

*Christopher L. Schnieders*

3