UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Cholyanda Brown, et al.,

                Plaintiff(s),

v.                                        Case No. 5:16-cv-10444-JEL-EAS
                                                Hon. Judith E. Levy

Veolia Water North America
Operating Services, LLC, et al.,

                Defendant(s),

## NOTICE OF MOTION HEARING

    You are hereby notified to appear before District Judge Judith E. Levy at the United States District Court, Federal Building, 200 East Liberty Street, Ann Arbor, Michigan.  The following motion(s) are scheduled for hearing:

                Motion – #3044
                Motion – #3046
                Motion – #3047
                Motion – #3048
                Motion – #3052
                Motion – #3054
                Motion in Limine – #3055
                Motion – #3056
                Motion in Limine – #3057
                Motion in Limine – #3058
                Motion – #3059
                Motion in Limine – #3060
                Motion – #3061
                Motion – #3062
                Motion – #3063
                Motion – #3064

    • MOTION HEARING:  September 12, 2024 at 10:30 AM

## Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                  By: s/W. Barkholz
                                                       Case Manager

Dated:   September 6, 2024