UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases | Judith E. Levy |
| 5:16-cv-10444/17-cv-10164 | United States District Judge |

_____/

# PLAINTIFFS' PROPOSED VERDICT FORM[1]

_____

### VERDICT FORM RE: [MINOR PLAINTIFF NAME]

*Instructions:*

- Begin with Question 1 and continue in order, following the instructions listed along with each question.

- Please read all the instructions listed for each question before proceeding.

- Depending on your answers, there may be questions that you will leave blank.

---

[1] **PLAINTIFFS PROPOSE SEPARATE IDENTICAL VERDICT FORMS FOR EACH PLAINTIFF.**

We, the members of the jury, unanimously answer the questions submitted as follows:

## I. Standard of Care

*Instruction: Begin with Question 1 and continue in order, following the instructions listed along with each question.*

**Question 1:** Did Defendant Veolia North America (VNA) breach the standard of care for a professional water engineer?

Yes _____ No _____

*Instruction:*

*If you answered "YES" to Question 1, GO ON to Question 2.*

*If you answered "NO" to Question 1 inform the Court officer that you have reached a verdict in this case.*

## II. Injury

**Question 2**: Was Plaintiff **[NAME]** injured?

Yes _____ No _____

*Instruction:*

*If you answered "YES" to Question 2 GO ON to Question 3.*

*If you answered "NO" to Question 2 inform the Court officer that you have reached a verdict as to this case.*

### III. Causation

**Question 3:** Was VNA's breach of the standard of care a proximate cause of **[NAME]'s** injury?

Yes _____ No _____

*If you answered "YES" to Question 3 GO ON to Question 4.*

*If you answered "NO" to Question 3 inform the Court officer that you have reached a verdict as to this case.*

### IV. Damages

**Question 4(a):** If you find that **[NAME]** has sustained damages for mental anguish, denial of social pleasure and enjoyment, embarrassment or humiliation to the present date, give the total amount of damages to the present date

Answer: $ _____

**Question 4(b):** If you find that **[NAME]** has sustained damages for disability including the loss or impairment of neurocognitive function to the present date, give the total amount of damages to the present date:

Answer: $ _____

**Question 4(c)**: If you find with reasonable certainty that **[NAME]** will sustain damages for mental anguish, denial of social pleasure and enjoyment, embarrassment or humiliation in the future, give the total amount of damages for each year in which he will sustain damages:

For the balance of 2024 $ _____

| Year | Amount | Year | Amount |
|------|--------|------|--------|
| 2025 | $ | 2026 | $ |
| 2027 | $ | 2028 | $ |
| 2029 | $ | 2030 | $ |
| 2031 | $ | 2032 | $ |
| 2033 | $ | 2034 | $ |
| 2035 | $ | 2036 | $ |
| 2037 | $ | 2038 | $ |
| 2039 | $ | 2040 | $ |
| 2041 | $ | 2042 | $ |
| 2043 | $ | 2044 | $ |
| 2045 | $ | 2046 | $ |
| 2047 | $ | 2048 | $ |
| 2049 | $ | 2050 | $ |
| 2051 | $ | 2052 | $ |
| 2053 | $ | 2054 | $ |
| 2055 | $ | 2056 | $ |
| 2057 | $ | 2058 | $ |
| 2059 | $ | 2060 | $ |
| 2061 | $ | 2062 | $ |
| 2063 | $ | 2064 | $ |
| 2065 | $ | 2066 | $ |
| 2067 | $ | 2068 | $ |
| 2069 | $ | 2070 | $ |
| 2071 | $ | 2072 | $ |
| 2073 | $ | 2074 | $ |
| 2075 | $ | 2076 | $ |
| 2077 | $ | 2078 | $ |
| 2079 | $ | 2080 | $ |
| 2081 | $ | 2082 | $ |

| Year | Amount | Year | Amount |
|---|---|---|---|
| 2083 | $ | 2084 | $ |
| 2085 | $ | 2086 | $ |
| 2087 | $ | 2088 | $ |
| 2089 | $ | 2090 | $ |
| 2091 | $ | 2092 | $ |
|  |  |  |  |

**Question 4(d)**: If you find with reasonable certainty that **[NAME]** will sustain damages in the future for disability including the loss or impairment of neurocognitive function, give the total amount of damages for each year in which he will sustain damages:

For the balance of 2024 $ _____

| Year | Amount | Year | Amount |
|---|---|---|---|
| 2025 | $ | 2026 | $ |
| 2027 | $ | 2028 | $ |
| 2029 | $ | 2030 | $ |
| 2031 | $ | 2032 | $ |
| 2033 | $ | 2034 | $ |
| 2035 | $ | 2036 | $ |
| 2037 | $ | 2038 | $ |
| 2039 | $ | 2040 | $ |
| 2041 | $ | 2042 | $ |
| 2043 | $ | 2044 | $ |
| 2045 | $ | 2046 | $ |
| 2047 | $ | 2048 | $ |
| 2049 | $ | 2050 | $ |
| 2051 | $ | 2052 | $ |
| 2053 | $ | 2054 | $ |
| 2055 | $ | 2056 | $ |
| 2057 | $ | 2058 | $ |
| 2059 | $ | 2060 | $ |
| 2061 | $ | 2062 | $ |
| 2063 | $ | 2064 | $ |

| Year | Amount | Year | Amount |
|---|---|---|---|
| 2065 | $ | 2066 | $ |
| 2067 | $ | 2068 | $ |
| 2069 | $ | 2070 | $ |
| 2071 | $ | 2072 | $ |
| 2073 | $ | 2074 | $ |
| 2075 | $ | 2076 | $ |
| 2077 | $ | 2078 | $ |
| 2079 | $ | 2080 | $ |
| 2081 | $ | 2082 | $ |
| 2083 | $ | 2084 | $ |
| 2085 | $ | 2086 | $ |
| 2087 | $ | 2088 | $ |
| 2089 | $ | 2090 | $ |
| 2091 | $ | 2092 | $ |
|  |  |  |  |

