AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| Odie Brown, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 5:16-cv-10444 |
| Governor Rick Snyder et al., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Cholyanda Brown as Personal Representative, of the Estate of Odie Brown Case No. 5:18-cv-10726.

Date:   09/30/2024

/s/ Alyson Oliver
*Attorney's signature*

Alyson Oliver (P55020)
*Printed name and bar number*

Oliver Bell Group
50 W. Big Beaver Rd., Ste. 200
Troy, MI 48084
*Address*

notifications@oliverlawgroup.com
*E-mail address*

(248) 327-6556
*Telephone number*

(248) 436-3385
*FAX number*