# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

**ORDER GRANTING CLASS PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEY FEES AND REIMBURSEMENT OF EXPENSES AS TO THE VNA SETTLEMENT [3072] AND GRANTING CLASS COUNSEL'S SUPPLEMENTAL MOTION FOR REIMBURSEMENT OF REASONABLE LITIGATION EXPENSES [3142]**

Before the Court is Class Plaintiffs' Motion for an Award of Attorney Fees and Reimbursement of Expenses as to the VNA Settlement,[1] (ECF No. 3072), and Class Counsel's Supplemental Motion for Reimbursement of Reasonable Litigation Expenses. (ECF No. 3142.) A hearing was held on October 3, 2024, and oral argument heard. The

---

[1] "VNA" refers to Veolia North America, LLC, Veolia North America, Inc., and Veolia Water North America Operating Services, LLC. "VNA Settlement" refers to the settlement between Class Plaintiffs and VNA, which was finally approved by the Court on October 3, 2024. (ECF No. 3162.)

Court did not receive any objections. The Special Master provided the Court with a careful report detailing her review of Plaintiffs' attorneys' time and expense submissions, which the Court read and considered. (ECF No. 3174.) She also provided the Court with all of the underlying data, which the Court has reviewed.

For the reasons set forth on the record at the hearing, IT IS HEREBY ORDERED as follows:

1. The Court GRANTS Plaintiffs' request for reimbursement of reasonable expenses incurred. To determine reasonable expenses, the Court adopts the Special Master's computations compiled in the Special Master's report, Appendix B, Column 2 ("Special Master Computation Per Report (Through Expense Submissions Received Through October 31, 2024 Reflecting Expenses Dated Through September 30, 2024)"). (ECF No. 3174-2, PageID.108048.)

2. The Court GRANTS Class Counsel a Common Benefit Assessment (CBA) of 6.33% of the gross amount of the VNA Settlement payment.

2

3. The Court GRANTS Class Counsel fees equal to 25% of the gross value of class members' claims resolved under the VNA Settlement.[2]

4. The Court GRANTS Class Representatives service awards of $10,000 each.

IT IS SO ORDERED.

Dated: November 15, 2024  
Ann Arbor, Michigan

s/Judith E. Levy  
JUDITH E. LEVY  
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 15, 2024.

s/William Barkholz  
WILLIAM BARKHOLZ  
Case Manager

---

[2] In the event that the Court later awards appropriate interest payments to Class Counsel, such interest would apply to the amounts awarded by this Order.