# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases. _____/ | Judith E. Levy<br>United States District Judge |

This Order Relates To:

ALL CASES

_____/

## ORDER AUTHORIZING DISTRIBUTION OF FUNDS FROM THE QUALIFIED SETTLEMENT FUND FOR PAYMENT OF THE SPECIAL MASTER'S FEES AND EXPENSES FOR MARCH 2024 [3176]

Having now considered the Notice of the Special Master Regarding Request for Payment of Special Master Fees and Expenses for March 2024 ("Notice"), (ECF No. 3176), and having reviewed the detailed time records and invoices that support this Request to authorize the distribution of funds from the FWC Qualified Settlement Fund[1] under the terms of the Amended Settlement Agreement and additional Orders of this Court as set forth in the Notice:

---

[1] Unless otherwise defined herein, all capitalized terms herein have the same meaning set forth in the Amended Settlement Agreement.

IT IS HEREBY ORDERED THAT:

A distribution of funds in the amount of $522,120.50 from the FWC Qualified Settlement Fund for the payment of fees for the work of the Special Master (including the fees of other necessary personnel) during March 2024 is approved. The QSF Administrator is directed to disburse the funds to Blank Rome LLP.

IT IS SO ORDERED.

Dated: November 22, 2024       s/Judith E. Levy  
Ann Arbor, Michigan            JUDITH E. LEVY  
                                          United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 22, 2024.

                                            s/William Barkholz  
                                            WILLIAM BARKHOLZ