# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| *IN RE*: FLINT WATER CASES           ) <br> ) <br> Plaintiff,           ) <br> ) <br> ) <br> This Document Relates To:           ) <br> ) <br> ALL CASES           ) <br> ) | Case No. 5:16-cv-10444-JEL-MKM <br> (Consolidated) <br><br> Hon. Judith E. Levy |

## MOTION TO WITHDRAW RENNER K. WALKER AS COUNSEL

Attorney Renner K. Walker hereby moves the Court for an Order allowing him to withdraw as counsel of record for Individual Plaintiffs in the above-styled matter, and would show the following in support thereof:

1. Renner Kincaid Walker has withdrawn from the firm Levy Konigsberg LLP.

2. Individual Plaintiffs will continue to be represented by the counsel that have appeared on their behalf and will not be prejudiced by his withdrawal.

3. Accordingly, Attorney Renner Kincaid Walker respectfully requests that he be allowed to withdraw as counsel of record for Individual Plaintiffs in this action, effective immediately upon entry of the Court's Order, and that he be removed from the notice list after entry of the said Order.

WHEREFORE, Attorney Renner Kincaid Walker respectfully requests that he be allowed to withdraw as counsel of record for Individual Plaintiffs in this civil action, effective immediately upon entry of the Court's Order, and that he be removed from the notice list after entry of said Order.

1

This, the 22nd day of November, 2024.

                                            Respectfully submitted,

                                            */s/ Renner K. Walker*
                                            Renner K. Walker

## CERTIFICATE OF SERVICE

  I hereby certify that on November 22, 2024, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which served a copy of the foregoing on all parties.

  */s/ Renner K. Walker*
  Renner K. Walker