UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In Re* Flint Water Cases            No.5:16-cv-10444-JEL-EAS (consolidated)

HON. JUDITH E. LEVY

_____/

## NOTICE OF THE MASTER GUARDIAN AD LITEM REGARDING REQUEST FOR PAYMENT OF FEES FOR JULY 24, 2024 TO DECEMBER 2, 2024

On March 19, 2021, the Court entered the Order Granting Plaintiffs' and Settling Defendants' Motion to Appoint Master Guardian Ad Litem. (ECF No. 1472) Miriam Z. Wolock was appointed Master Guardian Ad Litem ("Master GAL") under the Amended Settlement Agreement.[1] On March 12, 2021, the Genesee County Circuit Court entered a parallel Order Granting Plaintiffs' and Settling Defendants' Motion to Appoint Master Guardian Ad Litem.

The foregoing Orders provide in relevant part that "Compensation to Miriam Wolock the Master GAL… will be as provided for in the Amended Settlement Agreement, or as ordered by this Court." Article XI of the Amended Settlement Agreement establishes that guardian ad litem fees and expenses shall be solely paid out of the FWC Qualified Settlement Fund.

As Master GAL, from July 24, 2024 to December 2, 2024 I performed work that included analysis and response to property and exposure issues referred by the Special Master, review of claims documents and submissions for Next Friend disputes referred by the Special Master, obtaining and analysis of probate, adoption, foster care, circuit court, and family court records for the preparation of memoranda to Special Master pursuant to ASA 21.14, review and, where

---

[1] All capitalized terms herein have the same meaning set forth in the Amended Settlement Agreement that the Court has preliminarily approved.

applicable, revise Petitions to Appoint Next Friends referred by law firms, coordination with Genesee County Probate Court Administrator for filing and hearings on same, communication and meetings with Special Master and pro bono counsel in regard to potential Next Friend appointments for minor claimants identified by law firms, review and respond to foster children escalated claims referred by Special Master for current status, discussion with Special Master in regard to PGAL training, meeting with Special Master and PGALs regarding claims review, prepare joint Special Master and Master GAL Recommendation enforcing HIPAA Release and proposed Order, communication with school superintendent counsel in regard to production of superintendent records for claims purposes, meetings and telephone calls with Special Master and Dr. Luke Shaefer of University of Michigan Poverty Solutions in connection with impact of settlement on means-tested benefits, and attend meeting with Epiq and Special Master in regard to distribution issues.

The Settling Parties have been provided with the Master GAL's Invoice covering the period from July 24, 2024 to December 2, 2024 and have not submitted any objections. The total amount owed on this Invoice is $134,248.54.

These fees, if approved, would be paid from the Qualified Settlement Fund, which has been established under the terms of the Court's February 2, 2021 Order Granting Motion to Establish Qualified Settlement Fund and Sub-Qualified Settlement Funds, and Establishing QSF Authorized Banking Institution [1408], ECF No. 1410.

By this Notice I am requesting that the Court authorize the payment of the sum of $134,248.54 to the Law Offices of Miriam Z. Wolock, PLLC. I have submitted a proposed Order for the Court's consideration.

Dated: December 10, 2024           Respectfully Submitted,

/s/ *Miriam Z. Wolock*
Miriam Z. Wolock (P49434)
Master Guardian Ad Litem
LAW OFFICES OF MIRIAM Z. WOLOCK, PLLC
40900 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304
(248) 633-2630
mwolock@wolocklaw.com

## CERTIFICATE OF SERVICE

I certify that on December 10, 2024 I electronically filed the foregoing document with the Clerk of Court using the Court's ECF system, which will send notification of such filing to attorneys of record.

Dated: December 10, 2024           Respectfully submitted,

/s/ *Miriam Z. Wolock*
Miriam Z. Wolock (P49434)
Master Guardian Ad Litem
LAW OFFICES OF MIRIAM Z. WOLOCK, PLLC
40900 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304
(248) 633-2630
mwolock@wolocklaw.com

3

# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In Re* Flint Water Cases

No.5:16-cv-10444-JEL-EAS (consolidated)

HON. JUDITH E. LEVY

_____/

## ORDER AUTHORIZING DISTRIBUTION OF FUNDS FROM THE QUALIFIED SETTLEMENT FUND FOR PAYMENT OF MASTER GUARDIAN AD LITEM FEES FOR JULY 24, 2024 TO DECEMBER 2, 2024

Having now considered the Notice of The Master Guardian Ad Litem Regarding Request For Payment Of Fees For July 24, 2024 to December 2, 2024, ECF No. ____ ("Notice") and the request to authorize the distribution of funds from the Qualified Settlement Fund[1] under Article XI of the Amended Settlement Agreement pursuant to Exhibit A of the Notice:

IT IS HEREBY ORDERED THAT:

1. A distribution of funds in the amount of $134,248.54 from the Qualified Settlement Fund for the purpose of paying Master GAL Miriam Z. Wolock for July 24, 2024 to December 2, 2024 is approved.

**IT IS SO ORDERED.**

Dated: _____, 2024
Ann Arbor, Michigan

_____
JUDITH E. LEVY
United States District Judge

---

[1] All capitalized terms herein have the same meaning set forth in the Amended Settlement Agreement that the Court has preliminarily approved.