## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

*In re* Flint Water Cases.                     Judith E. Levy
                                               United States District Judge

_____/

This Order Relates To:

ALL CASES

_____/

## ORDER AUTHORIZING DISTRIBUTION OF FUNDS FROM THE QUALIFIED SETTLEMENT FUND FOR PAYMENT OF MASTER GUARDIAN AD LITEM FEES FOR JULY 24, 2024 TO DECEMBER 2, 2024 [3181]

Having now considered the Notice of the Master Guardian Ad Litem Regarding Request for Payment of Fees for July 24, 2024 to December 2, 2024 ("Notice"), (ECF No. 3181), and having reviewed the detailed time records and invoices that support this request to authorize the distribution of funds from the Qualified Settlement Fund[1] under Article XI of the Amended Settlement Agreement pursuant to Exhibit A of the Notice:

---

[1] Unless otherwise defined herein, all capitalized terms herein have the same meaning set forth in the Amended Settlement Agreement.

IT IS HEREBY ORDERED THAT:

A distribution of funds in the amount of $134,248.54 from the Qualified Settlement Fund for the purpose of paying Master GAL Miriam Z. Wolock for July 24, 2024 to December 2, 2024 is approved.

IT IS SO ORDERED.

Dated: December 12, 2024          s/Judith E. Levy
Ann Arbor, Michigan               JUDITH E. LEVY
                                  United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 12, 2024.

s/William Barkholz
WILLIAM BARKHOLZ