# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases. | Judith E. Levy |
| | United States District Judge |
| _____/ | |

This Order Relates To:

ALL CASES

_____/

**ORDER AUTHORIZING DISTRIBUTION OF FUNDS FROM THE QUALIFIED SETTLEMENT FUND FOR PAYMENT FOR SERVICES PROVIDED BY WOLF GARRETSON LLC AND PATTERN DATA FOR THE PURPOSE OF ASSISTING THE SPECIAL MASTER WITH THE CLAIMS ADMINISTRATION PROCESS [3191]**

Having now considered the Notice of The Special Master Regarding Payment for Services Provided by Wolf Garretson LLC for the Purpose of Assisting the Special Master with the Claims Administration Process for the Period August 1, 2024 through November 30, 2024 and for Balance of Per-Claimant Fees on Claims Reviewed Through November 30, 2024 ("Notice"), (ECF No. 3191), and having reviewed the detailed time records and invoices that support this Request:

IT IS HEREBY ORDERED THAT:

1. A distribution of funds in the amount of $868,533.97 from the FWC Qualified Settlement Fund[1] for the purpose of paying the remaining 60% of the "Per-Claimant" fees for the specific number of claims for which Wolf Garretson LLC and Pattern Data have completed a "first pass" review as of November 30, 2024, plus hourly fees and expenses for services provided for the period August 1, 2024 to November 30, 2024 to Wolf Garretson LLC is approved. The Settling Plaintiffs' rights to raise objections or seek adjustments or reductions in fees are preserved and any such issues may be raised when the review process nears completion. The fees are preliminarily approved subject to adjustment and reconciliation including specifically reduction when the review process nears completion. *See* ASA at § 12.4. (ECF No. 1394-2, PageID.54163.)

2. The QSF Administrator is directed to disburse the funds to Pattern Data as directed by the Special Master.

IT IS SO ORDERED.

Dated: December 27, 2024            s/Judith E. Levy

---

[1] Unless otherwise defined herein, all capitalized terms herein have the same meaning set forth in the Amended Settlement Agreement ("ASA").

Ann Arbor, Michigan					JUDITH E. LEVY
							United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 27, 2024.

						s/William Barkholz
						WILLIAM BARKHOLZ

3