# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re Flint Water Cases 16-CV-10444*

　　　　　　　　　　　　　　　　　　　/    The Hon. Judith E. Levy
　　　　　　　　　　　　　　　　　　　　　United States District Judge

## NOTICE OF FILING

Plaintiffs' Counsel submits this notice of filing for a Motion of Approval of Wrongful Death Settlement and Authority to Execute Releases on behalf of Jassmine McBride.

Dated: January 9, 2025　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Corey M. Stern*
　　　　　　　　　　　　　　　　　　　　　　Corey M. Stern
　　　　　　　　　　　　　　　　　　　　　　605 Third Ave., 33rd Fl. New
　　　　　　　　　　　　　　　　　　　　　　York, New York 10158
　　　　　　　　　　　　　　　　　　　　　　(212) 605-6200
　　　　　　　　　　　　　　　　　　　　　　cstern@levylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2025 I electronically filed this document with the Clerk of the Court using the ECF System, which will send notification to the ECF counsel of record.

                                               **LEVY KONIGSBERG, LLP**

                                               /s/ Corey M. Stern
                                               Corey M. Stern

**For Category 27 Claims Alleging Legionella Exposure at McLaren Flint Hospital Only and Who are Listed on Exhibit 19 to the Amended Settlement Agreement**

## RELEASE ADDENDUM

I, <u>Corey M. Stern</u>, declare as follows:

I am over the age of eighteen, understand the obligations of an oath, and have personal knowledge of the facts stated in this affidavit. If called as a witness, I could and would testify competently hereto.

1. I am an attorney currently licensed to practice in <u>Michigan</u>.

2. I represent **The Estate of JASSMINE MCBRIDE** in connection with claims for personal injury related to alleged Legionella exposure at McLaren Flint Hospital in the City of Flint, Genesee County, Michigan during the period of April 25, 2014 to December 31, 2018.

3. **JACQULINE MCBRIDE** has executed a Release of All Claims, and Covenant Not to Sue, Relating to Flint Water (Exhibit 7 to the Settlement Agreement). The Settlement Agreement is the agreement dated November 16, 2020, between the parties to that agreement, and related to the consolidated cases known as In re Flint Water Cases, 5:16-cv-10444 (United States District Court, Eastern District of Michigan) and all Related Lawsuits.

4. I did not provide notice of the above-referenced claim to any representative of McLaren Health Care Corporation, McLaren Flint Hospital or McLaren Regional Medical Center at any time, in any form, on or before February 1, 2016.

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true and correct, executed on this __9th__ day of __January__, 2025 by __Corey M. Stern__.

_____
(Signature) Corey M. Stern

_____
(Name) Corey M. Stern

_____
(Location) New York, NY

SUBSCRIBED AND SWORN TO
before me this 9th day of January, 2025.

_____
Notary Public

MARJORIE MILANO
Notary Public, State of New York
No. 01MI6418621
Qualified in Queens County
Commission Expires June 14, 2025

STATE OF MICHIGAN

IN THE COURT OF: UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION

IN THE MATTER OF:
    JASSMINE MCBRIDE, Deceased

File No. 16-CV-10444
Hon. Judith E. Levy

_____/

LEVY KONIGSBERG, LLP

_____/

## MOTION FOR APPROVAL OF WRONGFUL DEATH SETTLEMENT, AUTHORITY TO EXECUTE RELEASES, AND DISTRIBUTION OF PROCEEDS

NOW COMES JACQULINE MCBRIDE, Personal Representative of the Estate of JASSMINE MCBRIDE, Deceased, by and through attorney COREY M. STERN of the LEVY KONIGSBERG, LLP, and requests court approval of settlement, and distribution of proceeds as follows:

1.    This matter arises out of the death of JASSMINE MCBRIDE as a result of Legionnaires' disease relating to exposure to Flint water between April 25, 2014 and December 31, 2018.

2.    That JACQULINE MCBRIDE, mother of JASSMINE MCBRIDE, has been duly appointed the Personal Representative of the Estate of JASSMINE MCBRIDE, Deceased.

3.    That at the time of HER death, JASSMINE MCBRIDE was survived by the following family members who are identified under the Michigan Wrongful Death Act, MCL 600.2922, as Interested Persons:

    a.    JACQULINE MCBRIDE, mother of decedent, legal representative, 209 W Russell Ave, Apt. 1223, Flint, MI 48505.

4. The following Interested Person(s) is a legally incapacitated person, missing person, or minor, and their legal representative is:

   a. JACQULINE MCBRIDE, mother of decedent, legal representative, 209 W Russell Ave, Apt. 1223, Flint, MI 48505.

5. That JACQULINE MCBRIDE individually and on behalf of the Estate of JASSMINE MCBRIDE, retained the firm of LEVY KONIGSBERG, LLP to pursue a cause of action for JASSMINE's death. The parties negotiated a global settlement among all Defendants.

6. That upon information and belief, JACQULINE MCBRIDE, believes that the claim for damages sustained is fair, just, and reasonable pursuant to the Amended Settlement Agreement. She further believes that it is in the best interests of the estate, and all interested parties to accept the offer to resolve this matter, and requests Court approval of same.

7. JACQULINE MCBRIDE requests authority to execute any and all necessary documents, including release of liability, to resolve this matter.

8. Attorney's fees shall be handled pursuant to the terms of the Amended Settlement Agreement and are subject to Court approval. *See* Amended Settlement Agreement Art. XI.

9. Pursuant to the Wrongful Death Statute, MCL 600.2922(6)(d), JACQULINE MCBRIDE, requests authority to distribute the wrongful death net settlement proceeds, after the reasonable medical, hospital, funeral and burial expenses are paid, as follows:

   There are no liens or outstanding funeral, medical, hospital, funeral or burial expenses.

10. That Petitioner requests that the Court make no allocation to the Estate as there have been no allegations of conscious pain and suffering.

WHEREFORE, JACQULINE MCBRIDE, Petitioner and Personal Representative of the Estate of JASSMINE MCBRIDE, Deceased, respectfully prays as follows:

A.     This Honorable Court authorize and empower JACQULINE MCBRIDE, individually and as Personal Representative of the Estate of JASSMINE MCBRIDE Deceased, to settle and resolve the claim for personal injuries and wrongful death as described herein;

> **The settlement terms are as follows:**
> **Gross Settlement Amount: $1,500,000.00**
> **Expenses: $2,000.00**
> **Attorney's Share (25%): $374,500.00**
> **Client's Share (75%): $1,123,500.00**

B.     That this Honorable Court grant JACQULINE MCBRIDE, individually and as Personal Representative of the Estate of JASSMINE MCBRIDE, Deceased, be granted authority to execute Releases and any other documents necessary to effectuate full and final settlement in this matter;

C.     This Honorable Court authorize the distribution of the net settlement proceeds in this matter as set forth in the Petition as follows:

| Name | Relation to Decedent | Percentage of Net Settlement Proceeds | Amount to be distributed | Method of receipt of monies if other than cash |
|---|---|---|---|---|
| JACQULINE MCBRIDE | Mother/Personal Representative | 75% | $1,123,500.00 | |
| | | | | |
| | | | | |

D.     This Court determine that all of the relief requested is in the best interests of the Estate of JASSMINE MCBRIDE, Deceased.

Respectfully submitted,

Dated: 1/9/25

*(signature)*
COREY STERN
Attorneys for Personal Representative