UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

This Notice Relates To:

*ALL CASES*

_____/

Judith E. Levy
United States District Judge

NOTICE OF THE SPECIAL MASTER
REGARDING REQUEST FOR PAYMENT OF
SPECIAL MASTER FEES AND EXPENSES FOR AUGUST 2024

On July 31, 2018, under Federal Rule of Civil Procedure 53, the Court appointed Deborah E. Greenspan to serve as a Special Master. Amended Order Appointing Special Master ("Special Master Appointment Order"), ECF No. 544, PageID.16581-16590. The Special Master Appointment Order specified various assigned duties and noted potential additional tasks that could be performed by the Special Master, as directed by the Court.

On November 10, 2021, the Court issued its *Opinion and Order Granting Final Approval Of A Partial Settlement, Granting Certification Of A Settlement Class, Granting Appointment Of Settlement Class Counsel [1794], Denying Objections, And Adopting The Report And Recommendation [2006]* ("Opinion and

1

Final Approval Order"), 571 F. Supp. 3d 746 (E.D. Mich. 2021) (ECF No. 2008, PageID.69537-69714).

The Opinion and Final Approval Order approved the settlement reached between Plaintiffs and the Settling Defendants in the Amended Settlement Agreement ("ASA"), ECF No. 1394-2, PageID.54120-54211 (dated January 15, 2021).[1] The ASA specified various duties of the Special Master and defines the Special Master as Deborah Greenspan. ASA, at §1.77, ECF No. 1394-2, PageID.54136. As set forth in the Opinion and Final Approval Order, pursuant to the ASA, the Special Master oversees various aspects of the settlement and her duties include: "(1) consulting with the Claims Administrator and making decisions regarding registration and participation; (2) considering and deciding, in a timely fashion, any appeals taken by participants …; and (3) handling any disputes that arise involving the ASA." Opinion and Final Approval Order, 571 F. Supp. 3d at 761, ECF No. 2008 at PageID.69554 (citing ASA at PageID.54163–54174).

On January 20, 2022, the Court issued its Order Regarding Settlement-Related Duties Of The Special Master, ECF No. 2096, PageID.71973 ("January 2022 Order"). By this Order, the Court amended its previous Special Master Appointment Order and directed Deborah E. Greenspan to fulfill all of the duties of Special Master

---

[1] Unless otherwise defined herein, all capitalized terms herein have the same meaning set forth in the ASA.

2

set forth in the ASA. *See* January 2022 Order, PageID.71975. The January 2022 Order further provided:

> Under the provisions of the Special Master Appointment Order, the Court further directs the Special Master to assist the Court in its oversight role by supervising the implementation of the ASA, including, without limitation, supervision and audit of the claims administration process and the entities engaged to provide services in connection with the review, evaluation, and administration of claims and the distribution of settlement assets. The Special Master shall address issues of interpretation of Exhibit 8 to the ASA and the exhibits thereto and shall be authorized and directed to provide direction to the Claims Administrator regarding questions of interpretation. The Special Master may submit recommendations to the Court regarding interpretation matters. Any determinations regarding interpretation affecting the eligibility of and compensation category of claims shall be posted on the Claims Administrator's website. The Special Master shall report to the Court periodically on the progress of the settlement and on any issues or matters of concern that may arise under the implementation of the ASA.

*Id.* at PageID.71975-71976.

The January 2022 Order provides that the "fees, costs and expenses of the Special Master shall be paid out of the FWC Qualified Settlement Fund consistent with the ASA except as otherwise provided in the ASA." *Id.*, at PageID.71976. The ASA provides that, except for disputes covered under §§12.12-12.13 of the ASA, "reasonable compensation of the Special Master, as agreed to by Plaintiffs' Counsel and approved by the Federal Court, and reasonable out-of-pocket costs and expenses will be paid out of the FWC Qualified Settlement Fund." ASA, §12.11, at PageID.54164.

3

**Special Master Fees and Expenses for August 2024**

During August 2024, I, together with my professional staff, performed work as Special Master including supervision and oversight of the claims process; preparing reports to the Court; addressing issues regarding distribution; addressing issues and meetings with the claims administrator and the Settling Parties regarding notices, audits, claims administration, claims review systems and claims data; providing guidance to the claims administrator; preparing for claimant hearings and holding hearings to address claims; addressing issues regarding probate matters and regarding next friends; attending hearing at request of the Court; coordinating with the MGAL to address and resolve issues; work on issues regarding obtaining birth certificate records to support claims; addressing issues regarding claim submissions pursuant to Special Master Directives; addressing questions and escalations from claims administrator on claims review and notices and review of claims per same; addressing issues regarding school records to support claims; addressing questions from law firms on claims and notice decisions; addressing issues on preparation of notices and audits/QC of notices; addressing and clarifying rules, guidelines and procedures for claims review based on review of claims and questions received on claims; address issues regarding requests for plaintiff counsel fees and expenses; and preparing Special Master claim decisions. The total amount of the invoice for such work is $509,100.60.

4

Co-Lead Class Counsel and Co-Liaison Counsel have been provided with the Special Master's invoice for August 2024 and there were no comments on the substance of the invoice although one counsel advised of an objection to making any payments for administration of the settlement at this time because claimants have not been paid.

**Payment**

The fees, if approved, would be paid from the FWC Qualified Settlement Fund, which has been established under the terms of the Court's February 2, 2021 *Order Granting Motion To Establish Qualified Settlement Fund and Sub-Qualified Settlement Funds, and Establishing QSF Authorized Banking Institution [1408]*, ECF No. 1410.

By this Notice, I am requesting that the Court authorize the payment of the sum of $509,100.60 to Blank Rome LLP for the Special Master's services.

5

Respectfully submitted,

Date: January 17, 2025		*/s/ Deborah E. Greenspan*
				Deborah E. Greenspan
				Special Master
				BLANK ROME LLP
				Michigan Bar # P33632
				1825 Eye Street, N.W.
				Washington, DC  20006
				Telephone: (202) 420-2200
				Facsimile: (202) 420-2201
				deborah.greenspan@blankrome.com

6

## CERTIFICATE OF SERVICE

I certify that on January 17, 2025, I electronically filed the foregoing document with the Clerk of the Court using the Court's ECF system, which will send notification of such filing to attorneys of record.

Dated: January 17, 2025                  */s/ Deborah E. Greenspan*
                                          Deborah E. Greenspan
                                          Special Master
                                          BLANK ROME LLP
                                          Michigan Bar # P33632
                                          1825 Eye Street, N.W.
                                          Washington, DC  20006
                                          Telephone: (202) 420-2200
                                          Facsimile: (202) 420-2201
                                          deborah.greenspan@blankrome.com