# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

## AGENDA FOR FEBRUARY 12, 2025 STATUS CONFERENCE

The Court will hold a status conference on these cases on **Wednesday February 12, 2025 at 1:00 pm** via Zoom video conference. The Zoom link will be docketed in 16-10444.

The agenda will be as follows, although the Court may adjust the agenda prior to the conference if necessary.

1. Dispute related to the proposed case management orders in *Meeks v. United States*.

2. Discussion of where to docket filings in *Meeks v. United States*.

IT IS SO ORDERED.

Dated: February 5, 2025　　　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　　JUDITH E. LEVY

United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 5, 2025.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager