UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Cholyanda Brown, et al.,

                Plaintiff(s),

v.                                     Case No. 5:16-cv-10444-JEL-EAS
                                          Hon. Judith E. Levy

Veolia Water North America
Operating Services, LLC, et al.,

                Defendant(s),

## NOTICE TO APPEAR REMOTELY

PLEASE TAKE NOTICE that a remote hearing has been *rescheduled* before District Judge Judith E. Levy as follows:

- MISCELLANEOUS HEARING:  February 13, 2025 at 12:00 PM

The public may access the audio proceedings with the following connection information:

**PHONE NUMBER:** 669 254 5252
**MEETING ID:**   160 918 7713

Attorneys and parties required to attend the hearing will be sent connection information in a separate email.

**ADDITIONAL INFORMATION:**   Status Conference regarding EPA cases

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                        By: s/W. Barkholz
                                                            Case Manager

Dated:  February 10, 2025