# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

## ORDER ADOPTING RECOMMENDATION OF THE SPECIAL MASTER AND GUARDIAN AD LITEM REGARDING PROCEDURE FOR APPROVAL OF WRONGFUL DEATH CLAIMS AND DISTRIBUTION OF SETTLEMENT PROCEEDS IN THE PARTIAL FLINT WATER SETTLEMENT [3203]

Having reviewed the Report and Recommendation of the Special Master and Guardian Ad Litem Regarding Procedure for Approval of Wrongful Death Claims and Distribution of Settlement Proceeds in the Partial Flint Water Settlement ("Report and Recommendation"), (ECF No. 3203), it is hereby Ordered:

1. The procedures set forth in the Report and Recommendation are adopted for the final approval of qualified Claimants for Legionnaires Disease with Death, Category 27B under the terms of the Amended Master Settlement Agreement ("ASA")

and Exhibit 8 ("Settlement Grid") thereto. No additional hearings or processes are required except as set forth in this Order.

2. The Special Master will issue a separate written final, binding, and non-appealable determination for each 27B claim pursuant to ASA § 13.12. The Special Master's determination will include a summary of the claim review process for each individual claimant, the basis for the claim decision, the dollar amount to which the claimant is entitled under the terms of the ASA, identification of the proper legal representative as determined by a probate court of competent jurisdiction, identification of heirs who may be entitled as interested persons in the allocation Category 27B net settlement funds, and express instructions regarding the steps to be taken to obtain the final distribution of funds to the legal representative of each claimant.

3. In such 27B claims in which the claimant's Personal Representative is the sole legal heir, no further proceedings or hearings are required except as provided in Paragraph 5 below.

4. If an heir or interested person is a minor, disappeared person, or incapacitated person, the Special Master and Master Guardian ad Litem will undertake to identify such circumstances, provide additional information to the Court, and may seek guidance from a probate court of competent jurisdiction.

5. Following the Special Master's determination of final allocation of net distribution proceeds for each Category 27B claimant, the Special Master and Master Guardian ad Litem shall submit to the Court a request for authorization to release funds from the Qualified Settlement Fund to the appropriate payees (including attorneys and lienholders).

IT IS SO ORDERED.

Dated: February 18, 2025　　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　United States District Judge

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 18, 2025.

　　　　　　　　　　　　　　　s/William Barkholz
　　　　　　　　　　　　　　　Case Manager