UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases. | Civil No. 17-10164 (Consolidated) |
| _____/ | Judith E. Levy<br>United States District Judge |

This Order Relates to:

Meeks, *et al*. v. United States,
Case No. 19-13359

## JOINT PROPOSED SCHEDULING ORDER *MEEKS V. UNITED STATES*

The *Meeks* Plaintiffs and Defendant, the United States of America, hereby jointly submit the following proposed scheduling order in accordance with the directives outlined during the February 13, 2025 Status Conference before the Honorable Judge Levy:

### I. PROPOSED TRIAL GROUP SELECTION PROCEDURE

Per the Court's instructions, on February 18, 2025, the parties selected a group of four (4) Plaintiffs to be designated as the new "Discovery Group Plaintiffs." After discovery and dispositive motions, the parties and the Court will revisit whether this group or a smaller subset of the group will be selected for trial.

1

## II.  PROPOSED SCHEDULING ORDER

The parties set forth below the schedule the Court specified during the February 13, 2025 Status Conference. Those dates with an asterisk (*) are those specified by the Court. To meet the deadlines under the Court's expedited schedule, the parties have included additional, interim deadlines. The parties have also agreed to slightly edited interim deadlines based on logistical needs for each side. *See* 5:16-cv-10444-JEL-EAS, ECF No. 3202 at PageID.108182 (Tr. of February 13, Conference) (providing that the parties should meet on the Court's proposed deadlines and were permitted to edit them "slightly" as needed).

| **Event** | **Deadline/Date Range** |
|---|---|
| Written Discovery to Plaintiffs<br><br>No more than thirty (30) requests for production of documents and tangible things, twenty-five (25) interrogatories, and twenty-five (25) requests for admissions. These maximum numbers shall include sub-parts to any particular request. ***See* Case No. 5:17-cv-10164, ECF No. 976 at PageID.69789.** | Currently open. ***See* Case No. 5:17-cv-10164, ECF No. 976 at PageID.69789.**<br><br>All discovery requests must be served reasonably in advance, and no later than thirty days before, the Fact Discovery Deadline**. Case No. 5:17-cv-10164, ECF No. 976 at PageID.69791.** |
| Written Discovery to Defendant<br><br>No more than thirty (30) interrogatories, fifty (50) requests for production, and forty-five (45) requests for admission. Plaintiffs may also notice additional depositions of the United States employees. ***See* Case No. 5:17-cv-10164, ECF No. 976 at PageID.69790–91.** | Currently open. ***See* Case No. 5:17-cv-10164, ECF No. 976 at PageID.69790.**<br><br>All discovery requests must be served reasonably in advance, and no later than thirty days before, the Fact Discovery Deadline**.** *See* **Case No. 5:17-cv-10164, ECF No. 976 at PageID.69791.** |

| **Event** | **Deadline/Date Range** |
|---|---|
| United States serves updated authorization forms and Interrogatories for Plaintiffs to identify health providers and educational providers to facilitate depositions (United States 1st Set of Interrogatories) | February 28, 2025 |
| Parties' submissions regarding proposed Home Inspection and Neuropsychological IME protocols | March 3, 2025. |
| Plaintiffs provide complete responses to United States' 1st Set of Interrogatories | March 14, 2025 |
| Plaintiffs provide signed authorizations and record releases for those providers identified in response to the United States' 1st Set of Interrogatories | March 14, 2025 |
| Completion of Plaintiff Depositions | March 3, 2025 — May 10, 2025* |
| Completion of Defense (Non-Expert) Depositions | March 3, 2025 — May 10, 2025* |
| Plaintiffs' Expert Reports and Disclosures | June 2, 2025 |
| Plaintiffs' Expert Depositions | June 2, 2025 — July 18, 2025 |
| Defendant's Expert Reports and Complete Disclosures | July 28, 2025 |
| Plaintiffs' Reply Expert Reports (if necessary) | August 11, 2025 |
| Defendant's Expert Depositions | August 11, 2025 – September 11, 2025* |
| Close of fact discovery subject to exceptions in the Federal Rules or Court-ordered exceptions | September 11, 2025 |
| IME and home inspections (if needed) | By close of fact discovery (September 11, 2025) |

| Event | Deadline/Date Range |
|---|---|
| United States' Supplemental Notice of Non-Party at Fault | September 18, 2025 |
| *Daubert* and Summary Judgment + Subject Matter Jurisdiction Motions Opening Briefs | October 1, 2025*<br><br>**The United States' combined Rule 56 and Rule 12(h)(3) motion shall not exceed 35 pages, without leave pursuant to Local Rule 7.1(d)(3)(A). *See* 5:16-cv-10444-JEL-EAS ECF No. 3202, PageID.108158 (adding 10 pages to Rule 7 page limit). |
| *Daubert* and Summary Judgment + Subject Matter Jurisdiction Response Briefs | November 17, 2025*<br><br>**Plaintiffs' opposition to United States' combined Rule 56 and Rule 12(h)(3) motion shall not exceed 35 pages, without leave pursuant to Local Rule 7.1(d)(3)(A). *See* 5:16-cv-10444-JEL-EAS ECF No. 3202, PageID.108158 (adding 10 pages to Rule 7 page limit). |
| *Daubert* and Summary Judgment + Subject Matter Jurisdiction Reply Briefs | December 8, 2025<br><br>**The United States' reply to its combined Rule 56 and Rule 12(h)(3) motion shall not exceed 12 pages, without leave pursuant to Local Rule 7.1(d)(3)(B). *See* 5:16-cv-10444-JEL-EAS ECF No. 3202, PageID.108158 (adding 7 pages to Rule 7 page limit). |
| Oral Argument on *Daubert* Motions | TBD |
| Oral Argument on Summary Judgment + Subject Matter Jurisdiction Motions | TBD |
| Motions in Limine Opening Briefs | December 15, 2025*<br><br>**Each party will submit one *omnibus* motion with a 20-page limit. |

| **Event** | **Deadline/Date Range** |
|---|---|
| Motions in Limine Response Briefs | December 22, 2025 |
| Motions in Limine Reply | January 5, 2026 |
| Oral Argument on Motions in Limine | TBD |
| Parties' findings of fact and conclusions of law | January 5, 2026* |
| Final Pretrial Order (including findings of fact, conclusions of law, proposed witness list) | January 5, 2026* |
| Final Pretrial Conference | TBD |
| First Day of Trial | January 26, 2026* |

Dated: February 24, 2025

*s/ Melanie Daly*
Melanie Daly
Corey M. Stern
Kiersten Holms
Zachary Roy
Levy Konigsberg, LLP
605 Third Avenue, 33rd Floor
New York, NY 10158
212 605-6298
cstern@levylaw.com
**Counsel for Plaintiffs**

Respectfully submitted,

*s/ Jason T. Cohen*
Jason T. Cohen
Timothy B. Walthall
Daniel C. Eagles
Eric A. Rey
Heidy L. Gonzalez
Jewel M. Lightfoot, IV
Michelle T. Domingue, II
Trial Attorneys
U.S. Department of Justice
Civil Division, Torts Branch
Environmental Torts Litigation
1100 L Street, NW
Washington, DC 20005
Jason.T.Cohen@usdoj.gov
202-514-0335
**Counsel for United States**

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2025, I emailed this communication to the clerk of Court, which included counsel of record for the United States.

**LEVY KONIGSBERG, LLP**

/s/ Melanie Daly
MELANIE DALY