UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re Flint Water Cases 16-10444*
_____/   The Hon. Judith E. Levy

*Bellwether III Case No. 17-10164*
_____/

**DECLARATION OF HUNTER J. SHKOLNIK IN SUPPORT OF PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

Pursuant to 28 U.S.C. § 1746, I, Hunter J. Shkolnik, hereby declare as follows:

1. I am a partner of the law firm Napoli Shkolnik PLLC ("Napoli Shkolnik"). I, along with Corey M. Stern of the law firm Levy Konigsberg LLP, serve as Co-Liaison Counsel for the Individual Plaintiffs in the above captioned matter.

2. I have personal knowledge of the matters stated in this declaration.

3. I provide this declaration in support of Plaintiffs' Motion for an Award of Attorneys' Fees and Reimbursement of Expenses. More specifically, I describe the effort invested and expenses incurred by Napoli Shkolnik PLLC in the prosecution of this action against the Veolia defendant from February 16, 2021 through October 2024.

4. Napoli Shkolnik PLLC has invested almost a decade and tens of thousands of hours of time related to the Flint Water Litigation, in order to

1

achieve the Veolia Settlement that has been presented to this Court for approval.

5. The contracts of representation with the Claimants involved in this litigation provide that Plaintiffs' counsel shall be reimbursed for costs incurred in the litigation and resolution of Plaintiffs' claims and assigned thirty-three and one third percent (33.3333%) of the settlement amount.

6. Over the course of this litigation against Veolia, Napoli Shkolnik has been involved in the following specific activities:

- *Pleadings:* Napoli Shkolnik was extensively involved in the researching and drafting of Plaintiffs' Long Form Master Complaint and multiple amended complaints. In furtherance of this we also assisted any counsel with an individual claim in complying with the Court's orders related to those pleadings.

- *Motions to Dismiss and for Reconsideration:* Napoli Shkolnik attorneys researched and drafted briefing in opposition to Defendants' multiple motions to dismiss. Napoli Shkolnik attorneys also drafted briefing for the various motions for reconsideration related to the Court's motion to dismiss rulings.

- *Discovery:* Napoli Shkolnik has taken a leading role in the extensive discovery to date in these cases that includes reviewing millions of pages of documents produced; preparing document summaries for use at depositions; drafting substantive briefing and discovery requests and responses; preparing for and participating in Court conferences regarding discovery disputes; and taking fact witness and expert depositions.

- *Expert:* Napoli Shkolnik has worked closely with Co-Liaison to identify, interview, retain, prepare reports and depositions for experts in

2

such diverse areas as ethics of mass torts, class actions, neurology, pediatric neurology, pediatric neuro-psychology, radiology, economics, vocational rehabilitation, medical physics, hydrogeology, water distribution, and water systems.

- *Bellwether Proceedings:* Napoli Shkolnik attorneys prepared bellwether cases for trial, including extensive discovery, defending fiduciary depositions, expert discovery, and trial preparation.

- *Mediation and Settlement:* Napoli Shkolnik participated in every level of mediation.

- *Strategy and Planning:* In coordination with Co-Liaison counsel, Napoli Shkolnik attorneys have led strategic decision and planning discussions throughout the case in relation to case investigation, pleadings, briefing, and discovery, and have participated in and led calls and meetings to plan and assess case status and ensure the efficient management of tasks.

7. The total amount of unreimbursed expenses incurred by Napoli Shkolnik directly (*i.e.* not through the Class Litigation Fund) in connection with the prosecution of this litigation against Veolia from February 16, 2021 through October 2024 is $349,073.07.[1] These are reflected on Napoli Shkolnik's books and records and have been provided to the Special Master.

8. The books and records are prepared from expense vouchers, receipts, invoices, check and bank records, and other source materials, and

---

[1] These expenses are exclusive of those previously reimbursed through the Settlement with the State of Michigan, Rowe, the City of Flint, and McClaren Hospital, LAN, as well as those previously reimbursed through the Bellwether I Plaintiffs' individual settlement with the LAN Defendants.

represent an accurate recordation of the expenses incurred.

9. The expenses referenced herein were reasonably incurred and necessary and appropriate in the prosecution of this litigation against Veolia. I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 24, 2025
Santurce, Puerto Rico

**NAPOLI SHKOLNIK**

*/s/ Hunter J. Shkolnik*
Hunter J. Shkolnik