# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

*Meeks v. United States*

_____/

## AGENDA FOR MARCH 10, 2025 STATUS CONFERENCE

The Court will hold a status conference on these cases on **Monday, March 10, 2025 at 1:00 pm** via Zoom video conference. The Zoom link will be docketed in 16-10444.

The agenda will be as follows, although the Court may adjust the agenda prior to the conference if necessary.

1. Dispute related to the proposed Rule 35 Neuropsychological Medical Examination Order in *Meeks v. United States*.

IT IS SO ORDERED.

Dated: March 4, 2025  
Ann Arbor, Michigan

s/Judith E. Levy  
JUDITH E. LEVY  
United States District Judge

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 4, 2025.

                                             s/William Barkholz
                                             WILLIAM BARKHOLZ
                                             Case Manager