# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re Flint Water Cases 16-10444*

_____/

The Hon. Judith E. Levy
United States District Judge

*Bellwether III Case No. 17-10164*

_____/

## JOINT NOTICE REGARDING THE VEOLIA SETTLEMENT

As discussed at the Court's March 27 hearing regarding the Veolia Settlement with the Levy Konigsberg and Napoli Shkolnik Plaintiffs ("Settlement"), the Parties hereby submit this notice informing the Court of the following:

1. The 30-day participation deadline closed on Saturday March 29. *See* Settlement Art. 6.2–6.3.

2. None of the Levy or Napoli clients rejected the Settlement, and thus, Veolia's walk-away rights have not been triggered. *See* Settlement Art. 6.3–6.8.

3. Therefore, the Settlement is ready to be finalized, meaning that: A) the pending settlement motions (ECF Nos. 3205 & 3207) can be adjudicated; and B) Veolia will file their motion seeking a final order and judgment. *See* Settlement Art. 7.

Dated: March 31, 2025                                              Respectfully submitted,

| | |
|---|---|
| */s/ Melanie Daly* | */s/ Michael A. Olsen* |
| *Melanie Daly* | *Michael A. Olsen* |
| LEVY KONIGSBERG LLP | MAYER BROWN LLP |
| 605 Third Ave, 33rd Floor | 71 South Wacker Drive |
| New York, New York | Chicago, Illinois 60606 |
| (212) 605-6260 | Telephone: (312) 782-0600 |
| Mdaly@levylaw.com | molsen@mayerbrown.com |
| ***Attorneys for the Plaintiffs*** | ***Counsel for Veolia Defendants*** |

## **CERTIFICATE OF SERVICE**

I, Melanie Daly, hereby certify that on March 31, 2025, the foregoing document was served on all counsel of record via the court's ECF system.

*/s/ Melanie Daly*
Melanie Daly
