# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

*Bellwether III*

_____/

## ORDER GRANTING THE AGREED MOTION FOR APPROVAL OF THE INDIVIDUAL CLAIMANTS SETTLEMENT AGREEMENT [3205] AND GRANTING INDIVIDUAL PLAINTIFFS' MOTION FOR APPROVAL OF ALLOCATION PROCEDURE AND ATTORNEY COSTS REGARDING PLAINTIFFS' SETTLEMENT WITH VEOLIA [3207]

Before the Court is Veolia North America, LLC, Veolia North America, Inc., Veolia Water North America Operating Services, LLC, and Veolia Environnement S.A.'s (collectively, "Veolia") Agreed Motion for Approval of the Individual Claimants Settlement Agreement, (ECF No. 3205), and Individual Plaintiffs' Motion for Approval of Allocation Procedure and Attorney Costs Regarding Plaintiffs' Settlement with Veolia. (ECF No. 3207.) On March 27, 2025, the Court held a hearing and heard oral argument on both motions. For the reasons set forth on the

record, Veolia's Agreed Motion for Approval of the Individual Claimants Settlement Agreement, (ECF No. 3205), and Individual Plaintiffs' Motion for Approval of Allocation Procedure and Attorney Costs Regarding Plaintiffs' Settlement with Veolia, (ECF No. 3207), are GRANTED.

For the reasons set forth on the record at the hearing, IT IS HEREBY ORDERED as follows:

1. The Court finds that the Individual Claimants Settlement Agreement is fair and serves the best interests of the Minor and legally incompetent or incapacitated individual[1] ("LII") Claimants and therefore APPROVES the Individual Claimants Settlement Agreement, (ECF No. 3205, PageID.108212–108228), including the procedure for allocation of the settlement amount to Claimants[2];

2. the Court APPROVES Plaintiffs' Counsel's request for reimbursement of expenses and will determine reasonable

---

[1] See Mich. Comp. Laws § 700.1105(a).

[2] The Court or Special Master will establish a separate account in the Qualified Settlement Fund to meet the requirements of this Individual Claimants Settlement Agreement. The funds in that account will not be comingled with any other settlement funds.

expenses by adopting the review and adjustments set forth by the Special Master, (ECF No. 3216); and

3. the Court APPROVES Plaintiffs' Counsel's request for an award of an attorney fee of "one-third of the net proceeds (post payment of litigation expenses) from the [Individual Claimants] Settlement Agreement." (ECF No. 3207, PageID.108248.)

IT IS SO ORDERED.

Dated: April 3, 2025       s/Judith E. Levy
Ann Arbor, Michigan      JUDITH E. LEVY
     United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 3, 2025.

     s/William Barkholz
     WILLIAM BARKHOLZ
     Case Manager