# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

                                           /

Judith E. Levy
United States District Judge

This Order Relates To:

*Meeks v. United States*

_____/

## AGENDA FOR APRIL 14, 2025 STATUS CONFERENCE

The Court will hold a discovery dispute resolution conference in this case on **Monday April 14, 2025 at 1:30 pm** via Zoom video conference. The Zoom link will be docketed in Case No. 16-10444.

The agenda will be as follows, although the Court may adjust the agenda prior to the conference if necessary.

1. Dispute related to depositions of two minor Plaintiffs in *Meeks v. United States*.

IT IS SO ORDERED.

Dated: April 8, 2025　　　　　　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　　United States District Judge

2

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 8, 2025.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager
