UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Notice Relates To:

ALL CASES

_____/

### NOTICE OF THE SPECIAL MASTER REGARDING REQUEST FOR AUTHORIZATION TO DISTRIBUTE FUNDS FROM THE QUALIFIED SETTLEMENT FUND <u>FOR CATEGORY 27B AWARD</u>

On July 31, 2018, under Federal Rule of Civil Procedure 53, the Court appointed Deborah E. Greenspan to serve as a Special Master. Amended Order Appointing Special Master ("Special Master Appointment Order"), ECF No. 544, PageID.16581-16590. The Special Master Appointment Order specified various assigned duties and noted potential additional tasks that could be performed by the Special Master, as directed by the Court.

On November 10, 2021, the Court issued its *Opinion and Order Granting Final Approval Of A Partial Settlement, Granting Certification Of A Settlement Class, Granting Appointment Of Settlement Class Counsel [1794], Denying Objections, And Adopting The Report And Recommendation [2006]* ("Opinion and

1

Final Approval Order"), 571 F. Supp. 3d 746 (E.D. Mich. 2021) (ECF No. 2008, PageID.69537-69714). The Opinion and Final Approval Order approved the settlement reached between Plaintiffs and the Settling Defendants in the Amended Settlement Agreement ("ASA"), ECF No. 1394-2, PageID.54120-54211 (dated January 15, 2021).[1]  On March 3, 2022 the Court entered the Amended Final Judgment and Order of Dismissal With Prejudice Implementing Partial Settlement Pursuant to Fed. R. Civ. P. 54(b) And 58(a) [2077], ECF No. 2128, PageID.72313 ("Final Judgment"). The ASA specifies various duties of the Special Master and defines the Special Master as Deborah Greenspan. ASA at §1.77, ECF No. 1394-2, PageID.54136. On January 20, 2022, the Court issued its Order Regarding Settlement-Related Duties Of The Special Master, ECF No. 2096, PageID.71973 ("Order Regarding Special Master's Duties"). By this Order, the Court amended its previous Special Master Appointment Order and directed Deborah E. Greenspan to fulfill all of the duties of Special Master set forth in the ASA. *See* Order Regarding Special Master's Duties at PageID.71975. Pursuant to ASA §13.12, it is the duty of the Special Master to review each Legionella Death or Category 27B claim after the claims administrator's initial review, and to issue a final, binding, and non-appealable decision. ASA at §13.12, PageID.54170.

---

[1] Unless otherwise defined herein, all capitalized terms herein have the same meaning set forth in the ASA.

On February 18, 2025, the Court issued its Order Adopting Recommendation Of The Special Master And Guardian Ad Litem Regarding Procedure for Approval Of Wrongful Death Claims And Distribution Of Settlement Proceeds In The Partial Flint Water Settlement [3203] ("Order Adopting Wrongful Death Distribution Procedure"), ECF No. 3204, PageID.108203.  Pursuant to this Order, the Special Master's written decision will include a summary of the claim review process for each individual claimant, the basis for the claim decision, the dollar amount to which the claimant is entitled under the terms of the ASA, identification of the proper legal representative as determined by a probate court of competent jurisdiction, identification of heirs who may be entitled as interested persons in the allocation Category 27B net settlement funds, and express instructions regarding the steps to be taken to obtain the final distribution of funds to the legal representative of each claimant.  *See* Order Adopting Wrongful Death Distribution Procedure at PageID.108203-PageID.108205.  Following the Special Master's determination of the final allocation of net distribution proceeds for each Category 27B claimant, the Special Master and Master Guardian Ad Litem shall submit to the Court a request for authorization to release funds from the Qualified Settlement Fund to the appropriate payees (including attorneys and lienholders).  *Id.*

**Request for Approval of Payment of Settlement Award**

3

The Special Master has issued a final decision for 1066924.[2] The claim is eligible for compensation for Category 27B pursuant to the terms of the ASA. The Claimant's court appointed Personal Representative has provided all necessary documents to enable distribution of funds. There is one personal representative who is the surviving heir and has the obligation to assure that funds are distributed in accordance with applicable law and court order.

**Payment**

The gross settlement distribution, if approved, would be paid from the FWC Qualified Settlement Fund, which has been established under the terms of the Court's February 4, 2021 Order Granting Motion To Establish Qualified Settlement Fund and Sub-Qualified Settlement Funds, and Establishing QSF Authorized Banking Institution [1408], ECF No. 1410, PageID.54584.

By this Notice, pursuant to the Order Adopting Wrongful Death Distribution Procedure, I request that the Court authorize the payment of the sum of $1,500,000.00 for Claimant's Category 27B settlement award. The settlement amount will be distributed to the Personal Representative, attorneys, and lienholders in accordance with this Court's Order Adopting Wrongful Death

---

[2] Claimant is referred to by the case ID assigned by the claims administrator to protect the privacy of Claimant and any Surviving Heirs.

Distribution Procedure.  Attached hereto as Exhibit A is the [Proposed] Order authorizing the release of funds from the Qualified Settlement Fund for 1066924.

|  |  |
|---|---|
| Date: April 10, 2025 | Respectfully submitted,<br><br> */s/ Deborah E. Greenspan*<br>Deborah E. Greenspan<br>Special Master<br>BLANK ROME LLP<br>Michigan Bar # P33632<br>1825 Eye Street, N.W.<br>Washington, DC 20006<br>Telephone: (202) 420-2200<br>Facsimile: (202) 420-2201<br>Deborah.Greenspan@blankrome.com |

## CERTIFICATE OF SERVICE

I certify that on April 10, 2025, I electronically filed the foregoing document with the Clerk of Court using the Court's ECF system, which will send notification of such filing to attorneys of record.

Dated: April 10, 2025

Respectfully submitted,

*/s/ Deborah E. Greenspan*
Deborah E. Greenspan
Special Master
BLANK ROME LLP
Michigan Bar #P33632
1825 Eye Street, N.W.
Washington, D.C. 20006
Telephone: (202) 420-2200
Facsimile: (202) 420-2201
DGreenspan@blankrome.com