UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/    **Judith E. Levy**

**United States District Judge**

**This Notice Relates To:**

**ALL CASES**

_____/

**NOTICE OF THE SPECIAL MASTER REGARDING REQUEST FOR PAYMENT OF FEES AND EXPENSES FOR SERVICES PROVIDED BY ALVAREZ & MARSAL DISPUTES AND INVESTIGATIONS, LLC FOR THE PURPOSES OF ASSISTING THE SPECIAL MASTER WITH THE CLAIMS ADMINISTRATION PROCESS FOR THE PERIOD AUGUST 1, 2024 THROUGH AUGUST 31, 2024**

On July 31, 2018, under Federal Rule of Civil Procedure 53, the Court appointed Deborah E. Greenspan to serve as a Special Master. Amended Order Appointing Special Master ("Special Master Appointment Order"), ECF No. 544, PageID.16581-16590. The Special Master Appointment Order specified various assigned duties and noted potential additional tasks that could be performed by the Special Master, as directed by the Court.

On November 10, 2021, the Court issued its *Opinion and Order Granting Final Approval Of A Partial Settlement, Granting Certification Of A Settlement*

1

*Class, Granting Appointment Of Settlement Class Counsel [1794], Denying Objections, And Adopting The Report And Recommendation [2006]* ("Opinion and Final Approval Order"), 571 F. Supp. 3d 746 (E.D. Mich. 2021) (ECF No. 2008, PageID.69537-69714).

The Opinion and Final Approval Order approved the settlement reached between Plaintiffs and the Settling Defendants in the Amended Settlement Agreement ("ASA"), ECF No. 1394-2, PageID.54120-54211 (dated January 15, 2021).[1] The ASA specified various duties of the Special Master and defines the Special Master as Deborah Greenspan. ASA, at §1.77, ECF No. 1394-2, PageID.54136. As set forth in the Opinion and Final Approval Order, pursuant to the ASA, the Special Master oversees various aspects of the settlement and her duties include: "(1) consulting with the Claims Administrator and making decisions regarding registration and participation; (2) considering and deciding, in a timely fashion, any appeals taken by participants …; and (3) handling any disputes that arise involving the ASA." Opinion and Final Approval Order, 571 F. Supp. 3d at 761, ECF No. 2008 at PageID.69554 (citing ASA at PageID.54163–54174).

On January 20, 2022, the Court issued its Order Regarding Settlement-Related Duties Of The Special Master, ECF No. 2096, PageID.71973 ("January 2022

---

[1] Unless otherwise defined herein, all capitalized terms herein have the same meaning set forth in the ASA.

2

Order"). By this Order, the Court amended its previous Special Master Appointment Order and directed Deborah E. Greenspan to fulfill all of the duties of Special Master set forth in the ASA. *See* January 2022 Order, PageID.71975. The January 2022 Order further provided:

> Under the provisions of the Special Master Appointment Order, the Court further directs the Special Master to assist the Court in its oversight role by supervising the implementation of the ASA, including, without limitation, supervision and audit of the claims administration process and the entities engaged to provide services in connection with the review, evaluation, and administration of claims and the distribution of settlement assets.

*Id.* at PageID.71975-71976.

On January 31, 2023, the Special Master filed a *Report and Recommendation of the Special Master Regarding Addition of Claims Administrator Services for the Partial Settlement* (ECF No. 2341). In that report, the Special Master recommended that "the Court approve the engagement of two entities to design and implement revised claims management and review processes and to design additional quality control procedures." *Id.* at PageID.75991. The Special Master further recommended "the engagement of two entities – Wolf Garretson LLC and Alvarez & Marsal Disputes and Investigations, LLC – to provide certain defined services in connection with the claims administration process." *Id.* at PageID.75992. The Special Master's recommendations were approved by this Court in an *Order Authorizing Engagement Of Wolf Garretson LLC And Alvarez & Marsal Disputes*

3

*And Investigations, LLC Under The Supervision Of The Special Master To Provide Certain Defined Services In Connection With The Administration Of Claims In the Partial Settlement*, dated February 1, 2023 (ECF No. 2341) ("February 1, 2023 Order").

Consistent with the February 1, 2023 Order, the Special Master engaged Alvarez & Marsal Disputes And Investigations, LLC ("Alvarez & Marsal") to provide certain defined services in connection with the claims administration process. The engagement was memorialized in a February 15, 2023 letter agreement ("the Alvarez & Marsal Agreement"). The engagement under the Alvarez & Marsal Agreement commenced in January 2023. Alvarez & Marsal has been instrumental in assisting with data integrity and quality control since the commencement of their engagement.

**Alvarez & Marsal Fees**

Alvarez & Marsal submitted its invoice for services they provided for the period August 1, 2024 through August 31, 2024 to the Special Master. The total amount of the invoice is $369,618.75. The Special Master has reviewed the invoice and determined that it comports with the terms of the Alvarez & Marsal Agreement and that the fees and expenses are consistent with the engagement.

**Payment**

The fees, if approved, would be paid from the FWC Qualified Settlement Fund, which has been established under the terms of the Court's February 2, 2021 *Order Granting Motion To Establish Qualified Settlement Fund and Sub-Qualified Settlement Funds, and Establishing QSF Authorized Banking Institution [1408]*, ECF No. 1410.

By this Notice, I am requesting that the Court authorize the payment of $369,618.75 as directed by the Special Master for payment to Alvarez & Marsal Disputes and Investigations, LLC.

Respectfully submitted,

Date: April 15, 2025

*/s/ Deborah E. Greenspan*
Deborah E. Greenspan
Special Master
BLANK ROME LLP
Michigan Bar # P33632
1825 Eye Street, N.W.
Washington, DC  20006
Telephone: (202) 420-2200
Facsimile: (202) 420-2201
Deborah.Greenspan@blankrome.com

**CERTIFICATE OF SERVICE**

I certify that on April 15, 2025, I electronically filed the foregoing document with the Clerk of the Court using the Court's ECF system, which will send notification of such filing to attorneys of record.

Dated: April 15, 2025            */s Deborah E. Greenspan*
                                                Deborah E. Greenspan
                                                Special Master
                                                BLANK ROME LLP
                                                Michigan Bar # P33632
                                                1825 Eye Street, N.W.
                                                Washington, DC  20006
                                                Telephone: (202) 420-2200
                                                Facsimile: (202) 420-2201
                                                Deborah.Greenspan@blankrome.com