UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases | Civil No. 5:16-cv-10444 (Consolidated) |
| | Hon. Judith E. Levy |
| _____ *Walters, et.al.,*    Plaintiffs v. *City of Flint, et al.,*    Defendants _____/ | Civil No. 5:17-cv-10164 |

**MOTION FOR WITHDRAWAL OF**
**ATTORNEY TIMOTHY B. WALTHALL**

The United States hereby moves for an Order withdrawing Timothy B. Walthall as counsel of record for the United States of America in the above-captioned actions. The United States will continue to be represented by Trial Attorneys from the United States Department of Justice, including Jason Cohen, Eric Rey, Daniel Eagles, Jewel Lightfoot, Michelle Domingue, and Lauren Gerber.

Dated: April 28, 2025

Respectfully submitted,

*/s/ Jason T. Cohen*
Jason T. Cohen (CA Bar No. 214438)
Eric Rey
Daniel C. Eagles
Jewel M. Lightfoot IV
Michelle T. Dominigue II

Lauren Gerber
Trial Attorneys
United States Department of Justice
Civil Division, Torts Branch
Environmental Torts Litigation Section
1100 L Street NW
Washington, DC 20005
E-mail: jason.t.cohen@usdoj.gov
Phone: 202-514-0335
*Counsel for the United States of America*

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2025, a copy of the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon all counsel of record.

*/s/ Jason T. Cohen*
Jason T. Cohen
