UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In Re* Flint Water Cases            No. 5:16-cv-10444-JEL-EAS (consolidated)

HON. JUDITH E. LEVY

_____/

## NOTICE OF THE MASTER GUARDIAN AD LITEM REGARDING REQUEST FOR PAYMENT OF FEES FOR DECEMBER 3, 2024 TO APRIL 25, 2025

On March 19, 2021, the Court entered the Order Granting Plaintiffs' and Settling Defendants' Motion to Appoint Master Guardian Ad Litem. (ECF No. 1472) Miriam Z. Wolock was appointed Master Guardian Ad Litem ("Master GAL") under the Amended Settlement Agreement.[1] On March 12, 2021, the Genesee County Circuit Court entered a parallel Order Granting Plaintiffs' and Settling Defendants' Motion to Appoint Master Guardian Ad Litem.

The foregoing Orders provide in relevant part that "Compensation to Miriam Wolock the Master GAL… will be as provided for in the Amended Settlement Agreement, or as ordered by this Court." Article XI of the Amended Settlement Agreement establishes that guardian ad litem fees and expenses shall be solely paid out of the FWC Qualified Settlement Fund.

As Master GAL, from December 3, 2024 to April 25, 2025 I performed work that included verifying exposure and property ownership through public records including Genesee County Register of Deeds and Genesee County Land Bank for claims referred by the Special Master, obtaining and reviewing juvenile, probate, and circuit court records and MDHHS files relating to claims referred by the Special Master and counsel to assess suitability and current status of

---

[1] All capitalized terms herein have the same meaning set forth in the Amended Settlement Agreement that the Court has preliminarily approved.

legally authorized individuals for minors, decedents, and Legally Incapacitated Individuals, calls and e-mail exchanges with proposed Next Friends, obtain court documentation as needed for claims analyses, preparation of MGAL Recommendations for Special Master for Next Friend dispute determinations, prepare draft Report and Recommendation for Wrongful Death Procedure and proposed Order, meetings with Special Master and Settlement Planning Administrator in regard to annuities and distribution processes, meetings with Special Master and MDHHS regarding analysis of settlement as related to eligibility of means-tested benefits, meetings with Special Master, Epiq, Trustees, and Huntington Bank in regard to distribution processes, drafting and revision of memorandum for MDHHS to address eligibility issues, and multiple meetings and telephone calls with Special Master in regard to escalated claims and distribution issues.

The Settling Parties have been provided with the Master GAL's Invoice covering the period from December 3, 2024 to April 25, 2025 and have not submitted any objections. The total amount owed on this Invoice is $159,593.63.

These fees, if approved, would be paid from the Qualified Settlement Fund, which has been established under the terms of the Court's February 2, 2021 Order Granting Motion to Establish Qualified Settlement Fund and Sub-Qualified Settlement Funds, and Establishing QSF Authorized Banking Institution [1408], ECF No. 1410.

By this Notice I am requesting that the Court authorize the payment of the sum of $159,593.63 to the Law Offices of Miriam Z. Wolock, PLLC. I have submitted a proposed Order for the Court's consideration.

Dated: May 5, 2025                             Respectfully Submitted,


/s/ *Miriam Z. Wolock*
Miriam Z. Wolock (P49434)
Master Guardian Ad Litem
LAW OFFICES OF MIRIAM Z. WOLOCK, PLLC
40900 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304
(248) 633-2630
mwolock@wolocklaw.com


## CERTIFICATE OF SERVICE

I certify that on May 5, 2025 I electronically filed the foregoing document with the Clerk of Court using the Court's ECF system, which will send notification of such filing to attorneys of record.

Dated:  May 5, 2025                             Respectfully submitted,


/s/ *Miriam Z. Wolock*
Miriam Z. Wolock (P49434)
Master Guardian Ad Litem
LAW OFFICES OF MIRIAM Z. WOLOCK, PLLC
40900 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304
(248) 633-2630
mwolock@wolocklaw.com

# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In Re* Flint Water Cases

No.5:16-cv-10444-JEL-EAS (consolidated)

HON. JUDITH E. LEVY

_____/

### ORDER AUTHORIZING DISTRIBUTION OF FUNDS FROM THE QUALIFIED SETTLEMENT FUND FOR PAYMENT OF MASTER GUARDIAN AD LITEM FEES FOR DECEMBER 3, 2024 TO APRIL 25, 2025

Having now considered the Notice of The Master Guardian Ad Litem Regarding Request For Payment Of Fees For December 3, 2024 to April 25, 2025, ECF No. _____ ("Notice") and the request to authorize the distribution of funds from the Qualified Settlement Fund[1] under Article XI of the Amended Settlement Agreement pursuant to Exhibit A of the Notice:

IT IS HEREBY ORDERED THAT:

1. A distribution of funds in the amount of $159,593.63 from the Qualified Settlement Fund for the purpose of paying Master GAL Miriam Z. Wolock for December 3, 2024 to April 25, 2025 is approved.

**IT IS SO ORDERED.**

Dated: May ____, 2025
Ann Arbor, Michigan

_____
JUDITH E. LEVY
United States District Judge

---

[1] All capitalized terms herein have the same meaning set forth in the Amended Settlement Agreement that the Court has preliminarily approved.