UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

**ORDER AUTHORIZING DISTRIBUTION OF FUNDS FROM THE QUALIFIED SETTLEMENT FUND FOR PAYMENT OF MASTER GUARDIAN AD LITEM FEES FOR DECEMBER 3, 2024 TO APRIL 25, 2025 [3229]**

Having now considered the Notice of The Master Guardian Ad Litem Regarding Request for Payment of Fees for December 3, 2024 to April 25, 2025, ("Notice"), (ECF No. 3229), and having reviewed the detailed time records and invoices that support this request to authorize the distribution of funds from the Qualified Settlement Fund[1] under Article XI of the Amended Settlement Agreement pursuant to Exhibit A of the Notice:

---

[1] Unless otherwise defined herein, all capitalized terms herein have the same meaning set forth in the Amended Settlement Agreement.

IT IS HEREBY ORDERED THAT:

A distribution of funds in the amount of $159,593.63 from the Qualified Settlement Fund for the purpose of paying Master GAL Miriam Z. Wolock for December 3, 2024 to April 25, 2025 is approved.

IT IS SO ORDERED.

Dated: May 6, 2025  s/Judith E. Levy
Ann Arbor, Michigan  JUDITH E. LEVY
  United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 6, 2025.

s/William Barkholz
WILLIAM BARKHOLZ