# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases. _____/ | Judith E. Levy<br>United States District Judge |

This Order Relates To:

ALL CASES

_____/

**ORDER AUTHORIZING DISTRIBUTION OF FUNDS FROM THE VNA CLASS SETTLEMENT FUND[1] FOR PAYMENT OF FEES AND EXPENSES FOR SERVICES PROVIDED BY A.B. DATA, LTD., AS NOTICE ADMINISTRATOR FOR THE CLASS SETTLEMENT WITH VNA DEFENDANTS [3231]**

Having now considered the Notice of the Special Master Regarding Request for Payment of Fees and Expenses for Services Provided by A.B. Data, Ltd., as Notice Administrator for the Class Settlement with VNA Defendants, (ECF No. 3231), filed on May 16, 2025, ("Notice"):

IT IS HEREBY ORDERED THAT:

A distribution of funds in the amount of $112,446.60 from the VNA Class Settlement Fund for the purpose of paying A.B. Data, Ltd. is

---

[1] The "VNA Class Settlement Fund" refers to the FWC Qualified Settlement Fund VNA Class.

approved. The QSF Administrator is directed to disburse the funds to A.B. Data, Ltd. as directed by the Special Master.

    IT IS SO ORDERED.

| | |
|---|---|
| Dated: May 16, 2025<br>Ann Arbor, Michigan | s/Judith E. Levy<br>JUDITH E. LEVY<br>United States District Judge |

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 16, 2025.

                                                                  s/William Barkholz<br>
                                                                  WILLIAM BARKHOLZ