UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/    Judith E. Levy
                                    United States District Judge

**This Order Relates To:**

**ALL CASES**

_____/

**NOTICE AND RECOMMENDATION OF THE SPECIAL MASTER TO AMEND THE FWC QUALIFIED SETTLEMENT FUND AGREEMENT PREVIOUSLY APPROVED BY THE COURT IN DOCKET NUMBER 1410 AND AMENDED BY STIPULATION OF SETTLING PARTIES IN DOCKET NUMBER 1907**

On January 21, 2021, the Court issued its *Opinion and Order Granting Plaintiffs' Motion to Establish Settlement Claims Procedures and Allocation and for Preliminary Approval of Class Settlement Components [1318] and Granting Plaintiffs' Motion for an Order Adopting the Proposed Motion for Approval of Wrongful Death Settlement [1334]*, ECF 1399 ("Order").[1] In this Order, the Court appointed Archer Systems, LLC ("ARCHER") as Claims, QSF, and Lien Resolution Administrator for purposes of the preliminary settlement and conditional class certification.

---

[1] All capitalized terms herein have the same meaning set forth in the Amended Settlement Agreement that the Court has preliminarily approved.

Consistent with the Amended Settlement Agreement, on February 4, 2021, the Court entered its *Order Granting Motion to Establish Qualified Settlement Fund and Sub-Qualified Settlement Funds, and Establishing QSF Authorized Banking Institution [1408]*, ECF 1410 ("QSF Order"). Pursuant to the QSF Order, the Settling Parties signed an FWC Qualified Settlement Fund agreement in March 2021, the form of which had been approved by the Court as the "Trust Agreement" in its QSF Order ("Trust Agreement").

On July 21, 2021, the Settling Parties filed a Stipulation to amend the Trust Agreement approved in the QSF Order to allow for additional investment options for the QSF to be considered and used by the QSF Administrator. On July 22, 2021, the Court issued its *Order Amending the FWC Qualified Settlement Fund Agreement Previously Approved by the Court in Docket Number 1410, and Amending Section 10.3 of the Amended Settlement Agreement*, ECF 1911 ("QSF Amended Order").

Pursuant to Article VIII of the Trust Agreement, ARCHER has provided written notice of its resignation. *See* Exhibit A.

Accordingly, the Special Master recommends that the Trust Agreement be amended to name Epiq Class Action & Claims Solutions, Inc. d/b/a Epiq Class Action & Mass Tort Solutions ("Epiq"), as successor QSF Administrator and trustee.

A proposed second amended Trust Agreement redlined against the amended Trust Agreement is attached as Exhibit B. A clean version incorporating these proposed redlined changes is attached as Exhibit C.

If the Court approves the form of the second amended Trust Agreement proposed in Exhibits B and C, the Special Master will then execute Exhibit C.

Date: May 20, 2025                  /s/ Deborah E. Greenspan
                                    Deborah E. Greenspan
                                    Special Master
                                    BLANK ROME LLP
                                    Michigan Bar # P33632
                                    1825 Eye Street, N.W.
                                    Washington, DC 20006
                                    Telephone: (202) 420-2200
                                    Facsimile: (202) 420-2201
                                    Deborah.Greenspan@blankrome.com

## CERTIFICATE OF SERVICE

I certify that on this May 20, 2025, I electronically filed the foregoing document with the Clerk of the Court using the Court's ECF system, which will send notification of such filing to attorneys of record.

Dated:  May 20, 2025                /s/ Deborah E. Greenspan
                                    Deborah E. Greenspan
                                    Special Master
                                    BLANK ROME LLP
                                    Michigan Bar # P33632
                                    1825 Eye Street, N.W.
                                    Washington, DC  20006

3

        Telephone: (202) 420-2200
        Facsimile: (202) 420-2201
        Deborah.Greenspan@blankrome.com