# EXHIBIT A

May 5th, 2025

### <u>Notice of Resignation as QSF Administrator</u>

Archer Systems, LLC ("ARCHER") was appointed and currently serves as Claims, QSF, and Lien Resolution Administrator, pursuant to the terms of the Amended FWC Qualified Settlement Fund Agreement (the "Amended Trust Agreement").

Paragraph 8-1 of the Amended Trust Agreement provides that the QSF Administrator may resign for cause or no cause at any time upon written notice delivered to Plaintiffs' Counsel and the Court having jurisdiction over the Fund.

Accordingly, ARCHER hereby provides written notice of its resignation as QSF Administrator.

Date: May 5th, 2025

Archer Systems, LLC

By:_____

Name: Robert Avery

Title: CEO