UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* **Flint Water Cases.**

_____/   **Judith E. Levy**
                                  **United States District Judge**

**This Order Relates To:**

**ALL CASES**

_____/

**ORDER AUTHORIZING AMENDMENT OF THE FWC QUALIFIED SETTLEMENT FUND AGREEMENT**

Having now considered the Notice and Recommendation of the Special Master to amend the FWC Qualified Settlement Fund Agreement ("Trust Agreement"), previously approved by the Court in ECF No. 1410 and amended by stipulation of settling parties in ECF No. 1907, and filed as ECF No. _____ on May 20, 2025 ("Notice"):

IT IS HEREBY ORDERED THAT:

The Court approves the resignation of Archer Systems, LLC ("ARCHER") as QSF Administrator. The Court further approves that the Trust Agreement be amended to name Epiq Class Action & Claims Solutions, Inc. d/b/a Epiq Class Action & Mass Tort Solutions as successor QSF Administrator and trustee. The proposed second amended Trust Agreement, as attached in Exhibits B and C, is approved.

**IT IS SO ORDERED.**

Dated: May 20, 2025
Ann Arbor, Michigan

JUDITH E. LEVY
United States District Judge