UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases | Civil No. 5:16-cv-10444 (Consolidated) |
| | Judith E. Levy United States District Judge |
| _____/ | |

## NOTICE OF WITHDRAWAL OF ATTORNEY JEWEL M. LIGHTFOOT

Please withdraw the appearance of Jewel M. Lightfoot as counsel of record for the Defendant, the United States of America. Other Trial Attorneys from the United States Department of Justice, including Jason Cohen, Eric Rey, Daniel Eagles, Heidy Gonzalez, and Michelle Dominigue, will continue to serve as counsel of record for the United States.

Dated: May 29, 2025           Respectfully submitted,

*/s/ Jewel M. Lightfoot IV*
Jewel M. Lightfoot IV
Jason T. Cohen
Eric Rey
Daniel C. Eagles
Heidy Gonzalez
Michelle T. Dominigue II
Trial Attorneys
United States Department of Justice
Civil Division, Torts Branch
Environmental Torts Litigation Section
1100 L Street NW

1

2

        Washington, DC 20005
        E-mail: jewel.m.lightfoot@usdoj.gov
        Phone: 202-616-4355
        *Counsel for the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2025, a copy of the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon all counsel of record.

*/s/ Jewel M. Lightfoot*
Jewel M. Lightfoot