# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases. | Judith E. Levy |
| | United States District Judge |
| _____/ | |

This Order Relates To:

ALL CASES

_____/

**ORDER AUTHORIZING DISTRIBUTION OF FUNDS FROM THE QUALIFIED SETTLEMENT FUND FOR PAYMENT OF TRUST COUNSEL'S FEES FOR FEBRUARY 15, 2024 TO MARCH 31, 2025 [3238]**

Having now considered the Notice of The Trust Counsel Regarding Request for the Payment of Fees for February 15, 2024 to March 31, 2025, (ECF No. 3238), and the request to authorize the distribution of funds from the Qualified Settlement Fund[1]:

IT IS HEREBY ORDERED THAT:

---

[1] Unless otherwise defined herein, all capitalized terms herein have the same meaning set forth in the Amended Settlement Agreement.

A distribution of funds in the amount of $2,024.33 from the Qualified Settlement Fund for the purpose of paying the Trust Counsel for fees incurred from February 15, 2024 to March 31, 2025 is approved.

IT IS SO ORDERED.

Dated: May 29, 2025　　　　　　　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 29, 2025.

　　　　　　　　　　　　　　　　　　s/William Barkholz
　　　　　　　　　　　　　　　　　　WILLIAM BARKHOLZ