UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Cholyanda Brown, et al.,

                         Plaintiff(s),

v.                                                 Case No. 5:16−cv−10444−JEL−EAS
                                                  Hon. Judith E. Levy

Veolia Water North America
Operating Services, LLC, et al.,

                         Defendant(s),

## NOTICE TO APPEAR REMOTELY

PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Judith E. Levy as follows:

- STATUS CONFERENCE: May 30, 2025 at 01:00 PM

The public may access the audio proceedings with the following connection information:

**_PHONE NUMBER,, CONFERENCE ID:_**    Remote Access Phone Number: 669 254 5252 and Meeting ID: 161 598 4718

Attorneys and parties required to attend the hearing will be sent connection information in a separate email.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                    By: s/Amanda Chubb
                                                        Case Manager

Dated: May 30, 2025