UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Cholyanda Brown, et al.,

                Plaintiff(s),

v.                                      Case No. 5:16−cv−10444−JEL−EAS
                                          Hon. Judith E. Levy

Veolia Water North America
Operating Services, LLC, et al.,

                Defendant(s),

## NOTICE TO APPEAR REMOTELY

PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Judith E. Levy as follows:

- STATUS CONFERENCE:  May 30, 2025 at 01:00 PM

The public may access the audio proceedings with the following connection information:

**PHONE NUMBER,, CONFERENCE ID:**   NOTICE TO APPEAR REMOTELY: Status Conference for Meeks v. USA (EPA case) set for 5/30/2025 01:00 PM before District Judge Judith E. Levy |Remote Access Phone Number: 669 254 5252 and Meeting ID: 161 598 4718]

Attorneys and parties required to attend the hearing will be sent connection information in a separate email.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                    By: s/Amanda Chubb
                                                        Case Manager

Dated:  May 30, 2025