# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

Civil No. 17-10164
(Consolidated)

_____/

Judith E. Levy
United States District Judge

This Order Relates to:

Meeks, *et al*. v. United States,
Case No. 19-13359

## AMENDED SCHEDULING ORDER *MEEKS V. UNITED STATES*

The Court orders as follows:[1]

| Event | Deadline/Date Range |
|---|---|
| **Written Discovery to Plaintiffs**<br><br>No more than thirty (30) requests for production of documents and tangible things, twenty-five (25) interrogatories, and twenty-five (25) requests for admissions. These maximum numbers shall include sub-parts to any particular request. **See Case No. 5:17-cv-10164, ECF No. 976 at PageID.69789.** | Currently open. **See Case No. 5:17-cv-10164, ECF No. 976 at PageID.69789.**<br><br>All discovery requests must be served reasonably in advance, and no later than thirty days before, the Fact Discovery Deadline. **Case No. 5:17-cv-10164, ECF No. 976 at PageID.69791.** |
| **Written Discovery to Defendant**<br><br>No more than thirty (30) interrogatories, fifty (50) requests for production, and forty-five (45) requests for admission. Plaintiffs may also notice additional depositions of the United | Currently open. **See Case No. 5:17-cv-10164, ECF No. 976 at PageID.69790.**<br><br>All discovery requests must be served reasonably in advance, and no later than thirty days before, the Fact Discovery |

---

[1] Amended changes from the Court's 2/25/2025 Scheduling Order (ECF No. 3206) are marked in red.

| **Event** | **Deadline/Date Range** |
|---|---|
| States employees. *See* **Case No. 5:17-cv-10164, ECF No. 976 at PageID.69790–91.** | Deadline*. See* **Case No. 5:17-cv-10164, ECF No. 976 at PageID.69791.** |
| United States serves updated authorization forms and Interrogatories for Plaintiffs to identify health providers and educational providers to facilitate depositions (United States 1st Set of Interrogatories) | February 28, 2025<br><br>Completed. |
| Parties' submissions regarding proposed Home Inspection and Neuropsychological IME protocols | March 3, 2025.<br><br>Completed. |
| Plaintiffs provide complete responses to United States' 1st Set of Interrogatories | March 14, 2025<br><br>Completed. |
| Plaintiffs provide signed authorizations and record releases for those providers identified in response to the United States' 1st Set of Interrogatories | March 14, 2025<br><br>Completed. |
| Completion of Plaintiff Depositions | March 3, 2025 — May 10, 2025*<br><br>Completed. |
| Completion of Defense (Non-Expert) Depositions | March 3, 2025 — May 10, 2025*<br><br>Completed. |
| Plaintiffs' Expert Reports and Disclosures (except Plaintiffs' Liability Experts[2]) | June 2, 2025 |
| Plaintiffs' Expert Depositions (except Plaintiffs' Liability Experts) | June 2, 2025 — July 18, 2025 |
| Plaintiffs' Expert Report and Disclosures for Plaintiffs' Liability Experts | July 11, 2025 |
| Deposition of Plaintiffs' Liability Experts | July 18, 2025 — August 6, 2025 |

---

[2] This is two (2) experts total.

| Event | Deadline/Date Range |
|---|---|
| Defendant's Expert Reports and Complete Disclosures (Except those Responsive to Plaintiffs' Plaintiffs' Liability Experts) | July 28, 2025 |
| Plaintiffs' Reply Expert Reports (if necessary) | August 11, 2025 |
| Defendant's Expert Reports and Complete Disclosures Responsive to Plaintiffs' Liability Experts | August 18, 2025 |
| Defendant's Expert Depositions (including those responsive to Plaintiffs' Liability Experts) | August 11, 2025 — September 18, 2025* |
| Plaintiffs' Reply Liability Expert Reports (if necessary) | August 25, 2025 |
| Close of fact discovery subject to exceptions in the Federal Rules or Court-ordered exceptions | September 18, 2025 |
| IME and home inspections (if needed) | By close of fact discovery (September 18, 2025) |
| United States' Supplemental Notice of Non-Party at Fault | September 18, 2025 |
| *Daubert* and Summary Judgment + Subject Matter Jurisdiction Motions Opening Briefs | October 1, 2025*<br><br>**The United States' combined Rule 56 and Rule 12(h)(3) motion shall not exceed 35 pages, without leave pursuant to Local Rule 7.1(d)(3)(A). *See* 5:16-cv-10444-JEL-EAS ECF No. 3202, PageID.108158 (adding 10 pages to Rule 7 page limit). |
| *Daubert* and Summary Judgment + Subject Matter Jurisdiction Response Briefs | November 17, 2025*<br><br>**Plaintiffs' opposition to United States' combined Rule 56 and Rule 12(h)(3) motion shall not exceed 35 pages, without leave pursuant to Local Rule 7.1(d)(3)(A). *See* 5:16-cv-10444-JEL-EAS ECF No. 3202, PageID.108158 (adding 10 pages to Rule 7 page limit). |

| Event | Deadline/Date Range |
|---|---|
| | |
| *Daubert* and Summary Judgment + Subject Matter Jurisdiction Reply Briefs | December 8, 2025<br><br>**The United States' reply to its combined Rule 56 and Rule 12(h)(3) motion shall not exceed 12 pages, without leave pursuant to Local Rule 7.1(d)(3)(B). *See* 5:16-cv-10444-JEL-EAS ECF No. 3202, PageID.108158 (adding 7 pages to Rule 7 page limit). |
| Oral Argument on *Daubert* Motions | TBD |
| Oral Argument on Summary Judgment + Subject Matter Jurisdiction Motions | TBD |
| Motions in Limine Opening Briefs | December 15, 2025*<br><br>**Each party will submit one *omnibus* motion with a 20-page limit. |
| Motions in Limine Response Briefs | December 22, 2025 |
| Motions in Limine Reply | January 5, 2026 |
| Oral Argument on Motions in Limine | TBD |
| Parties' findings of fact and conclusions of law | January 5, 2026* |
| Final Pretrial Order (including findings of fact, conclusions of law, proposed witness list) | January 5, 2026* |
| Final Pretrial Conference | TBD |
| First Day of Trial | January 26, 2026* |

4

IT IS SO ORDERED.

Dated: May 30, 2025                    s/Judith E. Levy
Ann Arbor, Michigan                    JUDITH E. LEVY
                                       United States District Judge