# EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

This Order Relates To:

ALL CASES

_____/

Judith E. Levy
United States District Judge

# [PROPOSED] ORDER AUTHORIZING DISTRIBUTION OF FUNDS FROM THE QUALIFIED SETTLEMENT FUND FOR DISTRIBUTION
# OF AWARD FOR CATEGORY 27B CLAIM

Having now considered the Notice Of The Special Master Regarding Request For Authorization to Distribute Funds from the Qualified Settlement Fund For Category 27B Award ("Notice"), ECF No. \_\_\_\_, supporting this request to authorize the distribution of funds from the FWC Qualified Settlement Fund[1] under the terms of the Amended

---

[1] Unless otherwise defined herein, all capitalized terms herein have the same meaning set forth in the Amended Settlement Agreement.

1

Settlement Agreement and the additional Orders of this Court as set forth in the Notice:

IT IS HEREBY ORDERED THAT:

A distribution of funds in the amount of $300,000.00 from the FWC Qualified Settlement Fund is approved for payment of the total settlement amount due for Claim 1058910. The QSF Administrator is directed to disburse the funds as directed by the Special Master.

**IT IS SO ORDERED.**

Dated: [], 2025
Ann Arbor, Michigan

JUDITH E. LEVY
United States District Judge

2