# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases. _____/ | Judith E. Levy<br>United States District Judge |

This Order Relates To:

ALL CASES

_____/

## ORDER AUTHORIZING DISTRIBUTION OF FUNDS FROM THE QUALIFIED SETTLEMENT FUND FOR DISTRIBUTION OF AWARD FOR CATEGORY 27B CLAIM

Having now considered the Notice of the Special Master Regarding Request for Authorization to Distribute Funds from the Qualified Settlement Fund for Category 27B Award ("Notice"), (ECF No. 3244), supporting this request to authorize the distribution of funds from the FWC Qualified Settlement Fund[1] under the terms of the Amended Settlement Agreement and the additional Orders of this Court as set forth in the Notice:

---

[1] Unless otherwise defined herein, all capitalized terms herein have the same meaning set forth in the Amended Settlement Agreement.

IT IS HEREBY ORDERED THAT:

A distribution of funds in the amount of $300,000.00 from the FWC Qualified Settlement Fund is approved for payment of the total settlement amount due for Claim 1058910. The QSF Administrator is directed to disburse the funds as directed by the Special Master.

IT IS SO ORDERED.

Dated: June 3, 2025  s/Judith E. Levy
Ann Arbor, Michigan  JUDITH E. LEVY
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 3, 2025.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager