UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

**This Notice Relates To:**

*ALL CASES*

_____/

Judith E. Levy
United States District Judge

**NOTICE OF THE SPECIAL MASTER REGARDING
PAYMENT FOR SERVICES PROVIDED BY PRINT CONCIERGE LLC
FOR THE PURPOSE OF ASSISTING WOLF GARRETSON LLC AND
THE SPECIAL MASTER WITH THE CLAIMS ADMINISTRATION
PROCESS FOR THE PERIOD OF APRIL 2025 THROUGH JUNE 2025**

On July 31, 2018, under Federal Rule of Civil Procedure 53, the Court appointed Deborah E. Greenspan to serve as a Special Master. Amended Order Appointing Special Master ("Special Master Appointment Order"), ECF No. 544, PageID.16581-16590. The Special Master Appointment Order specified various assigned duties and noted potential additional tasks that could be performed by the Special Master, as directed by the Court.

On November 10, 2021, the Court issued its *Opinion and Order Granting Final Approval Of A Partial Settlement, Granting Certification Of A Settlement Class, Granting Appointment Of Settlement Class Counsel [1794], Denying Objections, And Adopting The Report And Recommendation [2006]* ("Opinion and

Final Approval Order"), 571 F. Supp. 3d 746 (E.D. Mich. 2021) (ECF No. 2008, PageID.69537-69714).

The Opinion and Final Approval Order approved the settlement reached between Plaintiffs and the Settling Defendants in the Amended Settlement Agreement ("ASA"), ECF No. 1394-2, PageID.54120-54211 (dated January 15, 2021).[1] The ASA specified various duties of the Special Master and defines the Special Master as Deborah Greenspan. ASA, at §1.77, ECF No. 1394-2, PageID.54136. As set forth in the Opinion and Final Approval Order, pursuant to the ASA, the Special Master oversees various aspects of the settlement and her duties include: "(1) consulting with the Claims Administrator and making decisions regarding registration and participation; (2) considering and deciding, in a timely fashion, any appeals taken by participants …; and (3) handling any disputes that arise involving the ASA." Opinion and Final Approval Order, 571 F. Supp. 3d at 761, ECF No. 2008 at PageID.69554 (citing ASA at PageID.54163–54174).

On January 20, 2022, the Court issued its *Order Regarding Settlement-Related Duties Of The Special Master*, ECF No. 2096, PageID.71973 ("January 2022 Order"). By this Order, the Court amended its previous Special Master Appointment Order and directed Deborah E. Greenspan to fulfill all of the duties of

---

[1] Unless otherwise defined herein, all capitalized terms herein have the same meaning set forth in the ASA.

2

Special Master set forth in the ASA. *See* January 2022 Order, PageID.71975. The January 2022 Order further provided:

> Under the provisions of the Special Master Appointment Order, the Court further directs the Special Master to assist the Court in its oversight role by supervising the implementation of the ASA, including, without limitation, supervision and audit of the claims administration process and the entities engaged to provide services in connection with the review, evaluation, and administration of claims and the distribution of settlement assets. The Special Master shall address issues of interpretation of Exhibit 8 to the ASA and the exhibits thereto and shall be authorized and directed to provide direction to the Claims Administrator regarding questions of interpretation. The Special Master may submit recommendations to the Court regarding interpretation matters. Any determinations regarding interpretation affecting the eligibility of and compensation category of claims shall be posted on the Claims Administrator's website. The Special Master shall report to the Court periodically on the progress of the settlement and on any issues or matters of concern that may arise under the implementation of the ASA.

*Id.* at PageID.71975-71976.

On January 31, 2023, the Special Master filed a *Report and Recommendation of the Special Master Regarding Addition of Claims Administrator Services for the Partial Settlement* (ECF No. 2341). In that report, the Special Master recommended that "the Court approve the engagement of two entities to design and implement revised claims management and review processes and to design additional quality control procedures." *Id.*, at PageID.75991. The Special Master identified the two proposed entities as Wolf Garretson LLC and Alvarez & Marsal Disputes and Investigations, LLC. *Id.*, at PageID.75992. The Special Master's recommendations were approved by this Court in an *Order Authorizing Engagement Of Wolf*

3

*Garretson LLC And Alvarez & Marsal Disputes And Investigations, LLC Under The Supervision Of The Special Master To Provide Certain Defined Services In Connection With The Administration Of Claims In the Partial Settlement*, dated February 1, 2023 (ECF No. 2341) ("February 1, 2023 Order").

Consistent with the February 1, 2023 Order, the Special Master engaged Wolf Garretson LLC ("Wolf Garretson") to provide certain defined services in connection with the claims administration process. The engagement was memorialized in the "Flint Water Cases Settlement Program Services Agreement" (the "Agreement"), executed on February 13, 2023.

Wolf Garretson engaged Print Concierge, LLC ("Print Concierge") to provide services with respect to mailing notices to claimants who filed their claims without a lawyer. Print Concierge's fees include the cost of postage, collating, inserting notices and reply envelopes.

Print Concierge has now submitted invoices in the amount of $8,550.34 for services provided from April 10, 2025 through June 3, 2025. (Invoices for previous services were included on invoices submitted by Wolf Garretson.) The Special Master has reviewed the invoices and determined that the expenses are reasonable.

4

**Payment**

The fees, if approved, would be paid from the FWC Qualified Settlement Fund, which has been established under the terms of the Court's February 2, 2021 *Order Granting Motion To Establish Qualified Settlement Fund and Sub-Qualified Settlement Funds, and Establishing QSF Authorized Banking Institution [1408]*, ECF No. 1410.

I recommend that the Court authorize payment of these invoices to enable the completion of the claim review process. By this Notice, I am requesting that the Court authorize the payment of $8,550.34 as directed by the Special Master for payment to Print Concierge.

Respectfully submitted,

Date: June 13, 2025                     */s/ Deborah E. Greenspan*_____
                                        Deborah E. Greenspan
                                        Special Master
                                        BLANK ROME LLP
                                        Michigan Bar # P33632
                                        1825 Eye Street, N.W.
                                        Washington, DC  20006
                                        Telephone: (202) 420-2200
                                        Facsimile: (202) 420-2201
                                        Deborah.Greenspan@blankrome.com

**CERTIFICATE OF SERVICE**

  I certify that on June 13, 2025, I electronically filed the foregoing document with the Clerk of the Court using the Court's ECF system, which will send notification of such filing to attorneys of record.

Dated:  June 13, 2025      */s/ Deborah E. Greenspan*
              Deborah E. Greenspan
              Special Master
              BLANK ROME LLP
              Michigan Bar # P33632
              1825 Eye Street, N.W.
              Washington, DC  20006
              Telephone: (202) 420-2200
              Facsimile: (202) 420-2201
              Deborah.Greenspan@blankrome.com