# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* **Flint Water Cases.**

_____/  Judith E. Levy
                                  United States District Judge

**This Order Relates To:**

**ALL CASES**

_____/

**[proposed] ORDER AUTHORIZING DISTRIBUTION OF FUNDS FROM FWC QUALIFIED SETTLEMENT FUND FOR PAYMENT FOR SERVICES PROVIDED BY PRINT CONCIERGE LLC FOR THE PURPOSE OF ASSISTING WOLF GARRETSON LLC AND THE SPECIAL MASTER WITH THE CLAIMS ADMINISTRATION PROCESS FOR THE PERIOD OF APRIL 2025 THROUGH JUNE 2025**

Having now considered the *Notice of the Special Master Regarding Payment for Services Provided by Print Concierge LLC for The Purpose of Assisting Wolf Garretson LLC and The Special Master With the Claims Administration Process For The Period of April 2025 Through June 2025*, ECF No. ____ ("Notice"):

IT IS HEREBY ORDERED THAT:

A distribution of funds in the amount of $8,550.34 from the QWF Qualified Settlement Fund is approved. The QSF Administrator is directed to disburse the funds to Print Concierge, LLC as directed by the Special Master.

**IT IS SO ORDERED.**

Dated: June \_\_\_\_, 2025
Ann Arbor, Michigan

        JUDITH E. LEVY
        United States District Judge