# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases. | Judith E. Levy |
| | United States District Judge |
| _____/ | |

This Order Relates To:

ALL CASES

_____/

## ORDER AUTHORIZING DISTRIBUTION OF FUNDS FROM FWC QUALIFIED SETTLEMENT FUND FOR PAYMENT FOR SERVICES PROVIDED BY PRINT CONCIERGE LLC FOR THE PURPOSE OF ASSISTING WOLF GARRETSON LLC AND THE SPECIAL MASTER WITH THE CLAIMS ADMINISTRATION PROCESS FOR THE PERIOD OF APRIL 2025 THROUGH JUNE 2025 [3252]

Having now considered the Notice of the Special Master Regarding Payment for Services Provided by Print Concierge LLC for the Purpose of Assisting Wolf Garretson LLC and the Special Master with the Claims Administration Process for the Period of April 2025 Through June 2025 ("Notice"), (ECF No. 3252),:

IT IS HEREBY ORDERED THAT:

A distribution of funds in the amount of $8,550.34 from the FWC Qualified Settlement Fund is approved. The QSF Administrator is

directed to disburse the funds to Print Concierge, LLC as directed by the Special Master.

    IT IS SO ORDERED.

| | |
|---|---|
| Dated: June 16, 2025<br>Ann Arbor, Michigan | s/Judith E. Levy<br>JUDITH E. LEVY<br>United States District Judge |

### CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 16, 2025.

                                                s/William Barkholz
                                                WILLIAM BARKHOLZ