# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/     Judith E. Levy
                                United States District Judge

**This Order Relates To:**

**ALL CASES**
_____/

**ORDER AUTHORIZING DISTRIBUTION OF FUNDS FROM THE QUALIFIED SETTLEMENT FUND FOR PAYMENT OF FEES AND EXPENSES FOR SERVICES PROVIDED BY ALVAREZ & MARSAL DISPUTES AND INVESTIGATIONS, LLC FOR THE PURPOSE OF ASSISTING THE SPECIAL MASTER WITH THE CLAIMS ADMINISTRATION PROCESS FOR THE PERIOD OCTOBER 1, 2024 THROUGH OCTOBER 31, 2024**

Having now considered the Notice of the Special Master Regarding Request for Payment of Fees and Expenses for Services Provided by Alvarez & Marsal Disputes and Investigations, LLC For the Purposes of Assisting the Special Master with the Claims Administration Process for the Period October 1, 2024 through October 31, 2024, filed on June 16, 2025, ECF No. ____ ("Notice"):

IT IS HEREBY ORDERED THAT:

A distribution of funds in the amount of $406,350.25 from the FWC Qualified Settlement Fund[1] for the purpose of paying Alvarez & Marsal Disputes and Investigations, LLC is approved. The QSF Administrator is directed to disburse the funds to Alvarez & Marsal Disputes and Investigations, LLC as directed by the Special Master.

**IT IS SO ORDERED.**

Dated: June ___, 2025
Ann Arbor, Michigan

JUDITH E. LEVY
United States District Judge

---

[1] Unless otherwise defined herein, all capitalized terms herein have the same meaning set forth in the Amended Settlement Agreement.