UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases. | Judith E. Levy |
| | United States District Judge |
| _____/ | |

This Order Relates To:

ALL CASES

_____/

**ORDER AUTHORIZING DISTRIBUTION OF FUNDS FROM THE QUALIFIED SETTLEMENT FUND FOR PAYMENT OF FEES AND EXPENSES FOR SERVICES PROVIDED BY ALVAREZ & MARSAL DISPUTES AND INVESTIGATIONS, LLC FOR THE PURPOSE OF ASSISTING THE SPECIAL MASTER WITH THE CLAIMS ADMINISTRATION PROCESS FOR THE PERIOD OCTOBER 1, 2024 THROUGH OCTOBER 31, 2024 [3254]**

Having now considered the Notice of the Special Master Regarding Request for Payment of Fees and Expenses for Services Provided by Alvarez & Marsal Disputes and Investigations, LLC for the Purposes of Assisting the Special Master with the Claims Administration Process for the Period October 1, 2024 through October 31, 2024, filed on June 16, 2025, (ECF No. 3254), ("Notice"):

IT IS HEREBY ORDERED THAT:

A distribution of funds in the amount of $406,350.25 from the FWC Qualified Settlement Fund[1] for the purpose of paying Alvarez & Marsal Disputes and Investigations, LLC is approved. The QSF Administrator is directed to disburse the funds to Alvarez & Marsal Disputes and Investigations, LLC as directed by the Special Master.

IT IS SO ORDERED.

Dated: June 16, 2025         s/Judith E. Levy
Ann Arbor, Michigan        JUDITH E. LEVY
       United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 16, 2025.

       s/William Barkholz
       WILLIAM BARKHOLZ

---

[1] Unless otherwise defined herein, all capitalized terms herein have the same meaning set forth in the Amended Settlement Agreement.