UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re Flint Water Cases*

Civil No. 5:16-cv-10444
(Consolidated)

Judith E. Levy
United States District Judge

_____/

## NOTICE OF APPEARANCE

The following attorney hereby enters her appearance on behalf of Defendant United States of America in the above-captioned matter:

Albert K. Lai
DC Bar No. 1007316
U.S. Department of Justice, Civil Division
Torts Branch – Environmental Torts Litigation
Tel: (202) 616-4223
Fax: (202) 616-4473
*Albert.Lai@usdoj.gov*

**Street Address:**
1100 L Street NW
Third Floor
Washington, DC 20005

**U.S. Mail Address:**[1]
P.O. Box 340, Ben Franklin Station
Washington, DC 20044

---

[1] All deliveries to the undersigned via U.S. Mail are significantly delayed due to security precautions. All mailed materials should be sent via private delivery service to the street address listed above.

1

Additionally, please note that while the undersigned does not have an office in the Eastern District of Michigan, he is unable to designate a local Assistant United States Attorney as required under Local Rule 83.20(g). The United States Attorney's Office for the Eastern District of Michigan is recused from this civil matter. The Department of Justice, Civil Division, by and through the Assistant Attorney General of the Civil Division, will serve as the Attorney for the United States of America, acting under authority granted by 28 U.S.C. § 515.

Dated: June 18, 2025                                                  Respectfully submitted,

*/s/ Albert K. Lai*
Albert Lai
DC Bar No. 1007316
Assistant Director
U.S. Department of Justice
Civil Division, Torts Branch
Environmental Torts Litigation
1100 L Street NW
Washington, DC 20005
Tel: (202) 616-4223
Fax: (202) 616-4473
*Albert.Lai@usdoj.gov*

*Counsel for Defendant*
*United States of America*

## CERTIFICATE OF SERVICE

I hereby certify on June 18, 2025, that a true and correct copy of the foregoing document was served on all counsel of record through the Court's CM/ECF system.

*/s/ Albert K. Lai*
Albert K. Lai
