UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases<br><br>_____/ | Civil No. 5:16-cv-10444-JEL<br>(Consolidated)<br><br>Hon. Judith E. Levy |
| *Walters, et al.*,<br><br>      *Plaintiffs*,<br><br>v.<br><br>*City of Flint, et al.*,<br><br>      *Defendants*.<br>_____/ | No. 5:17-cv-10164-JEL |

**MOTION FOR WITHDRAWAL OF
ATTORNEY DANIEL C. EAGLES**

Defendant United States of America respectfully moves the Court for a text-only order withdrawing the appearance of Daniel C. Eagles as counsel of record. Undersigned counsel expects to leave the Department of Justice on June 27, 2025. Other Trial Attorneys from the United States Department of Justice, including Jason Cohen, Albert Lai, Eric Rey, Michelle Domingue, Lauren Gerber, and Heidy Gonzalez, will continue to serve as counsel of record for the United States.

Dated: June 25, 2025                    Respectfully submitted,

        *s/ Daniel C. Eagles*
        DANIEL C. EAGLES
        Trial Attorney
        United States Department of Justice
        Civil Division, Torts Branch
        Environmental Torts Litigation Section
        1100 L Street NW
        Washington, DC 20005
        E-mail: Daniel.C.Eagles@usdoj.gov
        Phone: 202-880-0387

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2025, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon all counsel of record.

*s/ Daniel C. Eagles*
DANIEL C. EAGLES
