UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re Flint Water Cases. <br><br> _____/ <br><br> This Order Relates to: <br><br> Meeks, *et al.* v. United States, <br> Case No. 16-10444 | Civil No. 16-cv-10444 <br> (Consolidated) <br><br> Judith E. Levy <br> United States District Judge |

**JOINT PROPOSED AMENDED SCHEDULING ORDER *MEEKS V. UNITED STATES***

The *Meeks* Plaintiffs and Defendant, the United States of America, hereby jointly submit the following proposed amended scheduling order to ensure sufficient time is available to the United States to produce all relevant expert reports, and to provide the Plaintiffs sufficient time to respond.[1]

| Event | Deadline/Date Range |
|---|---|
| Written Discovery to Plaintiffs <br><br> No more than thirty (30) requests for production of documents and tangible things, twenty-five (25) interrogatories, and twenty-five (25) requests for admissions. These maximum numbers shall include sub-parts to any particular request. *See* Case No. 5:17-cv-10164, ECF No. 976 at PageID.69789. | Currently open. *See* Case No. 5:17-cv-10164, ECF No. 976 at PageID.69789. <br><br> All discovery requests must be served reasonably in advance, and no later than thirty days before, the Fact Discovery Deadline. Case No. 5:17-cv-10164, ECF No. 976 at PageID.69791. |

---

[1] The requested amended deadlines are highlighted in yellow.

1

| Event | Deadline/Date Range |
|---|---|
| Written Discovery to Defendant<br><br>No more than thirty (30) interrogatories, fifty (50) requests for production, and forty-five (45) requests for admission. Plaintiffs may also notice additional depositions of the United States employees. *See* **Case No. 5:17-cv-10164, ECF No. 976 at PageID.69790–91.** | Currently open. *See* **Case No. 5:17-cv-10164, ECF No. 976 at PageID.69790.**<br><br>All discovery requests must be served reasonably in advance, and no later than thirty days before, the Fact Discovery Deadline. *See* **Case No. 5:17-cv-10164, ECF No. 976 at PageID.69791.** |
| United States serves updated authorization forms and Interrogatories for Plaintiffs to identify health providers and educational providers to facilitate depositions (United States 1st Set of Interrogatories) | February 28, 2025<br><br>Completed. |
| Parties' submissions regarding proposed Home Inspection and Neuropsychological IME protocols | March 3, 2025.<br><br>Completed. |
| Plaintiffs provide complete responses to United States' 1st Set of Interrogatories | March 14, 2025<br><br>Completed. |
| Plaintiffs provide signed authorizations and record releases for those providers identified in response to the United States' 1st Set of Interrogatories | March 14, 2025<br><br>Completed. |
| Completion of Plaintiff Depositions | March 3, 2025 — May 10, 2025*<br><br>Completed. |
| Completion of Defense (Non-Expert) Depositions | March 3, 2025 — May 10, 2025*<br><br>Completed. |
| Plaintiffs' Expert Reports and Disclosures (except Plaintiffs' Liability Experts) | June 2, 2025<br><br>Completed. |
| Plaintiffs' Expert Depositions (except Plaintiffs' Liability Experts) | June 2, 2025 — July 18, 2025<br><br>Completed. |

| Event | Deadline/Date Range |
|---|---|
| Plaintiffs' Expert Report and Disclosures for Plaintiffs' Liability Experts | July 11, 2025<br><br>Completed. |
| Deposition of Plaintiffs' Liability Experts | July 18, 2025 — August 7, 2025 |
| Defendant's Expert Reports and Complete Disclosures for Defendant's Toxicology and Economic Experts and Rule 26(a)(2)(C) Disclosures | July 28, 2025 |
| Defendant's Rule 35 Reports and Expert Reports and Complete Disclosures for Defendant's Neuropsychology and Neurology Experts and any Expert Reports and Complete Disclosures Responsive to Plaintiffs' Liability Experts<br><br>(Except Defendant's Neuropsychologist for Plaintiff J.C.) [2] | August 29, 2025 |
| Plaintiffs' Reply Expert Reports (if necessary) to Defendant's Expert Disclosures | September 12, 2025[3] |
| Defendant's Expert Depositions | August 18, 2025 — September 26, 2025 |
| Close of fact discovery subject to exceptions in the Federal Rules or Court-ordered exceptions | September 26, 2025 |
| IME and home inspections (if needed) | By close of fact discovery (September 26, 2025) |
| United States' Supplemental Notice of Non-Party at Fault | September 26, 2025 |

