UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In re* Flint Water Cases | Civil No. 5:16-cv-10444 (Consolidated) |
| | Hon. Judith E. Levy |
| _____ | |
| *Walters, et. al.,* | Civil No. 5:17-cv-10164 |
|     Plaintiffs. | |
| v. | |
| *City of Flint, et al.,* | |
|     Defendants. | |
| _____/ | |
| *Meeks, et. al.*, | Civil No. 5:19-cv-13359 |
|     Plaintiffs, | |
| v. | |
| *United States*, | |
|     Defendant. | |
| _____/ | |

**MOTION FOR WITHDRAWAL OF
ATTORNEY HEIDY L. GONZALEZ**

    The United States hereby moves for an Order withdrawing Heidy L. Gonzalez as counsel of record for the United States of America in the above-captioned actions. The United States will continue to be represented by Trial Attorneys from the United States Department of Justice, including Jason T. Cohen, Michelle T. Domingue II, Lauren Gerber, and Albert Lai.

Dated: July 31, 2025              Respectfully submitted,

                                            */s/ Jason T. Cohen*
                                            Jason T. Cohen (CA Bar No. 214438)

Michelle T. Dominigue II
Lauren Gerber
Albert Lai
Trial Attorneys
United States Department of Justice
Civil Division, Torts Branch
Environmental Torts Litigation Section
1100 L Street NW
Washington, DC 20005
E-mail: jason.t.cohen@usdoj.gov
Phone: 202-598-7450
*Counsel for the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2025, a copy of the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon all counsel of record.

*/s/ Jason T. Cohen*
Jason T. Cohen
