# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.   Judith E. Levy
   United States District Judge
_____/

This Order Relates To:

*Meeks v. United States*

_____/

## AGENDA FOR AUGUST 14, 2025 STATUS CONFERENCE

The Court will hold a conference in this case on **Thursday August 14, 2025 at 1:00 pm** via Zoom video conference. The Zoom link will be docketed in Case No. 16-10444.

The agenda will be as follows, although the Court may adjust the agenda prior to the conference if necessary.

1. Dispute related to whether to deselect or dismiss with prejudice one of the Plaintiffs in the trial group in *Meeks v. United States*.

IT IS SO ORDERED.

Dated: August 12, 2025   s/Judith E. Levy
Ann Arbor, Michigan   JUDITH E. LEVY
   United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 12, 2025.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager
