UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases.                    Judith E. Levy
                                              United States District Judge

_____/

This Order Relates To:

   *ALL  CASES*

_____/

**ORDER AUTHORIZING DISTRIBUTION OF FUNDS FROM THE QUALIFIED SETTLEMENT FUND FOR PAYMENT OF FEES AND EXPENSES FOR SERVICES PROVIDED BY ALVAREZ & MARSAL DISPUTES AND INVESTIGATIONS, LLC FOR THE PURPOSE OF ASSISTING THE SPECIAL MASTER WITH THE CLAIMS ADMINISTRATION PROCESS FOR THE PERIOD <u>DECEMBER 1, 2024 THROUGH DECEMBER 31, 2024</u>**

Having now considered the *Notice of the Special Master Regarding Request for Payment of Fees and Expenses for Services Provided by Alvarez & Marsal Disputes and Investigations, LLC for the Purpose of Assisting the Special Master with the Claims Administration Process for the Period of December 1, 2024 through December 31, 2024*, filed on September 10, 2025, ECF No. 3287 ("Notice"):

IT IS HEREBY ORDERED THAT:

A distribution of funds in the amount of $239,020.50 from the FWC Qualified Settlement Fund[1] for the purpose of paying Alvarez & Marsal Disputes and Investigations, LLC is approved. The QSF Administrator is directed to disburse the funds to Alvarez & Marsal Disputes and Investigations, LLC as directed by the Special Master.

IT IS SO ORDERED.

Dated: September 11, 2025          s/Judith E. Levy
Ann Arbor, Michigan                JUDITH E. LEVY
                                   United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 11, 2025.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager

---

[1] Unless otherwise defined herein, all capitalized terms herein have the same meaning set forth in the Amended Settlement Agreement.