UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

ORDER AUTHORIZING DISTRIBUTION OF FUNDS
FROM THE QUALIFIED SETTLEMENT FUND FOR ONGOING
SERVICES PROVIDED BY ARCHER SYSTEMS

On January 21, 2021, the Court appointed Archer Systems, LLC as Claims, QSF, and Lien Resolution Administrator for purposes of the preliminary settlement and conditional class certification.[1] *See Opinion and Order Granting Plaintiffs' Motion to Establish Settlement Claims Procedures and Allocation and for Preliminary Approval of Class Settlement Components [1318] and Granting Plaintiffs' Motion for an Order Adopting the Proposed Motion for Approval of Wrongful Death Settlement [1334]*, ECF No. 1399. On November 10, 2021, the Court

---

[1] All capitalized terms herein have the same meaning set forth in the Amended Settlement Agreement that the Court has preliminarily approved.

confirmed the appointment of Archer Systems LLC as Claims Administrator in its *Opinion and Order Granting Final Approval of a Partial Settlement, Granting Certification of a Settlement Class, Granting Appointment of Settlement Class Counsel [1794], Denying Objections, and Adopting the Report and Recommendation [2006]*, ECF No. 2008, PageID.69553 ("Final Approval Order").

Having now considered the *Notice and Recommendation of the Special Master Regarding Certain Fees for Ongoing Services Provided By Archer Systems,* ECF No. 3291, filed on September 24, 2025 ("Notice"), and the request to authorize the distribution of funds from the Qualified Settlement Fund for the purpose of paying Archer Systems, LLC:

IT IS HEREBY ORDERED, that:

A distribution of funds in the amount of $433,040 from the Qualified Settlement Fund for the purpose of paying Archer Systems, LLC is authorized and approved.

IT IS SO ORDERED.


Dated: September 25, 2025         s/Judith E. Levy
Ann Arbor, Michigan                JUDITH E. LEVY
                                   United States District Judge

2

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 25, 2025.

                                             s/William Barkholz
                                             WILLIAM BARKHOLZ
                                             Case Manager