*Melvin Jones Jr.*

*Pro Se appellant and Flint Water Crisis Claimant as to the EPIQ and ARCHER Flint water crisis claims administrator[s]*

*1935 Hosler St.*

*Flint,Michigan 48503*

*Ph# 415-562-5074*

*Email:*

*jonesjrmel@gmail.com*

## NOTICE OF APPEAL TO THE 6th Circuit Court of Appeals [of Ecf Doc. #  3311] - Denial of motion to Stay

**CASE #16-cv-10444**

*Judge Judith Ellen Levy*
*NOTICE OF APPEAL;*
*(with REQUEST for LEAVE to file such via the PRO SE online portal)*

*Introduction and request for leave:*
*In related Flint Water Crisis case #22-mc-51723 (and considering 6th Circuit Mandum #21-2655)… the presiding Judge LEVY has "as best that I can tell" SHOULD/ must allow me to file a NOTICE OF APPEAL {e.g. so as NOT to unconstitutional impede my ACCESS (full) to the FEDERAL COURT …this is especially true when taken with 6th Circuit Mandamus #21-1801 as to filing a ==notice== of appeal …[there]*

*should be NO restrictions as to HOW I do so on the docket of the instant case #16-cv-10444;*

*2.) I am an interested party in the instant Flint Water Crisis case #16-cv-10444 — which is CLEARLY EVIDENCED by the U.S. District Court's [service by mail] of NOTICE as to [notice of remote hearing (Ecf Doc. #3304 - WHICH IS AFFIXED HERETO AS EXHIBIT A)]... which I did in fact receive on or about October 4th, 2025…. and due to its SMALL print… I have just recently come to know what the document is about:*



**3.) *<mark>Equal Justice and fundamental fairness require that I am allowed leave to file my instant</mark>***

***NOTICE OF APPEAL in the case which [I am an interested party] and the VERY court which has WRONGLY restricted me from filing in the "MAIN" Flint Water Crisis case (e.g. 16-cv-10444) has literally done so…. for ALL THE WRONG REASONS.   For example, BOTH adults who live in the home in the City of Flint which [I] Melvin Jones Jr. OWN … which is myself and Colleen Connors have BY MY OBSERVATION [albeit at different degrees] exhibited what I can best describe as EPISODIC MANIFESTATIONS of "heavy metal and LEAD EXPOSURE"… to where literally in FACT we BOTH***

*experience and exhibit EPISODIC "unexplainable otherwise" FORGETFULNESS, TIREDNESS and outright "BRAIN FOG"; and VERY RECENTLY…. [I] have had the MEDICAL NEED to have "televisit URGENT CARE" treatment at/ with my "medical team" due to what can be best described by me as [a] Flint Water Crisis worsened affect of my serious cardiovascular medical conditions [e.g. my history of CVA, STROKE and multiple TIA episodes… beginning when I lived in the State of California]... whereby I …NOW stub both my feet/ toes due to muscle weakness and Flint Water Crisis worsening of my "BRAINS*

***CONNECTION WITH MY LOWER BACK and MY LEFT LEG especially" …which [TAKEN WITH ECF DOC. #3299]... I believe that such is DUE TO the CITY of FLINT's and STATE OF MICHIGAN (and) by extension Genesee County/ Genesee County Land Bank's …as well as the Flint Water Crisis "plaintiffs and individual plaintiffs CLASS COUNSEL's" ongoing failures (see related FWC case #16-cv-10277)... as to their OBLIGATIONS to me per 6th Circuit mandamus #21-2655.***

***4.) In short, I have (due to the direct affects upon me by the Flint***

*Water Crisis [and] my pre-existing disabling medical conditions which I had while living in the State of California [e.g. which include various injuries sustained by me during my many years of EMPLOYMENT in the State of California]... I have been WRONGLY and FALSELY LABELED by the 6th Circuit Court of Appeals and the presiding Judge in the instant FWC case #16-cv-10444 as being "nonsensical and repetitive" and thereby VEXATIOUS; which in FACT is directly related to me being a DISABLED PERSON and directly related to [me] for several years now being a VICTIM and BLESSED*

