# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.                             Judith E. Levy
                                                       United States District Judge
_____/

This Order Relates To:

*Meeks v. United States*

_____/

## AGENDA FOR OCTOBER 20, 2025 STATUS CONFERENCE

The Court will hold a conference in this case on **Monday October 20, 2025 at 2:30 pm** via Zoom video conference. The Zoom link has been docketed in Case No. 16-10444. (ECF No. 3308.)

The agenda will be as follows, although the Court may adjust the agenda prior to the conference if necessary.

1. Disputes related to discovery requests by Plaintiffs.
2. Proposals related to trial matters.
3. Status report on the impact of the lapse in appropriations.

IT IS SO ORDERED.

Dated: October 16, 2025           s/Judith E. Levy
Ann Arbor, Michigan               JUDITH E. LEVY

United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 16, 2025.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager