# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

MEEKS *et al.*, v. UNITED STATES
Case No. 16-cv-10444

_____/

## ORDER REGARDING MATTERS DISCUSSED AT THE OCTOBER 20, 2025 VIDEO CONFERENCE

On October 20, 2025, the Court held a video teleconference regarding discovery and other case management-related issues, and now orders the following:

1. With regard to the dispute over informer's privilege and withheld or redacted EPA OIG Workpapers, for the reasons set forth on the record, the United States must remove redactions of the content of the workpapers by 5 p.m. ET on October 22, 2025. Redactions of confidential informant (CI) names or other directly identifying information (e.g., birthdays) may remain. However,

by 5 p.m. ET on October 29, 2025, the United States must determine if any of the four CIs are still employed by the United States Environmental Protection Agency (EPA). If not, the names of those CIs must be provided to Plaintiffs at that time.

2. With regard to the dispute over assertions of attorney-client privilege, for the reasons set forth on the record, the United States must determine by 5 p.m. ET on October 29, 2025 whether it has waived attorney-client privilege because the legal advice contained in the documents (US_Flint0141868-US_Flint0141868 and US_Flint0170968-US_Flint0170981) is "at issue." If so, the unredacted documents must be provided to Plaintiffs at that time. If the United States continues to assert attorney-client privilege, the documents will be referred to Magistrate Judge Elizabeth Stafford for expedited consideration of whether attorney-client privilege applies.

3. With regard to the dispute over the Drinking Water Primacy "One-Pager," for the reasons set forth on the record, the United States must complete its review for attorney-client privilege by 5 p.m. ET on October 29, 2025. If the United States asserts

attorney-client privilege, the documents will be referred to Magistrate Judge Elizabeth Stafford for expedited consideration of whether attorney-client privilege applies.

4. With regard to the dispute over the relevancy of material related to the EPA's decision to lift the 2016 Flint Emergency Order, for the reasons set forth on the record, the United States must determine whether it will produce this material by 5 p.m. ET on October 29, 2025. If the United States has determined that the material is relevant, it must provide Plaintiffs with the material at that time. If the United States continues to object that the material is not relevant, then the material will be submitted to this Court for *in camera* review of its relevancy.

5. With regard to the dispute over OIG workpapers related to John O'Grady, Mark Pollins, and Peter Grevatt, for the reasons set forth on the record, the United States must determine whether these workpapers exist and produce those that do by 5 p.m. ET on October 29, 2025.

IT IS SO ORDERED.

Dated: October 21, 2025　　　　　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　　　　JUDITH E. LEVY

United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 21, 2025.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager