*Colleen Connors - pro se appellant in 6th Circuit Court Appeal #25-1909;*
*and Flint Water Crisis Claimant*
*1935 Hosler St. Flint, Michigan*
*48503*
*Email: cmcolleen4@gmail.com*
*Ph#408-459-9635*

# *[and]*

*Melvin Jones Jr. (disabled) - pro se appellant in 6th Circuit Court Appeal #25-1932;*
*and Flint Water Crisis Claimant*
*1935 Hosler St. Flint, Michigan*
*48503*
*Email: [jonesjrmel@gmail.com](jonesjrmel@gmail.com)*
*Ph#415-562-5064*

# *IN THE United States District Court for the EASTERN DISTRICT for the State of Michigan*
# *CASE #16-cv-10444*
# *Honorable Judge Judith Levy presiding*
# *EMERGENCY EX PARTE REQUEST FOR PERMISSION TO APPEAL ECF DOC. #3311* <mark>*and*</mark>

***<u>leave request to file the instant request for permission to appeal which in the case of our separate filings in the US DISTRICT COURT [e.g. Ecf. Doc# 3299, taken with ECF. Doc. #'s 3321, 3322 and #3323</u>*** — and your additional order your Honor.... Which is [Ecf. Doc. #3320] and the US EPA's statements during the STATUS CONFERENCE held on October 20th, 2025 {e.g. that the current LACK of APPROPRIATIONS are making it difficult for them {e.g. the DOJ defense attorneys for the US EPA} to meet court orders as to responding to the FTCA plaintiffs' "discovery issues"/ pre-trial discovery WHICH COULD result in termination of the instant FTCA Flint Water Crisis matter [e.g. AS COULD AN APPEAL (we) believe being heard and decided by the 6th Circuit Appeals Court ( DUE TO ISSUES OF CONTROLLING LAW CONTAINED IN OUR FILINGS and/ or OBJECTIONS.... which COULD materially ADVANCE the litigation in the instant FTCA - US EPA Flint Water Crisis case*

#16-cv-10444 — ==AND SO, [I] MELVIN JONES JR. due to the AFOREMENTIONED EARNEST BELIEFS WHICH I HAVE ….respectfully REQUEST LEAVE TO FILE THE INSTANT DOCUMENT – which SEEKS an IMMEDIATE EMERGENCY EX PARTE PERMISSION from you - your Honor for [us] TO APPEAL your order IN ECF. DOC# 3311   )].==

## ==INTRODUCTION:==

Your Honor for [us]/ pro se Colleen Connors and Melvin Jones Jr.; TIME IS OF THE ESSENCE for this instant document to be filed [e.g. given our ALREADY filed separate NOTICES of APPEAL in FWC #16-cv-10444 ( see specifically Ecf. Doc. #3316 and #3312  )].   Here, we believe that the STATUS CONFERENCE held on October 20th, 2025 and what we anticipate will be your SOON order which sets pre-trial dates and such…. Which MORE like than not …will ALSO set specific dates for the FTCA plaintiffs' to ANSWER the US EPA's ECF Doc.'s #   — NOW makes VERY prudent our instant REQUEST FOR PERMISSION TO APPEAL #3311.

## Which is to say:

A "controlling question of law" is a legal issue in a case that, if decided, has the potential to resolve the entire dispute or "materially advance the ultimate termination of the litigation". It involves a question of law (as opposed to a question of fact) that is fundamental to the case and for which there is substantial disagreement, and its resolution could avoid a lengthy process of further litigation. These questions can be certified for an immediate, or interlocutory, appeal to a higher court, even before the final judgment is reached.

- **A question of law:** This is a question about the interpretation or application of a legal rule, statute, or precedent, which is decided by a judge, not a jury.
- **A controlling question:** The issue is so central that its resolution would be "controlling" over the outcome of the case.

