==IN THE 6th CIRCUIT COURT OF APPEALS== {PETITION FOR PERMISSION TO APPEAL Ecf. Doc. #3311} as set forth in Ecf Doc. #3327 in US District Court Case #16-cv-10444 [e.g. see also – docketed "notice of appeal" Ecf. Doc. #3328]

REQUEST FOR PERMISSION TO APPEAL *{e.g. whereby a "copy" of this instant petition is filed (with a leave request) to US District Court Judge LEVY; and [IF] the petition is GRANTED by the 6th Circuit Court of Appeals.... SUCH will NOT and does NOT (in any matter at all) ...STAY the*

# *proceedings in the Flint Water Crisis FTCA - US EPA matter pending before the Honorable Judge Judith LEVY.*

*Colleen Connors - pro se appellant in 6th Circuit Court Appeal # TBD; and #25-1909*

*and Flint Water Crisis Claimant*

*1935 Hosler St. Flint, Michigan 48503*

*Email: cmcolleen4@gmail.com*

*Ph#408-459-9635*

## *[and]*

*Melvin Jones Jr. (disabled) - pro se appellant in 6th Circuit Court Appeal #TDB; and #25-1932*

*and Flint Water Crisis Claimant*

*1935 Hosler St. Flint, Michigan 48503*

*Email: jonesjrmel@gmail.com*

*Ph#415-562-5064*

## PREFACE:

Here, our {e.g. pro se Colleen Connors and Melvin Jones Jr.} PETITION FOR PERMISSION TO APPEAL Ecf. Doc. # 3311 (as to and in relation to the October 20th, 2025 SCHEDULING CONFERENCE).... is ROOTED in what we can best determine ...[is] that the District Court has somehow GRANTED our request to NOW ask the 6th Circuit Court of Appeals FOR PERMISSION TO APPEAL {e.g. see NOTICE OF APPEAL filed today [ October 21st, 2025 - Ecf. Doc. #   ; BUT AS WE UNDERSTANT IT.... such is NOT actually a "NORMAL "notice of appeal".... In that [we] Colleen Connors and Melvin Jones Jr. HAVE ACTUALLY SOUGHT "leave/ permission from Judge LEVY to appeal what "can be described as an INTERLOCUTORY ORDER" – ECF. DOC# 3321.... **see our reasoning set forth BELOW.... Which FORMS the BASIS for our NOW PETITION FOR PERMISSION TO APPEAL presented to the 6th Circuit Court of Appeals**

*==[and "COPIED TO US DISTRICT COURT JUDGE JUDITH LEVY ...via EX PARTE – EMERGENCY NOTICE... due to TIME BEING OF THE ESSENCE] ]}...==*

*==REQUEST FOR LEAVE TO FILE THE INSTANT DOCUMENT AS A "NOTICE DOCUMENT" ON AN EX PARTE – EMERGENCY BASIS in #16-cv-10444; [I] Melvin Jones Jr....respectfully request LEAVE to file this instant document... due to my sincere and earnest understanding that FRAP RULE 5 {if I understand such currently} — so REQUIRES that I do so.... as [a] COURTESY "notice" to the District Court Judge {i.e. in this case – Judge JUDITH LEVY }.==*

IN THE United States District Court for the EASTERN DISTRICT for the State of Michigan
CASE #16-cv-10444
Honorable Judge Judith Levy presiding

*EMERGENCY EX PARTE REQUEST FOR PERMISSION TO APPEAL ECF DOC. #3311 ==and leave request to file the instant request for permission to appeal which in the case of our separate filings in the US DISTRICT COURT [e.g. Ecf. Doc# 3299, taken with ECF. Doc. #'s 3321, 3322 and #3323== — and your additional order your Honor.... Which is [Ecf. Doc. #3320] and the US EPA's statements during the STATUS CONFERENCE held on October 20th, 2025 {e.g. that the current LACK of APPROPRIATIONS are making it difficult for them {e.g. the DOJ defense attorneys for the US EPA} to meet court orders as to responding to the FTCA plaintiffs' "discovery issues"/ pre-trial discovery WHICH COULD result in termination of the instant FTCA Flint Water Crisis matter [e.g. AS COULD AN APPEAL (we) believe being heard and decided by the 6th Circuit Appeals Court ( DUE TO ISSUES OF CONTROLLING LAW CONTAINED IN OUR FILINGS and/ or OBJECTIONS.... which COULD*

*materially ADVANCE the litigation in the instant FTCA - US EPA Flint Water Crisis case #16-cv-10444 —* ==**AND SO, [I] MELVIN JONES JR. due to the AFOREMENTIONED EARNEST BELIEFS WHICH I HAVE ....respectfully REQUEST LEAVE TO FILE THE INSTANT DOCUMENT – which SEEKS an IMMEDIATE EMERGENCY EX PARTE PERMISSION from you - your Honor for [us] TO APPEAL your order IN ECF. DOC# 3311  )].**==

