**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

*In re* Flint Water Cases.

Judith E. Levy
United States District Judge

______________________________/

This Order Relates To:

ALL CASES

______________________________/

**ORDER AUTHORIZING DISTRIBUTION OF FUNDS FROM THE QUALIFIED SETTLEMENT FUND FOR PAYMENT FOR SERVICES PROVIDED BY WOLF GARRETSON FOR THE PERIOD MARCH 1, 2025 THROUGH MAY 30, 2026**

Having now considered the *Notice of the Special Master Regarding Payment for Services Provided by Wolf Garretson LLC for the Period March 1, 2025 through May 30, 2026*, filed on August 13, 2026, ECF No. 3537.

IT IS HEREBY ORDERED THAT:

A distribution of funds in the amount of $1,261,958.46 from the FWC Qualified Settlement Fund for the purpose of paying Wolf Garretson LLC and Pattern Data as directed by the Special Master is approved.

IT IS SO ORDERED.

Dated: August 14, 2026
Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 14, 2026.

s/Kourtney Collins
KOURTNEY COLLINS
Case Manager