**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

*In re* Flint Water Cases.

Judith E. Levy
United States District Judge

__________________________________/

This Order Relates To:

ALL CASES

__________________________________/

**ORDER AUTHORIZING DISTRIBUTION OF FUNDS FROM THE QUALIFIED SETTLEMENT FUND FOR PAYMENT OF FEES AND EXPENSES FOR SERVICES PROVIDED BY ALVAREZ & MARSAL DISPUTES AND INVESTIGATIONS, LLC FOR THE PURPOSES OF ASSISTING THE SPECIAL MASTER WITH THE CLAIMS ADMINISTRATION PROCESS FOR THE PERIOD OF MAY 1, 2026 THROUGH AUGUST 31, 2026**

Having now considered the *Notice of the Special Master Regarding Request for Payment of Fees and Expenses for Services Provided by Alvarez & Marsal Disputes and Investigations, LLC for the Purposes of Assisting the Special Master with the Claims Administration Process for the Period of May 1, 2026 through August 31, 2026*, filed on September 18, 2026, ECF No. 3546 ("Notice"):

IT IS HEREBY ORDERED THAT:

A distribution of funds in the amount of $505,740.00 from the FWC Qualified Settlement Fund[1] for the purpose of paying Alvarez & Marsal Disputes and Investigations, LLC is approved. The QSF Administrator is directed to disburse the funds to Alvarez & Marsal Disputes and Investigations, LLC as directed by the Special Master.

IT IS SO ORDERED.

Dated: September 21, 2026
Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 21, 2026.

s/Amanda Chubb
AMANDA CHUBB
Case Manager

[1] Unless otherwise defined herein, all capitalized terms herein have the same meaning set forth in the Amended Settlement Agreement.