**Question 4(e)**: If you find with reasonable certainty that **[NAME]** will sustain damages for loss of earning capacity in the future after the plaintiff has reached the age of 18, give the total amount of damages for each year in which he will sustain damages:

For the balance of 2024 $ _____

| Year | Amount | Year | Amount |
|---|---|---|---|
| 2029 | $ | 2030 | $ |
| 2031 | $ | 2032 | $ |
| 2033 | $ | 2034 | $ |
| 2035 | $ | 2036 | $ |
| 2037 | $ | 2038 | $ |
| 2039 | $ | 2040 | $ |
| 2041 | $ | 2042 | $ |
| 2043 | $ | 2044 | $ |
| 2045 | $ | 2046 | $ |
| 2047 | $ | 2048 | $ |
| 2049 | $ | 2050 | $ |

| Year | Amount | Year | Amount |
|------|--------|------|--------|
| 2051 | $ | 2052 | $ |
| 2053 | $ | 2054 | $ |
| 2055 | $ | 2056 | $ |
| 2057 | $ | 2058 | $ |
| 2059 | $ | 2060 | $ |
| 2061 | $ | 2062 | $ |
| 2063 | $ | 2064 | $ |
| 2065 | $ | 2066 | $ |
| 2067 | $ | 2068 | $ |
| 2069 | $ | 2070 | $ |
| 2071 | $ | 2072 | $ |
| 2073 | $ | 2074 | $ |
| 2075 | $ | 2076 | $ |
| 2077 | $ | 2078 | $ |

*Instruction: GO ON to Question 5*

## V.   Non-Parties

**Question 5(a):** Did Former Governor Richard Snyder breach a duty of care owed to the **[NAME]**?

Yes _____   No _____

*Instruction:*
*If you answered "YES" to Question 5(a), GO ON to 5(b)*
*If you answered "NO," SKIP to Question 6.*

**Question 5(b)**: Was Governor Snyder's breach of a duty of care a proximate cause of **[NAME'S]** injury?

Yes _____   No _____

*Instruction: GO ON to Question 6*

7

**Question 6(a):** Did Emergency Manager Gerald Ambrose breach a duty of care owed to **[NAME]**?

Yes _____ No _____

*Instruction:*
*If you answered "YES" to Question 6(a), GO ON to 6(b)*
*If you answered "NO," SKIP to Question 7.*

**Question 6(b)**: Was Emergency Manager Gerald Ambrose breach of a duty of care a proximate cause of **[NAME'S]** injury?

Yes _____ No _____

*Instruction: GO ON to Question 7*

**Question 7(a):** Did Emergency Manager Ed Kurtz breach a duty of care owed to **[NAME]**?

Yes _____ No _____

*Instruction:*
*If you answered "YES" to Question 7(a), GO ON to 7(b)*
*If you answered "NO," SKIP to Question 8.*

**Question 7(b)**: Was Emergency Manager Ed Kurtz breach of a duty of care a proximate cause of **[NAME'S]** injury?[2]

Yes _____ No _____

---

[2] **QUESTIONS 8 AND SO FORTH WOULD REPEAT THIS SET OF NON-PARTY QUESTIONS FOR EACH APPLICABLE NON-PARTY.**

8

*Instructions:* Enter the percentage of fault attributable to each Defendant or non-party that you have found is at fault.

*If you answered "NO" to any of the above questions related to non-parties, then you have concluded that that non-party is not at fault. You must **place a zero** for the percentage of fault row in the chart below that corresponds with that non-party and that plaintiff.*

*If you answered "YES" to BOTH <u>questions (a) and (b) in section V for that non-party,</u> then enter their percentage along with the percentage assigned to VNA.*

*The total must add up to 100%.*

| Defendant or Non-Party | Percentage of Fault [NAME] |
|---|---|
| VNA | % |
| Former Governor Richard Snyder | % |
| Emergency Manager Gerald Ambrose | % |
| Emergency Manager Darnell Earley | % |
| Emergency Manager Ed Kurtz | % |
| The State of Michigan (the Michigan Department of Environmental Quality (MDEQ); the Michigan Department of the Treasury; and the Michigan Department | % |

9

| | |
|---|---|
| of Health and Human Services (MDHHS)) | |
| The United States Environmental Protection Agency (EPA) | % |
| Mayor Dayne Walling | % |
| The City of Flint | % |
| Rowe Professional Services (Rowe) | % |
| Total = | 100% |
| | |

/s/ _____
   Jury Foreperson

Dated: _____, 2024

10

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2024 I electronically filed this document with the Clerk of the Court using the ECF System, which will send notification to the ECF counsel of record.

**LEVY KONIGSBERG, LLP**

/s/ Melanie Daly
MELANIE DALY