---

[2] The Parties have agreed to meet and confer to determine a separate proposed deadline for Defendant's Neuropsychologist report for J.C. The Parties will meet and confer on this deadline at the time J.C.'s IME has been confirmed (the parties agree that confirmation shall occur by August 11, 2025).

[3] Depending on the number of expert reports ultimately submitted by the United States on August 29th, Plaintiffs reserve the right to seek additional time to respond if needed.

| Event | Deadline/Date Range |
|---|---|
| *Daubert* and Summary Judgment + Subject Matter Jurisdiction Motions Opening Briefs | October 1, 2025*<br><br>**The United States' combined Rule 56 and Rule 12(h)(3) motion shall not exceed 35 pages, without leave pursuant to Local Rule 7.1(d)(3)(A). *See* 5:16-cv-10444-JEL-EAS ECF No. 3202, PageID.108158 (adding 10 pages to Rule 7 page limit). |
| *Daubert* and Summary Judgment + Subject Matter Jurisdiction Response Briefs | November 17, 2025*<br><br>**Plaintiffs' opposition to United States' combined Rule 56 and Rule 12(h)(3) motion shall not exceed 35 pages, without leave pursuant to Local Rule 7.1(d)(3)(A). *See* 5:16-cv-10444-JEL-EAS ECF No. 3202, PageID.108158 (adding 10 pages to Rule 7 page limit). |
| *Daubert* and Summary Judgment + Subject Matter Jurisdiction Reply Briefs | December 8, 2025<br><br>**The United States' reply to its combined Rule 56 and Rule 12(h)(3) motion shall not exceed 12 pages, without leave pursuant to Local Rule 7.1(d)(3)(B). *See* 5:16-cv-10444-JEL-EAS ECF No. 3202, PageID.108158 (adding 7 pages to Rule 7 page limit). |
| Oral Argument on *Daubert* Motions | TBD |
| Oral Argument on Summary Judgment + Subject Matter Jurisdiction Motions | TBD |
| Motions in Limine Opening Briefs | December 15, 2025*<br><br>**Each party will submit one *omnibus* motion with a 20-page limit. |
| Motions in Limine Response Briefs | December 22, 2025 |
| Motions in Limine Reply | January 5, 2026 |

| Event | Deadline/Date Range |
|---|---|
| Oral Argument on Motions in Limine | TBD |
| Parties' findings of fact and conclusions of law | January 5, 2026* |
| Final Pretrial Order (including findings of fact, conclusions of law, proposed witness list) | January 5, 2026* |
| Final Pretrial Conference | TBD |
| First Day of Trial | January 26, 2026* |

Dated: 7/29/2025

s/ Melanie Daly
Melanie Daly
Corey M. Stern
Kiersten Holms
Zachary Roy
Levy Konigsberg, LLP
605 Third Avenue, 33rd Floor
New York, NY 10158
212 605-6298
cstern@levylaw.com
**Counsel for Plaintiffs**

Respectfully submitted,

s/ Jason T. Cohen
Jason T. Cohen
Albert K. Lai
Lauren Gerber
Heidy L. Gonzalez
Michelle T. Domingue, II
Trial Attorneys
U.S. Department of Justice
Civil Division, Torts Branch
Environmental Torts Litigation
1100 L Street, NW
Washington, DC 20005
Jason.T.Cohen@usdoj.gov
202-598-7450
**Counsel for United States**

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2025, I electronically filed this document with the Clerk of the Court using the ECF System, which will send notification to the ECF counsel of record.

/s/ Lauren Gerber
LAUREN GERBER

*Counsel for United States*