*SURVIVOR OF THE FLINT WATER CRISIS… (e.g. which literally on August 9th, 2024 [I] believe required that my CARDIOLOGIST PRESCRIBE ME AN ENTIRELY NEW CARDIAC MEDICATION)…. That is to say — [yes, the 6th Circuit Court of appeals and Judge Levy's RUSH to wrongly LABEL ME as "vexatious" (e.g. see 6th Circuit mandamus #21-1801 for example) …. is how it is and which [I] believe gave rise to Ecf. Doc. 3299 and Judge LEVY's UNCONSTITIONAL and PREJUDICIAL EX PARTE COMMUNICATIONS DIRECTLY [e.g. not via their attorneys… but INDIRECTLY with FTCA Plaintiffs/*

*Flint Water Crisis plaintiffs]].... and gave RISE to the US EPA's motion to stay [Ecf. Doc. # 3302 ] being via "judicial usurpation" put forth by Judge Judity Ellen LEVY… wrongly and unconstitutionally DENIED (see ORDER  - ECF DOC. # 3311 ).... which then gives RISE NOW… to MY INSTANT NOTICE OF APPEAL as to such to the 6th Circuit Court of Appeals.*

*Simply put — MANY years ago (approx. 25 years ago)…. when I lived in the State of California and [I] still was able to drive a car/ I was NOT as disabled as I have been since the year approx. 2015 (when I*

*lived in Detroit Michigan)... I worked [for a VERY short time] as a "HOUSING DISCRIMINATION IN THE FIELD INVESTIGATOR".... and two (2) of the most memorable cases which I investigated and "made a referral and finding of discrimination" for litigation involved a MEXICAN LANDLORD discriminating against a WHITE COUPLE in favor a "fellow Mexican tenants"; and [no kidding] WHITE CHRISTIAN LAND LORD[s] literally discriminating against A JEWISH WOMAN {e.g. I now know that the latter was GOD "opening the eyes of my heart" - through me being a Blessing to the JEWISH WOMAN*

*who was being discriminated against}.... SO THAT [I] COULD BE BLESSED TO MEET and GET TO KNOW  - COLLEEN CONNORS {<u>i.e. the JEWISH PERSON and WONDERFUL PERSON who also lives at 1935 Hosler St. Flint and has recently filed her own notice of appeal in the instant case [ Ecf. Doc. #3312 ]</u>}.... Here, the relevance of the aforementioned is to say as to the Flint Water Crisis [and especially taken with 6th Circuit Mandamus #21-2655]... "INJUSTICE ANYWHERE…. IS INJUSTICE EVERYWHERE" [MLK].... so looking VERY closely at Ecf. Doc. #3299…. The OBVIOUS INJUSTICE is that*

*unlike Colleen [who is NON-disabled compared to me].... I (Melvin Jones Jr. - a NON-JEWISH PERSON and who is A DISABLED PERSON per Michigan State Law and FEDERAL LAW/ STATUTE)... am WRONGLY SEGREGATED from FWC #16-cv-10444…. which literally [can be reason enough for the US EPA as to FWC #17-cv-11218 and the instant FTCA FWC case #16-cv-10444] to VIEW SUCH as NON-JURISDICTIONAL for Judge Judith Ellen Levy to preside over and/ or actually "hear" said FTCA Flint Water Crisis case in the first place.*

*NOTE: [I] have NOT provided the $605 appeal fee for two reasons…. the first of which is that [as best that I can tell] there is NO means via the PRO SE portal to do so; and the second is that I fully intend upon motioning the 6th Circuit Court of Appeals for - IFP STATUS on appeal.*

*Thank you.*

*Best.*
*Respectfully Submitted.*

*Date: October 13th, 2025*
*Signed:*

_____.
**Melvin Jones Jr.** *(pro se appellant) Flint water crisis claimant as to EPIQ and ARCHER claims administrator*
1935 Hosler St. Flint Michigan 48503
Email: jonesjrmel@gmail.com

ph# 415-562-5074

*(continued on the NEXT page)*

*SEE THE ATTACHED EXHIBITS and continuation of my NOTICE OF APPEAL*