- *<u>Substantial ground for difference of opinion:</u> There must be a genuine, significant disagreement among courts or legal experts on how the law applies to this specific question.*
- *<u>Materially advance the termination of the litigation:</u> An immediate appeal of this question would move the case toward a final resolution more quickly than if the case were to proceed normally.*

*Generally, you (e.g. which is us/ Colleen Connors and Melvin Jones Jr.)....  must ask for permission to appeal an interlocutory (non-final) order shortly after the order is entered, often within 10 to 30 days, depending on the court. The specific deadline and procedure depend on whether your case is in state or federal court.*

**(continued on the NEXT page)**

## *In federal court*

*In federal court, most orders are not appealable until a final judgment is reached. However, a limited number of non-final orders can be appealed with permission through an interlocutory appeal. The timeline and requirements depend on the specific rule that authorizes the appeal.*

- *10 days under § 1292(b): If the district judge certifies that the order involves a controlling question of law that warrants immediate review, a party must file a petition with the court of appeals within 10 days of the judge's certification.*
- *14 days under Rule 23(f): A petition for permission to appeal an order granting or denying class-action certification must be filed*

*with the court of appeals within 14 days after the order is entered.*

**CONCLUSION:**
**WE believe that the STATUS CONFERENCE held on October 20th, 2025 — RESET THE "clock" so to speak and NOW there is INDICATION to us/ Colleen Connors and Melvin Jones Jr... that ISSUES OF CONTROLLING LAW as to our aforementioned filings/ pleadings TAKEN TOGETHER with Ecf Doc. #3311 and #3299.... now are "PERFECETED" for lack of a better term.**

- **Accordingly your Honor.... [we] ASK that you - your Honor issue an ORDER which either GRANTS or DENY's our instant REQUEST FOR PERMISSION TO APPEAL ECF. DOC# 3311; as we believe that it is VERY possible that resolution of the issues which we intend to raise of appeal to the 6th Circuit Court of Appeals —- MAY in fact MUCH MORE QUICKLY facilitate an EVENTUAL SETTLEMENT or TERMINATION of the ENTIRE case as to the FTCA US EPA Flint Water Crisis matter in #16-cv-10444.**

*Thank you.*
*Respectfully Submitted.*
*Best,*

*DATE: October 21st, 2025*
*SIGNED:*

*[signature: Colleen Connors]*
_____

*Colleen Connors - pro se appellant in 6th Circuit Court Appeal #25-1909; and Flint Water Crisis Claimant*
*1935 Hosler St. Flint, Michigan 48503*
*Email: cmcolleen4@gmail.com*
*Ph#408-459-9635*

*Date: October 21st, 2025*
*SIGNED:*

*_____*

*Melvin Jones Jr. (disabled) - pro se appellant in 6th Circuit Court Appeal #25-1932;*
*and Flint Water Crisis Claimant*
*1935 Hosler St. Flint, Michigan 48503*
*Email: [jonesjrmel@gmail.com](jonesjrmel@gmail.com)*
*Ph#415-562-5064*



10/21/25, 2:46 AM  Gmail - {{ **** CORRECTED EMAIL **** { CORRECTION... my DYSLEXIA and VISION IMPAIRMENT GOT THE BEST OF ME.... ...

Case 5:16-cv-10444-JEL-EAS ECF No. 3328, PageID.110347 Filed 10/21/25 Page 10 of 15

 Gmail

MEL JONES JR <jonesjrmel@gmail.com>

# {{ **** CORRECTED EMAIL **** { CORRECTION... my DYSLEXIA and VISION IMPAIRMENT GOT THE BEST OF ME.... my email should say [2015] as to my freakish SLIP AND FALL in the City of Detroit }... }}: Colleen - it has RECENTLY occurred to me... that [we] MAY want to WAIT to "BRIEF" our 6th Circuit Appeals #25-1909 and #25-1930?