==**INTRODUCTION:**==

**Your Honor for [us]/ pro se Colleen Connors and Melvin Jones Jr.; TIME IS OF THE ESSENCE for this instant document to be filed [e.g. given our ALREADY filed separate NOTICES of APPEAL in FWC #16-cv-10444 ( see specifically Ecf. Doc. #3316 and #3312  )].   Here, we believe that the STATUS CONFERENCE held on October 20th, 2025 and what we anticipate will be your SOON order which sets pre-trial dates and such.... Which MORE like than not ...will ALSO set specific dates for the FTCA plaintiffs' to ANSWER the US EPA's ECF Doc.'s #   — NOW makes**

***VERY prudent our instant REQUEST FOR PERMISSION TO APPEAL #3311.***

***Which is to say:***

*A "controlling question of law" is a legal issue in a case that, if decided, has the potential to resolve the entire dispute or "materially advance the ultimate termination of the litigation". It involves a question of law (as opposed to a question of fact) that is fundamental to the case and for which there is substantial disagreement, and its resolution could avoid a lengthy process of further litigation. These questions can be certified for an immediate, or [interlocutory](interlocutory), appeal to a higher court, even before the final judgment is reached.*

- *<u>A question of law:</u> This is a question about the interpretation or application of a legal rule, statute, or precedent, which is decided by a judge, not a jury.*

- *<u>A controlling question:</u> The issue is so central that its resolution would be "controlling" over the outcome of the case.*

- *<u>Substantial ground for difference of opinion:</u> There must be a genuine, significant disagreement among courts or legal experts on how the law applies to this specific question.*

- *<u>Materially advance the termination of the litigation:</u> An immediate appeal of this question would move the case toward a final resolution more quickly than if the case were to proceed normally.*

*Generally, you (e.g. which is us/ Colleen Connors and Melvin Jones Jr.)…. must ask for permission to appeal an interlocutory (non-final) order shortly after the order is entered, often within 10 to 30 days, depending on the court. The specific deadline and procedure depend on whether your case is in state or federal court.*

*(continued on the NEXT page)*

## In federal court

*In federal court, most orders are not appealable until a final judgment is reached. However, a limited number of non-final orders can be appealed with permission through an interlocutory appeal. The timeline and requirements depend on the specific rule that authorizes the appeal.*

- *10 days under § 1292(b): If the district judge certifies that the order involves a controlling question of law that warrants immediate review, a party must file a petition with the court of appeals within 10 days of the judge's certification.*

- *14 days under Rule 23(f): A petition for permission to appeal an order granting or denying class-action certification must be filed with the court of appeals within 14 days after the order is entered.*

**CONCLUSION:**
WE believe that the STATUS CONFERENCE held on October 20th, 2025 — RESET THE "clock" so to speak and NOW there is INDICATION to us/ Colleen Connors and Melvin Jones Jr... that ISSUES OF CONTROLLING LAW as to our aforementioned filings/ pleadings TAKEN TOGETHER with Ecf Doc. #3311 and #3299.... now are "PERFECETED" for lack of a better term.

- *Accordingly your Honor.... [we] ASK that you - your Honor issue an ORDER which either GRANTS or DENY's our instant REQUEST FOR PERMISSION TO APPEAL ECF. DOC# 3311; as we believe that it is VERY possible that resolution of the issues which we intend to raise of appeal to the 6th Circuit*

==**Court of Appeals —- MAY in fact MUCH MORE QUICKLY facilitate an EVENTUAL SETTLEMENT or TERMINATION of the ENTIRE case as to the FTCA US EPA Flint Water Crisis matter in #16-cv-10444.**==

*Thank you.*

*Respectfully Submitted.*

*Best,*


*DATE: October 21st, 2025*

*SIGNED:*

*Colleen Connors*

_____

*Colleen Connors - pro se appellant in 6th Circuit Court Appeal #25-1909; and Flint Water Crisis Claimant*

*1935 Hosler St. Flint, Michigan 48503*

Email: cmcolleen4@gmail.com

Ph#408-459-9635

Date: October 21st, 2025
SIGNED:

_____

Melvin Jones Jr. (disabled) – pro se appellant in 6th Circuit Court Appeal #25-1932;

and Flint Water Crisis Claimant

1935 Hosler St. Flint, Michigan 48503

Email: jonesjrmel@gmail.com

Ph#415-562-5064

[SEE #16-cv-10444 Ecf Doc. #3328 and #3327 and Ecf Doc. #3324]