1 message

**MEL JONES JR** <jonesjrmel@gmail.com>  Mon, Oct 20, 2025 at 3:25 PM
To: "deblabelle@aol.com" <deblabelle@aol.com>, Title VI Complaints <Title_VI_Complaints@epa.gov>, TitleVPetitions <titleVpetitions@epa.gov>, Bianca <Garcia.Bianca@epa.gov>, Deborah Greenspan <deborah.greenspan@blankrome.com>, OIG_Hotline@epa.gov, nathan.j.bu@usdoj.gov, Zeldin.Lee@epa.gov, Lauren.Gerber@usdoj.gov, Albert.Lai@usdoj.gov, "mwolock@wolocklaw.com" <mwolock@wolocklaw.com>, "pnapoli_napolilaw.com" <pnapoli@napolilaw.com>, uri.s.fuchs@usdoj.gov, SupremeCtBriefs@usdoj.gov, derek.l.weiss@usdoj.gov, mobrien@irli.org, chajec@irli.org, gcanaan@irli.org, gwv@dcglaw.com, tmccotter@boydengray.com, daniel.epstein@aflegal.org, "jon@publicrightsproject.org" <jon@publicrightsproject.org>, serviceS3@michigan.gov, giovanatiN@michigan.gov, Stacey.Metro@ag.ny.gov, Annabelle.Wilmott@doj.ca.gov, Lorraine.Lopez@doj.ca.gov, Delbert.Tran@doj.ca.gov, zoe.levine@ag.ny.gov, Irina.Trasovan@doj.ca.gov, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, jgrayson@nmdoj.gov, molly.alarcon@sfcityatty.org, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, shannon.stevenson@coag.gov, ksadeck@riag.ri.gov, jared.b.cohen@mass.gov, john.keller@ag.state.mn.us, johnsonkarpg@doj.state.wi.us, julio.thompson@vermont.gov, dmosteller@ncdoj.gov, "jeremy.feigenbaum@njoag.gov" <Jeremy.feigenbaum@njoag.gov>, shankar.duraiswamy@njoag.gov, Viviana.hanley@njoag.gov, shefali.saxena@law.njoag.gov, Elizabeth.walsh@law.njoag.gov, HStern@ag.nv.gov, akirschner@oag.state.md.us, Janelle.Medeiros@ct.gov, PolicyOffice@epa.gov, EIS-Filing@epa.gov, NEPAssisthelp@epa.gov, NEPA@epa.gov, eric.wessan@ag.iowa.gov, matt.rice@ag.tn.gov, nlindzen@corpfraudlaw.com, sara.eisenberg@sfcityatty.org, MEL JONES JR <jonesjrmel@gmail.com>, Colleen Connors <CMColleen4@gmail.com>, osedwick@lawyerscommittee.org, ecaspar@lawyerscommittee.org, csdubov@debevoise.com, ntsang@debevoise.com, sdthomas@debevoise.com, jjpastore@debevoise.com, Laura.Faer@doj.ca.gov, christopher.edelman@usdoj.gov, TuthillH@michigan.gov, michael.myers@ag.ny.gov, Jonathan.wiener@doj.ca.gov, Kirsten.Engel@azag.gov, carrie.noteboom@coag.gov, Scott.Koschwitz@ct.gov, vanessa.kassab@delaware.gov, lyle.t.leonard@hawaii.gov, jason.james@ilag.gov, emma.akrawi@maine.gov, sgoldstein@oag.state.md.us, Turner.Smith@mass.gov, Catherine.Rios-Keating@ag.state.mn.us, Lisa.Morelli@law.njoag.gov, "Newton, Cheryl" <Newton.Cheryl@epa.gov>, "Kaplan, Robert" <kaplan.robert@epa.gov>, "Harrison, Brenda" <Harrison.Brenda@epa.gov>, Trevor.Ezell@gov.texas.gov, chad@brazilanddunn.com, gene.wu@house.texas.gov, gonzalez@msgpllc.com, bradley.a.hinshelwood@usdoj.gov
Cc: Colleen Connors <CMColleen4@gmail.com>, Mel jones jr <meljonesjr@gmail.com>, UrbanForestNewYork@gmail.com, "Acosta-Fox, Ashley" <AcostaFox.Ashley@epa.gov>, "Marissa.Malouff@doj.ca.gov" <Marissa.Malouff@doj.ca.gov>, "kaliko.d.fernandes_hawaii_gov" <kaliko.d.fernandes@hawaii.gov>, "harrist19@michigan.gov" <harrist19@michigan.gov>, "eng.connie@epa.gov" <eng.connie@epa.gov>, "egle-nondiscriminationCC@michigan.gov" <egle-nondiscriminationCC@michigan.gov>, "Cormack, Hayley" <Cormack.Hayley@epa.gov>, "EGLE-Accessibility@michigan.gov" <EGLE-Accessibility@michigan.gov>, "Faltin, Todd (he/they)" <Faltin.Todd@epa.gov>, "Oviedo, Luis" <oviedo.luis@epa.gov>, "MacMillan-Sanchez, Ariel (she/her/hers)" <MacmillanSanchez.Ariel@epa.gov>, "Johnson, Johahna (she/her/hers)" <Johnson.Johahna@epa.gov>, "Mason, Trinita" <Mason.Trinita@epa.gov>, "Moore, Tammy" <moore.tammy@epa.gov>, "Walts, Alan (he/him/his)" <walts.alan@epa.gov>, "Risley, David" <Risley.David@epa.gov>, "tmlewis@cityofflint.com" <tmlewis@cityofflint.com>, "cmcgehee@pittlawpc.com" <cmcgehee@pittlawpc.com>, "eric.a.rey@usdoj.gov" <eric.a.rey@usdoj.gov>, "Jason.T.Cohen@usdoj.gov" <Jason.T.Cohen@usdoj.gov>, Corey <cstern@levylaw.com>, Patrick Lanciotti <PLanciotti@napolilaw.com>, "dpettway@cityofflint.com" <dpettway@cityofflint.com>, "saneeley@cityofflint.com" <saneeley@cityofflint.com>, "mbard@cityofflint.com" <mbard@cityofflint.com>, "michelle.t.domingue.II@usdoj.gov" <michelle.t.domingue.II@usdoj.gov>, "marianne.f.kies@usdoj.gov" <marianne.f.kies@usdoj.gov>, "daniel.c.eagles@usdoj.gov" <daniel.c.eagles@usdoj.gov>, "kuhlr@michigan.gov" <kuhlr@michigan.gov>, "gambilln@michigan.gov" <gambilln@michigan.gov>, "MitosinkaA@michigan.gov" <MitosinkaA@michigan.gov>, "gaiello@mayerbrown.com" <gaiello@mayerbrown.com>, "jkuptz@cityofflint.com" <jkuptz@cityofflint.com>, "dfaraci@campbell-trial-lawyers.com" <dfaraci@campbell-trial-lawyers.com>, "alin@eisnerlaw.com" <alin@eisnerlaw.com>, "ccmushatt@cityofflint.com" <ccmushatt@cityofflint.com>, "heidy.gonzalez@usdoj.gov" <heidy.gonzalez@usdoj.gov>, AG

10/21/25, 2:46 AM                           Gmail - **** CORRECTED EMAIL **** CORRECTION... my DYSLEXIA and VISION IMPAIRMENT GOT THE BEST OF ME.... ...

Case 5:16-cv-10444-JEL-EAS ECF No. 3328, PageID.110348, Filed 10/21/25, Page 11 of 15

attorney as to MI COC civil case #23-000115-MZ <bettenhausenm@michigan.gov>, robinsonr11 <robinsonr11@michigan.gov>, Justus Brown <jubrown@cityofflint.com>, Kameshia Ar-Rahmaan <kar-rahmaan@cityofflint.com>, Davina Donahue <ddonahue@cityofflint.com>, City of Flint Clerk's Office <cityclerk@cityofflint.com>, Davina Donahue <CouncilPublicComment@cityofflint.com>, "trachelleyoung@gmail.com" <trachelleyoung@gmail.com>, Ladel Lewis <llewis@cityofflint.com>, Judy Priestley <jpriestley@cityofflint.com>, Tonya Burns <tburns@cityofflint.com>, Mark Cuker <mark@cukerlaw.com>, "michael.l.williams@usdoj.gov" <michael.l.williams@usdoj.gov>, "molsen@mayerbrown.com" <molsen@mayerbrown.com>, "jcampbell@campbell-trial-lawyers.com" <jcampbell@campbell-trial-lawyers.com>, "mnguyen-dang@mayerbrown.com" <mnguyen-dang@mayerbrown.com>, Renee Auten <rauten@thelandbank.org>, Jennifer Riggs <jriggs@thelandbank.org>, Jeremy Maltz <jeremy@lehotskykeller.com>, "hammoudf1@michigan.gov" <HammoudF1@michigan.gov>, Michigan Attorney General <miag@michigan.gov>, "dweyre@mcalpinepc.com" <dweyre@mcalpinepc.com>, "g@mayerbrown.com" <g@mayerbrown.com>, "ljiang@susmangodfrey.com" <ljiang@susmangodfrey.com>, mpitt <mpitt@pittlawpc.com>, Hunter Shkolnik <hunter@napolilaw.com>, "arosenman@mayerbrown.com" <arosenman@mayerbrown.com>, Theodore Leopold <tleopold@cohenmilstein.com>, Emmy Levens <elevens@cohenmilstein.com>, Flint Mayor <mayor@cityofflint.com>, "frank.bednarz@hlli.org" <frank.bednarz@hlli.org>, "ted.frank@hlli.org" <ted.frank@hlli.org>, Diane <russell.diane@epa.gov>, Amanda Trujillo <atrujillo@cityofflint.com>, "King-Piepenbrok, Pier (AG)" <KingP1@michigan.gov>, "jonhoma@sinasdramis.com" <jonhoma@sinasdramis.com>, "val@vlwlegal.com" <val@vlwlegal.com>, "sdg@miller.law" <sdg@miller.law>, "sparadise@eisnerlaw.com" <sparadise@eisnerlaw.com>, "echeverria.marietta@epa.gov" <echeverria.marietta@epa.gov>, "thompkins.anita@epa.gov" <thompkins.anita@epa.gov>, "burneson.eric@epa.gov" <burneson.eric@epa.gov>, "travers.david@epa.gov" <travers.david@epa.gov>, "waters.tom@epa.gov" <waters.tom@epa.gov>, "davis.angela@epa.gov" <davis.angela@epa.gov>, franklmcnamara@gmail.com, mriordan@publicinterestlegal.org, eric.hamilton@usdoj.gov, "ryan@mclanelaw.com" <ryan@mclanelaw.com>, Sedalia.JonesKennelly@blankrome.com, rick.brooks@blankrome.com, steven.ury@seiu.org, scott@brazilanddunn.com, jonathan@mitchell.law, jeri.hamman@solidcounsel.com, "vanessa.kassab@delaware.gov" <vanessa.kassab@delaware.gov>, "jeremy.feigenbaum@njoag.gov" <jeremy.feigenbaum@njoag.gov>, Deborah Greenspan <deborah.greenspan@blankrome.com>, "OIG_Hotline@epa.gov" <OIG_Hotline@epa.gov>, "Kaplan, Robert (he/him/his)" <kaplan.robert@epa.gov>, "pnapoli_napolilaw.com" <pnapoli@napolilaw.com>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, nlindzen@corpfraudlaw.com, Zeldin.Lee@epa.gov, zoe.levine@ag.ny.gov, Trevor.Ezell@gov.texas.gov, chad@brazilanddunn.com, gonzalez@msgpllc.com, Bianca <Garcia.Bianca@epa.gov>, MEL JONES JR <jonesjrmel@gmail.com>
Bcc: UrbanForestNewYork@gmail.com, Mel jones jr <meljonesjr@gmail.com>

# **** CORRECTED EMAIL ****

# { *CORRECTION... my DYSLEXIA and VISION IMPAIRMENT GOT THE BEST OF ME.... my email should say [2015] as to my freakish SLIP AND FALL in the City of Detroit* }...

## 10. 20. 2025

## RE: FWC #16-cv-10444

# ECF DOC.'s #'s (3321, 3323 and 3324 )

| # | Date | Description |
|---|---|---|
| 3323 | 10/20/2025 | Emergency MOTION for Leave to File Instant Motion and Objections by Melvin Jones. [PRO SE UPLOAD] (NAhm) |
| 3322 | 10/20/2025 | Corrected/Supplemented Emergency [Ex-Parte] Motion/Request and Notice of Status by Colleen Conners. [PRO SE UPLOAD] (NAhm) |
| 3321 | 10/17/2025 | MOTION, Request and Notice of the Status by Colleen Conners. [Pro Se Upload] (SSch) |
| 3320 | 10/16/2025 | AGENDA FOR OCTOBER 20, 2025 STATUS CONFERENCE. Signed by District Judge Judith E. Levy. (WBar) |

Colleen - it has RECENTLY occurred to me... that [we] MAY want to WAIT to "BRIEF" our 6th Circuit Appeals #25-1909 and #25-1930?

In short, remember when FWC special Master Deborah Greenspan emailed you and stated that "the FWC plaintiffs' attorneys/ class counsel and individual class counsel... would EMAIL YOU to answer your questions... as she had ASKED/ INSTRUCTED them to do so?  And.... NONE of the FWC plaintiffs' attorneys actually emailed you as to such at all...

WELL, guess what that is called?
answer: INADEQUATE REPRESENTATION as to BOTH you and [I] as to the Flint Water Crisis

CLAIMS PROCESS as a whole !!!
and ....such is also arguably INEFFECTIVE ASSISTANCE OF PLAINTIFFS COUNSEL {for lack of a better term}...

Also --- I will be SURE to mention to the 6th Circuit Court of Appeals that YES - [I] am NOW a SUPPORTER of the CURRENT presidential Administration {e.g. PRESIDENT DONALD TRUMP}....

And, that [AFTER MANY YEARS OF HAVING LIVED IN THE CITY OF DETROIT {e.g. nearly a 90% black african american neighborhood } --- whereby the HOA and neighbors were horrifically RACISTS against white folks moving into DOWNTOWN DETROIT {e.g. especially JEWISH folks such as you} --- which at the time seemed STRANGE to the "WOKE" democrats in the State of Michigan ...when we said that in 2016; BUT NOW --- looking @ HARVARD for example... and the horrendous antisemitism on the HARVARD campus.... YEP - [we] have been proved RIGHT.

10/21/25, 2:45 AM	Gmail - \*\*CLERK'S EMAIL \*NO CORRECTION only DISLEXIA and VISION IMPAIRMENT CAUSE BASOLUE.... ...

Case 5:16-cv-10444-JEL-EAS ECF No. 3328, PageID.110351 Filed 10/21/25 Page 14 of 15

*But --- given the SERIES of injuries at multiple workplaces in the State of California and my SERIES on injuries in the State of Michigan --- such as my freakish SLIP AND FALL on a large sheet of ice in Detroit in the year February 2015; and that we BOTH have lived in a LEAD SERVICE LINE MAIN [house/ houses in the City of Flint]... and my horrible FALL at the City of Flin/ Genesee County/ State of Michigan NON-REPAIRED exploratory DIG AREA which abuts the front yard of my home {e.g. 1935 Hosler St. Flint, Michigan 48503}.... and my OTHER falls and injuries sustained while living in the City of Flint.... [I] fully ADMIT that [what I have recently glanced in the online news --- the (recently politician Chris Swanson for MI. GOV.... idea of a DAY OF UNITY)....seems VERY NONSENSE TO ME [YEP-I must have been suffering from the MANY YEARS of ANTISEMITIC ABUSE which has been put against BOTH [me] and you since NEARLY when [we] arrived in the State of Michigan {e.g. mainly you.... which is NO surprise... because I recall that your Black African American neighbor in California (for NO reason) harassed you for MANY years {e.g.*

*especially when I was busy working a lot of hours}.*
*Best,*
*/s/*
*~Mel/ disabled teddy Bear*